

PLATE 16. The dentition of *Conoryctes comma* (*1*; *6*, type specimen), *Huerfanodon torrejonius* (*2*, *5*, type specimen; *3*, *7*), *H. polecatensis* (*4*, type specimen) and *?H. heilprinianus* (*8*, type specimen).

*1* UNM B-890, right maxilla with $P^3$–$M^2$ and $M^3$ alveolus.
*2* USNM 15412, right maxilla with $P^3$, $M^{1-3}$ and $P^4$ alveolus.
*3* MCZ 20181, left maxilla with $M^{1-2}$ and $P^4$, $M^3$ alveoli.
*4* PU 14718, right dentary fragment with $P_3$–$M_2$, root of $P_2$, and $C_1$, $P_1$, $M_3$ alveoli.
*5* USNM 15412, right dentary fragments with $P_4$–$M_1$, $M_3$ and $P_3$ alveolus.
*6* AMNH 3395, left dentary with $P_4$–$M_2$, roots of $P_3$, $M_3$ and $P_2$ alveolus.
*7* MCZ 20181, right dentary with $M_3$, roots of $M_{1-2}$ and $P_4$ alveolus.
*8* AMNH 3224, left dentary with $M_2$.

The bar is 1 cm long.

PLATE 17. The skull and upper dentition of *Wortmania otariidens*.

*1–3* AMNH 3394, type specimen, partial skull with damaged and fragmentary right $C^1$, $P^{3-4(?)}$ and left $I^{3(?)}$, $C^1$, $P^2$–$M^{1(?)}$: *1,* dorsal view; *2,* ventral view; *3,* left lateral view.

*4* AMNH 16342, maxilla fragment with $M^2$ and $M^1$, $M^3$ alveoli.

*5* USNM 17655, left $P^{3(?)}$.

*6* USNM 17654, right $P^{4(?)}$.

*7* USNM 15429, left $P^4$–$M^{1(?)}$.

The bar below *2* is 3 cm long and is for *1–3*.
The bar next to *4* is 1 cm long and is for *4–7*.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 3 of 186

PLATE 18. The mandible and lower dentition of *Wortmania otariidens*.

*1–3* AMNH 3394, type specimen, mandible with right and left $I_3$, $C_1$, $P_{3-4}$, right $P_{1-2}$, $M_2$, left $M_1$, roots of right $M_1$ and alveoli for left $M_2$ and right $M_3$: *1*, labial view of left dentary; *2*, lingual view of left dentary; *3*, occlusal view of mandible.

*4* USNM 15428, labial view of right dentary with $C_1$.

*5* AMNH 755, labial view of left $C_1$.

*6* AMNH 16342, lingual view of left dentary fragment with $P_{1-2}$ and roots of $C_1$, $P_{3-4}$.

The bar is 3 cm long.



PLATE 19. The mandible and postcrania of *Wortmania otariidens*.

*1* USNM 15428, lingual view of right dentary with $C_1$.
*2* AMNH 3394, type specimen, anterior view of left femur.
*3* AMNH 3394, posterior view of left femur.
*4* AMNH 3394, anterior view of left tibia.
*5* AMNH 3394, posterior view of left tibia.

The bar is 3 cm long.



PLATE 20. The postcrania of *Wortmania otariidens*, AMNH 3394, type specimen.

*1* Left ulna, internal view.
*2* Left ulna, external view.
*3* Right ulna, external view.
*4* Right ulna, internal view.
*5* Left radius, anterior view.
*6* Left radius, posterior view.
*7, 8* Cervical vertebra.
*9* Dorsal view of axis.
*10* Ventral view of axis.
*11, 12* Cervical vertebra.
*13* Left lateral view of partial atlas.
*14* Anterior view of partial atlas.
*15, 16* Cervical vertebra.
*17, 18* (?)Left lunar: *17*, distal view; *18*, side view.
*19, 20* (?)Second metacarpal.
*21, 22* Ungual phalanx of the manus.

The bar is 3 cm long.



PLATE 21. The type specimens of *Psittacotherium multifragum* (*1–4*), *P. megalodus* (*5–8*), *P. aspasiae*, (*9–10*) and *Hemiganus vultuosus* (*11–18*).

*1, 2* AMNH 3413, mandible with left $I_3$–$C_1$, right $P_2$, roots of right $I_3$–$C_1$ and alveoli for right $P_1$, left $M_{2\text{-}3}$: *1,* occlusal view; *2,* left lateral view.

*3, 4* AMNH 3413, right dentary with $M_{1\text{-}2}$ and alveolus for $M_3$: *3,* occlusal view; *4,* lingual view.

*5, 6* AMNH 3418, right dentary with $C_1$ root and alveoli for $P_1$–$M_2$: *5,* occlusal view; *6,* labial view.

*7, 8* AMNH 3418, right $P_2$: *7,* posterior view; *8,* occlusal view.

*9, 10* AMNH 3416, left dentary with partially erupted $M_3$, alveoli for $M_{1\text{-}2}$ and crushed $M_2$ cemented to the outside of the jaw: *9,* occlusal view; *10,* labial view.

*11–18* AMNH 3390: *11,* lateral view of upper molar; *12,* occlusal view of upper molar; *13,* lateral view of (?)right $I_3$; *14,* occlusal view of (?)right $I_3$; *15,* labial view of right $C^1$; *16,* occlusal view of right $C^1$; *17,* labial view of left $C_1$; *18,* occlusal view of left $C_1$.

The bar above *2* is 2 cm long and is for *1–4*.
The bar above *13, 14* is 1 cm long and is for *7–14*.
The bar above *16, 17* is 2 cm long and is for *5, 6, 15–18*.



PLATE 22. The dentition of *Psittacotherium multifragum*.

*1–14* AMNH 2453: *1*, occlusal view of left $P^2$; *2*, anterior view of left $P^2$; *3*, occlusal view of left $P^3$; *4*, anterior view of left $P^3$; *5*, occlusal view of left $P^4$; *6*, anterior view of left $P^4$; *7*, occlusal view of left $M^1$; *8*, anterior view of left $M^1$; *9*, occlusal view of (?)left $M^3$; *10*, anterior view of (?)left $M^3$; *11*, occlusal view of right $P_2$; *12*, posterior view of right $P_2$; *13*, occlusal view of left $P_4$; *14*, occlusal view of right $M_1$.

*15–21* AMNH 16731: *15*, labial view of left $I^3$; *16*, occlusal view of right $P^2$; *17*, anterior view of right $P^2$; *18*, occlusal view of left $P^4$; *19*, anterior view of left $P^4$; *20*, occlusal view of left $M^3$; *21*, anterior view of left $M^3$.

*22, 23* AMNH 756: *22*, occlusal view of right $P_{4(?)}$; *23*, posterior view of right $P_{4(?)}$.

*24–31* AMNH 16661: *24*, occlusal view of right $P^2$; *25*, occlusal view of left $P^2$; *26*, occlusal view of undetermined upper cheek tooth fragment; *27*, occlusal view of partial $P^{4(?)}$; *28*, occlusal view of right $P_4$; *29*, occlusal view of right $M_1$; *30*, occlusal view of left $M_1$; *31*, occlusal view of right $M_3$.

The bar between *3* and *5* is 1 cm long and is for all occlusal views.
The bar between *15* and *17* is 1 cm long and is for all anterior, posterior and lateral views.

PLATE 23. A skull and mandible of *Psittacotherium multifragum*.

*1–4* USNM 15411, partial skull with right and left $C^1$, right $P^1$, right and left $P^{2-3}$, left $P^4$, right and left $M^1$, left $M^2$ and right $M^3$: *1*, dorsal view; *2*, ventral view; *3*, left lateral view; *4*, right lateral view.

*5, 6* USNM 15410, left dentary with $C_1$: *5*, occlusal view; *6*, labial view.

The bar above *4* is 2 cm long and is for *1–4*.
The bar above *5* is 3 cm long and is for *5, 6*.

PLATE 24. A skull and mandible of *Psittacotherium multifragum*.

*1–5* AMNH 754, partial skull and mandible with right and left $I^3$–$C^1$, fragmentary right $P^1$–$M^1$, partial right $I_3$, left $P_1$, left $P_4$, and alveoli for left $C_1$, $P_{2\text{-}3}$, $M_{2\text{-}3}$: *1*, dorsal view of skull; *2*, ventral view of skull; *3*, right lateral view of skull; *4*, lingual view of left dentary; *5*, occlusal view of left dentary.

The bar is 5 cm long.



PLATE 25. A skull of *Psittacotherium multifragum*.

*1–4* UK 8035, right side of skull with $P^3$, $M^3$, roots of $P^2$, $P^4$, alveoli for $I^3$, $C^1$, $M^{1-2}$: *1*, dorsal view; *2*, ventral view; *3*, right lateral (external view); *4*, left lateral (internal) view.

The bar is 5 cm long.



PLATE 26. Two mandibles of *Psittacotherium multifragum*.

*1, 2* UK 8035, mandible with alveoli for right and left $C_1$–$M_3$: *1*, right lateral view; *2*, occlusal view.

*3, 4* AMNH 88383, mandible with right and left $C_1$, left $P_4$, $M_3$, roots of left $M_1$, alveoli for right and left $I_3$, $P_{1-3}$, right $P_4$–$M_3$: *3*, occlusal view; *4*, left lateral view.

The bar is 5 cm long.



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 12 of 186

PLATE 27. Specimens referred to stylinodontid genus indeterminate (*1, 2*), ?*Psittacotherium* sp. or ?*Wortmania* sp. (*3*) and *Psittacotherium multifragum* (*4–14*).

*1, 2* AMNH no number, cheek tooth: *1*, lateral view; *2*, lingual view.
*3* USNM 16204, right $I_3$: internal view.
*4, 5* USNM 15413, $dP_{2(?)}$: *4*, posterior view; *5*, anterior view.
*6–8* USNM 15413, $dP_{1(?)}$: *6*, occlusal view; *7*, anterior view; *8*, posterior view.
*9, 10* USNM 15413, $dC_{1(?)}$: lateral views.
*11, 12* USNM 15413, left dentary fragment with unerupted $M_3$: *11*, lingual view; *12*, occlusal view.
*13, 14* USNM 15413, right dentary fragment with unerupted $M_3$: *13*, lingual view; *14*, occlusal view.

The bar below *3* is 1 cm long and is for *3*.
The bar above *11* is 1 cm long and is for *1, 2, 4–14*.

BLM_0064103



PLATE 28. Skeletal elements referred to *Psittacotherium multifragum*.

*1, 2* TMM 41364-1, proximal part of right tibia: *1*, anterior view; *2*, posterior view.
*3, 4* TMM 41364-1, distal part of left tibia: *3*, posterior view; *4*, anterior view.
*5, 6* TMM 41364-1, distal part of right humerus: *5*, anterior view; *6*, posterior view.
*7, 8* TMM 41364-1, (?)clavicle.
*9, 10* TMM 41364-1, right astragalus fragment: *9*, dorsal view; *10*, ventral view.
The bar is 4 cm long.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 14 of 186

PLATE 29. Skeletal elements referred to *Psittacotherium multifragum*.

*1, 2* TMM 41364-1, left femur: *1*, anterior view; *2*, posterior view.
*3, 4* AMNH 3391, (?)anterior thoracic vertebra: *3*, anterior view; *4*, posterior view.
*5, 6* AMNH 88383, (?)lumbar vertebra: *5*, dorsal view; *6*, ventral view. Anterior is to the right.
*7, 8* AMNH 88383, (?)lumbar vertebra: *7*, right lateral view; *8*, left lateral view.

The bar is 4 cm long.

BLM_0064105

PLATE 30. Specimens referred to *Psittacotherium multifragum*.

*1* AMNH 2453, right ulna, radius and manus: anterior view.
*2, 3* AMNH 16560, left ulna: *2*, internal view; *3*, external view.
*4, 5* AMNH 16560, left radius: *4*, internal view; *5*, external view.
*6, 7* AMNH 16560, left (?)fibula: *6*, external view; *7*, internal view.
*8, 9* AMNH 15938, left tibia: *8*, anterior view; *9*, posterior view.

The bar below *1* is 6 cm long and is for *1*.
The bar below *4, 5* is 5 cm long and is for *2–9*.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 16 of 186

PLATE 31. Specimens referred to *Psittacotherium multifragum*.
*1* USNM 15411, occlusal view of left maxilla with $P^2$–$M^2$.
*2* USNM 15411, occlusal view of right maxilla with $C^1$, $P^{1-3}$, $M^1$ and $M^3$.
*3* AMNH 16560, partial left pes.
*4, 5* AMNH 16560, left femur: *4*, anterior view; *5*, posterior view.
The bar next to *1* is 1 cm long and is for *1, 2*.
The bar below *3* is 2 cm long and is for *3*.
The bar between *4* and *5* is 3 cm long and is for *4, 5*.

BLM_0064107



PLATE 32. The type specimens of *Ectoganus gliriformis* (*5–10, 16–21, 24–33*), *Calamodon simplex* (*3, 13, 22, 23*), *Calamodon arcamaenus* (*2, 12*), *Calamodon novomehicanus* (*4, 14, 15*), *?Psittacotherium lobdelli* (*1, 11*) and paratype of *?Psittacotherium lobdelli* (*34, 35*).

| | |
|---|---|
| *1, 11* | AMNH 22234, right $M^3$: *1,* occlusal view; *11,* posterior view. |
| *2, 12* | USNM 1017, right $M_2$: *2,* occlusal view; *12,* lingual view. |
| *3, 13, 22, 23* | USNM 1012: *3,* occlusal view of left $P^4$; *13,* anterior view of left $P^4$; *22, 23,* canine fragments. |
| *4, 14, 15* | USNM 1102, right $P^2$: *4,* occlusal view; *14,* anterior view; *15,* posterior view. |
| *5–10, 16–21, 24–33* | USNM 1137: *5,* occlusal view of fragmentary upper molar; *6,* occlusal view of partial lower molar trigonid; *7,* occlusal view of partial lower molar talonid; *8,* occlusal view of left $dP_4$; *9,* occlusal view of (?)right $dP^3$; *10,* occlusal view of (?)right $dP^4$; *16,* (?)labial view of fragmentary upper molar; *17,* (?)lingual view of fragmentary upper molar; *18,* posterior view of partial lower molar trigonid; *19,* anterior view of partial lower molar trigonid; *20,* posterior view of partial lower molar talonid; *21,* anterior view of partial lower molar talonid; *24,* upper (?)deciduous incisor; *25,* left $I^3$, external view; *26,* right $I^3$, internal view; *27,* canine fragment; *28,* labial view of left $dP^4$; *29,* posterior view of right $dP^3$; *30,* posterior view of right $dP^4$; *31,* right $C^1$, external view; *32,* left $C^1$, internal view; *33,* right $P_2$, posterior view. |



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 18 of 186

PLATE 33. The type specimen of *Lampadophorus expectatus*, FMNH P 26083.

| | |
|---|---|
| *1, 2* | Crushed skull with right and left C¹, P³⁻⁴ and alveoli for right and left P¹⁻², M¹⁻²: *1*, dorsal/right lateral view; *2*, ventral/left lateral view. |
| *3* | External view of left scapula. |
| *4* | Internal view of left scapula. |
| *5, 6* and *7, 8* | Unguals of the manus. |
| *9, 10* | Phalanx. |
| *11, 12* | (?)Metacarpal. |

The bar is 5 cm long.

---

←

| | |
|---|---|
| *34* | CM 11560, external view of right $C_1$. |
| *35* | AMNH 22235, internal view of left $I^3$. |

The bar below *1* and *2* is 1 cm long and is for *1–3*.
The bar between *7* and *8* is 1 cm long and is for *4–10*.
The bar between *13* and *14* is 2 cm long and is for *11–21*.
The bar between *31* and *28* is 2 cm long and is for *22–35*.

PLATE 34. The type specimen of *Lampadophorus expectatus*, FMNH P 26083.

*1* Anterior view of right humerus.
*2* Posterior view of right humerus.
*3* Internal view of left ulna.
*4* External view of left ulna.
*5* Anterior view of (?)right femur.
*6* Posterior view of (?)right femur.
*7* Posterior view of right tibia.
*8* Anterior view of right tibia.

The bar is 5 cm long.

PLATE 35. The dentition of the type specimen (*1, 2*) and original hypodigm (*3–18*) of *Lampadophorus expectatus*, and *Ectoganus* from the Togwotee Pass area, Wyoming (*19–22*).

*1* FMNH P 26083, occlusal view of left $P^{3-4}$, alveoli for $P^2$, $M^1$.
*2* FMNH P 26083, occlusal view of left $M^3$.
*3, 4* FMNH P 15575, left $P^4$: *3*, occlusal view; *4*, anterior view.
*5, 6* FMNH P 15569, right $P^3$: *5*, occlusal view; *6*, anterior view.
*7, 8* FMNH P 26101, lower molar talonid: *7*, occlusal view; *8*, posterior view.
*9, 10* FMNH PM 241, left $I_3$: *9*, occlusal view; *10*, internal view.
*11, 12* FMNH P 14954, fragmentary lower left molar: *11*, occlusal view; *12*, labial view.
*13, 14* FMNH P 14906, right, $P_{3(?)}$: *13*, occlusal view; *14*, anterior view.
*15, 16* FMNH P 14906, right $P_{4(?)}$: *15*, occlusal view; *16*, lingual view.
*17, 18* FMNH P 26106, right $M_{1(?)}$: *17*, occlusal view; *18*, anterior view.
*19* AMNH 86852, occlusal view of left $M_3$.
*20* AMNH 86859, occlusal view of $M_{3(?)}$
*21* AMNH 86859, occlusal view of right $P_4$.
*22* AMNH 86859, occlusal view of left $M_1$.

The bar between *1* and *2* is 1 cm long and is for all occlusal views.
The bar between *4* and *5* is 1 cm long and is for all anterior, posterior, labial and lingual views.

PLATE 36. The dentition of *Ectoganus gliriformis gliriformis*.

*1, 2* AMNH 16771, right upper (?)deciduous incisor: *1*, external view; *2*, internal view.
*3, 4* AMNH 16771, right $I^3$: *3*, external view; *4*, internal view.
*5, 6* AMNH 16771, right $P^1$: *5*, anterior view; *6*, posterior view.
*7, 8* AMNH 16771, right $P^2$: *7*, anterior view; *8*, posterior view.
*9, 10* AMNH 16771, right $C^1$: *9*, external view; *10*, internal view.
*11* AMNH 16771, occlusal view of right $dP^3$.
*12* AMNH 16771, occlusal view of right $dP^4$.
*13* AMNH 16245, occlusal view of left dentary fragment with broken and crushed $C_1$, $P_2$, complete $P_3$ and $P_4$ alveolus.
*14* AMNH 16771, occlusal view of left $P^{3-4}$ in matrix.
*15* AMNH 16771, occlusal view of left $M^1$.
*16* AMNH 16771, occlusal view of left $M^2$.
*17* AMNH 16771, occlusal view of left $M^3$.

The bar above *7* is 2 cm long and is for all anterior, posterior, external and internal views.
The bar above *14* is 1 cm long and is for all occlusal views.



PLATE 37. Specimens referred to *Ectoganus g. gliriformis* (*1–8, 15–21*) and *E. c. copei* (*9–14*).

*1, 2* AMNH 16244, left $P^4$: *1,* occlusal view; *2,* anterior view.
*3, 4* AMNH 16244, right $P^4$: *3,* occlusal view; *4,* posterior view.
*5, 6* AMNH 16244, left $M^1$: *5,* occlusal view; *6,* anterior view.
*7, 8* AMNH 16244, right $P_3$: *7,* occlusal view; *8,* labial view.
*9* AMNH 15633, occlusal view of left $M^{2(?)}$.
*10* AMNH 15633, occlusal view of (?)right $P_3$.
*11* AMNH 15633, occlusal view of (?)left $P_3$.
*12* AMNH 15633, occlusal view of broken lower molar.
*13* AMNH 15633, posterior view of right $P_{2(?)}$.
*14* AMNH 15633, posterior view of right $P_{2(?)}$.
*15* AMNH 48001, occlusal view of left $P_3$.
*16* AMNH 48001, occlusal view of (?)right $P_4$.
*17* AMNH 48001, occlusal view of (?)left $P_4$.
*18* AMNH 48001, occlusal view of left $M_3$.
*19* AMNH 4287, occlusal view of right $P_4$.
*20* AMNH 4287, occlusal view of right $M_1$.
*21* AMNH 4287, occlusal view of left $M_1$.

The bar between *1* and *3* is 1 cm long and is for all occlusal views.
The bar between *4* and *6* is 1 cm long and is for all anterior, posterior and labial views.



PLATE 38. Specimens referred to *Ectoganus c. copei* (*1–4*) and *E. g. gliriformis* (*5–22*).

*1–4* YPM 18618, right $P^{3(?)}$: *1*, occlusal view; *2*, lingual view; *3*, anterior view; *4*, labial view.
*5, 6* UNM B-970, left $P^{1(?)}$ fragment: *5*, occlusal view; *6*, posterior view.
*7–10* UNM B-970, right $P^{3(?)}$: *7*, occlusal view; *8*, lingual view; *9*, posterior view; *10*, labial view.
*11–13* UNM B-971, right $M^{1(?)}$: *11*, occlusal view; *12*, anterior view; *13*, posterior view.
*14, 15* UNM B-970, right $M^{2(?)}$: *14*, occlusal view; *15*, anterior view.
*16–18* UNM B-970, fragmentary left $P_4$: *16*, occlusal view; *17*, labial view; *18*, lingual view.
*19, 20* UNM B-970, right $M_1$: *19*, occlusal view; *20*, anterior view.
*21, 22* FMNH P 26090, left humerus: *21*, anterior view; *22*, posterior view.

The bar above *7* is 1 cm long and is for all occlusal views.
The bar above *12, 13* is 1 cm long and is for all anterior, posterior, labial and lingual views of teeth.
The bar below *21* is 5 cm long and is for the humerus.



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 24 of 186

PLATE 39. The dentition of *Ectoganus gliriformis lobdelli*.

*1, 3* PU 20864, left $M^{2(?)}$: *1*, occlusal view; *2*, anterior view; *3*, posterior view.
*4–6* PU 20864, left $P_{2(?)}$: *4*, occlusal view; *5*, anterior view; *6*, posterior view.
*7–9* PU 20864, left $P_4$: *7*, occlusal view; *8*, anterior view; *9*, labial view.
*10, 11* PU 20864, left $M_1$: *10*, occlusal view; *11*, labial view.
*12, 13* PU 20864, left $M_2$: *12*, occlusal view; *13*, labial view.
*14, 15* PU 20864, left $M_3$: *14*, occlusal view; *15*, labial view.
*16–18* PU 18994, right $P_{2(?)}$: *16*, occlusal view; *17*, anterior view; *18*, posterior view.
*19–21* PU 18994, right $P_4$: *19*, occlusal view; *20*, anterior view; *21*, posterior view.
*22–24* PU 18994, right $M_1$: *22*, occlusal view; *23*, labial view; *24*, lingual view.

The bar between *1* and *4* is 1 cm long and is for all occlusal views.
The bar between *13* and *15* is 1 cm long and is for all anterior, posterior, labial and lingual views.



PLATE 40. The dentition of *Ectoganus gliriformis lobdelli.*

*1, 2* PU 21499, left $P^{2(?)}$: *1,* occlusal view; *2,* anterior view.
*3, 4* PU 21499, right $P^3$: *3,* occlusal view; *4,* posterior view.
*5, 6* PU 21499, right $P^4$: *5,* occlusal view; *6,* posterior view.
*7, 8* PU 21499, right $M^1$: *7,* occlusal view; *8,* anterior view.
*9, 10* PU 21499, left $P_3$: *9,* occlusal view; *10,* anterior view.
*11, 12* PU 21499, right $P_4$: *11,* occlusal view; *12,* labial view.
*13, 14* PU 21499, left $P_4$: *13,* occlusal view; *14,* anterior view.
*15, 16* PU 21499, right $M_1$: *15,* occlusal view; *16,* labial view.
*17, 18* PU 21499, left $M_3$: *17,* occlusal view; *18,* lingual view.

The bar between *3* and *5* is 1 cm long and is for all occlusal views.
The bar between *4* and *6* is 1 cm long and is for all anterior, posterior, labial and lingual views.



PLATE 41. Specimens referred to *Ectoganus g. gliriformis* (*1–12*) and *Ectoganus* sp. cf. *E. gliriformis* (*13–27*).

*1–4* PU 13173, right $P^{3(?)}$: *1*, occlusal view; *2*, posterior view; *3*, anterior view; *4*, labial view.

*5–8* PU 13173, right $P^{4(?)}$: *5*, occlusal view; *6*, anterior view; *7*, posterior view; *8*, lingual view.

*9–12* PU 13173, left $P_4$: *9*, occlusal view; *10*, labial view; *11*, lingual view; *12*, posterior view.

*13–17* UW 1823, right $P^{4(?)}$: *13*, occlusal view; *14*, lingual view; *15*, labial view; *16*, anterior view; *17*, posterior view.

*18–22* UW 1823, left $P_{4(?)}$: *18*, occlusal view; *19*, labial view; *20*, lingual view; *21*, anterior view; *22*, posterior view.

*23–27* UW 1823, left $M_{1(?)}$: *23*, occlusal view; *24*, labial view; *25*, lingual view; *26*, anterior view; *27*, posterior view.

The bar between *7* and *8* is 1 cm long and is for all anterior, posterior, labial and lingual views. The bar below *9* is 1 cm long and is for all occlusal views.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 26 of 186

BLM_0064117

PLATE 42. Specimens referred to *Ectoganus g. gliriformis.*

*1, 2* AMNH 4286, mandible with right and left $I_3$, right $C_1$, right and left $P_1$, left $P_{2\text{-}3}$, and right and left $P_4$–$M_3$: *1,* left lateral view; *2,* occlusal view.

*3–5* YPM 11100, type specimen of *Dryptodon crassus*, mandible with fragmentary right and left $C_1$, right $P_3$–$M_3$, root of left $I_3$, and alveoli for right and left $P_{1\text{-}2}$: *3,* occlusal view; *4,* left lateral view; *5,* right lateral view.

The bar is 5 cm long.



PLATE 43. The type specimen of *Ectoganus copei copei*.

*1–3* USNM 12714, skull with right and left $I^3$–$M^1$ ($P^4$s unerupted), left $M^2$, alveoli for right $M^2$ and left $M^3$; right and left $dP^4$: *1,* dorsal view; *2,* ventral view; *3,* left lateral view.

The bar is 4 cm long.

PLATE 44. The type specimen of *Ectoganus copei copei*.

*1* USNM 12714, frontal view of skull.

*2* USNM 12714, occipital view of skull.

*3–6* USNM 12714, mandible with right $P_2$, left $P_4$ (unerupted), left $dP_4$, left $M_{1-2}$, right and left $M_3$, roots of right and left $C_1$, right $P_4$, alveoli for right $M_{1-2}$: *3*, labial view of right dentary; *4*, lingual view of right dentary; *5*, labial view of left dentary; *6*, lingual view of left dentary.

The bar is 4 cm long.



PLATE 45. The type specimens of *Ectoganus copei copei* (*1–4*) and *Ectoganus copei bighornensis* (*5–19*).

*1* USNM 12714, palate with right and left $I^3$–$M^1$ ($P^4$s unerupted), right and left $dP^4$, left $M^2$ and alveoli for right $M^2$ and left $M^3$: occlusal view.
*2* USNM 12714, left $P_2$: posterior view.
*3* USNM 12714, left $dP_4$, partial $M_1$, $M_2$ and $M_3$ talonid: occlusal view.
*4* USNM 12714, right $M_1$: occlusal view.
*5–7* PU 14678, canine fragments.
*8, 9* PU 14678, right $P^3$: *8*, occlusal view; *9*, posterior view.
*10, 11* PU 14678, left $P^3$: *10*, occlusal view; *11*, anterior view.
*12, 13* PU 14678, right $M^1$: *12*, occlusal view; *13*, posterior view.
*14, 15* PU 14678, right $M^2$: *14*, occlusal view; *15*, posterior view.
*16, 17* PU 14678, left $M^3$: *16*, occlusal view; *17*, posterior view.
*18, 19* PU 14678, right $M_1$: *18*, occlusal view; *19*, lingual view.

The bar below *1* is 1 cm long and is for *1–4, 8, 10, 12, 14, 16, 18*.
The bar above *13* and *15* is 1 cm long and is for *5–7, 9, 11, 13, 15, 17, 19*.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 31 of 186





PLATE 46. Skeletal elements of specimens referred to *Ectoganus g. gliriformis* (*1–4*) and *Ectoganus c. copei* (*5–9*).

*1, 2* USNM no number, left femur: *1*, anterior view; *2*, posterior view.
*3, 4* YPM 39805, left radius: *3*, anterior view; *4*, posterior view.
*5, 6* USGS 3838, left calcaneum fragment: *5*, dorsal view; *6*, ventral view.
*7* USGS 3838, ungual of manus.
*8* USGS 3838, ungual of manus.
*9* USGS 3838, lateral view of left ulna.

The bar below *1* is 5 cm long and is for *1, 2*.
The bar below *8* is 4 cm long and is for *3–9*.

BLM_0064122



PLATE 47. The type specimen (*4–6*) and a referred specimen (*1–3*) of *Stylinodon mirus*.

*1–3* FMNH P 12185, palate and skull with left $C^1$, $M^{2-3}$, and alveoli for right $C^1$, right and left $P^1$–$M^1$, right $M^{2-3}$: *1*, dorsal (internal) view; *2*, ventral view; *3*, left lateral view.

*4–6* YPM 11095, right and left dentary fragments with partial right $P_3$–$M_1$, left $P_3$ and alveoli for right $P_2$, $M_{2-3}$ and left $P_2$, $P_4$–$M_1$, and labial enamel fragment of left $P_1$: *4*, lingual view of left dentary fragment; *5*, lingual view of right dentary fragment; *6*, enamel fragment of left $P_1$.

The bar below *2* is 5 cm long and is for *1–3*.
The bar below *5* is 2 cm long and is for *4–6*.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 33 of 186

PLATE 48. Partial skull and mandible referred to *Stylinodon mirus*.

*1–3* AMNH 107954, partial palate and right maxilla with roots of right $C^1$, $M^{1-3}$ and alveoli for right and left $I^{2-3}$, right $P^{1-4}$: *1*, left lateral (internal) view; *2*, right lateral view; *3*, ventral view.

*4* AMNH 107954, internal view of fragmentary left $C^1$.

*5, 6* AMNH 107954, mandible with right and left $I_3$–$P_4$ and left $M_{1-3}$: *5*, right lateral view; *6*, occlusal view.

The bar is 5 cm long.

BLM_0064124



PLATE 49. DNHM V-25, a skull and mandible of *Stylinodon mirus*.

*1* Left lateral view of skull.
*2* Left lateral view of mandible.
*3* Posterior view of skull.
*4* Ventral view of skull.

The bar below *2* is 5 cm long and is for *1–3*.
The bar below *4* is 5 cm long and is for *4*.

PLATE 50. Specimens referred to *Stylinodon mirus*.

*1–6* USNM 16664, indeterminate cheek teeth (two views of each).
*7, 8* USNM 16664, ungual of the pes: two side views.
*9, 10* USNM 16664, patella: *9*, anterior view; *10*, posterior view.
*11–22* AMNH 4810, the type specimen of *Calamodon cylindrifer*: *11, 12*, two views of molariform tooth, $M^{3(?)}$; *13–22*, two views each of (?)canine fragments.

The bar above *7, 8* is 2 cm long and is for *1–10*.
The bar above *19, 20* is 2 cm long and is for *11–22*.

PLATE 51. The type specimen of *Stylinodon inexplicatus*.

*1–5* PU 16102, skull with complete and unerupted right and left $M^3$, and roots of right and left $I^2$–$C^1$, left $P^{1-3}$, right and left $P^4$–$M^2$: *1*, anterior view; *2*, dorsal view; *3*, ventral view; *4*, left lateral view; *5*, occipital view.

The bar is 5 cm long.

Case No. 1:20-cv-02484-MSK    Document 47-8    filed 04/28/21    USDC Colorado    pg 37 of 186



PLATE 52.   Skeletal elements of the type specimen of *Stylinodon inexplicatus* (*1, 2*) and those of a
referred specimen of *S. mirus*.

*1*          PU 16102, lateral view of ribs in matrix.
*2*          PU 16102, left lateral view of (?)thoracic vertebrae.
*3–13*    USNM 16664, isolated caudal vertebrae.

The bar is 4 cm long.

BLM_0064128



PLATE 53. YPM 11096, partial skeleton of *Stylinodon mirus*.

*1, 2* Left dentary with alveoli for $C_1$, $P_3$–$M_3$: *1,* lingual view; *2,* labial view.

*3* Anterior view of atlas.

*4* Posterior view of atlas.

*5* Right lateral view of axis, next five cervical vertebrae, first dorsal vertebra, left scapula, first ribs and manubrium of the sternum.

The bar is 5 cm long.



PLATE 54. YPM 11096, partial skeleton of *Stylinodon mirus*.

*1, 2* Occiput of skull: *1*, anterior (internal) view; *2*, posterior view.

*3* Left lateral view of axis, left scapula, first ribs and manubrium of the sternum.

*4, 5* Unidentified bone fragment.

The bar is 5 cm long.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 40 of 186

PLATE 55. YPM 11096, partial skeleton of *Stylinodon mirus*.
*1, 2* Left humerus: *1*, anterior view; *2*, posterior view.
*3, 4* Left radius: *3*, anterior view; *4*, posterior view.
*5, 6* Left ulna: *5*, internal view; *6*, external view.
The bar is 5 cm long.

BLM_0064131

PLATE 56. USNM 18425, partial skeleton of undetermined stylinodont, cf. *Stylinodon mirus*.

*1, 2* Left ulna: *1*, internal view; *2*, external view.
*3, 4* Left fibula: *3*, external view; *4*, internal view.
*5, 6* Right ulna: *5*, external view; *6*, internal view.
*7, 8* Right scaphoid.
*9, 10* (?)Third digit: *9*, external view; *10*, internal view.
*11, 12* Left pisiform.
*13, 14* Left digit with unciform and fifth metacarpal: *13*, external view; *14*, internal view.

The bar above *4* is 5 cm long and is for *1–6*.
The bar above *9, 10* is 2 cm long and is for *7–14*.



PLATE 57. USNM 18425, partial skeleton of undetermined stylinodont, cf. *Stylinodon mirus*.
*1, 2* Left femur: *1*, anterior view; *2*, posterior view.
*3, 4* Right tibia: *3*, internal view; *4*, external view.
*5, 6* Right fibula: *5*, external view; *6*, internal view.
The bar is 5 cm long.



PLATE 58. USNM 18425, partial skeleton of undetermined sylinodont, cf. *Stylinodon mirus*.

*1–3* Right hind foot: *1*, anterior view of calcaneum, astragalus and navicular; *2*, external view of calcaneum, astragalus and navicular; *3*, anterior view of tarsals and digits.

*4, 5* Crushed left tibia, calcaneum and tarsals: *4*, internal view; *5*, external view.

The bar below *3* is 2 cm long and is for *1–3*.
The bar below *5* is 5 cm long and is for *4, 5*.



PLATE 59. Skeletal elements of specimens referred to *Stylinodon mirus*.

*1, 2* AMNH 107954, right first rib: *1*, anterior view; *2*, posterior view.
*3, 4* AMNH 107954, posterior thoracic vertebra: *3*, anterior view; *4*, posterior view.
*5, 6* AMNH 107954, rib fragment.
*7* YPM 11096, partial left manus, anterior view.
*8, 9* AMNH 107954, rib fragment.
*10, 11* USNM 16664, (?)right acetabular part of pelvis: *10*, external view; *11*, internal view.
*12, 13* AMNH 107954, anterior thoracic vertebra: *12*, anterior view; *13*, posterior view.

The bar above *7* is 2 cm long and is for *7*.
The bar below *12* is 5 cm long and is for *1–6, 8–13*.

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 45 of 186

PLATE 60. The type specimens of *Entocasmus heterogenidens* (*1*, *2*), *Chungchienia sichuanica* (*3*), *Calamodon europaeus* (*4*, *5*) and a referred specimen of *Calamodon europaeus* (*6*, *7*).

*1*, *2* The type specimen of *Entocasmus heterogenidens*: *1*, occlusal and lateral views of premolar; *2*, occlusal and lateral views of incisor (after Ameghino 1891, p. 139, fig. 37).

*3* IVPP V. 2767, the type specimen of *Chungchienia sichuanica*: occlusal and external views of molariform tooth and right (?)dentary fragment (drawn from a cast of the specimen, AMNH 107906).

*4*, *5* BNM Ef. 983, the type specimen of *Calamodon europaeus*, left dentary fragment: *4*, external view; *5*, internal view.

*6*, *7* BNM Ef. 982, right lower incisor: *6*, external view; *7*, internal view.

The bar below *1* is 1 cm long and is for *1*, *2*.
The bar below *3* is 2 cm long and is for *3*.
The bar below *4* is 2 cm long and is for *4*–*7*.



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 46 of 186

PLATE 61. Specimens which probably are tillodonts but have been referred to the Taeniodonta.

*1–4* BAWSM 1956 II 2, the type specimen of *Basalina basalensis,* left dentary fragment with $I_2$ alveolus, $C_1$ root, $P_1$ alveolus, $P_{2\text{-}3}$ roots, partial $P_4$ and partial $M_1$ root: *1,* occlusal view; *2,* interpretation of the tooth formula; *3,* labial view; *4,* lingual view.

*5* YPM no number, enamel fragment of *Trogosus* $I_2$: lateral view.

*6–8* MPM 30848, enamel fragment of a tillodont incisor or a taeniodont canine from Ellesmere Island: *6,* lateral view; *7,* internal view of enamel fragment showing the internal dentine; *8,* oblique edge-on view.

*9, 10* IVPP V. 2766, probable tillodont $I_2$ from China: *9,* cross-sectional view; *10,* lateral view (after Chow 1963b, p. 100, fig. 2, and photographs taken by P. D. Gingerich).

The bar below *5* is 1 cm long and is for *5.*
The bar between *3* and *7* is 2 cm long and is for *1–4, 6–8.*
The bar below *9* is 2 cm long and is for *9, 10.*



PLATE 62. UW 2270, a skull, mandible and ulna of *Stylinodon mirus*.

*1* Left lateral view of skull.
*2* Left lateral view of mandible.
*3* Occlusal view of mandible.
*4* Medial view of right ulna.

The bar below *2* is 5 cm long and is for *1–3*.
The bar below *4* is 2 cm long and is for *4*.

PLATE 63. UW 2270, a skull of *Stylinodon mirus*.

*1* Dorsal view of skull.
*2* Ventral view of skull.

The bar is 5 cm long.



PLATE 64. UW 2270, a skull and left pes of *Stylinodon mirus*.

*1* Posterior view of skull.
*2* Dorsal view of left pes.
*3* Ventral view of left pes.

The bar below *1* is 2.5 cm long and is for *1*.
The bar below *2* is 3 cm long and is for *2* and *3*.

PLATE 65. UW 2270, skeletal elements of *Stylinodon mirus*.

*1* Anterior view of right femur.
*2* Anterior view of left femur.
*3* Posterior view of right femur.
*4* Posterior view of left femur.
*5* Anterior view of left tibia and fibula.
*6* Posterior view of left fibula and tibia.

The bar is 5 cm long.



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 51 of 186

# A Review of Disease Related Conflicts Between Domestic Sheep and Goats and Bighorn Sheep

United States Department of Agriculture
Forest Service
**Rocky Mountain Research Station**
General Technical Report RMRS-GTR-209
September 2008

Timothy J. Schommer
Melanie M. Woolever

BLM_0064142

Schommer, Timothy J.; Woolever, Melanie M. 2008. **A review of disease related conflicts between domestic sheep and goats and bighorn sheep.** Gen. Tech. Rep. RMRS-GTR-209 Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 16 p.

## Abstract

Research shows that contact between bighorn sheep and domestic sheep and goats can lead to respiratory disease and fatal pneumonia in bighorn sheep. We reviewed experimental methods and evidence regarding respiratory disease in bighorn sheep relative to domestic sheep and goats based upon the contact hypothesis and categorized by experimental approach. Although efforts to identify organisms causing pneumonia in bighorn sheep following contact with domestic sheep have identified multiple bacteria species, the complete range of mechanisms/causal agents leading to epizootic disease events are not completely understood. However, based upon the effect of disease transmission, spatial and/or temporal separation between domestic sheep and goats and bighorn sheep is prudent when the management objective is to maintain bighorn sheep populations.

***Keywords:*** *Ovis*, *Capra*, respiratory, disease, transmission

## The Authors

**Timothy J. Schommer,** Wildlife Biologist, USDA Forest Service, Region 6, Baker City, OR.

**Melanie M. Woolever,** Wildlife Program Leader, USDA Forest Service, Region 2, Golden, CO.

*cover photo © Lane Eskew 2008.*

You may order additional copies of this publication by sending your mailing information in label form through one of the following media. Please specify the publication title and series number.

**Fort Collins Service Center**

**Telephone** (970) 498-1392
**FAX** (970) 498-1122
**E-mail** rschneider@fs.fed.us
**Web site** http://www.fs.fed.us/rm/publications
**Mailing address** Publications Distribution
Rocky Mountain Research Station
240 West Prospect Road
Fort Collins, CO 80526

Rocky Mountain Research Station
240 W. Prospect Road
Fort Collins, Colorado 80526

# Contents

Introduction ........ 1
History ........ 2
Disease Review ........ 3
Unplanned Pen Experiments ........ 3
Planned Pen Experiments ........ 4
Planned Pen Experiments With Other Species ........ 4
Inoculation Experiments ........ 5
Research to Identify Microbial Strains Causing Fatal Pneumonia ........ 5
Vaccination Trials ........ 6
Other Pertinent Disease Information ........ 7
Microbial Transmissibility ........ 7
Demographic Effects ........ 8
Pertinent Findings ........ 9
Legal ........ 9
Payette Science Panel Findings and Recommendations ........ 9
Western Association of Fish and Wildlife Agency Findings ........ 10
Conclusions ........ 10
Managment Implications ........ 10
Acknowledgments ........ 11
References ........ 11



BLM_0064145

# A Review of Disease Related Conflicts Between Domestic Sheep and Goats and Bighorn Sheep

Timothy J. Schommer
Melanie M. Woolever

## INTRODUCTION

The purposes of this document are to: 1) review the science related to disease, particularly respiratory disease, in sympatric populations of domestic sheep (*Ovis aries*) and goats (*Capra hircus*) and bighorn sheep (*Ovis canadensis*) and 2) provide scientific foundation for the development of agency policy. For the purpose of this document, the terms pneumonia and respiratory disease are used interchangeably as are the terms bighorn sheep, wild sheep, and mountain sheep. Additionally, the organism called *Pasturella haemolytica* has been renamed *Mannheimia haemolytica*, but because much of the scientific literature uses the old nomenclature, the names should be considered synonymous.

Major bighorn sheep die-offs have been reported from the mid-1800s to present and have been known to occur in every western state (Martin and others 1996; Toweill and Geist 1999). Research shows that contact between bighorn and domestic sheep can lead to respiratory disease and fatal pneumonia in bighorns (Callan and others 1991; Foreyt 1989, 1992a, 1994; Foreyt and Lagerquist 1996; George and others 2008; Onderka and Wishart 1988). Therefore, the role that domestic sheep play in causing pneumonia in bighorn sheep is an important issue in multiple-use management (Foreyt and others 1994; Hurley 1999; Schommer and Woolever 2001; Schwantje and others 2006).

Presently, about 90 percent of Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*) and 20 percent of desert bighorn sheep (*Ovis canadensis nelson*) in the United States spend all or part of their lives on National Forest System lands. Although domestic sheep allotments on national forests in the western United States have declined greatly in number, they remain numerous in some areas. When domestic and wild sheep ranges overlap or are in close proximity, bighorn sheep advocates, whether from state agencies, non-governmental organizations, or tribes, express concern regarding the potential for contact between the species. Managers often struggle because they lack an understanding of the disease-related conflicts between domestic sheep and goats and bighorn sheep, or of how to develop potential solutions. An earlier document by Schommer and Woolever (2001) provided management guidance for national forests supporting bighorn sheep populations and this document has proven effective in aiding in the development of solutions across the western United States.

BLM_0064146

# History

The original distribution of native sheep in North America extended north to the Brooks Range in Alaska, south to Baja California and the northern reaches of mainland Mexico, and east to western Texas and the badland and river break habitats immediately east of the Rocky Mountains in North and South Dakota and western Nebraska (Buechner 1960; Valdez and Krausman 1999). It is usually assumed that all suitable habitats were historically occupied.

The distribution of native sheep in Alaska and Canada remains essentially unchanged (Valdez and Krausman 1999). In contrast, many populations to the south have gone extinct, including all native populations in Washington, Oregon, and neighboring regions of southwestern Idaho, northeastern Califorinia, and northwestern Nevada (Buechner 1960). Toweill and Geist (1999) reported bighorn sheep extirpations from Arizona, New Mexico, Nebraska, Nevada, North Dakota, South Dakota, Utah, Oregon, and Washington. The states of California and Nevada lost an estimated 110 native populations (McQuivey 1978; Wehausen and others 1987; Wehausen and others in prep). Desert bighorn sheep were extirpated from the states of Coahuila, Chihuahua, and Nuevo Leon, Mexico and Colorado and Texas, USA. Populations in other western states of the United States and Mexico probably declined to less than 5,000 individuals (Toweill and Geist 1999). Although estimates of historical bighorn sheep numbers in pre-Columbian North America have been debated (Buechner 1960; Seton 1929; Valdez 1988), there is general consensus that population estimates of the Twentieth century are comparatively lower (Buechner 1960; Toweill and Geist 1999; Valdez and Krausman 1999).

Bighorn sheep recovery began during the 1960s in most western states and has continued to the present. State wildlife agencies have ongoing efforts in partnership with land management agencies that include transplanting sheep into unoccupied habitat, augmenting existing herds, and manipulating habitat. While success rates vary, herds found at peak population or in close proximity to domestic sheep tend to be more susceptible to die-offs (Monello and others 2001). Since most western state agencies have a policy of not re-establishing bighorns near domestic sheep operations, recovery of bighorn sheep into those vacant habitats is probably being limited. Even with the ongoing recovery efforts, current bighorn sheep numbers in the western United States are only a fraction of their original numbers. In 1999, Toweill and Geist estimated the population of all species in the contiguous United States at about 47,900 individuals, far fewer than historical estimates proposed by Seton (1929) and Buechner (1960).

Widespread bighorn sheep extirpations in North America are geographically coincident with regions where historically large numbers of domestic sheep grazed (Wehausen and others in prep). Researchers have long hypothesized that disease transferred from domestic sheep was a key factor in the widespread loss of bighorn sheep populations (Valdez and Krausman 1999; Wehausen and others in prep). For example, the first large-scale population losses in the nineteenth century were principally attributed to scabies introduced by domestic sheep. This conclusion was based largely on clinical evidence of scabies in bighorn sheep during die-offs and the fact that these scabies outbreaks closely followed the introduction of domestic sheep (Buechner 1960; Honess and Frost 1942; Jones 1950; Smith 1954). Further negative correlations between the presence of domestic sheep grazing and the health of bighorn sheep populations emerged in the

Twentieth century (Wehausen and others in prep). In Nevada, McQuivey (1978) noted a negative correlation between past domestic sheep grazing and the persistence of bighorn sheep populations. Additionally, an accumulation of considerable circumstantial evidence supports the hypothesis that bighorn sheep die-offs frequently follow contact with domestic sheep (Cassirer and others 1996; Coggins 1988, 2002; Foreyt and Jessup 1982; Goodson 1982; Martin and others 1996; Singer and others 2001). Finally, Monello and others (2001) concluded that bighorn herds are rendered vulnerable to pneumonia transmission of *Pasteurella* spp. from domestic sheep serving as reservoir hosts.

Although respiratory disease resulting in pneumonia is the most serious and devastating disease at a population level that is shared by domestic and bighorn sheep, other diseases and parasites, including but not limited to scabies, anaplasma, babesia, ovine parapox (contagious ecthyma), and infectious keratoconjunctivitis (pink eye), may be communicable (Jessup and Boyce 1993).

## Disease Review

An understanding of the disease-related conflicts between domestic sheep and goats and bighorn sheep is essential to the development of agency policy regarding management of these species.

Research concerning disease transmission when bighorn sheep come into contact with domestic sheep has been extensive over the past quarter century. The hypothesis that contact with domestic sheep results in pneumonia in bighorn sheep has been researched under a variety of experimental conditions. The following is a review and summary of the experimental methods and evidence relative to the hypothesis that bighorn sheep have a high likelihood of contracting fatal respiratory disease following contact with domestic sheep, characterized as the "contact hypothesis" (Wehausen and others in prep). Additional hypotheses that are refinements of the contact hypothesis are addressed (Wehausen and others in prep). The following summary of this information is categorized by experimental condition: 1) unplanned pen experiments; 2) planned pen experiments; 3) planned pen experiments with other species; 4) inoculation experiments; 5) research to identify bacteria strains causing fatal pneumonia; and 6) vaccination trials. A seventh section includes other pertinent disease information. A brief review of science panel conclusions follows the summary.

### *Unplanned Pen Experiments*

The contact hypothesis has been tested numerous times in captive situations. Two tests were accidental in nature and, therefore, lacked any experimental design. However, because of the information garnered from those captivity situations, they still serve as tests of the contact hypothesis. One of the unplanned experiments occurred at Lava Beds National Monument, where a population of bighorn sheep was established in 1971 in a 5.4 $km^2$ enclosure (Blaisdell 1972). In 1980, nose-to-nose contact was observed through the enclosure fence between bighorn sheep and domestic sheep grazed on adjacent National Forest System lands. Bighorn sheep began dying of pneumonia 2 to 3 weeks later, and all 43 bighorn subsequently died (Foreyt and Jessup 1982). The second situation involved bighorn sheep in Washington that had been in a 2.5 ha enclosure for 10 months when domestic

BLM_0064148

sheep were added to the pen. Thirteen of 14 bighorn sheep died within 8 weeks of interspecies contact (Foreyt and Jessup 1982).

### *Planned Pen Experiments*

Following the unplanned experiments, three independent research groups conducted 10 experiments designed to test the contact hypothesis using one to six captive bighorn sheep per trial. Five of these experiments used only domestic sheep (Foreyt 1989, 1990, 1994; Onderka and Wishart 1988) while contact in the other five (Callan and others 1991) involved a mixed flock of domestic sheep and hybrids of argali (*Ovis ammon*) and mouflon (*Ovis musimon*) sheep, the latter of which is the source of domestic sheep (Ramey 2000). The latter five trials also included treatments that attempted to control the resulting pneumonia in the bighorn sheep. All 23 bighorn sheep tested in these 10 trials died of respiratory disease following contact with domestic sheep or were euthanized when close to death. In every case, all the domestic and hybrid sheep remained healthy.

Two basic mechanisms have been hypothesized to explain the planned pen results: 1) contact results in transmission of microbes from domestic sheep to bighorn sheep that directly or indirectly leads to fatal pneumonia in the latter species and 2) introduction of another species into the pen creates a psychological effect on the bighorn sheep that results in a stress-related, compromised immune system that leads to respiratory disease unrelated to the transmission of different microbes (Wehausen and others in prep).

### *Planned Pen Experiments With Other Species*

Planned pen experiments that put captive bighorn sheep in contact with other species do not support the stress hypothesis. Foreyt (1992a, 1994) and Foreyt and Lagerquist (1996) conducted eight independent contact experiments involving bighorn sheep penned with: 1) elk, white-tailed deer, and mule deer; 2) elk alone; 3) domestic goats; 4) mountain goats; 5) llamas; 6) cattle; 7) horses; and 8) steers. Of the 39 bighorn sheep tested in these experiments, only two died. One was an old female whose death was most likely due to a tooth abnormality that adversely affected her feeding ability. The other death was a bighorn sheep in the pen with the steers that died of pneumonia (Foreyt and Lagerquist 1996). These findings suggest that the presence of other species in pens itself is unlikely to lead to bighorn sheep deaths and that species other than domestic sheep are considerably less likely to transmit microbes fatal to bighorn sheep. This latter conclusion is consistent with a lack of historical observations or circumstantial data linking such species to bighorn sheep die-offs.

Recently, however, domestic goats have been implicated in fatal disease transmission to bighorn sheep. Some goats carry *Mannheimia* and *Pasteurella* species that have been identified in bighorn sheep disease events. DNA analysis conducted during a 1995 to 1996 Hells Canyon bighorn die-off revealed that a feral goat and two bighorn sheep shared a genetically identical *P. multocida* and *M. haemolytica* (Rudolph and others 2003; Weiser and others 2003). Since that time, other incidents involving domestic goats and bighorn sheep have been documented. An infectious keratoconjunctivitis (IKC) epizootic in bighorn sheep occurred in the Silver Bell Mountains, Arizona, in 2003 and 2004 (Heffelfinger 2004). That bighorn sheep population had been monitored for several decades prior to the incident, without evidence of IKC. Genetic investigation strongly suggests that

domestic goats transmitted IKC to native bighorn sheep (Jansen and others 2006). Contagious ecthyma was also transmitted to the previously native bighorn sheep in the same incident.

## Inoculation Experiments

The hypothesis that specific strains of pneumophilic bacteria frequently carried by healthy domestic sheep are the cause of fatal pneumonia in bighorn sheep following contact between these species (Goodson 1982; Wehausen and others in prep) has been tested. In these experiments, captive bighorn sheep were inoculated with bacteria cultured from the respiratory tracts of domestic sheep. Both accidental and planned experiments have had similar results. The accidental experiment occurred when a lavage tube used to sample lung cells of domestic sheep was not fully sterilized before being used to obtain lung cultures from three captive bighorn sheep. Of the 10 original bighorn sheep in the herd, three died of pneumonia, as did three more bighorn sheep added to this herd during that time period (Foreyt 1990).

The planned inoculation experiments comprised six independent trials carried out by two different research groups using *Mannheimia haemolytica* cultures from domestic sheep (Foreyt and others 1994; Foreyt and Silflow 1996; Onderka and others 1988). Of the 13 bighorn sheep inoculated with those bacteria, 12 died of acute bronchopneumonia. Two groups of control bighorn sheep (five total) remained healthy, as did two groups of domestic sheep (nine total) that received the same inoculation doses as the bighorn sheep. Two of these inoculation trials (Foreyt and Silflow 1996; Onderka and others 1988) included experiments in which the source of the *M. haemolytica* inoculum was from healthy bighorn sheep. The three bighorn sheep used in the two trials showed no clinical signs of disease after the inoculations, nor did the seven domestic sheep similarly inoculated.

Foreyt and others (1996) also carried out an inoculation trial of three Dall's sheep (*Ovis dalli dalli*). Two of these sheep received a *Mannheimia haemolytica* strain (A2) from domestic sheep that was known to be fatal to bighorn sheep, while the other received a strain not considered pathogenic. The sheep receiving the non-pathogenic strain remained healthy. The other two developed bronchopneumonia and one died and the other was euthanized prior to death.

## Research to Identify Microbial Strains Causing Fatal Pneumonia

The results of the various contact and inoculation trials support the occurrence of microbial transmission (Wehausen and others in prep). With sufficient diagnostic tools, it should be possible to identify the specific microbe(s) that causes fatal pneumonia in bighorn sheep. However, the goal of identifying all specific pathogenic organisms has proven elusive (Rudolph and others 2007; Wehausen and others in prep). First, multiple bacterial species have been implicated as disease agents. While *Mannheimia haemolytica* (especially the A2 strain) has been cultured from many bighorn sheep dying of pneumonia following experimental contact with domestic sheep, one set of experiments attributed the deaths to *Pasturella multicida* (Callan and others 1991). Additionally, some strains of *M. haemolytica* are now recognized as a separate species, *P. trehalosi*. Second, traditional methods used to differentiate strains of *M. haemolytica* by biotypes and serotypes (Dunbar and others 1990a,b; Queen and others 1994) have lacked adequate resolution. Previously undescribed serotyopes have been found

in bighorn sheep (Dunbar and others 1990a) while other strains could not be identified using these methods (Dunbar 1990a; Silflow and others 1994; Sweeney and others 1994; Ward and others 1997), rendering these classification methods unsatisfactory for epidemiological investigations of this phenomenon (Jaworski and others 1993).

To overcome limitations of traditional methods, additional diagnostic tools have been applied to *Mannheimia haemolytica* and *Pasturella trehalosi* in attempts to identify strains responsible for bighorn sheep deaths. These methods include: 1) binary classification as hemolytic or non-hemolytic (Ward and others 2002; Wild and Miller 1991, 1994); 2) variation in surface proteins (Ward and others 1990); 3) assays of toxicity relative to peripheral neutrophils (Silflow and others 1993; Silflow and Foreyt 1994; Sweeney and others 1994); 4) DNA fingerprinting to identify different genetic forms (Foreyt and others 1994; Jaworski and others 1993; Snipes and others 1992; Ward and others 1997; Weiser and others 2003); and 5) culture-independent PCR-based methods and sequence-based phylogenetic analyses of multiple DNA loci (Kelley and others 2006; Safaee and others 2006). While DNA fingerprinting has been useful for investigating the transmission of bacterial strains between different species and individuals (Ward and others 1997), all of the above five methods appear to lack predictive power relative to identifying strains involved in fatal pneumonia in bighorn sheep.

## Vaccination Trials

Vaccinations have been investigated as a potential solution but are not viewed as a viable management option for bighorn sheep. First, vaccination would be required annually and second, the difficulty vaccinating wildlife is exacerbated by the steep rocky terrain that bighorn sheep inhabit.

Ward and others (1999) investigated immunologic responses of bighorn and domestic sheep to a vaccine for three strains of *Mannheimia haemolytica*. They found that the vaccine produced only a moderate and transient immunologic response. Miller and others (1997) and Kraabel and others (1998) tested a vaccine for three different *M. haemolytica* strains on captive bighorn sheep. The sheep were challenged with a *Pasturella trehalosi* vaccine cultured from the lungs of free-ranging bighorn sheep during a pasteurellosis epizootic. Control and vaccinated bighorn both developed acute pneumonia, but the vaccinated bighorn sheep experienced lower mortality (30 versus 80 percent).

Cassirer and others (2001) conducted experiments with free-ranging and captive bighorn sheep to test the efficacy of vaccines against *Mannheimia* spp. and *Pasteurella* spp. to reduce mortality of adults and lambs. Vaccinated females suffered notably higher lamb mortality.

Only two vaccination trials have used strains of *Mannheimia haemolytica* derived from domestic sheep as the post-vaccination challenge. Foreyt and Silflow (1996) inoculated two bighorn sheep twice with a non-lethal cytotoxic strain of *M. haemolytica*, and 6 weeks later, they inoculated them with a lethal cytotoxic strain (A2) from domestic sheep. The non-lethal strain provided no significant protection, and both bighorn sheep died of pneumonia. Foreyt (1992b) tested an experimental bacterin-toxoid vaccine for three *M. haemolytica* strains, using three treatment and three control bighorn sheep. After contact with domestic sheep, five of the six bighorn sheep, including the three vaccinated, died of pneumonia. There was no evidence of any protection from the vaccine.

# Other Pertinent Disease Information

## *Microbial Transmissibility*

Although malnutrition, harsh weather, and other stressors may exacerbate susceptibility to disease, viruses, parasites, and bacteria can weaken or kill bighorn sheep. Bacteria, primarily *Mannheimia* spp. and *Pasteurella* spp., have led to massive, all-age die-offs of bighorn sheep in every western state (Martin and others 1996) and have been reported as the primary cause of bighorn sheep population declines throughout North America (Hurley 1999; Schwantje 1988; Wehausen and others in prep). Of the numerous pathogens affecting bighorn sheep, *M. haemolytica* has been viewed as the most prevalent respiratory pathogen that frequently leads to pneumonia and death (Foreyt 1995; Garde and others 2005; Martin and others 1996). *Pasteurella multocida* can also be important in the pneumonia complex. Some of the most recent and yet to be published work indicates that a *Mycoplasma* spp. bacteria may consistently be involved in bighorn sheep respiratory disease deaths (Cassirer, personal communication) in some locations. Black and others (1988) reported that a captive herd of Dall's sheep contracted *Mycoplasma ovipneumonia* infections after contact with domestic sheep. The pathology and epidemiology of *Mycoplasma*-induced pneumonia in sheep are somewhat different from those caused only by highly pathogenic bacteria. A review of *Pasteurella*-related pneumonia can be found in Frank and others (2004). An overview of the many pathogens of concern and the risks associated with them can be found in Garde and others (2005).

All ungulates, except llamas, carry some strains of *Mannheimia haemolytica* (Foreyt 1995). Bighorn sheep appear to be behaviorally attracted to domestic sheep and goats, but not to cattle or llamas. Since *Mannheimia* spp. and *Pasteurella* spp. bacteria transmission requires very close (less than 60 ft) contact or transfer of mucus through coughing or sneezing, it is more likely to occur between bighorn sheep and domestic sheep or goats (Dixon and others 2002) that are behaviorally attracted to one another.

Bighorn sheep appear to be more susceptible to respiratory disease than are domestic sheep. Dubay and others (2002) and Miller (2001) suggested that bighorn sheep did not co-evolve with the same set of pathogens as domestic sheep because of an evolutionary distance between them. Hiendleder and others (2002) estimated this distance at 5.63 million years. In addition, bighorn sheep immune response cells have a reduced capacity to kill bacteria compared to domestic sheep immune function (Dubay and others 2002; Frank and others 2004; Silflow and others 1993). This observation provides a very plausible reason why bighorn sheep may die of bacterial respiratory disease and pneumonia when in contact with domestic sheep while the domestics show no signs of disease.

Bighorn sheep die-offs due to pneumonia have occurred without any known association with domestic sheep (Foreyt 1989; Goodson 1982; Onderka and Wishart 1984; Rudolph and others 2007; Ryder and others 1994). However, when contact between wild sheep and domestic sheep and goats is documented, the severity of the wild sheep die-off is typically more pronounced (Aune and others 1998; Martin and others 1996). George and others (2008) documented that contact with a single domestic ram coincided with a 50 percent die-off in three interconnected herds.

DNA fingerprinting was used to investigate the origin of bacteria leading to death in bighorn sheep (Foreyt and others 1994; Jaworski and others 1993). Bacterial DNA isolated from dead bighorns originated in domestic sheep and had not been present in bighorn sheep before they were exposed. The source of DNA was *Mannheimia haemolytica* (Biotype A, Serotype 2). Research at a variety of facilities (Washington State University, Department of Agriculture, Edmonton, Canada, and Caine Veterinary Center) has shown that specific types of *M. haemolytica* and *Pasturella multocida* can be transmitted between bighorn sheep and domestic sheep (Foreyt 1989, 1990, 1992a; Hunter 1995a; Onderka and Wishart 1988).

In free-ranging conditions, domestic and bighorn sheep association will likely result in bighorn sheep deaths without adversely affecting domestic sheep. Determination by DNA fingerprinting of a shared *Mannheimia haemolytica* between domestic sheep and bighorn sheep indicates that the bacteria was transmitted between these two species under field conditions (Hunter 1995b; Hunter and others in prep).

## Demographic Effects

Martin and others (1996) summarized over 30 cases where bighorn die-offs are believed to have resulted from contact with domestic sheep. In many cases, over 50 percent of the bighorn herd died. Domestic sheep always remained healthy.

When respiratory disease occurs in a population of bighorn sheep, mortality normally occurs in all age classes. Research indicated that lambs born in bighorn sheep herds that experienced a pneumonia episode usually died before 3 months of age (Foreyt 1990). Passive colostrum immunity protects lambs early in life, but when immunity wanes at 6 to 8 weeks of age, they die from pneumonia. Further, surviving ewes generally experienced low lamb survival rates for 3 to 5 years after the initial episode (Coggins and Matthews 1992; Foreyt 1990, 1995; Garde and others 2005; George and others 2008; Hunter 1995a; Ward and others 1992). Thus, it appears that ewes surviving pneumonia remain infectious for several years and transfer the bacteria to their lambs. Because low lamb survival rates usually continue for 3 to 5 years, population recovery can be delayed. Further, Hunter and others (in prep) reported that various *Pasteurella* strains can remain resident in bighorn sheep for months or years after contact with domestic sheep. These infected bighorns may become asymptomatic reservoirs of potentially lethal organisms.

Models have predicted that disease originating from domestic sheep and goats is a problem for mountain sheep. Epps and others (2004) noted that the presence of domestic sheep grazing allotments was negatively correlated with mountain sheep population persistence. Proximity of domestic sheep as a factor in the dynamics of mountain sheep populations is a major consideration in the models constructed by Gross and others (1997, 2000). Clifford and others (2007) quantitatively evaluated the degree of risk between domestic and bighorn sheep for Sierra Nevada bighorn sheep (*Ovis canadensis californiana*).

No published reports could be found that document fenced or free-ranging bighorn sheep herds remaining healthy when living directly with domestic sheep herds.

## *Pertinent Findings*

### Legal

The disease related conflict between domestic sheep and bighorn sheep was tested in the United States District Court (Oregon) in 1995. The following summarizes United States Magistrate Judge Donald C. Ashmanskas' findings: "Scientific research supports a finding that when bighorn sheep intermingle with domestic sheep, large numbers of bighorn sheep die. While the exact reason for this result may be in question, it is clear that the die-offs occur. An incompatibility exists between the two species, and there is no way to avoid the incompatibility other than to keep the domestics and the bighorns separate" (Ashmanskas 1995).

### Payette Science Panel Findings and Recommendations

A science panel was convened in November 2006 to provide additional science-based information regarding disease transmission and the associated risks for the Payette National Forest. Although focused specifically on the Payette risk analysis, the panel's conclusions are applicable to all areas where domestic sheep or goats and bighorn sheep co-exist. The panelists, who were scientists from the livestock and wildlife disease communities, focused on disease and mortality concerns and jointly developed the following statements[1] (USDA Forest Service 2006):

1a) Scientific observation and field studies demonstrate that "contact" between domestic sheep and bighorn sheep is possible under range conditions. This contact increases the risk of subsequent bighorn sheep mortality and reduced recruitment, primarily due to respiratory disease.

1b) The complete range of mechanisms/causal agents that lead to epizootic disease events cannot be conclusively proven at this point.

1c) Given the previous two statements, it is prudent to undertake management to prevent contact between these species.

2) Not all bighorn sheep epizootic disease events can be attributed to contact with domestic sheep.

3) Gregarious behavior of bighorn sheep and domestic sheep may exacerbate the potential for disease introductions and transmission.

4) Dispersal, migratory, and exploratory behaviors of individual bighorn sheep traveling between populations may exacerbate the potential for disease introduction and transmission.

5) There are factors (for example, translocation, habitat improvement, harvest, weather, nutrition, fire, interspecies competition, and predation), some that can be managed and some that cannot, that can influence bighorn sheep population viability.

6) *Pasteurellaceae* and other bacteria, viruses, and other agents may occur in healthy, free-ranging bighorn sheep.

[1] References to domestic sheep also apply to domestic goats.

### Western Association of Fish and Wildlife Agency Findings

In January 2007, the Western Association of Fish and Wildlife Agencies (WAFWA), a group of 23 state and provincial wildlife agencies from the western United States and western Canada, established a Wild Sheep Working Group (WSWG). Comprised of bighorn sheep managers and veterinarians, WSWG was requested to provide a comprehensive, west-wide assessment of all facets of wild sheep management. The following conclusions from their June 21, 2007 final report, which WAFWA unanimously endorsed in July 2007, are relevant to this disease overview:

1) Over the past 30 years, there has been a steadily increasing body of anecdotal and empirical evidence underscoring the potential risk of disease transmission from domestic sheep and goats to wild sheep.
2) There is a preponderance of evidence, taken collectively from a wide variety of observations, that indicates significant risk of disease transmission from domestic sheep and goats to wild sheep exists.
3) Effective separation (both temporal and/or spatial) between wild sheep and domestic sheep and goats should be a primary management goal of state and provincial agencies responsible for wildlife management.
4) We concur with statements developed and adopted by the interdisciplinary Payette National Forest Science Panel (listed above).
5) We recognize that it is impossible to achieve zero risk of contact or disease transmission: however, we also recognize there are many ways to work proactively toward minimizing or eliminating interaction between these species.
6) We developed management guidelines for use by all agencies, organizations, domestic producers, and private land owners.

## Conclusions

The scientific literature and expert panels support the conclusion that bighorn and domestic sheep/goats should not occupy the same ranges simultaneously or be managed in close proximity to each other if maintenance of a bighorn sheep population is a management objective. The literature is clear regarding the high probability of bighorn sheep dying of pneumonia following contact with domestic sheep. Efforts to identify organisms causing pneumonia in bighorn sheep following contact with domestic sheep have identified many potentially pathogenic bacteria of multiple species, but the specific mechanisms/causal agents that lead to epizootic disease events are not completely understood.

## Managment Implications

Pressing resource management decisions cannot wait for a complete understanding of all aspects of respiratory disease processes in bighorn sheep. In landscapes where management objectives include the maintenance or enhancement of bighorn sheep populations, the risk of potential of disease transmission between domestic sheep/goats and bighorn sheep must be addressed. The available information supports creating spatial and/or temporal separation between domestic sheep/goats and bighorn sheep as a prudent management technique to manage the risk of disease transmission.

(Callan and others 1991; Coggins 1988, 2002; Coggins and Matthews 1992; Desert Bighorn Council 1990; Festa-Bianchet 1988; Foreyt 1989, 1990, 1992a, 1992b, 1994, 1995; Foreyt and Jessup 1982; Foreyt and others 1994; Garde and others 2005; Goodson 1982; Hunt 1980; Hunter 1995a; Hunter and others in prep; Jessup 1980, 1982, 1985; Kistner 1982; Martin and others 1996; Onderka 1986; Onderka and Wishart 1988; Pybus and others 1994; Ward and others 1997; Wishart 1983). Recent disease incidents involving domestic goats have resulted in the same conclusion (Garde and others 2005; Heffelfinger 2004; Jansen and others 2006).

## Acknowledgments

The authors are extremely grateful to Dr. John Wehausen for his generous contributions to the historical perspective and disease overview sections. His research-orientated approach of isolating questions and hypotheses and categorizing past research by experimental conditions provided increased clarity to a very complex problem.We thank the four reviewers who conducted blind reviews under a process overseen by Rocky Mountain Research Station.

## References

Ashmanskas, D.C. 1995. United States District Court Proceedings and Summary Judgment, 1995. Portland, OR.

Aune, K.; Anderson, N.; Worley, D.; Stackhouse, L.; Henderson, J.; Daniel, J. 1998. A comparison of population and health histories among seven Montana bighorn sheep populations. Biennial Symposium of the Northern Wild Sheep and Goat Council. 11: 46-69.

Black, S.R.; Barker, I.K.; Mehren, K.G.; [and others]. 1988. An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep (*Ovis dalli dallli*). Journal of Wildlife Diseases. 24: 627.

Blaisdell, J.A. 1972. Progress report—Lava Beds bighorn re-establishment. Desert Bighorn Council Transactions. 16: 84-87.

Buechner, H.K. 1960. The bighorn sheep in the United States, its past, present and future. Wildlife Monograph No. 4. 174 p.

Callan, R.J.; Bunch, T.D.; Workman, G.W.; Mock, R.E. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic domestic sheep. Journal of American Veterinary Medical Association. 198(6): 1052-1056.

Cassirer, F.; Oldenberg, L.E.; Coggins, V.L.; Fowler, P.; Rudolph, K.M.; Hunter, D.L.; Foreyt, W.J. 1996. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995-1996. *In*: Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 78-86.

Cassirer, F.; Rudolf, K.M.; Fowler, P.; Coggins, V.L.; Hunter, D.L.; Miller, M.W. 2001. Evaluation of ewe vaccinations as a tool for increasing bighorn lamb survival following pasteurellosis epizootics. Journal of Wildlife Diseases. 37: 49-57.

Cassirer, F. Personal Communication, 6/20/07. Idaho Dept. of Fish and Game. Lewiston, ID.

Clifford, D.L.; Schumaker, B.A.; Stephenson, T.R.; Bleich, V.C.; Leonard-Cahn, M.; Gonzales, B.J.; Boyce, W.M.; Mazet, J.A.K. 2007. Modeling risks of disease transmission from domestic sheep to bighorn sheep: implications for the persistence and restoration of an endangered endemic ungulate. Davis, CA: University of California Davis, Wildlife Health Center, Department of Fish and Game Resource Assessment Program. Final Report, February 2007. 47 p.

BLM_0064156

Coggins, V.L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. *In*: Proceedings of the Sixth Biennial Symposium of the Northern Wild Sheep and Goat Council: 57-64.

Coggins, V.L. 2002. Rocky Mountain bighorn sheep/domestic sheep and domestic goat interactions: a management prospective. *In*: Proceedings of the Thirteenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 165-174.

Coggins, V.L.; Matthews, P.E. 1992. Lamb survival and herd status of the Lostine bighorn herd following a *Pasteurella* die-off. *In*: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 164-173.

Desert Bighorn Council. 1990. Guidelines for management of domestic sheep in the vicinity of desert bighorn habitat. Desert Bighorn Council 1990. Transactions. 34: 33-35.

Dixon, D.M.; Rudolph, K.M.; Kinsel, M.L.; Cowan, L.M.; Hunter, D.L.; Ward, A.C.S. 2002. Viability of airborne *Pasteurella* spp. Biennial Symposium of the Northern Wild Sheep and Goat Council. 13: 6-13.

Dubay, S.; Schwantje, H.; deVos, J.; McKinney, T. 2002. Bighorn sheep (*Ovis canadensis)* diseases: a brief literature review and risk assessment for translocation. *In*: Proceedings of the Thirteenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 134-152.

Dunbar, M.R.; Ward, A.C.S.; Eyre, K.G.; Bulgin, M. 1990a. Serotypes of *Pasteurella haemolytica* in free ranging Rocky Mountain bighorn sheep. Biennial Symposium of the Northern Wild Sheep and Goat Council. 7: 102-108.

Dunbar, M.R.; Ward, A.C.S.; Power, G. 1990b. Isolation of *Pasteurella haemolytica* from tonsillar biopsies of Rock Mountain bighorn sheep. Journal of Wildlife Diseases. 26: 210-213.

Epps, C.W.; McCullough, D.R.; Wehausen, J.D.; Bleich, V.C.; Rechel, J.H. 2004. Effects of climate change on population persistence of desert-dwelling mountain sheep in California. Conservation Biology. 18: 102-113.

Festa-Bianchet, M. 1988. A pneumonia epizootic in bighorn sheep, with comments on preventative management. *In*: Proceedings of the Sixth Biennial Symposium of the Northern Wild Sheep and Goat Council: 66-76.

Foreyt, W.J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research. 50(3): 341-344.

Foreyt, W.J. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. *In*: Proceedings of the Seventh Biennial Symposium of the Northern Wild Sheep and Goat Council: 92-101.

Foreyt, W.J. 1992a. Experimental contact association between bighorn sheep, elk and deer with known *Pasteurella haemolytica* infections. *In*: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 213-218.

Foreyt, W.J. 1992b. Failure of an experimental *Pasteurella haemolytica* vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. *In*: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 155-163.

Foreyt, W.J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. *In*: Proceedings of the Ninth Biennial Symposium of the Northern Wild Sheep and Goat Council: 7-14.

Foreyt, W.J. 1995. Declaration of Bill Foreyt, April 25, 1995. 5 p. U.S. District Court, Portland, OR.

Foreyt, W.J.; Jessup, D.A. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases. 18: 163-168.

Foreyt, W.J.; Lagerquist, J.E. 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases. 32: 594-602.

Foreyt, W.J.; Silflow, R.M. 1996. Attempted protection of bighorn sheep (*Ovis canadensis*) from pneumonia using a nonlethal cytotoxic strain of *Pasteurella haemolytica* Biotype A, Serotype 11. Journal of Wildlife Diseases. 32: 315-321.

Foreyt, W.J.; Silflow, R.M.; Lagerquist, J.E. 1996. Susceptibility of Dall sheep (*Ovis dalli dalli*) to pneumonia caused by *Pasteurella haemolytica*. Journal of Wildlife Diseases. 32: 586-593.

Foreyt, W.J.; Snipes, K.P.; Kasten, R.W. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. Journal of Wildlife Diseases. 30(2): 137-145.

Frank, G.H.; Miller, M.W.; Ward, A.C.S. 2004. A review of *Pasteurella* pneumonia in domestic and wild sheep. *In*: Wyoming State-wide Bighorn/Domestic Sheep Interaction Working Group. Appendix J, 37 p.

Garde, E.; Kutz, S.; Schwantje, H.; Veitch, A.; Jenkins, E.; Elkin, B. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats and introduced domestic sheep, goats and llamas in the Northwest Territories. The Northwest Territories Agricultural and Policy Framework and Environment and Natural Resources Government of the Northwest Territories, Canada. 139 p.

George, J.L.; Martin, D.J.; Lukacs, P.M.; Miller, M.W. In press. Epidemic Pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep.

Goodson, N. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. *In*: Proceedings of the Third Biennial Symposium of the Northern Sheep and Goat Council: 287-313.

Gross, J.E.; Singer, F.J.; Moses, M.E. 1997. Simulating desert bighorn sheep populations to support management decisions: effects of patch size, spatial structure, and disease. Desert Bighorn Council Transactions. 41: 26-36.

Gross, J.E.; Singer, F.J.; Moses, M.E. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8 (supplement 4S): 25-37.

Heffelfinger, J.R. 2004. Bighorn sheep disease epizootic in the Silver Bell Mountains, southern Arizona. Performance Report. Project No. W-78-R-54. Arizona Game and Fish Department, USA.

Hiendleder, S.; Kaupe, B.; Wassuth, R.; Janke, A. 2002. Molecular analysis of wild and domestic sheep questions current nomenclature and provides evidence for domestication from two different subspecies. Proceedings of the Royal Society of London B 269: 893-904.

Honess, R.F.; Frost, N.M. 1942. A Wyoming bighorn sheep study. Cheyenne, WY: Wyoming Game and Fish Department Bulletin No. 1. 127 p.

Hunt, E.G. 1980. Report on Lava Beds National Monument bighorn sheep die-off. Sacramento, CA: California Department of Fish and Game Memorandum. 6 p.

Hunter, D. 1995a. Examination and Testimony. Min-U-Script, U.S. District Court April 17, 1995. 100 p.

Hunter, D. 1995b. Letter to Vic Coggins and attached laboratory report on Hells Canyon Rams #BR95013 and BR95014.95014.

Hunter, D.L.; Cowan, L.M.; Rudolph, K.M.; Ward, A.C.S. In press. Transmission of *Pasteurella haemolytica* between free-ranging bighorn and domestic sheep.

Hurley, K. 1999. Open Discussion—Are we effectively reducing interaction between domestic and wild sheep? *In*: Thomas, A.E.; Thomas, H.L., eds. Transactions of the Second North American Wild Sheep Conference; 1999 April 6-9; Reno, NV: 283-292.

Jansen, B.D.; Heffelfinger, J.R.; Noon, T.H.; Krausman, P.R.; deVos, Jr., J.C. 2006. Infectious keratoconjunctivitis in bighorn sheep, Silver Bell Mountains, Arizona. Journal of Wildlife Diseases. 42(2): 407-411.

Jaworski, M.D.; Ward, A.C.S.; Hunter, D.L.; Wesley, I.V. 1993. Use of DNA analysis of *Pasteurella haemolytica* Biotype T isolates to monitor transmission in bighorn sheep. Journal of Clinical Microbiology. April: 831-835.

Jessup, D.A. 1980. Pneumonia, bighorn and domestic sheep. American Association of Wildlife Veterinarians. Sept. 1 Newsletter No. 4. 6 p.

Jessup, D.A. 1982. Bighorn sheep and domestic sheep: conflict in Nevada's Granite Mountains. Association of Wildlife Veterinarians Newsletter. 14: 4-5.

Jessup, D.A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Transactions of the Desert Bighorn Council. 29: 29-33.

Jessup, D.A.; Boyce, W.M. 1993. Diseases of wild sheep. *In*: Fowler, M.E., ed. Zoo and Wild Animal Medicine, Current Therapy 3.

Jones, F.L. 1950. A survey of the Sierra Nevada bighorn. Sierra Club Bulletin. 35(6): 29-76.

Kelley, S.T.; Cassirer, E.F.; Weiser, G.C.; Safaee, S. 2006. Phylogenetic diversity of Pasteurellaceae and horizontal gene transfer of leutoxin in wild and domestic sheep and domestic goats. Infection, Genetics, and Evolution. 7: 13-23.

Kistner, T. 1982. Summaries of bighorn sheep disease and mortality causes. Letter to Josh Warburton. Association of Wildlife Veterinarians Newsletter. 12: 7-11.

Kraabel, B.J.; Miller, M.W.; Conlon, J.A.; McNeil, H.J. 1998. Evaluation of a multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: protection from experimental challenge. Journal of Wildlife Diseases. 34: 325-333.

Martin, K.D.; Schommer, T.J.; Coggins, V.L. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. *In* Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council: 72-77.

McQuivey, R.P. 1978. The bighorn sheep of Nevada. Reno, NV: Nevada Department of Fish and Game Biological Bulletin No. 6.

Miller, M.W. 2001. Pasteurellosis. *In*: Williams, E.S.; Barker, I.K., eds. Infectious Diseases of Wild Mammals. Third edition. Ames, IA: Iowa State University Press: 330-339.

Miller, M.W.; Conlon, J.A.; McNeil, H.J.; Bulgin, J.M.; Ward, A.C.S. 1997. Evaluation of multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: safety and serologic responses. Journal of Wildlife Diseases. 33: 738-748.

Monello, R.J.; Murray, D.L.; Cassirer, E.F. 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Canadian Journal of Zoology. 79: 1423-1432.

Onderka, D.K. 1986. Experimental *Pasteurella* pneumonia in bighorn sheep. *In*: Proceedings of the Fifth Biennial Symposium of the Northern Wild Sheep and Goat Council: 205-206.

Onderka, D.K.; Rawluk, S.A.; Wishart, W.D. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research. 52: 439-444.

Onderka, D.K.; Wishart, W.D. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. *In*: Proceedings of the Fourth Biennial Symposium of the Northern Wild Sheep and Goat Council: 356-363.

Onderka, D.K.; Wishart, W.D. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases. 24(4): 663-667.

Pybus, M.J.; Fenton, R.A.; Lange, H. 1994. A health protocol for domestic sheep used on forest grazing allotments in Alberta and British Columbia. *In*: Proceedings of the Ninth Biennial Symposium of the Northern Wild Sheep and Goat Council: 20-24.

Queen, C.; Ward, A.C.S.; Hunter, D.L. 1994. Bacteria isolated from nasal and tonsillar samples of clinically healthy Rocky Mountain bighorn and domestic sheep. Journal of Wildlife Diseases. 30: 1-7.

Ramey, R.R. 2000. New perspectives on the evolutionary origins, historic phylogeography, and population structure of North American mountain sheep. *In*: Thomas, A.E.; Thomas, H.L., eds. Transactions of the Second North American Wild Sheep Conference; 1999 April 6-9; Reno, NV: 9-16

Rudolph, K.M.; Hunter, D.L.; Foreyt, W.J.; Cassirer, E.F.; Rimler, R.B.; Ward, A.C.S. 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. Journal of Wildlife Diseases. 39: 897-903.

BLM_0064159

Rudolph, K.M.; Hunter, D.L.; Rimler, R.B.; Cassirer, E.F.; Foreyt, W.J.; DeLong, W.J.; Weiser, G.C.; Ward, A.C.S. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Zoology and Wildlife Medicine. 38(4): 548-558.

Ryder, T.J.; Williams, E.S.; Anderson, S.L. 1994. Residual effects of pneumonia on the bighorn sheep of Whiskey Mountain, Wyoming. *In*: Proceedings of the Ninth Biennial Symposium of the Northern Wild Sheep and Goat Council: 15-19.

Safaee, S.; Weiser, G.C.; Cassirer, E.F.; Ramey, R.R.; Kelley, S.T. 2006. Microbial diversity in bighorn sheep revealed by culture-independent methods. Journal of Wildlife Diseases. 42: 545-555.

Schommer, T.J.; Woolever, M. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. Washington, DC: U.S. Department of Agriculture, Forest Service. 62 p.

Schwantje, H. 1988. Causes of bighorn sheep mortality and dieoffs: literature review. Wildlife Working Report No. WR-35. Wildlife Branch, Ministry of Enviornment, Victoria, BC, Canada. 49 p.

Schwantje, H.; Stepaniuk, D.; Zehnder, D. 2006. British Columbia wild and domestic sheep separation programs. Biennial Symposium of the Northern Wild Sheep and Goat Council 15.

Seton, E.T. 1929. The bighorn. *In*: Seton, E.T., ed. Lives of the game animals. Vol. 3 Part 2. Garden City, NY: Doubleday, Doran Co.: 519-573.

Silflow, R.M.; Foreyt, W.J. 1994. Susceptibility of phagocytes from elk, deer, bighorn sheep, and domestic sheep to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases. 30: 529-535.

Silflow, R.M.; Foreyt, W.J.; Lagerquist, J.E. 1994. Evaluation of the cytotoxicity of various isolates of *Pasteurella haemolytica* from bighorn sheep and other ungulate populations. Biennial Symposium of the Northern Wild Sheep and Goat Council. 9: 1-6.

Silflow, R.M.; Foreyt, W.J.; Leid, R.W. 1993. *Pasteurella haemolytica* cytotoxin-dependent killing of neutrophils from bighorn and domestic sheep. Journal of Wildlife Diseases. 29: 30-35.

Singer, F.J.; Zeigenfuss, L.C.; Spicer, L. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology. 15: 1347-1354.

Smith, D.R. 1954. The bighorn sheep of Idaho. Boise, ID: Idaho Department of Fish and Game Wildlife Bulletin No. 1.

Snipes, K.P.; Kasten, R.W.; Wild, M.A.; Miller, M.W.; Jessup, D.A.; Silflow, R.L.; Foreyt, W.J.; Miller, T.E. 1992. Using ribosomal RNA gene restriction patterns in distinguishing isolates of *Pasteurella haemolytica* from bighorn sheep (*Ovis canadensis*). Journal of Wildlife Diseases. 28: 347-354.

Sweeney, S.J.; Silflow, R.M.; Foreyt, W.J. 1994. Comparative leukotoxicities of *Pasteurella haemolytica* isolates from domestic sheep and free-ranging bighorn sheep. Journal of Wildlife Diseases. 30: 523-528.

Toweill, D.E.; Geist, V. 1999. Return to royalty: wild Sheep of North America. Missoula, MT: Boone and Crockett Club and Foundation for North American Wild Sheep. 214 p.

USDA Forest Service. 2006. Summary of the Science Panel Discussion, Nov. 2, 2006. Payette National Forest, McCall Idaho.

Valdez, R. 1988. Wild sheep and wild sheep hunters of the New World. Mesilla, NM: Wild Sheep and Goat International.

Valdez, R.; Krausman, P.R. 1999. Description, distribution, and abundance of mountain sheep in North America. *In*: R. Valdez and P. R. Krausman, eds. Mountain sheep of North America. Tucson, AZ: University of Arizona Press: 1-21.

Ward, A.C.S.; Dunbar, M.R.; Hunter, D.L.; Hillman, R.H.; Bulgin, M.S.; Delong, W.J.; Silva, E.R. 1990. Pasteurellaceae from bighorn and domestic sheep. *In*: Proceedings of the Seventh Biennial Symposium of the Northern Wild Sheep and Goat Council: 109-117.

Ward, A.C.S.; Hunter, D.L.; Jaworski, M.D. 1992. Naturally occurring pneumonia in caesarian derived Rocky Mountain bighorn sheep lambs. *In*: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council: 164-173

Ward, A.C.S.; Hunter, D.L.; Jaworski, M.D.; Benolkin, P.J.; Dobel, M.P.; Jeffress, J.B.; Tanner, G.A. 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. Journal of Wildlife Diseases. 33(3): 554-557.

Ward, A.C.S.; Hunter, D.L.; Rudolph, K.M.; DeLong, W.J.; Bulgin, J.M.; Cowan, L.M.; McNeil, H.J.; Miller, M.W. 1999. Immunologic responses of domestic and bighorn sheep to multivalent Pasteurella haemolytica vaccine. Journal of Wildlife Diseases 35: 285-296.

Ward, A.C.S.; Weiser, G.C.; DeJong, W.J.; Frank, G.H. 2002. Characterization of *Pasteurella* spp. isolated from healthy domestic pack goats and evaluation of the effects of a commercial *Pasteurella* vaccine. American Journal of Veterinary Research. 63: 119-123.

Wehausen, J.D.; Bleich, V.C.; Weaver, R.A. 1987. Mountain sheep in California: a historical perspective on 108 years of full protection. Transactions of the Western Section of the Wildlife Society. 23: 65-74.

Wehausen, J.D.; Kelley, S.T.; Ramey II, R.R. [In prep]. A brief review of respiratory disease interactions between domestic sheep and bighorn sheep.

Weiser, G.C.; DeLong, W.J.; Paz, J.L.; Shafii, B.; Price, W.J.; Ward, A.C.S. 2003. Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. Journal of Wildlife Diseases. 39: 536-544.

Western Association of Fish and Wildlife Agencies (WAFWA—Wild Sheep Working Group. Recommendations for domestic sheep and goat management in wild sheep habitat, June 21, 2007.

Wild, M.A.; Miller, M.W. 1991. Detecting nonhemolytic *Pasteurella haemolytica* infections in healthy Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): influences of sample site and handling. Journal of Wildlife Diseases. 27: 53-60.

Wild, M.A.; Miller, M.W. 1994. Effects of modified Cary and Blair medium on recovery of nonhemolytic *Pasteurella haemolytica* from Rocky Mountain bighorn sheep pharyngeal swabs. Journal of Wildlife Diseases. 30: 16-19.

Wishart, B., chairman. 1983. Bighorn sheep die-off workshop proceedings; May 16-17; Cranbrook, BC, Canada. 35 p.

**Publishing Services Staff**

*Managing Editor* · Lane Eskew

*Page Composition & Printing* · Nancy Chadwick

*Editorial Assistant* · Loa Collins

*Contract Editor* · Kristi Coughlon

*Page Composition & Printing* · Connie Lemos

*Distribution* · Richard Schneider

*Online Publications & Graphics* · Suzy Stephens












The Rocky Mountain Research Station develops scientific information and technology to improve management, protection, and use of the forests and rangelands. Research is designed to meet the needs of the National Forest managers, Federal and State agencies, public and private organizations, academic institutions, industry, and individuals. Studies accelerate solutions to problems involving ecosystems, range, forests, water, recreation, fire, resource inventory, land reclamation, community sustainability, forest engineering technology, multiple use economics, wildlife and fish habitat, and forest insects and diseases. Studies are conducted cooperatively, and applications may be found worldwide.

**Station Headquarters**
Rocky Mountain Research Station
240 W Prospect Road
Fort Collins, CO 80526
(970) 498-1100

**Research Locations**

| | |
|---|---|
| Flagstaff, Arizona | Reno, Nevada |
| Fort Collins, Colorado | Albuquerque, New Mexico |
| Boise, Idaho | Rapid City, South Dakota |
| Moscow, Idaho | Logan, Utah |
| Bozeman, Montana | Ogden, Utah |
| Missoula, Montana | Provo, Utah |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, DC 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.



Society for Conservation Biology

The Impact of Infection and Disease on Animal Populations: Implications for Conservation Biology
Author(s): Marilyn E. Scott
Source: *Conservation Biology*, Vol. 2, No. 1 (Mar., 1988), pp. 40-56
Published by: Wiley for Society for Conservation Biology
Stable URL: http://www.jstor.org/stable/2386271
Accessed: 16-03-2015 21:32 UTC

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*Wiley and Society for Conservation Biology* are collaborating with JSTOR to digitize, preserve and extend access to *Conservation Biology*.

JSTOR
http://www.jstor.org

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

# The Impact of Infection and Disease on Animal Populations: Implications for Conservation Biology

MARILYN E. SCOTT
Institute of Parasitology
Macdonald College of McGill University
21,111 Lakeshore Road
Ste-Anne de Bellevue, Quebec H9X 1C0, Canada

**Abstract:** *The distinction between infection and disease may be subtle, and detection of disease in wild animal populations depends on the sophistication of sampling design and diagnostic techniques used in examining animal populations. The impact of infection on the host is dependent not only on the pathogenicity of the infection but also on the interactions between infection and other factors such as nutritional status and stress. In this paper I review mechanisms by which parasitic infections can influence the survival, reproduction, and movement patterns of infected individuals. I then discuss the implications for host populations, in particular with reference to the potential of parasites to regulate the abundance of host populations. The implications of infection and disease on host populations are then extended to demonstrate consequences on community structure. Difficulties associated with assessing the level of infection or disease in wild animal populations are discussed and used to account for the frequently held belief that disease rarely occurs in wild animal populations. Finally, the consequences of infection and disease for conservation biology are outlined. Disease is considered with regard to introductions and maintenance of genetic diversity. Emphasis is placed on the dangers associated with forcing animals into high-density situations. High host densities lead directly to increased disease because of increased transmission rates, and also indirectly increase disease because of synergistic interactions between infection, reduced nutritional status of the host population, and increased stress all associated with high-density situations. I recommend a surveillance program for monitoring prevalence or intensity in selected indicator age classes as a first step for preventing major disease problems in animal populations. I conclude that infection and disease will be an important determinant of the health and well-being of animal populations, and as such must be considered in the design of conservation policy.*

**RESUMEN:** *La distinción entre infección y enfermedad puede ser sutil, y la detección de enfermedades en la población animal silvestre depende de la sofisticación del diseño del muestreo y las técnicas de diagnóstico usadas al examinar las poblaciones animales. El impacto de la infección en el huésped depende no solo de la patogenicidad de la infección, sino también de la interacción entre la infección y de otros factores, tales como el estado nutricional y el estrés. En este informe reviso los mecanismos mediante los cuales las infecciones parasitarias pueden influenciar la supervivencia, reproducción y los patrones de movimiento de individuos infectados. Más adelante hablo de las implicaciones para las poblaciones huéspedes en particular, con referencia al potencial de los parásitos para regular la abundancia de las poblaciones huéspedes. Las implicaciones de infecciones y enfermedades en pobalciones huéspedes son luego ampliadas para demostrar consecuencias en la estructura de la comunidad. Las dificultades asociadas con la evaluación del nivel de infección o enfermedad en la población animal silvestre son examinadas y usadas para justificar la creencia de que en las poblaciones animales silvestres las enfermedades ocurren raramente. Finalmente, las consecuencias de infecciones y enfermedades para la conservación biológica han sido descritas. Las enfermedades son consideradas en realación con la introducción y el mantenimiento de la diversidad genética. Se ha puesto el énfasis sobre los peligros asociados con forzar situaciones de alta diversidad en poblaciones animales. Una alta densidad de huéspedes conduce directamente a un incremento de enfermedades debido al aumento en las tasas de transmisión; así mismo incrementa la enfermedad indirectamente debido a la interacción sibernética entre la infección, estado nutricional reducido de la población huésped, y un aumento de estrés, todos ellos factores asociados con situaciones de alta densidad. Recomiendo un programa de vigilancia para monitorear la*

Conservation Biology
Volume 2, No. 1, March 1988

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

*prevalencia o intensidad en ciertas clases de edades seleccionadas como indicadores, como un primer paso para prevenir los problemas de las enfermedades mayores en las poblaciones animales. Se concluye que las infecciones y enfermedades serán un factor determinante de importancia para la salud y el bienestar de las poblaciones animales, y como tal debe ser considerado en el diseño de las políticas de conservación.*

## Introduction

Despite the very large number of diseases that are known to afflict animals, including obvious examples such as rinderpest and myxomatosis, many ecologists do not recognize disease as a significant factor affecting natural populations of wild animals. However, Anderson and May (1978) suggested that by definition parasites *decrease either the survival or reproduction of host populations.* In this paper I review many of the ways in which parasitic infections have been shown to influence animals, from invertebrates through to large mammals, and I indicate why I believe that infection and disease should be considered as an important factor in conservation biology. I hope to indicate that people both directly and indirectly involved in conservation biology *must* consider the implications of any conservation policy on the general health of the animal populations concerned and that infectious disease is one of the many determinants of the well-being of such populations. The importance of disease in conservation biology has been the subject of a few recent publications (Edwards & McDonnell 1982; Dobson & May 1986*a*, 1986*b*), and the very recent work with the black-footed ferret in Wyoming has focused attention on the impact of canine distemper on this very small and susceptible population (Thorne, 1988).

The review first distinguishes infection and disease and briefly considers methods available for assessing the level of infection or disease in animal populations. In the second part of the paper I consider the question of impact. What does impact mean? How might infection and disease have an impact on the individual host, the host population, or community structure? Are there examples to indicate that parasites do have an impact on host populations? If so, are these of relevance to conservation biology? I then consider why we so commonly hear statements like "disease rarely occurs in wild animal populations." Finally, I turn more directly to conservation policy. What considerations should be given to infection and disease in the design of conservation policy? In concluding I stress that infection and disease are not forces that act in isolation and that they should not be seen as the only factor or even the most important factor to be considered in shaping conservation policy. Instead parasites should be seen as part of the complex of the biology of the animals involved—a part that must not be ignored or underestimated.

## Infection and Disease

Infection can be defined as the presence of a parasite within a host individual or a host population. Infection in a host population means the presence of a microparasite (bacteria, virus, protozoan) or a macroparasite (helminth, parasitic arthropod) within at least one member of the host population. The presence of life-cycle stages in the environment of the host clearly indicates the potential for infection in the host population. Disease, on the other hand, is much more difficult to define. Disease usually refers to a clinical condition that can be observed or measured, and the distinction between presence or absence of disease will depend on the detail of the examination. Although disease is often seen as a condition associated with an individual animal, it may also be a condition of a population, and assessment of the presence of disease in a population may depend on examining demographic characteristics of the host population.

Assessment of the presence or absence of infection in a host individual would appear to be a straightforward process. In the case of macroparasites, infection is usually detected by direct examination of stool or urine samples for parasite eggs, of blood smears for larvae, or of skin for ectoparasites. A positive result leaves little doubt of the presence of an existing infection. A negative result, however, may indicate a recent infection in which the parasites are not yet producing eggs or larvae. Alternatively, detection procedures may not be sufficiently sensitive to detect small numbers of eggs.

These techniques do enable researchers to determine with some confidence whether or not an *individual* is or is not infected. Detection of infection in the host *population,* however, may be somewhat more complex. A particularly important characteristic of most macroparasites is their tendency to be overdispersed within the host population such that many individuals

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 76 of 186

are uninfected or lightly infected whereas a few individuals are very heavily infected. Examples of this are seen for instance in the larval cestode *Echinococcus granulosus* in moose (McNeill 1983) and in the nematode *Toxocara canis* in silver fox populations (Watkins & Harvey 1942) (Fig. 1). One consequence of this dispersion pattern is that examination of a small sample of the host population may suggest the absence of infection even though some animals may be heavily infected.

A second problem associated with detecting infection in host populations concerns the differences in prevalence (percent of infected hosts) and intensity (average number of parasites per host) of infection in different age classes in the population. Many parasites are common in young animals and remain prevalent through life (Fig. 2*a*), whereas other parasites are very common in young animals, but decrease in prevalence and intensity in older animals (Fig. 2*b*). Figure 2 shows examples of age-prevalence and age-intensity curves for parasites from a wide range of host species. When wildlife biologists sample a host population, it is important that the sample be age-stratified, so as to increase the probability of detecting the infections present.

In the case of microparasites it may be possible to detect directly the presence of infection, as for example with protozoan cysts in the feces. More often, however, detection of infection depends on indirect measures based on serological tests that distinguish between animals that do and do not have circulating antibodies against a specific microparasite (*see* Fig. 2*d, e*). A positive result indicates one of four things: 1) a present infection, 2) a previous infection to which the host is now immune, 3) cross-reaction with shared antibody from another infection, or 4) the presence of antibodies transferred from mother to young. If a vaccination program exists in the population, as for example for rabies in fox populations (Winkler et al. 1975, Winkler & Baer 1976, Dubreuil et al. 1979), a positive serological result may also indicate that the individual was vaccinated but has not been infected. A negative result indicates one of four things as well: 1) the individual is not and never was infected, 2) the infection is so recent that detectable antibody responses have not yet developed, 3) the host was previously infected, but immunity was short-term and antibodies are no longer present in detectable quantities, or 4) the host is or was infected but was not capable of producing antibodies against the infection. Serological profiles may be feasible for bird and mammal populations, but are generally more difficult to obtain for smaller animals.

Despite these difficulties in recognizing infection, the difficulties associated with detecting disease may be even greater, especially in wild animal populations. First, detection of disease will depend on the sophistication of the clinical examination. Overt clinical signs of disease may be clear, but may or may not be attributable to parasites. Some infections have very characteristic manifestations and when linked with the presence of the parasite, infection-associated disease is clear. Many infections, however, result in general symptoms not specific to a parasite, for example, fever, diarrhea, poor weight gain. Even if a positive diagnosis for the parasite is made it may not be clear that the parasite is directly (or even indirectly) responsible for the disease. In the case of wild animal populations, only very visible disease is likely to be detected. Lesser effects, for example delayed age at sexual maturity or reduced growth or stamina, may only be detected by a very detailed examination of the population. If the probability of trapping sick animals is reduced, population samples may not give an accurate representation of the level of disease (Wiger 1977). Even disease resulting in mortality is notoriously difficult to detect and quantify in wild animal populations.

## Impact of Infection and Disease on Individual Hosts

### Effects on Host Survival

There is little need to present examples to show that some parasites cause direct pathology that influences host survival. However, parasites may also indirectly affect host survival by increasing the susceptibility of the infected host to predation or by reducing the competitive fitness of the infected host.

Holmes and Bethel (1972) demonstrated that presence of an acanthocephalan parasite in gammarids altered their susceptibility to predation by ducks. In a more recent study, Moore (1983) demonstrated that starlings tended to feed preferentially on isopods infected with a larval acanthocephalan, *Plagiorhynchus cylindraceus.* Very recent work by Webber et al. (1987) suggests that infection of mosquito larvae with metacercariae of the digenean *Plagiorchis noblei* does not influence susceptibility of infected mosquitoes to predation by guppies, but that infection increases susceptibility to predation by the vole definitive host, *Microtus pennsylvanicus.*

Laboratory studies with mice have demonstrated that infection with the nematode *Heligmosomoides polygyrus* influences the development of dominance in a dose-dependent manner (Freeland 1981). More recent studies with the nematode *Trichinella spiralis* in male mice had similar results (Rau 1983, 1984). Infected males lost dominance trials significantly more often than uninfected males. In addition, a male shown to be dominant over another prior to infection, tends to loose his dominance after being infected with *T. spiralis.* If an animal is infected with a large number of parasites of a given species, and if that infection alters the animal's ability to hold a territory, for instance, the survival of that indi-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064167

*Figure 1. Frequency distributions for helminth parasites. (A) Numbers of larval* Echinococcus granulosus *(Cestoda) in moose (McNeill 1983). (B) Percent of a silver fox population infected with various numbers of adult* Toxocara canis *nematodes (Watkins & Harvey 1942).*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions



This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 79 of 186

vidual may be compromised. Not all parasites are associated with subordinate animals however. Halvorsen (1986*a*) has demonstrated that heavy, dominant reindeer are more heavily infected with gastrointestinal nematodes than lighter, subordinate animals. He suggested that this is associated with greater access to contaminated pasture by the dominant males.

### Effects on Host Reproduction

Parasites may also have direct or indirect effects on host reproduction. The nematode parasite *Elaphostrongylus rangiferi* causes a marked decrease in the number of eggs laid by the infected snail intermediate host (Skorping 1985) (Fig. 3*a*). Schall (1983) has shown that lizards infected with malaria have reduced reproductive success (Fig. 3*b*). Saumier et al. (1986) have shown that the nematode *Trichinella pseudospiralis* influences a number of features of the reproduction of the American kestrel. Infected pairs take longer to lay the first egg, the total number of eggs laid is lower, and the percentage of eggs laid that hatch is reduced significantly for infected pairs compared to control uninfected pairs (Table 1). Infection with botflies (*Cuterebra grisea*) significantly reduced reproduction in vole populations through effects on both male and female *Microtus townsendii* (Boonstra et al. 1980). Examples of the effects of protozoan infection on microtine rodents are reviewed by Wiger (1977).

Parasites that castrate the host will obviously have a major impact on the reproduction of that host individual. Examples include larval digenea in snails, where the entire reproductive tissue is destroyed by the sporocysts or rediae multiplying in the tissue (Combes 1982, Lauckner 1986) and castration of fish associated with tapeworm infections (Arme 1968).

Some parasites also have an indirect effect on host reproduction by delaying growth, which leads to delayed age at sexual maturity and decreased reproductive lifespan. Infection with the liver fluke, *Fasciola hepatica* (Digenea), has been shown to delay the onset of sexual maturity and to reduce fertility in sheep (Hope-Cawdery 1976, Hawkins & Morris 1978). Brucellosis causes increased rate of abortions in sheep (Foreyt et al. 1983) and elk (Thorne, personal communication, 1987).

Infection of the female may also influence her reproductive success if the presence of the infection alters her ability to rear young through the first few weeks of life. Research by Weatherly (1971) with the nematode *Trichinella spiralis* has shown that infected female mice produce the same number of young as uninfected mice, but that the survival of the litters is significantly reduced when the mother is infected.

**Table 1. Effect of *Trichinella pseudospiralis* (Nematoda) on the reproductive success of the American kestrel (Saumier et al. 1986).**

| *Parameter of Reproductive Success* | *Control* | *Infected* | *Significance* |
|---|---|---|---|
| Days until first egg laid | 23 | 31 | $P < 0.01$ |
| Total number of eggs per pair | 7.1 | 4.9 | $P < 0.01$ |
| Percent of eggs that hatched | 51.9 | 25.0 | $P < 0.01$ |

If the parasite influences the desirability of the host as a potential mate, the infection will also have an effect on the reproduction of that host individual (*see* Freeland 1981). A recent theory put forward by Hamilton and Zuk (1982) suggests that mate choice may be linked to resistance to infection, and this is now being tested by a number of research groups. Clearly it will have implications for the infected host.

### Effects on Movement

The movement patterns of infected animals may also differ, and this may have consequences for the survival or reproduction of infected individuals. Recent studies on migration patterns of estuarine snails have shown that those infected with larval Digenea become stranded on the beaches when the tides withdraw (Curtis 1987). McNair and Timmons (1977) have shown decreased exploratory activity of mice infected with the nematode *Syphacia obvelata* compared to uninfected controls. Infection of lizards with malaria has been shown to reduce their running stamina (Schall et al. 1982), whereas mice infected with *Toxocara canis* (Nematoda) had increased spontaneous running activity (Hay et al. 1985) (Fig. 4). Altered dispersal and movement patterns are well known for rabid foxes (Steck & Wandeler 1980) and badgers infected with bovine tuberculosis (Ander-

*Figure 2. Age-prevalence and age-intensity profiles for parasites. (A)* Heligmosomum *spp. (Nematoda) in voles (Kisielewska & Zubczewska 1973). (B)* Syphacia obvelata *(Nematoda) in voles (Kisielewska & Zubczewska 1973). (C)* Echinococcus granulosus *(Cestoda) in moose (McNeill 1983). (D) Seroprevalence of* Brucella *spp. in capybara (Lord & Flores 1983). (E) Seroprevalence of herpesvirus II in buffalo (Hamblin & Hedger 1982). (F) Mean numbers of* Syphacia obvelata *(diagonal histograms) and* Heligmosomum *spp. (cross-hatched histograms) (Nematoda) in voles (Kisielewska & Zubczewska 1973). (G) Mean number of* Elaphostrongylus rangiferi *(Nematoda) larvae per gram of reindeer feces (Halvorsen 1986b). (H) Mean number of larval* Profilicollis botulus *(Acanthocephala) in shore crabs (Thompson 1985).*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064170

*Figure 3. Effect of parasites on host reproduction. (A) The weekly egg-production per snail* (Arianta arbustorum) *in those infected with the larval nematode* Elaphostrongylus rangiferi *(diamonds) and uninfected controls (squares) (Skorping 1985). (B) Average clutch sizes for fence lizards* (Sceloporus occidentalis) *infected (cross-hatched histograms) or uninfected (diagonal histograms) with malaria* (Plasmodium mexicanum) *over a five-year interval (Schall 1983).*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

son & Trewhella 1985). If infection reduces the mobility of the host, it may have consequences for feeding and escape from predators. If infection increases the vagility of animals, it may influence dispersal rates from local populations and expose them to greater risk of predation.

## Impact of Infection and Disease on Host Populations

Clearly infections that decrease the survival or reproduction of individuals may have an impact on the absolute numbers or density of the host population. An obvious example would be the effect of myxomatosis on the rabbit populations in Britain and Australia where introduction of the myxoma virus severely decreased the number of rabbits (*see* Ross 1982). Many other examples of such dramatic changes in host population numbers have been associated with infection and disease, although examples are most often found among microparasite infections (*see* reviews by Edwards & McDonnell 1982, Dobson & May 1986*b*). Laboratory studies have also shown the ability of microparasitic infections to regulate bacteria (Levin & Lenski 1985), coelenterate (Stiven 1964), beetle (Park 1948), and mouse populations (Greenwood et al. 1936, Fenner 1948). Theoretical work of Anderson and May (1978) suggested that helminths also have the potential to regulate host population abundance through density-dependent effects either on host survival or reproduction. It is very difficult to study the role of a specific factor such as infection in regulating natural field populations because of the complexity of the interactions occurring in the field. Laboratory studies on helminths have demonstrated the potential for regulation of invertebrate hosts (Keymer 1981, Anderson & Crombie 1984), and lower vertebrates (Scott & Anderson 1984).

I have used a novel laboratory system to investigate the potential of a nematode parasite to regulate a freely breeding laboratory mouse population (Scott 1987). The host-parasite system involved outbred laboratory mice and a direct life cycle nematode, ***Heligmosomoides polygyrus.*** Mice were housed in 4 × 8 foot arenas and provided with food and water ad libitum. The first experiment was designed to study the population dynamics of the uninfected mouse population. Twenty mice were introduced into an arena, and the population was monitored over a period of 32 weeks. The population grew exponentially, and then equilibrated at a density of approximately 925 mice per arena (Fig. 5*a*). A study of the demography of the population revealed that regulation occurred as a result of density-dependent recruitment into the population.

*Figure 4. Effects of* Toxocara canis *(Nematoda) on the number of wheel revolutions per 24 hours over a 24-day testing period. Uninfected control mice (diagonal histograms); infected mice (cross-hatched histograms). Data from Hay et al. (1985).*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

The mouse population was then divided into three groups of 300 mice each. The purpose of this second experiment was to determine whether introduction and endemic transmission of a nematode in a mouse population could regulate the host population. During phase I of this experiment, mice remained uninfected, and the populations were held at 300 by culling excess young at a census done once every two weeks. Within nine weeks of introduction of the parasite (phase II), over 90 percent of the mice in all three arenas had died (Fig. 5*b*, *c*). Although this indicated that the parasite had a dramatic impact on the host population, it was not clear whether or not the parasite was able to regulate host abundance. In two of the three arenas, the host and parasite were left together in the arena for a further 16 weeks (phase III). In both arenas, the host population remained below 50 mice, suggesting that presence of an endemic infection in these mouse populations was indeed regulating host population abundance. Parasite transmission was occurring at very high rates, because the entire substrate of the arena was covered with damp peat, allowing a high percentage of eggs and larvae to survive. Finally, all mice in both populations were treated with anthelmintic (phase IV) and both mouse populations grew exponentially. In the third arena (Fig. 5*c*), transmission was reduced by placing peat trays onto a substrate of dry shavings. Under these conditions, the mouse population increased (phase III) but at a slower rate than the uninfected population. These data support the work of Anderson and May (1978) and show that this helminth parasite has the ability to regulate host population abundance under conditions of high transmission.

Parasites have also been implicated as the driving force behind population cycles of forest insects (Anderson & May 1980), and there is some evidence to indicate that parasites may also play a role in cycles of red grouse in Scotland (Hudson et al. 1985). It is important to remember in these examples, however, that infection is unlikely the only component of the host population that influences the pattern of abundance over time.

At the host population level, infection may have more subtle effects. For instance, parasites that induce age-specific mortality will influence the age-structure of the host population. The feline parvo virus, introduced on Marion Island to control feral cat populations, is very pathogenic to kittens, but has little effect on adult cats. As a result the age-structure (as well as the total density) of feral cats on the island has changed (Van Rensburg et al. 1987).

Parasites that influence survival, reproduction, or dispersal of the host may influence the genetic structure of the local host population. There is a large body of evidence to show that there is a genetic component in susceptibility or resistance to infection with both microparasites and macroparasites (Wakelin 1978, Ska-

*Figure 5. Population dynamics of uninfected and infected free-running laboratory mouse colonies. (*A*) Dynamics of uninfected control population. (*B*) Changes in numbers of mice greater than 2 weeks of age in two high-transmission replicates during an uninfected period (I), the period immediately following introduction of the parasite (*Heligmosomoides polygyrus *[Nematoda]) (II), during continued transmission (III), and following anthelmintic treatment of all mice (IV). (*C*) Changes in numbers of mice greater than 2 weeks of age in one low-transmission replicate; symbols as described for (*B*). Data from Scott (1987).*

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 83 of 186

mene 1985). If infected hosts tend to disperse less than do uninfected hosts, and if susceptibility to infection is genetically determined, the proportion of susceptible hosts in a local population may increase. Alternatively, if infected hosts tend to disperse, the proportion of susceptible hosts may decrease. Obviously, direct effects of parasites on host survival or reproduction may similarly influence the genetic heterogeneity of local host populations with longer-term implications for host-parasite coevolution. Perhaps the best documented example of this comes from the detailed studies on the population genetics of the myxoma virus in rabbits in Britain and Australia (Ross 1982, Fenner 1983). Several recent theoretical studies have investigated coevolution between parasite and host (Anderson & May 1982, May & Anderson 1983*a*, 1983*b*, Levin & Lenski 1983), and this is an important consideration in the discussion of the impact of infection on host populations.

## Impact on Host Community Structure and Ecosystems

Changes in the population abundance of a host species may have effects that are far more wide ranging. The presence of an infection may alter the relative abundance of related host species within a community, and it may also influence the entire community structure.

The classic study by Park (1948) investigated interspecific competition between two species of *Tribolium* beetles. Park demonstrated that infection with the protozoan *Adelina triboli* had a greater impact on the population dynamics of *T. castaneum* than of *T. confusum* (Fig. 6*a*, *b*). This had consequences for the outcome of competition between the two species. When both species of beetle were uninfected, numbers of *T. castaneum* were higher than numbers of *T. confusum* (Fig. 6*c*). However, when *Adelina triboli* was present in the cultures, *T. confusum* survived and *T. castaneum* populations declined toward extinction (Fig. 6*d*).

A second example involves a nematode parasite of cervids in North America. The parasite, known as the meningeal worm, is much more pathogenic in moose and caribou than in deer. It is now believed that this parasite is largely responsible for the current distributions of these three cervids in North America (Anderson & Prestwood 1979). This example highlights the importance of understanding the population biology of a given parasite species within its range of potential hosts. There may be differences not only in the pathogenicity of the infection among different species of host, but also in the susceptibilities of hosts to infection either because of innate differences among hosts or because of differing exposure.

A third example concerns the current species of birds found in the Hawaiian islands. Warner (1968) suggested that the current distribution of endemic birds in Hawaii is determined by the distribution of the mosquito vector of avian malaria and birdpox. Those species of birds found at low altitudes are at least partially resistant to infection with these pathogens. Those that no longer are found at low altitudes have been limited in their distribution because of a high susceptibility to these infections. Although this hypothesis has been questioned recently by Van Riper et al. (1986), both papers conclude that the current species diversity and distribution of birds in Hawaii is in part related to susceptibility to avian malaria, and that malaria may have been responsible for some of the extinctions of endemic Hawaiian birds.

The impact of infection on invertebrate intertidal communities has been discussed by Lauckner (1986), who suggested that the presence of high rates of digenean parasitism in the intertidal snails may have dramatic effects not only on community studies of the intertidal zone but also on energetic models of intertidal communities.

The presence of parasites may have even wider-ranging consequences. Ross (1982) described some of the consequences of introduction of the myxoma virus into England. The direct effect was a dramatic reduction in the population of rabbits. This resulted in an increased growth of vegetation, which resulted in increased abundance of wildflowers, grasses, and shrubs. The additional cover favored increase of vole and ant populations, but it did not favor sand lizard populations. At the same time, the high numbers of dead and dying rabbits resulted in a brief increase in the number of foxes. Once the rabbit population had declined, fox, buzzard, and stoat populations dropped. Foxes were able to take advantage of the abundant vole population; the fox population, therefore, stabilized, but the vole population declined. However, stoat and buzzard populations decreased significantly. With the decrease in the vole population, tawny owls showed reduced reproductive success. Changes in community structure associated with introduction of the myxoma virus have also been cited as the ultimate cause of extinction of the large blue butterfly (*Maculina arion*) from Britain (*see* Dobson and May 1986*b*).

## Disease in Wild Animal Populations

Throughout this review, many examples have been presented to demonstrate that parasites can influence the survival or reproduction of the host, and that this hasimplications not only for host population abundance but also for community structure. Why then do so many people still suggest that disease rarely occurs in wild animal populations, and that disease does not play a role in natural host populations? I believe that this results

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064174

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 84 of 186

*Figure 6. Effect of* Adelina triboli *(Protozoa) infection on single species population dynamics and interspecific competition between* Tribolium confusum *and* Tribolium castaneum. *(A) Changes in the population of* T. confusum *grown in culture in the absence (squares) or presence (diamonds)* of A. triboli. *(B) Changes in the population of* T. castaneum *grown in culture in the absence (squares) or presence (diamonds) of* A. triboli. *(C) Changes in the populations of* T. confusum *(diamonds) and* T. castaneum *(squares) in the absence of* A. triboli. *(D) Changes in the populations of* T. confusum *(diamonds) and* T. castaneum *(squares) in the presence of* A. triboli. *Data from Park (1948).*

from the tremendous difficulties associated with observing the effects of infection and disease in wild animal populations. Animals that are born must die, but how many of these dead animals are ever seen? The following example illustrates not only the difficulties associated with quantifying mortality but also the difficulties associated with attributing that mortality to a specific causative agent.

In 1972 Gibson et al. described epidemic mortality of waterfowl in southern Quebec, Canada, and attributed the mortality to a digenean parasite, *Cyathocotyle bushiensis.* The die-offs apparently recurred annually in late summer, and waterfowl biologists in Quebec continue to observe this mortality even now. Over the past five years, my students and I have been involved in a study of the population biology of this parasite in waterfowl in southern Quebec. The highly seasonal pattern of duck mortality between 1983 and 1985 is shown in Figure 7 (Hoeve & Scott 1988, in press). Reports of the numbers of ducks found dead or dying on the marsh came from waterfowl biologists and local residents who made reports to the Quebec fish and game personnel. How accurately did these data reflect what was happening in the field? It is virtually impossible to have accurate counts on the numbers of ducks dying on a marsh. Such counts depend not only on the intensity of effort in finding the ducks, but also on the rate of decomposition of the tissues, which will be highest during the hot summer months, and the rate of "predation" by scavengers. Therefore, even before attempting to determine cause of death, there are major difficulties in quantifying mortality.

In our study, these ducks were necropsied, and infection levels were compared with those in the population of apparently healthy ducks shot during the opening weekend of hunting season. Figure 8 shows that both prevalence and intensity of *C. bushiensis* were significantly higher in ducks found dead outside hunting sea-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064175



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 85 of 186

*Figure 7. Seasonal pattern of dabbling duck mortality in southern Quebec between 1983 and 1985. Data from Hoeve and Scott (1988, in press).*

son compared to ducks shot by hunters. This provided circumstantial evidence in support of the original suggestion that this parasite was responsible for the late summer mortality of dabbling ducks. However, this did not eliminate the possibility that duck mortality was caused by something else, and that *C. bushiensis* infection was correlated but irrelevant.

In our study we also found another pathogenic Digenea, *Sphaeridiotrema globulus,* in significantly higher levels in ducks found dead outside hunting season than in the hunter-shot population of ducks (Fig. 8*c, d*). We now believe that both of these parasites are involved in the recurrent mortality, and studies are under way to investigate the potential synergistic interaction caused by concurrent infection with both potential pathogens. However, quantifying the mortality caused by these parasites and confirming that they are the primary cause of the mortality is extremely difficult.

To reiterate then, even infection resulting in acute mortality is notoriously difficult to detect in wild animal populations. When infection influences the reproduction of the host or reduces the average lifespan but does not cause acute mortality, it will be very difficult indeed to detect this in a host population without a detailed demographic and parasitological study, preferably comparing features among a variety of populations. However, it is important that this not be misconstrued into the false security that disease rarely occurs in wild animal populations.

## The Complexity of Transmission Biology

What determines the susceptibility of a host population to infection in the first place? Many factors are involved, and these include density of infective stages of the parasite in the environment, rate of contact between potential host and infective stages, and susceptibility of the host once contact has been made. The density of infective stages in the environment is influenced by the number of adult parasites or the number of infected hosts. It is also influenced by the environmental conditions (temperature, humidity) that determine the survival of the infective stages. In parasites with indirect life cycles involving vectors or intermediate hosts, the availability, and the absolute and relative abundance of these hosts is also important. Contact rates are influenced by the behavior of the potential host. Therefore, anything that influences the behavior of the host may influence the rate of contact with infective stages of the parasite. For example, if animals shift from one food item to another as the relative abundance of available food changes exposure to infection will change. Once contact has been made, the susceptibility of the host to infection becomes important. Host susceptibility is influenced not only by the genetic makeup of the host (Wakelin 1978, Skamene 1985), but also by the ability to mount an effective immune response that in turn is influenced by host nutritional status (Isliker & Schurch 1981) and by stress (Vessey 1964). Clearly immunity is also influ-

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064176

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 86 of 186

*Figure 8. Comparison of infection levels between ducks shot by hunters on the opening weekend of hunting season (diagonal histograms) and ducks found dead prior to hunting season (cross-hatched histograms). (A) Prevalence of* Cyathocotyle bushiensis *(Digenea). (B) Intensity of* C. bushiensis *per infected duck. (C) Prevalence of* Sphaeridiotrema globulus *(Digenea). (D) Intensity of* S. globulus *per infected duck. BWT = blue winged teal; MAL = mallard; GWT = green-winged teal; BLA = black duck. Dots indicate level of significance (● $P < 0.05$; ●● $P < 0.01$; ●●● $P < 0.001$). Data from Hoeve and Scott (1988, in press).*

enced by the previous history of infection. Therefore, transmission and resultant pathogenicity is dependent on a large number of factors intrinsic and extrinsic to the host population. One of the most commonly cited examples of the complex of interacting factors leading ultimately to death of animals is the lungworm-pneumonia complex of bighorn sheep. Forrester (1971) said: "An outbreak of this syndrome in a herd of bighorn sheep succeeds one or more of the following conditions: poor range conditions, resulting in overcrowding and malnutrition; inclement weather, multiple parasitism, increase in the rate of transmission of protostrongylid lungworms due to conditions favoring the survival of the intermediate hosts and larvae of the lungworms; and secondary invasion by bacteria, resulting in pneumonia." Poor nutritional quality of food, increased density of hosts, increased densities of infective stages, increased stress perhaps due to a severe winter, and many other factors may turn an otherwise benign infection into a significant factor for the future of the host population (*see* Wiger 1977).

## Conclusion

The impact of parasites on the survival, reproduction, or dispersal of host individuals has manifestations not only for the host population but also for relative abundance and community structure, age structure, dispersal, and genetic diversity. Are these impacts of interest in terms of conservation biology?

Disease has the ability to decimate whole populations, and it has had very severe consequences for animals such as the black-footed ferret (Thorne, 1988). The presence of parasites may well have implications when introductions are planned. Although attempting to conserve one species by introducing it into an apparently suitable habitat, we may introduce an infection into native animals, or we may expose the introduced species to new infections present in the new habitat. Either of these may have serious consequences (*see* Dobson & May 1986*a*, Holmes & Price 1986).

To conserve a host population or species, it is necessary to conserve its environment as well, and if possible

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064177

to maintain sufficient genetic diversity that the population does not suffer from negative effects associated with inbreeding. The potential influence of infection and disease must be included in the list of factors for consideration in development of a conservation program, especially with regard to genetic diversity and susceptibility to disease. Many attempts are made to keep animals free of infection. This is especially true in zoos and on game ranches, for instance. Is this a sensible strategy? In many ways, yes. It should enable animals to survive and reproduce at rates approaching the maximum, and surely this is good for the conservation of the species. Or is it? Maybe by protecting the animals from disease we are weakening the population and increasing its susceptibility to infection. O'Brien et al. (1985) for instance suggested that lack of genetic variability in cheetahs was responsible for the rapid spread of feline infectious peritonitis through the population. Perhaps endemic infection should exist in host populations to maintain a fit population of hosts. Uhazy et al. (1973) discussed this issue with respect to the lungworm-pneumonia complex in bighorn sheep in western Canada. They found that the "fittest" bighorn sheep population was also the one with the highest level of lungworm infection.

Finally, in the context of conservation policy, I want to consider the question of host density and its impact on infection and disease. It is important to recognize that the impact of infection and disease on host populations is likely to increase over the next 50 to 100 years. The general pattern seen in most areas of the world today is for expansion of urban areas and a loss of space reserved for wild animal populations. As animals are forced to exist at higher densities, virtually every aspect of the life and health of the animals will be affected. Their parasite fauna is no exception. Parasite transmission for both microparasites and macroparasites is dependent on host density (Anderson 1982). The higher the host density, the higher the net transmission and the higher the average parasite burden per host. This has been shown, for example, in abomasal nematodes of white-tailed deer (Eve 1979). Higher parasite burdens translate into more severe effects of the parasites on the survival and reproduction of the host. In addition, this is complicated by the probability of decreased availability of food and increased stress associated with high-density populations. Davidson (1979) suggested that habitat deterioration associated with a high-density deer population precipitated an epizootic of anthrax, whereas two adjacent low-density deer populations were relatively unaffected by the disease. Esch et al. (1975) and Wiger (1977) have reviewed some of the ways in which stress owing to cold, fighting, starvation, caging, and captivity can alter the outcome of parasitic infections, even to the point of causing host death. There can be little doubt that forcing animals into dense conditions will have a very detrimental effect on the host population, and that disease will be one of consequences.

Recognition of the potential impact of disease in wild animal populations is the first step in prevention. How should biologists monitor levels of infection in host populations? In the first few years, a detailed surveillance program should be undertaken with the objectives of identifying endemic microparasites and macroparasites, and of constructing age-prevalence and/or age-intensity profiles for each parasite (based on age-stratified examination of reasonable samples) to improve the likelihood of detecting endemic infections that may be overdispersed and/or age-specific. These baseline profiles can then be used as a means for selecting one or more indicator age classes for long-term monitoring. It is important that indicator age classes be chosen from the increasing phase of the age-prevalence (for microparasites) or age-intensity (for macroparasites) profiles. Selection should also depend on 1) ease of obtaining samples, and 2) number of infections in which that age class provides a good indicator. If possible, it may be of advantage to monitor populations at strategic times of the year when transmission might be expected to be high. Populations should also be monitored for signs of disease, including demographic features such as average clutch or litter size, age at sexual maturity, and size–age relationships. If it is impossible to obtain samples for the host population, it may be possible to use tracer or sentinel animals as indicators of endemic transmission. Care needs to be taken in choice of such animals so that they do not accidentally introduce infections or disrupt the community. The extent to which these approaches can be adopted will depend on available resources and on priorities. In setting priorities, managers should at a minimum consult with experts in infection and disease so that their decisions are informed.

There is little point in conserving animal populations for the sake of conservation unless those animals are kept in conditions that promote their health and continued well-being. In this review I have presented examples to show that infection has the potential to lead to disease, and that parasites can have a dramatic impact not only on host survival and reproduction, but also on community structure. Policies adopted with the objective of animal conservation need not be preoccupied with parasites, but at the same time they must not disregard parasites.

The presence of infection or disease may be difficult to measure or monitor in wild animal populations, but it occurs and it poses a continuing threat. Even apparently nonpathogenic parasites may become important when animal populations are malnourished or stressed, and the combined effects may predispose animals to other population pressures. As more and more ecologists see infection and disease as a potential regulatory force in

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 88 of 186

the host population, I believe more and more examples will be found, and that disease will take its place along with predation and competition as factors of major importance for host population dynamics.

## Acknowledgments

Dr. Fred Whoriskey (McGill University) and Dr. David Gordon (University of Massachusetts) provided comments on an earlier draft of this manuscript. I am grateful for many helpful discussions with Dr. Andrew Dobson (Rochester University), Professor Roy Anderson (Imperial College) and Dr. John Holmes (University of Alberta). Preparation of this paper was supported by NSERC grants U0204 and A3585. Research at the Institute of Parasitology is supported by NSERC and the *Fonds FCAR pour la soutien à la recherche.*

### Literature Cited

Anderson, R. C., and A. K. Prestwood. 1979. Lungworms. Pages 266-317 *in* W. R. Davidson, F. A. Hayes, V. F. Nettles, F. E. Kellogg, editors. Diseases and parasites of white-tailed deer. U.S. Department of the Interior, U.S. Wildlife Service Miscellaneous Publication 7, Washington, D.C., USA.

Anderson R. M. 1982. Epidemiology. Pages 204–251 *in* F. E. G. Cox, editor. Modern parasitology. Blackwell Scientific Publications, London, England.

Anderson, R. M., and J. A. Crombie. 1984. Experimental studies of age-prevalence curves for *Schistosoma mansoni* infections in populations of *Biomphalaria glabrata.* Parasitology **89:**79–105.

Anderson, R. M., and R. M. May. 1978. Regulation and stability of host-parasite population interactions. I. Regulatory processes. Journal of Animal Ecology **47:**219–247.

Anderson, R. M., and R. M. May. 1980. Infectious diseases and population cycles of forest insects. Science **210:**658–661.

Anderson, R. M., and R. M. May. 1982. Coevolution of hosts and parasites. Parasitology **85:**411–426.

Anderson, R. M., and W. Trewhella. 1985. Population dynamics of the badger (*Meles meles*) and the epidemiology of bovine tuberculosis (*Mycobacterium bovis*). Philosophical Transactions of the Royal Society of London Series B **310:**327–381.

Arme, C. 1968. Effects of the plerocercoid larva of a pseudophyllidean cestode, *Ligula intestinalis,* on the pituitary gland and gonads of its host. Biological Bulletin **134:**15–25.

Boonstra, R., C. J. Krebs, and T. D. Beacham. 1980. Impact of botfly parasitism on *Microtus townsendii* populations. Canadian Journal of Zoology **58:**1683–1692.

Combes, C. 1982. Trematodes: antagonism between species and sterilizing effects on snails in biological control. Parasitology **84:**151–175.

Curtis, L. A. 1987. Vertical distribution of an estuarine snail altered by a parasite. Science **235:**1509–1511.

Davidson, W. R. 1979. Disease prevention and control. Pages 424–433 *in* W. R. Davidson, F. A. Hayes, V. F. Nettles, F. E. Kellogg, editors. Diseases and parasites of white-tailed deer. U.S. Department of the Interior, U.S. Wildlife Service Miscellaneous Publication 7, Washington D.C., USA.

Dobson, A. P., and R. M. May. 1986*a*. Patterns of invasions by pathogens and parasites. Pages 58–76 *in* H. A. Mooney, J. A. Drake, editors. Ecology of biological invasions of North America and Hawaii. Springer-Verlag, New York, New York, USA.

Dobson, A. P., and R. M. May. 1986*b*. Disease and conservation. Pages 345–365 *in* M. Soulé, editor. Conservation biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, MA, USA.

Dubreuil, M., L. Andral, M. F. Aubert, and J. Blancou. 1979. Oral vaccination of foxes against rabies. An experimental study. Annals of Veterinary Research **10:**9–21.

Edwards, M. A., and U. McDonnell, editors. 1982. Animal disease in relation to animal conservation. Symposia of the Zoological Society of London number 50. Academic Press, London, England.

Esch, G. W., J. W. Gibbons, and J. E. Bourque. 1975. An analysis of the relationship between stress and parasitism. The American Midland Naturalist **93:**339–353.

Eve, J. H. 1979. Management implications of disease. Pages 413–423 *in* W. R. Davidson, F. A. Hayes, V. F. Nettles, F. E. Kellogg, editors. Diseases and parasites of white-tailed deer. U.S. Department of the Interior. U.S. Wildlife Service Miscellaneous Publication 7, Washington, D.C., USA.

Fenner, F. 1948. The epizootic behaviour of mouse pox (infectious ectromelia of mice). II. The course of events in long-continued epidemics. Journal of Hygiene **46:**383–393.

Fenner, F. 1983. Biological control, as exemplified by smallpox eradication and myxomatosis. Proceedings of the Royal Society of London B **218:**259–285.

Foreyt, W. J., T. C. Smith, J. F. Evermann, and W. E. Heimer. 1983. Hematologic, serum chemistry and serologic values of Dall's sheep (*Ovis dalli dalli*) in Alaska. Journal of Wildlife Diseases **19:**136–139.

Forrester, D. J. 1971. Bighorn sheep lungworm-pneumonia complex. Pages 158–173 *in* J. W. Davis, R. C. Anderson, editors. Parasitic diseases of wild mammals. Iowa State University Press, Ames, Iowa, USA.

Freeland, W. J. 1981. Parasitism and behavioral dominance among male mice. Science **213:**461–462.

Gibson, G. G., E. Broughton and L. P. E. Choquette. 1972. Waterfowl mortality caused by *Cyathocotyle bushiensis* Khan, 1962 (Trematoda: Cyathocotylidae), St. Lawrence River, Québec. Canadian Journal of Zoology **50:**1351–1356.

Greenwood, M., A. Bradford-Hill, W. W. C. Topley, and J. Wilson. 1936. Experimental epidemiology. Medical Research

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064179

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 89 of 186

Council Special Report, no. 209, His Majesty's Stationery Office, Privy Council, London, England.

Halvorsen, O. 1986*a*. On the relationship between social status of host and risk of parasitic infection. Oikos **47**:71–74.

Halvorsen, O. 1986*b*. Epidemiology of reindeer parasites. Parasitology Today **2**:334–339.

Hamblin, C., and R. S. Hedger. 1982. Prevalence of neutralizing antibodies to bovid herpesvirus 2 in African wildlife. Journal of Wildlife Diseases **18**:429–436.

Hamilton, W. D., and M. Zuk. 1982. Heritable true fitness and bright birds: a role for parasites? Science **218**:384–387.

Hawkins, C. D., and R. S. Morris. 1978. Depression of productivity in sheep infected with *Fasciola hepatica*. Veterinary Parasitology **4**:341–351.

Hay, J., P. P. Aitken, and M. A. Arnott. 1985. The effect of *Toxocara canis* on the spontaneous running activity of mice. Annals of Tropical Medicine and Parasitology **79**:221–222.

Hoeve, J., and M. E. Scott. 1988. Ecological studies on *Cyathocotyle bushiensis* (Digenea) and *Sphaeridiotrema globulus* (Digenea), possible pathogens of dabbling ducks in southern Quebec. Journal of Wildlife Diseases, in press.

Holmes, J. C., and W. M. Bethel. 1972. Modification of intermediate host behavior by parasites. Pages 123–149 *in* E. U. Canning and C. A. Wright, editors. Behavioral aspects of parasite transmission. Academic Press, London, England.

Holmes, J. C., and P. W. Price. 1986. Communities of parasites. Pages 187–213 *in* J. Kikkawa and D. J. Anderson, editors. Community ecology: pattern and process. Blackwell Scientific Publications, Oxford, England.

Hope-Cawdery, M. J. 1976. The effects of fascioliasis on ewe fertility. British Veterinary Journal **132**:568–575.

Hudson, P. J., A. P. Dobson, and D. Newborn. 1985. Cyclic and non-cyclic populations of red grouse: a role for parasitism. Pages 77–89 *in* D. Rollinson and R. M. Anderson, editors. Ecology and genetics of host-parasite interactions. Linnean Society Symposium Series no. 11.

Isliker, H., B. Schurch, editors. 1981. The impact of malnutrition on immune defense in parasitic infestation. Nestlé Foundation Publication Series Volume 2, Switzerland.

Keymer, A. E. 1981. Population dynamics of *Hymenolepis diminuta* in the intermediate host. Journal of Animal Ecology **50**:941–950.

Kisielewska, K., and Z. Zubczewska. 1973. Intestinal helminths as indexes of reproduction dynamics in the host population—common vole. Acta Theriologica **18**:237–246.

Lauckner, G. 1986. Ecological effects of larval trematode infestations on littoral marine invertebrate populations. Pages 391–398 *in* M. J. Howell, editor. Parasitology—quo vadit? Proceedings of the Sixth International Congress of Parasitology. Australian Academy of Sciences, Canberra, Australia.

Levin, B. R., and R. E. Lenski. 1983. Coevolution in bacteria and their viruses and plasmids. Pages 99–127 *in* D. J. Futuyma and M. Slatkin, editors. Coevolution. Sinauer Associates, Sunderland, Massachusetts, USA.

Levin, B. R., and R. E. Lenski. 1985. Bacteria and phage: a model system for the study of the ecology and co-evolution of hosts and parasites. Pages 227–242 *in* D. Rollinson and R. M. Anderson, editors. Ecology and genetics of host-parasite interactions. Linnean Society Symposium Series no. 11.

Lord, V. R., and C. R. Flores. 1983. *Brucella* spp. from the capybara (*Hydrochaeris hydrochaeris*) in Venezuela: serologic studies and metabolic characterization of isolates. Journal of Wildlife Diseases **19**:308–314.

McNair, D. M., and E. H. Timmons. 1977. Effects of *Aspiculuris tetraptera* and *Syphacia obvelata* on exploratory behavior of an inbred mouse strain. Laboratory Animal Science **27**:38–42.

McNeill, M. 1983. *Echinococcus granulosus* (Cestoda: Taeniidae) infections in moose (*Alces alces*) from southwestern Quebec. M.Sc. Thesis, Institute of Parasitology, McGill University, Quebec, Canada.

May, R. M., and R. M. Anderson. 1983*a*. Epidemiology and genetics in the coevolution of parasites and hosts. Proceedings of the Royal Society of London Series B **219**:281–313.

May, R. M., and R. M. Anderson. 1983*b*. Parasite-host coevolution. Pages 186–206 *in* D. J. Futuyma and M. Slatkin, editors. Coevolution. Sinauer Associates, Sunderland, Massachusetts, USA.

Moore, J. 1983. Responses of an avian predator and its isopod prey to an acanthocephalan parasite. Ecology **64**:1000–1015.

O'Brien, S. J., M. E. Roelke, L. Marker, A. Newman, C. A. Winkler, D. Meltzer, L. Colley, J. F., Evermann, M. Bush, and D. E. Wildt. 1985. Genetic basis for species vulnerability in the cheetah. Science **227**:1428–1434.

Park, T. 1948. Experimental studies on interspecies competition. 1. Competition between populations of the flour beetles, *Tribolium confusum* and *Tribolium castaneum* Herbst. Ecological Monographs **18**:267–307.

Rau, M. E. 1983. Establishment and maintenance of behavioural dominance in male mice infected with *Trichinella spiralis*. Parasitology **86**:319–322.

Rau, M. E. 1984. Loss of behavioural dominance in male mice infected with *Trichinella spiralis*. Parasitology **88**:371–373.

Ross, J. 1982. Myxomatosis: the natural evolution of the disease. Pages 77–95 *in* M. A. Edwards and U. McDonnell, editors. Animal disease in relation to animal conservation. Symposia of the Zoological Society of London number 50. Academic Press, London, England.

Saumier, M. D., M. E. Rau, and D. M. Bird. 1986. The effect of *Trichinella pseudospiralis* infection on the reproductive success of captive American kestrels (*Falco sparverius*). Canadian Journal of Zoology **64**:2123–2125.

Schall, J. J. 1983. Lizard malaria: cost to vertebrate host's reproductive success. Parasitology **87**:1–6.

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064180

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 90 of 186

Schall, J. J., A. F. Bennett, and R. W. Putman. 1982. Lizards infected with malaria: physiological and behavioral consequences. Science **217**:1057–1059.

Scott, M. E. 1987. Regulation of mouse colony abundance by *Heligmosomoides polygyrus.* Parasitology **95**:111–124.

Scott, M. E., and R. M. Anderson. 1984. The population dynamics of *Gyrodactylus bullatarudis* (Monogenea) on guppies (*Poecilia reticulata*). Parasitology **89**:159–194.

Skamene, E. 1985. Genetic control of host resistance to infection and malignancy. Alan R. Liss Inc., New York, New York, USA.

Skorping, A. 1985. Parasite-induced reduction in host survival and fecundity: the effect of the nematode *Elaphostrongylus rangiferi* on the snail intermediate host. Parasitology **91**:555–562.

Steck, F., and A. Wandeler. 1980. The epidemiology of fox rabies in Europe. Epidemiologic Reviews **2**:71–96.

Stiven, A. E. 1964. Experimental studies on the epidemiology of the host-parasite system, *Hydra* and *Hydramoeba hydroxena* (Entz). II. The components of a simple epidemic. Ecological Monographs **34**:119–142.

Thompson, A. B. 1985. Analysis of *Profilicollis botulus* (Acanthocephala: Echinorhynchidae) burdens in the shore crab, *Carcinus maenas.* Journal of Animal Ecology **54**:595–604.

Thorne, E. T. 1988. Disease and endangered species: the black-footed ferret as a case report. Conservation Biology **2**:66–74.

Uhazy, L. S., J. C. Holmes, and J. G. Stelfox. 1973. Lungworms in the Rocky Mountain bighorn sheep of western Canada. Canadian Journal of Zoology **51**:817–824.

Van Rensburg, P. J. J., J. D. Skinner, and R. J. Van Aarde. 1987. Effects of feline panleucopaenia on the population characteristics of feral cats on Marion Island. Journal of Applied Ecology **24**:63–73.

Van Riper, C., III, S. G. Van Riper, M. L. Goff, and M. Laird. 1986. The epizootiology and ecological significance of malaria in Hawaiian land birds. Ecological Monographs **56**:327–344.

Vessey, S. H. 1964. Effects of grouping on levels of circulating antibodies in mice. Proceedings of the Society for Experimental Biology and Medicine **115**:252–255.

Wakelin, D. 1978. Genetic control of susceptibility and resistance to parasitic infection. Advances in Parasitology **16**:219–308.

Warner, R. E. 1968. The role of introduced diseases in the extinction of the endemic Hawaiian avifauna. The Condor **70**:101–120.

Watkins, C. V., and L. A. Harvey. 1942. On the parasites of silver foxes on some farms in the South West. Parasitology **34**:155–179.

Weatherly, N. F. 1971. Effects on litter size and litter survival in Swiss mice infected with *Trichinella spiralis* during gestation. Journal of Parasitology **57**:298–301.

Webber, R. A., M. E. Rau, and D. J. Lewis. 1987. The effects of *Plagiorchis noblei* (Trematoda: Plagiorchiidae) metacercariae on the susceptibility of *Aedes aegypti* larvae to predation by guppies (*Poecilia reticulata*) and meadow voles (*Microtus pennsylvanicus*). Canadian Journal of Zoology **65**:2346–2348.

Wiger, R. 1977. Some pathological effects of endoparasites on rodents with special reference to the population ecology of microtines. Oikos **29**:598–606.

Winkler, W. G., and G. M. Baer. 1976. Rabies immunisation of red foxes (*Vulpes fulva*) with vaccine in sausage baits. American Journal of Epidemiology **103**:408–415.

Winkler, W. G., R. G. McLean, and J. C. Cowart. 1975. Vaccination of foxes against rabies using ingested baits. Journal of Wildlife Diseases **11**:382–388.

This content downloaded from 204.124.92.254 on Mon, 16 Mar 2015 21:32:26 UTC
All use subject to JSTOR Terms and Conditions

BLM_0064181

# GUNNISON'S PRAIRIE DOG CONSERVATION ASSESSMENT

Amy E. Seglund, Andrea E. Ernst, and Deborah M. O'Neill

Western Association of Fish and Wildlife Agencies
August 2005

## RECOMMENDED CITATION

Seglund, A.E., A.E. Ernst, and D.M. O'Neill. 2005. Gunnison's prairie dog conservation assessment. Western Association of Fish and Wildlife Agencies. Laramie, Wyoming. Unpublished Report. 87 pp.

## ACKNOWLEDGMENTS

This document was prepared with assistance from the following Prairie Dog Conservation Team, White-tailed and Gunnison's Prairie Dog Working Group members: Pam Schnurr and Gary Skiba, Colorado Division of Wildlife; Bill Van Pelt, Arizona Game and Fish Department; Chuck Hayes and Jim Stuart, New Mexico Department of Game and Fish; and Kevin Bunnell and Tony Wright, Utah Division of Wildlife.

We received significant input from a number of sources or their publications. We especially wish to acknowledge the following people and organizations: Susan MacVean, Arizona Game and Fish Department; Kris Johnson, New Mexico Natural Heritage Program; Bob Leachman and Maureen Murphy, U.S. Fish and Wildlife Service; Greg Schmitt; Paul Knight, Marron Associates; Dave Mikesic, Navajo Fish and Wildlife Department; Mike Bodenchuk, Ken Podborny, Mike Burrell, U.S.D.A. APHIS Wildlife Services; Bill Andelt, Colorado State University; Ted Cordery, Paul Sawyer, Tammy Wallace, Pam Riddle, Wes Anderson, and Sandy Borthwick, Bureau of Land Management; Deb Bumpus, Cecilia Overby, U.S.D.A. Forest Service; Dr. Don Hyder, San Juan College; and Nicole Rosmarino, Forest Guardians.

Terry B. Johnson, Chair of WAFWA's Nongame and Endangered Species Committee, helped edit the final drafts of this report.

## EXECUTIVE SUMMARY

On 23 February 2004, the U.S. Fish and Wildlife Service was petitioned to list the Gunnison's prairie dog (*Cynomys gunnisoni*) under the federal Endangered Species Act. After the petition was received, the White-tailed and Gunnison's Prairie Dog Working Group of the Western Association of Fish and Wildlife Agencies' 12-state Prairie Dog Conservation Team began work on a Conservation Assessment for the Gunnison's prairie dog. The Conservation Assessment was intended to evaluate the rangewide population status of the species and identify factors limiting conservation. This information would then be incorporated into a comprehensive conservation strategy that could be adopted by all states within the Gunnison's prairie dogs range.

Data used for the Conservation Assessment came from many sources, including published literature, evaluation of potential black-footed ferret (*Mustela nigripes*) habitat for possible reintroduction sites, and state and federal unpublished reports. These sources provided information to evaluate gross changes in occupied habitat and to examine current management of Gunnison's prairie dogs within each state of occurrence (Arizona, Colorado, New Mexico, and Utah). In addition, a Geographic Information Systems spatially detailed Predictive Range Model for the Gunnison's prairie dog was produced. This model was developed to determine the number of hectares comprising the gross and predicted ranges of the species, evaluate the percent of range being impacted by anthropogenic disturbances, act as a first-cut guide in locating appropriate areas for more intensive field surveys, and identify rangewide habitat corridors for genetic maintenance of the species. Finally, a risk assessment was completed based on the 5 criteria used by the U.S. Fish and Wildlife Service when evaluating a species' potential for listing under the Endangered Species Act.

This assessment of Gunnison's prairie dog populations suggests a decline in occupied habitat. However, these declines could not be quantified, due to a history of incomplete and inconsistent surveys, variable time periods between estimates at specific sites, and information that was anecdotal at best. In addition, information regarding the status of Gunnison's prairie dogs was limited mainly to public lands, as trespass restrictions inhibited field surveys on private and tribal lands. Finally, current occupied habitat and densities could not be estimated because (1) none of the states within the Gunnison's prairie dog range have completed exhaustive mapping surveys and (2) standardized monitoring techniques to evaluate long-term population trends are still being developed. Thus, this Conservation Assessment used the best available data to evaluate the rangewide population status of the species, recognizing that the information represents a minimum estimate of Gunnison's prairie dog distribution.

After careful analysis of the information presented in the Conservation Assessment, the Western Association of Fish and Wildlife Agencies and its Prairie Dog Conservation Team and White-tailed and Gunnison's Prairie Dog Working Group concluded that, although continued active management and development of a comprehensive conservation strategy for the species and its habitat are needed, listing of the Gunnison's prairie dog under the Endangered Species Act is not warranted at the current time. The basis for these conclusions is: 1) all 4 states within the Gunnison's prairie dog range currently are managing for conservation of the species by developing monitoring protocols, instituting shooting closures, and incorporating it in their

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 94 of 186

Comprehensive Wildlife Conservation Strategies; 2) there is lack of quantifiable data to evaluate the status of the species on tribal and private lands that together, comprise 73% of the predicted range; 3) the Western Association of Fish and Wildlife Agencies is developing a rangewide prairie dog conservation strategy (for all species, including the Gunnison's) that will be adopted in January 2006; and 4) many of the facets identified within the Conservation Assessment that might negatively affect the Gunnison's prairie dog are already being addressed by states and federal agencies, such as rangeland improvements, invasive weed control programs, and plague research and monitoring. Because of the programs already in place and because a rangewide conservation strategy for the species will be completed by January 2006, the states believe that listing of the species to protect it from further declines is not warranted. Regardless, the Western Association of Fish and Wildlife will continue to encourage Gunnison's prairie dog states to reduce and eliminate current and potential impacts from anthropogenic sources and to explore agreements to monitor and control plague on a rangewide scale.

BLM_0064185

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 95 of 186

TABLE OF CONTENTS

RECOMMENDED CITATION ... ii
ACKNOWLEDGMENTS ... ii
EXECUTIVE SUMMARY ... iii
TABLE OF CONTENTS ... vii
LIST OF TABLES ... vii
LIST OF FIGURES ... viii
LIST OF APPENDICES ... viii
INTRODUCTION ... 1
- TAXONOMY ... 3
- DESCRIPTION ... 4
- DISTRIBUTION ... 4
- LIFE HISTORY ... 4
  - Habitat requirements ... 4
  - Dietary requirements ... 5
  - Social structure ... 6
  - Reproduction ... 7
  - Hibernation ... 8
  - Movements and home range ... 8
  - Densities ... 8

EVALUATION OF GUNNISON'S PRAIRIE DOG POPULATION STATUS BY STATE ... 9
- PREDICTIVE RANGE MODEL ... 9
  - Arizona ... 12
    - *Historic information* ... 12
    - *Survey efforts* ... 12
    - *Predictive range model* ... 16
    - *Summary* ... 16
  - Colorado ... 17
    - *Historic information* ... 17
    - *Survey efforts* ... 17
    - *Predictive range model* ... 21
    - *Summary* ... 21
  - New Mexico ... 22
    - *Historic information* ... 22
    - *Monitoring efforts* ... 22
    - *Predictive range model* ... 26
    - *Summary* ... 26
  - Utah ... 27
    - *Historic information* ... 27
    - *Monitoring efforts* ... 27
    - *Predictive range model* ... 28
    - *Summary* ... 28

CURRENT MANAGEMENT STATUS BY STATE ... 28
- ARIZONA ... 28

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 96 of 186

COLORADO ........ 29
NEW MEXICO ........ 31
UTAH ........ 32
RISK ASSESSMENT ........ 33
1) PRESENT OR THREATENED DESTRUCTION, MODIFICATION OR CURTAILMENT OF HABITAT OR RANGE ........ 33
Current information ........ 33
*Agricultural land conversion* ........ 33
*Urbanization* ........ 34
*Oil/Gas exploration and extraction* ........ 34
*Livestock grazing* ........ 34
*Altered fire regimes* ........ 35
Evaluation ........ 36
*Agricultural land conversion* ........ 36
*Urbanization* ........ 36
*Oil/Gas exploration and extraction* ........ 36
*Livestock grazing* ........ 36
*Altered fire regimes* ........ 37
Conservation options for a conservation strategy ........ 37
Research needs ........ 38
2) OVERUTILIZATION FOR COMMERCIAL, RECREATIONAL, SCIENTIFIC OR EDUCATIONAL PURPOSES ........ 39
Current information ........ 39
*Shooting* ........ 39
Evaluation ........ 41
*Shooting* ........ 41
Conservation options for a conservation strategy ........ 42
*Shooting* ........ 42
Research needs ........ 42
3) DISEASE OR PREDATION ........ 42
Current information ........ 42
*Disease* ........ 42
Evaluation ........ 44
*Disease* ........ 44
Conservation options for a conservation strategy ........ 45
*Disease* ........ 45
Research needs ........ 46
4) INADEQUACY OF EXISTING REGULATORY MECHANISMS ........ 46
Current information ........ 46
Evaluation ........ 47
Conservation options for a conservation strategy ........ 47
Research needs ........ 47
5) OTHER NATURAL OR MANMADE FACTORS AFFECTING ITS CONTINUED EXISTENCE ........ 48
Current information ........ 48
*Poisoning* ........ 48

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 97 of 186

*Drought* ..... 48
Evaluation ..... 49
*Poisoning* ..... 49
*Drought* ..... 49
Conservation options for a conservation strategy ..... 49
*Poisoning* ..... 49
*Drought* ..... 50
Research needs ..... 50
RECOMMENDATION REGARDING THE NEED TO LIST THE GUNNISON'S PRAIRIE DOG UNDER THE ESA ..... 50
1) PRESENT OR THREATENED DESTRUCTION, MODIFICATION, OR CURTAILMENT OF HABITAT OR RANGE ..... 51
Agricultural land conversion ..... 51
Urbanization ..... 51
Oil/Gas exploration and extraction ..... 51
Livestock grazing ..... 51
Altered fire regimes ..... 51
2) OVERUTILIZATION FOR COMMERCIAL, RECREATIONAL, SCIENTIFIC OR EDUCATIONAL PURPOSES ..... 52
Shooting ..... 52
3) DISEASE OR PREDATION ..... 52
Disease ..... 52
4) INADEQUACY OF EXISTING REGULATORY MECHANISMS ..... 52
5) OTHER NATURAL OR MAN-MADE FACTORS AFFECTING ITS CONTINUED EXISTENCE ..... 53
Poisoning ..... 53
Drought ..... 53
CONCLUSION ..... 53
LITERATURE CITED ..... 54
LIST OF PERSONAL COMMUNICATIONS ..... 68

## LIST OF TABLES

Table 1. Landcover classes known to exist within the gross range of the Gunnison's prairie dog. Cover classes with a value of 1 were incorporated into the Gunnison's prairie dog Predicted Range Model ..... 69
Table 2. Estimate of Gunnison's prairie dog occupied habitat within the gross and predicted range of each state based on the Predicted Range Model ..... 72
Table 3. Landownership within the gross and predicted range of the Gunnison's prairie dog in Arizona ..... 73
Table 4. Urban areas located within the gross and predicted range of the Gunnison's prairie dog ..... 74
Table 5. Landownership within the gross and predicted range of the Gunnison's prairie dog in Colorado ..... 76

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 98 of 186

Table 6. Landownership within the gross and predicted range of the Gunnison's prairie dog in New Mexico....77
Table 7. Landownership within the gross and predicted range of the Gunnison's prairie dog in Utah....78

## LIST OF FIGURES

Figure 1. Gunnison's prairie dog gross range, predicted range and location of identified colonies in Utah and Colorado in 2002....79
Figure 2. Gunnison's prairie dog gross range and predicted range in Arizona....80
Figure 3. Gunnison's prairie dog gross range, predicted range and location of identified colonies in Colorado in 2002....81
Figure 4. Gunnison's prairie dog gross range and predicted range in New Mexico....82
Figure 5. Gunnison's prairie dog gross range, predicted range and colonies identified in 2002 in Utah....83

## LIST OF APPENDICES

Appendix A. Glossary of terms.... 84

# GUNNISON'S PRAIRIE DOG CONSERVATION ASSESSMENT

Amy E. Seglund, Andrea E. Ernst, and Deborah M. O'Neill

## INTRODUCTION

Five species of prairie dog inhabit western North America, with each differing with regard to current federal conservation status. The Mexican prairie dog (MPD; *Cynomys mexicanus*) is federally listed as endangered in Mexico, the Utah prairie dog (UPD; *C. parvidens*) is listed as threatened, and the black-tailed prairie dog (BTPD; *C. ludovicianus*) was formerly a candidate species. On 11 July 2002, the white-tailed prairie dog (WTPD; *C. leucurus*) was petitioned to be listed as threatened under the Endangered Species Act (ESA; Center for Native Ecosystems 2002). However, the U.S. Fish and Wildlife Service (USFWS) produced a negative 90-day finding for that species. On 23 February 2004, the Gunnison's prairie dog (GPD; *C. gunnisoni*) was the last of the 5 species petitioned to be listed under the Endangered Species Act (Forest Guardians 2004). Like the WTPD petition, the GPD petition cited habitat loss/conversion, shooting, disease, a history of eradication efforts, and inadequate federal and state regulatory mechanisms as threats to the long-term viability of this species.

Under auspices of the Western Association of Fish and Wildlife Agencies (WAFWA), the 11 states within the range of the BTPD began a multi-state conservation effort in 1998, with formation of the BTPD Conservation Team (BTPDCT). The team developed a rangewide Conservation Assessment and Strategy for the BTPD (Van Pelt 1999), which documented that conservation for all prairie dog species was needed. In addition, the team published an addendum to the Conservation Assessment and Strategy, entitled *A Multi-State Conservation Plan for the BTPD in the United States* (Luce 2003).

In March 2002, the BTPDCT was expanded to include WTPDs and GPDs. Expansion was warranted because many of the management issues, such as survey protocols, identification and ranking of threats, regulation changes, recreational shooting, management plan frameworks, relocation techniques, and long-term monitoring, were considered similar for all prairie dog species. State wildlife agency biologists from the WTPD and GPD states, all of which, except Utah, were already members of the BTPDCT, formed a White-tailed and Gunnison's prairie Dog Working Group (Working Group) that agreed to emulate, where possible, methodologies and expertise developed during the BTPD multi-state conservation effort. The BTPDCT was subsequently (September 2002) renamed the Prairie Dog Conservation Team (PDCT), and the WAFWA Interstate Coordinator's duties were expanded to include coordination of conservation for these 3 prairie dog species. The PDCT continues to meet annually to evaluate and discuss rangewide management goals for the 3 species of prairie dogs.

Following the process used to address rangewide conservation of BTPDs, WAFWA agreed at its July 2002 meeting to develop a rangewide Memorandum of Understanding (MOU) that would implement a similar collaborative effort and result in Conservation Agreements for WTPDs and GPDs. Though this MOU was never completed, the 3 species of prairie dogs are included in

WAFWA's Shortgrass Prairie MOU approved for state signatures in July 2005. Specific conservation objectives in the MOU are:

1. Complete a white-tailed prairie dog (WTPD) conservation assessment and a Gunnison's prairie dog (GPD) conservation assessment by September 30, 2005.
2. Develop WTPD and GPD conservation strategies and integrate them with WAFWA's existing black-tailed prairie dog conservation strategy to complete a rangewide prairie dog conservation strategy by December 31, 2005.
3. Develop state-specific prairie dog management plans, or integrate prairie dog management components into other state-specific and/or regional management plans, as appropriate, by December 31, 2007.
4. Develop a cohesive shortgrass prairie conservation strategy by December 31, 2009 that integrates the appropriate components of companion efforts for the WTPD, GPD, BTPD, black-footed ferret, swift fox, burrowing owl, ferruginous hawk, mountain plover, Swainson's hawk, loggerhead shrike, and as appropriate and feasible, other shrub and grassland species in the Western Great Plains.
5. Coordinate with, establish, or otherwise convene various conservation teams, work groups, etc. as necessary to implement this MOU.
6. Cooperate to maintain and enhance, to the extent practicable, the populations and habitats of the species addressed pursuant to this MOU.
7. Coordinate with, as necessary and appropriate, companion conservation efforts in the United States, Canada, and Mexico.
8. Enhance awareness of the Signatories and local communities, industries, nongovernmental organizations, and private individuals regarding this conservation effort, and encourage and enhance their participation in partnerships to accomplish mutually agreeable conservation objectives.
9. Remain aware of, and inform WAFWA on, any legal, regulatory, or policy action associated with the species addressed pursuant to this MOU.

On 4 March 2003, WAFWA's President Dr. Jeff Koenings sent letters to USFWS Regional Directors Dale Hall (Region 2) and Ralph Morgenweck (Region 6) detailing the states' intent to prepare Conservation Assessments for the WTPD and GPD. WAFWA proposed to the USFWS that the states take the lead role in writing the Conservation Assessments. The objectives put forth by Working Group to be incorporated into both the WTPD and GPD Conservation Assessments were:

1. Summarize and evaluate the current distribution and population status of the WTPDs and GPDs across their gross historic range.
2. Develop Predicted Range Models.
3. Identify specific threats impacting the viability of these species.
4. Identify management and research options for consideration in the future development of a conservation strategy.

Information used to meet the above objectives included published literature, Environmental Impact Statements for energy clearances on black-footed ferret habitat, and state and federal

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 101 of 186

reports. Temporal population changes and gross spatial changes in occupied habitat across the ranges were examined, and current and historic management of WTPDs and GPDs within each state were evaluated. Finally, a risk assessment for each species, based on the 5 listing factors used by USFWS, was completed.

TAXONOMY

The family Sciuridae is widespread. It includes 49 genera and 262 recent species, such as tree and ground squirrels, chipmunks, marmots, and prairie dogs. Prairie dogs, like ground squirrels, have characteristic flattened heads, straight claws, short tails, and unspecialized ankles (Lawlor 1979). As a group, prairie dogs diverged from ground squirrels about 1.8 million years ago, during the late Pliocene or early Pleistocene (Clark et al. 1971).

Today, there are 5 extant species of prairie dogs, all of which inhabit western North America and belong to the genus *Cynomys*. The genus has been divided into 2 subgenera based on pelage color and tail length (Clark et al. 1971, Pizzimenti 1975). The WTPD, GPD, and UPD comprise the subgenus *Leucocrossuromys*, distinguished by relatively short, white-tipped tails, weaker social organization, and less specialized dentition and morphology than the black-tailed forms (Pizzimenti 1975). The black-tailed subgenus *Cynomys*, which includes the BTPD and MPD, has characteristic long, black-tipped tails and is more specialized morphologically, behaviorally, and ecologically (Pizzimenti 1975). The BTPD occupies short or mixed grass prairies across much of the Great Plains, whereas the MPD is restricted to a small area of grasslands in northeastern Mexico (Goodwin 1995). The *Cynomys* subgenus shows the greatest divergence from ancestral ground squirrel stock (Pizzimenti 1975).

Within the subgenus *Leucocrossuromys*, the GPD is genetically, morphologically, and behaviorally distinct from the other white-tailed species (Pizzimenti 1975). Genetic analysis of populations of WTPDs and GPDs in Ouray, Delta, and Montrose counties in Colorado confirmed that the genetic makeup of the 2 species is unique (Pizzimenti 1975).

Some taxonomists divide the GPD into 2 subspecies: the Gunnison's (*C. g. gunnisoni*) and the Zuni (*C. g. zuniensis*; Hollister 1916). *C. g. gunnisoni* is thought to be confined to the Rocky Mountain region of central and south-central Colorado and northern New Mexico. *C. g. zuniensis* ranges from extreme southeastern Utah, northwestern, and west-central New Mexico, and southwestern Colorado to the San Francisco Mountain Region and the Hualapai Indian Reservation in Arizona (Hollister 1916). Pizzimenti (1975), however, concluded that recognition of this subspecies is not warranted because the division by Hollister was primarily based on coloration and size incongruities. Pizzimenti's (1975) genetic analysis indicated relative homogeneity for chromosomes and serum proteins, and morphological analyses revealed essentially smooth geographic gradients for all characters across sub-specific boundaries. Currently, a genetic analysis is being conducted through a cooperative agreement between the USFWS and the New Mexico Museum of Natural History and Science to clarify the taxonomic status of this species (Knowles 2002).

## DESCRIPTION

The GPD is the smallest species within the subgenus *Leucocrossuromys* (Pizzimenti 1975). Its weight varies seasonally, ranging from 250 to1350 g (0.6-3.0 lb; Fitzgerald et al. 1994). Body mass is sexually dimorphic, with males typically heavier than females (Hoogland 2003). Total body length ranges from 300 to 390 mm (11.8-15.4 in), and tail length measures 40 to 64 mm (1.6-2.5 in; Fitzgerald et al. 1994, Hoogland 1996). Its overall coloration is darker than *C. leucurus* and *C. parvidens* – the top of the head, cheeks, and superciliary line are darker than the rest of the body, although they do not exhibit the striking facial pattern found in the other 2 white-tailed species (Fitzgerald et al. 1994).

## DISTRIBUTION

GPDs occur along the Colorado Plateau in southeastern Utah, southwestern Colorado, northern Arizona, and northwestern, west-central, north-central, and central New Mexico (Fitzgerald et al. 1994; Goodwin 1995; Knowles 2002; Fig. 1). They inhabit shortgrass and mid-grass prairies, grass-shrub habitats in low valleys, and mountain meadows. They occur at elevations ranging from 1536 m (5039 ft) in the Chihuahua grasslands of New Mexico (Davidson et al. 1999) to 3660 m (12,008 ft) in the Rocky Mountain region of Colorado (Pizzimenti and Hoffman 1973; Fitzgerald et al. 1994).

Annual precipitation within the range of the GPD varies from 10 to 50 cm (3.9-19.7 in), with most precipitation falling as snow in the winter months and as monsoonal rains in the summer months (Lechleitner et al. 1962; Shalaway and Slobodchikoff 1988; Navajo Natural Heritage Program 1996; Cully 1997; Davidson et al. 1999; Bangert and Slobodchikoff 2000). Diurnal temperatures within habitats occupied by GPDs range from below 0° C (32° F) in winter to above 30° C (86° F) in summer (Longhurst 1944; Shalaway and Slobodchikoff 1988; Davidson et al. 1999; Bangert and Slobodchikoff 2000).

## LIFE HISTORY

### Habitat requirements

Habitat requirements for the GPD have not been examined over a large number of colonies or across large geographic areas (Wagner and Drickamer 2003). Slobodchikoff et al. (1988) studied GPD habitat use in Arizona, but only at 7 colonies. A few studies have described GPD life history, but were limited to a few colonies and did not directly address habitat requirements (Longhurst 1944; Fitzgerald and Lechleitner 1974). Common plant species noted to occur in GPD colonies from these studies include shrubs (*Atriplex jonesii, A. canescens, Artemisia tridentata, A. frigida, Sarcobatus vermiculatus, Potentilla fruticosa, Chrysothamnus* spp.), grasses (*Bromus tectorum, Oryzopsis hymenoides, Aristida purpurea, Muhlenbergia spp., Sporobolus aeroides, Scleropogon brevifolius, Bouteloa gracilis, Hilaria jamesii, Agropyron smithii, A. trachycaulum, Koleria cristata, Festuca* spp.), and forbs (*Descurainia* spp., *Cardaria draba, Lepidium virginicum, Cryptantha* spp., *Senecio* spp., *Sisymbrium altissimum, Penstemon* spp., *Lappula redowski*; Longhurst 1944; Lechleitner et al. 1962, 1968; Fitzgerald and

Lechleitner 1974; Rayor 1985; Shalaway and Slobodchikoff 1988; Davidson et al. 1999; Bangert and Slobodchikoff 2000; Lorance et al. 2002). Total vegetative cover measured on GPD colonies in Gunnison County, Colorado was 24% to 35% herbaceous, 9.5% to 25% shrub, and 39% to 66% bare ground (Rayor 1985). In Moreno Valley, New Mexico, cover by shrubs on colonies varied from 9% to 23% and grasses covered from 23% to 52% (Cully et al. 1997). In Northern Arizona, total ground cover measured on colonies ranged from 26% to 56% (Shalaway and Slobodchikoff 1988).

Since the 1800s, the total area occupied by prairie dogs (any species) has declined by an estimated 98%, due to habitat conversion, eradication campaigns, and plague (Oldemeyer et al. 1993). Kotliar et al. (1999) argued that the loss of prairie dogs across their range has influenced current ecological processes, because all 5 species are keystone species due to their activities and colonial nature. For example, prairie dogs serve as prey for a number of predators, including the endangered black-footed ferret. In addition, their burrows provide structural habitat for burrowing owls (*Athene cunicularia*) and various small mammals (Miller et al. 1994). Prairie dogs also alter plant species composition and affect ecosystem processes such as nutrient cycling rates (Whicker and Detling 1988). GPD grazing and burrowing activities create unique habitats within their grassland ecosystem, and their colonies represent distinct patches of vegetation structure and composition relative to the surrounding landscape (Bangert and Slobodchikoff 2000). Presence of GPDs increases habitat heterogeneity at large spatial scales, making their presence important to other animal species (Bangert and Slobodchikoff 2000).

GPDs are semi-fossorial animals and require well drained, deep soils for burrow construction (Wagner and Drickamer 2003). Rocks on the surface of the ground may indicate rocky soils that make establishment of a burrow system difficult. Wagner and Drickamer (2003) documented an inverse relationship between the amount of rock covering the surface of the ground and presence of GPDs. Dalsted et al. (1981) emphasized that soils free from rocks were important to establishment of BTPD colonies. In addition, because GPDs hibernate and many colonies occur at high elevations, these burrowing animals rely on placement of hibernacula below the frost line. Coffeen and Pederson (1993 as interpreted by Wagner and Drickamer 2003) stated that suitable transplant sites for UPDs should have soils at least 1 m (3.3 ft) deep over the caliche layer, for successful establishment of hibernacula.

GPDs generally inhabit areas that are flat, but sometimes occupy areas with steeper slopes if the slopes are also long (i.e. low variability; Wagner and Drickamer 2003). Fitzgerald and Lechleitner (1974) did not find burrows on slopes greater than 15%. In New Mexico, slopes measured in occupied habitat ranged from 2% to 5% (Lorance et al. 2002; Yazzie and Sanders 2003). Selection of flat areas with less variable slopes may provide GPDs with a less obstructed view in all directions, increasing their ability to detect predators and warn conspecifics.

Dietary requirements

GPDs feed extensively on grasses, forbs, and sedges, but also consume insects. Rayor (1985) found that the primary foods consumed by GPDs at 2 sites in Gunnison County, Colorado, were borages (Boraginaceae), mustards (Brassicaceae), grasses (Poaceae), and some shrubs. Shalaway

and Slobodchikoff (1988) found that, although there were dramatic differences in both plant species availability and use in colonies located < 20 km (12.4 mi) apart, GPDs maintained a consistent pattern of dietary selection for general types of plants. They fed on grasses and forbs when available and switched to seeds as the grasses and forbs died out, suggesting a seasonal shift in their diet as plant phenology progressed.

GPDs, like other white-tailed prairie dog species, have evolved in arid, nutrient-limited environments with pronounced changes in moisture patterns and temperature extremes. To deal with these constraints, GPDs hibernate and aestivate when metabolically stressed. During the surface-active season, they mate, give birth, and build fat stores, making the quality and quantity of vegetation an important component for survival and reproductive output (Beck 1994). During spring and fall, there is little growing vegetation, resulting in GPDs feeding primarily on seeds and dead vegetation. Selection of a high energy food source, such as seeds, allows GPDs to maintain their physical condition during emergence and the reproductive season and to increase body weight prior to winter hibernation. In summer, as plants begin to grow, GPDs consume large amounts of live vegetation. Juvenile emergence in late May to July (dependent on elevation) allows young prairie dogs to take advantage of the abundant green vegetation. This is crucial because juvenile body mass appears to significantly influence survival rates, percentage of 1-year old breeders, and may be the mechanism driving fluctuations in prairie dog populations (Rayor 1985; Menkens and Anderson 1989). Grant (1995) found the most significant growth and increase in body mass of juvenile WTPDs occurred after emergence in early June until mid-July; this period coincided with abundant above-ground biomass of succulent, highly nutritious grasses and forbs. Weights of 80 GPD pups increased from 100 to 150 g (3.5-5.3 oz) at emergence to more than 400 g (14.1 oz) when they entered hibernation (Fitzgerald and Lechleitner 1974). Because GPDs rely primarily on body fat, rather than stored food, during hibernation, overwinter survival is dependent to some extent on accumulated fat reserves. Therefore, high quality habitats are crucial to overwinter survival.

Prairie dogs lack an effective system for conserving water (Vorhies 1945; Schmidt-Nielsen and Schmidt-Nielsen 1952), and obtain most of their needed liquid from the plants they eat. Collier (1975) found that higher moisture content in plants was correlated with higher population densities of UPDs. UPDs traveled up to 400 m (1312 ft) in summer months to access vegetation growing in moist areas (Crocker-Bedford 1976; Crocker-Bedford and Spillett 1981). Similarly, Koford (1958) found that BTPDs congregate near moist vegetation and new colonies and colony expansion are more likely to occur in these areas. GPDs have also been described using areas near the edges of wet meadows (Longhurst 1944).

Social structure

The GPD has a complex social system, living in colonies of up to several hundred individuals with each colony subdivided into smaller territories occupied by social groups or solitary individuals (Slobodchikoff 1984, 1988; Rayor 1988). Social groups vary from 2 to 19 individuals and may be composed of a single male/single female, single male/multiple females, or multiple male/multiple females (Slobodchikoff 2003). Structure of the social group appears to be correlated with distribution of food resources. Relatively uniform areas support single

male/single female social groups whereas patchy resource areas support single male/multiple female or multiple male/multiple female groups. Territories are used and defended by social groups; agonistic behavioral interaction is common toward nonmembers. GPDs often feed in weakly defended peripheral sections of their territories that belong to other groups, but when members from different groups meet in these common feeding areas, conflicts can arise, with one animal chasing the other back toward its territory (Fitzgerald and Lechleitner 1974; Rayor 1985, Travis et al. 1995, 1996).

GPDs are diurnal, and most active in early morning and afternoon (Fitzgerald and Lechleitner 1974). Movements are reduced when vegetation is wet; heavy rain and snow causes them to cease above-ground activities. On cloudy days, prairie dogs appear to be more cautious and stay closer to their burrow entrances. Winds below 37 km/hour (23 mi/hour) do not appear to alter GPD behavior (Fitzgerald and Lechleitner 1974).

Reproduction

Female GPDs are sexually receptive for a single day during the breeding season each year (Hoogland 1999) and will mate with up to 5 males (Hoogland 1998). The GPD mating strategy varies with regard to resource availability and population density. When population densities are low and resources uniform, GPDs employ a monogamous mating system. As plant patchiness and population densities increase, monogamy gives way to polygyny, with females mating with multiple males throughout the colony (Travis et al. 1995, 1996). Females copulate with multiple males to maximize reproductive success and promote genetic diversity among litter mates. Hoogland (1998) reported a 92% probability of pregnancy and parturition in GPDs for females that copulated with 1 or 2 males, as compared to 100% for females that copulated with at least 3 males. Hoogland (1998) also found that litter size varied directly with the number of a female's sexual partners. The frequency of multiple paternities is as high as 77% (Haynie et al. 2003).

Mating occurs from mid-March to mid-May, with gestation lasting 29 to 30 days and lactation lasting approximately 38 to 40 days (Hoogland 1997). Young emerge above ground at 4 weeks of age, in late May to early July (Rayor 1985; Hoogland 1999). The age of first reproduction for females appears to depend on forage availability. Female GPDs are sexually mature at 1 year and copulate when food is abundant, but may not copulate until their second year if food is limited (Hoogland 1999). Age of first reproduction for males is also variable, and appears to depend on the number of older, breeding males in the population (Rayor 1985, 1988; Hoogland 1996).

Hoogland (2001) found that GPDs in Arizona reproduce slowly for 5 reasons: 1) survivorship was < 60% in the first year and remained low in subsequent years, 2) females produced only 1 litter per year, regardless of resource availability, 3) as few as 24% of the males copulated as yearlings, 4) the probability of weaning a litter each year was approximately 82%, and 5) mean litter size at the time of the first juvenile emergence was 3.77. Hoogland (2001) noted, however, that other factors can enhance reproductive output, with body mass being the most important. Hoogland (2001) also found that heavy males are more likely to copulate and sire more offspring, litter size correlates directly with maternal body mass and age.

Hibernation

GPDs have evolved in arid, nutrient-limited environments with pronounced changes in moisture patterns and temperature extremes. To deal with these constraints, GPDs hibernate and aestivate when metabolically stressed (Harlow and Menkens 1986). Emergence from hibernation occurs from February to late April and immergence occurs from mid-September to November; both are dependent on elevation (Fitzgerald and Lechleitner 1974; Rayor 1988; Hoogland 1998).

Movements and home range

Dispersal occurs in fall prior to hibernation and in spring prior to the mating season (Travis et al. 1996). Offspring usually remain in their natal territory into their yearling summer (Rayor 1988). Most females (95%) remain in their natal territory for life, whereas only 5% of males remain in their natal territory for more than 1 year (Hoogland 1999). Hoogland (1999) found that the majority of dispersing females dispersed to an adjacent clan, a distance ranging from 38 to 221 m (125-725 ft), and 56% percent of dispersing males went to an adjacent territory, a distance of 34 to 575 m (112-1886 ft).

Little work has been done with GPDs to examine home range sizes in different habitats and for different sex and age classes. Rayor (1988) found that the area of individual home ranges in Colorado did not differ significantly between sites, sexes, or age groups, with median home range sizes of 0.07 to 0.08 ha (0.17 – 0.2ac). In comparison, WTPD home ranges range from 0.15 to 1.9 ha (0.37-4.7 ac; Clark 1977; Cooke 1993) and UPD home ranges range from 0.5 to 1.8 ha (1.2-4.4 ac). In UPDs, the size of the home range is inversely related to density (Wright-Smith 1978 as interpreted by McDonald 1992).

Densities

GPDs occur in extensive colonies with densely aggregated burrows and in areas with scattered, isolated burrows. Densities within colonies vary among habitats and are likely driven in part by vegetation quantity and quality, with hyper-productive environments correlating with higher densities of prairie dogs. For example, Crocker-Bedofrd (1976) examined UPD life history traits at 3 locations and found densities ranging from 2.3 prairie dogs/ha (1/ac) at a high elevation site, 16 prairie dogs/ha (6/ac) at a low elevation site, and 36 prairie dogs/ha (15/ac) at a low elevation site associated with an alfalfa field. Crocker-Bedford (1976) attributed the difference in densities to quantity and quality of available vegetation. On wildlands, GPD densities are thought to average 3 to 5/ha (1-2/ac). However, as brush is cleared to make fields, densities can exceed 70/ha (28/ac; Longhurst 1944). Other researchers have found GPD densities to range from 4 to more than 57 prairie dogs/ha (2 to >23/ac) in favorable habitat (Fitzgerald and Lechleitner 1974; Rayor 1985; Van Pelt 1995).

Disease, especially the introduced pathogen *Yersinia pestis* (which causes sylvatic plague) may contribute to variation in year-to-year population densities. Turner (2001) found that after a plague epizootic severely reduced a population of UPDs in Bryce Canyon, survival of juveniles, juvenile mass, and the number of females successfully weaning young increased. Similarly,

Cully (1997) found that in Moreno Valley, New Mexico, GPD populations tripled annually after a plague epizootic, due to increased survivorship of juveniles and reproduction at an early age. These factors were thought to contribute to rapid recovery of the population. Rayor (1985) described a plague outbreak that eliminated a colony of GPDs in Colorado in 1981. When Cully (1989) revisited this colony in 1986, prairie dogs were again abundant, despite several attempts to poison them. Repeated plague epizootics and subsequent recovery of local populations from these outbreaks can result in a cycle of expansion and contraction in individual prairie dog colonies (Wagner and Drickamer 2003). Long-term consequences of continued plague infection on prairie dog populations can result in increased variance in local population densities. Low points in such cycles do not necessarily indicate endangerment in a legal sense.

## EVALUATION OF GUNNISON'S PRAIRIE DOG POPULATION STATUS BY STATE

Development of a rangewide GPD assessment was difficult, due lack of complete and consistent surveys, variable time periods between estimates at specific sites, and a lack of standardized monitoring techniques to evaluate long-term population trends. The total amount of occupied habitat is unknown. States within GPD range have not completed comprehensive mapping surveys for the species and trespass restrictions on private and tribal lands (which have 73% of the projected occupied habitat) prevent access for field surveys. Consequently, this assessment (1) provides a summary of surveys completed within each state, followed by inferences regarding population status from evaluation of quantitative data collected at a limited number of occupied sites on public lands, and (2) is therefore a minimum estimate of distribution.

### PREDICTIVE RANGE MODEL

Typically lacking for most species is a spatially detailed, regional representation of the species' range. However, with advancement of computer-aided mapping and accessibility of digital Geographic Information Systems (GIS) datasets, a spatially detailed, Predictive Range Model (PRM) for the GPD was produced. The first step in development of the PRM was to acquire pre-existing digital GIS data layers via the Internet:

> Bureau of Land Management Ownership: BLM. 2001. Representation of statewide and regional land ownership of 11 western states. 1:100,000. Landholders in the dataset are federal, state, local governments, universities, tribal, and private lands.
>
> State Boundaries: Environmental Systems Research Institute, Inc. (ESRI) Data Team. 2001. A generalized representation of the fifty U.S. States and the District of Columbia. 1:3,000,000. ESRI, Redlands, CA. 92373.
>
> County Boundaries: ESRI Data Team. 2001. A generalized representation of the counties of the fifty U.S. States and the District of Columbia. 1:3,000,000. ESRI, Redlands, CA. 92373.

Gross Range Map: Modified from Hall (1981). Arizona Game and Fish Department (AGFD) provided a more detailed and accurate description of the current GPD range for Arizona.

Colony Data: Current and historical colony localities were provided by the Colorado Division of Wildlife (CDOW) and Utah Division of Wildlife (UDWR) for Colorado and Utah.

National Elevation Dataset: U.S. Geological Survey (USGS). 2000. Designed to provide national elevation data in a seamless form with a consistent datum, elevation unit (30-meter), and projection. http://gisdata.usgs.net/ned/default.asp

Provisional Digital Landcover Dataset for the Southwestern United States. USGS GAP Analysis Program. 2005. Multi-season satellite imagery (Landsat ETM+) from 1999-2001 was used in conjunction with digital elevation model (DEM) derived datasets (e.g. elevation, landform, aspect) to model natural and semi-natural vegetation. Landcover classes were drawn from NatureServe's Ecological System concept, with 109 of the 125 total classes mapped at the system level http://earth.gis.usu.edu/swgap/landcover.html

Colorado Oil and Gas Conservation Commission Oil and Gas Well Spatial Data Set. 2004. A representation of more than 57,000 oil and gas well locations in Colorado.

Utah Division of Oil, Gas, and Mining. State of Utah, Department of Natural Resources. 2004. Individual records of basic information for each well in the Utah Division of Oil, Gas, and Mining database.

New Mexico Oil Conservation Division. New Mexico Energy, Minerals and Natural Resources Department. 2004. Individual records of basic information for each well including well name and number, and three years of summarized production and injection.

2000 Urbanized Areas Cartographic Boundary. 2000. U.S. Census Bureau. Densely settled territories that contain 50,000 or more people.

The second step in creating the PRM was to process the unrelated input data layers. The individual data layers were imported into ArcGIS 9.0 and then projected to Albers Equal-Area map projection. This projection system is used in the United States and other countries that have a longer east-west than north-south extent, so areas are portrayed over the entire map with the same proportional relationship as the actual geographic areas they represent on Earth. The National Elevation Dataset (NED), downloaded in individual 1:250 quadrangles, was then map-joined to create one complete layer for each state. The Southwest Regional GAP (SWReGAP) Analysis Landcover Dataset was downloaded as the complete regional dataset including a 300-meter (10 pixel) buffer added to the outer boundary. For these reasons, the NED and SWReGAP

Landcover datasets were clipped to each corresponding state jurisdictional boundary. The final pre-processing step was to derive percent slope from the NED dataset using the algorithm incorporated into ArcGIS 9.0.

The third step in producing the PRM was to separate specific habitat associations from those considered non-appropriate habitat. These associations were based on the literature and known species occurrences. Three input data layers were selected as indicators of potentially appropriate GPD habitat: an elevation range of1500 and 3700 m (4921-12,139 ft), 0 to 20% slope, and 23 land cover classes (Table 1). Land cover classes deemed unsuitable for GPD occupation consisted of forest, woodland, dense shrubland, wetland, and marsh land. Agricultural land and urban areas were included as suitable habitat, but should be considered with caution. Prairie dogs are often not tolerated on these lands; eradication may occur at localized sites. However, because GPDs are often common in these 2 habitat types, they were included as suitable habitat in the PRM.

The fourth step was to calculate the actual PRM, by using the additive overlay technique in which each data layer is added as an equally weighted component in the model. Although the process is referred to as an additive approach, the calculations produce only a combination of the important variables, removing any areas not fitting the appropriate criteria. A model was calculated for each state and then assembled to form one complete, seamless rangewide dataset. Finally, the large mosaic was clipped to the gross range boundary creating the outer extent of the PRM. The gross range map was produced by acquiring state-specific range information from the State Wildlife Agencies then editing and edge matching the specific range maps at state boundaries to portray a smooth, continuous range boundary. The gross range boundary identifies the outer extent of GPD range. Within the boundary, areas exist that do not provide, nor have they ever provided, suitable GPD habitat. The hectares within the PRM were then calculated in ArcGIS 9.0. The gross range boundary, along with the additional data layers, such as landownership, census data, and oil and gas well locations, were used to facilitate analysis. It is important to note these calculations were accomplished using ArcGIS 9.0 software. The use of other software or different map projections might result in slight differences in hectare estimates.

The PRM was produced as a more accurate, spatial depiction of potential range of the GPD. The main constraint of the model was availability of pre-existing GIS data layers at the regional scale. Although the SWReGAP dataset provided a consistent, region-wide land cover data layer, depictions of land cover associations were drawn from NatureServe's Ecological System which did not provide a species-specific level of detail. Additionally, a data layer depicting detailed soil characteristics was not available in digital GIS format. Thus, the PRM overestimates suitable habitat for the GPD, due to critical indicators of GPD occupation that the model could not address. Given these constraints, this model was developed as a first-cut guide to help locate appropriate areas for more intensive field surveys or to identify habitat connections and corridors. This model is not meant to imply the entire area is biologically appropriate for GPD occupation.

Arizona

*Distribution.* The Biota Information System of New Mexico (Biota Information System of New Mexico 2004) describes the distribution of the GPD in Arizona as follows:

> Gunnison's prairie dogs are found in the desertscrub community of the Tonto Plateau above the Inner Gorge of the Grand Canyon (Hoffmeister 1971).
>
> Gunnison's prairie dogs are found in the plains and desert grassland and to a lesser extent the Great Basin desertscrub north of the Mogollon Plateau but south of the Colorado River; south of and around the west end of the Mogollons to near Wilhoit and also south of the Mogollons in the high prairies of Ash Creek, south of the Nantanes Mountains. Present-day distribution is greatly restricted from near Seligman to Holbrook and northward. In the eastern part of the state, Vernon Bailey's notes of 1908 indicate "these prairie dogs are common all along the Zuni River and Little Colorado River valleys and over the mesas." E. W. Nelson in 1909 found them along the route from Chinle by way of Ganado, Keams Canyon, and the Hopi mesas to Tuba City "in scattered and rather small colonies." In the western part of the state, Walter P. Taylor in 1916 found them to be common on the dry, open fields near the Deming Ranch, 3 mi N Fort Whipple (Hoffmeister 1986).

*Survey efforts.*

1. In the early 1900s, biologists from the U.S. Department of Agriculture (USDA) recommended that prairie dogs be eliminated due to the damage they caused to crops and rangeland forage (Merriam 1902; Bell 1921). This led to wide-scale poisoning of prairie dogs throughout the western United States (Roemer and Forrest 1996). Unpublished reports of rodent control operations in Arizona from 1916-1933 describe treatment of 1,766,756 ha (4,365,749 ac) of lands inhabited by prairie dogs (Oakes 2000). In 1920, the U.S. Bureau of Biological Survey (BBS) requested that prairie dog inventories be completed and maps produced to showed the distribution and extent of prairie dog occupation in order to plan and fund rodent eradication campaigns. These surveys showed 2,273,070 ha (5,616,878 ac) of occupied GPD habitat on public, private and tribal lands in Apache, Coconino, Navajo, and Yavapai counties (Oakes 2000). Subsequently, the Predator and Rodent Control Agency (PARC) ordered a survey of prairie dog populations in the United States by state and county due to concerns over uncontrolled poisoning (see Oakes 2000). States were given until October 1961 to submit their inventories to PARC. The 1961 reports showed a 92% decline in occupied habitat since the 1921 surveys, with GPDs occupying only 180,235 ha (445,370 ac). Only 4029 ha (9956 ac; <3%) in the 1961 surveys were located on non-tribal lands. An additional 8 ha (20 ac) of occupied habitat was found in Mojave County in

1961. The 1961 surveys also determined that BTPDs had been extirpated from Arizona.

2.  In 1979, 88 GPD colonies were located on 5 National Forests in both Arizona and New Mexico (Ruffner 1980). Of these, 32 were visited and 27 were mapped. In the Coconino National Forest, 9 mapped colonies had a mean colony size of 34 ha (84 ac). On the Kaibab National Forest, 5 mapped colonies had an average size of 59 ha (146 ac).

3.  In east-central Arizona, AGFD conducted a survey from May 1987 to April 1988, recording 46 colonies, 25 of which were on BLM lands (Yarchin et al. 1988). The colonies on BLM land totaled 1297 ha (3205 ac). BLM has not attempted to remap the colonies and their current status is unknown (T. Cordery, BLM, pers. comm.).

4.  In 1990, AGFD initiated an effort to locate and map potential black-footed ferret habitat within Arizona (Van Pelt 1995). It mapped 215 GPD colonies covering 13,846 ha (34,214 ac) in Yavapai, Coconino, and Navajo counties. Eight complexes were identified: Aubrey Valley (7838 ha [19,368 ac]), Seligman (3060 ha [7561 ac]), Farm Dam (1284 ha [3173 ac]), Navajo Army Depot (308 ha [761 ac]), Government Prairie (155 ha [383 ac]), San Francisco Peak (205 ha [507 ac]), Wupatki (216 ha [534 ac]), and Homolovi (494 ha [1221 ac]). The Aubrey Valley Complex (AVC), 3 times as large as the next largest complex, was considered the best reintroduction site for black-footed ferrets because it provided more than half (51%) of Arizona's known carrying capacity for ferrets.

GPD colonies have been annually mapped in AVC since 1990, with estimates ranging from 6959 to 12,001 ha (17,196-29,655 ac; Van Pelt and Winstead 2003). In 1997, Global Positioning System (GPS) units were first used to map prairie dog colonies in AVC, revealing that the AVC contained 16 separate GPD colonies encompassing 12,001 ha (29,655 ac). Apparent expansion of AVC from 1990 was likely due to a combination of more accurate mapping, actual expansion of colonies, and habitat conditions favoring expansion (Van Pelt and Winstead 2003).

The AVC GPD has been continuously monitored since 1996 by transect surveys (per Biggins et al. 1989, 1993). Field personnel survey 64 established transect-blocks between May and August. Results are compared to data from prior years to determine if notable changes have occurred in densities. When a notable change is observed, additional surveys are conducted to determine the extent of change. Point-counts from a vehicle may also occur throughout the year.

Estimates of GPD densities from 1996-2001 have shown fluctuations from year-to-year. During this 6-year period, average active burrow densities ranged from 21-33 per ha, with percent of good habitat varying from 33%-61% and ferret family ratings ranging from 24 to 79. Higher prairie dog numbers tended to occur following mild winters and above average rainfall; lower numbers tended to occur during droughts.

Since 1974, the Arizona Department of Health Services Vector and Zoonotic Diseases Division has monitored plague activity in Arizona by documenting human cases, testing carnivore blood samples for titers, and testing flea pools collected from prairie dog burrows. These tests documented the occurrence of plague in Coconino and Yavapai counties, but not within the AVC demonstrating that plague is not responsible for observed population fluctuations in AVC.

5. In 1994 and 1996, GPD colonies were located and mapped in the southwest corner of the Navajo Indian Reservation (Navajo Natural Heritage Program 1996). Ninety colonies were located in 1994 within 4 complexes. The Canyon Diablo complex contained 12 colonies, the Leupp complex contained 5 colonies, the Red Lake complex contained 3 colonies, and the Elephant Butte complex contained 70 colonies. Eighteen colonies covering 2423 ha (5987 ac) were transected to evaluate suitability of the area for black-footed ferrets. The survey determined this area was not suitable for black-footed ferret reintroduction due to a low density of GPDs. However, the total survey area represented only a small portion of what the Navajo Indian Reservation holds in terms of potential black-footed ferret habitat. The eastern section of the study area was not surveyed, but was thought to contain more than 400 ha (988 ac) of active GPD colonies.

6. In 1998, GPD colonies were mapped on the Peaks and Mormon Lake Ranger Districts of the Coconino National Forest (Randazzo 1998). This project began by referencing Ruffner's (1980) work on the Peaks Ranger District. However, not all the colonies mapped by Ruffner were revisited. Ruffner mapped GPD colonies on both private and public lands, but the 1998 survey mapped colonies only on public lands. Twenty-one active colonies and 2 abandoned areas were located in 1998. Total hectares mapped were 1173 (2899 ac). Three of the 4 colonies visited during this survey that were originally mapped by Ruffner in 1979 were active.

7. Wagner and Drickamer (2003) attempted to determine current status of the GPD in Arizona by compiling information from previous surveys (1987-1988 and 1990-1994) and revisiting those sites to evaluate the current status of colonies and map occupied habitat. Locations of more than 400 colonies of GPDs were documented from previous surveys, as well as boundary, size, and status (active or inactive) of the colonies at the time of the surveys. Of the 400

GPDs colonies identified, 293 were visited during the summers of 2000 and 2001. In the previous surveys, 270 (92%) of the 293 colonies were active. In 2000-2001 however, only 86 (29%) of the 293 colonies were active. In addition, Wagner and Drickamer (2003) documented a 66% reduction in total area covered by active colonies. The 270 colonies identified as active in previous surveys covered approximately 13,559 ha (33,505 ac). The 86 colonies identified as active in the 2000/01 surveys covered approximately 4526 ha (11,184 ac).

8. During the surveys conducted by Wagner and Drickamer (2003), 57 of the 293 surveyed GPD colonies experienced die-offs during the summers of 2000 and 2001. Of these 57 colonies, 53 were identified as active during previous surveys. The other 4 colonies apparently became active after the previous surveys but then experienced die-offs shortly before the 2000/01 surveys. Although plague was only confirmed as the causative agent in 15 of the die-offs, it was suspected in most, if not all, of the 57 die-offs. Because so many colonies appeared to be affected by plague, AGFD selected 30 colonies in the vicinity of Flagstaff to monitor recovery rates from these epizootic events (S. MacVean, AGFD, pers. comm.). Some sites selected were discarded before monitoring began, due to private land and access issues. AGFD and Grand Canyon Trust volunteers began monitoring the remaining sites in 2002, with monitoring procedures adapted from Biggins et al. (1993). In 2002, 26 colony sites were surveyed, recording 3 active colonies and a fourth "may be active." In 2003, 23 sites were surveyed and 8 were found active.

9. In May and June 2002, AGFD conducted fixed-wing surveys of all grasslands and areas of low shrubs within Region 2, south of the Grand Canyon (S. MacVean, AGFD, pers. comm.). Aircraft flew 46 to 61 m (151-200 ft) above the ground along grid lines positioned 0.6 km (0.4 mi) apart in rough terrain and 0.8 km (0.5 mi) apart in smoother terrain. Grids and colony locations were recorded with a Trimble Geo Explorer GPS unit. The surveys recorded 353 points within colonies along transects that totaled >3000 km (1864 mi) in length. Wagner's field crew and volunteers from Grand Canyon Trust ground-truthed locations marked as colonies during aerial surveys. Identification of prairie dog colonies from the aircraft was 92% accurate. When corrected for this level of accuracy, a preliminary estimate of 325 points, with 3 GPS points recorded in each colony, resulted in an estimate of 108 prairie dog colonies detected in the survey area.

Comparing ground (Wagner and Drickamer 2003) to aerial techniques (S. MacVean, AGFD, pers. comm.), determined that approximately 42% of the colonies identified during ground surveys by Wagner and Drickamer (2003) were missed by aerial surveys and 58% of the colonies identified in the fixed-wing surveys were missed by Wagner and Drickamer (2003). The probability that some colonies were missed by both methods was 0.24 (0.42 equals the

probability of being missed by aerial survey x 0.58 equals the probability of being missed by compiling known colonies) = 0.24. Thus, about 25% of the prairie dog colony locations most likely were missed by both surveys. The best estimate for the number of colonies in the survey area was calculated to be 168. However, this is an underestimate because AGFD was unable to fly all suitable habitat.

*Predictive range model.* Twenty-five percent of the GPD gross range and 27% of the predicted range occurs in Arizona (Table 2; Fig. 2). Within the state, 71% of the gross range and 76% of the predicted range is located on private or tribal land (Table 3). BLM land comprises 1% of the gross range and 2% of the predicted range in the state, U.S. Forest Service (USFS) land comprises 13% of the gross range and 3% of the predicted range, and state land comprises 13% of the gross and 16% of the predicted range (Table 3). Agricultural development currently impacts <1% of the gross (12,727 ha [31,449 ac]) and predicted (8783 ha [21,703]) ranges. Urban development also impacts < 1% of the gross (31,838 ha [78,673 ac]) and predicted range (17,147 ha [42,371 ac]) (Table 4). The amount of GPD predicted range impacted by oil and gas development could not be determined.

*Summary.* Historic poisoning campaigns and plague caused declines in GPD occupied habitat in Arizona. In 1921, 2,273,070 ha (5,616,878 ac) of GPD occupied habitat were estimated to occur within 4 counties (Apache, Navajo, Coconino, and Yavapai). In 1961, a 92% decline in occupied habitat was reported. Both the 1921 and 1961 surveys included private and tribal lands within 4 counties. No further mapping of this species took place until the 1980s and 1990s, when surveys were conducted to locate potential black-footed ferret reintroduction sites. This mapping occurred within 3 counties (Navajo, Coconino, and Yavapai); an estimated 13,846 ha (34,214 ac) of occupied habitat was mapped. Many of these sites were revisited in 2000/01 to evaluate population status. During these remapping efforts, only 4526 ha (11,184 ac) of occupied habitat were located. Direct comparisons between these surveys could not be made because different techniques were used to map occupied habitat and additional areas were not searched to determine if new colonies had formed or old colonies had moved. Currently, more than 40,000 ha (100,000 ac) of occupied habitat exists on non-tribal lands (B. Van Pelt, AGFD, pers. comm.). Though a significant decline of occupied habitat on non-tribal lands has occurred since mapping efforts began, there has been a 10-fold increase of occupied habitat since the 1961 surveys.

Determination of population trends for Arizona is impossible, as AVC is the only area where densities of animals have been estimated on a yearly basis. The AVC has been unaffected by plague since at least 1974, therefore population trends for this complex cannot be extrapolated for a statewide projection.

Wagner and Drickamer (2003) stated several conclusions regarding the current status of GPDs within Arizona:

1. In the last 7-15 years, there has been a large reduction in the number of active GPD colonies in Arizona.

2. This reduction in active colonies is primarily due to outbreaks of plague which is the dominant negative impact on Arizona populations.
3. Repeated plague outbreaks, and the subsequent recovery of local populations from these outbreaks, cause a cycle of expansion and contraction in individual prairie dog colonies, or local complexes of colonies.
4. Plague outbreaks occur over relatively discrete areas in both space and time. Thus, GPD populations may be expanding in some areas in Arizona while at the same time populations in other portions of its range may be contracting.
5. There is significant temporal and spatial variation in the size of individual GPD colonies within Arizona.
6. Although the size of individual colonies may be highly variable, at any given time a majority of the active GPD colonies in Arizona are relatively small (<20 ha [<49 ac]).

Agriculture, urbanization, shooting, and plague in Arizona have collectively have played a role in the apparent decline in occupied habitat. Whether oil and gas development might also negatively affect GPDs within the state is unknown; information was not available to adequately evaluate this factor. However, within the state, efforts are being developed to translocate prairie dogs from urban areas to help alleviate urban impacts, a shooting closure has been implemented, and the GPD was included in Arizona's Comprehensive Wildlife Conservation Strategy (CWCS).

Colorado

*Distribution.* Historically, GPDs in Colorado were found in the San Luis Valley, South Park, along the Arkansas River Valley from Twin Lakes to Pueblo, westward into the upper Gunnison River drainage and the Saguache and the Cochetopa Park areas (Capodice and Harrell 2003). In central Colorado, GPDs typically inhabit mountain parks, occurring at sites ranging in elevation from 1828 to 3657 m (5997-11,998 ft). In southwestern Colorado and adjacent areas, lower, more xeric habitats are used, with sites comparable to those inhabited by WTPDs farther north (Armstrong 1972).

*Survey efforts.*

1. In 1988, the Saguache BLM Field Office inventoried and mapped GPD colonies in the San Luis Valley Resource Area to evaluate site potential for black-footed ferret reintroduction. These initial inventories covered the Punche Valley (2332 ha [5763 ac]) and Los Mogotes (24,087 ha [59,520 ac]). Two active colonies on 16 ha (40 ac) were mapped in the Punche Valley and 8 colonies on 243 ha (600 ac) were mapped in Los Mogotes. During this survey, numerous prairie dog burrows were visible, but most were filled in with debris or were occupied by other species. This survey found that 0.9% of the San Luis Valley was occupied by GPDs.

2. In 1990, the Colorado Agricultural Statistics Service (1990) surveyed 9046 farmers and ranchers and obtained nearly 3000 responses to estimate the

number of hectares occupied by prairie dogs. The report was designed to provide a non-probability statistical estimate of the total occupied habitat of farm and ranch land inhabited by prairie dogs and other rodents (Capodice and Harrell 2003). The 1990 Colorado Agricultural Statistics Service (1990) estimated that 628,477 ha (1,553,001 ac) were occupied by prairie dogs in Colorado in 1989. This survey estimated hectares occupied by prairie dogs in each county, but it did not differentiate between occupied habitat of WTPDs, GPDs, or BTPDs. To decipher occupancy by the 3 prairie dog species, distribution maps from Fitzgerald et al. (1994) and field surveys conducted by the CDOW during 2003 were used. In counties where WTPDs and GPDs occurred with 1 of the other species of prairie dogs, the relative proportion of the county that was occupied by WTPDs and GPDs was estimated. The proportion was multiplied by the hectares reported occupied by all prairie dogs in a county to obtain an estimate of the occupied habitat by WTPDs and GPDs for that county (Andelt et al. 2003). The hectares of reported WTPDs and GPDs in each county were summed to obtain an estimated 177,607 ha (438,876 ac) of reported GPDs in Colorado during 1989.

In 2002, Knowles primarily summarized CDOW (2002) data for his assessment of the current status of GPDs in Colorado. He criticized the Colorado Agricultural Statistics Service (1990) report of occupied habitat of prairie dogs in Colorado by stating "these estimates clearly greatly inflate the acreage at least in some counties." However, it is worth noting that Knowles (1998) reported there were only 17,806 ha (44,000 ac) of BTPDs in Colorado during 1998, whereas the Colorado Agricultural Statistics Service (1990) estimated about 376,358 ha (930,000 ac; Andelt et al 2003). Aerial surveys conducted by CDOW (following Sidle et al. 2001) estimated that 255,362 ha (631,013 ac) were occupied by BTPDs in Colorado during 2002. Thus, the estimates provided by Colorado Agricultural Statistics Service (1990) were much closer to CDOW estimates than Knowles (2002).

3.  In 1990, the USFWS conducted surveys of GPD distribution throughout Colorado (Finley 1991). Surveys were conducted by driving highways and roads and recording observations of prairie dogs. Finley (1991) documented 74 GPD colonies (42 active) within 10 counties. Twenty-eight of the 42 active colonies contained fewer than 60 mounds or fewer than 30 individuals. The largest active colonies were in the Gunnison drainage. Finley noted that South Park was almost devoid of prairie dogs, but found a medium-sized colony (defined as having 21-60 mounds) near Hartsel and other colonies in nearby Teller and Chaffee Counties. He indicated some mammalogists suspected the spread of Wyoming ground squirrels (*Spermophilus elegans*) southward through Colorado after prairie dogs died out from plague might be preventing prairie dogs from repopulating their former colonies east of the Continental Divide and north of the Arkansas River. Finley concluded that populations of GPDs "seem to be far below those reported in the years prior to plague

epizootics", "but I do not feel that the present situation is serious enough to warrant protection by threatened status."

4. Fitzgerald (1991) expressed concern about the status of the GPD in Colorado, indicating that plague and poisoning had eliminated almost all populations in South Park. He also suggested that populations appeared to be in poor condition in the San Luis Valley, and were extirpated from the extreme upper Arkansas River Valley, and Jefferson, Douglas, and Lake Counties. He noted that a large complex still existed on the Curecanti National Recreation Area west of Gunnison.

5. In 2000 to 2002, Capodice and Harrell (2003) revisited previously recorded occupied GPD colonies in Gunnison, Saguache, and Montrose counties on BLM, USFS, CDOW, and private lands. A total of 73 sites were surveyed, with 59 of these sites recorded from 1978-1991 and 14 recorded from recent observations compiled by field staff and others. The Capodice and Harrell surveys were not a comprehensive mapping of occupied habitat in the Gunnison Basin, as the authors only revisited previously-documented sites and did not attempt to locate new colonies. Thus, their results may not be indicative of what has occurred throughout the Basin since 1978, as colonies are known to move, new colonies form, and others are abandoned (Seglund et al. *In press*). More research is needed to adequately document the status of GPD populations within Gunnison Basin. However, results and conclusions are presented here as they were stated by Capodice and Harrell report (2003).

   The Capodice and Harrell (2003) survey documented 36 active colonies, with total occupied habitat equaling 312 ha (771 ac). Of that total, 113 ha (279 ac; 36%) were on BLM land, 2 ha (5 ac; <1%) on USFS land, 10.5 ha (26 ac; 4%) on CDOW land, 68 ha (168 ac; 22%) on private lands, 14.5 ha (36 ac; 4%) on Gunnison city and county lands, and 104 ha (257 ac; 33%) on National Park land. Within the survey area, only 7 of the 16 GPD colonies identified by USFWS (Finley 1991) were still active, representing a decline of more than 45%. In addition, the Colorado Department of Agriculture Statistics (1990) estimated that there were 2347 ha (5800 ac) of occupied GPD habitat on farm and ranch lands within Gunnison County. However, Capodice and Harrell (2003) found only 222 ha (549 ac) of occupied GPD colonies, indicating a 94% decline in occupied habitat over the previous 12 years. In 1979-1980, BLM data reported 6300 ha (15,568 ac) within 19 colonies in the Gunnison Field Office. This figure was based on measuring the different polygons that were mapped in 1979 for the BLM resource management planning effort. Capodice and Harrell (2003) located 113 ha (279 ac) within 5 previously measured colonies in addition to 5 new active colonies on BLM lands, indicating a 50% reduction in active colonies since the 1979-1980 surveys.

Capodice and Harrell (2003) also evaluated the number of active versus inactive burrows at 19 of the 36 colonies mapped. They found that 5 colonies had <10% active burrows and were considered declining; 9 colonies had <50% active burrows and were considered stable to declining; and 5 colonies had >50% active burrows and were considered stable to increasing. Only one of the colonies measured over 40 ha (99 ac); it was on the Curecanti National Recreation Area. Fifty-eight percent (21 of the 36) of the colonies measured 4 ha (10 ac) or less. Capodice and Harrell (2003) found that GPD distribution was fragmented, with most sites no longer within dispersal distance of one another.

5. The Curecanti National Recreation Area west of Gunnison, Colorado contains 101 ha (250 ac) of GPDs (Capodice and Harrell 2003). Colonies within the Recreation Area appear to maintain their boundaries, but prairie dog densities vary year-to-year (K. Stahlnecker, Curecanti National Recreation Area, pers. comm.). Poisoning has not been allowed in the Recreation Area since 1997. Lethal management using gas cartridges is allowed, but only at sites where school children congregate, usually affecting 20 burrows or less (K. Stahlnecker, Curecanti National Recreation Area, pers. comm.). Plague monitoring is done on a yearly basis, and fleas are collected at the beginning of every summer for analysis. Plague has been prevalent in the Recreation Area since 1970 and appears to infect some portion every 10 years (K. Stahlnecker, Curecanti National Recreation Area, pers. comm.).

6. In 2003, the southern half of Montezuma County was surveyed to evaluate occupancy of GPDs (Colyer 2003). Surveys were completed along roads, on foot, and on horseback. From these surveys, 23 colonies on 246 ha (608 ac) were located in Mancos Valley and 28 colonies on 218 ha (539 ac) were located in Montezuma Valley. During the surveys, 2 major negative impacts to prairie dogs populations were noted. The most severe was plague. As described by the biologist in the area, "it appears populations build up, numbers get high per colony, and new colonies are formed up to 5 or more miles from core colonies. Then plague hits and colonies nearly die-off with some completely dying out. Plague travels along drainages with neighboring drainages somewhat protected from epizootics. A few prairie dogs are usually able to survive the epizootic and within 2-3 years the population begins to rebuild. Plague appeared to impact Montezuma County in 1985, 1993, and 1999."

   The second impact of great significance in Montezuma County is irrigation. Farmers can control prairie dogs and keep them from their fields by periodically flooding with irrigation. Much of Montezuma County is devoid of GPDs due to flood irrigation. However, during the last few years of drought, GPDs have been able to expand due to the lack of flood irrigation.

When the drought ends, prairie dogs will likely again be eliminated from these areas.

7. In 2002, the CDOW embarked on a statewide effort to document occupied WTPD and GPD habitat by interviewing field personnel from CDOW, the USFWS, USFS, and BLM (CDOW 2003). Prairie dog colonies were mapped on 1:50,000 USGS county sheets and were designated as active (known to have prairie dogs inhabiting the colony within the last 3 years), inactive, or as unknown (prairie dogs were known to occur historically, but current status was unknown). From this effort, it was estimated that 61,329 ha (151,547 ac) of active, 1824 ha (4507 ac) of inactive, and 79,245 ha (195,819 ac) of unknown occupied habitat occurred within the state. Field verification of identified colonies is planned and budgeted for spring 2005.

*Predictive range model.* Thirty-one percent of the GPD gross range and 25% of the predicted range occurs in Colorado (Table 2; Fig. 3). Forty-four percent of the gross range and 72% of the predicted range within the state is located on private and tribal land (Table 5). BLM land comprises 14% of the gross range and 15% of the predicted range; the USFS land comprises 37% of the gross range and 6% of the predicted range; and state land comprises 3% of the gross and 5% of the predicted range (Table 5). Agricultural development impacts 652,863 ha (1,613,260 ac) or 2% of the gross range and <7%, or 635,320 ha (1,569,910 ac), of the predicted range. Urban development impacts 78,549 ha (194,099 ac) in the gross range (<1%) and 38,283 ha (94,599 ac) in the predicted range (<1%; Table 4). There are currently 7821 gas and oil wells in the gross range and 1499 wells in the predicted range.

*Summary.* Over the past 20 years, various efforts have been undertaken to document distribution of GPDs in Colorado. However, surveys have been confounded by differences in effort, timing, and location, making comparisons between surveys difficult. Though direct comparisons between surveys cannot be made, reports during the past 20 years suggest that GPD occupied habitat on public lands has been reduced. This reduction most likely has been due to plague (Ecke and Johnson 1952; Lechleitner et al. 1968; Fitzgerald and Lechleitner 1974; Rayor 1985; Fitzgerald 1993). Poisoning may also have been a contributing factor, by promoting isolation and fragmentation of colonies (Clark 1989). Recent surveys indicate that GPD colonies are small, with fragmented distributions. Increased isolation decreases the likelihood that a colony can be re-colonized following a plague outbreak, as the distance between the infected colony and the nearest neighbor colony may be beyond dispersal capabilities. Isolation can be beneficial by protecting colonies from spread of plague, but can be detrimental to maintaining genetically healthy populations and re-establishing colonies after a die-off.

The cumulative impacts of agriculture, urbanization, shooting, plague, and oil and gas development in Colorado may have further effects over time, and collectively may have played a role in decline of GPD populations within the state. The majority of the GPD gross and predicted range occurs on private and tribal lands, which limits the ability of federal and state agencies to monitor and manage the species. The degree to which oil and gas development is impacting GPD populations is unknown, but development is increasing and the effects of this disturbance on

populations should be evaluated. Shooting closures have not been implemented within Colorado, but CDOW does regulate shooting contests, allowing only 5 prairie dogs to be taken. Colorado is actively working on development of a rangewide long-term monitoring plan for the GPD to evaluate populations (Andelt et al. 2003). Pilot surveys using this new monitoring technique will be completed in 2005. In addition, the GPD has been included in Colorado's CWCS.

New Mexico

*Distribution.* GPDs occur in 16 counties in north-central, northwestern, and west-central New Mexico (Fig 4). They inhabit montane and alluvial valley habitats where grasslands encroach into, or are surrounded by woodland or forest elements (Hubbard and Schmitt 1983). They also occur in openings in brush, juniper, pine, and aspen habitats (Longhurst 1944; Findley et al. 1975). Topography and vegetation vary from arid lowlands to mesic intermountain valleys, benches, plateaus (Pizzimenti and Hoffmann 1973; Knowles 2002), playas, floodplains, croplands, and urban areas (Hubbard and Schmitt 1983). Estimated historical range (including unoccupied habitat) of the GPD in New Mexico is 12,246,934 ha (30,262,833 ac; derived from a GPD range-map in Hubbard and Schmitt [1983]).

*Survey efforts.*

1. In the early 1900s, biologists from the USDA recommended that prairie dogs be eliminated, due to the damage they caused to crops and rangeland forage (Merriam 1902; Bell 1921). This led to wide-scale poisoning of prairie dogs throughout the West (Roemer and Forrest 1996). Unpublished reports of rodent control operations in New Mexico from 1914-1974 described the treatment of 6,796,104 ha (16,793,539 ac) of lands inhabited by prairie dogs (Oakes 2000). In 1920, the BBS requested that prairie dog inventories be completed and maps produced depicting the distribution and extent of prairie dog occupation in order to plan and fund rodent eradication campaigns. In 1921, 3,129,005 ha (7,731,940 ac) of GPD occupied habitat were estimated to occur in New Mexico (Oakes 2000). Occupied habitat was remapped within the state in 1961, due to concern over the uncontrolled poisoning of prairie dogs that had occurred. In 1961, PARC ordered a survey of prairie dog populations in the U.S. by state and county (Oakes 2000). The results of the 1961 survey showed a 96% decline in occupied habitat as compared to the 1921 surveys, with GPDs occupying only 138,194 ha (341,485 ac) in the state. Based on county distribution, most of the prairie dogs left in the state in 1961 were GPDs, and most of the surviving populations were located on Navajo and other tribal lands. More prairie dog occupied habitat remained on tribal lands, because Native Americans resisted federal poisoning campaigns.

2. In 1971, the USFWS reported that GPDs occupied 14,210 ha (35,114 ac) in Catron County, 8693 ha (21,481) in McKinley County, and 12,607 ha (31,153 ac) in Valencia County (Ruffner 1980). In Catron County, 79 colonies were located, with a mean size of 180 ha (445 ac); 73 colonies were found in

McKinley County, with a mean size of 119 ha (294 ac); and 58 colonies were found in Valencia County, with a mean size of 217 ha (536 ac). These data were gathered on lands under federal, state, private, and tribal jurisdiction prior to cessation of prairie dog poisoning on public lands.

3. In 1979, 88 GPD colonies were located on 5 National Forests in both Arizona and New Mexico (Ruffner 1980). Of these 88 colonies, 32 were visited and 27 were mapped. Four of the mapped colonies were on the Cibola National Forest, which is partially located in Socorro, McKinley, and Catron counties; 6 colonies were on the Gila National Forest, which is partially located in Grant, Catron, and Sierra counties; and 3 colonies were mapped on the Apache-Sitgreaves National Forest, located in Catron County. Mean size of the Cibola colonies was 40 ha (99 ac). Apache-Sitgreaves mean colony size was 10 ha (25 ac). On the Gila National Forest, mean colony size was 127 ha (314 ac). Four additional colonies were selected for studies of prairie dog burrow structure and complexity, vegetation relationships, and population estimates. Three of the selected colonies were in New Mexico. One colony in south-central Catron County within the Gila National Forest had been mapped in 1969, at which time it measured 29 ha (72 ac). Mapping in 1979 in the same colony showed a 13-fold increase in occupied area to 385 ha (951 ac). The second colony mapped in central Catron County had 206 ha (509 ac) of occupied habitat in 1979, indicating a decrease from 254 ha (628 ac) in 1970. The third colony, located in Valencia County, also showed a decline of occupied area, from 162 ha (400 ac) in 1978 to 116 ha (287 ac) in 1979.

4. Bodenchuk (1981) attempted to determine occupied habitat of both BTPDs and GPDs in New Mexico from statewide surveys of 6941 agricultural producers. The results of this survey were dependant on extrapolated values based on the percentage of respondents and non-respondents, and have been criticized as being based on unwarranted assumptions (Hubbard and Schmitt 1983). The study showed that GPDs occurred in Bernalillo, Catron, McKinley, Rio Arriba, San Juan, San Miguel, Sandoval, Santa Fe, Socorro, Taos, Torrance, and Valencia counties and occupied 43,128 ha (106,572 ac) with 28,695 ha (70,907 ac) on private lands (66.2%); 6190 ha (15,296 ac) on state leased lands (14.8%); 4129 ha (10,203 ac) on BLM lands (9.5%); 172 ha (425 ac) on USFS lands (0.4%); and 3942 ha (9741 ac) on tribal lands (9.1%). From these surveys Bodenchuk (1981) estimated that BTPDs and GPDs occupied 201,141 to 209,926 ha (497,030-518,738 ac) statewide.

5. Hubbard and Schmitt (1983), using Bodenchuk's data (1981), calculated the level of prairie dog occupancy on a county-by-county basis was low, ranging from 0 to 0.98%. Based on Bodenchuk's low estimate of 201,141 ha (497,030 ac) of occupied habitat, Hubbard and Schmitt (1983) estimated an occupancy rate of 0.64% for the state. By comparison, in 1919 the area occupied by

BTPDs and GPDs was estimated at 4,836,570 ha (11,951,425 ac), or 15.3% of the state (Shriver 1965).

6. Surveys conducted in 1995 within the Negrito Creek watershed of the Gila National Forest suggested that GPDs had been extirpated, despite presence of suitable habitat (Frey 1995). USFS considered the GPD rare on the Gila National Forest (USDA Forest Service 1995).

7. In 1996, a survey of New Mexico's 4 northeastern counties (Union, Colfax, Mora, and Harding) was conducted to locate and map BTPD colonies (Sager 1996). GPDs were observed at 6 sites in western Colfax and Mora counties. In Colfax County, 3 GPD colonies were located between Angel Fire and Black Lake in the southern extremity of Moreno Valley. Three GPD colonies were also located in western Mora County.

8. A cooperative GPD habitat survey conducted by the BLM and San Juan College was completed in 2002 and 2003 on BLM lands in the Farmington Field Office (Farmington Field Office; Lorance et al. 2002; Yazzie and Sanders 2003). In 2002 and 2003, 7.5 minute topographic quadrangle sections were systematically surveyed for presence of prairie dog colonies (both active and inactive) and potential prairie dog habitat within the boundaries of the BLM/Farmington Field Office. Sections surveyed included Chimney Rock, Waterflow, Young's Lake, La Plata, Farmington North, Adobe Downs Ranch and Flora Vista, Star Lake, Pueblo Alto Trading Post, Cedar Hill, Mount Nebo, Anastacio Spring, Flora Vista, Aztec, Turley, Archuleta, Smouse Mesa, and Gonzales Mesa. All maps were cross referenced with land ownership and BLM land was identified and highlighted to prevent the accidental survey of state, private, or tribal lands that were not included in the study. The 2002 survey located 306 ha (756 ac) of occupied habitat in 16 colonies. The 2003 surveys located 133 ha (329 ac) in 10 colonies of which 4 (14 ha [35 ac]) were inactive.

9. Cook et al. (2003) examined the spatial relationship between nesting ferruginous hawks (*Buteo regalis*) and colonies of GPDs in 2 grassland ecosystems in New Mexico: the Estancia Valley in 1999 and 2000 and the Plains of San Agustin in 2000. Aerial surveys were conducted to locate GPD colonies, and in the spring and late summer colonies were visited on the ground to evaluate activity levels and map colony boundaries. Cook et al. (2003) found a total of 6 colonies within the Plains of San Agustin, with an average colony size of 33 $\pm$ 31 ha (82 $\pm$ 76.5 ac) and total occupied habitat equaling 214 ha (529 ac). The Estancia Valley had 43 active colonies in 1999, but only 27 of these were active in 2000. Reasons for the decline were not determined. One new colony was found in 2000, bringing the total to 28 active colonies. Twenty-five of these 28 colonies were mapped to determine

occupied habitat. The average colony size was 36 ± 31 ha (89 76.5 ac) and total occupied area was 919 ha (2271 ac).

10. In 2004, the BLM estimated occupied hectares on their lands within the Taos, Albuquerque, Socorro, and Farmington Field Offices (P. Sawyer, BLM, pers. comm.). Within the jurisdiction of the Albuquerque Field Office, 16 colonies encompassing 227 ha (561 ac) were documented, with colony size ranging from 0.4 to121 ha (1-299 ac). The Taos Field Office documented 13 colonies on 33 ha (82 ac), with colony size ranging from <1 to 16 ha (<2-40 ac). The Socorro Field Office documented 18 colonies on 252 ha (623 ac), with colony size ranging from <1 to 79 ha (<2-195 ac). The Farmington Field Office documented 24 colonies on 450 ha (1112 ac), with colony size ranging from <1 to 142 ha (<2-351 ac).

11. In 2001 and 2003/04, GPD colonies were mapped along a 69.4 mile stretch of U.S. Highway 491 (US 491), between milepost 15.3 and 84.7 in McKinley and San Juan counties (P. Knight, Marron Associates, pers. comm.). The entire US 491 survey occurred within the Navajo Indian Reservation. A total of 37 locations of prairie dog colonies were found. Although the prairie dog colonies documented in the area in 2001 were thriving, those encountered in 2003 in the same locations were either abandoned or nearly abandoned. None of the colonies found within or adjacent to US 491 in 2003 had active portions in excess of 2 ha (5 ac). In fact, many of the prairie dog burrows identified in the US 491 right-of-way during spring 2003 were filled in with sediment from storm events or clogged with vegetation by early fall of 2003.

12. In 2004, the New Mexico Department of Game and Fish (NMDGF) and the BLM requested that a feasibility study be completed using Digital Orthophoto Quarter Quadrangles (DOQs) to evaluate the potential of remote sensing to inventory occupied habitat within the range of GPDs in New Mexico (Johnson et al. 2004). This technique could be useful in New Mexico, since much of the GPD occupied habitat there occurs on private and tribal lands that have limited access, which makes accurate mapping difficult. In order to evaluate this potential inventory methodology, spatial data were collected from private consultants, federal, state, and tribal agencies that had completed field surveys for GPDs in New Mexico. The field data were collected from 1973-2004, with the majority coming from 2003 surveys. From these data, 153 points and 380 polygons (4694 ha [11,599 ac]) were compiled, of which 264 were active (3686 ha [9108 ac]), 107 were inactive (990 ha [2446 ac]), and 9 were of unknown status (18 ha [44 ac]). Colony sizes ranged from 0.01 to 398 ha (<0.02-983 ac) with mean colony size of 12 ha (30 ac).

The 2004 survey indicated that accuracy of DOQ photo interpretation as a survey method for GPDs was lower than for BTPDs. The discrepancy was due to GPD burrows being less clumped and their colonies smaller on average

than those of BTPDs. GPD habitat also is much more varied, with colonies occurring in various grassland habitats, including grasslands interspersed with woodland (pinyon, juniper, ponderosa pine) or scrubland (sage) habitat. Because of the problems encountered, DOQ surveys for GPDs were determined to be unfeasible at the present time (Johnson et al. 2004).

*Predictive range model.* Forty percent of the GPD gross and 45% of the predicted range occurs in New Mexico (Table 2; Fig. 4). Within New Mexico, 60% of the gross range and 72% of the predicted range is located on private and tribal land (Table 6). BLM land comprises 14% of the gross range and 15% of the predicted range, USFS land comprises 18% of the gross range and 4% of the predicted range, and state land comprises 6% of the gross and 8% of the predicted range (Table 6). Agricultural conversion impacts 99,786 ha (246,577 ac; <1%) of the gross range and 87,524 ha (216,277 ac; <1%) of the predicted range. Urban development impacts 122,967 ha (303,858 ac; <1%) of the gross range and 90,182 ha (222,845 ac; <1%) of the predicted range (Table 4). Currently there are 27,191 oil and gas wells in the gross range and 12,012 in the predicted range.

*Summary.* Poisoning of prairie dogs in New Mexico began in the late 1800s, and the U.S. Government entered the campaign in the early 1900s (Merriam 1902). Large scale control programs using strychnine grain were initiated by the BBS in 1914. Strychnine grain continued to be used for prairie dog control in New Mexico until the post-World War II period. Grain treated with compound 1080 was introduced in 1947 as a control measure and remained in use until 1972. Since 1972, different agents have been used to control prairie dogs, including strychnine, zinc phosphide grain, gas cartridges, and phostoxin tablets. Control of prairie dogs in New Mexico continues today but at small, localized scales and is not rangewide (B. Starnes, New Mexico Department of Agriculture, pers. comm.).

Sylvatic plague occurs throughout GPD range in New Mexico and periodic outbreaks devastate GPD populations. Cully (1989, 1993) described a plague outbreak that killed >99% of the GPDs in Moreno Valley, New Mexico between 1984 and 1987. The few prairie dogs that survived the epizootic were initially widely dispersed throughout the 100 $km^2$ (39 $mi^2$) valley, but aggregated into several new, small colonies the following spring (Cully et al. 1997). Compared to nearby colonies before the outbreak, juveniles in these new colonies grew at a faster rate, enabling them to better survive the winter and breed at an earlier age. This in turn led to increased growth in colonies; Cully et al. (1997) estimated the population tripled annually. However, as GPD densities recovered, another plague epizootic ensued and the population crashed again (Cully et al. 1997). By 1997, GPDs were present in the Moreno Valley, but colonies were small and scattered and had not recovered to what they had been prior to being impacted by plague in 1984.

There is no information on the current status of occupied habitat or population trends for the GPD in New Mexico. However, based on poison records and historical mapping, it appears that a substantial decline in occupied habitat occurred between the early 1900s and 1980s. Knowles (2002) estimated the former abundance of GPDs in New Mexico from historical records of hectares poisoned during prairie dog control efforts. Knowles (2002) estimated that in the early 1900s, more than 1,821,125 ha (4,500,098 ac) were occupied by GPDs in New Mexico, but by

1982 occupied habitat in New Mexico had declined to approximately 30,352 ha (75,001 ac). Data from 1921 to 1961 also indicated a decline in occupied habitat, from 3,129,005 ha (7,731,940 ac) identified in 1921 to 138,194 ha (341,485 ac) in 1961. Finally, Hubbard and Schmitt (1983) estimated occupancy for both BTPDs and GPDs at 0.64% of the state. By comparison, in 1919 the area occupied by both species of prairie dogs was estimated at 4,836,570 ha (11,951,425 ac) or 15.3% of the state (Shriver 1965).

In the absence of a current rangewide survey, it is unclear how the occupied range of the GPD has changed since the 1981 estimate. Today, GPDs have expanded their range into the Santa Fe area, where historically BTPDs occurred; east of Albuquerque into Torrance County, e.g. Moriarty and south in Estancia Valley; and are also present east of the Rio Grande in the Socorro area (Knowles 2002.). Although there have been documented declines in GPD occupied habitat, GPD populations appear to be stable, at least to the extent that the species' range is being maintained within the state (J. Stuart, NMDGF, pers. comm.; K. Podborny, Wildlife Services, pers. comm.; M. Murphy, USFWS, pers. comm.).

Utah

*Distribution.* GPDs occur in southeastern Utah in San Juan and Grand counties. They inhabit arid shrub-steppe and grassy lowlands and can be found at high elevations in sagebrush and mountain meadows in the La Sal Mountains. They occur in openings in juniper, aspen, and pine forests.

*Survey efforts.*
1. The first concerted effort to document prairie dog distribution and abundance throughout Utah occurred in 1968, when the Division of Wildlife, Bureau of Sport Fisheries and Wildlife (later renamed the Utah Division of Wildlife Resources [UDWR]) compiled a map of GPD, UPD, and WTPD colonies using knowledge from professional biologists throughout the state (Bureau of Sport Fisheries and Wildlife 1968). From this collaboration, it was estimated that 40,485 ha (100,041 ac) of prairie dogs existed within Utah, with approximately 8906 ha (22,007 ac) of occupied GPD habitat, 1214 ha (3000 ac) of UPD occupied habitat, and 30,364 ha (75,031 ac) of WTPD occupied habitat.

2. In 1984, a survey of GPD colonies was conducted to evaluate potential for black-footed ferret occupation on BLM administered land in San Juan County (BLM 1984). From this survey, 8 colonies were located on 895 ha (2212 ac). The mean size of the colonies located and mapped was 112 ha (277 ac).

3. In 2002, UDWR attempted to locate and map GPD colonies on public lands in Grand and San Juan counties excluding tribal lands (Seglund 2002). Most colonies located were active and had high densities of prairie dogs. A total of 1534 ha (3791 ac) in 22 colonies were mapped, with 1492 ha (3687 ac) containing active colonies. The mean size of the colonies mapped was 70 ha (173 ac). Sixty-three additional active colonies were located during surveys on private land that

could not be accurately mapped due to trespass restrictions. Most of these colonies were estimated to be <10 ha (<25 ac) in size.

*Predictive range model.* Four percent of the GPD gross range and 3% of the predicted range occurs in Utah (Table 2; Fig. 5). In Utah, 38% of the gross range and 56% of the predicted range is located on tribal or private land within the state (Table 7). BLM land comprises 42% of the gross range and 34% of the predicted range, USFS land comprises 11% of the gross range and 2% of the predicted range, and state land comprises 7% of the gross and predicted ranges (Table 7). Agricultural conversion impacts <1% of the gross (69,867 ha [172,645 ac]) and predicted (68,956 ha [170,394 ac]) ranges. Urban development impacts 327 ha (808 ac; <1%) of the gross range and 302 ha (746 ac; <1%) of the predicted range (Table 4). Currently, there are 3256 wells in the gross range and 590 in the predicted range.

*Summary.* Due to lack of information within the state of Utah with regard to population trends and changes in occupied habitat, GPD status in the state could not be determined. Based on the 2002/03 survey data, colonies located on private agricultural areas had high densities of animals, while those located in more natural settings occurred at lower densities. A number of mapped colonies were isolated from other colonies because they were surrounded by unsuitable habitat (e.g. forested habitat, very dense sagebrush, steep sloped areas) or because they were outside dispersal distance from a neighboring colony. If these isolated colonies become impacted by plague or are poisoned out, they may not be re-colonized through natural immigration.

Human disturbances on GPD habitats in Utah are limited mainly to shooting, oil and gas development, and agriculture. Shooting closures during the breeding season (1 April-15 June) were implemented in 2003 on all public lands, but shooting remains unregulated on private lands. Oil and gas development within GPD habitat has accelerated within the past few years. In 2002, Utah ranked 14th in the United States in crude oil production and 12th in natural gas (marketed) production, including federal offshore areas (Utah Department of Natural Resources 2004). How oil and gas exploration and development are impacting GPDs is still unknown, but will need to be determined to better manage this species. Utah, in cooperation with Colorado, is developing a long-term monitoring program for the GPD to evaluate the health of populations (Andelt et al. 2003) and the state has added the GPD to its state "Sensitive Species List" and included it in their CWCS.

## CURRENT MANAGEMENT STATUS BY STATE

### ARIZONA

The GPD in Arizona is considered a nongame species. The legal definition of nongame wildlife in Arizona includes all wildlife except game mammals, game birds, furbearing animals, predatory animals, and aquatic wildlife. Many nongame species can lawfully be taken under the auspices of Arizona hunting, trapping, or fishing licenses (legal definition based on A.R.S. Title 17.101). In 2002, AGFD established a seasonal shooting closure for GPDs from 1 April to 15 June on public and private lands. There is no bag limit on prairie dogs during the open season,

but AGFD monitors take through a small game questionnaire that has been in place since 2000 (B. Van Pelt, AGFD, pers. comm.). AGFD currently has no management plan for the GPD, but includes it in their CWCS as a vulnerable species.

Under the Arizona Department of Agriculture, the GPD has no status and is not actively managed for. Wildlife Services conducts some control of this species when it becomes a concern to human health and safety. Currently, most control work is being conducted in urban areas around Flagstaff and St. Johns, with no control work on BLM or USFS lands. The hectares controlled vary year-to-year, but are usually less than 405 ha/year (1000 ac/year; M. Burrell, Wildlife Services, pers. comm.). AGFD is developing a program to relocate GPDs when colonies are being encroached on by urbanization and has awarded a grant to Habitat Harmony Inc. to help in this effort. No further relocations are planned until additional funding is made available to monitor relocation efforts. To help decrease GPD occupation in urban areas, AGFD also developed a brochure that informs the public on plants to use in urban landscapes that do not attract prairie dogs (M. Burrell, Wildlife Services, pers. comm.).

There are 3 BLM Field Offices within GPD range in Arizona: Phoenix, Arizona Strip, and Safford. The GPD is not on the BLM's "Sensitive Species List" and none of the current Resource Management Plans address conservation measures for this species. The USFS also does not have the GPD on its "Sensitive Species List" and provides no conservation measures for the species.

### COLORADO

The GPD is classified as a small game species under Colorado Wildlife Commission Regulation #300 A.2. Colorado includes the GPD in their CWCS as a "Species of Greatest Conservation Need." In addition, their CWCS identifies sagebrush as a habitat type of highest concern in the state for mammals. Colorado is currently working with Colorado State University to develop a long-term monitoring plan for the GPD (Andelt et al. 2003).

Regulation #302.B sets the lawful methods of take of GPDs, which include rifles, handguns, shotguns, handheld bows, crossbows, pellet guns and slingshots, hawking, and toxicants. A small game license is required to take prairie dogs, except for private landowners, whose immediate family members and designees may take prairie dogs causing damage on their lands. The season statewide is year-round, with no bag or possession limits (#308). However, participants in shooting contests can take no more than 5 prairie dogs during an event (Regulation #302-1.a.1). No take is permitted on National Wildlife Refuges.

Colorado collects harvest information on small game species, including prairie dogs. This information can be obtained at:
http://wildlife.state.co.us/hunt/Small_Game/harvest_statistics/02-03/small_game_harvest.pdf

All sportsmen who hunt small game in Colorado are required to sign up for the Harvest Information Program (HIP). HIP or MBHIP (Migratory Bird Harvest Information Program) is a national program originally designed to provide USFWS with a means of improving nationwide harvest estimates of migratory birds. Sportsmen are required to sign up annually and to provide a

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 128 of 186

current address (and in Colorado, a phone number). This enables the resource agency to contact hunters more effectively for post-season harvest surveys. Colorado has piggybacked onto the national program to include all small game hunters, in hopes of improving harvest estimates of resident small game species. A number of small game-related harvest surveys are also conducted by phone. Surveys are conducted each spring, following conclusion of the majority of small game seasons.

Prairie dogs (BTPD, WTPD, and GPD combined) are 1 of 23 species included in Colorado's General Small Game Survey. Each year, a random sample of 10-15% is drawn for the general small game survey from among the hunters signed up for HIP for the current season. In 2002/03, 70,159 hunters signed up for HIP. A sample of 8289 hunters (12%) was drawn. The survey contractor attempts to reach each individual a maximum of 3 times before moving on to the next name. After a reasonable amount of time, the survey is terminated. In general, results from the small game survey provide a fairly precise estimate of harvest for resident small game species. It is more difficult to estimate harvest for prairie dogs, but it is the best available data on harvest for the state.

There are several reasons for the inability to provide good harvest estimates for prairie dogs. First, Colorado regulations do not specify a bag limit for prairie dogs as is found with the majority of small game species. Second, because prairie dogs are not "hunted" in the traditional manner, there are relatively few hunters. Low hunter numbers make it difficult to randomly sample enough hunters to provide the basis for a reasonable estimate of harvest. This is difficult at a statewide level and becomes very problematic at the county level, where 1 or 2 hunters may form the basis for the estimate.

Because Colorado has no bag limit for prairie dogs, the number reported harvested by individual hunters varies considerably. For the 2002/03 survey, individual hunters reported harvesting from 0 to 2000 prairie dogs. The large variation greatly increases variance around the harvest estimate. In comparison, individual pheasant hunters (bag limit of 3, and 9 in possession) reported harvesting 0 to 90 birds, and of those hunters 94% had harvested 1 to 10 birds. The variance around this harvest estimate is much smaller and allows for a much greater level of precision.

The variance in numbers harvested and the relatively small number of hunters contacted through the survey (especially at the county level) make the situation even more difficult. In 2002/03, the survey began with a sample of 8289 hunters, of which 3562 were contacted. Of these, 212 reported hunting prairie dogs and 189 reported harvesting prairie dogs. In comparison, the number of pheasant hunters contacted was 843. The limitations of the survey for prairie dogs are further illustrated by noting the number of hunters contacted for individual counties. Hunters reported hunting prairie dogs in 43 counties. The number of hunters contacted for a given county ranged from 1 (8 counties) to 23 (1 county). The number of counties with 10 or fewer hunters contacted was 37.

Because of the wide variation in numbers harvested as well as the need to estimate harvest based on the response of a small number of individuals, Colorado's prairie dog estimates should always be accompanied with the standard errors and ranges around the estimates that are provided on the

CDOW home page. This information makes it clear that the estimates are not nearly as precise as others generated via the General Small Game Survey.

The CDOW recognizes the limitation of current surveys for accurately estimating prairie dog harvest and has revised hunting survey to improve prairie dog harvest estimates. These improvements are in place for the spring 2005 survey period.

The Colorado Department of Agriculture classifies the GPD as a pest (J. Miller, Colorado Department of Agriculture, pers. comm.). It currently does not practice any control of prairie dogs, due to lack of funding, but provides technical assistance to landowners. Some toxicants, including zinc phosphide and aluminum phosphide, may be used by licensed applicators to control GPDs, under regulation by the Colorado Department of Agriculture or the EPA. Gas cartridges can be used without a license. Relocation of prairie dogs requires a permit that must include a management plan specifically addressing the applicant's long-term plans for maintenance or control of relocated prairie dogs (Regulation #302A.3).

Five BLM Field Offices are within the range of the GPD in Colorado: San Juan, San Luis, Gunnison, Uncompaghre, and Canon City. None of the current BLM Resource Management Plans provide conservation measures for this species which is not on their "Sensitive Species List". However, if oil and gas occur within GPD occupied habitat, development can be relocated 200 m (656 ft) from the original site designation (W. Anderson, BLM State Office, pers. comm.). The USFS also does not include the GPD on their "Sensitive Species List" and they provide no conservation measures for the species.

NEW MEXICO

The GPD is informally considered a "Wildlife Species of Concern" but it is not regulated by the NMDGF and has no special conservation status. NMDGF does include the GPD in their CWCS. The CWCS also identifies the Intermountain Big Sage Community, which is within part of the GPD range, as one of their priority habitat types. In New Mexico, GPDs may be taken throughout the calendar year without a permit by residents. Non-residents require a valid New Mexico hunting license (of any type) to legally take GPDs within the state. Recreational shooting of nongame wildlife, such as the GPD, is prohibited on State Trust Lands and Wildlife Management Areas.

State statutes direct the New Mexico Department of Agriculture to eradicate prairie dogs when they are causing problems. However, the New Mexico Department of Agriculture does not conduct the prairie dog control itself. Rather, it licenses private individuals for application of toxicants that may be used on prairie dogs, and has a contract with Wildlife Services to carry out control efforts as requested by landowners (B. Starnes, New Mexico Department of Agriculture, pers. comm.). The New Mexico Department of Agriculture is developing a protocol to safely relocate GPDs.

Wildlife Services maintains cooperative wildlife damage personnel in areas where occupation of GPDs or other depredating wildlife warrant. Currently, control is occurring in Taos County, with

most control occurring on small agricultural farms, urban areas, and airports (K. Podborny, State Director of Wildlife Service in New Mexico, pers. comm.). Very rarely does rangeland control occur. In Santa Fe (by city ordinance) and Albuquerque (by city policy), prairie dogs are relocated when new development threatens occupied habitat or when they occur on city property. Currently, 5 counties have ordinances that do not allow GPDs to be relocated within their boundaries.

In New Mexico, 4 BLM Field Offices are within GPD range: Farmington, Albuquerque, Taos, and Socorro. None of the current BLM Resource Management Plans provide conservation measures for this species. Although conservation measures are not mentioned with regard to oil and gas development, wells can be relocated if they are planned in an active colony (J. Kendall, Farmington Field Office, pers. comm.). The GPD is not considered a "Sensitive Species" by the USFS and there is no management plan for the species.

UTAH

The GPD is designated as a nongame mammal in Utah under Rule R657-19-2. The GPD is on the UDWR "Sensitive Species List" (UDWR 2003), which was prepared pursuant to The State of Utah, Division of Wildlife Resources Administrative Rule R657-48. By rule, wildlife species that are federally listed, candidate for federal listing, or for which a conservation agreement is in place are automatically placed on the list. Additional species on the Utah list are "wildlife species of concern" for which there is credible scientific evidence to substantiate a threat to continued population viability. The list is intended to stimulate development and implementation of management actions sufficient to preclude the need for federal listing of these species under the ESA. Utah has included the GPD in their CWCS as a Tier II species (Utah Species of Concern). They have also identified both shrubsteppe and grasslands as key habitats in the CWCS.

R657-19 provides the standards and requirements for taking and possessing nongame mammals (GPDs) under authority of State Statute (23-13-3, 23-4-18, 23-14-19). The live capture of prairie dogs and other nongame mammals is governed by Rule R657-3; Collection, Importation, Transportation and Subsequent Possession of Zoological Animals. Take of GPDs is prohibited on public lands from 1 April through 15 June, but they may be taken on private lands year-round. No license is required to take GPDs (R657-19-10); they may be taken without bag or possession limits (R657-19-5).

The Utah Department of Agriculture classifies the GPD as a depredating animal (Sec. 4-23-3, definition (5)) and maintains jurisdiction on damage issues. Little control work currently is being done in Utah. Wildlife Services is rarely requested to assist land owners in control efforts and poison grain baits have not been requested for at least 8 years (M. Bodenchuk, State Director for Wildlife Services in Utah, pers. comm.).

The GPD in Utah is considered a "Sensitive Species" by both the BLM and USFS. The BLM in Utah is currently revising its Resource Management Plans. In the new plans, BLM will consider the GPD in special status species alternatives. Within these new plans, the BLM proposes to manage habitat for prairie dogs according to USFWS and UDWR recommendations, develop

cooperative agreements with other agencies to inventory prairie dog densities, and provide suitable habitat for expansion, restrict off-highway vehicle (OHV) use to designated roads, protect active colonies, and require buffer zones from new road and oil and gas development, and adjust grazing to allow spring plant growth (livestock off by March 31; P. Riddle, BLM, Moab Field Office pers. comm.; T. Wallace, BLM, Monticello Field Office pers. comm.).

## RISK ASSESSMENT

The 23 February 2004 petition to list the GPD under the ESA asserted that all 5 USFWS ESA listing criteria apply to the species (Forest Guardians et al. 2004). In this Risk Assessment, current information regarding threats is summarized, followed by an evaluation based on current understanding of each identified threat. From this evaluation, options to be considered in a conservation strategy, and recommended research needs are discussed.

The threats to the GPD that will be evaluated in the USFWS's 90-day finding are:

1) The present or threatened destruction, modification, or curtailment of its habitat or range
2) Over-utilization for commercial, recreational, scientific, or educational purposes
3) Disease or predation
4) Inadequacy of existing regulatory mechanisms
5) Other natural or man-made factors affecting its continued existence

### 1) PRESENT OR THREATENED DESTRUCTION, MODIFICATION, OR CURTAILMENT OF HABITAT OR RANGE

Current information

Throughout the 1800s and 1900s, lasting changes in GPD habitat have occurred. They resulted from conversion of rangelands to seeded pastures and croplands, urbanization, oil/gas exploration and extraction, intensive livestock grazing, alteration in fire regimes, and proliferation of non-native plant species. How these changes have affected GPD populations is difficult to quantify, since information is not available regarding populations prior to human induced alterations across the western landscape. Possible consequences of these impacts are presented below.

*Agricultural land conversion.* Agricultural lands affect less than 3% of GPD gross range. Agricultural land conversions in conjunction with historic eradication efforts have caused population declines on these lands for the GPD (Knowles 2002). Prairie dogs were not tolerated on agricultural croplands and disturbance by them on cultivated lands brought about control or eradication of local populations. Agricultural lands, however, have also benefited GPDs by providing highly-productive forage in place of their native arid landscape. GPD burrows can be found adjacent to agricultural fields in previously unsuitable areas, and in these areas very high

population densities can be attained. UPD densities are lower at sites not associated with agriculture (16 prairie dogs/ha [6/ac]), and higher at sites associated with alfalfa fields (36 prairie dogs/ha [15/ac]; Crocker-Bedford 1976). Differences in densities were attributed to differences in quantity and quality of available forage.

*Urbanization.* Urbanization affects less than 1% of the GPD gross range and less than 2% of the predicted range. Although direct eradication of prairie dogs, habitat fragmentation, and colony isolation occurs in urban landscapes, they affect a very small portion of the GPD range. Irrigation of lawns and pastures, which accompanies urbanization, may somewhat offset the negative impact to GPDs by providing succulent, high quality forage.

*Oil/Gas exploration and extraction.* Within GPD range, areas have been classified as valuable for oil and gas development. Possible direct negative impacts associated with oil and gas development include clearing and crushing of vegetation, reduction in available habitat due to pad construction, road development and well operation, displacement and killing of animals, alteration of surface water drainage, and increased compaction of soils (USFWS 1990). Vibroseis (seismic exploration) may also affect prairie dogs by collapsing tunnel systems, causing auditory impairment, and disrupting social systems (Clark 1986). Indirect effects include increased access into remote areas by shooters and OHV users. Gordon et al. (2003) found that shooting pressure was greatest at colonies with easy road access as compared to more remote colonies. Conversely, oil and gas development may provide areas with a reduction in shrub cover providing prairie dogs additional habitat to colonize.

*Livestock grazing.* One of the most significant human-induced changes affecting the western landscape has been widespread introduction of domestic livestock. By 1890, hundreds of thousands of cattle and large numbers of sheep were introduced within the range of the GPD. Evaluating the influence of domestic livestock grazing on GPD habitats and populations is problematic. Non-grazed habitats within the GPD range are rare and clear ecological benchmarks do not exist against which to evaluate changes. Also, determination of rangewide effects is difficult because the impact of grazing on ecological communities inhabited by GPDs has varied depending on site potential, ecological condition, climate, timing, and intensity of grazing. Overall, assessments of livestock grazing throughout the West indicate it has had profound ecological consequences including alteration in species composition within plant communities, disruption of ecosystem function, and alteration of ecosystem structure (Fleischner 1994).

Alteration of plant species composition by grazing occurred due to active selection of preferred species by livestock and differential vulnerability of plants to grazing (Fleischner 1994). Livestock grazing contributed to establishment and proliferation of exotic plant species by destabilizing plant communities, creating microsites conducive to colonization by exotics, and dispersal of exotic seeds in fur and dung. Some of the long-term changes incurred due to grazing were changes in vegetation from predominantly grasslands to browse range (Cottam and Stewart 1940 as interpreted by Collier and Spillett 1975), loss of early cool season forage, and proliferation of non-native annual grasses (Crocker-Bedford 1976; Beck 1994; Young et al. 1972 and 1976 as interpreted by Crawford et al. *In press*). Alteration in plant species composition may have affected habitat suitability for the GPD by decreasing forage availability during critical

periods (e.g. as juveniles emerge, prior to hibernation, during the reproductive season), degrading the overall quality and quantity of forage, and reducing biological diversity that had historically allowed GPDs to consume different plant species and parts of plants as plant phenology progressed. Ritchie (1999) found that frequency of extinction at UPD colonies increased dramatically as the number of locally occurring plant species decreased.

Disruption of ecosystem function by livestock grazing in arid environments is partly due to livestock degradation of cryptogamic crusts (Fleischner 1994). These crusts play a major role in nutrient cycling (Rychert et al. 1978), provide favorable sites for germination of vascular plants (St. Clair et al. 1984), and are important to soil hydrology (Fleischner 1994). Research on UPDs indicates these changes could impact GPD by affecting forage availability (Ritchie 1999).

Overgrazing in arid areas causes formation of deep, erosive arroyos (Cottam 1961), increased soil compaction, and decreased water infiltration (Kauffman and Krueger 1984; Abdel-Magid et al. 1987; Ordoho et al. 1990). Because of these impacts, surface runoff has increased and water tables lowered resulting in less water being available for the shallow root zone of grasses and forbs but more accessible for deep rooted shrubs (Walker and Noy-Meir 1981; McAuliffe 1995 as interpreted by Oakes 2000). These impacts have resulted in altered ecosystem structure. There are estimates that over 1,618,800 ha (4,000,142 ac) of western rangeland have undergone this sort of change (Dregne 1983 as interpreted by Fleischner 1994), which could have impacted GPDs by decreasing availability of forage and causing an increase in woody shrubs.

Vegetation in arid areas inhabited by UPDs and GPDs is not adapted to long duration grazing or repeated growing season grazing by large ungulates. Poor rangeland management has caused a decline in occupied habitat and population densities for the UPD (Collier and Spillett 1975). Similar impacts to the closely related GPD are suspected, although unproven at present, due to lack of research. Conversely, well managed grazing has been found to benefit BTPD populations by creating increases in short grass species such as blue grama (*Bouteloua gracili*) and buffalograss (*Buchloe dactyloides*; Osborn 1942; Osborn and Allen 1949; Norris 1950; Smith 1958; Koford 1958).

*Altered fire regimes.* Beginning in the 1890s, fires decreased in frequency and intensity in the southwestern U.S. (Bahre 1991; Swetnam et al. 1999 as interpreted by Oakes 2000). Settlement resulted in active suppression of wildfires, and grazing reduced biomass on the ranges resulting in less intense fires (McPherson 1995 as interpreted by Oakes 2000). The reduction in fire frequencies and lower fire temperatures over the past century may have contributed to changes in vegetation. The end results of altered fire regimes are fluctuations in herbaceous cover from year-to-year, expansion of woody species, shortened seasonal availability of green plant material, a decrease in high quality perennial forbs, and absence of forage in the late summer (Crawford et al. *In press*).

Alteration of fire regimes is also affected by exotic plant species such as cheatgrass. Cheatgrass seeds germinate in fall and grow during winter, with seed heads maturing in spring and early summer. Unlike native bunchgrasses, cheatgrass is an annual and begins to die in late July. Dead cheatgrass burns easily resulting in early, abundant, and hot wildfires that tend to damage or kill

native grasses. After a fire has impacted an area, early-maturing cheatgrass seeds take advantage of the many nutrients the fire releases to out-compete native plant species.

Evaluation

*Agricultural land conversion.* Within the gross range of the GPD, agriculture impacts 835,243 ha (2,063,930 ac) or less than 3% of the gross range (Table 1). Although GPDs may not be tolerated on these lands, this acreage represents a small amount of habitat within the gross range of the species. Thus, overall habitat loss to agriculture is significant only on a local scale and is not rangewide concern.

*Urbanization.* In the gross range of the GPD, a number of large metropolitan areas exist including Flagstaff, Albuquerque, and Santa Fe. Within the gross range, 233,681 ha (577,438 ac) are impacted by urbanization, or less than 1% of the total (Table 4). Thus, overall habitat loss due to this type of disturbance is significant only at a local scale and is not a rangewide concern.

*Oil/Gas exploration and extraction.* Oil and gas development is occurring at an unprecedented rate, particularly on BLM lands, but the long-term effects of oil and gas development on GPDs are unknown. Many BLM Field Offices do not address maintaining habitat for expansion and shifts in occurrence outside of currently mapped colonies, and do not address the impact of road development and the potential for an increase in shooting/direct take of GPDs as a result of oil and gas development.

*Livestock grazing.* The numbers of sheep and cattle on western rangelands peaked in the early 1900s, with livestock grazing centered on season-long use and stocking rates routinely exceeding carrying capacity of habitats (Cottam and Stewart 1940 as interpreted by Collier and Spillett 1975; Young and Sparks 1985 as interpreted by Crawford et al. *In press*). Within the last 40 years, stocking rates have been reduced by more than 25% (USDI-BLM 1990). Concurrent with these reductions, public rangelands have improved (Box 1990; Laycock et al. 1996 as interpreted by Crawford et al. *In press*). However, intervention may need to be continued to restore the ecological health of western rangelands. Even so, the BLM still considers over 68% of the lands it manages to be in "unsatisfactory" condition (US General Accounting Office 1991 as interpreted by Fleischner 1994).

Significant vegetation changes have occurred on desert grasslands in the West, including an increase in density of woody shrubs, which were present historically but at lower densities. The increase in woody shrubs may not only be due to livestock grazing, but also to fire suppression, climate change, erosion, and removal of prairie dogs from previously occupied areas. In addition, cheatgrass and other nonnative species such as Dalmatian toadflax (*Linaria dalmatica*), leafy spurge (*Euphorbia esula*), and camelthorn (*Alhagi pseudalhagi*, which are primarily spread by livestock grazing and wind, have colonized areas within GPD range. Replacement of native perennial grasses and forbs by nonnatives such as cheatgrass has been extensive in the range of the GPD. Cheatgrass reaches maturity in early summer and then dies, providing little nutrition and moisture either above or below ground for herbivores during the long summer months (Stubbendieck et al. 1997). CDOW currently is involved with several cheatgrass related projects,

including experimenting with herbicide applications to control this nonnative grass (J. Garner, CDOW, pers. comm.). In Utah, both UDWR and the BLM are working to control invasive weeds and cheatgrass by spraying herbicides followed by active planting of sagebrush, grasses, and forbs (T. Wallace, BLM, pers. comm.).

*Altered fire regimes.* Alteration in fire regimes within the range of the GPD has produced changes in structure and function of plant communities. Specific habitat requirements of both UPDs and BTPDs include height and composition of vegetation (Collier 1975; Crocker-Bedford and Spillett 1981; Player and Urness 1982; Clippinger 1989; Reading and Matchett 1997). Habitat associations of GPDs have not been examined over a large number of colonies or across a large geographic area, but vegetation changes associated with altered fire frequency may be affecting the species' distribution. Improvements the BLM is making on rangelands have the potential to improve conditions to restore historical fire frequencies.

Conservation options for a conservation strategy

The ability of resource managers to address the impacts of habitat alteration (conversion and loss) on management of species at a landscape scale has improved significantly, due to advanced technologies. For example, GIS data can be used to discern the spatial pattern and location of suitable habitat. Knowledge of where habitat loss has occurred on both local and landscape scales, in conjunction with graphical depictions of these spatial patterns, is crucial for proper management of GPDs. Identifying habitat patches and corridors between these patches will help determine the long-term viability of local populations, probability of dispersal among populations, and important areas for conservation. Crucial areas identified during these analyses should be incorporated into Resource Management Plans, with conservation actions focused on protecting occupied and potentially occupied habitat, protecting corridors for immigration and emigration, and allowing maintenance and expansion of GPD colonies and complexes. In addition, conservation of GPD habitat on private lands may be addressed by using private landowner incentive programs.

Oil and gas development should be designed to minimize adverse impacts on existing GPD colonies and potential habitat. To assess impacts at proposed sites, GPD occupied and potential habitat should be documented prior to development. A minimal analysis should include mapping of suitable and occupied habitat, use of GIS to determine spatial distribution of these areas, estimates of local population densities, and evaluation of dispersal potential between suitable habitat patches within each complex (e.g. between colonies). Baseline information will help determine whether the loss of occupied and suitable habitat due to resource extraction activities could be mitigated by managing other suitable habitat within a proposed project site and/or avoiding suitable and occupied habitat entirely and allowing development only in habitat not suitable for GPD occupation. In addition, project design of oil and gas facilities in and adjacent to occupied and suitable habitat should include location of wells and roads outside of these areas, consideration of directional drilling when wells are proposed within suitable and occupied habitat, timing restrictions of vehicle travel to periods when GPDs are less active, and regulation of type of vehicle traffic. Guidelines should be developed to aid decision-makers in designating when and where to permit planned resource extraction and what steps must be followed to ensure

long-term maintenance of GPD populations. Also, because knowledge of the effects of resource extraction on GPD populations is limited, monitoring should be conducted at sites before, during, and after development. Finally, the enforcement of well reclamation should be improved.

It is beyond the scope of this document to provide a complete review of Resource Management Plans related to livestock grazing, but a reevaluation of management goals and strategies on BLM lands to improve native habitats that benefit GPDs should be considered using additions and/or amendments to Resource Management Plans. In general, based on individual land manager decisions, ecological health could be improved by instituting the following practices in GPD occupied areas:

1. Allow periodic rest or deferment from grazing during times of crucial growth and seed dispersal and establishment. Fencing of high priority areas should be considered.
2. Develop grazing management practices that consider the season, duration, distribution, frequency, and intensity of grazing use on areas to maintain sufficient vegetation on both upland and riparian sites to protect the soil from wind and water erosion, to assist in maintaining appropriate soil infiltration and permeability, and to buffer temperature extremes. Emphasize maintenance of native plant species and natural re-vegetation to support and sustain ecological functions and site integrity. Reseeding of disturbed and burned areas should be done using native, locally adapted, plant species, where appropriate.
3. Incorporate use of mechanical, chemical, and biological methods of weed control to manage noxious weeds, where appropriate.
4. Natural occurrences such as fire, drought, and flooding and prescribed land treatments should be integrated with livestock management practices to move toward sustainability of biological diversity across the landscape, including maintenance, restoration or enhancement of habitat to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors.

Conservation actions should be implemented on a rangewide scale and coordinated at a multi-state level. After conservation actions are implemented, continued long-term monitoring of GPD populations should be conducted to evaluate effectiveness of programs. A monitoring protocol has been developed by Colorado State University, CDOW, and UDWR (Andelt et al. 2003) and is currently being implemented in Colorado and tested in Utah. This protocol uses occupancy rate, instead of mapped occupied habitat, to monitor spatial and temporal population changes throughout the range of the GPD. This methodology provides an objective, repeatable estimation technique to measure the response of GPD populations to factors affecting their viability.

Research needs

Studies should be conducted to identify habitat characteristics required to maintain viable GPD populations and to address the direct and indirect effects of land conversions on GPDs. Research needed to better manage GPD populations includes, but is not limited to:

- Determine the effects of timing and intensity of grazing regimes on GPD habitat use
- Determine the effects of agricultural land conversions on population densities, reproductive output, and long-term viability
- Determine the effects of fragmentation and development of barriers due to urbanization and agricultural development on dispersal and maintenance of colonies
- Determine the spatial and temporal effects of fire on GPD colonization rates and re-colonization rates
- Determine differences between non-native annual grasses and native plants in effects on population trends, reproductive output, and viability over the long-term
- Monitor impacts of range restoration treatments, such as green-stripping with forage kochia on GPD populations
- Evaluate changes in distribution and population densities at sites prior to, during, and after oil and gas development
- Evaluate colonization rates after wells are removed
- Monitor vegetation changes after wells are constructed and when they are removed
- Evaluate the effects of Vibroseis on GPDs
- Examine the genetic structure of GPD metapopulations

2) OVERUTILIZATION FOR COMMERCIAL, RECREATIONAL, SCIENTIFIC, OR EDUCATIONAL PURPOSES

Current information

*Shooting*. Limited research exists on the long-term effects of shooting on prairie dog populations, and research conducted thus far has focused on BTPDs. Extrapolation of the data to GPDs can only be inferred, but in general the data may be relevant. Below is a summary of studies that have been conducted:

- Stockrahm and Seabloom (1988) compared reproductive rates on 2 colonies that experienced intensive recreational shooting to 2 colonies that did not. They found that colonies experiencing heavy recreational shooting pressure had fewer males, smaller litter sizes, and very few females breeding as yearlings. They suggested that shooting disrupted the BTPD social system.
- Knowles (1988) conducted a controlled experiment on 2 colonies subjected to shooting and 1 that was not. The results showed that shooting reduced prairie dog activity levels. By the second year of shooting, the smallest colony had been extirpated.
- Vosburgh and Irby (1998) compared 18 prairie dog colonies in areas protected from recreational shooting in 1994 and 1995 to those open to shooting. Colonies subjected to shooting declined more than colonies not subjected to shooting (15% versus 35%) and prairie dogs were more vigilant in shot

colonies. The authors postulated that recreational shooting might, with additional research, be an effective management tool to limit populations but was not a viable technique to eliminate prairie dogs.

- Vosburgh (1999) compared 4 colonies subjected to shooting to 3 colonies without shooting on Fort Belknap Reservation, Montana. The number of prairie dogs declined by 20% on shot colonies and by 10% on colonies without shooting.
- A review conducted by the CDOW et al. (2002) described the effects of shooting closures on prairie dog populations at black-footed ferret reintroduction sites. The sources of information for this review included black-footed ferret allocation proposals and communication with individuals participating in reintroduction efforts. The non-quantified results of the review showed that shooting restrictions at some sites positively influenced abundance of BTPDs. There were no data to adequately address shooting closures and their effectiveness on WTPD populations. Though shooting closures have been established in some states, there currently are no data to adequately measure their effectiveness at maintaining and/or expanding WTPD populations. In Utah, WTPD population estimates derived from black-footed ferret habitat surveys in Coyote Basin (closed to shooting) do not appear to differ significantly from similar surveys conducted in the Uintah Basin at sites that have not been closed to shooting (Seglund et al. *In press*).
- Gordon et al. (2003) examined the effects of shooting on BTPDs at the Thunder Basin National Grassland, in northeastern Wyoming. They found that shooting did not appear to substantially affect BTPD behavior, short-term population levels, or physiology. High levels of shooting did result in mass emigration from the study plot.
- Pauli (2005) examined the direct and indirect effects of shooting on 10 BTPD colonies on private lands surrounding the Thunder Basin National Grassland. The colonies were paired (one treatment and one control colony), with treatment colonies subjected to a pulse of shooting to reduce prairie dog abundance by 30%. On treatment colonies, survivors exhibited an 8-fold increase in alert behavior and reduced their above-ground activity by 66%, ultimately decreasing the amount of time spent foraging. This change in foraging behavior resulted in decreases in the body condition (by 35%) and increased flea loads (by 30%). Although lowered body condition did not affect overwinter survival, reproduction was reduced. Pregnancy rates declined by 50% and reproductive output fell by 76%. Thus, BTPDs did not exhibit compensatory natality in response to shooting that made them capable of quickly recovering to pre-shooting densities.

Shooting in GPD habitats consists mainly of local shooters as opposed to the large numbers of nonresidents participating in the shooting BTPDs (Knowles 2002). Gordon et al. (2003) found a dichotomy between local and out-of-state shooters, with out-of-state shooters spending more time shooting prairie dogs and using customized guns, rests, and other equipment to improve their accuracy. BTPDs are the preferred target of non-resident hunters because colony boundaries

Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 139 of 186

are easily discernible, colonies have higher densities of prairie dogs, mounds are more conspicuous, and the colony is generally more open and devoid of plants that might obscure a shooter's vision.

Today, many shooters use weapons that enable them to be consistently accurate at distances of greater than 366 m (1200 ft) and to take significant numbers of prairie dogs each day. A study conducted by the BLM and Montana Fish, Wildlife and Parks indicated the average shooter hits 60 BTPDs per day during 7 hours of shooting (Knowles and Vosburgh 2001). Additional studies have documented shooters discharging approximately 150 rounds per day, hitting 40-50 BTPDs, while other studies documented shooters spending 2 to 3 days shooting and killing about 200 BTPDs during their visit (Vosburgh and Irby 1998; Vosburgh 1999). The Lower Brule Sioux Reservation in central South Dakota provided 8 years of BTPD harvest data (1993-2000), indicating hunters shot an average of 15,000 BTPDs per year. Each hunter killed an average of 119 BTPDs per year, or 38 per day of hunting (Reeve and Vosburgh 2003). In Arizona, AGFD estimated that in 2002, before implementing a seasonal shooting closure, 75,791 GPDs were shot. In 2003, after the shooting closure was implemented, AGFD estimated only 21,134 GPDs were shot. Whether this decline in animals killed can be attributed solely to the seasonal closure is unknown, but if the reduction in take was partly due to the closure, this new management strategy is beneficial in helping populations maintain densities and recover after die-offs.

Peak shooting pressure on GPD colonies tends to occur in May and June, when the weather is cooler and juveniles are emerging. This timing makes lactating females and young of the year more vulnerable and causes loss of dependent young when females are killed. Significant take of these individuals reduces the yearly reproductive output of a population and may be additive to natural mortality. Both Utah and Arizona have instituted shooting closures during this time to help protect and maintain populations.

Evaluation

*Shooting*. The effect of shooting on long-term viability of GPD populations is unknown, as shooting can introduce a level of uncertainty in demographics of GPD populations. To minimize shooting impacts, 2 states have implemented seasonal closures, and a third state has placed bag limit restrictions of GPDs during shooting contests. If shooting can be managed to regulate populations and maintain them at a threshold density, it may be a useful management tool for prairie dog conservation.

Shooting has the potential to locally reduce population densities, alter behavior, and slow or preclude recovery rates of colonies reduced by plague or other disturbances (as cited above). However, shooting alone does not appear to have a sufficient effect on populations to move the GPD toward extinction. In addition, states that have both BTPDs and GPDs unanimously believe that hunting pressure is greater on BTPDs. This is important because the USFWS' 2002 BTPD Candidate Assessment concluded that effects due to shooting did not rise to the level of a threat, pursuant to the definitions and constraints of the ESA.

Conservation options for a conservation strategy

*Shooting.* Shooting, unlike plague, is a manageable impact on prairie dogs. State wildlife agencies should re-evaluate their current regulatory authorities and measures to ensure appropriate regulated take of GPDs. States should consider implementing seasonal closures when females and pups are most vulnerable (1 April-15 July) and requiring shooters to obtain a prairie dog shooting permit. This would give state wildlife agencies, through harvest surveys, the ability to quantify annual harvest. In addition, states should develop monitoring techniques to assess the impacts of shooting and the potential need for regulations to limit take.

Research needs

No research has been conducted on the effects of shooting on GPD distribution and population viability. Therefore, research is needed to provide managers with information needed to regulate the take of GPDs on public lands. Research should be designed to evaluate current recreational shooting, but experimentation may be required for further analyses.

- Studies comparing exploited and non-exploited GPD populations should be conducted. Analysis should include effects on social interactions, foraging, distribution, emigration, population trends, and reproductive output. Studies should be conducted on a large scale over an extended time period to accurately evaluate the effects of recreational shooting.
- Studies should be conducted that evaluate different levels of shooting pressure on GPD populations. This would provide information to help manage harvest levels and timing to protect populations.
- Development of an appropriate monitoring technique to enable managers to adjust harvest quotas to make shooting sustainable over time and avoid extinctions of local populations.

3) DISEASE OR PREDATION

Current information

*Disease.* The primary factor limiting GPD populations is sylvatic plague, a flea-transmitted disease caused by the bacterium *Yersinia pestis* (Heller 1991; Cully and Williams 2001). Plague is a non-native pathogen that originated in Asia, arriving in North America around 1899. It was first recorded in native mammals in California in 1908 (Barnes 1982). Since then, it has spread from the Pacific Coast east to the 100th meridian, infecting 76 species in 6 mammalian orders (Barnes 1993). The first confirmations of plague in GPDs were in northwestern Arizona in 1932, in eastern Arizona in 1937, and in New Mexico in 1938 (Eskey and Haas 1940). Plague was first recorded in Colorado from 1945 to 1949, when an epizootic occurred in South Park (Ecke and Johnson 1952). Today, plague has spread throughout the entire range of GPD (Barnes 1982).

Prairie dogs are highly susceptible to plague, and this susceptibility is thought to be a function of high population densities, abundant flea vectors, and uniformly low resistance (Biggins and

Kosoy 2001a). WTPD populations, which generally occur in lower densities with dispersed aggregations of animals, have been found to experience less severe population declines (85%-96%; Clark 1977; Anderson and Williams 1997) than BTPDs and GPDs. The latter 2 species experience mortality rates of >99% during epizootics, and eradication of populations can occur within 1 active season (Lechleitner et al. 1962, 1968; Rayor 1985; Cully 1989; Cully and Williams 2001). The specific factors that influence interspecific transmission of plague from reservoir populations into prairie dog populations is unknown, but outbreaks may be triggered by environmental conditions such as mild winters and moist springs (Parmenter et al. 1999; Enscore et al. 2002 as interpreted by Girard et al. 2004). Girard et al. (2004) has postulated that, when plague encounters a susceptible species that is plague naïve and is found at high densities, an epizootic occurs. Rapid dispersal of the pathogen through an area is followed by a slower transmission cycle that occurs in low-densities and resistant hosts, which establishes the disease into stable reservoirs for future emergence. This dynamic balance between amplification of the pathogen and its long-term persistence explains the emergence and subsequent success of plague at global, regional, and localized scales.

Plague has been well documented throughout the range of the GPD (Ecke and Johnson 1952; Lechleitner et al. 1968; Rayor 1985; Cully et al. 1997). In Arizona over the past 7-15 years, there has been a large reduction in the number of active GPD colonies, primarily due to outbreaks of plague (Wagner and Drickamer 2003). However, the AVC has remained unaffected by the disease since at least 1974 (B. Van Pelt, AGFD, pers. comm.).

Wagner and Drickamer (2003) found 57 of the 293 (19%) colonies of GPDs they surveyed experienced die-offs during the summers of 2000 and 2001. Plague was confirmed as the causative agent for 15 of these 57 colonies. During surveys, they also identified the approximate boundaries of 2 previous plague outbreaks. The Dilkon outbreak occurred over approximately 2900 km$^2$ (1120 mi$^2$) and was located west of the town of Dilkon, 120 km (75 mi) northeast of Flagstaff on the Navajo Indian Reservation. This outbreak probably occurred in 1995/96; little recovery has occurred since then. Previous surveys in the area identified 45 colonies on 3500 ha (8649 ac). Re-examination of these colonies in 2000 and 2001 found all but 2 were inactive. At most of these inactive colonies, burrow entrances were completely closed and only mounds indicated where they used to occur.

The Seligman outbreak was located east of the town of Seligman, approximately 155 km (96 mi) northwest of Flagstaff. This outbreak occurred over approximately 1100 km$^2$ (425 mi$^2$). GPDs are now becoming reestablished in some areas within the boundaries of the Seligman outbreak, despite persistent plague activity. When AGFD conducted surveys in this area between 1990 and 1994, they identified 47 active colonies that covered approximately 3500 ha (8649 ac). In 1996, die-offs were observed in this area and the U.S. Centers for Disease Control and Prevention (CDC) confirmed plague as the cause. Surveys in 2001 found that only 11 of the 47 colonies were active. Thus, it is possible there was another, undocumented plague outbreak in this area in 1999 or 2000.

In 1941, GPDs occupied 370,000 ha (914,290 ac) in South Park, Colorado (Ecke and Johnson 1952). Between 1947 and 1949, plague reduced the occupied habitat of this area to less than 5%

of its former extent (Ecke and Johnson 1952). Lechleitner et al. (1962) observed a colony of 275 GPDs that was eliminated near South Park in 1959, and in 1964 to 1966, he observed 5 of 7 colonies die-out during a plague epizootic in Saguache County, Colorado (Lechleitner et al. 1968). Rayor (1985) described an outbreak of plague that spread through a 60 ha (148 ac) colony in Curecanti National Recreation Area near Gunnison, Colorado in 1981. In less than 2 months, Rayor reported the loss of 1000-1500 animals. A few animals survived the disease and Cully (1989) who visited the area in 1986, noted that GPDs were again abundant in the area.

In New Mexico, an epizootic swept through the Moreno Valley from 1983 to 1987 (Cully et al. 1997). At least 100,000 GPDs were thought to occur in this valley in 1984, but by 1987, plague had reduced the population of GPDs by >99%. Of the prairie dogs that survived, about 50% had antibody titers, indicating they had been exposed to plague and had survived. After the epizootic, surviving GPDs aggregated into new colonies. Within these new colonies, population growth rate tripled annually, due to increased juvenile survivorship and reproduction at an earlier age. However, as GPD densities recovered to 90 animals/ha (36/ac), another plague epizootic occurred and the population crashed once again. By 1997, GPDs were still present in the Moreno Valley, but colonies were small and scattered and had not recovered to what they had been prior to being impacted by plague in 1984.

In Utah, GPD colonies have been known to die-off and recover (e.g. Lisbon Valley), but since no plague testing has been conducted, the reason for the declines cannot be determined.

Evaluation

*Disease*. Research on plague during the past century has clarified certain aspects of its ecology, but many questions remain unanswered, particularly those related to how plague maintains itself in natural foci and under what conditions epizootics occur. Without answers to these questions, it is impossible to predict the movement, impact, and/or timing of plague epizootics. In addition, information is needed to investigate the effects of changes in population demographics and recovery rates on colonies following a plague epizootic. Repeated plague epizootics, and subsequent recovery of local populations from these outbreaks, can result in a cycle of expansion and contraction in individual prairie dog colonies (Wagner and Drickamer 2003). Pauli (2005) found that plague survivors organized into functional coteries, and exhibited improved body condition after an epizootic. Colonies that were left supporting large healthy individuals grew significantly faster because healthier prairie dogs reached sexual maturity at an earlier age, produced larger litters, and had increased over-winter survival.

When evaluating the overall impacts of plague, both temporal and spatial scales are important to consider. Evaluation on a large scale, examining occupied habitat across hundreds of square-kilometers for extended time periods, would result in a more informative portrayal of plague across the range of GPDs. For example, since recovery rates appear to be quite different among localized populations and shifts in occupied habitat may occur after plague epizootics, investigation of impacts on a small scale may not adequately characterize the effect of the disease on the rangewide status of GPDs. Cully (1997) found that after plague invaded an area, individual GPDs remained widely dispersed. In the following breeding season however,

remaining individuals aggregated into new colonies that expanded into suitable habitat. Seery (2004) found that during and after a plague epizootic, the number of BTPD colonies increased while the amount of occupied habitat declined.

The impacts of plague outbreaks, which lead to the loss of prairie dog colonies of all sizes (Roach et al. 2001), are likely magnified by isolation of colonies. Colony growth after an epizootic might be the result of re-colonization by inter-colony dispersers (Antolin et al. 2002). Increased isolation decreases the likelihood the colony can be re-colonized following a plague outbreak if the distance between the infected colony and the nearest neighbor colony are beyond the dispersal capabilities of the species. Lechleitner et al. (1962) documented a plague outbreak in a GPD colony in Colorado in 1959 that killed all members of the colony. Prior to the outbreak, this colony had been continuously occupied for 20 years, despite several poisoning attempts. However, 2 years after the outbreak, the colony still had not been re-colonized, being isolated from other colonies by more than 12 km (7 mi). Recovery rates of GPD and UPD colonies 2 years post-epizootic found GPDs experienced 100% mortality and remained depopulated throughout the study due to lack of available immigrants (Turner 2001). The UPD colony however, had 1 adult female and 11 untagged survivors after infection, enabling the population to rebound to 37% of the pre-plague population of adults 2 years post-epizootic. In addition to immigration being important to colony recovery after a plague epizootic, prairie dog survivors may be crucial in repopulating plague-decimated colonies.

Some mammalian species are evolving a reduced susceptibility to plague (Williams et al. 1979; Thomas et al. 1988 as interpreted by Cully 1993). Resistance to plague might differ among populations of the same species, and might depend on amount of exposure (Biggins and Kosoy 2001b). Antibody titers have been found in UPDs, BTPDs, GPDs, and WTPDs indicating individual exposure to plague and subsequent recovery (Cully and Williams 2001; Biggins 2003b; Pauli 2005). Pauli (2005) found that approximately 5% of BTPDs can survive an epizootic, with more than 50% of the surviving prairie dogs developing antibodies to plague. Long-term, repeated exposure to plague might lead to selection of individuals that are genetically more resistant to the disease and able to maintain plague in an enzootic form in the environment. However, populations of prairie dogs thus far have remained highly susceptible to plague even after being subjected to repeated exposure (Biggins and Kosoy 2001b).

The effects of plague may be amplified and recovery rates slowed when additional stresses such as shooting, poisoning, and habitat loss/conversion occur. All these pressures acting together may also exacerbate isolation of GPD populations and lower overall body conditions of the animal. Weather patterns may also play a part in the effects of plague, as weather can impact flea survival (Gage 2003). In hot, dry years flea survival is reduced, which might translate into lowered transmission rates. Conversely, wet years increase flea survival and reproduction, which may result in increased transmission rates.

Conservation options for a conservation strategy

*Disease*. The effect of plague on long-term viability of GPDs is unknown. Currently, no techniques are available for effective control or management of plague on large scales, because

the ecology of plague differs between habitats, populations, and prairie dog species and because current methods are costly and labor-intensive. Flea control can be successfully used on small scales (D. Biggins, USGS, pers. comm.). An integral part of managing this disease and protecting GPD populations will be to understand the rangewide dynamics of plague. Technologies that may be useful in doing this will include GIS/remote sensing and population and climate modeling.

Research needs

- Model GPD metapopulation dynamics and viability in the presence of plague
- Determine the mechanisms by which the prairie dog colonies in the AVC, Arizona remain free of plague
- Determine what happens to the disease between epizootics (maintenance mechanisms)
- Determine the role of associated mammals in maintenance and transmission of plague
- Determine the mechanisms by which plague is spread between GPD colonies
- Further examine conditions under which plague is likely to flare up (e.g. weather)
- Evaluate ramifications of plague for long-term persistence of GPD populations at a landscape scale
- Examine recovery rates and population dynamics in infected colonies
- Determine whether inbreeding depression occurs in recovering colonies
- Institute a plague monitoring protocol to document plague events annually and maintain a rangewide database similar to that recommended for the BTPD (Luce 2003)
- Continue research to develop an oral plague vaccine that can be economically dispersed over large areas occupied by GPDs
- Continue research on using pesticide dusting for flea control as a management tool. GPD colonies with plague have been found to have both a higher percentage of burrows infested with fleas and a greater number of fleas per infested burrow than plague free colonies, indicating that fleas may drive the cycle (Heller 1991)
- Examine the feasibility of using translocations to augment local prairie dog populations reduced by plague outbreaks

4) INADEQUACY OF EXISTING REGULATORY MECHANISMS

Current information

All states within the range of the GPD allow removal of the species for agricultural and for human health and safety purposes. Seasonal shooting closures have been implemented on all lands except tribal in Arizona, and on public lands in Utah from1 April to 15 July to protect pregnant and lactating females as well as their young. Shooting closures have not been instituted

in Colorado or New Mexico, although Colorado has set a bag limit of 5 GPDs per shooter at shooting events. All states include the GPD in their CWCSs, and all will be participating in development and implementation of a rangewide conservation strategy for the species. In addition, Colorado and Utah are working to develop a long-term monitoring protocol for the species (Andelt et al. 2003).

Federal agencies within the range of the GPD manage it to meet multiple use objectives and do not address GPD species-specific needs. Though the GPD currently has no federal protected legal status, the BLM has voluntarily made a policy decision to consider this species within their Resource Management Plans.

Evaluation

All states have specifically included the GPD in their CWCS, which will guide their research and management goals for the next 10 years. In addition, WAFWA has committed to finishing a comprehensive conservation strategy for the species by January 2006. All affected state and federal agencies have reviewed and indicated their intention to sign a 5-year Shortgrass Prairie MOU that supports active research and management of this species. Long-term monitoring protocols are being developed in Colorado and Utah.

Conservation options for a conservation strategy

State and federal agencies should review and evaluate current laws and regulations regarding GPDs. State wildlife agencies and federal agencies should cooperate on development of new Resource Management Plans that address species specific needs of GPDs and their habitat with regard to oil and gas development, livestock grazing, poisoning, shooting, and road development. Standardized rangewide monitoring and management strategies for GPD colonies should be developed and implemented to measure and potentially mitigate the impacts of disturbances. In addition, research addressing many of the issues associated with GPD biology, ecology, and response to disturbances should be funded and attempts should be made to coordinate with private land owners to protect and promote colonization on private properties. Mitigation options for development in areas currently occupied by GPDs and design and implementation of translocation programs should be considered.

Research needs

- Develop a rangewide technique to monitor GPD distribution and rate of occupancy
- Refine habitat suitability models on a state-by-state basis to better manage GPD habitat

5) OTHER NATURAL OR MANMADE FACTORS AFFECTING ITS CONTINUED EXISTENCE

Current information

*Poisoning.* As early European settlement of the Intermountain West occurred, control of mammalian species considered "vermin" became common practice. Prairie dogs became the focus of widespread eradication efforts, largely as a result of their reputation as range and agricultural pests (Clark 1989). Private initiatives had significant effects on prairie dogs between 1870 to 1915 and may have reduced populations prior to government programs being instituted (Oakes 2000). The USDA BBS implemented a "Westside Plan" that envisioned elimination of prairie dogs, along with predators, across the western rangelands (Oakes 2000). The Agriculture Appropriations Act of 1915 gave statutory authorization for the BBS to conduct large scale eradication programs on National Forests and all other public lands (Oakes 2000).

In Arizona, control measures were extensive, thorough, and well organized, resulting in BTPD extirpation from the state and causing a reduction in GPD populations. Arizona poisoned 384,064 ha (949,043 ac) of BTPDs from 1915-1924 (Oakes 2000). From 1915-1964, 934,906 ha (2,310,203 ac) of GPDs were poisoned, with a peak in 1935, when 143,305 ha (354,114 ac) were poisoned (Forrest 2002). Surveys conducted in 1921 and again in 1961 by BBS and PARC showed a 92% reduction in the amount of GPD occupied habitat of in the state.

Between 1903 and 1912, efforts to exterminate prairie dogs in Colorado were initiated primarily by individual cattlemen (Clark 1989). Organized state-wide efforts began with the Pest Inspection Acts of 1911 and 1915. In 1912, the first systematic efforts of eradication began, with nearly every part of the state of Colorado being treated at one time or another, and most parts being poisoned annually (Clark 1989). Colorado poisoned 9,380,192 ha (23,178,959 ac) of 3 species of prairie dogs from 1915-1964. The peak year was 1947, when 517,356 ha (1,278,415 ac) were poisoned. Unlike many states, Colorado was still poisoning, on the order of 53,000 ha/year (130,966 ac/year) into the 1960s (Forrest 2002).

In New Mexico, 8,296,582 ha (20,501,301 ac) of GPDs and BTPDs were poisoned from 1914 to 1964 (Forrest 2002). Surveys conducted in 1921 and in 1961 by BBS and PARC showed a 96% decline in GPD occupied habitat for the state. Control efforts continue today in New Mexico, but they occur on a small scale and most of the control is to protect health and human safety in urban landscapes and for small agricultural farms.

Utah poisoned 1,099,098 ha (2,715,930 ac) of GPDs, UPDs, and WTPDs from 1914 to 1964 (Forrest 2002). Poisoning to eliminate the UPD began in 1920, and this program was successful at reducing UPDs from approximately 37,232 ha (92,002 ac) in 1920 to 971 ha (2399 ac) in 1971 (Collier and Spillett 1975). Though little poisoning information for the GPD is available for this time frame, similar reductions likely occurred.

*Drought.* Annual moisture is thought to be one of the most important factors influencing distribution of UPDs (Collier and Spillett 1975). Drought conditions produce negative effects on plant cover and vegetative moisture (Collier and Spillett 1975). Studies have found that both

UPDs and GPDs on productive, wet sites have greater body mass, higher population densities, and faster expansion rates (Crocker-Bedford and Spillett 1981; Collier 1975; Rayor 1985). GPD colonies located on sites lacking sufficient quality and quantity of vegetation may have a difficult time obtaining adequate nutrition and water, resulting in animals spending less time foraging and longer periods in aestivation.

The effects of drought may have been amplified since the late 1800s, due to land use practices that resulted in the invasion by non-native plant species, alterations in plant species composition, and lowering of water tables. Proliferation of exotic annual weeds over native perennial grasses and forbs may impact the ability of GPDs to meet their dietary needs especially during drought years. Invasive species may not provide sufficient above or below ground forage or water stores that GPDs need to subsist. Invasive species also out-compete and eradicate native species with which GPDs have evolved.

Evaluation

*Poisoning.* Assessing the extent of poisoning on GPDs in the past is difficult because the accounts of poisoning are not usually site or species specific. BTPDs were the main focus of eradication campaigns, but GPDs were targeted directly and indirectly. On public lands, poisoning efforts have led to a reduction in occupied habitat, extirpation from local areas, fragmentation, and isolation of colonies Poisoning in all states became less common after the 1970s, due to federal regulation of poisons. State and federal agencies are currently not involved in large scale control efforts, and are rarely involved in any control unless GPDs are thought to pose a threat to human safety. Translocation as a method of control is becoming more commonly used, while lethal control seems to be declining.

Knowles (1982) and Apa et al. (1990) found that BTPDs were able to recover from poisoning through an increase in intrinsic rate of growth. Colonies reduced by 45% were able to rebound within 10 months, while those completely controlled required 5 years or more to return to pre-control densities. These data provide evidence that BTPDs protected from landscape-scale control efforts can rebound, implying a similar potential for the GPD.

*Drought.* Though historic levels of livestock grazing throughout the west had profound ecological consequences, including alteration in species composition within plant communities, disruption of ecosystem function, and alteration of ecosystem structure (Fleischner 1994), it is unknown how it interacts with drought. No studies have been conducted to determine the cumulative effects of drought and other impacts on GPDs. However, GPDs evolved in arid environments that experience periodic drought, so the effects of drought alone may not be severe.

Conservation options for a conservation strategy

*Poisoning.* Ultimately, poisoning must be managed by state wildlife agencies or state departments of agriculture if regulation of GPD take is necessary. Development of incentive programs to motivate private landowners to maintain GPD colonies on their lands should also be

explored. Translocation to supplement existing colonies, create new colonies, and/or move individuals from colonies threatened with imminent destruction could be incorporated into management plans to help maintain or recover population densities.

*Drought.* Climate conditions cannot be managed directly, but other effects that might exacerbate potential drought impacts can be evaluated and managed, if necessary. GIS data layers could be used to rate sites on their ability to sustain GPDs during times of drought, based on composition of vegetation and location of the habitat. For instance, areas composed of native vegetation could be considered less at risk than areas dominated by cheatgrass or other vegetation less suitable to GPDs. This could help land managers focus on high risk areas. This could be accomplished through a variety of strategies, such as evaluating the timing and intensity of grazing to promote forb and perennial grass production, controlling invasive weeds, and restoring the historical density of woody species. Also, managers could work to alleviate other impacts, such as shooting, which might affect the amount of time a GPD spends foraging, to help during times of unfavorable environmental conditions.

Research needs

Information is needed to provide better management decisions regarding land use practices such as grazing, habitat restoration, and resource extraction. These data will aid the design of management strategies to alleviate additive stresses during difficult environmental conditions and provide information on when poisoning may be warranted, and what level of control will be adequate to address the concerns.

- Monitor GPD populations during various environmental conditions over a significant part of the range
- Examine land use practices and their ability to influence GPD responses to environmental changes
- Develop non-lethal options for controlling GPDs
- Examine the ability of GPD populations to rebound after use of poisons on colonies

## RECOMMENDATION REGARDING THE NEED TO LIST THE GUNNISON'S PRAIRIE-DOG UNDER THE ESA

The White-tailed and Gunnison's Prairie Dog Working Group of WAFWA's 12-state Prairie Dog Conservation Team has examined the data presented in this Conservation Assessment and concluded that the data do not warrant listing at this time for the following reasons:

1) PRESENT OR THREATENED DESTRUCTION, MODIFICATION, OR CURTAILMENT OF HABITAT OR RANGE

Agricultural land conversion

Currently, less than 3% of the gross range is being impacted by agriculture. Thus, the current level of land conversion does not rise to the level of a threat to the continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA.

Urbanization

Less than 1% of the gross range is impacted by urbanization. Thus, urbanization does not rise to the level of a threat to the continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA.

Oil/Gas exploration and extraction

Oil and gas exploration is occurring at a rapid rate on public lands. However, BLM lands account for only 12% of the GPD predicted range, thus oil and gas development does not rise to the level of a threat to the continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA. Although current BLM policies do not address GPD species specific needs, many offices are voluntarily considering them with regard to oil and gas development.

Livestock grazing

This impact does not rise to the level of a threat to the continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA. Historic levels of livestock grazing impacted GPD range by disrupting the ecosystem and drastically altering the landscape. Many of the changes brought about by this practice will continue to impact this species (i.e. presence of non-native annuals, increased shrub cover, loss of cool season grasses, lowered water tables). However, listing of the species will not help to alleviate this threat, as the BLM and state wildlife agencies are already working to improve rangeland conditions by reducing intensity and timing of grazing, working on controlling invasive weed infestations, and seeding areas to promote grass, forb, and sagebrush growth.

Altered fire regimes

This impact does not rise to the level of a threat to the continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA. Better rangeland management is occurring and will have a direct effect on fire regimes. In addition, both the BLM and state wildlife agencies are working to improve range

conditions after a fire by planting native plants to restore areas and help fight the infiltration of non-natives after a burn.

2) OVERUTILIZATION FOR COMMERCIAL, RECREATIONAL, SCIENTIFIC OR EDUCATIONAL PURPOSES

<u>Shooting</u>

Shooting does not rise to the level of a threat to the continued existence of the species over a significant portion of its range, and therefore does not justify listing under the ESA. Shooting, if managed correctly, will not significantly limit distribution of the GPD, or adversely affect population size and density such that local recovery cannot be achieved in subsequent years.

Further, there are no scientific data suggesting that shooting has a significant impact on viability of GPD populations. Anecdotal information and field observation by state and federal biologists suggest that impacts are not widespread or significant. In addition, in states that have both BTPDs and GPDs, biologists are unanimous in their opinion that shooting is of longer duration and more intense on BTPD colonies than on GPD colonies. Therefore, WAFWA considers it significant that in the 2002 BTPD Candidate Assessment, the USFWS stated: "we are not aware of data that support a conclusion that reductions in density are sufficient to reduce population persistence at a given site," and that "no information is available that demonstrates that any black-tailed prairie dog population has been extirpated or nearly extirpated by this activity." The USFWS' conclusion was that, for the BTPD, the effects due to shooting do not rise to the level of a threat pursuant to the definitions and constraints of the ESA.

3) DISEASE OR PREDATION

<u>Disease</u>

Sylvatic plague is not an imminent threat to continued existence of the species, but could rise to the level of a threat. Biggins (2003a) stated that, though the ecological function of prairie dogs has been impaired by introduction of plague, detection of both population declines and increases seem to suggest they are not in imminent jeopardy of extinction. The role plague has played and will continue to play in the overall decline of GPDs is a crucial question for future management and research. How plague is functioning across the landscape and its overall impact on the viability of GPD populations remain the unknown factor in the equation for GPD conservation. However, listing of the species will not alleviate this threat, as work by both federal and state agencies is already funded and underway to find oral vaccines, conduct plague testing, and research on methods to control the disease.

4) INADEQUACY OF EXISTING REGULATORY MECHANISMS

Current inadequacy of regulatory mechanisms of both state and federal agencies does not rise to the level of a threat to continued existence of the species over a significant portion of its range in the foreseeable future, and therefore does not justify listing under the ESA. As discussed, proactive management for the species will continue and is supported by all affected states and

federal agencies. Additionally, all these agencies have favorably reviewed a shortgrass prairie MOU, which includes GPD research and management needs, and have indicated their desires to be signatories. In addition, all states have specifically included the GPD in their CWCS and have committed to finishing a comprehensive conservation strategy for the species by January 2006.

5) OTHER NATURAL OR MAN-MADE FACTORS AFFECTING ITS CONTINUED EXISTENCE

Poisoning

Poisoning does not rise to the level of a threat to continued existence of the species, and therefore does not justify listing under the ESA. Data presented herein indicate poisoning mostly affects GPDs near cultivated or irrigated agricultural lands and urban areas, which together constitute <4% of the gross range. Historically, poisoning reduced occupied habitat and fragmented populations, but it does not occur at the same degree or intensity today.

Drought

Drought does not rise to the level of a threat to continued existence of the species; therefore it does not justify listing under the ESA. Drought may negatively impact GPD populations, but land managers are working to improve range conditions within the range of the GPD to lessen the possible negative effects of drought.

## CONCLUSION

After careful analysis of the information presented in this Conservation Assessment, WAFWA believes that justification does not exist for listing the GPD under the ESA at the current time. The main reasons for this finding are 1) lack of quantifiable data to assess the rangewide status of the Gunnison's prairie dog on both public and private lands and lack of adequate data to evaluate threats to the viability of the species; 2) the proactive effort already being put forth by the states to conserve this species; 3) threats to the species that will not be alleviated by listing (e.g. plague) or are already being dealt with by current management practices (e.g. cheatgrass control, relocation efforts, and restoration efforts on rangelands by state, federal, and private agencies); and 4) development of a rangewide conservation strategy for all 3 prairie dog species (BTPD,WTPD, and GPD) that will be completed by January 2006 and adopted by all states.

## LITERATURE CITED

Abdel-Magid, A.H., M.J. Trlica, and R.H. Hart. 1987. Soil and vegetation responses to stimulated trampling. Journal of Range Management, 40:303-306.

Andelt, W.F, G.C. White, P.M. Schnurr, and A. Seglund. 2003. Inventory of white-tailed and Gunnison's prairie dogs in Colorado and Utah. Colorado State University, Colorado Division of Wildlife and Utah Division of Wildlife Resources. Grand Junction, Colorado.

Anderson, S.H. and E.S. Williams. 1997. Plague in a complex of white-tailed prairie dogs and associated small mammals in Wyoming. Journal of Wildlife Diseases, 33(4):720-732.

Antolin, M.F., P. Gober, B. Luce, D.E. Biggins, W.E. Van Pelt, D.B. Seery, M. Lockhart, and M. Ball. 2002. The influence of sylvatic plague on North American wildlife at the landscape level, with special emphasis on black-footed ferret and prairie dog conservation. Transactions of the North American Wildlife and Natural Resource Conference 67: 104-127.

Apa, A.D., D.W. Uresk, and R.L. Linder. 1990. Black-tailed prairie dog populations one year after treatment with rodenticides. Great Basin Naturalist, 50(2):107-113.

Arizona Game and Fish Department. 2001. Black-footed ferret (Mustela nigripes). Unpublished abstract compiled and edited by the Heritage Data Management System, Arizona Game and Fish Department, Phoenix, AZ. 6pp.

Armstrong, D.M. 1972. Distribution of mammals in Colorado. Museum of Natural History, University of Kansas Monograph 3. 415pp.

Bahre, C.J. 1991. Legacy of change historic human impact on vegetation in the Arizona borderlands. Tucson: The University of Arizona Press.

Bailey, V. 1932. Mammals of New Mexico. North American Fauna, 53:1-412.

Bangert, R.K., and C.N. Slobodchikoff. 2000. The Gunnison's prairie dog structures high desert grassland as a keystone engineer. Journal of Arid Environments, 46: 357-369.

Barnes, A.M. 1982. Surveillance and control of bubonic plague in the United States. Symp. Zool. Soc. Lond. 50:237-270.

________. 1993. A review of plague and its relevance to prairie dog populations and the black-footed ferret *in* J.L. Oldemeyer, D.E. Biggins, B.J. Miller, and R. Crete, editors. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Beck, E.W. 1994. The effect of resource availability on the activity of white-tailed prairie dogs. M.S. thesis. Utah State University, Logan, Utah.

Bell, W.B. 1921. Death to the rodents. Pages 421-438 *in* United States Department of Agriculture Yearbook 1920. Government Printing Office, Washington.

Biggins, D.E., B.J. Miller, L.R. Hanebury, B. Oakleaf, A.H. Farmer, R. Creete, and A. Dood. 1989. A system for evaluating black-footed ferret habitat. Report prepared for the Black-footed Ferret Interstate Coordinating Committee.

________, B.J. Miller, L.R. Hanebury, B. Oakleaf, A.H. Farmer, R. Creete, and A. Dood. 1993. A technique for evaluating black-footed ferret habitat. Pages 73-88 *in* J.L. Oldemeyer, D.E. Biggins, B.J. Miller, and R. Crete, editors. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

________ and M.Y. Kosoy. 2001a. Influences of introduced plague on North American mammals: implications from ecology of plague in Asia. Journal of Mammalogy 82(4):906-916.

________ and M.Y. Kosoy. 2001b. Disruptions of ecosystems in western North America due to invasion by plague. Pages 21-23 *in* Conservation Biology of Ground Squirrels and the Shrub-steppe Ecosystem. Proceedings of the Symposium, Idaho Academy of Sciences, Caldwell, Idaho.

________. 2003a. Prairie dog update #8: decline of white-tailed prairie dog population near Meeteetse, Wyoming. U.S. Geological Survey, Fort Collins Science Center, Colorado.

________. 2003b. Prairie dog update #6 for prairie dog studies: plague evaluations from blood and fleas – all sites. U.S. Geological Survey, Fort Collins Science Center, Colorado.

Biota Information System of New Mexico. 2004. New Mexico Game and Fish Department, Natural Heritage New Mexico. Version I/2000.

Bodenchuk, M. 1981. New Mexico prairie dog survey. Job Completion Report, New Mexico Department of Agriculture.

Box, T.W. 1990. Rangelands. Pages 101-120 *in* R.N. Sampson and W. Hair, editors. Natural Resources for the 21st Century. Island Press, Washington, D.C.

Bureau of Land Management. 1984. Evaluation of potential of black-footed ferret habitat on BLM lands administered in San Juan County. Moab Field Office Records.

Bureau of Sport Fisheries and Wildlife. 1968. Prairie dog distribution map-state of Utah. Utah Division of Wildlife Resources. Salt Lake City, Utah.

Capodice, J. and D. Harrell. 2003. Gunnison Field Office Gunnison's prairie dog status survey. Report prepared for the U.S. Bureau of Land Management, April 2003.

Center for Native Ecosystems. 2002. Petition to list the white-tailed prairie dog under the Endangered Species Act. Submitted to the U.S. Fish and Wildlife Service 11 July 2002.

Clark, T.W., R.S. Hoffmann, and C.F. Nadler. 1971. *Cynomys Leucurus*. Mammalian Species, 7:1-4.

________. 1977. Ecology and ethology of the white-tailed prairie dog. Milwaukee Public Museum Publications in Biology and Geology 3. Milwaukee Public Museum, Milwaukee, Wisconsin.

________. 1986. Some guidelines for management of the black-footed ferret. Great Basin Naturalist Memoirs, 8:160-168.

________. 1989. Conservation biology of the black-footed ferret, *Mustela nigripe*s. Wildlife Preservation Trust Special Scientific Report No. 3. Wildlife Preservation Trust International, Philadelphia.

Clippinger, N.W. 1989. Habitat suitability models: black-tailed prairie dog. U.S. Fish and Wildlife Service Biological Report 82.

Coffeen, M.P. and Pederson, J.C. 1993. Techniques for the transplant of Utah prairie dogs. Pages 60-66 *in* J. L. Oldemeyer, D. E. Biggins, and B. J. Miller, editors. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. U.S. Fish and Wildlife Service Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Collier, G.D. 1975. The Utah prairie dog: abundance, distribution, and habitat requirements. Utah Division of Wildlife Resources Pub. No. 75-10., Salt Lake City, Utah.

________ and J.J. Spillett. 1975. Factors influencing the distribution of the Utah prairie dog. *Cynomys parvidens*. Southwest Nat. 20:151-158.

Colorado Department of Agriculture, Colorado Agricultural Statistics Service. 1990. Colorado vertebrate rodent infestation survey.

Colorado Division of Wildlife, Bureau of Land Management, U.S. Fish and Wildlife Service. 2002. Prairie dog recreational shooting and black-footed ferret recovery in northwest Colorado.

___________. 2003. Report of acreages of active colonies for Gunnison's and white-tailed prairie dogs.

Cook, R.R., J.E. Cartron, and P.J. Polechla, Jr. 2003. The importance of prairie dogs to nesting ferruginous hawks in grassland ecosystems. Wildlife Society Bulletin. 31(4): 1073-1082.

Cooke, L. 1993. The role of life history traits in the evolution of sociality in the white-tailed prairie dog (*Cynomys leucurus*). Final Report to Arapaho National Wildlife Refuge, Walden, Colorado. Department of Biology, College of the Holy Cross, Worchester, Massachusetts.

Coyler, M. 2003. Prairie dog survey 2003. Mesa Verde National Park.

Cottam, W.P. 1961. Our renewable wildlands-a challenge. University of Utah Press, Salt Lake City, Utah.

Cottam, W.P. and G. Stewart. 1940. Plant succession as a result of grazing and of meadow desiccation by erosion since settlement in 1862. Journal of Forestry, 38:613-626.

Crawford, J.A, R.A. Olson, N.E. West, J.C. Mosley, M.A. Schroeder, T.D. Whitson, R.F. Miller, M.A. Gregg, and C.S. Boyd. *In press*. Ecology and management of sage-grouse and sage-grouse habitat.

Crocker-Bedford, D.C. 1976. Food interaction between Utah prairie dogs and cattle. M.S. Thesis. Utah State University, Logan, Utah.

_________. and J.J. Spillett. 1981. Habitat relationships of the Utah prairie dog. Pub. No. 1981-0-677-202/4. U.S. Dept. of Agric., Forest Service, Intermountain Region, Ogden, Utah.

Cully, J.F., Jr. 1989. Plague in prairie dog ecosystems: importance for black-footed ferret management *in* The Prairie Dog Ecosystem: Managing for Biological Diversity. Eds. Tim W. Clark, Dan Hinckley, and Terrell Rich. Billings, MT: BLM.

________. 1993. Plague, prairie dogs, and black-footed ferrets. *in* J. L. Oldemeyer, D. E. Biggins, and B. J. Miller, editors. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. U.S. Fish and Wildlife Service Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

________, A. M. Barnes, T.J. Quan, and G. Maupin. 1997. Dynamics of plague in a Gunnison's prairie dog colony complex from New Mexico. Journal of Wildlife Diseases, 33(4):706-719.

________ and E.S. Williams. 2001. Interspecific comparisons of sylvatic plague in prairie dogs. Journal of Mammalogy, 82(4): 894-905.

Dalsted, K.J., S. Sather-Blair, B.K. Worcester, and R. Klukas. 1981. Application of remote sensing to prairie dog management. Journal of Range Management, 34:218-223.

Davidson, A.D., R.R. Parmenter, and J.R. Gosz. 1999. Responses of small mammals and vegetation to a reintroduction of Gunnison's prairie dogs. Journal of Mammalogy, 80(4): 1311-1324.

Dregne, H.E. 1983. Desertification of arid lands. Hardwood Academic Publishers, Switzerland.

Ecke, D.H. and C.W. Johnson. 1952. Plague in Colorado and Texas. Public Health Monograph No. 6.

Enscore, R.E., B.J. Biggerstaff, T.L. Brown, R.E. Fulgham, P.J. Reynolds, D.M. Engelthaler, C.E. Levy, R.R. Parmenter, J.A. Montenieri, J.E. Cheek, *et al*. 2002.Am. J. Trop. Med. Hyg. 66:186-96.

Eskey, C.R., and V.H. Haas. 1940. Plague in the western part of the United States. Public Health Bulletin, 254:1-83.

Findley, J.S., A.H. Harris, D.E. Wilson, and C. Jones. 1975. Mammals of New Mexico. Albuquerque, NM: University of New Mexico Press.

Finley, R. B., Jr. 1991. Survey of present distribution and status of Cynomys gunnisoni gunnisoni in Colorado. Report prepared for U.S. Fish and Wildlife Service, Dated 17 September 1991.

Fitzgerald, J.P., and R.R. Lechleitner. 1974. Observations on the biology of Gunnison's prairie dogs in central Colorado. American Midland Naturalist, 92:146-163.

________. 1991. Letter to Galen Buterbaugh, Regional Director, U.S. Fish and Wildlife Service. Dated 1 April 1991.

________. 1993. The ecology of plague in Gunnison's prairie dogs and suggestions for the recovery of black-footed ferrets. *in* J. L. Oldemeyer, D. E. Biggins, and B. J. Miller, editors. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. U.S. Fish and Wildlife Service Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

________, C.A. Meaney, and D.M. Armstrong. 1994. Mammals of Colorado. Denver, CO: Denver Museum of Natural History and University Press of Colorado.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology, 8: 629-644.

Forest Guardians. 2004. Petition to the U.S. Fish and Wildlife Service to list the Gunnison's prairie dog as and endangered or threatened species under the Endangered Species Act, 16U.S.C. § 1531 et Seq. (1973 as amended), and to designate critical habitat. In the office of Endangered Species, USFWS, USDI.

Forrest, S.C. 2002. A summary of prairie dog poisoning in the Western United States, 1914-1964, based on Records at the U.S. National Archives, Washington, D.C. Draft report prepared for U.S. Fish and Wildlife Service.

Frey, J.K. 1995. Mammals of the Negrito Creek watershed, Gila National Forest, Reserve Ranger District, Catron County, New Mexico. Final Report. Gila National Forest, Reserve, NM. 38pp.

Gage, K. 2004. Plague ecology and research: an update. Symposium on the Status of the Black-footed Ferret and its Habitat. January 28, 2004. Fort Collins, CO.

Girard, J.M., D.M. Wagner, A.J. Vogler, C. Keys, C.J. Allender, L.C. Drickamer, and P. Keim. 2004. Differential plague-transmission dynamics determine *Yersinia pestis* population genetic structure on local, regional, and global scales. PNAS. 101(22):8408-8413.

Goodwin, T.H. 1995. Pliocene-Pleistocene biogeographic history of prairie dogs, genus Cynomys (Sciuridae). Journal of Mammalogy, 76(1):100-122.

Gordon, K.M., K.C. Keffer, and S.H. Anderson. 2003. Impacts of recreational shooting on black-tailed prairie dog behavior, population, and physiology. Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, Wyoming.

Grant, J.H. 1995. Dispersal, activity, and behavior of white-tailed prairie dogs. M.S. Thesis, Dept. of Zoology and Physiology, University of Wyoming, Laramie.

Hall, E.R. 1981. The Mammals of North America. (2 VOL.) 1181 pp.

Harlow, H.J. and G.E. Menkens Jr. 1986. A comparison of hibernation in the black tailed prairie dog, white-tailed prairie dog, and Wyoming ground squirrel. Canadian Journal of Zoology, 64: 793-796.

Haynie, M.L., R.A. Van Den Busche, J.L. Hoogland, and D.A. Gilbert. 2003. Parentage, multiple paternity, and breeding success in Gunnison's and Utah prairie dogs. Journal of Mammalogy, 84(4):1244-1253.

Heller, G.L. 1991. The dynamics of plague in a white-tailed prairie dog complex in Wyoming. M. S. thesis. University of Wyoming, Laramie, Wyoming.

Hoffmeister, D.F. 1971. Mammals of Grand Canyon. Illini Books, The Board of Trustees of the University of Illinois.

________. 1986. Mammals of Arizona. The University of Arizona Press and the Arizona Game and Fish Dept.

Hollister, N. 1916. A systematic account of the prairie dogs. North American Fauna, 40:5-36.

Hoogland, J.L. 1996. Why do Gunnison's prairie dogs give anti-predator calls? Animal Behavior, 51:871-880.

________. 1997. Duration of gestation and lactation for Gunnison's prairie dogs. Journal of Mammalogy, 78(1):173-180.

________. 1998. Why do female Gunnison's prairie dogs copulate with more than one male? Animal Behavior. 55:351-359.

________. 1999. Philopatry, dispersal, and social organization of Gunnison's prairie dogs. Journal of Mammalogy, 80(1):243-251.

________. 2001. Black-tailed, Gunnison's, and Utah prairie dogs reproduce slowly. Journal of Mammalogy 82(4):917-927.

________. 2003. Sexual dimorphism of prairie dogs. Journal of Mammalogy, 84(4):1254-1266.

Hubbard, J.P., and G. Schmitt. 1983. The black-footed ferret in New Mexico. Report prepared for the U.S. Bureau of Land Management, 30 April 1984.

Johnson K., T. Ostheimer, T. Neville, and J. Smith. 2004. Evaluation of remote sensing methods to survey for Gunnison's prairie dogs: final report. Natural Heritage New Mexico, Museum of Southwestern Biology, Biology Department, University of New Mexico. NMNHP Publication No. 04-GTR-264.

Kauffman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications: a review. Journal of Range Management, 37:430-437.

Knowles, C.J. 1982. Habitat affinity, populations, and control of black-tailed prairie dogs on the Charles M. Russell National Wildlife Refuge. Dissertation, University of Montana, Missoula.

________. 1988. An evaluation of shooting and habitat alteration for control of black-tailed prairie dogs. Pages 53-56 *in* D.W. Uresk, G.L. Schenbeck, and R. Cefkin, eds. Eighth Great Plains wildlife damage control workshop proceedings. 28-30 April 1987, Rapid City, South Dakota. USDA Forest Service General Technical Report RM-154. 231 pp.

_______. and T.C. Vosburgh. 2001. An evaluation of the impacts of recreational shooting on black-tailed prairie dogs. Draft manuscript prepared for Montana Department of Fish, Wildlife and Parks and Montana Department of Natural Resources and Conservation. 27 March 2001. 20 pp.

_______. 2002. Status of white-tailed and Gunnison's prairie dogs. National Wildlife Federation, Missoula, MT and Environmental Defense, Washington, D.C. 30 pp.

Koford, C.B. 1958. Prairie dogs, white faces, and blue gramma. Wildlife Monograph 3.

Kotliar, N.B. 1998. Application of the new keystone-species concept to prairie dogs: how well does it work? Conservation Biology. 14(6)1715-1721.

Lawlor, T.E. 1979. Handbook to the orders and families of living mammals. Mad River Press, Eureka, California.

Laycock, W.A., D. Loper, F.W. Obermiller, L. Smith, S.R. Swanson, P.J. Urness, and M. Vavra. 1996. Grazing on public lands. Council for Agricultural Science Technical Task Force Report No. 129, Ames, Iowa.

Lechleitner, R.R., J.V. Tileston, and L. Kartman. 1962. Die-off of a Gunnison's prairie dog colony in central Colorado. Ecological observations and description of the epizootic. Zoonoses Research, 1:185-199.

_______, L. Kartman, M.I. Goldenberg, and B.W. Hudson. 1968. An epizootic of plague in Gunnison's prairie dogs (*Cynomys gunnisoni*) in south-central Colorado. Ecology, 49(4):734-743.

Longhurst, W. 1944. Observations on the ecology of the Gunnison prairie dog in Colorado. Journal of Mammalogy, 25:24-36.

Lorance, A.E., M. Purkiss, and R. Diswood. 2002. Prairie dog habitat survey. Cooperative effort by San Juan College and the Bureau of Land Management.

Luce, R.J. 2003. A multi-state conservation plan for the black-tailed prairie dog, Cynomys ludovicianus, in the United States – an addendum to the black-tailed prairie dog conservation assessment and strategy, November 3, 1999.

McAuliffe, J.R. 1995. Landscape evolution, soil formation, and Arizona's desert grasslands. Pages 100-129 *in* The Desert Grassland, M.P. McClaran, and T.R. Van Devender, editors. Tucson: The University of Arizona Press.

McDonald, K.P. 1992. Analysis of the Utah prairie dog recovery program, 1972-1992. Utah Division of Wildlife Resources, Cedar City, Utah.

McPherson, G.R. 1995. The role of fire in desert grasslands. Pages 130-151 *in* The Desert Grassland, M.P. McClaran, and T.R. Van Devender, editors. Tucson: The University of Arizona Press.

Menkens, G.E., Jr. and S.H. Anderson. 1989. Temporal-spatial variation in white-tailed prairie dog demography and life histories in Wyoming. Canadian Journal of Zoology, 67:343-349.

Merriam, C.H. 1902. U.S. Department of Agriculture Yearbook 2001.

Miller, B., G. Ceballos, and R. Reading. 1994. The prairie dog and biotic diversity. Conservation Biology 8: 677-681.

Norris, J.J. 1950. Effects of rodents, rabbits, and cattle, on two vegetation types in semi-desert range. New Mexico Agric. Exp. Sta. Bull.

Navajo Natural Heritage Program. 1996. Survey and evaluation of Gunnison's prairie dog. Arizona Game and Fish Department Report 31 December 1996.

Oakes, C.L. 2000. History and consequence of keystone mammal eradication in the desert grasslands: the Arizona black-tailed prairie dog. Ph.D. Dissertation, University of Texas, Austin, TX.

Oldemeyer, J.L., D.E. Biggins, B.J. Miller, and R. Crete, editors. 1993. Proceedings of the symposium on the management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13. July 1993. U.S. Department of the Interior, U.S. Fish and Wildlife Service, Washington, D.C.

Ordoho, A.B., M.J. Trlica, and C.D. Bonham. 1990. Long-term heavy-grazing effects on soil and vegetation in the four corner region. Southwestern Naturalist, 35:9-14.

Osborn, B. 1942. Prairie dogs in shinnery (oak scrub) savannah. Ecology, 23:110-115.

________ and P.F. Allen. 1949. Vegetation of an abandoned prairie dog town in tall grass prairie. Ecology, 30:322-332.

Parmenter, R.R., E.P. Yadav, C.A. Parmenter, P. Ettestad, and K.L. Gage. 1999. Amer. J. Trop. Med. Hyg. 61:814-821.

Pauli, J.N. 2005. Ecological studies of the black-tailed prairie dog (*Cynomys ludovicianus*): implications for biology and conservation. M.S., Department of Zoology and Physiology, University of Wyoming.

Pizzimenti, J.J. and R.S. Hoffman. 1973. *Cynomys gunnisoni*. Mammalian Species No. 25: 1-4.

_______. 1975. Evolution of the prairie dog genus Cynomys. Occas. Papers. Univ. Kansas Mus. Nat. Hist. 39:73, 107pp.

Player, R.L. and P.L. Urness. 1982. Habitat manipulation for reestablishment of Utah prairie dogs in Capitol Reef National Park. Great Basin Naturalist, 42:517-523.

Randazzo, R. 1998. Prairie dog distribution on the Peaks and Mormon Lake Ranger Districts, Arizona 1998. NAU Environmental Science Department. 44 pp.

Rayor, L.S. 1985. Dynamics of a plague outbreak in Gunnison's prairie dog. Journal of Mammalogy, 66(1):194-196.

_______. 1988. Social organization and space-use in Gunnison's prairie dog. Behavioral Ecology and Sociobiology, 22:69-78.

Reading, R.P., and R. Matchett. 1997. Attributes of black-tailed prairie dog colonies in north-central Montana. Journal of Wildlife Management, 61:664-673.

Reeve, A.F. and T.C. Vosburgh. 2003. Second Draft, Chapter 10, recreational shooting. Unpublished Manuscript. Black-footed Ferret Recovery Foundation and PIC Technologies, Inc., Laramie, Wyoming.

Ritchie, M.E. 1999. Biodiversity and reduced extinction risks in spatially isolated rodent populations. Ecology Letters, 2(1): 11-13.

Roach, J.L., P. Stapp, B. Van Horne, and M.F. Antolin. 2001. Genetic structure of a metapopulation of black-tailed prairie dogs. Journal of Mammalogy, 82:946-959.

Roemer, D.M. and S. Forrest. 1996. Prairie dog poisoning in Northern Great Plains: an analysis of programs and policies. Environmental Management, 20(3):349-359.

Ruffner, G.A. 1980. A survey of black-footed ferret habitat on selected national forest lands in Arizona and New Mexico. Submitted to the U.S. Forest Service, 23 April 1980. 73 pp. + 1 map.

Rychert, R.C., J. Skujins, D. Sorensen, and D. Porcella. 1978. Nitrogen fixation by lichens and free-living organisms in deserts. Pages 20-30 *in* N.E. West and J. Skujins, editors. Nitrogen in desert ecosystems. Dowden, Hutchinson, and Ross, Inc., Stroudsburg, Pennsylvania.

Sager, L. 1996. A 1996 survey of black-tailed prairie dogs (*Cynomys ludovicianus*) in northeastern New Mexico. Report submitted to the New Mexico Department of Game and Fish. Contract #96-516.61.

Schmidt-Nielsen, K. and B. Schmidt-Nielsen. 1952. Water metabolism of desert mammals. Physiological Review, 32:135-166.

Seery, D. 2004. Use of pesticides to mitigate the effect of plague. Proceedings for the symposium on the status of the black-footed ferret and its habitat. Fort Collins, Colorado.

Seglund, A. 2002. White-tailed and Gunnison's prairie dog colony mapping southeastern Utah 2002. Report prepared for Utah Division of Wildlife Resources. 4 pp.

________, A.E. Ernst, M. Grenier, B. Luce, A. Puchniak, and P. Schnurr. *In press*. White-tailed prairie dog conservation assessment. 153 pp.

Shalaway, S. and C.N. Slobodchikoff. 1988. Seasonal changes in the diet of Gunnison's prairie dog. Journal of Mammalogy, 69(4): 835-841.

Shriver, R.V. 1965. Annual report 1965 fiscal year New Mexico District narrative.

Sidle, J.G., D.H. Johnson, and B.R. Euliss. 2001. Estimated aerial extent of colonies of black-tailed prairie dogs in the northern Great Plains. Journal of Mammalogy 82:928–936.

Slobodchikoff, C.N. 1984. Resources and the evolution of social behavior. *in* A New Ecology: Novel Approaches to Interactive Systems. Editors. P. W. Price, C.N. Slobodchikoff, and W.S. Gaud. John Wiley & Sons, Inc.

________, A. Robinson, and C. Schaack. 1988. Habitat use by Gunnison's prairie dogs. Paper presented at symposium, Management of Amphibians, Reptiles, and Small Mammals in North America. (Flagstaff, AZ, July 19-21, 1988).

________, S.H. Ackers, and M. VanErt. 1998. Geographic variation in alarm calls of Gunnison's prairie dogs. Journal of Mammalogy, 79(4): 1265-1272.

________. 2003. Communication and sociality in Gunnison's prairie dogs. Colorado Prairie Dog Technical Conference. February 25-27, 2003. Fort Collins, CO.

Smith, R.E. 1958. Natural history of the prairie dog in Kansas. Museum Natural History and State Biological Survey, University of Kansas Museum Natl. Hist. Misc. Publ. 16.

St. Clair, L.L., B.L. Webb, J.R. Johansen, and G.T. Nebeker. 1984. Cryptogamic soil crusts: Enhancement of seedling establishment in disturbed and undisturbed areas. Reclamation and Re-vegetation Research, 3:129-136.

Stockrahm, D.M. and R.W. Seabloom. 1988. Comparative reproductive performance of black-tailed prairie dog populations in North Dakota. Journal of Mammalogy, 69:160-164.

Stubbendieck, J., S.L. Hatch, and C.H. Butterfield. 1997. North American range plants. Fifth edition. University of Nebraska Press, Lincoln, Nebraska.

Swetnam, T.W., C.D. Allen, and J.L. Betencourt. 1999. Applied historical ecology: Using the past to manage for the future. Ecological Applications. 9(4): 1186-1206.

Thomas, R.E., A.M. Barnes, T.J. Quan, M.L. Beard, L.G. Carter, and C.E. Hopla. 1988. Susceptibility to *Yersinia pestis* in the northern grasshopper mouse (*Onychomys leucogaster*). Journal of Wildlife Diseases, 24:327-333.

Travis, S.E., C.N. Slobodchikoff, and P. Keim. 1995. Ecological and demographic effects on intraspecific variation in the social system of prairie dogs. Ecology, 76(6):1794-1803.

_______, C.N. Slobodchikoff, and P. Keim. 1996. Social assemblages and mating relationships in prairie dogs: a DNA fingerprint analysis. Behavioral Ecology, 7(1):95-100.

_______, C.N. Slobodchikoff, and P. Keim. 1997. DNA fingerprinting reveals low genetic diversity in Gunnison's prairie dog (*Cynomys gunnisoni*). Journal of Mammalogy, 78(3):725-732.

Turner, G.G. 2001. Recovery of Utah and Gunnison's prairie dog colonies following epizootics of sylvatic plague. M.S. Thesis, Frostburg State University, Frostburg, Maryland.

U.S.D.I., Bureau of Land Management. 1990. State of the public rangelands. BLM, U.S. Department of the Interior, Washington, D.C.

U.S.D.A. Forest Service, Gila National Forest. 1995. Fish, amphibians, reptiles, and mammals of the Gila National Forest: a checklist. USDA Forest Service, Southwest New Mexico Audubon, and Western New Mexico University, Silver City, NM.

U.S.D.A Forest Service. 1998. Biological assessment and evaluation on Rudd Tank Road, Coconino National Forest, AZ.

U.S. Fish and Wildlife Service. 1990. Guidelines for oil and gas activities in prairie dog ecosystems managed for black-footed ferret recovery. Draft Document. Denver Regional Office, Colorado.

Utah Department of Natural Resources. Utah Division of Oil, Gas, and Mining. 2004. Individual records of basic information for each well in the Utah Division of Oil, Gas, and Mining database.

Utah Division of Wildlife Resources. 2003. Utah Sensitive Species List. Dated 18 December, 2003.

U.S. General Accounting Office. 1991. Rangeland management: Comparison of rangeland condition reports. GAO/RCED-91-191. U.S. General Accounting Office, Washington, D.C.

Van Pelt, W.E. 1995. Assessment of potential black-footed ferret habitat in northern Arizona. Nongame and Endangered Wildlife Program Technical Report 79. Arizona Game and Fish Department, Phoenix, Arizona.

________. 1999. The black-tailed prairie dog conservation assessment and strategy. Arizona Game and Fish Department, Phoenix, Arizona. 55pp.

________ and Winstead. 2003. Review of black-footed ferret reintroduction in Arizona, 1996-2001. Nongame and Endangered Wildlife Program Technical Report 222. Arizona Game and Fish Department, Phoenix, Arizona.

Vorhies, C.T. 1945. Water requirements of desert animals in the southwest. University of Arizona Agricultural Experiment Station Technical Bulletin, 107:487-525.

Vosburgh, T.C. and L.R. Irby. 1998. Effects of recreational shooting on prairie dog colonies. Journal of Wildlife Management, 62(1):363-372.

_________. 1999. Impacts of recreational shooting of prairie dogs on Fort Belknap Reservation i*n* Vosburgh, T. and R. Stoneberg, 1999 Annual Report. Black-footed Ferret Recovery Activities on Fort Belknap Reservation. Unpublished Report.

Wagner, D.M. and L.C. Drickamer. 2003. Distribution, habitat use, and plague in Gunnison's prairie dogs in Arizona. Arizona Game and Fish Department, Heritage Grant I20009.

Walker, B.H. and I. Noy-Meir. 1981. Aspects of the stability and resilience of savanna ecosystems. Pages 556-590 *in* Ecology of Tropical Savannas, editors. B.J. Huntley and B.H. Watker. New York: Springer Verlag.

Whicker, A.D. and Detling, J.K. 1988. Ecological consequences of prairie dog disturbances: Prairie dogs alter grassland patch structure, nutrient cycling, and feeding-site selection by other herbivores. BioScience, 38:778-785.

Williams, J.E., M.A. Moussa and D.C. Cavanaugh. 1979. Experimental plague in the California ground squirrel. Journal of Infectious Diseases 140:618-621.

Wright-Smith, M.A. 1978. The ecology and social organization of *Cynomys parvidens* (Utah prairie dog) in south central Utah. M.A. Thesis. Indiana University, Bloomington, Indiana.

Yarchin, J.C., G.C. Dickens, R.L. Glinski, and R.B. Spicer. 1988. An investigation of prairie dog populations and associated sensitive predators in the Little Colorado River Basin. Report for the U.S. Bureau of Land Management, May 15, 1988.

Yazzie, T. and A. Sanders. 2004. Prairie dog habitat survey. Cooperative effort by San Juan College and the Bureau of Land Management.

Young, D.K., and P. Sawyer. 1981. Staff report: influence of a seismic vibrator on Utah prairie dog (Cynomys parvidens) burrows. 15 October 1981. U.S. Department of the Interior, Bureau of Land Management, Richfield District Office, Richfield. 5 pp.

Young, J.A., R.A. Evans, and J. Major. 1972. Alien plants in the Great Basin. Journal of Range Management, 25:194-201.

________, R.A. Evans and P.T. Tueller. 1976. Great Basin plant communities-pristine and grazed. Pages 187-215 *in* R. Elston and P. Headrick, editors. Holocene environmental change in the Great Basin. Nev. Arch. Surv. Res. Paper No. 6, University of Nevada, Reno 5: 194-201.

________ and B.A. Sparks. 1985. Cattle in the cold desert. Utah Sate Univ. Press, Logan, Utah.

## LIST OF PERSONAL COMMUNICATIONS

Anderson, W. New Mexico Bureau of Land Management State Office

Biggins, D. 2003. U.S. Department of the Interior, U.S. Geological Survey, Fort Collins, CO

Bodenchuk, M. 2004. USDA/APHIS/WS, Utah

Borthwick, S. 2005. Bureau of Land Management, Colorado

Burrell, M. 2004. USDA/APHIS/WS, Arizona

Overby, C. 2004. USDA Forest Service, Coconino National Forest

Cordery, T. 2004. Bureau of Land Management, Arizona

Garner, J. 2005. Colorado Division of Wildlife

Kendall, J. 2004. Bureau of Land Management, New Mexico

Knight, P. 2004. Marron Associates

MacVean, S. 2005. Arizona Game and Fish Department

Miller, J. 2005. U.S. Department of Agriculture, Colorado

Murphy, M. 2004. U.S. Fish and Wildlife Service

Overby, C. 2004. USDA Forest Service, Coconino National Forest

Podborny, K. 2005. USDA/APHIS/WS, New Mexico

Pusateri, F. 2003. Colorado Division of Wildlife

Riddle, P. 2004. Bureau of Land Management, Utah

Sawyer, P. 2004. Bureau of Land Management, New Mexico

Stahlnecker, K. 2005. Curecanti National Recreation Area

Starnes, B. 2004. New Mexico Department of Agriculture

Wallace, T. 2004. Bureau of Land Management, Utah

Van Pelt, B. 2005. Arizona Game and Fish Department

Table 1. Landcover classes known to exist within the gross range of the Gunnison's prairie dog. Cover classes with a value of 1 were incorporated into the Gunnison's prairie dog Predictive Range Model.

| LAND COVER DESCRIPTION | VALUE | HA |
|---|---|---|
| Rocky Mountain Alpine Bedrock and Scree | 0 | 194,544 |
| Rocky Mountain Alpine Fell-Field | 0 | 38,006 |
| Rocky Mountain Cliff and Canyon | 0 | 89,986 |
| Western Great Plains Cliff and Outcrop | 0 | 2,165 |
| Colorado Plateau Mixed Bedrock Canyon and Tableland | 0 | 720,730 |
| Inter-Mountain Basins Shale Badland | 0 | 118,156 |
| Inter-Mountain Basins Active and Stabilized Dune | 0 | 96,402 |
| Inter-Mountain Basins Volcanic Rock and Cinder Land | 0 | 95,276 |
| Inter-Mountain Basins Wash | 1 | 832 |
| Inter-Mountain Basins Playa | 1 | 6,170 |
| North American Warm Desert Bedrock Cliff and Outcrop | 0 | 35,839 |
| North American Warm Desert Active and Stabilized Dune | 0 | 945 |
| North American Warm Desert Wash | 1 | 1,373 |
| North American Warm Desert Playa | 1 | 370 |
| Rocky Mountain Aspen Forest and Woodland | 0 | 658,838 |
| Rocky Mountain Subalpine-Montane Limber-Bristlecone Pine Woodland | 0 | 63,966 |
| Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland | 0 | 658,936 |
| Rocky Mountain Subalpine Mesic Spruce-Fir Forest and Woodland | 0 | 533,292 |
| Rocky Mountain Lodgepole Pine Forest | 0 | 195,022 |
| Rocky Mountain Montane Dry-Mesic Mixed Conifer Forest and Woodland | 0 | 519,170 |
| Rocky Mountain Montane Mesic Mixed Conifer Forest and Woodland | 0 | 381,968 |
| Madrean Pine-Oak Forest and Woodland | 0 | 12,530 |
| Rocky Mountain Ponderosa Pine Woodland | 0 | 2,757,082 |
| Southern Rocky Mountain Pinyon-Juniper Woodland | 0 | 1,088,673 |
| Colorado Plateau Pinyon-Juniper Woodland | 0 | 5,227,269 |
| Inter-Mountain West Aspen-Mixed Conifer Forest and Woodland Complex | 0 | 136,403 |
| Inter-Mountain Basins Mat Saltbush Shrubland | 1 | 19,990 |
| Rocky Mountain Gambel Oak-Mixed Montane Shrubland | 0 | 616,805 |
| Rocky Mountain Lower Montane-Foothill Shrubland | 0 | 20,579 |
| Western Great Plains Sandhill Shrubland | 1 | 115 |
| Madrean Encinal | 0 | 8 |
| Colorado Plateau Pinyon-Juniper Shrubland | 0 | 174,392 |
| Great Basin Semi-Desert Chaparral | 0 | 1 |
| Inter-Mountain Basins Big Sagebrush Shrubland | 1 | 1,033,294 |
| Colorado Plateau Mixed Low Sagebrush Shrubland | 0 | 75,530 |
| Mogollon Chaparral | 0 | 107,156 |
| Apacherian-Chihuahuan Mesquite Upland Scrub | 0 | 26,135 |
| Colorado Plateau Blackbrush-Mormon-tea Shrubland | 0 | 262,438 |
| Mojave Mid-Elevation Mixed Desert Scrub | 0 | 19,934 |
| Chihuahuan Succulent Desert Scrub | 0 | 1 |
| Chihuahuan Creosotebush, Mixed Desert and Thorn Scrub | 0 | 6,190 |
| Sonoran Paloverde-Mixed Cacti Desert Scrub | 0 | 996 |

| LAND COVER DESCRIPTION | VALUE | HA |
|---|---|---|
| Inter-Mountain Basins Mixed Salt Desert Scrub | 1 | 945,149 |
| Chihuahuan Stabilized Coppice Dune and Sand Flat Scrub | 0 | 3 |
| Sonora-Mojave Creosotebush-White Bursage Desert Scrub | 0 | 5,933 |
| Sonora-Mojave Mixed Salt Desert Scrub | 1 | 12 |
| Inter-Mountain Basins Montane Sagebrush Steppe | 1 | 282,337 |
| Southern Rocky Mountain Juniper Woodland and Savanna | 0 | 205,217 |
| Inter-Mountain Basins Juniper Savanna | 0 | 495,326 |
| Apacherian-Chihuahuan Piedmont Semi-Desert Grassland and Steppe | 0 | 219,193 |
| Inter-Mountain Basins Semi-Desert Shrub Steppe | 1 | 2,699,408 |
| Chihuahuan Gypsophilous Grassland and Steppe | 0 | 75 |
| Rocky Mountain Dry Tundra | 0 | 162,238 |
| Rocky Mountain Subalpine Mesic Meadow | 0 | 110,015 |
| Southern Rocky Mountain Montane-Subalpine Grassland | 1 | 816,880 |
| Western Great Plains Foothill and Piedmont Grassland | 1 | 137,654 |
| Western Great Plains Shortgrass Prairie | 1 | 549,330 |
| Inter-Mountain Basins Semi-Desert Grassland | 1 | 25,88,892 |
| Rocky Mountain Subalpine-Montane Riparian Shrubland | 0 | 174,876 |
| Rocky Mountain Subalpine-Montane Riparian Woodland | 0 | 12,311 |
| Rocky Mountain Lower Montane Riparian Woodland and Shrubland | 0 | 108,941 |
| North American Warm Desert Lower Montane Riparian Woodland and Shrubland | 0 | 1,040 |
| Western Great Plains Riparian Woodland and Shrubland | 0 | 44,098 |
| Inter-Mountain Basins Greasewood Flat | 0 | 484,186 |
| North American Warm Desert Riparian Woodland and Shrubland | 0 | 2 |
| North American Arid West Emergent Marsh | 0 | 4,081 |
| Rocky Mountain Alpine-Montane Wet Meadow | 0 | 110,451 |
| Western Great Plains Saline Depression Wetland | 0 | 1 |
| Chihuahuan-Sonoran Desert Bottomland and Swale Grassland | 1 | 4 |
| Madrean Upper Montane Conifer-Oak Forest and Woodland | 0 | 15 |
| Madrean Pinyon-Juniper Woodland | 0 | 162,011 |
| Chihuahuan Sandy Plains Semi-Desert Grassland | 0 | 7,129 |
| Madrean Juniper Savanna | 0 | 8,092 |
| Chihuahuan Mixed Salt Desert Scrub | 0 | 4,799 |
| Western Great Plains Floodplain Herbaceous Wetland | 0 | 3,142 |
| Wyoming Basins Low Sagebrush Shrubland | 1 | 16 |
| Sonoran Mid-Elevation Desert Scrub | 0 | 1,556 |
| Southern Colorado Plateau Sand Shrubland | 0 | 481,726 |
| Open Water | 0 | 68,071 |
| Developed, Open Space - Low Intensity | 1 | 102,933 |
| Developed, Medium - High Intensity | 1 | 113,771 |
| Barren Lands, Non-specific | 0 | 24,935 |
| Agriculture | 1 | 835,259 |
| Disturbed, Non-specific | 0 | 2 |
| Recently Burned | 0 | 41,436 |
| Recently Mined or Quarried | 0 | 13,805 |
| Invasive Southwest Riparian Woodland and Shrubland | 0 | 29,341 |

| LAND COVER DESCRIPTION | VALUE | HA |
|---|---|---|
| Invasive Perennial Grassland | 1 | 35,138 |
| Invasive Perennial Forbland | 1 | 68 |
| Invasive Annual Grassland | 1 | 10,598 |
| Invasive Annual and Biennial Forbland | 1 | 30,529 |
| Recently Logged Areas | 0 | 29,411 |
| Recently Chained Pinyon-Juniper Areas | 1 | 15,647 |
| Disturbed, Oil well | 1 | 129 |

Table 2. Estimate of Gunnison's prairie dog occupied habitat within the gross and predicted range of each state based on the Predicted Range Model.

| STATE | GPD GROSS RANGE[a] (HA) | % OF GROSS RANGE[a] | GPD PREDICTED RANGE[b] (HA) | % OF PREDICTED RANGE[b] |
|---|---|---|---|---|
| Arizona | 7,137,700 | 25 | 2,580,179 | 27 |
| Colorado | 8,649,893 | 31 | 2,409,224 | 25 |
| New Mexico | 11,252,185 | 40 | 4,242,717 | 45 |
| Utah | 1,135,529 | 4 | 261,613 | 3 |
| **Total** | **28,175,307** | **100** | **9,493,733** | **100** |

[a] Gross range is the outer boundary identifying GPD distribution and does not imply that all lands contained within the boundary are occupied or have the potential to be occupied by GPDs.
[b] The predicted range was developed from a GIS model to depict a more accurate, spatial range of the GPD. This model does not imply that the area could be or is appropriate for GPD occupation.

Table 3. Landownership within the gross and predicted range of the Gunnison's prairie dog in Arizona.

| LANDOWNERSHIP | HA IN GROSS RANGE | PERCENT | HA IN PREDICTED RANGE | PERCENT |
|---|---|---|---|---|
| BLM | 99,223 | 1.39 | 54,630 | 2.12 |
| City/County Lands | 968 | 0.01 | 568 | 0.02 |
| DOD | 10,441 | 0.15 | 5,856 | 0.23 |
| USFS | 914,416 | 12.79 | 85,653 | 3.32 |
| Tribal Lands/BIA | 3,506,101 | 49.05 | 1,273,034 | 49.33 |
| NPS | 176,355 | 2.47 | 35,977 | 1.39 |
| Private | 1,545,512 | 21.62 | 700,333 | 27.14 |
| State | 895,638 | 12.53 | 424,359 | 16.45 |
| Total | 7,148,654 | 100.00 | 2,580,410 | 100.00 |

Table 4. Urban areas located within the gross and predicted range of the Gunnison's prairie dog.

| NAME OF URBAN AREA | HA IN GROSS RANGE | HA IN PREDICTED RANGE |
|---|---|---|
| Alamosa, CO | 1,080 | 649 |
| Albuquerque, NM | 58,075 | 52,480 |
| Belen, NM | 3,849 | 87 |
| Blanding, UT | 327 | 302 |
| Bloomfield, NM | 1,902 | 1397 |
| Buena Vista, CO | 449 | 250 |
| Canon City, CO | 4,204 | 3303 |
| Chinle, AZ | 646 | 309 |
| Chino Valley, AZ | 2,081 | 0 |
| Colorado Springs, CO | 50,948 | 4,20,776 |
| Cortez, CO | 1,774 | 1507 |
| Delta, CO | 1,308 | 1034 |
| Dewey-Humboldt, AZ | 861 | 9 |
| Durango, CO | 2,508 | 1213 |
| Eagar, AZ | 760 | 687 |
| Edgewood, NM | 1,933 | 1056 |
| Eldorado at Santa Fe, NM | 1,618 | 695 |
| Espanola, NM | 5,247 | 3724 |
| Farmington, NM | 11,272 | 8302 |
| Flagstaff, AZ | 8,408 | 4815 |
| Florence, CO | 655 | 490 |
| Fort Defiance, AZ--NM | 1,389 | 614 |
| Gallup, NM | 2,494 | 2058 |
| Grants, NM | 1,444 | 1386 |
| Gunnison, CO | 1,339 | 1091 |
| Holbrook, AZ | 466 | 456 |
| Kayenta, AZ | 553 | 505 |
| Leadville, CO | 1,244 | 537 |
| Los Alamos, NM | 1,858 | 917 |
| Los Lunas, NM | 9,251 | 1327 |
| Meadow Lake, NM | 848 | 848 |
| Monte Vista, CO | 869 | 773 |
| Montrose, CO | 2,766 | 2435 |
| Pagosa Springs, CO | 945 | 724 |
| Pinetop-Lakeside, AZ | 2,502 | 172 |
| Pojoaque, NM | 1,205 | 460 |
| Prescott, AZ | 10,059 | 6728 |
| Pueblo, CO | 2,321 | 94 |
| Salida, CO | 970 | 813 |
| Santa Fe, NM | 11,722 | 9256 |

| NAME OF URBAN AREA | HA IN GROSS RANGE | HA IN PREDICTED RANGE |
|---|---|---|
| Santo Domingo Pueblo, NM | 751 | 508 |
| Shiprock, NM | 1,383 | 735 |
| Show Low, AZ | 1,052 | 773 |
| Snowflake, AZ | 912 | 840 |
| South Florence (Federal Correctional Institution), CO | 966 | 872 |
| St. Johns, AZ | 493 | 466 |
| Taos, NM | 3,554 | 3369 |
| Trinidad, CO | 1,679 | 888 |
| Walsenburg, CO | 441 | 361 |
| White Rock, NM | 842 | 562 |
| Winslow, AZ | 1,656 | 773 |
| Woodland Park, CO | 2,083 | 473 |
| Zuni Pueblo, NM | 1,516 | 401 |
| **Total** | 231,479 | 145,300 |

Table 5. Landownership within the gross and predicted range of the Gunnison's prairie dog in Colorado.

| LANDOWNERSHIP | HA IN GROSS RANGE | PERCENT | HA IN PREDICTED RANGE | PERCENT |
|---|---|---|---|---|
| BIA | 310,086 | 3.59 | 76,523 | 3.18 |
| BLM | 1,247,121 | 14.43 | 362,115 | 15.03 |
| DOD | 40,927 | 0.47 | 22,330 | 0.93 |
| USFS | 3,229,717 | 37.36 | 147,005 | 6.10 |
| USFWS | 10,966 | 0.13 | 4061 | 0.17 |
| NPS | 46,454 | 0.54 | 6700 | 0.28 |
| Private | 3,490,920 | 40.39 | 1,668,001 | 69.23 |
| State | 267,839 | 3.10 | 122,628 | 5.09 |
| Total | 8,644,028 | 100 | 2,409,363 | 100 |

Table 6. Landownership within the gross and predicted range of the Gunnison's prairie dog in New Mexico.

| LANDOWNERSHIP | HA IN GROSS RANGE | PERCENT | HA IN PREDICTED RANGE | PERCENT |
|---|---|---|---|---|
| BIA | 3,045,102 | 27.06 | 1,439,376 | 33.93 |
| BLM | 1,541,084 | 13.70 | 642,158 | 15.14 |
| DOD | 22,512 | 0.20 | 9799 | 0.23 |
| USFS | 2,079,817 | 18.49 | 175,984 | 4.15 |
| USFWS | 33,106 | 0.29 | 5,467 | 0.13 |
| NPS | 69,815 | 0.62 | 10,439 | 0.25 |
| Other Federal | 26,235 | 0.23 | 3602 | 0.08 |
| Private | 3,758,323 | 33.40 | 1,615,227 | 38.07 |
| State | 675,303 | 6.00 | 340,692 | 8.03 |
| Total | 11,251,297 | 100.00 | 4,242,744 | 100.00 |

Table 7. Landownership within the gross and predicted range of the Gunnison's prairie dog in Utah.

| LANDOWNERSHIP | HA IN GROSS RANGE | PERCENT | HA IN PREDICTED RANGE | PERCENT |
|---|---|---|---|---|
| BIA | 257,497 | 22.76 | 35,689 | 13.66 |
| BLM | 472,628 | 41.78 | 88,384 | 33.83 |
| USFS | 119,007 | 10.52 | 5734 | 2.20 |
| NPS | 29,936 | 2.65 | 2096 | 0.80 |
| Private | 169,426 | 14.98 | 110,474 | 42.29 |
| State | 82,810 | 7.32 | 18,837 | 7.21 |
| Water | 23 | 0.00 | 9 | 0.00 |
| Total | 1,131,326 | 100.00 | 261,223 | 100.00 |

Figure 1. Gunnison's prairie dog gross range, predicted range and location of identified colonies in Utah and Colorado in 2002.

Figure 2. Gunnison's prairie dog gross range and predicted range in Arizona.

Figure 3. Gunnison's prairie dog gross range, predicted range and location of identified colonies in Colorado in 2002.



Case No. 1:20-cv-02484-MSK Document 47-8 filed 04/28/21 USDC Colorado pg 180 of 186

Figure 4. Gunnison's prairie dog gross range and predicted range in New Mexico.

Figure 5. Gunnison's prairie dog gross range, predicted range and colonies identified in 2002 in Utah.

Appendix A. Glossary of terms.

**Associated Species**- Species that benefit from Gunnison's prairie dogs, either directly or indirectly, but are not dependent on them for survival.

**Candidate Species**- Plants and animals that the USFWS, through review of available information, has determined should be proposed for addition to the federal threatened or endangered species list.

**Colony**- A concentration of Gunnison's prairie dogs with a minimum of 20 burrow openings per ha on 5 ha parcels (Biggins et al. 1993).

**Complex**- A group of Gunnison's prairie dog colonies distributed so that individual black-footed ferrets can migrate between them commonly and frequently. Colonies within a complex are not separated from the nearest adjacent colony by more than 7 km and no impassable barriers exist between colonies that would hinder black-footed ferret movement.

**Conservation**- (a) From section 3(3) of the federal Endangered Species Act: "the use of all methods and procedures which are necessary to bring any endangered species or threatened species to the point at which the measures provided under {the} Act are no longer necessary;" (b) The retention of natural balance, diversity, and evolutionary change in the environment.

**Control Measures**- Actions taken to reduce the numbers and/or occupied habitat of Gunnison's prairie dogs, primarily through lethal means.

**Coterie**- A territorial, harem-polygynous family group of prairie dogs, typically consisting of a breeding adult male, 2 or 3 adult females and several yearlings or juveniles (Hoogland 1995).

**Dispersal**- The outward spreading of organisms from their point of origin or release; the outward extensions of a species' range.

**Ecosystem**- Dynamic and interrelating complex of plant and animal communities and their associated nonliving (e.g., physical and chemical) environment.

**Endangered Species**- A species which is in danger of extinction throughout all or a significant portion of its range [ESA§3(8)].

**Extirpated Species**- A species no longer occurring in a region that was once part of its range.

**Good Black-footed Ferret Habitat** – This is equal to habitat capable of supporting black-footed ferret reproduction. It is determined from transect data and is the number of transects with at least 25 active Gunnison's prairie dog burrows per ha divided by the total number of transects.

**Gross Range**- The outer boundary identifying Gunnison's prairie dog distribution. This does not imply that all lands contained within the boundary are occupied or have the potential to be occupied by Gunnison's prairie dogs.

**Habitat**- The local environment occupied by an organism and those components required to complete its life cycles, including air, food, cover, water, and spatial requirements.

**Historic Range**- Those geographic areas the species was known or believed to occupy in the past.

**Incentive**- Assistance, financial payment or other action which encourages individuals or organizations to participate in an effort or activity, or which offsets any sacrifices an individual or organization may make to participate in an effort or activity.

**Listing** - The formal process through which the USFWS adds species to the Federal List of Threatened and Endangered Wildlife and Plants.

**Mapping** – Estimates amount of area occupied by Gunnison's prairie dogs by locating colonies and plotting a line around the outermost burrows within a colony. Most mapping includes both active and inactive burrows.

**Petition (for Listing)**- A formal request, with the support of adequate biological data, suggesting that a species be listed, reclassified, or delisted, or that critical habitat be revised for a listed species: section 4(b)(3)(A) of ESA.

**Predicted Range** - The predicted range was determined using a GIS model to produce a more accurate, spatial depiction of the range of the Gunnison's prairie dog. This model is not meant to imply that the entire area could be or is appropriate for Gunnison's prairie dog occupation.

**Population** - All individuals of one species occupying a defined area and usually isolated to some degree from other similar groups.

**Occupied Habitat**- Land (hectares) that has Gunnison's prairie dogs in residence.

**Obligate Species**- Species that, either directly or indirectly, are dependent on black-tailed prairie dogs for survival.

**Re-establish**- To restore (reintroduce) a species to an area that it historically inhabited.

**Species**- A group of individuals that can actually or potentially breed with each other and produce fertile offspring under natural conditions, but cannot breed with other such groups.

**Sensitive Species**- An informal term, conferring no legal status, given to species that are of management concern due to declining numbers and/or loss of habitat. State wildlife agencies maintain a list of species of special concern that identifies species whose occurrence may be in jeopardy.

**State Trust lands**- Lands entrusted to the state by the Federal government and managed by the State Land Department for revenue for Trust beneficiaries (e.g., public schools, colleges, hospitals, charitable institutions). These are not public lands except in Arizona, Montana, and Wyoming (access permit required) and South Dakota (no access permit required).

**Sub-complex** - An aggregation of colonies not separated from the nearest adjacent group by more than 7 km, but due to various factors (e.g. state boundaries, land ownership) the whole complex is not surveyed and management occurs on only a portion of the entire complex.

**Subspecies**- A group of interbreeding natural populations differing morphologically and genetically, and often isolated geographically from other such groups within a biological species but interbreeding successfully with them where their ranges overlap.

**Sylvatic Plague**- An acute, infectious disease caused by the bacteria *Yersinia pestis* that primarily affects rodents, rabbits, and associated carnivore and scavenger species. The agent is transmitted through the bite of an infected flea or through direct contact with an infected carcass. It is known as bubonic plague in humans and sylvatic plague in the wild.

**Threatened Species**- A species that is likely to become endangered throughout all or a significant portion of its range.

**Tularemia**- A pathogen native to North America that can cause disease-related declines in Gunnison's prairie dog populations (Davis 1935).

The Journal of Wildlife Management 79(2):195–210; 2015; DOI: 10.1002/jwmg.824

*Research Article*

# Modeling Risk of Pneumonia Epizootics in Bighorn Sheep

**SARAH N. SELLS,**[1] *Montana Cooperative Wildlife Research Unit, Wildlife Biology Program, 205 Natural Sciences Building, University of Montana, Missoula, MT 59812, USA*

**MICHAEL S. MITCHELL,** *U.S. Geological Survey, Montana Cooperative Wildlife Research Unit, 205 Natural Sciences Building, University of Montana, Missoula, MT 59812, USA*

**J. JOSHUA NOWAK,** *Montana Cooperative Wildlife Research Unit, Wildlife Biology Program, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**PAUL M. LUKACS,** *Wildlife Biology Program, Department of Ecosystem and Conservation Sciences, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**NEIL J. ANDERSON,** *Montana Fish, Wildlife and Parks, 1400 South 19th, Bozeman, MT 59718, USA*

**JENNIFER M. RAMSEY,** *Montana Fish, Wildlife and Parks, 1400 South 19th, Bozeman, MT 59718, USA*

**JUSTIN A. GUDE,** *Montana Fish, Wildlife and Parks, 1420 East 6th, Helena, MT 59620, USA*

**PAUL R. KRAUSMAN,** *Wildlife Biology Program, Forestry Building, University of Montana, Missoula, MT 59812, USA*

**ABSTRACT** Pneumonia epizootics are a major challenge for management of bighorn sheep (*Ovis canadensis*) affecting persistence of herds, satisfaction of stakeholders, and allocations of resources by management agencies. Risk factors associated with the disease are poorly understood, making pneumonia epizootics hard to predict; such epizootics are thus managed reactively rather than proactively. We developed a model for herds in Montana that identifies risk factors and addresses biological questions about risk. Using Bayesian logistic regression with repeated measures, we found that private land, weed control using domestic sheep or goats, pneumonia history, and herd density were positively associated with risk of pneumonia epizootics in 43 herds that experienced 22 epizootics out of 637 herd-years from 1979–2013. We defined an area of high risk for pathogen exposure as the area of each herd distribution plus a 14.5-km buffer from that boundary. Within this area, the odds of a pneumonia epizootic increased by >1.5 times per additional unit of private land (unit is the standardized % of private land where global $\bar{x} = 25.58\%$ and $SD = 14.53\%$). Odds were >3.3 times greater if domestic sheep or goats were used for weed control in a herd's area of high risk. If a herd or its neighbors within the area of high risk had a history of a pneumonia epizootic, odds of a subsequent pneumonia epizootic were >10 times greater. Risk greatly increased when herds were at high density, with nearly 15 times greater odds of a pneumonia epizootic compared to when herds were at low density. Odds of a pneumonia epizootic also appeared to decrease following increased spring precipitation (odds = 0.41 per unit increase, global $\bar{x} = 100.18\%$ and $SD = 26.97\%$). Risk was not associated with number of federal sheep and goat allotments, proximity to nearest herds of bighorn sheep, ratio of rams to ewes, percentage of average winter precipitation, or whether herds were of native versus mixed or reintroduced origin. We conclude that factors associated with risk of pneumonia epizootics are complex and may not always be from the most obvious sources. The ability to identify high-risk herds will help biologists and managers determine where to focus management efforts and the risk factors that most affect each herd, facilitating more effective, proactive management. © 2015 The Wildlife Society.

**KEY WORDS** bighorn sheep, decision curve analysis, disease, Montana, *Ovis canadensis*, pneumonia, risk model.

Pneumonia epizootics present an important challenge for effective management of bighorn sheep (*Ovis canadensis*; Gross et al. 2000, Cahn et al. 2011, Wehausen et al. 2011, Cassirer et al. 2013, Plowright et al. 2013). Once pneumonia pathogens are introduced to a population of bighorn sheep, initial all-age mortality can exceed 80% (Enk et al. 2001, Montana Fish, Wildlife and Parks [MFWP] 2010). The pathogens also may become endemic, resulting in pneumonia outbreaks that can cycle for years to decades (Enk et al. 2001, Cassirer and Sinclair 2007, Cassirer et al. 2013, Plowright et al. 2013). Of critical concern, lamb recruitment often remains chronically low for many years following an epizootic, which further threatens a herd's long-term persistence, particularly if pre-epizootic abundance was low, mortality rates were high, or other stochastic events (e.g., environmental or demographic) occur that further suppress or push the herd to extinction (Woodroffe 1999,

Received: 15 May 2014; Accepted: 2 November 2014
Published: 2 January 2015

[1]*SarahNSells@gmail.com*

BLM_0064276

Singer et al. 2000*c*, Cassirer and Sinclair 2007, Cassirer et al. 2013, Plowright et al. 2013). Herds may require extensive management to recover, including removal of diseased individuals (Edwards et al. 2010), augmentation from other herds (MFWP 2010), or reintroductions (Singer et al. 2000*b*). Despite great outlays of time and expense in attempt to restore herds after a pneumonia epizootic, they may never fully recover to pre-epizootic abundance and health (e.g., Enk et al. 2001, MFWP 2010, Cassirer et al. 2013, Plowright et al. 2013).

Identifying causes and influences of pneumonia epizootics has been the goal of extensive study; the etiology remains poorly understood, however, and the need for further research is commonly cited (Monello et al. 2001; Cassaigne et al. 2010; Miller et al. 2011, 2012). Presence of certain pathogens such as *Mycoplasma ovipneumoniae* and *Mannheimia haemolytica* are likely indicative of risk (Miller et al. 2011; Besser et al. 2012*a*, *b*, 2013; Shanthalingam et al. 2014). After decades of research, however, relationships between the various known and hypothesized risk factors affecting transmission, spread, and susceptibility of the pathogens that lead to pneumonia remain unclear. A single risk factor associated with all pneumonia epizootics has not yet been found, if it exists (Miller et al. 2012). Elucidation of risk factors and novel management tools for this complicated, much-debated management challenge and serious threat to persistence of herds of bighorn sheep are much needed.

The central role of domestic sheep and goats in exposure to pathogens is well documented; pathogen transmission from domestic to bighorn sheep is the only supported hypothesis in experimental trials (Wehausen et al. 2011). Healthy captive bighorn sheep sicken and die when penned with domestic sheep (Foreyt and Jessup 1982, Onderka and Wishart 1988, Foreyt 1989, Lawrence et al. 2010) or after accidental contact with domestic sheep (Foreyt and Jessup 1982). Analysis of pathogens in epizootics of free-ranging bighorn sheep also supports the hypothesis that pathogens are transmitted between Old World Caprinae species and immunologically naïve bighorn sheep (Besser et al. 2012*b*, 2013). Proximity of bighorn sheep to grazing allotments with domestic sheep is associated with increased susceptibility to pneumonia (Monello et al. 2001) and decreased persistence of the herd over time (Singer et al. 2000*b*, 2001; Epps et al. 2004; Clifford et al. 2009; Carpenter et al. 2014). Contact with feral goats also appears to result in exposure to pathogens (Rudolph et al. 2003). Contact with sheep or goats on commercial and hobby farms or when sheep or goats are used for weed control (i.e., targeted grazing to manage noxious weeds) may result in exposure to pathogens (Miller et al. 2011, 2012; Wild Sheep Working Group 2012). Evidence also suggests herds of bighorn sheep are likely more interconnected than previously thought (Singer et al. 2000*a*, DeCesare and Pletscher 2006), and that proximity among herds may increase risk of exposure to pneumonia pathogens through such connectivity (Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010, Besser et al. 2013).

Conditions other than comingling between bighorn sheep and domestic sheep or goats may be associated with spread of and susceptibility to pneumonia pathogens, because comingling does not always quickly lead to pneumonia epizootics and some epizootics occur without known or confirmed contact (e.g., Onderka and Wishart 1984, George et al. 2008, Edwards et al. 2010). Rams have a greater tendency than ewes to make long movements (Singer et al. 2000*b*, DeCesare and Pletscher 2006, O'Brien et al. 2014), probably more so at relatively high densities (Singer et al. 2000*a*, Monello et al. 2001). Such movements increase their risk of contacting domestic sheep or other infected herds and spreading pathogens upon return to their own herds (Onderka and Wishart 1984, George et al. 2008, Besser et al. 2013). High densities of bighorn sheep may also result in high rates of contact between individuals, increasing the rate of spread of pathogens (Monello et al. 2001, Lafferty and Gerber 2002, Clifford et al. 2009). Disease processes can also be influenced by complex environmental interactions, including those that may place stress on the health and immune response of animals (Scott 1988, Wobeser 2006). Harsh winters have been associated with disease events (Monello et al. 2001, MFWP 2010), and pneumonia incidence increases in the fall and winter (Cassirer and Sinclair 2007). Harsher winter conditions may stress animals by affecting energy budgets or reducing access to adequate forage (Goodson et al. 1991, Butler et al. 2013). Low precipitation has been linked to lower lamb survival (Portier et al. 1998) and to herd extinctions (Epps et al. 2004), perhaps because dry growing seasons might increase susceptibility to disease through decreased forage quality (Enk et al. 2001, Monello et al. 2001). Herds that are augmented or reintroduced appear to be at higher risk of pneumonia than native herds, perhaps because of factors associated with reintroduction, the source herd, or the possibility that sites where herds were previously extirpated are more risky for pneumonia than where herds have not died out (Monello et al. 2001, Rudolph et al. 2007, Plowright et al. 2013).

Several models have been developed to simulate impacts of pneumonia from exposure to allotments, distance to domestic sheep, or contact with nearby infected herds of bighorn sheep and to predict population size, mortality rates, or herd persistence in relation to pneumonia (Gross et al. 2000, Clifford et al. 2009, Cassaigne et al. 2010, Cahn et al. 2011, Carpenter et al. 2014). Recent models also estimate the overall probability of transitioning between healthy and all-age, lamb-only, or adult-only pneumonia (Cassirer et al. 2013) and immune response by modeling how pneumonia exposure affects an individual's risk of dying from pneumonia (Plowright et al. 2013). Another recent model estimates probability of contact between individual bighorn sheep and allotments with domestic sheep and goats (O'Brien et al. 2014). Several models simulate the effect of management actions, primarily focused on changing management of grazing allotments (Clifford et al. 2009, Cahn et al. 2011, Carpenter et al. 2014) as well as modifying habitat, colonization of new patches, or impacts of stochastic events (Gross et al. 2000). These models predict the consequences of epizootics, but none predict risk of epizootics for

BLM_0064277