Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 1 of 171

many situations, practices may substantially lessen the effects of soil properties, but problems still remain.

To express soil potentials numerically, values are assigned to those soil properties and site conditions that influence performance. Some approaches assign penalty points to limiting soil properties or site conditions, and others assign points based on favorable properties or conditions.

An illustrative formula for the Soil Potential Index (SPI) is:

$$SPI = P - CM - CL$$

*P* is the standard of performance or yield as locally defined. An index value of 100 for P is commonly used, but it may be any value; for example, the potential yield in kilograms per hectare may be employed. *CM* is an index of cost of the needed corrective measures. Finally, *CL* is an index of the extent to which the feasible corrective measures are not fully successful. It reflects costs for annual or periodic maintenance, for inconvenience or aggravation, or for substandard yield.

Alternatively, qualitative ratings of soil potential may be employed. An example of a three class set follows:

**High potential.** The soil meets or exceeds the requirements stipulated in one or more of the following statements:

(1) The soil has few limitations, or practices for overcoming the limitations are available at a reasonable cost.

(2) Crop production is profitable and at least average for the area.

(3) For a particular use, performance of the soil is satisfactory or as good as, or better than, local standards.

(4) Environmental quality, both on and off the site, is maintained at a level that is better than the average for the area.

(5) After corrective measures have been installed, any continuing soil limitations do not appreciably reduce production, performance, or environmental values.

**Medium potential.** The soil has a combination of properties intermediate between those qualifying for high potential and those qualifying for low potential. Production is somewhat below local standards, cost of corrective measures is high, or continuing limitations after measures have been installed detract from environmental quality or economic return.

**Low potential.** The soil has a combination of properties, including one or more of the following situations:

(1) Serious soil or site limitations exist and measures for overcoming them are not available or are considered locally to be too expensive.

(2) Crop production is substantially below the local average and is economically marginal or submarginal.

BLM_0064669

(3)  Performance of the soil is below local standards or below the normal expectations of the land user, even under the best available management.

(4)  Environmental quality, both on and off the site, is considerably degraded by the use.

(5)  Serious soil limitations continue to affect the use even after corrective measures have been installed.

A five-class system may be needed. *Very high* potential distinguishes soils that have few or no limitations affecting the land use. Only standard practices, systems, or designs are needed on these soils; no special practices involving additional cost are needed. *Very low* potential applies to soils so severely limited that they cannot be made to even marginally perform for the use.

## Interpretive Soil Properties

Soil survey interpretations are provided for specific soil uses. Interpretations for each soil use are based on a set of interpretative soil properties. These properties include site generalities such as slope gradient, measurements on individual horizons (e.g., particle size distribution), temporal repetitive characteristics that pertain to the soil as a whole (e.g., depth to free water), and potential for diastrophic events (e.g., down-slope movement). Most of the interpretative soil properties are included in the description text and are on the tables associated with a particular map unit (fig. 6-1).



FIGURE 6-1

Section of a detailed soil map on the left and its interpretation on the right.  The map units have been rated slight (L), moderate (N), or severe (S) for a specific use.

Abbreviated descriptions follow for the more commonly used interpretative soil properties. Formal classes have been assigned to several of the interpretative soil properties. These classes generally are not given unless they are used in field morphological descriptions. All of the classes are in the *National Soils Handbook* of the Soil Conservation Service. Local conditions

BLM_0064670

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 3 of 171

may dictate other interpretative soil properties or a greater emphasis on a subdivision of some of the interpretative properties here listed.

## Assignment Guidelines

In principle, the system permits the assignment of interpretative soil properties and related interpretations by map unit based on the named components, generally phases of soil series. Properties of the minor components of a map unit may be included if adequate sampling techniques are used to characterize the map units of a survey area.

Commonly, representative values are specified by layers or horizons. These layers normally reflect the mode for depths and sequences of horizons for the soil series. Only major horizons are delimited and are generally related to surface layer, subsoil, and underlying material.

Ranges are commonly attached to numerical quantities. The ranges are designated to encompass both the actual variation to be expected within the modal concept of the named soil and the expected analytical variation.

## Setting

**Annual air temperature.**—This is the mean air temperature for the calendar year.

**Elevation.**—This is the range in height above sea level.

**Frost-free period.**—This is the average length of the longest period that is free of killing frost.

**Precipitation.**—This is the mean annual moisture received, including rainfall and solid forms of water.

**Slope.**—This is the range in slope gradient in percent (ch. 3).

## Field Water Characterization

**Available water capacity.**—This is the volume of water that should be available to plants if the soil, inclusive of rock fragments, were at field capacity. Volumes are expressed both as a volume fraction and as a thickness of water. The standard of reference is the _water retention difference_ (under 4C in Soil Survey Laboratory Staff, 1992). Reductions are made in the water retention difference for incomplete root ramification that is associated with certain taxonomic horizons and features such as fragipans, and for chemical properties that are indicative of root restriction such as low available calcium and high extractable aluminum. Corrections for the osmotic effect of high salt concentrations also may be made. The amount of available water to the expected maximum depth of root exploration, commonly either 1 or 1 1/2 m, or a physical or chemical root limitation, whichever is shallower, has been formulated into a set of classes. For the class sets, the depth of rooting that is assumed and the class limits that are stipulated differ among the taxonomic moisture regimes.

**Drainage class.**—This class (ch. 3) places major emphasis on the relative wetness of the soil under natural conditions as it pertains to wetness due to a water table.

**Flooding.**—This refers to inundation by flowing water. Frequency and duration classes are employed. These are described in chapter 3 (fig. 6-2).

**Free water occurrence.**—This includes the depth to, kind, and months of the year that a zone of free water is present within the soil (ch. 3).

BLM_0064671

**FIGURE 6-2**



Soil subject to flooding.

**Hydrologic soil groups.**—This is a set of classes that pertain to the relative infiltration rate of soil under conditions of maximum yearly wetness. It is assumed that the ground surface is bare and ice does not impede infiltration and transmission of water downward (ch. 3).

**Ponding.**—This refers to inundation by stagnant water. The duration and month(s) of the year that ponded water occur are recorded (ch.3).

## Particle Size Distribution

**USDA particle size classes (based on < 2mm fraction).**—This is the relative proportion by weight of the particle separate classes <2 mm in diameter (textural classes) as modified by adjectival classes based on the proportion, size, and shape of rock fragments and by the proportion of organic matter if high. The classes are defined in chapter 3. Measurement is described under 1A2, 3A, and 3B (Soil Survey Laboratory Staff, 1992).

**Fraction >250 mm (based on whole soil).**—This quantity is expressed as a weight percent and is inclusive of unattached pieces of rock up to an unspecified upper limit, but it does not exceed the size of the pedon. The rocks more than 250 mm do not affect the Unified or AASHTO classifications, but they may have a large influence on suitability for certain soil uses (ch. 3).

**Fraction 75 - 250 mm (based on whole soil).**—This quantity is expressed as a weight percent of the whole soil, inclusive to an undefined upper limit which is less than the size of the pedon. Consult chapter 3 and methods 1A2 and 3B (Soil Survey Laboratory Staff, 1992). The quantity does not affect the Unified and AASHTO placements. It may, however, have a large influence on suitability for certain uses.

**Percent passing sieve numbers 4, 10, 40, and 200 (based on < 75mm fraction).**— These quantities are the weight percent passing sieves with openings of 4.8 mm, 2.0 mm, 0.43 mm, and 0.075 mm in diameter, respectively. The quantities are expressed as a percentage of the less than 75 mm material. The percent passing the number 4 and 10 sieves may be estimated in

BLM_0064672

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 5 of 171

the field (ch. 3), or measured in the office or laboratory under methods 1A2 and 3B (Soil Survey Laboratory Staff, 1992). The material passing the 40 and 200 sieves may be measured directly in the laboratory (designation D 422-063, ASTM, 1984) or estimated from the USDA particle separate measurements made as described under 3A (Soil Survey Laboratory Staff, 1992).

**Clay (based on < 2mm fraction).**—This is the <0.002 mm material as the weight percent of the total <2 mm. The pipette method under 3A (Soil Survey Laboratory Staff, 1992) is the standard. For soils that disperse with difficulty, the clay percentage commonly is evaluated from the 1500 kPa retention under 4B (Soil Survey Laboratory Staff, 1992). Carbonate of clay size is included.

## Fabric-Related Analysis

**Moist bulk density.**—This is the oven dry weight in megagrams divided by the volume of soil in cubic meters at or near field capacity, exclusive of the weight and the volume of fragments >2 mm. Method 4A1 in (Soil Survey Laboratory Staff, 1992), the so-called clod density method, is the common laboratory reference determination.

**Shrink-swell potential.**—These are a set of classes of reversible volume change between field capacity and oven-dryness for a composition inclusive of rock fragments. Actual shrink-swell, in contrast, is dependent on the minimum water content that occurs under field conditions. The standard laboratory method 4D (Soil Survey Staff Laboratory, 1992), involves computation of the strain from the volume decrease of bulk density clods that are oven-dried from the water content at the suction selected to estimate field capacity, (fig. 6-3).

**FIGURE 6-3**



Cracks in a Vertisol.

**Available water capacity.**—This is the volume of water that should be available to plants if the soil, inclusive of rock fragments, were at field capacity. Values are expressed both as a volume fraction and as a thickness of water per thickness of soil. The standard of reference is the water retention difference under 4C (Soil Survey Laboratory Staff, 1992). Reductions are made

BLM_0064673

in the water retention difference for incomplete root ramification associated with certain taxonomic horizons and features such as fragipans, and for chemical properties indicative of root restriction such as low available calcium, and high extractable aluminum. Corrections for the osmotic effect of high salt concentrations also may be made.

**Saturated hydraulic conductivity.—**This class placement pertains to the amount of water that would move downward through a unit area of saturated in-place soil in unit time under unit hydraulic gradient (ch. 3). Estimates are based on models that relate laboratory measurements on soil cores to the interpretative soil properties and morphology (O'Neil, 1952; Baumer, 1986). The quantity has been referred to as *"permeability."*

## Engineering Classification

**Liquid limit.—**This is the water content at the change between the liquid and the plastic states. It is measured on thoroughly puddled soil material that has passed a number 40 sieve (0.43 mm) and is expressed on a dry weight basis (ASTM method D 4318-83 in **ASTM, 1984**).

**Plasticity index.—**This is the range in water content over which soil material is plastic. The value is the difference between the liquid limit and the plastic limit of thoroughly puddled soil material that has passed a number 40 sieve (0.43 mm). The *plastic limit* is the water content at the boundary between the plastic and semisolid states. The measurement of the plastic limit is described in ASTM method D 4318-83 (ASTM, 1984).

**Unified classification.—**This is a classification of soil material designed for general construction purposes. It is dependent on the particle size distribution of the <75 mm, the liquid limit, and the plasticity index and on whether the soil material is high in organic matter (ASTM test D 2487, in ASTM, 1984). There are three major divisions: mineral soil material having below 50 percent particle size <0.074 mm (pass 200 mesh), mineral soil material having 50 percent or more particle size <0.074 mm, and certain highly organic soil materials. The major divisions are subdivided into groups based on the liquid limit, plastic index, and the coarseness of the material that exceeds 0.074 mm (retained on 200 mesh).

**AASHTO classification.—**This is a classification of soil material for highway and airfield construction (Procedure M 145-73. In Am. Assoc. of State Highway and Transportation Officials, 1984). It is based on the particle size distribution of the <75 mm and on the liquid limit and the plastic index. The system separates soil materials having 35 percent or less, which is <0.074 mm, from those soil materials having over 35 percent. Each of these two divisions are subdivided into *classification groups* based on guidelines that employ particle size, liquid limit, and volume change. A *group index* may be computed based on the liquid limit and plasticity index in addition to the percent <0.074 mm. The *group index* is a numerical quantity based on a set of formulas.

## Chemical Analysis

**Calcium carbonate equivalent.—**The methods under 6E (Soil Survey Laboratory Staff, 1992) are the standard of reference.

**Cation exchange capacity.—**The methods of reference are 5A3b for soil with a pH below 5.5 and method 5A8 if the pH is 5.5 or above (Soil Survey Laboratory Staff, 1992).

**Gypsum.—**The quantity pertains to the <20 mm. The methods of reference are under 6F (Soil Survey Laboratory Staff, 1992).

BLM_0064674

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 7 of 171

**Organic matter.**—The methods of reference are under 6A (Soil Survey Laboratory Staff, 1992). Measured organic carbon is multiplied by a factor of 1.72 to obtain organic matter.

**Reaction (pH).**—The standard is the 1:1 water pH (method 8C1f, Soil Survey Laboratory Staff, 1992). For organic soil materials the pH in 0.01M CaCl2 is employed. Classes are in chapter 3.

**Salinity.**—A set of classes is employed for the concentration of dissolved salts in a water extract. The classes are expressed as electrical conductivity. The measurement of reference is made on water extracted from a saturated paste (method under 8A, Soil Survey Laboratory Staff, 1992). Units are decisiemens per meter (dS/m).

**Sodium adsorption ratio.**—This is evaluated for the water extracted from a saturated soil paste. The numerator is the concentration of water soluble sodium and the denominator is the square root of half of the sum of the concentrations of water soluble calcium and magnesium (5E, Soil Survey Laboratory Staff, 1992).

**Sulfidic materials.**—On exposure to air the pH of soil materials that contain significant sulfides becomes very low. The requirements are defined in the latest edition of the *Keys To Soil Taxonomy*. Methods for total sulfur are under 6R (Soil Survey Laboratory Staff, 1992). Direct measurement of the pH after exposure to air is also employed.

## Physical Features or Processes

**Depth to bedrock.**—This refers to the depth to fixed rock. Hard and soft bedrock are distinguished. Hard bedrock is usually *indurated* but may be *strongly cemented*, and excavation difficulty would be *very high* or *higher* (ch. 3). Soft bedrock meets the consistence requirements for *paralithic* contact (Soil Survey Staff, 1975).

**Depth to cemented pan.**—This is the depth to a pedogenic zone that is *weakly cemented* to *indurated* (ch. 3). *Thin* and *thick* classes are distinguished. The thin class is less than 8 cm thick if continuous and less than 45 cm if discontinuous or fractured. Otherwise, the thick class applies.

**Mass movement.**—Three kinds of rather large scale irreversible soil movement are recognized: *downslope movement* may occur if the soil is loaded, excavated below, or is unusually wet; *ice-melt pitting* may result from melting of ground ice after vegetative cover has been removed; and differential settling may occur related to wet-dry cycles.

**Total subsidence.**—This is the potential decrease in surface elevation as a result of drainage of wet soils having organic layers or semifluid mineral layers. The subsidence may result from several causes: loss of water and resultant consolidation; mechanical compaction; wind erosion; burning; and of particular importance for organic soils, oxidation.

**Depth to permafrost.**—The critical depth is determined by the active layer. utilities, footings, and so on are placed below the active layer. The minimum depth is affected by the depth of annual freezing. Permafrost depth may be strongly influenced by the soil cover.

**Potential frost action.**—This pertains to the likelihood of upward or lateral movement of soil by formation of ice lenses and the subsequent loss of soil strength upon thawing. Large scale collapse to form pits is excluded and considered under mass movement. Soil temperature, particle size, and the pattern of water states are used to make predictions.

BLM_0064675

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 8 of 171

## Erosion

**The K Factor.**—The factor appears in the Universal Soil Loss Equation (Wischmeier and Smith, 1978) as a relative index of susceptibility of bare, cultivated soil to particle detachment and transport by rainfall. Measurements are made on plots of standard dimensions. Erosion is adjusted to a standard of 9 percent slope. K factors are currently measured by applying simulated rainfall on freshly tilled plots. Earlier measurements integrated the erosion for the year for cultivated plots under natural rainfall. K may be computed from the composition of the soil, saturated hydraulic conductivity, and structure.

**The T Factor.**—This is the soil loss tolerance which can be used with the Universal Soil Loss Equation (Wischmeier and Smith, 1978). It is defined as the maximum rate of annual soil erosion that will permit crop productivity to be sustained economically and indefinitely. The T factors are integer values of from 1 through 5 tons per acre per year. The factor of 1 ton per acre per year is for shallow or otherwise fragile soils and 5 tons per acre per year is for deep soils that are least subject to damage by erosion.

**Wind erodibility groups.**—This is a set of classes given integer designations from 1 through 8, based on compositional properties of the surface horizon that are considered to affect susceptibility to wind erosion. Texture, presence of carbonate, and the degree of decomposition of organic soils are the major criteria. Associated with each wind erodibility group is a wind erodibility index in tons per acre per year. The *wind erodibility index* is the theoretical, long-term amount of soil lost per year through wind erosion. It is based on the assumption that the soil is bare, lacks a surface crust, occurs in an unsheltered position, and is subject to the weather at Garden City, Kansas (Woodruff and Siddoway, 1965). Tillage frequency and practices are not specified.

## Corrosivity

**Uncoated steel.**—The rating depends on texture, drainage class, extractable acidity (methods under 6H, Soil Survey Laboratory Staff, 1992), and either resistivity of a saturated soil paste or electrical conductivity of the saturation extract (methods under 8E and 8A, respectively, Soil Survey Laboratory Staff, 1992).

**Concrete.**—The ratings depend on texture, occurrence of organic horizons, pH, and the amounts of magnesium and sodium sulfate or sodium chloride in the saturation extract (methods under 8A, 8C, and 6, Soil Survey Laboratory Staff, 1992).

# Interpretative Applications

In this section the process of developing soil interpretations for land uses is discussed and the kinds of soil interpretations or groupings of soils are presented.

Soil interpretations may be developed at many levels of generalization or abstraction. Traditionally, interpretations have been developed for national application. These criteria, however, may be too general for applications at the local or regional levels. The national criteria, however, may be the basis from which to narrow limits or add further criteria for the local situation.

The process of developing interpretations for a specific land use follows a scientific method as do other processes in a soil survey. The soil scientist or group preparing the criteria reviews the literature, interviews experts, makes observations of soil performance under the specific use,

BLM_0064676

develops a set of criteria using the basic soil properties, tests the criteria, and finally adopts the system. The process rarely becomes static. As new technologies become available, the criteria must be reevaluated.

Soil interpretations are a paradigm of how soils respond for a specific use. They are models that use a set of rules or criteria that are based on, or fed by, the basic soil properties, modeled properties, or classes of properties. In some cases it may be necessary to model a subset or intermediate interpretation to evaluate potential frost action, corrosivity, or potential for mass movement.

The interpretations are most often developed in response to user needs, thus the development process must include input from the user and professionals from other disciplines. User feedback is crucial in the iterative process of refining a specific interpretation.

**Example.**—Table 6-1 contains the criteria for interpreting soils for septic tank filter fields.

**Table 6-1.  Interpretive Soil Properties and Limitation Classes for Septic Tank Soil Absorption Suitability**

| Interpretive Soil Property | Limitation Class | | |
|---|---|---|---|
| | Slight | Moderate | Severe |
| Total Subsidence (cm) | -- | -- | > 60 |
| Flooding | None | Rare | Common |
| Bedrock Depth (m) | > 1.8 | 1-1.8 | < 1 |
| Cemented Pan Depth (m) | > 1.8 | 1-1.8 | < 1 |
| Free Water Occurrence (m) | > 1.8 | 1-1.8 | < 1 |
| Saturated Hydraulic Conductivity (µm/s) | | | |
|    Minimum 0.6 to 1.5 m [a/] | 10-40 | 4-10 | < 4 |
|    Maximum 0.6 to 1 m [a/] | | | > 40 |
| Slope (Pct) | < 8 | 8-15 | > 15 |
| Fragments > 75 mm [b/] | < 25 | 25-50 | > 50 |
| Downslope Movement | | | [c/] |
| Ice Melt Pitting | | | [c/] |
| Permafrost | | | [d/] |

[a/] 0.6 to 1.5 m pertains to percolation rate; 0.6 to 1 m pertains to filtration capacity
[b/] Weighted average to 1 m.
[c/] Rate severe if occurs.
[d/] Rate severe if occurs above a variable critical depth (see discussion of the interpretive soil property).

Table 6-2 illustrates how the criteria are applied to the map unit of Sharpsburg soils in the appendix. These tables are used to illustrate the process of developing an interpretation. (N.B.: The classes of hydraulic conductivity are those used currently in interpretations and are not coincident with the new class limits given in ch. 3.)

| Table 6-2. | Values of applicable interpretive properties for septic tank suitability for Sharpsburg silty clay loam, 5 to 9 percent slopes; Soil Survey of Lancaster County, Nebraska, (Brown et al., 1980). | | | | |
|---|---|---|---|---|---|
| **Property** | **Limitation Class** | | | | **Values** |
| | **Slight** | **Moderate** | **Severe** | | |
| Flooding | X | | | | None |
| Bedrock Depth | X | | | | >1.8 m |
| Free Water Occurrence | X | | | | >1.8 m |
| Saturated Hydraulic Conductivity | | | | | |
|    Minimum 0.6 to 1.5 m | | | X | | 1-4 µm/s |
|    Maximum 0.6 to 1 m | X | | | | 1-4 µm/s |
| Slope | | X | | | 5-9 |
| Fragments > 75 mm | X | | | | trace |

The soil scientist or group of individuals developing an interpretation first determine a list of soil properties that are known, or are thought to be, important for septic tank filter fields. Depth to water table, permeability, depth to bedrock, depth to cemented pan, depth to permafrost, slope, flooding, ponding, susceptibility to downslope movement, and susceptibility to pitting are considered important properties in this case. After determining the list of soil properties, the soil scientist or group of individuals develop limits for each property and each class (slight, moderate, severe). This iterative phase is often the most difficult. The initial set of criteria is tested in different areas of the country using a wide array of soil conditions. Results of the tests may require adjustments to the criteria and retesting. Once the limits are set they may be arrayed in the table according to degree of severity or importance.

**Testing and reevaluation.**—The interpretative paradigm is under continuous scrutiny by user feedback, ranging from local homeowners' associations and units of government to national environmental agencies and organizations. Soil scientists continue the testing of interpretations through observations and discussions with local user groups during the soil survey process.

## National Inventory Groupings

Technical soil groupings have been developed as criteria for the application of national legislation concerned with the environment and with agricultural commodity production. Groupings may pertain to agricultural productivity and diversity, erosion potential, surface and ground water quality, maintenance of wetlands, or other groups to meet national needs. Four national groupings are described as examples: *prime farmlands, unique farmlands, hydric soils,* and *highly erodible lands.* Specific criteria in the *National Soils Handbook* may be studied to demonstrate how various taxonomic and nontaxonomic map unit criteria, coupled with interpretative soil properties, have been employed to construct definitions for national inventory purposes.

BLM_0064678

**Prime farmland.** This is land that has the best combination of physical and chemical characteristics for producing food, feed, forage, fiber, and oilseed crops. It must also be available for these uses. It has the soil quality, growing season, and moisture supply needed to produce economically sustained high yields of crops when treated and managed according to acceptable farming methods, including water management. In general, prime farmlands have an adequate and dependable water supply from precipitation or irrigation, a favorable temperature and growing season, acceptable acidity or alkalinity, acceptable salt and sodium content, and few or no rocks. They are permeable to water and air. Prime farmlands are not excessively erodible or saturated with water for a long period of time, and they either do not flood frequently or are protected from flooding.

**Unique farmland.** This is land other than prime farmland that is used for the production of specific high value food and fiber crops. It has the special combination of soil quality, location, growing season, and moisture supply needed to produce economically sustained high quality and/or high yields of a specific crop when treated and managed according to acceptable farming methods. Examples of crops are tree nuts, olives, cranberries, citruses and other fruits, and vegetables.

**Hydric soils.** These are soils that are saturated, flooded, or ponded long enough during the growing season to develop anaerobic conditions in the upper part. They make up part of the criteria for the identification of wetlands.

**Highly erodible land.** These lands have been defined in order to identify areas on which erosion control efforts should be concentrated. The definition is based on Erosion Indexes derived from certain variables of the Universal Soil Loss Equation (Wischmeier and Smith, 1978) and the Wind Erosion Equation (Woodruff and Siddoway, 1965). The indexes are the quotient of tons of soil loss by erosion predicted for bare ground divided by the sustainable soil loss (T factor).

## Land-Use Planning

Land-use planning is the formulation of policies and programs for guiding public and private land use in areas of any size where different uses compete for land. The word "land" in this context implies attributes of place and other factors besides soil. Planners must consider place, size of area, relation to markets, social and economic development, skill of the land users, and other factors. Soil surveys can help in land-use planning by serving as an introduction to the soil resources of the area and by providing a source of information for the evaluation of the environmental and economic effects of proposed land uses. Soil surveys can be interpreted for land-use planning through groupings or ratings of soils according to their limitations, suitabilities, and potentials for specified uses.

**Local planning.**—Local government units such as those of cities, towns, and counties do local planning. The planning applies to complexes of farms and ranches, to housing developments, shopping centers, industrial parks, and to entire communities or political units.

Local planners use interpretations of soils and other information to develop recommendations on alternatives for land use, patterns of services, and public facilities. Planners may need interpretative maps at different scales depending on the objective. Interpretations of small areas for local planning rate limitations, identify management or treatment needs, and

predict performance and potential of individual kinds of soils identified on detailed soil survey maps. Interpretations of areas that include entire governmental units evaluate the soils for all competing uses within the planning area. These maps are smaller in scale, and the units are associations of soil series or of higher taxa. Local planners commonly need ratings of the whole association for alternative uses. Special maps showing the location of areas having similar potentials or limitations for certain uses may be helpful for planners. Information about the amounts and patterns of soils having different potentials within each association can be given in tables or in the text of a soil survey report.

**Regional Planning.**—Certain problems pertain to areas that cover several political units. For these situations, regional planning is appropriate. The principal functions of regional planning are the collection, analysis, and dissemination of planning and engineering information, preparation of long-range plans, and coordination among the agencies involved.

Most soil maps for regional planning are small scale maps generalized from detailed soil survey maps. Soil interpretations show the differences between the map units in terms of suitabilities and limitations for the principal competing uses. The distribution of map units having similar behavior for a given use are commonly shown on special maps. An accompanying text describes the units, explains the basis for the ratings, and may also describe the effect of the pattern of associated soils on the use of specific parcels. Regional planners commonly need more specific information about the suitability of small parcels than can be obtained from generalized soil maps. For example, they may find an area that is generally good for recreation, but they also need to know that a potential site for a reservoir has soils suitable for storing water before the regional plan can be completed.

## Farmland

Soil surveys in agricultural areas identify the soil characteristics that determine the suitability and potential of soils for farming. Interpretations for farming involve placement of the soils in management groups (land capability system) and identification of the important soil properties that pertain to crop production, application of conservation practices, and other aspects of agriculture. The other aspects of agriculture include yield potential, susceptibility to erosion, depth to layers that restrict roots, available water capacity, saturated hydraulic conductivity, the annual pattern of soil-water states (including soil drainage class, inundation, and free water occurrence), qualities that describe tilth, limitations to use of equipment (including slope gradient and complexity, rock fragments, outcrops of bedrock, and extremes in consistence), salinity and sodium adsorption ratio, presence of toxic substances, deficiency of plant nutrients, capacity to retain and release plant nutrients, capacity to retain soluble substances that may cause pollution of ground water, capacity to absorb or deactivate pesticides, and pH as related to plant growth and the need for liming.

The fate of added nutrients and pesticides, as related to farm management and cropping systems, is an important consideration in nonpoint water pollution. The identification of critical soil properties as related to resource management systems is crucial in the wise use of the land. The *Land Capability System* shows the suitability of soils for agricultural uses (Klingebiel and Montgomery, 1961). The system classifies soils for mechanized production of the more commonly cultivated field crops—corn, small grains, cotton, hay, potatoes, and field-grown vegetables. It does not apply directly to farming systems that produce crops, such as some fruits and nuts that require little cultivation, or to crops that are flooded, such as rice and cranberries. It

also cannot be used for farming systems that depend on primitive implements and extensive hand labor.

Soil productivity is the output of a specified plant or group of plants under a defined set of management practices. It is the single most important evaluation for farming. In general, if irrigation is an optional practice, yields are given with and without irrigation. Productivity can be expressed in quantity of a product per unit land area, such as kilograms or metric tons per hectare. For pasture, productivity can be expressed as the carrying capacity of standard animal units per unit area per season or year—or as live-weight gain. Productivity may be expressed as a rating or index related to either optimum or minimum yields, or it may be indexed to a set of soil qualities (properties) that relate to potential productivity. Productivity indices have the advantage of being less vulnerable to changes in technology than are expressions of productivity based on yields.

Productivity ratings express the predicted yields of specified crops under defined management as percentages of standard yields. They are calculated as follows:

$$\text{Productivity rating} = \frac{\text{predicted yield per unit area} \times 100}{\text{standard yield per unit area}}$$

Such a rating provides a scale for comparing the productivity of different kinds of soils over large areas. Ratings lend themselves to numerical treatment. Productivity ratings permit comparison of the productivity of crops having yields that differ markedly in numerical values. For example, a certain soil has a yield of corn for silage of 60,000 kg/ha and of 9,000 kg/ha for grain corn. These entities represent similar levels of production so the productivity ratings would be similar. Selection of the standard yield of a crop depends on the purpose of the rating. For national comparison, the standard yields should be for a high level of management on the best soils of the region for the crop. If potential production is of interest, yields under the best combination of practices are used.

Productivity ratings for individual crops can be combined to obtain a general rating for the soil over its area of occurrence. The individual ratings are weighted by the fraction of the area occupied by each crop, and a weighted average is calculated that characterizes the general productivity of the soil.

Productivity indices tied to soil properties are used as a relative ranking of soils. Soil properties important to favorable rooting depth and available water capacity normally are chosen. Some productivity models rely on a few critical soil properties such as pH and bulk density to rate soils (Kiniry et al., 1983). The EPIC model is a comprehensive productivity calculator that integrates many soil and climatic processes (Williams et al., 1989). Giving a relative ranking to soils, as well as calculating the impact of cropping systems on soil erosion and productivity, is worthwhile.

The soil fertility capability classification (FCC) system is a technical Soil Classification system that focuses quantitatively on the physical and chemical properties of the soil that are important to fertility management (Sanchez et al., 1982). Information required by the system is obtained from pedon descriptions and associated field data, laboratory characterization data, and *Soil Taxonomy*. The system is applicable to upland and wetland rice crops, pasture, forestry, and agroforestry needs under high- or low-input systems. The system does not rank soil, but rather it states the soil properties important to management decisions which will differ by crop type and

BLM_0064681

management system. The system provides management statements for the classified soil and lists the general adaptability of various crops.

Resiliency of soils is an interpretation that relates to the ability of a soil to rebound from depletion of plant nutrients or organic matter or to rebound from the degradation of physical or chemical properties. The resiliency ratings are based on estimates of the natural fertility of the soil, available water capacity, favorable rooting depth, particle size distribution, and distribution of salts in the profile, if present. Resiliency ratings are important in evaluating alternative management systems that are based on lower chemical inputs. Traditional practices that use high inputs of chemical fertilizers and pesticides often mask properties of the soils that are important to crop production. Resiliency of soils is also important in evaluating long-term affects of management systems on soils.

## Rangeland

Rangeland has a native vegetation of grasses, grasslike plants, forbs, and shrubs. In many areas, introduced forage species are also managed as rangeland. The vegetation is suitable for grazing and browsing by animals. Rangeland includes natural grasslands, savannahs, many wetlands and deserts, tundra, and certain shrub and forb communities. Soil-range site correlation within a soil survey gives the suitability of the soil to produce various kinds, proportions, and amounts of plants (fig. 6-4). This knowledge is important in developing management alternatives needed to maintain site productivity. Rangeland interpretations are given as range sites.



FIGURE 6-4

Two range sites on different soils.

Range sites are ecological subdivisions into which rangeland is divided for study, evaluation, and management. A range site is, therefore, a distinctive kind of rangeland that differs from other kinds of rangeland in its ability to produce a characteristic natural plant community. It is typified by an association of plant species that differs from that of other range sites in the kind or proportion of species or in total annual production. The natural plant community, in the presence of natural disturbances—fire, insects, drought—and the absence of

BLM_0064682

Case No. 1:20-cv-02484-MSK Document 47-11 filed 04/28/21 USDC Colorado pg 15 of 171

abnormal disturbances and physical site deterioration, is the climax plant community for the range site.

A range-site description commonly contains the following information:

1. Landscape factors that describe the geographic location, physiography, and associated stream and nonstream water features of the site;

2. Climate factors that consider the soil moisture and temperature regimes, ambient climate, and moisture and temperature distribution patterns;

3. Soil factors that are most important in developing soil-vegetation relationships and that affect plant growth—the major soil families, geologic formation, features of the soil surface, surface horizon and texture, soil depth, major root zone thickness and its available water capacity, kind and amount of accumulations, profile rock fragments, reaction, salinity, sodicity, soil-water states, water table, and flooding;

4. Vegetation factors that describe the various kinds of tree, shrub, forb, grass, and grasslike, components of the plant community:

   *The vegetative factors are the percent of cover and the composition and production of the plant community. Percent composition is expressed as a range of percent for each plant species identified by air-dry weight. Production is the total annual yield of air-dry forage, expressed as a range of values that reflect long-term weather variations. Yields are usually based on measured values;*

5. Species list of wildlife that are associated with the site or are expected to use the site in the climax situation and will directly influence plant community dynamics;

6. Community dynamics that describe known or expected time relationships attributed to natural disturbances—periods between wild fires, cyclic insect infestations, or other disturbances to the composition of the plant community;

7. Site interpretations that give the potential importance of the site for each of its major uses and the feasibility of restoring depleted areas by seeding suitable species.

8. Listing of soils grouped into the site by soil survey area, map unit symbol, and soil name and phase.

## Forest land

Forest land is dominated by native or introduced trees with an understory that consists of many kinds of woody plants, forbs, grasses, mosses, and lichens. Some forest communities produce, at least occasionally, enough understory vegetation suitable for forage to permit grazing.

Soil-forest site correlation within a soil survey gives the suitability of the soil to produce wood products. If forest land is important in a soil survey, the estimated productivity of the common trees is given for each individual soil. The understory vegetation is described at the expected canopy density most representative of forest stands having a normal production of wood. Determination of the soil productivity for forest products requires close collaboration between foresters and soil scientists.

Wood production or yield is commonly expressed as the *site index* or as some other measure of the volume of wood produced annually. Site index is the average height of dominant and

BLM_0064683

codominant trees of a given species at a designated age. Measurements of site index are usually extended to a number of like soils where data are unavailable. The site index is correlated to each soil and may be further interpreted in terms of cubic meters per hectare.

Soils may be grouped using the *ordination system*. The symbols that make up the system indicate productivity potential and the major limitations for the use and management of individual soils or groups of like soils. The first part of the ordination symbol is the class designator. This is a number that denotes potential productivity in terms of the nearest whole cubic meter of the wood growth per hectare per year for the soil based on the site index of an indicator tree species. For a number of species, data are available for converting site index to average annual wood growth. The second part of the ordination symbol, or subclass, indicates soil or physiographic characteristics that limit management—stoniness or rockiness, wetness, or restricted rooting depth. A third component of the ordination symbol, or *group*, is sometimes employed to distinguish groups of soils that respond similarly to management. When the group symbol is used, soils that have about the same potential productivity are capable of producing similar kinds of trees and understory vegetation and have similar management needs.

Soils may be rated for such factors as susceptibility to mechanical compaction or displacement during forestry operations, limitations that result from burning, hazards from soil-borne pests and diseases and limitations imposed by specific soil properties such as wetness. The management of trees begins with an understanding of the soil on which the trees grow or are to be grown. Soil surveys include information that can be used effectively in the management of forest land; for example,

**Erosion hazard**. This is the probability that erosion damage may occur as a result of site preparation and the aftermath of cutting operations, fires, and overgrazing.

**Equipment limitations**. These are limits on the use of equipment either seasonally or year-round due to soil characteristics such as slope, surface rock fragments, wetness, and surface soil texture.

**Seedling mortality**. This rating considers soil properties that contribute to the mortality of naturally occurring or planted tree seedlings such as droughtiness, drainage class, and slope-aspect. It does not consider plant competition.

**Windthrow hazard**. This is based on soil properties that affect the likelihood of trees being uprooted by wind as a result of insufficient depth of the soil to give adequate root anchorage. Depth of the soil may be affected by a fragipan, bedrock, gravel, or a high water table. Differences in root systems related to tree species are not considered. The rating is usually independent of the probability of high winds unless the soil is typically on landscape positions susceptible to high winds.

**Plant competition**. This is the likelihood of invasion or growth of undesirable plants in openings in the tree canopy. Soil properties such as depth to the seasonal water table and available water capacity have the most affect on natural regeneration or suppression of the more desirable plant species.

**Trees to plant**. This is a list of one or more adapted species for producing tree crops.

BLM_0064684

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 17 of 171

## Windbreaks

Windbreaks are made up of one or more rows of trees or shrubs. Well-placed windbreaks of suitable species will protect soil resources, control snow deposition, conserve moisture and energy, beautify an area, provide wildlife habitat, and protect homes, crops, and livestock. The plant species used in windbreaks are not necessarily indigenous to the areas that are planted. Each tree or shrub species has certain climatic and physiographic limits and, within these limitations, a particular species may be well or poorly suited because of soil characteristics. Correlation of soil properties and adaptable windbreak species, therefore, is essential.

A listing of adaptable species is given for each kind of soil where windbreaks will serve a useful purpose—such as open field-planting, interplanting in existing woodland, and for environmental modifications like wind or water barriers and wildlife habitat. The plant species identified for these purposes are stratified by height classes at twenty years of age.

## Recreation

Interpretations in heavily populated areas are made for golf fairways, picnic sites, and playgrounds; in sparsely populated areas for paths, trails, and campsites. Interpretations for ski slopes and snowmobile trails are made in some places. Ratings are usually made on the basis of restrictive soil interpretative properties such as slope, occurrence of internal free water, and texture of surface horizons.

Interpretations for recreation must be applied cautiously. Many recreational areas in the United States have only Order 3 or more general soil surveys. Map units for such soil surveys are commonly associations or complexes of soils that may differ markedly in their limitations and suitabilities. Furthermore, general suitability of the map unit must take into consideration not only the qualities of the individual kinds of soil but also the soil pattern and potential interactions. Suitability may depend on a combination of several kinds of soil in a pattern appropriate to the intended use. Finally, factors other than soils are important in recreational planning. Aesthetic considerations, location, accessibility, land values, access to water and to public sewer lines, presence of potential impoundment sites, and location relative to existing facilities may be important even though none of these factors is evaluated for map units.

## Wildlife Habitat

Soils influence wildlife primarily through control over the vegetation. Description of the soil as wildlife habitat has two parts. In one part, the suitability class for different vegetation groups is recorded. These vegetation groups are called habitat elements. Each habitat element is a potential component of the environment of wildlife. Hardwood trees and shallow water areas are examples of habitat elements. In the other part of the description, soils are rated separately for several kinds of wildlife, including animals adapted to openland, woodland, wetland, and rangeland (fig. 6-5). Current land use and existing vegetation are not considered, because these factors are subject to change and cannot be determined from a soil map. Wildlife population is also disregarded because of the mobility of wildlife and the possibility of a changing population over the year. The ratings show where management for wildlife can be applied most effectively and which practices are appropriate. The ratings may also show why certain objectives may not be feasible; for example, the production of pheasants. Some soil surveys include explicit management recommendations. These may be particularly

BLM_0064685

**FIGURE 6-5**



Ducks in a rice field

## Construction Materials

Soil survey interpretations estimate suitability of the soil as construction material and show where to locate material that can be mined. Material that compacts readily and has high strength and low shrink-swell potential is preferred as base material under roads and foundations. Gravel and sand are used for concrete, road surfacing, filters in drainage fields, and other uses. Organic soil material is used widely as horticultural mulch, potting soil, and soil conditioner. Mineral soil material of good physical condition, is generally rich in organic matter and is applied to lawns, gardens, roadbanks, and the like. Soils can be rated as probable sources of these materials. The quality of a particular site, however, usually cannot be specified.

## Building Sites

Interpretations are made for the construction of small buildings; for the installation of roads, streets, and utilities; and for the establishment of lawns and the landscaping of the grounds around the building. Such soil uses involve high capital expenditures in relatively small areas. Usually, onsite evaluation is necessary.

Soil survey interpretations are useful for comparing alternative sites, in planning onsite investigations and testing, and in land-use planning. Soil maps can assist in selecting building sites that are near areas suitable for utilities, parks, and other needs.

The preparation of building sites may alter soil properties markedly. To this extent, some interpretative soil properties for the undisturbed sites must be applied cautiously. Upper horizons may have been removed and locally translocated, which might either increase or decrease the depth to horizons important to behavior. The pattern of soil-water states may be changed. Areas may have been drained and, therefore, are not as wet as indicated. On the other hand, irrigation may be employed to establish and maintain vegetation leading to a more moist soil and possible deep movement of water. Pavements, roofs, and certain other aspects of construction increase runoff and may cause inundation at lower elevations where the soil survey does not indicate such a hazard.

**Building construction:** Construction and maintenance of buildings belongs primarily to architecture and engineering. Additionally, large multistory structures are generally supported by footings placed below the depth of soil survey examination. Soil survey interpretations are not, therefore, a definitive source of information for building construction. Important interpretive soil properties for small buildings and accessory installations such as roads and utilities include slope, inundation, mass movement, potential frost action, depth to bedrock and to cemented pans, shrink-swell, rock fragments >75 mm, erodibility, subsidence, and soil strength (fig. 6-6).

FIGURE 6-6



Damaged house.

**Roads, streets, and utilities:** The performance of local roads and streets, parking lots, and similar structures is often directly related to the performance of the underlying soil, (fig. 6-7). Pipelines and conduits are commonly buried in soil at shallow depth. The properties of the soil may affect cost of installation and rate of corrosion. Soil material is used directly as topsoil, roadfill, and aggregate for concrete. Soil interpretations can predict some

FIGURE 6-7



Damaged sidewalk.

BLM_0064687

suitabilities and limitations of different kinds of soil for these uses, although soil interpretations cannot predict performance of highways, major streets, and similar structures. For such construction, onsite testing is necessary. Use of soil surveys information, however, may reduce the number of borings and engineering tests.

Soil information in conjunction with engineering testing can identify those soils that can be stabilized in place for a road base and establish where gravel or crushed stone will be needed. Soil surveys can be helpful in deciding methods of stabilizing cuts and fills. Soil properties may affect the cost of installation and length of service of buried pipelines and conduits. Shallow bedrock, for instance, greatly increases the cost of installation. Rate of corrosion is related to wetness, electrical conductivity, acidity, and aeration (fig. 6-8). Differences in properties between adjacent horizons, including aeration, enhances corrosion in some soils. Soil properties affect the cathodic protection provided by sacrificial metal buried with pipes. Rock fragments can break protective coatings on pipes. Shrinking and swelling of some soils may preclude the use of certain kinds of utility pipe.

**FIGURE 6-8**



Corrosion of buried pipe.

Soil survey interpretations may be particularly useful in the prediction of problems likely to be encountered along proposed routes. Hydrologic information and other data combined with interpretative soil properties, such as the hydrologic group, can be helpful for the estimation of potential runoff for design of culverts and bridges. The probability of bedrock and unstable soils that require removal or special treatment can be determined from soil surveys.

**Lawns and landscaping:** Soil survey interpretations give general information about planning, planting and maintaining grounds, parks, and similar areas. Particularly important is the suitability of the soil for turf, ornamental trees and shrubs, the ability to withstand trampling and traffic, the suitability for driveways and other surfaced areas, and the ability to resist erosion. A number of soil chemical properties may be critical, especially for new plantings. Interpretations for particular plants and the treatments for a specific site require other disciplines.

Many lawn and ornamental plantings are made in leveled areas on exposed subsoil or substratum or on excavated material that has been spread over the ground. Interpretations can be made as to the suitability of such soil materials for lawns and other plantings, the

BLM_0064688

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 21 of 171

amount of topsoil that is necessary, and other treatments required for satisfactory establishment of vegetation. Highway departments use soil interpretations to establish and maintain plantings on subsoil material in rights-of-way.

## Waste Disposal

Waste disposal is divided on the basis of whether the practice places the waste in a relatively small area or distributes the waste at low rates over larger areas of soil.

**Localized placement**. Waste in this context includes a wide range of material from household effluent, through solid waste, to industrial wastes of various kinds. Effluent from septic tanks is distributed in filter fields. Liquid wastes are stored and treated in lagoons constructed in soil material. Solid wastes are deposited in sanitary landfills and covered with soil material.

The criteria for septic tank absorption fields is given in table 6-1. Extremes in saturated hydraulic conductivity and free water at a shallow depth limit the use of soil for septic tank absorption fields. Sewage lagoons require a minimum saturated hydraulic conductivity to prevent rapid seepage of the water, a slope within certain limits, and slight or no possibility of inundation or the occurrence of free water at shallow depths.

Soils are used to dispose of solid wastes in landfills, either in trenches or in successive layers on the ground surface. For trench disposal, properties that relate to the feasibility of digging the trench—depth to bedrock, slope—and factors that pertain to the likelihood of pollution of ground water—shallow zone of free water, inundation occurrence, and moderate and high saturated hydraulic conductivity—have particular importance. For disposal on the soil surface, saturated hydraulic conductivity, slope, and inundation occurrence are important.

**Low-intensity distribution.** Soil is used to render safe, either solid or liquid, waste that is spread on the ground surface or injected into the soil. Manures, sewage sludge, and various solids and waste waters are included, the latter particularly from factories that process farm products. In general, the physical process of distribution of the waste is limited by steep slopes, rock fragments > 75 mm and rock outcrops, and wetness. The rate at which wastes can be applied without contamination to ground water or surface water is called *loading capacity.* Low infiltration values limit the rate at which liquid wastes can be absorbed by the soil. Similarly, low saturated hydraulic conductivity through most of the upper meter limits the rate at which liquid wastes can be injected. Shallow depth of a hardpan or bedrock or coarse particle size reduces the amount of liquid waste that a soil can absorb in a given period. The time that wastes can be applied is reduced by the soil being frozen or having free water at shallow depths. Low soil temperatures reduce the rate at which the soil can degrade the material microbiologically.

Soils differ in their capacity to retain pollutants until deactivated or used by plants. Highly pervious soils may permit movement of nitrates to ground water. Similarly, saturated or frozen soils allow runoff to carry phosphates absorbed on soil particles or in waste deposited on the soil directly to streams without entering the soil. Soils that combine a limited capacity to retain water above slowly permeable layers and a seasonal water excess may allow water that is carrying pollutants to move laterally at shallow depths. Such water may enter streams directly.

BLM_0064689

Large quantities of waste may change the soil. Heavy loading with liquid waste may reduce the oxygen supply so that yields of certain crops are depressed. On the other hand, heavy loadings can provide beneficial irrigation and fertilization for other kinds of soil and crop combinations. Animal wastes improve most soils, but the effects differ according to the kind of soil.

The first step in making interpretations of soils for disposal of wastes is usually to determine how disposal systems for each kind of waste have performed on specific kinds of soil in the area. Experience may have been acquired in practical operations or by research. Soil scientists and specialists in other disciplines determine what properties are critical and how to appraise the effects of the properties. Limiting values of critical properties can be determined through experience and may be used in making interpretations where data on soil performance are scarce or lacking.

## Water Management

Water management in this context is concerned with the construction of relatively small or medium impoundments, control of waterways of moderate size, installation of drainage and irrigation systems, and control of surface runoff for erosion reduction. These activities may involve large capital expenditures. Onsite evaluation commonly should be conducted, particularly of soil properties at depth. The usual Order 2 or Order 3 soil survey can be helpful in the evaluation of alternative sites, but onsite investigations are required to design engineered projects.

**Ponds and reservoirs.** Soil information is used in predicting the suitability of soils for ponds and reservoir areas. Impoundments contained by earthen dikes and fed by surface water have somewhat different soil requirements than those that are excavated and fed by ground water. Separate interpretations are commonly made.

Seepage potential of the soil, as determined by the minimum saturated hydraulic conductivity and the depth to pervious soil material, is an important factor for design of ponds and reservoirs. Slope also is of importance because it affects capacity of the reservoir. The *hydrologic group* of the soil (ch. 3) pertains to the prediction of runoff into a pond or reservoir.

**Embankments, dikes, and levees.** These are raised structures made of disturbed soil material constructed to impound water or to protect land from inundation. The soils are evaluated as sources of material for the construction. Particle size distribution and placement in the Unified system are important considerations. The interpretations do not consider whether the soil in place can support the structure. Performance and safety may require onsite investigation to depths greater than are usual in a soil survey.

**Irrigation.** Important considerations for the design of irrigation systems are feasible water application rates, ease of land leveling and the resultant effect on the soils, possibility of erosion by irrigation water, physical obstructions to use of equipment, and susceptibility to flooding. To meet these considerations, an Order 1 soil survey may be needed to include both deeper than customary observations and measurements of infiltration rates. Soil properties that may be the basis for the interpretations are saturated hydraulic conductivity, available water capacity, erodibility, slope, stoniness, effective rooting depth, salinity,

BLM_0064690

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 23 of 171

sodium adsorption ratio (SAR), gypsum, and properties that may affect the level of response of crops (fig. 6-9).

**FIGURE 6-9**



Irrigation of grain sorghum.

Interpretations for irrigation in arid and semiarid regions may be more complex than for humid regions, because irrigation changes the soil-water regime more in arid and semiarid areas. Salinity and the SAR of the soils can be particularly significant, as can the quality of the irrigation water. In arid and semiarid areas, small differences in slope and elevation can lead to an accumulation of salt-laden drainage water in low places or the creation of a high water table if a proper drainage system is not provided.

**Drainage.** The term refers to the removal of excess water from soils for reclamation or alteration. Drainage construction criteria are established by engineers. The criteria include spacing and depth of subsurface drains, depth and width of open ditches and their side slopes, and allowable gradient. Properties of soils important to drainage include water transmission, soil depth, soil chemistry, potential frost action, slope, and presence of rock fragments greater than 75 mm.

## Areal Application of Interpretations

The objective of most soil surveys is to provide interpretations for areas delineated on soil maps. This section considers the relationship of interpretations to map unit terminology and conventions, the interpretative basis of map unit design, and the uncertainty of interpretative predictions for specific areas within the map unit.

### Map Units

The purpose of this section is to consider the relationships between the terminology and conventions employed to define and describe map units (ch. 2) and soil interpretations. The components of map units are the entities for which interpretations are provided. The application of interpretative information to areas of land must be through map unit descriptions and depends on an understanding of the map unit concept as it applies to interpretations.

BLM_0064691

**Consociations, Associations, and Complexes.**—For map units that are consociations, the interpretations pertain to a single, named soil and are applicable throughout the delineation. For *associations* and *complexes* the map unit is named for more than one component. For these kinds of map units the interpretations may be given for each named component or may be given for the map unit as a whole, depending on the objective. Information is commonly provided in the description of the map unit about the geographic occurrence of the named components of the map unit on the landscape. From this information, interpretations for each of the named components of the map unit may be applied to the portion of the landscape on which it occurs. Such an application requires, however, additional information beyond what the soil map alone can provide. The illustrative map unit of Bakeoven and Condon soils (app. I) is a complex of two phases of different soil series. The interpretations are applicable to each of the two phases considered separately. To apply these different interpretations separately requires knowledge of the location of each soil within the map unit delineation. The map unit description will provide information as to the location and extent of each named component of the map unit.

Map units differ in specificity of the named soils and hence in the broadness of the ranges for various interpretive soil properties. Phases of soil series, for example, are more specific soil concepts than are phases of a higher categorical level. Consequently, in general, the interpretative information for a phase of a soil series has narrower ranges.

**Similar Soils.**—These are soils that differ so little from the named soil in the map unit that there are no important differences in interpretations. These soils are not named components in the map unit. Recognition is limited to a brief description of the feature or features by which the soil in question differs from the soils in the map unit named. The following statement from the map unit of Sharpsburg soils (app.I) illustrates the point: —In places, the upper part of the material is silty clay. In a few areas, the underlying material contains a few lime concentrations."

**Dissimilar Soils.**—Map units are permitted to have certain proportions of included soils that differ sufficiently from the named soil to affect major interpretations. These soils are referred to as *dissimilar* (ch. 2). Usually the dissimilarities are such that the soils behave differently. Dissimilar soils are named in the map unit description if they are part of the name of another map unit in the soil survey area. Otherwise, the dissimilar soil is briefly described in a generic fashion: —medium-textured soil with bedrock at less than 50 cm.— Location of the dissimilar soils relative to landscape position may be given. Inferences as to the influence of the dissimilar soils on behavior of the map unit may be obtained from their interpretative properties and their location in the landscape. The map unit descriptions may state how the dissimilar soils affect soil behavior. Tabular soil properties and related interpretations do not include properties and interpretations of dissimilar soils. Yield estimates are, in principle, influenced by the occurrence of dissimilar soils if based on field-scale measurement; however, if yields are significantly affected, the —dissimilar— soil would likely be a named component of the map unit.

For map units that are *consociations*, the interpretations pertain to a single, named soil and soils similar to the named soil. Thus, they have a higher possibility of being applicable throughout the delineation than map units named by more than one taxon. For *associations* and *complexes*, map units with more than one component, the possibility of different kinds of interpretations are higher than consociations unless the soils are similar. In these units the interpretations may have to be presented on a probability or possibility basis. Where the soils are related to specific landforms or parts of land forms, interpretations can be related to soils and landforms.

BLM_0064692

## Areal Extension of Interpretations

This may be accomplished by interpreting phases of soil series, as has been historically done, or by modifying the interpretative criteria or models to include the probability of occurrence of properties that affect a certain use. Both of the descriptive approaches that follow require the use of geographic information systems and computer technology to perform the necessary calculations and projections of soil properties areally.

- Phases of soil series have been the principal vehicle to make soil interpretations. Interpretations for the phases of soil series can be extended to map units if adequate information is available to predict the composition of the map delineation. Information on the composition of a map unit and its delineations and a measure of reliability is required. This includes information on composition and properties for included soil series or taxa in a delineation. Interpretations may then be presented in a set of probability statements such as the area has a 60-percent chance of severe limitations for septic tank filter fields because of free water at depths of less than 50 cm. These interpretations could be subdivided further if information is available for soils and landforms in the mapped area. For example, there is a 30-percent chance of moderate limitations on slight rises or knolls for septic tank filter fields because of free water at depths of 50 to 100 cm and a 90-percent change of severe limitations in swales due to free water at depths of less than 50 cm.

- Probabilities for soil properties require that criteria be developed for interpretations that are based on probabilities for occurrence of a limitation. Instead of a criterion that places a severe limitation on soil depth if depth is less than 50 cm, for example, a criterion might be constructed to place a severe limitation if more than 75 percent of an area has soil depth less than 50 cm. In the application of the interpretative model, information on the distribution of basic soil properties is needed for map units and their delineations. Using the data on composition of phases of soil series in a map unit, information on soil properties could be projected from properties of the phase of a soil series.

- Information on the basic soil properties within a map delineation could be collected using a statistical sampling scheme. To do so would require a more intensive field sampling scheme than if properties are projected based on phases of soil taxa and may be feasible for surveys done at a very large scale.

Information presented on a probability basis is essential if risk assessment procedures are to be employed in the interpretation of soils for specific land uses. Coupled with a climatic data base, a probability base presents a powerful method from which to predict soil responses and to develop resource management scenarios.

## Areal Generalization

The level of generalization for the application of soil maps and the soil attribute information in soil surveys depends on the scale of the soil map, the taxonomic level used to define the map units, and the combinations of both map scale and taxonomic level. Hole and Campbell (1985) present a detailed discussion of generalizing soil survey information. In the following discussion, these methods of generalization will be discussed. Examples of applications at 3 levels of abstraction are included in the discussion.

BLM_0064693

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 26 of 171

Map unit information is commonly generalized from the relatively large scale maps in the soil survey reports to smaller scale maps, but phases of soil series are used to name map units. This is done by combining map units according to landscapes or landforms, physiography, use, vegetation, and geology or climate in order to create smaller scale maps. Such smaller scale maps as the general soil maps in published surveys, historically, use associations of soil series to name the map units.

Generalization of detailed soil maps can also be accomplished by naming or representing the map units at higher levels in the taxonomic system. Detailed surveys commonly use phases of soil series to name map units. This information, however, can be generalized in successive levels by using families, Great Groups, or Suborders to name the map units. This method is rarely used without an accompanying change in map scale.

In addition, generalizations may be made by changing both map scale and level of taxonomic representation. For example, a detailed soil survey (1:24,000 scale) has map units named by phases of soil series. Conversely, a very general map may have small scale such as 1:7,500,000 and map units named at the suborder or order level (highest taxonomic level). Intermediate combinations are possible and must be determined by the purpose for generalizing the information. It may be desirable to have a map scale of 1:7,500,000, but name the map units as associations for phases of soil series. To accomplish this, a method of determining map unit composition from the detailed map must be developed, or the composition is projected from a statistical sampling scheme after Reybold and TeSelle (1989).

Interpretive precision is deliberately sacrificed by cartographic or taxonomic generalization. This is done in order to get a summary map that can provide more general information about larger areas. Once cartographic generalization has taken place, the geographic precision has been sacrificed. For example, a 1:63,360 map that shows associations of phases of soil series is generalized from a detailed soil survey. In this case, the range of properties of each component of a map unit is relatively small. Probability statements for limitations, management needs, and performance of each component can be as specific for the 1:63,360 scale map as for the 1:24,000 scale map; although, the map units for the smaller scale map will have more components, thus diminishing geographic precision for the soil interpretations.

Conversely, on a 1:63,000 map that shows associations of phases of suborders (generalization of scale and taxonomic level), the range of properties of each constituent is large. Limitations and potentials of each constituent can be predicted only in general terms, and interpretations of their effects on use, management, and performance of the map unit must be correspondingly general.

The area of the delineations of interpretative maps should not exceed the area of concern for soil behavior interpretation. Three areas of concern have been given the names *operating units*, *communities*, and *regions*. These terms imply relative size of the delineations for which soil interpretations are needed, not to the area represented by the map as a whole.

**Operating Units.**—These are areas of land that usually are managed as a whole. The most common examples are farms and ranches. The operating units usually range in size from a few hectares to several thousand hectares. In addition to being used by the operators directly, soil maps for such areas are used by farm advisors, credit agencies, planners, and others who are interested in the suitabilities and limitations of soils in individual or contiguous operating units.

The map units usually consist of series or associations of soil series. At least two steps are required to interpret the map units. First, the individual kinds of soil are interpreted and rated for

BLM_0064694

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 27 of 171

a given use. Then the interaction among the soils and the combined effects of all of the soils on the use, management needs, and expected performance of the mapped area are estimated to arrive at a prediction for the map unit overall. Generally, something is known about the local soil pattern from study locations. This information is used in evaluating portions of map unit delineations that are dominated by particular taxa. For soil maps prepared by generalizing Order 1 or Order 2 soil surveys, local associations of soil series can be easily identified and treated as components of map units.

Local planners use these maps and interpretations to develop recommendations on alternatives for land use, patterns of services, and public facilities. Local planners commonly need ratings of the whole association for alternative uses. Special maps showing the location of areas having similar potentials or limitations for certain uses may be helpful for planners. Information about the amounts and patterns of soils having different potentials within each association can be given in tables or in the text.

**Communities.**—These areas encompass communities, secondary or tertiary watersheds of major local streams, and other large areas. Map delineations may range from as few as 10 to as many as 1,000 square kilometers. The maps are used for regional planning and other purposes that require consideration of areas larger than individual operating units. In developing countries, maps of this kind are used to identify large areas that are suitable for a specific use. The map units are commonly associations of soil families, subgroups, or great groups. The map unit composition is usually quite heterogeneous. Soil properties, consequently, may have a wide range in most delineations. Soil behavior predictions must be general. The basis for the predictions may be intensive studies of relatively small tracts of land that represent extensive map units.

Soil behavior can be predicted directly from the taxonomic-based characteristics of named soils. An area might be identified as "Argiustoll-Argiaquoll-Haplustoll association on dissected, undulating loess-mantled plains." For each great group, the characteristics that pertain to soil behavior predictions are recorded and evaluations are made. The use, management, and performance of the map unit as a whole is evaluated based on the proportions and geographic patterns of the great groups. The appraisal for the map unit is necessarily general because much of the local detail is unknown.

**Regions.**—These areas commonly cover continents, large nations, or groups of nations. Soil maps usually have a scale of 1:250,000; although the scale may be as small as 1:1,000,000. The map units are generally associations of soil taxa ranging from the soil series to order levels of taxonomy. These small scale field maps are commonly generalized from soil survey maps at scales of 1:24,000 or larger. The objective of the generalization is to consolidate the soil information of the large areas. For areas that do not have detailed soil surveys, soil maps are made by reconnaissance methods. The information about soils commonly is least abundant and the delineations least precise for Order 5 maps and for schematic maps made without direct field investigations. The units on many maps of regions are associations of suborders, which indicate many soil properties that are important for broad interpretations. The pattern of soil-water states, for example, can be identified or inferred for suborders such as Udults, Ustults, Xerults, and Aquults. The soil temperature can be identified for some suborders, such as Tropepts and Boralfs. This information can be converted to certain broad interpretations—the kinds of plants that would grow well, for instance.

If such information as relief, physiography, and parent material is contained in the definition of a map unit, then additional interpretations are feasible. For example, the map unit designation

BLM_0064695

"Tropepts and Udults on maturely dissected basalt plateaus" implies information about soil temperature and the pattern of water states, land surface configuration, extractable acidity at depth, and relative fertility of some of the principal soils. Numerous soil behavior predictions about the map unit can be derived from such information.

Behavior prediction at this level must depend heavily on inference. The predictions should be at a level of generalization consistent with the confidence in the original data and in the inferences drawn from them. Soil behavior inferences for map units generalized from more detailed soil maps are more reliable than inferences based on map units formulated without a soil survey.

## Illustrative Map Units

Three map units from published soil surveys are illustrated in the appendices: A single soil series (*consociation*), two soil series as a complex, and a single taxa above the soil series. Tabular information is given for the map units for which the named soils are soil series. Class limits are in either chapter 3 or chapter 6 or are given directly.



**CHAPTER**

# 7

# Disseminating Soil Survey Information

## Uses of Soil Surveys

**S**oil surveys most commonly are made for areas that have more than one kind of important land use and for users who have varied interests and needs. These needs may be few and noncomplex in areas of extensive land use where change is not expected or they may be many and complex in areas of intensive land use where changes are expected.

Predictions for uses of soils other than farming, grazing, wildlife habitat, and forestry have tended to concentrate on limitations of soils for the intended uses. Where investment per unit of area is high, modifying the soil to improve its suitability for the intended use may be economically feasible. Soil scientists work with engineers and others to develop ways of improving soils for specific uses. Such predictions are increasingly important in areas where the demand on soil resources is high.

The information assembled in a soil survey may be used to predict or estimate the potentials and limitations of soils for many specific uses. The information must be interpreted in forms that can be used by professional planners and others. A soil survey represents only part of the information that is used to make workable plans, but it is an important part.

The predictions of soil surveys serve as a basis for judgment about land use and management for both small tracts and regions of several million acres. The predictions must be evaluated along with economic, social, and environmental considerations before recommendations for land use and management become valid.

Soil surveys are used to appraise potentials and limitations of soils in local areas having a common administrative structure. Planning at this level is sometimes called *community planning.* It applies to community units—villages, towns, townships, counties, parishes, and to trade areas that include more than one local political unit.

Soil surveys also may be used to evaluate soil resources in multicounty or multi-State areas that have problems that cannot be resolved by local political units. *Regional planning* deals with land use in broad perspective and appraises large areas. Regional planning is done in less detail than community planning. Soil surveys and their interpretations for regional planning are correspondingly less detailed and less specific. Soil maps and their interpretations for regional planning must provide graphic presentations of the predominant kinds of soil of similarly large areas.

Soil surveys provide basic information about soil resources needed for planning development of new lands or conversion of land to new uses. Failures of trial-and-error land settlements influenced the start of the soil survey in the United States. The use of soil surveys

BLM_0064697

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 30 of 171

avoids the waste caused by ignorance of soil limitations when major changes of land use are contemplated or when new lands are to be brought into use.

Soil survey information is important in planning specific land use and the practices needed to obtain desired results. For example, if recreational use is being considered, a soil survey can indicate the limitations and potential of the soil for recreation. The soil survey can help a landscape architect properly design the area. A contractor can use the soil survey in planning, grading, and implementing an erosion control program during construction. A horticulturist can use it in selecting suitable vegetation.

Soil surveys provide a basis for decisions about the kind and intensity of land management needed, including those operations that must be combined for satisfactory soil performance. For instance, soil survey information is useful in planning, designing, and implementing an irrigation system for a farm. The kind of soil and its associated characteristics help in determining the length of run, water application rate, soil amendment needs, leaching requirements, general drainage requirements, and field practices for maintaining optimum soil conditions for plant growth.

Soil surveys are also useful in helping to locate possible sources of sand, gravel, or topsoil. They are an important component of technology transfer from agricultural research fields and plots to other areas with similar soils. Knowledge about the use and management of soils has been spread by applying experience from one location to other areas with the same or similar soils and related conditions.

The hazards of nutritional deficiencies for plants, and even for animals, can be predicted from soil maps if the relationships of deficiencies to soils have been established. In recent years, important relationships have been worked out between many soils and their deficiencies of such elements as copper, boron, manganese, molybdenum, iron, cobalt, chromium, selenium, and zinc. The relationships between soils and deficiencies of phosphorus, potassium, nitrogen, magnesium, and sulfur are widely known. Relationships of soils to some toxic chemical elements have also been established. By no means have all of the important soils been characterized, especially for the trace elements. More research is needed.

**Land appraisal.—**Soil is one of the many attributes of land that contribute to its value. The relative importance of soil varies widely among the many uses of land. Where the soil is a factor of production, as in farming, ranching, or forestry, its capacity to produce and its requirements for production are elements of land value.

Soil surveys provide information in terms of soil qualities that bear directly on land value for many different purposes. These interpretations are used most often, however, in assessing farmland for taxation and equalization, in appraising land for loans, and in guiding land buyers.

The soil is only one of the elements that must be considered for appraisal of land value within the local, economic, and institutional environment of an area. Many of the other elements that determine value of real estate can change with time. The recorded kinds of soil in a soil survey, however, remains valid over time and can easily be reinterpreted as economic or institutional conditions change.

**Other uses.—**In addition to the above mentioned widely recognized uses, soil surveys serve other purposes.

Soil surveys commonly provide essential data and information for the compilation of general soil maps. Many soil surveys are done for purposes that require relatively intense field investigation and map scales of about 1:12,000 to 1:24,000. A smaller scale soil map, however, with more broadly defined units may be better for developing land-use plans for large areas. This

BLM_0064698

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 31 of 171

map can be made by grouping units of the large-scale soil maps and generalizing the map detail. The resulting map units are more useful for the intended use. The selected scale of the general soil map is usually the same as that of the land-use planning map.

Soil surveys also provide information for compiling soil maps for areas that are largely unsurveyed. These maps are made by predicting the kinds of soil in an area from existing information, largely or entirely without the benefit of preexisting soil survey maps or field investigations. Scattered soil surveys in these areas provide some soil information that can be projected to unsurveyed areas by photo interpretation or by predicting the occurrence of kinds of soil from related climatic, topographic, geologic, or vegetative features.

Soil surveys have served as a basis for educational programs to inform people of the important place soil resources have in maintaining a quality environment.

Small-scale soil maps provide a basis for comparison of broadly defined capabilities and limitations that relate to the soil on regional, national, and even worldwide scales. International cooperation among soil scientists has accomplished much in relating the different soil classification systems of various countries to one another using small scale maps. This permits extending the findings of research on soils of one country to similar kinds of soil elsewhere. *Soil Taxonomy* (1975) *and the Soil Survey Manual* (1951) have guided soil scientists worldwide for many years. Many have contributed ideas and data to form the basis of the soil survey system. As a result, the uses of soil survey data have been extended far beyond the boundaries of the countries where data were originally obtained.

The results of soil surveys are published to provide the public with the soil information it needs to make sound decisions about land use and management and to provide a permanent record of what has been learned about soils. The soil survey is the key element in planning both agricultural and nonagricultural uses. Much of the information is spread by soil scientists, conservationists, and other agricultural workers in day-to-day contracts. This chapter discusses other methods used to disseminate soil survey information.

## Making Information Available

In the United States the information assembled in a soil survey is public property. Computer data banks of basic soil survey data are also public property and are available to workers in soil research and land use management.

Technical information about soils for both nontechnical and technical users appears in special reports and professional publications and in bulletins and circulars issued by agricultural experiment stations or other government agencies. Popular media also release timely information.

The first obligation of a soil survey party is to complete the fieldwork and assemble the information for the final publication of a survey. The soil survey work plan, however, should provide reasonable extra time to allow the survey party to satisfy any obligations it may have to collect specific information for particular groups or individuals.

The *National Soil Handbook*, particularly the section on the descriptive legend, is the primary reference material used while a survey is in progress. The descriptive legend identifies the symbols that appear on the soil maps and describes the map units they represent. The legend provides the means by which the survey leader maintains accuracy and uniformity in mapping and is a primary source of information for public use before the survey is published. The

BLM_0064699

completed field sheets and the descriptive legend together provide a ready reference about the kinds of soil and their basic properties where mapping has been done. As the survey progresses, various kinds of interpretations are made for the soils of the area. The interpretations, along with the descriptive legend, gradually become a preliminary draft of the published soil survey. While the survey is in progress, technicians apply soil survey information from the Handbook and make the information available to the general public. The staffs of all of the cooperating agencies should have access to the descriptive legend and other references.

The survey party commonly receives requests to prepare interpretative maps and text for special purposes while a survey is in progress. For example, a town planning board may ask that its township be completed and a special interpretative report be made for the board's use. Such a report is time consuming and costly; therefore, appropriate allowances of time and arrangements for financing this service should be listed in the soil survey work plan.

Even though the published soil survey is the principal medium for disseminating soils information, it cannot include detailed interpretations for all of the various uses of soils. Special interpretations often are needed after a soil survey has been published. The published soil survey becomes the repository for the basic data on which the various agencies depend.

The data collected for a soil survey are published in a variety of forms under the authorship of an individual or a group. The information is of special interest to the scientific community and appears in general articles, bulletins, and releases. The data collected for soil surveys and special investigations are readily available to all scientists.

A soil survey commonly draws on the data and experience of experts in other disciplines, including direct collaboration of scientists in other fields. Any release of information should acknowledge the source of supporting data and assistance and cite published material from which interpretations have been drawn. The contributions of individuals who have collaborated must be acknowledged.

## Soil Survey Publications

Soil survey reports are the primary means for disseminating the information gathered by the National Cooperative Soil Survey in the United States. These publications commonly cover a county or a particular part of a State. They may cover two or more counties or only part of one or more. The area covered by a survey is determined by many factors, including complexity of soils, topography, and the needs of users.

Besides the formal soil survey report, special summaries of soils information for the survey area may be required. Information may be needed before the formal report is finished, or new information may be needed after the report has been released. Special reports are often useful to present information on specific topics.

Many people and agencies contribute to the making and publishing of soil survey reports. Local, State, and Federal cooperators may provide funds and personnel for the survey. The central responsibility for coordinating the individual soil surveys, as well as the national soil survey program in the United States, rests with the Soil Conservation Service.

Soil survey publications are distributed widely, although most of the copies of a survey are distributed in the area covered by that survey. Publications are distributed by the cooperating agencies and the local conservation district. Publications are also available from Members of Congress. The Extension Service conducts educational programs about the use of soil surveys.

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 33 of 171

Published soil surveys are available in libraries of most universities and colleges in the United States and in libraries of many towns and cities. In addition, they are distributed to agricultural colleges, ministries of agriculture, and libraries in many other countries.

**Followup.**—Feedback from soil survey users in both the private and the public sectors helps to evaluate soil survey information and to decide whether additional kinds of information are needed and whether the content and format of soil survey publications should be changed. Feedback from users may reveal new ways to disseminate soil survey information and suggest adjustments in the objectives and design of soil surveys.

The Texas staff of the Soil Conservation Service sends out a questionnaire for each soil survey report about a year after it has been published and distributed. The questionnaire, sent to a cross section of potential users, is designed to determine who uses the soil survey information and how it is being used. It also is designed to obtain suggestions from users on how to make the information more helpful. It asks about the kinds and amount of media coverage, meetings, and other activities used to promote the new publication.

## Soil Survey Reports

The soil survey report provides a permanent record of what was learned about the soils of a survey area. In addition to a map showing the distribution of the different kinds of soils in the area, the publication describes the soils and summarizes research that has been done on the effects of soil on plants and engineering practices.

The text provides descriptions, laboratory data, and other information about the properties of the soils. From these basic data, interpretations are made about potentials, suitabilities, and limitations of the soils for crops, pasture, forest, wildlife habitat, recreation, engineering, and any other uses known to be important at the time of the survey. The interpretations and predictions are based on an up-to-date understanding of soils. Discussions of land use and management are written to bring out specific relationships to individual soils or groups of soils shown on the map.

The properties, responses to management, and suitabilities and limitations of each kind of soil are given to enable the public to make full use of the soil map, whether for producing crops or for locating building sites or sources of construction material. Predictions are made of the behavior of each kind of soil under specified uses and management systems. Predicted yields under defined systems of management and use are also provided. The use of a soil classification system permits eventual development of many useful interpretations beyond those required for the immediate objectives of the survey.

A published soil survey contains instructions for its use, information about how the survey was made, an account of the general nature of the area, a description of the general soil map, a classification of the soils, a discussion of soil formation, references, and a glossary.

The form and content of the publication depends on the nature of the area surveyed, local conditions and needs, and the kinds of uses anticipated. The contents are arranged so that the user can find information as conveniently and rapidly as possible. Data and interpretations are assembled in tables to bring out relationships and contrasts among soils.

## Interim and Supplemental Reports

Occasionally, soil survey information is requested before a survey can be published. In such cases, an *interim report* may be issued. An interim report is not needed if only a few people request the soil survey information.

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 34 of 171

An interim report may cover townships, metropolitan areas, shoreline areas, strips along highways, or large parts of a survey area. A limited number of copies of the report are printed. The groups and agencies that require the report commonly contribute toward the cost of preparing it and participate in its distribution. The report generally contains reproductions of soil survey field sheets, descriptions of the map units, and interpretations for the important uses. Those who use the information in an interim report must be cautioned that the information is tentative and may be revised.

Updating or expanding interpretations, making additional interpretations, or mapping parts of the survey area in greater detail may be desired after a survey has been published. Revised information is commonly needed where land use is changing significantly, such as areas of rapidly expanding population. The new information can be disseminated in *supplemental reports.* If a part of the survey area is mapped in greater detail, reproductions of the new field sheets and descriptions and interpretations of the new map units are included.

The Soil Survey of Durham County, North Carolina, was published in 1976 (USDA, SCS, 1976). Within a few years, it became apparent that those working with the design, installation, and maintenance of sewage disposal systems needed more information on rating soils for absorption of sewage effluent. The supplement, issued in 1981, contains graphic models that compare soil criteria for conventional systems with those for two other systems. It also contains profile sketches of soils that depict the major features that adversely affect the use of the soils for absorption of sewage effluent.

Another example of expanding existing interpretations is the supplement to the published Soil Survey of Comanche County, Oklahoma (USDA, SCS, 1982). Although the original soil survey interpreted the soils for agricultural and nonagricultural uses, more detailed information was needed. The supplement provides soil potential ratings that reflect not only the performance or productivity of the soils and the limitations of the soils for selected uses but also takes into account the corrective measures needed to overcome the limitations and the cost of the corrective measures.

The supplement to the published Soil Survey of the San Diego Area, California (Bowman, 1973), shows some innovative ways of presenting updated and more detailed soil interpretations for a survey area that has experienced a tremendous population increase and extensive urban growth (San Diego County, CA Planning Dept., 1975). The supplement includes text and tables of soil interpretations that can be applied to farming, ranching, land management, construction, and to urban and recreational uses.

## Special Reports

Special interpretative reports can be prepared on the suitability and limitations of the soils for a single use. Other special reports integrate soils data from sources other than SCS survey teams.

The "Red Tart Cherry Site Inventory" for Leelanau County, Michigan, is an example of a report interpreting the soils for a specific use (USDA, SCS, 1973). Soils were evaluated on a "fruit site rating sheet" based on soil, physiographic, and climatic factors for growing red tart cherries. The soils information came from the Soil Survey of Leelanau County. Boundaries of the red tart cherry sites are outlined on a set of inventory map sheets. The sites are color-coded to indicate the difficulty of overcoming the limitations to production.

"Soil Potential Ratings for Septic Tank Absorption Fields, Northeastern Illinois" provides home buyers, planners, installers of septic systems, and sanitary engineers a guide that indicates

the relative potential of every soil as septic tank absorption fields in the area of the six counties (USDA, SCS, nd). It aids in site selection, community planning, and subdivision design where septic tank absorption fields are considered.

The special report "Alaska Agricultural Potential" is based on a cooperative study by more than a dozen State and Federal agencies (ARDC, 1977). It was developed as a basic reference in response to rapidly accelerating interest in and need for information on Alaska's land and natural resources. It has text, tables, and interpretative maps.

"America's Soil and Water: Condition and Trends" is an example of a special report that used text, charts, graphs, and national interpretative maps to present a brief account of our basic resources (USDA, SCS, 1980).

A special report for Pennsylvania, "Chester County Natural Environment and Planning," analyzes the natural environment in terms of landforms, soils, geology, woodland, and climate (PA Planning Comm., 1963). The section on soils includes text, a general soil map, and a series of colored interpretative maps.

The pocket-size book "Soil Resource Inventory, San Mateo Mountains, Magdalena Ranger District, Cibola National Forest" interprets the soils for multiple-use planning and management (USDA, FS, 1975). It includes a landscape photograph and a description of each map unit, tables that interpret the map units for a number of uses, and a soil map at the scale of 1 inch to the mile.

"Soil Resource Inventory for the Umatilla National Forest" provides land managers with the necessary soil interpretations for extensive management and resource planning (USDA, FS, n.d.). This report gives the description of and the interpretations for any map unit adjacent to any map sheet.

"Natural Soil Groups of Maryland" is part of the technical series of the Maryland Department of State Planning, which deals with the development of a generalized land-use plan for the State (MD Dept. State Plan, 1973). This publication is designed as an interpretative guide to the detailed soil survey maps. Map units, listed by counties, are assigned to natural soil groups (groups of soils that have similar major properties and features). A large table shows color-coded ratings of natural soil groups for selected uses. Natural soil group maps, which are not included with this publication, are generalized from the detailed soil maps. A separate map is made for each county.

## General Soil Maps

General soil maps provide an overview of the location and extent of the dominant soils in a large area. General soil maps are useful in showing the soils in community areas, counties, States, and other large areas. They are most useful in general planning and in locating areas that have the soil properties needed for a specific land use, such as a site for an industrial plant. The general soil map can help in narrowing the field of search, but it is not precise enough to fix an exact location for the plant.

General soil maps commonly are derived from detailed soil maps by combining their delineations from units that are more extensive but less homogeneous (generalized soil maps). Where detailed information about soils is lacking, general soil maps can be compiled from knowledge about features related to soils—geology, climate, vegetation, topography—and principles of soil genesis.

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 36 of 171

The amount of information that can be given about the units on a general soil map—and, therefore, the interpretations that are feasible—depends on the degree of generalization of the map units. The degree of generalization is determined by the scale of the map. A general soil map at a scale of 1:100,000 can show associations of soil series, so the features of those series can be used in developing interpretations. By contrast, a general soil map at a scale of 1:1,000,000 can show only associations of subgroups, and only phase criteria that are characteristics of subgroups can be conveyed to the user. From the latter map, the feasible interpretations are much fewer and less specific than those developed from a large scale map. For a discussion of schematic soil maps, see chapter 2.

The text that accompanies the general soil map includes identification of the components of map units and a description of their physical setting. The most useful texts also include percentages of the components, characterizations of the soils, and interpretations that give the limitations and suitabilities of the soils for various agricultural and nonagricultural uses.

## Generalized Soil Maps of Survey Areas

Generalized soil maps published as part of detailed soil surveys in the United States usually have a mapping scale between 1:63,360 and 1:316,800 with even inch and mile increments, such as 1 inch equals 3 miles or 1:190,080. The scale is determined by the expected requirements of the user, by the size of the survey area, and by restrictions imposed by compilation and printing. The map units commonly are associations of soil series.

Legends vary considerably among maps of survey areas; they may give the underlying material, landforms, soil texture, depth to bedrock, and drainage. Detailed descriptions of the map units, soil profile descriptions, and evaluations of limitations and suitabilities for agricultural and nonagricultural uses are given in the accompanying report.

Generalized soil maps are used to make planning policy decisions for large areas—for community planning, for identifying management problems common to extensive areas, and for general educational purposes where a broad overview of the soil is needed. These maps are not suitable for farm and ranch planning or for site evaluation.

## General Soil Maps of States

State maps are similar in many parts to the generalized soil maps in published soil surveys; other parts may be similar to schematic soil maps. Many State general soil maps have been published at scales of 1:1,000,000 to 1:1,500,000; they range from 1:300,000 to 1:3,000,000. Map units generally are associations of soil series, although associations of higher taxa have been used on some maps.

The legends are similar to those of the generalized soil maps of survey areas. Explanatory text for most State maps is brief. For some the text is limited to what can be printed in the margin of the map or on the back of the map sheet. On the other hand, some maps are accompanied by a booklet that includes both basic information and interpretations. "Soils of Tennessee" contains descriptive text interpretations for the State general soil map, which is folded in a pocket at the back of the pamphlet (Springer and Elder, 1980).

These general soil maps provide an overview of the distribution of the more extensive soils of the State. They are useful in planning broad land use for multiple-county and statewide areas and aid in the identification of broad areas that have features suitable or unsuitable for a variety

of purposes. They are also useful in the transfer of technology between areas of similar soil environments. They can be used to identify areas for which more detailed information should be collected, and they aid the study of soils and their environment.

### Regional and National Soil Maps

Maps of the soil pattern of large areas in terms of a relatively few kinds of soils are compiled by generalizing more detailed soil maps and information about them; they are also compiled in part on the basis of inferred properties determined by interpreting information about geology, climate, vegetation, and topography. The scale is commonly smaller than 1:1,000,000.

Units on regional and national maps are usually associations of great groups or suborders. Accompanying descriptive material is usually brief, as in the *National Atlas of the United States of America* (DOI, USGS, 1970). Some regional maps have accompanying booklets.

General soil maps at the small scales of regional and national soil maps are used for studying very broadly defined capabilities and limitations that affect regional and national issues. They are useful in relating areas of similar soils for transferring technology and exchanging research results. Interpretations for broad land uses and estimates of limitations and suitabilities can be made to the degree permitted by the scale of the map and the heterogeneity of the map units.

The map "Soils of the Southern States and Puerto Rico" is based on soil surveys and research by State and Federal agencies (Buol, 1973). The map is organized at two levels of generalization—soil orders and associations of great groups. The text discusses each soil order of the region, including its geography, landscape, relief, vegetation, land-use considerations, and soil mineralogy, as well as the distinguishing features of the major soils in the order. This publication facilitates the interchange and application of research findings across State borders and provides general information on the region.

## Technical Reports

Some technical soil survey information is used mainly by workers in soil science and in related fields. This information is recorded in technical papers, theses, and dissertations, many of which are published in technical report series and summarized in professional journals.

**Soil survey investigative reports.**—The Soil Survey Investigation Reports, published by the U.S. Department of Agriculture, Soil Conservation Service, makes technical information available from cooperative laboratory and field investigations of soils of the 50 States, Puerto Rico, and the Virgin Islands. Some volumes contain physical, chemical, and mineralogical data from soil laboratories and descriptions of the profiles that were sampled. Others report studies of the genesis of significant soils in a particular area.

Before Soil Survey Investigative Reports were started, laboratory data were distributed in unpublished form to those immediately concerned with specific problems. Some data appeared in technical journals, regional or national technical bulletins, or published soil surveys; however, much of the data was not readily available.

Some experiment stations issue summaries of available data on soils within their States. These summaries are issued periodically as data accumulate and are available to those who need it.

**Technical monographs.**—Monographs summarize the existing data and provide additional data for as nearly complete an understanding of the genesis, morphology, and classification of the subject soils as possible. A technical monograph generally deals with the dominant soils of a comparatively large area, such as a major land resource area. In such areas, the dominant soils are broadly similar in genesis and morphology.

Technical monographs differ somewhat in form and content from one area to another. Generally, a monograph contains an introduction that gives pertinent geographic information, a small-scale soil map with explanation, general and detailed description of the soils, laboratory data for soil characterization, and a thorough discussion of the classification of the soils. "The Desert Project Soil Monograph" is an example (Gile and Grossman, 1979).

**Reports on benchmark soils.**—A benchmark soil is one that, because of its great extent or its key position in the soil classification system, is important in determining properties and interpretations of the soils in a large area. The information obtained about benchmark soils can be extended to closely related soils. These reports are usually cooperative efforts among State agencies and the Soil Conservation Service. Many of the reports are published by the experiment stations.

Reports on benchmark soils generally contain a summary of location and extent of the soils and a summary of suitabilities of the soils for use. The body of the report contains laboratory data, detailed descriptions of selected profiles, crop-yield data and predictions for defined management systems, a discussion of the use of the soil for engineering and a table of engineering properties, and a fairly detailed discussion of management of the soils for the various uses to which they are suited. There is also a review of the problems related to management and an outline of methods for solving such problems. For an example, see "The Charlton Soils" (Hill and Shearin, 1969).

**Scientific papers.**—Papers and reports on special studies about soils record the procedures used and the results obtained. For the most part, these papers are presented and distributed at professional meetings. Many of the papers are published in professional journals and similar publications. These papers not only keep soil scientists up-to-date on soils information, but they are also helpful to scientists in other disciplines. Some papers integrate soil data with data of other disciplines and are published in the journals of those fields.

**Other publications.**—Soils information appears in publications other than soil survey reports. For example, the Soil Conservation Service has published reports for resource conservation and development projects, river basin studies, flood hazard analyses, and small watershed projects. These reports, as a rule, contain considerable information about the soils of the area covered in the project.

A special technical publication, "Soil Classification in the United States," records and partly explains the changing concepts that have guided soil classification through its various stages of development in the United States (Cline, 1979). It assembles the various attempts at classification of soils, emphasizing those developed after the system was presented in the 1938 Yearbook of Agriculture.

## Popular Media

Government agencies issue publications to inform the general public about common soil problems and to explain how the soil survey can help people to avoid or solve such problems. Some publications discuss soil problems broadly and are aimed at people who are not familiar

BLM_0064706

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 39 of 171

with the information available in soil surveys. Other publications are directed toward certain groups, such as farmers, or homeowners. These publications explain specific soil-related problems and tell how to avoid or solve them.

Indiana's pamphlet "Adaptability of Various Tillage-Planting Systems to Indiana Soils" is intended to help managers determine which tillage system and what combination of equipment are best for their particular soils, climate conditions, and farming operations (Galloway et al., 1977). Arable soils are assigned to tillage-management groups, and these groups are rated for nine tillage-planting systems, including no-till.

"Yield Estimates for the Major Crops Grown on the Soils of West Tennessee" estimates yields for the major crops of the area under currently recommended technology and production practices (Buntley and Bell, 1976). It also discusses the soil factors that affect crop yields.

"Soil Productivity in Illinois" shows the average yields of various grain, forage, and tree crops obtainable under basic and high-level management (Univ. Illinois, Coll. Agric. Coop. Ext. Serv., 1978). It consists of text, graphs, and tables. Productivity indices are given for the soils, and a simplified method of adjusting both yields and productivity indices for slope and erosion phases is provided for the two levels of management.

Photographs and captions in the bulletin "Using Soils as Ecological Resources" explain how some soil properties affect the usefulness of particular soils (Olson, 1971). This bulletin also illustrates some of the ways that soils information can be applied to land-use problems. The bulletin is an adaptation of a slide presentation developed for New York.

The bulletin "Soils of the Southeast Missouri Lowlands" shows some innovative ways of arranging soils by pH value and texture of the surface layer and then putting together data on soil properties significant to agronomy (Univ. Missouri, 1978). This publication has a general soil map, block diagrams with brief soil descriptions, text, and tables.

"Water for Nevada" describes the use of a reconnaissance soil survey of a large desert basin to determine enough facts about the common soils to evaluate their potential for irrigated agriculture, for engineering works, and for the application of certain range improvement practices on a planning basis (Univ. Nevada Agric. Exp. Sta., 1971). A detailed study of such a large and unknown area would have been prohibitively expensive and slow.

Displays are a useful way to pass along information about soils. Displays can be set up at State or local fairs or in offices, libraries, or store windows. These displays are particularly effective in showing relationships between soils and natural vegetation or between soils and land-use management. Displays are also effective in illustrating soil features, such as depth to layers that restrict plant roots and characteristics of specific layers. The display should contain no more information than can be absorbed in a few minutes. Displays at fairs should have a soil scientist or conservationist present to answer questions. Place mats in restaurants also are effective in disseminating soil survey information because they reach a cross section of the population.

Local newspapers generally follow a soil survey as the work progresses and report the release of the published soil survey. Some newspapers also print articles about the application of information in soil surveys to local use and management problems. Some newspapers will carry a feature story about a different soil each day or each week. Such articles are written by local soil scientists to appeal to the general reader. Periodicals of wider circulation occasionally contain articles dealing with widespread soil problems and tell how soil survey information can be applied in solving these problems. Television and radio can tell a large audience about experiences with soil-related problems.

BLM_0064707

## Automated Soil Data Bases

Soil survey information lends itself well to automation. Most information about a single soil phase is applicable to the phase wherever it is mapped. The computer allows soil data and soil interpretations to be entered edited, stored, manipulated, and retrieved in various formats quickly and accurately. Soils information can be given to the public more quickly than ever before.

### Soil Interpretations

Soil interpretation records in the United States are stored in a national computer data base. This data base produces:

- interpretations of phases of soil series, including estimates of selected soil properties; limitations for various uses; capability classifications; yields of crops and pasture; and interpretations for woodland, windbreaks, wildlife habitat, and range;

- interpretative tables in various formats, including most of the tables used in published soil surveys and technical guides[1]; and numerous other tables of soil properties for evaluating soils for irrigation, drainage, and other purposes.

The name and acreage of every soil survey map are stored by survey. The major land resource area and interpretation number for each unit are also stored. This permits the retrieval of lists for many different kinds of users. For example, the map units may be sorted and printed out by major land-resource area, by a specific feature (such as being well drained), or by a specific soil interpretation (such as having only slight limitations for the disposal of septic effluent).

Physical, chemical, and mineralogical laboratory test data are stored for reference and support in soil correlation, classification, and interpretation. Descriptions of the analyzed profiles also are stored. These data contribute significantly to the understanding of soil genesis, soil-landscape relationships, and soil behavior.

Also included in the national computer data base is the classification of all soil series and official series descriptions, which helps in maintaining the consistency and integrity of the classification system. The information in this file can be manipulated to obtain such groupings as all soil series in a particular category of classification.

### Computer Storage of Soil Maps

More soil survey maps are being stored in a computer. Soil boundaries are input by digitizing and are referenced to a State plane coordinate system. Soil areas (cells) are identified by name. The computer allows the soil information to be edited, revised, manipulated, and retrieved in various scales quickly and accurately. Computer stored soil information can be a part of a Geographic Information System (GIS) or can be used to provide output in the form of graphic thematic maps and statistical data. A GIS is a very effective means of using soil information. The system integrates soil data and other resource relational data bases for the needs of a specific user.

---

[1] These tables provide estimates of soil properties, suitability, and limitations of soils for selected uses and predictions of yields of selected crops and pasture plants.

Three kinds of thematic maps have been prepared through computers:

- county interpretative maps, such as the "Soil Blowing Hazard" map for McClean County, North Dakota, and the "Source of Sand" map for Brevard County, Florida;

- watershed area interpretative maps, such as "Hydrologic Soil Groups" for Chickies Creek Watershed Area, Lancaster County, Pennsylvania, and the "Cropland by Capabilities" map for the Loosahatchie and Wolf Rivers Watershed in Tennessee and Mississippi; and

- special area maps, such as the city of Garrison, McClean County, North Dakota.

Other subjects that have been selected for computer-generated maps include important farmland, land capability classes, slope, potential for dwellings with basements, potential for disposal of septic effluent, crop production, and soil erodibility.

A pilot project in North Carolina (Computerized Soils and Interpretive Maps, n.d.) tested the feasibility of automating the manual steps of soil map drafting. Several interpretative maps were made of a 7.5-minute quad soil survey map from the published soil survey of Jones County, North Carolina.

"Using Soil Surveys Through Interpretive Maps" illustrates how computers can be used to store information, assemble the data for interpretations and predictions, and provide maps at the size and scale requested (USDA, SCS, n.d.).

# REFERENCES

Alaska Rural Development Council. 1977. Alaska's agricultural potential.

American Association of State Highway and Transportation Officials. 1986. Standard specifications for transportation materials and methods of sampling and testing. 14th ed., 2 Vols., Illus. Washington, DC.

American Society of Agricultural Engineers. n.d. American engineers yearbook. ASAE Standards S313.1. St. Joseph, MI, 246 pp.

American Society for Testing and Materials. 1984. Annual book of ASTM Standards. Vol. 04:08.

Amoozegar, Fard and A.W. Warrick. 1986. Hydraulic conductivity of saturated soils: field methods. Amer. Soc. Agron. Madison WI, p. 735-770, illus.

Baumer, O.W. 1986. Estimation of hydraulic parameters from known soil properties. Transaction of the ASAE Conference, St. Luis Obispo, CA. 29 June-2 July 1986.

Blanchar, R.W., C.R. Edmonds, and J.M. Bradford. 1978. Root growth in cores formed from fragipan and B2 horizons of Hobson soil. Soil Sci. Soc. Am. J. 42:437-440.

Bouma et al. 1982. Soil survey invest. rpt. No. 38. USDA Soil Conserv. Serv., Washington, DC.

Bowman, R.H. 1973. Soil survey of San Diego Area, California. USDA. Soil Conserv. Serv., Washington, DC.

Bradford, J.M. 1986. Penetrability. In Methods of soil analysis. C.A. Black, ed. Am. Soc. Agron. Madison, WI. 1188 pp.

Brown, L.E., L. Quandt, S. Scheinost, J. Wilson, D. Witte, and S. Hartung. 1980. Soil Survey of Lancaster County, Nebraska. USDA. Soil Conserv. Serv., Washington, DC.

Buntley, G.J. and Frank F. Bell. 1976. Yield estimates for the major crops grown in the soils of West Tennessee. Univ. Tennessee, Agric. Exp. Stn. Bull. 561.

Buol, S.W., ed. 1973. Soils of the Southern States and Puerto Rico. Agric. Exp. Stns. of the Southern States and Puerto Rico. Southern Coop. Ser. Bull. 174.

Campbell, R.B., D.C. Reiscosky, and C.W. Doty. 1974. Physical properties and tillage of paleudults in the Southern Coastal Plain. Soil Water Conserv. 29:220-224.

Cline, Marlin G. 1977. Historical highlights in soil genesis, morphology and classification. Soil Sci. Soc. Am. J. 41:250-254.

Cline, Marlin G. 1979. Soil classification in the United States. Agron. Mimeo 79-12. Dep. of Agron. Cornell Univ., Ithaca, NY.

Coffey, G.N. 1912. A study of the soils of the United States. U.S. Dept. Agric., Bur. Soils Bull. 85, 114 pp., illus.

U.S. Department of Agriculture. Forest Service. 1975. Soil resource inventory. San Mateo Mountains, Magdalena Ranger District, Cibola National Forest.

U.S. Department of Agriculture. Forest Service. n.d. Soil resource inventory. Umatilla National Forest, Pacific Northwestern Region.

Galloway, H.M., D.R. Griffith, and J.V. Mannering. 1977. Adaptability of various tillage-planting systems to Indiana soils. Purdue Univ., Coop. Ext. Serv. AY-210.

Gedroiz, K.K. 1927. Soil-absorbing complex and the absorbed soil cations as a basis of genetic soil classification. Nossov Agr. Expt. Sta. Paper 38, 29 pp., Leningrad. Trans. by S.A. Waksman. (Papers on soil reaction, 1912-25., Charles E. Kellogg. Russian contributions to soil science, Land Policy Rev. 9:9-14, 1946; S.S. Neustruev, Genesis of soils, Russ. Pedol. Invest. 3, Acad. Sci., 98 pp., Leningrad, 1927

Geological Survey. 1970. Distribution of the principle kinds of soil. In the national atlas of the United States of America. U.S. Dept. of the Inter., pp. 85-88.

Gile, Leland H. and Robert B. Grossman. 1979. The desert project soil monograph: soils and landscapes of a desert region astride the Rio Grande Valley near Las Cruces, New Mexico. USDA. Soil Conserv. Serv., Washington, DC.

Glinka, K.D. 1927. The great soil groups of the world and their development. Trans. from the German by C.F. Marbut. Ann Arbor, MI: Edward Bros., 235 pp.

Green, G.L. 1982. Soil Survey of Wasco County, Oregon, Northern Part. USDA. Soil Conserv. Serv., Washington, DC.

Hilgard, E.W. 1860. Geology and agriculture of the State of Mississippi. 391 pp.

Hilgard, E.W. 1884. A report on cotton production in the United States; also embracing agricultural and physiogeographical descriptions of the several cotton States and California in volumes 5 and 6 of the 10th Census of the United States.

Hilgard, E.W. 1906. Soils: their formation, properties, composition, and relations to climate and plant growth in the humid and arid regions. 593 pp., illus.

Hill, David E. and Arthur B. Shearin. 1969. The Charlton soils. Connecticut Agric. Exp. Stn., Bull. 706.

Hole, Francis D. and James B. Campbell. 1985. Generalizations of soil maps (ch. 8). In Landscape analysis. Towman and Allanheld Publishers: Totowa, NJ.

Holmgren, George G.S. 1988. The point representation of soil. Soil Sci. Soc. Am. Proc. 52:712-716.

Jenny, Hans. 1946. Arrangements of soil series and types according to functions of soil forming factors. Soil Sci. 61: 375-391.

Jenny, Hans. 1961. E.W. Hilgard and the birth of modern soil science. Pisa, Italy. 144 pp., illus.

Jenny, Hans. 1941. Factors of soil formation: A system of quantitative pedology. McGraw Hill Book Company: New York, NY. 281 pp., illus.

King, F.H. 1910. A textbook of the physics of agriculture. 3d ed. 604 pp., illus.

BLM_0064711

Kiniry, L.N., C.L. Scrivner, and M.E. Keener. 1983. A soil productivity index based upon predicted water depletion and root growth. Res. Bull. 1051, Missouri. Agr. Exp. Sta., Columbia, MO.

Kirby, Robert M. 1976. Soil Survey of Durham County, North Carolina. USDA. Soil Conserv. Serv. Washington, DC.

Klingebiel, A.A. and P.H. Montgomery. 1961. Land-capability classification. Agri. handb. 210. USDA. Soil Conserv. Serv., Washington, DC.

Klute, A. and C. Dirksen. 1986. Hydraulic conductivity and diffusivity: laboratory methods. Amer. Soc. Agron. 47 pp., illus.

Marbut, C.F. 1921. The contribution of soil surveys to soil science. Soc. Prom. Agr. Sci. Proc. 41:116-142, illus.

Marbut, C.F. 1928. A scheme for soil classification. 1st Internal. Cong. Soil Sci. Comm. 5, Proc. and Papers 4:1-31, illus.

Marbut, C.F. 1935. Soils of the United States. In U.S. Dept. of Agric. atlas of American agriculture, pt. III. Advance Sheets, No. 8. 98 pp., illus.

Maryland Department of State Planning. 1973. Natural soil groups of Maryland. Tech. Serv. Publ. 199.

Merrill, G.P. 1906. A treatise of rocks, rock-weathering and soils. New ed., 411 pp., illus.

Miller, R.D., and E. Bresler. 1977. A quick method for estimating soil water diffusivity functions. Soil Sci. Soc. Am. J. 41:1020-1022.

Mobley, Herbert L. and R.C. Brinlee. 1967. Soil Survey of Comanche County, Oklahoma. USDA. Soil Conserv. Serv. Washington, DC.

Neher, R.E. 1984. Soil survey of Sierra County Area, New Mexico. USDA. Soil Conserv. Serv., Washington, DC.

Nettleton, W.D., C.S. Holzhey, K.W. Flach, and B.R. Brasher. 1969. Soil scientistsØ proficiency in describing soil consistence. Soil Sci. Soc. Am. Proc. 33:320-321.

Nettleton, W.D., K.W. Flach, and G. Borst. 1968. A toposequence of soils in tonalite grus in the southern California Peninsular Range. Soil Survey Invest. Rpt. 21. USDA. Soil Conserv. Serv., Washington, DC.

O'Neil, A.M. 1952. A key for evaluating soil permeability by means of certain field clues. Soil Sci. Soc. Am. Proc. 16:312-315.

Olson, Gerald W. 1971. Using soils as ecological resources. New York State Coll. Agric. SUNY, Inf. Bull. 6.

Pennsylvania Planning Committee. 1963. Chester County natural environment and planning. Chester City, PA.

Pettijohn, F.J. 1957. Sedimentary rocks. New York: Harper Brothers. 525 pp.

Pierce, F.S., W.E. Larson, R.H. Gowdy, and W.A.P. Graham. 1983. Productivity of soils: Assessing long-term changes due to erosion. J. Soil and Water Conserv. 38:39-44.

Pons, L.J. and I.S. Zonneveld. 1965. Soil ripening and soil classification. Internatl. Inst. Land Reclamation and Improvement, Pub. 13. Wageningen, The Netherlands. 128 pp.

Rawls, W.J., and D.L.Brakensiek. 1983. A proceedure to predict Green and Ampt. infiltration parameters. In Advances in infiltration. Proc. of the Nat'l Conference on Advances in Infiltration. Dec. 12-13. Chicago, IL.

Reeve, R.C. 1965. Modulus of rupture. In Methods of soil analysis. C.A. Black, ed. Am. Soc. Agron. Madison, WI. 770 pp.

Reybold, William U. and Gale W. TeSelle. 1989. Soil geographic data bases. J. Soil and Water Conserv. 44:28-29.

Sanchez, P.A., W. Couto, and S.W. Buol. 1982. The fertility capability soil classification system: interpretation, applicability, and modification. Geoderma 27:283-309.

Sautter, H. 1982. Soil survey of Otoe County, Nebraska. USDA. Soil Conserv. Serv., Washington, DC.

Shaler, N.S. 1891. The Origin and Nature of Soils. U.S. Geol. Surv. Annual Report. 12, pp. 213-345, illus.

Soil Conservation Service; University of Missouri, Geographical Resources Center Extension Division; and Missouri Department of Natural Resources. n.d. Using soil surveys through interpretive maps. Soil and Water Conserv. Program.

Soil Science Society of America. 1987. Glossary of soil science terms. ISBN 0-089118-785-5. SSSA. Madison, WI.

Soil Science Society of America. 1942. Life and work of C.F. Marbut. 271 pp., illus.

Springer, M.E. and J.A. Elder. 1980. Soils of Tennessee. 1980. Univ. Tennessee, Agric. Exp. Stn. Bull. 596.

State of Nevada Water Planning Report. 1971. Water for Nevada: reconnaissance soil survey, Railroad Valley. Univ. Nevada, Agric. Exp. Stn.

Taylor, H.M. and L.F. Ratliff. 1969. Root elongation rates of cotton and peanuts as a function of soil strength and soil water content. Soil Sci. 108:113-119.

Taylor, H.M., G.M. Roberson, and J.J. Parker Jr. 1966. Soil strength-root penetration relations for medium- to coarse-textured soil materials. Soil Sci. 102:18-22.

U.S. Dept. of Agriculture. Soil Conservation Service. 1980. America's soil and water: conditions and trends. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. 1970. Guide for soil map compilation on photobase map sheets. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. 1972. National engineering handbook, Section 4, hydrology. Chapters 7, 8, 9, and 10. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. 1973. Red tart cherry site inventory for Leelanau County, Michigan. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. n.d. Soil potential ratings for septic tank absorption fields: Northern Illinois. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. Soil Survey Laboratory Methods Manual. 1992. Soil Surv. Invest. Rpt. No. 42. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. Soil Survey Staff. 1992 (draft), 1983, 1972. National Soils Handbook. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service. Soil Survey Staff. 1951. Soil Survey Manual. U.S. Dept. of Agric. Handb. 18. U.S. Govt. Print. Off. Washington, DC. 503 pp., illus.

U.S. Dept. of Agriculture. Soil Conservation Service. Soil Survey Staff. 1975. Soil Taxonomy: A Basic System of Soil Classification for Making and Interpreting Soil Surveys. U.S. Dept. of Agric. Handb. 436. U.S. Govt. Print. Off. Washington, DC. 754 pp., illus.

U.S. Dept. of Agriculture. Soil Conservation Service. Soil Survey Staff. 1990. Keys to Soil Taxonomy. 4th ed. Blacksburg, VA: Virginia Polytechnic Institute and State Univ. 422 pp.

U.S. Dept. of Agriculture. Soil Conservation Service. 1982. Supplement to the soil survey of Commanche County, Oklahoma. U.S. Govt. Print. Off. Washington, DC.

U.S. Dept. of Agriculture. Soil Conservation Service and Forest Service. n.d. Computerized soils and interpretive maps (automating soil survey maps). Jones County North Carolina, 7.5 minute quad number 10: a feasibility study.

University of Illinois, College of Agriculture Cooperative Extension Service. 1978. Soil productivity in Illinois. Circ. 1156.

University of Missouri Extension Division. 1978. Soils of the Southeast Missouri Lowlands. Circ. 922.

Williams, J.R., C.A. Jones, and P.T. Dyke. 1989. The EPIC model. In Erosion productivity impact calculator EPIC: model documentation. USDA Tech. Bull. Chapter 2.

Wischmeier, W.H. and D.D. Smith. 1978. Predicting rainfall erosion losses. Agric. handb. 537. USDA. Agricultural Research Service, Washington, DC.

Woodruff, N.P. and F.H. Siddoway. 1965. A wind erosion equation. Soil Sci. Soc. Am. Proc. 29: 602-608.

BLM_0064714



**APPENDIX**

# 1

## Series Data



**T**hree appendices are included. The first gives examples of descriptions of soil series. The second describes three map units that are quite different in their systematics. The third appendix contains point information for soils of the three map units.

## Sharpsburg Official Soil Series Description

The Sharpsburg series consists of deep, moderately well drained soils formed in loess on uplands. Permeability is in the moderately high saturated hydraulic conductivity class. The lower part of the subsoil is more permeable than the upper part. Slope ranges from 0 to 18 percent. Mean annual temperature is about 11 °C, and mean annual precipitation is about 750 mm.

Taxonomic Class: Fine, montmorillonitic, mesic Typic Argiudolls

Representative Pedon: Sharpsburg silty clay loam with a convex slope of 8 percent-cultivated. Colors are for moist soil unless otherwise stated.

Ap—0 to 20 cm; black (10YR 2/1) silty clay loam, dark grayish brown (10YR 4/2) dry; weak fine subangular blocky structure; friable; few fine roots; slightly acid; abrupt smooth boundary.

A1—20 to 28 cm; very dark brown (10YR 2/2) silty clay loam, dark grayish brown (10YR 4/2) dry; moderate very fine subangular blocky structure; friable; slightly acid; clear smooth boundary.

A2—28 to 43 cm; very dark grayish brown (10YR 3/2) silty clay loam, grayish brown (10YR 5/2) dry; some brown (10YR 4/3) peds; moderate very fine subangular blocky structure; friable; moderately acid; gradual smooth boundary. Combined thickness of the A horizons is 25 to 60 cm.

Bt1—43 to 61 cm; brown (10YR 4/3) silty clay loam; very dark gray (10YR 3/1) coatings on faces of peds; moderate fine subangular blocky structure parting to weak fine subangular blocky; firm; common distinct very dark grayish brown (10YR 3/2) clay films; very few fine roots; moderately acid; gradual smooth boundary.

Bt2—61 to 79 cm; brown (10YR 4/3) and yellowish brown (10YR 5/4) silty clay loam; few fine prominent light brownish gray (2.5Y 6/2) mottles; weak medium prismatic structure parting to moderate fine subangular blocky; firm; many distinct dark grayish brown (10YR 4/2) clay

BLM_0064715

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 48 of 171

films; very few fine and medium roots; few fine dark concretions (iron and manganese oxides); moderately acid; gradual smooth boundary.

Bt3—79 to 97 cm; brown (10YR 5/3) silty clay loam; common medium distinct light brownish gray (2.5Y 6/2) and strong brown (7.5YR 5/6) mottles; weak medium prismatic structure parting to weak medium subangular blocky; friable; many prominent grayish brown (10YR 5/2) clay films; few fine dark concretions (iron and manganese oxides); moderately acid; gradual smooth boundary. Combined thickness of the Bt horizons is 53 to 97 cm.

BC—97 to 117 cm; yellowish brown (10YR 5/4) silty clay loam; many fine and medium distinct grayish brown (2.5Y 5/2) and common medium prominent strong brown (7.5YR 5/8) mottles; weak medium prismatic structure; firm; common distinct grayish brown (10YR 5/2) clay films; few fine dark concretions (iron and manganese oxides); moderately acid; gradual smooth boundary. (10 to 25 cm thick)

C—117 to 152 cm; mottled grayish brown (2.5Y 5/2), yellowish brown (10YR 5/4), strong brown (7.5YR 4/4) silty clay loam; massive; firm; very few fine roots; common fine dark concretions (iron and manganese oxides); slightly acid.

Type Location: Taylor County, Iowa; about 13 km north and 8 km east of Bedford; 570 m east and 165 m south of the northwest corner, sec. 10, T. 69 N., R. 33 W.

Range in Characteristics: Solum thickness typically is 90 to 180 cm thick. Thickness of the A horizon, depth to clay maximum, maximum percent clay, thickness of the Bt horizon, depth to grayish mottles, and solum thickness decrease as gradient increases on convex slopes. The solum is moderately acid or strongly acid in the most acid part.

The Ap horizon has value of 2 or 3 and chroma of 1 or 2. The A1 and A2 horizons have value and chroma of 2 or 3. The A horizon ranges from 25 to 34 percent clay.

The upper part of the Bt horizon has value of 4 or 5, and chroma of 3 or 4 and contains 36 to 42 percent clay. Pedons having colors in the matrix of 5 or 6 value and 2 chroma at depths of less than 80 cm are outside the range.

The lower part of the Bt horizon, the BC horizon, and the C horizon have hue of 7.5YR to 5Y, value of 4 through 6, and chroma of 2 through 6. The C horizon is silty clay loam or silt loam.

Competing Series: These are the Gymer, Oska, and Polo series. Similar soils are the Grundy, Macksburg, and Wymore soils. Gymer and Oska soils have 7.5YR or 5YR hue in the Bt horizon. In addition, Oska soils have a lithic contact within depths of 100 cm. Polo soils have 7.5YR and 5YR hue in the lower part of the B horizon. Grundy and Macksburg soils have lower chroma, mottles, or both in the upper part of the B horizon. Also, Grundy soils have 42 to 48 percent clay in the upper 50 cm of the argillic horizon. Wymore soils have 2.5Y or yellower hue, dominant chroma of 2 in the B horizon, and contain more clay.

BLM_0064716

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 49 of 171

Geographic Setting: Sharpsburg soils are on convex ridgetops, and convex side slopes, and on high benches. Typically, they are on narrow ridgetops having slopes of 2 to 9 percent gradient. The full range of slope is from 0 to 18 percent. Sharpsburg soils formed in 2 to 5 meters of loess that contains less than 5 percent sand. Mean annual temperature ranges from about 8 to 14 °C and mean annual precipitation ranges from about 700 to 800 mm.

Geographically Associated Soils: The somewhat poorly drained Macksburg soils and the poorly drained Winterset soils form a drainage sequence with the Sharpsburg soils and commonly are on the more nearly level parts of the landscape. Adair, Clarinda, Lamoni, Pawnee, and Shelby soils are on adjoining lower parts of the landscape. They formed in till or in paleosols formed in till. Judson, soils are on foot slopes downslope and formed in local colluvium. Clearfield, and Nira, soils are nearby at about the same elevations and have a grayish B horizon.

Drainage and Permeability: Moderately well drained. Surface runoff is medium to rapid (Soil Survey Staff, 1951). Permeability (saturated hydraulic conductivity) is in the lower half of moderately high in the upper part of the subsoil and in the upper half of moderately high in the lower part and in the substratum.

Use and Vegetation: Commonly used for growing cultivated crops. Corn (Zea mays L.), soybeans (Glycine max (L.) Merr), small grains, and hay are grown. Native vegetation was tall prairie grasses.

Distribution and Extent: Southwestern Iowa, northwestern Missouri, northeastern Kansas, and southeastern Nebraska. The soils are extensive.

Series Established: Lancaster County, Nebraska, 1944.

Remarks: Diagnostic horizons and features recognized in this pedon are: mollic epipedon"the zone from the surface to a depth of 43 cm (Ap, A1, and A2 horizons); argillic horizon"the zone from 43 cm to a depth of 97 cm (Bt1, Bt2, and Bt3 horizons); udic moisture regime.

BLM_0064717

IA0033                S O I L   I N T E R P R E T A T I O N S   R E C O R D                SHARPSBURG SERIES

MLRA(S): 106, 107, 108, 109
REV. LDL, 10-90
TYPIC ARGIUDOLLS, FINE, MONTMORILLONITIC, MESIC

THE SHARPSBURG SERIES CONSISTS OF MODERATELY WELL DRAINED SOILS FORMED IN LOESS UNDER PRAIRIE VEGETATION ON UPLAND DIVIDES AND STREAM BENCHES. THE SURFACE SOIL IS BLACK VERY DARK BROWN AND VERY DARK GREYISH  BROWN SILTY CLAY LOAM 17 INCHES THICK. THE SUBSOIL IS BROWN SILTY CLAY LOAM IN UPPER 7 INCHES AND BROWN AND YELLOWISH BROWN MOTTLED SILTY CLAY LOAM IN LOWER 22 INCHES. THE SUBSTRATUM IS MOTTLED GRAYISH BROWN, YELLOWISH BROWN AND STRONG BROWN SILTY CLAY LOAM. SLOPES RANGE FROM 0 TO 18 PERCENT. MOST AREAS ARE USED FOR CROPLAND.

### LANDSCAPE AND CLIMATE PROPERTIES

| ANNUAL AIR TEMPERATURE | FROST FREE DAYS | ANNUAL PRECIPITATION | ELEVATION (FT) | DRAINAGE CLASS | SLOPE (PCT) |
|---|---|---|---|---|---|
| 50-57 | 160-170 | 28-38 | 1000-1300 | MW | 0-18 |

### ESTIMATED SOIL PROPERTIES

| DEPTH (IN.) | USDA TEXTURE | UNIFIED | AASHTO | FRACT. >10 IN (PCT) | FRACT. 3-10 IN (PCT) | PERCENT OF MATERIAL LESS THAN 3" PASSING SIEVE NO. | | | | CLAY (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 4 | 10 | 40 | 2000 | |
| 0-17 | SICL | CL, CH | A-7, A-6 | 0 | 0 | 100 | 100 | 100 | 95-100 | 27-36 |
| 0-17 | SIL | CL | A-6 | 0 | 0 | 100 | 100 | 100 | 95-100 | 25-27 |
| 17-31 | SICL, SIC | CH, CL | A-7 | 0 | 0 | 100 | 100 | 100 | 95-100 | 36-42 |
| 31-46 | SICL | CL | A-7,A-6 | 0 | 0 | 100 | 100 | 100 | 95-100 | 30-38 |
| 46-60 | SICL, SIL | CL | A-7, A-6 | 0 | 0 | 100 | 100 | 100 | 95-100 | 25-32 |

| DEPTH (IN.) | LIQUID LIMIT | PLAS-TICITY INDEX | MOIST BULK DENSITY (G/CM3) | PERMEA-BILITY (IN/HR) | AVAILABILITY WATER CAPACITY (IN/IN) | SOIL REACTION (PH) | SALANITY (MMHOS/CM) | SAR | CEC (ME/100G) | CACO3 (PCT) | GYPSUM (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-17 | 35-55 | 18-32 | 1.30-1.35 | 0.6-2.0 | 0.21-0.23 | 5.1-7.3 | - | - | 25-30 | - | - |
| 0-17 | 25-40 | 10-20 | 1.30-1.35 | 0.6-2.0 | 0.21-0.23 | 5.1-7.3 | - | - | 25-30 | - | - |
| 17-31 | 40-60 | 20-35 | 1.35-1.40 | 0.2-0.6 | 0.18-0.20 | 5.1-6.0 | - | - | 25-30 | - | - |
| 31-46 | 35-50 | 20-30 | 1.40-1.45 | 0.6-2.0 | 0.18-0.20 | 5.1-6.5 | - | - | 25-30 | - | - |
| 46-60 | 35-50 | 20-30 | 1.40-1.45 | 0.6-2.0 | 0.18-0.20 | 6.1-6.5 | - | - | 25-30 | - | - |

| DEPTH (IN.) | ORGANIC MATTER (PCT) | SHRINK-SWELL POTENTIAL | EROSION FACTORS | | | WIND EROD. GROUP | WIND EROD. INDEX | CORROSIVITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | K | T | | | | STEEL | CONCRETE |
| 0-17 | 3-4 | MODERATE | 32 | 5 | | 7 | 38 | MODERATE | MODERATE |
| 0-17 | 3-4 | MODERATE | 32 | 5 | | 6 | 48 | | |
| 17-31 | 1-2 | MODERATE | 43 | | | | | | |
| 31-46 | .5-1 | MODERATE | 43 | | | | | | |
| 46-60 | 0-1 | MODERATE | 43 | | | | | | |

| FLOODING | | | HIGH WATER TABLE | | | CEMENTED PAN | | BEDROCK | | SUBSIDENCE | | HYD GRP | POTENT'L FROST ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQUENCY | DURATION | MONTHS | DEPTH (FT) | KIND | MONTHS | DEPH (IN) | HARDNESS | DEPH (IN) | HARDNESS | INIT. (IN) | TOTAL (IN) | | |
| NONE | | | >6.0 | | | - | | >60 | | | | B | HIGH |

### SANITARY FACILITIES

| | | CONSTRUCTION MATERIAL | |
|---|---|---|---|
| SEPTIC TANK ABSORPTION FIELDS | 0-15%: SEVERE-PERCS SLOWLY<br>15+%: SEVERE-PERCS SLOWLY, SLOPE | ROADFILL | POOR-LOW STRENGTH |
| SEWAGE LAGOON AREAS | 0-2%: MODERATE-SEEPAGE<br>2-7%: MODERATE-SEEPAGE, SLOPE<br>7+%: SEVERE-SLOPE | SAND | IMPROBABLE-EXCESS FINES |
| SANITARY LANDFILL (TRENCH) | 0-8%: MODERATE-TOO CLAYEY<br>8-15%: MODERATE-SLOPE, TOO CLAYEY<br>15+%: SEVERE-SLOPE | GRAVEL | IMPROBABLE-EXCESS FINES |
| SANITARY LANDFILL (AREA) | 0-8: SLIGHT<br>8-15%: MODERATE-SLOPE<br>15+%: SEVERE-SLOPE | TOPSOIL | 0-15%: POOR THIN LAYER<br>15+%: POOR THIN LAYER, SLOPE |
| DAILY COVER FOR LANDFILL | 0-8: FAIR-TOO CLAYEY<br>8-15%: FAIR-TOO CLAYEY, SLOPE<br>15+%: POOR-SLOPE | | |

### WATER MANAGEMENT

| BUILDING SITE DEVELOPMENT | | | |
|---|---|---|---|
| | | POND RESERVOIR AREA | 0-3%: MODERATE-SEEPAGE<br>3-8%: MODERATE-SEEPAGE, SLOPE<br>8+%: SEVERE-SLOPE |
| SHALLOW EXCAVATIONS | 0-8%: MODERATE-TOO CLAYEY<br>8-15%: MODERATE-TOO CLAYEY, SLOPE<br>15+%: SEVERE-SLOPE | EMBANKMENTS DIKES AND SLEAVES | SLIGHT |
| DWELLINGS WITHOUT BASEMENTS | 0-8%: MODERATE-SHRINK-SWELL<br>8-15%: MODERATE-SHRINK-SWELL, SLOPE<br>15+%: SEVERE-SLOPE | EXCAVATED PONDS AQUIFER FED | SEVERE-NO-WATER |
| DWELLINGS WITH BASEMENTS | 0-8%: MODERATE-SHRINK-SWELL<br>8-15%: MODERATE-SLOPE, SHRINK-SWELL<br>15+%: SEVERE-SLOPE | DRAINAGE | DEEP TO WATER |
| SMALL COMMERCIAL BUILDINGS | 0-4%: MODERATE-SHRINK-SWELL<br>4-8%: MODERATE-SHRINK-SWELL, SLOPE<br>8+%: SEVERE-SLOPE | IRRIGATION | 0-3%: FAVORABLE<br>3+% SLOPE |
| LOCAL ROADS AND STREETS | 0-15 SEVERE-LOW STRENGTH, FROST ACTION<br>15+%: SEVERE-LOW STRENGTH, SLOPE, FROST ACTION | TERRACES AND DIVERSIONS | 0-8%: ERRODES EASILY<br>8+%: SLOPE, ERODES EASILY |
| LAWNS LANDSCAPING AND GOLF FAIRWAYS | 0-8%: SLIGHT<br>8-15%: MODERATE-SLOPE<br>15+%: SEVERE-SLOPE | GRASSED WATERWAYS | 0-8%: ERRODES EASILY<br>8+%: SLOPE, ERODES EASILY |

SHARPSBURG SERIES                                                                      IA0033

RECREATIONAL DEVELOPMENT

| CAMP AREAS | 0-8%: MODERATE-PERCS. SLOWLY<br>8-15+%: MODERATE-SLOPE PERC SLOWLY<br>15+%: SEVERE-SLOPE | PLAYGROUNDS | 0-2%: MODERATE-PERCS. SLOWLY<br>2-6%: MODERATE-SLOPE PERCS SLOWLY<br>6+%: SEVERE-SLOPE |
| PICNIC AREAS | 0-8%: MODERATE-PERCS. SLOWLY<br>8-15+%: MODERATE-SLOPE PERC SLOWLY<br>15+%: SEVERE-SLOPE | PATHS<br>AND<br>TRAILS | 0-15%: SLIGHT<br>15-18%: MODERATE-SLOPE |

REGIONAL INTERPRETATIONS

CAPABILITY AND YIELDS PER ACRE OF CROPS AND PASTURE (HIGH LEVEL MANAGEMENT)

| CLASS-DETERMINING PHASE | CAPABILITY | | CORN (BU) | | SOYBEANS (BU) | | OATS (BU) | | BROMEGRASS ALFALFA HAY (TONS) | | KENTUCKY BLUEGRASS (AUM) | | SMOOTH BRUMEGRASS (AUM) | | BRUMEGRASS ALFALFA (AUM) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NIRR | IRR | NIRR | IRR | NIRR | IRR | NIRR | IRR | NIRR | IRR | NIRR | IRR | NIRR | IRR | NIRR | IRR |
| 0-2% | 1 | | 156 | | 52 | | 78 | | 6.6 | | 3.8 | | 6.4 | | 10.9 | |
| 2-5% | 2E | | 153 | | 51 | | 77 | | 6.4 | | 3.8 | | 6.3 | | 10.7 | |
| 5-9% | 3E | | 148 | | 50 | | 74 | | 6.2 | | 3.6 | | 6.1 | | 10.4 | |
| 9-14% | 3E | | 139 | | 47 | | 70 | | 5.8 | | 3.4 | | 5.7 | | 9.8 | |
| 14-18% | 4E | | 122 | | 41 | | 61 | | 5.1 | | 3.0 | | 5.0 | | 8.6 | |

WOODLAND SUITABILITY

| CLASS-DETERMINING PHASE | ORD SYM | MANAGEMENT PROBLEMS | | | | | POTENTIAL PRODUCTIVITY | | | TREES TO PLANT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EROS'N HAZARD | EQUIP. LIMIT | SEEDL MORT'Y | WIND'H HAZARD | PLANT COMPET | COMMON TREES | SITE INDX | PROD CLAS | |
| | | | | | | | NONE | | | |

WINDBREAKS (A)

| CLASS-DETERMINING PHASE | SPECIES | H1 | SPECIES | H1 | SPECIES | H1 | SPECIES | H1 |
|---|---|---|---|---|---|---|---|---|
| HIGH PPT | SILKY DOGWOOD | 8 | AMUR HONEYSUCKLE | 12 | AMER CRANBERRYBUSH | 10 | AMUR PRIVET | 15 |
| | EASTERN WHITE PINE | 41 | PIN OAK | 36 | AUSTRIAN PINE | 28 | NORWAY SPRUCE | 32 |
| | WHITE FIR | 23 | BLUE SPRUCE | 22 | NORTHERN WHITECEDAR | 22 | WASHINGTON HAWTHORN | 18 |
| LOW PPT | AMUR MAPLE | 12 | GREEN ASH | 25 | HACKBERRY | 24 | AMUR HONEYSUCKLE | 8 |
| | LILAC | 8 | AUSTRIAN PINE | 26 | BUR OAK | 24 | EASTERN REDCEDAR | 22 |
| | AUTUMN OLIVE | 12 | EASTERN WHITE PINE | 27 | RUSSIAN OLIVE | 22 | HONEYLOCUST | 26 |

WILDLIFE HABITAT SUITABILITY

| CLASS-DETERMINING PHASE | POTENTIAL FOR HABITAT ELEMENTS | | | | | | POTENTIAL AS HABITAT FOR: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAIN & SEED | GRASS & LEGUME | WILD HERB | HARDWD TREES | CONIFER PLANTS | SHRUBS | WETLAND PLANTS | SHALLOW WATER | OPENLD WILDLF | WOODLD WILDLF | WETLAND WILDLF | RANGELD WILDLF |
| 0-5% | GOOD | GOOD | GOOD | GOOD | GOOD | - | POOR | POOR | GOOD | GOOD | POOR | |
| 5-15% | FAIR | GOOD | GOOD | GOOD | GOOD | - | POOR | POOR | GOOD | GOOD | POOR | |
| 15+% | POOR | GOOD | FAIR | GOOD | FAIR | - | POOR | POOR | FAIR | FAIR | POOR | |

POTENTIAL NATIVE PLANT COMMUNITY (RANGELAND OR FOREST UNDERSTORY VEGETATION) (B)

| COMMON PLANT NAME | PLANT SYMBOL (NLSP'N) | PERCENTAGE COMPOSITION (DRY WEIGHT) BY CLASS DETERMINING PHASE | | | | |
|---|---|---|---|---|---|---|
| | | ALL | | | | |
| BIG BLUESTEM | ANGE | 30 | | | | |
| LITTLE BLUESTEM | SCSC | 15 | | | | |
| SIDEOATS GRAMA | BOCU | 5 | | | | |
| INDIANGRASS | SONU2 | 5 | | | | |
| SWITCHGRASS | PAVI2 | 10 | | | | |
| TALL DROPSEED | SPAS | 5 | | | | |
| SEDGE | CAREX | 5 | | | | |
| LEADPLANT | AMCA6 | 5 | | | | |
| KENTUCKY BLUEGRASS | PDPR | 5 | | | | |
| OTHER PERENNIAL GRASSES | PPGG | 5 | | | | |
| OTHER PERENNIAL FORBS | PPFF | 5 | | | | |
| OTHER SHRUBS | SSSS | 5 | | | | |

| POTENTIAL PRODUCTION (LBS./AC DRY WT) | | | | | |
|---|---|---|---|---|---|
| FAVORABLE YEARS | 4800 | | | | |
| NORMAL YEARS | 4400 | | | | |
| UNFAVORABLE YEARS | 4000 | | | | |

FOOTNOTES
A WINDBREAK GROUP 3; HIGH PPT: LRA 108, 109, LOW PPT: 106, 107
B SILTY RANGE SITE, NEBRASKA.

BLM_0064719

# Bakeoven Official Soil Series Description

The Bakeoven series consists of very shallow, well drained soils that formed in mixed alluvium, loess, and residuum weathered from basalt. Bakeoven soils are on uplands and have slopes of 0 to 90 percent. The mean annual precipitation is about 330 mm and the mean annual temperature is about 9 °C.

Taxonomic Class: Loamy-skeletal, mixed, mesic Lithic Haploxerolls

Representative Pedon: Bakeoven very cobbly loam-rangeland. Colors are for dry soil unless otherwise noted.

A—0 to 5 cm; brown (7.5YR 5/3) very cobbly loam, dark brown (7.5YR 3/2) moist; weak thin platy and weak fine granular structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine roots; many very fine irregular pores; about 40 percent by volume of rock fragments; slightly acid (pH 6.5); abrupt smooth boundary. (0 to 10 cm thick)

Bw1—5 to 10 cm; brown (7.5YR 5/3) very gravelly heavy loam, dark brown (7.5YR 3/3) moist; weak thin platy and weak fine and medium granular structure; slightly hard, friable, sticky and plastic; common very fine roots; common very fine irregular pores; about 60 percent by volume of rock fragments; neutral (pH 6.8); abrupt smooth boundary. (5 to 15 cm thick)

Bw2—10 to 18 cm; brown (10YR 5/3) very gravelly clay loam, dark brown (10YR 3/3) moist; moderate fine subangular blocky structure; hard, friable, sticky and plastic; common very fine roots; common very fine tubular pores; about 60 percent by volume of rock fragments; neutral (pH 6.9); abrupt wavy boundary. (2 to 10 cm thick)

2R—18 cm; basalt.

Type Location: Wasco County, Oregon; 360 m south and 30 m east of center of sec. 7; NW1/4, SE1/4 sec. 7. T. 8 S., R. 15 E.

Range in Characteristics: The soil is dry throughout above the lithic contact for more than half the time (cumulative) that the soil temperature is above 5 °C. The mean annual soil temperature ranges from 8 to 12 °C. Thickness of solum and depth to bedrock range from about 10 to 25 cm. Rock fragments commonly range from 50 to 90 percent, but the upper 5 to 10 cm of the deeper sola have as little as 35 percent. Organic matter ranges from 1 to 2 percent. The deeper part of some sola have coatings of carbonates on the underside of rock fragments and these coatings extend in cracks into the underlying rock. The sola have 10YR, 7.5YR, or 5YR hue.

The A horizon has value of 4 or 5 dry, 2 or 3 moist and chroma of 2 or 3 moist and 2 through 4 dry. It is slightly acid to mildly alkaline.

The B horizon has the same color value as that of the A horizon and chroma is 2 or 3 in the upper part and 3 or 4 below depths of 15 or 18 cm in sola thicker than 18 cm. It is loam, clay

loam or silt loam and averages more than 18 percent clay and has more than 35 percent rock fragments. This horizon has moderate fine subangular blocky through weak medium subangular blocky structure. It is slightly acid to mildly alkaline.

Clay films are present on some rock fragments in deeper sola or in the fractures in the underlying bedrock.

Competing Series: These are the Aldax, Bodell, Couleedam, Johntom, Lickskillet, Limekiln, Plaskett, and Venator series. All of these soils are deeper than 25 cm to bedrock. Aldax and Plaskett soils have less than 18 percent clay in the particle-size control section. Limekiln soils have a calcic horizon. Plaskett soils have mean annual soil temperature of 13 to 15 °C.

Geographic Setting: The Bakeoven soils are on ridge tops, hillslopes and benches at elevations of 180 to 1600 meters. Slopes of 2 to 20 percent are most common and the full range is from about 0 to 90 percent. The soils formed in loess and residuum weathered from basalt. The climate is semiarid. The mean annual precipitation ranges from 25 to 40 cm, the mean annual temperature is from 7 to 11 °C, the mean winter temperature is from 7 to 11 °C, and the mean summer temperature is from 17 to 19 °C. The frost-free period is 100 to 165 days.

Geographically Associated Soils: These are the competing Lickskillet soils and the Anderly, Agency, Cantala, Condon, Gem, Maupin, Morrow, Reywat, Ritzville, Ruckles, Starbuck, Walla Walla, Wapinitia, Watama and Wrentham soils. Agency soils are moderately deep to bedrock and have less than 35 percent rock fragments. Anderly and Condon soils are moderately deep and formed in loess over bedrock and in many places are "biscuits" associated with Bakeoven soils. Cantala soils are fine-silty and deeper than 1 m to bedrock. Gem and Morrow soil have an argillic horizon and are moderately deep to bedrock. Maupin soils have a duripan and are fine-loamy. Reywat soils are shallow and have a skeletal argillic horizon. Ritzville and Walla Walla soils are deep or very deep, formed in loess, and are free of rock fragments. Ruckles soils have a very stony argillic horizon. Starbuck soils are on steep south-facing slopes, lack a mollic epipedon, formed mostly in loess, and contain less than 35 percent rock fragments. Wapinitia soils are deep and have an argillic horizon. Watama soils are moderately deep and are fine-loamy. Wrentham soils are on steep north-facing slopes and are deeper than 50 cm to bedrock.

Drainage and Permeability: Well drained; medium runoff (Soil Survey Staff, 1951); moderately slow permeability and in the moderately high saturated hydraulic conductivity class. In a few places, the soil is ponded for short periods.

Use and Vegetation: Most of the soil is used for range. Native vegetation is bunchgrasses, forbs, and shrubs.

Distribution and Extent: North-central Oregon, eastern Washington, and southwestern Idaho. This series is extensive.

Series Established: Sherman County, Oregon; 1962.

ORO011                  S O I L   I N T E R P R E T A T I O N S   R E C O R D                  BAKEOVEN SERIES

MLRA(S): 8, 10
REV. GLG, MD. 6-90
LITHIC HAPLEXEROLLS, LOAMY-SKELETAL, MIXED, MESIC

THE BAKEOVEN SERIES CONSISTS OF WELL DRAINED SOILS FORMED IN LOESS MIXED WITH COLLUVIUM ON RIDGETOPS AND PLATEAUS. TYPICALLY, THE SURFACE LAYER IS VERY COBBLY LOAM ABOUT 8 INCHES THICK. THE SUBSOIL IS VERY GRAVELLY LOAM AND CLAY LOAM ABOUT 5 INCHES THICK OVER BASALT.

### LANDSCAPE AND CLIMATE PROPERTIES

| ANNUAL AIR TEMPERATURE | FROST FREE DAYS | ANNUAL PRECIPITATION | ELEVATION (FT) | DRAINAGE CLASS | SLOPE (PCT) |
|---|---|---|---|---|---|
| 45-52 | 100-165 | 10-16 | 540-4300 | W | 0-90 |

### ESTIMATED SOIL PROPERTIES

| DEPTH (IN.) | USDA TEXTURE | UNIFIED | AASHTO | FRACT. >10 IN (PCT) | FRACT. 3-10 IN PCT | PERCENT OF MATERIAL LESS THAN 3" PASSING SIEVE NO. | | | | CLAY (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 4 | 10 | 40 | 2000 | |
| 0-2 | STV-L STV-SIL | GM, SM | A-4 | 15-25 | 10-20 | 65-80 | 60-75 | 50-70 | 35-50 | 15-25 |
| 0-2 | CBV-L CBV-SIL | GM | A-2, A-4 | 10-20 | 25-40 | 50-70 | 40-65 | 35-50 | 30-50 | 15-25 |
| 0-2 | STX-SIL, STX-L | GM, SM | A-4 | 25-40 | 20-30 | 65-80 | 60-75 | 50-70 | 35-50 | 15-25 |
| 2-7 | GRV-CL, CBV-L, GRV-L | GM, GC | A-4, A-6 | 5-15 | 15-40 | 50-65 | 45-60 | 45-35 | 35-50 | 18-33 |
| 7 | UWB | | | | | | | | | |

| DEPTH (IN.) | LIQUID LIMIT | PLAS-TICITY INDEX | MOIST BULK DENSITY (G/CM3) | PERMEA-BILITY (IN/HR) | AVAILABILITY WATER CAPACITY (IN/IN) | SOIL REACTION (PH) | SALANITY (MMHOS/CM) | SAR | CEC (ME/100G) | CACO3 (PCT) | GYPSUM (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-2 | 25-35 | NP-10 | 1.25-1.35 | 0.2-0.6 | 0.06-0.14 | 6.1-7.8 | - | - | 10-25 | - | - |
| 0-2 | 25-35 | NP-10 | 1.25-1.35 | 0.2-0.6 | 0.06-0.09 | 6.1-7.8 | - | - | 10-25 | - | - |
| 0-2 | 25-35 | NP-10 | 1.25-1.35 | 0.2-0.6 | 0.06-0.09 | 6.1-7.8 | - | - | 10-25 | - | - |
| 2-7 | 30-40 | 5-15 | 1.30-1.40 | 0.2-0.6 | 0.05-0.14 | 6.6-7.8 | - | - | 10-30 | - | - |
| 7 | | | | | | | | | | | |

| DEPTH (IN.) | ORGANIC MATTER (PCT) | SHRINK-SWELL POTENTIAL | EROSION FACTORS | | WIND EROD. GROUP | WIND EROD. INDEX | CORROSIVITY | |
|---|---|---|---|---|---|---|---|---|
| | | | K | T | | | STEEL | CONCRETE |
| 0-2 | 1-3 | LOW | .15 | 1 | 8 | - | MODERATE | LOW |
| 0-2 | 1-3 | LOW | .15 | 1 | 8 | | | |
| 0-2 | 1-3 | LOW | .10 | 1 | 8 | | | |
| 2-7 | 5-2 | LOW | .20 | | | | | |
| 7 | | | | | | | | |

| FLOODING | | | HIGH WATER TABLE | | | CEMENTED PAN | | BEDROCK | | SUBSIDENCE | | HYD GRP | POTENT'L FROST ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQUENCY | DURATION | MONTHS | DEPTH FT | KIND | MONTHS | DEPTH (IN) | HARDNESS | DEPTH (IN) | HARDNESS | INIT. (IN) | TOTAL (IN) | | |
| NONE | | | >6.0 | | | - | | 4-12 | HARD | - | | D | MODERATE |

### SANITARY FACILITIES

| SEPTIC TANK ABSORPTION FIELDS | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-DEPTH TO ROCK, SLOPE |
|---|---|
| SEWAGE LAGOON AREAS | 0-7%: STV: SEVERE-DEPTH TO ROCK 7% STV: SEVERE-DEPTH TO ROCK, SLOPE 0-7+% CBV: STX: SEVERE-DEPTH TO ROCK, LARGE STONES 7+% CBV, STX: SEVERE-DEPTH TO ROCK, SLOPE |
| SANITARY LANDFILL (TRENCH) | 0-15% STV: SEVERE-DEPTH TO ROCK 15+% STV: SEVERE-DEPTH TO ROCK, SLOPE 0-15% CBV, STX: SEVERE-DEPTH TO ROCK, LARGE STONES 15+% CBV, STX:SEVERE-DEPTH TO ROCK, SLOPE |
| SANITARY LANDFILL (AREA) | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-DEPTH TO ROCK, SLOPE |
| DAILY COVER FOR LANDFILL | 0-15%: POOR-DEPTH TO ROCK 15+%: POOR-DEPTH TO ROCK, SLOPE |

### CONSTRUCTION MATERIAL

| ROADFILL | 0-25%: POOR-DEPTH TO ROCK 25+%: POOR-DEPTH TO ROCK, SLOPE |
|---|---|
| SAND | IMPROBABLE-EXCESS FINES |
| GRAVEL | IMPROBABLE-EXCESS FINES |
| TOPSOIL | 0-15%: SEVERE-DEPTH TO ROCK, SMALL STONES 15+%: POOR-DEPTH TO ROCK, SMALL STONES, SLOPE |

### BUILDING SITE DEVELOPMENT

| SHALLOW EXCAVATIONS | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-DEPTH TO ROCK, SLOPE |
|---|---|
| DWELLINGS WITHOUT BASEMENTS | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-DEPTH TO ROCK, SLOPE |
| DWELLINGS WITHOUT BASEMENTS | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-DEPTH TO ROCK, SLOPE |
| SMALL COMMERCIAL BUILDINGS | 0-8%: SEVERE-DEPTH TO ROCK 8+%: SEVERE-SLOPE, DEPTH TO ROCK |
| LOCAL ROADS AND STREETS | 0-15%: SEVERE-DEPTH TO ROCK 15+%: SEVERE-SLOPE, DEPTH TO ROCK, |
| LAWNS LANDSCAPING AND GOLF FAIRWAYS | STV, STX: SEVERE-DEPTH TO ROCK CBV: SEVERE - SMALL STONES, LARGE STONES, DEPTH TO ROCK |

### WATER MANAGEMENT

| POND RESERVOIR AREA | 0-8%: SEVERE-DEPTH TO ROCK 8+%: SEVERE-DEPTH TO ROCK, SLOPE |
|---|---|
| EMBANKMENTS DIKES AND LEVEES | STV, MODERATE-LARGE STONES CBV, STX: SEVERE-LARGE STONES |
| EXCAVATED PONDS AQUIFER FED | SEVERE-NO-WATER |
| DRAINAGE | DEEP TO WATER |
| IRRIGATION | 0-3%: LARGE STONES, DROGHTY 3+%: SLOPE, LARGE STONES, DROGHTY |
| TERRACES AND DIVERSIONS | 0-8%: LARGE STONES, DEPTH TO ROCK 8+%: SLOPE, LARGE STONES, DEPTH TO ROCK |
| GRASSED WATERWAYS | 0-8%: LARGE STONES, DROGHTY 8+%: LARGE STONES, SLOPE, DROGHTY |

*SOIL SURVEY MANUAL*   9

**BAKEOVEN SERIES**                          RECREATIONAL DEVELOPMENT                                         0R0011

| CAMP AREAS | 0-15% STV: SEVERE-DEPTH TO ROCK<br>15+% STV: SEVERE-SLOPE, DEPTH TO ROCK<br>0-15% CBV, STX: SEVERE-LARGE STONES, DEPTH TO ROCK<br>15+% CBV, STX: SEVERE-SLOPE, LARGE STONES | PLAYGROUNDS | 0-6% STV: SEVERE-LARGE STONES, SMALL STONES<br>6+% STV: SEVERE-LARGE STONES, SLOPE, SMALL STONES |
| PICNIC AREAS | 0-15% STV: SEVERE-DEPTH TO ROCK<br>15+% STV: SEVERE-SLOPE, DEPTH TO ROCK<br>0-15% CBV, STX: SEVERE-LARGE STONES, DEPTH TO ROCK<br>15+% CBV, STX: SEVERE-SLOPE, LARGE STONES | PATHS AND TRAILS | 0-15% STV: MODERATE-DUSTY<br>15-25% STV: MODERATE-SLOPE, DUSTY<br>0-15% CBV, STX: MODERATE-LARGE STONES, DUSTY<br>15-25% CBV, STX: MODERATE-LARGE STONES, SLOPE<br>25+% SEVERE-SLOPE |

REGIONAL INTERPRETATIONS

CAPABILITY AND YIELDS PER ACRE OF CROPS AND PASTURE (HIGH LEVEL MANAGEMENT)

| CLASS-DETERMINING PHASE | CAPABILITY | | NIRR. | IRR. | NIRR. | IRR. | NIRR | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NIRR | IRR. | | | | | | | | | | | | | | |
| ALL | 7S | | | | | | | | | | | | | | | |

WOODLAND SUITABILITY

| CLASS-DETERMINING PHASE | ORD SYM | MANAGEMENT PROBLEMS | | | | | POTENTIAL PRODUCTIVITY | | | TREES TO PLANT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EROS.N HAZARD | EQUIP. LIMIT | SEEDL. MORTY | WINDTH HAZARD | PLANT COMPET | COMMON TREES | SITE INDX | PROD CLAS | |
| | | | | | | | NONE | | | |

WINDBREAKS (A)

| CLASS-DETERMINING PHASE | SPECIES | HT | SPECIES | HT | SPECIES | HT | SPECIES | HT |
|---|---|---|---|---|---|---|---|---|
| | NONE | | | | | | | |

WILDLIFE HABITAT SUITABILITY

| CLASS-DETERMINING PHASE | POTENTIAL FOR HABITAT ELEMENTS | | | | | | | | POTENTIAL AS HABITAT FOR: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAIN & SEED | GRASS & LEGUME | WILD HERB | HARDWD TREES | CONIFER PLANTS | SHRUBS | WETLAND PLANTS | SHALLOW WATER | OPENLD WILDLF | WOODLD WILDLF | WETLAND WILDLF | RANGELD WILDLF |
| ALL | V. POOR | V. POOR | FAIR | - | - | FAIR | V. POOR | V. POOR | V. POOR | - | V. POOR | FAIR |

POTENTIAL NATIVE PLANT COMMUNITY (RANGELAND OR FOREST UNDERSTORY VEGETATION) (A)

| COMMON PLANT NAME | PLANT SYMBOL (NLSPN) | PERCENTAGE COMPOSITION (DRY WEIGHT) BY CLASS DETERMINING PHASE | | | | |
|---|---|---|---|---|---|---|
| | | 0-90% | DRY | | | |
| SANDBERG BLUEGRASS | POSE | 50 | 35 | | | |
| STIFF SAGEBRUSH | ARRI2 | 10 | 35 | | | |
| OTHER PERENNIAL GRASSES | PPGG | 5 | | | | |
| BUCKWHEAT | ERIOG | 2 | 10 | | | |
| BLUEBUNCH WHEATGRASS | AGSP | 5 | 5 | | | |
| PHLOX | PHLOX | 2 | 5 | | | |
| OTHER PERENNIAL FORBS | PPFF | - | 10 | | | |

| POTENTIAL PRODUCTION (LBS./AC.DRY WT): | | | | | |
|---|---|---|---|---|---|
| FAVORABLE YEARS | 350 | 200 | | | |
| NORMAL YEARS | 300 | 125 | | | |
| UNFAVORABLE YEARS | 200 | 75 | | | |

FOOTNOTES

A 0-90% VERY SHALLOW 9-15PZ. DRY 010XY002).

## Condon Official Soil Series Description

The Condon series consists of moderately deep, well drained soils that formed in loess overlying basalt. Condon soils are on uplands and have slopes of 0 to 40 percent. Mean annual precipitation is about 300 mm and the mean annual temperature is about 9 °C.

Taxonomic Class: Fine-silty, mixed, mesic Typic Haploxerolls

Representative Pedon: Condon silt loam-cultivated. Colors are for dry soil unless otherwise noted.

Ap—0 to 18 cm; grayish brown (10YR 5/2) silt loam, very dark brown (10YR 2/2) moist; weak medium platy and weak medium granular structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; common fine irregular pores; neutral (pH 6.6); abrupt smooth boundary. (15 to 25 cm thick)

Bw1—18 to 36 cm; grayish brown (10YR 5/2) silt loam, very dark grayish brown (10YR 3/2) moist; weak medium to coarse prismatic and weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; common very fine tubular pores; neutral (pH 6.7); clear smooth boundary. (10 to 30 cm thick)

Bw2—36 to 50 cm; brown (10YR 5/3) silt loam, dark brown (10YR 3/3) moist; weak medium to coarse prismatic and weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; common very fine tubular pores; neutral (pH 6.8); clear wavy boundary. (10 to 30 cm thick)

BC—50 to 70 cm; pale brown (10YR 6/3) silt loam, dark brown (10YR 4/3) moist; weak coarse prismatic structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; common very fine tubular pores; neutral (pH 7.0); abrupt wavy boundary. (0 to 50 cm thick)

2R—70 cm; basalt.

Type Location: Gilliam County, Oregon; 1.3 km west of Condon city limits; 53 m west of fence, 45 m north of Condon-Moro road in the SE1/4, SW1/4, NW1/4 sec. 9. T. 4 S., R. 21 E.

Range in Characteristics: The soils are usually moist but are dry for 80 to 90 consecutive days between depths of 10 and 30 cm following the summer solstice. The mean annual soil temperature ranges from 8 to 12 iC. Thickness of the solum and depth to bedrock range from 50 to 100 cm. Organic matter decreases to less than 1 percent at depths of less than 50 cm and commonly between 25 and 38 cm.

The A horizon has value of 4 or 5 dry, 2 or 3 moist and chroma of 2 or 3 moist and dry. It is slightly acid or neutral.

BLM_0064724

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 57 of 171

The B horizon has value of 3 or 4 moist, 5 or 6 dry, but 3 moist and 5 dry above 25 cm and chroma of 2 thru 4 moist and dry. It is silt loam and averages 18 to 27 percent clay and less than 15 percent coarser than very fine sand. This horizon has weak to moderate structure. It is slightly acid through slightly alkaline.

Competing Series: These are the Cantala and Couse series. Cantala and Couse soils are deeper than 100 cm to bedrock.

Geographic Setting: Condon soils are on uplands at elevations of 330 to 1200 meters. Slopes are 0 to 40 percent. These soils formed in a loess mantle with an appreciable component of volcanic ash overlying basalt. Summers are warm and dry and winters are cool and moist. Mean summer temperature is 16 to 18 °C, and mean winter temperature is 0 to 1 °C. Mean annual temperature is 7 to 9 °C. Precipitation ranges from 250 to 380 mm. The frost-free period is 100 to 165 days.

Geographically Associated Soils: These are the Bakeoven, Lickskillet, Valby , and Wrentham soils and the competing Cantala soils. All of these except Valby and Cantala soils contain more than 35 percent rock fragments. Also, Bakeoven and Lickskillet soils are less than 50 cm deep to bedrock. Valby soils are calcareous at depths of 38 to 76 cm.

Drainage and Permeability: Well drained; slow to rapid runoff; moderate permeability.

Use and Vegetation: Principal use is for growing grain crops. Other uses are production of hay, pasture, and native range. Native plants are bluebunch wheatgrass (Agropyron spicatum (Scrib and J.G. Smith) A. Heller), Idaho fescue (Festuca idahonsis Elmer), Sandberg bluegrass (Poa secunda J. Presl.), and forbs such as yarrow (Achillea L.), phlox (Phlox L.), and buckwheat (Eriogonum Michx.).

Distribution and Extent: North-central Oregon and south-central Washington. The series is extensive.

Series Established: Rock Creek Project, Gilliam County, Oregon, 1939.

Additional Data: Characterization data on 3 profiles (S57-OR-065-19, S89OR-065-001, S89OR-065-002).

Series Revision Date-1/90

BLM_0064725

ORO021          S O I L   I N T E R P R E T A T I O N S   R E C O R D          CONDON SERIES

MLRA(S): 8
REV. GLG, MSA, 12-89
TYPIC HAPLOXEROLLS, FINE-SILTY, MIXED, MESIC
THE CONDON SERIES CONSISTS OF MODERATELY DEEP SOILS FORMED IN AEOLIAN MATERIALS ON RIDGETOPS AND HILLSLOPES. TYPICALLY,
THE SURFACE LAYERS IS SILT LOAM ABOUT 7 INCHES THICK. THE SUBSOILS IS SILT LOAM ABOUT 24 INCHES THICK OVER BEDROCK.

### LANDSCAPE AND CLIMATE PROPERTIES

| ANNUAL AIR TEMPERATURE | FROST FREE DAYS | ANNUAL PRECIPITATION | ELEVATION (FT) | DRAINAGE CLASS | SLOPE (PCT) |
|---|---|---|---|---|---|
| 45-52 | 100-165 | 10-15 | 1190-4000 | W | 0-40 |

### ESTIMATED SOIL PROPERTIES

| DEPTH (IN.) | USDA TEXTURE | | UNIFIED | AASHTO | FRACT. >10 IN (PCT) | FRACT. 3-10 IN PCT | PERCENT OF MATERIAL LESS THAN 3" PASSING SIEVE NO. | | | | CLAY (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4 | 10 | 40 | 200 | |
| 0-7 | SIL | | ML, CL-ML | A-4 | 0 | 0 | 100 | 95-100 | 95-100 | 80-90 | 15-25 |
| 7-31 | SIL | | CL, CL-ML | A-4, A-6 | 0 | 0 | 100 | 100 | 95-100 | 80-90 | 18-27 |
| 31 | UWB | | | | | | | | | | |

| DEPTH (IN.) | LIQUID LIMIT | PLAS- TICITY INDEX | MOIST BULK DENSITY (G/CM3) | PERMEA- BILITY (IN/HR) | AVAILABILITY WATER CAPACITY (IN/IN) | SOIL REACTION (PH) | SALINITY (MMHOS/CM) | SAR | CEC (ME/100G) | CACO3 (PCT) | GYPSUM (PCT) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-7 | 25-33 | 5-10 | 1.25-1.35 | 0.6-2.0 | 0.20-0.25 | 6.1-7.3 | - | - | 10-20 | - | - |
| 7-31 | 25-33 | 5-15 | 1.30-1.40 | 0.6-2.0 | 0.19-0.21 | 6.1-7.8 | - | - | 10-20 | - | - |
| 31 | | | | | | | | | | | |

| DEPTH (IN.) | ORGANIC MATTER (PCT) | SHRINK- SWELL POTENTIAL | EROSION FACTORS | | WIND EROD. GROUP | WIND EROD. INDEX | CORROSIVITY | |
|---|---|---|---|---|---|---|---|---|
| | | | K | T | | | STEEL | CONCRETE |
| 0-7 | 2-3 | LOW | .43 | 2 | 5 | 56 | MODERATE | LOW |
| 7-31 | .5-2 | LOW | .43 | | | | | |
| 31 | | | | | | | | |

| FLOODING | | | HIGH WATER TABLE | | | CEMENTED PAN | | BEDROCK | | SUBSIDENCE | | HYD GRP | POTENT'L FROST ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FREQUENCY | DURATION | MONTHS | DEPTH FT | KIND | MONTHS | DEPH (IN) | HARDNESS | DEPH (IN) | HARDNESS | INIT. (IN) | TOTAL (IN) | | |
| NONE | | | >6.0 | | | - | - | 20-40 | HARD | - | - | C | HIGH |

### SANITARY FACILITIES

| | | | CONSTRUCTION MATERIAL | |
|---|---|---|---|---|
| SEPTIC TANK ABSORPTION FIELDS | 0-15%: SEVERE-DEPTH TO ROCK<br>15+%: SEVERE-DEPTH TO ROCK, SLOPE | ROADFILL | 0-25%: POOR-DEPTH TO ROCK<br>25+%: POOR-DEPTH TO ROCK, SLOPE | |
| SEWAGE LAGOON AREAS | 0-7%: SEVERE-DEPTH TO ROCK<br>7%: SEVERE-DEPTH TO ROCK, SLOPE | SAND | IMPROBABLE-EXCESS FINES | |
| SANITARY LANDFILL (TRENCH) | 0-15% STV. SEVERE-DEPTH TO ROCK<br>15+% STV: SEVERE-DEPTH TO ROCK, SLOPE | GRAVEL | IMPROBABLE-EXCESS FINES | |
| SANITARY LANDFILL (AREA) | 0-15%: SEVERE-DEPTH TO ROCK<br>15+%: SEVERE-DEPTH TO ROCK, SLOPE | TOPSOIL | 0-8%: FAIR-DEPTH TO ROCK, THIN LAYER<br>8-15+%: FAIR-DEPTH TO ROCK, THIN LAYER, SLOPE<br>15+%: POOR-SLOPE | |
| DAILY COVER FOR LANDFILL | 0-15%: POOR-DEPTH TO ROCK<br>15+%: POOR-DEPTH TO ROCK, SLOPE | | WATER MANAGEMENT | |

### BUILDING SITE DEVELOPMENT

| | | POND RESERVOIR AREA | 0-3%: SEVERE-DEPTH TO ROCK<br>3-8%: SEVERE-DEPTH TO ROCK, SLOPE<br>8+%: SEVERE-SLOPE |
|---|---|---|---|
| SHALLOW EXCAVATIONS | 0-15%: SEVERE-DEPTH TO ROCK<br>15+%: SEVERE-DEPTH TO ROCK, SLOPE | EMBANKMENTS DIKES AND LEVEES | SEVERE-PIPING |
| DWELLINGS WITHOUT BASEMENTS | 0-8%: MODERATE-DEPTH TO ROCK<br>8-15%: MODERATE-DEPTH TO ROCK, DEPTH TO ROCK<br>15+%: SEVERE-SLOPE | EXCAVATED PONDS AQUIFER FED | SEVERE-NO WATER |
| DWELLINGS WITHOUT BASEMENTS | 0-15%: SEVERE-DEPTH TO ROCK<br>15+%: SEVERE-DEPTH TO ROCK, SLOPE | DRAINAGE | DEEP TO WATER |
| SMALL COMMERCIAL BUILDINGS | 0-4%: MODERATE-DEPTH TO ROCK<br>4-8%: MODERATE-SLOPE, DEPTH TO ROCK<br>8+%: SEVERE-SLOPE | IRRIGATION | 0-3%: DEPTH TO ROCK, ERODES EASILY<br>3+%: SLOPE, DEPTH TO ROCK, ERODES EASILY |
| LOCAL ROADS AND STREETS | 0-15%: SEVERE-FROST ACTION<br>15+%: SEVERE-SLOPE, FROST ACTION | TERRACES AND DIVERSIONS | 0-8%: DEPTH TO ROCK, ERODES EASILY<br>8+%: SLOPE, DEPTH TO ROCK, ERODES EASILY |
| LAWNS LANDSCAPING AND GOLF FAIRWAYS | 0-8%: MODERATE-DEPTH TO ROCK<br>8-15%: MODERATE-SLOPE, DEPTH TO ROCK<br>15+%: SEVERE-SLOPE | GRASSED WATERWAYS | 0-8%: ERODES EASILY, DEPTH TO ROCK<br>8+%: SLOPE, ERODES EASILY, DEPTH TO ROCK |

**CONDON SERIES**      RECREATIONAL DEVELOPMENT      0R0021

| | | | |
|---|---|---|---|
| CAMP AREAS | 0-8%: MODERATE-DUSTY<br>8-15%: MODERATE-SLOPE, DUSTY<br>15+%: SEVERE-SLOPE | PLAYGROUNDS | 0-2%: MODERATE-DUSTY<br>2-6%: MODERATE-SLOPE, DEPTH TO ROCK, DUSTY<br>6+%: SEVERE-SLOPE |
| PICNIC AREAS | 0-8%: MODERATE-DUSTY<br>8-15%: MODERATE-SLOPE, DUSTY<br>15+%: SEVERE-SLOPE | PATHS AND TRAILS | 0-25%: SEVERE-ERODES EASILY<br>25+%: SEVERE-SLOPE, ERODES EASILY |

REGIONAL INTERPRETATIONS

CAPABILITY AND YIELDS PER ACRE OF CROPS AND PASTURE (HIGH LEVEL MANAGEMENT)

| CLASS-DETERMINING PHASE | CAPABILITY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. | NIRR. | IRR. |
| 0-7% | 3S | 3E | 30 | | 0.75 | | 3 | | 35 | | | | | |
| 7-12% NORTH | 3E | 3E | 30 | | 0.75 | | 3 | | 35 | | | | | |
| 12-20% NORTH | 3E | | 30 | | 0.75 | | 3 | | 35 | | | | | |
| 7-35% SOUTH | 4E | | 15 | | | | 2 | | 30 | | | | | |
| 20-35% NORTH | 4E | | 30 | | 0.75 | | 3 | | 35 | | | | | |

WOODLAND SUITABILITY

| CLASS-DETERMINING PHASE | ORD SYM | MANAGEMENT PROBLEMS | | | | | POTENTIAL PRODUCTIVITY | | | TREES TO PLANT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EROS N HAZARD | EQUIP. LIMIT | SEEDL. MORTY | WINDTH HAZARD | PLANT COMPET | COMMON TREES | SITE INDX | PROD CLAS | |
| | | | | | | | NONE | | | |

WINDBREAKS (A)

| CLASS-DETERMINING PHASE | SPECIES | H1 | SPECIES | H1 | SPECIES | H1 | SPECIES | H1 |
|---|---|---|---|---|---|---|---|---|
| IRR | PEKING COTONEASTER | 8 | SKUNK BUSH SUMAC | 15 | AUSTRIAN PINE | 35 | SIBERIAN ELM | 35 |
| | REDOSIER DOGWOOD | 8 | ROCKY MT. JUNIPER | 25 | SCOTCH PINE | 35 | HONEYSUCKLE | 15 |
| | SIBERIAN PEASHRUB | 15 | BLUE SPRUCE | 25 | NORWAY SPRUCE | 35 | PONDEROSA PINE | 35 |
| | LILAC | 15 | EASTERN REDCEDAR | 25 | GREEN ASH | 35 | BLACK LOCUST | 35 |
| | NANKING CHERRY | 15 | | | | | | |

WILDLIFE HABITAT SUITABILITY

| CLASS-DETERMINING PHASE | POTENTIAL FOR HABITAT ELEMENTS | | | | | | | | POTENTIAL AS HABITAT FOR: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAIN & SEED | GRASS & LEGUME | WILD HERB. | HARDWD TREES | CONIFER PLANTS | SHRUBS | WETLAND PLANTS | SHALLOW WATER | OPENLD WILDLF | WOODLD WILDLF | WETLAND WILDLF | RANGELD WILDLF |
| ALL | FAIR | GOOD | GOOD | - | - | V. POOR | V. POOR | V. POOR | FAIR | - | V. POOR | V. POOR |

POTENTIAL NATIVE PLANT COMMUNITY (RANGELAND OR FOREST UNDERSTORY VEGETATION) (A)

| COMMON PLANT NAME | PLANT SYMBOL (NLSPN) | PERCENTAGE COMPOSITION (DRY WEIGHT) BY CLASS DETERMINING PHASE | | | | |
|---|---|---|---|---|---|---|
| | | 0-12% | NORTH | SOUTH | | |
| BLUEBUNCH WHEATGRASS | AGSP | 50 | 15 | 70 | | |
| IDAHO FESCUE | FEID | 30 | 70 | 5 | | |
| SANDBERG BLUEGRASS | POSE | 10 | 3 | 10 | | |

| POTENTIAL PRODUCTION (LBS./AC-DRY WT): | | | | |
|---|---|---|---|---|
| FAVORABLE YEARS | 1400 | 1400 | 1200 | |
| NORMAL YEARS | 1100 | 1100 | 1000 | |
| UNFAVORABLE YEARS | 600 | 700 | 400 | |

FOOTNOTES

A. ESTIMATES OF ENGINEERING PROPERTIES BASED ON TEST DATA OF TWO PEDONS FROM WASCO COUNTY
B. 0-12%, LOAMY 12-14PZ. NORTH, NORTH 12-14PZ, SOUTH, SOUTH 11-17PZ.




**APPENDIX**

# 2

# Illustrative map units

Three map units from published soil surveys are in this appendix. They illustrate three kinds of map units: A single soil series (consociation), two soil series as a complex, and a single taxa above the soil series. These are defined in chapter 2. The information has been somewhat reorganized and rephrased. A small amount of additional information has been added, particularly in respect to the climate. Field work for the three soil surveys was completed in the late 1970's, and the reports were published in the early 1980's. Tabular information is given for the map units for which the named soils are soil series (tables A-1 through A-7). It is not the usual practice to provide tabular information for named soils that are not soil series; therefore, "Lithic Haplargids" lacks tabular information. The tabular information for environmental plantings, recreational development, and wildlife habitat has not been included. Yield information appears in the text. The discussion of interpretive properties and their class limits is mainly in chapter 3 or chapter 6 or given directly.

## Single Soil Series (or Consociation)

"Sharpsburg silty clay loam, 5 to 9 percent slopes" illustrates a map unit in a single soil series. The information comes from the soil survey of Lancaster County, Nebraska ( Brown et al., 1980), which is located in the southeastern part of the State. Sharpsburg soils are classified as fine, montmorillonitic, mesic Typic Argiudolls. The map scale is 1:15,840. The mean annual precipitation is 750 mm, the potential evaporation by the Thornthwaite method is about 700 mm, the mean annual air temperature is 11 °C, and the frost-free period (6 years in 10) is 170 to 180 days. About two-thirds of the county is in cropland.

Parent materials, landscape, and soil occurrence: Sharpsburg soils are developed in deep loess over till. In this map unit they occur on side slopes in irregular areas that are 1 to 250 hectares in size. An Aquic Argiudoll (Wymore series), developed in loess, occurs near drainageways on lower side slopes; these are the most extensive of the included soils. They have higher clay content in the subsoil than Sharpsburg soils. An Aquic Argiudoll in a fine family (Pawnee series) and a Typic Argiudoll in a fine-loamy family (Morrill series) are formed in glacial till on the steeper side slopes. A fine-silty Cumulic Hapludoll (Judson series) occurs in the colluvium at the base of the slopes. A fine-silty Mollic Udifluvent (Nodaway series) and a Cumulic Haplaquoll (Colo series) are formed in the alluvium.

Generalized soil description: Typically the surface layer of this Sharpsburg soil is very dark brown (moist), friable silty clay loam about 18 cm in thickness. The subsoil is dark brown, friable silty clay loam about 75 cm in thickness and the underlying material to 1.5 m is dark yellowish brown silty clay loam with grayish brown redoximorphic features.

Water-related information: Saturated hydraulic conductivity is moderately high. The available water capacity to 1.5 m is high (23 to 29 cm). Runoff is medium (Soil Survey Staff, 1951). Internal free water occurrence is very deep. Seasonally free water may occur at the top of the underlying glacial till where it can move laterally if the till is relatively shallow.

Agronomic information: This Sharpsburg soil is in land capability subclass IIIe. Organic matter content is moderate (2 to 4 percent in tillage zone) and natural fertility is high. The reaction of the surface layer ranges from strongly acid to slightly acid. The soil is well suited to grain sorghum (*Sorghum bicolor* L. Moench), soybeans (*Glycine Max* L. Moench), winter wheat (*Triticum aestivum* L.), and alfalfa (*Medicago Sativa* L.). Although corn (*Zea mays* L.) for grain is subject to drought damage, it is commonly grown. Yields in 1985 were:

| | |
|---|---|
| Grain sorghum | 5.3 t ha$^{-1}$ |
| Soybeans | 2.0 t ha$^{-1}$ |
| Wheat | 2.5 t ha$^{-1}$ |
| Alfalfa | 9 t ha$^{-1}$ |

The cropping system should limit the years of consecutive row crops and should include small grain and alfalfa to help control erosion and conserve water. Under intensive management, more years of row crops can be included. Water erosion control is a major concern. Terraces, grassed waterways, and the use of crop residue help to control erosion. The soil is well suited to grass. Introduced grasses, such as bromegrass (*Bromus* L.), can be used in the rotation. Native range grasses can be grazed in July and August when introduced grasses are semidormant. The range site is Silty which encompasses deep soils with silty clay loam to very fine sandy loam surface horizons that occur on nearly level to steep slopes. The average dry matter production is 4.4 t ha-1. Big bluestem (*Andropogon gerardii* vitman), little bluestem (*Schizchyrium scoparium (Michx*.) Nash), and switchgrass (*Panicum virgatum* L.) together account for 55 percent of the vegetation of the native range.

Nonagricultural information: Water perched on the glacial till is a hazard for buildings with basements. Artificial drainage, footing drains, and basement sump pumps can reduce or overcome seepage. Drainage outlets are generally available. Foundations should be designed to withstand the shrinking and swelling of the soil. Exposed subsoil and underlying material are lower in organic matter and fertility than the surface layer. The surface layer of the soil should be stockpiled and spread over lawn areas when construction and landscaping are completed. This soil has several limitations for septic tank absorption fields (table A1). The soil is not suited for sewage lagoons unless slope is modified. Roads should be placed on the contour to reduce the hazard of erosion.

## Complex of Two Soil Series

"Bakeoven-Condon complex, 2 to 20 percent slopes," from the Soil Survey of Wasco County, Oregon, Northern Part (Green, 1982), illustrates a complex of two soil series. The soil survey area is in the north-central part of the State. Bakeoven soils are classified loamy-skeletal, mixed, mesic Lithic Haploxerolls. Condon soils are classified fine-silty, mixed, mesic Typic

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 62 of 171

Haploxerolls. The map scale is 1:20,000. In the mapped area, the mean annual precipitation is 250 to 350 mm, the Thornthwaite potential evapotranspiration is about 650 mm, the mean annual air temperature is 7 to 11 °C, and the frost-free period is 100 to 150 days. The soil survey area is about 75 percent rangeland and is used mainly for cattle-grazing. The remainder is divided about equally between forest land and cropland. Soft white winter wheat under summer fallow is the principal crop.

Parent materials, landscape, and soil occurrence: The map unit is applied to a large area of patterned ground referred to as -biscuit scabland.- The parent material is thin loess, and the underlying residuum is from basalt. The Lithic Haploxeroll, Bakeoven, occurs on ridgetops or side slopes; the Typic Haploxeroll, Condon, occurs on ridgetops or side slopes of circular or elongated mounds. Bakeoven occupies 50 to 85 percent of the area; Condon, 10 to 35 percent. Both occur over the same slope range. A Lithic Haploxeroll with a very stony surface horizon (Lickskillet series) is present in areas between the mounds, as well as unnamed shallow stony soils. In aggregate, these included soils make up 15 percent of the map unit.

Generalized description: The Lithic Haploxeroll, Bakeoven, has a surface horizon of dark brown (moist) very cobbly loam about 8 cm thick. The subsoil is dark brown very cobbly loam and clay loam about 15 cm thick. Basalt bedrock is at a depth of about 20 cm. The Typic Haploxeroll, Condon, has a surface layer of very dark brown (moist) silt loam about 35 cm thick. The subsoil is mostly dark brown silt loam about 35 cm thick. Basalt bedrock is at a depth of about 70 cm.

Water-related information: The Lithic Haploxeroll (Bakeoven) has moderately high saturated hydraulic conductivity. Available water capacity is 1 to 3 cm to the base of potential rooting. The Typic Haploxeroll (Condon) has a moderately high saturated hydraulic conductivity. Available water capacity is 14 to 17 cm to the base of potential rooting. Runoff for the map unit overall is slow to rapid (Soil Survey Staff, 1951).

Agronomic information: The land capability subclass is VIIs. Effective rooting depth is 13 to 30 cm for the Lithic Haploxeroll (Bakeoven) and 50 to 100 cm for the Typic Haploxeroll (Condon). The Lithic Haploxeroll (Bakeoven) is in a Scabland range site and the Typic Haploxeroll (Condon), is in a Rolling Hills range site. The Scabland range site is restricted to Bakeoven soils. The Rolling Hills range site encompasses well-drained silt loams and very fine sandy loams that are formed in mostly loess and volcanic ash on broad ridgetops and rolling uplands. The Scabland range site produces about 0.4 t ha-1 of dry weight under normal conditions. Stiff sagebrush (*Artemisia rigida* (Nutt.) Gray) and Sandberg bluegrass (*Poa secunda* J. Presl.) account for 95 percent of the vegetation. The Rolling Hills range site produces 0.9 t ha-1 of dry weight under normal conditions. Bluebunch wheatgrass (*Agropyron spicatum* (Scrubn. and J.G. Smith) A. Heller) and Idaho fescue (*Festuca idahoensis* Elmer) account for 85 percent of the vegetation.

Nonagricultural information: These soils are limited in their use for building sites, water management, and waste disposal systems because of the shallow depth to bedrock.

BLM_0064730

## Taxa Above the Soil Series

"Lithic Haplargids, moderately sloping" is a map unit in the Soil Survey of Sierra County Area, New Mexico (Neher, 1984). The county is located in the southwestern part of the State. The map scale is 1:48,000 for the portion of the survey under consideration. The mean annual precipitation is 200 to 250 mm, the potential evapotranspiration by the Thornthwaite method is about 1,300 mm, the mean annual air temperature is 14 to 18 °C, and the average frost-free period is 180 to 220 days. The majority of the land is used for livestock grazing, mainly cattle. Agricultural irrigation is practiced in less than 1 percent of the survey area.

Parent materials, landscape, and soil occurrence: The naming soils of the map unit are formed in transported sediments deposited on rock pediments. Slopes range from 1 to 15 percent. Areas are irregular and 70 to 200 ha in size. As much as 20 percent of the delineations consists in aggregate of Rock outcrop on hilltops and side slopes, small areas of Typic Haplargids on toe slopes and side slopes, and Petrocalcic Paleargids and Typic Paleorthids on low ridges at the lower elevations.

Generalized description: The representative pedon has a surface layer of brown (dry) fine sandy loam about 8 cm thick. The subsoil is strong brown sandy loam about 15 cm thick. The substratum is light brown very gravelly sandy loam about 8 cm thick over weathered sandstone 8 cm thick. Slightly altered sandstone is at a depth of about 40 cm.

Water related information: Saturated hydraulic conductivity is moderately slow to moderately high. Available water capacity is very low to low. Runoff is medium (Soil Survey Staff, 1951).

Agronomic information: The hazard of water erosion is moderate and that of wind erosion is high. The map unit is suited to livestock grazing, watershed, and wildlife habitat. The potential plant community is characterized by black gramma (Bouteloua eropoda (Torr.) Torr), bush muhly (Muhlenbergia porteri Scrib. Ex W.J. Beal), cane bluestem (Bothriohloa barbinodis (Lag.) Herter), and various woody plants. As the plant community deteriorates, there is an increase in three-awn (Aristida L.), broom snakeweed (Gutierrezia sarothrae (Pursh) Britton and Ruoby), annual forbes, and woody plants. The average annual production ranges from 0.3 to 0.8 t ha-1. Fences and pipelines for water are difficult to install because of the shallow depths to sandstone. The map unit is suited to livestock water developments and establishment of planned grazing systems, but it is not suited to mechanical brush control and rangeland seeding.

Nonagricultural information: The soils of this mapping unit are very limited in their use for building sites, water management, and waste disposal systems because of the shallow depth to bedrock.

BLM_0064731

**Table A-1**

**Water transmission rates, field water regime, and certain restrictive physical features and processes for Sharpsburg silty clay loam, 5 to 9 percent slopes, and Bakeoven-Condon complex, 2 to 20 percent slopes.**

| Property[a] | Map Unit | Depth (cm) | Value or Class |
|---|---|---|---|
| Saturated Hydraulic Conductivity | Sharpsburg | 0-18 | 4-10 µm/s |
| | | 18-112 | 1-4 µm/s |
| | | 112-150 | 1-4µm/s |
| | Bakeoven part | 0-20 | 1-4 µm/s |
| | Condon part | 0-66 | 4-10 µm/s |
| Hydrologic Group | Sharpsburg | | B |
| | Bakeoven part | | D |
| | Condon part | | C |
| Bedrock Depth Hardness | Bakeoven part | | 13-30 cm, Hard |
| | Condon part | | 50-100 cm, Hard |
| Potential Frost Action | Sharpsburg | | High |
| | Bakeoven part | | Moderate |
| | Condon part | | High |

[a] No flooding. Free water occurence > 150 cm

**Table A-2**

**Particle size distribution and engineering classification for Sharpsburg silty clay loam, 5 to 9 percent slopes, and Bakeoven-Condon complex, 2 to 20 percent slopes**

| Property | Map Unit | Depth (cm) | Value or Class |
|---|---|---|---|
| USDA texture | Sharpsburg | 0-18 | Silty clay loam |
| | | 18-112 | Silty clay loam, Silty clay |
| | | 112-150 | Silty clay loam |
| | Bakeoven part | 0-20 | Very cobbly loam |
| | | ≥20 | Unweathered bedrock |
| | Condon part | 0-66 | Silt loam |
| | | ≥66 | Unweathered bedrock |
| >75 | Bakeoven part | 0-20 | 25-45 pct |
| | Condon part | 0-66 | 0 pct |
| Pass 4, 19, 40, 200 | Sharpsburg | 0-18 | 100, 100, 100, 95-100 pct |
| | | 18-112 | 100, 100, 100, 95-100 pct |
| | | 112-150 | 100, 100, 100, 95-100 pct |
| | Bakeoven | 0-20 | 30-75, 20-60, 15-55, 15-45 |
| | Condon | 0-66 | 100, 100, 90-100, 80-90 |
| Liquid Limit | Sharpsburg | 0-18 | 35-55 pct |
| | | 18-112 | 35-60 pct |
| | | 112-150 | 35-50 pct |
| | Bakeoven | 0-20 | 25-35 pct |
| | Condon | 0-66 | 25-35 pct |
| Plastic Index | Sharpsburg | 0-18 | 18-32 pct |
| | | 18-112 | 25-35 pct |
| | | 112-150 | 25-35 pct |
| | Bakeoven | 0-20 | 5-10 pct |
| | Condon | 0-66 | 5-10 pct |
| Unified, AASHTO Classifications[a] | Sharpsburg | 0-18 | CL, A-7 |
| | | 18-112 | CH, A-7 |
| | | 112-150 | CL, A-7 |
| | Bakeoven | 0-20 | GM, A-1 |
| | Condon | 0-66 | ML, A-4 |

[a] Only first of the placements is given.

**Table A-3**

**Physical and chemical interpretive properties for Sharpsburg silty clay loam, 5 to 9 percent slopes, and Bakeoven-Condon complex, 2 to 20 percent slopes.**

| Property | Map Unit | Depth (cm) | Value or Class |
|---|---|---|---|
| Available Water Capacity | Sharpsburg | 0-18 | 0.21-0.23 |
| | | 18-112 | 0.18-0.20 |
| | | 112-150 | 0.18-0.20 |
| | Bakeoven part | 0-20 | 0.06-0.14 |
| | Condon part | 0-66 | 0.20-0.25 |
| Reaction (pH) | Sharpsburg | 0-18 | 5.1-6.5 |
| | | 18-112 | 5.1-7.3 |
| | | 112-150 | 6.1-7.3 |
| | Bakeoven part | 0-20 | 6.1-7.3 |
| | Condon part | 0-66 | 6.1-7.3 |
| Salinity | Sharpsburg | 0-18 | $< 2 \text{ dSm}^{-1}$ |
| | | 18-112 | $< 2 \text{ dSm}^{-1}$ |
| | | 112-150 | $< 2 \text{ dSm}^{-1}$ |
| | Bakeoven part | 0-20 | $< 2 \text{ dSm}^{-1}$ |
| | Condon part | 0-66 | $< 2 \text{ dSm}^{-1}$ |
| Shrink-swell Potential | Sharpsburg | 0-18 | Moderate |
| | | 18-112 | High |
| | | 112-150 | Moderate |
| | Bakeoven part | 0-20 | Low |
| | Condon part | 0-66 | Moderate |

BLM_0064734

BLM_0064735



## Pedon Data



**P**edons were sampled in each of the map units that are described in Appendix 2. Site data, a detailed soil profile description, and laboratory characterization data are given. Recorded field observations show several of the recently introduced measurements. Most measurements and classifications are discussed in Chapter 3. The observations are not inclusive of what should or could be done. For each pedon, selected laboratory data are given.

### Sharpsburg Pedon Description

Location: Lancaster County, Nebraska, University of Nebraska, Rogers Farm 0.8 kilometers south and 4.5 kilometers east of Prairie Home; 378 m west and 74 m south of the northeast corner sec. 12; NW 1/4, NW 1/4, NE 1/4, NE 1/4, sec. 12, T10N, R8E.

Classification: fine, smectitic, mesic Typic Argiudolls
Vegetation: Soybean (*Glycine max* (L.) Merr.) recently harvested
Parent material: Loess
Physiography: Lower side slope
Relief: 15 to 50 m
Elevation: 368 m
Slope: 5 percent
Aspect: 310° (NW)
Erosion: Slight
Drainage: Moderately well
Ground water: Deep
Salt or alkali: None
Stoniness: None

Described and sampled by: R.W. Fenwick and R.B. Grossman, November 7, 1988.

Soil Number: S88NE-109-020.

Remarks: The upper part of the soil is assumed to be developed in Wisconsin loess and the lower part in Illinoian loess. Part of the delineation lacked sufficient depth of a moist color value of 3 or less for a Mollisol probably because of postcultural erosion. A site was selected in a lower backslope position within a few tens of meters of alluvial fill where postcultural erosion had been relatively less. The position in the landscape is not typical for the naming soil of the map unit.

BLM_0064736

**Ap1** - 0 to 8 cm; very dark brown (10YR 2/2) silty clay loam, dark grayish brown (10YR 4/2) dry; weak fine granular structure; slightly hard, friable; many fine and very fine roots; common fine vesicular pores; strongly acid[1]; clear smooth boundary.

**Ap2** - 8 to 18 cm; very dark brown (10YR 2/2) silty clay loam, dark grayish brown (10YR 4/2) dry; moderate medium subangular blocky structure; slightly hard, friable; many fine and very fine roots; common fine vesicular pores; strongly acid; abrupt smooth boundary.

**FIGURE A-1**



Interrow on harvested soybeans, 35 to 40 percent covered by crop residue. Not compacted by traffic during harvest. Yellow object in photo is 5x2 cm in size.

**A** - 18 to 28 cm; dark grayish brown (10YR 3/2) silty clay loam, dark grayish brown (10YR 4/2) dry; weak medium subangular blocky structure; hard, friable; common fine roots; numerous worm casts; common fine tubular pores; moderately acid; clear smooth boundary.

**BAt** - 28 to 38 cm; dark grayish brown (10YR 3/2) silty clay loam, dark grayish brown (10YR 4/2) dry; moderate medium subangular blocky structure parting to moderate very fine subangular blocky; hard, friable; many fine roots; many fine tubular pores; few dark fillings in root channels; faint clay films on faces of peds; moderately acid; clear smooth boundary.

**Bt1** - 38 to 51 cm; dark brown (10YR 3/3) silty clay loam, brown (10YR 5/3) dry; weak medium subangular blocky structure parting to moderate fine subangular blocky; hard, friable; common fine roots; few fine tubular pores; faint dark clay films on faces of peds; slightly acid; gradual smooth boundary.

---

[1] Low pH probably due to nitrogen fertilizer additions.

**Bt2** - 51 to 76 cm; brown (10YR 4/3) silty clay loam, brown (10YR 5/3) dry; weak medium prismatic structure parting to moderate fine subangular blocky; hard, firm; common fine roots; faint clay films on faces of peds; slightly acid; gradual smooth boundary.

**BC1** - 76 to 94 cm; brown (10YR 4/3) and pale brown (10YR 6/3) silty clay loam, brown (10YR 5/3) and very pale brown (10YR 7/3) dry; few fine faint yellowish brown (10YR 5/6) iron concretions; moderate fine prismatic structure; hard, firm; few dark brown (10YR 3/3) coatings on faces of peds; few fine roots; slightly acid; gradual smooth boundary.

**BC2** - 94 to 112 cm; brown (10YR 4/3) silty clay loam, brown (10YR 5/3) dry; few fine faint yellowish brown (10YR 5/4 and 5/6) iron concretions; weak medium prismatic structure; hard, firm; streaks of pale brown (10YR 6/3) and very dark grayish brown (10YR 3/2) along surfaces of peds; neutral; gradual smooth boundary.

**BCb** - 112 to 142 cm; brown (7.5YR 5/4) silty clay loam, light brown (7.5YR 6/4) dry; common fine faint yellowish brown (10YR 5/6 iron concretions; moderate medium prismatic structure; hard, friable; common coatings of dark brown (7.5YR 3/2) on surfaces of peds; neutral; gradual smooth boundary.

**C** - 142 to 178 cm; brown (7.5YR 4/4) and dark reddish brown (5YR 3/3) silty clay loam, light brown (7.5YR 6/4) and reddish brown (5YR 4/3 dry; few fine faint strong brown (7.5YR 5/6) iron concretions; massive; hard friable, neutral.

FIGURE A-2



Raindrop impact crust specimens from interrow which was compacted during harvest. Object in photo is 1 cm in length.

Surface, near surface: The sampling trench extended across four interrows. Figure A-1 shows an interrow that did not undergo traffic and related compaction during harvest. The adjacent interrow to the right underwent traffic during harvest and related compaction. The other two interrows did not undergo traffic in harvest. Two of the interrows, including the one shown in figure A-1, are 35 to 40 percent covered by crop residue. The other two are 75 to 100 percent covered by crop residue. Linear roughness was measured based on 31 points, 5 cm apart. The

BLM_0064738

standard deviation for the axis of the nontraffic interrow shown in figure 1 was 0.26 cm. For the adjacent interrow that underwent traffic during harvest, the standard deviation was 1.3 cm. Raindrop impact crust was present in convex locations.

Figure A-2 shows the crust specimen. Median rupture resistance of the crust was 5 N with a range of 5 to 7 N for eleven specimens. The crust was in the moderate class. The strongly reconstituted part of the crust was 1 to 2 mm thick. The crust in the concave interrow axis was somewhat weaker. The median was 4 N with a range of 2 to 5 N (weak to moderate) for 11 specimens. Thickness was 2 to 3 mm.

The Ap horizon consists of two subhorizons (fig. A-3). The Ap1 had been subject recently to mechanical bulking and the Ap2 to mechanical compaction. The Ap2 averages 15 cm thick in the second interrow, which was subject to mechanical compaction during harvest. The other three interrows range narrowly in average thickness from 7 to 8 cm. Penetration resistance was measured at 17 points 5 to 10 cm apart where the Ap2 horizon was relatively strongly expressed. The median was 2.2 MPa with a range of 1.7 to 2.6 MPa. The water content was 22.1 percent. The suction should be between 1/3 and 2 bar (Baumer, 1986).

**FIGURE A-3**



Two subhorizons of the Ap horizon of Sharpsburg silty clay loam. The Ap1 (0-8 cm) has been mechanically bulked and the Ap2 (8-16 cm) has been mechanically compacted

BLM_0064739

*** P R I M A R Y   C H A R A C T E R I Z A T I O N   D A T A ***

S88NE-109-020

(LANCASTER COUNTY, NEBRASKA)

PRINT DATE 11/06/90

SAMPLED AS : SHARPSBURG; FINE, MONTMORILLONITIC, MESIC, TYPIC ARGIUDOLL

NSSL  - PROJECT  89P  18, LANCASTER CO
      - PEDON    89P  85, SAMPLES 89P 770-779
      - GENERAL METHODS  1B1A, 2A1, 2B

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (——— | TOTAL | ———) | (—— | CLAY | ——) | (—— | SILT | —) | (——— | SAND | ———) | (– COARSE | | FRACTIONS (MM) | →) | (>2MM) |
| SAMPLE | DEPTH | | HORIZON | CLAY | SILT | SAND | FINE | CO3 | FINE | COARSE | VF | F | M | C | VC | 2 | 5 | WEIGHT 20 | .1 | WT PCT OF |
| NO. | (CM) | | | LT .002 | .002 -.05 | .05 -2 | LT .0002 | LT .002 | .002 -.02 | .02 -.05 | .05 -.10 | .10 -.25 | .25 -.50 | .5 -1 | 1 -2 | -5 | -20 | -75 | 75 | WHOLE >SOIL |
| | | | | | | | | PCT OF <2MM (3A1) | | | | | | | | <- PCT OF <75MM(3B1) | | | -- | |
| 89P 770S | 0-  8 | Ap1 | | 30.6 | 65.9 | 3.5 | | | 20.9 | 45.0 | 3.4 | 0.1 | -- | -- | -- | -- | -- | -- | -- | TR | -- |
| 89P 771S | 8- 18 | Ap2 | | 33.1 | 63.5 | 3.4 | | | 21.0 | 42.5 | 3.3 | 0.1 | -- | -- | -- | -- | -- | -- | -- | TR | -- |
| 89P 772S | 18- 28 | A | | 37.8 | 59.1 | 3.1 | | | 21.4 | 37.7 | 3.1 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 89P 773S | 28- 38 | BAt | | 38.6 | 58.8 | 2.6 | | | 21.9 | 36.9 | 2.6 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 89P 774S | 38- 51 | Bt1 | | 39.8 | 57.9 | 2.3 | | | 22.4 | 35.5 | 2.3 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 89P 775S | 51- 76 | Bt2 | | 38.0 | 60.1 | 1.9 | | | 24.9 | 35.2 | 1.9 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 89P 776S | 76- 94 | Bc1 | | 31.1 | 65.3 | 3.6 | | | 30.7 | 34.6 | 2.2 | 0.8 | 0.4 | 0.2 | -- | -- | -- | -- | -- | 1 | -- |
| 89P 777S | 94- 112 | Bc2 | | 31.0 | 64.5 | 4.5 | | | 31.3 | 33.2 | 2.2 | 1.3 | 0.9 | 0.1 | -- | -- | -- | -- | -- | 2 | -- |
| 89P 778S | 112- 142 | Bcb | | 32.2 | 62.0 | 5.8 | | | 29.2 | 32.9 | 3.1 | 1.5 | 1.0 | 0.2 | -- | -- | -- | -- | -- | 3 | -- |
| 89P 779S | 142- 178 | C | | 31.8 | 61.9 | 6.3 | | | 26.1 | 35.8 | 3.2 | 1.7 | 1.2 | 0.2 | -- | -- | -- | -- | -- | 3 | -- |

| DEPTH (CM) | ORGN C 6A1C PCT | TOTAL N 6B3A <2MN | EXTR P 6S3 PPM | TOTAL S 6R3A | DITH-CIT FE 6C8 | EXTRACTABLE AL 6G7A | MN 6D2A | (RATIO/CLAY) CEC 8D1 | BAR 8D1 | (ATTERBERG) LL 4F1 PCT | LIMITS – PI 4F < 0.4MM | (– BULK FIELD MOIST 4A3A | DENSITY –) 1/3 BAR 4A1D | OVEN DRY 4A1H | COLE WHOLE SOIL 4D1 CM/CM | (——— WATER FIELD MOIST 4B4 PCT | CONTENT 1/10 BAR 4B1C OF | ———) 1/3 BAR 4B1C <2MM | WRD WHOLE SOIL 4C1 CM/CM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (<—— PERCENT OF <2MM ——>) | | | | 15 | | 15 4F | | (<—— G/CC ——>) | | | (<—— PCT OF <2MM ——>) | | 15 4B2a | |
| 0-  8 | 2.05 | | | | | | | | 0.39 | | | | | | | | | 11.9 | |
| 8- 18 | 1.80 | | | | | | | | 0.44 | | | | | | | | | 14.4 | |
| 18- 28 | 1.68 | | | | | | | | 0.44 | | | | | | | | | 16.8 | |
| 28- 38 | 1.32 | | | | | | | | 0.45 | | | | | | | | | 17.2 | |
| 38- 51 | 1.02 | | | | | | | | 0.44 | | | | | | | | | 17.5 | |
| 51- 76 | 0.56 | | | | | | | | 0.44 | | | | | | | | | 16.7 | |
| 76- 94 | 0.38 | | | | | | | | 0.45 | | | | | | | | | 14.1 | |
| 94- 112 | 0.43 | | | | | | | | 0.43 | | | | | | | | | 13.4 | |
| 112- 142 | 0.56 | | | | | | | | 0.42 | | | | | | | | | 13.5 | |
| 142- 178 | 0.49 | | | | | | | | 0.43 | | | | | | | | | 13.7 | |

ANALYSES:  ALL ON SIEVED <2MM BASIS

*** PRIMARY CHARACTERIZATION DATA ***

S88NE-109-020

PRINT DATE 11/06/90

SAMPLED AS: SHARPSBURG; FINE, MONTMORILLONITIC, MESIC, TYPIC ARGIUDOLL
NATIONAL SOIL SURVEY LABORATORY   PEDON 89P 85,   SAMPLE 89P 770-779

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (—— NH4OAC EXTRACTABLE BASES ——) | | | | | ACID- | EXTR | (———— CEC ————) | | | AL | -BASE | SAT- | CO3 AS | RES. | | COND | | (—— PH ——) | |
| DEPTH | CA | MG | NA | K | SUM | ITY | AL | SUM | NH4- | BASES | SAT | SUM | NH4 | CACO3 | OHMS | | MMHOS | | CACL2 | H20 |
| (CM) | 5B5A | 5B5A | 5B5A | 5BA5 | BASES | | | CATS | OAC | + AL | | | OAC | <2MM | /CM | | /CM | | .01M | |
| | 6N2E | 6O2D | 6P2B | 6Q2B | | 6H5A | 6G9B | 5A3A | 5A8B | 5A3B | 5G1 | 5C3 | 5C1 | 6E1G | 8E1 | | 81 | | 8C1F | 8C1F |
| | <————————— MEQ / 100 G —————————> | | | | | | | | | | <————— PCT —————> | | | | | | | 1:2 | 1:1 |
| 0- 8 | | | | | | | | | | | | | | | | | | | 4.8 | 5.4 |
| 8- 18 | | | | | | | | | | | | | | | | | | | 4.5 | 5.3 |
| 18- 28 | | | | | | | | | | | | | | | | | | | 4.7 | 5.6 |
| 28- 38 | | | | | | | | | | | | | | | | | | | 5.3 | 5.9 |
| 38- 51 | | | | | | | | | | | | | | | | | | | 5.4 | 6.3 |
| 51- 76 | | | | | | | | | | | | | | | | | | | 5.7 | 6.2 |
| 76- 94 | | | | | | | | | | | | | | | | | | | 5.9 | 6.5 |
| 94-112 | | | | | | | | | | | | | | | | | | | 6.1 | 6.6 |
| 112-142 | | | | | | | | | | | | | | | | | | | 6.1 | 6.8 |
| 142-178 | | | | | | | | | | | | | | | | | | | 6.2 | 6.8 |

BLM_0064741

## Bakeoven - Condon

Two pedons were sampled for laboratory characterization in the vicinity of the typifying sites of the map unit for the soil survey area. The pedons occur on a convex ridge about 150 m wide that trends northeast to southwest. The area has moderately deep soils on mounds (Condon) and soils that are shallow to bedrock between the mounds (Bakeoven). Mounds occupy about 30 percent of the area shown in figure A-4. Figure A-5, an area of 0.36 ha within which the pedons were sampled, is a photograph that shows the pattern of mounds. The mounds are 15 to 20 m in diameter and 1 to 2 m high. In all probability, the origin is related to periglacial processes combined with movement by wind of finer materials (Green, 1982). The area generally slopes to the west, except for the southeast corner which slopes to the east, and is 40 m from the break to very steep side slopes of the Deschutes River Canyon. Figure A-6 shows the pedon of Bakeoven.

### Bakeoven Pedon Description

Location: Wasco County, Oregon, 550 m south and 315 m east of the northwest corner of sec. 15; NE 1/4, SW 1/4, sec. 15, T3S. R14E. Latitude 45° 18' 59" N. Longitude 121° 03' 57" W.

Classification: loamy-skeletal, mixed, superactive, mesic Lithic Haploxerolls
Vegetation: Range
Sandberg bluegrass (*Poa secunda* J. Presl.) - 45 percent
Stiff sagebrush (*Artemisia rigida* (Nutt.) Gray) - 20 percent
Phlox (*Phlox* L.) - 5 percent
Buckwheat (*Eriogonum* Michx.) - 5 percent
Blue-eyed Mary (*Collinsia parviflora* Lindlo)
Parent material: Mixed water and wind-transported soil material from the underlying basalt
Physiography: Intermound, part of ridgetop plateau
Relief: 0.5 to 1.5 meters
Elevation: 1,000 meters
Slope: 4 percent
Aspect: 220° (SW)
Erosion: Moderate
Drainage: Well-drained
Ground Water: Very deep
Salt or alkali: None
Stoniness: 2 percent

Described and sampled by: R. Fenwick, R. W. Langridge, and R.B. Grossman, April 4, 1989.

Soil number: S89OR-065-001.

Remarks: Soil Thickness is approximately 5 to 10 cm greater under the sagebrush canopy than outside the canopy.

BLM_0064742

**\*\*\* PRIMARY CHARACTERIZATION DATA \*\*\***
(WASCO COUNTY, OREGON)

S89OR-065-001

PRINT DATE 11/06/90

SAMPLED AS: BAKEOVEN; LOAMY-SKELETAL, MIXED, MESIC LITHIC HAPLOXEROLL

NSSL - - PROJECT 89P 102, MANUAL CHAR
- PEDON  89P 524, SAMPLES 89P2917-2921
- GENERAL METHODS 1B1A, 2A1, 2B

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (——— TOTAL ———) | | | (—— CLAY ——) | | (— SILT —) | | | | (———— SAND ————) | | | (— COARSE | | FRACTIONS (MM) | —)(>2MM) | |
| | | | | CLAY | SILT | SAND | FINE | CO3 | FINE | COARSE | VF | F | M | C | VC | | | WEIGHT | | WT |
| SAMPLE | DEPTH | | HORIZON | LT | .002 | .05 | LT | LT | .002 | .02 | .05 | .10 | .25 | .5 | 1 | 2 | 5 | 20 | .1 | PCT OF |
| NO. | (CM) | | | .002 | -.05 | -2 | .0002 | .002 | -.02 | -05 | -.10 | -.25 | -.50 | -1 | -2 | -5 | -20 | -75 | 75 | WHOLE |
| | | | | | | | | | PCT OF | <2MM | (3A1) | | | | | <— PCT | OF | <75MM(3B1) | —> | SOIL |
| 89P2917M | 0- 5 | A | | 5.4 | 23.6 | 71.0 | | | 11.5 | 12.1 | 8.7 | 9.5 | 9.8 | 21.2 | 21.8 | 17 | 4 | -- | 70 | 21 |
| 89P2918M | 5- 13 | AB | | 8.3 | 31.5 | 60.2 | | | 17.0 | 14.5 | 11.2 | 9.6 | 8.5 | 16.1 | 14.8 | 15 | 2 | 15 | 65 | 22 |
| 89P2919M | 13- 20 | Bw | | 11.7 | 29.4 | 58.9 | | | 16.3 | 13.1 | 9.8 | 9.6 | 8.7 | 15.8 | 15.0 | 13 | 17 | -- | 64 | 30 |
| 89P2920M | 20- 30 | 2R | | | | | | | | | | | | | | -- | -- | -- | | -- |
| 89P2921M | 0- 20 | | | | | | | | | | | | | | | 6 | 4 | 60 | | 74 |

| | ORGN | TOTAL | EXTR | TOTAL | (——— DITH-CIT ———) | | | (RATIO/CLAY) | (ATTERBERG ) | | | (– BULK | DENSITY –) | COLE | (—— WATER | CONTENT ——) | | | WRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | N | P | S | FE | AL | MN | CEC | 15 BAR | LL | PI | FIELD MOIST | 1/3 BAR | OVEN DRY | WHOLE SOIL | FIELD MOIST | 1/10 BAR | 1/3 BAR | 15 BAR | WHOLE SOIL |
| DEPTH (CM) | 6A1C PCT | 6B3A <2MN | 6S3 PPM | 6R3A | 62CB | 6G7A | 6D2A | 8D1 | 8D1 | 4F1 | 4F | 4A3A | 4A1D | 4A1H | 4D1 | 4B4 | 4B1C | 4B1C | 4B2a | 4C1 |
| | | | | <— PERCENT | OF <2MM | —> | | | PCT | < 0.4MM | <——— | G/CC | ———> | CM/CM | <—— | PCT OF | <2MM | ———> | CM/CM |
| 0- 5 | 0.77 | | | | 2.2 | 0.1 | 0.1 | 2.56 | 0.98 | | | | | | | | | | 5.3 | |
| 5- 13 | 0.65 | | | | 2.5 | 0.1 | 0.1 | 1.95 | 0.75 | | | | | | | | | | 6.2 | |
| 13- 20 | 0.84 | | | | 2.7 | 0.1 | 0.1 | 1.71 | 0.70 | | | | | | | | | | 8.2 | |
| 20- 30 | | | | | | | | | | | | | | | | | | | | |
| 0- 20 | | | | | | | | | | | | | | | | | | | 6.9 | |

AVERAGES, DEPTH 0-20: PCT CLAY 9 PCT .1-75MM 66

BLM_0064743

*** PRIMARY CHARACTERIZATION DATA ***

S89OR-065-001

PRINT DATE 11/06/90

SAMPLED AS: BAKEOVEN; LOAMY-SKELETAL, MIXED, MESIC LITHIC HAPLOXEROLL
NATIONAL SOIL SURVEY LABORATORY     PEDON 89P 524, SAMPLE 89P2917-2921

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (——— NH4OAC EXTRACTABLE BASES ———) | | | | | ACID-ITY | EXTR AL | (——————— CEC ———————) | | | AL | -BASE SAT | SAT-NH4 | CO3 AS CACO3 | RES. OHMS | | COND MMHOS | (———— PH ————) | | |
| DEPTH (CM) | CA 5B5A 6N2E | MG 5B5A 602D | NA 5B5A 6P2B | K 5B45 602B | SUM BASES | | 6H5A | 6G9b | SUM CATS 5A3A | NH4-OAC 5A8B | BASES + AL 5A3B | SAT 5G1 | SUM 5C3 | OAC 5C1 | A<2MM 6E1G | /CM 8E1 | | /CM 81 | NAF 8C1D | CACL2 .01M 8C1F 1:2 | H2O 8C1F 1:1 |
| | ← | | | | MEQ / 100 G | | | ←——————— | | | | PCT | | ——→ | | | | | | |
| 0- 5 | 8.2 | 3.7 | TR | 0.3 | 12.2 | 3.1 | | 15.3 | 13.8 | | | 80 | 88 | | | | | 9.4 | 6.4 | 7.2 |
| 5- 13 | 9.6 | 4.4 | TR | 0.2 | 14.2 | 5.6 | | 19.8 | 16.2 | | | 72 | 88 | | | | | 10.0 | 6.4 | 7.2 |
| 13- 20 | 12.2 | 5.6 | TR | 0.1 | 17.9 | 4.7 | | 22.6 | 20.0 | | | 79 | 89 | | | | | 10.1 | 6.0 | 6.9 |
| 20- 30 | | | | | | 3.8 | | 3.8 | | | | | | | | | | | | |
| 0- 20 | | | | | | | | | | | | | | | | | | | | |

| | | | | SPODIC HORIZON CRITERIA ————— | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (——————— NA PYROPHOSPHATE EXTRACTABLE ———————)INDEX | | | | | | | | |
| DEPTH (CM) | C 6A4A | FE 6C8A | AL 6G10 | FE+AL DI-CI | FE+AL PCT | AL+C PCT | OF ACCUM | | |
| | ←—— PCT OF <2MM ——→ | | | FE+AL | CLAY | CLAY | | | |
| 0- 5 | TR | TR | | | | | | | |
| 5- 13 | TR | -- | | | | | | | |
| 13- 20 | 0.1 | 0.1 | 0.1 | | | | | | |
| 20- 30 | | | | | | | | | |
| 0- 20 | | | | | | | | | |

ANALYSES:  M= ALL ON SIEVED <2MM BASIS

BLM_0064744

APPENDIX 3—Pedon data

*** PRIMARY CHARACTERIZATION DATA ***
(WASCO COUNTY, OREGON)

S89OR-065-001

PRINT DATE 11/06/90

SAMPLED AS: BAKEOVEN; LOAMY -SKELETAL, MIXED, MESIC LITHIC HAPLOXEROLL

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

NSSL - - PROJECT   89P 102, MANUAL CHAR
     - PEDON     89P 524, SAMPLES 89P2917-2921
     - GENERAL METHODS 1B1A, 2A1, 2B

| | | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACID OPT DEN | OXALATE FE | EXTRACTION SI | AL | PHOSPHOUS RET | CIT-ACID | KCL MN | TOTAL C | (——— 0.06 BAR | WATER 1- BAR | CONTENT 2- BAR | —)(——— 15 BAR | CLAY | WATER SILT | DISPERSIBLE SAND | ——— CLAY | HYDROMETER SILT | ——> SAND | )MIN SOIL CONT | AGGRT STABL <5mm |
| SAMPLE NO. | HZ NO | 8J | 6C9a | 6V2 | 6G12 | 6S4 | 6S5 | 6D3 | 6A2d | 4B1c | 4B1a | 4B1a | 4B2b | | | | | SML | | 8F1 | 4G1 |
| | | <—— | PCT OF | <2MM | | ——> <—— PPM | | ——> <— | | | | <—— | PCT OF | <2MM | ——><—— | | | ——> | | <PCT> |
| 89P2917 | 1 | 0.16 | 1.93 | 0.18 | 0.16 | 16 | | | | | | | 5.5 | 4.6 | 25.4 | 69.9 | | | | | |
| 89P2918 | 2 | 0.17 | 2.03 | 0.19 | 0.17 | 23 | | | | | | | 6.2 | 5.7 | 31.5 | 62.7 | | | | | |
| 89P2919 | 3 | 0.19 | 1.84 | 0.20 | 0.20 | 25 | | | | | | | 8.0 | 8.7 | 31.1 | 60.1 | | | | | |
| 89P2920 | 4 | | | | | | | | | | | | | | | | | | | | |
| 89P2921 | 5 | | | | | | | | | | | | 6.9 | | | | | | | | |

BLM_0064745

FIGURE A-4



| | |
|---|---|
| **C** Condon | ▬ ▬ Cover Transect |
| **B** Bakeoven | ▭ Sample Pits S89OR-065-001, 2 |
| ●—● Roughness Measurement | |

Sketch map of the area where the Condon and Bakeoven pedons were described and sampled.  Cells are 10m on edge.

BLM_0064746

**FIGURE A-5**



Landscape of the Bakeoven-Condon complex mapping unit showing pattern of mounds (Condon) and intermounds (Bakeoven).

**FIGURE A-6**



Profile of Bakeoven very cobbly sandy loam.

BLM_0064747

**A** - 0 to 5 cm; dark brown (7.5YR 3/3) very cobbly sandy loam, brown (7.5YR 4/4) dry; weak fine granular structure; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; many very fine irregular pores; 35 percent pebbles, 20 percent cobbles, and 5 percent stones; neutral; clear smooth boundary.

**AB** - 5 to 13 cm; dark reddish brown (5YR 3/3) very cobbly sandy loam, dark reddish brown (5YR 3/4) dry; weak fine subangular blocky structure, breaking to weak fine granular; slightly hard, friable, slightly sticky and slightly plastic; common fine and very fine and few medium roots; many very fine irregular pores; 20 percent pebbles, 35 percent cobbles, and 3 percent stones; neutral; clear smooth boundary.

**Bw** - 13 to 20 cm; dark reddish brown (5YR 3/3) extremely cobbly sandy loam, dark reddish brown (5YR 3/4) dry; weak fine subangular blocky structure; hard, friable, sticky and plastic; common fine and very fine and few medium roots concentrated along faces of rock fragments; common very fine tubular pores; 20 percent pebbles, 50 percent cobbles, and 2 percent stones; neutral; abrupt wavy boundary.

**2R** - 20 cm; basalt.

Surface, near surface: The ground surface consists of 10-20 percent sagebrush and 80-90 percent intershrub. Figure A-7 shows the intershrub. Small mounds of soil material, low in rock fragments, are associated with the sage brush. Soil thickness is approximately 5 to 10 cm greater under the sagebrush canopy than outside the canopy. Bare areas 20 to 40 cm across occur. Most are recessed 5 to 10 cm below the vegetated parts. A minority of the bare areas are higher than the surrounding vegetated area and may be recently affected by frost action. The following is a numerical description of the cover for the shrub and intershrub components separately based on point counts.

**FIGURE A-7**



Close-up photo of ground surface near sample pit for Bakeoven very cobbly sandy loam component of Bakeoven-Condon complex.  Yellow marker object is 5x5x2 cm in size.

BLM_0064748

| Component Kind | Mulch | | | Canopy[a] | | Rock Fragments | | Area | |
|---|---|---|---|---|---|---|---|---|---|
| | Area pct | >2mm pct | Total pct | Effectiveness pct | Height m | >250mm pct | 75-250mm pct | 5-75mm pct | 2-5mm pct |
| Shrub | 17 | 0 | 20 | 70 | <1/2 | — | — | — | — |
| Inter-shrub | 83 | 13 | 27 | — | — | 0 | Tr | 49 | 51 |

[a]Percent of rain drops assumed intercepted.

The soil-loss ratio (Wischmeier and Smith, 1978) of the shrub was 0.04 and the intershrub 0.16. The weighted average overall soil-loss ratio is 0.14. Roughness of the intershrub area was measured based on 31 points 10 cm apart with a correction for slope. The standard deviation was 1.3 cm. The overall color value of the dry ground surface, inclusive of the rock fragments, was 4.

## Condon Pedon Description

Location: Wasco County, Oregon, 550 m south and 310 m east of northwest corner sec. 15; NE 1/4, SW 1/4, NW 1/4, sec. 15, T3S, R14E. Latitude 45° 18' 59" N. Longitude 121° 03' 57" W.

Classification: fine-loamy, mixed, mesic Typic Haploxerolls
Vegetation: Range
Idaho fescue (*Festuca idahoensis* Elmer) - 30 percent
Cheatgrass (*Bromus tectorum* L.) - 25 percent
Sandberg bluegrass (*Poa secunda* J. Presl) - 20 percent
Basalt (Hangingpod) milkvetch (*Astragalus filipes* Torr. ex Gray)- 10 percent
Bluebunch wheatgrass (*Pseudoroegneria spicata* Pursh) A. Love - 5 percent
Other
Lupine (*Lupinus* L.)
Yarrow (*Achillea* L.)
Buckwheat (*Eriogunum* Michx)
Parent material: Mixed loess and pedisediments
Physiography: Ridgetop plateau, biscuit (mound)
Relief: 0.5 to 1.5 meters
Elevation: 1,000 meters
Slope: 8 percent Aspect: 120° (SE)
Erosion: Moderate
Drainage: Well-drained
Ground water: Very deep
Salt or alkali: None
Stoniness: None

Described and sampled by: R. W. Fenwick, R.B. Grossman, and R. W. Langridge April 28, 1989.

Soil number: S89OR-065-002.

**A** - 0 to 8 cm; dark brown (7.5 YR 3/2) loam, brown (7.5 YR 4/3) dry; weak fine subangular blocky structure parting to weak fine granular; slightly hard, friable, slightly sticky and slightly plastic; many very fine roots; many very fine irregular pores; 5 percent pebbles; neutral; clear smooth boundary.

**AB** - 8 to 18 cm; dark brown (7.5 YR 3/2) loam, brown (7.5 YR 4/3) dry; weak medium and fine subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; common very fine roots; many very fine irregular pores; 5 percent pebbles; neutral; clear smooth boundary.

**Bw1** - 18 to 38 cm; dark brown (7.5 YR 3/3) loam, brown (7.5 YR 4/3) dry; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few very fine roots; many very fine tubular pores; 5 percent pebbles; neutral; clear smooth boundary.

**Bw2** - 38 to 58 cm; dark brown (7.5 YR 3/3) loam, brown (7.5 YR 4/3) dry; weak coarse subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few very fine roots; many very fine tubular pores; 5 percent pebbles; neutral; clear wavy boundary.

**BC** - 58 to 66 cm; dark brown (7.5 YR 3/3) loam, brown (7.5 YR 4/3) dry; weak medium subangular blocky structure; slightly hard, friable, slightly sticky and slightly plastic; few very fine roots; common very fine tubular pores; 5 percent pebbles; neutral; abrupt wavy boundary.

**2R** - 66 cm; fractured basalt.

Surface, near surface: The outermost 1 to 3 m of the mounds (about half of the mound area) was subject to more traffic by grazing animals than the central portion. The outer portion has 30 to 40 percent bare soil compared to 10 percent or less in the central portion. The soil-loss ratio (Wischmeier and Smith, 1978) is 0.18 for the periphery and 0.07 for the central part.

*** PRIMARY CHARACTERIZATION DATA ***
(WASCO COUNTY, OREGON)

S89OR-065-002

PRINT DATE 11/06/90

SAMPLED AS : CONDON, FINE-SILTY, MIXED, MESIC TYPIC HAPLOXEROLL
REVISED TO : CONDON, FINE-LOAMY, MIXED, MESIC TYPIC HAPLOXEROLL

NSSL - - PROJECT 89P 102, MANUAL CHAR
      - PEDON    89P  525, SAMPLES 89P2922-2926
      - GENERAL METHODS 1B1A, 2A1, 2B

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (——— TOTAL ———) | | | (— CLAY —) | (— SILT —) | | | | | | (——— SAND ———) | | | | (— COARSE | FRACTIONS (MM) —) | | (>2MM) | |
| SAMPLE | DEPTH | HORIZON | CLAY | SILT | SAND | FINE | CO3 | FINE | COARSE | VF | F | M | C | VC | | WEIGHT | | | WT |
| NO. | (CM) | | LT | .002 | .05 | LT | LT | .002 | .02 | .05 | .10 | .25 | .5 | 1 | 2 | 5 | 20 | .1 | PCT OF |
| | | | .002 | -.05 | -2 | .0002 | .002 | -.02 | -05 | -.10 | -.25 | -.50 | -1 | -2 | -5 | -20 | -75 | 75 | WHOLE |
| | | | | | | | PCT OF <2MM (3A1) | | | | | | | | <- PCT OF <75MM(3B1) | | | - | >SOIL |
| 89P2922M | 0- 8 | A | 9.2 | 33.0 | 57.8 | | | 16.0 | 17.0 | 10.9 | 9.8 | 7.1 | 11.4 | 18.6 | 20 | 6 | -- | 61 | 26 |
| 89P2923M | 8- 18 | AB | 9.6 | 34.7 | 55.7 | | | 18.3 | 16.4 | 10.2 | 10.5 | 7.9 | 13.0 | 14.1 | 19 | 5 | -- | 59 | 24 |
| 89P2924M | 18- 38 | Bw1 | 9.5 | 31.7 | 58.8 | | | 17.8 | 13.9 | 9.4 | 9.2 | 8.2 | 16.4 | 15.6 | 18 | 4 | -- | 61 | 22 |
| 89P2925M | 38- 58 | Bw2 | 11.2 | 32.7 | 56.1 | | | 19.0 | 13.7 | 8.7 | 9.4 | 7.4 | 13.7 | 16.9 | 18 | 5 | -- | 59 | 23 |
| 89P2926M | 58- 66 | BC | 11.2 | 35.4 | 53.4 | | | 19.1 | 16.3 | 9.5 | 10.8 | 8.6 | 13.0 | 11.5 | 19 | 4 | 1 | 57 | 24 |

| | ORGN C | TOTAL N | EXTR P | TOTAL S | (——— DITH-CIT ———) EXTRACTABLE | | | (RATIO/CLAY) | | (ATTERBERG) – LIMITS – | | | (– BULK DENSITY –) FIELD 1/3 | | | COLE OVEN WHOLE | (——— WATER CONTENT ———) FIELD 1/10 | | | 15 | WRD WHOLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPTH (CM) | C 6A1C PCT | N 6B3A <2MN | P 6S3 PPM | S 6R3A <— | FE 62CB PERCENT | AL 6G7A OF <2MM | MN 6D2A —> | CEC 8D1 | 15 BAR 8D1 | LL 4F1 PCT | PI 4F < 0.4MM | MOIST 4A3A <— | BAR 4A1D G/CC | DRY 4A1H —> | SOIL 4D1 CM/CM | MOIST 4B4 <— | BAR 4B1C PCT OF | BAR 4B1C <2MM | BAR 4B2a —> | SOIL 4C1 CM/CM |
| 0- 8 | 1.50 | | | | 2.5 | 0.1 | 0.1 | 1.96 | 0.84 | | | | | | | | | | 7.7 | |
| 8- 18 | 0.83 | | | | 2.5 | 0.1 | 0.1 | 1.72 | 0.74 | | | | | | | | | | 7.1 | |
| 18- 38 | 0.54 | | | | 2.4 | 0.1 | 0.1 | 1.81 | 0.76 | | | | | | | | | | 7.2 | |
| 38- 58 | 0.43 | | | | 2.5 | 0.1 | 0.1 | 1.64 | 0.67 | | | | | | | | | | 7.5 | |
| 58- 66 | 0.50 | | | | 2.7 | 0.1 | 0.1 | 1.64 | 0.80 | | | | | | | | | | 9.0 | |

BLM_0064751

*** PRIMARY CHARACTERIZATION DATA ***

S89OR-065-002                                                                                          PRINT DATE 11/06/90

SAMPLED AS:  CONDON; FINE-SILTY, MIXED, MESIC TYPIC HAPLOXEROLL
NATIONAL SOIL SURVEY LABORATORY;   PEDON 89P 525, SAMPLE 89P2922-2926

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (—— NH4OAC EXTRACTABLE BASES ——) | | | | | ACID-ITY | EXTR AL | (—— CEC ——) | | | AL SAT | -BASE SUM | SAT- NH4 OAC | CO3 AS CACO3 <2MM | RES. OHMS /CM | | COND. MMHOS /CM | (——— PH ———) | | |
| DEPTH (CM) | CA 5B5A 6N2E | MG 5B5A 602D | NA 5B5A 6P2B | K 5BA5 6Q2B | SUM BASES MEQ / 100 G | 6H5A | 6G9B | SUM CATS 5A3A | NH4- OAC 5A8B | BASES + AL 5A3B | SAT 5G1 | 5C3 PCT | 5C1 | 6E1G | 8E1 | | 81 | NAF 8C1D | CACL2 .01M 8C1F A:2 | H20 8C1F 1:1 |
| 0-  8 | 11.2 | 4.2 | TR | 1.0 | 16.4 | 3.7 | | 20.1 | 18.0 | | | 82 | 91 | | | | | 9.9 | 6.4 | 7.1 |
| 8- 18 | 10.2 | 4.3 | -- | 0.6 | 15.1 | 3.8 | | 18.9 | 16.5 | | | 80 | 92 | | | | | 9.9 | 6.2 | 7.3 |
| 18- 38 | 10.4 | 5.0 | TR | 0.2 | 15.6 | 3.8 | | 19.4 | 17.2 | | | 80 | 91 | | | | | 10.0 | 6.2 | 7.0 |
| 38- 58 | 11.2 | 5.8 | TR | 0.1 | 17.1 | 3.1 | | 20.2 | 18.4 | | | 85 | 93 | | | | | 10.0 | 6.3 | 7.2 |
| 58- 66 | 11.5 | 5.9 | TR | 0.1 | 17.5 | 3.2 | | 20.7 | 18.4 | | | 85 | 95 | | | | | 9.9 | 6.4 | 7.0 |

| | (——————— SPODIC HORIZON CRITERIA ———) | | | | | | |
|---|---|---|---|---|---|---|---|
| | (——— NA PYROPHOSPHATE EXTRACTABLE ———) | | | | | AL+C | INDEX OF ACCUM |
| DEPTH (CM) | C 6A4A | FE 6C8A | AL 6G10 | FE+AL DI-CI FE+AL | FE+AL DIVIDED BY PCT CLAY | AL+C PCT CLAY | |
| | <—— PCT OF <2MM ——> | | | | | | |
| 0-  8 | | 0.1 | TR | TR | TR | | |
| 8- 18 | | 0.1 | 0.1 | 0.1 | | | |
| 18- 38 | | TR | 0.1 | TR | TR | | |
| 38- 58 | | TR | TR | | | | |
| 58- 66 | | 0.1 | TR | TR | -- | | |

BLM_0064752

### *** PRIMARY CHARACTERIZATION DATA ***
(WASCO COUNTY, OREGON)

S89OR-065-002

PRINT DATE 11/06/90

SAMPLED AS:  CONDON; FINE-SILTY, MIXED, MESIC TYPIC HAPLOXEROLL

NSSL  - -  PROJECT   89P   102, MANUAL CHAR
        -  PEDON    89P   525, SAMPLES 89P2922-2926
        -  GENERAL METHODS  181A, 2A1, 2B

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

| | | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAMPLE NO. | HZ NO | ACID OPT DEN 8J | OXALATE FE 6C9a <— | EXTRACTION SI 6V2 PCT | AL 6G12 OF <2MM | PHOSPHOUS RET 6S4 ——> | CIT- ACID 6S5 <— PPM | KCL MN 6D3 ——> | TOTAL C 6A2d <— | (—— 0.06 BAR 4B1c | WATER 1- BAR 4B1a | CONTENT 2- BAR 4B1a | 15 BAR 4B2b | (———— CLAY <— PERCENT | PIPETTE SILT 3A1c OF <2MM | WATER SAND ——> | DISPERSIBLE <—— CLAY | ——— HYDROMETER SILT SML | ——— SAND ———> | )MIN SOIL 8F1 | AGGRT STABL CONT <5mm 4G1 <PCT> |
| 89P2922 | 1 | 0.21 | 1.57 | 0.16 | 0.15 | 12 | | | | | | | 8.0 | 5.9 | 33.1 | 61.0 | | | | | |
| 89P2923 | 2 | 0.18 | 1.64 | 0.18 | 0.14 | 19 | | | | | | | 7.1 | 6.4 | 36.9 | 56.6 | | | | | |
| 89P2924 | 3 | 0.15 | 1.38 | 0.17 | 0.15 | 17 | | | | | | | 7.3 | 7.5 | 33.5 | 59.0 | | | | | |
| 89P2925 | 4 | 0.15 | 1.47 | 0.19 | 0.16 | 24 | | | | | | | 8.1 | 8.5 | 34.1 | 57.3 | | | | | |
| 89P2926 | 5 | 0.16 | 1.44 | 0.18 | 0.17 | 21 | | | | | | | 9.0 | 9.8 | 38.1 | 52.1 | | | | | |

BLM_0064753

## Lithic Haplargids

Location: Sierra County, New Mexico, L/7 Ranch; 11.3 kilometers south and 2.4 kilometers west of Engle; 640 m northwest of L/7 Ranch headquarters; 160 m east and 1040 m north of the southwest corner sec. 21; SE 1/4, SW 1/4, NW 1/4, sec. 21, T14S, R2W. Latitude 33°04'42" north, Longitude 107°03'28" west.

Classification: loamy, mixed, thermic Lithic Haplargid
Vegetation: Range (mesquite, mixed grasses and shrubs)
Parent material: Sandstone and eolain material
Physiography: Valley slope of plateau
Relief: 1 to 5 m
Elevation: 1,460 m
Slope: 3 percent
Aspect: 75° (NE)
Erosion: Moderate
Drainage: Well drained
Ground water: Deep
Salt or alkali: None
Stoniness: None

Described by: R. Fenwick, R.B. Grossman, and C. Montoya, April 24, 1989.

Soil number: S89NM-051-001.

**A** - 0 to 4 cm; yellowish red (5YR 4/6) sandy loam, reddish brown (5YR 4/4) moist; weak fine granular structure; soft, friable, nonsticky, nonplastic; few very fine and fine roots; 5 percent fine pebbles; very slightly effervescent; moderately alkaline; abrupt smooth boundary.

**Bt** - 4 to 13 cm; yellowish red (5YR 4/8) sandy clay loam, yellowish red (5YR 4/6) moist; moderate medium prismatic structure parting to moderate medium subangular blocky; hard, firm, slightly sticky, plastic; common faint clay films in pores and clay bridging sand grains; few fine, irregular soft masses of carbonates; few very fine and fine roots; few fine tubular pores; 5 percent fine pebbles; strongly effervescent, strongly alkaline; clear smooth boundary.

**Btk** - 13 to 23 cm; yellowish red (5YR 4/8) clay loam, yellowish red (5 YR 4/6) moist; moderate medium subangular blocky structure; hard, firm, slightly sticky, plastic; common faint clay films on faces of peds and clay bridging sand grains; common fine platelike soft filaments and masses of carbonates; few fine and very fine roots; few fine tubular pores; 5 percent fine pebbles; violently effervescent; moderately alkaline; clear wavy boundary.

**BCk** - 23 to 35 cm; grayish brown (10YR 5/2) and reddish brown (5YR 5/3) gravelly clay loam; massive; hard, firm; common medium and coarse irregular soft masses of carbonates; 20 percent pebbles; very few fine roots; violently effervescent; moderately alkaline; abrupt wavy boundary.

**2R1** - 35 to 43 cm; hard olive gray (5Y 5/2) fractured sandstone; fracture surfaces coated with reddish brown (5YR 5/3) coatings; carbonate as few small pendents on underside of fragments.

**2R2** - 43 cm; moderately hard, olive gray (5Y 5/2) thinly bedded sandstone.

BLM_0064754

A numerical description follows of the cover for the shrub and intershrub components separately. Areal percentages were obtained by point counting.

| Component Kind | Mulch | | | Canopy | | Rock Fragments Size | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Area pct | >2mm pct | Total pct | Effectiveness pct | Height m | >250mm pct | 75 mm pct | 5 mm pct | 2 mm pct |
| Shrub | 10 | 0 | 100 | 50 | <1/2 | — | — | — | — |
| Inter-shrub | 90 | 20 | 68 | 0 | | 0 | 4 | 34 | 62 |

Based on the cover information, the soil-loss ratio (Wischmeier and Smith, 1978) was 0.27 for the shrub component and 0.52 for the intershrub. The overall soil-loss ratio was 0.48. The soil-loss ratio may be slightly lower during July and August, the period of maximum water erosion, because of more vegetation.

Roughness was determined for 31 points, 5 cm apart in a bare area that was relatively smooth along the assumed direction of overland flow. The standard deviation corrected for slope was 0.34 cm. The dry rupture resistance of the crust was 3N based on the average of nine determinations from each of two places a few meters apart. The thickness of the reconstituted part of the crust was 1 to 2 mm.

**\*\*\* P R I M A R Y   C H A R A C T E R I Z A T I O N   D A T A \*\*\***
(SIERRA COUNTY, NEW MEXICO)

S89NM-051-001

PRINT DATE 11/06/90

SAMPLED AS : LITHIC HAPLARGID
REVISED TO  : LOAMY, MIXED, THERMIC LITHIC HAPLARGID

NSSL  - PROJECT  89P  102, MANUAL CHAR
      - PEDON    89P  523, SAMPLES 89P2911-2916
      - GENERAL METHODS  1B1A, 2A1, 2B

U.S. DEPARTMENT OF AGRICULTURE
SOIL CONSERVATION SERVICE
NATIONAL SOIL SURVEY LABORATORY
LINCOLN, NEBRASKA 68508-3866

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |

| | | | | (——— TOTAL ———) | | (— CLAY —) | (— SILT —) | | | SAND | | | | (— COARSE | FRACTIONS (MM) —) | (>2MM) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CLAY | SILT | SAND | FINE | CO3 | FINE | COARSE | VF | F | M | C | VC | | WEIGHT | | WT |
| SAMPLE | DEPTH | HORIZON | | LT | .002 | .05 | LT | LT | .002 | .02 | .05 | .10 | .25 | .5 | 1 | 2 | 5 | 20 | .1 | PCT OF |
| NO. | (CM) | | | .002 | -.05 | -2 | .0002 | .002 | -.02 | -05 | -.10 | -.25 | -.50 | -1 | -2 | -5 | -20 | -75 | 75 | WHOLE |
| | | | | <——— | | | | PCT OF <2MM | | (3A1) | | | | | | —> | <- PCT | OF | <75MM(3B1) | – | >SOIL |

| 89P2911S | 0-  4 | A    | | 9.7  | 10.9 | 79.4 | | | 6.1  | 4.8  | 10.8 | 27.3 | 24.5 | 12.7 | 4.1 | 2  | 4  | --  | 70 | 6  |
| 89P2912S | 4- 13 | BT   | | 31.8 | 19.1 | 49.1 | | 1.1 | 11.1 | 8.0  | 11.6 | 20.8 | 13.0 | 3.1  | 0.6 | 5  | 2  | --  | 42 | 7  |
| 89P2913S | 13- 23 | BtK  | | 31.0 | 24.0 | 45.1 | | 2.3 | 16.1 | 7.9  | 10.9 | 14.3 | 10.7 | 5.7  | 3.4 | 16 | 1  | --  | 45 | 17 |
| 89P2914S | 23- 35 | BCK  | | | | | | | | | | | | | | 25 | 13 | --  | | 38 |
| 89P2915S | 35- 43 | 2R1  | | | | | | | | | | | | | | --  | --  | --  | | --  |
| 89P2916S | 43- 50 | 2R2  | | | | | | | | | | | | | | --  | --  | --  | | --  |

| DEPTH (CM) | ORGN C 6A1C PCT | TOTAL N 6B3A <2MN | EXTR P 6S3 PPM | TOTAL S 6R3A | (——— DITH-CIT ———) EXTRACTABLE | | | | (RATIO/CLAY) | (ATTERBERG ) | | (– BULK DENSITY –) | | | COLE | (——— WATER CONTENT ———) | | | | WRD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FE 6C2B | AL 6G7A | MN 6D2A | CEC 8D1 | 15 BAR 8D1 | LL 4F1 PCT | PI 4F <0.4MM | MOIST 4A3A | 1/3 BAR 4A1D | OVEN DRY 4A1H | WHOLE SOIL 4D1 | FIELD MOIST 4B4 | 1/10 BAR 4B1C | 1/3 BAR 4B1C | 15 BAR 4B2a | WHOLE SOIL 4C1 |
| | | | | <—— PERCENT OF <2MM ——> | | | | | | | | <——— G/CC ———> CM/CM | | | | <——— PCT OF <2MM ——> CM/CM | | | |

| 0-  4 | 0.15 | | | | | | | | | | | | | | | | | | | 4.5 |
| 4- 13 | 0.34 | | | | | | | 1.05 | 0.46 | | | | | | | | | | | 11.3 |
| 13- 23 | 0.35 | | | | | | | 0.60 | 0.36 | | | | | | | | | | | 11.5 |
| 23- 35 | 0.61 | | | | | | | 0.64 | 0.37 | | | | | | | | | | | 10.1 |
| 35- 43 | | | | | | | | | | | | | | | | | | | | |
| 43- 50 | | | | | | | | | | | | | | | | | | | | |

AVERAGES,  DEPTH 4-23: PCT CLAY 30 PCT .1-75MM  43p

BLM_0064756

*** P R I M A R Y   C H A R A C T E R I Z A T I O N   D A T A ***

S89NM-051-001

PRINT DATE 11/06/90

SAMPLED AS: LITHIC HAPLARGID
NATIONAL SOIL SURVEY LABORATORY;     PEDON 89P     523,   SAMPLES 89P2911-2916

| | -1-- | -2-- | -3-- | -4-- | -5-- | -6-- | -7-- | -8-- | -9-- | -10-- | -11-- | -12-- | -13-- | -14-- | -15-- | -16-- | -17-- | -18-- | -19-- | -20-- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (—— NH4OAC EXTRACTABLE BASES ——) | | | | | ACID-ITY | EXTR AL | (——— CEC ———) | | | AL SAT | -BASE SUM | SAT-NH4 OAC | CO3 AS CACO3 | RES. OHMS /CM | | COND. MMHOS /CM | | (——— PH ———) | |
| DEPTH (CM) | CA 5B5A 6N2E | MG 5B5A 602D | NA 5B5A 6P2B | K 5BA5 6Q2B | SUM BASES MEQ / 100 G | 6H5A | 6G9B | SUM CATS 5A3A | NH4-OAC 5A8B | BASES + AL 5A3B | SAT 5G1 | 5C3 PCT | 5C1 | <2MM 6E1G | 8E1 | | 81 | | CACL2 .01M 8C1F 1:2 | H20 8C1F 1:1 |
| 0- 4 | 14.4 | 1.1 | -- | 0.5 | 16.0 | | 16.0 | | 10.2 | | | 100 | 100 | TR | | | 0.08 | | 7.6 | 8.1 |
| 4- 13 | | 1.5 | -- | 0.8 | | | | | 19.2 | | | 100 | 100 | 5 | | | 0.13 | | 7.7 | 8.5 |
| 13- 23 | | 1.2 | 0.1 | 0.5 | | | | | 19.9 | | | 100 | 100 | 10 | | | 0.13 | | 7.7 | 8.3 |
| 23- 35 | | 1.2 | TR | 0.4 | | -- | | | 19.6 | | | 100 | 100 | 18 | | | | | 7.6 | 8.1 |
| 35- 43 | | | | | | | | | | | | | | | | | | | | |
| 43- 50 | | | | | | | | | | | | | | | | | | | | |

ANALYSES: M= ALL ON SIEVED <2MM BASIS

Figure A-8 is a map of the area where the pedon was sampled and figure A-9 shows the landscape.  The sample pedon is shown in figure A-10 and a close up of the ground surface near the pedon is shown in figure A-11.

**FIGURE A-8**



| **BR** | Bedrock |
|---|---|
| **BS** | Bare Ground, 10% snakeweed |
| **M** | Mesquite with coppice dune 30-50 cm high |
| **MGSR** | Mixed grass, shrub |
| **MSP** | Mixed shrub, pebbles |
| **Pit** | S89NM051-001 |
| **S** | Sandy soil |
| **– –** | Gully 30 cm deep and 75 cm wide |

Sketch map of the area where the Lithic Haplargid pedon was described and sampled.

BLM_0064758

**FIGURE A-9**



Landscape of the Lithic Haplargid mapping unit.   Orientation is southwest to northeast.  Shovel marks the sampling pit.

**FIGURE A-10**



Profile of Lithic Haplargid.  Scale is in centimeters.

APPENDIX 3—Pedon data                                    *SOIL SURVEY MANUAL*   25

**FIGURE A-11**



Close-up of ground surface near sample pit for Lithic Haplargid. Yellow marker in photo is 5x5x2 cm in size

BLM_0064760



BLM_0064761

# The Economic Contributions of Outdoor Recreation in Colorado: A regional and county-level analysis

*Prepared for:*

**Outdoor Industry Association**
**and**
**Colorado Parks and Wildlife**



**November 18, 2013**



FISH AND WILDLIFE ECONOMICS AND STATISTICS

PO Box 6435
Fernandina Beach, FL 32035
Tel (904) 277-9765

i

BLM_0064762

# Executive Summary

This study, conducted by Southwick Associates for Colorado Parks and Wildlife, quantifies the economic contribution of outdoor recreation in Colorado and seven regions within the state[1]. Outdoor recreation constitutes a substantial part of the Colorado economy. The total economic output associated with outdoor recreation amounts to $34.5 billion dollars, contributing $19.9 billion dollars to the Gross Domestic Product of the state. This economic activity supports over 313,000 jobs in the state, which represents 13.2% of the entire labor force in Colorado and produces $12.4 billion dollars in salaries and wages. In addition, this output contributes $4.9 billion dollars in local, state and federal tax revenue.

**Table S1.** Total Economic Contribution of Outdoor Recreation in Colorado, by Region ($millions)

|  | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| Output | $9,284 | $8,295 | $3,630 | $385 | $1,053 | $4,142 | $2,173 | **$34,514** |
| Salaries & Wages | $3,355 | $2,940 | $1,460 | $116 | $324 | $1,344 | $714 | **$12,431** |
| GDP Contribution | $5,432 | $4,734 | $2,216 | $204 | $580 | $2,282 | $1,242 | **$19,931** |
| State/Local Taxes | $697 | $582 | $259 | $34 | $97 | $341 | $182 | **$2,404** |
| Federal Taxes | $718 | $619 | $295 | $25 | $70 | $258 | $148 | **$2,546** |
| Jobs | 91,822 | 78,521 | 34,057 | 4,528 | 12,705 | 47,017 | 24,568 | **313,404** |

**Figure S1.** SCORP Regions



---

[1] A large part of the analysis for this study was based on work performed or supported by the Outdoor Industry Association (OIA). (http://www.outdoorindustry.org/advocacy/recreation/economy.html)
This study uses a broader definition of outdoor recreation, and for this reason the results of these two studies should not be directly compared. Rather, these two studies should be used together to gain a better understanding of the economic contributions of outdoor recreation to the Colorado economy.

BLM_0064763

# Table of Contents

Executive Summary                                                                                 ii

1. Introduction                                                                                   1
2. Data Sources & Methods                                                                         1
3. Outdoor Recreation Participation                                                               2
4. Outdoor Recreation Expenditures                                                                3
5. Economic Contributions of Outdoor Recreation                                                   4
6. Economic Contributions of Fishing, Hunting, and Wildlife Watching                              6
7. Hunting Economic Contributions by County                                                       7

References                                                                                        10
Appendix A Definitions for Economic Contribution                                                  11
Appendix B Methodology for Economic Contribution                                                  13
Appendix C Spending Methodology                                                                   15
Appendix D Overall Activities Data Summary                                                        19
Appendix E Non-Motorized Activities Data Summary                                                  21
Appendix F Motorized Activities Data Summary                                                      22
Appendix G Selected Activities Data Summary                                                       23

BLM_0064764

## 1. Introduction

This study, conducted by Southwick Associates for Colorado Parks and Wildlife (CPW), was undertaken to quantify the economic contributions of outdoor recreation in Colorado. This investigation was part of a broader CPW effort to characterize outdoor recreation both statewide and regionally for the Colorado Statewide Comprehensive Outdoor Recreation Plan (SCORP, 2013). Recreation in fishing, hunting, and wildlife watching were of particular interest, and the specific contributions of these three activities were also examined. Additionally, the county-level contributions of hunting were estimated for a more detailed view of the economic contributions of hunting in Colorado.

A large part of the analysis for this study was based on work performed or supported by the Outdoor Industry Association (OIA). In particular, the statewide economic contributions relied on data from a 2012 OIA study (OIA, 2011; OIA 2012).[2] Additionally, OIA contributed to designing the survey used as the primary data source for estimating participation in outdoor recreation within Colorado. Although important components of the analysis presented here relied on OIA data, the results of this study differ somewhat from the state-level results of the OIA study for two reasons. First, this study incorporates a wider range of outdoor recreation activities, which leads to larger economic estimates of outdoor recreation. Second, this study relies principally on the SCORP survey data to characterize participation, and these numbers differ from the OIA-based participation numbers as a consequence of using different data sources. For this reason, the results of these two studies should not be directly compared, but rather should be used together to gain a broader understanding of the economic contributions of outdoor recreation to the Colorado economy.

## 2. Data Sources & Methods

Outdoor recreation in this study includes a set of 38 activities corresponding to questions in a CPW survey sent to 7,000 Colorado residents in 2013 as part of the Colorado Statewide Comprehensive Outdoor Recreation Plan (SCORP, 2013). Spending in Colorado was estimated by applying spending profiles to participation numbers for the 38 activities included in the 2013 SCORP survey. These activities were combined into 18 activity groups in order to match participation numbers to available spending data. Statewide spending was then estimated using appropriate data sources for each activity group (Appendix D). In constructing spending profiles for each activity, this study largely relied on spending data from two OIA surveys administered for the purpose of quantifying the economic contributions of outdoor recreation with the U.S. and each of the 50 states (OIA, 2011; OIA, 2012). Because this study incorporated a wider range of activities than the OIA study, additional data sources were incorporated in characterizing spending profiles for a number of activities. The estimation of spending varied by activity as a result. Detailed descriptions of these procedures are included in Appendix C.

---

[2] The Outdoor Recreation Economy (OIA, 2012).
http://www.outdoorindustry.org/advocacy/recreation/economy.html

BLM_0064765

State-level expenditures were allocated to regions using data that specified the proportion of spending activity within each region. Because outdoor recreationists often make equipment purchases in a different region from their trip destination, equipment and trip-related spending were allocated differently by region. Trip-related spending was allocated using the proportion of activity days by region (SCORP, 2013), while equipment spending was allocated based on the proportion of retail trade sales by region (CDOR, 2012). Details are included in Appendix C.

The spending estimates were analyzed using standard economic models to quantify economic contributions. The definitions of key economic terms are presented in Appendix A. The IMPLAN economic modeling software was used to estimate economic contributions. Details of the economic contribution methodology are presented in Appendix B.

## 3. Outdoor Recreation Participation

The 2013 SCORP survey of Outdoor Recreation was used to characterize participation in Colorado regionally and statewide for residents of the state (SCORP, 2013). The survey included a set of 38 activities that were grouped into 5 larger categories (Table 1). The survey results suggest that outdoor recreation is very popular among Colorado residents, with an estimated 3.4 million adults (90% of adult residents) having engaged in at least one of the 38 activities in 2012. Trail activities were the most popular, with nearly 83% of adults participating. The Northwest and North Central regions were notable in their popularity, with 54% and 51% of Colorado adults participating in each region respectively.

**Table 1.** SCORP Survey Activity Groups (SCORP, 2013)

| Activity Group | Activities in Group |
|---|---|
| Trail/Road | Walking, Jogging/Running (outdoors), Hiking/Backpacking, Horseback riding, Road biking, Mountain biking, Off-road motorcycling, ATV riding or 4-wheel driving |
| Water-based | Swimming (outdoors), Fishing, Power boating, Water skiing, Jet skiing, Sailing, Canoeing, Kayaking, Whitewater rafting, Stand up paddleboarding |
| Winter | Skiing or snowboarding at a ski area, Backcountry skiing, Sledding/tubing, Ice skating (outdoors), Snowmobiling, Snowshoeing or cross country skiing, Ice fishing |
| Wildlife-related | Big game hunting, Upland bird and small game hunting, Waterfowl hunting, Wildlife viewing (including birding) |
| Other Outdoor | Developed/RV camping, Tent camping, Picnicking, Target or skeet shooting, Rock climbing, Team or individual sports (outdoors), Playground activities, Golf, Geocaching |

BLM_0064766

**Table 2.** SCORP Survey Participants (in thousands) for Activity Groups by Region (SCORP, 2013)

| Activity | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| Trail/Road | 1,513 | 1,706 | 1,140 | 204 | 285 | 1,006 | 570 | **3,164** |
| Water-based | 694 | 1,037 | 454 | 91 | 173 | 509 | 325 | **2,188** |
| Winter | 1,291 | 694 | 245 | 18 | 25 | 325 | 221 | **1,921** |
| Wildlife-related | 433 | 429 | 99 | 175 | 85 | 265 | 197 | **1,122** |
| Other Outdoor | 1,071 | 1,320 | 755 | 182 | 190 | 846 | 432 | **2,784** |
| Any Outdoor Activity | 2,071 | 1,962 | 1,352 | 423 | 399 | 1,274 | 755 | **3,434** |

# 4. Outdoor Recreation Expenditures

The popularity of outdoor recreation by both Colorado residents and nonresidents leads to significant consumer spending in the Colorado economy. Outdoor recreationists in Colorado spent over $21 billion dollars on trips and equipment in 2012 (Table 3). The Northwest region included the largest amount of outdoor recreation spending at $6.84 billion, followed by the North Central region at $5.57 billion (Figure 1). Combined, these two regions accounted for over half of all the outdoor recreation spending within Colorado. Also, because retail sales are concentrated in more populous regions, the ratio of equipment to trip-related sales varies widely from one region to the next (Table 3). Partly as a result of these differences, the nature of economic contributions (e.g., industries impacted, types of jobs supported) varies regionally.

**Table 3.** Spending by Region (Trip-Related versus Equipment Spending)

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Total Spending** | | | | | | | | |
| Trip-related | $6,588 | $4,085 | $1,250 | $301 | $747 | $2,747 | $1,576 | **$17,212** |
| Equipment | $337 | $1,490 | $1,141 | $66 | $156 | $521 | $138 | **$3,848** |
| Total | $6,925 | $5,574 | $2,391 | $367 | $902 | $3,268 | $1,714 | **$21,060** |
| | | | | | | | | |
| **Percent Spending by Type** | | | | | | | | |
| Trip-related | 95.1% | 73.3% | 52.3% | 81.9% | 82.8% | 84.1% | 92.0% | **81.7%** |
| Equipment | 4.9% | 26.7% | 47.7% | 18.1% | 17.2% | 15.9% | 8.0% | **18.3%** |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | **100.0%** |

BLM_0064767

**Figure 1.** Total Outdoor Recreation Spending by Region (in $millions)



## 5. Economic Contributions of Outdoor Recreation

As a result of the economic multiplier effect, the $21 billion dollars of outdoor recreation expenditures produce additional rounds of economic activity throughout the state's economy. These include indirect contributions, arising from additional spending within industries, and induced contributions, which result from spending of salaries and wages by employees of these industries. These indirect/induced effects total $13.5 billion, and when combined with direct expenditures, contribute $34.5 billion dollars to the Colorado economy (Table 4). This total output contributes $19.9 billion to U.S. Gross Domestic Product (GDP), which amounts to 7.2% of the total GDP contribution of Colorado (BEA, 2013).[3]

An important result of outdoor recreation spending is the number of jobs supported in the state. An estimated 313,000 jobs in Colorado are supported by outdoor recreation expenditures, which accounts for 13.2% of all jobs in Colorado, larger than the combined construction and manufacturing labor force in the state (BLS, 2013). These jobs are especially important to the economies of specific locales in the state. In the Northwest region alone nearly 92,000 jobs are supported by the total economic contribution of outdoor recreation, representing one third of the entire adult population in that region (Figure 2).

---

[3] GDP contribution is smaller than total output because GDP only measures the costs of final goods and services (i.e., any intermediate products are excluded). While total output is a broader measure of economic activity, GDP contribution is included for comparison to the other GDP-based measures.

BLM_0064768

**Table 4.** Economic Contributions by Region (dollar values in $millions)

|  | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Direct** |  |  |  |  |  |  |  |  |
| Output | $6,844 | $5,574 | $2,391 | $367 | $902 | $3,268 | $1,714 | **$21,060** |
| Salaries & Wages | $2,314 | $1,832 | $844 | $93 | $232 | $948 | $520 | **$7,097** |
| GDP Contribution | $3,455 | $2,713 | $1,209 | $153 | $405 | $1,506 | $857 | **$10,563** |
| State/Local Taxes | $504 | $396 | $172 | $28 | $79 | $265 | $144 | **$1,545** |
| Federal Taxes | $478 | $375 | $169 | $19 | $50 | $177 | $106 | **$1,420** |
| Jobs | 64,247 | 53,330 | 23,051 | 3,780 | 9,881 | 35,674 | 18,420 | **201,442** |
| **Indirect/Induced** |  |  |  |  |  |  |  |  |
| Output | $2,440 | $2,721 | $1,239 | $18 | $150 | $874 | $459 | **$13,454** |
| Salaries & Wages | $1,041 | $1,109 | $616 | $24 | $92 | $396 | $194 | **$5,334** |
| GDP Contribution | $1,977 | $2,021 | $1,007 | $51 | $175 | $776 | $385 | **$9,368** |
| State/Local Taxes | $193 | $186 | $87 | $6 | $18 | $76 | $38 | **$859** |
| Federal Taxes | $239 | $244 | $126 | $6 | $20 | $82 | $42 | **$1,125** |
| Jobs | 27,575 | 25,191 | 11,006 | 748 | 2,825 | 11,343 | 6,148 | **111,962** |
| **Total** |  |  |  |  |  |  |  |  |
| Output | $9,284 | $8,295 | $3,630 | $385 | $1,053 | $4,142 | $2,173 | **$34,514** |
| Salaries & Wages | $3,355 | $2,940 | $1,460 | $116 | $324 | $1,344 | $714 | **$12,431** |
| GDP Contribution | $5,432 | $4,734 | $2,216 | $204 | $580 | $2,282 | $1,242 | **$19,931** |
| State/Local Taxes | $697 | $582 | $259 | $34 | $97 | $341 | $182 | **$2,404** |
| Federal Taxes | $718 | $619 | $295 | $25 | $70 | $258 | $148 | **$2,546** |
| Jobs | 91,822 | 78,521 | 34,057 | 4,528 | 12,705 | 47,017 | 24,568 | **313,404** |

**Figure 2.** Jobs Supported by Outdoor Recreation in Colorado Regions



BLM_0064769

## 6. Economic Contributions of Fishing, Hunting, and Wildlife Watching

Outdoor recreation includes a diverse set of activities that participants pursue in Colorado. Of particular interest for this study are the contributions of fishing, hunting, and wildlife watching. These three activities together produce over $5 billion dollars of economic output, which supports nearly 50,000 jobs within the state. Wildlife watching alone contributes $2.2 billion dollars in economic output per year, supporting over 19,000 jobs in Colorado (Table 5).

**Table 5.** Total Economic Contributions of Fishing, Hunting, and Wildlife Watching by Region

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Economic Output ($millions)** | | | | | | | | |
| Fishing | $241 | $523 | $304 | $36 | $131 | $294 | $110 | **$1,916** |
| Hunting | $181 | $208 | $139 | $28 | $35 | $112 | $82 | **$919** |
| Wildlife Watching | $271 | $615 | $282 | $65 | $129 | $361 | $213 | **$2,280** |
| | | | | | | | | |
| **Salaries & Wages ($millions)** | | | | | | | | |
| Fishing | $81 | $178 | $123 | $11 | $39 | $92 | $37 | **$673** |
| Hunting | $72 | $85 | $62 | $10 | $14 | $43 | $31 | **$368** |
| Wildlife Watching | $88 | $197 | $106 | $17 | $37 | $109 | $69 | **$771** |
| | | | | | | | | |
| **GDP Contribution ($millions)** | | | | | | | | |
| Fishing | $134 | $288 | $186 | $18 | $69 | $157 | $63 | **$1,081** |
| Hunting | $112 | $127 | $88 | $16 | $22 | $68 | $51 | **$561** |
| Wildlife Watching | $146 | $329 | $165 | $30 | $66 | $188 | $117 | **$1,261** |
| | | | | | | | | |
| **State and Local Taxes ($millions)** | | | | | | | | |
| Fishing | $17 | $35 | $21 | $3 | $11 | $22 | $9 | **$127** |
| Hunting | $13 | $13 | $9 | $2 | $3 | $8 | $6 | **$60** |
| Wildlife Watching | $18 | $40 | $19 | $5 | $10 | $26 | $16 | **$148** |
| | | | | | | | | |
| **Federal Taxes ($millions)** | | | | | | | | |
| Fishing | $18 | $37 | $25 | $2 | $8 | $18 | $8 | **$138** |
| Hunting | $15 | $17 | $12 | $2 | $3 | $8 | $6 | **$73** |
| Wildlife Watching | $19 | $42 | $22 | $4 | $8 | $21 | $14 | **$160** |
| | | | | | | | | |
| **Jobs** | | | | | | | | |
| Fishing | 2,222 | 4,698 | 2,730 | 347 | 1,388 | 2,968 | 1,119 | **16,413** |
| Hunting | 2,242 | 2,413 | 1,375 | 407 | 603 | 1,625 | 1,346 | **10,882** |
| Wildlife Watching | 2,514 | 5,501 | 2,878 | 657 | 1,332 | 3,682 | 2,135 | **19,541** |

BLM_0064770

## 7. Hunting Economic Contributions by County

Hunting is a popular form of outdoor recreation in Colorado, with participants that are typically active over many years. The type of hunting that Colorado residents and visitors engage in varies greatly by location. Through extensive surveys of hunters, CPW has been able to characterize hunting effort by county within the state over a range of species pursued (CPW, 2013a). Using these survey results allowed us to estimate hunter effort by county for three species groups; big game, small game, and waterfowl (Appendix G, Table G2). Pursuing big game is the most popular hunting activity in Colorado, and the Northwest region includes the largest contribution of hunting effort by a fairly large margin (Table 6).

**Table 6.** Hunting Effort by Region (CPW, 2013a)

|  | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Hunter Days per Year** | | | | | | | | |
| Big Game | 671,700 | 87,785 | 36,730 | 45,658 | 73,131 | 234,241 | 341,573 | **1,490,818** |
| Small Game | 104,898 | 64,725 | 4,171 | 114,212 | 36,398 | 43,565 | 37,422 | **405,391** |
| Waterfowl | 15,478 | 70,607 | 888 | 30,437 | 14,667 | 7,441 | 6,213 | **145,731** |

The detailed hunting effort data also allowed economic contributions of hunting effort to be examined at the county level. The economic contributions of the top ten counties by total output from hunting are included in Table 7. Detailed contributions for all counties are displayed in Table 8.

**Table 7.** Top 10 Counties for Total Hunting Economic Contributions by Output

| County | Output ($thousands) | Labor Income ($thousands) | GDP Contribution ($thousands) | State/Local Taxes ($thousands) | Federal Taxes ($thousands) | Jobs |
|---|---|---|---|---|---|---|
| Arapahoe | $55,601 | $24,299 | $34,756 | $3,385 | $4,756 | 580 |
| El Paso | $51,495 | $21,366 | $31,899 | $3,493 | $3,723 | 604 |
| Denver | $44,854 | $20,640 | $28,653 | $2,485 | $3,548 | 411 |
| Jefferson | $43,155 | $19,199 | $27,187 | $2,894 | $3,641 | 513 |
| Larimer | $38,123 | $14,851 | $23,140 | $2,587 | $3,088 | 574 |
| Mesa | $33,688 | $12,468 | $20,007 | $2,438 | $2,694 | 484 |
| Adams | $31,593 | $13,852 | $20,171 | $2,704 | $2,163 | 392 |
| Weld | $26,164 | $11,396 | $16,433 | $1,793 | $2,156 | 520 |
| Boulder | $24,172 | $11,013 | $15,769 | $1,624 | $2,084 | 296 |
| Garfield | $22,593 | $9,463 | $14,874 | $1,747 | $2,008 | 322 |

BLM_0064771

**Table 8.** Total Hunting Economic Contributions by County

| County | Output ($thousands) | Labor Income ($thousands) | GDP Contribution ($thousands) | State/Local Taxes ($thousands) | Federal Taxes ($thousands) | Jobs |
|---|---|---|---|---|---|---|
| **Northwest Region** | | | | | | |
| Eagle | $16,523 | $7,225 | $11,118 | $1,259 | $1,576 | 203 |
| Garfield | $22,593 | $9,463 | $14,874 | $1,747 | $2,008 | 322 |
| Grand | $15,884 | $5,932 | $10,434 | $1,361 | $1,344 | 237 |
| Jackson | $4,891 | $1,503 | $2,912 | $595 | $306 | 62 |
| Mesa | $33,688 | $12,468 | $20,007 | $2,438 | $2,694 | 484 |
| Moffat | $15,628 | $5,809 | $9,262 | $1,091 | $1,323 | 248 |
| Pitkin | $5,980 | $2,864 | $4,203 | $452 | $532 | 70 |
| Rio Blanco | $13,737 | $6,487 | $9,626 | $1,098 | $1,260 | 191 |
| Routt | $19,889 | $8,663 | $13,355 | $1,445 | $1,818 | 292 |
| Summit | $6,669 | $2,887 | $4,475 | $500 | $615 | 103 |
| **North Central Region** | | | | | | |
| Adams | $31,593 | $13,852 | $20,171 | $2,704 | $2,163 | 392 |
| Arapahoe | $55,601 | $24,299 | $34,756 | $3,385 | $4,756 | 580 |
| Boulder | $24,172 | $11,013 | $15,769 | $1,624 | $2,084 | 296 |
| Clear Creek | $1,997 | $776 | $1,212 | $167 | $172 | 32 |
| Gilpin | $636 | $313 | $454 | $50 | $62 | 15 |
| Larimer | $38,123 | $14,851 | $23,140 | $2,587 | $3,088 | 574 |
| Weld | $26,164 | $11,396 | $16,433 | $1,793 | $2,156 | 520 |
| **Metro Region** | | | | | | |
| Broomfield | $4,903 | $2,164 | $3,019 | $280 | $396 | 57 |
| Denver | $44,854 | $20,640 | $28,653 | $2,485 | $3,548 | 411 |
| Douglas | $20,090 | $9,097 | $12,863 | $1,477 | $1,801 | 252 |
| Jefferson | $43,155 | $19,199 | $27,187 | $2,894 | $3,641 | 513 |
| **Northeast Region** | | | | | | |
| Cheyenne | $580 | $232 | $387 | $58 | $54 | 12 |
| Elbert | $2,013 | $734 | $1,185 | $202 | $151 | 26 |
| Kit Carson | $1,816 | $630 | $1,062 | $181 | $135 | 34 |
| Lincoln | $2,098 | $767 | $1,270 | $202 | $146 | 36 |
| Logan | $4,755 | $1,937 | $2,986 | $384 | $368 | 91 |
| Morgan | $5,501 | $2,357 | $3,460 | $402 | $452 | 116 |
| Phillips | $879 | $241 | $474 | $83 | $59 | 10 |
| Sedgwick | $1,478 | $594 | $928 | $147 | $111 | 27 |
| Washington | $1,296 | $452 | $787 | $127 | $94 | 29 |
| Yuma | $3,494 | $1,081 | $1,861 | $307 | $218 | 46 |

BLM_0064772

**Table 8 (Continued).** Total Hunting Economic Contributions by County

| County | Output ($thousands) | Salaries & Wages ($thousands) | GDP Contribution ($thousands) | State/Local Taxes ($thousands) | Federal Taxes ($thousands) | Jobs |
|---|---|---|---|---|---|---|
| **Southeast Region** | | | | | | |
| Baca | $1,388 | $524 | $888 | $139 | $97 | 23 |
| Bent | $1,220 | $307 | $644 | $159 | $55 | 13 |
| Crowley | $416 | $204 | $298 | $38 | $28 | 10 |
| Huerfano | $3,264 | $1,079 | $1,944 | $327 | $238 | 73 |
| Kiowa | $798 | $193 | $427 | $106 | $54 | 8 |
| Las Animas | $5,317 | $2,200 | $3,486 | $460 | $431 | 127 |
| Otero | $2,213 | $901 | $1,427 | $199 | $184 | 54 |
| Prowers | $1,795 | $688 | $1,090 | $174 | $137 | 33 |
| Pueblo | $13,722 | $5,980 | $8,987 | $1,094 | $1,165 | 190 |
| **South Central Region** | | | | | | |
| Alamosa | $3,392 | $1,409 | $2,130 | $287 | $265 | 57 |
| Chaffee | $6,425 | $2,236 | $3,998 | $556 | $482 | 133 |
| Conejos | $3,206 | $1,246 | $2,043 | $316 | $230 | 67 |
| Costilla | $1,069 | $452 | $721 | $107 | $82 | 25 |
| Custer | $2,744 | $813 | $1,577 | $272 | $199 | 59 |
| El Paso | $51,495 | $21,366 | $31,899 | $3,493 | $3,723 | 604 |
| Fremont | $5,841 | $2,157 | $3,438 | $529 | $333 | 87 |
| Lake | $1,520 | $546 | $936 | $153 | $106 | 30 |
| Mineral | $1,222 | $564 | $823 | $108 | $110 | 32 |
| Park | $6,944 | $2,156 | $3,995 | $742 | $465 | 213 |
| Rio Grande | $3,261 | $1,260 | $2,088 | $291 | $269 | 94 |
| Saguache | $6,905 | $2,700 | $4,457 | $696 | $494 | 184 |
| Teller | $3,902 | $1,515 | $2,424 | $342 | $319 | 84 |
| **Southwest Region** | | | | | | |
| Archuleta | $6,618 | $2,463 | $4,233 | $530 | $520 | 138 |
| Delta | $7,303 | $2,630 | $4,532 | $641 | $558 | 171 |
| Dolores | $3,583 | $1,396 | $2,179 | $380 | $249 | 71 |
| Gunnison | $17,041 | $5,960 | $10,170 | $1,413 | $1,281 | 277 |
| Hinsdale | $2,177 | $895 | $1,412 | $231 | $166 | 47 |
| La Plata | $11,072 | $4,392 | $6,952 | $833 | $797 | 162 |
| Montezuma | $6,059 | $2,230 | $3,726 | $505 | $464 | 113 |
| Montrose | $12,021 | $4,621 | $7,609 | $931 | $936 | 218 |
| Ouray | $2,644 | $918 | $1,665 | $242 | $202 | 55 |
| San Juan | $972 | $257 | $568 | $115 | $66 | 13 |
| San Miguel | $4,637 | $1,926 | $3,086 | $367 | $385 | 63 |

BLM_0064773

# References

BEA (2013). National Economic Accounts. *U.S. Department of Commerce, Bureau of Economic Analysis.* Retrieved on 11-17-2013 from www.bea.gov.

BLS (2013). State and Metro Area Employment, Hours, and Earnings. *U.S. Department of Labor, Bureau of Labor Statisitcs.* Retrieved on 11-17-2013 from www.bls.gov.

CDOR (2012). Colorado Department of Revenue Annual Report. *Colorado Department of Revenue.*

CPW (2013a). Hunter days by County. *Colorado Parks & Wildlife.* Unpublished data.

CPW (2013b). Resident fishing licenses sold in 2012. *Colorado Parks & Wildlife.* Unpublished data.

Davies, S., Watson, P., Cramer, A., & Thilmany, D. (2004). The Economic Contribution of Colorado's Golf Industry. *Department of Agricultural and Resource Economics.* Fort Collins, CO.

Martinson, K., Schneider, I., Earing, J., Date, A., & Venegas, E. (2009). Economic Contribution and Demographics of Recreational Horse Trail Users in Minnesota. *University of Minnesota.*

NGF (2004-2011). Rounds played in the United States. *National Golf Foundation.*

NSSF (2012). Survey of Target Shooting in the United States. *National Shooting Sports Foundation.* Unpublished raw data.

OIA (2011). Survey of Outdoor Recreation in the U.S. *Outdoor Industry Association.* Unpublished data.

OIA (2012). Survey of Outdoor Recreation in U.S. states. *Outdoor Industry Association.* Unpublished data.

SCORP (2013). Survey of Outdoor Recreation in Colorado. *Colorado Parks & Wildlife, Statewide Comprehensive Outdoor Recreation Plan.* Unpublished data.

Venegas, E. (2009). Economic Contribution of Recreational Trail Use in Different Regions of Minnesota. *University of Minnesota Tourism Center.*

USDOL (2013). Consumer Price Index for All Urban Consumers, Annual Average. *U.S. Department of Labor.* Retrieved on 9-17-2013 from http://www.bls.gov/cpi/.

USFWS (2011). 2011 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation. *U.S. Fish & Wildlife Service, U.S. Census Bureau.*

BLM_0064774

## Appendix A Definitions for Economic Contribution

**Economic benefits** can be estimated by two types of economic measures: economic contributions and economic values. An **economic contribution** addresses the business and financial activity resulting from the use of a resource. **Economic value**, on the other hand, is a non-business measure that estimates the value people receive from an activity after subtracting for their costs and expenditures. This concept is also known as <u>consumer surplus</u>.

There are three types of economic contribution: direct, indirect and induced. A **direct contribution** is defined as the economic contribution of the initial purchase made by the consumer (the original retail sale). **Indirect contributions** are the secondary effects generated from a direct contribution, such as the retailer buying additional inventory, and the wholesaler and manufacturers buying additional materials. Indirect contributions affect not only the industry being studied, but also the industries that supply the first industry. An **induced contribution** results from the salaries and wages paid by the directly and indirectly effected industries. The employees of these industries spend their income on various goods and services. These expenditures are induced contributions, which, in turn, create a continual cycle of indirect and induced effects.

The direct, indirect and induced contribution effects sum together to provide the overall economic contribution of the activity under study. As the original retail purchase (direct contribution) goes through round after round of indirect and induced effects, the economic contribution of the original purchase is multiplied, benefiting many industries and individuals. Likewise, the reverse is true. If a particular item or industry is removed from the economy, the economic loss is greater than the original lost retail sale. Once the original retail purchase is made, each successive round of spending is smaller than the previous round. When the economic benefits are no longer measurable, the economic examination ends.

This study presents several important measures:

**Retail Sales** – these include expenditures made by outdoor recreationists for equipment, travel expenses and services related to their outdoor activities over the course of the year. These combined initial retail sales represent the "direct output".

**Total Economic Effect** – also known as "total output" or "total multiplier effect," this measure reports the sum of the direct, indirect and induced contributions resulting from the original retail sale. This figure explains the total activity in the economy generated by a retail sale. Another way to look at this figure is, if the activity in question were to disappear and participants did not spend their money elsewhere, the economy would contract by this amount.

**Salaries & Wages** – this figure reports the total salaries and wages paid in all sectors of the economy as a result of the activity under study. These are not just the paychecks of those employees directly serving recreationists or manufacturing their goods, it also includes portions of the paychecks of, for example, the truck driver who delivers food to the restaurants serving recreationists and the accountants who manage the books for companies down the supply chain, etc. This figure is based on the direct, indirect and

11

BLM_0064775

induced effects, and is essentially a portion of the total economic effect figure reported in this study.

**Jobs** – much like Salaries and Wages, this figure reports the total jobs in all sectors of the economy as a result of the activity under study. These are not just the employees directly serving recreationists or manufacturing their goods, they also include, for example, the truck driver who delivers food to the restaurants serving recreationists and the accountants who manage the books for companies down the supply chain, etc. This figure is based on direct, indirect and induced effects.

**GDP Contribution** – this represents the total "value added" contribution of economic output made by the industries involved in the production of outdoor recreation goods and services. For a given industry, value added equals the difference between gross output (sales and other income) and intermediate inputs (goods and services imported or purchased from other industries). It represents the contribution to GDP in a given industry for production related to outdoor recreation.

12

BLM_0064776

## Appendix B Methodology for Economic Contribution

The extent of the economic contributions associated with spending for outdoor recreation can be estimated in two ways:

- **Direct effects**: These include the jobs, income and tax revenues that are tied directly to the spending by outdoor recreationists without including multiplier effects.

- **Total effects**: These include the jobs, income and tax revenues that are tied directly to the spending by outdoor recreationists plus the jobs, income and tax revenues that result from the multiplier effects of outdoor recreation spending. The multiplier effect occurs when a direct purchase from a business leads to increased demand for goods and services from other businesses along their supply chain. Also included is economic activity associated with household spending of incomes earned in the affected businesses.

The economic contributions from outdoor recreation, both direct effects and total effects, were estimated with an IMPLAN input-output model for the state and regional economies of Colorado, and the county economies for hunting economic contributions. The IMPLAN model was developed by MIG, Inc. originally for use by the U.S. Forest Service. Inherent in each IMPLAN model is the relationship between the economic output of each industry (i.e. sales) and the jobs, income and taxes associated with a given level of output. Through those models, it is possible to determine the jobs, income and taxes supported directly by wildlife-based recreationists with and without the multiplier effects.

Input-output models describe how sales in one industry affect other industries. For example, once a consumer makes a purchase, the retailer buys more merchandise from wholesalers, who buy more from manufacturers, who, in turn, purchase new inputs and supplies. In addition, the salaries and wages paid by these businesses stimulate more benefits. Simply, the first purchase creates numerous rounds of purchasing. Input-output analysis tracks the flow of dollars from the consumer through all of the businesses that are affected, either directly or indirectly.

To apply the IMPLAN model, each specific expenditure for outdoor recreation activities was matched to the appropriate industry sector affected by the initial purchase. The spending was estimated with models of the Colorado economy, therefore all of the resulting contributions represent salaries and wages, total economic effects, jobs and tax revenues that occur within the state of Colorado. Likewise, models based on specific regions or counties represent the economic effects within the selected region or county. The results do not include any economic activity or indirect contributions that leak out of the state, region, or county of interest. As a result of this leakage, economic contributions at the state level are larger than the sum of corresponding regional or county contributions. This occurs because a portion spending in a particular region (or county) leaks to other regions (or counties) within the state, and this within-state leakage is captured in the Colorado model.

BLM_0064777

**Estimating Tax Revenues**

The IMPLAN model estimates detailed tax revenues at the state and local level and at the federal level. The summary estimates provided in this report represent the total taxes estimated by the IMPLAN model including all income, sales, property and other taxes and fees that accrue to the various local, state and federal taxing authorities.

14

BLM_0064778

# Appendix C Spending Methodology

## I. Overview

Spending in Colorado was estimated by applying spending profiles to participation numbers for 18 activity groups (Table D2). The procedure involved first estimating participation and spending at the state level and then allocating spending to each region.

### A. Estimating Participation

For the majority of the 18 activity groups, a single data source was not sufficient to characterize both resident and nonresident participation in Colorado (Table D2).[4] Procedures used to estimate final participation numbers varied between activity groups as a result of differences in the data available for each group. The specific procedures used are detailed within sections II through IV.

### B. Estimating Spending at the State Level

Spending profiles for each activity group included a set of expenditures by item for a typical participant. Each spending profile included two components; equipment spending, and trip-related spending.[5] Spending profiles were applied differently by activity due to differences in source data (Sections II through IV).

### C. Allocating Spending to each Region

Spending totals were allocated to regions differently for equipment and trip spending. We assumed that most consumers would not make many equipment purchases during a trip. Instead, they would likely purchase equipment prior to going on a trip. As a result many equipment purchases would be expected to occur in different regions than trip-related purchases. In order to more accurately reflect locations of equipment purchases, we used retail trade sales data by county to allocate these expenditures regionally. SCORP survey data was used to allocate trip-related expenditures.[6] The percentages used to allocate regional expenditures are shown in Tables E2, F2, and G3.

Regional Allocation Calculations:

$$equipment\ spending\ in\ region\ j = (equipment\ spending) \times (retail\ trade\ \%\ in\ region\ j)$$
$$trip\ spending\ in\ region\ j = (trip\ spending) \times (participation\ days\ \%\ in\ region\ j)$$

---

[4] For horseback riding and target shooting, only resident expenditures were estimated in this analysis due to lack of reliable data for characterizing nonresident participation. The resulting underestimation is negligible assuming that nonresident spending for these activities is a small fraction of total spending.

[5] For golfing, only trip-related expenditures were included because the spending data consisted of purchases made at golf courses only (Davies et al., 2004). As a result, the golf-related spending estimates included in this analysis are likely more conservative than estimates for the other activities.

[6] For hunting, participation data from Colorado Parks and Wildlife were used to allocate trip-related spending regionally (CPW, 2013a).

15

## II. Non-Motorized Activity Details

Trip spending profiles for non-motorized activities were specified on a per trip basis (OIA, 2012). In order to apply these profiles we estimated the total number of trips (resident/nonresident, day/overnight) taken for each non-motorized activity.

State-level Spending Calculations:

$$equipment\ spending = (resident\ participants) \times (equipment\ spending\ profile)$$
$$trip\ spending = (adjusted\ trips) \times (trip\ spending\ profile)$$

### Estimating Trips by Activity in Colorado

The SCORP survey was used as the primary data source for participation. In order to align the SCORP data with OIA spending profiles, the days of participation estimates were converted to trip estimates. These were estimated using OIA data that included recreation in the U.S. Mountain Region.[7]

OIA Trip Estimation Data for Non-Motorized Activities:
- Ratio of day to overnight trips
- Average days per overnight trip
- Ratio of nonresident to resident trips

During a single trip a participant might engage in more than one outdoor recreation activity and may or may not spend money during the trip. In order to avoid overestimating expenditures, we accounted for these effects by adjusting the trip estimates using OIA data based on responses from the U.S. Mountain Region:
- Percent of trips where participants spent money
- Percent of trips taken for the primary purpose of the selected activity

State-level Trip Calculations:
1. $average\ day\ trips = (SCORP\ ave\ days) \times (OIA\ \%\ day\ trip\ days)$
2. $average\ overnight\ trips = (SCORP\ ave\ days) \times (OIA\ \%\ overnight\ trip\ days) \div (OIA\ days\ per\ overnight\ trip)$
3. $resident\ trips = (SCORP\ participants) \times (average\ trips)$
4. $nonresident\ trips = (resident\ trips) \times (OIA\ nonresident\ to\ resident\ trip\ ratio)$
5. $adjusted\ trips =$
   $(trips) \times (OIA\ \%\ trips\ with\ money\ spent) \times (OIA\ \%\ primary\ purpose\ trips) \times (0.1 \times OIA\ \%\ non\ primary\ purpose\ trips)$

---

[7] Because OIA survey sample sizes for Colorado were small, data on the 7 states in the Mountain Region (Arizona, Colorado, Idaho, Montana, New Mexico, Utah, and Wyoming) were included to produce more robust estimates.

16

BLM_0064780

## III. Motorized Activity Details

Spending for motorized activities was estimated using the non-motorized activity procedure, with 2 additional steps. Because a particular motorized vehicle is often used for outdoor recreation as well as other purposes, additional adjustments were made to exclude the economic contributions of non-outdoor recreation related activities and also to reallocate part of motorized vehicle expenditures to relevant outdoor recreation categories (e.g., powerboat expenditures used for fishing).[8] These adjustments were made using OIA survey data for activity responses in the U.S. Mountain Region.

### A. Adjusting Trip Estimates to Exclude Non-Outdoor Recreation

In the OIA survey respondents were asked to identify the percentage of trips by motorized activity for 4 primary purposes (outdoor recreation, cruising, special events, or other uses). The final trip estimation was adjusted by excluding the percentage for "special events" and "other uses."

Final Trip Calculation:
$$final\ trips = (adjusted\ trips) \times (\%\ cruising\ trips + \%\ outdoor\ recreation\ trips)$$

### B. Reallocating Contributions to Non-motorized Activities

In order to attribute motorized expenditures made for the purposes of other outdoor activities (e.g., fishing, hunting, etc.) a portion of the motorized economic contributions were reallocated to 8 non-motorized activities. The "outdoor recreation" portion of each motorized activity was allocated to non-motorized activities based on an OIA survey question indicating the proportion of outdoor recreation trips for each activity.

Reallocation Calculation:
$$\%\ allocated\ to\ nonmotor\ activity\ j = (economic\ estimate\ for\ motor\ activity) \times$$
$$(\%\ outdoor\ recreation\ trips) \div (\%\ cruising\ trips) \times (\%\ outdoor\ trips\ for\ activity\ j)$$


## IV. Selected Activity Details

Spending for each activity in the "selected" group was estimated in a unique way due to the particular nature of the data that were used.  Each of the following 6 sub-sections includes the estimation details for the corresponding activity.

---

[8] For equipment expenditures, a primary purpose adjustment was included when constructing spending profiles. For this reason, no additional adjustments were made to equipment spending in order to exclude contributions of non-outdoor recreation related activities.

BLM_0064781

## A. Fishing

In 2012 there were 739,885 resident anglers who purchases fishing licenses in Colorado (CPW, 2013b). The ratio of resident to nonresident anglers in Colorado, taken from the 2011 USFWS National survey, was used to produce the estimate of 218,286 nonresident anglers. The per participant spending profile (excluding motorized items) from the National Survey was applied to estimate total fishing spending at the state level.

## B. Hunting

Hunting spending profiles were constructed using the USFWS 2011 National Survey. Hunter days by county (Table G2) were combined to estimate total hunter days in Colorado (CPW, 2013a).  For each hunting type (big game, small game, and waterfowl) hunter day estimates were applied to the respective spending profiles to estimate total spending for hunting in Colorado.[9] Trip spending by county was allocated using CPW participation estimates, and equipment spending by county was allocated using county trade sales data (CDOR, 2012; Appendix H).

## C. Wildlife Watching

Spending for wildlife watching was estimated by using the non-motorized per participant spending profile taken from the 2011 USFWS National Survey. The 2013 SCORP numbers were used to characterize participation at the state level (Table G1).

## D. Golfing

Spending for golfing was characterized by updating an estimate of total spending at golf courses in Colorado in 2002 (Davies et al., 2004). The 2002 estimate was adjusted to 2011 dollars using consumer price indices (USDOL, 2013). An adjustment for change in participation was applied based on rounds played data produced annually from 2004 to 2011 (National Golf Foundation).

## E. Horseback Riding

The horseback riding spending profile was based on a 2009 study that included trip spending estimates by day (Venegas et al., 2009) and annual equipment spending estimates by person (Martinson et al., 2009) for horseback riders in Minnesota. These profiles were adjusted to 2011 dollars using consumer price indices (USDOL, 2013). Participation was characterized using the 2013 SCORP survey (Table G1).

## F. Target Shooting

A recent survey by the National Shooting Sports Foundation was used to estimate spending profiles for target shooters in Colorado (NSSF, 2012). Spending and participation data for Colorado residents were used to construct the target shooter spending profile. This profile was applied to the 2013 SCORP participation numbers to estimate total spending.

---

[9] The "migratory bird" spending profile from the 2011 USFWS National Survey was used to estimate waterfowl expenditures.

BLM_0064782

# Appendix D Overall Activities Data Summary

**Table D1.** SCORP Outdoor Recreation Activities and Combined Activity Groups

| SCORP Survey Activity | Activity Group for Economic Estimates |
|---|---|
| **Trail** | |
| Walking | Trail (apparel only) |
| Jogging/Running (outdoors) | Trail (apparel only) |
| Hiking/Backpacking | Trail |
| Horseback riding | Horseback Riding |
| Road biking | Biking |
| Mountain biking | Biking |
| Off-road motorcycling | Off-road (motorcycle) |
| ATV riding or 4-wheel driving | Off-road (other) |
| **Water-based** | |
| Swimming (outdoors) | Trail (apparel only) |
| Fishing | Fishing |
| Power boating | Boating |
| Water skiing | Boating |
| Jet skiing | Boating |
| Sailing | Water Sports |
| Canoeing | Water Sports |
| Kayaking | Water Sports |
| Whitewater rafting | Water Sports |
| Stand up paddleboarding | Water Sports |
| **Winter** | |
| Skiing or snowboarding at a ski area | Snow Sports |
| Backcountry skiing | Snow Sports |
| Sledding/tubing | Snow Sports (apparel only) |
| Ice skating (outdoors) | Snow Sports (apparel only) |
| Snowmobiling | Snowmobiling |
| Snowshoeing or cross country skiing | Snow Sports |
| Ice fishing | Fishing |
| **Wildlife-based** | |
| Big game hunting | Hunting |
| Upland bird and small game hunting | Hunting |
| Waterfowl hunting | Hunting |
| Wildlife Watching (including birding) | Wildlife Watching |
| **Other Outdoor** | |
| Developed/RV camping | RV Camping |
| Tent camping | Tent Camping |
| Picnicking | Trail (apparel only) |
| Target or skeet shooting | Target Shooting |
| Rock climbing | Trail |
| Team or individual sports (outdoors) | Trail (apparel only) |
| Playground activities | Trail (apparel only) |
| Golf | Golfing |
| Geocaching | Trail (apparel only) |

*Note: For "apparel only" categories, only apparel expenditures were included in the economic estimates.*

BLM_0064783

**Table D2.** Data Sources Used to Estimate Participation and Spending Profiles

| Activity Group | Spending Profile Data Sources | Participation Data Sources |
|---|---|---|
| **Motorized Activities** | | |
| Boating | OIA (2011) | SCORP (2013), OIA (2012) |
| Off-road (motorcycle) | OIA (2011) | SCORP (2013), OIA (2012) |
| Off-road (other) | OIA (2011) | SCORP (2013), OIA (2012) |
| RV Camping | OIA (2011) | SCORP (2013), OIA (2012) |
| Snowmobiling | OIA (2011) | SCORP (2013), OIA (2012) |
| | | |
| **Non-Motorized Activities** | | |
| Biking | OIA (2011) | SCORP (2013), OIA (2012) |
| Snow Sports | OIA (2011) | SCORP (2013), OIA (2012) |
| Snow Sports (apparel only) | OIA (2011) | SCORP (2013), OIA (2012) |
| Tent Camping | OIA (2011) | SCORP (2013), OIA (2012) |
| Trail | OIA (2011) | SCORP (2013), OIA (2012) |
| Trail (apparel only) | OIA (2011) | SCORP (2013), OIA (2012) |
| Water Sports | OIA (2011) | SCORP (2013), OIA (2012) |
| | | |
| **Selected Activities** | | |
| Fishing | USFWS (2011) | CPW (2013b), SCORP (2013), USFWS (2011) |
| Hunting | USFWS (2011) | CPW (2013a) |
| Wildlife Watching | USFWS (2011) | SCORP (2013), USFWS (2011) |
| Golfing | Davies (2004) | SCORP (2013), Davies (2004), NGF (2004-2011) |
| Horseback Riding | Venegas (2009), Martinson (2009) | SCORP (2013) |
| Target Shooting | NSSF (2012) | SCORP (2013) |

20

# Appendix E Non-Motorized Activities Data Summary

**Table E1.** SCORP Survey Annual Non-Motorized Participation

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Numbers of Participants (thousands)** | | | | | | | | |
| Biking | 400 | 658 | 482 | 53 | 98 | 245 | 127 | **1,386** |
| Tent Camping | 593 | 582 | 123 | 16 | 59 | 411 | 231 | **1,357** |
| Snow Sports | 1,133 | 493 | 75 | 5 | 8 | 232 | 165 | **1,533** |
| Trail Sports | 1,073 | 1,077 | 360 | 48 | 85 | 645 | 355 | **2,066** |
| Water Sports | 214 | 208 | 74 | 1 | 53 | 155 | 146 | **625** |
| Trail (apparel only) | 1,095 | 1,424 | 1,129 | 271 | 251 | 721 | 388 | **3,043** |
| Snow (apparel only) | 256 | 278 | 174 | 12 | 13 | 70 | 46 | **709** |
| **Average Days per Participant** | | | | | | | | |
| Biking | 17.1 | 27.2 | 27.2 | 18.1 | 21.8 | 20.1 | 18.4 | **34.8** |
| Tent Camping | 7.3 | 7.1 | 5.5 | 6.4 | 6.0 | 7.4 | 6.8 | **10.4** |
| Snow Sports | 13.2 | 9.1 | 6.0 | 1.6 | 6.1 | 9.3 | 11.4 | **15.6** |
| Trail Sports | 12.1 | 16.4 | 15.9 | 7.6 | 11.4 | 15.3 | 10.8 | **24.9** |
| Water Sports | 9.7 | 8.9 | 7.7 | 5.1 | 12.0 | 14.4 | 7.1 | **13.5** |
| **Number of Respondents** | | | | | | | | |
| Biking | 117 | 87 | 72 | 17 | 27 | 60 | 75 | **316** |
| Tent Camping | 128 | 64 | 20 | 11 | 22 | 93 | 102 | **329** |
| Snow Sports | 234 | 69 | 10 | 4 | 8 | 61 | 109 | **399** |
| Trail Sports | 249 | 150 | 60 | 18 | 33 | 160 | 180 | **531** |
| Water Sports | 67 | 29 | 13 | 3 | 14 | 34 | 56 | **177** |
| Trail (apparel only) | 310 | 219 | 193 | 105 | 104 | 213 | 242 | **875** |
| Snow (apparel only) | 58 | 27 | 21 | 6 | 5 | 16 | 44 | **159** |

**Table E2.** Regional Spending Allocation for Non-Motorized Activities

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Equipment Spending** | | | | | | | | |
| All Activities | 8.8% | 38.7% | 29.7% | 1.7% | 4.0% | 13.5% | 3.6% | **100.0%** |
| **Trip Spending** | | | | | | | | |
| Biking | 14.2% | 37.1% | 27.2% | 2.0% | 4.4% | 10.2% | 4.8% | **100.0%** |
| Tent Camping | 30.4% | 29.0% | 4.8% | 0.7% | 2.5% | 21.4% | 11.1% | **100.0%** |
| Snow Sports | 62.2% | 18.8% | 1.9% | 0.0% | 0.2% | 9.0% | 7.9% | **100.0%** |
| Trail Sports | 25.3% | 34.3% | 11.2% | 0.7% | 1.9% | 19.2% | 7.5% | **100.0%** |
| Water Sports | 24.7% | 22.0% | 6.8% | 0.1% | 7.6% | 26.6% | 12.2% | **100.0%** |

BLM_0064785

## Appendix F Motorized Activities Data Summary

**Table F1.** SCORP Survey Annual Motorized Participation

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Numbers of Participants** | | | | | | | | |
| Boating | 172,199 | 235,905 | 92,424 | 31,770 | 58,216 | 62,827 | 31,206 | **556,489** |
| Off-road (motorcycle) | 108,927 | 23,828 | 12,286 | 17,713 | 14,755 | 41,996 | 18,615 | **213,490** |
| Off-road (other) | 277,655 | 158,497 | 24,082 | 52,996 | 87,963 | 225,052 | 167,565 | **646,152** |
| RV Camping | 271,326 | 184,777 | 66,372 | 54,738 | 56,780 | 140,125 | 113,905 | **562,840** |
| Snowmobiling | 125,882 | 4,928 | 4,721 | 482 | 1,753 | 39,871 | 48,150 | **191,592** |
| **Average Days per Participant** | | | | | | | | |
| Boating | 8.3 | 11.8 | 18.8 | 20.1 | 39.1 | 30.8 | 14.2 | **20.2** |
| Off-road (motorcycle) | 7.5 | 4.2 | 14.7 | 6.0 | 8.7 | 20.9 | 11.1 | **11.3** |
| Off-road (other) | 12.1 | 14.2 | 15.9 | 14.5 | 16.8 | 13.4 | 11.5 | **20.4** |
| RV Camping | 6.3 | 7.9 | 4.9 | 4.6 | 5.9 | 10.7 | 7.8 | **11.5** |
| Snowmobiling | 6.1 | 27.4 | 10.0 | 20.0 | 5.3 | 12.3 | 10.4 | **10.2** |
| **Number of Respondents** | | | | | | | | |
| Boating | 43 | 27 | 17 | 15 | 16 | 13 | 31 | **141** |
| Off-road (motorcycle) | 22 | 6 | 3 | 4 | 6 | 17 | 19 | **61** |
| Off-road (other) | 92 | 32 | 6 | 13 | 22 | 66 | 101 | **240** |
| RV Camping | 84 | 37 | 17 | 10 | 25 | 59 | 73 | **212** |
| Snowmobiling | 33 | 2 | 2 | 1 | 2 | 5 | 26 | **66** |

**Table F2.** Regional Spending Allocation for Motorized Activities

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Equipment Spending** | | | | | | | | |
| All Activities | 8.8% | 38.7% | 29.7% | 1.7% | 4.0% | 13.5% | 3.6% | **100.0%** |
| **Trip Spending** | | | | | | | | |
| Boating | 12.7% | 24.8% | 15.5% | 5.7% | 20.2% | 17.2% | 3.9% | **100.0%** |
| Off-road (motorcycle) | 33.9% | 4.2% | 7.4% | 4.4% | 5.3% | 36.3% | 8.5% | **100.0%** |
| Off-road (other) | 25.6% | 17.0% | 2.9% | 5.8% | 11.2% | 22.8% | 14.6% | **100.0%** |
| RV Camping | 26.4% | 22.6% | 5.1% | 3.9% | 5.2% | 23.1% | 13.7% | **100.0%** |
| Snowmobiling | 39.0% | 6.9% | 2.4% | 0.5% | 0.5% | 25.1% | 25.6% | **100.0%** |

BLM_0064786

# Appendix G Selected Activities Data Summary

**Table G1.** Participation for Selected Activities (SCORP, 2013)

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Numbers of Participants** | | | | | | | | |
| Fishing | 406,418 | 634,220 | 182,522 | 67,415 | 142,606 | 428,749 | 240,813 | **1,399,845** |
| Golfing | 171,190 | 259,190 | 251,529 | 23,900 | 36,718 | 161,947 | 42,547 | **713,581** |
| Horseback Riding | 105,052 | 129,865 | 53,406 | 25,340 | 8,745 | 66,666 | 20,585 | **282,247** |
| Hunting | 252,899 | 166,360 | 13,660 | 148,581 | 73,799 | 135,314 | 103,885 | **593,619** |
| Shooting | 89,653 | 259,045 | 35,765 | 31,943 | 40,822 | 119,859 | 52,738 | **520,724** |
| Wildlife Watching | 218,917 | 304,051 | 89,706 | 43,355 | 56,542 | 192,707 | 143,801 | **733,220** |
| **Average Days per Participant** | | | | | | | | |
| Fishing | 12.6 | 12.6 | 18.2 | 6.9 | 16.8 | 15.9 | 11.7 | **20.7** |
| Golfing | 8.2 | 13.6 | 9.5 | 16.6 | 9.2 | 15.7 | 13.4 | **15.7** |
| Horseback Riding | 7.7 | 6.6 | 8.1 | 8.2 | 10.2 | 3.9 | 11.0 | **10.2** |
| Hunting | 10.1 | 10.4 | 28.1 | 6.9 | 20.6 | 13.3 | 14.1 | **17.6** |
| Shooting | 11.3 | 9.3 | 3.6 | 8.6 | 17.1 | 12.9 | 5.5 | **12.2** |
| Wildlife Watching | 9.8 | 12.7 | 10.2 | 16.3 | 20.2 | 17.3 | 16.2 | **19.7** |
| **Number of Respondents** | | | | | | | | |
| Fishing | 151 | 111 | 37 | 37 | 57 | 129 | 138 | **482** |
| Golfing | 63 | 39 | 51 | 21 | 20 | 47 | 39 | **222** |
| Horseback Riding | 25 | 14 | 4 | 13 | 7 | 12 | 26 | **85** |
| Hunting | 86 | 32 | 6 | 59 | 27 | 48 | 80 | **255** |
| Shooting | 34 | 31 | 11 | 28 | 18 | 35 | 32 | **167** |
| Wildlife Watching | 87 | 56 | 19 | 35 | 21 | 62 | 96 | **272** |

*Note: Not all of the above numbers were included in specifying participation for this analysis (see Appendix D, Section IV for details).*

23

BLM_0064787

**Table G2.** Hunting Participation by County in Hunter Days (CPW, 2013a)

| County | Big Game | Small Game | Waterfowl |
|---|---|---|---|
| **Northwest Region** | | | |
| Eagle | 64,716 | 7,164 | 1,486 |
| Garfield | 91,843 | 9,828 | 1,978 |
| Grand | 87,672 | 4,445 | 1,952 |
| Jackson | 50,316 | 3,054 | 905 |
| Mesa | 73,920 | 40,582 | 6,062 |
| Moffat | 75,224 | 23,974 | 1,659 |
| Pitkin | 27,286 | 1,342 | 47 |
| Rio Blanco | 87,070 | 2,685 | 740 |
| Routt | 92,686 | 7,659 | 508 |
| Summit | 20,967 | 4,165 | 142 |
| **North Central Region** | | | |
| Adams | 3,645 | 3,300 | 6,570 |
| Arapahoe | 4,768 | 4,141 | 675 |
| Boulder | 9,597 | 8,711 | 5,448 |
| Clear Creek | 7,552 | 4,420 | 0 |
| Gilpin | 4,763 | 1,132 | 0 |
| Larimer | 49,027 | 13,145 | 13,886 |
| Weld | 8,433 | 29,876 | 44,028 |
| **Metro Region** | | | |
| Broomfield | 485 | 0 | 0 |
| Denver | 1,890 | 43 | 132 |
| Douglas | 9,484 | 1,190 | 644 |
| Jefferson | 24,871 | 2,938 | 113 |
| **Northeast Region** | | | |
| Cheyenne | 4,577 | 649 | 0 |
| Elbert | 7,876 | 2,141 | 126 |
| Kit Carson | 5,080 | 9,509 | 180 |
| Lincoln | 8,134 | 3,856 | 105 |
| Logan | 4,313 | 20,011 | 8,138 |
| Morgan | 5,160 | 17,345 | 17,266 |
| Phillips | 581 | 8,739 | 97 |
| Sedgwick | 2,260 | 14,902 | 2,816 |
| Washington | 3,916 | 10,249 | 347 |
| Yuma | 3,761 | 26,811 | 1,360 |

BLM_0064788

**Table G2 (Continued).** Hunting Participation by County in Hunter Days (CPW, 2013a)

| County | Big Game | Small Game | Waterfowl |
|---|---|---|---|
| **Southeast Region** | | | |
| Baca | 5,411 | 4,036 | 125 |
| Bent | 4,493 | 7,211 | 2,786 |
| Crowley | 2,606 | 646 | 710 |
| Huerfano | 15,833 | 574 | 150 |
| Kiowa | 5,154 | 1,034 | 558 |
| Las Animas | 22,841 | 2,019 | 1,710 |
| Otero | 3,619 | 6,469 | 2,766 |
| Prowers | 2,833 | 4,735 | 1,300 |
| Pueblo | 10,341 | 9,674 | 4,564 |
| **South Central Region** | | | |
| Alamosa | 6,982 | 2,887 | 1,422 |
| Chaffee | 22,696 | 4,533 | 889 |
| Conejos | 20,704 | 2,860 | 131 |
| Costilla | 7,571 | 65 | 237 |
| Custer | 12,729 | 1,821 | 173 |
| El Paso | 17,677 | 4,313 | 548 |
| Fremont | 20,682 | 3,359 | 265 |
| Lake | 5,584 | 5,963 | 14 |
| Mineral | 10,515 | 374 | 38 |
| Park | 34,735 | 5,648 | 1,122 |
| Rio Grande | 14,265 | 5,340 | 1,348 |
| Saguache | 46,775 | 3,713 | 972 |
| Teller | 13,326 | 2,690 | 279 |
| **Southwest Region** | | | |
| Archuleta | 30,091 | 6,864 | 62 |
| Delta | 33,894 | 5,314 | 2,509 |
| Dolores | 25,501 | 1,598 | 0 |
| Gunnison | 83,731 | 4,723 | 603 |
| Hinsdale | 16,192 | 122 | 0 |
| La Plata | 37,096 | 5,278 | 446 |
| Montezuma | 22,293 | 2,710 | 119 |
| Montrose | 45,767 | 7,486 | 2,412 |
| Ouray | 14,891 | 258 | 20 |
| San Juan | 9,148 | 926 | 0 |
| San Miguel | 22,969 | 2,142 | 43 |

BLM_0064789

**Table G3.** Regional Spending Allocation for Selected Activities

| | Northwest | North Central | Metro | Northeast | Southeast | South Central | Southwest | State |
|---|---|---|---|---|---|---|---|---|
| **Equipment Spending** | | | | | | | | |
| All Activities | 8.8% | 38.7% | 29.7% | 1.7% | 4.0% | 13.5% | 3.6% | **100.0%** |
| **Trip Spending** | | | | | | | | |
| Fishing | 17.7% | 27.6% | 11.5% | 1.6% | 8.3% | 23.5% | 9.8% | **100.0%** |
| Golfing | 12.6% | 31.6% | 21.4% | 3.6% | 3.0% | 22.7% | 5.1% | **100.0%** |
| Horseback Riding | 28.0% | 29.6% | 15.1% | 7.3% | 3.1% | 9.0% | 7.8% | **100.0%** |
| Shooting | 16.0% | 37.9% | 2.0% | 4.3% | 10.9% | 24.3% | 4.6% | **100.0%** |
| Wildlife Watching | 14.8% | 26.8% | 6.3% | 4.9% | 7.9% | 23.1% | 16.2% | **100.0%** |
| **Trip Spending for Hunting** | | | | | | | | |
| Big Game | 45.1% | 5.9% | 2.5% | 3.1% | 4.9% | 15.7% | 22.9% | **100.0%** |
| Small Game | 25.9% | 16.0% | 1.0% | 28.2% | 9.0% | 10.7% | 9.2% | **100.0%** |
| Waterfowl | 10.6% | 48.4% | 0.6% | 20.9% | 10.1% | 5.1% | 4.3% | **100.0%** |

BLM_0064790



# TARGET SHOOTING IN AMERICA

## MILLIONS OF SHOOTERS, BILLIONS OF DOLLARS

BLM_0064791

# Target Shooting in America

**Millions of shooters, billions of dollars – target shooting in the United States is more than just a longtime tradition, it's an industry that powers an economic engine!**

## How Many Recreational Shooters Are There?

Several sources provide data pertaining to the number of Americans who enjoy recreational shooting. Estimates range from 20 million to more than 40 million annual participants. The reasons for the differences are varied, including different research methodologies, age criteria, how people define target shooting or identify themselves as shooters and more. The target shooting community is very welcoming and more and more established target shooters are inviting inexperienced friends, family, co-workers and acquaintances to the range. These newcomers are counted as participants but, for the purposes of this report, they are not counted as providing a substantial economic impact as most of the expenses are allocated to their hosts. Similarly, youth target shooters are counted as participants however the economic impact for them is included with related adults or clubs such as Boy Scouts and 4-H. This study is partially based on data regarding the average expenditures by recreational shooters who reported shooting-related purchases in 2011. Participants who did not spend anything on recreational shooting were largely not included in the data sources. Therefore, to prevent overestimating the economic impact of the industry, this report is based on the lower estimate of 20 million recreational shooters.

Whether it's religiously practiced at a range or shooting club each week or participated as an occasional weekend activity in the countryside with friends, millions of Americans go target shooting each year. In fact, more Americans target shoot each year than the number of people who live in the entire state of Florida or New York. Target shooters may be having fun afield with each shot at a clay pigeon or paper target, but with each outing, they are also part of an economic force at work. In fact, their activities generate $9.9 billion in spending each year through the purchase of shooting-specific products and services and create hundreds of thousands of jobs directly associated with the sale and manufacture of those goods and the provision of those services. As such, target shooting provides fun and enjoyment for millions of Americans, but ultimately benefits millions more through its positive economic impact.

**"Past research indicates nearly half of active target shooters introduce a newcomer to the range or field each year."**

**– Southwick Associates HunterSurvey, June 2011**

**Percent of Participants By Type of Shooting\***



| | Rifle | Handgun | Shotgun | Muzzleloader |
|---|---|---|---|---|
| | 65.0% | 64.7% | 48.1% | 18.5% |

*\*People may participate in multiple activities. Totals will exceed 100%.*

BLM_0064792

## TYPE OF SHOOTING ACTIVITIES

### Types of Handgun Activities Enjoyed in the U.S.*



*People may participate in multiple activities. Totals will exceed 100%.

### Types of Rifle Activities Enjoyed in the U.S.*





*People may participate in multiple activities. Totals will exceed 100%.

### Types of Shotgun Activities Enjoyed in the U.S.*



*People may participate in multiple activities. Totals will exceed 100%.

**3 • TARGET SHOOTING IN AMERICA**

BLM_0064793

# TYPE OF SHOOTING PARTICIPATION

## Participation/Days

Target shooting comes in many forms. Participants shoot to test their skills and prepare for competition, hone their defensive abilities, test their marksmanship with new loads and optics or to simply have fun!

Just like owning multiple tools to perform different jobs, many target shooters own more than one firearm, each with a particular use or purpose. With 65 percent of all target shooters, rifles are the most often used firearm. Handguns follow closely behind. Shotguns are used by 48 percent of all participants with muzzleloaders used by 18 percent of the shooting public. Although more target shooters use rifles, handgun users actually spend more days shooting, in part due to greater availability of indoor ranges in urban areas where more people live.

Participation in target shooting by state roughly parallels each state's population. Even in largely urban areas, people are keen to try their hand with firearms.

Despite restrictions that can make target shooting activities difficult to enjoy, target shooting remains extremely popular and continues to grow everywhere.



## Estimated Number of Target Shooters*

| State | Participants | Total Days |
|---|---|---|
| Alabama | 462,839 | 8,828,658 |
| Arizona | 430,391 | 15,689,374 |
| Arkansas | 362,152 | 8,726,221 |
| California | 1,707,179 | 38,760,100 |
| Colorado | 364,699 | 7,261,855 |
| Connecticut | 125,551 | 3,695,777 |
| Delaware | 78,575 | 2,389,884 |
| Florida | 845,787 | 19,297,944 |
| Georgia | 661,199 | 12,862,990 |
| Idaho | 204,798 | 2,272,980 |
| Illinois | 640,699 | 14,720,700 |
| Indiana | 587,616 | 12,635,950 |
| Iowa | 155,312 | 2,849,192 |
| Kansas | 230,135 | 4,188,139 |
| Kentucky | 400,228 | 8,395,576 |
| Louisiana | 290,659 | 4,921,925 |
| Maine | 125,176 | 1,930,574 |
| Maryland | 207,761 | 4,623,489 |
| Massachusetts | 182,504 | 5,135,088 |
| Michigan | 817,870 | 20,932,473 |
| Minnesota | 550,245 | 4,825,928 |
| Mississippi | 312,559 | 8,938,770 |
| Missouri | 514,813 | 9,843,342 |
| Montana | 167,072 | 2,767,996 |
| Nebraska | 158,016 | 5,927,472 |
| Nevada | 194,259 | 5,165,243 |
| New Hampshire | 65,700 | 2,010,974 |
| New Jersey | 400,709 | 8,932,668 |
| New Mexico | 236,153 | 4,140,012 |
| New York | 964,305 | 32,536,820 |
| North Carolina | 576,967 | 16,585,868 |
| North Dakota | 48,596 | 775,318 |
| Ohio | 674,960 | 12,112,908 |
| Oklahoma | 342,110 | 7,087,431 |
| Oregon | 426,307 | 14,841,501 |
| Pennsylvania | 985,513 | 18,326,058 |
| Rhode Island | 93,256 | 338,527 |
| South Carolina | 364,533 | 6,453,606 |
| South Dakota | 123,877 | 3,374,586 |
| Tennessee | 657,412 | 16,219,838 |
| Texas | 1,654,180 | 31,107,172 |
| Utah | 293,633 | 4,469,113 |
| Vermont | 76,931 | 1,232,729 |
| Virginia | 363,832 | 8,365,327 |
| Washington | 370,393 | 7,572,593 |
| West Virginia | 161,980 | 3,115,388 |
| Wisconsin | 404,581 | 8,004,829 |
| Wyoming | 112,093 | 1,160,803 |
| **United States** | **20,176,114** | **446,351,708** |

* includes target shooters who purchased goods and services specifically for target shooting. Does not include airgun shooters or days. Source: National Sporting Goods Association

BLM_0064794

# TARGET SHOOTING SPENDING

In California, the state with the greatest number of target shooting enthusiasts, participation exceeded attendance at all 2011 Oakland A's baseball games!

The average target shooter spent 22 days in the field or at the range in 2011. Nebraska target shooters spent the most time punching holes in targets with 38 days of participation each. Arizona and Oregon showed the second and third highest annual days of activity with 36 and 35 days per shooter, respectively.

## Spending

The nation's target shooters spend an astounding $9.9 billion annually on their sport, more than the National Football League's annual revenue.[1] That is a per-shooter expenditure of approximately $493 annually.

1 http://www.plunkettresearch.com/sports-recreation-leisure-market-research/industry-statistics

### Total Annual Spending for Target Shooting, 2011*

| | | Average Per Shooter, Annually: |
|---|---|---|
| Number of Target Shooters (based 2007–2011 average) | 20,176,114 | |
| Days of Target Shooting | 446,351,708 | |
| Days per shooter | 22 | |
| | | |
| Trip-related spending | $1,749,952,539 | $87 |
| Fuel | $969,917,994 | $48 |
| Food | $474,996,774 | $24 |
| Lodging | $305,037,771 | $15 |
| | | |
| Equipment spending | $8,197,994,342 | $406 |
| Firearms | $3,915,433,320 | $194 |
| Ammunition | $1,168,775,747 | $58 |
| Range fees | $701,853,152 | $35 |
| Handloading | $556,497,838 | $28 |
| Optics | $530,037,034 | $26 |
| Shooting Accessories | $410,383,195 | $20 |
| Blackpowder | $267,397,151 | $13 |
| Equipment rental | $166,924,435 | $8 |
| Instructor Fees | $132,641,666 | $7 |
| Dues & contributions | $130,462,803 | $6 |
| Books & Magazines | $112,423,000 | $6 |
| CCW Classes and Training | $105,165,000 | $5 |
| | | |
| Total spending | $9,947,946,881 | $493 |

\* excludes airguns

## Target Shooting Equipment Sales = $8.2 billion



- Range fees, 9%
- Handloading, 7%
- Optics, 6%
- Shooting Accessories, 5%
- Ammunition, 14%
- Blackpowder, 3%
- Firearms, 48%
- Equipment rental, 2%
- Instructor fees, 2%
- Dues & contributions, 2%
- Books & Mags, 1%
- CCW classes, 1%



*Photo courtesy of Black Wolf Hunting Club

**5 • TARGET SHOOTING IN AMERICA**

BLM_0064795



Spending on target shooting can be categorized into two types—equipment and trip-related expenditure. Most of the dollars are spent on equipment, accounting for 82 percent of all target shooting-related spending.

Firearms are the largest expense category under equipment, while fuel represents the largest expense within the trip-related category. On average, each target shooter spent $406 on equipment and $87 on trip related expenditures each year. Why such a large difference between the two? Target shooters spend less on travel and more on equipment due to the relative close proximity of most shooting ranges. Proximity to shooting is important to maintain shooting's economic impact. Research by the National Shooting Sports Foundation® (NSSF) shows that when ranges are more than 30 minutes away, shooting participation decreases significantly.

California's shooters spend more than any other states, shelling out $843 million for their shooting activities in 2011. The next four largest states ranked by shooters' spending were Texas, Pennsylvania, New York and Florida. Tables presenting participation and spending details per state begin on page 10.

### Spending by Type of Shooting Activities

Spending wise, those who do most of their shooting with rifles generated the most spending at $3.6 billion. This is greater than the annual revenue of $3 billion generated by NASCAR[2]! Handgun shooters spent $3.5 billion.

2  http://www.statisticbrain.com/nascar-racing-statistics/

Shotgun and muzzleloader shooters spent $2.1 billion and $687 million, respectively.

While shooters overall spend more on equipment than they do for travel, when broken down by shooting type, costs for travel such as food, fuel, ammunition and lodging can rival and even exceed expenditures on firearms alone. Handgun target shooters in the U.S. spent $1.0 billion on travel and $1.4 billion on firearms, while muzzleloader shooters spent $240.8 million on travel, but only $70 million on firearms. These travel expenditures ultimately benefit local businesses such as restaurants, gas stations, small retailers and more, thus distributing shooters' dollars to sectors not normally regarded as part of the target shooting industry.

## Where To Shoot

Visit WhereToShoot.org to search for a range near you or download the free app by scanning the QR code.



### Top 5 States Ranked by Spending

| State | Total Spending |
|-------|----------------|
| CA | $843,916,308 |
| TX | $812,754,286 |
| PA | $483,745,634 |
| NY | $480,005,211 |
| FL | $416,433,817 |

### Economic Contributions from All Target Shooting Activities in 2011

| Shooting Type | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State/Local Taxes | Federal Taxes |
|---------------|--------------|-------------------------|------|------------------|-------------------|-------------------|---------------|
| Handgun Shooting | $3,509,894,551 | $8,161,114,146 | 65,324 | $2,678,821,225 | $4,812,000,959 | $583,005,860 | $639,343,079 |
| Rifle Shooting | $3,647,997,086 | $8,439,328,865 | 67,946 | $2,777,925,037 | $4,995,381,558 | $606,861,883 | $663,787,485 |
| Shotgun Shooting | $2,102,706,036 | $4,920,550,405 | 39,174 | $1,610,868,902 | $2,888,685,354 | $348,897,544 | $383,845,771 |
| Muzzleloader Shooting | $687,349,194 | $1,727,287,802 | 12,957 | $548,338,038 | $954,362,767 | $110,933,044 | $127,668,035 |
| All Shooting | $9,947,946,868 | $23,248,281,218 | 185,402 | $7,615,953,201 | $13,650,430,639 | $1,649,698,331 | $1,814,644,370 |

BLM_0064796

## ECONOMIC IMPACTS

### Economic Impacts and Benefits of Target Shooting

When target shooters spend money on fuel, firearms, optics and other items, jobs are created. In 2011, target shooting supported 185,402 jobs across the United States – that's more all employees of Best Buy[3]! As target shooters' dollars exchanged hands, $23 billion in economic activity was created, producing $3.5 billion in sorely needed state and federal tax revenues. During the recessionary years of 2008-2011, target shooters added over $13 billion to the nation's Gross Domestic Product each year, thus helping to strengthen an otherwise soft economy.

Of all states, Texas receives the greatest economic boost from target shooters. Their dollars support over 12,000 jobs statewide (more than the number of Google employees at the company's headquarters in Mountain View California[4]), add almost $1 billion to the state's GDP, and generate nearly $1.5 billion in total economic activity of which $102 million goes back to the state in tax revenues.

### How Hunters and Shooters Compare

Target shooting and hunting both enjoy high rates of participation. However, there are differences in the spending between these activities. Overall, the nation's 13.7 million

3  http://money.cnn.com/magazines/fortune/
fortune500/2012/performers/companies/biggest/

4  http://money.cnn.com/magazines/fortune/
best-companies/2012/states/CA.html

hunters spend more than target shooters. In fact, they spent $38.3 billion in 2011 compared to $9.9 billion for target shooting. Most of the differences, however, lie in travel and accessories dollars. Given the greater distances traveled to find places to hunt, hunters spent more than $3.9 billion more on fuel, $2.2 billion more on food, and twice as much on lodging in 2011 compared to target shooters. Hunters frequently buy big-ticket



## At a Glance



**20.2 M**

**20.2 million people spend annually on target shooting**

•



**$9.9 billion was spent by target shooters in 2011**

•



**185,402 jobs created by target shooting**

•



**$3.4**

**$3.4 billion was generated in taxes**

**7 • TARGET SHOOTING IN AMERICA**

BLM_0064797

## HUNTING AND TARGET SHOOTING SPENDING

items rarely purchased by target shooters, such as the $6 billion spent annually for campers, pick-ups, and other vehicles. Other high expenditure categories unique to hunters include land purchased primarily for hunting ($6.0 billion), land leased ($1.4 billion), off-road vehicles ($2.0 billion), hunting dogs ($1.0 billion), and more.

When examining common expenditures made by both hunters and target shooters, such as fuel, lodging, firearms, optics, and ammunition, hunters spent $16.8 billion in 2011 compared to $9.9 billion spent by target shooters. Of the money spent by hunters, half was trip-related, while just 18 percent of target shooters' spending was for travel. When just the trip-related expenses are summed for both groups, hunters account for 83 percent of total trip-related spending while target shooters account for 17 percent.

When it comes to equipment used by both hunters and target shooters, the spending is almost equal ($8.2 billion of spending by shooters versus $8.4 billion spending by hunters). These items include firearms, ammunition,

shooting accessories, range or land access fees, guides, concealed-carry classes, magazines and more. Keep in mind, many target shooters are hunters and vice versa (though there are more target shooters in the United States), so it can be hard to distinguish some expenses that can be used for both activities. An example is where certain firearms are concerned; the same rifle used for hunting may be used for target shooting. The product primarily driving the spending difference between the two groups are firearms selling about $1 billion more annually for target shooting purposes compared to hunting.

### Target Shooting + Hunting: Together, A Huge Economic Engine!

Target shooting and hunting are each multi-billion dollar industries. But when the two are combined, the economic impact they have on the overall United States economy cannot be ignored. In fact, the American economy in part depends on these industries. Whether you look at the number of participants, the dollars spent, the income generated or number of jobs supported, the

numbers are immense compared to many other sports and activities.

Collectively, these two industries generate $110 billion in economic output and support 866,339 jobs. That's more jobs than the combined employees of IBM and McDonald's![5] To put that in even clearer perspective, this equals nearly half of the two million jobs that were created nationally during the economic recovery in 2011.[6]

Any shock to the hunting and target shooting industries poses great dangers to the nation's ongoing economic recovery. In addition, hunting and target shooting provide for the greater common good, contributing nearly $16 billion to state, local and federal tax coffers annually. There is little denying, while many Americans depend on hunting and target shooting for its recreational benefits, America as a nation clearly depends on these cultural pastimes for much, much more.

5  2011 Fortune 500, Forbes Magazine.

6  http://data.bls.gov/pdq/SurveyOutputServlet

### Economic Contributions from All Target Shooting and Hunting Activities in 2011

| Shooting Type | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | State & Local Taxes | Federal Taxes |
|---|---|---|---|---|---|---|
| All Target Shooting | $9,947,946,868 | $23,248,281,218 | 185,402 | $7,615,953,201 | $1,649,698,331 | $1,814,644,370 |
| All Hunting | $38,302,225,753 | $86,940,074,957 | 680,937 | $26,424,987,133 | $5,354,133,154 | $6,397,701,088 |
| Total | $48,250,172,621 | $110,188,356,175 | 866,339 | $34,040,940,334 | $7,003,831,485 | $8,212,345,458 |

BLM_0064798

## HUNTING AND TARGET SHOOTING ECONOMIC IMPACTS

# Estimating Annual Firearm Sales

Annual U.S. commercial retail sales of firearms in 2011 were estimated at $7.16 billion. Two approaches were used to arrive at this number. One method first calculated firearm purchases by target shooters. This was accomplished by multiplying the total number of target shooting participants (including sales for self-defense purposes), as reported by the National Sporting Goods Association (NSGA), by the average annual expenditure for firearms as reported by Southwick Associates' HunterSurvey/ShooterSurvey service. Estimates were produced for each type of shooting activity (rifle, handgun, shotgun and muzzleloader). Firearms sales to hunters were taken directly from the U.S. Fish and Wildlife Service's 2011 National Survey of Fishing, Hunting and Wildlife-Associated Recreation, based on data collected by the U.S. Census Bureau. Deductions were made for firearms sold for dual purposes of hunting and target shooting.

The second method entailed using firearm manufacturers' excise tax data reported by the U.S. Department of Treasury's Alcohol and Tobacco Tax and Trade Bureau. By dividing these data by their respective tax rates, and then applying standard distributor and retailer mark-ups, it was possible to estimate sales of new firearms at the retail level. Sales on used firearms were accounted for using data from Southwick Associates' HunterSurvey/ShooterSurvey market information service.

Both approaches yielded annual sales estimates of approximately $7 billion. This estimate includes retail mark-ups, and exclude export sales and purchases by law enforcement and military authorities.

### Hunting and Target Shooting Product Sales*



Hunting, 51%

Target Shooting, 49%

*Only compares product categories that are common to both hunting and shooting firearms, ammunition, shooting accessories, range or land access fees, guides, concealed-carry classes, magazines and more.

# At a Glance



**33.8 M**

**33.8 million total hunters and target shooters**



**$48.2 billion was spent by hunters and target shooters in 2011**



**866,339 jobs created by hunters and target shooters**



**$15.2**

**$15.2 billion was generated in taxes**

**9 • TARGET SHOOTING IN AMERICA**

BLM_0064799

# Number of Target Shooters and Days Shooting in 2011, by State

| State | Number of Shooters | | | | Days of Shooting | | | |
|---|---|---|---|---|---|---|---|---|
| | Handgun | Rifle | Shotgun | Muzzleloader | Handgun | Rifle | Shotgun | Muzzleloader |
| AL | 312,800 | 289,600 | 187,000 | 44,800 | 3,462,173 | 3,244,326 | 1,790,595 | 331,564 |
| AZ | 373,400 | 245,400 | 194,600 | 49,500 | 7,036,850 | 4,942,813 | 3,592,339 | 117,372 |
| AR | 228,400 | 266,800 | 164,600 | 201,000 | 2,546,562 | 2,533,415 | 1,874,743 | 1,771,501 |
| CA | 1,396,800 | 1,084,400 | 800,400 | 136,600 | 16,726,157 | 12,294,468 | 8,507,878 | 1,231,598 |
| CO | 242,000 | 245,600 | 213,000 | 31,500 | 2,446,192 | 3,064,162 | 1,694,101 | 57,400 |
| CT | 94,600 | 72,200 | 28,400 | 15,600 | 2,705,214 | 544,495 | 308,669 | 137,400 |
| DE | 60,000 | 58,750 | 46,250 | 29,000 | 1,060,324 | 666,360 | 611,600 | 51,600 |
| FL | 635,600 | 396,200 | 308,600 | 44,250 | 8,534,946 | 5,404,528 | 5,007,213 | 351,257 |
| GA | 538,000 | 418,600 | 325,400 | 105,400 | 5,098,930 | 4,197,640 | 3,019,883 | 546,537 |
| ID | 101,200 | 163,600 | 74,400 | 20,500 | 838,005 | 880,272 | 483,903 | 70,800 |
| IL | 398,600 | 424,000 | 367,400 | 128,800 | 4,533,192 | 4,927,598 | 3,684,181 | 1,575,729 |
| IN | 366,600 | 373,000 | 299,000 | 124,800 | 5,004,205 | 3,632,980 | 3,007,411 | 991,355 |
| IA | 77,400 | 99,000 | 94,400 | 28,800 | 1,020,341 | 908,772 | 726,090 | 193,989 |
| KS | 88,400 | 160,400 | 113,200 | 15,000 | 958,927 | 2,162,893 | 1,031,267 | 35,052 |
| KY | 134,200 | 307,200 | 158,000 | 97,400 | 2,760,569 | 3,481,398 | 1,539,185 | 614,424 |
| LA | 150,200 | 207,600 | 159,400 | 43,000 | 1,846,370 | 1,613,541 | 1,139,593 | 322,421 |
| ME | 89,600 | 107,800 | 36,600 | 25,200 | 473,646 | 786,798 | 532,000 | 138,130 |
| MD | 136,600 | 131,600 | 95,800 | 70,750 | 1,358,449 | 1,461,138 | 1,208,502 | 595,400 |
| MA | 128,400 | 148,000 | 61,000 | 41,750 | 2,102,233 | 1,961,148 | 823,405 | 248,302 |
| MI | 448,800 | 495,400 | 427,600 | 231,600 | 6,129,812 | 6,541,158 | 6,327,416 | 1,934,087 |
| MN | 158,800 | 225,800 | 384,200 | 62,000 | 1,130,375 | 1,579,015 | 1,745,612 | 370,925 |
| MS | 221,600 | 241,800 | 145,500 | 135,750 | 2,956,205 | 2,768,365 | 1,540,800 | 1,673,400 |
| MO | 343,600 | 357,600 | 240,400 | 92,600 | 3,490,006 | 3,335,225 | 2,457,516 | 559,594 |
| MT | 70,800 | 143,400 | 52,000 | 34,250 | 815,687 | 1,359,613 | 343,822 | 248,873 |
| NE | 107,200 | 102,400 | 105,400 | 55,750 | 2,268,943 | 1,508,468 | 1,758,701 | 391,359 |
| NV | 125,800 | 159,600 | 134,250 | 11,500 | 1,631,067 | 2,523,224 | 990,906 | 20,046 |
| NH | 48,000 | 63,000 | 41,667 | 25,000 | 728,628 | 773,871 | 413,875 | 94,600 |
| NJ | 345,600 | 213,000 | 175,400 | 57,000 | 3,767,423 | 2,436,347 | 2,161,429 | 567,469 |
| NM | 180,400 | 173,000 | 61,000 | 63,000 | 1,922,706 | 1,638,491 | 329,260 | 249,554 |
| NY | 481,200 | 585,600 | 520,600 | 300,800 | 7,414,240 | 8,193,016 | 13,406,797 | 3,522,767 |
| NC | 403,000 | 362,600 | 305,000 | 117,600 | 5,119,347 | 5,623,348 | 5,070,732 | 772,442 |
| ND | 27,000 | 39,000 | 21,000 | 28,500 | 208,279 | 128,227 | 335,564 | 103,249 |
| OH | 452,600 | 410,200 | 282,800 | 173,200 | 4,463,894 | 3,837,472 | 2,855,801 | 955,742 |
| OK | 230,400 | 211,600 | 155,600 | 158,000 | 1,977,344 | 2,429,135 | 1,586,880 | 1,094,072 |
| OR | 260,200 | 298,200 | 182,000 | 27,250 | 5,065,922 | 5,937,028 | 3,500,223 | 338,329 |
| PA | 555,200 | 687,000 | 433,200 | 171,600 | 5,684,929 | 6,778,323 | 4,528,192 | 1,334,615 |
| RI | 17,000 | 136,667 | 34,000 | 9,000 | 23,727 | 212,000 | 75,200 | 27,600 |
| SC | 232,800 | 193,000 | 154,400 | 23,000 | 2,466,213 | 1,712,482 | 2,221,510 | 53,400 |
| SD | 86,200 | 85,000 | 48,200 | 39,000 | 1,123,285 | 972,293 | 837,872 | 441,135 |
| TN | 398,200 | 425,800 | 323,200 | 173,000 | 4,286,604 | 5,705,015 | 4,807,470 | 1,420,748 |
| TX | 1,233,200 | 1,044,600 | 774,200 | 44,200 | 12,981,729 | 10,395,404 | 7,364,085 | 365,954 |
| UT | 183,400 | 198,800 | 177,800 | 40,000 | 1,512,889 | 1,290,667 | 1,451,575 | 213,983 |
| VT | 32,500 | 83,500 | 59,000 | 77,000 | 240,800 | 335,800 | 266,800 | 389,329 |
| VA | 215,200 | 250,000 | 191,000 | 141,600 | 2,439,212 | 2,694,744 | 1,929,316 | 1,302,055 |
| WA | 287,200 | 262,800 | 159,500 | 32,250 | 3,367,434 | 2,752,601 | 1,157,213 | 295,345 |
| WV | 92,600 | 113,800 | 79,600 | 81,400 | 911,403 | 1,121,896 | 680,987 | 401,103 |
| WI | 207,000 | 322,000 | 225,400 | 58,400 | 1,838,778 | 2,905,845 | 2,829,573 | 430,632 |
| WY | 70,750 | 85,500 | 91,667 | 12,667 | 310,247 | 453,578 | 308,978 | 88,000 |
| US | 13,049,050 | 13,170,417 | 9,713,033 | 3,730,567 | 156,790,412 | 146,652,398 | 113,866,661 | 29,042,237 |

See page 4 for total participants and days. Do not sum across type and shooting activities.

*Definitions: Retail Sales — the dollars spent by target shooters; Total Multiplier Effect — the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs — the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues — the receipts received from businesses and individuals who directly and indirectly serve target shooters.

BLM_0064800

# Economic Contributions from __All__ Target Shooting Activities in 2011

| State | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State & Local Taxes | Federal Taxes |
|---|---|---|---|---|---|---|---|
| AL | $226,976,223 | $358,176,007 | 3,802 | $127,018,230 | $211,206,417 | $27,391,275 | $28,340,653 |
| AZ | $213,112,803 | $366,329,097 | 3,422 | $127,372,769 | $226,285,398 | $29,658,560 | $29,460,654 |
| AR | $179,476,626 | $262,707,033 | 2,942 | $85,861,020 | $157,025,395 | $21,947,641 | $20,546,634 |
| CA | $843,916,308 | $1,598,946,538 | 12,046 | $548,589,228 | $978,372,555 | $131,862,398 | $131,699,107 |
| CO | $178,390,773 | $286,941,648 | 2,574 | $96,476,344 | $177,794,116 | $22,678,549 | $24,494,173 |
| CT | $62,514,120 | $104,558,241 | 853 | $37,514,460 | $67,314,433 | $8,903,871 | $9,779,433 |
| DE | $39,268,460 | $62,547,675 | 564 | $22,811,655 | $35,756,328 | $4,819,098 | $4,902,017 |
| FL | $416,433,817 | $740,767,062 | 6,900 | $249,983,949 | $453,612,933 | $51,879,364 | $63,267,300 |
| GA | $326,375,879 | $559,105,066 | 5,461 | $191,316,563 | $346,284,795 | $39,900,562 | $48,553,251 |
| ID | $99,908,336 | $141,758,947 | 1,582 | $46,616,168 | $86,740,067 | $12,050,380 | $11,503,719 |
| IL | $317,428,293 | $571,137,553 | 4,946 | $196,937,026 | $354,915,609 | $45,026,394 | $48,121,418 |
| IN | $290,433,477 | $454,876,585 | 4,883 | $150,879,284 | $272,232,975 | $37,189,095 | $36,574,414 |
| IA | $76,357,435 | $114,881,781 | 1,265 | $38,151,268 | $69,205,404 | $9,334,097 | $9,199,231 |
| KS | $111,809,489 | $170,432,214 | 1,760 | $56,132,475 | $99,182,232 | $13,627,154 | $13,287,183 |
| KY | $195,584,123 | $295,884,392 | 3,041 | $98,475,364 | $177,486,420 | $23,509,301 | $23,727,356 |
| LA | $143,179,914 | $233,869,241 | 2,331 | $88,773,550 | $138,001,667 | $17,506,605 | $17,666,016 |
| ME | $61,391,414 | $94,144,698 | 1,022 | $31,751,405 | $56,683,045 | $8,242,839 | $7,360,382 |
| MD | $103,105,827 | $168,132,421 | 1,505 | $59,791,598 | $103,502,616 | $14,430,206 | $14,695,175 |
| MA | $89,788,335 | $153,746,811 | 1,252 | $54,661,877 | $97,658,456 | $12,762,460 | $13,949,605 |
| MI | $405,059,549 | $726,643,476 | 7,153 | $257,548,585 | $445,255,060 | $57,415,058 | $60,362,860 |
| MN | $270,900,039 | $466,267,245 | 4,513 | $156,703,675 | $284,768,431 | $37,472,257 | $40,056,585 |
| MS | $154,446,610 | $220,624,291 | 2,536 | $72,124,296 | $131,341,461 | $18,820,292 | $16,342,991 |
| MO | $253,550,862 | $416,036,560 | 4,174 | $138,796,673 | $252,522,024 | $31,423,126 | $34,118,029 |
| MT | $81,377,530 | $115,365,970 | 1,341 | $37,154,448 | $69,851,679 | $10,068,973 | $9,771,377 |
| NE | $78,729,923 | $123,817,959 | 1,357 | $41,439,468 | $73,553,800 | $9,591,501 | $9,688,166 |
| NV | $94,810,623 | $144,039,048 | 1,394 | $48,755,457 | $89,628,566 | $11,519,616 | $11,950,231 |
| NH | $32,602,110 | $51,465,917 | 493 | $17,976,482 | $32,154,026 | $4,311,413 | $4,544,366 |
| NJ | $199,530,131 | $361,975,621 | 2,778 | $129,998,485 | $219,269,299 | $28,469,312 | $32,385,701 |
| NM | $116,382,778 | $168,331,191 | 1,820 | $54,859,688 | $102,315,120 | $14,520,625 | $12,737,521 |
| NY | $480,005,211 | $817,050,105 | 6,333 | $299,077,670 | $523,706,340 | $77,936,704 | $72,571,576 |
| NC | $284,878,141 | $459,373,038 | 4,460 | $155,338,992 | $279,317,952 | $36,995,266 | $37,597,943 |
| ND | $24,552,253 | $28,987,891 | 349 | $10,414,396 | $16,659,289 | $3,126,594 | $2,250,175 |
| OH | $333,039,372 | $553,973,738 | 5,685 | $186,441,506 | $335,119,949 | $45,532,736 | $43,567,396 |
| OK | $169,008,832 | $256,091,734 | 2,772 | $86,209,681 | $153,083,860 | $19,838,383 | $20,553,278 |
| OR | $209,053,571 | $354,348,428 | 3,574 | $118,278,458 | $213,376,322 | $28,586,396 | $30,510,005 |
| PA | $483,745,634 | $824,589,274 | 7,871 | $283,391,331 | $506,069,655 | $66,745,247 | $70,582,269 |
| RI | $45,369,482 | $77,588,173 | 709 | $27,686,754 | $43,690,945 | $5,786,869 | $6,324,586 |
| SC | $179,833,197 | $274,920,952 | 2,974 | $91,283,421 | $167,686,376 | $19,519,056 | $24,138,255 |
| SD | $61,514,405 | $83,102,358 | 912 | $27,217,332 | $50,573,570 | $6,744,698 | $6,717,919 |
| TN | $324,360,143 | $542,982,962 | 5,105 | $183,343,460 | $332,110,088 | $39,264,201 | $43,236,954 |
| TX | $812,754,286 | $1,452,958,852 | 12,735 | $483,493,930 | $889,441,068 | $102,071,957 | $115,396,207 |
| UT | $145,334,601 | $243,595,612 | 2,565 | $82,821,185 | $145,396,292 | $19,238,457 | $19,373,906 |
| VT | $36,001,161 | $54,040,467 | 546 | $18,389,538 | $32,709,858 | $4,670,327 | $4,402,517 |
| VA | $179,930,780 | $289,951,098 | 2,871 | $98,857,938 | $177,876,427 | $23,166,350 | $24,669,316 |
| WA | $181,597,960 | $304,481,008 | 2,848 | $104,519,404 | $182,937,146 | $22,004,945 | $25,478,264 |
| WV | $80,012,245 | $112,625,380 | 1,345 | $38,571,863 | $65,804,282 | $9,499,776 | $9,012,876 |
| WI | $199,049,913 | $328,128,470 | 3,439 | $109,401,192 | $197,369,085 | $26,842,278 | $26,791,835 |
| WY | $55,063,865 | $71,029,520 | 840 | $22,585,296 | $42,290,898 | $6,067,166 | $5,783,371 |
| US | $9,947,946,868 | $23,248,281,218 | 185,402 | $7,615,953,201 | $13,650,430,639 | $1,649,698,331 | $1,814,644,370 |

*Definitions: Retail Sales – the dollars spent by target shooters; Total Multiplier Effect – the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs – the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues – the receipts received from businesses and individuals who directly and indirectly serve target shooters.

BLM_0064801

# Economic Impacts per State, <u>Handgun</u> Target Shooting, in 2011

| State | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State & Local Taxes | Federal Taxes |
|-------|-------------|------------------------|------|------------------|-------------------|---------------------|---------------|
| AL | $85,502,258 | $134,780,279 | 1,432 | $47,835,432 | $79,758,889 | $10,362,480 | $10,691,106 |
| AZ | $86,641,617 | $149,669,438 | 1,403 | $52,216,790 | $92,519,662 | $12,121,377 | $12,061,648 |
| AR | $57,714,102 | $84,256,147 | 945 | $27,600,510 | $50,778,602 | $7,105,488 | $6,632,917 |
| CA | $333,831,671 | $631,762,320 | 4,760 | $216,821,475 | $387,314,537 | $52,255,198 | $52,107,192 |
| CO | $62,242,044 | $99,981,608 | 899 | $33,665,916 | $62,215,797 | $7,953,170 | $8,566,211 |
| CT | $31,947,873 | $53,691,496 | 432 | $19,232,706 | $34,533,010 | $4,558,299 | $5,009,088 |
| DE | $15,067,525 | $23,868,429 | 215 | $8,695,619 | $13,661,430 | $1,847,430 | $1,873,334 |
| FL | $169,482,743 | $302,140,566 | 2,819 | $102,004,183 | $185,160,393 | $21,185,138 | $25,822,024 |
| GA | $123,894,556 | $212,242,468 | 2,080 | $72,696,086 | $131,776,743 | $15,196,141 | $18,474,019 |
| ID | $35,175,819 | $49,788,492 | 555 | $16,364,584 | $30,632,725 | $4,258,497 | $4,053,247 |
| IL | $105,477,329 | $189,177,303 | 1,643 | $65,339,987 | $118,159,304 | $15,035,504 | $16,003,818 |
| IN | $106,348,996 | $166,298,274 | 1,779 | $55,158,227 | $99,867,445 | $13,649,893 | $13,399,539 |
| IA | $26,116,407 | $39,207,938 | 430 | $13,018,740 | $23,743,745 | $3,203,020 | $3,150,798 |
| KS | $32,866,106 | $50,290,680 | 519 | $16,618,226 | $29,242,744 | $4,021,862 | $3,924,821 |
| KY | $63,098,355 | $94,910,064 | 973 | $31,590,513 | $57,345,391 | $7,612,384 | $7,650,790 |
| LA | $50,161,100 | $81,718,739 | 815 | $31,201,649 | $48,444,789 | $6,144,932 | $6,205,374 |
| ME | $19,616,855 | $29,994,981 | 329 | $10,163,201 | $18,174,101 | $2,649,731 | $2,360,075 |
| MD | $34,067,171 | $55,445,221 | 499 | $19,785,819 | $34,352,512 | $4,797,928 | $4,872,936 |
| MA | $33,992,929 | $58,120,673 | 472 | $20,666,445 | $37,023,378 | $4,842,335 | $5,282,212 |
| MI | $130,818,119 | $234,403,113 | 2,318 | $83,563,105 | $144,447,893 | $18,645,753 | $19,576,530 |
| MN | $76,766,215 | $131,157,886 | 1,275 | $44,187,867 | $80,817,579 | $10,692,086 | $11,350,200 |
| MS | $52,702,017 | $75,135,145 | 867 | $24,605,406 | $44,998,659 | $6,456,553 | $5,592,730 |
| MO | $90,035,281 | $147,444,747 | 1,482 | $49,240,553 | $89,872,452 | $11,201,454 | $12,134,056 |
| MT | $25,979,467 | $36,689,318 | 429 | $11,836,178 | $22,377,753 | $3,233,639 | $3,126,701 |
| NE | $28,058,312 | $44,074,474 | 482 | $14,755,634 | $26,298,263 | $3,431,192 | $3,457,839 |
| NV | $31,786,757 | $48,132,362 | 468 | $16,290,932 | $30,084,009 | $3,883,407 | $4,006,365 |
| NH | $11,368,671 | $17,916,113 | 171 | $6,252,751 | $11,235,013 | $1,510,954 | $1,584,940 |
| NJ | $79,069,799 | $143,248,884 | 1,105 | $51,543,462 | $86,802,982 | $11,296,027 | $12,834,740 |
| NM | $46,851,373 | $67,601,747 | 731 | $21,987,356 | $41,128,879 | $5,859,498 | $5,116,780 |
| NY | $140,837,224 | $237,749,170 | 1,860 | $86,913,801 | $153,363,249 | $22,946,676 | $21,201,386 |
| NC | $96,690,954 | $155,719,877 | 1,519 | $52,796,819 | $95,228,365 | $12,640,216 | $12,808,807 |
| ND | $7,490,263 | $8,465,081 | 104 | $3,079,546 | $4,927,058 | $938,229 | $665,598 |
| OH | $120,754,371 | $200,513,919 | 2,060 | $67,511,069 | $121,731,680 | $16,562,517 | $15,809,177 |
| OK | $54,888,375 | $82,904,442 | 903 | $27,851,741 | $49,677,683 | $6,478,473 | $6,678,059 |
| OR | $73,564,340 | $124,535,967 | 1,259 | $41,622,928 | $75,284,862 | $10,104,038 | $10,760,753 |
| PA | $161,456,504 | $273,660,550 | 2,630 | $94,038,165 | $168,513,004 | $22,293,540 | $23,481,976 |
| RI | $9,794,698 | $17,235,307 | 154 | $6,201,181 | $9,656,294 | $1,251,985 | $1,408,374 |
| SC | $66,871,981 | $102,229,060 | 1,108 | $33,967,046 | $62,529,291 | $7,291,336 | $9,000,023 |
| SD | $21,390,261 | $28,867,367 | 318 | $9,476,004 | $17,669,000 | $2,360,620 | $2,345,346 |
| TN | $102,876,387 | $171,882,987 | 1,626 | $58,205,112 | $105,882,367 | $12,552,225 | $13,771,038 |
| TX | $315,696,948 | $563,547,455 | 4,941 | $187,685,777 | $345,862,697 | $39,775,117 | $44,854,797 |
| UT | $49,784,177 | $83,347,228 | 881 | $28,423,034 | $49,959,435 | $6,620,177 | $6,655,544 |
| VT | $9,529,164 | $14,121,642 | 142 | $4,817,468 | $8,693,693 | $1,245,865 | $1,163,538 |
| VA | $57,843,575 | $92,971,980 | 925 | $31,761,107 | $57,347,271 | $7,487,066 | $7,944,796 |
| WA | $72,220,268 | $120,771,029 | 1,129 | $41,422,253 | $72,673,316 | $8,760,097 | $10,116,547 |
| WV | $25,617,398 | $35,930,459 | 431 | $12,365,855 | $21,185,674 | $3,062,057 | $2,898,284 |
| WI | $58,759,925 | $96,735,616 | 1,019 | $32,368,250 | $58,702,246 | $7,995,487 | $7,953,486 |
| WY | $17,146,271 | $22,027,847 | 263 | $7,032,749 | $13,242,851 | $1,903,207 | $1,807,314 |
| **US** | **$3,509,894,551** | **$8,161,114,146** | **65,324** | **$2,678,821,225** | **$4,812,000,959** | **$583,005,860** | **$639,343,079** |

*Definitions: Retail Sales — the dollars spent by target shooters; Total Multiplier Effect — the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs — the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues — the receipts received from businesses and individuals who directly and indirectly serve target shooters.

BLM_0064802

# Economic Impacts per State, Rifle Target Shooting, in 2011

| State | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State & Local Taxes | Federal Taxes |
|---|---|---|---|---|---|---|---|
| AL | $86,247,629 | $136,335,823 | 1,451 | $48,849,657 | $80,792,790 | $10,470,313 | $10,873,472 |
| AZ | $75,011,337 | $127,529,019 | 1,199 | $44,348,473 | $79,647,530 | $10,503,049 | $10,338,542 |
| AR | $63,103,069 | $91,936,773 | 1,036 | $30,231,794 | $55,744,231 | $7,805,728 | $7,276,871 |
| CA | $302,114,313 | $569,930,669 | 4,325 | $196,482,089 | $351,490,287 | $47,588,904 | $47,296,584 |
| CO | $70,617,022 | $113,209,808 | 1,016 | $38,141,704 | $70,583,067 | $9,024,872 | $9,714,141 |
| CT | $19,176,624 | $31,632,516 | 264 | $11,393,270 | $20,578,396 | $2,750,092 | $2,987,569 |
| DE | $13,543,022 | $21,887,491 | 197 | $8,036,129 | $12,471,542 | $1,668,819 | $1,712,833 |
| FL | $141,912,077 | $249,905,278 | 2,353 | $84,854,371 | $154,895,114 | $17,863,583 | $21,575,170 |
| GA | $117,360,545 | $199,969,169 | 1,961 | $68,597,876 | $124,854,301 | $14,467,736 | $17,497,665 |
| ID | $40,490,380 | $57,326,271 | 643 | $18,910,502 | $35,303,514 | $4,927,356 | $4,680,077 |
| IL | $116,090,788 | $207,625,899 | 1,809 | $71,765,333 | $130,085,224 | $16,593,082 | $17,607,157 |
| IN | $101,513,215 | $158,691,505 | 1,711 | $52,906,130 | $95,937,025 | $13,147,703 | $12,868,891 |
| IA | $27,642,907 | $41,482,201 | 458 | $13,830,189 | $25,237,865 | $3,413,174 | $3,349,275 |
| KS | $49,563,943 | $75,472,821 | 777 | $24,871,846 | $44,093,606 | $6,062,319 | $5,900,553 |
| KY | $81,052,797 | $122,168,001 | 1,262 | $40,811,467 | $73,870,915 | $9,816,046 | $9,867,307 |
| LA | $53,104,119 | $86,809,028 | 874 | $33,477,352 | $51,719,668 | $6,539,604 | $6,641,503 |
| ME | $24,906,202 | $38,033,343 | 415 | $12,868,170 | $23,060,162 | $3,361,511 | $2,991,475 |
| MD | $36,829,581 | $59,645,701 | 538 | $21,226,813 | $37,110,597 | $5,191,720 | $5,250,096 |
| MA | $35,359,684 | $60,232,033 | 495 | $21,453,528 | $38,504,450 | $5,055,471 | $5,494,852 |
| MI | $144,422,324 | $258,781,730 | 2,565 | $92,756,456 | $159,960,372 | $20,646,969 | $21,686,407 |
| MN | $95,745,831 | $163,518,296 | 1,591 | $55,122,185 | $100,837,561 | $13,345,574 | $14,161,385 |
| MS | $55,504,397 | $78,943,791 | 917 | $25,978,306 | $47,558,032 | $6,837,357 | $5,911,558 |
| MO | $94,014,695 | $153,704,810 | 1,550 | $51,405,431 | $94,255,928 | $11,737,300 | $12,706,776 |
| MT | $36,292,871 | $51,392,568 | 601 | $16,580,491 | $31,274,867 | $4,515,314 | $4,373,397 |
| NE | $26,119,795 | $40,937,144 | 451 | $13,719,049 | $24,535,645 | $3,202,300 | $3,226,096 |
| NV | $40,211,224 | $60,813,136 | 589 | $20,559,649 | $38,011,456 | $4,905,661 | $5,059,253 |
| NH | $12,688,744 | $19,914,391 | 191 | $6,963,139 | $12,535,826 | $1,688,747 | $1,768,022 |
| NJ | $67,054,152 | $121,452,655 | 930 | $43,892,177 | $74,467,401 | $9,679,893 | $10,966,790 |
| NM | $46,251,173 | $66,836,047 | 727 | $21,782,052 | $40,953,093 | $5,807,241 | $5,085,302 |
| NY | $161,458,989 | $271,207,626 | 2,129 | $98,946,771 | $175,367,766 | $26,299,055 | $24,209,435 |
| NC | $103,672,792 | $166,238,946 | 1,620 | $56,379,302 | $102,183,023 | $13,586,208 | $13,723,437 |
| ND | $7,734,030 | $8,052,054 | 105 | $3,013,324 | $4,817,913 | $942,009 | $650,773 |
| OH | $119,459,567 | $197,598,189 | 2,041 | $66,779,155 | $120,727,477 | $16,483,953 | $15,670,093 |
| OK | $61,265,124 | $92,062,805 | 1,001 | $30,934,054 | $55,497,087 | $7,245,675 | $7,443,411 |
| OR | $83,130,361 | $140,547,860 | 1,427 | $47,028,501 | $85,130,913 | $11,433,406 | $12,167,071 |
| PA | $186,533,162 | $315,699,086 | 3,046 | $108,619,763 | $194,855,994 | $25,820,094 | $27,145,577 |
| RI | $23,770,224 | $40,469,161 | 373 | $14,460,385 | $22,863,432 | $3,048,484 | $3,306,147 |
| SC | $61,397,607 | $93,327,320 | 1,023 | $31,188,609 | $57,653,528 | $6,752,541 | $8,296,140 |
| SD | $21,636,750 | $29,054,888 | 321 | $9,575,922 | $17,876,611 | $2,404,650 | $2,375,608 |
| TN | $120,526,668 | $200,941,446 | 1,896 | $67,969,305 | $124,008,142 | $14,705,408 | $16,110,654 |
| TX | $297,807,029 | $527,882,086 | 4,673 | $176,350,264 | $325,978,844 | $37,627,390 | $42,261,083 |
| UT | $51,103,884 | $85,674,152 | 914 | $29,443,477 | $51,583,312 | $6,844,661 | $6,885,513 |
| VT | $12,468,246 | $18,513,899 | 187 | $6,339,730 | $11,392,687 | $1,632,657 | $1,527,651 |
| VA | $64,983,225 | $104,299,485 | 1,042 | $35,694,434 | $64,494,702 | $8,433,181 | $8,934,582 |
| WA | $69,069,278 | $115,435,615 | 1,091 | $39,834,344 | $69,826,427 | $8,431,297 | $9,724,552 |
| WV | $29,948,952 | $41,929,176 | 506 | $14,438,830 | $24,808,053 | $3,588,734 | $3,390,688 |
| WI | $76,971,107 | $126,727,186 | 1,334 | $42,390,845 | $76,841,958 | $10,466,588 | $10,413,382 |
| WY | $21,115,632 | $27,083,302 | 322 | $8,646,644 | $16,316,827 | $2,343,955 | $2,224,701 |
| US | $3,647,997,086 | $8,439,328,865 | 67,946 | $2,777,925,037 | $4,995,381,558 | $606,861,883 | $663,787,485 |

*Definitions: Retail Sales — the dollars spent by target shooters; Total Multiplier Effect — the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs — the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues — the receipts received from businesses and individuals who directly and indirectly serve target shooters.

**13 • TARGET SHOOTING IN AMERICA**

BLM_0064803

# Economic Impacts per State, Shotgun Target Shooting, in 2011

| State | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State & Local Taxes | Federal Taxes |
|---|---|---|---|---|---|---|---|
| AL | $42,802,812 | $67,438,036 | 718 | $23,855,052 | $39,893,712 | $5,190,420 | $5,341,311 |
| AZ | $42,192,489 | $73,136,585 | 685 | $25,534,827 | $45,111,472 | $5,902,157 | $5,886,766 |
| AR | $33,855,018 | $49,613,567 | 555 | $16,179,813 | $29,637,527 | $4,143,439 | $3,876,788 |
| CA | $165,198,292 | $313,237,812 | 2,361 | $107,510,689 | $191,805,540 | $25,854,309 | $25,814,624 |
| CO | $37,985,466 | $61,253,457 | 552 | $20,584,546 | $37,949,822 | $4,847,984 | $5,228,661 |
| CT | $7,864,460 | $13,065,146 | 108 | $4,703,096 | $8,466,810 | $1,127,008 | $1,229,799 |
| DE | $8,317,915 | $13,087,676 | 119 | $4,766,190 | $7,517,635 | $1,022,279 | $1,030,882 |
| FL | $86,478,556 | $154,527,713 | 1,434 | $51,993,273 | $94,359,291 | $10,769,904 | $13,154,558 |
| GA | $65,843,715 | $113,104,564 | 1,108 | $38,710,733 | $70,026,555 | $8,055,493 | $9,818,883 |
| ID | $18,952,067 | $26,934,299 | 300 | $8,852,751 | $16,499,163 | $2,290,000 | $2,185,614 |
| IL | $68,601,071 | $123,834,405 | 1,072 | $42,744,316 | $76,884,694 | $9,737,289 | $10,430,937 |
| IN | $60,387,196 | $94,747,594 | 1,017 | $31,434,388 | $56,664,127 | $7,742,259 | $7,616,629 |
| IA | $17,166,775 | $25,929,180 | 286 | $8,626,019 | $15,597,333 | $2,104,337 | $2,076,832 |
| KS | $24,629,781 | $37,374,944 | 388 | $12,330,170 | $21,986,524 | $3,029,791 | $2,937,492 |
| KY | $35,992,559 | $54,604,353 | 564 | $18,200,559 | $32,783,910 | $4,342,190 | $4,384,271 |
| LA | $30,177,666 | $49,143,003 | 494 | $18,566,575 | $28,978,189 | $3,703,295 | $3,703,914 |
| ME | $12,377,382 | $19,027,239 | 203 | $6,393,108 | $11,440,667 | $1,666,910 | $1,483,507 |
| MD | $21,715,048 | $35,576,974 | 317 | $12,725,094 | $21,853,158 | $3,041,472 | $3,112,618 |
| MA | $14,534,448 | $24,865,680 | 203 | $8,851,635 | $15,846,977 | $2,073,831 | $2,262,145 |
| MI | $94,990,158 | $170,171,393 | 1,673 | $59,835,801 | $104,067,998 | $13,434,484 | $14,090,158 |
| MN | $78,960,473 | $137,113,916 | 1,332 | $45,920,868 | $83,077,486 | $10,900,094 | $11,707,821 |
| MS | $26,717,298 | $38,210,931 | 441 | $12,515,362 | $22,817,411 | $3,270,363 | $2,838,986 |
| MO | $52,703,352 | $86,503,780 | 867 | $28,858,285 | $52,380,087 | $6,535,588 | $7,085,296 |
| MT | $12,355,691 | $17,533,918 | 206 | $5,677,580 | $10,675,565 | $1,542,012 | $1,495,339 |
| NE | $18,524,808 | $29,185,306 | 320 | $9,792,296 | $17,357,626 | $2,266,948 | $2,286,076 |
| NV | $19,125,814 | $29,248,567 | 286 | $9,919,266 | $18,165,530 | $2,337,256 | $2,427,412 |
| NH | $6,303,530 | $10,010,998 | 96 | $3,506,084 | $6,256,351 | $838,981 | $885,112 |
| NJ | $40,191,244 | $72,751,510 | 561 | $26,120,076 | $43,913,484 | $5,715,345 | $6,499,240 |
| NM | $14,720,992 | $21,335,046 | 234 | $6,984,730 | $13,110,586 | $1,855,787 | $1,629,289 |
| NY | $132,853,600 | $229,066,455 | 1,759 | $84,424,548 | $146,277,495 | $21,652,700 | $20,331,077 |
| NC | $66,455,890 | $107,481,177 | 1,038 | $36,231,779 | $64,983,723 | $8,590,645 | $8,752,077 |
| ND | $6,569,475 | $8,540,317 | 96 | $2,979,377 | $4,765,335 | $868,844 | $644,484 |
| OH | $66,402,032 | $110,557,995 | 1,132 | $37,128,327 | $66,823,957 | $9,069,521 | $8,681,714 |
| OK | $32,967,265 | $50,186,748 | 543 | $16,788,954 | $29,738,129 | $3,859,711 | $4,004,607 |
| OR | $42,511,924 | $72,133,677 | 724 | $24,052,433 | $43,445,227 | $5,822,974 | $6,210,288 |
| PA | $100,512,863 | $173,300,132 | 1,629 | $59,822,221 | $106,832,886 | $14,070,743 | $14,900,601 |
| RI | $8,553,365 | $14,515,500 | 133 | $5,175,969 | $8,196,042 | $1,094,051 | $1,183,875 |
| SC | $44,091,959 | $67,624,644 | 723 | $22,309,358 | $40,995,958 | $4,762,648 | $5,897,909 |
| SD | $12,249,548 | $16,587,142 | 182 | $5,418,749 | $10,115,959 | $1,341,553 | $1,339,595 |
| TN | $74,088,485 | $124,038,753 | 1,161 | $41,796,402 | $75,636,612 | $8,949,092 | $9,850,651 |
| TX | $166,711,918 | $298,829,106 | 2,615 | $99,466,945 | $182,846,113 | $20,994,323 | $23,728,039 |
| UT | $35,749,118 | $59,847,236 | 626 | $20,199,781 | $35,630,564 | $4,715,167 | $4,735,890 |
| VT | $6,781,044 | $10,255,434 | 104 | $3,498,668 | $6,187,204 | $883,696 | $834,697 |
| VA | $36,588,610 | $59,068,712 | 585 | $20,141,375 | $36,261,693 | $4,717,958 | $5,027,210 |
| WA | $30,477,290 | $51,140,572 | 483 | $17,625,189 | $30,834,161 | $3,719,153 | $4,299,273 |
| WV | $15,674,601 | $22,124,000 | 263 | $7,607,669 | $12,911,317 | $1,861,317 | $1,772,015 |
| WI | $50,774,210 | $83,609,614 | 870 | $27,778,970 | $50,006,410 | $6,814,459 | $6,797,211 |
| WY | $13,026,762 | $16,950,919 | 200 | $5,374,704 | $9,983,039 | $1,439,118 | $1,370,702 |
| **US** | **$2,102,706,036** | **$4,920,550,405** | **39,174** | **$1,610,868,902** | **$2,888,685,354** | **$348,897,544** | **$383,845,771** |

*Definitions: Retail Sales — the dollars spent by target shooters; Total Multiplier Effect — the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs — the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues — the receipts received from businesses and individuals who directly and indirectly serve target shooters.

BLM_0064804

# Economic Impacts per State, <u>Muzzleloader</u> Target Shooting, in 2011

| State | Retail Sales | Total Multiplier Effect | Jobs | Salaries & Wages | GDP Contributions | State & Local Taxes | Federal Taxes |
|---|---|---|---|---|---|---|---|
| AL | $12,423,523 | $19,621,870 | 201 | $6,478,089 | $10,761,077 | $1,368,062 | $1,432,764 |
| AZ | $9,267,360 | $15,994,055 | 135 | $5,272,679 | $9,006,734 | $1,131,977 | $1,173,697 |
| AR | $24,804,437 | $36,900,547 | 406 | $11,848,902 | $20,865,036 | $2,892,985 | $2,760,059 |
| CA | $42,772,032 | $84,015,737 | 600 | $27,774,975 | $47,762,191 | $6,163,987 | $6,480,706 |
| CO | $7,546,242 | $12,496,775 | 107 | $4,084,177 | $7,045,431 | $852,524 | $985,161 |
| CT | $3,525,163 | $6,169,083 | 49 | $2,185,389 | $3,736,217 | $468,471 | $552,977 |
| DE | $2,339,998 | $3,704,078 | 33 | $1,313,718 | $2,105,721 | $280,571 | $284,967 |
| FL | $18,560,442 | $34,193,505 | 294 | $11,132,122 | $19,198,075 | $2,060,739 | $2,715,548 |
| GA | $19,277,064 | $33,788,864 | 312 | $11,311,868 | $19,627,195 | $2,181,192 | $2,762,684 |
| ID | $5,290,069 | $7,709,884 | 84 | $2,488,332 | $4,304,666 | $574,527 | $584,780 |
| IL | $27,259,105 | $50,499,946 | 422 | $17,087,389 | $29,786,388 | $3,660,519 | $4,079,506 |
| IN | $22,184,070 | $35,139,212 | 375 | $11,380,540 | $19,764,377 | $2,649,240 | $2,689,355 |
| IA | $5,431,346 | $8,262,461 | 90 | $2,676,320 | $4,626,461 | $613,566 | $622,325 |
| KS | $4,749,659 | $7,293,770 | 76 | $2,312,234 | $3,859,357 | $513,183 | $524,318 |
| KY | $15,440,412 | $24,201,973 | 242 | $7,872,825 | $13,486,204 | $1,738,680 | $1,824,988 |
| LA | $9,737,029 | $16,198,471 | 149 | $5,527,974 | $8,859,022 | $1,118,774 | $1,115,225 |
| ME | $4,490,976 | $7,089,136 | 76 | $2,326,927 | $4,008,115 | $564,687 | $525,325 |
| MD | $10,494,027 | $17,464,526 | 151 | $6,053,872 | $10,186,349 | $1,399,086 | $1,459,525 |
| MA | $5,901,274 | $10,528,425 | 82 | $3,690,253 | $6,283,651 | $790,824 | $910,398 |
| MI | $34,828,948 | $63,287,241 | 597 | $21,393,223 | $36,778,797 | $4,687,852 | $5,009,764 |
| MN | $19,427,519 | $34,477,148 | 315 | $11,472,756 | $20,035,805 | $2,534,503 | $2,837,179 |
| MS | $19,522,898 | $28,334,424 | 311 | $9,025,222 | $15,967,359 | $2,256,019 | $1,999,717 |
| MO | $16,797,535 | $28,383,223 | 275 | $9,292,404 | $16,013,557 | $1,948,784 | $2,191,901 |
| MT | $6,749,502 | $9,750,165 | 106 | $3,060,199 | $5,523,494 | $778,008 | $775,940 |
| NE | $6,027,008 | $9,621,036 | 104 | $3,172,488 | $5,362,266 | $691,062 | $718,154 |
| NV | $3,686,827 | $5,844,983 | 51 | $1,985,610 | $3,367,570 | $393,292 | $457,201 |
| NH | $2,241,164 | $3,624,415 | 34 | $1,254,508 | $2,126,837 | $272,732 | $306,292 |
| NJ | $13,214,935 | $24,522,572 | 182 | $8,442,770 | $14,085,433 | $1,778,047 | $2,084,931 |
| NM | $8,559,241 | $12,558,352 | 129 | $4,105,549 | $7,122,562 | $998,099 | $906,151 |
| NY | $44,855,397 | $79,026,854 | 585 | $28,792,550 | $48,697,831 | $7,038,272 | $6,829,678 |
| NC | $18,058,506 | $29,933,038 | 283 | $9,931,092 | $16,922,841 | $2,178,197 | $2,313,623 |
| ND | $2,758,485 | $3,930,439 | 43 | $1,342,150 | $2,148,983 | $377,511 | $289,320 |
| OH | $26,423,402 | $45,303,635 | 452 | $15,022,366 | $25,836,836 | $3,416,744 | $3,406,312 |
| OK | $19,888,068 | $30,937,739 | 324 | $10,634,932 | $18,170,961 | $2,254,525 | $2,427,200 |
| OR | $9,846,946 | $17,130,924 | 163 | $5,574,595 | $9,515,319 | $1,225,978 | $1,371,894 |
| PA | $35,243,105 | $61,929,506 | 565 | $20,911,182 | $35,867,771 | $4,560,871 | $5,054,115 |
| RI | $3,251,195 | $5,368,205 | 49 | $1,849,219 | $2,975,178 | $392,350 | $426,189 |
| SC | $7,471,650 | $11,739,929 | 120 | $3,818,408 | $6,507,598 | $712,531 | $944,183 |
| SD | $6,237,846 | $8,592,961 | 92 | $2,746,657 | $4,912,000 | $637,874 | $657,370 |
| TN | $26,868,603 | $46,119,776 | 422 | $15,372,640 | $26,582,968 | $3,057,476 | $3,504,611 |
| TX | $32,538,391 | $62,700,204 | 506 | $19,990,944 | $34,753,414 | $3,675,127 | $4,552,287 |
| UT | $8,697,423 | $14,726,996 | 143 | $4,754,894 | $8,222,980 | $1,058,452 | $1,096,959 |
| VT | $7,222,714 | $11,149,492 | 114 | $3,733,673 | $6,436,273 | $908,109 | $876,631 |
| VA | $20,515,369 | $33,610,922 | 320 | $11,261,022 | $19,772,760 | $2,528,144 | $2,762,728 |
| WA | $9,831,123 | $17,133,793 | 145 | $5,637,618 | $9,603,241 | $1,094,399 | $1,337,892 |
| WV | $8,771,294 | $12,641,745 | 145 | $4,159,508 | $6,899,238 | $987,668 | $951,889 |
| WI | $12,544,671 | $21,055,994 | 217 | $6,863,127 | $11,818,472 | $1,565,745 | $1,627,757 |
| WY | $3,775,200 | $4,967,452 | 54 | $1,531,198 | $2,748,181 | $380,885 | $380,654 |
| **US** | **$687,349,194** | **$1,727,287,802** | **12,957** | **$548,338,038** | **$954,362,767** | **$110,933,044** | **$127,668,035** |

*Definitions: Retail Sales — the dollars spent by target shooters; Total Multiplier Effect — the total amount of spending that occurs in the economy as a result of target shooters' spending; Salaries and Wages: total amounts paid to employers and small business owners in companies that serve target shooters or support businesses who directly serve target shooters; Jobs — the number of positions supported in businesses directly and indirectly serving target shooters; Tax Revenues — the receipts received from businesses and individuals who directly and indirectly serve target shooters.

**15 • TARGET SHOOTING IN AMERICA**

BLM_0064805



**This report was funded by the National Shooting Sports Foundation (NSSF)**®

11 Mile Hill Road, Newtown, CT 06470-2359
www.nssf.org

## Questions and Inquiries

Rob Southwick,
rob@southwickassociates.com

## Research and Authorship

Tom Allen, Rob Southwick and Jim Curcuruto with writing and editorial assistance from Wayne van Zwoll, Doug Howlett and Cody Larrimore.

## Photos

Unless otherwise cited, all photos are property of the National Shooting Sports Foundation.

## Layout and Design

Havit Advertising

## Report Citation & Background

Southwick Associates. Target Shootingin America. Produced for the National Shooting Sports Foundation. 2013.

## Methodology

Participation data were obtained from the National Sporting Goods Association. Firearms and ammunition sales were derived from U.S. Treasury data and Southwick Associates' HunterSurvey/ShooterSurvey market research service. All other expenditure data were sourced from Southwick Associates' HunterSurvey/ShooterSurvey market research service. Economic impacts were developed using the IMPLAN modeling system provided by MIG, Inc. of Stillwater, MN.

**Additional detailed results are available to NSSF members by visiting www.nssf.org/research.**

BLM_0064806

# Colorado Rare Plant Field Guide
## 2002 Update[*]

**Susan Spackman and David G. Anderson**
**Colorado Natural Heritage Program**
**Colorado State University**
**Fort Collins**

---

[*] Information is designed to be added to: Spackman, S., B. Jennings, J. Coles, C. Dawson, M. Minton, A. Kratz and C. Spurrier. 1997. Colorado Rare Plant Field Guide. Prepared for the Bureau of Land Management, the U.S. Forest Service, and the U.S. Fish and Wildlife Service by the Colorado Natural Heritage Program.

BLM_0064807

## INTRODUCTION

This update is designed to be printed on 8.5 x 11 inch paper, cut into 5.5 x 8.5 pages, and hole punched to fit the purple binder provided with the Colorado Rare Plant Field Guide (Spackman *et al.* 1997). A Colorado county map, introduction to the guide, explanation for species descriptions, definition and code explanations, glossary, and complete reference list is provided in the original Colorado Rare Plant Field Guide. This update provides a list of species to be added to the original Master List, species descriptions for eleven BLM sensitive species, and a list of all new references that were used for the update.

BLM_0064808

## ACKNOWLEGEMENTS

The Bureau of Land Management, Grand Junction Field Office provided funds to product this update. We especially appreciate the insight and assistance provided by David Smith (BLM, Grand Junction).

One of the greatest strengths of the guide is the depth of information provided through the technical illustrations and photographs. Individual artists and photographers are acknowledged throughout the text.

Illustrations of *Amsonia jonesii* and *Frasera paniculata* were reprinted with permission from Intermountain Flora: Vascular Plants of the Intermountain West, U.S.A. by A. Cronquist, A.H. Holmgren, N.H. Holmgren, J.L. Reveal, and P.K. Holmgren; Vol. 4, copyright 1984, The New York Botanical Garden. Illustrations of *Astragalus jejunus* and *Pediomelum aromaticum* were reprinted with permission from Intermountain Flora: Vascular Plants of the Intermountain West, U.S.A. by A. Cronquist, A.H. Holmgren, N.H. Holmgren, J.L. Reveal, and P.K. Holmgren; Vol. 3b Fabales by R.C. Barneby, copyright 1989, The New York Botanical Garden.

We appreciate the input of our technical reviewers including Bill Jennings, Peggy Lyon, Tamara Naumann, James Reveal, and Rusty Roberts.

We are grateful for the many hours of hard work contributed by the Colorado Natural Heritage Program staff including Jill Handwerk, Alison Loar, and Amy Lavender.

Finally, we thank all of the members of the Colorado Rare Plant Technical Committee who have provided input and feedback throughout this project.

BLM_0064809

**Colorado**
**Rare Plant Field Guide Master List** *Additions*

| Scientific Name<br>  Common Name | Heritage Rank | Federal Status |
| --- | --- | --- |
| *Amsonia jonesii* Woodson<br>  Jones' blue star | G4/S1 | S-BLM |
| *Astragalus jejunus* S. Wats.<br>  Starvling milkvetch | G3/S1 | S-BLM |
| *Cirsium perplexans* (Rydb.) Petrak<br>  Adobe thistle | G2/S2 | S-BLM |
| *Eriogonum acaule* Nutt.<br>  Stemless buckwheat | G3/S1 | S-BLM |
| *Eriogonum ephedroides* Reveal<br>  Ephedra buckwheat | G3/S1 | S-BLM |
| *Frasera paniculata* Torr.<br>  Tufted green gentian | G4/S1 | S-BLM |
| *Lesquerella vicina* Anderson, Reveal,<br>  and Rollins<br>  Good-neighbor bladderpod | G2/S2 | S-BLM |
| *Lygodesmia doloresensis* S. Tomb<br>  Dolores River skeletonplant | G1Q/S1 | S-BLM |
| *Pediomelum aromaticum* (Payson)<br>  W.A. Weber<br>  Aromatic Indian breadroot | G3/S2 | S-BLM |
| *Sphaeromeria capitata* Nuttall<br>  Rock tansy | G3/S1 | S-BLM |
| *Townsendia strigosa* Nuttall<br>  Hairy Townsend daisy | G4/S1 | S-BLM |

*Amsonia jonesii*          **JONES' BLUE STAR**



Illustration by
Bobbi Angell

**Identifying characteristics:**  Flowers tubular, powder-blue; corolla with 5 lobes united at the base, and with stiff inpointing hairs; leaves alternate; stems 1.5-5 dm tall, usually much branched from the base; plants with milky juice; tap rooted perennial

### Apocynaceae (Dogbane Family)

**Look alikes:**  Not likely to be confused with other species in this habitat in Colorado.

**Flowering/Fruiting Period:**  April/May.

**Distribution:**  NE Arizona, Utah, NW New Mexico, and SW Colorado (Mesa and Montezuma Cos.).  To be sought in Moffat Co., Colorado.

**Habitat:**  In dry, open areas with clay, sandy, or gravelly soils, in desert-steppe, rocky gorges and canyons.  Elev. 4500-5000 ft.

**References:**  CNHP 2002; Cronquist *et al.* 1984; Goodrich and Neese 1986; Weber and Wittmann 2001; Welsh *et al.* 1993; Woodson 1928; USDA, NRCS 2001.



Close up of *Amsonia jonesii* by Tamara Naumann



Habitat of *Amsonia jonesii* by Tamara Naumann



Species distribution in Colorado

BLM_0064812

*Astragalus jejunus*       **STARVELING MILKVETCH**



Astragalus jejunus

Illustration by Bobbi Angell

**Identifying characteristics**: Inflorescence a 3-7 flowered raceme; banner purple, wings white, keel lavender; pods red-mottled; leaf stalks rigid, persisting after leaflets are shed; low-growing, densely tufted, multi-stemmed perennial

**Fabaceae (Pea Family)**

**Look alikes:**  *A.wetherillii* has oval leaflets and does not have mottled pods.
**Flowering/Fruiting Period:**  May-July.
**Distribution:**  SW Wyoming, N Utah, SE Idaho, disjunct in Nevada, and peripheral in NW Colorado (Moffat Co.).
**Habitat:**  Dry hilltops, gullied bluffs, and barren ridges or river-terraces; on tuff, shale, sandstone, or clays.  Elev.5500-7500 ft.
**References:**  Barneby 1964; CNHP 2002; Cronquist *et al.* 1989; Dorn 1992; Fertig 1994; USDA, NRCS 2001; Weber and Wittmann 2001; Welsh *et al.* 1993.

BLM_0064813



Close up of *Astragalus jejunus* by Charmaine Refsdal



Habitat of *Astragalus jejunus* by Charmaine Refsdal



Species distribution in Colorado

BLM_0064814

*Cirsium perplexans*                    **ADOBE THISTLE**



Illustration by Ann Fenwick

**Identifying characteristics:**  Flowers pink or purplish; flower heads about 3 cm high and broad; phyllaries with erose tips or spines 1-2mm long; bracts with distinct glandular back; lower leaves oblanceolate, upper leaves lanceolate and clasping; leaves toothed with weak yellow spines; stems purplish striate; plants 2-6 dm tall, taprooted perennial

**Asteraceae (Sunflower Family)**

**Look alikes:**  *Cirsium centaureae* bracts are narrower and do not have the distinct glandular back, and flowers are ochroleucous to white.

**Flowering/Fruiting Period:**  Late May-early July.

**Distribution:**  Endemic to the Colorado and Gunnison river valleys in Colorado (Delta, Mesa, Montrose, and Ouray Cos.).

**Habitat:**  Open areas and disturbed sites in mixed shrublands and pinyon juniper woodlands.  Elev. 5000-8000 ft.

**References:**  CNHP 2002; Weber and Wittmann 2001; USDA, NRCS 2001.

BLM_0064815



Close up of *Cirsium perplexans* by Peggy Lyon



Habitat of *Cirsium perplexans* by Peggy Lyon

Species distribution
in Colorado



BLM_0064816

*Eriogonum acaule*                    **STEMLESS WILD-BUCKWHEAT**



Illustration by Gail Jennings

**Identifying characteristics**: Flowers light yellow; stamens slightly exserted; flowers tucked in to tight/mat forming growth form; leaves linear to oblanceolate, tomentose; low with short or lacking flowering stems; plants 1.5-3 cm tall and 1-2 cm across; perennial

**Polygonaceae (Buckwheat Family)**

**Synonym:** *Eriogonum caespitosum* var. *acaule*
**Look alikes:** *E. caespitosum* is not known to occur in Colorado.
**Flowering/Fruiting Period:** June-July
**Distribution:** Wyoming and Colorado (Moffat Co.)
**Habitat:** Barren hillsides in fine particle soils. Elev. 5680-6820 ft.
**References:** CNHP 2002; Dorn 1992; USDA, NRCS 2001; Weber and Wittmann 2001.

BLM_0064817



Close up of *Eriogonum acaule* courtesy of the Colorado Natural Heritage Program



Habitat of *Eriogonum acaule* courtesy of the Colorado Natural Areas Program

Species distribution
in Colorado



BLM_0064818

*Eriogonum ephedroides*        **EPHEDRA BUCKWHEAT**



Illustration by Kaye Thorne

**Identifying characteristics:** perennial; leaves short, 2-3 cm long; green stems are noticeable; root system is stout and knotty; plants less than 20 cm tall; flowers yellow.

**Polygonaceae (Buckwheat Family)**

**Look alikes:** *E. brevicaule* has longer leaves (5 cm), a slender root system, and plants are taller (30 cm).
**Flowering/Fruiting Period:** July/late July-Sept.
**Distribution:** Utah and Colorado (Rio Blanco Co.)
**Habitat:** White shales of the Green River Formation and soils derived from them. Sparsely vegetated white shale slopes. Elev. 5600-6030 ft.
**References:** CNHP 2002; Reveal 1969; USDA, NRCS 2001; Weber and Wittmann 2001; Welsh and Thorne 1979; Welsh *et al.* 1987.

BLM_0064819



Close up of *Eriogonum ephedroides* courtesy of the Colorado Natural Areas Program



Habitat of *Eriogonum ephedroides* by Rusty Roberts

Species distribution in Colorado



*Frasera paniculata*          **TUFTED GREEN GENTIAN**



Illustration by
Bobbi Angell

**Identifying characteristics:** Flowers white or pale green, flecked with dark green; leaves opposite, broadly lanceolate, and white-margined; plants 7-10 dm tall, usually single stemmed; monocarpic perennial

### Gentianaceae (Gentian Family)

**Synonym:** *Swertia utahensis*
**Look alikes:** Not likely to be confused with other species in this area.
**Flowering/Fruiting Period:** June-early July.
**Distribution:** Southeast Utah, NE Arizona, NW New Mexico, and Colorado (Mesa Co.). To be sought in La Plata and Montezuma Cos.
**Habitat:** Dry, often sandy habitats, in desert shrub and pinyon-juniper communities. Elev. 4000-6500 ft.
**References:** CNHP 2002; Cronquist *et al.* 1984; USDA, NRCS 2001; Weber and Wittmann 2001; Welsh *et al.* 1993.



Close up of *Frasera paniculata* by Bill Jennings



Species distribution
in Colorado

Habitat of *Frasera paniculata*
by Bill Jennings

BLM_0064822

*Lesquerella vicina*        **GOOD-NEIGHBOR BLADDERPOD**



Illustration by Dolly Baker

**Identifying characteristics**:  Flower petals 6-10 mm long, white with a yellow base; flower stalks may be sigmoid (S-shaped) or curved, sometimes straight.  Siliques (fruit) are erect, and stellate-pubescent; stems 1-2.5 dm long, ascending (in flower) or nearly prostrate (in fruit); perennial

**Brassicaceae (Mustard Family)**

**Look alikes:**  No other species of *Lesquerella* in this area have white flower petals.
**Flowering/Fruiting Period:**  April-May
**Distribution:**  Endemic to Colorado (Montrose and Ouray Cos.).
**Habitat:**  Elev. 5800-7500 ft.
**References:**  Anderson *et al*. 1997; CNHP 2002; USDA, NRCS 2001, Weber and Wittmann 2001.



Close up of *Lesquerella vicina* by James Reveal

BLM_0064824



Habitat of *Lesquerella vicina* by Peggy Lyon

Species distribution
in Colorado



BLM_0064825

*Lygodesmia doloresensis*　　**DOLORES RIVER SKELETONPLANT**



Illustration by Janet Wingate

**Identifying characteristics**:  Large flower heads with 5 (rarely 7) ray flowers, each about 1.5-2.5 cm long, and with 5 or 6 principal phyllaries; disk flowers absent; flowers rose to lavender; pappus of capillary bristles; all leaves very narrow and filiform (1-3 mm wide); plants perennial, much branched from the base, 2-3 dm tall; plants with white latex sap

**Asteraceae (Sunflower Family)**

**Look alikes:**  *L. grandiflora* occurs at slightly higher elevations, is not as tall, and has darker flowers, usually with 9 ray flowers.

**Flowering/Fruiting Period:**  Late May-June.

**Distribution:**  Endemic on benches of the Dolores River Valley, Mesa Co. Colorado; and in Grand Co., Utah.

**Habitat:**  Reddish purple, sandy alluvium and colluvium of the Cutler Formation between the canyon walls and the river in juniper, shadscale, and sagebrush communities.  Elev. 4000-5500 ft.

**References:** Atwood *et al.* 1991; CNHP 2002; O'Kane 1988; Tomb 1980; USDA, NRCS 2001; Weber and Wittmann 2001.



Close up of *Lygodesmia doloresensis* by Bill Jennings, inset by Julie Burt



Habitat of *Lygodesmia doloresensis* by Peggy Lyon



Species Distribution in Colorado

BLM_0064827

*Pediomelum aromaticum*          **AROMATIC INDIAN BREADROOT**



Illustration by Bobbi Angell

**Identifying characteristics**:  Flowers 8-14 mm long; leaves green, palmate with (3) 5-7 leaflets; not forming a basal rosette; stems 15-30 cm tall; much-branched perennial herb

### Fabaceae (Pea Family)

**Synonym:** *Psoralea aromatica*
**Look alikes:**  *Pediomelum megalanthum* has larger flowers (15-20 mm long), gray pubescent leaves forming a basal rosette, and very short stems.
**Flowering/Fruiting Period:**  May-June/June
**Distribution:**  Arizona, Utah, and Colorado (Mesa and Montrose Cos.)
**Habitat:**  Open pinyon-juniper woodlands, in sandy soils or adobe hills.  Elev. 4800-5700 ft.
**References:**  CNHP 2002; Cronquist *et al.* 1989; USDA NRCS 2001; Weber and Wittmann 2001; Welsh *et al.* 1987.

BLM_0064828



Close up of *Pediomelum aromaticum* by Dickson Pratt



Habitat of *Pediomelum aromaticm* by Peggy Lyon



Species Distribution in Colorado

BLM_0064829

## *Sphaeromeria capitata*                    **ROCK TANSY**



*SPHAEROMERIA CAPITATA*

Illustration by Kaye Thorne
**Additional identifying characteristics**: Perennial; flowers yellow, heads solitary; leaves with narrow linear lobes; plants densely caespitose

### Asteraceae (Sunflower Family)

**Look alikes:** *Sphaeromeria argentea* has several flower heads, and wider and shorter leaf lobes.
**Flowering/Fruiting Period:** June-July
**Distribution:** Montana, Wyoming, Utah, and Colorado (Moffat Co.).
**Habitat:** Dry, rocky hills, and desert flats in silty soils.
Elev. 7500-7900 ft.
**References:** Atwood *et al.* 1991; CNHP 2002; Cronquist *et al.* 1994; USDA, NRCS 2001; Weber and Wittmann 2001.

BLM_0064830



Close up of *Sphaeromeria capitiata* courtesy of the Colorado Natural Areas Program



Habitat of *Sphaeromeria capitata* courtesy of the Colorado Natural Areas Program



Species distribution in Colorado

BLM_0064831

## REFERENCES (*Additions to 1997 guide*)

Anderson, J.L., J.L. Reveal, and R.C. Rollins. 1997. *Lesquerella vicina* (Brassicaceae), a New Species for the Uncompahgre River Valley in Western Colorado. Novon 7:9-12.

Beaman, J.H. 1957. Systematics and evolution of Townsendia. Contrib. Gray Herbarium 183:1-151.

Colorado Native Plant Society. 1997. Rare plants of Colorado, second edition. Colorado Native Plant Society in cooperation with the Rocky Mountain Nature Association, Estes Park, CO. and Falcon Press, Helena MT.

Colorado Natural Heritage Program (CNHP). 2002. Biological Conservation Data System. Colorado State University, Fort Collins.

Reveal, J.L. 1969. New species of *Eriogonum* from Utah. Madroño 19: 289-300.

Reveal, J.T. 1970. Utah species of *Townsendia*. Great Basin Naturalist Vol. XXX, No. 1.

USDA, NRCS. 2001. The PLANTS Database, Version 3.1 (http://plants.usda.gov). National Plant Data Center, Baton Rouge, LA 70874-4490 USA.

Weber, W.A. and R.C. Wittmann. 2001. Colorado Flora Western Slope, Third Edition. University Press of Colorado, Boulder, CO.

Welsh, S.L., and K.H. Thorne. 1979. Illustrated Manual of Proposed Endangered and Threatened Plants of Utah. U.S. Fish and Wildlife Service Report, Denver Federal Center, Denver, CO. 318 p.

Woodson, R. 1928. Monograph of the Genus *Amsonia*. Annals of the Missouri Botanical Garden 15:414-15.

Case No. 1:20-cv-02484-MSK   Document 47-11   filed 04/28/21   USDC Colorado   pg 165 of 171



Select Language ▼

Text Size
⊞
⊟

Search




Colorado Department
of Public Health
and Environment
Air Pollution Control Division

- ○ Home
- ○ Topics A-Z
- ○ Divisions/Programs
- ○ Boards/Commissions
- ○ Permits
- ○ Regulations
- ○ Data

- Home
- Climate Change - Greenhouse Gases
- Colorado Climate Action Plan

- Services for Business and Industry
- Indoor Environment
- Motor Vehicles
- Planning and Community Outreach
- Open Burning and Prescribed Fires
- Residential Burning Information
- Monitoring, Modeling and Data
- Climate Change - Greenhouse Gases
    - ○ Federal Greenhouse Gas Regulations
    - ○ Environmental Protection Agency (EPA) Mandatory Reporting Rule
    - ○ Environmental Protection Agency (EPA) Tailoring Rule
    - ○ Colorado Greenhouse Gas (GHG) Permitting
    - ○ Colorado Greenhouse Gas Reports
    - ○ Public Presentations
- Summary of Colorado Air Quality Regulations
- Guidance and Clarification Documents
- Permits and Forms
- Information about the Air Pollution Control Division
- Contact the Air Pollution Control Division

# Colorado Climate Action Plan

**A Strategy To Address Global Warming**

Colorado created a Climate Action Plan in 2007 under the leadership of then Governor Bill Ritter. The plan is considered a living document, and a first installment of what could become further refinements as additional initiatives are evaluated and new technologies unfold.

BLM_0064833

The Climate Action Plan notes that Colorado's greenhouse gas emissions in 2005 were 35 percent higher than in 1990 and, under a business-as-usual scenario, are projected to grow to 81 percent above 1990 levels by the year 2020. Our goal is to slow and then reverse this trend.

- Colorado Climate Action Plan

- Department Contacts
- Division Contacts
- Comments

© 2013 State of Colorado

BLM_0064834



2015

COLLABORATING ON COLORADO'S WATER FUTURE

# COLORADO'S
## WATER PLAN

BLM_0064835



BLM_0064836

# COLORADO'S
## WATER PLAN

BLM_0064837



# Colorado's Water Plan Leadership Team

**Colorado's Governor, the Board Members of the Colorado Water Conservation Board (CWCB), and other staff involved in the development of the plan standing on the state map of Colorado located in the History Colorado Center.** Photo taken by Matt Nager in October, 2015.

**Individuals standing in the center of the state map near the continental divide, beginning left to right:**

James Eklund, Director, Colorado Water Conservation Board; Governor John W. Hickenlooper; John Stulp, Special Policy Advisor to the Governor for Water and Chairman of the Interbasin Compact Committee.

**CWCB Board Members standing near their basins on the state map, beginning in the south central region, clockwise:**

Travis Smith, Rio Grande Basin Representative; John McClow, Gunnison Basin Representative; Russell George, Colorado Basin Representative; Jay Gallagher, Yampa/White/Green Basin Representative; Ty Wattenberg, North Platte Basin Representative; Diane Hoppe, South Platte Basin Representative; Patricia Wells, Metro Basin Representative; Alan Hamel, Arkansas Basin Representative. Not pictured: April Montgomery, Southwest Basin Representative.

**Individuals standing along the state lines, beginning from the southwestern corner (individuals are CWCB staff members, unless otherwise identified):**

Don West , Kaylea Moore, Ben Wade, Stephanie DiBettito, Jodie Tavares, Lauren Ris (Assistant Director for Water, Colorado Department of Natural Resources), Kevin Reidy, Brent Newman, Tom Browning, Linda Bassi, Kate McIntire, Rebecca Mitchell, Jacob Bornstein, Dick Wolfe (State Engineer, Colorado Division of Water Resources), Mike King (Executive Director, Colorado Department of Natural Resources), Don Brown (Commissioner of Agriculture, Colorado Department of Agriculture), Kevin Houck, Ted Kowalski, Robert Randall (Deputy Director, Colorado Department of Natural Resources), Kirk Russell, Taryn Finnessey, Doug Mahan, Carolyn Fritz, Sam May, Michelle Garrison, Jonathan Hernandez, Suzanne Sellers, Emily LoDolce, Mara MacKillop.

BLM_0064838

*"We embark on Colorado's first water plan*
*written by Coloradans, for Coloradans."*

# Acknowledgements

Governor Hickenlooper's May 2013 executive order to create Colorado's first water plan was a monumental task in a tight timeframe given Colorado's water history. Over two years later with the final plan in hand, we would like to express our sincere gratitude to the thousands of individuals and hundreds of organizations that helped us build Colorado's Water Plan. Your passion for water in Colorado is at once both humbling and energizing!

The hallmark of Colorado's Water Plan is collaboration. It would not be possible without the participants in the basin roundtables, and the Interbasin Compact Committee, the PEPO Workgroup of the IBCC, and the Water Investment Funding Committee. The hours you volunteered to spend in community centers, candidly discussing water issues, and the hard work you put into mapping out your basin's water needs and solutions are the heartbeat of Colorado's Water Plan.

Thank you to numerous members of our sister state agencies: the Office of the State Engineer, the Colorado Department of Public Health and Environment's (CDPHE) Water Quality Control Division and Commission, the Colorado Attorney General's Office, the Water Court Committee of the Colorado Supreme Court, the Colorado Water Resources and Power Development Authority, Colorado Parks and Wildlife, the State Land Board, the Colorado Department of Agriculture, the Colorado Energy Office, the Department of Local Affairs, and our neighbors in the Department of Natural Resources' (DNR) Executive Director's Office. We are proud to serve Colorado alongside each of you.

Thank you to those who took time out of their busy schedules to submit comments on Colorado's Water Plan. We received over 30,000 comments from individuals, organizations, and agencies during development of the plan. Thank you to members of the Colorado General Assembly's Water Resources Review Committee who traveled across the state to solicit additional public comments through the Senate Bill 14-115 hearings. Each comment was reviewed and your thoughtful recommendations helped shape the final plan.

Thank you to Colorado Water Conservation Board (CWCB) Director James Eklund and all of the current Board members for providing the leadership necessary to draft the plan. Current CWCB Board members include Bob Broscheid, Don Brown, Cynthia Coffman, Jay Gallagher, Russell George (Vice-Chair), Alan Hamel, Diane Hoppe (Chair), Mike King, John McClow, April Montgomery, Travis Smith, John Stulp, Ty Wattenberg, Patricia Wells, and Dick Wolfe.

Thank you to Colorado Water Conservation Board staff and partners who authored sections of the plan. Section authors were Tamara Allen (CDPHE), Linda Bassi, Jacob Bornstein, Tom Browning, Lindsay Cox, Tim Feehan, Taryn Finnessy, Craig Godbout, Ted Kowalski, Kate McIntire, Steve Miller, Rebecca Mitchell, Andy Moore, Brent Newman, Kevin Reidy, Lauren Ris (DNR), Nicole Rowan (CDPHE), and Chris Sturm. Our review team was Josh Boissevain, Meg Dickey-Griffith, Stephanie DiBetitto, Allison Franz, Carolyn Fritz, Linda Lidov (Highland PR), Mara MacKillop, Britton Marchese (HDR), Bill McDonald (Consultant), Luke Rein, Erik Skeie, Dardoh Sowe (DNR), and Ben Wade.

Finally, special thanks goes to Gene Malowany, of Malowany Associates, who provided Creative Direction for the plan, the team at Atomic20, who assisted with layout and formatting of the plan, and Matt Nager, of Matt Nager Photography, who took photographs statewide to help tell the water plan story visually.

BLM_0064839