# Basin Descriptions and Challenges

## Arkansas Basin

**Basin Description:** The Arkansas River originates in the central mountains of Colorado near Leadville, at an elevation of more than 14,000 feet. The river travels eastward through the southeastern part of Colorado toward the Kansas border, dropping more than 10,000 feet to an elevation of 3,340 feet at the Colorado-Kansas line. Several tributaries flow from the high southern mountains toward the mainstem of the Arkansas, and drainage from the higher plains to the north also contributes to the flows. The Arkansas River Basin is spatially the largest river basin in Colorado, covering slightly less than one-third of the state's land area (28,268 square miles, or 27 percent of the state's total surface area).



Rafting on the Upper Arkansas, Colorado's most popular river for rafting. Photo: M. Nager.

Grassland and forest cover approximately 67 percent and 13 percent of the basin, respectively. More than 20 percent of the land is publicly owned. A large amount of the grassland is devoted to agriculture, with one-third of agricultural lands requiring irrigation. Increasing urbanization is occurring throughout portions of the Arkansas River Basin, and over the last few years, persistent drought has heavily affected the basin.

The Arkansas River Compact of 1948 apportions the waters of the Arkansas River between Colorado and Kansas, while providing for the operation of John Martin Reservoir. The compact is "not intended to impede or prevent future beneficial development… as well as the improved or prolonged functioning of existing works: Provided, that the waters of the Arkansas river… shall not be materially depleted in usable quantity or availability…."[1] The primary tool for administering the Arkansas River Compact is the 1980 Operating Principles, which provide for storage accounts in John Martin Reservoir, and the release of water from those accounts for Colorado and Kansas water users.

Since the early 20th century, Colorado and Kansas have litigated claims concerning Arkansas River water; these claims ultimately led to the negotiation of the compact. In 1995, the United States Supreme Court found that Colorado had depleted stateline flows through the use of tributary groundwater, which violated the compact. As a result, the Colorado DWR developed well administration rules to bring Colorado into compliance with the compact, and Colorado compensated Kansas for damage claims, which totaled about $34 million. Recently, the DWR developed irrigation efficiency rules, which require augmentation for any upgrades to water delivery systems, such as drip irrigation or sprinkler systems.

BLM_0064924



Garden of the Gods, near Colorado Springs, is open to the public free of charge and a popular spot for visitors.

**Basin Challenges:** The Arkansas Basin will face several key opportunities and challenges pertaining to water management issues and needs over the next 40 years. These are as follows:

❖ All new uses require augmentation. Increasing irrigation efficiency, i.e. conversion from flood to center-pivot irrigation for labor and cost savings, will require 30,000-50,000 acre-feet of augmentation water in the coming years.

❖ Replacement of municipal water supplies that depend on the non-renewing Denver Basin aquifer and declining water levels in designated basins is becoming critical, exacerbated by continued growth in groundwater-dependent urban areas.

❖ Concerns over agricultural transfers and the effects on rural economies are substantial in the lower portion of the basin downstream of Pueblo Reservoir.

❖ Collaborative solutions, as demonstrated in Alternative Transfer Methods pilot projects, are needed to forestall or avoid loss of irrigated acreage in agriculture.

❖ As the most rafted river in the world, the Arkansas River Voluntary Flow Agreement provides a benchmark for cooperative integration of municipal, agricultural and recreational solutions in support of recreational boating and a gold medal fishery.

❖ Concerns over water quality include drinking water in the Lower Valley and the impact of fires and floods in the Fountain Creek watershed.

❖ Rural areas within the Arkansas Basin have identified water needs, but face challenges in marshalling resources to identify and implement solutions. Support from the Roundtable and CWCB is needed.

❖ The great majority of surface storage reservoirs in the Arkansas Basin were constructed between 1890 and 1930. Many of these facilities are in need of repair or restoration.

❖ Regional solutions are emerging, like the SECWCD Regional Water Conservation Plan, which can serve as a model for future regional initiatives to address the needs of the Arkansas Basin.

The Arkansas Basin Implementation Plan (BIP) identifies specific projects and methods for meeting the future water needs of the Arkansas Basin.

BLM_0064925


Snowshoeing near the Continental Divide.

### Basins of the Colorado River System

The basins in the Colorado River system (including tributary basins) are more than one-third the size of the state's geographic area. Originating in the north central mountains, the main stem of the Colorado River flows southwesterly and is met at Grand Junction by the Gunnison River before flowing west into Utah. The Yampa River and the White River move westward across the northwest quadrant of the state to the Utah border where they join the Green River, another tributary of the Colorado. The San Miguel River and the Dolores River begin near the southwestern corner of Colorado and travel north along the western border into Utah. The San Juan River and its tributaries collect the water in the southernmost regions west of the Continental Divide and flow into New Mexico.

Less than 20 percent of the entire Colorado River Basin lies inside Colorado; however, approximately 75 percent of the water in the entire river basin originates in the state. In Colorado, transmountain diversions account for approximately 5 percent of the total water supply, or approximately 500,000 acre-feet per year. Most of these transbasin diversions move water from west to east, supplying water to the Front Range.

**Mainstem Colorado River Basin**

**Basin Description:** The Colorado River Basin in Colorado encompasses approximately 9,830 square miles. Elevations in the basin range from greater than 14,000 feet in the headwaters areas, to about 4,300 feet at the Colorado-Utah state line. The basin's mountainous upper reaches gradually give way to a series of canyons and gentler terrain as the river flows along the Interstate 70 corridor toward Grand Junction and the Utah border.

Snowpack in the elevations above 9,000 feet is an important water source for human use on both sides of the Continental Divide in Colorado. This water is also important for compliance with legal obligations, since as much as 70 percent of the river flows out of state.

A substantial portion of the basin is composed of federally owned land. Rangeland and forest are the predominant landscapes in the Upper Colorado River Basin, comprising about 85 percent of the area. Livestock grazing, recreation, timber harvesting, and gas drilling are the leading uses of the federal lands, and the basin also features active and inactive mines.

**Basin Challenges:** The Colorado River Basin will face several key challenges pertaining to water management issues and supply needs over the next 40 years, some of which are as follows:

❖ Recreational use and environmental conservation are major drivers in the basin and are important for economic health and quality of life. There is some concern that many of these areas are vulnerable for various reasons, and competition with other water needs is one of those concerns.

❖ Agriculture is important in the basin, especially in the lower basin (Grand Valley). However, despite the importance of agriculture, the continued expansion of communities causes agricultural lands to become urbanized, which could affect 20 percent of irrigated lands in the basin.

❖ The success of the Upper Colorado River Endangered Fish Recovery Program is vital to the future of the river. The program is designed to address the recovery needs of the endangered


Lamphier Lake rests in a high alpine basin about 20 miles from Gunnison. The lake offers hiking and fishing near the Fossil Ridge Wilderness Area.

BLM_0064926



Ice climbing at the annual Ouray Ice Festival happens in a natural gorge within walking distance of the City of Ouray. The park remains free and open for public use.

fish in the Colorado River while protecting existing water uses and allowing for the future use of Colorado River water in compliance with interstate compacts, treaties, and applicable federal and state law.

❖ There is concern over a potential compact shortage during severe and sustained drought and the potential effects to in-basin supplies.

❖ The development of water rights associated with transbasin projects is a concern, and Colorado must consider the effect on in-basin supplies.

❖ Water quality is a concern, particularly related to selenium and salinity issues.

**Gunnison River Basin**

**Basin Description:** The Gunnison River Basin stretches across more than 8000 square miles of western Colorado, extending from the Continental Divide to the confluence of the Gunnison and Colorado Rivers near Grand Junction. The Gunnison River Basin is defined by the Elk Range to the north, the Sawatch Range to the east, the San Juan Mountains to the south, and the Uncompahgre Plateau to the southwest. Water traveling from the headwaters to Grand Junction experiences an elevation change of more than 9,500 feet.

The Gunnison River Basin is largely forested, with forest area covering approximately 52 percent of the total basin area. About 5.5 percent of the land in the basin is classified as planted or cultivated land and is primarily concentrated in the Uncompahgre River Valley between Montrose and Delta, with additional pockets near Gunnison and Hotchkiss.

**Basin Challenges:** Basin residents have identified several water management issues that will present challenges to Gunnison River Basin water users over the next 40 years. These issues include:

❖ Growth in the headwaters region will require additional water management strategies.

❖ Addressing agricultural water shortages in the upper portion of the basin is an important goal of the community. Lack of financial resources is an impediment.

❖ There is concern over possible future transbasin diversions and the potential effect this might have on existing uses within the basin.



Young patron at the
Demolition Derby and the
4H competition at the Routt
County Fair in Hayden.
Photo: M. Nager.

BLM_0064928

❖ The area between Ouray and Montrose is rapidly growing. Tourism is important in the headwaters areas, but agriculture is dominant in the Uncompahgre Valley. A rapid influx of retirees and growth in the Uncompahgre Valley may dramatically change the agricultural uses and other land uses in the area.

### Yampa River, White River, and Green River Basins

**Basin Description:** The Yampa River, White River, and Green River Basins cover roughly 10,500 square miles in northwest Colorado and south-central Wyoming. The Continental Divide on the east defines, in part, the basin's boundaries. The elevation in the basin ranges from 12,200 feet at Mount Zirkel in the Park Range, to about 5,100 feet at the confluence of the Yampa and Green Rivers at Echo Park within Dinosaur National Monument. The basin contains diverse landforms, including steep mountain slopes, high plateaus, rolling hills, incised sandstone canyons, and broad alluvial valleys and floodplains.

Large portions of land in the basin are federally owned. Livestock, grazing, and recreation are the predominant land uses. Near the towns of Craig, Hayden, Steamboat Springs, Yampa, and Meeker, much of the land is dedicated to agricultural use, and the mountains are densely covered by forest. The valleys and plateaus are mostly covered by shrubland with some forested areas. The Steamboat Springs area, featuring a destination ski resort, is likely to experience continued and rapid population growth.

**Basin Challenges:** Within the Yampa River, White River, and Green River Basins, key water management issues for the next 40 years include:

❖ The emerging development of gas and oil shale resources is affecting water demand, for both direct production and the associated increase in municipal use.

❖ Agriculture, tourism, and recreation are vital components of this basin's economy. As the needs of communities and industry grow, competition among sectors could increase.

❖ Industrial uses, especially power production, are a major water use. Future energy development is less certain.

❖ While rapidly growing in some areas, particularly in the Yampa River/Steamboat Springs area, the basin as a whole is not developing as rapidly as other portions of the state. This has led to concern that the basin will not get a "fair share" of water use the Colorado River Compact affords to Colorado in the event of a compact call.

❖ Implementation of a successful Upper Colorado River Endangered Fish/Recovery Program is vital to ensuring protection of existing and future water uses.

❖ Agricultural producers in the basin would like to increase the amount of irrigated land by 14,000 to 18,000 acres, but the lack of financial resources is an impediment.



Cattle cooling off in the Yampa River - on the Daughenbaugh Ranch. Photo: M. Nager.

BLM_0064929

## Dolores River, San Juan River, and San Miguel River Basins

**Basin Description:** The San Juan River, Dolores River, and San Miguel River Basins are located in the southwest corner of Colorado and cover an area of approximately 10,169 square miles. The Upper San Juan River and its tributaries flow through two Native American reservations in the southern portion of the basin—the Ute Mountain Ute Reservation and the Southern Ute Indian Reservation. The Southwest Basin is a series of nine sub-basins, eight of which flow out of state before they join the San Juan River in New Mexico or the Colorado River in Utah. The Colorado River Compact, the Colorado Ute Indian Water Rights Settlement, and several BOR storage projects have shaped the water history of the Southwest Basin.

**Basin Challenges:** In addition to the three compacts governing water use across the broader Colorado River Basin, other compacts, settlements, and species-related issues are specific to the San Juan/Dolores/San Miguel region:

- ❖ The Colorado Ute Indian Water Rights Settlement Act of 1988 settled the reserved water-rights claims of the Southern Ute and Ute Mountain Ute Tribes concerning quantity, priority, and administration on all streams that cross the two tribes' reservations.

- ❖ The Dolores Project was integral to the Ute Mountain Ute portion of the Indian Water Rights Settlement. Construction of the Dolores Project proceeded in 1977 by order of the Secretary of Interior, because it provided potable water for the first time to the Ute Mountain Ute community of Towaoc and irrigation water for a highly productive, 7,600-acre tribal farm in exchange for subordinating senior tribal water rights claims that could have dried up the Mancos River Valley.

- ❖ Tribal water allocations out of the Animas-La Plata Project component of the settlement provided the tribes with a municipal and industrial (M&I) water source to supply and augment future depletions of the San Juan River system that are constrained by the San Juan Recovery Program for Endangered Native Fish. The Animas-La Plata Project also provided the City of Durango and surrounding areas with a long term M&I supply.

- ❖ The Southwest Basin includes numerous instream flow segments. Instream flows have served as a tool to balance valued agricultural uses with instream water to support recreational and environmental values, all of which combine to support the economic and aesthetic values that drive settlement and commerce in the Southwest Basin.

- ❖ The USFS and the BLM have extensive ownership of land in the Southwest Basin. Most Southwest Basin headwaters originate on federal land. These federal agencies have worked with the CWCB Instream Flow Program to secure substantial flow protection at high elevations throughout the basin. As stream-flow protections have increasingly focused on lower elevation streams that are below stored water and communities, instream flow appropriations have become more complex and challenging.

Agriculture and ranching have, for many generations, prevailed in the lower elevations of La Plata, Montezuma, Dolores, San Miguel, and Montrose Counties. Tourism and recreation have become more established in the region as the Animas, Piedra, Dolores, and San Miguel Rivers offer both fishing and rafting opportunities along with flat-water recreation on the region's many reservoirs.

This multiple-basin area of the state is extremely diverse and is experiencing changing demographics:

- ❖ The Pagosa Springs-Bayfield-Durango corridor is rapidly growing while experiencing areas of localized water shortages. This area is transitioning from oil and gas, mining, and agricultural use to tourism and recreation use, and to a retirement or second-home area.

- ❖ The Cortez and Dove Creek area remains strongly agricultural, supplemented by energy production, but it is also seeing growth with an increase in retirees who are moving to the area.

- ❖ The San Miguel area shows a mix of recreation and tourism activities, along with a strong desire to maintain agriculture in the western part of the county.

As a result of numerous storage projects built primarily to supply irrigation water, water supply

BLM_0064930



The Bridal Veil Falls, near Telluride, is the tallest free falling waterfall in Colorado at 365 feet. The falls entice many people to hike, bike or four-wheel drive up the road.

BLM_0064931



Students studying the aquatic ecosystem along the San Miguel River near Placerville. Photo: M. Nager.

is available in the Southwest Basin. Several of these storage projects have been able to allocate or carve out small amounts of M&I water to supply domestic growth. Resulting revenues from M&I sales are being re-invested in delivery system efficiencies that will yield the water necessary to meet future M&I needs without diminishing agricultural deliveries. The remaining challenge is the development of sufficient infrastructure to deliver M&I water where it is needed. There is also a need for new storage to meet long-term supply requirements in the Pagosa Springs area, as well as in Montrose County.

The Southwest Basin Roundtable takes very seriously the need to make a strong commitment to balancing a vibrant agricultural sector with healthy streams to support environmental and recreational values. In keeping with this philosophy, the Southwest Basin is organizing a list of Identified Projects and Processes (IPPs) by sub-basin. By addressing agricultural, municipal, industrial, environmental, and recreational values and needs, the IPP approach is intended to reveal opportunities for multi-benefit projects that address water supply gaps.

BLM_0064932

## South Platte River Basin

**Basin Description:** The South Platte River Basin is the most populous basin in the state. Per SWSI 2010, the South Platte Basin population may nearly double from about 3.5 million people to 6 million people by 2050. Approximately 85 percent of Colorado's population resides in the South Platte Basin, and the Front Range area of the basin is Colorado's economic and social engine. The South Platte River Basin also has the greatest concentration of irrigated agricultural lands in Colorado.

The topographic characteristics of the South Platte River Basin are diverse. Its waters originate in the mountain streams along the Continental Divide in the northern portion of the Front Range. The river emerges from the mountains southwest of Denver and travels north through the Denver area, where numerous tributaries, such as Cherry Creek, Clear Creek, Coal Creek, Boulder Creek, St. Vrain Creek, the Big Thompson River, and the Cache La Poudre River join the South Platte before crossing northeast across the High Plains. The western portions of the basin and its mountainous and subalpine areas are mostly forested, while the High Plains region is mainly grassland and planted or cultivated land. Approximately one-third of the South Platte Basin land area is publicly owned, and most of these lands are situated in the forested mountains. The South Platte River crosses the Colorado Nebraska state line near Julesburg and merges with the North Platte River in southwestern Nebraska to form the Platte River.

The hydrology of the South Platte Basin is highly variable, with an approximate average-annual native-flow volume of 1.4 million acre-feet. About 400,000 acre-feet of TMDs from the Colorado River Basin and approximately 100,000 acre-feet from the Arkansas, North Platte and Laramie River Basins supplement the water supply in the South Platte Basin. In addition, these basins pump more than 30,000 acre-feet from nontributary groundwater aquifers to supplement supplies. Yet, surface-water diversions in the South Platte Basin average about 4 million acre-feet annually, with groundwater withdrawals totaling an additional annual 500,000 acre-feet on average. The amount of diversion in excess of native-flow highlights the return flow-dependent nature of the basin's hydrology, and the basin-wide efficient use and reuse of water supplies. On average, only 400,000 acre-feet of water leaves the basin.

The Platte River Recovery Implementation Program (PRRIP) and the Upper Colorado River Endangered Fish Recovery Program provide limited ESA coverage for program participants. Participation in these programs protects existing uses and allows continued water development.



Coors Field, home of the Colorado Rockies, in Denver. Photo: G. Malowany.

BLM_0064933



Center pivot irrigation waters the fields at Sakata Family Farms in Brighton. Photo: M. Nager.

**Basin Challenges:** The South Platte Basin is Colorado's most economically diverse basin. Urban sector businesses and industries within the South Platte Basin provide for most of the state's overall economy, and agricultural production is the highest among basins across Colorado. This basin also supports a wide range of ecological systems and important water-dependent ecological and recreational attributes. Thanks to the basin's many environmental features, Coloradans and tourists regularly take advantage of the South Platte's recreational opportunities, including skiing, boating, fishing, and wildlife viewing and hunting. Willing water transfers from the agricultural sector to the M&I sector have proven reliable, although the State views these as unsustainable if the South Platte and the State of Colorado continue to diversify their economy as the population continues to grow. The challenge of preserving the M&I, agricultural, and recreational economies as well as the basin's environmental features makes water management in the South Platte Basin especially complex. Several of the complexities include:

❖ Accounting for 85 percent of total water diversions, agriculture is the dominant water use in the basin. Agricultural transfers, or conversion of agricultural water to M&I uses, will continue to be an important option for meeting future M&I needs, especially in those areas where agricultural land will be urbanized. However, agricultural transfers are likely to have negative effects on rural communities, open spaces, wetlands, and recreation areas that are tied to irrigated lands. Loss of irrigated agricultural lands will negatively affect the local economy and the state's economy, as well as the state's food security.

❖ Competition for additional M&I water supplies is substantial, and in some cases, multiple M&I suppliers have identified the same water supplies as future water sources. Competition increases the costs to M&I customers, and competition for the same water supplies could result in the chance that some M&I suppliers will lack sufficient water in the future.

❖ A substantial amount of the basin's water supply originates in the Colorado River Basin. As such, compliance with the Colorado River Compact, and efforts to avoid a compact curtailment, are critical to the South Platte Basin.

BLM_0064934

❖ Notwithstanding the recent construction of Reuter-Hess Reservoir, the lack of new major water storage in recent decades has led to reliance on non-renewable groundwater in Douglas and Arapahoe Counties. Strong economic and population growth in these counties, coupled with the lack of surface-water supplies, has led to the need to develop renewable surface-water supplies and additional water storage for the south metro area.

❖ Conjunctive use of surface water and alluvial groundwater, as well as use of alluvial aquifers for storage, offer opportunities to expand sustainable water use. Aquifer storage is generally considered to have fewer environmental effects, and water stored in alluvial aquifers is not subject to evaporation losses. Aquifer storage poses control and administrative issues that state agencies and water managers will need to address to ensure that other water rights are not injured.

