❖ When the project proponent is a wholesale water provider, at least one retail water provider must express interest in writing and plan on using the project or method to meet the water supply needs of its customers by 2050.

❖ The project or method must have at least preliminary planning, design, conditional or absolute water rights, rights of way, and/or written negotiations with local governments the water project could affect.

❖ The water supply needs must be identified and included in the BIPs and/or SWSI documents.

The majority of Colorado's water providers responsibly plan to address their water needs according to their timelines and objectives. However, there is still a water supply gap. To address the minimum water gap, the basin roundtables and the IBCC developed several No-and-Low-Regrets goals and measurable outcomes, as Section 6.1 describes. In offering guidance to the basin roundtables, CWCB demonstrated how these measurable outcomes could inform the BIPs at a basin specific level. Table 6.2-2 compares BIP actions to these measurable outcomes, which include measures for conservation, IPPs, reuse, agricultural transfers, and Colorado River supplies:[20]

❖ *Establish low-to-medium conservation strategies*

⁘ Implement strategies at the basin-level to meet medium levels of conservation, and apply half of that to meet the M&I gap, equivalent to 67,000 acre-feet per year by 2030 and 167,000 acre-feet by 2050 statewide.

⁘ 2050 conservation savings by basin:
- Arkansas: 36,000 acre-feet
- Colorado: 15,000 acre-feet
- Gunnison: 4,300 acre-feet
- North Platte: 85 acre-feet
- Rio Grande: 3,200 acre-feet
  South Platte (including Metro Area): 97,000 acre-feet
- Southwest: 7,500 acre-feet
- Yampa/White/Green: 3,700 acre-feet

❖ *Have a high success rate for IPPs*

⁘ Implement IPPs to yield 80 percent of the statewide planned water deliveries, equivalent to 70,000 acre-feet per year for the western slope and 280,000 acre-feet per year for the eastern slope

⁘ 2050 No-and-Low-Regret IPP success by basin:
- Arkansas: 76,000 acre-feet
- Colorado: 45,000 acre-feet
- Gunnison: 12,000 acre-feet
- North Platte: 100 acre-feet
- Rio Grande: 6,000 acre-feet
- South Platte (including Metro Area): 200,000 acre-feet
- Southwest: 13,000 acre-feet
- Yampa/White/Green: 7,000 acre-feet

❖ *Implement reuse strategies*

⁘ Produce 25,000 acre-feet per year of yield resulting from new agricultural-transfer and TMD projects above and beyond the IPPs in the South Platte and Arkansas Basins.

❖ *Plan and preserve options for existing and new supply*

⁘ Develop 35,000 acre-feet per year of new supplies in the Colorado River system for the western slope.

⁘ Develop a conceptual framework among basin roundtables regarding ways to preserve the option for a potential future TMD from the western slope to the eastern slope. (Chapter 8 discusses the conceptual framework the IBCC developed.)

Many of the basins seek to meet these short- and long-term M&I goals in their BIPs; this subsection reviews BIPs by basin. Table 6.2-2 summarizes the success of each basin in meeting the overall water supply gap for municipalities and industry.

The current No-and-Low-Regrets actions and SWSI 2010 gap calculations do not take into account the potential effects of climate change. As this plan discusses, warming temperatures can affect water supply, water availability, and water demands. Should average annual temperature continue to increase at projected levels (2.5 to 5° F) by mid-century, it is reasonable to expect that the existing gap will increase.

BLM_0065008

**TABLE 6.2-2** SUMMARY OF BASIN IMPLEMENTATION PLANS ADDRESSING THE MUNICIPAL AND INDUSTRIAL NO-AND-LOW-REGRETS AND GAPS

| Basin | 2050 New Needs (acre-feet)[21] | 2050 Gap (acre-feet)[22] | BIP-Identified Potential New Projects and Methods (acre-feet)[9] | # of New Projects w/ acre-foot info | Are No/Low Regrets Likely Met? | Notes |
|---|---|---|---|---|---|---|
| Arkansas | 110,000 - 170,000 | 59,500[23] (M&I Shortage) 45,000 - 94,000 (SWSI 2010) | 125,000 | 10 | Yes: IPP success, identify additional projects to meet the gap. | A database categorized which projects listed in the BIP count as IPPs |
| Colorado | 65,000 - 110,000 | 26,000 - 48,000 | 40,000 (20,000 in projects and 20,000 from high active conservation) | 3 | Yes: High conservation; some IPP success; identify additional Colorado River Basin supply projects | The BIP identified priority projects by region, and the largest project has a large agricultural component, so it is unclear if the gaps will be fully met with only the priority projects[24] |
| Gunnison | 16,000 - 23,000 | 3,700 - 6,100 | 17,500 (12,000 in projects and 5,500 from high active conservation) | 5 | Yes: High conservation; success of IPPs; identify additional Colorado River Basin supply projects | BIP indicates M&I needs "are generally expected to be managed with sufficient existing supplies and/or through planned projects"[25] |
| North Platte | 100-300 | 10 - 30 | N/A | Completed Project | Yes: Accept conservation standards; IPP success. | The North Platte has met its municipal gap[26] |
| Rio Grande | 7,700 - 13,000 | 2,300 - 5,100 | 800 | 1 | Partially: Little conservation discussion; some IPP success | Because the basin is focused on groundwater sustainability, the BIP did not identify additional acre-feet for municipal projects.[27] |
| South Platte (including Metro) | 340,000 - 505,000 | 204,000 - 310,000 | 98,000 (45,000 in projects and 53,000 from active conservation) | 8 | Partially: Some conservation, IPP success, reuse success, some agricultural transfers. | The BIP developed portfolios, which conceptually fill the gap with additional agricultural transfers, ATMs, multipurpose projects, and potentially a new TMD[28] |
| Southwest | 20,000 - 31,000 | 8,800 - 16,000 | 49,000 (40,000 in projects and 9,000 from high active conservation) | 7 | Yes: High conservation; high IPP success; develop additional Colorado River Basin supplies. | Projects and methods identified will meet M&I gap as well as the infrastructure needs of the basin[29] |
| Yampa / White / Green | 34,000 - 95,000 | 24,000 - 83,000 | 203,000 (198,000 in projects and 5,000 from high active conservation) | 8 | Yes: Some conservation; high IPP success; develop additional Colorado River Basin supplies. | 85 percent of the yield for M&I projects stems from one large project.[30] |
| **TOTALS** | 590,000 - 950,000 | 310,000 - 560,000 | 530,000 | **42** | | |

a. This column represents the total number of acre-feet gathered from the projects and methods (P&M) the roundtables identified in the BIPs, which could serve municipal or industrial uses. Conservation is included as a method. The values do not consider hydrological limitations. These values do not include the IPPs previously identified in SWSI 2010.

BLM_0065009

## Arkansas

The Arkansas Basin faces an immediate municipal gap in some areas, especially if one takes into account the need to replace nontributary groundwater in El Paso and Elbert Counties.[31] Future needs in the Arkansas Basin are likely to increase by 110,000 to 170,000 acre-feet, and currently planned projects leave a municipal water supply gap of between 45,000 and 94,000 acre-feet within the basin. This assumes that the basin implements identified projects and processes at a relatively high success rate.[32]

### Arkansas Goals and Measurable Outcomes

To address this municipal gap, the Arkansas Roundtable identifies four goals related to meeting M&I needs.[33] These goals and their associated measurable outcomes, as stated in the BIP, are:

- ❖ *Meet the municipal supply gap in each county within the basin.*
  - ✦ *Generate a study by December 2015 determining surpluses and deficits within sub-regions/counties.*
  - ✦ *Funds provided in support of collaborative efforts reported annually.*
- ❖ *Support regional infrastructure development for cost-effective solutions to local water supply gaps.*
  - ✦ *Agreements to regional use of identified IPPs such as Southern Delivery System.*
  - ✦ *New Water Supply Reserve Grant (WSRA) grant request for regional infrastructure studies.*
  - ✦ *Agreements for off take of conduit water; funding of conduit processes and construction.*
- ❖ *Reduce or eliminate Denver Basin groundwater dependence for municipal users.*
  - ✦ *Presentations by groundwater dependent entities on solutions that have been implemented.*
  - ✦ *Presentations on interim solutions and funding requests to support those solutions and funding requests to support those solutions.*
  - ✦ *Funds provided in support of collaborative efforts reported annually.*

- ❖ *Develop collaborative solutions between municipal and agricultural users of water, particularly in drought conditions.*
  - ✦ *Pilot project implemented as reported annually.*
  - ✦ *Engineering template implemented by the DWR to expedite temporary transfers at reduced cost.*
- ❖ *Increase surface storage available within the basin by 70,000 acre-feet by the year 2020.*
  - ✦ *Storage capacity and percentage of stored water annually from 2015 to 2020.*
- ❖ *Annual reporting of projects that have been permitted and/or constructed.*

### Meeting the Arkansas' M&I Gaps

The BIP supports the three primary recommendations to address the Arkansas Basin's M&I supply gap:[34]

- ❖ *The Arkansas Basin Roundtable acknowledges that a limited number of IPPs may be able to meet most of the gap.*
- ❖ *Storage is essential to meeting all of the basin's consumptive, environmental, and recreational needs. In addition to traditional storage, aquifer storage and recovery must be considered and investigated as a future storage option.*
- ❖ *The roundtable identified a critical gap as the need to replace nonrenewable groundwater and augment the sustainability of designated basins.*

Within its 2015 IPPs list, the basin has identified six projects that address M&I needs, four projects that address both M&I and agricultural needs, and one conservation project for a total of 125,000 acre-feet. The M&I projects identify 77,000 new acre-feet; the combined M&I and agriculture projects identify 48,000 new acre-feet; and the conservation project may reduce 500 acre-feet by 2030. These projects meet basin M&I gaps. Additionally, the basin identified examples of rehabilitation of nonfederal Arkansas Basin reservoirs to modern standards. If all potential rehabilitations were implemented, they would affect 220,775 acre-feet, and the estimated costs of the repairs would total $37,500,000.[35]

BLM_0065010

Actions required in order to meet the basin goal of increasing surface storage available within the basin by 70,000 acre-feet by 2020 include:

- *Implement a critical IPP.*
- *Work with the Office of Dam Safety to identify storage projects for restoration, rehabilitation, and increased capacity.*
- *Support funding, including grant contributions where appropriate, for storage restoration and expansion projects.*

These actions will work to meet both M&I and agricultural gaps.

## Colorado

The Colorado Basin faces a gap in Mesa County that could begin as early as 2030.[36] Future needs in the basin are likely to increase by 65,000 to 110,000 acre-feet, and currently planned projects leave a municipal water supply gap within the Colorado Basin of 26,000 to 48,000 acre-feet. This assumes that the basin implements identified projects and processes at a relatively high success rate.[37]

**Colorado Goals and Measurable Outcomes**

To address this municipal gap, the Colorado Basin Roundtable identifies seven goals in their BIP related to meeting M&I needs.[38] These goals and their associated measurable outcomes are:

- *Develop land use policies requiring and promoting conservation.*
  - *Develop recommendations for city, county, and state governing bodies promoting water awareness and efficiency in land use policy.*
  - *Develop educational materials or opportunities for municipal and county elected officials and planning officials on water supply issues and conservation options.*
  - *Preserve agriculture and reduce the transfer of agriculture water to municipal use.*

- *Raise awareness of current obstacles and efforts facing water providers.*
  - *Publish a summary of state and basin water providers' true cost of water by analyzing operation and maintenance costs including sustainable infrastructure replacement programs.*
  - *Development of national, state or local funding assistance programs to replace aging infrastructure.*
  - *All basin water providers have sustainable infrastructure replacement funding programs.*
- *Protect drinking water supplies from natural impacts such as extended droughts, forest fires, and climate change, among others.*
  - *Every basin water provider has a reliable redundant water supply to meet 2050 demands.*
  - *Colorado Basin Roundtable or the CWCB to establish a biannual basin conference on natural disaster planning for water providers and government officials.*
- *Improve water court process*
  - *Recommendations to improve the objector process.*
  - *Recommendations to limit vulnerability of water rights when changing existing water rights in water court.*
  - *Improvements to Colorado water law to encourage agricultural water efficiency practices without harming water right value.*
- *Secure growing water demand by developing in-basin supplies and expanding raw water storage supply.*
  - *All basin water providers to meet current supply needs with redundancy, drought plans, and viable project options to meet future water needs.*

BLM_0065011

     ✦ *Reduce average permitting time for a reservoir project to less than 10 years.*

     ✦ *Establish regional water provider and ditch company cooperatives focused on improving regional relationships, water supply redundancy and flexibility, water quality, coordinated efforts for multi-beneficial projects, and addressing environmental and recreational needs.*

     ✦ *Reduce demands by establishing water conservation goals and strategies.*

  ❖ *Improve Colorado Water Law to encourage efficiency, conservation, and reuse.*

     ✦ *Revised Colorado water law through legislation to allow more flexibility among water providers and the agricultural community to promote stream health through conservation, bypass flows, and flexibility in diversion location.*

     ✦ *Reduce time of average Division 5 water court process by adding staff including judges, referees, and supporting staff.*

  ❖ *Pursue continued M&I conservation.*

     ✦ *Achieve and sustain a high level of conservation by all basin water providers and industrial users.*

### Meeting the Colorado's M&I Gaps

The Colorado Basin Roundtable underwent a prioritization process to identify and include high-ranking projects in its BIP. From its initial list of high-priority projects, it quantified 20,272 acre-feet of additional supplies beyond the IPPs to meet both M&I and agricultural gaps. In addition, the roundtable plans to implement high conservation. Half of total savings, which is equivalent to 20,000 acre-feet, could be used to address new demands. Together, at just over 40,000 acre-feet, the Colorado mainstem could have sufficient water to meet the 26,000 acre-feet needed under the No-and-Low-Regrets scenario, but not enough for the high potential M&I gap of 48,000 acre-feet the SWSI 2010 identified.[39]

In addition, the basin roundtable developed an extensive list of potential M&I projects by interviewing more than 60 water providers throughout the basin.[40]

If all of the projects and methods identified were implemented, as a whole the Colorado Basin's M&I gap would be more than met. The BIP identified 54 potential M&I projects that quantified the acre-feet, which added up to nearly 510,000 to 540,000 acre-feet—far exceeding the amount needed under the high potential M&I gap.[41] However, given that many have not identified a project proponent, uncertainty exists about whether communities can count on many of these water projects becoming a reality.

In summary, even the high potential M&I gap could be fully met if the Colorado River Basin implements high conservation, the high-priority projects identified, and a small portion of the projects from the full list of potential projects. However, uncertainty about the viability of many of the projects, and about specific commitments from water providers and commitment to high conservation levels uncertain.

## Gunnison

The Gunnison Basin faces a gap that could begin as early as 2035 in Delta County.[42] Future needs in the basin are likely to increase from 16,000 to 23,000 acre-feet, and currently planned projects leave a municipal water supply gap of 3,700 to 6,100 acre-feet within the Gunnison Basin. This assumes that the basin implements identified projects and processes at a relatively high success rate.[43] In addition, the Gunnison BIP states that demands in Ouray County may be higher than the SWSI 2010 indicated.[44]

### Gunnison Goals and Measurable Outcomes

To address this municipal gap, in its BIP the Gunnison Basin Roundtable identifies one goal related to meeting M&I needs.[45] That goal and its associated measurable outcomes are:

  ❖ *Identify and address M&I water shortages.*

     ✦ *Reliably meet 100 percent of essential municipal water provider system demands in the basin through the year 2050 and beyond.*

     ✦ *Continue the current baseline of effective water conservation programs by covered entities in the basin, with the goal being high levels of conservation savings as defined in SWSI 2010.*

BLM_0065012

In addition, the Gunnison BIP outlines the following statewide principles related to municipal conservation, including implementation steps:[46]

- *Water conservation, demand management, and land use planning that incorporates water supply factors should be equitably employed statewide.*

  - *Work with other basin roundtables to support conservation, demand management, and the incorporation of water supply factors into land use planning and development.*

  - *Promote programs that encourage drought tolerant vegetation and discourage lawn irrigation.*

**Meeting the Gunnison's M&I Gaps**

The Gunnison Basin Roundtable identified two water conservation activities and five tier-1 projects that would help meet future M&I needs and that were not previously identified in the SWSI 2010. "Tier 1" signifies that implementation is likely feasible by 2025, and that the project does an excellent job of meeting basin goals. If the basin implements the five projects, they will provide nearly 12,000 acre-feet.[a] This volume fully meets the gap the SWSI 2010 identified. The Gunnison BIP states that, "M&I needs … are generally expected to be managed with sufficient existing supplies and/or through planned projects."[b] Given this analysis, the Gunnison Basin meets its M&I gap.

In addition to these projects, the Gunnison Basin Roundtable also advocates for high-conservation standards, as the SWSI 2010 identified. The implementation of these standards and active conservation would likely result in water savings of another 5,500 acre-feet, which the basin could apply to meet future demands.

## North Platte

The North Platte Basin no longer has an M&I supply gap. As stated in the North Platte BIP, "The North Platte Basin has only one municipal water provider, the Town of Walden, serving a population of about 600. Limitations to the town's water supply were identified in the original SWSI report, and subsequently addressed through a CWCB funded study and multi-alternative project, eliminating the only municipal water supply gap in the basin."[47]

**North Platte Goals and Measurable Outcomes**

Nonetheless, the basin indicated support for municipal conservation, which could help meet any additional needs. As expressed in the BIP, this goal and its associated measurable outcome are:

- *Support the equitable statewide application of municipal water conservation.*

  - *Comply with future statewide municipal-conservation strategies and any related legislation by 2020, or as appropriate.*

**Meeting the North Platte's M&I Gaps**

The North Platte has met its future M&I needs.

## Rio Grande

The Rio Grande Basin has a relatively small, though important, M&I gap. According to the CWCB's analyses, this gap could begin as early as 2025 in Costilla County.[48] The studies indicate that future needs in the Rio Grande are likely to increase by 7700 to 13,000 acre-feet, and currently planned projects leave a municipal water supply gap of between 2300 to 5100 acre-feet within the Rio Grande Basin.[49] This assumes that the basin implements the identified projects and processes at a relatively high success rate.[50] The Rio Grande Basin would like to better determine the amount, timing, and location of the gap once the Rio Grande Decision Support System groundwater model is ready. The basin expects that most water providers will have a gap and will need to join a groundwater management subdistrict or develop an independent augmentation plan.

**Rio Grande Goals and Measurable Outcomes**

To address this municipal gap, in its BIP the Rio Grande Basin Roundtable identifies three primary goals for meeting M&I needs. These goals and their associated measurable outcomes are:[51]

- *Operate, maintain, rehabilitate, and create necessary infrastructure to meet the basin's long-term water needs, including storage.*

  - *A database of existing water infrastructure including documentation of infrastructure condition and mapping of all storage reservoirs and major ditch diversions is created.*

---

[a] Wilson Water Group, Gunnison Basin Implementation Plan.
[b] Wilson Water Group, Gunnison Basin Implementation Plan.

BLM_0065013

+ *Reservoirs operate at full design capacity without restrictions.*

+ *Diversion structures and conveyance systems function optimally.*

+ *Municipal potable water supplies are adequate to meet needs.*

+ *Water supplies and wastewater treatment systems are fully functional and meet all necessary standards.*

❖ *Support the development of projects and methods that have multiple benefits for agricultural, M&I, and environmental and recreational water needs.*

+ *Opportunities for multiple use benefits have been explored and implemented where possible.*

+ *Multiple-purpose projects will have preference in the funding process.*

❖ *Meet new demands for water, to the extent practicable, without impacting existing water rights and compact obligations.*

+ *Reduce per capita per day water use to a reasonable level.*

+ *Inventory existing and expected future M&I and environmental and recreational water needs.*

+ *Add hydropower electrical generating capacity where possible.*

+ *Develop an M&I plan that addresses water needs, availability, and a strategy for meeting the needs for M&I while sustaining agricultural water use and minimizing effects on other uses.*

**Meeting the Rio Grande's M&I Gaps**

The Rio Grande Basin Roundtable identified very few municipal projects beyond the identified projects and processes in SWSI 2010, and only one of these projects provides additional acre-feet to meet growing municipal needs. In its BIP, it acknowledges that by stating:

❖ *While M&I and Self-Supplied Industrial (SSI) water use will remain a small percentage of overall basin water use, it is important to provide additional resources to M&I water providers to assist them in meeting future needs by identifying and assisting in the development of:*

+ *Measures to manage water demands and return flows and develop methods to receive augmentation credits for wastewater discharges and lawn irrigation return flows.*

❖ *Water rights, storage and augmentation supplies, either directly or through the groundwater management subdistricts.*

❖ *Finalization of the Rio Grande Decision Support System groundwater model so that M&I pumping depletions can be determined in amount, timing, and location.*[52]

The Rio Grande has not yet quantified its future M&I gap. Once the basin determines well-pumping depletions by amount, timing, and location, the M&I providers will either join a subdistrict or develop an independent augmentation plan.

## South Platte (including the Metro Area and Republican Basin)

The Metro, South Platte, and Republican Basins face a municipal gap that could begin as early as 2020 in the Lower South Platte. When taking into account the need to replace nontributary groundwater, that gap already exists in the South Metro Area Basin.[53] The potential gap in the Lower South Platte is relatively small compared to that of the urbanized Front Range, which holds the largest gap in Colorado. Future needs in the basin as a whole are likely to increase by 340,000 to 505,000 acre-feet. However, water needs for hydraulic fracturing must be added to the water supply gap. With existing data, currently planned projects leave a municipal water supply gap within Colorado's northeast region of 204,000 to 310,000 acre-feet. This assumes that the basin implements identified projects and processes at a relatively high success rate.[54]

**South Platte Goals and Measurable Outcomes**

To address this M&I gap, the South Platte BIP developed a long-term goal:[55]

*Meet community water needs throughout Colorado by: 1) Using water efficiently with high levels of participation in conservation programs; 2) Developing additional water throughout the state through balanced, multi-purpose projects and methods; and 3) Assuring strong drought protection programs through broad development of protection plans and dedicated reserves potentially including storage, interruptible service agreements (ISAs), water banks, water use restrictions and nontributary groundwater, among others.*

BLM_0065014

In the short term, the South Platte developed four goals and associated measurable outcomes to meet the large M&I water supply gap in the South Platte Basin:[56]

❖ *Continue the South Platte River Basin's leadership in wise water use.*

   ✦ *Further quantify the successes of programs implemented in the past several years throughout the South Platte River Basin and establish a general baseline against which the success of future programs will be assessed.*

   ✦ *Distribute and encourage adoption of "best management practices" as "guidelines" (not standards) for M&I water suppliers to consider in their "provider-controlled" programs recognizing the substantial differences in climates, cultures, and economic conditions throughout the South Platte River Basin.*

   ✦ *Enhance current levels of municipal water reuse and consider studies to quantify the effects of: 1) additional municipal water conservation on water available for reuse; 2) additional municipal water reuse in elation to water available for exchanges; 3) reuse and successive uses of water downstream including effects on agricultural water shortages.*

   ✦ *Ensure conservation, reuse, and drought management plans take into consideration environmental and recreational focus areas and attributes.*

❖ *Bring a high percentage of entries in the updated IPP list online as a key strategy consistent with the "no/low regrets" scenario planning approach.*

   ✦ *Maximize implementation of the updated IPP list.*

   ✦ *Encourage multi-purpose projects that also provide environmental and recreational considerations. Foster opportunities to improve environment and recreation conditions of affected watersheds in association with IPPs.*

❖ *To the extent possible, develop multi-purpose storage, conveyance, system interconnections, and other infrastructure projects to take advantage of limited remaining South Platte supplies and enhance water use efficiencies and supply reliability.*



Baseball fields dot the landscape near the Denver Technological Center (DTC). The DTC is home to several major businesses and corporations.

BLM_0065015

✦ *Explore opportunities to maximize yield from additional South Platte Basin strategic and multi-purpose storage and other infrastructure including collaborative interconnections between water supply systems and above ground and groundwater (e.g. Aquifer storage and recharge (ASR) and alluvial recharge) storage.*

✦ *Encourage multi-purpose projects that provide environmental and recreational considerations.*

✦ *Take into consideration environmental and recreational attributes when considering Storage and Other Infrastructure projects and methods.*

❖ *Maintain, enhance and proactively manage water quality for all use classifications.*

✦ *Maintain or improve the delivery of safe water supplies throughout the basin.*

✦ *Monitor, protect and improve watershed water quality and identify and document progress and improvements.*

✦ *Improve areas where water quality may be limiting the suitability of focus areas identified by BRTs through environmental and recreational mapping efforts.*

❖ *Develop agreements governing additional trans basin water imports that: 1) are in accordance with the South Platte Basin's overarching theme that economic, environmental and recreational benefits should equitably accrue to both the western slope and the eastern slope; 2) include project(s) or project elements that provide multiple types of uses; 3) supported with state investment; and 4) provide enough certainty in conditions to substantially lessen current trends of traditional buy-and-dry transfers from agricultural uses to M&I uses.*

✦ *Through the IBCC, negotiate a conceptual agreement with the western slope basin roundtables on investigating, preserving, and developing potential options so that future multi-purpose projects benefiting both slopes can be addressed on a timely basis.*

✦ *Encourage multi-purpose projects that provide environmental and recreational considerations.*

## Meeting the South Platte's M&I Gaps

The South Platte BIP includes a list of potential M&I projects, a conservation strategy, and some initial portfolios to accomplish its goals and meet the identified M&I gaps.[57] It used similar categories to the No-and-Low-Regrets work Section 6.1 describes. A comparison is provided below:

❖ The BIP partially meets the No-and-Low-Regrets goals associated with conservation. The Metro and South Platte Basins estimate they will further reduce M&I demand to 129 gallons per day per capita (GPCD) and 146 GPCD, respectively. The BIP applies 50 percent of active conservation savings, plus all passive savings, to meet future needs in their portfolio work. Approximately 53,000 acre-feet of active conservation savings apply to future needs. The basins would need to apply a substantially higher percentage of active conservation in order to fully meet the No-and-Low-Regrets goal of applying 97,000 acre-feet to meet new demands.

