

❖ Gunnison Basin Roundtable: Restore, maintain, and modernize critical water infrastructure, including hydropower.[261]

❖ North Platte Basin Roundtable: Continue to restore, maintain, and modernize critical water infrastructure to preserve current uses and increase efficiencies.[262]

❖ Rio Grande Basin Roundtable: Operate, maintain, rehabilitate, and create necessary infrastructure to the basin's long-term water needs, including storage.[263]

❖ South Platte/Metro Basin Roundtable: Meet agriculture goals with an intent to "support strategies that reduce traditional permanent dry-up of irrigated acreage through implementation of other solutions including conservation, reuse, successful implementation of local IPPs, successful implementation of ATMs, and development of new Colorado River supplies" and "support strategies to address agricultural water shortages through IPPs, new multipurpose projects and innovative measures to maximize use of available water supplies."[264]

❖ Southwest Basin Roundtable: Implement efficiency measures to maximize beneficial use and production.[265]

❖ Yampa/White/Green Basin Roundtable: Restore, maintain, and modernize water storage and distribution infrastructure.[266]

## Interbasin Compact Committee No-and-Low-Regrets Actions

As part of the IBCC's ongoing work, the IBCC is recommending that "Colorado will continue its commitment to improve conservation and reuse." It has developed recommendations for agricultural conservation and efficiency improvements for current and future agriculture. The actions below incorporate those recommendations.

BLM_0065089

## ACTIONS

The following actions will support Colorado's agricultural industry to make it more efficient, resilient, and capable of reducing water consumption without affecting agricultural productivity.

1. **Agricultural water incentive education program:** Over the next two years, the CWCB will work in partnership with the basin roundtables, Colorado Energy Office, the Colorado Department of Agriculture, Natural Resources Conservation Service, and Colorado State University's extension program to develop a strategic education plan. In addition to the topics Section 6.5 discussed with regard to the education and assistance program, the plan will cover the following topics:

   a. **Agricultural water conservation:** Outreach to the agricultural community about available agricultural water conservation techniques and incentives.

   b. **Soil health:** Begin a soil health education and tour program to help growers examine ways to increase net revenues while decreasing water inputs, and in some cases water consumption.

2. **Continue to support the rehabilitation of diversions and ditches:** The CWCB will continue to provide grants, loans, and technical support to refurbish diversions and ditches. This action will generate saved water and reduce losses where there are benefits to recreation, the environment, and other consumptive water uses.

3. **Voluntary flow agreements:** Over the next two years, the CWCB and the DWR will work with agricultural and environmental partners to develop model language for voluntary flow agreements paired with irrigation efficiency practices. CWCB will also provide funding, facilitation, and technical support to encourage these agreements.

4. **Removal of invasive phreatophytes:** The CWCB will support the management and removal of invasive phreatophytes through grant-funding House Bill 15-1006 provides.

5. **Explore additional incentives:** The CWCB will explore additional incentives to assist basins in implementing, where appropriate, irrigation efficiency practices, and in changing crop type to a lower water-use crop.228F The CWCB should first explore these incentives through conservation demonstration and pilot projects.

6. **New agricultural lands:** The CWCB will encourage newly developed agricultural lands (currently identified in the North Platte, Yampa, and Southwest Basins) to either be very efficient or provide direct and measurable benefits to the environment.

7. **Administrative tracking:** Over the next three years, the CWCB will work with the DWR to explore the development of administrative means to track and administer agricultural conserved water for the purposes of marketing these waters.

8. **Watershed scale planning and improved river basin predictive models and computational tools:** The CWCB and DWR will work with stakeholders to explore the development of tools and models that can serve as an approved common baseline, upon which water court litigants and parties to administrative change cases can rely, for conservative estimates of consumptive water use, return flows, and injury.

9. **Efficiency and conservation innovation:** The CWCB will continue to work with research institutions in Colorado to advance agricultural conservation and efficiency.

BLM_0065090



**SELF-SUPPLIED INDUSTRIAL CONSERVATION AND REUSE**

## Water Use in Energy Production and Extraction

### Electricity Generation

Electricity generation in Colorado totaled 53,524,000 megawatt-hours (MWh) in 2013. The demand for power requires an annual consumptive use of slightly more than 55,000 acre-feet, which represents 1 percent of Colorado's consumptive use (Colorado Energy Office calculations are based on utility resource plans). Overall, electricity demand has slowed over the past half-century; gains in energy efficiency have largely offset increased demand. Currently, the U.S. Energy Information Administration estimates a relatively flat electricity load-growth over time, at 0.9 percent per year nationally.[268]



**FIGURE 6.3.5-1  COLORADO'S 2012 ELECTRICITY PORTFOLIO**[269]

## Introduction

SSI water users describes industrial users that have developed their own, independent water supplies. Users include beer producers, power plants, mining-industry companies, and the ski industry, which uses water for snowmaking purposes. This section, however, will focus on the thermoelectric generation and energy extraction sectors within SSI. While SSI represents a small proportion of the water used statewide, it can represent a substantial amount of water in some local areas—including communities that are home to thermoelectric power generation plants or that have a significant energy-extraction presence, as these are the two major SSI water-user sectors. As a result, SSI water use is often included in the energy-water nexus. "The water-energy nexus is a term used to describe the interaction and interdependencies between water and energy resources. Understanding the dependencies, synergies, conflicts, and trade-offs between these two critical resources is necessary to identify and implement mutually beneficial strategies for their management and use."[267]

### Thermoelectric Power

In 2012, thermoelectric facilities generated more than 85 percent of Colorado's electricity. Thermoelectric power generation heats water to produce steam, which in turn powers turbines to create electricity. While facilities can use a variety of fuel types to heat the water in thermoelectric power generation, the primary fuel sources in Colorado are coal and natural gas. Additionally, water is used to condense steam

BLM_0065091

for reuse or discharge. The cooling process accounts for 95 percent of the consumptive use in electricity generation.[270]

Facilities can use a variety of cooling techniques in plant design, depending on process efficiency and an economic cost-benefit analysis. These techniques include once-through cooling, closed-loop, hybrid methods, and dry-cooling.

Once-through cooling systems typically require the greatest withdrawal, but have lower consumptive use because the water passes through a singular cooling process that absorbs heat and is then discharged. Historically, this has often been the least expensive and the most-used method nationwide, but it can have

greater effects on the ecosystem because of warm-water discharge. Facilities in Colorado do not use once-through cooling systems.

Alternatively, closed-loop cooling systems use cooling towers to condense the steam. This requires comparatively lower withdrawal, but because of recirculation, it has a higher consumptive-use rate. Many of Colorado's electric generating units use this method, including Xcel's Arapahoe Station, Comanche Station Units 1 and 2, Cherokee Station, and Tri-State G&T's Craig Station.[271] Some facilities minimize freshwater consumption by using treated closed-



**FIGURE 6.3.5-2** | **LIFECYCLE WATER CONSUMPTION FOR VARIOUS METHODS OF ENERGY PRODUCTION**[272]

BLM_0065092

loop systems. For example, the Platte River Power Authority's Rawhide coal generator relies on 87 percent treated effluent water, and its natural gas turbines use closed-loop glycol cooling systems.

Facilities are researching and employing two other cooling systems in an effort to reduce water consumption. These systems use ambient air-cooling called dry-cooling. Dry-cooling uses only ambient air to condense steam, has lower plant efficiency, has a greater land footprint, and requires a higher electric load, which increases the expense of this method. Nevertheless, hybrid air and water systems that employ both techniques in concert—such as Xcel's Unit 3 at the Comanche Station—are becoming more prevalent.

**FIGURE 6.3.5-3**   **COLORADO'S ELECTRICITY PORTFOLIO (NET-GENERATION)**



BLM_0065093

Coal and natural gas are the primary fuel sources for electricity generation in Colorado, and accounted for 65 percent and 20 percent in 2012, respectively (Figure 6.3.5-1, page 6-102). Each source requires different amounts of water for its process (Figure 6.3.5-2, page 6-103). On average, coal plants consume roughly 40 percent more water per MWh produced when compared to combined-cycle natural gas plants (controlling for all cooling system types).[273] Nevertheless, the cooling techniques each facility employs are the primary source of consumption, regardless of the fuel source.

Beyond the electricity generation requirements, both fuel types also require minimal amounts of water to extract and deliver the resource to the plant.

Renewable energy generation can have consumptive water use depending on the technology, but overall, renewable energy requires substantially less water than fossil-fuel generation. In 2004, Colorado voters passed Amendment 37, which established a Renewable Electricity Standard. The standard required utilities to generate a portion of their electricity from renewable sources. Among other public policy goals, the legislative declaration for Amendment 37 specifically included language indicating that the measure would "minimize water use for electricity generation."[274] Currently, Colorado's renewable electricity standard requires 30 percent generation for investor-owned utilities, 20 percent for co-ops, and 10 percent for municipal utilities—all by 2020.

Additionally, in 2010, Colorado's legislature passed the Clean Air Clean Jobs Act, which sought to reduce emissions from power plants by retiring, retrofitting, or repowering some power plants that Xcel Energy and Black Hills Energy own. Because of these state-level policies, a variety of EPA regulations, and increasingly competitive wind and solar prices, Colorado is likely to reduce water use in electricity generation as Colorado's generation portfolio trends toward a larger mix of natural gas and renewable generation. In fact, generation from wind has grown the fastest of any

fuel source as a percentage of the overall portfolio. That growth reached more than 12 percent between 2005 and 2012, and represents both the state's largest renewable energy generation source and the utility-scale source of electricity with the least consumptive use of water.

## Public Disclosure and Resource Planning

Colorado's investor-owned utilities, Xcel Energy and Black Hills Energy, report their water consumption when filing resource plans with the Public Utilities Commission (PUC). The PUC is also allowed to consider water use in addition to fuel costs, construction costs, conventional operating costs, and transmission costs when evaluating resource selection. Investor-owned utilities in Colorado are also permitted to use water consumption as a factor when prioritizing and evaluating competitive solicitations for renewable energy.[275] Tri-State G&T provides water-consumption data to the PUC as part of its public resource-planning process.

## Hydroelectric Power Generation

Currently, hydropower provides approximately 4 percent of Colorado's electricity, which is generated from more than 60 hydropower facilities throughout the state. With a combined installed capacity of 1162 megawatts (MW), hydroelectric facilities produce roughly 1 million MWh of electricity annually. Colorado's hydro plants range in size from 5 kilowatts to 300 MW, and include three pumped-storage facilities. While Colorado has an arid climate, the state has potential to further develop hydroelectric resources.

Colorado categorizes its hydroelectric resources into three areas: Large-hydro, small-hydro, and agricultural-hydro. Each project category has unique characteristics and affects water consumption in different ways. Typically, larger hydroelectric projects (with large

BLM_0065094

generating capacity) have larger evaporative losses due to the need for sizable dams and reservoirs. While Colorado has classified six projects as large-hydro (over 30 MW), these projects are still relatively small in size compared to others around the country. While there is no widely accepted definition of "small-hydro," small-hydro projects in Colorado are typically 2 MW or smaller in size.

Agricultural-hydro projects include a variety of system types, including pressurized irrigation systems. There are roughly 2.7 million acres of land under irrigation in Colorado. A Colorado Department of Agriculture (CDA) analysis found that 7 percent of these lands, representing approximately 175,000 acres, are candidates for pressurized irrigation systems. Of those candidate lands, 13 percent are already sprinkler-irrigated and would incur the lowest development cost. The remaining 87 percent are predominantly flood- or furrow-irrigated and would incur a higher cost for agricultural-hydro development due to necessary redesign and retrofits.[276]

Gravity-pressurized irrigation systems, or center-pivot sprinklers, have the potential to generate electricity if there is either excess flow or excess pressure available—or if the center-pivot system currently relies on diesel generators or the electrical grid. The hydroelectric generating potential (in excess of the power needed to pressurize the irrigation systems themselves) of Colorado's pressurized irrigation systems is estimated at 30 MW. Depending on the situation on a given parcel, excess hydroelectric power could help offset other electrical loads or mechanically drive the sprinkler system itself.[277]

A variety of organizations, including federal agencies, have explored the hydropower potential of existing agricultural dams. Colorado features more than 2000 dams, and a large number of those dams are very small or only hold water for a very short period of time. A CDA study of the use of small dams excluded dams that were not related to agriculture, were on federal lands, or were so small that they were very unlikely to hold potential. The CDA study found 102

small dams with the technical potential to generate hydroelectricity. The study determined that 23 sites would be economically feasible and could break-even within 20 years. Those 23 economically feasible sites total approximately 40 MW of capacity—25 MW of which are currently under development via six projects. That leaves about 15 MW of untapped, economically feasible potential statewide.[278]

Opportunities for additional large-hydro projects in Colorado are limited, as most of the ideal sites have already been developed. Nevertheless, small-hydro and agricultural-hydro systems have better outlooks for future growth. According to the BOR, Colorado currently has more than 30 potential hydropower sites at reclamation facilities, which could potentially produce more than 105,000 MWh annually.[279] A U.S. Department of Energy report estimates an additional 11 potential sites with the potential to produce more than 632,000 MWh annually.[280] Between these two studies, Colorado's estimated untapped, hydropower energy potential is more than 737,975 MWh annually.[281] If Colorado were to use this full potential, it could power more than 65,000 homes a year using new hydropower.

## Oil and Gas Production

In Colorado, there are more than 52,000 active oil and gas wells. Oil and gas development accounts for less than one-tenth of 1 percent of the overall water usage in the state. The primary uses for water occur during the drilling and completion phases. Usage and processes include cooling the drill bit, bringing drill-cuttings to the surface, and hydraulic fracturing (fracking). During hydraulic fracturing, water mixed with sand and chemicals is pumped under high pressure down the wellbore to create tiny fractures in the rock, releasing oil and gas. Water usage for oil and gas operations varies, depending on the type and location of the well and whether or not the well is

BLM_0065095

hydraulically fractured. Vertical and directional wells use less water than horizontal wells, because they are not as long and they require lower pressure. Vertical and directional wells typically use between 100,000 and 1,000,000 gallons of water, depending on the depth of the well. Horizontal wells typically use between 2,000,000 and 5,000,000 gallons, depending on the depth and length of the well.

In June 2012, the Colorado Oil and Gas Conservation Commission (COGCC) began requiring oil and gas operators to report the volume of fluids used in hydraulic fracturing. That year, operators used approximately 7.3 billion gallons of water for 2294 well starts, including 664 horizontal wells. Of that total volume, operators reported about 3.8 billion gallons (53 percent) as recycled fluids. In 2014, approximately 4.2 billion gallons of water were used for 1609 well starts, including 1081 horizontal wells. Of this total volume, operators reported about 1.2 billion gallons (29 percent) as recycled fluids.[282]

COGCC does not formally track reuse of produced water. Anecdotally, the most significant reuse of produced water is for hydraulic fracturing. Since the produced water contains chemicals and naturally occurring hydrocarbons, COGCC and CDPHE regulations tightly control its use off of the well site. Operators are currently testing and implementing new treatment technologies to allow for the reuse and recycling of produced water for other purposes.

### Coal Extraction

There are nine actively producing coal mines in Colorado. Most of the water in coal extraction is used for mining, washing, and transporting coal, as well as dust-suppression efforts. Consumptive water use at these coal mines ranges from 26 to 320 acre-feet per year, with an average of 165 acre-feet (1,000,000 gallons = 3 acre-feet).[282] A few mines are implementing water efficiency measures. For example, the West Elk Mine in Delta County uses a closed-loop system. It pumps all surface runoff into the mine for use in its wash plant and dust-suppression efforts. The mine only rarely pumps water from the North Fork of the Gunnison River, and discharges back to the river have been minimal and rare.

## Energy Use in Water Conveyance

The other piece of the water-energy nexus is the energy that is required for water conveyance, water treatment, water distribution, and wastewater treatment. The 2009 study, titled, "Water Conservation = Energy Conservation: A Report for the CWCB," stated that, "Energy is embedded in water. Water utilities use energy to pump groundwater, move surface water supplies, treat raw water to potable standards, and distribute it to their customers. Customers use energy to heat, cool, and pressurize water; and wastewater treatment plants use energy to treat wastewater before discharging it (Figure 6.3.5-4, page 6-109)."[283]

Concerning domestic water, the water-energy nexus is centered on water conservation measures utilities can employ to lessen the energy intensity of water use. Water supplies carry vastly different energy intensities, depending on the point at which they originate and the manner in which they are conveyed. Some water supplies are almost purely conveyed using gravity, while other supplies are very energy-intensive and require a large amount of electricity to pump water from deep underground.

Water conservation and energy efficiency can play synergistic roles in lessening the effects of each other. Through more efficient changes in water treatment, distribution, and end-use, energy use can be made more efficient and vice versa. This extends back to saving energy in the SSI area of energy production, resulting in saving water that would normally go into the process of producing this energy.

### Energy and Water Efficiency Tools

Many of Colorado's efficiency programs involve energy savings that also result in water savings. Although reducing water use alone can save energy, Colorado's efficiency programs generally focus on improving water efficiency and energy efficiency during a complete facility renovation.

Energy performance contracting is a tool that allows public facilities to finance capital improvements, including upgrades to efficient equipment. The tool allows facilities to contract an energy service out to company to conduct investment-grade audits to facilities, as well as obtain prioritized lists of facility improvement measures. By pursuing those measures through a performance contract, energy

BLM_0065096



Wind energy production in Limon. Water conveyance requires energy, and energy production requires water. Renewable energy generation typically consumes substantially less water than fossil fuel generation.

BLM_0065097



**FIGURE 6.3.5-4**  **ENERGY IS USED TO PUMP, TREAT, DISTRIBUTE, AND USE POTABLE WATER, AND TO TREAT WASTEWATER**[284]

service companies guarantee that their facilities will realize energy, water, and associated operations and maintenance savings as a result of the proposed improvements. In Colorado, facilities have used energy performance contracting to finance $447.4 million in facility investments. Those investments provide guaranteed annual savings of 141.8 million kWh of electricity, 9.95 million therms of heating fueling, 467,200 kgal of water, and $30.9 million.

The Colorado Energy Office also manages an Energy Savings for Schools Program, which helps K-12 school districts lower energy use, water use, and costs while improving building performance and comfort. This program's services and resources are designed to cover the variety of energy efficiency and energy management needs of schools. High energy costs particularly affect Colorado schools located in rural or lower-income districts, and these schools are therefore a high priority for the Colorado Energy Office's energy efficiency programs.

There is also significant potential for efficiency savings among Colorado's agricultural communities. The CDA is working with agricultural producers to reduce energy and water costs. Some of these efforts also reduce thermoelectric energy use with concomitant water savings. Projects include locally sited micro-hydro, solar, and wind-power generation.[285] In addition, the Colorado Energy Office developed an agricultural efficiency pilot with dairy farmers. This pilot focused on energy efficiency improvements, but the State could further develop the program to include water efficiency measures.

Through Senate Bill 14-171, the Colorado Legislature expanded another energy efficiency program to include water use savings last year. Commercial Property-Assessed Clean Energy Bonds previously allowed commercial building owners to arrange financing, secured by a lien, for the installation of energy efficiency improvements. Senate Bill 14-171 allows water conservation fixtures to be included in the improvements, so that buildings can benefit from both energy and water efficiency.

## ACTIONS

1. Examine the feasibility of water-energy nexus programs that conserve both water and energy. Some concepts to further explore include:
   a. Joint water and energy home or commercial audits.
   b. Joint rebate programs, which combine water and energy utility rebates to most effectively incentivize customers to purchase a specific energy- or water-efficient appliance.
   c. Treat water utilities as a large customer of the energy utility and explore system-wide water- and energy-reducing measures, such as reduction of distribution system leaks.
2. When exploring new water supply projects, consider opportunities for renewable energy to meet the increased demands.
3. Conduct outreach to energy companies to encourage and promote the most water-efficient technologies for energy extraction.

BLM_0065098

4. Ensure that the Colorado Energy Office continues to support energy saving associated with on-farm agricultural practices that also reduce water use.

5. Ensure that the CWCB works with the Colorado Energy Office and local agricultural producers to financially and technically support a pilot that combines renewable energy development with an alternative agricultural transfer. Such a pilot would aim to lessen the potential economic effects on the local community.

6. Ensure that the CWCB encourages energy companies to continue collaborating with agricultural and environmental interests when managing their water portfolio.

7. Ensure that the State helps to protect critical infrastructure by working with power providers to identify areas of their systems that are prone to failure or impact during water shortages and natural disasters.

8. Ensure that the State works with power providers to mitigate the possibility of curtailment in severe droughts, and to diversify their water rights portfolio.

9. Encourage demand-side management:
   a. Continue support of research into innovative ways to reuse produced water.
   b. Decrease vulnerability during times of water shortages.

10. Encourage technologies that reduce water use in energy extraction processes.

BLM_0065099



## STATE AGENCY CONSERVATION

The State of Colorado plans to increase conservation efforts within state facilities to help demonstrate the ability to save water. The Colorado Energy Office has been facilitating the Greening Government initiative since Governor Bill Ritter issued Executive Orders D 0011 07 and D 0012 07. The Greening Government Leadership Council recently generated a new draft goal for water demand reduction at state facilities. The state will achieve this goal by 2020 with a baseline of 2015, and will normalize the goal for weather and other external factors.

**Water goal:** *Collectively, all executive state agencies and departments shall reduce potable water consumption by a minimum of 1 percent annually (normalized for weather) and at least 7 percent by FY 2020, relative to an FY 2015 baseline.*

State agencies reduce their water consumption by various methods, including installation of efficient plumbing fixtures, use of advanced lawn irrigation controls, and use of reuse water.

The 2012 Greening Government Annual Report Card provided the following information.[286] The state saw an increase of 8.4 percent (112.5 million gallons of water) in water use. Each agency provided the following data, and the data reflects that agency's best attempt to record all water purchases between FY'06-FY'12 in EnergyCAP. Water usage has not been normalized for the increase in state employees, increasingly hot weather, or new water-intensive industries. Of the 14 agencies and departments that own square footage, six reduced their water use by more than 10 percent, four reduced their water use by less than 10 percent, and four increased their water use.[287]

### Exemplary State Agency Projects

1. The CDPHE has decreased its water use by 11 percent since 2005. It replaced two acres of bluegrass lawn with xeric grass species, an action that is saving more than 2.5 million gallons per year. It also replaced high-flushing urinals with 0.5 gallons-per-flush urinals, and installed waterless urinals.

2. Capitol Complex facilities personnel conducted some notable efforts over the last few years. They worked with Denver Water to audit all cooling towers for the Capitol Complex, and have the capacity to reduce consumption by almost 500,000 gallons per year. Additionally, facilities personnel can now take advantage of Denver Water incentives. In an example that this annual report did not capture, a landscape transformation initiative is taking place on the Capitol grounds. A collaborative group from the Governor's Office, CWCB, Denver Water, the Denver Botanic Gardens, Colorado Nursery and Greenhouse Association, and Capitol Complex Facilities is working on plans to reduce water consumption and demonstrate the benefits of water-wise landscaping on the Capitol building grounds. This high-profile project will highlight to the public what can be done with Colorado-appropriate landscapes.

BLM_0065100



State agencies have been working for years, under greening government policies, to help reduce water and energy use in State facilities and are committed to doing so in the future.

## Recommendations from Annual Report Card

❖ *Continue requiring water reductions by all state agencies.*

❖ *Require agencies to take advantage of free or reduced cost water audits by their water utility, if applicable.*

❖ *Look into bulk purchasing of water efficient appliances for state agencies.*

❖ *Continue educating Council about the water-energy nexus.*

❖ *Research and identify alternative ways to provide sufficient funding for water efficiency.*

❖ *Continue encouraging agencies to use their water rights.*[288]

This type of water use is an important standard to pursue in that the State of Colorado should lead by example in its own facility water use. This idea ties back to the SWSI Levels Framework philosophy that water providers should prioritize their foundational activities first, and then focus on what they have direct control over within their own facilities. While state facilities have accomplished much, better tracking and quantification could help normalize the data for weather, number of employees, and any new intensive uses that have been introduced.

BLM_0065101



**FIGURE 6.3.6-1** | **WATER USE (ACTUAL AND GOAL) THROUGH TIME**

## ACTION

The CWCB will provide grants and technical support to state agencies for the installation of high-efficiency toilets and urinals, replacement of turf grass with plants that use less water, and improvement of cooling towers.