❖ Water quality will continue to be a challenge as entities divert more water for use and as point and non-point sources discharge to the basin's waters. The salt content of soil and water in the South Platte River Valley, and sedimentation and erosion in parts of the basin, are likely to continue to increase over time, which will negatively affect the ability to use this water for agricultural and M&I purposes. Technological solutions are expensive and non-sustainable because of high energy demands and environmental issues associated with disposal of concentrated treatment residuals.

❖ The South Platte Basin is leading the state in M&I water-use efficiency. Efficient use of the basin's resources through water reuse and conservation is a critical step toward meeting future water needs. Nevertheless, increased M&I water-use efficiency will reduce the quantity of water available for agricultural and ecological practices and other uses, because M&I return-flows will diminish.

❖ The urban environment is an important component of the quality of life for many South Platte Basin residents. Judgments about the value of the urban environment, including both the need to provide water for irrigated landscape and the vital benefits that landscape provides to citizens and the environment, make the discussions about water supply development needs all the more difficult.

❖ The environmental and recreational features within the basin, including amenities such as mountain streams and rivers for fishing and rafting, city green ways, flatwater reservoirs, wetlands, and open space, are all extremely important to Colorado's tourism economy and quality of life for the state's residents.

The joint BIP, completed in partnership with the Metro Basin Roundtable, identifies specific projects and methods needed for meeting the future water needs of the South Platte Basin.

## Republican River Basin

**Basin Description:** The Republican River Basin in Colorado is located on the Northeastern High Plains. The headwaters of the North Fork and South Fork of the Republican River, as well as the Arikaree River, originate in the Northeastern High Plains of Colorado near Wray, Cope, and Seibert, respectively. The Republican River is formed by the confluence of the North Fork of the Republican River and the Arikaree River just north of Haigler, Nebraska, while the South Fork of the Republican joins just southeast of Benkelman, Nebraska. Other major drainages within the Republican River Basin include Frenchman Creek, Beaver Creek, and Red Willow Creek. The Republican River Basin in Colorado encompasses approximately 7,760 square miles, which represents 31 percent of the total Republican River Basin located in Colorado, Nebraska, and Kansas.

The topographic characteristics of the Republican River Basin, which are similar to the High Plains region of the South Platte River Basin, consist mainly of grassland and planted or cultivated land. The Republican River Basin in Colorado is underlain by the High Plains or Ogallala aquifer, which is one of the largest water bodies in the United States, extending from South Dakota to Texas.

BLM_0064935



Arikaree River wetland habitat. The Arikaree is a tributary to the Republican River.

In 2004, the General Assembly established the Republican River Water Conservation District to cooperate with and assist Colorado regarding compact compliance. The Republican River Water Conservation District recently completed the construction of the Republican River Compliance Pipeline to assist in compact compliance.

Administration of surface water in the Republican River Basin is separate from groundwater administration. The water courts have judicial authority regarding surface-water rights, whereas the Colorado Ground Water Commission has regulatory and adjudicatory authority regarding the management and control of designated groundwater. Much of the Republican River Basin lies within the Northern High Plains Groundwater Management District.

**Basin Challenges:** The Republican River Basin will face several key issues and challenges pertaining to water management over the next 40 years. These challenges and issues are as follows:

- Republican River Compact compliance.

- Depletions to the Ogallala Aquifer. These depletions continue to reduce the amount of readily available water supplies for the agricultural economy in the basin. In some cases, this presents feasibility issues related to providing adequate water supplies for crop irrigation or, in some cases, providing no water supply.

- The continuation of detailed coordination and communication among multiple water-rights and administrative authorities, including the Colorado Ground Water Commission, Department of Water Resources, Ground Water Management Division, and Colorado Water Court, among others.

## North Platte River Basin

**Basin Description:** The North Platte River Basin, also known as North Park, is a high-altitude valley covering about 2,000 square miles in north-central Colorado, adjacent to Wyoming. The basin includes all of Jackson County and the small portion of Larimer County that contains the Laramie River watershed.

Both the North Platte and Laramie Rivers flow north into Wyoming, and are subject to use-limitations stemming from Supreme Court decrees. Water use in the basin is dominated by irrigated pastures associated with ranching operations. More than 400 irrigation ditches divert water from the mainstem and the numerous tributary streams throughout the basin. Total irrigated acreage in the basin, based on 2001 estimates, is approximately 116,000 acres. The basin exports a portion of North Platte water to the Front Range via Michigan Ditch and Cameron Pass Ditch which, together, divert about 4,500 acre-feet per year out of the basin. The basin also contains a major wildlife refuge in addition to numerous public lands and the recreational opportunities they offer.

BLM_0064936



North Platte River near
Cowdry. Photo: M. Nager.

BLM_0064937

The Three State Agreement of the PRRIP governs water use in the basin, and water use is tied to endangered species-recovery efforts on the Platte River in Central Nebraska. The agreement employs a "one-bucket concept" for the North Platte Basin of Colorado, which currently limits water use in the basin to depletions associated with the irrigation of up to 134,467 acres, while allowing for flexibility in the type of water use.

**Basin Challenges:** The North Platte River Basin will face several key issues and challenges pertaining to water management over the next 40 years. These include:

- ❖ Maintaining compliance with the equitable apportionment decrees on the North Platte and Laramie Rivers. The decrees quantify the amount of available water and lands that can be irrigated.

- ❖ Increasing economic development and diversification through strategic water use and development.

- ❖ Continuing to restore, maintain, and modernize critical water infrastructure to preserve current uses and increase efficiencies.

- ❖ Gaining knowledge of the basin's consumptive uses and high-altitude crop coefficients.

- ❖ Quantifying and strategically developing available unappropriated waters within the basin.

- ❖ Successfully resolving endangered species issues on the Platte River in Central Nebraska through the PRRIP in a manner that does not put pressure on water users to reduce existing uses.

- ❖ Maintaining healthy rivers through the strategic implementation of projects that meet prioritized nonconsumptive needs.

- ❖ Promoting water-rights protection and management through improved streamflowgauging data.

- ❖ Enhancing forest health and management efforts for wildfire protection and beetle-kill effects.

## Rio Grande Basin

**Basin Description:** The Colorado portion of the Rio Grande drainage basin is located in south-central Colorado and encompasses less than 10 percent of the state's land area, or approximately 7,700 square miles. The San Juan Mountains to the west, the Sangre de Cristo Range to the north and east, the Culebra Range to the southeast, and the Colorado-New Mexico state line to the south define the boundaries of the Rio Grande Basin within Colorado. Between the San Juan Mountains and the Sangre de Cristo Mountains lies the San Luis Valley, a principal feature of the Rio Grande Basin, with an average elevation of 7,500 feet and precipitation of less than eight inches per year.

Basinwide, land is evenly divided between public and private ownership. Nevertheless, most of the land in the San Luis Valley is privately owned. The primary use of more than 600,000 acres of irrigated land is for agricultural purposes in the central portion of the basin, and producers in the valley are the second-largest provider of fresh potatoes in the United States. Non-irrigated areas in the valley are mostly classified as shrubland (24 percent) and grassland (31 percent). The



Sandhill cranes "dancing" in the Rio Grande basin. Monte Vista hosts a crane festival every spring.

BLM_0064938



A potato farm in the San Luis Valley, where agriculture has long been the basis of the economy. Other principal crops grown in the Rio Grande Basin are alfalfa, native hay, barley, wheat, and vegetables like lettuce, spinach and carrots.

San Juan and the Sangre de Cristo Mountain ranges are largely forested. The northern one-third of the basin is considered a "closed basin" and does not contribute any surface-flows to the Rio Grande.

Interstate compacts and international treaties affecting water use in the Rio Grande Basin include the Rio Grande, Colorado, and Tijuana Treaty of 1945 between the U.S. and Mexico; the Rio Grande Compact of 1938; and the Amended Costilla Creek Compact of 1963. In particular, the Rio Grande Compact establishes Colorado's obligations to ensure delivery of water at the New Mexico state line and New Mexico's obligation to ensure delivery of water at Elephant Butte Reservoir, with some allowance for credit and debit accounts. The compact dictates that obligations be calculated based on the amount of flow at indexed stations, which then determine the amount of flow that must be delivered to the downstream states during that year. The Rio Grande Compact established the Rio Grande Compact Commission to administer the terms of the agreement. The commission consists of one representative from each state and a non-voting federal representative.

**Basin Challenges:** The Rio Grande Basin will face several key issues and challenges related to water management and needs over the next 40 years. These include:

- The Rio Grande Compact and the effects of sustained drought make the objective of sustainability difficult.

- Groundwater use for agriculture is currently at unsustainable levels.

- Economic effects of reduced irrigation use based on groundwater supplies will be difficult, but working on community-based solutions offers the best hope of minimizing the effects.

- Residential growth, primarily in the form of second homes and vacation homes (especially in the South Fork area) is creating a need for additional water supplies.

- Groundwater is a key component of water use in the basin for both M&I and agriculture. Groundwater management presents an ongoing challenge.

BLM_0064939

## Basin Implementation Plan Themes

Throughout the BIP process, roundtables engaged in public outreach activities, technical outreach with basin entities, and a series of discussions regarding the priorities and values within the respective basins. While the BIPs outline projects and methods by which water supply needs may be met, they also serve as an up-to-date summary of issues of concern and greater water policy management themes within each basin. The following section presents some of the major themes each draft BIP identified. Chapter 6 discusses in more detail the goals and measurable outcomes each roundtable generated, along with projects and methods they identified. The discussion in this chapter is limited to major themes and points of consideration that guide the work of the roundtables.

### Arkansas Basin

A major emphasis of the Arkansas Basin Roundtable was a public outreach program that aspired to reach all corners of the basin. The roundtable held a series of public meetings and provided information about Colorado's Water Plan and the BIP process. In addition to these public meetings, the annual Arkansas River Basin Water Forum served as a point for receiving major input into the BIP. [2]

> **"** The roundtable first identified 'the interdependence of all water usage types,' recognizing the connections among agricultural use, environmental and recreational uses, and the effects of M&I supplies. **"**

The roundtable identified several important points of consideration that underpin the BIP document. These points represent the major challenges and opportunities the roundtable faces in planning for the water supply future of the Arkansas basin. The roundtable first identified "the interdependence of all water usage types," recognizing the connections among agricultural use, environmental and recreational uses, and the effects of M&I supplies. [3] As an importing and exporting basin, the roundtable faces complex hydrology, and faces the complicated administration of water the *Kansas v. Colorado* lawsuit mandated. Moving forward, declining levels of groundwater, in addition to the demand for augmentation water, will represent a major challenge to basin users. [4]

Recognizing the variety of needs and capacities of water providers and municipalities, the BIP process

has also continued robust discussions regarding conservation within the basin. On the heels of a year in which Colorado saw record wildfires, drought, and floods, the roundtable also formed the Watershed Health Working Group, which brought together stakeholders to discuss the ways in which agencies and affected parties can collaborate before, during, and after such natural disasters. [5]

During the public outreach process, the roundtable solicited input forms to gather basin residents' ideas and concepts related to projects or methods. [6] As part of the roundtable's organization of basin needs, projects, and methods, the roundtable created a comprehensive database. Projects that met a basin need were categorized within the database as follows:

- All Input List
- Preliminary Needs List
- Master Needs List
- IPP List

The All Input List is the most comprehensive, and includes the Preliminary Needs, Master Needs, and IPP Lists. The IPP List is the most narrow, with a more rigorous definition of IPP as the CWCB defines it in the SWSI. [7] The roundtable also commissioned the creation of a Simplified Water Allocation Model, which demonstrates at a large scale water availability and potential future shortages, with an eye toward future demands. [8] The creation of the project database, and this high-level model, are useful tools for future planning efforts in the basin, as well as for the roundtable's evaluation of projects and methods.

The Arkansas BIP is available here. [9]

### Colorado Basin

In the creation of the BIP, the Colorado Basin Roundtable looked within the basin's boundaries to enumerate the projects and processes by which stakeholders plan to meet future water needs. The roundtable conducted interviews with water providers and provided information about identified projects or methods. [10] This process resulted in a comprehensive list of ongoing and planned efforts within the basin—the first aggregation of its kind. The roundtable organized projects and methods, as well as overarching concerns and challenges, by subregion within the BIP.

BLM_0064940

The roundtable also articulated a set of prevailing basin themes that reflect the concerns of basin stakeholders and roundtable members. Within the Colorado Basin, a major concern is the development of a new transmountain diversion (TMD), beyond the diversions the Colorado River Cooperative Agreement addresses.[11] Concerns regarding the Colorado River Compact, as well as issues regarding environmental health within the mainstem and tributaries, drive this theme. The BIP identifies the relationship among various water uses, and the potential negative effects to uses resulting from overdevelopment of the river.

> **"**Within the Colorado Basin, a major concern is the development of a new transmountain diversion, beyond the diversions the Colorado River Cooperative Agreement addresses. Concerns regarding the Colorado River Compact, as well as issues regarding environmental health within the mainstem and tributaries, drive this theme.**"**

As a result of the public input process and roundtable discussion, the roundtable identified six themes representing the overarching messages of basin stakeholders. The themes are as follows:

1. Protect and restore healthy streams, rivers, lakes, and riparian areas.

2. Sustain agriculture.

3. Secure safe drinking water.

4. Develop local water-conscious land-use strategies.

5. Assure dependable basin administration.

6. Encourage a high level of basinwide conservation.[12]

Within each theme, the roundtable identified potential actions and strategies to address these areas. For example, the roundtable suggested a Stream Management Plan as a path toward achieving the first theme, and identified major water rights, such as the Shoshone Hydroelectric Plant, as crucial to meeting the fifth theme.[13]

The BIP was divided into several sections that each focused on a different subregion within the greater basin. Within each subregion, the roundtable identified concerns and challenges within the greater context of the basinwide themes. Roundtable members took a closer look at identified projects and methods within the subregions, including identifying a few representative "Regional Top Projects" that meet basin themes and the criteria the subregion stakeholders proposed.[14] The roundtable examined in more detail these top projects, and developed project information sheets about project proponents and the basin needs these projects and methods seek to meet.[15] Looking forward, roundtable members have identified several future actions. These include supporting the implementation of stream management plans basinwide, and a modeling effort to gain greater understanding of potential larger-scale hydrologic effects on the basin.

The Colorado BIP is available here.[16]

## Gunnison Basin

The Gunnison Basin Roundtable began with one primary goal: "Protect existing water uses in the Gunnison Basin."[17] From this foundation, the roundtable established eight additional complementary goals and six statewide principles.[18] The roundtable completed targeted, technical-outreach activities throughout the basin, with the goal of identifying ongoing and planned projects and methods. Additionally, the roundtable built upon previous public outreach and education efforts, ensuring that the established goals and principles reflected the concerns of basin citizens and stakeholders.

The roundtable selected projects and methods by highlighting those that met or reflected the concerns and priorities of basin goals, and further sorted them according to their implementation schedule. The roundtable then identified those that were "likely feasible by 2025" and represented an "excellent job of meeting basin goals," and classified them as Tier 1 projects.[19] These projects and methods are intended to provide solutions to basin water needs as enumerated within the BIP, and include agricultural shortages, M&I needs, and environmental and recreational needs.

> **"**...the roundtable built upon previous public outreach and education efforts, ensuring that the established goals and principles reflected the concerns of basin citizens and stakeholders.**"**

BLM_0064941

For the benefit of other roundtables and Colorado's Water Plan, the BIP identifies statewide principles that communicate the roundtable's position on interbasin issues in Colorado. As part of the Colorado River system, the statewide principles include a few points regarding the development of water supply from that system. The Gunnison Basin Roundtable primarily emphasizes the variability of Colorado River supply, as well as the importance of the prior appropriation system to protecting existing uses from adverse effects.[20] Additionally, the statewide principles advocate for local solutions to water needs and the equitable application of conservation strategies.[21]

The Gunnison BIP also includes several basin evaluations of hydrologic modeling and mapping of potential projects and methods, as well case studies in water management.[22] The modeling exercise aided an assessment of water availability under current hydrology and legal administration. The major emphasis of this BIP is the identification of projects and methods, and the relationships among these proposed projects and basin goals. To that end, the roundtable recommends a path to implementation that takes into consideration "securing project acceptance and demonstrating project feasibility."[23]

The Gunnison BIP is available here.[24]

### North Platte Basin

The North Platte Basin Roundtable identified eight basin goals, which reflected the basin's unique water management challenges and values. The projects and methods this roundtable identified must operate within two major legal frameworks as expressed in the basin goals: "Maintain and maximize the consumptive use of water permitted in the Equitable Apportionment Decree and the baseline depletion allowance of the Three State Agreement."[25] Within these boundaries, the roundtable identified further goals, and ongoing public outreach and education efforts helped to further inform those goals.

> ❝ ...the roundtable recognizes the benefits that agricultural uses provide to environmental and recreational attributes, such as healthy rivers and wetlands. ❞

Of primary importance in the North Platte BIP is the maintenance of agricultural uses within the basin.

Basin goals reflect this concern, as they identify the need to strategically develop water while maintaining and upgrading existing critical infrastructure. Additionally, the roundtable recognizes the benefits that agricultural uses provide to environmental and recreational attributes, such as healthy rivers and wetlands.[26] The BIP also articulates statewide issues, advocating for the management of forest health through wildfire and beetle-kill efforts, as well as the "equitable statewide application of municipal water conservation."[27]

The North Platte Basin Roundtable also used hydrologic modeling and mapping to provide a technical assessment of the effect of projects and methods within the greater basin. Through these basin evaluations, roundtable members were able to gauge the feasibility of particular identified projects and methods, and identify situations in which the implementation of multiple projects or methods would present a challenge.[28]

The North Platte Basin Roundtable chose to address its basin goals through the identification of projects and methods that meet identified needs and concerns. In its analysis of projects, the roundtable determines which specific basin goals each project may address, and generally outlines potential challenges to implementation. The roundtable also provides a list of planned environmental and recreational projects, which address specific attributes the roundtable has identified as important to basin citizens and stakeholders.

The North Platte BIP is available here.[29]

### Rio Grande Basin

The Rio Grande Basin Implementation Plan provides an in-depth look at the basin's issues and proposed solutions, beginning with a comprehensive overview of the basin itself. The plan discusses processes for Colorado's Water Plan and the Basin Water Plan, with an explanation of the Rio Grande Basin's unique challenges and subcommittee approach to BIP development. The overview includes an analysis of factors that affect water management, including geography, the history of development, and legal frameworks, such as the Rio Grande Compact and the administration of water rights.[30] This overview provides a backdrop for the parts of the plan to follow, and describes the landscape in which the plan intends to establish solutions for water management challenges.

BLM_0064942

**"** Modeling-efforts and scenario-planning support the goals and their accompanying measurable outcomes, with the vision of preventing 'harm to existing water rights while maximizing Colorado's entitlement under the Rio Grande and Costilla Creek compacts.' **"**

The plan defines goals and measurable outcomes, which the roundtable's public outreach process and discussions at the roundtable level helped inform. The goals seek to address the basin's key attributes, which are defined as "a resilient agricultural economy, watershed and ecosystem health, sustainable groundwater resources, the encouragement of projects with multiple benefits, and the preservation of recreational activities."[31] Modeling efforts and scenario planning support the goals and their accompanying measurable outcomes, with the vision of preventing "harm to existing water rights while maximizing Colorado's entitlement under the Rio Grande and Costilla Creek compacts."[32] The plan further explores the goals by identifying the particular water needs each goal meets, whether goals are related to agricultural, M&I, environmental and recreational, or water administration needs.[33] The plan discusses the needs, analyzes how these needs interrelate, and looks to the future of each sector.

After setting the stage with the basin overview and the goals, the plan explores solutions. It examines the projects and methods and compares them to the list of basin goals. It then selects for review certain projects that meet multiple basin goals, and summarizes them in a project fact sheet.[34] The fact sheet provides a closer look at the project, supplying information such as project proponent, estimated budget, and an indication of which basin goals the project meets. The plan also provides an estimate of funding needs for these identified projects and includes a list of projects that meet environmental and recreational information gaps, paving the way for more-informed project identification in the future.[35]

After project and method identification, the plan examines the means by which implementation may be possible. First, the plan summarizes the roundtable's outreach and educational efforts, and includes a plan for future efforts. Then, it discusses strategies for implementation.[36] These strategies include stakeholder involvement, future modeling improvements, and cooperative in-basin water management efforts.[37] The

roundtable intends for the Rio Grande Plan to remain a living document, and will provide updates and additions that offer meaningful input into the basin's water management future.