❖ The BIP meets the No-and-Low-Regrets goal of 199,000 acre-foot yield from the IPPs. The total yield from the IPPs the basin describes in its BIP exceeds the No-and-Low-Regrets goals, yielding about 225,000 acre-feet. This is partly attributed to the fact that the BIP identifies 16 new projects (seven for reuse, four for agricultural transfers, and five for basin projects) that were not previously in the SWSI 2010.

❖ The No-and-Low-Regrets actions indicate that basins would need to generate 22,000 acre-feet of reuse water from new agricultural diversions and any new TMD projects. The BIP proposes 45,010 new acre-feet of water from reuse. Although the South Platte BIP discusses reuse, the BIP's portfolio work did not calculate reuse from these new projects.

❖ The No-and-Low-Regrets actions indicate that the basin needs a minimum of 44,000 acre-feet of additional agricultural transfers, and that these transfers should ideally be alternative agricultural transfers. The BIP identifies 4560 acre-feet of alternative transfer methods (ATMs). It also indicates that, by applying conservation to meet new demands, portfolios B and C would need between 25,000 and 90,000 acre-feet of

BLM_0065016

additional agricultural dry-up. Therefore, the BIP likely meets this No-and-Low-Regrets goal. Portfolios B and C identified about 30,000 acre-feet of alternative transfer-method water. The BIP also includes recommendations to stream-line transaction costs for ATMs.

## Southwest

The Southwest Basin faces a gap that could begin as early as 2015 in Montrose County.[58] Future needs in the Southwest Region are likely to increase by 20,000 to 31,000 acre-feet, and currently planned projects leave a municipal water supply gap within the Southwest region of 8,800 to 16,000 acre-feet. This assumes that the basin implements identified projects and processes at a relatively high success rate.[59]

### Southwest Goals and Measurable Outcomes

To address this municipal gap, in its BIP the Southwest Basin Roundtable identified four goals related to meeting M&I needs. These goals and their associated measurable outcomes are below:[60]

- *Pursue a high success rate for identified specific and unique projects and processes to meet the municipal gap and to address all water needs and values.*
  - *Complete 40 IPPs aimed at meeting municipal water needs.*
- *Provide safe drinking water to Southwest Colorado's citizens and visitors.*
  - *Consistently meet 100 percent of residential, commercial, and industrial water system demands identified in SWSI 2010 in each sub-basin, while also encouraging education and conservation to reduce demand.*
  - *Implement at least one IPP that protects or enhances the ability of public water supply systems to access and deliver safe drinking water that meets all health-based standards.*

- *Promote wise and efficient water use through implementation of municipal conservation strategies to reduce overall future water needs.*
  - *Change the ratio of in-house to outside treated water use for municipal and domestic water systems (referred to as water providers herein) from the current ratio of 50 percent in-house use and 50 percent outside use, to 60 percent in-house use and 40 percent outside use (60/40 ratio) for Southwest Colorado and the entire defined as requiring a water court change case state by 2030.*
  - *Implement three informational events about water reuse efforts, tools, and strategies.*
  - *The water providers in the state that are using dry up of agricultural land[c] and/or pursuing a new TMD[d] shall have a higher standard of conservation. The goal for these water providers is a 70/30 ratio by 2030. This is a prerequisite for the roundtable to consider support of a new TMD.*
- *Support and implement water reuse strategies.*

### Meeting the Southwest's M&I Gaps

The Southwest BIP includes a list of potential M&I projects compiled from interviews with providers in each sub-basin.[61] The roundtable identified seven new projects to include components that would meet future municipal supply needs, and several others that would address other infrastructure needs within the basin. Among these seven projects, a total of nearly 40,000 acre-feet was identified. However, it is not clear whether each geographic region in the basin will be able to meet its future needs if it implements the listed projects.[62]

The Southwest Basin Roundtable acknowledged that while it did not quantify every identified project in its BIP, the projects and methods would fully meet their M&I water supply gap as well as the basin's infrastructure needs.

---

[c] Defined as requiring a water court change case.
[d] As defined by the IBCC to be a new western slope to eastern slope diversion project.

BLM_0065017

## Yampa/White/Green

The Yampa/White/Green Basin faces a gap that could begin as early as 2015 in Rio Blanco and Moffat Counties.[63] According to SWSI 2010, future needs in this northwest Colorado region are likely to increase by 34,000 to 95,000 acre-feet. However, these needs will likely be revised downward, since all indications show that oil shale will not become commercially viable by 2050.[64] Energy development from hydrologic fracturing is a new need that basins should also take into account when calculating the M&I water supply gap. With existing data, currently planned projects leave a municipal water supply gap of 24,000 to 83,000 acre-feet within Colorado's northwest region. This assumes that the basin implements identified projects and processes at a relatively high success rate.[65]

**Yampa/White/Green Goals and Measurable Outcomes**

To address this M&I gap, the Yampa/White/Green BIP identified four goals related to meeting M&I needs. These goals and their relevant measurable outcomes and processes are below:[66]

⬧ *Protect and encourage agricultural uses of water in the Yampa/White/Green Basin within the context of private property rights.*

   ✤ *Process*
      – *Identify agricultural water shortages and evaluate potential cooperative and/or incentive programs to reduce agricultural water shortages.*
      – *Identify projects that propose to use at-risk water rights, alternative transfer methods, water banking, and efficiency improvements that protect and encourage continued agricultural water use.*
      – *Encourage and support M&I projects that have components that preserve agricultural water uses.*

   ✧ *Outcomes*
      – *Preserve the current baseline of about 119,000 irrigated acres and expand by 12 percent by 2030.*
      – *Encourage land use policies and community goals that enhance agriculture and agricultural water rights.*

⬧ *Identify and address M&I water shortages.*

   ✤ *Processes*
      – *Identify specific locations in the Yampa/White/Green Basin where M&I shortages may exist in drought scenarios and quantify shortages in time, frequency, and duration.*
      – *Identify effects throughout the Yampa/White/Green Basin in the context of water shortages (drought and climate change), wildfire and compact shortage on M&I demands.*
      – *Identify projects and processes that can be used to meet M&I needs.*
      – *Encourage collaborative multi-purpose storage projects.*
      – *Support efforts of water providers to secure redundant supplies in the face of potential watershed effects from wildfire.*
      – *Encourage municipal entities to meet some future municipal water needs through water conservation and efficiency*

   ✤ *Outcomes*
      – *Reliably meet 100 percent of M&I demands in the basin through the year 2050 and beyond through the following processes:*

⬧ *Maintain and consider the existing natural range of water quality that is necessary for current and anticipated water uses.*

   ✤ *Processes*
      – *Encourage and support water quality protection and monitoring programs in the sub-basins of the Yampa/White/Green Basin through watershed groups, municipalities, land management agencies and other efforts.*

   ✤ *Outcomes*
      – *Consider and maintain the existing water quality necessary for current and future water uses when reviewing IPPs.*
      – *Support the implementation of water-quality monitoring programs to create quality-controlled baseline data for all sub-basins of the Yampa/White/Green Basin.*

BLM_0065018

**Meeting the Yampa/White/Green's M&I Gaps**

The Yampa/White/Green Basin Roundtable conducted the most thorough analysis of how well the implementation of future projects and methods would meet M&I needs. In addition, the roundtable assessed these needs under a hot-and-dry future. Below is an excerpt from the BIP describing potential future shortages:

*Municipal Shortages:*

*M&I demands are small compared to agricultural demands in the Yampa/White/Green Basin. Under Baseline Conditions, no shortages exist to M&I demand nodes because of generally adequate water supply and augmentation from reservoirs.*

*While M&I shortages exist under the high demand, low water supply scenarios of the Dry Future IPP Scenario and the Dry Future Scenario, the shortages remain below 10 percent. Under both scenarios, District 43 existing M&I in Rio Blanco County (Rangely Water, Meeker Demand) and District 58 existing M&I in Routt County (the City of Steamboat Springs) begin to exhibit shortages, whereas Moffat County municipal nodes do not show M&I shortages under either scenario. If IPPs are developed that include M&I use, shortages would likely decrease in locations with supply augmentation.*

*Industrial Shortages:*

*Under Baseline Conditions, no shortages exist for SSI, which consist of thermoelectric power generation needs. Slight shortages exist for the Hayden Station and units 1 and 2 of Craig Station under the Dry Future IPP Scenario and the Dry Future Scenario. These scenarios meet thermoelectric demands with redundant water supplies from Steamboat Lake for Hayden Station and Elkhead and Stagecoach Reservoirs for Craig Station. Using historical data, hypothetical shortages would have occurred for the Hayden Station in the dry months of August 1961, March 1962, September 1977, and September 2002) and for the Craig Station in the dry months of November 1963, September 1977, December 2002, and a few months in 1949.*

Nevertheless, SSI water users consider their water supply short when they must rely upon redundant water supplies. For example, some SSI water users

considered the years 2002, 2003, 2012, and 2013 to be "water supply-short" or "borderline-short" due to their reliance on redundant supplies. Further discussions will take place regarding the most appropriate baseline conditions and shortage assessments in light of drought, climate change, and evolving power generation technologies[67]

Overall, the roundtable modeled nine M&I projects and methods, including conservation in Steamboat Springs, which the SWSI 2010 did not previously identify. The roundtable only modeled projects that identified a project proponent, a location, physical characteristics, and operations. It quantified acre-feet that are associated with eight of the projects, and that meet the potential needs of the energy industry. The total, newly quantified acre-feet to meet M&I needs adds up to 198,000.[68] In conclusion, the BIP identified projects that meet future M&I demands.

## Meeting Colorado's Agricultural Needs

The agricultural gap is the difference between the status quo, which shows a reduction in irrigated acres in almost every basin (Figure 6.2-1, page 6-32), and what the State or a basin indicates it *wants to achieve* with regard to agriculture in accordance with its goals and measurable outcomes, minus the projects and methods that are *planned* to meet those needs.[69] While every basin indicated that maintaining viable agriculture is one of the most important aspects of its BIP, this definition allows for considerable variability between basins, which face different issues related to agriculture.

Colorado expects its irrigated acres to decline in almost every basin by 2050 (Figure 6.2-1, page 6-32)—but these projected declines have differing causes. Similarly, every basin has agricultural shortages. The BIPs work to address these challenges by identifying projects that could reduce shortages, maintain the agricultural economy and, in some cases, increase irrigated acres.

To address the challenges associated with shortages and declining irrigated acres, the CWCB has identified four statewide long-term goals:[70]

⬦ *Ensure that agriculture remains a viable economic driver in Colorado by supporting food security, jobs, and rural communities while protecting private property rights.*

⬦ *Meet Colorado's agricultural needs.*

BLM_0065019

❖ *Implement efficiency and conservation measures to maximize beneficial use and production.*

❖ *Protect and enhance Colorado's natural resources, and provide ecosystem services.*

Before exploring how the basins developed solutions within their BIPs to meet these and other local goals, it is important to understand some of the statewide issues related to shortages and the decline in irrigated acres. The CWCB expects irrigated acres to decline for three primary reasons:[71]

1. Urbanization of agricultural lands, which is primarily an issue in the South Platte and Colorado Basins;
2. Conversion of agricultural water rights to municipal rights in order to meet future municipal needs, which is mostly occurring in the South Platte, Colorado, and Arkansas Basins; and

3. Voluntary reductions in water use associated with sustainable groundwater supplies and compact obligations, which are ongoing in the Rio Grande and Republican Basins.

Underlying many of the reasons for agricultural decline are temporary and downward state, national, and international agricultural economic trends. However, by 2050, the CWCB expects the agricultural economy to be increasingly viable because of a global increase in the number of people who need food, and the number of people who can afford high-quality and high-protein agricultural products.[72] Colorado's agricultural production is also vital locally. As Chapter 3 describes, 50 percent of jobs are related to agriculture in some counties.

From a statewide perspective, it is important to provide options and incentives that help maintain, or even increase, Colorado's agricultural economy and production in light of the loss of irrigated acres. The "agricultural gap" described above will need to be addressed in order to meet the strategic position that



Headgates help water users control the flow of water throughout the state.

BLM_0065020

Colorado and the basins seek to achieve in 2050 from an agricultural perspective. Nevertheless, quantifying this prospective agricultural gap is difficult. As a result, many basins choose to reduce agricultural shortages or find alternative sources of water so that the transfer of agricultural water is not the default solution to meeting Colorado's growing needs.

Several basins discuss reduction of shortages, and it is therefore important to understand the definition of agricultural shortage. As the Gunnison BIP describes, three primary factors can cause agricultural shortages:[73]

*Physical shortages* are because of lack of physical supply. Such shortages are often seen later in the irrigation season principally by irrigators on smaller tributaries. Though irrigation water rights may be in priority, there is not enough supply. Although these shortages are exacerbated in dry years, on many of

the tributaries physical flow is not sufficient to meet the crop irrigation requirement (CIR) for the entire growing season even in wet years.

*Legal shortages* are those because of lack of legal supply; there may be physical supply at a headgate, but it must be bypassed to meet downstream senior water rights. This type of shortage is often seen later in the season by irrigators with junior water rights in average and wet years, and may be the situation for junior irrigators the entire growing season in dry years.

*Irrigation practice "shortages"* result from specific irrigation practices; the irrigator may have physically and legally available supply but chooses not to irrigate. For example, some irrigators may need to reduce or cease irrigation to allow the land time to dry before haying or grazing. In addition, an irrigator may cease diverting because there is



**FIGURE 6.2-1    POTENTIAL CHANGES IN IRRIGATED ACRES BY 2050[74]**

(⬆ = increase in irrigated acres; ⬇ = decrease in irrigated acres)

Yampa/White/Green Basin
14,000 acres (12%)
18,000 acres (15%) to 66,000 acres (53%)

North Platte Basin
28,000 acres (24%)

South Platte Basin
180,000 acres (22%) to 267,000 acres (32%)

Colorado Basin
51,000 acres (19%) to 77,000 acres (29%)

Republican Basin
109,000 acres (20%)

Gunnison Basin
21,000 acres (8%) to 28,000 acres (10%)

Arkansas Basin
35,000 acres (8%) to 73,000 acres (17%)

San Juan/Dolores/San Miguel Basin
7,000 acres (3%) to 13,000 acres (5%)

83,000 acres (13%) to 84,000 acres (14%)

Rio Grande Basin

Statewide Total:
500,000 to 700,000 acres (15 to 20%)

World Shaded Relief Map Source: ESRI, 2006.

BLM_0065021

*not enough time left in the growing season for an additional cutting. Note, though this [is] a very different type of shortage, it is equally important to document. Identification of shortages related to irrigation practices helps to quantify the difference between CIR and actual consumptive use in SWSI and other statewide planning efforts. In addition, since irrigation practice shortages cannot be addressed by increased water supply, their identification helps to focus on the implementation of projects that meet physical and legal shortages.*

Due to variables such as economic viability, irrigation practice "shortages," and other factors, an agricultural shortage is not necessarily an agricultural gap. Colorado continues to have a healthy agricultural economy, despite shortages ranging between 17 and 45 percent statewide.

This subsection reviews information by basin, and Table 6.2-3 summarizes each basin's success in meeting its agricultural gaps as defined by its goals.

### Arkansas

The Arkansas Basin has the third-highest acreage of irrigated land in Colorado and the highest percentage of shortages (45 percent) in comparison to other basins.[78] In addition, irrigated acres are likely to decline by 8 to 17 percent.[79] These estimated declines are primarily due to agricultural transfers from both within the basin and from municipal interests in the South Platte Basin. Still, as many as 3000 irrigated acres (1 percent) may urbanize.

#### Arkansas Goals and Measurable Outcomes

To address these pressures, in its BIP the Arkansas Basin Roundtable identified four goals related to sustaining agriculture.[80] These goals and their associated measurable outcomes are:

❖ *Sustain an annual $1.5 billion agricultural economy in the basin.*

✦ *Increase in measured economic productivity by update of Colorado State University study in 2020.*

❖ *Provide augmentation water as needed to support increased farm efficiencies.*

✦ *Document the baseline of current augmentation water available.*

✦ *Track available storage facilities for augmentation sources.*

❖ *Develop a viable rotating fallow and/or leasing program between agriculture and municipal interests to address drought and provide risk management for agriculture.*

✦ *Report on pilot projects underway as of December 2015.*

✦ *Complete and present report by December 2015.*

✦ *Survey of permanently retired acreage as of year 2020.*

❖ *Sustain recreational and environmental activities that depend on habitat and open space associated with farm and ranch land.*

✦ *Measure the economic contribution of tourism to the basin economy within the CSU 2020 update.*

✦ *Change of status for "protected" attributes as measured by nonconsumptive projects and methods in SWSI 2016 report.*

❖ *Increase surface storage available within the basin by 70,000 acre-feet by the year 2020.*

✦ *Storage capacity and percentage of stored water annually from 2015 to 2020.*

❖ *Annual reporting of projects that have been permitted and/or constructed.*

#### Meeting the Arkansas' Agricultural Gap

The primary goal is to support the $1.5 billion agricultural economy in light of agricultural loss.[81] As the BIP indicates, a multipronged strategy is necessary:

*To maintain that level of economic productivity, projects and methods described in [the BIP] focus on development of rotating fallowing, conservation easements, and increased storage capacity to allow agricultural water to sustain agricultural productivity. In particular, a three-pronged approach to understanding rotational fallowing within the Prior Appropriation Doctrine is underway — an administrative and accounting tool, pilot projects and public policy dialogue — and will continue.[82]*

The Arkansas Basin identified 89,000 new acre-feet associated with seven projects that focus primarily on agricultural needs, and four projects that focus on agricultural and M&I needs. One of the multipurpose projects, which meets both agricultural and M&I needs, will also irrigate 2000 new acres. Adaptive

BLM_0065022

| TABLE 6.2-3 | SUMMARY OF HOW EACH BASIN MET ITS AGRICULTURAL GAPS |
|---|---|

| Basin | Irrigated Acres[7§] | Shortage (Acre-feet/Year)[7G] | Potential New Acre-feet | # of New Projects | Summary of How BIPs Met Their Agricultural Goals/Gaps |
|---|---|---|---|---|---|
| Arkansas | 428,000 | 30,000 – 50,000 (augmentation gap)[e] | 89,000 | 22 | Yes decrease shortages; potential to sustain agricultural $1.5 billion economy w/ actions; don't develop specific augmentation water projects; policies and projects support rotational fallowing, policies support agriculture- related recreational and environmental uses with conservation easements |
| Colorado | 268,000 | 100,000 | 20,000 | 3 | Partially decrease shortages: discuss some efforts to develop incentives and decrease urbanization and agricultural to urban transfers |
| Gunnison | 272,000 | 116,000[77] | 129,000 | 17 | Yes decrease shortages, partially discourage agricultural transfers through policies |
| North Platte | 117,000 | 110,000 | 12,000 | 12 | Increase irrigated acreage to partially meet 17,000 acre goal; increase storage to partially meet 37,000 acre-feet goal |
| Rio Grande | 622,000 | 428,000 | 800 | 1 | Yes, improve infrastructure; partially improve agricultural economy |
| South Platte | 1,381,000 (831,000 SP, 550,000 Republican) | 434,000 (160,000 SP, 274,000 Republican) | 0 | 0 | Partially reduce permanent dry-up w/ conceptual ATMs and alternative sources, don't reduce urbanization or shortages |
| Southwest | 259,000 | 198,000 | 20,000 | 6 | Partially decrease shortages: Yes, increase efficiency w/ IPPs; discuss policy to minimize acres transferred, have no agricultural-sharing IPPs |
| Yampa / White / Green | 119,000 | 54,000 | 25,000 | 3 | Increase number of irrigated acres to partially meet 15,000 acre goal; partially decrease shortages by 46% |
| TOTALS | 3,466,000 | 1,470,000 – 1,490,000 | 296,000 | 64 | |

[e] The Arkansas Basin Roundtable aspires to maintain the agricultural economy in the basin, and does not identify the agricultural gap in terms of irrigated acreage. Under the Arkansas River Compact, consumptive use is limited, so the roundtable believes that a gap expressed in terms of an "augmentation gap" is a more appropriate evaluation of needs.

BLM_0065023

Resources, Inc.[83] recently prepared a study for the Lower Arkansas Valley Water Conservancy District showing that the basin needs 25,000 to 30,000 acre-feet for augmentation today, and those needs will grow to more than 50,000 acre-feet by the year 2050. If the basin implements the identified projects it will meet its 2050 augmentation agricultural gap.

To meet its goal of increasing available surface storage by 70,000 acre-feet by 2020, the basin has identified the following actions in its BIP:

- *Implement a critical IPP.*
- *Work with the State Engineer's Office of Dam Safety to identify storage projects for restoration, rehabilitation, and increased capacity.*
- *Support funding, including grant contributions where appropriate, for storage restoration and expansion projects.*

These actions will work to meet both M&I and agricultural gaps.

Actions to meet the basin goal of providing augmentation-water to support increased farm efficiencies include:

- *Establish long-term sources of augmentation-water through leasing, water banks, or interruptible supply agreements.*
- *Construct recharge facilities to capture and re-time fully consumable water supplies.*

## Colorado

The Colorado Basin has the fifth-highest acreage of irrigated land in Colorado and the lowest percentage of shortages as a basin (17 percent).[84] The CWCB expects irrigated acres to decline by 19 to 29 percent.[85] This likely decline is primarily due to urbanization, which accounts for 65 to 80 percent of the loss—and totals about 40,000 to 50,000 acres. The remaining agricultural loss is due to agricultural-to-municipal transfers.[86]

**Colorado Goals and Measurable Outcomes**

To address these pressures, in its BIP the Colorado Basin Roundtable identified four goals related to sustaining agriculture.[87] These goals and their associated measurable outcomes are:

- *Reduce agricultural water shortages.*
  - *Identify multi-purpose storage projects and methods that address the annual 100,000 acre-feet agricultural shortage.*
  - *Maintain existing irrigated agricultural acreage.*
  - *Research local agricultural shortage values in the Colorado River Basin.*
  - *Improve Colorado water law to encourage agricultural water efficiency practices without harming water right value.*
  - *Establish lease programs for excess water from existing supply projects in the M&I sector or multi-use projects.*
- *Minimize potential for transfer of agricultural water rights to municipal uses.*
  - *Identify farm improvements to develop strong sustainable farm economics.*
  - *Develop a set of quantifiable factors of agriculture pressures that can be measured and evaluated in the future to incentivize production and reduce trends towards transfers.*
  - *Adopt local land use codes to conserve water and reduce pressures for agricultural water transfers.*
  - *Promote conservation easements with the anticipated result that they will be more widely considered by the agricultural community.*
- *Develop incentives to support agricultural production.*
  - *Reimburse agriculture for value added to the environment including water quality, wildlife, and views capes.*
  - *Track effectiveness of agricultural incentives in maintaining irrigated acres.*

BLM_0065024

* *Minimize regulatory disincentives such as overly stringent requirements for reservoir construction.*
* *Reduce taxes for true self-sustaining agriculture.*
* *Develop incentives that encourage continued agricultural production.*

❖ *Promote agricultural conservation that maintains agricultural production and viability.*

* *Revise Colorado Water Law to allow agricultural conservation and improved efficiency measures without impacting water right value or risk of abandonment.*
* *Strive towards a high level of conservation and efficiency within the agricultural industry.*

**Meeting the Colorado's Agricultural Gaps**

The Colorado Basin Roundtable identified 21 high-priority projects that meet basin theme 2: Sustain agriculture. The high-priority projects quantified a total of 20,272 acre-feet as meeting both agricultural and M&I gaps. While this amount is insufficient to fully address agricultural shortages in the basin, the Colorado BIP identified 41 projects with quantifications of acre-feet that could reduce agricultural shortages in the basin by a total of 453,000 to 483,000 acre-feet. These projects could eliminate the 100,000 acre-feet of shortages in the basin. However, neither a spatial nor a hydrological analysis has been done to confirm this. Furthermore, the number of projects the basin is likely to implement is unclear, as several of them lack active project proponents.

With regard to addressing agricultural losses due to urbanization, the BIP has several suggestions concerning land use. If these suggested actions are implemented, they could reduce urbanization, but the BIP has not quantified those effects. In addition, the BIP states a need to promote other activities to minimize agricultural loss from water rights transfers, improve agricultural efficiency, and support agricultural production. For policy implementation to occur, the BIP must provide more detail.

In summary, the basin will likely need to implement both high-priority projects and methods and some projects from the full projects list in order to fully address its agricultural shortages and partially address its other goals.

## Gunnison

The Gunnison Basin has the fourth-highest acreage of irrigated land in Colorado and the second-lowest percentage of shortages as a basin (20 percent).[88] In addition, irrigated acres are likely to decline by 8 to 10 percent.[89] This anticipated decline is primarily due to urbanization, which could take 20,000 to 26,000 acres out of production.[90]

**Gunnison Goals and Measurable Outcomes**

To address these issues, the Gunnison BIP identified two goals related to sustaining agriculture.[91] These goals and their associated measurable outcomes are:

❖ *Improve agricultural water supplies to reduce shortages.*

* *Reduce basin-wide agricultural shortages by developing 10 projects from the list of recommended solutions in the Gunnison BIP by the year 2030.*
* *Implement the Inventory of Irrigation Infrastructure Improvement Needs projects from the list of recommended solutions in the Gunnison BIP by 2020.*

❖ *Discourage the conversion of productive agricultural land to all other uses within the context of private property rights.*

* *Preserve the current baseline of 183,000 protected acres in the Gunnison Basin and expand the participation in conservation easements by five percent by 2030 through programs like the Gunnison Ranchland Conservation Legacy.*

The primary basin goal identified in the Gunnison BIP was to "Protect existing water uses in the Gunnison Basin." This goal framed much of the BIP discussion, especially with regard to meeting agricultural needs.

**Meeting the Gunnison's Agricultural Gaps**

The Gunnison Basin Roundtable identified 17 projects that it expects the basin to implement in the near term. If the basin implements these projects, it will reduce shortages by approximately 129,000 acre-feet. In addition, infrastructure improvement projects will improve agricultural efficiencies, even though they may not yield acre-feet. The Gunnison BIP also states a goal of protecting more irrigated acres. Currently,

BLM_0065025

based on data from the Gunnison Ranchland Conservation Legacy, 183,000 acres are protected through conservation easements. The Gunnison Basin Roundtable would like to see the protection of another 9,150 acres by 2030, but it is not clear if policies within the BIP will enable this to occur. Therefore, the BIP has partially met the second goal.