BLM_0065102



State agencies are working collaboratively with the Denver Botanic Gardens, shown here, and other organizations on plans to reduce water consumption and demonstrate the benefits of water-wise landscaping. One goal of this partnership is to educate the public on Colorado-appropriate landscapes.

BLM_0065103

## 6.4 ALTERNATIVE AGRICULTURAL TRANSFERS

> Respect the contributions of the agricultural industry by maximizing options to permanent buy-and-dry. Achievement of a sharing goal of 50,000 acre-feet could serve up to 350,000 people annually.

## GOAL

**Colorado's Water Plan will respect property rights and the contributions of the agricultural industry by maximizing options for alternatives to permanent agricultural dry-up.**

## Background

Agriculture uses the largest amount of water in Colorado and is the economic backbone for many rural communities. It supports important environmental attributes, strengthens Colorado's food security, and upholds our state's cultural identity. There are approximately 66.3 million acres of land in Colorado, of which 10.6 million acres are cropland.[289] Global, national, and state population growth will place additional pressure on our food sources, which means that the long-term economic viability of agriculture is strong.[290] Local economies in rural areas depend on wholesale, retail, banking, and support services related to agricultural production. When farmers stay in agriculture, cash-flow related to their operations can increase the vitality of their communities. Agriculture is an important contributor to Colorado's economy as a whole, which Chapter 5 further discusses.

Pressures at state, national, and international levels threaten to reduce agricultural lands in the short term. Future municipal water demands contribute to an increasing pressure to transfer agricultural water rights to help satisfy urban demands and other non-agricultural water needs across the state.[291]

Agricultural interests are concerned about the possibility of drying up more agricultural lands in the future.[292] If Colorado continues down its current path, the South Platte River Basin could lose up to one-third of today's irrigated land by 2050.[293] The Arkansas River Basin could lose another 17 percent of its total.[294] The main-stem watershed area of the Colorado River Basin could also lose another 29 percent of its irrigated lands.[295] Reduction of irrigated lands can be measured as actual acres lost, but can also be measured in economic terms based on a reduction of crops that are irrigated before the water transfer.

The SWSI estimates that by 2050, Colorado may lose 500,000 to 700,000 acres of currently irrigated farmland in order to meet municipal growth demands. The IBCC and basin roundtables conclude that the current status-quo path of buy-and-dry is not the best path for Colorado. Across the state, water stakeholders want to minimize buy-and-dry in a way that respects property rights, recognizes the importance of agriculture in Colorado, and supports a sustainable agricultural industry—while identifying solutions to provide water for municipal needs. As numerous groups, including the Colorado Agricultural Water Alliance and the IBCC, have indicated, a variety of alternative options have the potential to appreciably decrease the projected permanent losses of irrigated acres in Colorado.

These options, referred to as ATMs, do not limit the choice of private water-rights owners to permanently sell their water rights. ATMs offer voluntary, not mandatory, tools that enable both farmers and water users to depart from the status quo. In addition, ATMs can support the environment, recreation, industry, and groundwater sustainability and, through the creation of

BLM_0065104

water-banks, reduce demands on a water system. ATMs are agile enough to focus on reducing net-profit loss or, on the other hand, to help protect higher-value crops for economic benefits.

The Low-and-No-Regrets scenario planning, which Section 6.1 discusses, indicates that the minimum goal of water needed from ATMs to meet the planning outlook is approximately 50,000 acre-feet. This amount would reduce permanent transfer of agricultural water rights, but would still result in agricultural dry-up. Currently, ATMs are more expensive and legally burdensome than traditional buy-and-dry approaches that permanently transfer water rights, making it difficult to obtain the estimated amount of water from existing alternatives. There are many creative and cutting-edge alternatives (as Table 6.4-1 shows) that can help decrease permanent reductions in irrigated acreage.

## Goals of ATM Programs

Short-term or long-term temporary water-transfer alternatives provide options that address concerns about permanent agricultural buy-and-dry. Program goals related to ATMs are aimed at specific objectives for various regions across Colorado. It is highly unlikely that any one concept will be universally accepted in every basin. Rather than a one-size-fits-all approach, we understand that a variety of alternatives will be needed to meet specific needs. The goal of alternative water transfers is to benefit the agricultural community, as well as cities and towns that are seeking viable sources of water supply to keep up with demands. The State has learned important information about developing, evaluating, and monitoring ATMs from pilot and demonstration projects, but has more to learn to fully understand the potential of ATMs.

| TABLE 6.4-1 | TYPES OF ALTERNATIVE TRANSFER METHODS PROMOTED IN COLORADO |
|---|---|
| **Rotational fallowing –** Rotational fallowing keeps land in irrigated production mode while systematically fallowing specific plots. A rotation occurs to systematically fallow each plot in successive crop seasons. It allows leased water to become a base supply for a municipality, while keeping most the farming operation in production. It also works very well for drought supply, drought recovery, and conjunctive use. Revegetation protection, erosion control, and weed control of the fallowed plots are important considerations for this type of ATM. | |
| **Interruptible supply agreements –** This type of ATM is between non-agricultural water users and farmers, shareholders, or a ditch company. Water is temporarily transferred from agricultural use to another use, such as municipal. Farms are fallowed during specific periods of time, and water is leased to the end-user based on the historical consumptive use portion of the water right. These arrangements are made through contractual agreements that satisfy the authorizing statutes. This could also include water conservation easements. See examples below.  Revegetation protection, erosion control, and weed control are important considerations for this type of ATM. | |
| **Municipal-agricultural water-use sharing –** This concept embodies a complex array of options based on continued farming operations for all lands associated with the sharing arrangement. Methods are used to reduce the consumptive use of crops, which makes water available for municipalities by sharing the historic consumptive use amount. Two main sub-categories are continued farming and deficit irrigation. In deficit irrigation, crop-watering is strategically limited to save water for other uses. Plants are typically stressed, but production and crop yield still occur.  Revegetation protection, erosion control, and weed control are important considerations for this type of ATM. | |
| **Water cooperatives –** Although there are a number of ways a water cooperative could work, only one concept has been tested in Colorado. This concept identifies periodic excess water supplies that can be used for optimization in the system. It includes use of surplus augmentation water and other supplies. The framework for moving water from one use to another involves mutually beneficial transactions that work within the existing system of water rights so that no injury occurs.[256] The Lower South Platte Cooperative is a current working example of this type of ATM. | |
| **Water banks –** A water bank acts as an intermediary or broker based on water supply arrangements with owners of certain water rights. The bank could help avoid or endure a compact curtailment, for example.[257] Irrigators would be paid to reduce their consumptive uses, which could trigger fallowing of agricultural lands or deficit irrigation practices on a temporary basis. The saved water could be banked in a reservoir for later release into the system. This approach is being regularly discussed and studied in the Colorado River Basin.  Revegetation protection, erosion control, and weed control are important considerations for this type of ATM. | |
| **Flex markets –** These ATMs are defined as voluntary agreements between municipal and industrial water users, agricultural water users, and environmental/conservation water users.[258] The idea is to change the use of a senior irrigation right to include multiple end uses in addition to irrigation. These markets establish trading platforms to help provide water used by all participants. The goal of this approach is to allow part of the senior right to be used by cities and towns and for environmental purposes based on contractual arrangements. The economic benefit of the senior water right is kept in place by maintaining enough agricultural water to sustain robust farming operations. Revegetation protection, erosion control, and weed control are important considerations for this type of ATM. | |

BLM_0065105



Hay field along Highway 131
near Steamboat Springs.
Photo M. Nager.

To achieve widespread implementation of ATMs across the state, researchers need to build a deeper understanding of their challenges and opportunities. To do so, Colorado needs more data and measurements on the outcomes from actual case studies. Researchers need to collect more information to be able to quantify results and inform decisions. In addition, there are significant legal, technical, and financial barriers to implementing ATMs. An in-depth look at existing ATMs and future project models will help identify program constraints and how to address them. There is potential for tremendous local, statewide, and regional benefits, but stakeholders need further information to expand their knowledge and ability to implement projects.

## Potential Impediments to ATM Success

The execution of ATMs at this time can be difficult, or sometimes impractical, due to institutional, legal, financial, and court-related barriers, as well as the type of operation. For example, rotational fallowing would not work on an established orchard, since the trees would not survive without water during a growing season. Some legal impediments include long-standing water court procedures that change water rights, and legal requirements for ATM applications to prevent injury to other water rights. New and creative ATM ideas face many challenges because they do not fit into the historic way of handling water rights.

Other obstacles to success include irrigators' concern regarding the outcome of historic consumptive-use analyses and the potential for expanded uses of changed water rights. Cities and towns wonder if temporary supplies will actually be available when needed over the long haul.[299] Another impediment is the lack of necessary infrastructure for water transfers

and the inability to form agreements, depending on the seniority of water rights or productivity of the lands involved.[300] Transaction costs tend to be relatively high, which can discourage potential water transfers. In addition, Colorado needs to assess fair and effective pricing for farmers and water suppliers, and the ability of farmers to invest ATM revenues back into their operations. To avoid the problem of where and how to store ATM water, Colorado needs to better understand and define the infrastructure that may be needed. Infrastructure improvements, expanded reservoir operations, or reservoir re-operations may bring needed utility and agility for storing ATM water. The CWCB believes that it would also be helpful to provide a means to support prioritization of research, as well as investments into technology systems such as automated delivery techniques.

Colorado's Water Plan encourages all interested parties to openly and constructively find ways to adapt to changing times. Colorado's Water Plan recognizes that water-sharing agreements between municipalities and agricultural interests for water transactions, such as the sale or lease of surplus water and use of excess return flows, can be important tools for moving forward to meet supply gaps. To alleviate water supply pressures, stakeholders need to find solutions to reduce barriers to implementing ATMs for enhanced success. The strength of Colorado's agriculture is its diversity. A full mandate of ATMs across all sectors is not the answer, whereas creative options and solutions can apply to feasible situations. Municipalities and agricultural interests can achieve successes and overcome barriers using creativity at the grass-roots level—which then could generate momentum at the ditch and basin levels.

BLM_0065106

## Examples of ATMs

A variety of existing examples demonstrate ways in which ATMs work in Colorado, including:

❖ *Morgan Ditch Company & Xcel Energy* formed a voluntary lease arrangement in the South Platte River Basin. For more than 20 years, a separate water company that the Morgan Ditch Company developed has provided firm-yield supply to Xcel Energy's Pawnee power station. The power station is conveniently located near the ditch system on the eastern plains south of Brush, which enables several options for physically delivering the water to the power station. While a traditional water court process helped codify the legal ability to transfer water from agricultural use to industrial use, the arrangement has built-in agility to handle wet, average, and dry years. The dry-year deliveries typically involve temporary dry-up (fallowing) of sufficient farmland under the ditch to meet delivery requirements to Xcel. This also means that remaining farmland is fully irrigated with senior direct flows or senior reservoir rights. In those cases, the system does not operate in a deficit-irrigation mode to apply water to all lands during the really dry years. The mutually beneficial agreement is desirable in the eyes of those in the system, and has a proven track record of success. This is an example of ways in which industrial interests and farmers can continue to operate.

❖ *City of Thornton* formed a short-term lease and temporary substitute supply plan to provide emergency water to the Platte River Power Authority.

❖ *Lower Arkansas Valley Water Conservancy District* provided an economic and engineering analysis of the Lower Arkansas Valley Super Ditch Company (Super Ditch). The Super Ditch allows irrigators under a group of ditch companies to collectively lease agricultural water for other uses, including municipal use. The Super Ditch acts as a negotiating entity for irrigators that are interested in leasing water for temporary use by cities, towns, water districts, and other users.[301] The farmers still retain ownership of their water, keeping farms in operation for agricultural sustainability.



# HAROLD GRIFFITH

## SOUTH PLATTE RIVER BASIN

**Harold was a dairy farmer for 50 years in Morgan County. He served on numerous boards supporting agriculture and pioneering temporary agricultural leases to support municipal and industrial interests. These lease agreements, now known as a form of alternative transfer methods, were ahead of their time and speak volumes about Harold's leadership and lasting legacy. Harold is pictured in his corn field near the Xcel Energy Pawnee Generating Station in Fort Morgan, which has a lease agreement with the Morgan Ditch Company.**

When it comes to challenges, I believe that we are sometimes our own worst enemy by creating our own roadblocks. Being involved in the water court system and negotiating agreements, I knows it is a slow process, but perseverance and belief in the task at hand sees you through and makes a huge difference for the future of a community...

CONTINUED AT END OF CHAPTER

# PROFILE

❖ *The Water Bank Working Group* consists of the Colorado River Water Conservation District, the Southwest Water Conservation District, the Front Range Water Council, the Nature Conservancy, the CWCB, and other interested parties. The working group is investigating the feasibility of a water-banking program within the Colorado River Basin. In the short term, the water bank could operate as part of the demand-management component of the State's contingency plan to prevent Lake Powell from dropping below critical levels. In the long term, a water bank could help prevent shortages under the Colorado River Compact and help Colorado water users during regional shortages. The Water Bank Working Group engages with agricultural users to gauge interest in participating in the program, and to identify potential costs or compensation for involvement. The "Colorado River Water Bank Feasibility Study," which the Water Bank Working Group crafted and released, with consulting firm assistance, in March 2012, details potential uses for such a program, as well as potential sources of supply. The preliminary study modeled the potential frequency of situations in which a water bank would be useful. The study examined several scenarios that showed water-

bank annual-use estimates and an estimate of the number of irrigators willing to participate. The CWCB is examining additional studies about the water bank.

❖ *City of Aurora & Rocky Ford Ditch* partnered for a creative water-transfer arrangement to allow continued farming. Aurora invested to help purchase highly efficient irrigation equipment (e.g. drip or sprinkler technology) for farming operations. Farmers also received augmentation water from Aurora to supply new wells for irrigation rather than using water directly from the Rocky Ford Ditch. Several farmers have maintained strong agricultural production by using augmentation supplies for depletions from the well use on their farm. The farmers have reduced their consumptive use by switching to crops that need less water. This arrangement still maintains a healthy agricultural operation. For successful outcomes, municipalities offer strong financial commitments, and the farmers offer willingness and agility to modify their traditional practices.

❖ *City of Aurora & Rocky Ford Highline Canal* partnered for a water-leasing agreement in 2004 and 2005. Farmers under the Rocky Ford Highline Canal directly leased water to the City



The Catlin Canal pilot project is an excellent example of an alternative agricultural transfer. Courtesy of the Lower Arkansas Valley Water Conservancy District.

BLM_0065108



Once farmed, certain plots of land are systematically fallowed to provide temporary water that is leased to municipalities. The fallowed plot can be planted with non-irrigated vegetation to prevent blowing soils.

of Aurora. Reaching an agreement required a substantial amount of time and included complex contracts between the city, individual farmers, and the canal company. It also required approval of a substitute water supply plan from the Division of Water Resources at that time. Nevertheless, newer statutory authorizations for interruptible water supply agreements assist in the implementation of these types of ATMs. Intermittent leases of this nature fill a specific need, including drought relief and the recovery of reservoir levels following drought. They could also supplement base water supplies during dry periods.

❖ *Ducks Unlimited* partnered with Aurora Water and Colorado Corn Growers Association to develop augmentation ponds that support waterfowl.

❖ *Metropolitan Water District of Southern California & Palo Verde Irrigation District* agreed to a land-fallowing, crop-rotation, and water supply program.[302] They began the 35-year agreement for voluntary water transfers in 2004 to help to meet California's urban water demands through a mutually beneficial partnership. The program is designed to supply 25,000 to 118,000 acre-feet annually by temporarily drying up 7 to 28 percent of the irrigated farmland in the Palo Verde Valley.[303]

❖ *The Lower Arkansas Valley Water Conservancy District and Super Ditch, LLC* submitted a pilot project proposal, followed by a full application to the CWCB in 2014, which the CWCB ultimately approved. The pilot began during the 2015 irrigation season and involves temporary transfers of water from certain agricultural lands on the Catlin Canal system to the communities of Fowler, Fountain, and Security. This project will assist in helping the CWCB learn from an actual ATM implementation in the basin.

## ATM Grant Program Overview

Colorado's Water Plan encourages alternatives to permanent dry-up. One way that Colorado continues to address ATMs is through the CWCB's long-standing grant program. The ATM grant program assists in developing and implementing creative alternatives to the traditional purchase and permanent transfer of agricultural water.

Colorado Senate Bill 07-122 (a CWCB Projects Bill) authorized the ATM grant program, which applies to a wide array of issues related to lease fallowing, pilot projects, flex market studies, demonstration efforts, and other alternatives for a variety of beneficial uses of agricultural water supplies. The CWCB has awarded nearly two dozen grants, ranging from about $8,000 to almost $500,000 each. Colorado Senate Bill 07-122 initially funded the program with a total of $4 million, and, through Colorado House Bill 14-1333 (also a CWCB Projects Bill), approved an additional $750,000 in funding. CWCB is making available detailed summaries of the program and awarded grants.[304]

## ATM Related Existing Legislation

Colorado's Water Plan recognizes the need to increase agility within Colorado's system of water law, while respecting individual property rights. ATMs could provide a viable option for municipal water providers now and in the future, and the key to their success is the development of methods that meet the needs and respect the property rights of the agricultural water-rights owners. ATMs can also provide long-term security and financial practicality to urban water providers.

BLM_0065109

BLM 0065110





Irrigating the cornfields near Xcel Energy's Pawnee power station. This site is a great example of an ATM project at work in Colorado. The project is further explained within the text of this chapter.

State legislation influences the availability of tools necessary to further facilitate ATMs. This section of the water plan discusses one important legislative bill related to a fallowing-leasing pilot program. Colorado House Bill 13-1130 (HB13-1130 or C.R.S. 37-92-309) enacted legislation for Interruptible Water Supply Agreements, and the associated statute supplemented or amended previous authorizations. The legislation allows for a temporary change of an absolute water right for a new use once the DWR approves it.[305] The statute does not require the arrangements to go through a typical water court process. Table 6.4-1, page 6-116, includes a general description of this type of ATM.

Colorado House Bill 13-1248 (HB13-1248 or C.R.S. 37-60-115), which Governor Hickenlooper signed into law on May 13, 2013, authorized the Fallowing-Leasing Pilot Program. It allows for a pilot program to test the usefulness of fallowing-leasing as an alternative to permanent agricultural buy-and-dry.[306] The pilot program may include up to 10 separate pilot projects statewide; however, no more than three are allowed in any single river basin. Each pilot can operate for up to 10 years in duration.

In HB13-1248, the Colorado General Assembly declared its commitment to develop and implement programs to advance various agricultural-transfer methods as alternatives to permanent agricultural dry-up. It further stated that Colorado needs to evaluate whether fallowing-leasing is a practical alternative to traditional buy-and-dry methods.[307] The General Assembly designated the CWCB as the appropriate state agency to test the efficacy of implementing fallowing-leasing.

HB13-1248 charged the CWCB, working in consultation with the DWR, to establish "criteria and guidelines" for the application, selection, and approval process for pilot projects. In accordance with the legislative directive, the cooperation and collaboration of the CWCB, DWR, and the public resulted in the development of a set of criteria and guidelines. These criteria and guidelines assist the CWCB and interested parties in fulfilling the spirit and intent of HB13-1248.[308]

HB13-1248 allows fallowing-leasing pilot projects to be tested in an effort to overcome challenges, and to develop and demonstrate opportunities for temporary agriculture-to-municipal water transfers.

BLM_0065111

The Lower Arkansas Valley Water Conservancy District and the Lower Arkansas Valley Super Ditch Company, Inc. formally submitted a proposal to the CWCB's staff on July 14, 2014 for a fallowing-leasing pilot project under the auspices of HB13-1248 and the CWCB's Criteria and Guidelines for the Fallowing-Leasing Pilot Projects. At its September 2014 board meeting, the CWCB approved the proposal to move forward on the full application. The sponors then submitted an application, which calls for transfers of certain shares of agricultural water from farmland irrigated by the Catlin Canal (in Otero County) for temporary municipal uses by the Town of Fowler, the City of Fountain, and the Security Water District. The project proponents aim to implement the pilot operation beginning in the 2015 irrigation season (the "Examples of ATMs" section above also explains this).

More recently, the governor signed Senate Bill 15-198 into law, expanding upon the authorities in HB13-1248. The pilot program may now include temporary transfers from agriculture to agriculture, agriculture to the environment, agriculture to industry, and agriculture to recreation.

## BIPs

The basins submitted their final BIPs to the CWCB in April 2015, and provided valuable information regarding their plans for agricultural needs. These needs are summarized below.

**The Arkansas Basin Roundtable** has three goals associated with ATMs. First is to "Develop collaborative solutions between municipal and agricultural users of water, particularly in drought conditions" by continuing the ATM process of engineering, public policy, and pilot projects.[309] Second is to "Provide increasing quantities of augmentation water for increased farm efficiencies" by establishing long-term sources of augmentation water through leasing, water banks, or interruptible supply agreements.[310] Third is to "Develop a viable rotational fallow and/or leasing program between agriculture and municipal interests to address drought and provide risk management for agriculture" by: 1) Completing the ongoing technical studies and engineering to facilitate temporary transfers; 2) defining and quantifying potential third-party effects on shareholders within a ditch system that are engaged in a fallow program, by providing funding in support of an economic study; and 3) minimizing permanent dry-up.[311]

The Arkansas Basin is working on ATM projects, and others are under development. The use of stakeholder input and current pilot project data will identify future ATM projects.[312]

**The Colorado Basin Roundtable** notes the difficulties associated with ATMs. The main obstacles to alternative-transfer methods are loss of income, lost market share, and the lack of expertise in farming new crops. The plan also states that stakeholders need to address problems on a broad scale as they occur in each basin across Colorado.[313]

**The Gunnison Basin Roundtable** does not specifically identify ATMs as a method to meet its future needs. Nevertheless, the Gunnison Basin Roundtable does state that it is committed to the voluntary preservation of agriculture. The measurable outcome for this goal is to preserve the current baseline of approximately 183,000 acres of protected agricultural land, and to expand participation in conservation easements by 5 percent by 2030.[314]

**The North Platte Basin Roundtable,** like the Colorado and Gunnison Basin Roundtables, does not include ATMs as a means to achieve the goals and measurable outcomes of its basin. The plan does include agricultural use for the basin: "Describe and quantify the environmental and recreational benefits of agricultural use." The measurable outcome for this goal is to complete at least two new multipurpose water projects that meet multiple needs the plan identifies, by 2025.[315]

**The Rio Grande Basin Roundtable** explores innovative soil health and CU reduction techniques as part of the goal to achieve groundwater sustainability. While specific water-rights transfers may not be needed as part of these practices, the techniques are similar. As stated in the BIP:

> The amount of water available to irrigators is projected to decrease, as discussed extensively in this Plan. As such, some producers may want to explore opportunities to reduce pumping through alternative cropping rather than drying up productive farm ground. Incorporating alternative crops and farming methods that reduce consumptive water use are opportunities to maintain an economically stable future for agricultural producers but have challenges, as equipment needs and market conditions make switching to new crops complex.