The Rio Grande BIP is available here.[38]

## South Platte Basin and Metro Basin

Recognizing the common geography and pertinent issues shared by the South Platte and Metro Basin areas, these two roundtables chose to work together on a BIP. In preparing the BIP, both roundtables sought to provide a reference for other basin roundtables, as well as stakeholders statewide, regarding the challenges and opportunities present in the South Platte Basin. Facing future challenges related to population growth, a wide variety of water needs, and numerous constraints, the roundtables plan to find solutions balancing these hurdles. The roundtables identified the following challenges for the water supply future: Limited native supply, groundwater and aquifer administration and management, interstate water commitments, project-permitting concerns, environmental and recreational values, and water quality issues.[39]

With this host of challenges, the roundtables recognized that they must carefully craft and select solutions that maximize benefits and use. To that end, the roundtables have identified three major assessment guidelines:

1. Minimize adverse impacts to agricultural economies.

2. Develop new, multipurpose projects that either offset transfers from agricultural uses or provide additional water to reduce current agricultural shortages.

3. Proactively identify and implement methods to protect and enhance environmental and recreational water uses.[40]

Additionally, in preparing for future needs, the roundtables have incorporated the "four legs of the stool" approach the IBCC posed. This approach consists of conservation and reuse, IPPs, agricultural transfers, and new Colorado River supplies.[41] Specifically, the BIP lists 11 implementation strategies. These strategies mostly follow the "four legs of the stool" discussion, with a focus on maximum implementation of IPPs, as well as the advancement of conservation and reuse efforts.[42] Other strategies address the maximization of

BLM_0064943

native-basin supplies while using alternative-transfer methods to minimize traditional buy-and-dry of agricultural lands for municipal supply.[43] Regarding transmountain diversions, the roundtable advocates the following action: "Simultaneously advance the consideration and preservation of new Colorado River supply options."[44]

> **❞** ...in preparing for future needs, the roundtables have incorporated the 'four legs of the stool' approach the IBCC posed. This approach consists of conservation and reuse, IPPs, agricultural transfers, and new Colorado River supplies. **❞**

The roundtables believe that this suite of strategies is the best approach to meet the basin's varied needs while addressing the identified challenges. Looking to the future, the roundtables evaluated three representative portfolios, each portraying a different vision of future South Platte/Metro supply and demand, in order to demonstrate the challenges inherent in meeting future needs while maintaining basin values.[45] The roundtable also identified conceptual projects for which there are no current project proponents; the roundtable members believe these conceptual projects offer a good demonstration of the intent of the basin implementation strategies.

The South Platte BIP is available here.[46]

## Southwest Basin

Through the BIP process, the Southwest Basin Roundtable sought to address the basin's many complexities, including the existence of nine sub-basins, various compacts and treaties, and the disparate interests of stakeholders within that corner of Colorado.[47] Agricultural, M&I, environmental, and recreational needs all play a role in the Southwest Colorado landscape, and the roundtable seeks to address them with equal attention throughout the BIP process.

The Southwest Basin Roundtable has expressed concern regarding new development of the Colorado River system as part of a new transmountain diversion.[48] Compact concerns, as well as potential future needs within the Southwest Basin itself, underpin the development issue. To that end, the roundtable has set forth eight factors to consider before development occurs, as well as communicates

a commitment to remain involved in statewide discussions on the matter. Interwoven with these transmountain diversion policies is a commitment to higher levels of conservation for water providers receiving any new diversion.[49]

> **❞** The BIP specifies that 'the roundtable encourage and support creative solutions sought through collaborative efforts' regarding federal policies and actions, as well as tribal water rights... **❞**

The roundtable also identifies interaction between state and federal entities as a key concern and opportunity. The BIP specifies that "the roundtable encourage and support creative solutions sought through collaborative efforts" regarding federal policies and actions, as well as tribal water rights.[50] Recognizing the importance of environmental and recreational attributes within the basin, the roundtable has emphasized a greater understanding of the water needs toward maintaining these values, and identified two methods for addressing the need for data and assessment.[51]

The Southwest Basin Roundtable undertook an ambitious public outreach process to solicit input from basin stakeholders. Resulting from this public outreach and roundtable discussions, the Southwest Basin Roundtable adopted 21 goals and 30 measurable outcomes[52] and took an aggressive approach to listing newly identified projects and processes. It identified 80 new projects and methods, bringing the total list of IPPs for all sub-basins to about 160 proposals geared toward meeting future water needs.[53]

The Southwest BIP is available here.[54]

## Yampa/White/Green Basin

The Yampa/White/Green Basin Roundtable views the BIP process as an opportunity to articulate stakeholder viewpoints from northwest Colorado, and to inform ongoing statewide discussions and Colorado's Water Plan process.[55] To that end, the roundtable encourages dialogue at the roundtable level and, in the public outreach process, set a vision for the basin moving forward. This basin vision includes an assessment of meeting in-basin future needs at the M&I, agricultural, and environmental and recreational levels. The roundtable also examines the Yampa/White/Green Basin's role within Colorado and establishes statements of policy on interbasin and interstate concerns.

Of key concern to the roundtable is the basin's role in

BLM_0064944

the Colorado River system. The roundtable emphasizes the role of the Colorado River Compact and the competing needs of "downstream states, the needs of the urbanized eastern slope of Colorado, and its own in-basin needs."[56] As such, the roundtable advocates for an "equitable allocation of native flow in the Yampa, White, and Green Rivers to meet existing and future in-basin water demands, including PBO depletion allowances."[57] Chapter 8 of this plan discusses this concept in more detail.

> ❚❚ The primary goal of the roundtable is to ensure the 'maintenance and protection of historical use in the Yampa/White/Green Basin as well as the protection of water supplies for future in-basin demands.' ❚❚

The primary goal of the roundtable is to ensure the "maintenance and protection of historical use in the Yampa/White/Green Basin as well as the protection of water supplies for future in-basin demands."[58] To that end, the roundtable members identified eight primary basin goals.[59] Within those goals, the roundtable seeks to address potential shortages and improve the current infrastructure, with an emphasis on water quality and nonconsumptive uses.[60]

The roundtable integrated ongoing studies into the BIP process, and used its 2014 Projects and Methods Study to analyze potential water supply solutions under various hydrologic scenarios. The study and the BIP outreach process resulted in the creation of a list of potential projects and methods within the basin, as well as an analysis of water availability, including implementation of identified projects and processes and their effects on nonconsumptive values.[61] Moving forward, the roundtable will continue to refine ongoing studies, seek additional projects and methods, and continue outreach and education efforts it initiated within the basin.[62]

The Yampa/White/Green BIP is available here.[63]

## Conclusion

As this brief overview demonstrates, each basin features its own remarkable opportunities as well as its own distinct challenges that make planning for Colorado's water future difficult. Solutions will affect not only one basin, but basins throughout Colorado. Although unique issues and concerns characterize each area, Colorado's water future connects every region statewide. Every basin grapples with drought, interstate compacts and agreements, growing populations, important environmental and recreational values, and sustainable agriculture. Due to the fact that there are so many shared interests across the state, all stakeholders must continue working together to collectively solve Colorado's water supply gaps, so that the Colorado we all value can continue to flourish.

BLM_0064945



The Colorado River, flowing
just south of Byers Canyon.
Photo: M. Nager.

BLM_0064946



A LOOK AT HISTORY

1877 historic drainage [basin] map of Colorado.

source: Justice Gregory Hobbs' personal collection.

BLM_0064947

1   C.R.S. § 37-69-101 et seq., Arkansas River Compact.

2   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). http://www.arkansasbasin.com/arkansas-bip.html.

3   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

4   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). .

5   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

6   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

7   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

8   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

9   CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

10  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 1. http://coloradobip.sgm-inc.com/.

11  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015).

12  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015)  3-5.

13  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015).

14  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 125.

15  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 125

16  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015).

17  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015) Executive Summary.  https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin.

18  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

19  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

20  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

21  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

22  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

23  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

24  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015).

25  Wilson Water Group, *North Platte Basin Implementation Plan* (Denver: Wilson Water Group, 2014), 2.

26  Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014),

27  Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014),

28  Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014),

29  Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014),

30  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 121. http://www.riograndewaterplan.com/.

31  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 121.

32  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015).

33  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015).

34  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 252.

35  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 277.

36  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 292.

37  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 292.

38  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015).

39  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015), Executive Summary. http://southplattebasin.com/.

40  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015).

41  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015).

42  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015).

43  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015).

44  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015).

45  HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015). 5-15.

46  HDR, WestSage Water Consultants, South Platte Basin Implementation Plan (Denver: HDR, West Sage Water Consultants, 2015). .

47  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015). https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin.

48  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

49  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

50  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

51  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

52  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

53  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

54  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015).

55  AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin.

56  AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.

57  AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.

58  AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.

59  AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary. 1-7.

BLM_0064948

[60] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.
[61] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.
[62] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.
[63] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015). Executive Summary.

BLM_0064949

# Water Supply

Chapter 4 examines Colorado's water supply. Our state's water supply consists of both surface water and groundwater sources, and these supplies are dependent upon complex interactions among geography, weather, and laws and regulations—all of which influence how much water is available for beneficial uses. In Colorado, groundwater accounts for approximately 17 percent of water use, while surface water supplies the remaining 83 percent. Colorado's river and streamflows are highly variable, both seasonally and annually, and provide surface water and replenish alluvial groundwater supplies.

The quality of surface water and groundwater also influences the amount available for different types of uses. As Chapter 2 describes, the use of groundwater and surface water is subject to different management institutions.

BLM_0064950



Maroon Bells snowpack reflected in Maroon Lake. The Bells are the most photographed mountains in the country.

BLM_0064951

## The Waters of Colorado

Colorado's geography is diverse, with terrain that ranges from the low-lying plains of Holly at 3,392 feet, to the high peak of Mt. Elbert; at 14,440 feet, Mt. Elbert is the highest peak in the contiguous Rocky Mountain states. The entire state of Colorado resides above 3,300 feet, with a mean elevation of 6,800 feet, the highest of any state.[1] This variability influences precipitation amounts and patterns across the state.

Many major rivers originate in the high Rocky Mountains, and collectively account for 70 percent of Colorado's surface water. These rivers flow east, west, north, and south from Colorado's mountains and plains out of the state, through 18 downstream states and Mexico, and into the Gulf of Mexico or the Pacific Ocean. Four major river systems begin in Colorado: the Arkansas, the Colorado, the Platte, and the Rio Grande.[2]

Colorado has eight primary river basins that span the state: South Platte; North Platte; Arkansas; Rio Grande; Gunnison; Colorado; the Northwest Basin, which includes the Yampa, White, and Green Rivers; and the Southwest Basin, which comprises the Dolores, San Juan, and San Miguel Rivers. The Republican River also begins in Colorado. These basins are dependent on winter snowpack and spring runoff to replenish and sustain their flow which, on average, produce approximately 15 million acre-feet of water annually. Of that, our state consumes roughly 5 million acre-feet, and approximately 10 million acre-feet flows out of Colorado to neighboring states.

The western side of the Continental Divide contains 70 percent of the surface water and 11 percent of the population.[3] The eastern side of the Continental Divide consumes 70 percent of the state's water. [4] As a result, many reservoirs on the western slope serve communities and demands along the Front Range and eastern plains.[a] Water managers rely on networks



| FIGURE 4-1 | PRINCIPAL AQUIFERS AND STRUCTURAL BASINS OF COLORADO |

[a] The western slope includes the Gunnison, Colorado, Yampa/White/Green River basins, and the basin of the Southwest, composed of the Dolores, San Juan, and San Miguel Rivers. The Rio Grande, North and South Platte, Arkansas, and Republican River basins are included in the calculations for the eastern slope. If the Rio Grande Basin is included in the western slope, then western slope water increases closer to 80 percent, which is the figure traditionally used. Nevertheless, since the Rio Grande is not truly west of the Continental Divide, 70 percent is a more accurate figure.

BLM_0064952

of reservoirs, pumps, tunnels, and ditches to store and move water and to meet demands at peak times. They also must comply with relevant environmental mitigation requirements to maintain ecosystem health. Demand management strategies can help alleviate stress on the system under both normal operating conditions and during shortages, as Chapter 6.3 discusses.

Groundwater plays a major role in the statewide water supply. Nineteen of Colorado's 64 counties and about 20 percent of the state's population rely heavily on groundwater.[5] Most of the groundwater use occurs in the eastern part of the state and in the Rio Grande Basin. The western slope has not developed groundwater to the same extent.

Groundwater resources exist throughout the state in alluvial, sedimentary, and crystalline rock aquifers (Figure 4-1).[6] Alluvial aquifers occur along many of the state's streams and are usually tributary to the stream, in which case the groundwater is administered as part of the stream system. Alluvial aquifers in designated groundwater basins are an exception, and fall under the management and control of the Colorado Ground Water Commission. Designated groundwater basins include eight areas in the eastern part of the state that rely primarily on groundwater, having minimal to no surface water supplies (Figure 4-2). Sedimentary aquifers occur throughout the state, and include multi-aquifer systems such as the Denver Basin and Dakota-Cheyenne aquifers. Crystalline rock aquifers are found in most of the foothills and mountainous areas of the state. Primarily recharged by snowmelt into fractures in the rock, these aquifers have a low storage capability and are usually limited to domestic use.

Groundwater aquifers offer benefits through their natural infrastructure and their protection from evaporation. Nevertheless, relying on groundwater as a primary supply may be challenging due to uncertain and varied natural recharge rates. In some aquifers, such as those in the Denver Basin, the natural recharge rate is very low compared to extraction rates, so groundwater is considered a nonrenewable resource.

Both alluvial and bedrock aquifers offer potentially significant groundwater storage capability. The total, potentially available capacity statewide is approximately 10 million acre-feet of alluvial aquifer storage and more than 150 million acre-feet of bedrock aquifer storage. Many potential storage sites, however, are located far away from significant recharge water sources, and only



**FIGURE 4-2**   DESIGNATED GROUNDWATER[5]

a few applications of managed groundwater storage exist in Colorado; most are located in the Denver Basin aquifers. Colorado developed rules allowing for recharge and long-term storage in the nontributary Denver Basin aquifers, but there are currently no comparable rules for storage in alluvial aquifers. The State differentiates groundwater recharge for augmentation purposes from groundwater recharge for storage purposes. Recharge in shallower, unconfined alluvial aquifers is physically easier than in the deeper-confined bedrock aquifers. In contrast to recharge for augmentation, storage in alluvial aquifers may be more difficult to manage—and potentially more short-term—because of the transient nature of groundwater flow in tributary alluvial aquifers. While groundwater storage has its advantages, such as lack of evaporation, it also has its challenges, including slow recharge rates and challenges associated with controlling the recharged water, retrieving the water, and delivering the water to the customer.

BLM_0064953

## Variability in Water Supplies

Precipitation varies in both amount and distribution across the state, and elevation and the orientation of the mountains and valleys influences it (Figure 4-3). While some regions of the state, such as the San Luis Valley, receive just seven inches of precipitation annually, other regions, such as Wolf Creek Pass, experience an annual average of more than 60 inches of precipitation. Overall, Colorado receives an average of 17 inches of precipitation each year. In general, the mountains receive more precipitation than the eastern plains, and winters are typically wetter than summers. Despite high precipitation during the winter months, demand for water is highest during the summer season and in the growing season.[7]

Our state's variable precipitation patterns have resulted in considerable hydrologic fluctuation, and floods and drought are possible within the same year. In 2011 and 2013, Colorado experienced both extreme flooding and severe droughts during the same periods. These variations from basin to basin may differ by thousands of acre-feet. Furthermore, basin streamflow is not equally distributed across the state, so a low flow in one basin may be greater than a high flow in another, as is the case with the Colorado River and the Southwestern Basins (Figure 4-5).



**FIGURE 4-4    HYDROLOGIC CLASSIFICATION CRITERIA**

Drought (much below normal) 0.00 - 0.05
Flood (much above normal) 0.95 - 1.00
Dry 0.06 - 0.24
Average (normal) 0.25 - 0.75
Wet 0.76 - 0.94

Percentile range used to define drought, dry, average, wet, and flood conditions.

For the purposes of this plan, hydrologic classifications are assigned based on percentile ranking: drought, dry, average, wet, and flood (Figure 4-4). Drought and dry periods have substantial and lasting effects on water supplies and availability for years, while wet years offer relief with as much as six times the amount of annual water supplies compared to dry years (e.g. lower South Platte). Both extremes can affect water supplies and availability throughout the state for years (Figure 4-5). They also have other consequences, such as wildfires and negative economic effects.

For example, in 2002, the driest single year on record, Colorado suffered several severe wildfires. The largest of these fires, the Hayman Fire, raised levels of nitrate and turbidity in the burn area's streams—and those levels remained elevated for five years afterward.[8] Then in 2013, the West Fork Complex Fire damaged watersheds and diminished water quality in the Rio Grande Basin. Substantial hillside and stream erosion resulted from such events. Increased levels of debris in reservoirs affect not only water quality, but also water supply and treatment infrastructure operations.[9]

The CWCB coordinated field data and assisted in the development of reports on the substantial hillside and stream erosion that takes place following medium- and high-intensity wildfires.[10]

Wildfires can affect Colorado's economy and may cost the State millions of dollars in response and recovery efforts alone. They may also affect water providers' budgets. The 1996 Buffalo Creek and 2002 Hayman Fires cost Denver Water $20 million in wildfire-related dredging and maintenance at the Strontia Springs Reservoir, without complete resolution of the problem.[11] In 2012, another year of statewide drought, Colorado Springs Utilities and the City of Fort Collins incurred costs from separate wildfires in the watersheds that supply their municipal water. These naturally occurring events can greatly affect the amount of water supplies that are available for use.

**FIGURE 4-3    AVERAGE PRECIPITATION IN COLORADO (INCHES) 1981-2010**



PPT (in)
<9
9 - 11
11 - 13
13 - 15
15 - 17
17 - 19
19 - 24
24 - 30
30 - 36
36 - 42
42 - 48
48 - 54
>54

Copyright © 2011, PRISM Climate Group, Oregon State University, http://prism.oregonstate.edu

BLM_0064954



**FIGURE 4-5** ANNUAL FLOW VALUES FOR VARYING CONDITIONS AT SELECT GAGES (ACRE-FEET PER YEAR)

**Annual flow values** for drought, dry, average, wet, and flood conditions for 10 locations across the state. This graphic illustrates the variability that exists both within basins and between basins of the state, and shows the uppermost threshold of the percentile range for each of the selected gages. As this was an independent analysis, values may differ slightly from volumes the individual basin implementation plans reported.

Aside from the effects of wildfire, drought and its associated decreased water availability can also have substantial fiscal effects. Colorado State University estimates that in 2012, lost revenues due to the drought in the agricultural sector alone exceeded $409 million statewide.[12] Factoring-in secondary and tertiary economic effects to local communities, the loss increases to $726 million statewide.[13] Drought can also negatively influence air quality, water delivery infrastructure, wildlife, the environment, recreation, and tourism. Drought is unique in that it can last for weeks, months, or years, and the longer a drought persists, the larger its effect. For instance, a municipality may be able to weather a single-year drought by using reservoir storage and drought response measures, but if the storage is not replenished, subsequent years become increasingly more difficult to manage. The same is true in the agricultural sector; ranchers forced to cull herds in response to drought may need decades to recover their stock, or may never recover at all. Both the Rio Grande and Arkansas Basins have been dry most of the past decade, with only three above-average precipitation years since 2000.[14] The Colorado River Basin has experienced the driest 14-year period since 1963, with above-average flows in only three of the last 14 years.[15]

On the other end of the variability spectrum are floods: Too much moisture can result in overflowing

BLM_0064955



**FIGURE 4-6** AVERAGE MONTHLY FLOWS BY HYDROLOGIC CLASSIFICATION

**Figure 4-6** uses the same hydrologic classifications as Figure 4-5, but shows average monthly flow volumes on the Colorado River at Dotsero to illustrate the wide variance that can exist among classifications, especially during the runoff season.

reservoirs and extensive damage. In fall 2013, widespread flooding occurred in some regions of the state after as many as 19 inches of rain fell in a few days. For these areas, the events were equivalent to nearly a full year of precipitation. As many as 88 weather stations exceeded 24-hour precipitation records, and the hardest hit areas received more than 600 percent of average precipitation for the month.[16] Water inundated entire communities.