## North Platte

The amount of irrigated land in the North Platte Basin has declined since the Supreme Court's Equitable Apportionment Decree, which states that the North Platte in Colorado can continue to irrigate at the historical levels the decree defines. The North Platte BIP has indicated an interest in irrigating more lands.[92]

### North Platte Goals and Measurable Outcomes

To address this issue, the North Platte Basin Roundtable BIP contains two goals related to sustaining agriculture.[93] These goals and their associated measurable outcomes are:

- ❖ *Maintain and maximize the consumptive use of water permitted in the Equitable Apportionment Decree and the baseline depletion allowance of the Three State Agreement.*

  - ✦ *Develop three projects from the list of recommended solutions by 2020.*

  - ✦ *Incrementally bring up to 17,000 additional acres under irrigation by 2050.*

  - ✦ *Develop 37,000 acre-feet of additional storage (doubling of current storage) by 2050.*

- ❖ *Continue to restore, maintain, and modernize critical water infrastructure to preserve current uses and increase efficiencies.*

  - ✦ *Develop three projects from the list of recommended solutions by 2020.*

### Meeting the North Platte's Agricultural Gaps

The North Platte identified 12 projects, and associated estimates of acre-feet, acreage, or cubic feet per second. The basin has access to water volume information for six of the projects, and half of those projects do not reveal the amount of associated increase in acreage they would provide. The basin estimates that these projects could generate approximately 12,000 acre-feet. Similarly, nine potential projects provide

information on the acreage they could serve, but six of the descriptions do not identify the number of acre-feet associated with the projects. In sum, the BIP identified an increase of more than 12,000 acres. The CWCB assumes that the three projects without associated acreage would add to that number, but given the available data, the North Platte BIP meets about 70 percent of its goal to increase acreage. Additionally, several listed projects are working to restore, maintain, and modernize water infrastructure in the basin; however, the roundtable identified projects that only partially meet the basin's goal to increase storage by 37,000 acre-feet.

## Rio Grande

The Rio Grande Basin has the second-highest acreage of irrigated land in Colorado and the basin as a whole uses 67 percent of its crop-irrigation water requirement.[94] Agriculture is the primary water use and is the base of the economy. At the same time, the basin must correct the water balance to achieve sustainability between senior surface-water rights and the more junior groundwater rights. To achieve sustainability and protect senior water rights, the CWCB estimates that approximately 15 percent, or 80,000, of currently irrigated acres may be dried up. These issues will be addressed by either the new rules and regulations the DWR is develoing or through the formation of groundwater management subdistricts.[95] The purpose of the rules and regulations is as follows:

*The overall objective of this subdistrict plan is to provide a water management alternative to state-imposed regulations that limits the use of irrigation wells within the subdistrict, that is, a system of self-regulation using economic-based incentives that promote responsible irrigation water use and management and insure the protection of senior surface water rights.*[96]

### Rio Grande Goals and Measurable Outcomes

To address these issues, in its BIP the Rio Grande Basin Roundtable identified two goals related to sustaining agriculture.[97] These goals and the their associated measurable outcomes are:

- ❖ *Operate, maintain, rehabilitate, and create necessary infrastructure to meet the basin's long-term water needs, including storage.*

  - ✦ *A database of existing water infrastructure including documentation of infrastructure condition including M&I facilities, storage*

BLM_0065026

*reservoirs and major ditch diversions is created.*

* *Reservoirs operate at full design capacity without restrictions.*
* *Diversion structures and conveyance systems function optimally.*

◇ *Manage water use to sustain an optimal agricultural economy throughout the basin's communities.*

* *The cultural heritage of agricultural water use in the San Luis Valley is recognized.*
* *Agriculturally supported jobs are sustained.*
* *Rangeland is maintained and improved.*
* *Soil health is enhanced and soil loss is minimized on both farmland and rangeland.*
* *Alternative agriculture practices that improve soil health and/or reduce consumptive use without impacting crop yields are supported and implemented to the extent practicable.*

**Meeting the Rio Grande's Agricultural Gaps**

As a result of the Rio Grande Compact's delivery requirements to downstream states, as well as current unsustainable groundwater pumping, the Rio Grande seeks to better manage its agricultural water resources and economy. It aims to achieve this with the formation of groundwater subdistricts that reduce pumping and sustain aquifer levels. Consequently, most of the 12 agriculture-related projects the Rio Grande Basin Roundtable analyzed are not associated with new acre-feet. Six of the projects the basin identified in its BIP focus on monitoring, assessment, and planning. The storage improvement and expansion projects largely focus on improved augmentation and administration opportunities that will help meet irrigation as well as environmental and recreational water needs. In summary, the Rio Grande's BIP meets its defined agricultural gap.

## South Platte (Including the Metro Area and Republican Basin)

The South Platte and Republican River Basins have the highest acreage of irrigated land in Colorado, and on average, experience shortages of 25 percent.[98] The basin projects a gap of 160,000 acre-feet in the South Platte and 274,000 acre-feet in the Republican. In addition, according to SWSI 2010, irrigated land is likely to decline by 22 to 32 percent in the South Platte Basin and by 20 percent in the Republican Basin.[99] Using past trends as a baseline, the South Platte Roundtable reexamined potential loss of irrigated lands in the South Platte Basin, and estimated a range of 10 to 20 percent loss, and could be as much as 50 percent under one of the scenarios described in the BIP.[100] These anticipated declines are primarily due to agricultural-to-municipal transfers, but the CWCB expects urbanization to account for 6 to 7 percent of the loss—the equivalent of 47,000 to 61,000 acres.[101] In the Republican Basin, the loss of more than 100,000 irrigated acres is related to factors associated with sustainable groundwater and compact-related issues.

**South Platte Goals and Measurable Outcomes**

To address these issues, in their BIP the South Platte Basin and Metro Roundtable identified one goal related to sustaining agriculture.[102] This goal and its associated measurable outcomes are:

◇ *Fully recognize the importance of agriculture to Colorado's future well-being, support continued success, and develop new voluntary measures to sustain irrigated agriculture.*

* *Support strategies that reduce traditional and permanent dry-up of irrigated land; achieve this through implementation of other solutions, including conservation, reuse, successful implementation of local IPPs, successful implementation of ATM, and development of new Colorado River supplies.*
* *Support municipalities' and other local and state land-use authorities' strategies to reduce loss of irrigated land due to urbanization.*
* *Support strategies involving IPPs, new multi-purpose projects, and innovative measures to address agricultural water shortages and maximize use of available water supplies.*

BLM_0065027

+ *Develop local tools and elicit political and community support for tools to sustain irrigated farmland.*

+ *Encourage the maintenance of existing wetlands in focus areas associated with agricultural lands.*

+ *Ensure that agricultural dry-up and other alternatives take environmental and recreational focus areas and attributes into consideration.*

## Meeting the South Platte's Agricultural Gaps

The roundtables discussed several strategies to reduce agricultural shortages and minimize permanent agricultural losses. Conceptually, the BIP indicates that ATMs could meet 30,000 acre-feet of future municipal demands. However, the BIP also lists several barriers to ATMs that the basin must overcome. The BIP also includes recommendations for streamlining transaction costs for ATMs and ATM grant programs in the South Platte Basin. In addition, the roundtables discussed the need to preserve the option for developing additional TMD water, which would lessen the need for significantly more agricultural transfers. The roundtables have not identified any IPPs that explicitly address agricultural shortages. The BIP indicates that the basin roundtable would like to further investigate land-use options, which could increase urban densities and therefore reduce the urbanization of a number of agricultural acres. The BIP does not go into depth about developing local political tools or ensuring that the basin take environmental and recreational values associated with agriculture into account. Therefore, the BIP has partially met its goals and measurable outcomes.

## Southwest

The basins in the Southwest have the sixth-highest acreage of irrigated land in Colorado and the third-highest percentage of shortages (34 percent).[103] In addition, irrigated acres are likely to decline by 3 to 5 percent.[104] These anticipated declines are primarily due to urbanization, although, if Colorado River supplies

are not available, some agricultural-to-urban transfers may be necessary.[105]

### Southwest Goals and Measurable Outcomes

To address these issues, in its BIP the Southwest Basin Roundtable identified three goals related to sustaining agriculture.[106] These goals and their associated measurable outcomes are:

❖ *Minimize statewide and basin-wide acres transferred.*

+ *Implement projects (e.g. ATMs, efficiency, among others) to help preserve agriculture and open space values, and to help address municipal, environmental, recreational, and industrial needs; while respecting private property rights.*

+ *Implement strategies that encourage continued agricultural use and discourage permanent dry-up of agricultural lands.*

+ *The water providers in the state that are using dry-up of agricultural land and/or pursuing a new TMD shall have a higher standard of conservation. The goal for these water providers is a ratio of 70 percent use occurs in-house while 30 percent use occurs outside (70/30 ratio).*

❖ *Implement efficiency measures to maximize beneficial use and production.*

+ *Implement at least 10 agricultural water efficiency projects identified as IPPs (by sub-basin).*

❖ *Implement IPPs that work towards meeting agricultural water supply shortages.*

### Meeting the Southwest's Agricultural Gaps

The Southwest Basin Roundtable identified six projects that have a combined 20,000 of new acre-feet associated with them. Of these projects, only one is not also considered for M&I uses. These projects work toward reducing agricultural water supply shortages. As the BIP states, none of the projects supports agricultural-sharing or implements strategies that discourage permanent dry-up of agricultural lands. This is because the basin does not expect the agricultural transfers to meet future municipal needs

BLM_0065028

beyond urbanization of agricultural lands. Therefore, the BIP meets its defined agricultural gaps.

## Yampa/White/Green

Of the Colorado basins, the Yampa/White/Green River Basin contains among the least number of irrigated acres, and the third-lowest percentage of shortages (23 percent).[107] In addition, irrigated acres could either increase by 12 percent with adequate investment, or decrease by 15 to 53 percent.[108] The CWCB's estimated potential losses are determined by whether oil shale or other energy interests grow into a large commercial industry and need to rely on agricultural transfers to meet their needs. However, these needs will likely be revised downward since all indications are that oil shale will not be at full-scale production by 2050. Additional declines in irrigated acres are related to urbanization of agricultural lands.[109]

### Yampa/White/Green Goals and Measurable Outcomes

To address these issues, in its BIP the Yampa/White/ Green Roundtable identified two goals related to sustaining agriculture.[110] These goals and their associated measurable outcomes are:

- ❖ *Improve agricultural water supplies to increase irrigated land and reduce shortages.*

  - ✦ *Reduce agricultural shortages basin-wide by 10 percent by the year 2030.*

- ❖ *Preserve the current baseline of 119,000 irrigated acres and expand by and expand by 12 percent by 2030. Protect and encourage agricultural uses of water in the Yampa-White-Green Basin within the context of private property rights.*

  - ✦ *Preserve the current baseline of approximately 119,000 protected acres and expand by 12 percent by 2030.*

  - ✦ *Encourage land use policies and community goals that enhance agriculture and agricultural water rights.*

### Meeting the Yampa/White/Green's Agricultural Gaps

Three of the proposed agricultural projects include estimated acre-feet, totaling nearly 25,000 acre-feet. The projects address both agricultural needs as well as needs related to potential energy production and

municipal growth. The planned energy project would meet many full-scale, oil-shale industry needs, and would therefore decrease the potential number of transferred irrigated acres for industrial purposes. On the other hand, some of these projects could cause additional shortages in the basin, although shortages are significantly reduced in the Yampa River between Craig and Maybell—an area with some of the most significant agricultural land in the basin. In addition, the identified projects would help develop some of the additional acreage the BIP included in its plans. While the document stresses the need for land-use policies that support agriculture, it identifies no specific policies. All in all, the BIP mostly meets its defined agricultural gaps, and the basin roundtable plans to continue to refine this work.

## Meeting Colorado's Environmental and Recreational Needs

The water gap for environmental and recreational use is the difference between what a basin indicates it *wants to achieve* in accordance with its goals and measurable outcomes, and what projects and methods it *could implement* to meet those needs.[111] While every basin indicated that meeting its environmental and recreational needs is an important aspect of its BIP, this definition allows for considerable variability among basins, which face different issues related to the environment and recreation.

Colorado can meet its environmental and recreational needs through protection or restoration projects and methods. These projects and methods could include such components as flow, habitat, water quality, species connectivity, and non-native species management. In some cases, senior water rights holders help meet environmental and recreational needs upstream. Because of the diversity of the projects and methods that can help the environment and recreation, one often measures the water gap in stream-miles. With support from the CWCB, each basin roundtable developed focus-area maps as part of its 2011 needs assessment. These maps indicate the locations of significant species, recreational areas, and other environmental attributes. The CWCB then conducted a study to identify and determine the locations of existing and planned projects that meet the needs of some of the environmental and recreational focus areas each basin roundtable identified. From this data, stakeholders can identify areas with no known protections, compared to

BLM_0065029



**FIGURE 6.2-2   PERCENT OF PERENNIAL STREAM-MILES STATEWIDE WITH PROTECTION FOR CUTTHROAT-TROUT SPECIES, WARM-WATER FISH, AND IMPORTANT RIPARIAN AND WETLAND FOCUS AREAS**

areas with some type of protection (Figure 6.2-2, page 6-41). The Nonconsumptive Toolbox maps and features this information. Figure 6.2-3, page 6-41, shows an example.[112]

While a specific project or method may not sufficiently protect the stream in which it is implemented, and not every stream reach within the focus areas needs protection, these maps provide a good starting-point for assessing the locations of potential environmental and recreational gap areas. The CWCB is currently working to further refine this methodology and to include the additional projects and methods identified in the next update of SWSI.

To address the challenges of meeting Colorado's environmental and recreational needs, the CWCB identified five statewide long-term goals:[113]

❖ *Promote restoration, recovery, and sustainability of endangered, threatened, and imperiled aquatic and riparian-dependent species and plant communities.*

❖ *Protect and enhance economic values to local and statewide economies that rely on environmental and recreational water uses, such as fishing, boating, waterfowl hunting, wildlife watching, camping, and hiking.*

❖ *Support the development of multi- purpose projects and methods that benefit environmental and recreational water needs, as well as water*

*needs for communities or agriculture.*

❖ *Protect, maintain, and improve conditions of streams, lakes, wetlands, and riparian areas to promote self-sustaining fisheries and functional riparian and wetland habitat, and to promote long-term sustainability.*



**FIGURE 6.2-3   NONCONSUMPTIVE TOOLBOX**

BLM_0065030

| TABLE 6.2-4 | SUMMARY OF HOW EACH BASIN MEETS ITS ENVIRONMENTAL AND RECREATIONAL GAPS* | | | | |
|---|---|---|---|---|---|
| Basin | Focus Area: Perennial Stream-Miles | Number of Perennial Stream-Miles with No Known Protections | Quantified Stream-miles with New Projects or Methods | Number of New Projects with Stream-mile Info | Summary of How BIPs Met Their Environmental and Recreational Goals and Gaps |
| Arkansas | 3,124 | 1,372 (44%) | 380 | 15 | Partially, through IPP support of greenback cutthroat trout, southern redbelly dace, Arkansas darter, and other target species |
| Colorado | 1,762 | 844 (48%) | None identified | 0 | Partially, through support of projects and methods; did not identify new funding source or regional cooperatives that the basin deemed important |
| Gunnison | 1,106 | 270 (24%) | None identified | 0 | Yes, through identification of 4 environmental projects, 30 multipurpose projects; support of federally listed endangered fish; explored some alternative funding sources |
| North Platte | 954 | 231 (24%) | None identified | 0 | Mostly, through identification of more than 3 environmental and 2 multipurpose projects to be implemented; likely increases fishing, waterfowl hunting & viewing by 5 percent if implemented |
| Rio Grande | 2,735 | 397 (15%) | 410 | 11 | Partially, through project implementation, but do not perform quantification of how to meet goals and measurable outcomes |
| South Platte | 959 | 325 | 1 (plus 1,000 acre-feet) | 3 | Partially, through support of greenback cutthroat trout, boreal toad, common shiner, plains minnow, and other target aquatic species |
| Southwest | 2433 | 1,009 (34%) | 200 | 9 | Partially, through project implementation, and will provide further quantification of how to meet goals and measurable outcomes |
| Yampa/ White/ Green | 485 | 155 (32%) | 370 | 16 | Mostly, by quantifying and determining many projects that would support the current PBO on the Yampa, new PBO on the White, warm-water fish, riparian areas, and recreational boating; integrates consumptive and environmental and recreational interests |
| TOTAL | 13,558 | 4,601 (34%) | 1,360 | 51 | |

*NOTE: The percentage of streams with no known protections do not represent gaps for specific species or plant communities; those gaps may be larger

restoring watersheds that could affect critical infrastructure and/or environmental and recreational areas.

## Arkansas

In the 2011 needs assessment, the Arkansas Basin Roundtable identified 342 perennial stream-miles containing Arkansas darter, 371 containing greenback cutthroat trout, and 1,811 featuring important riparian and wetland areas. There is protection for very few of the perennial stream-miles containing Arkansas darter. However, two-thirds of greenback cutthroat-trout stream-miles have some level of protection—whether

BLM_0065031

directly through flow protection or aquatic habitat restoration, or indirectly through land ownership geared toward wildlife protection, or riparian projects. Approximately one-third of riparian and wetland areas the basin roundtable identified have some level of protection, and most of those are indirect protections. In addition, 57 percent of the identified fishing areas and 22 percent of the identified waterfowl hunting and view areas have some level of protection.

### Arkansas' Environmental and Recreational Goals

To address its environmental and recreational needs, the Arkansas Roundtable established nine goals:[114]

- ❖ *Maintain or improve native fish populations.*

- ❖ *Maintain, improve, or restore habitats for fish species.*

- ❖ *Maintain or improve recreational fishing opportunities.*

- ❖ *Maintain or improve boating opportunities, including kayaking, and other non-motorized and motorized boating.*

- ❖ *Maintain or improve areas of avian (including waterfowl) breeding, migration, and wintering.*

- ❖ *Maintain or improve riparian habitat and aquatic habitat, and restore riparian and aquatic habitat that would support environmental features and recreational opportunities.*

- ❖ *Maintain or improve wetlands, and restore wetlands that would support environmental features and recreational opportunities.*

- ❖ *Maintain, improve, or restore watersheds that could affect environmental and recreational resources.*

- ❖ *Improve water quality as it relates to the environment and/or recreation.*

### Meeting the Arkansas' Environmental and Recreational Gaps

In its BIP, the Arkansas Roundtable lists 15 environmental and recreation projects with quantifiable stream improvements. Projects include, but are not limited to, water quality improvements, invasive species removal, and fish habitat restoration and passage across 380 stream-miles.

The Nonconsumptive Subcommittee has identified the following priority objectives. The subcommittee adapted these from previously mapped, 12-digit hydrologic unit codes, which outlined areas with high concentrations of environmental and recreational attributes in three primary locations: 1) the main-stem Arkansas River upstream of Pueblo; 2) Fountain Creek watershed; and 3) areas around major reservoirs on the Lower Arkansas River between Las Animas and Eads. Priority objectives include:[115]

- ❖ *Lake Isabel is an important fishing lake with multiple associated recreational activities that has insufficient water resources to cover evaporative loss. Because of limited water rights, the lake level has been lowered, thereby diminishing fishing and other recreational opportunities and risking deleterious impacts associated with this reduced water level. It is a priority to obtain additional water rights to allow the lake to be raised to its full, functioning level.*

- ❖ *Grape Creek is an important fishery that runs through the Grape Creek Wilderness Study Area, which adds to its importance as a nonconsumtive resource that has suffered from inadequate flow. Efforts are ongoing with DeWeese-Dye Ditch & Reservoir Company to re-operate the ditch to provide additional water flow through the stream during crucial periods.*

- ❖ *Important wetland resource evaluation needs to be accomplished. Although some information exists on the wetlands in this basin, it is not available basin-wide.*

- ❖ *Chilili Ditch, a canal that runs through the center of Trinidad in Las Animas County, is extremely outdated and in serious need of renovation to improve nonconsumptive resources. This priority would involve a project that addresses both consumptive and nonconsumptive*

BLM_0065032

*needs, including an update to the ditch diversion to make it fish friendly through the use of fish ladders or other methods that allow fish to move up and down the stream more easily.*

The Nonconsumptive Needs Subcommittee will continue to identify priority areas as it obtains additional data and information from current projects and studies, stakeholders, and the public.

The basin supports using the Gap Analysis Framework to evaluate the level of protection a project provides to environmental and recreation attributes.[116] The basin will first segment projects in the basin's IPPs list into the following categories: Information/Knowledge/ISF/RICD, Implementation, or Stewardship. Then, it will use the framework to analyze the projects and assign levels of protections to individual attributes.[117] Not all attributes require protection, and projects and methods may not be necessary at this time for select areas. The basin will support its analysis with input from stakeholders, subject-matter experts, and basin roundtable members.

## Colorado

In the 2011 needs assessment, the Colorado Basin Roundtable identified 676 perennial stream-miles containing Colorado River cutthroat trout, and 435 stream-miles containing imperiled warm-water fish, including endangered fish species. The roundtable also identified an additional 1,098 perennial stream-miles of important riparian and wetland areas. A full two-thirds of the stream-miles containing warm-water fish species have some level of protection—much of it direct. Three-quarters of Colorado River cutthroat trout stream miles also have some level of protection. Similarly, approximately three-quarters of riparian and wetland areas the basin roundtable identified have some level of protection; however, most of these protections are indirect. In addition, more than 90 percent of the identified fishing areas have direct protection.

**Colorado Basin's Environmental and Recreational Goals**

To address its environmental and recreational needs,

the Colorado BIP developed the theme, *"To protect and restore healthy streams, rivers, lakes, and riparian areas,"* and identified five goals. These goals and their associated measurable outcomes include:[118]

◇ *Protect and rehabilitate healthy rivers, streams, lakes, and riparian areas.*

　◆ *A map depicting high priority reaches that have insufficient or poorly timed flows (e.g., 15-Mile Reach, 303(d)) impaired streams, instream flows, monitoring and evaluation reaches, ecologically impacted, recreationally significant, reaches with existing dams.*

　◆ *Map or list of reaches where habitat has deteriorated as a result of non-flow related changes and could be restored.*

　◇ *Improve habitat conditions in all identified prioritized reaches to mitigate for harm caused by existing or additional water development.*

　◆ *Reduce the number of river miles where non-native invasive fish and invasive riparian species have degraded aquatic and riparian communities.*

◇ *Define water quality needs and at-risk water bodies (further described in Section 7.3).*

◇ *Preserve high quality recreational river and stream reaches with appropriate flows.*

　◆ *Maintain number of boater days on 28 reaches identified as recreation priorities by American Whitewater in cooperation with the Watershed Flow Evaluation Tool (WFET) work.*

　◆ *Protect access and flow levels for 28 popular recreational reaches.*

　◇ *Develop more recreational in-channel diversions (RICDs) structures and water rights on community and basin supported reaches to protect recreational flows.*

◇ *Develop a basin-wide funding system to meet basin environmental and recreational needs.*

　◆ *Establish a new funding agency or identify an existing agency for the basin or in every county in the basin to fund environmental and recreational management.*

　◆ *Leverage existing financial resources to*

BLM_0065033

*further protect or restore all streams, rivers, and lakes that host prioritized recreational or natural attributes (determine source and scope of funding).*

+ *Fund the acquisition of conservation easements that retain agricultural purposes and current uses of water.*

❖ *Expand regional cooperation efforts to improve efficiencies, provide water supply flexibility, and enhance environmental and recreational amenities.*

+ *Establish regional water provider, ditch company and environmental and recreational advocate cooperatives focused on improving regional relationships, water supply redundancy and flexibility, water quality, coordinated efforts for multi-beneficial projects and addressing environmental and recreational needs.*

+ *Increase permanent interconnects between water providers where feasible.*

**Meeting the Colorado Basin's Environmental and Recreational Gaps**

The roundtable identified four top-priority projects that are explicitly environmental and recreational projects. The BIP listed 31 total projects, plus an additional 13 that address recreational needs, and 13 others that address water quality. Many of these are associated with the CRCA and the Windy Gap Firming Intergovernmental Agreement. Of these, approximately two-thirds are new projects and methods.

The roundtable recognizes that a basin-wide stream-management plan is a top priority, and the basin needs to better determine how to advance projects in ways that strategically meet the identified needs. The BIP states, "The most important project identified by the environmental and recreational PLT and the Colorado Basin Roundtable members is to continue assessing the systemic riverine environmental needs of the basin on-the-ground through the creation of a basin-wide stream management plan (SMP). The purpose of a SMP is to provide the framework for maintaining healthy stream systems while also protecting local water uses and planning for future consumptive and nonconsumptive water needs. SMPs identify environmental and recreational flow needs and assist in identifying areas where historical alterations of streamflows most likely affected the ecological resource conditions."[119]

The BIP further contends, "All basins statewide should make protecting and improving the health of our rivers and streams a top priority."[120]

At this point in time, it is not clear whether the dozens of identified projects would adequately address the environmental and recreational goals and measurable objectives, but these projects would at least partially meet the BIP's objectives. A streamflow management plan, if the basin implements it, would likely meet all of the objectives. One of the outstanding issues the BIP identified is the development of a new funding source within the basin.

### Gunnison

In the 2011 needs assessment, the Gunnison Basin Roundtable identified 142 perennial stream-miles containing warm-water fish species, including federally listed species. Of these, more than 80 percent have some level of protection, and most of these stream-miles have one or more forms of direct protection. All of the identified 173 perennial stream-miles containing Colorado River cutthroat trout have some level of protection, with direct protection for approximately two-thirds of these miles. Nearly 90 percent of the

BLM_0065034

800 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection as well. However, nearly all of these protection methods are indirect.