BLM_0065112

*Valley producers may consider growing fewer acres of higher-value crops, such as organics. Demand for locally grown, organic food continues to rise. Assistance for growers wanted to diversify their operations, switch to organic farming altogether, or enter into grower cooperatives would be a great benefit to expanding this option. Local farmers' markets have become a major source of local foods and are now a regular summer-into-fall feature in towns throughout the Valley.*

*Growers can also reduce water use by incorporating green manure into their crop rotation. Green manure is a mix of crops, such as mustards, radishes, and sorghum-sudan grass, which is specifically grown to be turned into the soil. Green manures improve soil health, as discussed in Section 5.2.6: Improving Soil Health, and require less water to go than other rotational crops. While the grower would not be selling a product in these years, the improvement to their operations has been shown to pay back the investment in green manure….*

*There are water savings through such methods as drip irrigation that will be realized through reduced evaporation losses. In addition to more efficient water use, the subsurface irrigation system may produce a higher quality of crop with less herbicides and pesticides required. , the widespread viability of subsurface irrigation has not yet been demonstrated in the Valley.*

*Improved water management techniques, such as irrigation scheduling, can also boost efficiency without reducing crop yields. Finally, such practices as deficit irrigation — giving crops just enough water to produce a minimal profit — may be a noteworthy technique for water rights holders on the cusp of receiving deliveries.*[316]

**The South Platte/Metro Basin Roundtable** identifies successful implementation of ATMs as a measurable outcome for its plan's agricultural goal.[317] The joint plan also lists minimizing traditional agricultural buy-and-dry and maximizing the use of ATMs to the extent practical as one of 11 key elements to its plan. ATMs play a key role in the South Platte/Metro's B and C portfolios for meeting approximately 30,000 acre-feet of the basin's future water demands.[318] Through the CWCB's Alternative Agricultural Water Transfer Methods Grant Program, the South Platte/Metro Basin has completed and is currently working on several ATM grants, and lists one of these projects as

a new IPP. The plan lists several recommendations for overcoming ATM barriers associated with water court and transaction costs:

- Development of special review procedures to facilitate ATM agreements.
- Adoption of presumptive CU procedures.
- Determination of historical CU for a canal or ditch system.
- Development of specific methodologies for measuring, calculating, and monitoring CU water transferred through ATM projects. (The Arkansas Basin is developing an "Administrative Tool" to calculate a farm's historic CU and return flow obligations.)
- State funding of infrastructure cost.
- Pursuit of transfer of a portion of a water right.[319]

**The Southwest Basin Roundtable** lists as a measurable outcome the implementation of ATMs as a means to preserve agriculture while addressing other water-use needs.[320]

**The Yampa/White/Green Basin Roundtable** mentions ATMs as a process to achieve its goal to "Protect and encourage agricultural uses of water in the Yampa/White/Green Basin within context of private property rights." Part of this goal's purpose is not only to preserve current protected agricultural acreage, but to expand it as well. The plan specifically states that a process for this goal is to "Identify projects that propose to use at-risk water rights, alternative transfer methods, water banking, and efficiency improvements that protect and encourage continued agricultural water use."[321] The plan has not identified any specific ATMs to meet this goal.[322]

## IBCC No-and-Low-Regrets Action Plan

The IBCC developed several ATM recommendations as part of the No-and-Low-Regrets Action Plan, as Table 6.4-2 (page 6-125) summarizes.[323]

Additional details regarding IBCC low-and-no-regrets information pertaining to alternative agricultural-transfer methods are available in the latest version of the IBCC No-and-Low-Regrets Action Plan.

BLM_0065113


10. Seek to help stakeholders understand the benefits and social barriers of ATMs and how they can function under existing and future law

11. Interact with the Colorado water community and decision makers to consider the following options in support of ATM goals:

- Continue to monitor basin-level work and explore options to develop agility in the use of certain agricultural water rights for multiple purposes.
- Implement tools Senate Bill 15-198 (C.R.S. 37-60-115) provides that broaden pilot-project end uses House Bill 13-1248 (C.R.S. 37-60-115) sets forth. Such pilot projects could demonstrate agricultural transfers that meet environmental, recreational, industrial, or compact needs in addition to urban needs. The CWCB will encourage pilot projects to test the latest concepts or meet multiple benefits.

- Reduce barriers, such as high transaction costs associated with water-rights transfers and water-rights accounting uncertainties, through continued exploration of pilot projects and other voluntary transactions that demonstrate a streamlined approach or provide financial support.

- After a thorough outreach and stakeholder process, consider legislation to protect existing municipal, transferred water-rights owners that choose to undergo the court process to demand that their permanent agricultural transfers operate as ATMs. Such legislation could help ensure that a water-rights owner could revert to its previously adopted stipulations, if the water court process for an ATM option yields an unfavorable outcome.

- Strengthen recognition for new types of legal beneficial uses, such as leased or agile-use water.

- Identify and develop a request for a multi-basin WSRA grant through the basin roundtables. The goals of a potential grant would be to compile ATM data, identify actions to encourage irrigators to enter agreements, analyze barriers, and increase program awareness.

- Research benefits and challenges of "buy and supply," which could preserve local irrigated agriculture and associated benefits. The concept of "buy and supply" is that M&I water users purchase irrigated lands with associated water rights, establish a conservation easement for future farming, and then supply a full amount of water for a certain number of years within a 10-year period. The M&I user could then receive water supply in the remaining non-farming years.

- Explore the possibility of third parties providing assistance in funding ATMs to ensure that farmers are appropriately compensated and that water suppliers pay a reasonable incremental cost for firm yield. In this case, the third party would essentially assist in the effort to uphold the value of continued viable agriculture.

- Support research into the benefits and challenges of temporary rotational "idling" of crops, deficit irrigation, and split-season irrigation.

- Incorporate improved water-use data into decision-making processes in a way that reduces uncertainty for water managers, and develop basin-specific models for use in water court cases to help reduce transaction costs.

BLM_0065115

# 6.5 MUNICIPAL, INDUSTRIAL, AND AGRICULTURAL INFRASTRUCTURE PROJECTS AND METHODS

## GOAL

**Colorado's Water Plan encourages the use of grassroots efforts to identify and implement projects and methods to meet community and agricultural water needs throughout Colorado, and to achieve the following statewide long-term goals:**

- **Use water efficiently to reduce overall future water needs.**

- **Establish a process to identify the projects and processes to meet the water supply gap for communities while balancing the needs of agriculture, the environment, and recreation across the state.**

- **Obtain the State's encouragement and assistance in the development of balanced and appropriate storage that can meet multiple benefits, including instream flow and augmentation needs.**

- **Meet community water needs during periods of drought.**

- **Develop and implement policies and strategies that support meaningful agricultural viability statewide.**

Colorado will require the implementation of many identified projects, storage, other infrastructure, and methods to meet future municipal, industrial, and agricultural needs. This section discusses the different types of projects that communities must implement to meet Colorado's growing needs, how the basin roundtables identified these projects and methods, and what is required to support those communities. This section also includes a discussion of the IBCC's adopted No-and-Low-Regrets Action Plan as it relates to the implementation of projects and methods, and a summary of ongoing initiatives relating to the viability of agriculture statewide. Colorado's water values name agricultural viability as a priority, and Colorado's Water Plan includes specific policies and strategies to advance this concept. It also addresses the role of storage in meeting Colorado's future supply needs.

## Overview

The draft BIP process produced a compendium of projects and methods to meet Colorado's future water needs. These projects and methods are the foundation of this section. In developing their respective lists of projects and methods, the basin roundtables relied upon previously developed IPPs, conducted interviews with water providers, and solicited public input to update existing IPPs and identify additional projects and methods. For the purposes of Colorado's Water Plan, the term projects and methods refers to IPPs and additional efforts the BIPs featured to close the M&I gaps and reduce agricultural shortages.

The basin roundtables vetted these proposed projects and methods in order to develop a draft list for their respective BIPs. Some roundtables vetted the preliminary list through the entire roundtable, while others reviewed projects and methods using subcommittees. In the end, each roundtable reviewed or adopted the draft BIPs. In addition, many roundtables tiered or prioritized their projects and methods to assist with future implementation.

The goal of developing lists of projects and methods is to meet Colorado's future water needs. In addition, this work will help calculate the remaining M&I water supply and demand gaps, determine residual agricultural shortages, estimate the costs of implementing the proposed projects and methods, identify the potential for intrabasin and interbasin

BLM_0065116

collaboration on proposed projects and methods, and identify the interrelationships and the potential for collaboration between consumptive and nonconsumptive projects and methods.

The basin roundtables proposed a great number of projects and methods beyond those identified in SWSI 2010. Although they primarily designated some of the proposed projects and methods as single-purpose, many are multipurpose. The multipurpose projects could benefit agricultural M&I interests. Alternatively, these projects could benefit the environment or expand recreational opportunities while meeting municipal or agricultural needs. Those projects and methods that intentionally target consumptive and nonconsumptive benefits are categorized as *multipurpose*.

The basin roundtables' projects and methods aim to close the M&I gaps or reduce agricultural shortages—or both. They may require financial expenditures, and while many roundtables included implementation cost estimates, some did not. Proposing a project or method and developing cost estimates and financing mechanisms are two components of implementation. Roundtables have many well-developed proposed projects and methods that are currently in the permitting stages; however, some projects and methods are conceptual in nature, with uncertain or no stated cost estimates. The validity of cost estimates varies greatly across proposed projects and methods and across BIPs. With that caveat, individual project and method implementation costs range from $50,000 to $211 million.

It should also be noted that some proposed projects or methods are multi-year efforts and consist of a wide array of implementation strategies and approaches. Cost estimates to implement the proposed projects and methods range from $500,000 to $486 million per BIP, with a statewide preliminary total of approximately $2 billion. Many roundtables have not yet determined costs for their projects, and most have not done so on a consistent basis. Therefore, this number represents a minimum financial need.

Roundtables must also take into consideration their estimated yield for the identified projects and methods. Estimated yield affects the calculated M&I gaps and agricultural shortages, and is subject to some variability and further refinement by basin roundtables, as well as variability in project permitting and financing. That said, the estimated yield of the proposed projects and

methods by BIP ranges from 6,030 acre-feet per year of new supply to 321,316 acre-feet per year. Similarly, the range of yield reflects the level of participation of project sponsors and project beneficiaries. Some projects and methods have multiple sponsors, ranging in size from small, localized water providers, to regional water providers such as conservancy and conservation districts or cities. Furthermore, while a single entity may sponsor some projects, there may be many associated beneficiaries; in other cases, a single entity may sponsor a proposed project or method, with only one beneficiary. The roundtables propose many combinations of project sponsors and project beneficiaries, reflecting the collaborative nature of the BIP process and the anticipated results. This section conducts a more in-depth examination of each BIP, and discusses the IBCC's No-and-Low-Regrets Action Plan and actions.

## New and Emerging Water Supply Projects and Methods

As the State of Colorado and the basin roundtables move toward implementing BIPs and Colorado's Water Plan, they will need innovative and creative solutions to meet future demands, given the availability of funding and the nature of limited water resources. There is no perfect solution, but a range of emerging trends add to the suite of options that the State and the basins can implement.

### Aquifer Recharge

Aquifer recharge, also referred to as artificial recharge, is the process of infiltrating water to an aquifer through ponds, basins, canals, or wells.[324] Artificial recharge to the alluvial aquifer is most commonly used in Colorado for augmentation of stream depletions because of well pumping. Most of these alluvial recharge projects for augmentation occur in the South Platte Basin, outside of the designated groundwater basins.[325] Permanent artificial recharge projects outside of the designated basins must ultimately receive a decree through water court, and must operate within the confines of Colorado's prior appropriation system. Additionally, a protocol for alluvial recharge within the South Platte Basin is available.[326]

BLM_0065117

## ASR

Aquifer storage and recharge (ASR) uses aquifer recharge or injection to achieve water storage in the aquifer during times of low demand and high water supply, and it later recovers the water by pumping when demand exceeds surface supply.[927] In an alluvial aquifer, recharge for ASR occurs when water is allowed to seep into underlying aquifer. For confined aquifers, ASR uses wells to inject the water at pressures greater than what exists in the aquifer. Several water providers have used Colorado's Denver Basin Bedrock aquifers for the storage of water over the past several decades. The Denver Basin aquifers are confined bedrock aquifers, and they are not considered tributary to the stream system. The water in these aquifers is appropriated under a separate legal framework based on overlying land ownership. Additionally, specific rules govern ASR projects utilizing these Denver Basin aquifers. Although the majority of ASR projects use the Denver Basin aquifers, two ongoing ASR projects in Colorado involve the use of alluvial aquifers. These are Aurora's Prairie Waters project in the South Platte basin, and Cherokee Metropolitan District's aquifer replacement plan in the Upper Black Squirrel Basin.

## Collaborative Management Solutions

These sort of projects and methods frequently cross basin boundaries, and comprise multiple parties working together to achieve often-disparate goals. Section 9.2 highlights several solutions in which entities representing many uses come together for creative water management. Examples include the CRCA, the Arkansas River Voluntary Flow Agreement, and the WISE Partnership. In these solutions, creative collaboration and the involvement of many stakeholders throughout the entire agreement process meet a host of different needs.

## ATMs

For much of Colorado's water history, the agricultural water user has been faced with two options: continue operations as normal, or sell water rights to an interested party—often a municipality seeking to firm-up supply. Seeking potential alternatives to agricultural transfer, interested parties seek to provide a third option that falls within the boundaries of Colorado's prior appropriation system.

Though the CWCB and other stakeholders are still reviewing the viability of certain types of alternative transfers, ATMs should offer an avenue by which Colorado seeks to meet future needs, in contrast to the permanent "buy-and-dry" of agricultural lands. Section 6.4 discusses ATMs in more detail.

BLM_0065118

# BIP IDENTIFIED MUNICIPAL, INDUSTRIAL, AND AGRICULTURAL INFRASTRUCTURE PROJECTS AND METHODS

The types of projects and methods basins could potentially implement are as varied as the needs in each basin, as well as statewide needs. While projects and methods generally fall into two generic categories (structural and non-structural), this overview of the BIPs warrants a more specific categorization. These summaries will present tallies of projects by type and use, even though many projects may have multiple benefits.

SWSI 2010 identified several categories of IPPs, which have been consolidated into the following:

- ❖ Agricultural water transfers (including ATMs)
- ❖ Reuse of existing fully consumable supplies
- ❖ Growth into existing supplies
- ❖ In-basin projects
- ❖ New transbasin projects.[328]

The majority of projects the roundtables identified fall into the category of "In-Basin Projects." For the purposes of this summary, in-basin projects could align with the following descriptions:

- ❖ Collaborative Management
- ❖ Storage Improvements & Expansion
- ❖ New Storage
- ❖ Ditch & Diversion Improvements
- ❖ Monitoring, Assessment, and Planning Efforts

- ❖ Municipal Infrastructure
- ❖ Energy
- ❖ ASR
- ❖ Water Rights and Supply
- ❖ Multipurpose

This section examines each BIP's "primary message," which summarizes the prioritized projects and describes how the projects or methods align with basin goals and measurable outcomes. This section also describes the process each basin used to garner public input, which demonstrates how basins generated project lists. Finally, this section describes highlights of the projects and methods, and identifies the acre-feet of development and costs, when available.

In the basin summaries, material in the BIPs identifies project costs and associated, identified acre-feet. Each basin conducted outreach and assimilated and evaluated projects in a manner that is unique to the respective basin. As the basin roundtables further refine the BIPs and projects and methods move to implementation, they will better define project information, costs, and associated acre-feet.

## Arkansas Basin

**Primary message:** The basin roundtable identified additional storage as a primary goal of the implementation plan. Roundtable members believe preservation of existing storage is critical to continuing to meet the basin's supply needs for all uses, along with development of new storage. New storage can include reoperation of existing structures in need of repair, along with underground storage (ASR). Additional methods the basin roundtable identified include ASR projects and alternatives to ATMs. Moving forward, the roundtable plans to focus efforts on a disaggregation of the basin gaps to identify more localized needs at the county level. The roundtable will also take a closer look at identified projects and methods to prioritize available funding and resources. In project implementation, the roundtable identified compact compliance issues as a key challenge. The replacement of nonrenewable groundwater and sustainability of designated basins also represents a critical gap.[329]

BLM_0065119

### ARKANSAS BASIN AT A GLANCE
**120** projects identified on the IPP List that meet municipal, industrial, or agricultural needs

**$344,700,000** in costs identified for **4** projects

**166,500 acre-feet** of development identified for **17** projects

**Process:** The roundtable reviewed the SWSI 2010 IPP list, and held 17 public outreach meetings at which stakeholders submitted more than 100 input forms.[330] These forms proposed projects, methods, and potential policy implementation. The roundtable will review and rank these input forms, and will invite some proponents to attend roundtable meetings and present the identified project, method, or suggestion. As part of the roundtable's organization of basin needs, projects, and methods, the group created a comprehensive database. The roundtable categorized projects that met a basin need as follows within the database:

❖ All Input List: all identified needs from all sources.
❖ Preliminary Needs List: filtered to remove complete or obsolete needs.
❖ Master Needs List: The provider of each need on the Preliminary Needs List was asked to identify a Solution and a Plan of Action to implement a solution for the identified need. All needs with a defined Solution and Plan of Action carried forward onto the Master Needs List. Projects on the Master Needs List were located by latitude and longitude for later mapping.
❖ IPP List: Needs on the Master Needs List were compared to the criteria for an IPP per the SWSI 2016 draft glossary. Needs on the Master Needs List that met the SWSI 2016 IPP criteria are included in the IPP List.

While projects and methods included in the "All Input List" may include obsolete or completed projects, the IPP list is designed to meet SWSI criteria for an IPP.

**Projects and methods summary:** The roundtable identified a total of 120 projects and methods on the IPP List that meet municipal, industrial, or agricultural needs.[331] Of these projects, 17 identify acre-feet, totaling 166,500 acre-feet of development.

## Colorado Basin

**Primary message:** The Colorado Basin Roundtable is focused on completing a basin-wide stream management plan. The plan will contain more in-depth analysis and understanding of the amounts of water necessary to maintain environmental and recreational attributes. The roundtable expressed concern about uncertainty regarding current water supplies' capacity to meet in-basin consumptive use, as well as environmental and recreational needs, for future projects and methods. The basin emphasized the need for more in-depth studies and work about the effects of climate change on water supplies, and the variability of wet and dry years. The roundtable stated: "The most prudent planning approach… is to assume that there is no more water to develop for export from the Colorado Basin."[332] The extensive public outreach the basin undertook resulted in a comprehensive list of potential identified projects and methods. This list comprises a suite of options the basin can pursue to meet its future needs.

### COLORADO BASIN AT A GLANCE
**31** projects identified as Top Projects that meet municipal, industrial, or agricultural needs

**$500,000 - $152,500,000** in costs identified for **13** projects

**24,082 acre-feet** of development identified for **3 top** projects

**Process:** The roundtable members divided into Project Leadership Teams (PLTs), which focused on particular subject matter areas within the BIP. The consumptive PLT worked to identify projects within the basin that would meet future water supply needs. The PLT interviewed water providers, either in-person or through a standardized questionnaire, throughout the basin. These information-gathering efforts focused on existing and forecasted supply, as well as on projects and methods to meet demands. The PLT also analyzed existing studies and reports for planned projects. The basin held town hall meetings, and roundtable members and consultants traveled to many meetings, including county commission and city council meetings, to gather information. Roundtable members took a closer look at the list of projects and methods,

BLM_0065120

and then identified representative projects in each basin sub-region that met basin themes and sub-region goals. These projects were designated as "Top Projects" and represent important needs at both the basin-wide and sub-region levels.

**Projects and methods summary:** The roundtable identified a total of five basin-wide Top Projects and methods,[333] and 26 Top Projects by sub-region. It identified all 26 sub-region projects as multipurpose. Beyond the identified Top Projects, the BIP Exhibits lists additional projects and methods the public-input and targeted technical-outreach process generated.

Basin Top Projects were evaluated by basin goals:

- ❖ 21 Top Projects were identified that meet the basin goal of "Sustain Agriculture."
- ❖ 23 Top Projects were identified that meet the basin goal of "Secure Safe Drinking Water."[334]

Future basin efforts will focus on implementation of identified projects and methods. Modeling efforts are underway to further understand potential constraints and opportunities within the river system.

## Gunnison Basin

**Primary message:** The primary goal of the Gunnison Basin is to "Protect existing uses in the Gunnison Basin."[335] With that overarching goal in mind, the basin is pursuing other goals that promote the continued importance of agriculture, the protection of environmental and recreational uses, and the maintenance of infrastructure within the basin. A primary focus is on agricultural shortages, and methods to address this need. The basin identifies and prioritizes projects and methods accordingly.

---

**GUNNISON BASIN AT A GLANCE**

**49** projects identified on the Tier 1 list that meet municipal, industrial, or agricultural needs

**$478,107,269** in costs identified for **33** projects

**139,406 acre-feet** of development identified for **21** projects

---

The roundtable quantified M&I needs, which it currently expects the basin to meet using currently existing supplies and implementing currently planned projects and methods. The roundtable modeled projects and potential constraints to evaluate the potential effects of project or method implementation on supply and water rights. This modeling effort provided a cursory feasibility analysis for projects at a basin-wide scale, taking into account water availability, irrigation decrees, agricultural effects on streamflows, and instream flows. The roundtable evaluated and divided into tiers the projects and methods the basin identified.

**Process:** Working with water management agencies and stakeholders to identify projects and methods intended to meet future basin needs, the roundtable members and consultants conducted a series of targeted technical outreach meetings throughout the basin. They created a list of current projects intended to represent the state of water planning at the time of BIP publication. The outreach process identified projects that the roundtable compared to the basin goals, and evaluated according to their timeline for completion. With these comparisons and evaluations in mind, the BIP committee approved three "tiers" of identified projects and methods:

- ❖ **Tier 1:** implementation likely feasible by 2025; project does excellent job of meeting Basin Goals.
- ❖ **Tier 2:** implementation likely not feasible by 2025; project would excel at meeting Basin Goals. Project may also have important conditional water rights and/or completed planning efforts.
- ❖ **Tier 3:** implementation likely not feasible by 2025; project in preliminary stages of planning and/or may meet Basin Goals to lesser degree.[336]

Modeling analyses also informed the tiering process, leading to the identification of projects and methods with multipurpose uses, and the selection of agricultural projects that most effectively address shortages. As stated, the project list is intended to be a "snapshot" of current planning efforts. Future updates and additions to the BIP may affect current prioritization or offer updated information about projects and methods.[337] Future studies may also affect prioritization as the roundtable updates and refines supplies, demands, or processes.

BLM_0065121

The roundtable created "Project Summary Sheets" in which it analyzed the Tier 1 projects and methods. These sheets provide a more in-depth look at the projects and methods, featuring information such as project yield, sponsor, and details about ways in which the project meets basin goals. A table briefly outlines projects the roundtable classified as Tiers 2 or 3. The table also features inventory projects, which will further examine regional projects and methods.

**Projects and methods summary:** The roundtable identified a total of 49 Tier 1 projects and methods meeting municipal, industrial, or agricultural needs.[338] Tier 1 projects were rated by their ability to meet basin goals:

- ❖ All 49 Tier 1 projects meet the overarching basin goal of "Protect existing water uses in the Gunnison Basin."

- ❖ 40 projects and methods seek to specifically "Improve agricultural water supplies to reduce shortages."

- ❖ 9 projects meet the basin goal of "Identify and address municipal and industrial water shortages."[339]

A great number of the Gunnison roundtable's identified projects have an agricultural benefit, as one would expect in this largely agricultural area.

## North Platte Basin

**Primary message:** The basin goals the North Platte Basin Roundtable established are intended to maintain historical water uses within the basin, as well as provide a look forward at the future of development. Chief concerns in this particular basin are the equitable apportionment decree and the depletion allowance of the Three State Agreement.[340] Agricultural needs related to shortages, as well as infrastructural storage and water delivery concerns, are paramount. The roundtable created a list of "potential basin solutions," to include both structural projects and methods for water management.

> ### NORTH PLATTE BASIN AT A GLANCE
> **52** total projects identified that meet municipal, industrial, or agricultural needs.
>
> **14 projects** analyzed in summary sheets
>
> **12,197** acres of new irrigation for **9** projects
>
> **11,993 acre-feet** of development identified for **5 projects**

**Process:** Similar to the Gunnison Basin roundtable, identification of projects, and a comparison of those projects to the basin goals, drove the North Platte process. The roundtable conducted targeted technical outreach to water managers and other stakeholders. The basin performed modeling analyses to identify challenges to implementation and to examine the effects of specific projects. As the roundtable reviewed projects, it highlighted potential multiple use projects, and called out potential water availability constraints. With the focus on agricultural needs, the roundtable conducted a shortage analysis to identify projects and methods that most effectively addressed shortages.

The roundtable prioritized the list of solutions by conformity with the basin goals, as well as in accordance with the timeline for potential implementation. It selected some projects that will receive additional analysis in the form of a project summary sheet, for these reasons:

- ❖ The project, and associated analysis herein, is representative of other projects on the list, such as the case with the Proposed Willow Creek Reservoir and the Hanson and Wattenberg Ditch Acreage;

- ❖ Implementation of the project is currently being pursued, such as the case with the Protocols and MacFarlane Reservoir; or

- ❖ Implementation of the project is potentially more feasible than projects on the following list because of limited constraints or challenges or more support from the Basin Roundtable, as with the Canal Maintenance and Improvements project.[341]

BLM_0065122

The project summary sheets provide a more extensive analysis of project or method information, including such details as "project constraints, implementation strategies and how well the project meets the Basin Goals."[342]

**Projects and methods summary:** The roundtable identified a total of 52 projects and methods that meet municipal, industrial, or agricultural needs.[343] The 14 projects that received additional analysis were compared with the basin goals:

- ❖ 13 projects met the basin goal to "Maintain and maximize the consumptive use of water permitted in the Equitable Apportionment Decree and the baseline depletion allowance of the Three State Agreement."