The September 2013 floods resulted in loss of life, power, homes, businesses, and roads. Initial estimates of economic losses have reached $2.9 billion.[17] These events caused Halligan Reservoir to rise 30 feet, capturing nearly 6,000 acre-feet of water in just over 24 hours. Halligan Reservoir transformed from a nearly-empty vessel in a matter of days. Unfortunately, flows were so high that many storage facilities lost the infrastructure necessary to store the excess water.

Floods not only cause community damage; they also affect agricultural operations and water supply because of damaged delivery systems. Flooding events can leave water supply infrastructure, such as diversions and headgates, completely disconnected from their historical source of water. These effects may take weeks, months, or years to fully repair, and some damage may be too great to ever repair economically.

BLM_0064956



**FIGURE 4-7** | WET- AND DRY-YEAR FLOWS AT SELECT GAGES

**STATEWIDE**
*Summary of Observed Wet-and-Dry Surface Water Hydrology*

## Uncertainties Affecting Supply

In addition to the high hydrologic variability we face as a state, climate change and dust-on-snow events present additional complexities and uncertainties that affect water supply. In recent decades, Colorado has experienced warming and will likely continue to do so in the future. Across the state, average yearly temperature has increased by 2°F in the last 30 years, and by 2.5°F in the last 50 years. This increase affects

the timing of snowmelt and peak runoff, which now occur earlier, and there is an increase in heat waves and wildfires. Climate projections show Colorado warming by an additional 2.5°F to 5°F by mid-century, with temperatures in summer increasing more than those in winter. While projections are less clear about whether precipitation will increase or decrease, warming temperatures that drive physical processes, such as evapotranspiration, will result in an earlier

BLM_0064957

| TABLE 4-1 | SUMMARY OF PROJECTED CLIMATE CHANGES AND POTENTIAL EFFECTS ON COLORADO'S WATER RESOURCES[18] | |
|---|---|---|
| ELEMENT | PROJECTED CHANGES AND POTENTIAL EFFECTS | STUDIES THAT HAVE ASSESSED THIS VULNERABILITY FOR COLORADO |
| Overall Surface-Water Supply | Most projections of future hydrology for Colorado's river basins show decreasing annual runoff and less overall water supply, but some projections show increasing runoff. Warming temperatures could continue the recent trend toward earlier peak runoff and lower late-summer flows. | Colorado Water Conservation Board (CWCB) (2012); Bureau of Reclamation (BOR) (2012); Woodbury et al. (2012) |
| Water Infrastructure Operations | Changes in the snowpack and in streamflow timing could affect reservoir operations, including flood control and storage. Changes in the timing and magnitude of runoff could affect the functioning of diversion, storage, and conveyance structures. | CWCB (2012); BOR (2012) |
| Crop Water Demand, Outdoor Urban Watering | Warming temperatures could increase the loss of water from plants and soil, lengthen growing seasons, and increase overall water demand. | CWCB (2012); BOR (2012) |
| Legal Water Systems | Earlier and/or lower runoff could complicate administration of water rights and interstate water compacts, and could affect which rights-holders receive water. | CWCB (2012) |
| Water Quality | Warmer water temperatures could cause many indicators of water quality to decline. Lower streamflows could lead to increasing concentrations of pollutants. | Environmental Protection Agency (EPA) (2013) |
| Groundwater Resources | Groundwater demand for agricultural use could increase with warmer temperatures. Changes in precipitation could affect groundwater recharge rates. | |
| Energy Demand and Operations Costs | Warmer temperatures could place higher demands on hydropower facilities for peaking power in summer. Warmer lake and stream temperatures, and earlier runoff, could affect water use for cooling-power plants and in other industries. | Mackenick et al. (2012) |
| Forest Disturbances in Headwaters Region | Warmer temperatures could increase the frequency and severity of wildfire, and make trees more vulnerable to insect infestation. Both have implications for water quality and watershed health. | |
| Riparian Habitats and Fisheries | Warmer stream temperatures could have direct and indirect effects on aquatic ecosystems, including the spread of non-native species and diseases to higher elevations. Changes in streamflow timing could also affect riparian ecosystems. | Rieman and Isaak (2010) |
| Water- and Snow-based Recreation | Earlier streamflow timing could affect rafting and fishing. Changes in reservoir storage could affect recreation on-site and downstream. Declining snowpacks could affect winter mountain recreation and tourism. | BOR (2012); Battaglin et al. (2011); Lazar and Williams (2008) |

runoff, a longer irrigation season, and a decrease in annual streamflow—especially in the state's southern basins. Even moderate increases in precipitation will not be sufficient to overcome the drying signal. All of these changes are likely to substantially affect water available for beneficial use in Colorado in the coming decades. Table 4-1 illustrates the potential water-related effects of climate change in different areas and sectors, while Table 4-2 highlights projected effects of increased temperatures on a wide array of indicators, as the 2014 Climate Change in Colorado Report describes.

Colorado is accustomed to dealing with variability and drought over the last 150 years, yet tree ring-reconstructed streamflows indicate that the state has endured longer-lasting and more severe droughts than we have seen in our relatively brief, observed record. In fact, the 20th century is unique in that during that time,

Colorado experienced two prolonged wet periods and no multi-decadal droughts.[20] Figure 4-8 shows multiple droughts (shaded highlights) that exceed the intensity and duration of the state's observed record.

As Section 6.1 describes, the scenarios the IBCC developed will help the State prepare for whatever may unfold in the future. Three scenarios have a climate different from what was observed during the 20th century, including two scenarios that experience "hot and dry" conditions, and one that features a hydrology and climate described as "between 20th century-observed and hot and dry." Figure 4-9 (page 4-11) illustrates where these scenarios fall in comparison to the current climate, or the 20th century-observed climate.

BLM_0064958

| TABLE 4-2 | PROJECTED CLIMATE AND HYDROLOGY CHANGES[19] |
|---|---|
| **INDICATOR** | **EFFECT OF CLIMATE CHANGE** |
| Annual Streamflow | Decreases in most of the climate projections |
| Peak Runoff Timing | Earlier in all projections |
| Crop Water Use | Increases |
| April 1 Snowpack | Decreases in most projections |
| Palmer Drought Severity Index | More drought |
| Heat Waves | More frequent |
| Cold Waves | Less frequent |
| Frost-Free Season | Longer |

Having quantitatively defined the scenarios, the CWCB's technical team used the data to determine the effects on streamflow. Figure 4-10 (Page 4-13) illustrates projected depleted flows for the year 2050 in acre-feet per year at 11 different sites around the state. In some scenarios, projected flows are less than zero, indicating that some users, both senior and junior, would be unable to obtain their historical supply of water.[22] This analysis projects that both the Arkansas and Rio Grande Rivers will experience these conditions under both climate scenarios, and that the South Platte will experience these conditions under the "hot and dry" climate scenario. While these basins are accustomed to calls dating back well into the 19th century, climate change has the potential to substantially alter the amount of water available to even those with well-established senior water rights. Continued monitoring, research, and planning are critical to determining whether future supplies will fulfill future demands—and continue to fulfill *current* demands. The ability to successfully address these challenges will require collaboration and innovative solutions. In the ongoing efforts of the SWSI, the State will continue to examine the effects climate change may have on our water supplies and demands.

| FIGURE 4-8 | TREE-RING RECONSTRUCTED WATER-YEAR STREAMFLOWS FOR FOUR MAJOR RIVER BASINS IN COLORADO[21] |
|---|---|



Tree-ring reconstructed water-year streamflows as percent of observed mean, showing the 10-year running average, for four gauges representing major Colorado basins: The Colorado River at Lees Ferry, Ariz. (762–2005, shown here from 1000–2005); the South Platte River at South Platte, Colo. (1634–2002); the Rio Grande at Del Norte, Colo. (1508–2002); and the Arkansas River at Salida, Colo. (1440–2002). All four records show the occurrence of droughts before 1900 that were more severe and more sustained than any modern droughts. The yellow shading highlights several notable multi-decadal paleodroughts in the mid-1100s, the late 1200s, the late 1500s, and the late 1800s. The 20th century was unusual in having two persistent wet periods and no droughts longer than 10 years. (Data: TreeFlow web resource; http://treeflow.info.)

BLM_0064959



**FIGURE 4-9** PLOT OF RUNOFF CROP IRRIGATION REQUIREMENTS USING THE BUREAU OF RECLAMATION ARCHIVE

"**Hot and dry**" is defined as the 75th percentile of climate projections for crop irrigation requirements (water use), and the 25th percentile for natural flows. In other words, only 25 percent of projections have lower natural flows and 25 percent of projections have higher crop irrigation requirements. "Between 20th century-observed and hot and dry" is defined as the 50th percentile for both natural flows and crop irrigation requirements. This scenario represents the middle of the range in terms of severity. Historical or current conditions, which represents no change in runoff or in crop irrigation requirements, fall at roughly the 9th and 67th percentiles; this means that 91 percent of runs show increases in crop irrigation requirements and about two-thirds show reductions in runoff.

Additionally, Colorado's Water Plan will work in concert with the Colorado Climate Plan, which provides state-level policy recommendations and actions that help to improve state agencies' level of preparedness, while simultaneously identifying opportunities for agencies to mitigate greenhouse gas emissions.

In addition to the work the State conducted on climate change, several of the basin roundtables also incorporated uncertainties associated with climate change into their BIPs. Many basins now recognize that, because of climate change, previous assumptions used for planning purposes are no longer sufficient. For example, the Colorado Basin recognizes that while it historically relied on previously firm, dry yields, this is not a reliable source in the future, and therefore

encourages water providers to update their master plans accordingly (and to consider implementing interconnected water systems to help mitigate the influences of climate change). The South Platte, Arkansas and Rio Grande Basins all recognize that they must plan for a decrease in water supplies because of the effects of climate change, and Rio Grande Basin expressed that it expects to see its water resources reduce by as much 30 percent in the next 50 to 100 years. In response, the Arkansas Basin is considering conjunctively using tributary and nonrenewable sources to alleviate the effects of reduced yields from climate change, as well as the potential dry-up of nontributary sources.

BLM_0064960



Colorado's snowpack melts and often feeds rushing streams like this one.

BLM_0064961



**FIGURE 4-10**   **PROJECTED DEPLETED FLOWS FOR 2050 (ACRE-FEET PER YEAR)**

Projected depleted flows for 2050 in acre-feet per year at 11 different sites around the state using the three classifications of historical, hot and dry, and between 20th century-observed and hot and dry.

Almost all BIPs specifically address the need to continue monitoring the effects climate change will have on Colorado's river basins. For example, the Gunnison Basin referenced throughout its plan the need to study the effects of climate change as a means to achieve its primary and complementary basin goals, and to identify actions to protect existing uses. *Research and Public Education on Anticipating, Mitigating and/or Adapting to Climate Changes* describes one approach the Gunnison Basin proposes for meeting this goal. Several other basins identified education and outreach as goals. For instance, as a way to better refine its present and future water planning efforts, the Southwest Basin committed to educating its roundtable members about climate change.

Several basins, including the South Platte/Metro, Yampa/White/Green, Arkansas, and Southwest, incorporated into their own planning processes certain scenarios or projected and potential effects of climate change. As basin and communities continue to examine the effects of climate change on their water supplies, the CWCB will offer technical support as appropriate.

BLM_0064962

## Dust-on-Snow Events

"Dust-on-snow" events also introduce a level of uncertainty into managing water supplies. Dust-on-snow events occur when wind deposits dust from southwestern deserts (and other loose-soil surfaces lacking vegetation) onto mountain snowpack. This increases the effect of solar radiation, which speeds up snowmelt and leads to earlier spring runoff. Studies have shown that dust events can advance snowmelt timing, enhance snowmelt runoff intensity, and decrease snowmelt yields.[23] Dust-on-snow events can result in peak runoff three weeks earlier than normal. This shift is independent of climate change, which may also result in earlier snowmelt patterns.[24] Since 2005, when dust-tracking began, 91 dust-on-snow events have occurred. Ten of these events occurred in 2013, when Colorado observed the heaviest deposition to date.[25]

The severity of future dust-on-snow events is uncertain. Nevertheless, if events continue at recently observed rates, they will affect Colorado's present and future water supply by decreasing flows by 5 percent, on average. On the Colorado River, this reduction would result in a decrease of 750,000 acre-feet of water, or twice the amount of water the City of Denver uses annually.[26]

## The Role of Storage

While snowpack is Colorado's greatest storage "facility," the State has taken measures to meet the year-round needs of agriculture, municipalities, recreation, and the environment. This includes the construction of numerous reservoirs to hold water during plentiful times and to release water during heightened demand or periods of drought. Nearly half of Colorado's storage capacity is located on the western slope in the Colorado River Basin and its tributaries.[27] Colorado's total storage capacity is approximately 7.5 million acre-feet within 1,953 reservoirs (Figure 4-11), and approximately 4.2 million acre-feet of the state's total storage is located in 113 federally owned reservoirs.

Colorado's water infrastructure, including water storage, is critical to the ability to maintain stable water supplies; water storage infrastructure allows Colorado to use its legal entitlements before water flows out of the state. In addition, water storage infrastructure is essential in assisting with flood control; supporting all types of use—including agricultural, environmental, municipal, and industrial—in periods of drought; complying with interstate compacts; and augmenting stream systems to allow water use by water users that would otherwise not have a right to divert under the prior appropriation system. Most storage



**FIGURE 4-11**   COLORADO DAM AND RESERVOIR CUMULATIVE CONSTRUCTION AND STORAGE HISTORY

BLM_0064963



Dust on snow can speed up the snow melting process.

projects, however, were developed in the middle of the last century, and the construction of both new infrastructure and storage has remained relatively static over the last 30 years (Figure 4-12). In fact, construction of storage has declined so much that Colorado's current rate of building storage capacity resembles that of the Great Depression.

While storage is a critical element for managing Colorado's future water supplies, new storage projects may be contentious and face numerous hurdles, including permitting and funding. In many cases, it may be more practical and efficient to reallocate or enlarge an existing dam and reservoir than to build a completely new structure. In determining whether a reservoir is suitable for enlargement, one must consider the legal and physical availability of excess water that can be stored (including the legal and physical availability of water through exchange). The suitability of the structure from a construction and operations standpoint, interstate compacts, and environmental benefits and threats, must also be taken under consideration.

Given these factors, basin roundtables and the IBCC have begun to address the water supply challenges ahead by emphasizing the role of multipurpose projects. These types of projects take into account multiple users and multiple benefits, and diverse interests become involved during the planning process. In planning for Colorado's water supply future, it will be important to enable these types of collaborative approaches to new storage projects, elicit proposals for the enlargement of existing reservoirs and dams, and consider the potential for alluvial and bedrock aquifer storage. Section 6.5 further discusses the future development and implementation of projects and methods with a storage component.

BLM_0064964

The Colorado DWR's dam database contains information that is useful in examining enlargement potential for existing reservoirs and dams. This includes data about the volume of water a reservoir can hold when filled to the normal high water line, and the volume of water that would be present if the reservoir were filled to its capacity. The "storage delta" is the difference between the volumes of normal storage and maximum storage. For many reservoirs, the storage delta is "flood storage" that is needed for containing floods' flows and, therefore, is not available for storage enlargement. Nevertheless, advances in meteorology, hydrology, and dam engineering make it possible to reassess reservoirs and potentially use existing flood storage for active storage. The portion of the reservoir associated with the storage delta has the largest surface area; therefore, a relatively small increase in the water surface elevation will result in a large increase in water storage capacity. For example, at John Martin Reservoir, an increase of one foot in the normal high water line results in an increased storage capacity of nearly 9,000 acre-feet.[b]

Further, an existing reservoir is understood to have the potential to inundate a known land area that includes the area associated with its maximum capacity. Therefore, a reservoir with a large storage delta can expand its additional storage capacity without increasing the area that is potentially inundated, thereby minimizing the associated environmental effects.

**FIGURE 4-12    COLORADO DAM AND RESERVOIR CONSTRUCTION HISTORY AND VOLUME BY DECADE**



Figure 4.12 **does not** include storage capacity associated with flood-control reservoirs because storage capacity for flood control can be used on only a limited basis for water supply storage.

[b] This table shows potential reservoir-storage increase. Agreements, interstate compact obligations, and other constraints—notably the unavailability of flood storage and the need to retain freeboard for dam safety purposes—may make the potential increase unusable.

BLM_0064965



**FIGURE 4-13**   POTENTIAL STATEWIDE RESERVOIR STORAGE INCREASE BASED ON STORAGE DELTA FACTOR ONLY



The dams database contains information about maximum storage, normal storage, and surface area for reservoirs. One can use that information to create a list of reservoirs that have a large storage delta and, therefore, have potential for enlargement. While it is not the only indicator regarding the potential for enlargement, a large storage delta is a threshold criterion. Therefore, one approach for investigating the potential for enlarging storage infrastructure would be to query all 1,900 jurisdictional dams in the database and create the list of reservoirs with a large storage delta—then eliminate reservoirs whose storage delta is associated with necessary flood storage capacity.

In general, the federal BOR and the U.S. Army Corps of Engineers own the reservoirs with the largest storage delta. The BOR reservoirs are primarily for storage of project waters, not for flood storage. Conversely, the U.S. Army Corps of Engineers dams are dual purpose; they have the largest storage deltas because they include dedicated flood storage capacity.[28] After eliminating from the list reservoirs for which the storage delta is associated with necessary flood storage capacity, one would further examine the list according to the factors described above. Figure 4-13 illustrates geographic distribution of the dams by the range of existing potential storage.

BLM_0064966

## Weather Modification

Weather modification, also known as cloud-seeding, increases available water supplies. The World Meteorological Organization has stated that well-designed, well-executed weather modification programs have demonstrable results; furthermore, these programs have no documented, negative environmental effects from the use of silver iodide for cloud-seeding.[29] With seven permitted, ground-based, wintertime cloud-seeding programs, Colorado is a leading state for weather modification activities. The goal of these programs is to increase snowpack and streamflow. In comparison to other sources of new water, cloud-seeding is a relatively low-cost means of increasing system supplies. The recreation sector, especially the ski industry, relies heavily on cloud-seeding. Because of prolonged water supply shortages in the Colorado River Basin, the CWCB in 2006 signed agreements with the New Mexico Interstate Stream Commission, California Six Agency Committee, Southern Nevada Water Authority, and Central Arizona Water Conservation District to collaborate and financially support cloud-seeding in Colorado. Additional information on weather modification efforts within the state is available on the Weather Modification Program pages of the CWCB website.[30]

## Water Quality

Water quality and water quantity are inextricably connected, and understanding water supply and demand alone creates an incomplete picture. Enough water with suitable quality for irrigation, drinking, recreational activities, and the protection of aquatic life must be available for use. This section briefly outlines some of the key connections between quality and quantity, while Section 7.3 provides a more detailed discussion.

According to the 2012 Integrated Report, for the reporting period 2010-2011:

- 65 percent of river- and stream-miles and 28 percent of lake and reservoir acreages statewide attain water quality standards.

- For 25 percent of river- and stream-miles and 49 percent of lake and reservoir acreages statewide, data are insufficient for determining whether these bodies meet water quality standards.

- 10 percent of river- and stream-miles and 23 percent of lake and reservoir acreages statewide are not meeting water quality standards for one or more pollutants (i.e., they are impaired water bodies).[31]

Over the past 40 years, Colorado water quality management programs have ensured clean water for uses such as growing crops, providing drinking water, and enjoying water-based recreation. These programs benefit all Coloradans, because clean water is essential to the state's healthy environment, diverse economy, and quality of life. This is why both protecting and restoring water quality are fundamental to supporting Colorado's water values and implementing Colorado's Water Plan.

Water supply decisions must include water quality management considerations in order to enable the State to sustain and improve existing statewide water quality conditions. Section 7.3 provides a more specific discussion about the relationships between water quality and quantity.



Cloud seeding can help to ensure Colorado enjoys a healthier snowpack for recreational activities like skiing.