## Gunnison Basin's Environmental and Recreational Goals

To address its environmental and recreational needs, the Gunnison Roundtable identified two goals. As described in the BIP, these goals and their associated measurable outcomes are:[121]

- ❖ *Quantify and protect environmental and recreational water uses.*
  - ❖ *Meet identified environmental and recreational needs basin-wide by developing 10 projects from the list of recommended solutions in the Gunnison BIP by the year 2030.*
  - ❖ *Implement the Environmental and Recreational Project Identification and Inventory projects from the list of recommended solutions in the Gunnison BIP by 2020.*
  - ❖ *Improve the current baseline of native trout and endangered fish populations in the Gunnison Basin through the year 2050.*
- ❖ *Describe and encourage the beneficial relationship among agricultural, environmental, and recreational water uses.*
  - ❖ *Complete at least five new multi-purpose water projects, including two storage projects, in the Gunnison Basin by 2025 that demonstrate the beneficial relationship among agricultural, environmental, and recreational uses.*

- ❖ *Explore and develop recommendations on alternative sources of funding from recreational users within the basin to support development of those multi-purpose water projects.*

## Meeting the Gunnison Basin's Environmental and Recreational Gaps

The Gunnison Basin Roundtable reexamined its environmental and recreational needs, and added 27 focus segments. The roundtable added to the 21 segments identified in the Phase 2 NCNA process.[122] Many of these segments offer the opportunity for development of multipurpose projects that are beneficial to both nonconsumptive and agricultural and municipal interests. The roundtable designed four planned inventory projects in different sub-basins to assess the feasibility of specific potential projects in meeting the focus segments' needs. Within those segments, the BIP explored how well existing programs support the Colorado River Recovery Program for endangered fish species, cutthroat trout, and the three imperiled warm-water fish species: bluehead sucker, flannelmouth sucker, and roundtail chub.

The roundtable indicated that it supports the ongoing recovery program and the reoperation of the Aspinall Unit to meet environmental flow requirements in support of these species. In 2012, the Record of Decision for the Aspinall Unit Operations Final Environmental Impact Statement was implemented. Peak flow targets were first required in 2014, when hydrologic conditions were considered 'moderately wet.' The BOR will continue to monitor the reoperation and adapt to the needs of the endangered-fish species. The roundtable highlighted that non-native fish species are the most significant cause for concern in the Gunnison Basin, and recommended "that Colorado explore a must-kill policy for non-native fish control."

BLM_0065035

The roundtable indicated that ongoing work associated with the Colorado River Cutthroat Trout Conservation Strategy that Colorado, Utah, and Wyoming adopted was likely sufficient to meet cutthroat-trout habitat needs.

An interstate Three Species Agreement is in place to protect the three warm-water fish species: bluehead sucker, flannelmouth sucker, and roundtail chub, and CPW is in the process of developing a state strategy to manage the protection of these species. In support of this work, the BIP states, "It is imperative that fishery managers' work with water managers to continue to implement the actions articulated in the Three Species Agreement. In the Gunnison, flow protection provided by downstream senior water rights (e.g., the Redlands Water and Power Company water rights) becomes an important means of maintaining the native fishery."[123]

The roundtable identified several efforts in addition to these ongoing ones. Tier 1 features 49 projects and methods that are slated for completion by 2020. Of those, 30 feature nonconsumptive components that meet one or more of the BIP's identified environmental and recreational goals. The roundtable also identified 34 important and ongoing environmental and recreational protection and monitoring projects that meet one or more of the goals. Included in the tier 1 projects are many studies that would further develop additional nonconsumptive projects to meet each region's needs. The roundtable identified several types of projects the basin could implement while preserving existing agricultural uses. These include:[124]

   ⬥ *Diversion infrastructure improvements that increase accuracy and reduce maintenance costs while preserving stream connectivity.*

   ⬥ *Temporary and voluntary instream flow leasing arrangements that sustain flows during critical drought periods.*

   ⬥ *Voluntary partial instream flow donations that maintain historical irrigation practices on a more limited basis.*

   ❖ *Multi-purpose storage projects that include operational flow agreements and/or dedicated*

*environmental and recreational flow components.*

In summary, if the basin fully implements the BIP, it will fully satisfy its goals and measurable outcomes, and will meet its environmental and recreational gaps.

## North Platte

In the 2011 needs assessment, the North Platte Basin Roundtable identified 222 perennial stream-miles, and named important fishing areas as the roundtable's top priority. Approximately one-third of these miles have some direct protection, and the remaining stream-miles have no known protections. Ninety-three miles of perennial streams feature waterfowl hunting and viewing, and 45 percent of these have some form of direct protection. More than one-quarter of the 220 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection as well.

### North Platte Basin's Environmental and Recreational Goals

To address its environmental and recreational needs, the North Platte Roundtable identified two goals. As stated in the BIP, these goals and their associated measurable outcomes are below:[125]

   ⬥ *Maintain healthy rivers and wetlands through the strategic implementation of projects that meet prioritized nonconsumptive needs.*

      ⁕ *Increase fishing user days by five percent by 2020.*

      ⁺ *Increase waterfowl hunting and viewing days by five percent by 2020.*

      ⁺ *Develop three projects from the list of recommended solutions by 2020.*

   ⬥ *Describe and quantify the nonconsumptive benefits of agricultural use.*

      ⁺ *Complete at least two new multi-purpose water projects in the North Platte Basin by 2025 that meet multiple needs as identified in this report and other studies.*

### Meeting the North Platte Basin's Environmental and Recreational Gaps

To better determine where the basin roundtable should focus its efforts, the roundtable developed a weighted attribute map. The map takes into account both the number of attributes and the priority rank the basin

BLM_0065036

roundtable gave during the needs assessment process. The BIP states, "This map will be used to help target projects to address identified environmental and recreational attributes in the basin, including both multipurpose projects and specific environmental and recreational projects."[126]

The roundtable identified 55 planned environmental and recreational projects, 33 of which are multipurpose. Of the potential projects on the list, the roundtable developed project summaries and methods for 14. Of these, five help maintain healthy rivers and wetlands, and four also demonstrate the connection among agricultural, environmental, and recreational values. The BIP describes these projects as follows:

- *Reservoir improvements to preserve a major water supply for the maintenance of habitat at the Arapahoe National Wildlife Refuge,*

- *The improvement of a major diversion structure to address fish connectivity while addressing other water user needs,*

- *Improvement of fisheries habitat at State Wildlife Areas (public access fishing), and*

- *Two inventory projects that could help identify other multipurpose project opportunities.*[127]

All in all, if the roundtable implements these projects, it will address the measurable outcomes calling for five projects that meet nonconsumptive needs. It is not clear whether these projects will reach the fishing and waterfowl hunting targets the BIP identified. However, the BIP mostly meets its identified environmental and recreational gaps.

## Rio Grande

In the 2011 needs assessment, the Rio Grande Basin Roundtable identified 564 perennial stream-miles with Rio Grande chub, an imperiled fish species. Fifty-four percent of the stream-miles have some level of protection, most of which is direct. Another warm-water imperiled fish species is the Rio Grande sucker, which is listed as state-endangered. More than 60 percent of the 346 perennial stream-miles that support this species have some level of protection, though more than half of the protection is indirect. Nearly 40 percent of the identified 748 perennial stream-miles with Rio Grande cutthroat trout have some level of protection, although most of this protection is indirect. As of October 2014, the U.S. Fish and Wildlife Service (USFWS) determined that the Rio Grande cutthroat trout does not warrant an "endangered" listing, and that ongoing, extensive recovery efforts will continue for this species. Similarly, just over 40 percent of the 2,138 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection, most of it being direct.

Nevertheless, in the course of the BIP planning process, the Rio Grande's Environmental and Recreational Subcommittee chose to expand beyond the attributes previously identified in 2011 and undertake a more comprehensive approach. That approach uses updated geographic information systems (GIS) layers to determine where key environmental and recreation components exist in order to better determine their extent and conditions, identify where measures are in place to protect or restore those components, and identify where the basin needs to support action. Using these methods, the subcommittee has worked to identify the priority environmental and recreational attributes that need additional protection, restoration, and management.

For longer-term projects and methods, the Environmental and Recreational Subcommittee will continue to inventory, update, and quantify environmental attributes in relation to water needs. Through this process, the group will define and update maps of environmental and recreational focus areas in the Rio Grande Basin, and develop strategies to address needs and sustain their attributes.

The BIP also indicates that the San Luis Valley features approximately 200,000 acres of internationally important wetlands that provide critical habitat for endangered bird species as well as large numbers of migrating birds and waterfowl.

### Rio Grande Basin's Environmental and Recreational Goals

To address its environmental and recreational needs, the Rio Grande Basin Roundtable identified four goals. As described in the BIP, these goals and their associated measurable outcomes are below:[128]

- *Protect, preserve, and enhance terrestrial and aquatic wildlife habitats throughout the basin.*

  - *Species that are listed by either the federal or state government as threatened, endangered, or candidate species are recovered or de-listed.*

  - *Additional species are prevented from being*

BLM_0065037

*listed by the federal or state government.*

* *Economic impact studies for environmental and recreational benefits are considered in the decision-making process for new water supply projects.*

* *Wildlife habitat needs are considered in the decision-making process.*

* *Natural resource agencies in the San Luis Valley (Rio Grande) coordinate and cooperate with each other to comply with the ground water rules and regulations and augmentation plans to benefit wildlife and recreation to the largest extent possible.*

* *Water needs for wildlife habitat are addressed in plans, databases and San Luis Valley-wide surveys of appropriate wildlife populations.*

❖ *Conserve, restore, and maintain wetlands and riparian areas for the benefit of a healthy watershed.*

* *Identify the needs for properly functioning wetlands and riparian areas.*

* *Restore the ecological function of wetlands and riparian areas.*

* *Develop and implement projects to restore, conserve, and sustain functioning wetlands, riparian areas, and associated habitats with a focus on incorporating species connectivity.*

❖ *Work to establish active river flows throughout the year in cooperation with water users and administrators to restore and sustain ecological function of the rivers and floodplain habitats within the context of existing water rights and compact obligations.*

* *Negotiate active plans and cooperative agreements that enhance stream flows through re-operations while ensuring full compliance with Colorado water law.*

❖ *Maintain and enhance water dependent recreational activities.*

* *Floatable flow levels are identified by reach.*

* *Cooperative water management provides flows to extend recreational opportunities.*

* *Recreational facilities are improved and/or*

*enhanced.*

* *Quality and quantity of fishing opportunities are improved.*

* *Fish and boat passages are installed where appropriate.*

* *Conservation pools are rehabilitated, secured and/or conserved as possible.*

* *Quality and quantity of hunting (e.g., water fowl, small game, and big game) opportunities are improved.*

* *Fish hatcheries have sustainable, secure, and adequate physical and legal water supplies.*

* *Recognize economic benefits of recreation in decision-making processes.*

**Meeting the Rio Grande Basin's Environmental and Recreational Gaps**

Of the 18 projects the Rio Grande Basin Roundtable analyzed in its BIP, 12 help meet the goals above. The roundtable will analyze an additional 15 projects that address environmental and recreational information gaps, further clarifying those gaps. These projects add a total of almost 410 new stream-miles and 60,650 acre-feet. At this point in time, the BIP partially meets its environmental and recreational water gaps.

## South Platte (Including Metro and Republican)

In the 2011 needs assessment, the South Platte and Metro Basin Roundtables identified 628 perennial stream-miles with warm-water imperiled plains fish species. Approximately two-thirds of these stream-miles have some level of protection. Approximately 90 percent of the 79 perennial stream-miles identified with greenback cutthroat trout have some level of protection, although more than half of this protection is indirect. Approximately half of the 628 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection, most of it direct. In addition, approximately half of the important fishing areas, and one-third of the waterfowl hunting and viewing stream-miles, have some level of protection.

**South Platte Basin's Environmental and Recreational Goals**

To address its environmental and recreational needs,

BLM_0065038

the South Platte Basin Roundtable developed a goal. As described in the BIP, this goal and its associated measurable outcomes are listed below:[129]

❖ Fully recognize the importance of, and support the development of, environmental and recreational projects and multipurpose projects that support water availability for ecologically and economically important habitats and focus areas.

 ❖ Promote restoration, recovery, and sustainabiability of endangered, threatened, and imperiled aquatic, riparian and wetland dependent species and plant communities:

   – Maintain or increase the habitat for federally and state-listed threatened and endangered species or plant communities.

   – Maintain or increase habitats in the environmental and recreational focus areas with imperiled species or plant communities and secure the species in these reaches as much as they can be secured within the existing legal and water management context.

   – Maintain or increase the wetland, lake, or stream habitat used by migratory and breeding birds.

   – Develop tools and methodologies to adequately assess what is needed to maintain or increase aquatic, riparian, and wetland habitats throughout the basin.

 ✦ Protect and enhance economic values to local and statewide economies derived from environmental and recreational water uses, such as fishing, boating, waterfowl hunting, wildlife watching, camping, and hiking.

   – Maintain or increase the surface area, stream miles, or public access for recreational opportunities.

   – Maintain or increase the miles and general appearance of trails and greenways to promote aesthetic values and enhance quality of life.

   – Maintain or increase public access to fishing opportunities in lakes and streams.

   – Maintain or increase the total area for birding, waterfowl hunting, and wildlife viewing.

   – Maintain or improve the amount of river miles or flatwater surface acres available to river and flatwater boaters.

   – Develop tools and methodologies to adequately assess what is needed to maintain or improve recreational opportunities derived from ecosystems throughout the basin.

 ✦ Protect, Maintain, and Improve Conditions of Streams, Lakes, Wetlands, and Riparian Areas to Promote Self-Sustaining Fisheries and Functional Riparian and Wetland Habitat to Promote Long-Term Sustainability.

   – Maintain or increase the number of stream miles or surface area of streams, lakes, wetlands, and riparian areas for self-sustaining aquatic species populations, and wetland/riparian habitat.

   – Maintain or improve fish habitat by providing habitat enhancements, eliminating dry up points, and promoting connectivity.

   – Maintain or improve watershed health through source water protection, wildfire mitigation, sedimentation control, and erosion control.

   – Encourage existing and develop new innovative tools to protect instream flows where appropriate.

   – Develop tools and methodologies to adequately assess what is needed to protect, maintain or improve conditions of aquatic, riparian, and wetland habitat throughout the basin.

## Meeting the South Platte Basin's Environmental and Recreational Gaps

Through the BIP process, the roundtable identified seven additional focus-area reaches that it added to the basin needs assessment maps. This work expands the number of areas in which a focus on addressing environmental and recreational needs is important. The roundtable also assessed dry up points within the South Platte Basin, identifying 15 areas that experience no flows during some years at some points in time.

BLM_0065039

These dry-up points affect species connectivity and habitat.

To determine the types of projects the basin will need to implement in order to address these environmental and recreational concerns, the roundtable assessed the types of projects the following regions need:

1. Headwater areas (upper mountain area)
2. Metro corridor
3. Boulder/Fort Collins (northern area)
4. Plains (lower South Platte)

For each of these regions, the roundtable developed a suite of project types—including instream flows, stewardship projects, species reintroduction, fish passages, modification or improvements to dry-up points or diversion structures that inhibit fish passage, stewardship programs, and instream flow programs with water rights components that dedicate historic, consumptive use to a downstream user while improving streamflows within a reach of concern. In addition, the BIP assessed the number of miles with existing or planned protections. The BIP only included measurable objectives for three of these projects. Collectively, 1,000 new acre-feet and one stream-mile were identified, although more stream-miles are likely associated with these projects.

To move forward with addressing the South Platte Basin's environmental and recreational needs, the roundtable indicates in their BIP that:[130]

❖ *The South Platte vision includes working to meet the M&I gap, while minimizing the impacts to agricultural uses, and while also providing protections and enhancements to environmental and recreational attributes in candidate focus areas.*

❖ *The South Platte Basin will continue working to identify cooperative and attribute specific projects that protect or enhance environmental and recreational attributes.*

❖ *The South Platte Basin will encourage funding and cooperation to leverage new projects, improvements to, or replacements of structures which help provide protections.*

❖ *The South Platte Basin will continue working to quantify the environmental and recreational 'gap'*

*and to assess projects that protect or enhance environmental and recreational attributes.*

❖ *Storage within the basin is vital to meeting the needs of the basin, and including storage for environmental and recreational needs is imperative.*

The current BIP partially meets the environmental and recreational gaps the goals and measurable outcomes process identified.

## Southwest

In the 2011 needs assessment, the Southwest Basin Roundtable identified 834 perennial stream-miles with imperiled warm-water fish species, including the flannelmouth sucker, bluehead sucker, and roundtail chub. The CWCB's work in 2011 indicated that nearly two thirds of these stream-miles have or plan to have some level of protection, although most of these protections are indirect. Approximately 70 percent of the identified 178 perennial stream-miles with Colorado River cutthroat trout have some level of protection, and most of this protection is also indirect. Just under 60 percent of the 762 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection, all of which is direct. The needs assessment report also identified various forms of recreation, such as fishing, waterfowl hunting, and viewing. Very few stream-miles have identified protections for these values.

### Southwest Basin's Environmental and Recreational Goals

To address its environmental and recreational needs, the Southwest Roundtable identified three goals. As described in the BIP, these goals and their associated measurable outcomes are below:[131]

❖ *Maintain, protect, and enhance recreational values and the value to local and statewide economies derived from recreational water uses such as fishing, boating, hunting, wildlife watching, camping, and hiking.*

  → *Implement 10 IPPs to benefit recreational values and the economic value they provide.*

  → *At least 80 percent of the areas with recreational opportunities have existing or planned IPPs that secure these opportunities and supporting flows/lake levels within the contemporary legal and water management context. Based on*

BLM_0065040

the map of recreational attributes generated for SWSI 2010, 80 percent of each specific value equates to approximately 428 miles of whitewater boating, 185 miles of flat- water boating, 4 miles of Gold medal Trout Streams, 545 miles of other fishing streams and lakes, 3 miles of Audubon Important Bird Area, 143 miles of waterfowl hunting/viewing parcels, and 6 miles of Ducks Unlimited projects.

+ Address recreational data needs.

❖ Encourage and support restoration, recovery, and sustainability of endangered, threatened, and imperiled aquatic and riparian-dependent species and plant communities.

+ Implement 15 IPPs to directly restore, recover, or sustain endangered, threatened, and sensitive aquatic and riparian-dependent species and plant communities.

+ At least 95 percent of the areas with federally-listed water dependent species have existing or planned IPPs that secure the species in these reaches to the extent possible within the existing legal and water management context.

+ At least 90 percent of areas with identified sensitive species (other than Endangered Species Act species) have existing or planned IPPs that provide direct protection to these values. Based on the map of environmental attributes generated for SWSI 2010, this 90 percent of areas with identified sensitive species equates to individual species as approximately 169 miles for Colorado River cutthroat trout, 483 miles for roundtail chub, 794 miles for bluehead sucker, 700 miles for flannelmouth sucker, 724 miles for river otter, 122 miles for northern leopard frog, 921 miles for active bald eagle nesting areas, and 229 miles for rare plants.

❖ Protect, maintain, monitor, and improve the condition and natural function of streams, lakes, wetlands, and riparian areas to promote self-sustaining fisheries, and to support native species and functional habitat in the long-term, and adapt to changing conditions.

+ Implement 26 IPPs to benefit the condition of fisheries and riparian/wetland habitat.

+ At least 80 percent of areas with environ mental values have existing or planned IPPs that provide direct protection to these values.

**Meeting the Southwest Basin's Environmental and Recreational Gaps**

The Southwest Basin identified nine environmental and recreational projects and methods that included stream-mile information for more than 200 miles of stream. However, the Southwest Basin indicated that it can provide additional stream-mile information. If the basin implements them, these projects are sufficient to meet the number of IPPs the roundtable has identified in the above categories. The roundtable has not conducted an analysis of the extent to which these projects meet the stream-mile goals.[132] In addition, to better identify environmental and recreational needs, the roundtable identified two efforts that would extend across the sub-basin:

1. Evaluation of environmental and/or recreational gaps is planned to be conducted for improvement of non-consumptive resources and/or in collaborative with development of consumptive IPPs. The evaluations may be conducted by a subgroup of the roundtable or by individuals, groups, or organizations with input from the roundtable. The evaluation may use methodologies such as the Southwest attributes map, Flow Evaluation Tool, R2Cross, and any other tools that may be available.

BLM_0065041

2. *Where environmental and/or recreational gaps are identified, a collaborative effort will be initiated to develop innovative tools to protect water identified as necessary to address these gaps.*

Until additional stream-mile information associated with the identified projects and methods is available, it will remain unclear how well the BIP has met its measurable outcomes.

### Yampa/White/Green

In the 2011 needs assessment, the Yampa/White/Green Basin Roundtable identified 218 perennial stream-miles with state-imperiled warm-water fish species, and 142 miles with federally listed warm-water fish species. Approximately 55 percent of these stream-miles have some level of protection, most of it being direct. Nearly two-thirds of the identified 35 perennial stream-miles containing Colorado River cutthroat trout have some level of protection, although most of this protection is indirect. More than three-quarters of the 275 miles of identified perennial stream-miles with important riparian and wetland areas have some level of protection as well, and nearly all of it is direct. The needs-assessment report also identified various forms of recreation. Very few stream-miles have identified protections for these values.

**Yampa/White/Green Basin's Environmental and Recreational Goals**

To address its environmental and recreational needs, the Yampa/White/Green Basin Roundtable identified two goals. As described in the BIP, these goals and their associated measurable outcomes and processes are below:[133]

- ❖ *Quantify and protect non-consumptive water uses.*

  - ✦ *To the extent that non-consumptive needs can be specified and projects can be analyzed, there will be projects for non-consumptive attributes within the existing legal and water management context.*

  - ✦ *Multi-purpose projects and methods will be researched and designed to meet the other goals enumerated here.*

  - ✦ *The Programmatic Biological Opinion (PBO) and its depletion coverage for the Yampa River Basin for existing and future expected and unexpected depletions will meet base flow*

*targets in critical habitat areas and assist with endangered fish recovery.*

- ✦ *A new PBO is planned for the White River Basin that provides certainty for existing and future anticipated and unanticipated depletions and that assists with endangered fish recovery.*

- ✦ *The flow protection and any water leasing or re-operation of projects needed for native warm water fish, for cottonwoods, and for recreational boating on reaches with greater and overlapping flow alteration risks are integrated with the flow protection for endangered fish recovery and with projects to meet in-basin, consumptive needs. The flow needs of these non-consumptive attributes are otherwise met, including the avoidance of or offsetting the loss of minimum or optimal boating days that are related to multi-purpose projects and unrelated to drier or wetter hydrology.*

- ✦ *The flow needs for all other non-consumptive attributes are quantified, integrated with projects to meet in-basin consumptive needs, and otherwise met through nonconsumptive IPPs. Multi-purpose projects will be researched and designed to improve riparian or aquatic ecology and bank stability without changing the existing flow regime while voluntarily modernizing irrigation diversion systems and reducing bedload. Similar projects will be researched and designed to improve recreational boating for existing flows while voluntarily modernizing irrigation systems.*

- ✦ *The economic values of the relatively natural flow regimes of the Yampa and White River systems are recognized and protected, along with the economic values of consumptive water use.*

- ✦ *Acres of restored riparian areas, degraded streams, and wetlands to restore natural water storage capacity, and improve water quantity and quality for non-consumptive needs.*

- ✦ *Assess and quantify impact of IPP's on peak flows and ascertain whether further non-consumptive IPP's need to be identified.*

- ❖ *Develop an integrated system of water use,*

BLM_0065042



**FIGURE 6.2-4** YAMPA/WHITE/GREEN BASIN IMPLEMENTATION PLAN - ASSOCIATED RISK IN DRY-FUTURE SCENARIO WITH IDENTIFIED PROJECTS AND PROCESSES IMPLEMENTATION

storage, administration, and delivery to reduce water shortages and meet environmental and recreational water needs.

* Success in permitting and constructing in-basin storage projects.

* Reduction in consumptive shortages in drought scenarios.

* Reduction in identified non-consumptive shortages in drought scenarios.

* Administration and infrastructure improvements making decreed amounts of water available to diversion structures with reduced need for seasonal gravel dams in the river.

* Reduce the potential incidence of severe low flows in order for water users to exercise their water rights.

**Meeting the Yampa/White/Green Basin's Environmental and Recreational Gaps**

The previous Watershed Flow Evaluation Tool work examined whether cottonwood, warm-water fish, or cold-water fish were vulnerable to flow conditions within the basin roundtable's environmental and recreational focus areas. Additional analysis within the BIP assessed how often the basin was meeting instream flows and recreational in-channel diversions. These three efforts provide significant insight into how well the basin is currently addressing environmental and recreational needs. Furthermore, the roundtable overlaid potential future conditions within the basin to determine how future climate change and developing projects and processes would affect:

1. The vulnerability of the species within the environmental and recreational focus areas,

2. The instream flow shortages, and

3. The recreational in channel diversion shortages

For example, the BIP states that, "The modeling indicates that the implementation of the IPPs [in a

BLM_0065043



**FIGURE 6.2-5** DEMONSTRATION OF HOW A DRY FUTURE COULD AFFECT THE YAMPA PROGRAMMATIC BIOLOGICAL OPINION, AND A DRY FUTURE WITH IMPLEMENTATION OF IDENTIFIED PROJECTS AND METHODS

dry future] would increase instream flow shortages by 27 percent on Trout Creek. The development of IPPs could reduce instream flow shortages on the following reaches: Oak Creek (by 1.4 percent, node 582290), Slater Creek (by 3.5 percent, node 542076), and Willow Spring and Pond (by 1.8 percent, node 582162)."[134] IPPs appear to have little effect on the environment for most locations (Figure 6.2-4), but could modestly influence endangered fish recovery flows in the Yampa River during the fall and winter (Figure 6.2-5).

The purpose of this analysis is to provide a course examination of potential environmental and recreational "shortages." This is the most thorough technical analysis any of the roundtables provided. In addition, the roundtable identified 16 environmental and recreational projects that include a measurable outcome, one of which is an agricultural project with some identified environmental and recreational

benefits. The projects identify a total of 370 new stream-miles. As the BIP states, "The basin roundtable will continue to explore additional multipurpose opportunities where they may exist through future planning efforts."[135]

In summary, the BIP demonstrates progress towards meeting its future environmental and recreational needs and, if the basin supports the implementation of the projects, it will mostly meet the measurable outcomes listed above.