- ❖ 7 projects specifically addressed the basin goal to "Continue to restore, maintain, and modernize critical water infrastructure to preserve current uses and increase efficiencies."

- ❖ 3 projects met the basin goal to "Increase economic development and diversification through strategic water use and development."[344]

The majority of the projects and methods identified serve an agricultural benefit. The most numerous of projects are agricultural improvements, and many of the new storage projects will require further study to enable the roundtable to refine acre-feet projections.

## Rio Grande Basin

**Primary message:** The Rio Grande Basin Roundtable identified 14 different goals, with central tenets being "a resilient agricultural economy, watershed and ecosystem health, sustainable groundwater resources, the encouragement of projects with multiple benefits, and the preservation of recreational activities."[345] Additionally, the roundtable identified preservation of the agricultural economy, which represents 99 percent of the basin's water use, as an overarching goal. Through public outreach and the work of roundtable subcommittees, the roundtable identified projects that met basin goals. It identified as desirable those projects and methods that meet multiple benefits and uses, and that stand a greater chance of receiving funding. In future planning efforts, the roundtable plans to develop project-ranking criteria, and to continue identifying projects and methods that meet basin goals.

> **RIO GRANDE BASIN AT A GLANCE**
>
> **61** projects identified that meet municipal, industrial, or agricultural needs
>
> **$129,754,895** in costs identified for **29** projects
>
> **6,030 acre-feet** of development identified for **2** projects

**Process:** Through the subcommittee and stakeholder outreach process, the roundtable selected 29 projects that would receive a more in-depth analysis through project fact sheets.[346] These fact sheets provided more information about each project, and featured the sponsor, location, estimated project costs, and a comparison of the project outcomes with basin goals. The roundtable also generated a matrix that displayed each project, the needs it met, and the basin goals its implementation would meet. Twenty-five of these projects were site-specific, and had associated cost estimates through the year 2020.[347]

The roundtable identified 21 additional projects and methods for future consideration and discussion. The roundtable did not analyze these projects at the fact-sheet level due to time constraints and available information, but the roundtable believes these projects could be beneficial to meeting basin needs and goals. The basin intends that this plan will remain dynamic, and will add projects and methods as it identifies additional needs, methodologies, and focus areas.

**Projects and methods summary:** The roundtable identified a total of 61 projects and methods meeting municipal, industrial, or agricultural needs.[348] It evaluated the projects and methods by their ability to meet basin goals. Within the 29 projects the fact sheets evaluated:

- ❖ 14 projects meet the goal of "Operate, maintain, rehabilitate, and create necessary infrastructure to meet the Basin's long-term water needs, including storage."

- ❖ 14 projects and methods seek to "Manage water use to sustain optimal agricultural economy throughout the Basin's communities."

BLM_0065123

❖ 24 projects and methods are identified as multi purpose, meeting the basin goal to "Support the development of projects and methods that have multiple benefits for agricultural, municipal and industrial, and environmental and recreational water needs."

## South Platte Basin (Including Metro)

**Primary message:** The South Platte and Metro Basin Roundtables worked together on a joint BIP and sought water supply solutions that were "pragmatic, balanced, and consistent with Colorado water law and property rights."[349] The BIP emphasized multipurpose projects and specifically identified the following three objectives. "Projects and methods should be configured to meet multipurpose objectives that balance:

a. Consumptive with environmental and recreational needs;

b. Surface and groundwater utilization and storage; and

c. Current versus potential future needs and values."[350]

This BIP specifically referenced the "Four Legs of the Stool," a result of the IBCC's work that identifies four key tactics for meeting future water supply.

> ### SOUTH PLATTE / METRO BASINS AT A GLANCE
> **63** projects identified that meet municipal, industrial, or agricultural needs
>
> **191,980 acre-feet** of development identified for **23** projects

The South Platte/Metro Roundtable identified three categories of water development to meet future uses within the basin: 1) Water use efficiency improvements and water sharing strategies, including conservation, reuse, ATMs, and system integration; 2) Supply development involving new storage and conveyance systems and investigating, preserving, and developing Colorado River options; and 3) Watershed health and water quality management.[351] The roundtable examined both larger-scale concepts, such as TMDs, and smaller-scale projects and methods, such as storage and reuse

projects. Project concepts the joint BIP identified are primarily geared toward meeting municipal, industrial, and agricultural needs. The BIP further divided these concepts into project categories such as reuse, agricultural transfers, ASR, and TMDs.

**Process:** Like some other basins, the South Platte/Metro joint effort began with the IPP list the SWSI 2010 process identified. The basin roundtable interviewed potential project sponsors (water conservancy districts, municipalities, and counties) via project summary sheets to gather basin project information, such as sponsor and estimated cost. The Metro Roundtable's executive committee and the South Platte's Rio Chato committee reviewed the project summary sheets gathered through the outreach process. Both roundtables then reviewed the projects and methods in full to consider them for inclusion in the BIP. Additionally, the roundtables considered three conceptual projects that were intended to demonstrate a collaborative approach to meeting basin needs moving forward.

**Projects and methods summary:** The basin roundtables identified a total of 63 projects and methods meeting municipal, industrial, or agricultural needs:[352]

❖ 13 projects identified as Reuse IPPs

❖ 8 Agricultural Transfer IPPs

❖ 17 In-Basin IPPs

❖ 5 Transbasin IPPs

## Southwest Basin

**Primary message:** The Southwest Basin takes the approach that all needs should be viewed equally, be they agricultural, municipal, industrial, environmental, or recreational. The roundtable adopted 21 goals and 31 measurable outcomes in its BIP, with a focus on water supply needs.[353] Since SWSI 2010, the roundtable has identified the completion of 55 projects within the basin. Through the basin's outreach process, which it conducted in support of the BIP, the basin added more than 80 new projects to the list, totaling 164 IPPs. Of these identified projects and methods, "agricultural IPPs make up about 19 percent of the total IPPs on the list to date. Municipal and industrial IPPs make up about 29 percent of the

BLM_0065124

total IPPs on the list to date."[354] The BIP serves as a living document that provides guidance for basin water supply planning, while continuing to refine projects, methods, and goals as needs evolve.

> ## SOUTHWEST BASIN AT A GLANCE
> **117** projects identified that meet municipal, industrial, or agricultural needs
>
> **$60,000,000** in costs identified for **1** project
>
> **30,354 acre-feet** of development identified for **8** projects

**Process:** The basin identified themes, goals, and measurable outcomes that are geared toward identifying and meeting water supply gaps. Themes B and C directly address the matter: "B) Maintain Agriculture Water Needs, C) Meet M&I Water Needs."[355] With these overarching themes in mind, the roundtable conducted outreach across the basin. In that outreach, it contacted water managers and other stakeholders to identify potential new projects and methods that had developed since SWSI 2010. Roundtable members and consultants also conducted public workshops members to inform the public about the BIP and Colorado's Water Plan process, and to elicit information about potential projects or methods. The listing of projects in the BIP began with the SWSI 2010 identified projects, and then roundtable members and consultants contacted potential project proponents to gather information in the form of a questionnaire. The roundtable vetted the project questionnaires, and adopted projects or methods by including them in the BIP.

**Projects and methods summary:** The roundtable identified a total of 117 projects and methods meeting municipal, industrial, or agricultural needs.[356] The BIP highlights some specific IPPs that meet basin goals and measurable outcomes, and that demonstrate the types of projects and methods the basin has planned:

- ❖ 8 multi-purpose, cooperative, and regional projects and processes such as renewable energy partnerships, water conservation and management plans, and optimization studies
- ❖ 5 potential IPPs related to hydropower
- ❖ 7 agricultural infrastructure improvements

The Southwest Basin Roundtable will continue to evaluate projects and methods. Additional refinement of project information will provide more detail about cost estimates and new acre-feet.

## Yampa/White/Green Basin

**Primary message:** In the Yampa/White/Green BIP, the roundtable focused on two main concepts with regard to implementation of projects and methods for municipal, industrial, and agricultural uses. First, the roundtable sought to provide sufficient supply of "local water resources for existing uses and future development."[357] It also identified the need for implementation of projects and methods that are "appropriately located, sized, and operated…to protect important water uses and the environment."[358] The roundtable discussed the importance of the Colorado River Compact, and the need to keep compact concerns in mind when planning for the implementation of projects and methods. With these overarching themes in mind, the roundtable adopted eight primary basin goals, with chief concerns around meeting existing and anticipated future uses within the basin.

> ## YAMPA/WHITE/GREEN BASIN AT A GLANCE
> **27 projects** identified that meet municipal, industrial, or agricultural needs
>
> **$4,950,000** in costs identified for **3** projects
>
> **317,316 acre-feet** of development identified for **12** projects

In consultation with basin water managers and other stakeholders, the roundtable developed a list of projects and processes. The roundtable intends the list to remain dynamic; it will update it as basin needs, the understanding of river operations, and potential project proponents are updated and refined. The projects and processes the roundtable identified stem from information basin studies provided. These include SWSI 2020 and the 2014 Project and Method Study, which the roundtable funded. The roundtable identified 21 projects as having met basin goals, and as being appropriate for implementation. The majority of the projects identified are new storage projects; implementation has met municipal, industrial, and agricultural needs.

BLM_0065125

| TABLE 6.5.1-1 | NO-AND-LOW-REGRETS ACTION PLAN SUMMARY TO HAVE A HIGH SUCCESS RATE FOR IDENTIFIED PROJECTS AND PROCESSES |
|---|---|
| COMPLETED, EXISTING, AND ONGOING ACTIONS | POTENTIAL FUTURE ACTIONS |
| • Make policy recommendations in support of IPP implementation through the 2010 "Letter to the Governors" <br> • Establish the "Collaborative Approach to Water Supply Permit Evaluation" group to improve communication among state and federal agencies about permitting issues <br> • Support key IPPs (e.g., the Chatfield Reallocation Project, WISE, CRCA. <br> • Coordinate the DNR's responses to IPPs through the DNR Executive Director's Office <br> • Provide technical and financial support to project proponents through WSRA grants | 1. Support Local Implementation of IPPs <br> a. Provide technical and financial support, including facilitation, to BIPs <br> b. Support the conversion of single-purpose IPPs into multipurpose IPPs when a project proponent requests it <br> c. Streamline state-permitting processes for IPPs that meet values of the CWP <br> d. Continue state coordination with the federal permitting entities <br> e. Encourage cooperative projects through BIPs <br> f. Support local permitting authorities to identify, as requested, multipurpose components up front in project planning to incorporate county and local concerns <br> 2. Update Tracking and Data Collection via the Basin Needs Decision Support System <br> a. Support basin roundtables in providing updated IPP data as part of their BIPs <br> b. Track and analyze effects of IPPs on the projected water supply gap <br> 3. Optimize Funding Sources for IPPs <br> a. Assess funding needs <br> b. Target existing funding sources towards IPPs <br> c. Identify new funding sources for IPPs <br> 4. Generate Political Support for IPPs <br> a. Facilitate and encourage regular, active communication about IPPs between the CWCB, the IBCC, and the basin roundtables <br> b. Upon a project proponent's request, convene a facilitated dialogue among stakeholders, project proponents, and state agency representatives if there is disagreement about a proposed project or process <br> c. Conduct outreach and education about IPPs and the state water-planning process <br> d. Develop an approach for determining whether a project meets the values of the CWP and has broad stakeholder support <br> e. Upon a project proponent's request, encourage legislative resolutions in support of IPPs that meet the values of the CWP <br> f. Publicly advocate for IPPs that meet the values of the CWP and have stakeholder support |

**Process:** Throughout the basin, the roundtable undertook a public outreach process to engage stakeholders and gather input about the BIP and Colorado's Water Plan. The roundtable updated projects and processes identified through SWSI 2010, and the 2014 P&M Study identified the most up-to-date project information.[359] With the basin goals in mind, the roundtable gathered information from project proponents and stakeholders. It distributed surveys throughout the basin at public information meetings or via individual BIP committee member contact. These surveys were intended to identify projects the SWSI and the P&M Study did not include.

**Projects and methods summary:** The BIP identified a total of 27 projects and methods meeting municipal, industrial, or agricultural needs.[360] Some representative projects and methods presented in the BIP are as follows:

❖ 9 projects identifying potential new storage sites

❖ 2 irrigation improvement projects

❖ 2 reservoir improvements or expansion

Ongoing studies in the basin will inform additional acre-feet yield, and project proponents can develop project costs during the permitting and financing stages.

## IBCC No-and-Low-Regrets Identified Projects and Processes Actions

In 2014, the IBCC developed the No-and-Low-Regrets Action Plan to have a high success rate for identified projects and processes, and to implement and assess storage and other infrastructure. These strategies outline the minimum level of effort required regarding these topics on a statewide basis.

Table 6.5.1-1 explores potential future actions the IBCC agreed could generate a high success rate for identified projects and processes. Statewide, the No-and-Low-Regrets Action Plan indicates that on average, basins stakeholders need to implement 80 percent of the yield—equivalent to 350,000 acre-feet— identified in these projects. The BIP and Colorado's Water Plan processes are already addressing many of the IBCC's requests.

BLM_0065126



## AGRICULTURAL VIABILITY

Governor Hickenlooper's executive order directed the CWCB to incorporate "a productive economy that supports vibrant and sustainable cities, viable and productive agriculture, and a robust skiing, recreation, and tourism industry" as key values Colorado's Water Plan is intended to reflect.[361] In every BIP, the roundtables identified the importance of agriculture as an economic driver and an overall community benefit to the basin landscapes. In discussing agricultural viability, the path forward is complicated; to some extent, hydrology, commodity prices, and federal programming dictate the landscape to farmers and ranchers.

Colorado's Water Plan sets an objective that agricultural economic productivity will keep pace with growing state, national, and global needs, even if some acres go out of production. Though irrigated acreage has declined by 338,000 acres statewide, agricultural productivity has increased.

The following table shows an estimate of irrigated lands that have been taken out of production in Colorado over the past several decades. Although the CWCB made an attempt to present agricultural statistics from

the USDA, the unreliable nature of the data and the mix of available data through the years made estimates loose at best. Instead, the CWCB used CDSS GIS data gathered during the various DSS projects statewide. Estimates were derived by determining which parcels from past datasets were no longer catalogued in the CWCB's "master" parcel files of irrigable lands for each division. The exception to this was Division 3, where the 1998 dataset (which had greatest total lands) was compared to 2012 (which had the lowest total lands). It should be noted that the CWCB has not determined permanent loss of agricultural lands due to urbanization or permanent dry-up; such a determination would require a more laborious process.

Also included is a chart (Figure 6.5.2-1, page 6-139) of total irrigated lands for the state, as reported by the USDA Census of Agriculture.

In order to meet the objective to maintain agricultural economic productivity, innovation and technological improvements will be integral to future agricultural water management. As the CWCB advances future funding initiatives and technical support, support for viable agriculture will remain a key consideration. Section 9.2 more thoroughly explores the role of future funding for agriculture. Potential long-term funding sources for agricultural viability could support the following endeavors:

- ❖ Exploring conservation easements for irrigation water.
- ❖ Developing incentives to keep water in irrigated agriculture, in addition to developing alternative methods for urban transfer.
- ❖ Upgrading irrigation and diversion systems.
- ❖ Purchasing water rights specifically to create an "agricultural water bank" for water sharing.
- ❖ Providing adequate staff resources to manage and coordinate an Agricultural Water Program.

| TABLE 6.5.2-1 | IRRIGATED LANDS TAKEN OUT OF PRODUCTION | | | | | | |
|---|---|---|---|---|---|---|---|
| | Div 1 | Div 2** | Div 3* | Div 4 | Div 5 | Div 6 | Div 7 |
| No longer Irrigated | 136,760 | 115,630 | 13,882 | 13,573 | 38,476 | 7,359 | 13,140 |
| Total irrigated lands in Div | 998,214 | ~ | 585,457 | 311,659 | 235,240 | 116,380 | 205,645 |
| % of total | 13.7% | | 2.4% | 4.4% | 16.4% | 6.3% | 6.4% |

**Permanent dry-up acres from Div 2 staff
*See note above

BLM_0065127



FIGURE 6.5.2-1 | STATEWIDE IRRIGATED ACRES

The basin roundtables proposed solutions, stakeholders submitted comments to the CWCB, and the IBCC convened a subcommittee with the express purpose of exploring policies and concepts—with a goal to maintain viable agriculture in light of future water supply-and-demand challenges. The roundtables summarized these initiatives with the acknowledgement that agricultural viability is an ongoing matter that will require greater study, collaboration, and action items moving forward.

## Basin Implementation Plans and Agricultural Viability

### Arkansas Basin

In its BIP, the Arkansas Basin Roundtable proposes an economic measure of agricultural benefit. Members of the roundtable worked with a team from Colorado State University to establish a baseline for agricultural production at $1.5 billion annually.[362] Given the constraints of water management within the Arkansas Basin, including the Arkansas River Compact, the roundtable seeks to maintain or increase this baseline by identifying and implementing sources of

> "The preservation of irrigated agriculture in the Arkansas Basin shall be given a high priority in the state water plan. It is too important to tourism, the preservation of food production, recreation, the environment and the health and well-being of our citizens as well as the economy of the State of Colorado to be ignored."
>
> — *Arkansas BIP*

augmentation water, supporting the development of leasing/fallowing programming within the basin, and further exploring the nexus between agricultural and environmental and recreational uses.[363]

### Colorado Basin

In assessing the future of agriculture in the Colorado Basin, the roundtable first articulated concerns regarding development of a new TMD from the Colorado main-stem, citing existing diversions and the effect that further development could have on the agricultural economy.[364] The roundtable prioritized agriculture in one of six basin themes, and established the following guiding principles for the Colorado BIP: "Sustain, Protect, and Promote Agriculture." The BIP cites the importance of return flows to other economic drivers in the basin, such as recreation and tourism, and points to the 100,000 acre-feet in shortages the SWSI 2010 estimated.[365] The roundtable identified four goals to support this basin theme:

❖ Reduce agricultural water shortages

❖ Minimize potential for transfer of agricultural water rights to municipal uses (within private property rights)

❖ Develop incentives to support agricultural production

❖ Increase education among the agricultural community about Colorado River Basin water issues

The BIP articulates in greater detail measureable outcomes, short-term needs, long-term needs, and projects and methods in support of each goal.[366]

BLM_0065128

## Gunnison Basin

Under the umbrella goal of "Protect existing water uses in the Gunnison Basin," the Gunnison roundtable also identified three basin goals centered on agricultural viability:

❖ Discourage the conversion of productive agricultural land to all other uses within the context of private property rights.

❖ Improve agricultural water rights to reduce shortages.

❖ Describe and encourage the beneficial relationship between agricultural and environmental recreational water uses.

> "Traditional agricultural water uses not only provide direct economic benefits but also help to drive the recreational economy by preserving the beautiful landscape enjoyed by the Basin's inhabitants and visitors."
>
> — *Gunnison BIP*

In the inventory of projects and methods, the Gunnison Roundtable identified projects that specifically seek to advance these three basin goals.[367] The roundtable discussed each goal in detail, proposed a process to achieve each goal, and defined a measurable outcome that often included a quantifiable target. For example, in discussions about the first bulleted basin goal, the roundtable hopes to achieve the following measurable outcome: "Preserve the current baseline of about 183,000 protected acres in the Gunnison Basin and expand the participation in conservation easements by 5 percent by 2030 through programs like the Gunnison Ranchland Conservation Legacy."[368] The roundtable also identifies implementation goals, which may include a number of projects it will develop in accordance with a certain benchmark, or the completion of a study to assess infrastructural needs. The BIP further explores specific processes and measurable outcomes.

## North Platte Basin

The North Platte Basin Roundtable identified in its BIP agricultural shortages and issues related to infrastructure as priority needs, along with concerns regarding long-term implications of the equitable apportionment decree.[369] Similar to the Gunnison BIP, one basin goal in the North Platte seeks to "describe and quantify the nonconsumptive benefits of agricultural use."[370] Moving forward, the roundtable hopes to complete further study of this relationship by quantifying the benefits and their overall effect on water management within the basin. Measurably, the roundtable seeks to complete at least two multipurpose projects in the basin meeting multiple needs.[371] The BIP identifies four specific projects by directly addressing this multipurpose-projects goal.

The roundtable also described shortages in the basin and the causes of these shortages, which fall into three categories: physical, legal, and irrigation-practice related.[372] Other basin goals seek to resolve identified issues with water availability under the decree, and address issues related to aging or non-functional infrastructure. Detailed project information is available for projects that address agricultural needs for multipurpose benefits.

## Rio Grande Basin

The Rio Grande BIP begins by recognizing the importance of agriculture to the basin economy. Agriculture accounts for approximately 99 percent of the basin's water use.[373] The challenges inherent in compliance with the Rio Grande Compact and the basin's Well Rules and Regulations make viability of agricultural production a major concern for basin stakeholders. Twelve of the 14 basin goals include an agricultural consideration, ranging from compliance with legal mechanisms to optimal management of agricultural and environmental water uses.[374]

The BIP discusses the role of innovations in agriculture, and examines the future roles of strategic crop development and irrigation improvements as potential water management strategies.[375] Additionally, the BIP includes a summary of current approaches within the basin to improve soil health as a component of improved water management as it relates to agricultural production.[376] The roundtable took a closer look at 29 projects and methods identified to meet future

BLM_0065129

needs within the basin. Of those 29 projects, 24 meet identified agricultural needs.[377] Beyond the projects and methods the project sheets explored in further detail, the BIP identifies 18 additional projects and methods with an agricultural nexus. These range from specific improvements, to agricultural infrastructure, to an "Alternative Cropping Education and Promotion Program."[378]

### South Platte Basin (Including Metro)

> "The importance of agricultural production in the South Platte and Republican River Basins should not be overlooked. It is a major factor in the State's economy and includes processing of food and livestock from the entire state."
>
> — South Platte BIP

In proposing strategies to meet the projected water supply gap in the South Platte and Metro Basins, the roundtables set guidelines recognizing the importance of agriculture to the basin economy, and encouraging multipurpose projects with a minimal effect on agricultural uses.[379] In planning for the future of water within the basin, the roundtable set a basin goal to "Minimize traditional agricultural "buy and dry" and maximize use of ATMs to extent practical and reliable."[380] Specific recommendations for achieving this goal include further support of water-sharing methods and improvements to the water court process, with an acknowledgement of the importance of vested rights to water-rights holders.

The BIP discusses the benefits and challenges associated with the implementation of ATM projects, and identifies some lessons learned from previous and ongoing ATM projects within the basin. The roundtables also provided some strategies at the local level to minimize agricultural dry-up, such as switching to cool-weather crops, deficit irrigation, and dry-year leasing. The BIP emphasizes continuation of state pilot programs for water sharing, as well as collaborative solutions such as the coupling of agricultural easements with municipal lease options.[381]

### Southwest Basin

Similar to other western slope basins, the Southwest Basin expresses concerns about the Colorado River Compact, and the influence future development of Colorado River supplies may have on basin agriculture, given downstream obligations. To that end, the roundtable proposed that proponents of a new TMD, or water providers that are utilizing agricultural dry-up to meet demands, should meet a 70:30 ratio of inside-to-outside use of municipal water by 2030.[382] In assembling the BIP, the roundtable identified 21 goals, three of which specifically address the theme of "Meet Agricultural Needs."[383] In addition to the proposed municipal-use ratio, the roundtable recommended implementation of ATM and efficiency projects, strategies to discourage permanent dry-up, and the implementation of at least 10 agricultural water efficiency projects identified as IPPs by 2050.[384]

The Southwest BIP also presents the challenges inherent in achieving these measurable outcomes, such as potential opposition to a statewide conservation ratio, and the difficulties in ATM implementation under water-rights administration within the basin.[385] In compiling the Southwest BIP, the roundtable conducted extensive outreach to update the IPP list. Of the total IPPs listed, agricultural projects and methods total about 19 percent, while 17 percent are multipurpose and may have an agricultural component.[386]

### Yampa/White/Green Basin

The Yampa/White/Green Basin Roundtable identified eight goals, two of which specifically mention agricultural uses of water:

- ❖ Protect and encourage agricultural uses of water in the Yampa/White/Green Basin within the context of private property rights.