BLM_0064967



# A LOOK AT HISTORY

Both the Great Depression and the Dust Bowl gripped eastern Colorado in the 1930s,

with dust storms often blotting out the sun. This 1937 dust cloud in Prowers County was typical.

source: University of Oklahoma, Western History Collection.

caption: Thomas V. Cech, J William McDonald, Defened and Develop:
*A Brief History of the Colorado Water Conservation Board's First 75 Years,*
[Denver: Wellstone Press and the Colorado Water Conservation Board, 2012.]

BLM_0064968

[1] U.S. Census Bureau, "Statistical Abstract of the United States; Table 366. Extreme and Mean Elevations by State and Other Areas," (2012). https://www.census.gov/compendia/statab/2012/tables/12s0366.pdf.

[2] U.S. Geologic Survey, *Water Fact Sheet: Largest Rivers in the United States*, (USGS, 1990). http://pubs.usgs.gov/of/1987/ofr87-242/pdf/ofr87242.pdf.

[3] B. Harding, "DRAFT Technical Memo: SWSI Climate Impact Support, Development of Projected Gauged Flows," October 8, 2014. http://cwcbweblink.state.co.us/weblink/0/doc/196326/Electronic.aspx?searchid=dc2702e2-4f8c-4a0b-b693-11fe220e6340

[4] B. Harding, "DRAFT Technical Memo: SWSI Climate Impact Support, Development of Projected Gauged Flows," October 8, 2014. http://cwcbweblink.state.co.us/weblink/0/doc/196326/Electronic.aspx?searchid=dc2702e2-4f8c-4a0b-b693-11fe220e6340

[5] Colorado Geologic Survey, "Groundwater," 2014, http://coloradogeologicalsurvey.org/water/groundwater/.

[6] Ralf Topper, Karen L. Spray, William H. Bellis, Judith L. Hamilton, and Peter E. Barkmann, Colorado Ground-Water Atlas (Longmont, CO: Colorado Ground-Water Association, 2001), Figure 1-2.

[7] Colorado Climate Center, "Climate of Colorado," 2010,  http://climate.colostate.edu/climateofcolorado.php.

[8] Nolan J. Doesken, Roger A. Pielke Sr., and Odilia A.P. Bliss, "Climate of Colorado," 2010, http://climate.atmos.colostate.edu/climateofcolorado.php.; Charles C. Rhoades, Deborah Entwistle, and Dana Butler, "The influence of wildfire extent and severity on streamwater chemistry, sediment and temperture following the Hayman Fire, Colorado," *International Journal of Wildland Fire, 20* (2011), 430-442.

[9] Denver Water, *2010 Comprehensive Annual Financial Report* (Denver Water, 2011), 1-17.

[10] David L. Rosgen, *The Trail Creek Watershed Master Plan for Stream Restoration & Sediment Reduction*, (Fort Collins: Wildland Hydrology, 2013).

[11] Denver Water, *2010 Comprehensive Annual Financial Report*, 1-17.

[12] James Pritchett, Chris Goemans, and Ron Nelson, *Estimating the Short and Long – term Economic & Social Impacts of the 2012 Drought in Colorado* (Colorado Water Conservation Board, 2013), 9-10.

[13] Pritchett, Goemans, and Nelson, *Estimating the Short and Long – term Economic & Social Impacts of the 2012 Drought in Colorado*, 9-10.

[14] National Climatic Data Center, "Climate at a Glance - Time Series," August 2014, http://www.ncdc.noaa.gov/cag/time-series/us.

[15] U.S. Bureau of Reclamation, "US Bureau of Reclamation – Upper Colorado Region Water Operations: Current Status: Lake Powell," 11 July 2014. http://www.usbr.gov/uc/water/crsp/cs/gcd.html.

[16] Colorado Climate Center, "Colorado Flood Website," accessed 2014, http://coflood2013.colostate.edu/.

[17] Colorado Department of Local Affairs, *Action Plan Amendment #1, Substantial Amendment for the Second*, http://dola.colorado.gov/cdbg-dr/sites/dola.colorado.gov. cdbg-dr/files/cdbg-dr_docs/colorado-substantial-amendment-number-1-final-11.03.14.pdf

[18] Modified from Jeff Lukas, Joseph Barsugli, Nolan Doesken, Imtiaz Rangwala, and Klaus Wolter, *Climate Change in Colorado*, 2nd ed. (Cooperative Institute for Research in Environmental Sciences (CIRES), 2014), 84.

[19] Lukas, et. al., *Climate Change in Colorado*, 25-34.

[20] Lukas, et. al., *Climate Change in Colorado*, 36.

[21] Lukas, et. al., *Climate Change in Colorado*, 36.

[22] B. Harding, "DRAFT Technical Memo: SWSI Climate Impact Support, Development of Projected Gauged Flows," October 8, 2014.

[23] Thomas H. Painter, Andrew P. Barrett, Christopher C. Landry, Jason C. Neff, Maureen P. Cassidy, Corey R. Lawrence, Kathleen E. McBride, G. Lang Farmer , "Impact of disturbed desert soils on duration of mountain snow cover," *Geophysical Research Letters*, vol. 34, no. 12, 2007; Thomas H. Painter, Jeffrey S. Deems, Jayne Belnap, Alan F. Hamlet, Christopher C. Landry, and Bradley Udall, "Response of Colorado River Runoff to Dust Radiative Forcing in Snow", Proceedings of the National Academy of Sciences of the Unites States of America, vol. 107, no. 40, October 5, 2010, 17125–17130.

[24] Painter, et al, "Response of Colorado River Runoff to Dust Radiative Forcing in Snow"; Lukas, Climate Change in Colorado, 84.

[25] Center for Snow and Avalanche Studies, "Colorado Dust-on-Snow Program WY2013 Summary," 2013, http://snowstudies.org/dust/SBBSA/summary_2013.html.

[26] Painter, et al. "Response of Colorado River Runoff to Dust Radiative Forcing in Snow"; Cooperative Institute for Research in Environmental Sciences (CIRES), "Robbing the West, Dust on Snow Depletes Colorado River Runoff," August 17, 2015, http://cires1.colorado.edu/science/spheres/snow-ice/dust-on-snow.html

[27] Natural Resource Conservation Service, "Basin Wide Reservoir Summary," June 2014, http://www.wcc.nrcs.usda.gov/ftpref/support/water/SummaryReports/CO/BRes_6_2014.pdf.

[28] Colorado Division of Water Resources, Office of the State Engineer, Dam Safety Branch, "DAMS applications portion of the Colorado Decision Support System (CDSS) water information database," 2014.

[29] World Meterological Organization, "WMO DOCUMENTS ON WEATHER MODIFICATION: Updated in the meeting of the Expert Team on Weather Modification Research  Abu Dhabi, 22-24 March 2010," https://www.wmo.int/pages/prog/arep/wwrp/new/documents/WMR_documents.final_27_April_1.FINAL.pdf; Weather Modification Association, "Position Statement on the Environmental Impact of Using Silver Iodide as a Cloud Seeding Agent," July 2009, http://www.weathermodification.org/images/AGI_toxicity.pdf.

[30] Colorado Water Conservation Board, "Weather Modification Program," April 2015, http://cwcb.state.co.us/water-management/water-projects-programs/pages/%C2%ADweathermodificationprogram.aspx

[31] Colorado Department of Public Health and Environment, Water Quality Control Division, Integrated Water Quality Monitoring and Assessment Report: 2012 Update to the 2010 305(b) Report (2012), executive summary 8-9, last accessed July, 2015, https://drive.google.com/file/d/0B0tmPQ67k3NVU33qWmFhVXVJMXM/edit?pli=1.

BLM_0064969

# Water Demands

**C**hapter 5 provides an overview of Colorado's current and projected municipal, industrial, agricultural, environmental, and recreational uses of water. To assess the road ahead, it is essential to understand the many ways in which Coloradans use water throughout the state and how these uses are connected. As M&I needs expand, pressure on agriculture, the environment, and water-based recreation rises. And as the state grows, associated municipal-supply needs will likely increase, more people will seek the outdoor opportunities Colorado offers, and Coloradans will continue to increase their consumption of a variety of locally grown agricultural products that ranches and farms across the state provide.

BLM_0064970



A father leads his daughter through an agricultural field. Agriculture uses the most water of any industry in Colorado.

BLM_0064971

## Overview

Water use is calculated in acre-feet, which is the amount of water required to cover one acre to a depth of one foot. An acre is about the size of a football field, including both end zones.

| FIGURE 5-1 | STATEWIDE CONSUMPTIVE WATER USE[1] |

Amount Exiting State, 8,400,00 AF

Agricultural Water Use 4,700,00 AF

Municipal Water Use 400,000 AF

Industrial Water Use 200,000 AF

**Total Natural Flows = 13,7000,000 AF**
**Total Consumptive = 5,300,000 AF**

Colorado often uses water multiple times, as the following sequence demonstrates: 1) Water is diverted for a given use; 2) the plant, person, or process consumes a portion of the water; 3) the unconsumed portion of water makes its way back to the river (known as "return-flows"); and 4) other water users downstream subsequently use the return-flows, and the cycle repeats. On average, Colorado consumes 5.3 million acre-feet of water per year, but the state may use the water multiple times, as described above, with total diversions of 15.3 million acre-feet per year.

The total amount of water that originates within Colorado averages 13.7 million acre-feet per year. More than 60 percent of this water exits the state to downstream users. Less than 40 percent, or 5.3 million acre-feet, is consumed on average per year in Colorado.[2] Agricultural interests use 89 percent of consumed water, followed by municipalities, which use 7 percent, and large industries, which use 4 percent (Figure 5-1).[3] In addition to meeting the requirements of communities and food production, water is necessary to support aquatic- and riparian-dependent species, as well as boating, fishing, camping, and other water-based recreational activities.

## Overview of M&I Water Needs

### Summary of Municipal Water Needs

The State refers to water Coloradans need in their homes, yards, businesses, and small industry as "municipal water needs." One critical factor the State uses to quantify future water needs is population, and population projections rely on a multitude of economic trends. A vibrant economy, for instance, leads to the creation of more jobs and to an increase in the number of people staying in and moving to Colorado.[4] The CWCB determines water needs for municipalities by multiplying per-person water use by the number of additional people expected to live in Colorado, subtracting water conservation demand reductions, and adding any expected increases due to higher temperatures or commercial activities.[a]

Looking ahead to 2050, the future population within Colorado is difficult to accurately predict. For that reason, the State developed low, medium, and high population estimates (Figure 5-2). However, even under slow economic growth conditions, the State projects that most communities throughout the state will grow.5 Current indications show that Colorado has one of the fastest-growing state economies nationwide, Colorado received the top-growth ranking in some analyses.6 Under the high-growth scenario, the state's population could nearly double by 2050; some communities may grow moderately while others are expected to triple in size.7 Such growth will increase water demands.



Playing soccer on a grassy field. Parks and sports fields require a small percentage of Colorado's total water usage.

---

[a] For the purposes of the CWCB's technical work, conservation savings were divided into two categories. The first is passive conservation, which the CWCB used to reduce demand projections. Passive conservation results from the replacement of old indoor fixtures and appliances with newer, more efficient ones. Active conservation takes a concerted effort on the part of water providers and their customers. The CWCB treats this as a method to address the water supply gap. Section 6.3 examines ways to reduce demands through active conservation.

BLM_0064972



**FIGURE 5-2    LOW, MEDIUM, AND HIGH 2050 POPULATION PROJECTIONS BY BASIN[8]**

Colorado's growing economy leads to population growth in two primary ways. First, Coloradans have children who remain in the state as working adults and start their own families. With the birth rate exceeding the death rate, roughly half of the state's growth comes from residents born in Colorado.[9] Second, Colorado is a desirable place to live. A diverse and healthy economy, combined with vibrant communities, natural beauty, and a high quality of life, draw people and businesses to the state—and keep them here.[10]

As people migrate to Colorado to fill jobs, the population grows and changes, often driving further growth. For instance, with a growing elderly population, more people will require medical care. To serve this population, the state will need additional health workers, some of whom must come from out of the state.[11]

Looking forward, Colorado requires additional technical work in order to better inform the statewide discussion. The CWCB will update the SWSI 2010 technical analysis to take into account the length and severity of the recent economic recession and rebound.

Population projections from the DOLA indicate that even with the recent economic recession, the population may reach between 8.3 and 9.2 million people by the year 2050, compared to the current population of 5.2 million.[12] The CWCB is in the process of applying new water-use data to future population projections for low, medium, and high population scenarios. These data will result in updated water demand projections.

BLM_0064973



**FIGURE 5-3**   PROJECTED MUNICIPAL AND INDUSTRIAL WATER DEMANDS (ACRE-FEET) WITH RANGE OF POTENTIAL CLIMATE CHANGE INCREASES

Colorado's current municipal diversions total approx-knj jhcfgdtreimately 970,000 acre-feet annually (Figure 5-3).[13]Municipal use is split among indoor use, outdoor use, and water loss in distribution systems. Statewide, Colorado municipalities on average use 53 percent of their diversions indoors and 39 percent outdoors. The remaining 8 percent is not metered, and goes to fire protection and maintenance or is lost due to leaks in distribution systems (Figure 5-4).[b] One may further divide these numbers among residential, park, and commercial uses.

Population growth in Colorado is inevitable, but state and local governments can influence how and where the population grows, and how much water is needed to support such growth. Section 6.3 further discusses strategies for making that happen. Climate change could also increase municipal needs as outdoor landscapes adapt to longer growing seasons, higher temperatures, and higher rates of evapotranspiration. The State expects the effects of climate change on total annual municipal diversions to range from no-effect to up to an 8 percent increase (Figure 5-3).[14] If Colorado experiences a future in which the population rises while the climate becomes hotter and drier (a scenario known as "hot growth"),[c] the state could need nearly 1 million acre-feet of water per year by 2050, well beyond the 2008 demand levels.[16] However, if Colorado experiences weak population growth matched with historical temperature conditions, the additional annual demand for water beyond 2008 levels is approximately 600,000 acre-feet.[17]

---

[b] Water loss is defined as the difference between system-input volume and metered consumption, and consist of apparent losses plus real losses.

[c] This scenario is also known as the "hot growth" scenario in the IBCC scenario-planning work, which has hot and dry climate matched with high population growth.

BLM_0064974

The degree to which climate change could affect municipal demands varies considerably across the state due to differences in the amount of outdoor irrigation, potential temperature increases, and potential changes in precipitation patterns.[18] Increases in demand due to climate change do not take into account potential hydrological changes, which could further decrease municipal supply, thus exacerbating future municipal needs, as Chapter 4 discusses.



**FIGURE 5-4** | **STATEWIDE MUNICIPAL-USE PATTERNS**[15]

Water Loss, 76,000, 8%

Outdoor Park & Commercial, 140,000, 14%

Indoor Residential, 290,000, 30%

Outdoor Residential, 240,000, 25%

Indoor Non-Residential, 230,000, 23%

Total Municipal Water Diversions = 970,000 AF

While climate change has the potential to intensify municipal needs, water conservation, reuse, and land-use planning have the potential to attenuate them. As Section 6.1 describes, no matter the future that Colorado faces, the state will need a substantial amount of conserved water to ensure that there is enough water to meet Colorado's needs.

### State of Knowledge on Water Conservation

Colorado communities plan to build upon the success of existing conservation and efficiency programs to further reduce per-person water needs. Since the year 2000, Colorado as a whole reduced per-capita demands by 20 percent—even by as much as 30 percent in some communities.[19] To continue this trend, Colorado must implement additional best practices.

In 2010, the CWCB funded the first *Best Practices Guidebook for Municipal Water Conservation in Colorado.*

Colorado WaterWise created the guidebook with a large technical and stakeholder group, and established 14 best practices that outline the potential benefits and costs for active water conservation measures, and for indoor, outdoor, residential, and non-residential practices. The guidebook provides a menu of options that water providers can select and add to their water conservation programs. The best practices require financial and human resources to accomplish, and implementation varies greatly among water providers.[20]

The CWCB created the levels-analysis framework, and prioritized the best practices a local water provider can use to achieve its goals. The levels analysis focuses on foundational practices first, and then outlines practices with varying degrees of difficulty. These practices are organized into three categories: technical assistance and incentives, local ordinances, and education (Figure 5-5). This analysis will help water providers focus their human and financial resources on the most cost-efficient activities first (those that save the most acre-feet or reduce resource expenditures), and later expand to pursue the more difficult and costly activities.[21]

Using the best practices as a basis, the SWSI 2010 estimated low, medium, and high strategies for active water conservation savings. Active water conservation is water conservation that occurs due to the enactment of programs at the local level, where financial and human resources commit to carrying out water



**FIGURE 5-5** | **STATEWIDE WATER SUPPLY INITIATIVE LEVELS ANALYSIS FRAMEWORK**



TARGETED TECHNICAL ASSISTANCE & INCENTIVES

CUSTOMER EDUCATION

CUSTOMER WATER USE ORDINANCES & REGULATION

Data Collection & Analysis

Water Loss Management

FOUNDATIONAL

Metering, Billing & Rates

BLM_0064975

efficiency programming. Depending on the level of projected savings, varying amounts of effort are required to achieve penetration rates consistent with the savings estimates. The SWSI 2010 M&I Water Conservation Strategies report states:

"If water conservation is to be part of Colorado's future water supply portfolio, it must be supported and funded like other supply initiatives. To obtain the savings forecast in this report, the strategies described must be rigorously implemented at the state, regional, local, and customer level. Water is saved by municipal customers, but customers can be aided in the effort. State polices that promote conservation-oriented rates, water loss control measures, water efficient landscape and building standards, improved plumbing codes, and education and outreach set the stage for regional and local conservation program measures that target high demand customers and ensure new customers join the water system at a high level of efficiency."

The total potential savings in SWSI 2010 range from 160,000 to 461,000 acre-feet statewide in 2050 (Figure 5-6).[22]

Even at the highest level of conservation savings, individual water utilities still maintain considerable flexibility. For instance, under high-conservation savings, 50 to 80 percent of utilities statewide will need to implement targeted audits for customers that use high amounts of water on their landscapes (Table 5-1). This practice makes the most sense for water providers whose customers and commercial properties have large lots and outdoor space. By following best practices, water providers can get favorable results while implementing audits in ways that make sense for the utility. Furthermore, high conservation levels still allow for attractive landscapes that include grass, parks, and trees that maintain property values and continue

to mitigate increased urban temperatures. Efforts to address outdoor water conservation must balance the vital importance of urban landscape with the benefits of conservation, including improved air, surface water and groundwater quality; increased property values; improved aesthetics; and an enhanced general quality of life.

The IBCC and CWCB identified a minimum of low to medium levels of active water conservation practices as a "no-and-low regret." Section 6.1 further describes this. In addition, the CWCB adopted an aspirational goal of 400,000 acre-feet in water conservation savings identified by the IBCC. This is equivalent to medium to high levels of savings. Section 6.3 describes this further.