## Other BIP-Identified Gaps

Other needs the basin roundtables identified in their BIPs include those associated with education, watershed health, and water quality. Section 9.5, 7.1, and 7.3 further explore these needs.

## How Other States Have Worked to Meet Their Gaps

The challenges associated with meeting future water supply needs are not unique to Colorado's boundaries.

BLM_0065044

Other states across the West are facing the challenge of increased population and potentially limited water supplies. Other neighboring states have also undertaken water-planning efforts to increase certainty at both the intrastate and interstate levels.

State and federal water projects account for a substantial portion of the ongoing efforts around the West. For example, California's State Water Project, the Central Arizona Project, and the Lake Powell Pipeline all represent massive financial and political undertakings, with the goal of meeting future water supply needs. And efforts around water banking are underway in California. A key issue in the West is also the settlement of water rights concerns among tribes located throughout several states. Existing settlements in New Mexico and Arizona have provided a greater certainty to tribes and to water management agencies within those states. The State of Texas has invested large sums of capital into project implementation; Kansas has invested in corps-sponsored projects for storage; and the State of Utah has collaborated with the federal government on the Central Utah Project.

Appendix B contains more information on neighboring states' efforts to close water supply gaps.

## ACTIONS

| TABLE 6.2-5 | STRATEGIES FOR IMPLEMENTATION OF THE BASIN IMPLEMENTATION PLANS | |
|---|---|---|
| CATEGORY | CONSTRAINT | NEXT STEPS AND POTENTIAL ACTIONS |
| Project Evaluation | Conflict | • Partnerships<br>• Cooperative Strategies |
| | Perception | • Public Education and Outreach<br>• Incentive-Based Programs |
| | Regulations | • Cooperative Strategies<br>• Effective and Efficient Permitting |
| Project Feasibility | Cost | • Creative Funding Mechanisms<br>• Partnerships and Cooperative Strategies |
| | Water Availability | • Water Availability Analyses<br>• Water Administrative Strategies |
| | Constructa-bility | • Feasibility Analyses<br>• Engineering Design |

The projects and methods in the BIPs met many of the identified gaps; however, gaps remain, even with the significant efforts described. Several next steps will help the basin round tables meet their needs. In its BIP, the Gunnison Roundtable summarized many of these next steps and potential actions; Table 6.2-5 illustrates this work.

A primary purpose of Colorado's Water Plan is to address Colorado's water gaps. To accomplish this, several of the next steps and potential actions include the following, as summarized in Table 6.2-5:

Partnerships and cooperative strategies are vital to overcoming conflict and building local consensus so that a project can move forward. Section 9.4 further discusses this approach in the context of more effective and efficient permitting.

> ❖ Public education and outreach can also help inform people about Colorado's water needs and solutions. Section 9.5 explores avenues to better support water education throughout Colorado.

> ❖ Many sections of Colorado's Water Plan mention incentive-based programs. For instance, Section 6.3 explores opportunities to encourage conservation, reuse, and water-wise land-use practices. Section 6.4 explores opportunities to encourage ATMs.

> ❖ Funding is also a common theme throughout many of the BIPs. Section 9.2 further explores funding options.

> ❖ Many of the BIPs express concerns around permitting and other regulatory topics. Section 9.4 explores ways to make these processes more effective and efficient.

Colorado's Water Plan's success will ultimately be

BLM_0065045

measured by whether the municipal water supply and demand gap is closed. With increased efforts on conservation, storage, land use, alternative transfer methods, and reuse, Colorado can close its gap, balance Colorado's water values, and also address the water resource impacts of a changing climate. Colorado's Water Plan sets a measurable objective to identify proponents for new projects, processes, and initiatives by 2030 that would reduce the projected 2050 municipal and industrial gap from as much as 560,000 acre-feet to 0 acre-feet.

In SWSI 2010, the gap was calculated based on future water needs and the identification of projects and methods that water providers indicated they were planning to implement in order to serve future customers. The basin roundtables partially reduce this gap by identifying additional projects and methods within the BIPs, as Section 6.5 describes. However many of these additional projects and methods either do not have project proponents identified, or are insufficiently developed. Further development of these projects and methods, reductions in water use from conservation and changes in land-use practices, and refinement of additional options such as ATMs and regional reuse will address the remaining gap.

Colorado must identify and address its water gaps. The CWCB will take the following steps to accomplish this starting in 2016:

1. The CWCB will support the evaluation, feasibility, and completion of the BIPs through WSRA grants.

2. The CWCB will support increased consistency and technical support in the BIPs in the following ways:

   ❖ Provide technical support for several of the BIPs through continued decision-support development and maintenance in order to explore municipal, agricultural, industrial, and environmental shortage analyses similar to those in the Yampa/White/Green BIP.

   ❖ Provide technical support for several of the BIPs to explore the use of project information sheets and project tiering, similar to those delineated in the Rio Grande, North Platte, and Gunnison BIPs.

   ❖ Support the further quantification of costs associated with projects and methods, development of new acre-feet, development of new irrigated acres, and protection of new stream-miles.

3. The CWCB will incorporate the BIP information into the next version of SWSI, and will reassess the municipal, industrial, environmental, recreational, and agricultural gaps at that time.

4. The CWCB will establish guidelines for basin-roundtable WSRA grants, enabling the basin roundtables to facilitate implementation of their BIPs in their basins. The purpose of the grants would be to foster the ability to meet municipal, industrial, agricultural, environmental, and recreational needs in a manner that is consistent with the BIPs.

BLM_0065046



Eastern Phoebe in Chatfield State Park.

BLM_0065047

# 6.3

## WATER CONSERVATION AND REUSE

## GOAL

**Colorado's Water Plan promotes technical and financial assistance throughout Colorado, enabling the State to plan and implement long-term water efficiency strategies that meet local and statewide water needs, and to achieve the following statewide long-term goals:**

- Reduce overall future water needs through cost-effective water efficiency measures;

- Integrate water efficiency planning and projects into overall water resource management;

- Promote water efficiency ethic throughout Colorado;

- Explore additional water reuse options;

- Further integrate land use and water planning;

- Seek creative options for improving agricultural irrigation conservation and efficiency

## Introduction

Water conservation activities and water reuse will play an important role in balancing the need for additional water supply with strategies to lessen that need. By implementing a comprehensive, statewide approach for water conservation and water-reuse activities, CWCB and other state agencies will strengthen programs from the local to the state level. Much like TMDs, agricultural water transfers, and storage, conservation and reuse are not "silver-bullets;" however, they are critical components of strategies to address future needs. The creation of scalable technical resources, support of local initiatives through financial incentives, and best-practices sharing will bolster conservation and reuse.

This section examines water conservation, reuse, land use, agricultural water conservation, self-supplied industrial (SSI) conservation, and state agency conservation. These water management strategies will help Colorado close the water supply gap while minimizing trade-offs that other solutions might create. Increased conservation, reuse, and better integration of land use and water planning will help maintain a healthy environment, promote livable and sustainable cities, and preserve agricultural production into the future.

BLM_0065048



Faucet aerators help reduce water consumption. Because the aerator limits the water flow through the faucet, water use is reduced as compared to the same time of flow without an aerator.

BLM_0065049

## 6.3.1

# MUNICIPAL WATER CONSERVATION



Hamlet "Chips" Barry III 1944-2010, Former CEO of Denver Water from 1991-2010. Chips was known for his irreverant sense of humor but also for revolutionizing Denver Water and making it a national leader in conservation. Courtesy of Gail Barry.

Governor John Hickenlooper stated that, "Every conversation about water should start with conservation."[136]  Municipalities, special water districts, and other water providers have progressed in water conservation over the last decade, as Chapter 5 explains. Building on those efforts, future actions will define the direction Colorado takes to close the supply-and-demand gap.

## Benefits of Water Conservation

Water savings resulting from water efficiency activities can reduce water demands and thereby assist providers in avoiding, downsizing, or postponing the construction and operation of water supply facilities and wastewater facilities—as well as eliminating, reducing, or postponing water purchases. In addition to these water supply benefits, Colorado can achieve other societal, political, and environmental benefits, including:[137]

❖ Reduced wastewater discharges through indoor water savings, which can improve water quality and aquatic habitat.

❖ Demonstration of a commitment to sustainability.

❖ The meeting of political and regulatory requirements necessary to obtain permitting for local and regional water supply projects.

❖ Delay of capital costs for new projects.

Conservation also acts as a management tool to buffer against drought using long-term conservation strategies, and to address shortages by implementing short-term conservation strategies. Water providers can store as a drought reserve the amount of water they realize through long-term water conservation efforts, and use that reserve during periods of shortages. In those cases, more storage may be required to maintain a drought reserve.[138]  As with many water management decisions, there may be some disadvantages to water conservation. Some water providers, specifically in the South Platte Basin, are concerned that "indoor conservation measures can reduce the amount of available water for agriculture and environmental and recreational purposes by diminishing return flows the basin relies on."[139]  Water conservation programming takes time to implement and water savings can take time to accrue. Long-term water conservation should be viewed as a long-term investment.

The State is wise to invest funds for implementing water conservation activities statewide. These are some of the most inexpensive implementation strategies today, and will allow local water providers to be more efficient with the water resources they already have.

BLM_0065050

## Water Conservation in Colorado

In the past decade, water providers and their customers have done a remarkable job reducing per-capita water needs. Statewide, their efforts amount to just under 20 percent, but some municipalities have reduced their per-capita water use by as much as 30 percent.[140] Most of the largest water providers in Colorado have CWCB-approved water conservation plans, and these approved plans account for most of the M&I statewide demand. According to C.R.S. 37-60-126, covered entities, defined as those entities that deliver more than 2,000 acre-feet of water annually, are required to have a CWCB approved water conservation plan.

Many water providers adopted best practices, including landscape efficiencies, water loss management, and inclining block-rate structures. For example, in the CWCB-approved water conservation plans on file, approximately 85 percent of Front Range and eastern slope water providers, and 77 percent of western slope water providers, have tiered rate structures that increasingly cost customers more if they use more than a base amount of water. These tiered rate structures are called "inclining block-rate structures."[141]

A successful conservation strategy must build on past accomplishments and model in-place examples at the local level across the state. The examples below highlight some of the best efforts to date:

- ❖ **Aurora Water:** Aurora Water has implemented landscape and irrigation standards as well as tiered rate structures. Aurora Water also created a customer information system using GIS, an Excel-based water use calculator, and state-of-the-art communication tools to efficiently focus incentives for specific customers and to collaborate with customers more closely. Additionally, Aurora Water has been implementing a successful turf buy-back and landscape-design assistance program since 2007.

- ❖ **Douglas County:** All covered entities in Douglas County have CWCB-approved water conservation plans, and the majority of the smaller providers manage water conservation activities under a regional water conservation plan. Of the covered entities, all are implementing water conservation best practices.

Specifically, the Town of Castle Rock is a leader in water conservation and is implementing best practices, such as landscape/irrigation ordinances; landscaper certification requirements; landscape incentives, including a turf buy-back program; water budgets based on irrigated landscape area; smart-metering with a customer feedback loop; new construction requirements in relation to water conservation; and customer education.

- ❖ **Denver Water:** Over the last eight years, Denver Water has made significant progress through its "Use Only What You Need" campaign. Now Denver Water is customizing water budgets based on irrigated area for its largest commercial customers. Water budgets allow both Denver Water and its customers to know exactly "what they need." As a result of this new program, schools, park districts, and multifamily community associations have already found significant leaks and irrigation-clock malfunctions, and have identified large areas for future conversion to landscaping other than turf.

- ❖ **Greeley, Boulder, Highlands Ranch, and Castle Rock:** All of these municipalities adopted water budget rate structures tied to actual water use on a site. Water budgets are rate structures derived from indoor use and from allocated amounts of water per square foot, based on plant requirements and local climate data. Because rates climb steeply if a customer uses more than his or her water budget, these communities use water budgets to manage their summer peak demands while maintaining healthy landscapes.

- ❖ **Ute Water/Grand Junction/Clifton:** Starting in 2002, the Grand Valley water providers came together to create a drought response plan called Drought Response Information Project or DRIP. The plan was a success, and is still active. Modeling this effort, the providers came together again to create a regional water conservation plan. Because their systems are interconnected and generally receive the same media, this effort was practical.

BLM_0065051

❖ **More Regional Plans:** Statute does not require many communities and water providers to have a CWCB-approved conservation plan due to their small size. These small water providers can, however, come together and create savings that equate to more than the sum of their parts.

✦ In the lower Arkansas Valley, 38 small water came together under guidance from Southeastern Colorado Water Conservancy District to create a regional water conservation plan. This plan serves as a roadmap for conservation planning and implementation over the next 50 years. The main impetus of the plan is to ensure that all the water systems are more efficient before connecting to the Arkansas Valley Conduit, thus stretching the new supply further.

✦ Steamboat Springs completed a community conservation plan that brought together three water providers under a single community plan in 2010.

✦ Five communities in the Roaring Fork Watershed (Aspen, Snowmass Village, Basalt, Carbondale, and Glenwood Springs) have created a regional conservation plan that ties directly into the Roaring Fork Watershed Plan.

❖ **Other Projects:** Sterling Ranch Rainwater Harvesting Pilot Project

✦ In July 2010, CWCB and DWR approved the Sterling Ranch Precipitation Harvesting Pilot Study. The study is currently in its fifth year and is the only pilot project of its kind in Colorado. The legislation that authorized the pilot project study allowed for up to three pilot projects in each river basin, and up to 10 pilot projects across the state.[142] Sterling Ranch is located in Douglas County within the South Platte Basin. Douglas County granted approval to the 3400-acre planned development on July 10, 2013. Sterling Ranch is incorporating precipitation harvesting systems into the first phase of development, which will occur within the next few years. The Sterling Ranch Water Conservation Plan is key to meeting the site's water conservation goals with a substantial, planned reduction in water demands. Preliminary estimates indicate that precipitation harvesting, on average, can supply as much as one-third of the irrigation demand for a typical Sterling Ranch water-wise home, further reducing Sterling Ranch's reliance on non-renewable water supplies.[143]

## Social Norming/Behavioral Water Efficiency

Much of water conservation is based—and reliant—on human behavior. It requires constant communication and education to make water conservation a standard community practice (also known as social norming), and to directly influence behavior to achieve water conservation results. At the local water provider level, computer and smart-metering technology have improved greatly in recent years and allow for a direct link between provider and customer. Through this direct link, a water provider can communicate educational messaging about such topics as water consumption targets, water restrictions, and leak detection.

The field of social norming or behavioral water efficiency is becoming standard operating procedure for many water providers in Colorado. Fort Collins, Denver Water, Greeley Water, and City of Brighton are all using technology to provide water consumption goals, current usage statistics, and comparisons between neighbors to elicit more water-efficient behavior change.

The City of Fort Collins and the City of Brighton send water customers a personalized *Home Water Report* that illustrates the customer's consumption and how it compares to neighbors' consumption. The report also suggests customized actions to reduce water use. Equipped with this education, residential customers may change behaviors and can save 5 percent on their water consumption.[144] With Advanced Metering Infrastructure (AMI), feedback can be delivered daily, and even hourly if needed.

These communication links are not limited to water efficiency messaging, and illustrate the changing relationship between water provider and water customer. Continued financial support, technology research, and educational programming are needed for these types of customer relationship and education opportunities, and will be important to Colorado's path toward more efficient water usage and a more water-literate water customer base in the future.

BLM_0065052

## Recent Legislation

Partly in response to the work of the basin roundtables and the IBCC, some recent legislative developments in water conservation have occurred.

In 2014, the Governor Hickenlooper signed legislation that sought to identify and quantify the types of best practices that could enhance municipal outdoor water conservation, and to determine whether further legislation would be needed to facilitate the implementation of those practices. The bill directly refers to the work of the basin roundtables and the IBCC, stating, "As part of the CWCB's statewide water supply initiative and the IBCC and basin roundtable process, a "No/Low Regrets Action Plan" has been developed, an important element of which is to establish and implement conservation strategies to extend the ability of existing water supplies to meet increasing needs and thereby minimize agricultural dry-up."[145]

In 2014, the "fixtures" bill became law.[146] The law phases out less-efficient water-using fixtures, and requires that only WaterSense-specified fixtures may be sold in Colorado. These fixtures carry the EPA WaterSense label, are third-party certified, and are 20 percent more efficient than existing fixtures. Future technology advances could make fixtures even more efficient. In addition, these fixtures do not cost more than their less-efficient counterparts. The bill's proponents estimate that long-term replacement of indoor fixtures will garner approximately 40,000 acre-feet of savings annually by 2050, and will increase the replacement rate of existing fixtures.[147] The bill is consistent with the IBCC's 2010 suggestion to require high-efficiency fixtures.

In 2015, Colorado enacted a law that provides incentives to encourage more participation in the precipitation harvesting pilot program.[148] Incentives include a less burdensome substitute water supply planning process. When calculating required stream replacements to account for captured precipitation, the project proponent would not have to replace the amount of precipitation that would have otherwise

been consumed through natural vegetative cover's historical depletion. The proponent may rely on CWCB-established regional factors that specify the amount of precipitation consumed through evapotranspiration of preexisting, natural vegetative cover.

## Past Legislation

In 2010, new legislation required most water providers to submit water use and conservation data to the CWCB.[149] This allows water providers to quantify and track water conservation activities and water demand. Implementation of this bill began in 2014 and will provide valuable data to the water plan.

In 2010, additional legislation required the builder of a new, single-family detached residence, for which a buyer is under contract, to offer the buyer a selection of water-saving options, including:

❖ Toilets, lavatory faucets, and showerheads that are water efficient.

❖ Dishwashers and clothes washers that meet federal EPA ENERGY STAR program standards if they are financed, installed, or sold as upgrades through the home builder.



The simple things in life, such as a refreshing drink of clean tap water on a warm summer day, cannot be taken for granted.

BLM_0065053

❖ Landscape design that follows the green industry's best management practices if landscaping is financed, installed, or sold as upgrades through the home builder and maintained by the homeowner.

❖ Pressure-reducing valve that limits water pressure to 60 pounds per square inch.[150]

In 2009, the Colorado General Assembly authorized a pilot program that allows for the collection of precipitation from rooftops for non-potable uses. The program can include up to 10 new residential or mixed-use developments. At present, the Sterling Ranch development in Douglas County is the first and only pilot to start, and is at the beginning of its first construction phase.[151]

In 2005, the governor signed legislation that protected water rights owners against abandonment of their water rights if they met certain conditions. Two conditions refer to "a water conservation program approved by a state agency and a water banking program as provided by law." While these conditions do not allow for water sharing, the bill does protect a water rights holder from losing his right if non-use results from water conservation activities.[152]

In 2005, the governor signed legislation that protected homeowners' property rights with regard to installation of xeriscape landscaping. This legislation amended the law that regulated homeowner associations by including a provision that invalidates any new or existing covenant or condition that prohibits or discourages a unit owner from employing xeriscape, or that requires landscaping to consist exclusively or primarily of turf grass.[153]

## IBCC Conservation Actions and Goals

In 2010, the IBCC Water Conservation Subcommittee developed a list of water conservation strategies that the IBCC letter to governors included.[154] Among the recommendations were many short-term and longer-term conservation actions, ranging from statewide education campaigns to legislation that addressed indoor and outdoor water use.

In 2013, the IBCC developed the No-and-Low-Regrets Action Plan for water conservation. This strategy outlines the minimum level of water conservation implementation statewide. The IBCC reached consensus on the need to reach low-to-medium levels of water conservation, regardless of the future scenario, and the near-term potential future actions required to achieve that (Table 6.3.1-1).[155]

Three stakeholder processes identified as a goal the minimum amount of water saved through water providers' active conservation efforts. The basin roundtables underwent a process to develop portfolios of water solutions to meet future water needs. The IBCC examined these as part of its No-and-Low-Regrets Action Plan, and determined that it needed low-to-medium conservation levels to address the water supply gap, as the SWSI 2010 defined. The scenario planning process determined that water providers will need to achieve all of low-conservation or half of medium conservation SWSI active conservation levels, or nearly 170,000 acre-feet. Recently, the IBCC achieved consensus on an aspirational goal, known as the "stretch goal." This goal goes beyond the No-and-Low-Regrets actions, and is incorporated into the measurable objectives of Colorado's Water Plan. The goal aims to reduce Colorado's projected 2050 municipal water demands by 400,000 acre-feet through active conservation, while preserving the contribution of urban landscape to vibrancy and sustainability and local flexibility. The language approved by the IBCC is below:

*Reduce Colorado's 2050 municipal water demands by 400,000 acre-feet statewide.*

❖ **Benefits:** *A stretch goal is in the state's best interest as part of a responsible and sustainable water plan.*

❖ **Achieving the Stretch Goal:** *High levels of customer participation will result from new regulatory mandates, technology innovations, incentives, and changing customer behaviors to reduce Colorado's 2050 water demands by 400,000 acre-feet statewide. This level of conservation includes an additional 60,000 acre-feet of demand reduction beyond the no-and low regrets recommendations. Based on current conservation plans statewide, the committee believes this is achievable.*

BLM_0065054

❖ **Implementation:**

✦ **Accountability:** *For the goal to be successful, water providers will be encouraged to do comprehensive, integrated water resource planning, geared toward implementing the best practices at the high customer participation levels, as defined in SWSI. This planning will be one of the components that shall be considered to achieve state support for projects, and financial assistance. This planning allows for flexibility by the local water provider to do what is technically, economically, and legally practical for their system as not every conservation practice is appropriate for every community.*

✦ **Best Practice Based:** *The goal can only be achieved by encouraging the implementation of best management practices at high customer participation levels as defined in SWSI. The best management practices will continue to adapt and evolve over time, incorporating innovative*

*technologies, providing opportunities for contribution to these demand reductions.*

✦ **Maintain Local Control:** *The goal recognizes the importance of local control and flexibility, while encouraging high levels of conservation and adoption of innovative practices across the state.*

✦ **Monitoring:** *Tracking demand reductions as part of future SWSI updates will be necessary.*

✦ **Adaptive Management:** *The goal may need to be adapted based on future demand and other factors and incorporated into the portfolios and scenarios over time.*

## BIPs

For 2014, each basin roundtable formulated its own implementation plan. These plans included water conservation goals and activities, in addition to already-planned projects and methods, use of Colorado River water, and alternatives to agricultural water transfers.

| TABLE 6.3.1-1 | INTERBASIN COMPACT COMMITTEE POTENTIAL FUTURE ACTIONS SUMMARY |
|---|---|
| **1. Improve Tracking and Quantification of Conservation** | |
| **2. Establish a Statewide Conservation Goal with Intermittent Benchmarks** | |
| a. Develop general political support for a statewide conservation goal. | |
| b. Develop statewide agreement tying conservation to new supply development and agricultural transfers. | |
| c. Support local entities in their efforts to outline and report their own approaches to help achieve the statewide goal. | |
| d. Explore best approach to implementation of standards to achieve goal. | |
| e. Develop and implement conservation standards. | |
| **3. Continue to Support Local Implementation of Best Practices** | |
| a. Continue implementation of state conservation programs. | |
| b. Encourage use of levels framework and best practices guidebook. | |
| **4. Promote Enabling Conditions for Use of Conserved Water** | |
| a. Maintain and develop storage and infrastructure for the use of conserved water. | |
| b. Promote incentives for the use of conserved water. | |
| c. Identify and, where possible, resolve legal and administrative barriers to the use of conserved water. | |
| d. Identify and explore barriers to sharing conserved water. | |
| **5. Develop New Incentives for Conservation** | |
| a. Explore funding options in support of the Water Efficiency Grant Program. | |
| b. Develop professional education and certification programs. | |
| c. Develop new eligibility requirements for state grants and loans that include certain conservation levels or indications of commitment to conservation. | |
| d. Develop conservation standards for communities planning to use agricultural transfers or new supplies for future water needs. | |
| e. Develop incentives that incorporate the following concepts: Encourage a base level of conservation; assess issues, benefits, and drawbacks of the current definition of "covered entities;" conservation water markets; small community support; permitting incentives. | |
| **6. Explore Legislative Concepts and Develop Support** | |
| a. Explore legislative options and support for indoor plumbing-code standards. | |
| b. Explore legislative options and support for outdoor water efficiency standards. | |
| c. Engage in outreach and education efforts to explain the need for legislation; develop political support. | |
| **7. Implement Education and Outreach Efforts** | |
| a. Track public attitudes through baseline and ongoing surveys. | |
| b. Develop statewide messaging and use focus groups to refine and guide implementation. | |
| c. Develop decision-maker outreach strategies. | |
| d. Pursue a coordinated media campaign. | |

BLM_0065055

## Arkansas Basin

The Arkansas Basin addressed conservation by stating, "Stakeholders should take all actions required to maintain current water supplies and prevent future water supply gaps from increasing." The Arkansas Basin stated four goals for meeting municipal water needs:

❖ Meet the municipal supply gap in each county within the basin.

❖ Support regional infrastructure development for cost-effective solutions to local water supply gaps.

❖ Reduce or eliminate Denver Basin groundwater dependence for municipal users.

❖ Develop collaborative solutions between municipal and agricultural users of water, particularly in drought conditions.

To illustrate progress to date, the Arkansas Basin highlighted many of the current water efficiency activities, such as the innovative, regional water efficiency planning efforts of the Southeastern Colorado Water Conservancy District (SECWCD), and the Best Management Practices Toolkit for providers. The regional efficiency planning efforts brought 47 mostly small water providers under one efficiency plan, while using the toolkit to create individual plans for each provider. The toolkit identifies five components as essential areas of water efficiency: Water production and treatment, water distribution, water delivery to customers, customer demand management, and overall water system management. As part of this regional effort, SECWCD will implement triennial system-wide water audits of all participants, and will report annual data to SECWCD.

As a solution for preventing the future increase of water supply gaps while attaining the basin's goals and aligning with the ongoing regional efficiency plan implementation, the basin listed several projects and recommendations related to water conservation. The projects focus on water loss metering and audits. The CWCB identified these as foundational water efficiency activities that every water utility should implement. Activities include master-meter improvements to aid in reliably measuring water flow, and properly accounting for water loss using the internationally accepted American Water Works Association M36 Water Loss Methodology. The BIP related all water efficiency activities that water providers are currently implementing in the Arkansas Basin, such as water loss management, re-evaluation of water rates, landscape water efficiency, adoption of advanced metering infrastructure, indoor fixture and appliance rebates, policies and regulations, and customer education.[156]

## Colorado Basin

One of the Colorado Basin's themes is to "Encourage a high level of basin-wide conservation." Two goals specifically related M&I water conservation:

❖ Improve Colorado water law to encourage efficiency, conservation, and reuse.