- ❖ Improve agricultural water supplies to increase irrigated land and reduce shortages.[387]

In looking to the future of the basin, the roundtable undertook a modeling exercise that demonstrated agricultural shortages under a baseline scenario, and substantial shortages under a dry-future scenario.[388] The roundtable projected the addition of up to 14,805 irrigated acres within the basin. As a result of the exercise, roundtable members determined their priority to be the identification of timing and location

BLM_0065130

of shortages. In the context of private property rights, the BIP proposes potential cooperative programs to reduce shortages, while encouraging multipurpose projects with a benefit to agricultural uses.[389] With this closer study of shortages, and the encouragement of policies and programming to benefit agriculture, the roundtable has identified some quantifiable outcomes:

- ❖ Preserve the current baseline of approximately 119,000 irrigated acres and expand by 12 percent by 2030.
- ❖ Reduce agricultural shortages basin-wide by 10 percent by the year 2030.[390]

Additionally, the roundtable identified several processes related to improving agricultural infrastructure. These processes involve collaboration and more in-depth analysis of potential for improvements, taking into account the effects on other water uses.

## BIPs and Agriculture Summary

The roundtables are exemplary in their detailed accounting of projects and methods, with the goal of achieving agricultural viability. In their BIPs, they establish and inventory these projects and methods at the grassroots level, incorporating policy suggestions from the stakeholders who are actively involved at the local basin level. Local stakeholders, water managers, and water users know what sorts of practices are actionable, and what will work in their area. Moving beyond an acknowledgement of the importance of agriculture to the economy and communities, the roundtables make a series of bold steps toward actionable and measurable strategies that seek to maintain the viability of agriculture across the basins. The IBCC Agricultural Viability Actions and Strategies section summarizes work occurring at the IBCC level, and highlights policies and strategies that have statewide applicability. The roundtables strive to measurably and meaningfully encourage the viability of agriculture around the state through a series of action items, and they also take a broader approach by seeking actions that may provide a benefit.

## Effects of Agricultural Dry-Up

As basin roundtables and stakeholders statewide seek to identify projects and methods that promote agricultural viability, a greater understanding of the

relationship between irrigated agriculture and the surrounding communities and ecosystems should be encouraged. Governor Hickenlooper's executive order and the work of the IBCC and CWCB support creative alternatives to traditional "buy-and-dry," while respecting the private property rights involved.

Return flows must be maintained in the case of an agricultural water rights transfer. However, reduction in use of an agricultural irrigation water right may still result in impacts on wetlands associated with agricultural dry-up, the loss of open space and wildlife habitat, and to local businesses and economies that depend on agricultural industry within a community.

These sorts of impacts merit further exploration, but not in a way that affects private property rights, increases uncertainty, or unduly burdens water users seeking to enter into a transaction. As with other action items in Colorado's Water Plan, the purpose of this effort should not be to increase red tape or create regulatory hoops, but foster a greater understanding of the role of viable agriculture in local communities, given the water supply challenges identified in other chapters and sections of this plan.

Moving forward, the CWCB should provide technical work and financial support of grassroots efforts to clarify the effects of transfers and to understand the relationship between irrigated agriculture and the surrounding communities and ecosystems. Entities in the Arkansas and Yampa/White/Green have applied for WSRA funds in this vein, and the IBCC Agricultural Viability subcommittee has suggested a potential "Framework for evaluations of agricultural transfers," described below. Such efforts should strive to include potential proponents of a water use change, as well as community members who would potentially be affected. These efforts would ideally lead to a greater understanding between members of the community regarding the effects of transfers.

## IBCC Agricultural Viability Actions and Strategies

To inform the ongoing statewide discussion about agricultural viability, the IBCC assembled a subcommittee in 2015. The intent of the subcommittee was to propose specific concepts and strategies to attain the IBCC's support and achieve potential short-term implementation. The committee presented to the IBCC draft concepts for discussion, and the IBCC approved

BLM_0065131

the pursuit of further work and implementation of those action items. Moving forward, the CWCB's members and staff will work with stakeholders and other interested parties to implement these action items, while recognizing the challenges and opportunities each presents. The following summary briefly describes each of the IBCC concepts.

**Agricultural viability long-term goal:** The IBCC asked the subcommittee to craft a long-term goal that would be closely tied to continued, long-term viability for agricultural uses, and to reflect the broad need to educate Coloradans about the importance of agriculture. Ideally, the goal should be measurable.

**Program to facilitate agricultural opportunities:** The state needs to provide additional education and assistance to farmers and ranchers to help realize more transactions that allow for ATMs, and to enable new Colorado farmers to successfully enter the agricultural industry. This assistance may include financial and other support for land links, land trusts, and conservation easements that protect working farmland and make irrigated land affordable for the next generation of farmers and ranchers. The program should include education on and assistance with the following:

- ❖ Deals, contracts, and other options for sharing agricultural water.

- ❖ Strategies to remain market competitive.

- ❖ Ways to achieve long-term certainty for both water lessors and lessees.

- ❖ ATMs that allow the farmer to continue owning the land.

- ❖ Opportunities to overcome entry barriers for young growers (in collaboration with such entities as Land Link, Farm Bureau's Young Farmer Group, and Colorado State University Extension).

- ❖ Perpetual agricultural agreements, such as conservation easements (such as those demonstrated by entities like the Lower Arkansas Valley Water Conservancy District).

- ❖ Other similar contractual agreements that allow for more long-term flexibility (an example is the purchase of water rights in the Arkansas Basin by Aurora Water).

- ❖ Funding opportunities for agricultural producers.

Proponents need to create the program's scope of work, goals, geographic range, and responsibilities, as well as measurements for success. Because many aspects of the program relate to agreements between municipalities and agricultural producers, program sponsors should involve both sectors in the development of the program and solicit their continued input.

**Enforcement of minimum standard for water-rights applications:** The court should be diligent in enforcing the minimum water-rights application requirements, which are already in existence, and should standardize these requirements statewide. Better guidance should be provided and advertised for applicants who do not have legal counsel or engineering consultants.

**Incentives to reduce urbanization and fragmentation of agricultural lands:** Colorado's Water Plan should indicate that current land-use incentives it describes would also help to keep agricultural lands in production. The CWCB should review these incentives to determine whether more incentives will be needed to further encourage local governments and land owners to reduce fragmentation and urbanization of agricultural lands. The CWCB's intent is that the incentives will provide additional options, but not infringe upon private property rights.

**Addressing barriers to keeping agricultural land and water ownership when water sharing:** Members of the IBCC will work with BRTs to apply for a multi-basin WSRA grant in order to compile ATM data, identify areas that will encourage irrigators to enter agreements, analyze barriers (beyond law review), and bring in municipalities' perspectives to understand both buyers' and sellers' viewpoints. CWCB will develop next steps once it has compiled and reviewed this data.

**Framework for evaluations of agricultural transfers:** More transparency with regard to agricultural transfer transactions is needed to help agriculture producers and the general public understand the effects of agricultural transfers to agriculture, the local community, and the environment. An evaluation of agricultural transfers could help, but several concerns and details that would need to be determined. An evaluation of agricultural transfers could encroach on private property rights, stall operations, and create a permitting hurdle, thereby functioning like an environmental impact statement (EIS). The end goal of such an evaluation would not be to create another hurdle in the permitting or water court process, but

BLM_0065132

to provide transparency for the cumulative effects of such a transfer. Other remaining details to determine include the party responsible for conducting the evaluation, the evaluation's end goal, the evaluation's effect on agricultural viability, and timing of such an evaluation in the water-rights transaction process. The CWCB will host a stakeholder group comprising landowner and water provider participants to develop a framework for evaluation of agricultural transfers to determine whether such a framework is appropriate from a technical, legal, and policy perspective.

**Agricultural-to-agriculture, -environment, or -industry sharing pilot:** In 2015 Governor Hickenlooper signed Senate Bill 198 into law, allowing pilot projects to share water among agricultural entities and industrial or nonconsumptive uses. To implement this program, the CWCB should encourage a pilot project to test the concept, and should educate ditch companies about this opportunity. Some ditch companies may need to change their bylaws to allow for water sharing.

**Updates and improvements to Colorado's aging infrastructure:** For many agriculture producers, building new storage and other infrastructure, and updating aging infrastructure, is too expensive and difficult due to the myriad regulations, permits, and costs. Storage both benefits and supports all uses and all sectors. Therefore, the CWCB encourages additional work to improve the permitting, system, water administration review, court system, and law, as well as work to increase funding for aging infrastructure and identified agricultural projects.

**Regulations that increase costs for growers, and how to modify them:** The agricultural community needs relief from increased government regulations across sectors. Stakeholders must address these mounting regulations as one of agriculture's top priority issues for the future, especially when encouraging young agriculturalists to continue farming.

**Additional recommendations:** The IBCC discussed the need for two additional points that focus on funding agricultural infrastructure and agricultural IPPs. The latter recommendation will support agricultural and municipal IPPs that reduce reliance on agricultural dry-up.

# ROBERT T. SAKATA
## SOUTH PLATTE RIVER BASIN

Robert is a vegetable farmer in Brighton and served on the Water Quality Control Commission, Metro Roundtable, and several other boards where he's demonstrated leadership statewide in the agriculture and water community. Robert is pictured on his farm.

One of my favorite quotes is from Albert Einstein who said, "We cannot solve our problems with the same thinking we used when we created them." And yet change is never easy. But I will need to change the way that I farm if I'm going to stay in business. Everybody is going to have to change the way we think about water in the world we live in. The Colorado Water Plan can be a first step. It outlines the parameters of how water administration works, it states the need, and it develops a basic action plan…but to carry out the outlined actions will require the state to provide the leadership to facilitate and minimize…

CONTINUED AT END OF CHAPTER

PROFILE





## STORAGE

### 6.5.3

The implementation of projects and methods with a storage component will play a crucial role in meeting Colorado's water supply needs. Basin roundtables have identified storage as an important element of the BIPs, and have highlighted the necessity for storage through basin goals and measurable outcomes, or identified specific projects and methods with a storage component, as discussed in the BIP summaries above. Additionally, the IBCC has called attention to the future role of storage through the No-and-Low Regrets Action Plan, as summarized in Table 6.5.3-1 (page 6-152).

These types of projects and methods are identified in every BIP, which point out the many benefits that can be realized from new or reoperated storage projects. In establishing goals and measurable outcomes for the BIPs, basin roundtables universally expressed a preference for multipurpose storage projects moving forward. These projects can potentially meet multiple needs and serve multiple beneficiaries. This more inclusive model of collaboration in project planning may lead to more diverse funding models for project financing, and reduce hurdles to project implementation by working with a diverse set of users.

While new storage projects will certainly play a role in meeting the state's water needs, the enlargement and rehabilitation of existing dams and reservoirs will provide more options for the path forward, as Chapter 4 discussed. Additionally, options for storage in alluvial and bedrock aquifers provide another solution to supply challenges.

Colorado's Water Plan sets a measurable objective of attaining 400,000 acre-feet of water storage in order to manage and share conserved water and the yield of IPPs by 2050. This objective equates to an 80 percent success rate for these planned projects.

Extreme weather events and conditions such as those in 2013 and 2015 have precipitated discussion statewide and at the basin roundtable level regarding the benefits of storage for an array of purposes. Storage vessels can meet a variety of needs beyond water conservation, including but not limited to:

❖ **Flood Control:** In spring 2015, a "Miracle May" of late season snow and rain fell statewide, bringing Colorado's various regions out of drought classifications. Chatfield Reservoir south of Denver was one of many storage projects used statewide to control flows, which avoided property damage and unsafe river conditions.

❖ **Compact Compliance:** In recent years, discussions among Upper Basin states have focused on drought contingency planning, as discussed in Chapter 2. Upper Basin reservoirs have been key to the discussion of reoperation, with the intent of keeping levels in Lake Powell above minimum power pool. Reservoirs that could conceptually be used in a drought contingency planning reoperation strategy include Flaming Gorge, Navajo, and the Aspinall Unit. Reservoirs are also critical to meeting compliance with compact obligations; and example is the role of John Martin Reservoir with respect to the Arkansas River Compact.

BLM_0065134

❖ **Drought Mitigation:** The Soil Conservation Service (now the NRCS) and the Colorado DWR originally developed the Surface Water Supply Index. The purpose of the index is to describe drought severity in regions where water availability is driven by winter snow accumulation and subsequent melt. The index is comprised of four elements: snowpack, stream-flow, precipitation, and reservoir storage. As a part of state and local planning and mitigation for drought, the inclusion of reservoir storage in this tool demonstrates the importance of this resource for water managers and resource officials around the state.[391] As climate change affects supplies, storage vessels also afford more flexibility to water managers planning for asso-ciated effects.

❖ **Crop Protection:** The Division 2 office of the DWR administers the Winter Water Storage Program, and the Southeastern Colorado Water Conservancy District coordinates it. This program allows agricultural users on the Arkansas River to store flows, which had histor-ically been diverted onto their lands during the winter, in Pueblo Reservoir. With this reservoir in place, the stored water can be released during the irrigation season, allowing for better water usage by the farming and ranching communities in the Lower Arkansas Valley.[392]

❖ **Minimizing Buy and Dry:** The Southern Water Supply Project operated by Northern Colo-rado Water Conservancy District (NCWCD) provides water from Carter Lake to several northeastern Colorado communities. Rapidly growing communities such as Broomfield, Louisville, and Superior are project beneficia-ries. These communities needed a year-round water supply, and the ability to contract with NCWCD for this water provided a solution, without needing to purchase agricultural water rights and converting these to municipal use.[393]

❖ **Ecosystem Health:** In August 2015, the CWCB entered into an agreement with the Ute Water Conservancy District to supplement flows in the Colorado River with water stored in Ruedi Reservoir. This agreement allows the CWCB to lease between 6,000 and 12,000 acre-feet of water for instream flow use on the "15-Mile Reach" of the river, which provides critical spawning habitat for endangered fish species.[394]

❖ **Environmental and Recreational Enhancements:** In 2012, 2013, and 2015, the Colorado Water Trust entered into an agreement with multiple partners to boost summer flows in the Yampa River upstream of Steamboat Springs by releasing water from Stagecoach Reservoir. This purchase of water from the Upper Yampa Water Conservancy District augments stream health and provides recreational opportunities in this area.[395]

## BIPs and the Role of Storage

Every BIP addresses the role of storage within the roundtable's planning horizon. Addressing storage is accomplished in two different ways statewide: through the establishment of goals or measurable outcomes that relate to the future of storage within the basin, or through the identification of proposed projects and methods with a storage component. Some basin roundtables established a policy-based goal by stating the importance of storage to future needs within the basin and listing roundtable action items as a means to further such a goal. Other roundtables set a numerical measurable outcome by establishing a benchmark of new storage (in acre-feet) to be achieved by a certain time. Roundtables that chose to list proposed projects and methods within the basin boundaries included specific information, such as project proponents, estimated project yield, or timeline for project completion. Below is a summary of each BIP, specifically outlining how each roundtable addressed the matter of storage.

BLM_0065135

## Arkansas Basin

The Arkansas Basin Roundtable identified three broad themes to guide the Arkansas BIP. The first theme directly addresses storage:

> ❖ *Increased water storage and preservation of existing water storage capacity is critical to all solutions.*[396]

This theme is echoed in a series of "Storage Goals," which the basin roundtable developed based on input basin stakeholders provided during the BIP public outreach process. These storage goals include a numerical acre-feet goal to be accomplished by 2020, and three goals that are action items the basin roundtable and basin stakeholders to implement. These three action items reflect the general sentiment statewide, emphasizing the importance of multipurpose projects and the exploration of a variety of storage options:

> 1. *Increase surface storage available within the basin by 70,000 acre-feet (AF) by the year 2020;*
> 2. *Develop alluvial and designated storage in gap areas within the basin;*
> 3. *Support multiple uses at existing and new storage facilities; and*
> 4. *Identify storage facilities that can be renovated, restored, or enhanced for additional storage.*[397]

The roundtable also identified a set of specific actions needed to accomplish these goals. It explored potential rehabilitation of nonfederal reservoirs, and listed action items such as implementation of IPPs and funding plans.

## Colorado Basin

The Colorado Basin Roundtable discussed storage chiefly in two different sections of the BIP: storage as identified through the public input process, and the role of storage in meeting identified basinwide themes. The roundtable undertook an ambitious public outreach and input process for the BIP, and that led to the development of six major basin themes. While conservation was the most frequently advocated solution for meeting future water supply gaps, respondents also discussed increased water storage.

The roundtable also identified basin goals that correspond to the six basinwide themes. It mentioned storage as part of several action items in support of basin themes. For example:

> ❖ **Basin Goal:** *Develop a basinwide funding system to meet basin environmental and recreational needs.*
>
>> ✦ **Long Term Needs:** *Evaluate future storage projects in-basin and the potential impacts to nonconsumptive values.*[398]
>
> ❖ **Basin Goal:** *Reduce agricultural water shortages.*
>
>> ✦ **Measurable Outcomes:** *Identify multipurpose storage projects and methods that address the annual 100,000 acre-feet agricultural shortage.*
>>
>> ✦ **Short Term Needs:** *Expand the storage capacity in existing reservoirs.*[399]
>
> ❖ **Basin Goal:** *Secure growing water demand by developing in-basin supplies and expanding raw water storage supply.*[400]
>
> ❖ **Basin Goal:** *Expand regional cooperation efforts to improve efficiency, provide water supply flexibility, and enhance environmental and recreational amenities.*
>
>> ✦ **Long Term Needs:** *Expand scope of smaller water providers to proceed on needed water storage projects as multi-beneficial projects.*[401]

BLM_0065136



Lake San Cristobal near
Lake City is the second
largest natural lake in
Colorado.

The goals and actions the basin roundtable identified are consistent with statewide themes: addressing multiple beneficiaries through implementation of multipurpose projects and exploring multiple types of storage projects including new storage and rehabilitation of existing projects. The roundtable also discussed the role of storage across the different regions of the basin; it identified storage as a solution to regional concerns, and identified specific proposed projects as a solution to water supply concerns by region.

### Gunnison Basin

The Gunnison Basin Roundtable identified a set of basin goals and a set of statewide principles. In discussion of these goals and principles, the roundtable identified storage in established processes as a way to achieve basin goals, and as a measurable outcome for implementation. As a result of conversations with water providers and proponents within the basin, the roundtable also compiled an extensive list of proposed projects, methods, and basin needs. Many of these specifically identified projects and methods include a storage component.

The primary goal the roundtable identified is to "Protect existing water uses in the Gunnison Basin."[402] Complementary basin goals seek to improve water supplies to reduce municipal, industrial, and agricultural shortages. In proposed processes to achieve these goals, the roundtable identified a common action item:

❖ *Recommend potential solutions in collaboration with local water users. Recommendations could include an initial analysis of hydrology (water variability), cost, financing, and permitting. Such projects could include new storage, water right exchanges, efficiency measures, operational optimization, etc.*[403]

The roundtable also identifies the benefits of projects and methods that meet multiple objectives. Basin measurable outcomes also directly address implementation of multi-purpose storage projects, geared to exploration of the beneficial relationship between agricultural and environmental and recreational water uses:

BLM_0065137

❖ *Complete at least five new multi-purpose water projects, including two storage projects, in the Gunnison Basin by 2025 that demonstrate the beneficial relationship between agricultural, environmental, and recreational uses.*

❖ *Explore and develop recommendations on alternative sources of funding from recreational users within the Basin to support development of those multi-purpose water projects.*[404]

Similar to the Colorado Basin Roundtable, the Gunnison Roundtable identified situations in which storage is a part of the solution to regional water supply challenges, and highlighted the role of storage in addressing environmental and recreational needs.

## North Platte Basin

The North Platte Basin Roundtable also focused on the role of storage in meeting identified basin goals, most noticeably through measurable outcomes. The BIP focuses on maximizing the beneficial water use in the North Platte Basin within the limitations of the Equitable Apportionment Decree and the Three State Agreement.[405] The roundtable proposed an action item to meet this goal, with a storage component:

❖ *Recommend potential solutions in collaboration with local water users. Recommendations should include an initial analysis of hydrology (water availability), cost, financing, and permitting. Solutions will include storage and supplemental supplies (e.g. augmentation plans) to mitigate late season shortages.*[406]

The roundtable identified three measureable outcomes associated with this basin goal, which include development of projects and methods, as well as a numerical acre-feet goal for storage:

❖ *Develop three projects from the list of recommended solutions by 2020.*

❖ *Incrementally bring up to 17,000 additional acres under irrigation by 2050.*

❖ *Develop 37,000 AF of additional storage (doubling of current storage) by 2050.*[407]

Projects the basin roundtable identified include an array of solutions including "both structural solutions such as reservoirs and irrigation ditches, and nonstructural solutions such as protocols for the Colorado Division of Water Resources (storage, irrigated acreage, irrigation season)."[408] The list of proposed projects, methods, and actions the roundtable provided include a compilation of project summaries, some of which include a storage component.

## Rio Grande Basin

The Rio Grande Compact affects the implementation of storage within the basin, limiting storage potential in post-Compact reservoirs. The Rio Grande Basin Roundtable identified a series of basin goals, some of which directly involve the development of storage, and also highlight the importance to the roundtable of multipurpose projects and methods:

❖ *Operate, maintain, rehabilitate, and create necessary infrastructure to meet the Basin's long-term water needs, including storage.*

❖ *Support the development of projects and methods that have multiple benefits for agricultural, municipal and industrial, and environmental and recreational water needs.*[409]

The Rio Grande BIP discussed a multi-pronged approach to storage concerns, including the rehabilitation of existing reservoirs, augmentation of water sources, and acquisition of storage or recharge necessary to replace well pumping depletions.[410] Aquifer sustainability is a primary concern within this basin, and the roundtable described declining levels of aquifer storage as a major need to be addressed with projects and methods within the BIP. The basin roundtable identified 29 primary projects and methods which are examined in further detail in Project Fact Sheets. Of those 29 projects, 14 address the first basin goal relating to storage, and 24 address the basin goal relating to the implementation of multipurpose projects.[411]

BLM_0065138

## South Platte Basin (Including Metro)

The South Platte and Metro Roundtables collaborated on this BIP, which emphasizes the importance and benefits of multipurpose projects, and advocates for balanced approaches to the implementation of storage projects. In the list of elements needed to address South Platte water supply challenges, the roundtables emphasize the role storage must play in meeting current and future needs through this specific action:

❖ *Promote multi-purpose storage projects that enhance other South Platte basin solutions.*

The roundtables established a list of "South Platte Solutions" which seek to provide the water needed for current and future uses. The solutions are categorized into three groups, one of which addresses storage:

❖ *Supply development involving new storage and conveyance systems and investigating, preserving, and developing Colorado River options.*

With regard to this solution, the roundtables developed two goals that directly address the implementation and development of storage. These goals are supported by associated measurable outcomes, noted below.

❖ *IPP Implementation*

✦ *Goal: Bring a high percentage of entries in the updated IPP list on-line as a key strategy consistent with the "no/low regrets" scenario planning approach.*

✦ *Measurable Outcome: Maximize implementation of the updated IPP list.*

✦ *Environmental and Recreational Measurable Outcome: Encourage multi-purpose projects that also provide environmental and recreational considerations.*

✦ *Environmental and Recreational Measurable Outcome: Foster opportunities to improve environment and recreation conditions of affected watersheds in association with IPPs.*

❖ *South Platte Storage and Other Infrastructure*

✦ *Goal: To the extent possible, develop multipurpose storage, conveyance, system interconnections and other infrastructure projects to take advantage of limited remaining South Platte supplies and enhance water use efficiencies and supply reliability.*

✦ *Measurable Outcome: Explore opportunities to maximize yield from additional South Platte Basin strategic and multipurpose storage and other infrastructure including collaborative interconnections between water supply systems and including both above ground and groundwater (e.g. ASR and alluvial recharge) storage.*

✦ *Environmental and Recreational Measurable Outcome: Encourage multipurpose projects that provide environmental and recreational considerations.*

✦ *Environmental and Recreational Measurable Outcome: Take into consideration environmental and recreational attributes when considering Storage and Other Infrastructure projects and methods.*

These themes, goals, and measurable outcomes reflect the ongoing statewide discussion regarding storage. The roundtable emphasized multipurpose projects and the implementation of varied storage options, including implementation of new projects, maximization of yield from existing projects, and the incorporation of ASR and alluvial storage strategies.