Not all conservation savings can or should be applied to meet future growth. Not every municipality that conserves water will need all of that water to meet future growth, and legal barriers restrict water providers from sharing conserved water. Furthermore, most entities do not have the infrastructure to either share water or re-time conserved water in order to make it available for use. Additionally, some entities may choose to use conserved water as part of their strategic drought reserve. The roundtables' initial estimates indicate that Colorado water providers could use between 50 and 60 percent of conserved water to meet future growth.[23]

In addition to active conservation savings, an additional 150,000 acre-feet of savings will likely accrue by 2050 due to natural replacement of fixtures and appliances.[24] These passive water conservation savings occur when home and property owners replace their indoor water fixtures and appliances. Their choices save water as a result of large-scale regulatory or legislative initiatives, such as the Energy Policy Act of 1992 (1992 EPACT). Passive water conservation



**FIGURE 5-6**   **POTENTIAL WATER SAVINGS FOR 2030 AND 2050 IN THE STATEWIDE WATER SUPPLY INITIATIVE 2010**

| | Level | Acre-feet/Year |
|---|---|---|
| 2030 Forecast Savings* | High (active only) | 197,100 |
| | Medium (active only) | 133,000 |
| | Low (active only) | 78,000 |
| | Passive*** | 131,000 |
| 2050 Forecast Savings* | High (active only) | 461,300 |
| | Medium (active only) | 331,200 |
| | Low (active only) | 160,200 |
| | Passive*** | 154,000 |

BLM_0064976

| TABLE 5-1 | COMPARISON OF 2050 IMPLEMENTATION AND PENETRATION LEVELS FOR THREE CONSERVATION STRATEGIES AND DEMAND REDUCTION USED IN FORECASTS | | |
|---|---|---|---|

| MEASURE | Implementation or Penetration Level by 2050 | | |
| | LOW STRATEGY | MEDIUM STRATEGY | HIGH STRATEGY |
| System-wide Conservation Measures with Potential to Affect All Customers | | | |
| Public information and education | ~100% | ~100% | ~100% |
| Integrated resources planning | ~100% | ~100% | ~100% |
| Conservation-oriented water rates | ~100% | ~100% | ~100% |
| Water budget-based water rates | <=10% of utilities implement | <=30% of utilities implement | <=50% of utilities implement |
| Conservation-oriented tap fees | 0 - 5% of utilities implement | 5 - 10% of utilities implement | <= 50% of utilities implement |
| Smart-metering with leak-detection | <=10% of pop. | <=50% of pop. | 50 - 100% of pop. |
| Residential Indoor Savings and Measures | | | |
| Reduction in residential per capita indoor use | Res. Indoor gpcd = 40 | Res. Indoor gpcd = 35 | Res. Indoor gpcd = 30 |
| Conservation-oriented plumbing and building codes, green-building, rules for new residential construction | 30-50% of state affected | 50-70% of state affected | 70-100% of state affected |
| High-efficiency toilets, clothes washers, faucets, and CII equipment | Passive ~100% | Passive ~100% | Passive ~100% |
| Submetering of new multifamily housing | 0% | ~50% | ~100% |
| Reduction in customer side leakage | 33% savings: passive from toilet replacement | 37% savings: passive from toilet replacement and active repairs | 43% savings: passive from toilet replacement and active repairs |
| Non-residential Indoor Savings and Measures | | | |
| Reduction in nonresidential per capita indoor use | 15% reduction | 25% reduction | 30% reduction |
| High-efficiency toilets, urinals, clothes washers, faucets, and showers | Passive ~100% | Passive ~100% | Passive ~100% |
| Conservation-oriented plumbing and building codes, green-building, rules for new nonresidential construction | 30-50% of state affected | 50-70% of state affected | 70-100% of state affected |
| Specialized nonresidential surveys, audits, and equipment efficiency improvements | 0-10% of utilities implement | 10-50% of utilities implement | 50-80% of utilities implement |
| *Landscape Conservation Savings and Measures | | | |
| Landscape water-use reductions (residential and nonresidential) | 15% reduction | 22-25% reduction | 27-35% reduction |
| Targeted audits for high-demand land-scape customers | 0-30% of utilities implement | 30-50% of utilities implement | 50-80% of utilities implement |
| Landscape transformation of some high-water requirement turf to low-water requirement plantings | <=20% of landscapes | 20-40% of landscapes | >50% of landscapes |
| Irrigation efficiency improvements | <=10% of landscapes | <=50% of landscapes | 50 - 100% of landscapes |
| Utility Water Loss Control | | | |
| Improved utility water-loss control measures | <=7% real losses | <=6% real losses | <=6% real losses |

*Landscape water demand reductions include the expected effects of urban densification.

can be considered a baseline of water savings that will occur naturally, and thus, Colorado includes this in demand projections. As customers replace their toilets, dishwashers, clothes washers, showers, and other water-using appliances, many will choose WaterSense- or EnergyStar-labeled fixtures and appliances, which use less water. Colorado may experience these savings sooner than expected because of recent legislation, such as Senate Bill 14-103. Section 6.3 describes this further.

## Municipal Reuse

According to the SWSI 2010, the CWCB projects reuse of existing supplies to provide 43,000 to 61,000 acre-feet of water per year, which accounts for about 10 percent of the total projected yield from the IPPs.[25] The full use of reusable water supplies and efficient reuse of water will play an integral role in closing the supply gap.

Colorado water law defines which water supplies Colorado can reuse, and the extent to which the State can reuse each source. With limited exceptions, Colorado can legally reuse the following sources:

❖ **Non-native water:** In most cases, Colorado can reuse to extinction water imported into a basin through a transbasin diversion or a TMD. Such diversions account for a substantial quantity of the total reusable supply in Colorado.

❖ **Agricultural-municipal water transfers:** Agricultural transfers are generally available for reuse; however, the State limits reuse to the historic consumptive use of the original agricultural water-right decree. This includes water from a traditional purchase of agricultural water rights and from alternative transfer methods.

❖ **Nontributary groundwater:** The State allows reuse of nontributary groundwater.

❖ **Other diverted water:** Users may reuse any water right with a decreed reuse-right to the extent the decree describes.

Users may reuse these sources directly or indirectly. Directly, they may pipe the recycled water from the water reclamation facility to beneficial uses, such as non-potable irrigation sites or industrial uses. Indirectly, they may augment a surface water or groundwater body with reusable return flows and divert an equal amount of flow from a different point of diversion.[26]

The Colorado Department of Public Health and Environment (CDPHE) Water Quality Control Commission (WQCC) developed Regulation 84, which guides the use of reclaimed domestic wastewater. This regulation currently authorizes the use of reclaimed water for landscape-related beneficial uses, such as non-potable irrigation (including single-family residential irrigation), and various commercial and industrial uses, such as cooling-tower use, dust control, soil compaction, mechanized street cleaning, fire protection, and zoo operations.[27]

## Municipal Land Use

Land-use patterns affect how much water a community uses. Land-use tools, such as higher-density developments or tap-fee incentives for water-efficient developments, save water by increasing the efficiency of water distribution systems, limiting lawn size, and installing efficient indoor fixtures and appliances. The 2009 California Water Plan Update showed that a 20 percent increase in housing density could yield a 10 percent water savings,[28] and initial data from Colorado confirm these results in a technical memorandum.[29] Denser development can also enhance other elements that help define a community, such as transportation, open space, neighborhood design, and walkability. Best practices in landscape and irrigation may yield more benefits within a denser land-use environment than within a traditional, less dense environment. Because healthy urban landscapes enhance the livability of a city or town and are a crucial asset in urban populations, urban parks and landscapes will not disappear with denser urban development.

BLM_0064978

### Large Industry

Colorado's large industries include beer brewing, snowmaking, energy and mining extraction, power generation, food processing, and a multitude of others. Collectively, these industries require approximately 200,000 acre-feet of water annually. Projections indicate that future large-industry needs could increase by 50,000 to 130,000 acre-feet per year by 2050. [30]

Future water planning efforts will incorporate additional analyses of industrial needs regarding water use associated with energy and extraction. Through statewide and basin-wide planning efforts, the CWCB will confirm existing data and update future uses. For instance, the Colorado and Yampa/White/Green Basin Roundtables conducted an Energy Development Water Needs Assessment Update, and have asked the CWCB to incorporate this work into future statewide planning efforts.[31]

### Summary

Demand management strategies such as water conservation, water reuse, and land use will play a central role in reducing future municipal water demands. As this section has outlined, Colorado water providers have accomplished much work in the areas of demand management and alternative supplies. Additionally, innovative work is occurring across the United States and points to trends that Colorado may wish to follow. Section 6.3 describes next steps and future actions.

## Overview of Agricultural Needs

Statewide, agriculture diverts 34 percent of the total amount of water originating within Colorado, which represents 89 percent of the total amount of water consumed. The CWCB estimates current agricultural consumptive use to be approximately 4.7 million acre-feet of water on an average annual basis.[32] However, taking into account crop irrigation requirements, current agricultural crops would use an additional 2 million acre-feet of water if a plentiful supply existed.[33] It is important to note, on the other hand, that some water shortages are due to management decisions in addition to physical or legal limitations on water supplies. The CWCB does not expect that every agricultural shortage can or should be met in the future.



## CARL & CURRAN TRICK

### NORTH PLATTE RIVER BASIN

Carl, a North Platte rancher and water leader, served on the Colorado Water Conservation Board. He is passing on the responsibility to help keep agriculture viable in Colorado to his daughter Curran, who is a water rights and natural resources attorney.

Carl Trick grew up in North Park, Colorado on the family's cattle ranch, and after leaving for a stretch to attend New Mexico University in Las Cruces, returned to manage the ranch where he raised his family and daughter, Curran. At the North Park Angus Ranch, Carl passed on to Curran an appreciation for the importance of water. Through ranching and working with multiple generations of the family, both Carl and Curran learned how important water is to agriculture's livelihood. Both have been involved in local, basin-wide and statewide issues and recognize how important our precious resource is in Colorado...

CONTINUED AT END OF CHAPTER

PROFILE

BLM_0064979

The CWCB expects statewide irrigated acreage to decline for a variety of reasons:

❖ Many municipalities turn to agricultural water rights as an affordable, reliable source of water, and purchase them from willing sellers.

❖ Developers purchase irrigated farmland to expand urban areas, thus urbanizing those agricultural lands.

❖ Due to aquifer sustainability and some compact-related issues, the South Platte, Republican, and Rio Grande Basins have reduced, or are in the process of reducing, irrigated acreage.[34]

| TABLE 5-2 | SUMMARY OF AGRICULTURAL GOALS INDICATED IN THE BASIN IMPLEMENTATION PLANS |
|---|---|
| BASIN | IDENTIFIED AGRICULTURAL GOALS |
| Arkansas | Increase amount of agricultural augmentation water by 30,000-50,000 acre-feet |
| Colorado | Reduce agricultural shortages |
| Gunnison | Reduce agricultural shortages by approximately 17,000 acre-feet |
| Metro/South Platte | Reduce agricultural shortages |
| North Platte | Add 28,000 acres of irrigated farmland; continue to restore, maintain, and modernize critical water infrastructure to preserve current uses and increase efficiencies |
| Rio Grande | Manage water use to sustain optimal agricultural economy throughout the basin's communities |
| Southwest | Increase agricultural efficiencies by implementing at least 10 projects |
| Yampa/White/Green | Add 14,000 acres of irrigated farmland; reduce agricultural shortages |



**FIGURE 5-7**  PROJECTED AGRICULTURAL WATER DEMANDS (ACRE-FEET) WITH RANGE OF POTENTIAL CLIMATE CHANGE INCREASES

BLM_0064980



Watering vegetable seedlings with siphon tubes on Sakata farms in Brighton. Photo: M. Nager.

BLM_0064981

Irrigated acres could decrease from 3.5 million to 2.7 million acres statewide.[35] The potential effect is most pronounced in the South Platte Basin, where a decrease could remove as much as 35 percent of the irrigated acres from production.[36]

In addition to potential decreases in irrigated acres, climate change could further affect agricultural producers. Depending on the location, higher temperatures in the future could increase water consumption by 2 to 26 percent on lands that are still in production (Figure 5-7, page 5-11).[37] More frequent or severe droughts could also affect agricultural

production and slow economic agricultural activity. During the 2012 drought, the State experienced a loss of agricultural revenues of $409 million, and an additional loss of $317 million in secondary spending in local communities.[38]

As part of the BIP process, basin roundtables examined future agricultural water needs. Six basins expect decreases in irrigated acres, while two expect increases. All of the basin roundtables aim to reduce expected shortages. The roundtables identified several agricultural goals (Table 5-2, page 5-11). Section 6.5 further explores projects and methods to achieve these goals.

## FIGURE 5-8    STATEWIDE ENVIRONMENTAL AND RECREATIONAL NEEDS[42]



BLM_0064982

## Overview of Environmental and River-Based Recreational Needs

River flows, aquatic and riparian habitat, water quality, bank stability, stream access, water temperature, and habitat connectivity are all critical factors to consider when determining environmental and river-based recreational needs. Therefore, river-based environmental and recreational needs are often represented by the number of stream-miles or acres of wetland that have important attributes and need protection or restoration. As part of the SWSI 2010, a collaborative effort between the CWCB and the basin roundtables identified 13,500 perennial stream-miles in

Colorado that have important attributes, and therefore selected these as "focus areas."[39] Examples of important attributes include imperiled fish species, outstanding examples of riparian habitat, and important boating and fishing areas.[d] Figure 5-8 illustrates these areas. The basin roundtables did not intend to include every stream with important attributes in every basin. The roundtables will continue to place importance on additional analysis to define what the focus areas need and to identify other streams with substantial values.

Analysis of the focus areas is a critical step in describing the needs of specific basin attributes, and the roundtables will ultimately develop strategies to address these environmental and recreational needs. Below are a few examples of this analysis:

- ❖ The roundtables identified 2,260 perennial stream-miles of Colorado River and greenback cutthroat trout habitat in focus areas across the state.

- ❖ The roundtables identified 3,164 perennial stream-miles of warm-water fish habitat in focus areas. These reaches include endangered, threatened, or imperiled fish species.

- ❖ The roundtables identified 7,642 perennial stream-miles of substantial riparian areas and wetlands. These include occurrences of exemplary-plant communities as well as rare-plant communities.

The number of water rights appropriated for instream flows, natural lake levels, and recreational in-channel diversions demonstrates some of the ongoing flow needs for the environment and recreation:

- ❖ Instream flows: 9,180 stream-miles for 1,595 decreed water rights

- ❖ Natural lake levels: 126,000 acre-feet for 476 decreed water rights

- ❖ Recreational in-channel diversions: 20 decreed water rights, ranging in size from 5 to 1,800 cubic feet per second



**Colorado Basins**

**Basemap Legend**
- Rivers and Streams
- Lakes and Reservoirs
- E Cities and Towns
- Highways
- Counties
- Basins

**North Platte Basin**
Environmental and Recreational Subcategory Count by Stream Segment
- 1 - 2
- 3 - 4
- 5 - 6

**South Platte/Metro Basin**
Candidate Environmental and Recreational Focus Areas
- Environmental Focus Area
- Environmental and Recreational Focus Area
- Recreational Focus Area

**Arkansas Basin**
Environmental and Recreational Subcategory Count by HUC
- 1 - 2
- 3 - 4
- 5 - 7

[d] Recreation in Colorado's Water Plan includes boating, fishing, camping, wildlife viewing, and waterfowl hunting. Many other recreational activities in Colorado require water in some form, but are counted as part of other uses. The irrigation of sports fields, golf courses, and parks are primarily served by municipal water providers and are included as a municipal use. Likewise, skiing depends on snowmaking, and the water rights associated with this use are typically owned by resort operators. Therefore snowmaking is classified as an industrial use.

BLM_0064983

| FIGURE 5-9 | ILLUSTRATIVE CLIMATE-INFORMED ACTIONS IN RESPONSE TO CLIMATE-CHANGE EFFECTS ON THE AVAILABILITY OF SUITABLE HABITAT FOR COLD-WATER NATIVE TROUT[G] |
|---|---|



**GOAL: Conservation of Cold Water Native Trout Populations**

| Climate Change Impacts and Vulnerabilities | | Example of Climate-Informed Actions |
|---|---|---|
| Decreased snowpack inputs to streams plus warmer air temperatures | FISH | • Identify & restore "warm-adapted" strains of native trout. • Consider not restoring native trout into streams with high probability of warming past thermal limits. |
| Lower summer flows and warmer water temperatures | HABITAT | • Protect/restore currently occupied streams that are expected to stay cold. • Protect/restore streams that are currently too cold. |
| Thermal tolerances for native trout exceeded in some streams, making it difficult to maintain/restore native trout | WATER | • Increase storage of water in upland and wetland areas (e.g., by reintroducing beaver, installing beaver mimic dams, installing upland micro-catchments). |

Images:B.Inman,B.Shepard,MT-FWP

Environmental and recreational water needs often overlap. For example, the ability to keep a stream flowing can be beneficial for aquatic life as well as for anglers. Boulders and other structures that enhance boating experiences can also improve aquatic habitat for fish. In some cases, however, needs conflict—for example, conflicts arise when there are different optimal flow levels for rafting and fishing.

While identifying environmental and recreational attributes of importance is a necessary step to evaluating nonconsumptive needs, gaps, and potential projects and methods, a quantification of the amount of water required to support these attributes may be needed in some cases. Section 6.6 explores tools, projects, and methods to meet Colorado's environmental and recreational needs.

This document and the BIPs refer to the term "nonconsumptive," and use it to refer to environmental and recreational uses. However, environmental and recreational uses often consume water through evaporation or evapotranspiration. Both environmental and recreational uses involve keeping water in streams and designating water for those specific uses. Agricultural, municipal, and industrial water users downstream often reuse this water multiple times.

Climate change could affect environmental and recreational needs as well. Scientists expect that if temperatures continue to increase, the range of suitable habitat for cold-water fish species will diminish (Figure 5-9). Rising temperatures could also adversely affect plant communities.[40] Reduced water supplies due to increased evapotranspiration could also be a factor in maintaining the same range of cold-water species due to the lower capacity of reduced flows to dissipate heat.[41]

BLM_0064984

Releasing trout back into the river.

In addition to the tools mentioned above, various projects and methods—such as flow-maintenance agreements and habitat restoration—help meet environmental and recreational needs. As Figure 5-9 indicates, environmental, agricultural, and municipal partnerships, as well as mitigation measures, will be critical to maintaining existing cold-water fish reaches as functional habitats. Sections 6.6 and 9.2 list several examples of multipurpose projects. Below are a few multipurpose projects that meet multiple needs:

- ❖ Upper Arkansas Voluntary Flow Management Program,

- ❖ Alternative Wild and Scenic Processes (e.g., the Upper Colorado, Lower Colorado, and Dolores Rivers),

- ❖ Colorado River Cooperative Agreement,

- ❖ Elkhead Reservoir Enlargement,

- ❖ Rio Blanco River Restoration.

BLM_0064985



A coal train snaking through Castle Rock Colorado. In addition to growing water demands, Castle Rock and other communities dependent on the Denver Basin aquifer will need to replace this nonrenewable water source with a renewable one.

BLM_0064986

# A LOOK AT HISTORY

Horsetooth Reservoir was completed in 1949 as a part of
the Colorado-Big Thompson project to supply a growing Northern Colorado
with water for municipal and irrigation uses.

BLM_0064987

**CARL AND CURRAN TRICK,** CONTINUED FROM PAGE 5-10

Carl's water resume is vast, in the past he was a CWCB member and the North Platte Representative for the IBCC. Currently he is a board member of the North Platte Basin Roundtable, Mountain Parks Electric, Tri State G&T, and the Jackson County Water Conservancy District. He also is the President of the Walden Reservoir Company.

Curran also ventured out from Colorado to attend Grinnell College in Iowa, where she was a member of the women's basketball team. After graduation Curran returned to the North Platte basin where she was also involved in the North Platte Basin Roundtable as their Recorder and Education Liaison. She then went on to Law School at University of Wyoming, where she received her J.D. in 2012.

Curran participated in the Colorado Foundation for Water Education's Water Leaders Program in 2008 and recently joined the firm of Lawrence Jones Custer Grasmick LLP to practice law in the area of Water Rights and Natural Resources Law. Here she is able to work on her goal of keeping agriculture viable in Colorado. Curran hopes to be involved in projects that give agriculture more flexible options than buy and dry, and will focus on representing conservancy districts and agricultural users to assist them with water issues.

BLM_0064988

[1] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010 (Denver, 2011), 4-29. http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf; Harding, SWSI Climate Impact Support, Development of Projected Gauged Flows Draft Technical Memorandum (Denver, 2014), 1 http://cwcbweblink.state.co.us/WebLink/0/doc/196326/Electronic.aspx?searchid=d4d18a91-be7a-45e7-8a83-2361a30fac12

[2] J.F. Kenny, N.L. Barber, S.S. Hutson, K.S. Linsey, J.K. Lovelace, and M.A. Maupin, M.A., "Estimated use of water in the United States in 2005", U.S. Geological Survey Circular 1344, (2009), 6. J.F. Kenny, N.L. Barber, S.S. Hutson, K.S. Linsey, J.K. Lovelace, and M.A. Maupin, M.A., "Estimated use of water in the United States in 2005", U.S. Geological Survey Circular 1344, (2009), 7.

[3] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010 (Denver, 2011), 4-29. http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf; Harding, SWSI Climate Impact Support, Development of Projected Gauged Flows Draft Technical Memorandum (Denver, 2014), 1 http://cwcbweblink.state.co.us/WebLink/0/doc/196326/Electronic.aspx?searchid=d4d18a91-be7a-45e7-8a83-2361a30fac12

[4] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-3.

[5] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-5.