❖ Pursue continued M&I conservation.

Measurable outcomes support these goals, and include revising Colorado water law to allow more flexibility in promoting stream health through conservation, and achieving and sustaining a high level of conservation by all basin water providers. The Colorado Basin identified projects and methods for the implementation of these goals. These include conducting a comparison of Colorado water law and procedures with those of other Western states in order to identify alternative practices and facilitate water transfers and various local water conservation efforts—both today and in the future. Additionally, the Colorado Basin created an extensive section that integrated water conservation with land-use policies. Section 6.3.3 describes this.[157]

BLM_0065056

## Gunnison Basin

The Gunnison Basin BIP promotes high levels of water conservation. The BIP focused on identifying and addressing M&I shortages. As a way of fulfilling this goal the basin stated that it would "Promote the development of voluntary regional water conservation plans to help smaller entities (delivering less than an annual 2,000 acre-feet) achieve water savings and related reductions in expenses related to treatment, distribution, and infrastructure."[158]

To attain this goal, the plan listed two measurable outcomes for water conservation:

❖ Reliably meet 100 percent of essential municipa water provider system demands in the basin through the year 2050 and beyond.

❖ Continue the current baseline of covered entities' effective water conservation programs, with a goal to achieve high levels of conservation savings as the SWSI 2010 defined.

The Gunnison Basin also identified statewide principle connecting water efficiency, conservation, and demand management. The most salient of these is Principle 5:

**"**Water conservation, demand management, and land-use planning that incorporates water supply should be equitably employed statewide. **"**

The Gunnison Basin Roundtable believes that the best way to promote statewide water conservation—and thereby attain this principle—is by using incentives, not regulatory methods, and by focusing demand-management efforts on covered entities. Additionally, local land-use policies and regulations should discourage sprawl, link water supplies to development, and provide incentives for higher-density developments. Two implementation concepts focus on working with other roundtables to attain this principle, and to promote programs that encourage drought-tolerant vegetation and discourage lawn irrigation.[159]

The Gunnison Basin describes its water conservation planning process for the Upper Gunnison Basin as a means of reaching these measurable outcomes and the goal to address M&I shortages.[160]



### MARK MARLOWE

#### SOUTH PLATTE RIVER BASIN

**Mark is the Utilities Director for the Town of Castle Rock, where among other efforts, he spearheads some of the most innovative conservation efforts in the state. Mark is pictured in front of Chatfield Reservoir.**

My vision for Colorado's Water Plan is that it brings the citizens of the State together to work towards a secure supply of water for every Coloradan to enjoy a hot shower, a clean bathroom, a cool glass of crystal clear tap water (or a hot cup of Joe), and clean/safe natural water bodies for the pursuit of happiness just as Castle Rock's plan has brought our community together to continually work towards this goal. Castle Rock will continue to be a leader in implementing common sense solutions identified in the state plan as we have already been doing.

I currently serve as the Utilities Director for the Town of Castle Rock. I am responsible for the water, wastewater and stormwater utility...

CONTINUED AT END OF CHAPTER

## PROFILE

BLM_0065057

## North Platte Basin

The North Platte Basin focuses mainly on agricultural and environmental water issues, since the municipal need is low due to lack of population. The North Platte Basin Roundtable states that it "supports the extensive water conservation efforts of major Colorado water providers, and encourages further conservation as permitted by technology, economics, and legislation. The North Platte Basin Roundtable supports a wide variety of water conservation methods including municipal conservation programs, strategic growth and development, and landscape limitations. The North Platte Basin Roundtable believes that the best way to promote statewide water conservation is through incentive-based measures as opposed to regulatory methods."[161]

To maximize water savings and avoid an unnecessary burden on smaller, rural water providers, the North Platte Basin Roundtable supports a focus on covered-entity conservation efforts by:

❖ *Supporting the use of state funding to provide incentives for reaching municipal conservation and efficiency standards.*

❖ *Working with appropriate entities to ensure that statewide conservation strategies and any related legislation allow flexibility to meet the needs of local governments.*

A measurable outcome for the North Platte Basin Roundtable for this process would be to:

❖ *Comply with future statewide municipal conservation strategies and any related legislation by 2020 or as appropriate.*

Currently, the North Platte Basin has not identified any proposed projects to address this goal; however, the North Platte Basin Roundtable will remain involved in the IBCC's and the Colorado Water Plan's ongoing processes to support the equitable statewide application of municipal water conservation measures.[162]

## Rio Grande Basin

Much like the North Platte Basin, the Rio Grande Basin Roundtable focuses on agricultural water and environmental needs. With that said, the Rio Grande Basin Roundtable does have a goal "to meet new demands for water, to the extent practicable, without affecting existing water rights and compact obligations."[163]

The Rio Grande Basin Roundtable has several measurable outcomes for M&I water conservation:

❖ *Minimize per capita per day use to a reasonable level.*

❖ *Inventory existing and expected future M&I and environmental and recreational water needs.*

❖ *Develop an M&I plan that addresses water needs, availability, and a strategy for meeting the needs for M&I while sustaining agricultural water use and minimizing impacts to other uses.*[164]

## South Platte/Metro Basin

The South Platte/Metro Basin has an overarching theme of continuing "its leadership role in efficient use and management of water."[165]  It has also identified the following goals and measurable outcomes:

❖ *Goal: Continue the South Platte River Basin's leadership in wise water use.*

❖ *MO#1: Further quantify the successes of programs implemented in the past several years throughout the South Platte River Basin and establish a general baseline against which the success of future programs will be assessed.*

❖ *MO#2: Distribute and encourage adoption of "best management practices" as "guidelines" (not standards) for M&I water suppliers to consider in their "provider-controlled" programs recognizing the substantial differences in climates, cultures and economic conditions throughout the South Platte River Basin.*

It also identified as a nonconsumptive goal:

❖ *NC MO#1: Ensure conservation, reuse and drought management plans take into consideration environmental and recreational focus areas and attributes.*

BLM_0065058

The Metro and South Platte Basin focused on achievable demand reductions based on current trends in water conservation best practices—barring future regulation and major land-use changes. The Metro Basin Roundtable recommends pursuing conservation programs that would reduce per-capita water use from a baseline of 155 gallons per-capita per-day (gpcd) in 2010, to 129 gpcd by 2050. The South Platte Basin Roundtable recommends conservation programs that would reduce per-capita water use from a baseline of 188 in 2010, to 146 gpcd by 2050 (Figure 6.3.1-1). The South Platte Basin Roundtable believes that these goals are aggressive based on the present-day state of conservation best practices and the possible societal changes required to exceed these levels.[166]

The South Platte/Metro Basin shared examples of future work that will help achieve conservation savings. It suggested that "further standardization of the term "per-capita water use" and improvement in the understanding of the factors affecting water consumption rates can help the basin and State better understand the ways that conservation programs and reductions in per-capita water consumption can help meet supply gaps."[167]

Additionally, the South Platte/Metro Basin stated that certain regulatory, rate structure-driven, educational, and incentive-based approaches will assist in achieving conservation goals. "Providers encourage conservation through water rate designs, education, watering schedules, and rebate programs as well as water waste rules. Finding effective methods to strengthen code requirements and enact stronger land-use regulations will be an important factor in building efficiencies through conservation."[168]



**FIGURE 6.3.1-1   SOUTH PLATTE AND METRO BASIN CONSERVATION GOALS**

BLM_0065059



Landscaping features that use less water can help to reduce overall demand, and be pleasing to the eye at the same time.

The South Platte/Metro Basin finished with thoughts about ways more water efficiency could occur:

❖ *Greater savings in outdoor water use would require major changes in landscaping that moves beyond just efficiency measures; this would involve lifestyle considerations about our urban environments. These decisions must be made and implemented at the broader community level, as well as at the water-planner level.*

❖ *Higher levels of indoor conservation will require broad political and public support.*

❖ *Land-use planning has the potential to promote densification, growth management, and comprehensive plans to include considerations for impact fees and firm yield.*

The Metro and South Platte Basin Roundtables support ongoing statewide education to address these factors.[169]

## Southwest Basin

The Southwest Basin has a "goal of promoting and incentivizing wise and efficient water use through implementation of municipal conservation strategies to reduce overall future water needs."[170] The Southwest Basin supports high conservation levels statewide.

The Southwest Basin stated the following measurable outcomes in its BIP. These outcomes work toward the goal of promoting wise and efficient water use through the implementation of municipal conservation strategies to reduce overall future water needs:

❖ *Consistently meet 100 percent of residential, commercial, and industrial water system demands identified in SWSI 2010 in each sub-basin, while also encouraging education and conservation to reduce demand.*

❖ *Change the ratio of in-house to outside treated water use for municipal and domestic water systems (referred to as water providers herein) from the current ratio of 50 percent in-house use and 50 percent outside use, to 60 percent in-house use and 40 percent outside use (60/40 ratio) for southwest Colorado and the entire State by 2030.*

❖ *The water providers in the state that are using dry up of agricultural land (defined as requiring a water court change case) and/or pursuing a new TMD (as defined by IBCC to be a new western slope to eastern slope diversion project) shall have a higher standard of conservation. The goal for these water providers is a 70/30 ratio by 2030. This is a prerequisite for the roundtable to consider support of a new TMD.*

The Southwest Basin did not develop specific IPPs for all possible management and conservation opportunities; however, overall strategies include:

❖ *Continue to reduce the amount of water needed for municipal, domestic, and industrial purposes through conservation efforts to meet the goal and measureable outcome herein.*

BLM_0065060

The Southwest Basin's process identified two project concepts, including: *"1) to work with public water suppliers, including municipalities, to assess their current indoor and outdoor water use ratio and to incentivize the attainment of the 60/40 ratio and; 2) the development of irrigation efficiency program."* No entity is actively pursuing these ideas for projects or processes in the basin yet.[171]

Another area in which the Southwest Basin proposes water conservation action is in the basin's public education and outreach plan. Short term goals "encourage education and conservation to reduce demand, implement information events on water conservation, land-use planning and reuse, and promote wise and efficient use through implementation of municipal conservation strategies to reduce overall future water needs".[172]

### Yampa/White/Green Basin

The state demographer projects the Yampa/White/Green Basin population to nearly triple by the year 2050, and expects M&I water usage to nearly double, even with savings from passive conservation. The basin roundtable has identified such strategies as adequate storage, strong municipal conservation measures, and drought plans to address the situation. The Yampa/White/Green Basin identified M&I water conservation as one way to help meet future basin demands. Processes and measurable outcomes include:

  ❖ *Identifying specific locations in the basin where M&I shortages may exist in drought scenarios, quantifying the shortages in time, frequency, and duration.*

  ❖ *Identifying impacts throughout the basin in the context of water shortages (drought and climate change), wildfire, and compact shortage on M&I demands.*

  ❖ *Encourage municipal entities to meet some future municipal water needs through water conservation and efficiency.*[173]

Measurable Outcomes

  ❖ *Reliably meet 100 percent of M&I demands in the basin through the year 2050 and beyond.*

The Yampa/White/Green Basin Roundtable identified and quantified one water conservation project in the Yampa/White/Green Basin. The project goal is to reduce projected use by 720 acre-feet by 2035 in Steamboat Springs by reducing per-capita demand by 15 percent in the Steamboat Springs municipal water system. The aim is to achieve this through passive conservation and active conservation, including leak detection programs, fixture rebate programs, and a reduction in landscape irrigation needs.

## ACTIONS

The actions below are based on the IBCC's No-and-Low-Regrets Action Plan, the work of the Water Conservation Technical Advisory Group, the basin roundtables, and utility water conservation plans.

1. **Adopt conservation incentives:** Over the next two years, the CWCB will adopt policies stating that water providers must conduct comprehensive, integrated water-resource planning geared toward implementing water conservation best practices at high customer participation levels, as defined in SWSI, as one of the components that shall be considered to achieve State support and financial assistance for water management projects.

2. **Support water management activities for all water providers:** The CWCB will continue to provide funding, technical support, and training workshops to assist water providers in improving the management of their water systems. This will include the use of techniques such as water budgets, smart-metering, comprehensive water loss management programs, savings tracking and estimating tools, and improved data collection on customer water uses. For example, in the next year, the CWCB will fund several regional training workshops about using the American Water Works Association M36 Methodology for Water Audits and Loss Control.

3. **Recommend WaterSense specifications for outdoor irrigation technology:** Through a stakeholder process, the DNR will work with the General Assembly to consider adopting WaterSense specifications for outdoor technology at the retail level. These specifications would create a minimum standard that water providers can easily adapt to accommodate higher-efficiency technologies as they are created and certified.

BLM_0065061

4. **Explore incentives for outdoor water conservation measures:** As part of a broader funding strategy the CWCB is developing over the next year, the CWCB will work with stakeholders to explore a tax-credit program. The program would incentivize water providers to retrofit higher water-use landscapes with lower water-use landscapes that preserve the environmental and economic benefits of urban landscape and encourage more efficient irrigation systems.

5. **Adopt a stretch goal:** The CWCB supports water providers in their plans to reduce projected 2050 demands by 400,000 acre-feet through active conservation savings. Based on stakeholder work, the CWCB will adopt a "stretch goal" to encourage demand-side innovation that places Colorado at the conservation forefront in a thoughtful way— while recognizing and addressing the effects of conservation. The CWCB will support a stakeholder process that examines various options, including options for local providers to establish targets that are consistent with the IBCC's identified stretch goal. At the same time, CWCB will give appropriate credit to water providers for recent strides they have made in demand reduction.

6. **Water conservation education and outreach:** The CWCB will develop an education and outreach strategy that includes water conservation topics. Section 9.5 offers more detail regarding specific education and outreach recommendations. Section 9.5 outlines education and outreach recommendations that will tie together other actions the section illustrates, and provide the reason for executing these actions. Each BIP will emphasize these efforts, which the roundtable will implement in order to address basin-specific issues. This work will include surveys of public attitudes, and partnerships with water providers and other water educators.

7. **Support local water smart ordinances:** Over the next two years, the CWCB will provide trainings that support local regulatory efforts that shape the ways in which new construction interacts with water use. For example, local jurisdictions could craft landscape and irrigation ordinances, tap fees that reflect actual water uses, education or certification for landscape professionals, green-

infrastructure ordinances, and more stringent green-construction codes that include higher-efficiency fixtures and appliances and water-wise landscapes. It is imperative that this action explore the societal and environment benefits of urban landscapes. Section 6.3.3 further explores this action.

8. **Evaluation of barriers to green-building and infrastructure.** CWCB and CDPHE will work together to determine which state agencies govern green infrastructure and green-building, identify barriers, and work with the appropriate agencies to adapt regulations to allow for graywater, green infrastructure, on-site water recycling and other aspects of green developments.

9. **Strengthen partnerships:** The CWCB will create or renew partnerships between the CWCB and the following groups to reach water conservation goals:

   a. Local water providers and local governments to implement water conservation programs to benefit their water systems.

   b. Intra-state government (DOLA, DWR, Department of Regulatory Agencies (DORA), and state facilities) to coordinate and implement incentives.

   c. Green industry (GreenCO, Irrigation Association, Associated Landscape Contractors of Colorado, urban arborists, landscape-related businesses, property management companies) to implement efficient landscape installations and maintenance.

   d. Home building/construction (Home Builders Association, LEED, U.S. Green Building Council) to implement water-smart homes.

   e. Non-governmental organizations (Colorado WaterWise, Alliance for Water Efficiency, Western Resources Advocates, American Water Works Association, Water Research Foundation) to help educate Coloradans and advance conservation innovations and research.

   f. Academia (Colorado State University, CU-Boulder, CU-Denver, One World One Water Center-Metropolitan State) to bring a consortium of businesses, academia, and others together to examine behavioral science and research conservation innovations.

BLM_0065062

10. **Explore expanding conservation funding:**
As Colorado water providers implement more sophisticated and integrated water conservation programs, the CWCB will require annual funding for the Water Efficiency Grant Program beyond the current $500,000 levels, and funding should consistently total $2,000,000 per year. In addition, the CWCB's loaning ability should expand to encompass conservation actions. The DNR will work with the General Assembly to institute these changes over the next two legislative cycles.

11. **Market for conserved, consumptive-use water:**
To use conserved, consumptive-use water to the greatest extent possible, the CWCB will identify legal and administrative barriers to the use or sharing of conserved, consumptive-use water through a stakeholder process. If the CWCB can address barriers through acceptable legislative modification, the DNR will work with the Water Resources Review Committee to propose legislative action.

12. **Develop an alternative process for smaller entities to create water conservation plans and report water use data to the CWCB:**
The CWCB will provide technical and financial support and will work to formalize the process into the CWCB Municipal Water Efficiency Guidance document.

13. **Continue implementation of state conservation programs:**

a. The CWCB will continue to review and approve locally adopted water conservation plans to encourage long-term water conservation planning and water savings quantification, and to ensure that water providers document their water conservation goals.

b. The CWCB will continue to use the Water Efficiency Grant Fund to ensure the implementation of water conservation best practices and to assist water providers in targeting their resources as efficiently as possible.

c. The CWCB will focus on opportunities for water conservation planning where covered-entities or many small-water providers can create a regional water conservation plan. This will especially be the case when conservation in such communities could help reduce the M&I water supply gap, lessen the need for agricultural dry-up, or affect nonconsumptive values.

BLM_0065063



**REUSE**

**6.3.2**

As Chapter 5 mentioned, various sources of water can be reused to extinction. These sources include water from transbasin diversions, agricultural-municipal water transfers, and nontributary groundwater. Reuse water will affect future demands, and the following section describes future actions that will benefit Colorado. Many innovative reuse projects already exist, and Colorado can learn from several areas in the United States that are exploring future pathways in reuse technologies.

Nationally and internationally, research is focusing on potable reuse systems. In Colorado, most reuse systems have been non-potable in nature. Nonetheless, "de facto" potable reuse in Colorado occurs when one community discharges water to receiving-waters that downstream communities use for potable supply. Water quality standards in the receiving-waters, and Safe Drinking Water Act requirements for potable treatment, control this process (which also drives discharge permits from water reclamation facilities). Intentional, indirect potable reuse (IPR) projects are increasingly common: Aurora's Prairie Waters Project and the Town of Parker use water from their water

reclamation facilities to supply Rueter-Hess Reservoir.

Denver Water pioneered direct potable reuse (DPR) through research and its potable-reuse demonstration project in the 1980s. While there continue to be public health and environmental concerns related to brine disposal, it is technically feasible to implement DPR today. However, the public does not fully accept DPR for reuse as drinking water and more research and education may help gain public acceptance.[174] In Colorado, no utilities have seriously pursued DPR.

Widespread development of potable reuse will be an important facet of closing the future water supply-demand gap. Over the last few years, the CWCB funded research into zero-liquid discharge (ZLD). The research focused on assessing the technology for addressing challenges associated with managing residuals from advanced treatment of alternative water supplies from lower-quality water sources. Most recently, the research team selected Brighton and La Junta as pilot sites for investigating the feasibility of technologies to minimize or eliminate brine disposal in a manner suitable for Colorado. The study found that the technology produced excellent water quality and had a very high recovery rate: 96 percent for the La Junta pilot site, and 90 percent for the Brighton site. Although the technology reduced concentrate and increased water recovery rates, the CWCB must conduct more research to understand ways to reduce costs, increase reliability of the technology, and create a more environmentally friendly technology before widespread adoption can occur in Colorado.[175]

The Water Quality Control Commission (WQCC) adopted Regulation 86 which establishes the allowed uses of graywater and prescribes minimum standards for the use of graywater. The bill defines graywater as wastewater collected within a building from sources other than toilets and urinals, kitchen sinks, dishwashers, and non-laundry utility sinks.[176] Once the Colorado Plumbing Board adopts suitable changes, counties and municipalities may adopt local legislation to allow graywater use, subject to water-rights restrictions. Graywater use is limited to subsurface irrigation and toilet-flushing. Once fully approved, graywater reuse should be an important component of

BLM_0065064

new construction.

In Colorado, reuse water that is used for non-potable uses, such as landscape irrigation, is subject to the requirements of Regulation 84. This regulation establishes standards to protect public health and the environment. Regulation 84 defines reuse water, also known as "reclaimed water," as "domestic wastewater that has received secondary treatment by a domestic wastewater treatment works and such additional treatment as to enable the wastewater to meet the standards for the approved uses."

As Chapter 5 briefly describes, Regulation 84 has adapted over the years to accommodate changes and advances in the science of reuse water. The WQCC promulgated Regulation 84 in 2000, and since then, has amended it four times in order to add new uses. As Colorado plans its reuse future, continued flexibility will be paramount to addressing water resource challenges. To many municipalities, reuse is critical in addressing identifies supply gaps in Colorado. Nonetheless, while reusing wastewater can help close the water supply gap, appropriate public health and environmental protections must remain in place. The CDPHE is committed to working with stakeholders to ensure that health and environment are protected while water reuse expands--but the CDPHE needs additional funding to support expanding safe and environmentally friendly water reuse. Without the ability to expand reuse, the gains that are forecasted to foster permanent growth in the reuse of limited water supplies may not be realistic.

While there is not a specific and defined regulatory pathway for DPR in Colorado, there are currently no regulations prohibiting or limiting a utility's pursuit of this option. At present, Colorado should work through and approve a proposed DPR project. Despite momentum toward more reuse planning and implementation in Colorado, barriers—such as public acceptance of DPR and costs of treatment for lower-quality water sources—are real issues the State must address. With that said, development of any new supplies will face implementation barriers as



The forebay at the Peter D. Binney Purification Facility, part of the Prairie Waters Project. The project is a key component of recycling water, serves Aurora, and will soon provide a renewable source of water to the South Metro Region. Courtesy of Havey Productions.

BLM_0065065

well. These include infrastructure capacities, losses, supply-and-demand timing, water quality, treatment costs and brine disposal, and regulatory requirements. In addition, the waste product resulting from reverse osmosis has very high salt levels and cannot be discharged into the stream; other disposal options for the waste product are limited. If a municipal provider has higher-quality source water to blend with lower-quality sources, this issue can be avoided. The State must address many, if not all, of these limitations in order to make many of the new water supplies available to meet future demands, whether through TMDs, agricultural transfers, or other methods. These limitations are not unique to reuse projects. In particular, brine disposal is a challenge in treating many lower-quality sources with reverse osmosis (RO), as evidenced by several facilities in Colorado that use RO to treat groundwater supplies for potable use.

Additionally, the issue of reduced return flows concerns many water providers and agricultural users with regard to the downstream effects of increased reuse of water supplies. Like the development of other local supplies through full use of absolute rights or development of conditional water rights, reuse may reduce return flows upon which downstream users have historically relied. Nevertheless, in combination with other water development, reuse can help mitigate the effects. Future research should focus on the possible effects of water reuse on return flows. Concurrently with DPR, Colorado also needs to explore other reuse methods such as, green infrastructure, on site water recycling for non-potable use, use of natural systems, and less energy-intensive treatment methods. The Net Zero Water Initiative is a current project in Colorado that explores many of these aspects of net-neutral water management (Chapter 6.3.3 contains a more detailed explanation of this project).

Recently, the CWCB funded a white paper titled, "Considering the Implementation of Direct Potable Reuse in Colorado," which the Water Environment Research Foundation sponsored and HDR Engineering authored. The draft paper explored the technical, operational, regulatory, and public acceptance challenges related to implementing DPR in Colorado. In alignment with Colorado's Water Plan's grassroots approach, the Water Environment Research Foundation, the Water Research Foundation, and Water Reuse Colorado sponsored a workshop to gather feedback about the white paper and to discuss direct potable reuse as a new water supply. Reuse experts from across the country attended, including first-hand practitioners from Texas, California, and other states. The draft white paper and the workshop elicited the following recommendations:

- ❖ *Convene a broad range of experts and interested parties to produce a roadmap to develop potable reuse in Colorado. This would include making policy, regulatory, technical, and operational recommendations.*

- ❖ *Sponsor a survey of Colorado utilities and water agencies to determine the extent to which DPR may be considered as a means to augment their water supply portfolios.*

- ❖ *Develop a program to educate the public, elected officials, and water utilities about the benefits and safety of DPR.*

- ❖ *Partner in research projects that advance the knowledge related to technical challenges associated with DPR including more cost-effective and environmentally acceptable RO concentrate management techniques and the evaluation of non-RO based treatment trains capable of producing water suitable for DPR.*

- ❖ *Investigate water quality of de facto reuse situations relative to potable reuse.*

- ❖ *Carry out a state funded potable reuse pilot project in Colorado to assess the impacts and benefits of potable reuse.*[177]

The actions below incorporate some of the results of this work.

BLM_0065066

## Reuse Projects

In Colorado, there are 25 entities that treat reuse water and provide nonpotable recycled water. Regulation No. 84 refers to them as "treaters." Most of these water providers are located on the eastern slope along the Front Range. In addition, numerous examples demonstrate indirect reuse through exchange around the state.

As the IBCC's No-and-Low-Regrets Action Plan mentioned, examples of direct and indirect reuse projects in Colorado include:

**Colorado Springs Utilities:** For more than 50 years, Colorado Springs Utilities has produced reuse water in the form of direct reuse for irrigation and cooling. Irrigation consists of the provision of water to golf courses, parks, campuses, and other properties, while cooling-water is used at the Drake Power Plant's cooling towers. According to Colorado Springs Utilities, direct-reuse water has yielded a savings of 1 billion gallons of drinking water per year.

**Aurora Water's Prairie Waters Project:** This project employs IPR. Riverbank filtration (RBF) wells extract Aurora's fully reusable water from the South Platte River near Brighton, pump it into aquifer recharge and recovery (ARR) basins, and then pump it back through 34 miles of pipeline and three pumping stations. This provides nearly 1000 feet of lift to the Peter D. Binney

Water Purification Facility near Aurora Reservoir. Natural filtration methods in the RBF wells and ARR basins partially treat the water, and then fully treat it at the Binney facility before mixing it with existing water resources and distributing it to Aurora's customers. The current system capacity is approximately10 million gallons per day (mgd), which is expandable to 50 mgd.