## Southwest Basin

In its BIP, the Southwest Basin Roundtable established seven primary themes, and 21 total goals to address those themes. The roundtable also identified 31 measurable outcomes, many of which relate to the implementation of IPPs that may have a storage component. The Southwest Roundtable also expressed support for multipurpose projects "when possible and when they can be accomplished in a manner that is protective of the values present."[412]

The first theme identified by the roundtable is "Balance all Needs and Reduce Conflict" is, with the following goals and measurable outcomes related to the implementation of IPPs:

BLM_0065139

◈ **Goal:** *Pursue a high success rate for identified specific and unique IPPs to meet identified gaps and to address all water needs and values.*

❖ **Goal:** *Support specific and unique new IPPs important to maintaining the quality of life in this region, and to address multiple purposes including municipal, industrial, environmental, recreational, agricultural, risk management, and compact compliance needs.*

◈ **Goal:** *Implement multi-purpose IPPs (including the creative management of existing facilities and the development of new storage as needed).*

These goals address identified gaps by seeking IPP implementation, with a focus on projects that serve multiple purposes and multiple uses. Measurable outcomes for the basin also focus on a quantified goal for implementation:

❖ **Measurable Outcome:** *Complete 27 multipurpose IPPs to meet identified gaps.*

❖ **Measurable Outcome:** *Complete 40 IPPs aimed at meeting municipal water needs.*

Through public and stakeholder outreach, the Southwest Basin Roundtable also compiled a list of projects and methods, many of which feature a storage component. The BIP details some of these projects, and provides project information and the water supply needs they will address.

## Yampa/White/Green Basin

The Yampa/White/Green Basin Roundtable begins by addressing the relative underdevelopment of the basin drainages in as comparison to other basins within the state. Storage in the Yampa/White/Green area is limited, and the majority of existing storage serves current municipal and industrial needs.[413]

The roundtable adopted eight goals and associated measurable outcomes to meet current and future YWG Basin needs. Two of those goals directly address the role of storage within the basin:

❖ *Restore, maintain, and modernize water storage and distribution infrastructure.*

❖ *Develop an integrated system of water use, storage, administration and delivery to reduce water shortages and meet environmental and recreational needs.*[414]

The roundtable established a series of processes to accomplish these two goals, and outlined measurable outcomes as benchmarks for each goal moving forward. Processes include identification of basin infrastructure that requires improvement or replacement, identification of potential locations for small scale water storage projects, and opportunities for collaborative partnerships for improvements with multiple benefits.[415] Given the existing and proposed storage options within the basin, the roundtable also plans to complete modeling to evaluate storage operations and explore contracting possibilities. Basin measurable outcomes with a potential storage component include:

❖ *Implement at least one project every year in the YWG Basin focusing on the restoration, maintenance, and modernization of existing water infrastructure.*

❖ *Administration and infrastructure improvements making decreed amounts of water available to diversion structures with less need for seasonal gravel dams in the river.*[416]

The Yampa/White/Green Roundtable also compiled a summary of current IPPs, several of which have a storage component. IPPs are identified by location, proponent, and primary purpose of project, though consideration is given to potential multiple benefits and to uses of each project or method.[417]

BLM_0065140

| TABLE 6.5.3-1 | NO-AND-LOW-REGRETS ACTION PLAN SUMMARY TO IMPLEMENT AND ASSESS STORAGE AND OTHER INFRASTRUCTURE | |
|---|---|---|
| COMPLETED AND ONGOING ACTIONS | POTENTIAL FUTURE ACTIONS | |
| • Identify needed storage | 1. Manage and Develop Strategic Storage and Infrastructure<br>a. Identify storage and other infrastructure opportunities through BIPs<br>b. Manage and improve storage and infrastructure to effectively use conserved water<br>c. Prepare for uncertainty in hydrology and climate change<br>d. Explore and implement ASR<br>e. Explore and implement storage and other infrastructure to support meeting Colorado's compact obligations<br>2. Identify and Prioritize Multipurpose Storage and Infrastructure Opportunities<br>a. Manage and improve storage, infrastructure, and reservoir operations to benefit environmental and recreational values<br>b. Support basin roundtables in identifying feasible multipurpose projects<br>c. Prioritize implementation of multipurpose projects that meet values of the Colorado Water Plan<br>d. Identify partners for permitting, funding, and constructing multipurpose projects<br>e. Manage and improve storage, infrastructure, and reservoir operations to benefit agriculture<br>f. Manage and improve storage, infrastructure, and reservoir operations to benefit M&I uses<br>g. Manage and improve storage, infrastructure, and reservoir operations to support hydropower production<br>3. Analyze Infrastructure Needs for Storage of ATM water<br>a. Analyze existing storage and infrastructure for opportunities to increase exchange capacity<br>b. Develop water-quality treatment infrastructure<br>c. Manage and improve agricultural storage and infrastructure, including support of single-purpose projects as needed | |

## IBCC No-and-Low-Regrets Storage Actions and Strategies

The IBCC has defined storage and other infrastructure as a critical cross-cutting topic. Storage can help water users maximize supplies by re-timing water availability. This allows users to capitalize on average and wet years, and may increase the possibility of sharing water resources when possible. Storage and infrastructure are also important for minimizing agricultural losses, maximizing the use of conservation and reuse savings, and allowing for additional new supplies. In addition, storage can play a critical role in supporting the environment, particularly in support of endangered- and threatened-species recovery programs. Moreover, storage is an important element in protecting Colorado's interstate water rights, pursuant to the State's compacts and equitable apportionment decrees.

As Colorado plans for its water future and looks ahead to a projected 2050 supply gap, it will need new storage and infrastructure to share, transfer, store, and convey water for the benefit of all. Additionally, the State should explore new opportunities for existing storage and infrastructure to provide maximum utilization for all purposes and to ensure compact compliance.

### STORAGE GOALS AT A GLANCE

The **IBCC No-and-Low-Regrets Action Plan** identifies a goal of **80 percent yield** of IPP implementation.

This equates to **70,000 acre feet** of additional yield per year for the western slope and **280,000 acre-feet** of additional yield per year for the eastern slope.

This goal is based on implementation of IPPs as enumerated in SWSI 2010 and **does not include** additional projects and methods identified by roundtables during the BIP process.

While this section discusses new storage, it is not meant to include storage that would increase transbasin diversions. Therefore, this section does not include concerns related to new-supply development.

BLM_0065141

## MAINTENANCE OF EXISTING PROJECTS AND METHODS

6.5.4

New projects and methods will be critical to Colorado's ability to meet its water supply needs. However, existing infrastructure and currently operational projects and methods require maintenance and upkeep, which are equally important to bringing new methods online. In evaluating funding mechanisms for future projects, many proponents will include operations and maintenance costs within the proposed budget. Many federal projects include maintenance costs in repayment contracts, or associate costs with power revenues. Many municipal projects pass maintenance costs on to the ratepayer. Funding mechanisms through entities such as the CWCB, as Section 9.2 discusses, are available for costs associated with maintenance, repair, and improvements.

Every BIP includes goals to modernize water infrastructure or improve agricultural efficiencies. Through the BIP process, many basins also identified operations, maintenance, and improvements as part of their plan for future needs. For example, 10 of the North Platte Basin's projects identified ditch and diversion improvements as their primary benefit. In these agriculturally focused basins, improvements to conveyance systems will be of high importance when planning for future needs.[418] The Gunnison Basin Roundtable classified 22 projects as storage improvements and expansion—which either maintain existing reservoirs or plan for more storage.[419] Similarly, the Colorado Basin listed many projects associated with storage expansion, as well as plans for improving or updating existing municipal infrastructure.[420] In this manner, the basins are preparing for new projects and methods while maintaining the existing supply systems.

BLM_0065142



Working on ultraviolet oxidation reactors at the Peter D. Binney Purification Facility. The reactors help remove substances such as pharmaceuticals and personal care products, part of the multibarrier treatment process used before water reaches Aurora residents. Courtesy of Havey Productions.

BLM_0065143

## ACTIONS

Colorado's Water Plan sets a 2050 measurable objective to attain 400,000 acre-feet of innovative storage in order to manage and share conserved water and the yield of IPPs. This objective equates to an 80 percent success rate for these planned projects, as stated in the IBCC's No-and-Low Regrets Portfolio.

While the right to buy or sell private property water rights must not be infringed upon, the State will encourage innovation and creativity by agricultural producers and research institutions to maximize the productivity of every drop of water. Colorado's Water Plan sets an objective that agricultural economic productivity will keep pace with growing state, national, and global needs, even if some acres go out of production.

To support projects and methods that meet future municipal, industrial, and agricultural needs, several next-steps are necessary.

1. **BIP project support:** The CWCB will continue to support and assist the basin roundtables in moving forward the municipal, industrial, and agricultural projects and methods they identified in their BIPs. It will accomplish this through technical, financial, and facilitation support when a project proponent requests it.

2. **Climate change incorporation:** The CWCB will work with the basin roundtables and, upon request, work with project proponents, to incorporate the potential effects of climate change on municipal, industrial, and agricultural projects and methods.

3. **Expansion of projects to be multipurpose:** The CWCB will prioritize funding to the basin roundtables to support an integrated approach to understanding the ways in which environmental and recreational projects and methods may interact with municipal, agricultural, and industrial projects and methods. As part of this task, basin roundtables will work with local stakeholders and project proponents to explore multipurpose projects and convert existing and planned single-purpose projects and methods into those that are multipurpose.

4. **Project tracking:** In partnership with the basin roundtables, the CWCB will continue to track municipal, industrial, and agricultural projects and methods.

5. **Project support:** The CWCB will continue to support and implement State programs that contribute to implementing municipal, industrial, and agricultural projects and methods. These include loan and grant programs, as well as ongoing studies, such as the SWSI.

6. **Project funding:** As Section 9.2 discusses, the CWCB will work with partners to strengthen funding opportunities for municipal, industrial, and agricultural projects and methods by:
   a. Coordinating current funding
   b. Assessing funding needs
   c. Exploring additional funding opportunities

7. **Storage opportunity assessment:** As part of the next version of SWSI, the CWCB will work with the DWR and local partners to assess storage opportunities to determine where existing storage can and should be expanded, where it is needed to prepare for climate change, where it can help to better improve sharing and use of conserved water, and where it can help meet Colorado's compact obligations. Furthermore, the CWCB will provide financial support to technical and practical innovations in the use of aquifer storage and recharge where it is practicable.

8. **Multipurpose project funding:** The CWCB will prioritize support for multipurpose projects and those that modernize, make more efficient, or lead to the building of new critical infrastructure for agriculture purposes, M&I uses, and hydropower production. Section 9.2 explores these programs.

9. **Permitting:** As Section 9.4 discusses, the CWCB will refine the permitting process to make it more effective and efficient.

BLM_0065144

10. **Technical and financial support of efforts to understand impacts to agricultural viability:** The CWCB and IBCC will work with stakeholders to provide grassroots-level support for efforts that foster a greater understanding of the effects of reductions in agricultural use on communities.

11. **Facilitation of agricultural opportunities:** The CWCB and the CDA will establish an education and assistance program for farmers and ranchers to help realize more transactions that allow for ATMs, and to enable new Colorado farmers to successfully enter the agricultural industry. This assistance may include financial and other support for land links, land trusts, and conservation easements that protect working farmland and make irrigated land affordable for the next generation of farmers and ranchers. The CWCB will need to create the program's scope of work, goals, geographic range, and responsibilities, in addition to measurements for success. Because many aspects of the program relate to agreements between municipalities and agricultural producers, the CWCB should involve both sectors in the development of the program, and should provide continued input.

12. **Enforcement of minimum standard for water-rights applications:** The court should be diligent in enforcing the minimum water-rights application requirements, which are already in existence, and should standardize these requirements statewide. Better guidance for applicants who do not have legal counsel or engineering consultants should be provided and advertised.

13. **Framework for evaluations of agricultural transfers:** The CWCB will develop a technical and legal framework for an evaluation of agricultural transfers before considering the requirement of such an evaluation. To help produce such a framework, the CWCB will host a stakeholder group, which will include local government, agricultural producers, municipalities, water providers, landowners, and environmental interests.

14. **Update and improve Colorado's aging agricultural infrastructure:** Over the next five years, the CWCB will work with the basin roundtables and agricultural partners to further identify and prioritize aging infrastructure projects, especially where there can be a large effect on or multiple benefits to other sectors. The CWCB will coordinate funding opportunities to address these needs.

15. **Encourage ditch-wide and regional planning:** Over the next two years, the CWCB will work with agricultural partners to explore opportunities to conduct ditch-wide and regional planning, such as the planning that is occurring in the Uncompahgre. These plans will explore system-wide conservation and efficiency opportunities, explore the potential for water sharing, and develop a long-term infrastructure-maintenance and upgrade plan.

BLM_0065145

# ENVIRONMENTAL AND RECREATIONAL PROJECTS AND METHODS

## GOAL

**The policy of the State of Colorado is to identify and implement environmental and recreational projects and methods to achieve the following statewide long-term goals:**

- Promote restoration, recovery, sustainability, and resiliency of endangered, threatened, and imperiled aquatic- and riparian-dependent species and plant communities.

- Protect and enhance economic values to local and statewide economies that rely on environmental and recreational water uses, such as fishing, boating, waterfowl hunting, wildlife watching, camping, and hiking.

- Support the development of multipurpose projects and methods that benefit environmental and recreational water needs as well as water needs for communities or agriculture.

- Understand, protect, maintain, and improve conditions of streams, lakes, wetlands, and riparian areas to promote self-sustaining fisheries and functional riparian and wetland habitat to promote long-term sustainability and resiliency.

- Maintain watershed health by protecting or restoring watersheds that could affect critical infrastructure and/or environmental and recreational areas.

One cannot overstate the importance of Colorado's natural environment and recreational opportunities to its quality of life and to its economy. Outdoor recreation—including hunting, fishing, biking, hiking, skiing, golfing, wildlife watching, and many other types of outdoor activities—significantly contributes to Colorado's economy, and nonconsumptive water-based recreation is an important part of that economy. Healthy watersheds, rivers and streams, and wildlife are vital to maintaining Colorado's quality of life and a robust economy. Section 5 of Colorado's Water Plan contains more information about the economic benefits recreational activities provide to the state.

This section details the projects and methods by which Colorado has protected nonconsumptive, river-based environmental and recreational water needs in the past, as well as how the State may maintain these values in the future. To that end, this section will describe the benefits of such projects and methods, and will illustrate existing examples. The section contains several subparts: 1) An overview of existing tools for assessing environmental and recreational needs; 2) an account of knowledge gaps; 3) an overview of environmental and recreational statutes and recent legislation; and 4) a description of projects and methods the eight BIPs contain.

While water is vital to many types of recreational activities, including skiing and sports that require grassy areas, such as soccer, golf, and baseball, this section focuses on recreational uses of water in Colorado's streams and rivers, which roundtables define as primarily nonconsumptive. Section 5 of Colorado's Water Plan addresses the importance of recreational water needs that involve consumptive uses of water that are primarily associated with municipal or SSI uses (for example, irrigation of parks and golf courses and snowmaking).

## Overview

Water is a crucial element in the maintenance of environmental and recreational values that are important to Coloradans. Adequate streamflows support the outstanding fisheries in the upper Arkansas River, rafting activities in Glenwood Canyon, snowmaking at world-class ski areas, and habitat maintenance for the water-dependent natural environment. A healthy environment depends upon good water quality, connectivity of streams, and

BLM_0065146

robust instream and riparian habitats. Careful water management and dedication of significant resources have also led to progress toward recovering threatened and endangered species.[421]

Comprehensive water planning must include meeting environmental and recreational needs, in addition to meeting agricultural, municipal, and industrial needs. The IBCC's conceptual agreement supports this concept and states:

> ❝Colorado's Water Plan, BIPs, and stakeholder groups across the state should identify, secure funding for, and implement projects that help recover imperiled species and enhance ecological resiliency whether or not a new [TMD] is built. This could create conditions under which future projects may be possible…. These existing environmental and recreational gaps should be meaningfully addressed in the near term.❞[422]

Projects and methods that maintain or improve Colorado's environmental and recreational values, and that achieve long-term sustainability and environmental resiliency, are an important part of Colorado's water future. An ecosystem's resilience is a measure of its ability to absorb changes and return to similar levels after disturbance.[423] According to Principle 7 of the IBCC Draft Conceptual Agreement, resilience of a stream or watershed can be measured as an ecosystem's ability to recover functionality after an acute or chronic disturbance. Resilient river systems require seasonal flow fluctuations and provide complex and connected aquatic and riparian habitats in order to sustain stable, diverse, abundant, and reproducing populations of aquatic and riparian species.[424]

To determine resiliency levels, it is necessary to identify the baseline status of these characteristics and to monitor stream ecological functions and watershed processes on an ongoing basis.[425] o promote environmental resiliency, planned projects and methods should incorporate the potential stressors of drought and climate change, including decreased supply, changes in water temperature, and changes in runoff magnitude, duration, frequency, rate of change, and timing.[426]

The challenges environmental and recreational project proponents face in the future include learning how to make the most of limited funding opportunities.



## JACKIE BROWN

### YAMPA RIVER BASIN

**Jackie is the Natural Resource Policy Advisor to Tri-State Generation and Transmission and has been a leader in environmental stewardship in the Yampa Valley and on the Yampa-White-Green Basin Roundtable. Jackie is pictured next to the Yampa River.**

I am most proud of working on collaborations. Whether it is an improvement project, our Yampa White Green Basin Implementation Plan goals and measurable outcomes, or a slow compromise, collaboration is the key to our water future. My hope for the future is that we begin to realize how adaptable we actually are as humans and continue carefully researching our trade-offs. Long term, big picture planning is difficult in natural resources, but we cannot exhaust our supplies and resources prematurely nor can we pick every battle. Careful and thoughtful implementation is of the utmost importance. I commit to staying at the table, listening, learning and collaborating. When the Colorado Compact was negotiated, it was…

CONTINUED AT END OF CHAPTER

PROFILE

BLM_0065147

There is a host of nongovernmental proponents of environmental and recreational needs; however, funding opportunities are scarce when one compares them with existing programs for municipal, industrial, or agricultural uses.[427] In addition to strengthening existing and exploring additional funding opportunities for environmental and recreational projects and methods, strategic partnerships will play an important role. Those seeking to fund additional storage or a new diversion may find that working with a diverse group of stakeholders from the beginning will make the process more successful.

In their BIPs, the roundtables have identified new multipurpose projects or methods as desirable, and by working to associate a project with an environmental or recreational use, project proponents will garner support from a wider range of stakeholders. For example, if the proponent can associate a new storage project with a potential recreational opportunity, such as boating or fishing, the proponent can count on a greater range of advocates to support the project through permitting and financing. As another example, a proponent can include a project component that focuses on habitat or flow restoration to address environmental and recreational needs. Proponents can leverage restoration projects and methods, and coordination of water uses among water users, to address the effects of traditional consumptive water uses on water quality and habitat degradation. Such balanced approaches to meeting future water needs could accomplish multiple objectives.

Strategic cooperation on environmental and recreational projects and methods has proven to be a successful mechanism in the past, as Section 9.3 will examine and discuss. In planning for multipurpose projects or methods, proponents should take into account the watershed nature of projects and methods, and the manner by which they influence more than one particular stream reach.[428] With an eye toward serving multiple purposes, proponents may also consider a project or method that meets multiple environmental and recreational purposes in a reach where the project or method leads to the most beneficial outcome.

With multipurpose projects and methods in mind, it is important to note that many environmental and recreational attributes benefit from more traditional existing consumptive uses. Although municipal or agricultural projects can affect environmental and recreational interests, these uses can also provide

benefits. A reservoir provides wildlife and fish habitat as well as recreational opportunities for visitors, and provides a mechanism for beneficial management of streamflows. Agricultural water uses also provide these types of benefits. Crop cultivation around the state provides habitat and open space for many species, and the agricultural tourism sector has boomed in Colorado: wineries and orchards are bringing visitors and development to agriculturally centered communities. While these direct benefits are obvious, agricultural diversions also offer some indirect benefits. Diversions that occur in the irrigation season come back to the stream in the form of return flows. These late-season return flows that occur in early fall provide a boost to streamflows that would otherwise not be present. These re-timed flows benefit riparian health and provide instream habitat.

## Existing Environmental and Recreational Projects & Methods

Recognizing the value of a robust recreational economy and the obvious benefits of healthy ecosystems, Colorado has implemented programs and invested in projects to protect and improve these attributes. Below are some examples.

### Colorado's Instream Flow and Natural Lake Level Program

In 1973, the Colorado Legislature recognized the need to "correlate the activities of mankind with some reasonable preservation of the natural environment" and passed Senate Bill 73-097, leading to the creation of the CWCB's Instream Flow and Natural Lake Level Program.[429] This program, one of the nation's first, vested the CWCB with exclusive authority to protect streamflow through a reach of a stream, rather than just at a point, and to protect levels in natural lakes. Before Colorado passed this law, all appropriations of water in the state were required to divert water from its natural course in the stream.[430] Senate Bill 73-097 removed the diversion requirement for the CWCB and allowed it to appropriate water instream between specific points on a stream, and for levels on natural lakes.[431]

Any person or entity may recommend streams and lakes for appropriation in order to preserve the natural environment. The law also requires CWCB to request recommendations from CPW, the U.S. Department of Agriculture, and the U.S. Department of the Interior.[432]

BLM_0065148

The CWCB uses a public notice and comment procedure to determine whether to appropriate instream flow water rights.[433] Before applying to water court for an instream flow water right, the CWCB must determine that: (1) There is a natural environment that can be preserved to a reasonable degree with the instream flow water right; (2) the natural environment will be preserved to a reasonable degree by the water available for the appropriation; and (3) such environment can exist without material injury to water rights.[434] Once the water court decrees instream flow water rights, the DWR administers those rights through the State's water rights priority system, like it does with any other water right in the state. The CWCB has legal standing in water court to protect instream flow water rights from injury at any point within an instream flow reach.

The CWCB can also acquire water, water rights, and interests in water to preserve and improve the natural environment, on a permanent or temporary basis, from willing water rights owners. The acquisition process involves a biological analysis by CPW, the CWCB's consideration of several factors related to the transaction, and opportunity for public input.[435]

Since 1973, Colorado has appropriated instream flow water rights covering more than 9,200 miles of stream, and natural lake-level water rights on 480 natural lakes.[436] This protection represents approximately 23 percent of the perennial stream miles in the state.

Instream flow water rights appropriations: (1) Protect healthy native- and sport-fish populations, aquatic insects, and rare and distinctive riparian-vegetation communities; (2) achieve federal agencies' resource protection goals through a state-held water right; (3) are a key element of a management plan a diverse stakeholder group developed as an alternative to suitability for Wild and Scenic designation for three reaches of the Colorado River; and (4) provide numerous other benefits to Colorado citizens. Appendix C contains specific examples of instream flow water right appropriations. The CWCB has encouraged entities that recommend instream flow appropriations to focus on streams that provide habitat for threatened, endangered, and imperiled native species.

In 2002, the General Assembly passed Senate Bill 156, authorizing the CWCB to use acquired water to improve the natural environment to a reasonable degree.[437] The CWCB has completed 26 water acquisition transactions. These include acquisitions to protect critical habitat for endangered species on the Yampa River; improve the natural environment of the Blue River downstream from Dillon Reservoir; restore native flows to a degraded stream system near Silverton, Colorado; and re-water a historically dried-up stream near Crested Butte, Colorado.[438] Appendix C contains specific examples of water acquisitions for instream flow use.



The Arkansas River is a world class rafting & kayaking destination. Here, Dane Jackson prepares to break the 2013 World Record in kayak freestyle points near Buena Vista.