[6] Andy Holodny and Elena Kiersz, "Here's how all 50 State Economies are doing, Ranked from Slowest to Fastest," Business Insider, August 4, 2014. http://www.businessinsider.com/state-economic-growth-rankings-2014-8?op=1

[7] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-5.; Colorado Department of Local Affairs, State Demographer's Office, 2050 Low, Medium, and High Population Projections (Denver, 2014).

[8] Colorado Water Conservation Board (CWCB). Statewide Water Supply Initiative 2010 (Denver 2011), Appendix H(B).

[9] Elizabeth Garner, Colorado State Demographer's Office, State Demographics Presentation, 2011.

[10] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, Appendix II.

[11] Elizabeth Garner, Colorado State Demographer's Office, Personal Communication, 2014.

[12] Colorado Department of Local Affairs, State Demographer's Office, Updated 2050 Low, Medium, and High Population Forecasts to 2050 by River Basin (June Projections (Denver, 2014).

[13] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-11.

[14] Harding, SWSI Climate Impact Support, Development of Projected Gauged Flows Draft Technical Memorandum, 1.

[15] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, Appendix L, 43. http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010%20Appendix%20L_SWSI%202010%20Municipal%20and%20Industrial%20Water%20Conservation%20Strategies.pdf

[16] Colorado Water Conservation Board, SWSI 2016 Initial Draft Chapter 7: Scenario Planning & Adaptive Management (CWCB, 2014). http://cwcbweblink.state.co.us/WebLink/0/doc/171931/Electronic.aspx?searchid=8c4f4805-9e67-42b0-a077-c5b03dbcdd95

[17] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-11.

[18] Harding, SWSI Climate Impact Support, Development of Projected Gauged Flows Draft Technical Memorandum, 1.

[19] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-11

[20] Colorado WaterWise and Aquacraft, Inc. Best Practices Guidebook for Municipal Water Conservation in Colorado (Denver: Colorado WaterWise, 2010). http://coloradowaterwise.org/BestPractices

[21] Colorado Water Conservation Board, SWSI Water Conservation Levels Analysis (2010), 31. http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=142442&searchid=3f338798-d9df-44ca-a2c7-e4716b93c6e0&dbid=0

[22] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, Appendix L. http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010%20Appendix%20L_SWSI%202010%20Municipal%20and%20Industrial%20Water%20Conservation%20Strategies.pdf

[23] Colorado Water Conservation Board Interbasin Compact Committee, Draft No & Low Regrets Action Plan (August 2014) 3. http://cwcbweblink.state.co.us/weblink/0/doc/172937/Electronic.aspx?searchid=369b690c-638b-4207-9e92-efa1e6ff0e95

[24] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, Appendix L, 10.

[25] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 5-4 – 5-5.

[26] M. o. R. R. Committee, Interviewee, Reuse discussion. [Interview]. April 2014.

[27] Colorado Department of Public Health and Environment Water Quality Control Commission, Regulation No. 84 Reclaimed Water Control Regulation (2013). https://www.colorado.gov/pacific/sites/default/files/Regulation-84.pdf

[28] C. D. o. W. Resources, "California Water Plan Update," Integrated Water Management Bulletin 160-09 (2009).

[29] Colorado Water Conservation Board, Calculating Per Capita Water Demand Savings from Density Increases to Residential Housing for Portfolio and Trade-off Tool (draft March 3, 2010). http://cwcb.state.co.us/public-information/publications/documents/reportsstudies/draftdensitytechnicalmemo.pdf

[30] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-16.

[31] Colorado Basin Roundtable and Yampa/White/Green Basin Roundtable, Energy Development Water Needs Assessment Phase 3 Final Report, June 30, 2014. http://www.coloradoriverdistrict.org/conservepress/wp-content/uploads/2015/04/20140630-Report-Energy-Phase-III-Final.pdf.

[32] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-29.

[33] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-29.

[34] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-26.

[35] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 4-28.

[36] HDR, WestSage Water Consultants, South Platte Basin Implementation Plan (Denver: HDR, West Sage Water Consultants, 2015). http://southplattebasin.com/

[37] Harding, SWSI Climate Impact Support, Development of Projected Gauged Flows Draft Technical Memorandum, 1.

[38] James Pritchett, Chris Goemans and Ron Nelson, Estimating the Short and Long-term Economic & Social Impacts of the 2012 Drought in Colorado, 8. http://cwcbweblink.state.co.us/WebLink/0/doc/172871/Electronic.aspx

[39] Colorado Water Conservation Board, Nonconsumptive Toolbox (Denver, 2013)accessed July 2015.3. http://cwcbweblink.state.co.us/weblink/0/doc/172701/Electronic.aspx?searchid=b764b205-1125-4f18-b3e8-998e5e025e10

[40] Great Northern Landscape Conservation Cooperative Rocky Mountain Partner Forum Workshop, Summary Report for the Climate Change and Cold Water Systems Workshop (Bozeman: GNLCC, 2013), 9. http://ecoadapt.org/data/documents/RMPF_climate_workshopreport_FINAL_small.pdf

[41] Great Northern Lanscapes, Summary Report for the Climate Change and Cold Water Systems Workshop, 9.

[42] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, Figure 2-15.

[43] Great Northern Lanscapes, Summary Report for the Climate Change and Cold Water Systems Workshop, 9.

BLM_0064989

# Water Supply Management

Chapter 6 discusses the dynamic strategy Colorado envisions to meet its future water needs—including the types of projects and methods Colorado needs, and the actions it requires, to implement them. Scenario planning provides the framework for this strategy, and indicates what Colorado must accomplish in the short term in order to best balance tradeoffs among meeting future municipal needs, agricultural viability, and the health of Colorado's rivers and streams.

Section 6.1 and Section 6.2 provide information to help assess how close Colorado is to realizing this strategy. They also discuss the remaining municipal, industrial, agricultural, environmental, and recreational water gaps, and the methods by which basins propose to address those gaps.

Demand management strategies, such as conservation and reuse, will help address Colorado's growing demands while upholding our state's water values. Section 6.3 looks at various ways to use water efficiently and reduce water demands. Water sharing is worth special attention as an alternative method for effectively reducing the permanent dry-up of Colorado's irrigated lands. Section 6.4 discusses opportunities to share water between agricultural and municipal or environmental and recreational interests. These sections, as well as Sections 6.5 and 6.6, provide a summary of projects, methods, and policies the basin roundtables identified as necessary for meeting Colorado's future water needs. Section 6.5 focuses on the types of initiatives, projects, and methods that will support Colorado's cities and towns and ensure agriculture that remains viable into the future. Section 6.6 details the initiatives, projects, and methods needed to support the environment and river-based recreation.

Planning for Colorado's water future presents many challenges and opportunities, and this chapter demonstrates the variety of ways in which stakeholders at the state and local levels are collaborating to address these important issues.



Kayakers in Salida, including several children, enjoying the benefits of the Arkansas River's Voluntary Flow Management Program, which balances benefits across multiple needs.

## 6.1

# SCENARIO PLANNING AND DEVELOPING AN ADAPTIVE WATER STRATEGY

## GOAL

**Colorado's Water Plan considers a range of possible future conditions. Through public engagement and sound science, the plan develops a practical, adaptive, and balanced path forward for meeting Colorado's future water needs.**

The purpose of scenario planning is to develop strategies to meet Colorado's future water needs that are based on the best available science as well as input from stakeholders. Section 6.1 broadly describes what is required to meet our state's future needs over the next 10 to 15 years and prepare for a broad range of possible futures. Scenario planning also provides the opportunity to consider Colorado's water values and build portfolios of solutions. The state needs conservation, reuse, completion of planned projects, and development of alternative agricultural transfers in the near term. At the same time, Colorado must prepare for the possibility of further agricultural transfers, an additional TMD as Chapter 8 describes, and even higher levels of conservation to meet future M&I needs—while concurrently implementing environmental and recreational projects and continuing to support agriculture.[1]

> Rather than trying to predict the future by looking at the past, scenario planning allows us to identify and account for key uncertainties.

The elements of Colorado's adaptive strategy arose from significant technical work and the early and ongoing engagement of stakeholders. In developing Colorado's Water Plan, the CWCB, basin roundtables, and the IBCC adopted the scenario planning process to initiate a conversation among stakeholders about planning for uncertainties and emerging water resource challenges.[2] These groups worked together to explore how to meet the increasing water needs of Colorado's growing communities while balancing water interests.[3] Of particular concern, Colorado must contend with the significant and growing municipal water needs by 2050.[4] Scenario planning helps answer questions about how much water Colorado may need in the future, how much water may be available to meet our state's future needs, and what sources of water supply future generations will support. Subsequent sections in Chapter 6, as well as Chapter 8, provide details about ways in which Colorado can employ the scenario planning approach to more specifically respond to an uncertain future.

## Scenario Planning: *Planning for Multiple Futures*

Given the uncertainties of future water supply and demand, the CWCB adopted a planning approach that many major water providers across the West use: scenario planning.[5] The use of scenario planning assumes that the future is unknown and provides flexibility in responding to various future conditions.[6] Rather than trying to predict the future by looking at the past, scenario planning allows the CWCB and stakeholders to identify and account for key uncertainties operating within the planning period (Figure 6.1-1).

BLM_0064992



**FIGURE 6.1-1**  THE TRADITIONAL "PREDICT-AND-PLAN" APPROACH COMPARED TO THE SCENARIO-PLANNING APPROACH

Adapted from Global Business Network, 2012 & Marra, 2013[7]

Scenario planning relies on several key driving forces in order to build multiple plausible futures (i.e., scenarios), whereas, by contrast, the more traditional "predict-and-plan" approach develops the most probable future. The IBCC and basin roundtables worked in partnership with the CWCB to explore the implications of multiple plausible futures. Given the unpredictability of factors driving Colorado's future, such as climate change, economic and population growth, and social values, the necessity of planning for multiple scenarios in Colorado's future requires a much more comprehensive planning and preparation tool. The IBCC and basin roundtables developed descriptions of several futures Colorado could face, and used those descriptions to identify and evaluate a prospective series of implementable projects and initiatives called "portfolios." One goal of this work was to identify projects and policies that are needed across multiple scenarios. Common actions would therefore apply to multiple futures, and Colorado can plan for and prioritize those first, while still monitoring uncertainties that may redirect recent trends.

By implementing successive sets of common actions over time, decision makers can be more confident that the policies and investments Colorado makes in the near term will also be viable in the longer term. The near- and long-term actions combine with the scenarios to create a forward looking pathway of actions that both anticipate and prepare for the emerging needs of the future. Figure 6.1-2 conceptualizes ways in which Colorado can align various potential future conditions with near-term actions and long-term adaptive strategies.

**FIGURE 6.1-2**  SCENARIO PLANNING IDENTIFIES SUCCESSIVE SETS OF COMMON ACTIONS THAT APPLY TO MULTIPLE FUTURES



Adapted from Marra & Thomure, 2009.[8]

BLM_0064993

| FIGURE 6.1-3 | COMMON ACTIONS AND ADAPTIVE STRATEGIES IN SCENARIO PLANNING |
| --- | --- |



**Common Actions**
(Actions needed for all scenarios)

**Adaptive Strategies**
(Strategies needed for specific scenarios)

In the near term, Colorado's way forward involves implementing actions that are common to all or most of the envisioned futures. These common actions have broad applicability, as Figure 6.1-3 shows. The common actions are necessary regardless of which scenario Colorado eventually encounters, and they can be implemented immediately. By contrast, the adaptive strategies are dependent on the specific scenario and will be evaluated based on future information. In the mid-to-long term, the direction forward may narrow and favor a smaller set of possible futures. In that case, the CWCB would work with stakeholders to reevaluate and update the planned actions as well as the strategies. The CWCB would base these updates on the status of predetermined "signposts" or decision points that reveal whether past uncertainties now have more clarity. For water in Colorado, these uncertainties include water needs, water supply, and Colorado's social values. The use of scenarios enables planners to respond and adapt to still-emerging issues and to explore the opportunities and challenges each possible future presents—without reducing options available going forward.[9]

## Developing Alternative Water Supply Portfolios

The SWSI 2010 report introduced the "status-quo portfolio"—a set of prospective water-supply actions that would likely be required if current trends continue their trajectories. The status quo is counter to Colorado's water values (as Chapter 1 presents), and leads to the transfer of large quantities of water out of the agricultural sector to satisfy M&I water-supply needs. Such a transfer would result in a substantial loss of agricultural lands and could potentially cause harm to the environment and to Colorado's economy. This plan discusses additional challenges with the status-quo portfolio below. The general statewide consensus is that the status-quo portfolio of actions, and the projected future it assumes, is not desirable for Colorado.[10]

Given these concerns, the CWCB initiated a multi-year, stakeholder plan development process in conjunction with the nine basin roundtables and the IBCC. Each basin roundtable represents the water interests of a specific region within Colorado, and the IBCC facilitates conversations among the basin roundtables and addresses broader, statewide water issues. Figure 6.1-4 on the following page summarizes the plan development process.

Each of the nine basin roundtables developed one or more statewide water supply portfolios to respond to the projected low, medium, or high future water needs of communities.[11] Each portfolio constitutes a unique combination of possible strategies communities could use to meet a range of projected M&I water needs. The strategies include conservation, reuse, agricultural transfers, development of water projects within each basin, and TMDs. The CWCB developed an interactive tool that quantifies tradeoffs—associated with Colorado's water values—that each portfolio would generate. These tradeoffs include effects on the environment, agriculture, reliability, and cost. This work brought basin roundtables together by showing how one water supply decision has multiple effects across the state. Most of the 34 portfolios the basin roundtables developed reduced these tradeoffs, thereby minimizing negative effects statewide and in each basin. They also presented combinations of solutions that both met a variety of possible future conditions and aligned with Colorado's water values.

BLM_0064994



**FIGURE 6.1-4   SUMMARY OF THE STAKEHOLDER AND PLAN DEVELOPMENT PROCESS**

The IBCC subsequently synthesized and reduced the 34 basin roundtable-generated portfolios into a smaller set of 10 "representative" portfolios to address projected low-, mid-, and high-range M&I water demands (as Chapter 5 describes). The basin roundtables determined that the representative portfolios successfully captured the intent and character of the original 34 portfolios.

## Formulating Plausible Scenarios

Potential changes in future M&I water demand and available water supply were among the most important drivers all of the basin roundtables considered when developing their portfolios. Some of the basin roundtables also considered changing societal values and other drivers outside of the water community's control. The IBCC took these perspectives into account when developing the list of nine high-impact drivers, which it factored-in to the scenario development process. These drivers will greatly influence the direction of Colorado's water future:

1. Population/Economic Growth
2. Social/Environmental Values
3. Climate Change/Water Supply Availability
4. Urban Land Use/Urban Growth Patterns
5. Energy Economics/Water Demand
6. Level of Regulatory Oversight/Constraint
7. Agricultural Economics/Water Demand
8. M&I Water Demands
9. Availability of Water-Efficient Technologies

Using these drivers, the IBCC developed five scenarios that represent plausible futures. It then matched the scenarios with five of the 10 representative portfolios of solutions that best met the needs each scenario

described, and that aligned with Colorado's water values. The scenarios represent how Colorado's water future might look in 2050, even though the actual future at that time will likely contain a mixture of multiple scenarios. The scenario summary also includes a visualization of five of the main drivers. A chart for each scenario shows the relative increase and decrease in levels for each driver compared to current levels. The descriptive scenario names portray the overall essence that each scenario embodies in its respective views of the future.[12] The IBCC describes the scenarios as follows:

A. **Business as Usual:** Recent trends continue into the future. Few unanticipated events occur. The economy goes through regular economic cycles but grows over time. By 2050, Colorado's population is close to 9 million people. Single-family homes dominate, but there is a slow increase of denser developments in large urban areas. Social values and regulations remain the same, but streamflows and water supplies show increased stress. Regulations are not well coordinated and create increasing uncertainty for local planners and water managers. Willingness to pay for social and environmental mitigation of new water



development slowly increases. Municipal water conservation efforts slowly increase. Oil-shale development continues to be researched as an option. Large portions of agricultural land around cities are developed by 2050. Transfer of water from agriculture to urban uses continues. Efforts to mitigate the effects of the transfers slowly increase. Agricultural economics continue to be viable, but agricultural water use continues to decline. The climate is similar to the observed conditions of the 20th century.

B. **Weak Economy:** The world's economy struggles, and the state's economy is slow to improve. Population growth is lower than currently

BLM_0064995



projected, slowing the conversion of agricultural land to housing. The maintenance of infrastructure, including water facilities, becomes difficult to fund. Many sectors of the state's economy, including most water users and water-dependent businesses, begin to struggle financially. There is little change in social values, levels of water conservation, urban land use patterns, and environmental regulations. Regulations are not well coordinated and create increasing uncertainty for local planners and water managers. Willingness to pay for social and environmental mitigation decreases due to economic concerns. Greenhouse gas emissions do not grow as much as currently projected and the climate is similar to the observed conditions of the 20th century.

C. **Cooperative Growth:** Environmental stewardship becomes the norm. Broad alliances form to provide for more integrated and efficient planning and



development. Population growth is consistent with current forecasts. Mass transportation planning concentrates more development in urban centers and in mountain resort communities, thereby slowing the loss of agricultural land and reducing the strain on natural resources compared to traditional development. Coloradans embrace water and energy conservation. New water-saving technologies emerge. Eco-tourism thrives. Water-development controls are more restrictive and require both high water-use efficiency and environmental and recreational benefits. Environmental regulations are

more protective, and include efforts to re-operate water supply projects to reduce effects. Demand for more water-efficient foods reduces water use. There is a moderate warming of the climate, which results in increased water use in all sectors, in turn affecting streamflows and supplies. This dynamic reinforces the social value of widespread water efficiency and increased environmental protection.

D. **Adaptive Innovation:** A much warmer climate causes major environmental problems globally and locally. Social attitudes shift to a shared responsibility to address problems. Technological innovation becomes the dominant solution. Strong investments in research lead to breakthrough efficiencies in the use of natural resources, including water. Renewable and clean energy become dominant. Colorado is a research hub and has a strong economy. The relatively cooler weather in Colorado (due to its higher elevation) and the high-tech job market cause population to grow faster than currently projected. The warmer climate increases demand for irrigation water in agriculture and municipal uses, but innovative technology mitigates the increased demand. The warmer climate reduces global food production, increasing the market for local agriculture and food imports to Colorado. More food is bought locally, increasing local food prices and reducing the loss of agricultural land to urban development. Higher water efficiency helps maintain streamflows, even as water supplies decline. The regulations are well defined and permitting outcomes are predictable and expedited. The environment declines and shifts to becoming habitat for warmer-weather species. Droughts and floods become more extreme. More compact urban development occurs through innovations in mass transit.

BLM_0064996

E. **Hot Growth:** A vibrant economy fuels population growth and development throughout the state. Regulations are relaxed in favor of flexibility to promote and pursue business development. A much warmer global climate brings more people to Colorado with its relatively cooler climate. Families prefer low-density housing and many seek rural properties, ranchettes, and mountain living. Agricultural and other open lands are

rapidly developed. A hotter climate decreases global food production. Worldwide demand for agricultural products rises, greatly increasing food prices. Hot and dry conditions lead to a decline in streamflows and water supplies. The environment degrades and shifts to becoming habitat for species adapted to warmer waters and climate. Droughts and floods become more extreme. Communities struggle unilaterally to provide services needed to accommodate the rapid business and population growth. Fossil fuel is the dominant energy source, and there is large production of oil shale, coal, natural gas, and oil in the state.

The five scenarios above collectively capture a broad range of future supply-and-demand possibilities and uncertainties. Of the five scenarios, "Business as Usual" is the most conventional, while "Adaptive Innovation" and "Hot Growth" are the most difficult to prepare for because of high water demands combined with the effects of climate change. The challenge is not to pick the most likely or attractive future; rather, it is to develop the capacity to prepare Colorado for all of them.

## Developing an Adaptive Water Management Plan

In analyzing the portfolios, the IBCC identified common near-term strategies and actions that would provide baseline benefits for all five of the envisioned scenarios. Most of these actions would be necessary no matter what future Colorado faces, and would fully meet low demands, as the "Weak Economy" scenario describes. Some strategies prepare Colorado for future projects and methods that may be needed in one or more futures. These near-term commonalities are called "no-and-low-regret" strategies and actions, since they would most likely be viable no matter how the future might ultimately unfold.