**Denver Water:** Denver Water has an extensive non-potable water reuse system that serves many large customers including Xcel Energy, parks, golf courses, and the Denver Zoo. This recycled water system is a direct reuse system and has a treatment capacity of 30 mgd, expandable to 45 million mgd. With a goal of attaining 17,500 acre-feet per year of recycled water use, Denver Water continues to add sites to its non-potable water distribution network.[178]

## IBCC No-and-Low-Regrets Actions

In 2013, the IBCC developed the No-and-Low-Regrets Action Plan for water reuse. This strategy outlines the minimum level of water reuse water providers should implement statewide (Table 6.3.2-1).[179]

## BIPs

Several BIPs have featured water reuse, and have stated the following draft goals.

| TABLE 6.3.2-1 | INTERBASIN COMPACT COMMITTEE NO-AND-LOW-REGRETS ACTIONS |
|---|---|
| COMPLETED AND ONGOING ACTIONS | POTENTIAL FUTURE ACTIONS |
| • Continue to support current reuse IPPs.<br>• Continue to incorporate reuse in the state water planning process.<br>• Continue the study of zero liquid discharge reverse osmosis plants through the Water Supply Reserve Account (WSRA) program. | 1. Improve Tracking, Quantification, and Planning<br>  a. Use SWSI efforts to improve reporting of reuse IPPs<br>  b. Develop BIPs that incorporate reuse<br>2. Establish a Statewide Reuse Goal with Intermittent Benchmarks<br>  a. Develop general political support for a statewide reuse goal<br>  b. Develop statewide agreement tying reuse to new supply development and agricultural transfers<br>  c. Encourage relevant local entities to outline and report their own approaches to help achieve the statewide goal<br>3. Develop New Incentives for Reuse<br>  a. Explore funding options in support of the WSRA grant program<br>  b. Pursue breakthroughs in research<br>  c. Develop incentives<br>4. Implement Education and Outreach Efforts<br>  a. Track public attitudes through baseline and ongoing surveys |

BLM_0065067

## Arkansas Basin

The water conservation section of this plan iterated goals related to meeting municipal water needs; these same goals apply to water reuse. The Arkansas Basin Roundtable has identified the following four goals for meeting municipal water needs:

❖ *Meet the municipal supply gap in each county within the basin;*

❖ *Support regional infrastructure development for cost-effective solutions to local water supply gaps;*

❖ *Reduce or eliminate Denver Basin groundwater dependence for municipal users; and,*

❖ *Develop collaborative solutions between municipal and agricultural users of water, particularly in drought conditions.*[180]

While reuse projects—including Colorado Springs' Southern Delivery system, and ZLD research in La Junta—are occurring now in the Arkansas Basin, the Arkansas Basin has outlined opportunities and constraints for future reuse development. Opportunities include the creation of additional storage, including the Long-Term Excess Capacity Master Contract space in Pueblo Reservoir, and new reservoirs. New reservoirs may include a lined gravel-pit reservoir below the confluence with Fountain Creek, intended to capture transbasin return flows that are not immediately exchangeable to Pueblo Reservoir. Constraints consisted of the difficulties of reusing more water in the already over-appropriated Arkansas River system. Better management of existing supplies—including transbasin water supplies—will help meet the needs, but achieving better management will require extensive engineering studies and legal support.[181]

## Colorado Basin

The Colorado Basin is focused on efforts that include developing water court process recommendations in order to encourage improvements in efficiency, conservation, and reuse.

Measurable outcomes support this goal. The outcomes include revising Colorado water law to allow more flexibility in promoting stream health through conservation, and achieving and sustaining a high level of conservation among all basin water providers. The Colorado Basin identified projects and methods it will need to implement these goals, such as conducting a comparison of Colorado water law and procedures with those of other Western states in order to identify alternative practices and facilitate water transfers and various local water conservation efforts—both today and in the future.[182]

## Gunnison Basin

The Gunnison Basin framed its reuse discussion based on criteria for new supply projects using Colorado River Basin water. The criteria represent conservation, land use, and reuse. The Gunnison Basin describes reuse criteria as follows: "Entities must first reuse all legally available reusable water supplies to the maximum extent possible before further development of Colorado River System water."[183]

## North Platte and Rio Grande Basin

Neither the North Platte Basin nor the Rio Grande Basin uses reuse as a future strategy to close supply gaps due to relatively minor municipal water use and low population numbers.

## South Platte/Metro Basin

The South Platte/Metro Basin has an overarching theme of continuing "its leadership role in efficient use and management of water."[184]

The South Platte/Metro Basin regards reuse water in the context of the Colorado River. Its initial goals state, "A balanced program to plan and preserve options to responsibly develop Colorado River water to benefit both east slope and west slope consumptive and nonconsumptive, environmental and recreational

BLM_0065068

| TABLE 6.3.2-2 | SOUTH PLATTE AND METRO PROVIDERS' REUSE OF IDENTIFIED PROJECTS AND PROCESSES | | | |
|---|---|---|---|---|
| BASIN | PROVIDERS | PROJECT | ESTIMATED YIELD (ACRE-FEET PER YEAR) | ESTIMATED COMPLETION DATE |
| Metro | Aurora | Prairie Waters Project Expansion and Storage[a] | TBD | 2050 |
| Metro | Northglenn | Northglenn Reuse Plan | 700 | |
| Metro | Thornton | Thornton Reuse | 2,000 | 2030 |
| Metro | Denver Water | Denver Water Reuse | 17,500 | 2023 |
| Metro | Westminster | Westminster Reclaimed Water | | |
| Metro | Denver Water | Downstream Reservoir Exchanges | 12,000 | |
| Metro | Castle Rock | Alternative Northern Water Supply Project | 2,500 | |
| Metro | Castle Rock | Plum Creek Diversion and Water Purification Facility Upgrades | 4,100 | |
| Metro | Arapahoe County Water and Wastewater Authority | Reuse of ACWWA Flow Project Deliveries | 3,250 | |
| Metro | City of Brighton | South Platte and Beebe Draw Well | | |
| Metro | South Metro Water Supply Authority, Denver Water, Aurora | WISE | 7,225 | 2021 |
| South Platte | Erie | Erie Reclaimed Water | 5,390 | |
| | | TOTAL: | 58,135 | |

[a] The yield of PWP expansion depends on the yield of other projects, such as the Eagle River Project, Box Creek and Growth into existing supply, in addition to the future demand scenario used to calculate Aurora's remaining gap.

BLM_0065069

water uses is needed to assure that the State's plan has equal focus on the other three previously identified strategies including: 1) developing IPPs, 2) municipal conservation and reuse, and 3) agricultural transfers."[185]

The basin also states the following goal and measurable outcomes in relation to reuse: The South Platte River Basin will "enhance current levels of municipal water reuse and consider studies to quantify the effects of: 1) additional municipal water conservation on water available for reuse, 2) additional municipal water reuse in relation to water available for exchanges, and 3) reuse and successive uses of water downstream including effects on agricultural water shortages."[186] In relation to nonconsumptive needs, the basin will ensure that conservation, reuse, and drought management plans consider environmental and recreational focus areas and attributes.[187]

Regional cooperation on reuse projects, such as the WISE project in the Metro area, can help stretch locally available supplies even further. The WISE partners have executed agreements and will begin deliveries in 2016, reaching a full delivery of 10,000 acre-feet per year (on average) by 2021. The project uses available, reusable supplies from Aurora Water and Denver Water, and diverts and delivers it through Aurora's Prairie Waters collection and treatment system. Nevertheless, some municipal supplies, including the Colorado Big Thompson Project, are single-use water supplies and cannot be reused by municipal water users.

The South Platte/Metro Basin raised some concerns about the limitations of reuse and the ways in which reuse affects downstream users. Some of the technical limits of reuse include infrastructure capacities, losses, supply-and-demand timing, water quality, treatment costs and brine disposal, and regulatory requirements.[188] The South Platte/Metro Basin Roundtable does, however, advocate that the State

should "direct the Colorado Water Quality Control Commission to look for ways to assist and facilitate reuse."[189]

## Southwest Basin

The Southwest Basin has a goal to "support and implement water reuse strategies" using an educational strategy. The basin proposes to implement at least three different informational events around reuse efforts, during which it will highlight tasks, tools, and strategies.[190]

## Yampa/White/Green Basin

The Yampa/White/Green Basin considers reuse principally as a pre-condition for TMDs, and not necessarily as a strategy it will undertake firsthand.

The basin states, "Prior to undertaking development of a new trans-mountain diversion, the Front Range must first integrate all other water supply solutions including conservation, reuse, and maximize use of its own native water resources and existing trans-mountain supplies."[191]

## ACTIONS

1. **Explore regional and expanded local reuse options:** Over the course of the next three years, the CWCB will conduct a technical review of on-site, local, and regional reuse options and provide grants to support on-site, local, and regional reuse plans and projects.

2. **Improve quantification, planning, and tracking for potential reuse projects:** Over the next two years, the CWCB will examine the quantity of water that is currently being reused, the quantity of water providers plan to reuse, and the potential to increase reuse with regional and local reuse options. As a future planning effort, CWCB should explore regional and local reuse plans and projects. To assess feasibility of potable reuse projects in Colorado, the CWCB will work with partners to map all wastewater and potable infrastructure, water rights, needs, cost, and benefits. In addition, it will examine potential effects on return flows.

3. **Clarify the regulatory environment:** Over the next two years, the CWCB and the CDPHE will work

BLM_0065070

with stakeholders to examine the application of water quality regulations to reuse water. The aim will be to identify potential change that fosters permanent growth in the reuse of limited water supplies, and that protects public health and the environment.

4. **Provide financial incentives for reuse innovation:** As a research team recommended in the DPR white paper, the CWCB will, over the next year, proactively seek applicants to use WSRA grant funds for expanded research and innovation related to the technical challenges and solutions of reuse. This includes exploring areas such as ZLD, IPR, and DPR; examining regional opportunities; increasing reliability of the technology; exploring on-site reuse of water; examining development of reuse water for food-crop irrigation; inland desalination; and exploring the possibility of sharing reuse water. This research also includes support for the continued development of more cost-effective and environmentally acceptable RO-concentrate management techniques, and the evaluation of non-RO based treatments that are capable of producing water suitable for DPR.[192]

5. **Encourage the Colorado Plumbing Board to adopt the International Plumbing Code to allow for graywater.** The CWCB will encourage the Colorado Plumbing Board to adopt and incorporate the appropriate graywater provisions from the International Plumbing Code to allow for graywater piping within structures.

6. **Expand loan programs:** The CWCB will explore expanding its loan program to include loans for reuse projects. The DNR will work with the General Assembly to institute this modification during the 2016 legislative session.

7. **Support reuse education:** As a research team recommended in the DPR white paper, the CWCB will support stronger education to describe the benefits of reuse water as an integral part of a water supply system. Specific recommendations include sponsorship of a survey of Colorado utilities and water agencies to determine the extent to which they may consider DPR as a means to augment their legally reusable water supply portfolios, and development of a program to educate the public, elected officials, and water utilities about the benefits and safety of DPR.[193] Section 9.5 contains more detail regarding specific education and outreach recommendations.

8. **Examine mechanisms to improve the ability to market, sell, and share reusable supplies:** Through a stakeholder process, the CWCB will investigate mechanisms to better allow for reuse water to be marketed to water providers outside of a service area, and to make it more desirable to build a reuse project.

BLM_0065071



## 6.3.3 LAND USE

"Every community can do better on water conservation and efficiency via locally determined measures, such as, but not limited to, reinvestment in aging infrastructure, community education, enhanced building codes, and water-sensitive land-use planning." – Guiding statement from county commissioners, as submitted in their input document regarding Colorado's Water Plan.[154]

As Colorado grows, land-use planning and water planning will become more closely connected through the integration of several principles. Integration does not mean dilution of local control. Connecting these planning disciplines will not diminish private property rights, 1041 powers, and local zoning and development control. Financial incentives, best practices, partnerships, and technical resources can potentially better coordinate and enhance land-use planning and water planning. While density will be a major factor in reducing urban water demand, it is but one facet of creating more water-sensitive land-use decisions.

The manner in which Colorado develops into the future will have a strong influence on Colorado's future water supply gap, and vice versa. This topic is relevant today, as illustrated by the fact that six boards of county commissioners representing both the eastern and western slopes, including Boulder, Denver, Eagle, Grand, Pitkin, and Summit Counties, as well as elected officials from the City and County of Broomfield, collaborated to craft comments about land-use-water integration for Colorado's Water Plan. The importance of water-sensitive land-use planning was stated as, "1. Decrease the water supply gap. As Colorado's population continues to grow, well thought out, effective, sustainable, and predictable land-use planning is essential. 2. Provide low cost alternatives for meeting the Gap. Water sensitive land-use often results in less stress on water systems, indoor and outdoor water savings, and reduction in expensive long-term capital outlay. 3. Protect the values of Colorado, including vibrant economies, agriculture, open space, and recreation. Local land-use planning should be among the first points of consideration to protect and support all of Colorado's values and economic drivers. 4. Create more predictability and reliability as well as reduce risk in water supply planning, in turn creating more sustainability for current and future

BLM_0065072

residents. 5. Encourage shared solutions including best management practices, collaborative physical projects and practical land-use models to address water quality and quantity challenges. 6. Result in benefits that reduce infrastructure and service costs, and enhance a community's quality of life."[195]

In 2009, the CWCB began preliminary work in this arena by hosting the *Water and Land Use Planning for a Sustainable Future* conference, and in 2010, it created an associated report and density memo describing several actions that bridge land and water issues.[196] Recently, urban land use has been a major discussion point at the IBCC, which incorporated several options into the Water Conservation No-and-Low-Regrets Action Plan. Additionally, at the July 24, 2013 Joint Front Range Roundtable meeting, 92 percent of participants strongly agreed or agreed with the recommendation that water supply planning and land-use planning should be coordinated. At that same meeting, 55 percent of participants agreed that "coordination of urban land planning and water supply planning" was the most important conservation recommendation to discuss that day.[197]

The following projects and initiatives illustrate these recommendations—and are being pursued in Colorado today.

## Net-Zero Water Initiative

The Colorado Water Innovation Cluster is researching net-zero water through a CWCB water efficiency grant, and has assembled a large stakeholder group to create a net-zero water planning template, guidebook, and toolkit.[198] Net-zero water is a water management concept that mitigates effects on water quantity and quality through best practices, which are incorporated into the development or management of a site. While not truly a net-zero strategy, the best practices can result in a water-neutral site. Net-zero water strategies can be applied to a building site or on a more regional scale, and connect water management to land-use planning. The Net Zero Water Planning Template, as well as the guidebook and toolkit, will help users quantify their water footprint, evaluate reduction strategies, and recognize financial and environmental benefits by reducing their effects on water use and water quality.[199]



Tract housing in urbanized areas are quite common. Lot size and landscape choices determine how much water new developments need.

## Land Use Leadership Alliance

A recent collaborative effort involving water planners and land-use planners from local jurisdictions is moving the dialogue forward. Pace University School of Law's Land Use Law Center brought its Land Use Leadership Alliance (LULA) training program to Colorado in fall 2013. This training convened land-use and water planners with city managers, city council members, developers, regional government planning groups, and CWCB staff for four all-day sessions focused on the land-use and water planning nexus. These sessions proved very productive in the development of strategies for better integration of land and water planning, and also assisted in the development of relationships between land and water planners within and among municipalities.[200]

This collaboration is a model for integrating local

BLM_0065073

planning efforts within a local government and with regional planning efforts. The latest LULA trainings took place in May 2015 and involved the participation of five more Front Range municipalities, including Westminster, Lakewood, Commerce City, Broomfield, and Aurora. Additionally, representatives from South Adams Water and Sanitation, Denver Water, Bancroft-Clover Water, and Green Mountain Water and Sanitation attended. The LULA trainings will serve as a template for trainings the CWCB and the DOLA will organize in 2016, as Senate Bill 15-008 outlines.

## Denver Regional Council of Government's Metro Vision

The Denver Regional Council of Governments (DRCOG) has also been exploring the nexus between water use and land-use patterns in recent years. Adopted in 2011, the latest *Metro Vision 2035* document, which for the first time includes a section that ties water conservation to land-use planning.

### DENVER REGIONAL COUNCIL OF GOVERNMENTS WATER CONSERVATION VISION, GOAL, AND POLICIES

**Vision:** The Denver metro region will maximize the wise use of limited water resources through efficient land development and other strategies, recognizing that no single strategy will meet the state's water needs and the region will need to pursue a range of strategies concurrently.

**Goal:** Reduce regional per-capita M&I water use by working with municipalities, counties, water providers, and other stakeholders within the next 6 to 12 months (February 2012) to identify a specific numeric target or measurable benchmark against which to measure progress.

**Policies:**
1. **Regional Collaboration.** DRCOG will bring together local governments, water providers, and other stakeholders to facilitate collaborative efforts that promote water conservation.

2. **Best Practices.** DRCOG will work to increase understanding of the link between land development and water demand, and to identify best practices for promoting the efficient use of water resources across the region.

3. **Efficient Land Development.** Compact development, infill and redevelopment consistent with DRCOG's urban growth boundary/area and urban centers policies will help reduce water demand and related infrastructure costs.

Source: DRCOG Metro Vision 2035:34

DRCOG has a sustainability goal of increasing housing density by 10 percent between 2000 and 2035.[201] According to DRCOG's most recent analysis, the region has increased in density by 5.3 percent since 2000. These data suggest that the region is well situated to achieve the 10 percent density level by 2035.[202] In the residential housing sector, that 10 percent increase will produce approximately a 5 percent decrease in water use—which equates to 31,000 to 46,000 acre-feet of annual savings for the Denver metro area, depending on population growth (both existing and new). At the medium population growth, this is nearly 42,000 acre-feet of savings annually.[203]

## Colorado Water and Growth Dialogue

Through a WEGP grant that addresses the water and growth dilemma, the CWCB is funding a project to estimate demand reductions from various land-use patterns. The Keystone Center secured funding from several grantors (including the CWCB) to complete a two-year dialogue that will bring together water providers, land-use planners and developers, public officials, and other key stakeholders. The goal is to identify meaningful strategies, practices, and policies that will help Coloradans achieve a measurable reduction in the water footprint of new development and redevelopment, and move closer to a long-term balance between water use and growth. To date, the project has produced a draft research report that examines strategies for implementing land-use patterns that reduce water demand. The report identifies four strategies that have the most potential to reduce water demand: Developing smaller residential lots (cluster development), changing from single-family to multi-family development (infill), increasing multi-family development (moving-up), and imposing turf/irrigation restrictions.[204] Additionally, Denver Water and Aurora Water are modeling their service areas' water use patterns on top of existing land-use patterns.

BLM_0065074

The group will then use DRCOG's UrbanSim model to generate future land-use patterns with the overlay of water use patterns. As the project progresses, it will generate several different exploratory scenarios by 2040. These scenarios could reflect the effects of climate change, economics, market demand, and political will for regulation. In 2016, this water and growth project will create a report and roadmap that describes the most promising strategies for addressing the water and growth dilemma in Colorado, along with specific recommendations for implementing and disseminating the strategies.[205]

## Recent Legislation

In 2008, Colorado passed legislation requiring that building permit applications for developments of more than 50 single-family equivalents include specific evidence of an adequate water supply. Adequate water supply is defined as one that is sufficient for the development in terms of quality, quantity, and dependability. Developers must submit proof of adequate supply to the local government through a report from a professional engineer, or from a water supply expert, that identifies the water source and the types of demand management appropriate for the site. Under this law, a local government was permitted to make the adequacy determination only once, at the beginning of the development permit approval process.[206] In 2013, the governor signed legislation that modified the definition of the term "development permit." The new definition clarifies that during the development permit approval process, the local government may grant permits for individual stages, rather than for the entire development.[207]

In 2015, Colorado passed Senate Bill 15-008, which tasks the CWCB and the DOLA with implementing trainings for local water use, water demand, and land-use planners. The topic areas will cover best management practices for water demand management, water efficiency, and water conservation. Additionally, the bill requires that all covered entities' water efficiency plans must evaluate best management practices for water demand management, water efficiency, and water conservation that they may implement through land-use planning efforts.

## BIPs

Each basin roundtable is formulating its own implementation plan that will include land-use goals and activities, in addition to already-planned projects and methods. Chapter 6 explores all of these.

### Arkansas Basin

The Arkansas Basin did not address land use in an extensive manner in its BIP. The Arkansas Basin did, however, create a policy calling for the integration of land-use and water resource planning.

The Arkansas Basin came to consensus on a policy statement regarding land-use and water resource planning.

> ❖ *Policy Statement: The Arkansas Basin Round table supports the integration of land-use and water-resource planning.*[208]

Creating a policy statement for this type of integration is an important first step in the future of demand management in the Arkansas Basin.

### Colorado Basin

The Colorado BIP created a theme; set a goal, measurable outcomes, and short- and long-term needs; and identified projects and methods that connect land use with water conservation.

Theme 5 is to "develop local water conscious land use strategies," with a primary goal to "develop land-use policies requiring and promoting conservation." The measurable outcomes associated with this goal include:

> ❖ *Developing recommendations for city, county, and state governing bodies promoting water awareness and efficiency in land-use policy.*

> ❖ *Developing educational material or opportunities for elected and planning officials on water supply issues and conservation options.*

> ❖ *Preserving agriculture by reducing the transfer of agriculture water to municipal use.*[209]

The Colorado Basin established short-term needs, long-term needs, and projects and methods to accomplish this goal. In the short term, it will review existing land-use regulations for water-conscious development requirements and evaluate potential growth in unincorporated areas and water supplies

BLM_0065075

to those areas. In the long term, it will provide local jurisdictions with financial support to implement water-conscious development requirements, and draft recommended model-basin and statewide land-use planning guidelines that focus on water conservation and water-efficient land-use development. As for projects and methods to accomplish the goal, the Colorado Basin suggests the creation of statewide grant opportunities to enable local jurisdictions to review land-use regulations, conduct public outreach, and implement regulations. Additionally, current governmental council should develop model land-use regulations, and every county and city within the basin should have conservation plans with identified goals. The plan also asks that "the state land-use regulations be evaluated to meet long term exponential state population growth (and water demand) with a limited water supply."[210]

Additionally, the Grand County Region, Summit Region, Eagle River Region, Middle Colorado Region, and Roaring Fork Region all developed specific land-use themes and methods in their needs analysis.

The themes include:

- ❖ *Develop local water conscious land-use strategies that focus on growth that affects water supplies and nonconsumptive/environmental needs.*

The methods include:

- ❖ *Limit development to within urban boundaries*
- ❖ *Promote water conscious growth development through improved land-use policies.*
- ❖ *Water providers should work with neighboring entities to provide and plan for growth between boundaries*
- ❖ *Implement water provider conservation projects*
- ❖ *Review local governments' land-use policies for water-quality and environmental protection standards.*
- ❖ *Assess county master plans and codes for improvements in smart growth land-use policies*
- ❖ *Ensure new development appropriately incorporates water-related values.*[211]

### Gunnison Basin

As with other BIPs, the Gunnison BIP ties land use to water conservation and demand management. The Gunnison Roundtable established goals related to land

use and water conservation. Goal 9, which outlines public outreach and education regarding the role of citizens of the Gunnison Basin, identifies land use as a process to achieve this goal: "The GBRT Education Committee will prepare and present annual half-day State of the River seminars for local governments and planning staffs, with the objective of making sure that land-use decisions and new developments are made within the context of the Basin's probable water future."[212]

The Gunnison Basin also identified statewide principles that connect water efficiency, conservation, and demand management.

*Principle 5: **Water conservation, demand management, and land-use planning that incorporates water supply factors should be equitably employed statewide.** Demand management strategies supported by the Gunnison Basin include growth only in proximity to existing or planned infrastructure, high density versus urban sprawl, and landscape limitations. Development in proximity to existing infrastructure should be encouraged only in non productive, or the least productive, land to preserve productive agricultural land. The Gunnison Basin believes that land-use policies are essential to promoting both water and land conservation. Local land-use policies and regulations should discourage sprawl, link water supplies to development, and provide incentives for higher density developments." [213]*

Additionally, the Gunnison Basin discusses land use in terms of Colorado River supplies. Under Principle 3: *Any new supply project from the Colorado River System must have specifically identified sponsor and beneficiaries and meet certain minimum criteria, and "entities must incorporate water supply factors into land-use planning and development.*[214]

### North Platte Basin

Due to low population and little municipal use, the North Platte Basin did not address land use in its plan.