BLM_0065149

## RICDs

Colorado is one of several states that authorize the appropriation of water rights for recreational boating purposes within a natural stream. However, Colorado is the only state that allows for the appropriation of water rights for recreational boating uses associated with man-made whitewater parks—specifically requiring structures in the stream that create recreational experiences. These water rights are known in Colorado as RICDs, and the holders of such rights can call water for recreational boating purposes when in priority. Depending on their location, the size and the magnitude of river flows called by some RICD water rights potentially restrict future upstream development potential, and may reduce the flexibility Colorado has in managing its water resources. Colorado law limits RICDs to the minimum streamflow necessary for a reasonable recreational experience, and RICD water rights holders must divert this water through a control structure, often a whitewater park itself.[439] Section 37-92-103(10.1), C.R.S. (2015) defines "reasonable recreation experience" as "the use of a recreational in-channel diversion for, and limited to, nonmotorized boating." Only a local governmental entity may apply for an RICD.[440] The statutes require that the CWCB must consider any water court application for an RICD after deliberation takes place in a public meeting to determine whether the proposed RICD will:

1. Promote the maximum beneficial use of waters of the state;

2. Not impair Colorado's ability to fully develop and use its compact entitlements; and

3. Not cause material injury to the CWCB's instream flow water rights.[441]

To ensure that a proposed RICD adequately meets these requirements, the CWCB has encouraged applicants to include specific provisions within their proposed water court decrees. These specific provisions have included concepts such as "carve-outs" and "no-call provisions." Examples of specific provisions of the CWCB's past findings of facts are available here.[442]

The CWCB then provides its findings to the water court for consideration. The water courts must also consider whether:

1. The water right sought is the minimum necessary for a reasonable recreational experience;

2. The RICD is accessible to the public; and

3. The RICD includes only that stream reach that is appropriate for the intended use.[443]

In Colorado, 15 existing whitewater parks have RICD water rights, and eight existing whitewater parks operate without an RICD water right. The map on the opposite page (Figure 6.6-1) illustrates Colorado's existing and planned whitewater parks.

## Endangered Species Recovery Programs

Many of Colorado's water projects are likely to have what is known as a "federal nexus." A water project is considered to have a federal nexus if it involves federal funding, federal permitting or licensing, use of federal lands, or a federal program. The existence of a federal nexus often triggers the need for consultation under Section 7 of the ESA.[444] The result of a Section 7 consultation is a biological opinion that states whether a project is likely to jeopardize the continued existence of listed threatened or endangered species, or result in the destruction or adverse modification of critical habitat.

To mitigate these effects, Colorado participates in three cooperative programs designed to protect and recover stream-dependent species in various river basins. The Upper Colorado, San Juan, and Platte River Recovery Programs provide organized collaboration among states, federal agencies, local agencies, water users, water providers, power providers, and environmental organizations. These programs differ from the Three Species Agreement, as described below. These programs' goal is to recover the endangered species while allowing water use and development to continue in compliance with all applicable state and federal laws and interstate compacts.

BLM_0065150



**FIGURE 6.6-1   COLORADO'S RECREATIONAL IN-CHANNEL DIVERSIONS & WHITEWATER PARK LOCATIONS**

Funding and resources from participants are dedicated to activities that benefit the species.

Collaboration and a focus on recovery activities are intended to:

❖ Maximize benefit to the species and the environment by leveraging funding and resources expended.

❖ Minimize resources spent on adversarial activities, including litigation.

❖ Provide ESA compliance for water users.

❖ Streamline Section 7 consultations for water users and federal agencies.

❖ Reduce uncertainty and delays in planning and permitting processes.

❖ Reduce likelihood of jeopardy opinions.

**Upper Colorado River Endangered-Fish Recovery Program**

In 1988, various interests in Colorado, Wyoming, and Utah established the Upper Colorado River Endangered Fish Recovery Program. These interests formed the program as a unique partnership of groups working toward recovery of four endangered fish species: Humpback chub, bonytail, razorback sucker, and Colorado pikeminnow. These species are long-lived, warm-water fish and are endemic to the Colorado River Basin. Recovery efforts focus on creating self-sustaining populations of native fish through restoration and management of habitat, propagation and stocking of hatchery-raised fish, and management of certain deleterious non-native fish species throughout the mainstem Colorado, Gunnison, Yampa/White/Green River Basins.

BLM_0065151



Outdoor recreation, such as fishing and other water-related activities, highlight some of the quality experiences that tourists and Coloradans enjoy statewide.

The Upper Colorado Endangered Fish River Recovery Program provides ESA compliance for more than 2,050 water projects, encompassing more than 2.5 million acre-feet of existing water use and more than 300,000 acre-feet of new development. No entities have filed lawsuits regarding these projects' compliance with the ESA. The program has established procedures, projects, and agreements to provide streamflow protection, voluntary flow augmentation during critical spring peak and late summer time periods, habitat management and improved habitat access, genetic propagation, hatchery and stocking operations, non-native fish-control efforts, and research and monitoring. The cooperative nature of the program has led to multiple successes and cost efficiency, and the program has become a model for other endangered-species recovery programs.[445]

**San Juan River Basin Recovery Implementation Program**

A group of federal, state, and tribal agencies established the San Juan River Recovery Implementation Program in 1992 for the San Juan River Basin, a major tributary to the Colorado River. The Navajo Nation, Jicarilla Apache Nation, Southern Ute Indian Tribe, and Ute Mountain Ute Indian Tribe and other stakeholders are active partners in this collaborative effort to recover the razorback sucker and Colorado pikeminnow within the San Juan River Basin in Colorado and New Mexico.

The San Juan River Basin Recovery Implementation Program provides ESA compliance for more than 340 water projects using more than 880,000 acre-feet of water in the San Juan River Basin. Major accomplishments include extensive research in biology and geomorphology, and the establishment of procedures and agreements to provide streamflow augmentation and protection, habitat management and improvement, genetic propagation, hatchery and stocking operations, non-native fish control, and continued research and monitoring.[446]

BLM_0065152

**Platte River Recovery
Implementation Program**

During the early 1990s, all ESA Section 7 consultations that were conducted on Platte River projects received jeopardy biological opinions, which meant that these water projects could not proceed. In response, Colorado, Nebraska, Wyoming, and the Department of the Interior entered into a collaborative conservation partnership with many other stakeholders. That partnership is now known as the Platte River Recovery Implementation Program.[447]

The Platte River Recovery Implementation Program is now working to recover four threatened and endangered species—the whooping crane, interior least tern, piping plover, and pallid sturgeon—in Nebraska. This allows water use and development to continue on the Platte River. With the current involvement of Wyoming, Nebraska, and Colorado; federal agencies; and many water, power, and environmental interests, the program provides ESA compliance for water projects and fully complies with the participating states' water law as well as existing interstate river compacts and decrees. The partnership is implementing the program in an incremental manner; the first incremental, programmatic biological opinion covers the 13-year period from 2007 through 2019.

Officially in place since 2007, the Platte River Recovery Implementation Program has provided 237 successful, streamlined Section 7 consultations using the programmatic biological opinion for every Colorado entity that has joined the South Platte Water-Related Activities Program. The preceding Cooperative Agreement, signed in 1997, resulted in bridge measures to allow for ESA compliance for approximately 120 Platte River Basin consultations while negotiations were underway.

Through 2019, South Platte water users will pay more than $13 million, and the State of Colorado will pay $24 million (based on 2005 inflation rates), for the Platte River Recovery Implementation Program. Water users and the public view the program to be well worth the cost in comparison to the untold costs water users would likely face without the program, including:

❖ Needing to undergo uncertain, individual Section 7 consultations, including bearing the risk of receiving jeopardy biological opinions.

❖ Potentially being required to replace past and future depletions on a one-to-one basis, which would likely add additional pressure to dry-up agriculture.

❖ Facing delays in the planning and permitting process.

❖ Risking court challenges to existing programmatic biological opinions.

**Three Species Agreement**

The CPW, five other Colorado River Basin state wildlife agencies, the USFS, the BLM, the BOR, and sovereign tribes are parties to a multi-state, multi-agency, range-wide conservation and strategy agreement that provides the framework for conservation actions designed to preserve three declining native fish species across their historic range. These species are the roundtail chub, bluehead sucker, and flannelmouth sucker.[448] Noting range-wide declines of these species, the Three Species Agreement addresses the species' potential for a USFWS listing as threatened or endangered under the ESA of 1973, as amended. The USFWS relies on implementation of the multi-state Three Species Agreement to protect and conserve these three native warm-water species.

The Three Species Agreement provides that within their jurisdictional authorities, signatories are responsible for taking action to conserve native fish, coordinating status assessments, developing and maintaining data sets on occupancy and genetics, and documenting conservation measures taken on behalf of the three species. The agreement is predicated on the concept that collectively, local, state, and federal agencies, and other willing partners, can work together with communities that are most affected by a potential listing. It encourages all signatories to cooperate on science, research, education, and outreach to send a clear and consistent message about the conservation of these species. One of the agreement's goals is to develop and implement voluntary actions that pre-empt the need for federal listing of any of these species under the ESA. The agreement also prioritizes the establishment of instream flow protection for streams known to provide habitat for the three species. CPW and the BLM have recommended that the CWCB appropriate instream flow water rights to preserve the habitat of the three species. A recent example of such an appropriation is an instream flow water right on the San Miguel River from Calamity Draw to the confluence with the Dolores River. The water court decreed this water right in May 2013.

BLM_0065153

## Colorado River Cutthroat Trout Conservation Strategy

Colorado River cutthroat trout (CRCT) is a state-listed species of special concern in Colorado, Wyoming, and Utah. Federal land management agencies—particularly the BLM and the USFS—that manage habitats where CRCT is present also characterize it as a sensitive species. CPW works closely with Utah, Wyoming, and federal land managers to manage the recovery and persistence of CRCT throughout their historic range. The Conservation Strategy for Colorado River cutthroat trout guides this work. It is a multi-pronged strategy that articulates steps that, if implemented, would be most likely to preserve CRCT in perpetuity.[449] Implementation of the CRCT Conservation Strategy, and an ability to show progress on measurable benchmarks, has allowed the USFWS to maintain its opinion that CRCT is "not warranted" for listing under the ESA of 1973, as amended.[450] This finding has been beneficial to state wildlife-management agencies to maintain state-management authority for this species. Based on this finding, Section 7 of the ESA does not require consultation with the USFWS for projects in CRCT-occupied waters, which is also critically important to water managers.

In general, the CRCT Conservation Strategy focuses on the following objectives:



The set of diversions known as the "Cameo Call" are some of the most senior rights in the Colorado River system. A fish ladder was built to allow endangered fish species access to habitat above the roller dam. Photo: M. Nager.

❖ Identify populations of CRCT and characterize the level of genetic introgression;

❖ Secure "conservation" and "core conservation" populations from further genetic dilution (from non-CRCT salmonids) or inter-specific competition (e.g., barrier construction, reclamation, stocking restrictions);

❖ Maintain and enhance watershed conditions, including streamflow protection, riparian buffers, and habitat projects;

❖ Public outreach and education;

❖ Monitoring and data exchange among state fish managers and federal land management agencies; and

❖ Coordination of all CRCT activities among the same agencies and non-governmental organization partners.[451]

As the CRCT Conservation Strategy outlines, the partnership is continually updating maps, regulations, and the list of CRCT conservation waters as new monitoring data and research unfold. Of current interest is the further delineation of historic, native cutthroat trout into two distinct lineages. These lineages reflect pre-settlement occupation endemic to the Yampa/White/Green River Basins ("blue" lineage) and the Colorado-Gunnison-Dolores River Basins ("green" lineage).[452] Regardless of the nomenclature for particular genotypes of native cutthroat trout, the CRCT Conservation Strategy partners will continue to evolve their management strategies to address new challenges, such as climate change, and research findings.

BLM_0065154

## Wild and Scenic Rivers

The National Wild and Scenic Rivers Act requires federal land agencies—including the BLM, the National Park Service, the USFS, and the USFWS—to use their land and resource management planning processes to identify and evaluate rivers that may be "eligible" and "suitable" for designation as Wild and Scenic rivers.[453]

To be eligible, a river, stream, or segment must be free-flowing and must possess at least one Outstandingly Remarkable Value (ORV). ORVs include scenic, recreational, geologic, fish and wildlife, historic, cultural, or similar values. Once a federal agency establishes eligibility, it evaluates that river or river segment for its suitability for designation as a Wild and Scenic river.[454] Agencies consider many factors in the suitability evaluation, including whether nonfederal entities that may implement protective management demonstrate a commitment to protect the river and its ORVs.

Agencies that find a specific river segment suitable may recommend that segment for designation as a Wild and Scenic river. Only an act of the Secretary of the Interior (upon the governor's request) or an act of Congress may make the designation. The USFS, NPS, and the BLM have determined many river segments in Colorado to be suitable for designation since passage of the original Wild and Scenic Rivers Act in 1968.

If the Secretary of the Interior or an act of Congress designates a river as a Wild and Scenic river, that designation may include a federal reserved water right for a quantity of water necessary to achieve the Act's purposes—including protecting the ORVs for which a river is designated. However, the managing agency has discretion about whether to quantify, adjudicate, or request enforcement of the federal water right. In this context, Colorado can work with local managing agencies to protect flows that can support ORVs using Colorado's Instream Flow Program. Additionally, federal land management agencies may impose conditions on permits or other federal land management decisions to protect the free-flowing nature, water quality, and classification associated with ORVs for candidate (eligible and suitable) Wild and Scenic rivers. Federal land management agencies review proposed projects in, above, or below a designated reach to determine if "they would invade the area or unreasonably diminish the Outstandingly Remarkable Values."[455] If so, the agency may request that project proponents modify the project to avoid adverse effects. If proponents cannot modify the proposed project, the permitting agency may deny the request for a federal permit or assistance. While federal agencies have determined that several rivers in Colorado (for example, the Dolores and Arkansas Rivers) are suitable for designation, and manage them as suitable in the absence of congressional designation, water development and management have proceeded.

In 2009, Colorado's General Assembly established the CWCB Wild and Scenic Rivers Act Alternatives Fund to support cooperative and collaborative processes that are committed to exploring alternative avenues for resource protection.[456] These processes typically consist of stakeholder groups aimed at protecting the ORVs associated with rivers within Colorado, while protecting Colorado's ability to fully use its compact and decree entitlements. The goal of such processes is to find alternatives to Wild and Scenic designation that satisfy the federal agencies' requirements to protect the ORVs. Representatives of diverse interests—including state agencies, local governments, conservation groups, recreation groups, and individuals—participate in these stakeholder groups, and each brings a different perspective to the group's work.

The Cache la Poudre River is the only river in Colorado that is currently designated as a Wild and Scenic river.[457] However, the BLM and the USFS are currently evaluating several river segments in Colorado for Wild and Scenic eligibility and suitability as part of their current land and resource management planning processes. Some NPS units have evaluated their resources for Wild and Scenic eligibility; however, most of those units have not evaluated their resources for suitability. Currently, three active stakeholder groups are using the Wild and Scenic Fund to discuss the merits of suitability findings and, in most cases, to develop alternative ways of protecting the ORVs several federal agencies identified. Stakeholder groups include the Upper Colorado River Wild and Scenic Stakeholder Group, the River Protection Workgroup (working in southwest Colorado), and the Dolores River Dialogue's Lower Dolores Plan Working Group. Additionally, since 1997, the South Platte Enhancement Board has been actively implementing its alternative plan to a possible designation under the Wild and Scenic Rivers Act.[458]

BLM_0065155



A pied billed grebe feeds in Colorado wetlands.

## State of Knowledge

As part of the process the Colorado Water for the 21st Century Act established in 2005, the nine basin roundtables and the CWCB have worked to identify Colorado's environmental and recreational water needs, also referred to as nonconsumptive needs. Below is a brief description of some resources the roundtables and the CWCB have developed so far. Still, it is apparent that these groups can do additional work to develop common metrics for environmental and recreational attributes and to develop focused, basin-specific knowledge of environmental and recreational needs.

### SWSI Phase 1—Nonconsumptive Mapping (2010)

As part of the nonconsumptive needs assessments, each basin roundtable mapped out the locations of important nonconsumptive attributes. These reaches or watersheds are known as "focus areas." Each focus area is associated with one or more attributes, such as imperiled fish species, important boating and fishing areas, and important waterfowl hunting areas, among others.[459] Environmental attributes the roundtables identified include federal and state threatened, endangered, and imperiled species (e.g. piping plover, greenback cutthroat trout, boreal toad, bluehead sucker); significant riparian-wetland plant communities; and special-value waters (e.g. the

CWCB's instream flow water rights, eligible Wild and Scenic rivers).[460] Recreational attributes the roundtables identified include whitewater and flatwater boating; cold- and warm-water fish species; Audubon important bird areas; waterfowl hunting; and wildlife viewing.

### SWSI Phase 2—Nonconsumptive Projects and Methods (2010)

In Phase 2, basin roundtables determined the locations of planned and existing nonconsumptive projects and methods, also known as identified projects and processes, in relation to the focus areas they developed in Phase 1. This information can help determine where known, nonconsumptive identified projects and processes offer direct or indirect protection for a specific attribute. Equally important, it can help determine where there are no known protections for a given focus area. For example, important riparian and wetland areas cover 18,767 stream-miles statewide.[461] Of those miles, existing and planned projects and processes provide or will provide direct protection to 2 percent, a combination of direct and indirect protection to 2 percent, and indirect protection to 23 percent. Of those stream-miles, 73 percent currently have no known protection. The CWCB organized the survey information in a database with Phase 1 information, and summarized it in maps created using GIS.[462] The maps include a list of planned nonconsumptive projects and methods, and show: 1) Where planned and existing projects and methods overlap with the nonconsumptive focus areas, and 2) Where there are no known projects that support those reaches.

### Watershed Flow Evaluation Tool

The CWCB partnered with The Nature Conservancy and CDM Smith to pilot a tool known as the Watershed Flow Evaluation Tool (WFET). The WFET provides a framework for examining the risk of ecological change as it relates to streamflow alteration at a watershed or regional level. By contrast, site-specific quantification applies standard techniques to develop reach-based flow quantification based on historic data collection efforts. The WFET can help identify reaches where the historical alteration of streamflow has either increased or decreased risk to a given attribute, such as a cold-water fishery, a warm-water fishery, and riparian vegetation. The WFET can also help project ecological responses to future streamflow scenarios that result

BLM_0065156

from new water development projects, a compact call, or climate change. To date, the Colorado and Yampa/White/Green Basin Roundtables have applied the WFET to their basins.

It is important to note that the WFET and site-specific flow-quantification techniques possess different capabilities and limitations, and therefore complement each other. For example, the WFET can help target areas that may need further site-specific studies to quantify flow needs, and site-specific quantification can help refine risk-level categories the WFET identifies.[463]

## Stream Management Plans

Stream management plans can play an important role in identifying both the needs of environmental attributes, and the projects and methods that will benefit those attributes. For example, the Grand County Stream Management Plan examined approximately 30 stream reaches in the Upper Colorado River Basin to "provide a framework for maintaining a healthy stream system in Grand County, Colorado, through the protection and enhancement of aquatic habitat while at the same time protecting local water uses, and retaining flexibility for future water operations."[464] or each stream reach, the plan includes a reach description, study methodology and results, recommendations for environmental target flows, review of existing temperature and water quality data, monitoring guidelines, unique features and issues, and supporting data.[465] Action items the plan identified include restoration opportunities and monitoring recommendations by stream reach, and the "Learning by Doing" process (similar to adaptive management). Learning by Doing includes monitoring, evaluation, and adjustment of restoration opportunities—including flow enhancements—for the purpose of meeting pre-established goals.[466]

Well-developed stream management plans should be grounded in the complex interplay of biology, hydrology, channel morphology, and alternative water use and management strategies. They should also consider the flow and other structural or management conditions needed to support both recreational uses and ecosystem function. A stream management plan should: (1) Involve stakeholders to ensure their

acceptance of the plan; (2) assess existing biological, hydrological, and geomorphological conditions at a reach scale; (3) identify flows and other physical conditions needed to support environmental and recreational water uses; (4) incorporate environmental and recreational values and goals identified both locally and in a basin roundtable's BIP; and (5) identify and prioritize alternative management actions to achieve measurable progress toward maintaining or improving flow regimes and other physical conditions. For basin roundtables, local stakeholder groups, and decision makers, such plans can provide a framework for decision making and project implementation related to environmental and recreational water needs.[a]

The necessary steps for the development of a stream management plan include: (1) Gathering stakeholders to participate in plan development; (2) identifying the plan's objectives; (3) identifying and prioritizing ecological and recreational values; (4) establishing goals for flows and other physical conditions in order to protect or enhance environmental and recreational attributes on streams and rivers within a given watershed; (5) collecting and synthesizing existing data describing flows for river ecosystems, boating, or other needs in the watershed; (6) assessing existing physical conditions of stream reaches, including geomorphological and riparian conditions; (7) selecting quantitative measures that can be used to assess progress made toward articulated goals; (8) determining what new information is needed and the best methods for obtaining that information; (9) quantifying specific numeric flow recommendations (or ranges of flow) and physical conditions and assessing the potential for channel reconfiguration to support environmental and recreational values; (10) identifying temporal, geographical, legal, or administrative constraints and opportunities that may limit or assist in the basin's ability to meet environmental and recreational goals; and (11) implementing a stakeholder-driven process to identify and prioritize environmental and recreational projects and methods. Stream management plans should provide data-driven recommendations that have a high probability of protecting or enhancing environmental and recreational values on streams and rivers.[b]

---

[a] This summary of the elements of a stream management plan is based upon public comments that incorporated information the Colorado River basin roundtable compiled, and upon comments that the Northwest Colorado Council of Governments Water Quality/Quantity Committee submitted.

[b] This description of the steps to develop a stream management plan is based upon public comments that incorporated information from the Grand County Stream Management Plan and upon comments that the Northwest Colorado Council of Governments Water Quality/Quantity Committee submitted.

BLM_0065157

Section 7.1's recommendation for a collaborative approach to watershed planning is one that includes stakeholder involvement and management actions supported by sound science—and it applies equally to stream management plans. An inclusive stakeholder approach expedites cooperative and integrated project planning, which leads to successful implementation of measures that will meet the needs the stream management plan identified.

Additionally, while stakeholders can develop stream management plans independently of watershed master plans, a stronger stream management plan will result if the basin conducts it as part of, or in conjunction with, watershed master plans. Numerous watershed master plans incorporate important components of stream management plans. Future stream management plans should build off of existing watershed plans and other available studies.

## Conclusion

While this body of work represents an increase in the understanding of Colorado's nonconsumptive needs, more work is required to understand and quantify recreational and environmental needs. Additionally, the roundtables need information about whether existing nonconsumptive identified projects and processes are sufficient to protect the environmental and recreational attributes the projects and processes target. Based upon the above-described information and information the basin roundtables, stakeholder groups, and others are developing, Colorado can develop a strategic approach to meeting its nonconsumptive needs and provide meaningful protection to environmental and recreational attributes.

# Existing Environmental and Recreational Legislation

## Instream Flow Legislation

Colorado's General Assembly established the Instream Flow and Natural Lake Level Program in 1973, recognizing "the need to correlate the activities of mankind with some reasonable preservation of the natural environment."[467] This legislation vested the CWCB with exclusive authority "on behalf of the people of the state of Colorado, to appropriate or acquire...such waters of natural streams and lakes as may be required to preserve the natural environment to a reasonable degree."[468] Over the years, the General Assembly has amended and clarified aspects of this legislation. Highlights of recent legislation are presented below.

In 2002, Senate Bill 02-156 authorized the CWCB to use acquired water rights to improve the natural environment to a reasonable degree.[469] In 2003 and 2005, the General Assembly responded to the 2002 drought conditions by allowing temporary changes of water rights to instream flow purposes, with DWR approval.[470] In 2007 and 2008, the General Assembly established protections for water rights owners that lease water to the CWCB for instream flow use. These protections provide that a lease to the CWCB will not reduce the historical consumptive use of a water right. It also eliminates the legal presumption of abandonment for water rights that the CWCB has used nonconsumptively.[471]

In 2008, the General Assembly authorized an annual appropriation of $1 million from the CWCB Construction Fund for costs of acquiring water for instream flow use.[472] That same year, the General Assembly authorized an annual appropriation of $500,000 from the Species Conservation Trust Fund for the costs of acquiring water for instream flow use to preserve or improve the natural environment of species that have been listed as threatened or endangered under state or federal law, or are candidate species, or are likely to become candidate species.[473] In 2009, the General Assembly established a tax credit that created a market-based incentive for voluntary donation of water rights to the CWCB for instream flow use.[474]

BLM_0065158

## Recreational In-Channel Diversion Legislation

In 2001, the General Assembly established authority and procedures for local government entities to apply for and hold in-channel water rights for recreational uses, referred to as RICDs.[475] The legislation charged the CWCB with making findings of fact and submitting recommendations to the water court regarding RICD water court applications. It also authorized the CWCB to hold hearings on such applications if any party requested it. In 2006, the General Assembly updated the procedures for RICD water rights applications. It also clarified the role of the CWCB's administrative process as well as its determination of findings of fact to submit to the water court.[476]

## BIP-Identified Environmental & Recreational Projects & Methods

As part of the BIP process, the basin roundtables identified projects and methods that could assist in meeting environmental and recreational needs within their basins. The process for identifying these projects and methods was unique to each basin; roundtables collected and organized information through public outreach, input solicitation, and review by committees or the full roundtable. As a result, because these processes were different in each basin, the manner in which the BIPs presented these projects and methods varied. Some basins identified reaches of concern, and others consolidated existing compilations of project information.