In this context, a "regret" is an action in which Colorado enters a future where there are:

1. Water shortages due to an insufficient number of implemented necessary projects and methods;

2. Significant consequences to Colorado's agriculture, environment, or economy because Colorado's water community did not implement projects and methods consistent with Colorado's water values; or

3. Too many unneeded and costly projects.

By implementing the No-and-Low-Regrets actions sooner rather than later, Colorado will be prepared for any future, without provoking serious tradeoffs. Figure 6.1-5 (page 6-9) illustrates how the No-and-Low Regrets party compares to the status-quo portfolio.

In contrast to the Status-Quo Portfolio, the No-and-Low-Regrets Portfolio reduces potential effects to the environment and agriculture by increasing the success of planned projects and levels of water conservation. The No-and-Low-Regrets Portfolio aligns with Colorado's water values; it avoids the unacceptable consequences resulting from the continued drying-up of Colorado's irrigated agriculture and the use of more Colorado River water. Nevertheless, the No-and-Low-Regrets Portfolio only meets the low-demand scenario (as Figure 6.1-5 shows), and additional water supplies or increased conservation will be required if Colorado faces medium or high water demands. In addition, several portfolios address higher demands while continuing to align with Colorado values; this chapter explores these below.

BLM_0064997

**FIGURE 6.1-5**   NO-AND-LOW-REGRETS PORTFOLIO VERSUS THE STATUS-QUO PORTFOLIO



BLM_0064998

Below are descriptions of the recommended No-and-Low-Regrets actions, along with the adaptive strategies that will prepare Colorado for other potential futures:

- ❖ **Minimize the transfer of statewide agricultural acres and implement agricultural sharing projects:** Limit traditional permanent dry-up of agricultural lands by supporting lower-impact alternatives for more than 300,000 people (requiring 50,000 acre-feet of water) in the near future. Simultaneously, track the reliability of these alternatives, and plan and preserve the option of additional agricultural transfers should a future scenario necessitate this action. Section 6.4 describes these opportunities.

- ❖ **Plan and preserve future options for developing unappropriated waters:** Develop additional water supplies from unappropriated water on the western slope for local use to serve a minimum of 200,000 people (requiring 35,000 acre-feet of water), and to support their associated jobs in the near future. At the same time, plan for and preserve the option of an additional TMD, should a future scenario necessitate such a project through the conceptual framework parameters Chapter 8 describes.

- ❖ **Establish low to medium conservation strategies:** Implement strategies to meet low to medium levels of conservation, and apply at least half of these savings to meet future M&I needs in order to support approximately 1 million people (requiring 170,000 acre-feet of water) and their jobs in the near future. At the same time, track the reliability of these conservation savings, and plan for ways to achieve additional conservation savings, should a future scenario necessitate this action. Section 6.3 describes several avenues for accomplishing this.

- ❖ **Implement projects and methods that support environmental and recreational uses:** Implement local projects, especially those that support imperiled species and recreational areas that are important to local economies. Section 6.6 describes these projects and methods.

- ❖ **Strive for high success rates for projects and methods that are already planned:** Work to support the projects that are already planned, as these already have a project proponent and are often smaller and less controversial than many of the other project options. Statewide, these projects may provide enough water for more than 2 million people (requiring 350,000 acre-feet of water) and their associated jobs in the near future. Continue to track the success rate of these projects and their ability to meet future community water needs. Section 6.5 further describes these projects and methods.

- ❖ **Assess and implement storage projects and other infrastructure:** Implement storage and other infrastructure to maximize flexibility and reliability. Focus on options that support multiple needs for communities, agriculture, and the environment. Section 6.5 further discusses storage.

- ❖ **Implement water reuse strategies:** Implement strategies that encourage increased use of recycled water, as Section 6.3 describes.

As indicated in SWSI, "Colorado faces a shortage of water for meeting the state's consumptive and nonconsumptive water needs. In order to meet Colorado's water management objectives, a mix of local water projects and processes, conservation, reuse, agricultural transfers, and the development of new water supplies should be pursued concurrently."[13] The No-and-Low-Regrets actions bring together the need to advance each of these which, together, are known as the "four legs of the stool."

The No-and-Low-Regrets Portfolio only satisfies the M&I water supply needs of the "Weak Economy" scenario, and would only be possible if the portfolio were successfully implemented in the near term. If medium or high water demands had to be met as the other scenarios envisioned, additional portfolio actions would be required in the mid and long term.

BLM_0064999

 

Colorado must be prepared for a range of possible futures, which may be dry or wet. Drought photo courtesy of USGS.

Building on the earlier work of the basin roundtables and the IBCC, the CWCB developed a scenario-based adaptive water strategy. While the No-and-Low-Regrets Portfolio is necessary no matter what future Colorado may face, the adaptive framework recognizes that the future hinges upon how much the primary drivers—M&I water demand, waters-supply availability, and social values—change over time. These drivers could tip the still-evolving future toward one scenario or another. The tipping points serve as water management decision points, or "signposts," that can lead toward the need to implement a certain portfolio of solutions. By developing an adaptive water management framework, managers and decision makers will be more aware of approaching signposts and can anticipate the need to make timely water management decisions.

An explanation of the primary drivers follows:

❖ Future changes in *M&I water demands* may trend "lower" or "higher" relative to the mid-level water demand forecasts previous SWSI efforts used. The State may anticipate such changes by tracking indicators of economic activity and demographic growth, as well as other secondary factors.

❖ Water *supply availability* may similarly trend "lower" or "higher" depending on climate change, watershed hydrology, and legal constraints associated with Colorado's interstate compacts, water law, and environmental regulations. The State will assess water supply availability as trending lower or higher over time as compared to earlier versions of the SWSI.

BLM_0065000

✧ The third primary driver, *social values,* is a measure of statewide public sentiment; it may trend toward a more "green" orientation or it may shift toward greater "resource utilization." "Green" values will likely favor more dense, low-impact urban development, greater reliance on water reuse and energy efficiency, greater protection of environmental and recreational resources, and preservation of local agriculture and open space. Values associated with more intensive resource utilization will gravitate toward full use of existing natural sources as well as the development of new sources to satisfy M&I water demands.

This scenario-based framework allows for incremental implementation of future portfolio response actions beyond the No-and-Low-Regrets actions recommended in the near term (Figure 6.1-6). Pre positioned portfolio actions—such as increased levels of conservation, agricultural transfers, or TMDs—can be implemented at specified key signposts. This will allow decision makers to adaptively respond in real time to changes in critical drivers that cannot be predicted with certainty. Critical drivers include water demands, water supply, and social values.[14]

Table 6.1-1, on page 6-13, illustrates the relationships between the three primary drivers, scenarios, and portfolios of solutions. The five portfolios that match the scenarios best meet both future conditions and Colorado's water values.

The No-and-Low-Regrets actions will not be easy to accomplish. Nevertheless, if Colorado does not implement these in the next 15 years, the effects will be severe. The water supply gap will be greater than any basin roundtable has envisioned, and the solutions will dry up more agriculture and cause further harm to the environment. If Colorado faces high demands and does not fully implement the No-and-Low-Regrets actions, the state will have to implement projects and methods beyond anything the basin roundtables have planned and prepared for in the portfolio development process.



**FIGURE 6.1-6** COLORADO'S SCENARIOS AND THEIR MATCHING PORTFOLIOS

BLM_0065001



## TABLE 6.1-1 SCENARIOS AND THEIR MATCHING PORTFOLIOS

| | Scenarios | | | | |
|---|---|---|---|---|---|
| | B Weak Economy | C Cooperative Growth | A Business as Usual | D Adaptive Innovation | E Hot Growth |
| **Scenario Drivers** — Water Demand | Lower | Lower | Higher | Higher | Higher |
| Water Supply | Higher | Lower | Higher | Lower | Lower |
| Social Values | No Change | "Green" | No Change | "Green" | "Resource Utilization" |
| **Portfolio of Solutions** | "Low Demand Conservation" / "No-and-Low Regrets" Portfolio | "Mid Demand Conservation" Portfolio | "Mid Demand Mixed" Portfolio | "High Demand Conservation" Portfolio | "High Demand Mixed" Portfolio |

BLM_0065002

Depending on the scenario, this could be an even larger TMD, draconian conservation measures, or even greater amounts of agricultural dry-up—and these approaches would not be consistent with Colorado's water values. It is imperative that Colorado implement the No-and-Low-Regrets actions.

Section 6.2 assesses whether or not the BIPs would be able to meet the No-and-Low-Regrets actions. Sections 6.3 through 6.6 and Chapter 8 explore in detail how Colorado, at a minimum, can implement the No-and-Low-Regrets actions through the BIPs and other stakeholder projects and methods; the State would accomplish this by obtaining financial support, pursuing education efforts, forming partnerships, and pursuing legislative solutions.

If successfully implemented, this adaptive water strategy will provide a roadmap to a still-evolving future. Given the whims inherent in predicting future conditions, the plan must be a living document. As new critical drivers arise, or as decision points change over time, the CWCB in partnership with stakeholders, will need to assess and revise the scenarios and associated response-action portfolios in subsequent updates to the SWSI.

## ACTIONS

The following actions will continue to support scenario planning and Colorado's adaptive strategies:

1. **Support the implementation of the No-and-Low-Regrets strategy:** The CWCB, in partnership with other state agencies, will commit state financial, technical, and regulatory resources to the near-term implementation of prioritized water management projects as specified in the No-and-Low-Regrets actions. As part of this work, and in partnership with the basin roundtables, the CWCB will evaluate progress toward

achieving the No-and-Low-Regrets actions.

2. **Monitor drivers:** To determine which scenario Colorado will most likely face, the CWCB will work with partners, such as the Climate Change Technical Advisory Group, to monitor the critical drivers of water supply, demand, and the level of "green" versus "full-resource use" values through future SWSI updates and other technical work. As part of this work the CWCB will work with stakeholder groups to update the scenarios and adaptive strategies.

3. **Promote use of scenario planning and adaptive strategies:** The CWCB and the basin roundtables will continue to use and promote scenario planning and the use of adaptive strategies to respond to, mitigate, and prepare for climate change. In partnership with project proponents, the CWCB will also encourage and facilitate the adoption of adaptive strategies for municipal, industrial, agricultural, environmental, and recreational needs as Colorado moves into the future.

4. **Support Colorado's Decision Support Systems (CDSS):** The CWCB and the DWR will continue to develop and support the CDSS to encourage data-driven planning and decision making.

5. **Support innovative and collaborative science:** The CWCB will continue to work with local, state, and federal partners to build coalitions to purchase, deploy, maintain, and operate new equipment and new science necessary for 21st-century water management. Concepts and technologies such as watershed-based gap-filling radars for continuous weather coverage, radiometers for improved profiles of the atmosphere and modeling support, and improved high-resolution atmospheric and hydrological modeling specific to Colorado, lead to accurate quantification of the snowpack and runoff, regardless of the scenario.

BLM_0065003

# 6.2

## MEETING COLORADO'S WATER GAPS

GOAL

**Colorado's Water Plan uses a grassroots approach to formulate projects and methods that avoid some of the undesirable outcomes of the supply-demand gaps. The plan addresses the gaps from multiple perspectives—such as water storage, reuse, recycling, integrated water management, restoration, and conservation.**

## Overview

This section describes how the basin roundtables' BIPs meet Colorado's growing municipal, industrial, agricultural, environmental, and recreational water needs. It also describes the BIP goals and measurable outcomes, and identifies by basin the remaining needs Colorado must meet to accomplish those objectives. These remaining needs are referred to as "gaps." This section relies on previous technical work the SWSI 2010 conducted, the basin needs assessments, and the No-and-Low-Regrets work Section 6.1 describes.

In addition, this section assesses the projects and methods identified in the BIPs to determine whether they address the gaps. Finally, the section ends with a list of actions to support closing Colorado's water gaps. Sections 6.3 through 6.6 indicate the types of projects and methods the BIPs are considering, and actions to support them.

Colorado's Water Plan does not prescribe or endorse specific projects. However, the implementation of a combination of projects and methods, as the BIPs outline, will be necessary to meet Colorado's current and future municipal, industrial, agricultural, environmental, and recreational water needs. Failure to implement those projects and methods will result in an even greater water gap in Colorado's future.

In compiling its BIP, each basin roundtable developed goals and measurable outcomes that add up to each basin's vision for plans to support each major sector. While it is relatively easy to quantify a water supply gap for M&I needs, the future needs of agriculture, the environment, recreation, and other uses the BIPs identified are based on each basin roundtable's vision.

## Goals and Measurable Outcomes by Basin

The degree to which the BIP goals and measurable outcomes demonstrate concurrence across Colorado is remarkable. The CWCB developed several long-term themes to meet the objectives the Governor's Executive Order outlined.[15] These include:

1. Meet Colorado's municipal water needs.

2. Meet Colorado's agricultural water needs.

3. Meet Colorado's environmental and recreational water needs.

In addition, Colorado has a long-term goal related to water quality, which Section 7.3 discusses:

4. Meet Colorado's water quality management needs.

The BIP goals and measurable outcomes reflect each of these major themes. Additionally, the basin roundtables identified several major themes that reach across all BIPs. These include:

❖ Protect and restore watershed health.

❖ Develop multipurpose storage/balance all needs and reduce conflict.

BLM_0065004

❖ Comply with and manage the risk associated with interstate compacts and agreements.

❖ Continue participation, education, outreach, and communication.

Table 6.2-1, on page 6-17, demonstrates the common themes across the eight BIPs, and outlines the steps by which the BIPs propose to specifically address these themes.

Below is a brief summary of how the basins addressed these themes through their BIPs.

**Meet Colorado's Municipal Water Needs through Conservation and Identified Projects and Methods:** Every basin roundtable discusses the importance of conservation. This is especially a focus for the Arkansas, Colorado, Metro, South Platte, and Southwest Basin Roundtables. In the Southwest and South Platte BIPs, the roundtables focus on implementing already-specified IPPs from SWSI 2010. The Southwest and the Colorado Roundtables also identify additional projects and methods. The Colorado, South Platte, Metro, and Arkansas Roundtables also feature reuse in their BIPs.

**Meet Colorado's Agricultural Needs:** In general, the Arkansas, Colorado, Rio Grande, and Southwest Basin Roundtables are approaching agricultural needs from an economic and productivity standpoint. The North Platte and Yampa/White Basin Roundtables seek to increase their irrigated acres, while several basins, such as the Gunnison and Colorado, seek to reduce agricultural shortages. Nearly every basin also focuses on improving agricultural efficiencies and modernizing water infrastructure. The South Platte and Metro Basin Roundtables are concerned about maintaining the viability of agriculture in the South Platte against the pressure of agricultural transfers and urbanization. They are therefore exploring alternative options, including the successful implementation of conservation, reuse, IPPs, alternative agricultural transfers, and the development of new supplies from the Colorado River system. Some western slope roundtables, such as the Southwest Roundtable, indicate that agriculture across the state is important, and have expressed support for strategies such as high-conservation to minimize the potential loss of irrigated acres. In the South Platte BIP, the South



Sunset on the Big Thompson River, a tributary of the South Platte River. The headwaters of the Big Thompson River begin in Rocky Mountain National Park.

BLM_0065005

## TABLE 6.2-1   COMMON THEMES ACROSS BASIN IMPLEMENTATION PLANS

✓ = BIP goal or measurable outcome, ✓ = BIP activity

| | Ark | Co | Gu | NP | RG | SP/Mt | SW | Y/W/G |
|---|---|---|---|---|---|---|---|---|
| **A. Meet Municipal Water Needs thoughout Colorado** | | | | | | | | |
| • Focus on M&I gaps | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Focus on conservation / demand management | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **B. Meet Colorado's Agriculture Needs** | | | | | | | | |
| • Focus on agricultural economy | ✓ | ✓ | ✓ | | ✓ | ✓ | | |
| • Focus on reducing shortages | | ✓ | ✓ | | | ✓ | ✓ | ✓ |
| • Improve agricultural efficiencies | ✓ | ✓ | ✓ | | ✓ | | ✓ | ✓ |
| • Increase irrigated acres | | | | ✓ | | | | ✓ |
| • Conduct the goals while protecting private property rights | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **C. Meet Colorado's Environmental and Recreational Water Needs** | | | | | | | | |
| • Focus on recovering imperiled and/or endangered species | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Protect wetlands and riparian areas | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Protect recreation | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Quantify nonconsumptive needs | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ |
| **D. Protect and Restore Watershed Health** | | | | | | | | |
| • Include one or more goals / activities associated with watershed health | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **E. Balance All Needs and Reduce Conflict / Multi Purpose Storage** | | | | | | | | |
| • Protect private property rights / water rights | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Multi-purpose focus | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Modernize water infrastructure | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| • Determine how agriculture supports nonconsumptive needs | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| • Increase storage | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **F. Comply with Interstate Compacts, Agreements, and Manage the Risk Associated with These** | | | | | | | | |
| • Include one or more goals /activities associated with this | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **G. Continue Participation, Education, Outreach, and Communications** | | | | | | | | |
| • Include one or more goals / activities associated with this | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **H. Meet Colorado's Water Quality Management Needs** | | | | | | | | |
| • Include one or more goals / activities on water quality | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

BLM_0065006

Platte and Metro Roundtables indicate that they will need to consider all of these strategies to reduce the pressure on agricultural transfers. The Rio Grande Roundtable expresses concern about maintaining the viability of agriculture in light of current unsustainable groundwater depletions.

**Meet Colorado's Environmental and Recreational Needs:** Each of the state's basins has environmental water quality and water quantity needs and objectives it must meet. Every basin roundtable discusses the need to recover imperiled and/or threatened and endangered species, and to protect recreational opportunities, wetlands, and riparian areas. In addition, several roundtables state the need to further quantify environmental and recreational needs, and the Gunnison, South Platte, Metro, and Yampa/White/Green Roundtables discuss the need to better determine how agriculture supports environmental and recreational values.

**Meet Colorado's Water Quality Management Needs:** Although water quality is not an issue the basin roundtables traditionally study, every roundtable addresses water quality in its BIP. Section 7.3 summarizes this.

**Protect and Restore Watershed Health:** While the Arkansas, North Platte, Rio Grande, and Southwest Basin Roundtables are the most focused on watershed health, every roundtable recognizes the importance of watershed health in its BIP. Many roundtables link watershed health to environmental needs or the protection of important infrastructure for municipal and agricultural needs. Section 7.1 summarizes the watershed health efforts.

**Continue Participation, Education, Outreach, and Communication:** Every basin roundtable has active education and outreach activities, as Section 9.5 describes.

While each of the above topics demonstrates a gap associated with the goals and measurable outcomes, several other important themes do not directly address the gaps. Some of these include:

- ❖ **Protect private property and water rights:** Every roundtable makes it clear in its BIP that basins must pursue solutions to protect agriculture and the environment in the context of protecting private property and water rights. This general theme is consistent with Colorado's Water Plan.

- ❖ **Comply with and manage the risk associated with interstate compacts and agreements:** Every basin in Colorado must grapple with interstate compacts or agreements, and each basin has addressed this topic explicitly in its BIP. Chapter 8 discusses how the basins address the issue of TMDs.

- ❖ **Develop multipurpose storage and projects/ Balance all needs and reduce conflict:** In their BIPs, all roundtables stress an interest in multipurpose projects and approaches. Some, like the Arkansas, Colorado, Gunnison, North Platte, Rio Grande, and South Platte Basin Roundtables, are interested in ways in which agriculture supports nonconsumptive needs.

## Meeting M&I Water Needs Throughout Colorado

In the BIP process, the CWCB identified three statewide long-term goals to meet community water needs throughout Colorado:[16]

- ❖ Use water efficiently to reduce overall future water needs.

- ❖ Identify additional projects and processes to meet the water supply gap for municipalities while balancing the needs of agriculture, the environment, and recreation across the state.

- ❖ Meet community water needs during periods of drought.

The SWSI 2010 indicated that under current conditions, the M&I gap could total between 310,000 and 560,000 acre-feet, depending on the rate of population growth in Colorado. As Section 6.1 discusses, this assumes that planned projects, or IPPs, are ultimately implemented at fairly high rates.[17]

As described in the updated SWSI glossary,[18] IPPs meet the following criteria and are listed in SWSI 2010:[19]

- ❖ The project or method has a project or method proponent.

- ❖ When the proponent is a retail water provider, the project or method is being used to meet the water supply needs of its customers by 2050.

BLM_0065007