### Rio Grande Basin

As this chapter stated previously, the Rio Grande Basin has a low population and relatively minor municipal water use. The Rio Grande Basin does not address land use as more urban water basins have, but instead describes the use of conservation easements to manage land development. The conservation easements preserve agricultural land as well as environmental attributes.[215]

BLM_0065076

## South Platte/Metro Basin

According to the South Platte/Metro Basin, municipal water departments are tasked with meeting a large portion of the water supply needs in the South Platte Basin, and are already using programs such as water audits, rebates for efficient water fixtures and appliances, and education to reduce demand. These efforts could be more effective if water departments worked with their respective planning departments to plan and require water-efficient usage and land development within their cities. For instance, a water department may work with its planning department to implement water-efficient landscaping codes, subdivision regulations, zoning requirements, and master plans.[216]

Nevertheless, many water utilities' current roles are generally limited to providing for water needs within their service areas, with little cross-over to land-use authority. The South Platte/Metro Basin discusses current land-use authority and water provider authority, opportunities for collaboration, and examples of current work in this arena. The plan describes the issue that has made collaboration between water and land-use planning difficult in the past. The South Platte/Metro Basin states, "The primary responsibility held by water utilities is to provide for water needs within communities. Coordinating or integrating the land-use and water planning process is a relatively new area being explored for reducing municipal water use. Increasing awareness of limited future water supply opportunities and the potential effects of climate change helps to spur this integration of planning."[217]

The South Platte/Metro Basin indicates that there are opportunities for closer collaboration and reduction in water use through more integrated land-use planning. These include:

❖ *Updates to Comprehensive Plans,*

❖ *Changes to zoning requirements,*

❖ *Revising water/land-use subdivision regulations, and*

❖ *Using the direction provided by the State Water Engineer and recent legislation.*[218]

With regard to opportunities, the plan states that "increasing residential density has the potential to significantly improve water use efficiency and will continue to result in reduced effects on natural resources. The highly urbanized areas of the Front Range corridor have many opportunities to redevelop lands for higher population densities."[219]

Projects the South Platte/Metro Basin highlighted include the Keystone Center Land Use Study and LULA. The Keystone Center project will identify land-use patterns across the metro area and find ways to more closely integrate land and water planning. The LULA training program "focuses on finding land-use solutions to the challenges posed by growing Front Range populations and Colorado's limited water resources. The LULA program is designed to help local land-use and water leaders create new networks of support, identify successful land-use techniques, and develop implementable local strategies that will enable a more 'water-smart' future for the region."[220]

The South Platte/Metro BIP ends with a land-use recommendation in the section *Recommendation for Additional SP-BIP Analysis and Refinements.* This recommendation is:

*Further Analysis of Planning Coordination—*
*The South Platte and Metro Roundtables recommend further investigation into options for increased coordination between water utilities and land-use planners to better plan for water-efficient growth.*[221]

## Southwest Basin

The Southwest Basin identified a need to organize informational events about water conservation, land-use planning and water reuse efforts, tools and strategies. "One strategy to achieve the short-term goals of conservation, land-use planning (which will include coverage and discussion of the 60/40 and 70/30 ratios referenced above), and water reuse is to implement a pilot conservation and land-use planning session in 2015. Initially it is anticipated that this would be a two to four hour workshop for local decision makers and water utility personnel." If successful, the basin could host the session throughout the basin (for example, in Cortez, Telluride, Pagosa Springs, and other locations) as with the Water 101 Seminar.[222]

BLM_0065077

## Yampa/White/Green Basin

The Yampa/White/Green Basin did not describe projects or plans for land use in its BIP.

## ACTIONS

One objective of Colorado's Water Plan is that by 2025, 75 percent of Coloradans will live in communities that have incorporated water-saving actions into land-use planning. Ten communities have completed land-use and water trainings through the LULA process, and in order to reach the 75 percent population objective, a total of 80 communities and water providers will need to have participated in similar trainings by 2025. The trainings will support approximately 80 water providers and communities statewide to incorporate land-use practices into their water conservation plans. To facilitate the use of local land-use tools to reduce water demands for municipalities and urbanization of agricultural lands, the State will work with partners to pursue the following actions:

1. **Encourage the use of local development tools:** Through voluntary trainings in 2016, the CWCB and DOLA will encourage local governments to incorporate best management practices for water demand management, water efficiency, and water conservation into land-use decisions.

   Trainings may cover the following topics:

   ❖ Expediting permitting for high-density buildings and developments that incorporate certain water efficiency measures, such as efficient irrigation systems (with plan-check and install-check).

   ❖ Including water supply and demand management in comprehensive plans.

   ❖ Installing climate-appropriate landscapes.

❖ Understanding the societal and environmental benefits of urban landscapes.

❖ Using appropriate amounts of soil amendments.

❖ Incentivizing maximum-irrigable-area or WaterSense-certified landscapes.

❖ Instituting tax incentives for incorporating certain water efficiency measures for high-density developments, such as cluster developments.

❖ Establishing structured impact (tap) fees designed to promote water-wise developments and in-fill.

❖ Developing water-budget rate structures to help maintain initial projected water budgets for a site.

❖ Introducing landscape and irrigation ordinances.

❖ Exploring the environmental and farmland benefits of water sensitive urban land-use planning.

❖ Creating more stringent green-construction codes that include higher-efficiency fixtures and appliances and more water-wise landscapes.

❖ Exploring landscape-oriented professional education or certification programs.

❖ Examining opportunities to reduce agricultural urbanization and fragmentation.[223]

2. **Examine barriers in state law for implementing the above local development tools:** Over the next 18 months, the CWCB will examine barriers local jurisdictions may face while implementing local development tools.

3. **Incorporation of land-use practices into water conservation plans:** Over the next 18 months, the CWCB, through partnerships, will develop new guidance for water conservation plans that requires

BLM_0065078

the incorporation of land-use practices. This is an addition to C.R.S. 37-60-126.

4. **Strengthen partnerships:** To be successful in integrating land-use and water planning, the CWCB will need to partner with many different agencies and groups. Within the next year, the CWCB will establish meetings with various agencies to map out ways in which the CWCB and other agencies can work together on these issues.

   ✧ Local municipalities, local water providers, and county governments will implement water and land-use plans. Without their partnership and support of new ideas, comprehensive water and land planning will not succeed. In addition to partnering with local entities, the CWCB will partner with the Colorado Municipal League, Colorado Counties Incorporated and the Special District Association to ensure successful integrated water and land-use planning.

   ✧ The DOLA is involved in the land-use in the local government arena. Like the CWCB, the DOLA can also leverage its grant funding for water and land-use planning initiatives, such as incentives for incorporating water supply into comprehensive land-use planning.

   ✧ The DORA regulates professionals in various industries and works to create a fair market place. The CWCB will work with the DORA to focus on the landscape and irrigation industry or the property management industry, and to consider developing certifications for these industries to conserve water.

   ✧ Home-building and construction organizations, such as the Home Builders Association, LEED, and the U.S. Green Building Council, will be building communities that have a direct influence on water demand. They must be involved in crafting the vision for future water-sensitive developments.

   ✧ Non-governmental organizations, such as Keystone Center, Alliance for Water Efficiency, Western Resources Advocates, American Planning Association, and economic development councils, can advance land-use and water integration innovation and research.

   ✧ Academic institutions, such as Colorado State University, University of Colorado Boulder, University of Colorado Denver, One World One Water Center-Metropolitan State, and Rocky Mountain Land Use Institute, can advance land-use and water-integration innovation and research.

   ✧ LULA brings an innovative training model that could change the way Colorado looks at this subject by breaking down institutional silos. The CWCB will work with LULA, or another local group, to create a Colorado-specific training model for the integration of sustainable, long-term, land, and water planning.

   ✧ Councils of governments make connections between the local and state government levels. Councils of governments can be strong allies in trainings and research about the land-water nexus.

5. **Funding:** The CWCB should use the WEGP funds and Water Supply Reserve Account grant funds to fund aspects of the land-use and water planning nexus. The CWCB will work with the basin roundtables to proactively seek applicants to use WSRA funds for larger regional efforts that tie more directly into the basin roundtables. It will use the WEGP funds for smaller, more localized efforts.

BLM_0065079

## 6.3.4

## AGRICULTURAL CONSERVATION, EFFICIENCY, AND REUSE

### Introduction

This section seeks to assist Colorado's agricultural industry in becoming more efficient and resilient, and to reduce non-beneficial water consumption and diversions without affecting statewide agricultural productivity and the environment. It also explores opportunities to stretch water supplies to help meet future needs. Discussions about agricultural water use often become confounded by imprecise use of terms and an incomplete understanding of agricultural water systems. This section presents a basis for an analysis using a common understanding of terms.

### Background on Agricultural Water Use and Losses

Where rainfall is insufficient to meet crop needs, crop irrigation is a requirement. Figure 6.3.4-1 illustrates the irrigation process and its associated consumptive use (CU) and water losses. In some cases, a deep-rooted crop may withdraw water directly from shallow groundwater areas through a natural process known as sub-irrigation.

During the process of irrigation, water conveyance loss occurs when some of the water diverted via ditch or canal never reaches the crop. These losses can occur due to ditch or canal seepage, when the water either returns to the stream via seepage into the local groundwater system through deep percolation, or via non-beneficial consumptive use by phreatophytes.[223] Ditch or canal seepage is considered nonconsumptive because the water returns as surface flows in the river system, and is available for other users. Some conveyance loss is permanent, in which case it is frequently referred to as non-beneficial consumptive use.[224] For example, this loss can take the form of evaporation from exposed water or soil surfaces of ditches and canals and the unintentional growth of phreatophyte vegetation with no agricultural value. Colorado State University estimates that as much as 10 percent of the water lost during irrigation is a result of these types of non-beneficial consumptive use. Nevertheless, some of these unintended uses provide environmental benefits by creating wetlands and enhancing riparian corridors.

Once the water reaches the field, either the plant uses it as a CU, or the water becomes part of on-farm losses. Irrigation provides water to the crop's root zone to meet crop CU, which occurs through transpiration from the growing plants and evaporation from adjacent soil surfaces. The combined effect of transpiration and evaporation is call evapotranspiration (ET). Plants transpire water during photosynthesis while also incorporating a small portion of the water into the plant tissue. The water ET consumes is permanently removed from the local hydrologic system.[225] Since ET represents the water used by a plant, the beneficial consumptive use of an irrigation water right is measured by the amount of crop ET. Crop ET is not easily measured. Rather, theoretical or potential ET (the maximum amount of water a crop can consume) is calculated based on the factors that influence ET, such as crop type, growing season, and daily climatic conditions. Crop ET is measured at a specific location by adjusting for the amount of water applied to the crop.[226]

BLM_0065080



**FIGURE 6.3.4-1   AGRICULTURAL WATER USE AND LOSSES**

On-farm losses occur when water is applied to fields at a rate that exceeds the soil's capacity to retain the water. This results in deep percolation or surface runoff. Deep percolation into underlying groundwater systems raises the local groundwater table, thereby returning water to the surface system through stream accretions.[227] In locations where the amount of deep percolation exceeds the capacity of an aquifer to quickly transmit water back to the stream, groundwater storage occurs and produces lagged return flows. In some cases, deep percolation collects in perched zones that are not connected to the regional groundwater system, and is permanently lost to the river system as a type of non-beneficial CU. Surface runoff, on the other hand, occurs when the rate at which water is applied to a field exceeds the rate at which water infiltrates a given soil type. Surface runoff is returned to the surface water system via waste ditches and drainage works.

BLM_0065081

Collectively, the majority of water that is diverted, but not consumed, creates return flows to the stream.[228] Return flows are a critical component of the agricultural water balance, and Colorado water law rigorously protects them for the benefit of other users on the system.[229] Diversion of water in the stream as a result of return flows is a fundamental element of the water supply in Colorado. A portion of each subsequent diversion provides new return flows for users further downstream, allowing multiple diversions of the same water within a basin.[230] In over-appropriated basins, an individual molecule of water will be diverted several times before it leaves the state or is finally consumed.[231]

## Terminology Related to Irrigation Efficiency

Several terms and phrases frequently arise in discussions related to irrigation efficiency. The following definitions, in conjunction with Figure 6.3.4-2, provide clarity to this complex topic.

❖ **Irrigation efficiency:** Irrigation efficiency is the ratio of the total amount of water diverted for an irrigation use to the volume of water the crop beneficially consumes through ET. Irrigation efficiency may be further refined by looking at the specific water losses that occur before and after the water is applied to the crop. There are often separate calculations of delivery efficiencies and on-farm efficiencies. Since irrigation efficiency is a ratio, it may be increased by practices that either reduce the amount of water consumed, or reduce the amount of water that is diverted but not consumed. As a result, "irrigation efficiency" is used as a general term to refer to agricultural conservation and efficiency practices on the farm, and it is associated with conveyance.

✦ **Water-conveyance (delivery) efficiency:** Delivery efficiency reflects seepage, evaporation, and ET losses that occur in the canals, ditches, and laterals between the point of diversion and the turnout to the farm field.[232]

✦ **On-farm efficiency:** On-farm or application efficiency reflects the losses that occur, after the farm turnout, as water is applied to a crop. These losses include deep percolation, evaporation, and field runoff.[233] Flood and



FIGURE 6.3.4-2   IRRIGATION EFFICIENCY OUTCOMES

furrow are application methods that have higher losses than more direct methods (such as sprinklers and drip).[234] However, sprinkler and drip irrigation may allow crops to better use the water applied and increase total beneficial consumptive use.[235]

❖ **Agricultural water conservation:** "Agricultural water conservation" describes the water resulting from on-farm practices that reduce the amount of beneficially consumed irrigation water during the production of an agricultural commodity. The amount of such water can be measured as a reduction in historical consumptive use.[236] Examples of non-structural, agricultural water conservation practices include changes in crop type, reduction of crop area, deficit irrigation, and soil health improvements that reduce evaporative loss. Because agricultural water conservation is a reduction in historical consumptive use, it is the only irrigation efficiency practice that can be marketed to other beneficial uses. However, there may be challenges associated with administering these water-rights transfers.

BLM_0065082

❖ **Salvaged water:** Salvaged water is the recovery of water that is lost due to consumptive use or to permanent loss of water that does not provide a beneficial use. These losses are incidental to the use of irrigation water. For example, phreatophytes or deep percolation to a perched zone may result in ET. In all cases, water is lost or consumed, although not beneficially. Efficiency improvements that eliminate or prevent losses of water that would have otherwise been consumed can produce salvaged water.[257] For example, removing invasive phreatophytes, and ditch-lining or piping water, could yield salvaged water.

❖ **Saved Water:** Saved water is produced by intentionally reducing the unconsumed portion of water diversions that otherwise would have provided a portion of historical return flows. Such saved water can be the result of either on-farm or conveyance efficiency practices that reduce losses that were not previously consumed, such as historical return flows.[258] Such water can be left in the stream, but it may not provide a benefit to environmental or recreational values without a voluntary flow agreement. Headgate improvements, ditch-lining or piping, and other efficiency improvements can produce saved water.

❖ **Reuse:** Capturing and reusing irrigation water for crop use on the same ground—provided it complies with the underlying water right—is common. Because this water is also consumed, it does not result in agricultural water conservation, although it may reduce the total amount of water that is diverted. When reuse is not consistent with the terms of a water right (such as reuse on acres not described in a decree), it is considered an "expanded use," which is prohibited.[259]

On the other hand, the irrigator may potentially reduce irrigation diversions by reusing treated M&I water as an additional source of agricultural supply. Section 6.3.2 more fully explores reuse.

❖ **Waste:** Waste is a term that is often used pejoratively to refer to water that is diverted but not beneficially consumed.[240] People frequently use it in expressions such as, "By eliminating agricultural waste we can meet future needs," or

"One man's waste is another man's water supply." Legally defined, "beneficial use" is the amount of water that is reasonable and appropriate, under reasonably efficient practices, to accomplish without waste the purpose for which the appropriation is lawfully made.[241] The DWR has the authority to curtail truly wasteful practices, and little waste is occurring in agricultural water use. Some elements of water use that might otherwise be considered waste are important to agricultural production. For instance, water is occasionally diverted into ditches and immediately returned to the stream in order to sluice sediments from diversion and conveyance works. Also, through intentional, deep percolation into the underlying water table, excess water is sometimes applied to fields to leach harmful salts from the crop root zone. In areas with limited availability of water storage and highly variable surface flows, some irrigators, in an effort to store the excess water in the soil profile, divert more water than a crop can use at that time. While this is a highly inefficient method of storage, for many irrigators, it is the only option for mitigating future supply shortages. The State does not consider this practice to be wasteful or unreasonable under the circumstances.

❖ **"Use it or lose it":** The common usage of this phrase is associated with the (incorrect) belief that by maximizing the amount of water diverted, one can enhance or preserve the magnitude of a water right. This notion is incorrect, since the true measure of the water right is actual historical, beneficial CU; in the case of an irrigation right, this is crop ET.[242] Thus, there is no real legal incentive to divert more irrigation water than the crop will eventually consume. In addition, a water right can be abandoned or lost due to non-use for a long period of time, but only if the non-use is indicative of an actual intent to permanently give up the water right.[243] One aspect of the "use it or lose it" perception does bear further consideration. Under current law, the determination about historical consumptive use is based on the amount of water the crop actually consumes—which is the lesser amount

BLM_0065083



Efficient irrigation methods do a better job of delivering water to crops than older methods. This often increases crop yield due to more even water delivery.

of the water actually applied to the crop or the maximum amount a given crop could potentially consume. Thus, engaging in deficit-irrigation for a period of time could reduce the transferable yield in a future change-of-water-right case, which is a disincentive to adopting these new practices. The legislature provided partial relief to this problem in Western Colorado via C.R.S. 37-92-305(c), of the Colorado Revised Statutes, which allows for CU reductions without affecting historical CU calculations, provided the water user is under a conservation plan.

## Benefits of Irrigation Efficiency

Irrigation efficiency can increase crop production, enhance flows for environmental and recreational needs, and increase opportunities for water marketing through water-sharing practices. This section and Section 6.4 discuss water-sharing practices.

**Increased crop production:** A large segment of agriculture in Colorado operates at a water deficit.[244] This means that the available supply at some periods during the growing season is less than the amount needed to fully satisfy crop-irrigation water requirements (consumptive needs) at that time. Thus,

for a producer that is making efficiency improvements, the primary incentive is to satisfy a crop's water consumption by eliminating conveyance and on-farm losses, ultimately increasing crop yields. The intention of this practice is to increase crop production through increased consumptive use. It does not create the availability of new water supplies for other users.

**Reduced vulnerability to drought:** Many existing irrigation systems were constructed 80 to 100 years ago and could be operated more efficiently - particularly in western Colorado where average irrigation efficiencies are low. These systems operate with a water deficit, in part because their inefficiencies prevent them from conveying available water from the river to the farm gate, or turnout. These issues may be exacerbated under climate change projections if water supply variabilities increase, drought becomes more common and extreme, and runoff patterns change. Efficiency improvements will help shield irrigators from some of these impacts by allowing them to reduce or eliminate conveyance losses and better manage demands in conjunction with upstream storage.

**Enhanced flows for the environment & recreation:** Refurbishing a headgate, building a diversion dam, or reducing diversions can increase flows below the water structure, potentially benefiting recreation and

BLM_0065084

the environment. Even though this water cannot be transferred, local instream flow benefits accrue from saved water left in the reach of the stream between the historic point of diversion and the downstream headgate. This is limited to the location where return flows previously entered the stream. Environmental benefits of refurbished agricultural infrastructure present an opportunity for state, federal, and foundation programs to contribute funding toward the costs of efficiency changes. A voluntary flow management program or agreement negotiated with downstream water users can enhance and protect environmental and recreational benefits.

**Improved water quality:** One benefit of improved irrigation efficiency is improved water quality. The process of deep percolation results from delivering more water into the root zone than the soil can retain for eventual crop consumption. This water migrates into the groundwater system, often dissolving natural salts, uranium, and selenium, and it also leaches manmade fertilizers and pesticides from the soil. These contaminant-loads eventually reach the stream system, and in some cases, seriously degrade surface water quality.[245] Recognition of water-quality benefits results in substantial amounts of federal funding for irrigation efficiency improvements. Over the past several decades, this funding has rapidly accelerated the historically slow trend toward improved irrigation efficiency.

**Water sharing:** While there are numerous reasons and methods for improving irrigation efficiency, there are limited opportunities for true agricultural water conservation that creates marketable supplies for other users. These methods rely on either crop-ET reduction, or soil moisture evaporation. The methods can be achieved by:

- Switching crop types to those with lower ET requirements.[246] The variation in ET needs among crops can be large. For instance, beans and small grains require 20 inches or less per year, while corn, beets, and alfalfa need 30 or more inches.

- Using deficit irrigation to intentionally supply less water to a given crop than its historical irrigation requirement. Deficit irrigation must result in lower crop yields in order to generate any salvaged water. [247]

- Reducing soil evaporative losses through improved cultivation methods, including mulching, drip irrigation, and "soil health" practices. [248]

- Temporarily and entirely removing a crop from the ground through fallowing.[249]

- Permanently and entirely removing a crop from the ground through land retirement.[250]

## Addressing Barriers to Irrigation Efficiency

While irrigators have used these techniques in Colorado to address specific situations, legal, technical, and financial barriers often prevent long-term new water supplies. Section 6.4 discusses ways in which irrigators can use some of these techniques as alternatives to traditional, permanent dry-up of irrigated lands.

With the exception of phreatophyte removal, which the water court has expressly prohibited as a source of a transferable right, the transfer of salvaged water has not yet been tested in water court or addressed by the legislature. The volume of water resulting from any individual efficiency improvement is relatively small, and it is difficult to precisely quantify since it cannot be measured directly. This makes reliable management and administration of exchanges and transfers of salvaged water extremely complex and time-consuming for DWR personnel. Irrigators cannot use or market saved water to reliably provide water to the environment or recreation. There is little direct advantage for irrigators to shepherd this water downstream, and few legal mechanisms exist to support it. The generation of water using agricultural conservation practices, such as deficit irrigation, rotational fallowing, or a transition to cool-season crops, is the subject of ATMs. Section 6.4 of Colorado's Water Plan explores this further.

Examples of recent cases in which agricultural producers in Colorado have improved efficiencies and overcome barriers provide context to the descriptions of these agricultural efficiency concepts:

- The Uncompahgre Valley Water Users Association converted portions of its open-ditch delivery system to pipelines through the Colorado River Basin Salinity Control Program.[251] This reduced seepage and delayed storage releases to better meet late-season crop needs. It also created the added benefits

BLM_0065085

of reducing salt-loading to and salinity of the Colorado River, and improving downstream water quality. This is an example of a regional approach to irrigation efficiency using state and federal funding as incentives.

❖ Farmers in the Arkansas Basin converted thousands of acres from furrow and flood irrigation methods to sprinkler and drip application methods through the U.S. Department of Agriculture's Environmental Quality Incentives Program (EQIP). In doing so, they were able to stretch limited water supplies in a severely over-appropriated basin. They also achieved water-quality benefits through the reduction of deep percolation and associated salt-loading. A word of caution applies to efficiency programs in the Arkansas River basin due to the unique terms of Article IV.D of the Arkansas River Compact, which expressly prohibits any improvements to irrigation systems that cause increased depletions at the state line. Because crops in Colorado typically do not receive the full amount of water they are capable of consuming, most irrigation efficiency practices increase CU. Thus, producers who installed sprinklers and drip systems in the Arkansas Basin are required to fully replace the increased depletions with augmentation water.

❖ The Grand Valley near Grand Junction is an area with adequate senior water rights, and crops generally have a full supply throughout the growing season. Through federal programs, farmers were able to modernize their headgates and delivery systems, which produced saved water through reduced diversions. This action provided enhanced flows in the Colorado River for endangered fish species while simultaneously reducing saline return flows.

❖ The Rio Grande and Republican River Basins use alternate crops and fallowing to maintain a sustainable agricultural community in light of an imbalance between legally available groundwater supplies and current levels of water use.

❖ The City of Aurora and the Rocky Ford High-line Canal have made drought-driven, temporary-lease fallow arrangements.

❖ The CWCB's Alternative Agricultural Water Transfer Methods Program supports pilot projects such as the Colorado River Water Bank Working Group.[252] This group is notably exploring options for reducing irrigation demands through deficit irrigation, temporary forbearance, or other means in order to avoid, delay, or limit the likelihood or negative effects of a Colorado River compact curtailment. Section 6.4 further describes the work of the Water Bank Working Group.

❖ Implementation of soil health practices, such as low tillage, mulching, and cover crops (a crop planted to protect the soil), have improved the water-holding capacity of the soil and have reduced soil surface evaporation in many locations. These practices can reduce non-beneficial consumptive losses as well as make more available for crop CU. One example that demonstrates the potential of these techniques is in the Rio Grande Basin. The basin used soil health techniques to both reduce water consumption and increase specialty potato-crop quality and yield. Rockey Farm replaced a barley crop rotation with a permanent cover crop, which uses less water, reduces soil moisture loss through evaporation, and adds organic matter to the soil. This, in turn, leads to increased soil moisture for the potato crop planted the following year.[253] The Rio Grande Basin's education and tour program to promote soil health and other irrigation efficiency practices showcases this work.

## Recent Legislative Actions Related to Irrigation Efficiency

There are some existing legislative exceptions to the aforementioned limitations to agricultural conservation and efficiency. These exceptions apply in narrow instances, such as:

SB 05-133 provides that the State will not deem a western slope water-rights holder to have abandoned his or her water rights if the water-rights holder has met certain conditions. Two conditions include "a

BLM_0065086



Spring peach orchard near Palisade. Many orchards in the Grand Valley are becoming more efficient through the use of diversion structures and drip irrigation.

water conservation program approved by a state agency and a water banking program as provided by law." These conditions don't allow water sharing, but they do stipulate that a water-rights owner won't lose the rights if non-use stems from water conservation activities.[254]

HB 13-1130 allows a water-rights owner with an interruptible water supply agreement (IWSA) to request up to two additional 10-year periods for the IWSA. IWSAs enable water users to transfer a portion of their water rights, called historical consumptive use, to another water user on a temporary basis, without permanently changing the water rights.[255]

SB 13-019 restricts a water judge from determining a water user's historical consumptive use based on water-use reductions that result from enrollment in a federal land-conservation program, participation in certain water conservation programs, participation in an approved land-fallowing program, provision of water for compact compliance, or participation in a water-banking program. Some water users may wish to reduce their water consumption in order to limit the effects of drought on streamflows. However, under current law, there is a disincentive that penalizes appropriators that decrease their consumptive use of water. This legislation seeks to mitigate that disincentive.[256]

SB15-183 allows court discretion in determining the appropriate period of record to use when calculating historical consumptive use in change-of-water-rights cases.[257]

HB 15-1006 establishes a two-year grant program for invasive phreatophyte control, and provides $2 million each year for administration and distribution through the CWCB.[266]

## Basin Implementation Plans and Irrigation Efficiency

For 2015, each basin roundtable is formulating its own implementation plan. Several plans include agricultural water conservation and efficiency goals and activities.

Most of the roundtables' BIP goals indicate that the basins plan on increasing efficiencies and modernizing agricultural infrastructure. Several examples are below:

- ❖ Arkansas Basin Roundtable: Provide increased quantities of augmentation water to comply with Division 2 rules regulating increased farm efficiencies.[259]

- ❖ Colorado Basin Roundtable: Improve agricultural efficiency, preservation, and conservation.[260]

BLM_0065087



Irrigating potatoes in the San Luis Valley. Efficient irrigation methods do a better job of delivering water to crops than older methods. This often increases crop yield due to more even water delivery.

BLM_0065088