A lake near Boulder with views of the Flatirons.

BLM_0065159

This section examines and summarizes the work of the basin roundtables. It focuses on a brief description of the process each basin used, a general overview of projects and methods identified, and the path forward as basins move to meet their goals and measurable outcomes. More information on the BIP process and how each basin collected and organized its environmental and recreational projects is available in the individual BIPs, which are available on the Colorado's Water Plan website.[477]

### Arkansas River Basin

The Arkansas Basin Roundtable undertook an ambitious public outreach process by hosting meetings around the basin to gather input and suggestions from residents. One of the hallmarks of this process was the input form the roundtable designed. The input form encouraged basin residents to submit ideas and projects for the roundtable's consideration. The roundtable also considered the list of IPPs from SWSI 2010, as well as focus areas or areas of concern the Nonconsumptive Needs Committee identified.[478]

---

**ARKANSAS BASIN AT A GLANCE**

**135** projects identified on the iPP List that meet environmental or recreational needs

**$345,230,000** in costs identified for **2** projects

**382 stream-miles** identified for protection by **15** projects

---

The roundtable has gathered project lists from several sources, including SWSI 2010, The Nature Conservancy, CPW, and others. The BIP also identifies projects the roundtable funded through the WSRA program, and projects or methods the public input process helped identify and the roundtable undertook. Through this inventory of potential projects, the roundtable seeks to prioritize available WSRA funding, and to demonstrate the types of projects it believes conform to the basin's goals and measurable outcomes.[479]

The BIP Project Database includes environmental and recreational projects, classifying them by definitions of Master Needs, Preliminary Needs, and IPPs. These projects line up with the basin's environmental and recreational goals of maintaining and improving key attributes. Many of the identified projects concentrate on the protection and restoration of key habitat through diversion replacement, wetland improvement, and reoperation of currently existing storage rights. Three of the identified projects are associated with some aspect of instream habitat restoration. Two projects identified by the Committee focus on recreational needs through activities such as boat chute improvement, campsite restoration, and reservoir renovation with recreational needs in mind.

Moving forward, the Arkansas Basin Roundtable plans to delve deeper into the public input it received through its outreach program. For projects that meet basin goals, proponents may be invited to a roundtable meeting to present on their projects, and to potentially work with the roundtable to meet funding needs. As it moves forward to maintain an updated inventory of activities within the basin, the roundtable plans to take a holistic view of projects and methods, exploring concepts such as watershed health. GIS mapping of needs and identifying areas of concern is a roundtable priority, and supports the BIP's efforts. The roundtable plans to complement this path forward with the pending revised edition of the SWSI, with specific identification of projects and methods that meet the definition of an IPP.

### Colorado River Basin

The Colorado Basin Roundtable also began with an extensive public outreach campaign in which consultants interviewed water providers throughout the basin and hosted many town hall meetings and opportunities for gathering BIP input. This outreach process yielded a comprehensive list of projects, organized by basin themes and geographical location. Similar to the Arkansas Basin approach, the roundtable believed that a comprehensive inventory of projects and methods would serve the basin well as a suite of options for moving forward and for meeting its future water supply needs. The basin also compiled projects and methods from existing sources, such as SWSI 2010, into this inventory. Roundtable members took a closer look at the list of projects and methods. Then, in each basin sub-region, they identified representative

BLM_0065160

## COLORADO BASIN AT A GLANCE

**27** projects identified on the Top Projects list that meet environmental or recreational needs

**$117,500,000 - $152,500,000** in costs identified for **13** projects

**24,082 acre-feet** of development for environmental or recreational needs identified by **3 top** projects

projects that met basin themes and sub-region goals. These projects were designated "Top Projects" and represent important needs at both the basin-wide and sub-region levels.

The Colorado Basin Roundtable established several themes to sum up and organize the input it received from basin stakeholders. Theme #1 is: "Protect and Restore Healthy Streams, Rivers, Lakes, and Riparian Areas."[480] In its identification of Top Projects, the roundtable identified several projects that complement this basin-wide theme. Central to this theme is the roundtable's goal of establishing a basin-wide stream management plan. Data gaps for environmental and recreational needs are a key issue of concern for this basin. The roundtable would like to see more progress statewide in scientifically quantifying the amounts of water necessary to maintain or improve these attributes.

Many of the roundtable's identified Top Projects and methods have an environmental or recreational focus. Many include the acquisition of water rights to restore or protect streamflow, or flow-related recreational protection. The needs of endangered species in the Colorado Basin are highlighted in the BIP's goals and measurable outcomes; species recovery is a measurable outcome to be achieved through habitat improvement and addressing invasive species.

Moving forward, the roundtable plans to begin organizing the inventory of projects for potential implementation. To prioritize the projects and methods, the roundtable will examine each through the lens of the basin-wide themes, and will identify projects that may serve multiple purposes or meet basin goals. Many of the water management-related projects and methods may already be in the planning stages. Some of these may be associated with the CRCA, and some may be roundtable-funded projects that anticipate multiple phases.[481]

## Gunnison River Basin

The Gunnison Basin Roundtable identified two basin goals that address environmental and recreational water needs, and then identified projects and methods within the basin that could assist in meeting those needs.[482] The roundtable compiled this inventory of projects and methods through outreach within the basin and through stakeholder participation in the BIP process. The roundtable also convened a group of environmental and recreational advocates, including staff from state and federal agencies, to provide input and assist in identifying focus reaches. As part of the BIP process, the roundtable approved the use of "project summary sheets," which help break down elements of projects and methods such as project proponent, project cost, and effectiveness in meeting basin goals.[483]

## GUNNISON BASIN AT A GLANCE

**30** projects identified that meet environmental or recreational needs

**$427,848,100** in costs identified for **23** projects

**21,472 acre-feet** of development for environmental or recreational needs identified by **10** projects

In organizing its projects and methods inventory, the roundtable established three tiers of projects. The tiering criteria were the timeline and the effectiveness in meeting basin goals. The basin roundtable also identified 29 target stream reaches within the basin as areas where environmental and recreational projects and methods could be beneficial. While identifying potential projects and methods, the roundtable highlighted a series of ongoing efforts involving environmental protections and monitoring that help to maintain these attributes within the basin.

The Gunnison Basin Roundtable defined Tier 1 projects and methods as those whose implementation is likely feasible by 2025 and that do an excellent job of meeting basin goals.[484] Of the 49 projects classified as Tier 1, 18 are associated with Basin Goal #5: "quantify and protect environmental and recreational water uses."[485] These projects mostly focus on improving or restoring stream channels within the aforementioned target stream reaches, or on improving native trout

BLM_0065161

populations. Many projects identified as Tier 1 are multipurpose projects that include an environmental or recreational benefit. The roundtable also identified 22 projects as meeting Basin Goal #7: "Describe and encourage the beneficial relationship between agricultural and environmental and recreational water uses."[486] These projects are chiefly multipurpose projects for agricultural uses with environmental and recreational benefits identified, making them in-line with the basin goal.

For its environmental and recreational goals, the Gunnison Roundtable also established some measurable outcomes that are based in project implementation. Moving forward, the roundtable aspires to develop 10 projects from the list of recommended solutions by 2030. Additionally, the roundtable included a more comprehensive inventory of environmental and recreational projects as a method in the list of recommended solutions, and hopes to see completion of this "Identification and Inventory" by 2020.[487]

### North Platte River Basin

The North Platte Basin also had two primary goals related to environmental and recreational uses and needs.[488] The public outreach and education process the roundtable had been doing up to that point informed the BIP process. The public outreach and education process engaged stakeholders within the basin and also included more technically oriented outreach to identify specific projects and methods. Similar to the Gunnison BIP, the North Platte Basin Roundtable identified one goal associated with the maintenance of healthy rivers and wetlands, and one goal geared toward the nexus with agricultural water use. For both of these goals, the BIP's measurable outcomes are based on project implementation, with an inventory of potential projects and methods that serve as "recommended solutions."[489]



**NORTH PLATTE BASIN AT A GLANCE**

**55** projects identified that meet environmental or recreational needs

**6,226 acre-feet** of development for environmental or recreational needs identified by **3** projects

The projects and methods the BIP identified complement the roundtable's previous work, which prioritized environmental and recreational attributes within the basin. The roundtable applied the previous prioritization of attributes to the inventory of recommended solutions, and established a process for identifying locations where these needs are not being met, and for finding solutions. Measurably, the roundtable plans to develop three projects from the inventory of solutions by 2020.[490] Regarding the goal of supporting environmental and recreational benefits through agricultural projects, the roundtable plans to complete at least two multipurpose projects by 2025.[491]

In its inventory of recommended solutions, the roundtable identified 50 environmental and recreational projects.[492] Of these projects, 37 are classified as restoration of wetlands, riparian, or stream projects. These projects identify specific species for protection and habitat restoration, and many are also associated with water quality or watershed health. The North Platte Basin Roundtable particularly emphasizes wetlands protection and restoration, so it identified amphibians and waterfowl as direct beneficiaries of implementation projects. Ten of the basin projects are focused on habitat restoration through projects that will improve livestock-grazing management through fencing. The focus in this basin, as is evident by its goals and implementation-based outcomes, is on multipurpose projects and methods.

Through implementation of these projects and methods, the roundtable hopes to accomplish incremental increases in recreational activities within the basin. Specifically, the basin aspires to a 5 percent increase in waterfowl hunting and viewing days by 2020, as well as a 5 percent increase in fishing user-days in the same time period.[493] Moving forward, the basin will use its existing prioritization system to evaluate funding for projects and methods in this inventory of recommended solutions.

BLM_0065162



The Rio Grande River flows from high mountain peaks in southern Colorado.

## Rio Grande River Basin

The Rio Grande Basin Roundtable, like others around the state, established a set of basin goals, and then examined potential projects and methods with these goals in mind. The roundtable compared its basin goals with basin needs, and developed a multipurpose focus, since all basin goals had a nexus with environmental and recreational needs.[494] The roundtable gathered and consolidated projects and methods through its public outreach process, and through the work of subcommittees the BIP Steering Committee led. To date, the roundtable has identified 29 projects and methods, which were preliminarily evaluated in accordance with basin goals. The "Project Fact Sheets" describe these in detail.[495]

The roundtable assessed the projects and methods the BIP identified as multipurpose projects. Of those, 28 identify some nexus with environmental and recreational needs.[496] Additionally, the basin compiled a list of additional projects and methods that may merit future consideration, but that the BIP did not consider in this iteration due to time constraints. This additional

> ### RIO GRANDE BASIN AT A GLANCE
> **58** projects identified that meet environmental or recreational needs
>
> **$129,674,531** in costs identified for **24** projects
>
> **4 stream-miles** of protection for environmental or recreational needs identified by **3** projects

section identified 19 projects and methods that would meet an environmental or recreational need, often as part of a multipurpose project.[497]

In keeping with this roundtable's goals and measurable outcomes, many of the identified projects and methods focus on riparian restoration and watershed health. Projects that fall into these categories include those intended to improve fish habitat, restore headwaters, and result in comprehensive watershed planning. Identified storage projects are potential sites for wildlife habitat and recreational opportunities, such

BLM_0065163

as angling and boating. Other projects and methods fall into the category of water management, with plans to study hydrology within the basin, examine post-fire conditions, and potentially optimize streamflow.

Moving forward, the roundtable has estimated costs for 25 of the 29 projects the Project Fact Sheets examined. These 25 projects total an estimated financial need of more than $218 million through the year 2020.[498] As the roundtable moves forward with the basin planning effort, it will explore funding avenues, and may refine the list of identified projects and methods. The roundtable will do additional analysis of the supplementary list of projects and methods, and as it measures these potential recommendations against basin goals, may prioritize some of them. Similar to the Colorado Basin Roundtable, the Rio Grande Roundtable has identified the need to fill information gaps regarding environmental and recreational needs, and to find ways to better understand how water may be managed to maintain and protect these attributes. The BIP provides a list of projects and methods that would address these information gaps, and provides guidance to the roundtable as it moves forward on project funding and implementation.[499]

## South Platte River Basin (Including Metro)

The joint BIP the South Platte Basin and Metro Roundtables prepared required a large amount of outreach throughout the basin, as these comprise the most populous areas in Colorado. The roundtables chose "Protect and enhance environmental and recreation attributes" as an area of focus when looking to future water needs in the basin. In addition, the roundtable identified a series of measurable outcomes to meet the basin's environmental and recreational goal: "Fully recognize the importance of, and support the development of environmental and recreational projects and multipurpose projects that support water availability for ecologically and economically important habitats and focus areas."[500]



SOUTH PLATTE/METRO BASIN AT A GLANCE
**75** projects identified that meet environmental or recreational needs

The South Platte/Metro BIP highlights examples of projects throughout the basin that are consistent with the above environmental and recreational goal. It lists these examples by basin sub-region, and provides mapping and analysis that demonstrates key attributes in those areas. The South Platte/Metro team, similar to other basins, chose to create an inventory of projects and methods to serve as a suite of options for fulfilling these nonconsumptive measurable outcomes. A great deal of the projects listed for environmental and recreational projects came from the SWSI 2010 nonconsumptive needs assessment, and many of those projects have been completed. Beyond these identified projects, the roundtables also created an inventory of "Additional Identified Environmental and Recreational Projects."[501] The roundtables identified these projects through the public outreach process or through proponent submission, or identified them as active, in-progress projects the roundtables chose to identify as steps toward meeting the nonconsumptive measurable outcomes.

Beyond the inventory of SWSI and additional environmental and recreational projects, the roundtables identified specific examples of projects they believe meet their measurable outcomes, and would be good models to follow in the future. The roundtables specifically highlighted existing multipurpose projects throughout the basin that were in line with goals and measurable outcomes. These goals focus on endangered and threatened species, the economic value of environmental and recreational uses, and the sustainability of water-dependent areas. Following these goals, the roundtables categorized many projects that were identified beyond the SWSI needs assessment as wetlands restoration, riparian restoration, and stream habitat projects. Measurably, the roundtables identified the recovery of key species of trout and native plains fish as important. Serving as a snapshot of the current state of affairs in the basin, this list identified projects that are proposed, planned, completed, and ongoing.

The BIP also included an analysis of the benefits to environmental and recreational needs that multipurpose projects can provide. Examples include the potential for installation of environmentally friendly passages after flood events, coordinated reservoir operations, and recharge projects.[502] Moving forward, the roundtables will continue to identify projects and methods that match up with their identified measurable outcomes, and seek to identify projects that may meet multiple needs.

BLM_0065164

## Southwest Basin

The Southwest Basin Roundtable completed an extensive public outreach process to provide a comprehensive update to the SWSI 2010 IPP list. Through a series of public meetings, newspaper articles, and conversations with water management entities within the basin, the roundtable created a complete inventory of new IPPs within the basin. Additionally, the roundtable identified "Conceptual IPPs," which have no active sponsor, but are ideas for projects and methods within the basin that may conform to basin goals and measurable outcomes.[503] The Southwest Basin Roundtable, similar to the Rio Grande, evaluates any project or method for potential multiple uses and benefits. Approximately 50 percent of the IPPs are primarily meeting potential environmental and recreational needs.[504]

### SOUTHWEST BASIN AT A GLANCE

**72** projects identified that meet environmental or recreational needs

**$30,000** in costs identified for **1** project

**202 stream-miles** of protection for environmental or recreational needs identified by **9** projects

The goals the roundtable identified specifically recognized the benefit environmental and recreational values provide to statewide and local economies. The roundtable's measurable outcomes include the maintenance, protection, and enhancement of these uses, as well as species recovery and watershed health. The inventory of projects and methods listed 67 environmental and recreational projects.[505] The inventory identified projects that pertain to invasive species removal, native revegetation, hydroelectric projects, natural disaster mitigation, habitat protection and restoration for trout and warm-water fish, appropriation of instream flows, habitat assessments, and fish passage projects.

Within the text of the BIP, the roundtable identified representative environmental and recreational IPPs. These example projects provided a look at the type of implementation of environmental project and method implementation that is planned or ongoing within the multiple sub-basins of the southwest. In line with the basin's measurable outcomes relating to the "condition and natural function of streams, lakes, wetlands, and riparian areas," the basin plans riparian restoration projects for key reaches of the La Plata, Dolores, Navajo, and San Juan Rivers.[506] On the Florida River, the basin identified livestock fencing as a means to protect a riparian buffer zone.

Moving forward, the basin will continue to consider all proposed IPPs equally, and will evaluate each one for potential multiple uses and benefits. In the BIP text, the roundtable considered opportunities for funding availability. It also explored the concept of "bundling" a package of proposals, and ways in which such an approach may help make the most of limited funding.[507] The Southwest Basin Roundtable, similar to the Rio Grande and Colorado, identified the data gaps in environmental and recreational water needs as a priority moving forward. The roundtable discussed identification and evaluation of gaps in this body of knowledge, and believes that by addressing these gaps, it can accomplish more reliable planning for the water supply future of the basin, and can make project implementation more efficient.

## Yampa/White/Green River Basin

The Yampa/White/Green Basin Roundtable drew from two different sources to compile an inventory of projects and methods within the basin. First, the roundtable conducted an extensive outreach process, including holding several public meetings, publishing information in local publications, and issuing surveys. Also, the roundtable had previously begun the Projects and Methods Study, which identified projects and methods within the basin, as well as compared certain IPPs against potential future hydrological scenarios.[508]

### YAMPA/WHITE/GREEN BASIN AT A GLANCE

**22** projects identified that meet environmental or recreational needs

**$5,050,000** in costs identified for **4** projects

**371 stream-miles** of protection for environmental or recreational needs identified by **16** projects

BLM_0065165

The roundtable identified two main inventories of projects with an environmental and recreational nexus. Many of the projects and methods listed in the inventory of "Current M&I, SSI, Agriculture, and Multipurpose IPPs" have an identified or potential benefit for environmental and recreational needs, some of which were modeled.[509] Additionally, some of the identified projects are the subject of ongoing feasibility studies that could potentially identify environmental and recreational benefits that project implementation can help realize. Drawing from interviews and information basin stakeholders provided, the roundtable identified a collection of projects with primarily environmental and recreational benefits. Most of these projects and methods are located within focus areas the roundtable identified. This collection identifies 18 projects and methods. Several of these projects have a completion date before 2020, while others are classified as ongoing through 2020.[510]

The list of Environmental and Recreational Identified Projects and Processes focuses heavily on the improvement of existing river conditions to restore and improve environmental and recreational attributes. Several projects identified the modification of specific reaches for the benefit of endangered fish or for recreational access. Other projects seek to restore and preserve the natural state of the river for watershed health and erosion control. Other proposed methods would study potential solutions to identified challenges, such as flow regimes for endangered fish, or potential augmentation of instream flow shortages. However, the roundtable emphasized that the current inventory is not exhaustive, and that other projects and methods will be necessary to fully address the environmental and recreational needs located within focus segments or otherwise. As planning efforts continue within the basin, the roundtable will identify additional projects and methods to meet these needs.

Like other basin roundtables, the Yampa/White/Green BIP stressed the need for accurate information and analysis of data gaps for environmental and recreational needs. To that end, and to fully assess the

## TABLE 6.6-1  COMPLETED, ONGOING, AND POTENTIAL FUTURE ACTIONS

| COMPLETED AND ONGOING ACTIONS | POTENTIAL FUTURE ACTION |
|---|---|
| <ul><li>Implement ESA recovery programs</li><li>Implement basin nonconsumptive projects</li><li>Develop draft Nonconsumptive Toolbox</li><li>Put Wild and Scenic alternatives in place</li><li>Implement the CWCB Instream Flow Program</li><li>Implement Colorado Watershed Restoration Program</li><li>Implement Species Conservation Trust Fund</li><li>Implement CPW Management Plans</li></ul> | 1. Develop statewide goals and measurable outcomes to be considered for incorporation into BIPs<br>  a. Develop goals and measurable outcomes for federally listed endangered and threatened species<br>  b. Develop goals and measurable outcomes for imperiled species<br>  c. Develop goals and measurable outcomes for economically important nonconsumptive uses<br>  d. Develop goals and measurable outcomes for multipurpose projects and methods<br>2. Pursue projects and methods to meet nonconsumptive needs as part of the BIPs<br>  a. Develop basin-wide goals<br>  b. Develop measurable outcomes<br>  c. Identify needs and opportunities<br>  d. Use the decision process to determine projects and methods<br>3. Track nonconsumptive projects and methods<br>  a. Conduct nonconsumptive surveys and analysis<br>  b. Create web portal<br>  c. Use existing database<br>  d. Use the Basin Needs Decision Support System<br>4. Develop incentives, including funding for projects and methods in the nonconsumptive focus areas<br>  a. Assess funding needs<br>  b. Target existing funding sources and programs to provide enhanced levels of support for implementation of nonconsumptive needs<br>  c. Explore additional incentives, including funding options<br>5. Develop environmental metrics that can help evaluate future projects (to be considered in the new supply discussions)<br><br>Manage and improve storage, infrastructure, and reservoir operations to benefit environmental and recreational values [Section 6.5] |

BLM_0065166

effects of projects and methods, the roundtable plans to use studies and modeling efforts that are already completed or underway. The roundtable will use these analyses to determine which type of project or location would be the most beneficial regarding stream conditions and hydrologic impact.

## IBCC Actions

In 2013, the IBCC developed the No-and-Low-Regrets Action Plan to implement environmental and recreational projects and methods. This strategy outlines what should be carried out in the near term statewide. The IBCC reached consensus on the need to implement the actions, regardless of the future scenario. Table 6.6-1 summarizes these actions.

## ACTIONS

A strong Colorado environment is critical to the state's economy and way of life. Colorado's Water Plan sets a measurable objective to cover 80 percent of the locally prioritized lists of rivers with stream management plans, and 80 percent of critical watersheds with watershed protection plans, all by 2030.

To support a strong environment that includes healthy watersheds, rivers and streams, and wildlife, as well as a robust recreation and tourism industry, several actions are necessary:

1. **Technical work:** As part of the next version of SWSI, the CWCB, in consultation with the basin roundtables, will conduct additional technical work associated with the environmental and recreational focus areas to better determine the levels of existing protections, and where additional projects and methods should focus.

2. **Near-term projects and methods to address high-priority needs:** The CWCB will work with CPW, the basin roundtables, and other relevant agencies to establish and achieve measurable outcomes for (a) federally and state-listed endangered and threatened species, and imperiled species; and (b) economically important water-based recreational uses. It will accomplish this by developing a plan within the next three years that compiles and develops near-term projects and methods that address these high-priority needs, including projects the BIPs identified. This

work will build on the work of the basin roundtables and the SWSI, including the work done in Action 1 above. At the same time, the CWCB will continue to provide technical and financial assistance to support the strategic implementation of currently identified projects.

3. **Common metrics:** In coordination with other state agencies, basin roundtables, and other stakeholders, the CWCB will develop common metrics for assessing the health and resiliency of watersheds, rivers, and streams.

4. **Watershed master plans:** As Section 7.1 indicates, the CWCB will work with watershed and other stakeholder groups toward a long-term goal of developing watershed master plans for every large watershed area to maintain watershed health. The CWCB will encourage and support capacity in areas that currently do not have watershed groups or other broad, local stakeholder groups.

5. **Stream management plans:** To promote healthy watersheds, rivers, streams, and wildlife, the CWCB encourages and will work with basin roundtables and other stakeholder groups to develop stream management plans for priority streams identified in a BIP, or otherwise identified as having environmental or recreational value. As part of this work, the CWCB will provide guidelines and templates for developing stream management plans, and will conduct ongoing analyses through the SWSI. To ensure continued planning and implementation in this context, the CWCB will explore additional funding sources, in addition to funding sources the 2015 CWCB Projects Bill provides.

6. **Incorporation of drought and climate change:** The basin roundtables and the CWCB will incorporate into the BIPs and the next update of the SWSI potential effects of drought and climate change on environmental and recreational attributes.

7. **Multipurpose projects:** To support the development of multipurpose projects and methods, the CWCB will work with the basin roundtables and other stakeholders on an integrated approach to understanding how environmental and recreational projects and methods can interact with municipal,

BLM_0065167