agricultural, and industrial projects and methods to achieve multiple benefits. The CWCB will strategically support the implementation of BIP-identified multipurpose, projects, and methods that help meet environmental, recreational, agricultural and community water needs. It will accomplish this with state financial and technical resources, taking into consideration locally identified geographic and/or seasonal gaps. This will include establishing priorities in Colorado's grant and loan programs for multipurpose projects and methods. Working with the basin roundtables and BIPs, the CWCB will also coordinate with project sponsors to explore and support opportunities to increase benefits to environmental and recreational values associated with existing and planned storage and infrastructure.

8. **Proactive implementation of existing programs:** The CWCB, other state agencies, basin roundtables, and other interested stakeholders will continue to support and implement state programs that benefit environmental and recreational attributes, such as the Colorado Watershed Restoration Program, Instream Flow and Natural Lake Level Program, Wild and Scenic Rivers Act Alternatives Fund, and CPW's Wetlands for Wildlife Program. The DNR and its agencies will institute policies, criteria, and programmatic approaches to proactively developing projects and methods that strategically address important aquatic, riparian, and wetland habitats.

9. **Continued support of ESA activities:** The CWCB, CPW, and water users will continue to support and participate in collaborative approaches to ESA issues, including recovery programs, cooperative agreements, and other efforts to prevent listings and promote the sustainability of endangered, threatened, and imperiled aquatic- and riparian-dependent species and plant communities.

10. **Broadened support of recreational uses:** The CWCB will support local governments with water recreation opportunities through continued technical consultation and funding, where appropriate. To assist with water project planning, the CWCB will support the development of tools that can be used to better understand the relationship between stream flows and recreational water uses. Additionally, the DNR will explore opportunities to protect instream flows for recreational uses without the requirement of a control structure.

11. **Funding:** As Section 9.2 discusses, the CWCB will work with appropriate entities to strengthen funding opportunities for environmental and recreational projects, including funding for long-term monitoring and maintenance of such projects, by:

    a. Coordinating current funding

    b. Assessing funding needs

    c. Exploring additional funding opportunities

BLM_0065168



Sunrise reflection of Hallet Peak on Dream Lake, Rocky Mountain National Park.

BLM_0065169



# A LOOK AT HISTORY

Construction of the Alva B. Adams Tunnel, a feature of the C-BT Project, began in 1940. The tunnel drops 109 feet in elevation over its 13.1 mile length and is 3,800 feet below the Continental Divide at its deepest point. The tunnel transfers water from the Colorado River drainage to Colorado's Front Range. Construction was suspended in 1943 for nearly a year due to WWII, but was completed on March 31, 1944. When the tunnel was holed through, NBC Radio broadcast the event live throughout the United States.

SOURCE: Bureau of Reclamation.

CAPTION: Thomas V. Cech, J William McDonald, Defened and Develop:
*A Brief History of the Colorado Water Conservation Board's First 75 Years,*
[Denver: Wellstone Press and the Colorado Water Conservation Board, 2012.]

BLM_0065170



# A LOOK AT HISTORY

Increasing demand for municipal water supplies along the Front Range, symbolized here by the growth of subdivisions on former farmlands, was one of the issues which prompted the creation of the IBCC process.

Courtesy of the Northern Colorado Water Conservancy District.

CAPTION: Thomas V. Cech, J William McDonald, Defend and Develop: *A Brief History of the Colorado Water Conservation Board's First 75 Years*, [Denver: Wellstone Press and the Colorado Water Conservation Board, 2012.]

BLM_0065171



# A LOOK AT HISTORY

Boy irrigating alfalfa, date unknown.

Courtesy of City of Greeley Museums, Permanent Collection. source: Bureau of Reclamation.

BLM_0065172

**MARK MARLOWE,** CONTINUED FROM PAGE 6-68

operations and lead a team of 79 employees in their mission of providing excellent service to over 55,000 residents. I also serve on a number of regional water boards including the South Metro Water Supply Authority and the WISE Authority. Prior to becoming the Utilities Director for the Town in March of 2013, I spent 10 years with Dalton (GA) Utilities most recently as the Senior Vice President of Watershed Services. In this position, I was responsible for running the water, wastewater, and stormwater business unit, an award winning full service utility that provided water service to approximately 100,000 people in Northwest Georgia. My career also includes experience working for General Electric as a project manager as well as several regional consulting/engineering firms in the Southeast over approximately a 10 year period before joining Dalton Utilities.

I earned a Bachelor of Arts (Russian Studies and Mathematics) from the University of North Carolina at Chapel Hill and a Bachelor of Science in Civil Engineering from the Georgia Institute of Technology. I also hold a Master of Environmental Engineering from the Georgia Institute of Technology and am a licensed professional Engineer in Colorado and Georgia. I have been a Rotarian since 2005 and served as the President of the Rotary Club of Dalton during the 2011 to 2012 Rotary year.

I am currently a member of the Rotary Club of Castle Rock. I live in Castle Rock with my wife and two children, Brett and Cecilia. I am an avid soccer fan, and coach my daughters in my spare time. My family supported my desire to come to Castle Rock to join Castle Rock Water because water is recognized by the community as the most important thing for the long term success of the community. I loved the idea of being a part of a community where the importance of water was recognized.

I spent the early part of my career searching for meaning in my life. First, I started searching in the environmental industry, but when I took a position with a water utility and became part of the mission of providing clean water and sanitation, I found my calling. In addition to loving water for all kinds of reasons (you need water for coffee and even more importantly hot showers a.k.a. heaven on earth), I quickly realized that it is the people in this "water" industry that make it so fulfilling. The people are servants of society in the truest sense of the word. Generally, they do what they do out of the sheer caring and loving of the communities they serve, not for money or recognition or any other reason. I cherish working with these people.

I am most proud of being selected and given the opportunity to work with the Castle Rock water team to secure the communities long term renewable water future. Castle Rock has a top notch team and has been a statewide leader in water conservation and long term water planning for many years. To get the opportunity to come from a utility in Georgia, and help lead this amazing team's efforts in Colorado, where water is king, is nothing short of a great honor.

My hope for water supply for the future is that we reach a point on earth where all human beings get to enjoy a hot shower, a clean bathroom, a cool glass of crystal clear tap water, and clean/safe natural water bodies for their beauty and recreational value. Of course, my other hope and quite honestly mission in life is to teach the world about the value of tap water, the best deal on the planet, a value thousands of times better than bottled water or anything else you can buy anywhere with money. I love spending my time working towards that future for my local community and when I get the opportunity, for others across the globe. I will work towards this future till I drop dead or am otherwise required by circumstances to retire from this mission.

**HAROLD GRIFFITH,** CONTINUED FROM PAGE 6-118

Born and raised in Fort Morgan, graduating from Fort Morgan High School in 1958, me and my late wife, Karenjo, owned Griffith Dairy in Morgan County where I milked Grade A cows for more than 50 years. We have nine children, 3 boys and 6 girls, as well as 22 grandchildren.

Passionate about water concerns in eastern Colorado, I spent much of my time as a farmer negotiating water agreements for Morgan County and beyond. I became a member of the Board of Directors for Fort Morgan Irrigation and Reservoir Company in 1977, became president in 1979 and helped with the establishment of the water court filing standards. also helped create a cadillac water plan for Morgan County residents. During my tenure with the commonly known Morgan Ditch Company, I was able to negotiate agreements with the City of Fort Morgan for parks and golf course water use and city of Brush for their municipal wells. One of my biggest accomplishments was the agreement with Public Service Company of Colorado, which created a 40 year lease for the water and sprinkler market.

Why did I do this? I am passionate about negotiating solutions so that farmers can continue to farm and do not run out of water. I am proud of the work I've done for the ditch system. These agreements have boosted the local economy for the Fort Morgan and Brush communities.

I am perhaps most proud of being part of and helping to create the Morgan County Dairy Calf Catch-it program. When participation dwindled to just a few students, I joined with other dairy farmers, and created the Dairy Calf Catch-it program. A two-year program, students are given a dairy heifer to raise and care for before showing at the County Fair. The average price for the champion Dairy Heifer in the last two years has been $5,000. And in 2015, the Catch-it program had 12 participants. Although it is sponsored by local dairy farmers, veterinarians, and citizens, I believe it is about the students, not the sponsors.

In my youth, I was president of a Future Farmers of America chapter and head of the parliamentary procedure team (a skill I still use today). And I still use my Ag Work Manual on a regular basis – refer to it all the time.

**ROBERT T. SAKATA,** CONTINUED FROM PAGE 6-144

the risk associated with new inventive approaches and change.

I am a Colorado native, born and raised in Brighton Colorado on a family farm started by my father Bob Sakata. Currently, my parents, Joanna and Bob, and I are one of the largest fresh market sweet corn growers in Colorado. We also grow broccoli, cabbage, dry bulb onions, pinto beans, field corn, wheat, and barley. My father taught me the importance of investing in good land with good water and to care for those resources like family. With that philosophy water has always been in science, and I worked for AmGen before going back to the farm. I served on the Colorado Water Quality Control Commission for 15 years, was a member of the Metro Basin Roundtable since its inception, and serve on the board of directors for several of the mutual ditch companies that my family farm receives irrigation water from.

Brighton, CO is where I was born and raised and now find myself growing old! Being just north of the Denver metropolitan area I have seen lots of changes but I couldn't ask for a better place to live. Once strictly a farming community, we still have a Cabbage Avenue na, which has grown to include many different industries. We maintain that small community feel…but it's great that we are only minutes away from all of the big city activities that the Denver metropolitan area has to offer.

It was such an honor to serve the citizens of Colorado on the Colorado Water Quality Control Commission for 15 years. In the semi-arid climate that we live in I think most people are keenly aware of water quantity issues but often as a headwaters state we take for granted water quality. In the past there has been a distinct division between water quantity and quality but as the resource becomes more limited the linkage between the two will mandate cooperative management discussions in order to meet both needs.

The Colorado Water Plan along with the Statewide Water Supply Initiative have highlighted the demands that will be placed on our water resources and my hope is simply that we don't end having water wars … like the song says, can't we just all get along? There will have to be a lot of creative minds that develop some unique partnerships to share this limited resource. To grow high quality, nutritious fresh vegetables we need good soil, a good climate and a reliable supply of high quality irrigation water - it's as simple as that - no water-no food.

To be a farmer requires a person to have a lot of faith and belief that what you are doing is going to all work out. When you prepare the soil in the spring, plant the seed, irrigate and nurture it through the summer you are hoping that after months of dedication, you will finally be able to harvest your crop. No different than that, Mother Nature needs to step up and know that planning for tomorrow is more important than what we may desire for today. I truly believe that locally grown fresh nutritious vegetables are an important piece of the overall well being of our society. When I went off to college the last thing I wanted to be was a farmer because watching how hard my parents worked when I grew up I knew that there had to be an easier way to earn a living. My goal was to get into molecular cellular research and to find the cure for cancer…little did I realize then that as a vegetable farmer I was already providing the cure…and now as a farmer I feel I am doing more than I ever could in oncology research. I am committed to ensure that I can continue to play an important role in being a part of creating my hope for the future… as a farmer.

**JACKIE BROWN,** CONTINUED FROM PAGE 6-158

done wisely in a manner that allowed slower growing basins to develop in their own time. I hope to see SB1177 continue, which supports collaboration.

I grew up in Steamboat Springs, Colorado. I am a self-proclaimed lifelong learner who has studied at Boston University, the University of Colorado and Colorado State University. I have a diverse career background spanning project and business management, natural resources, and of course, water in the west. I am currently the Natural Resource Policy Advisor to Tri-State Generation and Transmission. I live in the mountains with a fantastic husband, a four-year old son, and a stubborn black lab puppy who all remind me constantly of the important things in life – not cleanliness.

I became addicted to water at a young age – constantly drenched in fluid or frozen water. My interest in policy came about in 1999 on a trip through the Grand Canyon. As a water rat once said, "there is nothing – absolutely nothing – half so much worth doing as simply messing about in boats" (*Wind in the Willows* by Kenneth Grahame). Living in Steamboat Springs in 2008, I began attending Basin Roundtable Meetings and the rest is history. It gives me great pleasure to work with people and the resource that sustains us.

BLM_0065173

### Section 6.1: Scenario Planning and Developing an Adaptive Water Strategy

1  Colorado Water Conservation Board, *Statewide Water Supply Initiative 2016 Initial Draft Chapter 7: Scenario Planning & Adaptive Management* (CWCB, 2014), http://cwcbweblink.state.co.us/WebLink/0/doc/171931/Electronic.aspx?searchid=8c4f4805-9e67-42b0-a077-c5b03dbcdd95

2  Colorado Water Conservation Board, SWSI 2016 Initial Draft Chapter 7.

3  CDM Smith, Technical Memorandum: Basin Roundtable Portfolio and Trade-off Analysis (Colorado Water Conservation Board, 2012), http://cwcb.state.co.us/about-us/about-the-ibcc-brts/documents/roundtablesummit2012/tm-basin%20roundtable%20summit.pdf

4  Colorado Water Conservation Board, Statewide Water Supply Initiative 2010 (Denver, 2011), 4-29, http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf

5  K.v.d. Heijden, Scenarios: *The Art of Strategic Conversation, 2nd ed.* (New York: John Wiley & Sons, 2005).

6  Peter Schwartz, *The Art of the Long View* (New York: Doubleday, 1991), 3.

7  R. Marra, "Scenario Planning: An Approach to Managing Uncertainty" (workshop at the Colorado Water Congress Annual Convention, Denver, Colorado, January 30-February 1, 2013).

8  R. Marra and T. Thomure, "Scenario Planning: Making Strategic Decisions in Uncertain Times," *Southwest Hydrology*, May/June 2009, 22.

9  Heijden, Scenarios: *The Art of Strategic Conversation*, 1.

10  Colorado Water Conservation Board, *IBCC Annual Report* (CWCB, 2012), http://cwcbweblink.state.co.us/WebLink/DocView.aspx?id=168375&page=3&dbid=0, 2.

11  Colorado Water Conservation Board, *IBCC Annual Report* (CWCB, 2012), 4.

12  Colorado Water Conservation Board, *IBCC Annual Report* (CWCB, 2012), 7-8.

13  Colorado Water Conservation Board, Statewide Water Supply Initiative 2010 Factsheet (Denver, 2011), 2, http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010FactSheet.pdf

14  Colorado Water Conservation Board, *SWSI 2016 Initial Draft Chapter 7*.

### Section 6.2: Meeting Colorado's Water Gaps

15  Colorado Water Conservation Board, *Supplemental BIP Guidance - Goals and Measurable Outcomes* (Denver: 2013), 4, http://cwcbweblink.state.co.us/weblink/0/doc/173845/Electronic.aspx?searchid=ae4317ac-1bc0-4dbd-bbda-928d03a3e04d

16  Colorado Water Conservation Board, *Supplemental Basin Implementation Plan Guidance*, 11.

17  Colorado Water Conservation Board, *SWSI 2010 Appendix J - 2050 Municipal and Industrial Gap Analysis* (CWCB, 2011), 19-20.

18  Colorado Water Conservation Board, *Statewide Water Supply Initiative 2016 Glossary* (Denver: 2014) http://cwcbweblink.state.co.us/WebLink/0/doc/175543/Electronic.aspx?searchid=8160c839-f5ae-477e-bf17-b4ab57f54a1b

19  Colorado Water Conservation Board, SWSI 2010 Appendix J - 2050 Municipal and Industrial Gap Analysis (CWCB, 2011).

20  Colorado Water Conservation Board, *Supplemental Basin Implementation Plan Guidance*, 5-11.

21  Colorado Water Conservation Board, *SWSI 2010 Appendix J - 2050 Municipal and Industrial Gap Analysis* (CWCB, 2011), 19-20.

22  Colorado Water Conservation Board, *SWSI 2010 Appendix J*, 19.

23  CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). http://www.arkansasbasin.com/arkansas-bip.html

24  SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015). http://coloradobip.sgm-inc.com/

25  Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015). https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin

26  Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014), https://www.colorado.gov/pacific/cowaterplan/north-platte-basin

27  DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). http://www.riograndewaterplan.com/

28  HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015). http://southplattebasin.com/

29  Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015). https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

30  AMEC, *Yampa/White/Green Basin Implementation Plan*, (Denver: AMEC, 2015). https://www.colorado.gov/pacific/cowaterplan/yampa_white_green_river_basin

31  West Water, CDM Smith, Shively, CH2MHILL, and Peak Facilitation, *Arkansas Basin Implementation Plan*.

32  CDM Smith, *SWSI 2010 Appendix J - 2050 Municipal and Industrial Gap Analysis*.

33  CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

34  West Water, CDM Smith, Shively, CH2MHILL, and Peak Facilitation, *Arkansas Basin Implementation Plan*, 205

35  CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, Arkansas Basin Implementation Plan

36  CDM Smith, *Basin M&I Gap Analysis* (Denver: CWCB, 2011). http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/GapAnalysisMemo062111FinalWFigures.pdf

37  Colorado Water Conservation Board, SWSI 2010 Appendix J.

38  SGM, *Colorado Basin Implementation Plan*.

39  CDM Smith, *SWSI 2010 Appendix J*.

40  SGM, *Colorado Basin Implementation Plan*.

41  CDM Smith, *SWSI 2010 Appendix J - 2050 Municipal and Industrial Gap Analysis*.

42  CDM Smith, *Basin M&I Gap Analysis*.

43  CDM Smith, *SWSI 2010 Appendix J*.

44  CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*.

45  Wilson Water Group, *Gunnison Basin Implementation Plan*.

46  Wilson Water Group, *Gunnison Basin Implementation Plan*.

47  Wilson Water Group, *North Platte Basin Implementation Plan*.

48  CDM Smith, *Basin M&I Gap Analysis*.

49  CDM Smith, *Basin M&I Gap Analysis*

BLM_0065174

[50] CDM Smith, *SWSI 2010 Appendix J*.

[51] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[52] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[53] CDM Smith, Basin M&I Gap Analysis.

[54] CDM Smith, *SWSI 2010 Appendix J*.

[55] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*.

[56] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan*.

[57] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan*.

[58] CDM Smith, *Basin M&I Gap Analysis*.

[59] CDM Smith, *SWSI 2010 Appendix J*.

[60] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[61] Harris Water Engineering, *Southwest Basin Implementation Plan*.

[62] Harris Water Engineering, *Southwest Basin Implementation Plan*.

[63] CDM Smith, *Basin M&I Gap Analysis*.

[64] AMEC, *Yampa/White/Green Basin Implementation Plan*.

[65] CDM Smith, *SWSI 2010 Appendix J*.

[66] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[67] AMEC, *Yampa/White/Green Basin Implementation Plan*.

[68] AMEC, *Yampa/White/Green Basin Implementation Plan*.

[69] Colorado Water Conservation Board, *Statewide Water Supply Initiative 2016 Glossary* (Denver: 2014).

[70] Colorado Water Conservation Board, *Supplemental Basin Implementation Plan Guidance - Goals and Measurable Outcomes* (Denver, 2013), 12
http://cwcbweblink.state.co.us/weblink/0/doc/173845/Electronic.aspx?searchid-ae4317ac-1bc0-4dbd-bbda-928d03a3e04d

[71] CDM, *SWSI 2010* (Denver, CWCB, 2011), 4-22.

[72] Colorado Water Conservation Board, *SWSI 2010 Appendix H - State of Colorado 2050 Municipal and Industrial Water Use Projections* (Denver, 2011), 156.

[73] Wilson Water Group, *Gunnison Basin Implementation Plan*.

[74] CDM, *SWSI 2010*.

[75] CDM, *SWSI 2010*.

[76] CDM, *SWSI 2010*.

[77] Wilson Water Group, *Gunnison Basin Implementation Plan*.

[78] CDM, *SWSI 2010*.

[79] CDM, *SWSI 2010*.

[80] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

[81] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

[82] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

[83] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

[84] CDM, *SWSI 2010*.

[85] CDM, *SWSI 2010*.

[86] CDM, *SWSI 2010*.

[87] SGM, *Colorado Basin Implementation Plan*.

[88] CDM, *SWSI 2010*.

[89] CDM, *SWSI 2010*.

[90] CDM, *SWSI 2010*.

[91] Wilson Water Group, *Gunnison Basin Implementation Plan*.

[92] Wilson Water Group, *North Platte Basin Implementation Plan*.

[93] Wilson Water Group, *North Platte Basin Implementation Plan*.

[94] CDM, *SWSI 2010*.

[95] CDM, SWSI 2010; DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[96] Rio Grande Water Conservancy District, Proposed Plan of Water Management: Special Improvements District No. 1 of the Rio Grande Water Conservation District
(Alamosa, 2009), http://www.rgwcd.org/attachments/File/Plan_of_Water_Management_51109.pdf

[97] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*.

[98] CDM, *SWSI 2010*.

[99] CDM, *SWSI 2010*.

[100] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan*.

[101] CDM, *SWSI 2010*.

[102] Wilson Water Group, *Southwest Basin Implementation Plan*.

[103] CDM, *SWSI 2010*.

[104] CDM, *SWSI 2010*.

[105] CDM, *SWSI 2010*.

[106] Harris Water Engineering, *Southwest Basin Implementation Plan*.

[107] CDM, *SWSI 2010*.

[108] CDM, *SWSI 2010*.

[109] CDM, *SWSI 2010*.

BLM_0065175

110 Harris Water Engineering, *Southwest Basin Implementation Plan.*

111 Colorado Water Conservation Board, Draft Statewide Water Supply Initiative 2016 Glossary, 3.

112 Colorado Water Conservation Board, Nonconsumptive Toolbox (Denver, 2013), 53-63, accessed July 2015,
http://cwcbweblink.state.co.us/weblink/0/doc/172701/Electronic.aspx?searchid=b764b205-1125-4f18-b3e8-998e5e025e10

113 Colorado Water Conservation Board, *Supplemental Basin Implementation Plan Guidance - Goals and Measurable Outcomes.*

114 CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

115 Colorado Water Conservation Board, *July 2010 Nonconsumptive Needs Assessment Focus Mapping.*
http://cwcbweblink.state.co.us/weblink/0/doc/143889/Electronic.aspx?searchid=a05c7436-830c-490a-a93b-a24fe22bf46e

116 Colorado Water Conservation Board, April 2014 *Gap Analysis Framework, Appendix 4.7-A.*

117 CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*

118 SGM, *Colorado Basin Implementation Plan.*

119 SGM, *Colorado Basin Implementation Plan.*

120 SGM, *Colorado Basin Implementation Plan.*

121 Wilson Water Group, *Colorado Basin Implementation Plan.*

122 2010 Gunnison Basin Nonconsumptive Needs Assessment

123 Wilson Water Group, *Gunnison Basin Implementation Plan.*

124 Wilson Water Group, *Gunnison Basin Implementation Plan.*

125 Wilson Water Group, *North Platte Basin Implementation Plan.*

126 Wilson Water Group, *North Platte Basin Implementation Plan.*

127 Wilson Water Group, *North Platte Basin Implementation Plan.*

128 DiNatale Water Consultants, *Rio Grande Basin Implementation Plan.*

129 HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan.*

130 HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan.*

131 DiNatale Water Consultants, *Rio Grande Basin Implementation Plan.*

132 Harris Water Engineering, *Southwest Basin Implementation Plan.*

133 DiNatale Water Consultants, *Rio Grande Basin Implementation Plan.*

134 AMEC, *Yampa/White/Green Basin Implementation Plan.*

135 AMEC, *Yampa/White/Green Basin Implementation Plan.*

### Section 6.3.1: Municipal Water Conservation

136 Coyote Gulch, "AWWA Annual Conference: 'Every conversation about water should begin with conservation'" — Governor Hickenlooper", June 11th, 2013,
https://coyotegulch.wordpress.com/2013/06/11/awwa-annual-conference-every-conversation-about-water-should-begin-with-conservation-governor-hickenlooper/

137 Colorado Water Conservation Board, *Municipal Water Efficiency Plan Guidance Document* (2012), 39-40,
http://cwcb.state.co.us/technical-resources/water-conservation-plan-development-guide/Documents/FinalWaterEfficiencyGuidanceDocument.pdf

138 P. Mayer, D. Little, and A. Ward, *System Reliability and Demand Hardening* (Colorado Statewide Water Supply Initiative, Conservation and Efficiency Technical
Roundtable, 2006), 2-3.

139 H. & W. S. W. Consultants, *South Platte/Metro Basin Implementation Plan, S-5.*

140 Colorado Water Conservation Board, *Appendix L: SWSI 2010 Municipal and Industrial Water Conservation Strategies,* 25.

141 Colorado Water Conservation Board, *CWCB Water Conservation Levels Analysis II (2011),* 25
http://cwcbweblink.state.co.us/WebLink/0/doc/196681/Electronic.aspx?searchid=2dc837ea-7745-4f6f-bc90-25b518c0418e.X

142 C.R.S. 37-60-115 (6)

143 I. Leonhard Rice Engineers, *Sterling Ranch Precipitation Harvesting Annual Report,* July 2014.
http://cwcbweblink.state.co.us/WebLink/0/doc/192629/Electronic.aspx?searchid=9f10df45-b50e-4d93-8543-49a3dc50333b

144 Dominique Gomez, personal communication, September 2014.

145 C.R.S. § 37-98-103 (5)

146 C.R.S. § 6-7.5-101 et seq.

147 Denver Water, "SB14-103 Fact Sheet," unpublished materials, 2014.

148 C.R.S. § 37-60-115; C.R.S. § 37-92-308

149 C.R.S. § 37-60-126 (4.5)

150 C.R.S. § 38-35.7-107

151 C.R.S. § 37-60-115 (6)

152 C.R.S. § 37-92-103(2)

153 C.R.S. § 37-60-126 (11)

154 Interbasin Compact Committee, *IBCC Report to the Governor Ritter and Governor-Elect Hickenlooper* (2010), 20-22,
http://cwcb.state.co.us/about-us/about-the-ibcc-bris/Pages/main.aspx

155 Interbasin Compact Committee, *Draft No & Low Regrets Action Plan* (2013), 20.
http://cwcbweblink.state.co.us/weblink/0/doc/172937/Electronic.aspx?searchid=369b690c-638b-4207-9e92-efa1e6ff0e95

156 W.Research, CDM Smith, CH2M Hill, Sustainable Practices, B. Bourquard, *Arkansas Basin Implementation Plan* (2015), Section 4.3.

157 SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), Section 2.63.X http://coloradobip.sgm-inc.com/

158 Wilson Water Group, Gunnison Basin Implementation Plan (Denver: Wilson Water Group, 2015), 33.
https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin

159 Wilson Water Group, *Gunnison Basin Implementation Plan,* 43.

160 Wilson Water Group, *Gunnison Basin Implementation Plan,* Table 7, 8.

161 Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2015), 25. https://www.colorado.gov/pacific/cowaterplan/north-platte-basin

BLM_0065176

[162] Wilson Water Group, *North Platte Basin Implementation Plan*, 25.

[163] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015), 122. http://www.riograndewaterplan.com/

[164] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*, 129.

[165] HDR, WestSage WaterConsultants, *South Platte/Metro Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015), 5-2.X
http://southplattebasin.com/

[166] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 4-20.

[167] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*.

[168] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*.

[169] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 4-23.

[170] Harris Water Engineering, Southwest Basin Implementation Plan (Durango: Harris Water Engineering, 2015), 15.
https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

[171] Harris Water Engineering, *Southwest Basin Implementation Plan*, 14.

[172] Harris Water Engineering, *Southwest Basin Implementation Plan*, 80.

[173] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC,2015), 1-10. https://www.colorado.gov/pacific/ccwaterplan/yampa-white-green-river-basin

### Section 6.3.2: Reuse

[174] George Tchobanoglous, Harold Leverenz, Margaret Nellor and James Crook, Direct Potable Reuse: A Path Forward (Water Reuse Research Foundation and WateReuse Association: California, 2011), 28.

[175] P. Brandhuber, *Pilot Testing of Membrane Zero Liquid Discharge for Drinking Water Systems* (Water and Environment Reasearch Foundation, 2014), exec. sum. 2-5.

[176] C.R.S. § 25-8-103 (8.3-8.4); C.R.S. § 25-8-205 (1)(g); C.R.S. § 30-11-107 (1)(kk)

[177] Philip Brandhuber, Sarah Craig, Timothy Thomure, *Considering the Implementation of Direct Potable Reuse in Colorado - White Paper* (Water Environment Research Foundation, 2015), http://www.werf.org/c/KnowledgeAreas/SIWM/Products/WERF5T10b_Product.aspx

[178] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 4-19.

[179] IBCC, *Draft No & Low Regrets Action Plan*, 57. http://cwcb.state.co.us/water-management/basin-roundtables/Pages/main.aspx

[180] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, Arkansas Basin Implementation Plan *(Pueblo: Arkansas Basin Roundtable,2015),* Section 1.6.2-1,14.X http://www.arkansasbasin.com/arkansas-bip.html

[181] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan,* Section 3.1.6, 108.

[182] SGM, *Colorado Basin Implementation Plan*, 37.

[183] Wilson Water Group, *Gunnison Basin Implementation Plan,* 42.

[184] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 6-2.

[185] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 6-2.

[186] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 1-27.

[187] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 1-27.

[188] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 1-29.

[189] HDR, WestSage Water Consultants, *South Platte/Metro Basin Implementation Plan*, 5-30.

[190] Harris Water Engineering, *Southwest Basin Implementation Plan*, 14.

[191] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-3.

[192] P. Brandhuber, S. Craig, T. Thomure, *Considering the Implementation of Direct Potable Reuse in Colorado* (2015).

[193] P. Brandhuber, S. Craig, T. Thomure, *Considering the Implementation of Direct Potable Reuse in Colorado* (2015).

### Section 6.3.3: Land Use

[194] Boulder County, City and County of Denver, City and County of Broomfield, Eagle County, Grand County, Pitkin County and Summit County, *Comments on the Colorado Water Plan* (March 5 - May 1, 2015), Item No. 67. May 1, 2015.

[195] Boulder County, City and County of Denver, City and County of Broomfield, Eagle County, Grand County, Pitkin County and Summit County, *Comments on the Colorado Water Plan* (March 5 - May 1, 2015), Item No. 67. May 1, 2015.

[196] Lyn Kathlene, Jewla Lynn, Adam Greenwade, Wendy Sullivan and Quinn. Lung, Colorado Review: Water Management and Land Use Planning Integration (Spark Policy Institute, 2010), http://sparkpolicy.com/docs/WALUPFullReportFINALMarch2010.pdf; Colorado Water Conservation Board, *Calculating Per Capita Water Demand Savings from Density Increases to Residential Housing for Portfolio and Trade-off Tool* (2010), http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/DRAFTDensityTechnicalMemo.pdf

[197] Metro, South Platte, and X Arkansas Basin Roundtables, East Slope Roundtable Joint Meeting Summary (Aurora, 2013), 6.

[198] Colorado Water Innovation Cluster, "Net Zero Water Initiative," last accessed August 2015, http://www.co-waterinnovation.com/2014/02/net-zero-water-initiative/.

[199] Colorado Water Innovation Cluster, Water Resource Conservation Public Education and Outreach Grant Request: Net Zero Water (2014), 4 http://cwcbweblink.state.co.us/WebLink/0/doc/192876/Electronic.aspx?searchid=1caab04d-1682-4666-a3df-7bc053f94aff.

[200] Pace University School of Law, "Land Use Leadership Alliance Training Program," accessed September 2014, http://www.law.pace.edu/land-use-leadership-alliance-training-program

[201] Denver Regional Council of Governments (DRCOG), Metro Vision 2035 Plan (2011), 7, http://drcog.org/sites/drcog/files/resources/2011%20MV%202035%20Plan%20for%20Web5-12-11_0.pdf

[202] DRCOG, Regional Snapshot: MetroVision Goals (2014), 2, accessed 2014, http://drcog.org/sites/drcog/files/resources/Regional%20Snapshot%20-%20Metro%20Vision%202035%20Goals_0.pdf

[203] Colorado Water Conservation Board, *Calculating Per Capita Water Demand Savings from Density Increases to Residential Housing for Portfolio and Trade-off Tool*, 8. http://cwcb.state.co.us/public-information/publications/Documents/ReportsStudies/DRAFTDensityTechnicalMemo.pdf

[204] Clarion Associates, *Colorado Water and Growth Dialogue; Draft Research Report*, March, 2015, 51.

[205] "Colorado Water & Growth Dialogue," The Keystone Center, accessed September 2014. https://www.keystone.org/policy-initiatives-center-for-science-a-public-policy/environment/colorado-water-growth-dialogue.html

BLM_0065177

206 C.R.S. 29-20-103 (1); C.R.S. 29-20-301-306.

207 C.R.S. 29-20-301 (1)(c)(d); C.R.S. 29-20-103 (1)

208 CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan* (2015), Section 4.1.6.2..

209 SGM, *Colorado Basin Implementation Plan*, Section 2, 65.

210 SGM, *Colorado Basin Implementation Plan*, Section 2, 67.

211 SGM, *Colorado Basin Implementation Plan*, Section 3.2,86.

212 Wilson Water Group, *Gunnison Basin Implementation Plan*, 38.

213 Wilson Water Group, *Gunnison Basin Implementation Plan*, 43.

214 Wilson Water Group, *Gunnison Basin Implementation Plan*, (2015), 42.

215 DiNatale Water Consultants, *Draft Rio Grande Basin Implementation Plan*, 211.

216 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 5-5.

217 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 5-5.

218 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 5-5.

219 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 5-24.

220 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 5-5.

221 HDR, WestSage Water Consultants Consultants, *South Platte/Metro Basin Implementation Plan*, 6-16.

222 Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015). 80-81
https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

**Section 6.3.4: Agricultural Conservation, Efficiency, and Reuse**

223 Colorado Water Conservation Board, Analysis of Water Salvage Issues (Denver, 2013), 3.

224 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, (2008), ES-2.
https://www.colorado.gov/pacific/sites/default/files/Meeting%20Colorado%20Future%20Water%20Supply%20Needs.pdf

225 Colorado Water Conservation Board, *Analysis of Water Salvage Issues* (Denver, 2013), 4.

226 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 3-3.

227 Colorado Water Conservation Board, *Analysis of Water Salvage Issues* (Denver, 2013), 4.

228 Colorado Water Conservation Board, *Analysis of Water Salvage Issues* (Denver, 2013) 4.

229 Andrew P. Jones and Thomas Cech, *Colorado Water Law for Non-Lawyers* (2009), 111.

230 Colorado State University, *Irrigation Water Conservation*, 11.

231 Colorado Water Conservation Board, *Analysis of Water Salvage Issues* (Denver, 2013)s, 4.

232 Lamm Rogers et al, *Irrigation Management Series: Efficiencies and Water Losses of Irrigation Systems* (KSU, 1997), 3.

233 Colorado Water Conservation Board, *Water Salvage Issues*, 3.

234 United State Bureau of Reclamation, *Phase 1 Moving Forward, Chapter 4 - Agricultural Water Conservation, Productivity and Transfers* (USBR, 2015), 4-19 – 4-20.

235 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 2-3.

236 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-1.

237 Colorado State University, *Irrigation Water Conservation*, 14.

238 Colorado State University, *Irrigation Water Conservation*, 14.

239 Colorado State University, *Irrigation Water Conservation*, 14-15.

240 Colorado Water Conservation Board, *An Analysis of Water Salvage Issues in Colorado and Supplement-Appendix C* (CWCB, 1992), 2.

241 Colorado Water Conservation Board, *Water Salvage Issues-Appendix G*, 1.

242 Colorado Foundation for Water Education, *Citizen's Guide to Colorado Water Law 3rd ed.* (CFWE, 2009), 14.

243 Colorado Water Conservation Board, *Water Salvage Issues-Appendix G*, 1.

244 United State Bureau of Reclamation, Moving Forward-Chapter 4 , 4-14.

245 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 2-2.

246 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-3.

247 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-3.

248 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-3.

249 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-3.

250 Colorado Agricultural Water Alliance, *Opportunities and Challenges*, 4-2.

251 United States Department of Agriculture, Environmental Protection Agency, U.S. Fish and Wildlife Service, U.S. Geological Survey, Bureau of Land Management, and Bureau of Reclamation: *Colorado River Basin Salinity Control Program - Federal Accomplishments Report for Fiscal Year 2011* (2011), 79.
http://www.usbr.gov/uc/progact/salinity/pdfs/FedAccompRep-2011.pdf

252 Colorado Water Conservation Board, *Alternative Agricultural Water Transfer Methods Grant Program Summary and Status Update* (CWCB, 2012), 17.
http://cwcbweblink.state.co.us/WebLink/0/doc/168505/Electronic.aspx?searchid=30b82fd7-3ea1-4fb4-946d-b531489ee060

253 National Young Farmers Coalition, *Sustaining Farming in the Arid West: Stories of young farmers, water and resilience* (NYFC), 11-12.

254 C.R.S. 37-92-103(1)

255 C.R.S. 37-92-309(1)

256 C.R.S. 37-92-305(c)

257 C.R.S. 37-92-305

258 C.R.S. 37-60-132(2)(s)(I)

BLM_0065178

259 CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). 16.X  http://www.arkansasbasin.com/arkansas-bip.html

260 SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM 2015). 52. http://coloradobip.sgm-inc.com/

261 Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015). 10.X
https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin

262 Wilson Water Group, *North Platte Basin Implementation Plan* (Denver: Wilson Water Group, 2015), 21.
https://www.colorado.gov/pacific/cowaterplan/north-platte-basin

263 DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 58.X  http://www.riograndewaterplan.org/

264 IIDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: IIDR, West Sage Water Consultants, 2015). 1-26. http://southplattebasin.com/

265 Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015), 13.
https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

266 AMEC, Yampa/White/Green Basin Implementation Plan, (Denver: AMEC, 2015). 1-12. https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin

### Section 6.3.5: Use Self-Supplied Industrial Conservation and Reuse

267 Alliance for Water Efficiency/American Council for an Energy Efficient Economy, *Water-Energy Nexus Research: Recommendations for Future Opportunities* (2013), 5.
https://www.xcelenergy.com/staticfiles/xe/Corporate/CRR2013/environment/water-management.html

268 U.S Energy Information Administration, Annual Energy Outlook 2014, Market Trends: Electricity Demand (2014). http://www.eia.gov/forecasts/aeo/MT_electric.cfm.

269 Colorado Electricity Portfolio in 2012 & Colorado Electricity Portfolio (Net Generation) were created by CEO.

270 *Xcel Energy, 2013 Corporate Responsibility Report, Water Management* (2013).
http://www.xcelenergy.com/staticfiles/xe/Corporate/CRR2013/environment/water-management.html.

271 *Xcel Energy, 2013 Corporate Responsibility Report, Water Management* (2013).; URS, *Energy Development Water Needs Assessment Phase 1 Report* (Glenwood Springs: Colorado, Yampa, and White River Basin Roundtables Energy Subcommittee, 2008), 5-2.

272 Meldrum, J., Nettles-Anderson, S., Heath, G., and Mackrick, J. "Life cycle water use for electricity generation: a review and harmonization of literature estimates," *Environmental Research Letters 8* (2013). http://iopscience.iop.org/1748-9326/8/1/015031/pdf/1748-9326_8_1_015031.pdf

273 J. Macknick R. Newmark, G. Heath, and KC. Hallett. A *Review of Operational Water Consumption and Withdrawal Factors for Electricity Generating Technologies, NREL Technical Report TP-6A20-50900* (2011). http://www.nrel.gov/docs/fy11osti/50900.pdf.

274 4 CCR 723-3 3651

275 4 CCR 723-3 3651

276 Colorado Department of Agriculture, *Recommendations for Developing Agricultural Hydropower in Colorado* (2013).
https://www.colorado.gov/pacific/sites/default/files/AgHydroRoadmap.pdf.

277 Colorado Department of Agriculture, *Recommendations for Developing Agricultural Hydropower in Colorado*.

278 Colorado Department of Agriculture, *Recommendations for Developing Agricultural Hydropower in Colorado*.

279 U.S. Department of the Interior, Bureau of Reclamation, *Site Inventory and Hydropower Energy Assessment of Reclamation Owned Conduits* (2012).
http://www.usbr.gov/power/CanalReport/FinalReportMarch2012.pdf.

280 U.S. Department of Energy, *Hydropower Resource Assessment and Characterization* (2014).
http://energy.gov/eere/water/hydropower-resource-assessment-and-characterization.

281 Completed Interval Reports (Form 5A) from COGCC

282 Annual Hydrology Reports (Rule 4.05.13.4) from DRMS

283 Western Resource Advocates, *Water Conservation: A Report for the GWCB* (2009), 5.

284 Cohen, R., B. Nelson, and G. Wolff, *Energy Down the Drain: The Hidden Costs of California's Water Supply* (Oakland: Natural Resources Defense Council and Pacific Institute, 2004), 2.

285 Western Resource Advocates, Water Conservation = Energy Conservation 2014 discussion with energy experts (Colorado Energy Office, Xcel Energy, Western Resource Advocates) 2009.

### Section 6.3.6: State Agency Conservation

286 Colorado Energy Office, *2012 Colorado Greening Government Report* (2012), 12. http://www.colorado.gov/cs/Satellite/GovEnergyOffice/CBON/1251597774824.

287 Colorado Energy Office, *2012 Colorado Greening Government Report*, 12.

288 Colorado Energy Office, *2012 Colorado Greening Government Report*, 12.

### Section 6.4: Alternative Agricultural Transfers

289 National Agricultural Statistics Service, Colorado Field Office, U.S. Department of Agriculture, *Colorado Agricultural Statistics* (2014), 2.

290 Bureau of Economic Analysis, U.S. Department of Commerce, www.bea.gov (2014), 156.

291 Bureau of Economic Analysis, U.S. Department of Commerce, www.bea.gov (2014), 156.

292 Colorado Ag Water Alliance, *Agricultural Economics and Water Resources: Methods, Metrics and Models – A Specialty Workshop* (October 2013), 17.

293 Colorado Water Conservation Board, *Statewide Water Supply Initiative* (2010), 4-28.
http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf

294 Colorado Water Conservation Board, *Statewide Water Supply Initiative* (2010), 4-28.
http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf

295 Colorado Water Conservation Board, *Statewide Water Supply Initiative* (2010), 4-28.
http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf

296 J. Yahn, North Sterling Irrigation District, *Lower South Platte Water Cooperative* (October 2011).

297 Colorado River District, *Colorado River Water Bank Feasibility Study Presentation* (November 2013).

BLM_0065179

[298] Colorado Corn Growers, et. al., *Flex Market Model Project Completion Report* (June 2013), viii, 1-1, 1-2.

[299] R. McLane and J. Dingess, "The Role of Temporary Changes of Water Rights in Colorado," University of Denver Law Review, 17:2 (2014).

[300] McLane and Dingess, "The Role of Temporary Changes of Water Rights in Colorado."

[301] Lower Arkansas Valley Water Conservancy District, www.lavwcd.com (2011)

[302] Metropolitan Water District of Southern California, *Palo Verde Land Management, Crop Rotation, and Water Supply Program* (2013), 1-2.

[303] Metropolitan Water District of Southern California, *Palo Verde Land Management, Crop Rotation, and Water Supply Program* (2013), 1-2.

[304] Colorado Water Conservation Board, *Alternative Agricultural Transfer Methods*, Grant Program Summary and Update, (2012), 1-46.

[305] McLane and Dingess. "The Role of Temporary Changes of Water Rights in Colorado," 3.

[306] Colorado General Assembly, HB-13-1248, *A Bill for an Act Concerning Statewide Lease-Fallowing Pilot Projects* (2013).

[307] Colorado General Assembly, HB-13-1248, *A Bill for an Act Concerning Statewide Lease-Fallowing Pilot Projects* (2013).

[308] Colorado Water Conservation Board, *Criteria and Guidelines for Fallowing-Leasing Pilot Projects* (November 2013).

[309] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). Section 1, 15 http://www.arkansasbasin.com/arkansas-bip.html.

[310] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). Section 1, 16 http://www.arkansasbasin.com/arkansas-bip.html.

[311] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). Section 1, 16 http://www.arkansasbasin.com/arkansas-bip.html

[312] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015). Section 4.6, 4-9 http://www.arkansasbasin.com/arkansas-bip.html

[313] SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM,2015), 49-X http://coloradobip.sgm-inc.com/

[314] W. W. Group, *Gunnison Basin Implementation Plan* (2014), 32-33. http://coloradowaterplan.com/.

[315] Wilson Water Group, *North Platte Basin Implementation Plan* (Wilson Water Group, 2014), 23-24. https://www.colorado.gov/pacific/cowaterplan/north-platte-basin

[316] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015). 275. http://www.ricgrandewaterplan.com/

[317] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015). Section 1, 26. http://southplattebasin.com/

[318] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015). Section 6, 3-4. http://southplattebasin.com/

[319] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015). Section 4, 32. http://southplattebasin.com/

[320] Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015). 13. https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

[321] AMEC, *Yampa/White/Green Basin Implementation Plan*, (Denver: AMEC, 2015). Section 1, 8-9 https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin

[322] AMEC, *Yampa/White/Green Basin Implementation Plan*, (Denver: AMEC, 2015). Section 4, 13-14 https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin

[323] Inter-Basin Compact Committee, *Draft Low and No Regrets Action Plan* (2013), Section 1, 5. https://www.colorado.gov/pacific/sites/default/files/13WaterResources0927IBCCnolowregretsactionplan.pdf

## Section 6.5: Municipal, Industrial, and Agricultural Infrastructure Projects and Methods

[324] Underground Water Storage Study SB 06-193 , Colo. Gen Assembly (2006).

[325] Underground Water Storage Study, SB 06-193, Colo. Gen Assembly (2006).

[326] Colorado Division of Water Resources, *Administration Protocol: Recharge, Division One – South Platte River*. Revised February1, 2008. Retrieved at http://water.state.co.us/DWRIPub/Documents/div1protocol_recharge.pdf.

[327] Ralf Topper, Peter E. Barkmann, David A. Bird, and Matthew A. Sares, *Artificial Recharge of Ground Water in Colorado – A Statewide Assessment* (Denver:Colorado Geological Survey, 2004).

### Section 6.5.1: BIP-Identified Municipal, Industrial, and Agricultural Infrastructure Projects and Methods

[328] Colorado Water Conservation Board, *Statewide Water Supply Initiative 2010* -5-2.

[329] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, X *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable , 2015), Executive Summary.

[330] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition , *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015), 4.1, 3-5.

[331] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015).

[332] SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 45.

[333] SGM, *Colorado Basin Implementation Plan*, 125-134.

[334] SGM, Colorado Basin Implementation Plan, 125-134.

[335] Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015), 2.

[336] Wilson Water Group, *Gunnison Basin Implementation Plan*, 7.

[337] Wilson Water Group, *Gunnison Basin Implementation Plan*, 5.

[338] Wilson Water Group, *Gunnison Basin Implementation Plan*, 88-94.

[339] Wilson Water Group, *Gunnison Basin Implementation Plan*, 8.

[340] Wilson Water Group, *North Platte Basin Implementation Plan* (Denver: Wilson Water Group, 2015) 2.

[341] Wilson Water Group, *North Platte Basin Implementation Plan*, 61.

[342] Wilson Water Group, *North Platte Basin Implementation Plan*, 71.

[343] Wilson Water Group, *North Platte Basin Implementation Plan*, 63-64.

[344] Wilson Water Group, *North Platte Basin Implementation Plan*, 2-5.

BLM_0065180

[345] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015) 121.

[346] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*, 116-151.

[347] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*, 154-155.

[348] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan*, 150-155.

[349] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015) 1-1.

[350] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, 1-1-21.

[351] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, 1-24.

[352] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, 4-15 – 4-35.

[353] Harris Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015) 11-20.

[354] Harris Water Engineering, *Southwest Basin Implementation Plan*, 73.

[355] Harris Water Engineering, *Southwest Basin Implementation Plan*, 11.

[356] Harris Water Engineering, *Southwest Basin Implementation Plan*, Appendix A.

[357] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015) i.

[358] AMEC, *Yampa/White/Green Basin Implementation Plan*, i.

[359] AMEC, *Yampa/White/Green Basin Implementation Plan*, 4-11 – 4-19.

[360] AMEC, *Yampa/White/Green Basin Implementation Plan*, 4-11 – 4-19.

## Section 6.5.2: Agricultural Viability

[361] Executive Order D2013-005.

[362] Jake Salcone and James Pritchett, *Value of Water Used in Agriculture for the Arkansas River Basin*, February 4, 2014.

[363] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition , *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015),16.

[364] SGM, *Colorado Basin Implementation Plan*, 12.

[365] SGM, *Colorado Basin Implementation Plan*, 29.

[366] SGM, *Colorado Basin Implementation Plan*, 52-53.

[367] Wilson Water Group, *Gunnison Basin Implementation Plan*, 9-10.

[368] Wilson Water Group, *Gunnison Basin Implementation Plan*, 32.

[369] Wilson Water Group, *North Platte Basin Implementation Plan*, 3.

[370] Wilson Water Group, *North Platte Basin Implementation Plan*, 18.

[371] Wilson Water Group, *North Platte Basin Implementation Plan*, 24.

[372] Wilson Water Group, *North Platte Basin Implementation Plan*, 30-31.

[373] DiNatale Water Consultants, *Rio Grande Basin Water Plan*, 8.

[374] DiNatale Water Consultants, *Rio Grande Basin Water Plan*, 14-15.

[375] DiNatale Water Consultants *Rio Grande Basin Implementation Plan* 106-107.

[376] DiNatale Water Consultants *Rio Grande Basin Implementation Plan* 108-109.

[377] DiNatale Water Consultants *Rio Grande Basin Implementation Plan* 150-151.

[378] DiNatale Water Consultants *Rio Grande Basin Implementation Plan* 156.

[379] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, S-10.

[380] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, S-13.

[381] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan*, 5-13.

[382] Harris Water Engineering, *South Platte Basin Implementation Plan*, 2.

[383] Harris Water Engineering, *South Platte Basin Implementation Plan*, 13.

[384] Harris Water Engineering, *South Platte Basin Implementation Plan*, 13.

[385] Harris Water Engineering, *South Platte Basin Implementation Plan*, 13.

[386] Harris Water Engineering, *South Platte Basin Implementation Plan*, 73.

[387] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-9.

[388] AMEC, *Yampa/White/Green Basin Implementation Plan*, E-1 – E2.

[389] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-9.

[390] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-9.

## Section 6.5.3: Storage

[391] Colorado Water Conservation Board, *Colorado Drought Mitigation and Response Plan*, August 2013, Retrieved at http://dnrwebmos07-7171/water-management/drought/Documents/DroughtPlanFinalDraft2013.pdf

[392] Colorado Division of Water Resources, Winter Water Storage Program Synopsis, Retrieved at http://water.state.co.us/DWRIPub/Water%20Distric%20Documents/Winter%20Water%20Synopsis.pdf

[393] Northern Water, *Southern Water Supply Project*, Retrieved at http://www.northernwater.org/WaterProjects/SouthernWaterSupplyPipeline.aspx

[394] Colorado Water Conservation Board, *Colorado Water Conservation Board to Release Ruedi Reservoir Water for Endangered Fish*, September 2, 2015. Retrieved at http://cwcbweblink.state.co.us/weblink/0/doc/196376/Electronic.aspx?searchid=42d3fa19-522d-454e-a440-62aaae52de8d

[395] Colorado Water Trust, *Stagecoach Reservoir/Yampa River*. Retrieved at http://www.coloradowatertrust.org/our-work/projects/stagecoach-reservoir-yampa-river/

[396] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition,X *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015), 6.

[397] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition,X *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015), 10.

[398] SGM, *Colorado Basin Implementation Plan*, 48.

[399] SGM, *Colorado Basin Implementation Plan*, 52.

[400] SGM, Colorado Basin Implementation Plan, 57.

BLM_0065181

[401] SGM, *Colorado Basin Implementation Plan*, 68.

[402] Wilson Water Group, *Gunnison Basin Implementation Plan*, 30.

[403] Wilson Water Group, *Gunnison Basin Implementation Plan*, 33.

[404] Wilson Water Group, *Gunnison Basin Implementation Plan*, 36.

[405] Wilson Water Group, *North Platte Basin Implementation Plan*, 29.

[406] Wilson Water Group, *North Platte Basin Implementation Plan*, 19.

[407] Wilson Water Group, *North Platte Basin Implementation Plan*, 20.

[408] Wilson Water Group, *North Platte Basin Implementation Plan*, 60.

[409] DiNatale Water Consultants, *Rio Grande Basin Water Plan*, 58-59.

[410] DiNatale Water Consultants, *Rio Grande Basin Water Plan*, 72.

[411] DiNatale Water Consultants, *Rio Grande Basin Water Plan*, 150-151.

[412] Harris Water Engineering, *Southwest Basin Implementation Plan*, 10.

[413] AMEC, *Yampa/White/Green Basin Implementation Plan*, E-1 – E2.

[414] AMEC, *Yampa/White/Green Basin Implementation Plan*, E2.

[415] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-13.

[416] AMEC, *Yampa/White/Green Basin Implementation Plan*, 1-13-14.

**Section 6.5.4: Maintenance of Existing Projects and Methods**

[417] AMEC, *Yampa/White/Green Basin Implementation Plan*, Table 4-4.

[418] Wilson Water Group, *North Platte Basin Implementation Plan*, 61.

[419] Wilson Water Group, *Gunnison Basin Implementation Plan*, 88-94.

[420] SGM, *Colorado Basin Implementation Plan*, 50-118.

**Section 6.6: Environmental and Recreational Projects and Methods**

[421] Colorado Water Conservation Board, *Nonconsumptive Toolbox Report* (Denver: CWCB, 2013), Appendix G. http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=172701&searchid=b764b205-1125-4f18-b3e8-998e5e025e10&dbid=0

[422] Colorado Water Conservation Board, "Interbasin Compact Committee DRAFT Conceptual Agreement" (Colorado Water Conservation Board Meeting Agenda Item 13, July 16, 2014). http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=191531&searchid=0e0a416b-3b1d-4d97-92ec-c1235cd56016&dbid=0

[423] Holling, C.S. 1973. "Resilience and Stability of Ecological Systems," *Annual Review of Ecology and Systematics*, Vol 4 (1973),1-23; McCluney, Kevin E., N. LeRoy Poff, Margaret A. Palmer, James H. Thorp, Geoffrey C. Poole, Bradley S. Williams, Michael R. Williams, and Jill S. Baron. "Riverine Macrosystems Ecology: Sensitivity, Resistance, and Resilience of Whole River Basins with Human Alterations. *Front Ecol Environ* 12.1 (2014): 48-58.

[424] McCluney, Kevin E., N. LeRoy Poff, Margaret A. Palmer, James H. Thorp, Geoffrey C. Poole, Bradley S. Williams, Michael R. Williams, and Jill S. Baron. "Riverine Macrosystems Ecology: Sensitivity, Resistance, and Resilience of Whole River Basins with Human Alterations. Front Ecol Environ 12.1 (2014): 48-58.

[425] The Nature Conservancy, email message to CWCB with comments on Colorado Water Plan, June 25, 2015; McCluney, Kevin E., N. LeRoy Poff, Margaret A. Palmer, James H. Thorp, Geoffrey C. Poole, Bradley S. Williams, Michael R. Williams, and Jill S. Baron. "Riverine Macrosystems Ecology: Sensitivity, Resistance, and Resilience of Whole River Basins with Human Alterations. Front Ecol Environ 12.1 (2014): 48-58; Baron, Jill S., N. LeRoy Poff, Paul L. Angermeier, Clifford N. Dahm, Peter H. Gleick,

[426] Nelson G. Hairston, Jr., Robert B. Jackson, Carol A. Johnston, Brian D. Richter, and Alan D. Steinman. "Sustaining Healthy Freshwater Ecosystems." *Issues in Ecology* 10 (2003): 1-16 Fausch, Kurt D., Christian E. Torgersen, Colden V. Baxter, and Hiram W. Li. "Landscapes to Riverscapes: Bridging the Gap Between Research and Conservation of Stream Fishes." *BioScience* 52.6 (2002): 483-499.

[427] Colorado Water Conservation Board, *Nonconsumptive Toolbox Report*, Appendix E.

[428] Colorado Water Conservation Board, _End Notes List ItalicAppendix A.

[429] C.R.S. 37-92-102(3).

[430] *Colorado River Water Conservation Dist. v. Colorado Water Conservation Bd.*, 594 P.2d 570, 594 (Colo. 1979).

[431] *Colorado River Water Conservation Dist. v. Colorado Water Conservation Bd.*, 594 P.2d 570, 594 (Colo. 1979).

[432] C.R.S. § 37-92-102(3).

[433] C.R.S. § 37-92-102(4),(a).

[434] C.R.S. § 37-92-102(3),(c).

[435] C.R.S. § 37-92-102(3), C.R.S. § 37-83-105(2), and Rule 6 of the CWCB's Rules Concerning the Colorado Instream Flow and Natural Lake Level Program, accessed August 2015, http://cwcb.state.co.us/legal/Documents/Rules/Final%20Adopted%20ISF%20Rules%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.pdf

[436] Instream Flow and Natural Lake Level Database, (database of information from CWCB's water court decrees) http://cwcb.state.co.us/technical-resources/instream-flow-water-rights-database/Pages/main.aspx

[437] C.R.S. § 37-92-102(3).

[438] Colorado Water Conservation Board, "Completed Transactions," accessed September 2015, http://cwcb.state.co.us/environment/instream-flow-program/Pages/CompletedTransactions.aspx

[439] C.R.S. § 37-92-103

[440] C.R.S. § 37-92-103

[441] C.R.S. § 37-92-102 (6).

[442] Colorado Water Conservation Board, "Pending and Decreed RICDs," accessed August 2015, http://cwcb.state.co.us/environment/recreational-in-channel-diversions/Pages/PendingandDecreedRICDs.aspx

[443] C.R.S. § 37-92-102 (6).

[444] 16 U.S. Code § 1531, "Endangered Species Act of 1973."

[445] "Upper Colorado Endangered-Fish River Recovery Program," US Fish and Wildlife Service, accessed August 2015, http://www.coloradoriverrecovery.org/index.html

[446] "The San Juan River Basin Recovery Implementation Program," US Fish and Wildlife Service, accessed August 2015, http://www.fws.gov/southwest/sjrip/

[447] "Platte River Recovery Implementation Program," Headwaters Corporation, accessed August 2015, https://www.platteriverprogram.org/Pages/Default.aspx

[448] "Range-Wide Conservation Agreement and Strategy for Roundtail Chub *Gila Robusta*, Bluehead Sucker *Catostomus Discobolus*, and Flannelmouth Sucker *Catostomus Latipinnis*," Utah Department of Natural Resources, Division of Wildlife Resources, Publication Number 06-18, 2006, 1. http://cpw.state.co.us/Documents/WildlifeSpecies/SpeciesOfConcern/Recovery/Plans/ChubSucker3angewideConservationAgreementandStrategy01-04-07.pdf

[449] CRCT Coordination Team, Conservation Strategy for Colorado River Cutthroat Trout (*Oncorhynchus clarkii pleuriticus*) in the States of Colorado, Utah, and Wyoming (Fort Collins, CO: Colorado Division of Wildlife, 2006), 24. http://cpw.state.co.us/Documents/Research/Aquatic/pdf/CRCT_Conservation_Strategy_Jun06.pdf

[450] "Colorado River Cutthroat Trout Will Not Be Listed Under the Endangered Species Act," US Fish and Wildlife Service (June 2007). http://www.fws.gov/mountain-prairie/pressrel/07-38.htm

BLM_0065182

[451] CRCT Coordination Team, *Conservation strategy for Colorado River Cutthroat Trout (Oncorhynchus clarkii pleuriticus) in the States of Colorado, Utah, and Wyoming,*13-14, 24.

[452] Kevin R. Bestgen, Kevin B. Rogers, and Robert Granger, *Phenotype Predicts Genotype for Lineages of Native Cutthroat Trout in the Southern Rocky Mountains* (Denver: US Fish and Wildlife Service, November 2013). http://cpw.state.co.us/Documents/Research/Aquatic/CutthroatTrout/2013CutthroatTroutMeristics.pdf

[453] Public Law 90-542; 16 U.S.C. 1271 et seq. (1968), "Wild and Scenic Rivers Act"

[454] Interagency Wild and Scenic Rivers Coordinating Council, *The Wild & Scenic River Study Process* (1999), 2. http://www.rivers.gov/documents/study-process.pdf

[455] Public Law 90-542; C.R.S. § 37-60-122.3.

[456] 37C.R.S. § 37-60-122.3,

[457] "Managing Agencies," National Wild and Scenic Rivers System, accessed September 14, 2014, http://www.rivers.gov/agencies.php

[458] "South Platte Enhancement Board," accessed August 2015. http://southplatte.org/

[459] CDM Smith, SWSI 2010 Appendix C (Denver: CWCB, 2010).

[460] CDM, Nonconsumptive Needs Assessment Focus Map Report, (Denver: CWCB, 2010). http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=1438889&searchid=a05c7436-830c-490a-a93b-a24fe22bf46e&dbid=0

[461] CDM, Nonconsumptive Needs Projects and Methods Implementation, (Denver: CWCB, 2011). http://cwcb.state.co.us/environment/nonconsumptive-needs/Documents/NonconsumptiveFactSheet.pdf.

[462] CDM, SWSI 2010 *Appendix D   Nonconsumptive Needs Toolbox,* (Denver: CWCB, 2010); CDM Smith, SWSI 2010 *Appendix F   Nonconsumptive Needs Assessment Survey Interview Projects,* (Denver: CWCB, 2010); CDM Smith, SWSI 2010 *Appendix G Nonconsumptive Needs Assessment Project Analysis,* (Denver: CWCB, 2010).

[463] Camp, Dresser and McKee, Inc. et. al, *Watershed Flow Evaluation Tool Pilot Studies for Roaring Fork and Fountain Creek Watersheds and Site-Specific Quantification Pilot Study for Roaring Fork Watershed* (June 2009), 1-3, 1-4.

[464] Tetra Tech Inc., Habitech, Inc., Walsh Aquatic Consultants, Inc., *Draft Report Stream Management Plan Phase 3, Grand County, Colorado,* (Grand County, Colorado, 2010). ES-1.http://co.grand.co.us/412/Stream-Management-Plan-Phase-3.

[465] Tetra Tech Inc., Habitech, Inc., Walsh Aquatic Consultants, Inc., *Draft Report Stream Management Plan Phase 3, Grand County, Colorado,* (Grand County, Colorado, 2010), ES-1.

[466] Tetra Tech Inc., Habitech, Inc., Walsh Aquatic Consultants, Inc., *Draft Report Stream Management Plan Phase 3, Grand County, Colorado,* (Grand County, Colorado, 2010), ES-22-25.

[467] C.R.S.§ 37-92-102(3).

[468] C.R.S.§ 37-92-102(3).

[469] C.R.S. § 37-92-102(3).

[470] C.R.S.§ 37-83-105(2).

[471] C.R.S.§ 37-92-102(3).

[472] C.R.S.§ 37-60-123.(7).

[473] C.R.S.§ 24-33-111(2)(a)(II).

[474] C.R.S. § 39-22-533.

[475] C.R.S.§ 37-92-102(5,6); C.R.S.§ 37-92-103(10.1,10.3); and C.R.S. § 37-92-305(13).

[476] C.R.S.§ 37-92-102(5,6); C.R.S.§ 37-92-103(10.1,10.3); and C.R.S. § 37-92-305(13).

[477] Colorado Water Conservation Board, *Nonconsumptive Toolbox Report,* 5.

[478] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan* (Pueblo: Arkansas Basin Roundtable, 2015), Section 4-7.

[479] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan,* Section 4-7.

[480] SGM, *Draft Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 2.

[481] SGM, *Draft Colorado Basin Implementation Plan,* 50-118.

[482] Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015), 2.

[483] Wilson Water Group, *Gunnison Basin Implementation Plan,* 109.

[484] Wilson Water Group, *Gunnison Basin Implementation Plan,* 5.

[485] Wilson Water Group, *Gunnison Basin Implementation Plan,* 8.

[486] Wilson Water Group, *Gunnison Basin Implementation Plan,* 8.

[487] Wilson Water Group, *Gunnison Basin Implementation Plan,* 35.

[488] Wilson Water Group, *North Platte Basin Implementation Plan* (Denver: Wilson Water Group, 2015), 2.

[489] Wilson Water Group, *North Platte Basin Implementation Plan,* 17.

[490] Wilson Water Group, *North Platte Basin Implementation Plan,* 20.

[491] Wilson Water Group, *North Platte Basin Implementation Plan,* 24.

[492] Wilson Water Group, *North Platte Basin Implementation Plan,* 66-70.

[493] Wilson Water Group, *North Platte Basin Implementation Plan,* 23.

[494] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan* (Boulder: DiNatale Water Consultants, 2015), Section 3.2.

[495] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan,* 150-156.

[496] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan,* 156-157.

[497] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan,* 150-156.

[498] DiNatale Water Consultants, *Rio Grande Basin Implementation Plan,* 150-156.

[499] DiNatale Water Consultants, *Rio Grande Basin Water Plan,* 277.

[500] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan,* 1-28.

[501] HDR, West Sage Water Consultants, *South Platte Basin Implementation Plan,* 1-28.

[502] HDR, West Sage Water Consultants, South Platte Basin Implementation Plan, D-14.

[503] Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015), 74.

[504] Harris Water Engineering, *Southwest Basin Implementation Plan,* 3.

[505] Harris Water Engineering, *Southwest Basin Implementation Plan,* Appendix.

[506] Harris Water Engineering, *Southwest Basin Implementation Plan,* 17.

[507] Harris Water Engineering, *Southwest Basin Implementation Plan,* 89-102.

[508] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015), 1-10.

[509] AMEC, *Yampa/White/Green Basin Implementation Plan,* 4-11 - 4-12.

[510] AMEC, *Yampa/White/Green Basin Implementation Plan,* 4-20 - 4-26.

BLM_0065183

# Water Resource Management and Protection

Chapter 7 examines factors beyond supply and demand that affect water availability, such as natural hazards, watershed health, and water quality. Section 7.1 delves further into watershed health, including the effect of natural disasters on watershed health, management strategies, and the critical role watershed health plays in ensuring Colorado's water future. In particular, this section, emphasizes the ways stakeholders can work together through collaboration and information-sharing. Section 7.2 provides an overview of natural hazards, which can result in serious consequences for our state's watersheds, drive up demands for water, and influence water quality. Natural hazards and watershed health influence water quality, which is of utmost importance to water providers, and Colorado's wildlife, which depends on healthy streams. Section 7.3 provides a detailed exploration of watershed management, watershed quality and quantity, and the organizations and regulations that are charged with watershed protection. Together, these three elements help to ensure that Colorado is adequately prepared to not only manage, but to protect, the water resources upon which all Coloradans rely.

BLM_0065184



Fires can seriously degrade the water quality and capacity of reservoirs for years to come. Flash flooding can carry burnt earth and debris into them. This underscores the need for healthy watersheds and natural disaster preparedness and recovery.
High Park Fire, 2012.

BLM_0065185

## 7.1

# WATERSHED HEALTH AND MANAGEMENT

> **GOAL**
>
> **Colorado's Water Plan promotes watershed health and supports the development of watershed coalitions and watershed master plans that address the needs of a diverse set of local stakeholders.**

## Introduction

Watersheds connect terrestrial, freshwater, and coastal ecosystems. They also provide ecosystem services, such as carbon sequestration, water supply, filtration, and purification.[1] Colorado watersheds support multi-objective uses for both consumptive and nonconsumptive water supply. Approximately 80 percent of Colorado's population relies on forested watersheds to deliver municipal water supplies.[2] Watershed health management strategies that protect this domestic supply will also protect other uses in the watershed.

Colorado's mountain watersheds have a strong influence on the quality and quantity of water.

Watershed geography includes physical aspects, such as climate and geology, and ecological aspects, such as stream biology; but it also examines the relationships between humans, land and water. Healthy watersheds provide ecosystem services that benefit ecological processes, local and state economies, and social stability. Ecosystem services include flow regulation, flood attenuation, water purification, erosion control, dilution and flushing of contaminants, and habitat protection.

This section begins by defining the physical processes that influence watershed health, and then discusses recommended strategies for successful stewardship of watersheds and water supply. It concludes with a summary of the roundtables' watershed health strategies.

## Watershed Health Science

A watershed is an area of land in which all water drains to a common point. Watersheds exist at all spatial scales, from the tiniest of tributaries to the largest rivers on earth. John Wesley Powell defined a watershed as "that area of land, a bounded hydrologic system, within which all living things are inextricably linked by their common water course and where, as humans settled, simple logic demanded that they become part of a community." Headwater areas include forested watersheds, intermountain wetland complexes (parks), and the riparian corridors of stream valleys, and are the natural forebays of Colorado's water supply. As water from snowmelt and rain travels down-gradient to reach rivers, it must move through varying terrain, interacting with the watershed's biology and physical environment. This is the watershed's ecosystem. Water quality and quantity are intimately linked to watershed health.

Broadly defined, watershed health is a measure of ecosystem structure and function. Structure refers to species richness (characterized by abundance and diversity), inorganic and organic resources, and physical attributes (including habitat complexity). Function refers to ecosystem processes such as the hydrologic cycle, nutrient cycling, energy flow, and succession.[3] A critical component of the hydrologic cycle is flow regime. Flow regime defines the magnitude, duration, frequency, rate of change, and

BLM_0065186

timing of flows in stream systems. Magnitude refers to a river's discharge. Duration describes the period of time during which a river experiences a given discharge. The frequency at which a river experiences a given discharge and the rate at which discharges increase and decrease (i.e. change), also characterizes flow regime. Finally, a watershed's hydrologic function influences the timing of discharges, or seasonality. Figure 7.1-1 represents an annual median-flow hydrograph for a snowmelt-driven stream. This figure describes the different elements of flow regimes. Society has adapted its water supply infrastructure to the flow regime of its watersheds. Changes in ecosystem structure and function have direct and indirect effects on a stream's flow regime.

Watersheds support dynamic ecosystems that are subject to natural perturbations, such as fire, flood, and drought.[4] Resilient ecosystems exist in a state of dynamic equilibrium (for example, the flow regime may deviate around a mean while still maintaining its function). These watersheds experience natural disturbances with little effect on function. Often, anthropogenic, or human-induced, activities exacerbate the impacts resulting from fire, flood, and drought. For example, watersheds that have historically been managed to suppress fires have changed ecosystem structure and productivity. This results in fires that burn with greater intensity and leads to soil hydrophobicity, which in turn increases runoff and erosion. When natural ecosystem functions are altered, a watershed may no longer exist in equilibrium. The resultant changes to hydrologic function and water quality may have direct effects on water supply and infrastructure.

Sediment is the most concerning non-point source pollutant our forested lands contribute.[5] An accelerated delivery of sediment in rivers has negative effects on both consumptive and nonconsumptive water uses. Sediment flows into river systems through natural processes that connect land and water. High- to moderate-severity fires, forest roads with failing stormwater management infrastructure, and other processes in which humans or natural causes alter the landscape cause erosion, which increases the volumes of sediment in river systems.

Forests and riparian corridors provide ecosystem services for watersheds that help protect, restore, and sustain water quality and quantity. Healthy, forested watersheds absorb rainfall and snowmelt and allow it to runoff slowly, recharge aquifers, sustain streamflows, and filter pollutants. Healthy forest ecosystems largely protect watersheds because they protect soil, thereby preventing erosion, promoting soil-moisture storage, and allowing groundwater recharge.[6] These services can offset natural hazards by reducing floods, maintaining plant communities, and reducing contaminants. Present-day forest-health concerns are largely attributed to climate change and forest-stand density, ecosystem productivity.[7] Climate change has the potential to affect watershed health by increasing temperatures, altering precipitation patterns, and causing earlier snowmelt. This results in potential increases in stream temperatures, increased pollutant concentrations, reduced quality of aquatic habitats, and loss of wetlands. Conversely, healthy watersheds may increase climate change resiliency and provide natural carbon sequestration.[8]

While forests are vital to overall watershed health, lower elevation rangelands comprise the remaining lands in the watershed. Rangelands, wetlands, and riparian corridors play a substantial role in water storage, transport, sediment control, water quality,



FIGURE 7.1-1 | STREAM HYDROGRAPH

BLM_0065187

wildlife habitat, and streamflows. The presence of wetland complexes and optimal agricultural practices may favorably influence lower-elevation watershed health.

## Watershed Partnerships

Watershed management for healthy ecosystem structure and function can provide a unique opportunity for watershed stakeholders. Successful watershed management necessitates a pragmatic approach that includes coalition-building, data collection, planning, prioritization, implementation,

and monitoring. This is a cyclical process, and each phase requires continued efforts. Watersheds span across political boundaries, and watershed health management involves collaboration among many interested entities. Natural resource management may be the driver that catalyzes a need for collaboration, but social, political, and economic interests must be represented as well.

A watershed approach is a flexible framework for managing water-resource quality and quantity within specified drainage areas, or watersheds. This approach includes stakeholder involvement and management

| FIGURE 7.1-2 | COLORADO STATE FOREST SERVICE RISK OF POST-FIRE EROSION IN WATERSHEDS THAT ARE IMPORTANT SOURCES OF DRINKING WATER |



Low   Moderate   High   Very High   Not a watershed for drinking water

BLM_0065188



Healthy watersheds are critical not only for wildlife and streams, but also water quality and water infrastructure.

actions supported by sound science and appropriate technology. Coalition-building typically starts when interested parties come together to discuss a watershed health concern. For example, Colorado identifies many watersheds as having a high post-fire erosion risk as well as being a critical watershed for water supply (Figure 7.1-2).[9] This is an example in which concerned stakeholders can engage in collaborative dialogues to address very real watershed health concerns. Coalitions form to address a variety of concerns, including pre- and post-fire mitigation, forest mortality, water quality impairments, potential impacts of abandoned mines, flood mitigation and recovery, aquatic and riparian habitat enhancement, and land-use change. In September 2013, flooding in the Front Range resulted in the formation of 10 new watershed coalitions that developed master plans focusing on stream restoration. Other groups may come together to discuss watershed protection in well functioning ecosystems. Collaboration before a threshold-crossing disturbance takes place sets the stage for faster and more resilient recovery measures.

The State of Colorado recommends that partnerships form an organizational structure consisting of a diverse stakeholder group and a coordinator. The State recommends this structure whether or not the coalition chooses to become incorporated. The coalition should be open to diverse interests within the watershed, as well as to interests the watershed outputs directly affect. Diverse stakeholder input at the beginning stages of coalition-building increases the likelihood that actions

to improve watershed health will succeed. Engaged community members are more likely to participate in building political will, developing management options, and supporting project implementation. Stakeholder representation includes all levels of government, special districts, private landowners, businesses, citizens, nonprofits, educators, recreational interests, agricultural interests, grantors, and conservationists. A paid watershed coordinator improves the chances for continued coalition success by servicing all coalition stakeholders equally and by representing the interests of all coalition members. They are the unifying body, the moderator, the facilitator, and the manager. It is helpful for this person to have a background in both nonprofit and governmental work.[10]

Ideally, partnerships work to develop a watershed plan. A watershed plan is a strategy that defines a coalition's mission, goals, and objectives, along with assessment and management information, for a geographically defined watershed. The strategy should include the analyses, actions, participants, and resources related to developing and implementing the plan. It may include or be informed by a streamflow management plan (which Chapter 6.6 defines). The plan may serve as a guide for mitigation of fires and floods, or for the development of new infrastructure. It can also offer a holistic approach for the rehabilitation of stream systems. The watershed plan development process will require a leader with a certain level of technical expertise, and the participation of a variety of stakeholders with diverse skills and knowledge. These

BLM_0065189

participants will aid in the assemblage and assimilation of watershed information—including geographic information systems data, maps, monitoring reports, risk analysis, and existing assessments.

A holistic watershed planning approach will provide the most technically sound and economically efficient means of addressing watershed health concerns. The involvement of stakeholders strengthens the process. This approach will address all of the beneficial uses of the water that the watershed supplies, the criteria needed to protect the uses, and the strategies required to restore or protect ecosystem processes. This approach also expedites cooperative and integrated water-supply planning, which leads to successful implementation of watershed health management strategies. Examples of partnerships formed to address these issues are detailed below.

## Forest Health Partnerships

Fires are a part of Colorado's forest ecosystems. Forest management for fire prevention has proven to exacerbate burn intensity.[11] Many stakeholders have come together to address forest health through fire mitigation strategies. The USFS has partnered with Colorado's municipal water providers, state agencies, and private interests through the Rocky Mountain Protection Partnership. This partnership functions to preserve water quality by mitigating the effects of forest-landscape change that severe fires and pine beetles have caused.[12] It is also a venue to strategize post-fire restoration in critical watersheds on public and private lands. Key municipal water providers include Denver Water, Aurora Water, Colorado Springs Utilities, Northern Water Conservancy District, and the Pueblo Board of Water Works. The National Forest Foundation and the Coalition for the Upper South Platte are nonprofit organizations that play a critical role in the partnership. Federal and state funds are leveraging partner funds to plant trees, treat hazardous fuels, restore riparian and wetland areas, treat invasive species, restore trails, decommission roads, restore stream channels, and engage volunteers.

Federal, state, and local governments and private partners formed the Watershed Wildfire Protection Group in 2007. The group's vision "is to protect Colorado water supplies and critical infrastructure from catastrophic wildfire and other threats by maintaining healthy, resilient watersheds through collaboration, implementation, leveraging, and education." Core members of this group include the CWCB, the Colorado State Forest Service, the USFS, Denver Water, Aurora Water, the Coalition for the Upper South Platte, and J.W. Associates. The group provides education and outreach activities statewide and connects practitioners with funders.

The CWCB recommends that those who are considering the formation of forest-health partnerships read the Forest Land and Resource Management Plan for their national forest, as well as consult the entities above. These partnerships have explored and prioritized strategies to implement pre- and post-fire mitigation projects for the improvement of forest health and protection of critical water supplies. Existing forest health partnerships are adept at leveraging funds and resources from federal, state, and local government agencies as well as from private companies, foundations, and nonprofits. The CWCB has leveraged funds from various grant programs to improve forest health. These include the Colorado Healthy Rivers Fund, the Colorado Watershed Restoration Program, the Fish and Wildlife Resources Fund, and the Water Supply Reserve Account. The success of the Watershed Wildfire Protection Group helps showcase it as an example for other watershed partnerships, as it is exemplary in its efforts to build consensus among diverse stakeholders and implement cost-effective strategies that benefit all interests.

## Basin Implementation Plan Strategies

With the roundtables' guidance and CWCB's recommendation, watershed health for individual basins largely focuses on forest-health concerns. Forest health concerns center on wildfire, flooding, and sedimentation. The CWCB asked basins to identify projects and methods that would protect critical water supplies and the environment in the event of a natural disaster at the watershed scale. The CWCB recommended that basins assemble or develop existing watershed assessments. It also recommended that basins begin collaborative discussions on managing forests to benefit water supply. The CWCB encouraged basins with water supplies originating in another basin to work collaboratively.

BLM_0065190

| FIGURE 7.1-3 | COALITION STAKEHOLDER FIGURE |
|---|---|



> **❝** The Arkansas Basin illustrates a process with a strong emphasis on pre-disaster preparedness through collaborative dialogues with potentially affected parties. **❞**

All of the basin roundtables identify wildfire as a watershed-health concern. This includes recovery from existing fires and identification of pre-fire mitigation strategies. The Arkansas Basin illustrates a process with a strong emphasis on pre-disaster preparedness through collaborative dialogues with potentially affected parties. Figure 7.1-3 outlines the Watershed Health and Emergency Event Life Cycle and the role of stakeholders.[13]

The Rio Grande Basin contributed to the Arkansas Basin's watershed health planning process and closely aligns with that of the Arkansas Basin's approach to watershed health. The primary goal of the basin is to "protect, preserve and/or restore the sustainability of the Rio Grande Basin watershed by focusing on the watershed health and ecosystem function." The basin developed a collaborative watershed coalition during the 2013 West Fork Fire, and discovered the benefits of such a group for restoration and protection of forested watersheds. The coalition known as the Rio Grande Watershed Emergency Action Coordination Team (known as RWEACT) has modeled post-fire hydrology, improved its ability to forecast storms, identified flood potential, and developed post-wildfire flood-risk analysis maps. The basin's watershed health

BLM_0065191



Wildflowers and other riparian vegetation along the banks of a mountain stream.

The Southwest Basin has a history of collaborative watershed groups focused on watershed-health topics. This includes forest health and resiliency planning for the San Juan and Piedra watersheds; water quality monitoring and action on the Animas River; watershed health assessments for the Mancos, Dolores, and San Miguel watersheds; and development of Source Water Protection Plans for 23 public water suppliers. A Source Water Protection Plan inventories potential sources of drinking-water contamination in a defined watershed. These efforts have fostered dialogue and action that can help protect critical water supplies from fire risk, contaminants, and other hazards.[16]

> ❝The South Platte and Metro Basins also participated in the Arkansas Basin's watershed-health planning process.❞

The Yampa, White, and Green Basin states that more than one-third of its jobs are dependent on water quality, which is influenced by watershed health. They acknowledge that communities in the basin are susceptible to water quality issues that severe wildfires cause. The basin references a Critical Community Watershed Wildfire Protection Plan entitled, "Upper Yampa Phase I Watershed Assessment: Prioritization of Watershed Base Hazards to Water Supply." The plan frequently recommends watershed-wildfire planning for watersheds that are critical to water supply, and provides composite hazard rankings for wildfire hazards, flooding/debris flow-risk, and soil erodibility. These data are combined with Source Water Assessment and Protection data to prioritize critical watersheds.[17] Presently, the Watershed Wildfire Protection Plan prioritizes forest-health treatments for watersheds that are critical to drinking water supply; however, the basins could apply these treatments to any prioritized water use.[18]

> ❝The Yampa, White, and Green Basin states that more than one-third of its jobs are dependent on water quality, which is influenced by watershed health.❞

actions emphasize forest management and stakeholder coordination. Methods to improve forest health include forest thinning and prescribed burning. In addition, the Rio Grande Basin included soil health for agricultural lands as a key action in its plan.[14]

> ❝The basin [Rio Grande] developed a collaborative watershed coalition during the 2013 West Fork Fire, and discovered the benefits of such a group for restoration and protection of forested watersheds.❞

The South Platte and Metro Basins also participated in the Arkansas Basin's watershed-health planning process. They propose a collaborative dialogue that focuses on post-fire mitigation across watershed (basin) boundaries. Deliverables resulting from this process will include the development of forest-health manuals at a statewide level. The basin watershed-health section in this plan also discusses insect infestations, but concludes that insects have little direct influence on water quality and quantity.[15]

BLM_0065192

The Gunnison Basin is addressing forest-health concerns by partnering with the Colorado State and USFS to manage forests, insects, and wildfire. The basin also expects to conduct education and outreach associated with this effort. It did not participate in the Arkansas Basin's watershed-health planning process, but does plan to reference produced materials for future watershed-health projects. That said, several local watershed groups are working in the Gunnison Basin to address general watershed health and specific water quality challenges. These groups have developed comprehensive watershed plans.[19]

> ❚❚ The Gunnison Basin is addressing forest-health concerns by partnering with the Colorado State and USFS to manage forests, insects, and wildfire. ❚❚

A goal of the North Platte Basin is to enhance forest health and management efforts for wildfire protection and beetle-kill effects on watershed health. To reach this goal, the basin has funded a major study that monitors forest beetle-kill, wildfire potential, and effects on water quality and quantity. It also looks at management alternatives in the post-beetle kill forest environment. The study is nearing completion, and the basin intends to review, disseminate, and implement recommendations the study identifies.[20]

> ❚❚ A goal of the North Platte Basin is to enhance forest health and management efforts for wildfire protection and beetle-kill effects on watershed health. To reach this goal, the basin has funded a major study that monitors forest beetle-kill, wildfire potential, and effects on water quality and quantity. ❚❚

The Colorado Basin identifies 14 collaborative watershed groups that are actively engaged in improving watershed health. Primary watershed-health concerns in the basin include wildfire risk and the evolving forest landscape; both have the potential to impair water supply. The basin supports watershed wildfire assessments, and there are currently 18 Community Wildfire Protection Plans within the basin.[21]

## ACTIONS

To better understand and promote watershed health, it is important to support the development of watershed coalitions and watershed master plans that address needs from a diverse set of local stakeholders. The parties responsible for implementing action plans should be watershed coalitions and forest partnerships. Water-supply stakeholders should participate in the development of effective watershed coalitions. The Watershed Wildfire Protection Group, other watershed groups with a state- or region-wide geographic scope, and state agencies focusing on watershed health should manage coordination across watershed divides. State agencies include CPW, the CDPHE, and the CWCB.

Actions include:

1. Identify existing watershed coalitions and existing watershed plans and assessments, including source-water protection plans.

2. Encourage and support capacity in many areas that currently do not have watershed groups or other groups that work with a broad set of local stakeholders

3. Assist stakeholders in existing watershed groups to identify tools and resources that address gaps and build capacity in existing plans.

4. Identify public and private funding sources that together can support watershed- and forest-health projects.

5. Identify watersheds that are critical to water supply.

6. Work toward a long-term goal of developing watershed master plans for watersheds critical to consumptive and nonconsumptive water supply.

7. Prioritize and implement projects identified in master planning.

8. Monitor projects to ensure that objectives are met and maintained.

9. Conduct adaptive management as necessary.

10. Coordinate statewide watershed-coalition and partnership plans, projects, monitoring, and adaptive management strategies.

11. Watershed management plans may include potential impacts to the environment, public water supplies, and agricultural production from abandoned mines, and a strategy for addressing these impacts. CDPHE and DRMS are potential partners in developing a prioritized list of mines which could impact streams.

BLM_0065193

## 7.2 NATURAL DISASTER MANAGEMENT

### GOAL

**Colorado's Water Plan promotes water resource resilience from natural disasters through strategic preparedness and response.**

Natural disasters are potentially devastating natural events that may have detrimental effects on the state and its economy. In Colorado, we are prone to droughts, floods, earthquakes, tornados, and wildfires. Since the turn of the current century, Colorado has experienced many record-breaking natural disasters. These have included our most intense single-year drought in 2002; our most expensive wildfire, the Waldo Canyon Fire of 2012; our most destructive wildfire, the Black Forest Fire of 2013; our most expensive winter storm in 2003; and our most expensive summer storm in 2009. In fact, 54 percent of all homeowner insurance claims between 2009[22] and 2013 were a result of catastrophe, more than double the rate for the previous 12 years.[23] Natural disasters do not only affect people and property; they may also have serious negative effects on our water systems and on the amount of water that is available for meeting the needs of Coloradans. Additionally, climate change has the potential to influence the frequency and severity of these events in the future.

### The Effects of Climate Change on Natural Disasters

In 9 out of every 10 years, a portion of the state experiences some level of drought conditions.[24] As Chapter 4 discusses, droughts and floods that make our water availability so variable may also bring devastating economic and natural consequences to Colorado. The State has invested heavily in developing both structural and nonstructural flood mitigation activities, and leads the nation in innovative drought preparedness planning. Although we cannot avoid or prevent natural disasters, investments in planning and preparedness can help reduce adverse effects.

Given that water influences nearly all sectors of Colorado's economy, and that too little or too much water can have a substantial effect on the environment and the economy, it is important to understand how climate change may affect the frequency, duration, and intensity of natural disasters. The CWCB has conducted several studies to examine the ways in which climate change will affect water resources. These studies include Climate Change in Colorado, The Colorado River Water Availability Study, The Joint Front Range Climate Change Vulnerability Study, the Colorado Drought Mitigation and Response Plan, and the Colorado River Basin Water Supply and Demand Study.[25]

The most likely effect of future climate change on water supplies is a shift in the timing of runoff. Projections indicate that runoff timing will shift one to three weeks earlier by mid-century due to increased temperatures.[26] This shift may affect water rights holders that are only permitted to withdraw their allocation during specific timeframes, and those with limited storage. It is also likely to result in decreased late-summer streamflow due to both increased temperatures, and the projection that precipitation will generally increase in the winter months and decrease in the summer months.[27] At the same time, increased population and higher crop irrigation requirements will put additional pressure on a changing water supply.[28]

Although precipitation trends are far less clear than temperature trends, some studies have examined what floods and droughts might look like under an altered climate. Colorado's paleoclimate record shows droughts that are longer-lasting and more

BLM_0065194

intense than those experienced in the 20th and early 21st centuries.[29] That said, there is much variability across the state. For instance, in the Yampa/White River Basin, the hydrologic paleo record shows that streamflows are variable enough to capture all but the wettest projected flows under various climate change conditions. Conversely, in the Arkansas River Basin, paleo flows accurately represent only one of the climate projections, and none of the driest.[30] These records reinforce that the past may not be a good predictor of the future.

When one directly examines flood and drought extremes under projected future climate conditions, substantial variability exists across the state. On the Colorado River at Cameo, the average intensity for droughts was somewhat greater than the historical intensity (-24 percent versus -19 percent), while the intensity of surplus, or flood spells, was considerably lower than the historical surplus (27 percent versus 46 percent). When one takes into account climate projections, future projected drought intensities for the same-length event range from -19 percent to -32 percent, while surplus intensities range from 17 percent to 38 percent. The frequency of such events depends on which climate projections one uses.[31]

The frequency and intensity of wildfire may also change under a warmer climate, and will continue to affect watersheds and ecosystems. While it is understood that variability in Colorado's climate will continue long into the future and will include wildfires, drought, and floods, the influence of climate change on these events is less certain. The use of scenario planning enables the State to modify and adapt planning processes as new information becomes available, which will increase flexibility and resiliency in planning.



## SEAN CRONIN

### SOUTH PLATTE RIVER BASIN

Sean is the Executive Director for the St. Vrain and Left Hand Water Conservancy District in Longmont and was involved in the flood recovery efforts during the 2013 floods that ravaged northeast Colorado. He also chaired the South Platte Basin Roundtable during the creation of the South Platte Basin Implementation Plan and Colorado's Water Plan.

I believe Colorado's future depends on the same vision, drive, and selflessness possessed by past water leaders. I am confident that today's water professionals have those same qualities to "pay it forward" to the next generation. I believe this because Colorado's Water Plan has evolved the water community and enabled it to better appreciate diverse perspectives, openly discuss once-taboo topics, and gather some of the most visionary, driven, selfless, and passionate professionals our state has to offer. I view Colorado's Water Plan as the ultimate in paying ...

CONTINUED AT END OF CHAPTER

PROFILE

BLM_0065195



Historic floods in 2013 damaged several portions of Highway 36 between Estes Park and Lyons.

BLM_0065196

## Preparedness and Response

Looking back at Colorado's recent history, the last few years have demonstrated the extreme variability Colorado faces. The year 2011 was historically wet, 2012 was historically dry, and 2013 was both historically dry and wet. This variability presents immense challenges to water supply management and planning in Colorado.

The State gathered stories about the flood of 2013 illustrating water infrastructure and diversion structures that were damaged, facilities that were severely disconnected from stream and river channels, streams and rivers that substantially changed course, homes and businesses that were damaged or washed away, watersheds that were affected by fire followed by flood, and thousands of agricultural acres that became at risk of damage. The State and other agencies across Colorado responded expediently with grant and loan resources. This level of response teaches two things:

1.  Coloradans know how to face and recover from disasters. People came together to support their neighbors, and thousands of unknown heroes made a huge difference in the lives of their neighbors and communities.

2.  Even when people come together to face catastrophe, having a plan and sufficient resources in place ahead of time makes both the immediate response and the long recovery effort easier and less costly. In fact, studies have shown that for every one dollar of investment in natural hazard mitigation, society saves four dollars in response costs.[32]

Following the 2013 floods, the United States Department of Housing and Urban Development approved Colorado's Community Development Block Grant – Disaster Recovery to include the Watershed Resilience Pilot Program. The CWCB and the DOLA jointly developed this innovative holistic program to provide watershed restoration, risk mitigation, and community and economic development using a collaborative, coalition-of-partners approach. The program identifies an immediate need to focus on capacity-building, comprehensive watershed planning, and project implementation to address long-term catalytic watershed system improvements. The program will support capacity-building; additional watershed master planning and conceptual design activities (including modeling and mapping); planning for multi-objective uses such as green infrastructure, greenways, recreation, transportation, and recreation; and funding for the implementation of projects that result from cooperative planning efforts. This pilot program will receive an allocation of $25 million. The U.S. Department of Housing and Urban Development has never-before approved a watershed resilience pilot program.

The 2013 floods did result in an opportunity to implement various resiliency projects during the recovery period, which may continue in the event of future floods within the state. As an example, the 2013 flood resulted in unprecedented levels of damage to water supply infrastructure, creating the need to quickly rebuild in order to restore water management capabilities. The CWCB, CPW, and other partners encouraged water providers to consider multiple-objective designs when repairing diversion structures and other damaged infrastructure. These multiple-objective designs encourage processes that can enhance fish passage, recreational uses, and movement of sediment. Many rebuilt structures incorporated these design elements. Nevertheless, as the 2013 flood recovery demonstrated, current levels of funding and the need for quick rebuilding often hampered well-intentioned efforts to incorporate these new features. New or enhanced funding sources for these activities must continue to grow in order to be readily available and implemented into this infrastructure at key times.

Agencies successfully implemented other processes during the recovery from the 2013 floods. For example, the CWCB and the Colorado Department of Transportation (CDOT) have begun a very successful partnership to incorporate design principles for stream restoration and highway-rebuilding into a complementary, holistic process. The process has resulted in more-resilient stream and highway corridors and has saved money during the construction process. The State must continue this model in road and stream alignments, especially in the steep-canyon environments.

BLM_0065197

Damaged streams resulting from the 2013 floods highlighted the need for updated floodplain mapping that more accurately reflects post-flood conditions. A re-study of the hydrology of the flood-affected areas indicated that in many of the damaged watersheds, the regulatory flood hydrology that had been in place for as long as 40 years understated the flood risk. Senate Bill 15-245 put into place State-funded mapping processes that will accurately reflect this higher level of risk. Nevertheless, this process underscored the point that updated, statewide studies based on modern methods are necessary to ensure that the State adequately convey flood risk to landowners, and that important land-use decisions will rely on accurate information.

As Section 6.1 describes, the future is uncertain. While Section 6.1 describes the types of projects and methods the State generally needs for scenario planning and adaptive strategies for average conditions, this section focuses on variability from year to year. In any given year, Colorado must be prepared to respond adequately to the extremes of flood, drought, and fire. To support local communities and prepare for disasters that affect our water supply, the State's many agencies and programs work to both prepare for and respond to extreme events, and will continue these efforts into the future.

Colorado communities have a responsibility under the State's floodplain management standards— floodplain rules and regulations that meet or exceed the Federal Emergency Management Agency (FEMA) minimum requirements—to foster community resiliency and to develop wisely in light of flood events. The CWCB works with the Colorado Office of Emergency Management and FEMA to provide technical and financial support for these activities. In recent years, Colorado has improved its flood regulations by increasing freeboard requirements for homes and businesses, with additional protection for critical infrastructure such as hospitals, fire stations, and nursing homes. Colorado's Flood Hazard Mitigation Plan also helps the State and local communities better prepare for these events.[33]

The Colorado Drought Mitigation and Response Plan outlines the monitoring, mitigation, and response actions necessary to adequately prepare Colorado for drought.[34] The Water Availability Task Force brings together state, local, and federal agencies to monitor conditions on a monthly basis. Once an event occurs, the State activates the Drought Task Force, bringing together a multitude of state agencies to collaboratively address issues that arise.

The State projects that droughts will increase in frequency and severity. At the local level, the development of drought management plans can help communities prepare for those future conditions.[35] Furthermore, planning and preparedness before the onset of an event can reduce both physical and economic drought-related effects. The CWCB has developed many tools and resources to aid in this process and has made them accessible through the Drought Planning Toolbox.[36] Additionally, through the Water Efficiency Grant Fund, the CWCB is able to provide grant funding for up to 80 percent of the cost of both developing a plan and implementing proposed measures. Currently, mid-sized communities including the Town of Firestone, Pagosa Water and Sanitation District, and the Town of Erie have sought the CWCB's funding for plan development and approval. Larger providers, such as Denver Water and the City of Aurora, have current drought management plans, but have not sought State assistance or approval. If the number of communities that have active drought management plans in place increases, Colorado's overall resilience to drought will increase.

Technical and financial support is also available for healthy watersheds, which can help reduce the risk of catastrophic fires and buffer against the effects of other natural disasters. Section 7.1 further describes this. State agencies work closely with local and federal agencies on fire mitigation, response, and recovery. Because many watersheds are located on federal lands, intergovernmental collaboration is vital for protecting those resources. Additionally, Colorado is a headwaters state, and our downstream neighbors have a vested interest in maintaining healthy watersheds that contribute to their water quantity and quality. Building on these relationships may also contribute to better long-term protection of the resource.

Although Colorado has greatly prepared for the eventualities of floods, drought, and wildfires, these events rarely unfold exactly as predicted. That is why flexibility is critical in fostering effective and

BLM_0065198



A map showing the current 100-year floodplains in El Paso County in pink. The areas in green and salmon show changes in the 100-Year Floodplain from the late 1990's to 2015 in El Paso County. Source: CWCB, 2015.

efficient response to natural disasters. To that end, Colorado regularly updates its flood, drought, and wildfire plans. These plans comprise part of the State's Natural Hazard Mitigation Plan, which both the Colorado governor and FEMA approve. The updates incorporate lessons learned, new policies, and updated program information and, together with the working partnerships, will enable Colorado to respond better to future natural disasters. Existing technical tools, such as Colorado's Flood Threat Bulletin, are useful for helping state agencies and affected communities prepare for substantial precipitation events. Future enhancements to these and other tools may provide even further benefits.

## ACTIONS

1. Where appropriate, the State of Colorado will continue to support and expand drought, flood, and wildfire-preparedness and response programs.

2. The State of Colorado will actively encourage local communities to develop drought preparedness plans by providing tools and resources for development and implementation.

3. The CWCB and the Colorado Recovery and Resiliency Office will implement the actions identified in the Colorado Resiliency Framework to build communities that are more resilient to natural disasters.

4. The CWCB and CDPHE will work with utilities, federal agencies, and others to proactively identify and address regulatory barriers to climate preparedness and adaptation

BLM_0065199



## WATER QUALITY

**GOAL**

**Colorado's Water Plan promotes waters that fully support their classified uses by 2050 through strategies designed to meet Colorado's current and future consumptive, recreational, and environmental water needs. These strategies incorporate the protection and restoration of water quality as a key objective.**

Coloradans have a strong connection to water. The State and water managers need to protect quality of water, and in some cases, restore quality to support Colorado's heritage, communities, and way of life, now and into the future. Executive Order D 2013-005 recognizes this by stating, "Colorado's water quantity and quality questions can no longer be thought of separately. Each impacts the other and our state water policy should address them conjunctively." The executive order also lists "a strong environment that includes healthy watersheds, rivers and streams and wildlife" as one of three core Colorado values. In addition, recent public survey results highlight the value Coloradans place on safe, clean water. This survey indicates that Coloradans

believe the quality of both surface and groundwater is very important as a source of drinking water. Coloradans also believe the quality of water in streams and lakes is very important to support recreational uses. The survey shows that public health, followed by wildlife and fish habitat, are the most compelling reasons to improve water quality.[37, 38]

As Colorado plans for its water future, it will be critical to better integrate water quality and quantity planning and management activities. To ensure that Coloradans continue to have access to safe and clean water, the State must prioritize opportunities to address existing water quality effects and minimize future effects. Creating a balance between increasing quantity demands and water quality protection and restoration requires on-going dialogue with all Coloradans and collaboration at all levels of government. Colorado's Water Plan offers a framework for moving forward with the quality and quantity conversations.

The following information is a starting point for an ongoing conversation. To create a foundation for understanding this complex subject, the conversation describes how quality and quantity are related. It also identifies an integration goal geared to improve relationships in support of protecting and restoring water quality. The conversation describes current water quality management as a context for identifying ways to improve coordination, and makes recommendations for moving forward with initiatives that meet the integration goal. The water quality foundation for this conversation is included in Colorado legislation, and the Water Quality Control Commission (WQCC) and the Water Quality Control Division (WQCD) established goals to meet the intent of this legislation.

BLM_0065200

## Water Quality and Quantity Relationships

State and associated federal statutes, as well as local, state and federal regulations, protect water quality in Colorado. The WQCC adopts regulations, guidance, and policies required by the federal Clean Water Act (CWA), the federal Safe Drinking Water Act, and the Colorado Water Quality Control Act. The CDPHE Water Quality Control Division is the primary agency that implements these regulations, guidance, and policies. This water quality management structure is different from that which is in place for water-quantity management. Understanding the existing relationships between these distinct management frameworks, and looking for opportunities to improve coordination and integration, are important for protecting the state's water resources.

## Water Quality and Quantity Connections

Managing water quantity may cause a change in water quality. When entities divert water to farms or cities, store it for future use or flood control, or manage it as return-flows to address downstream water rights, water quality can change. For example:

❖ Recreational fishing is a way of life in Colorado and is important to local and state economies. Deep reservoirs tend to thermally stratify in summer, when cold water settles to the bottom. Many reservoirs release water downstream from the bottom, where the stratified water is very cold. In some places, cold-water releases from the bottom of reservoirs have affected downstream native fish and aquatic life. Most of Colorado's Gold Medal Fisheries, which CPW manages, are located downstream of



Black Lake No. 1 and No. 2. The lakes were enlarged so that stream flows could be maintained during snowmaking season.

BLM_0065201

dams. Other surface-water structures, such as diversions to canals and off-stream reservoirs, can also affect water quality and fisheries. Such modifications can result in low streamflows and cause low oxygen concentrations, high water temperatures, and higher concentrations of pollutants. In Colorado, the State is exploring solutions during project planning to address these types of water quality effects that surface-water modifications can cause.

❖ One option for addressing future municipal-water supply needs is the use of alternative agricultural transfers, such as rotational fallowing and interruptible supply options. High concentration of salts and other pollutants from this source water, however, may require advanced water-treatment technologies, such as reverse osmosis, to make the water usable for communities. The waste product from reverse osmosis has very high salt levels and cannot be discharged into the stream. Other disposal options for the waste product are limited. If a municipal provider has higher-quality source water to blend with lower-quality sources, this issue can be avoided. For example, Aurora Water recently completed the Prairie Waters Project in which both natural and constructed treatment allow potable water reuse—without requiring new CWA permits.

❖ The implementation and maintenance of drinking water and wastewater treatment in a semi-arid environment is a challenge today, and will continue to be in the future. Treatment infrastructure is critical to protecting public health and the environment. The capacity of the stream to accept wastewater pollutants without a negative effect on quality depends on the amount of water flowing in the stream. Water diversions upstream can result in fluctuating stream levels, and therefore affect water quality. Changes in treatment processes that are necessary to meet new, more stringent discharge limits, or upgrades to aging infrastructure, can increase operational costs for wastewater treatment facilities. However, protecting water quality through wastewater treatment and other measures can result in cost savings for downstream drinking water treatment facilities, because such protection results in higher-quality source water that could require less treatment in the future.

❖ The CWCB is responsible for the appropriation, acquisition, protection, and monitoring of instream flow and natural lake level water rights in order to preserve and improve the natural environment to a reasonable degree. The CWCB



Gross Reservoir is owned by Denver Water and part of the proposed Moffat Collection Expansion Project. Increased water supplies would help close the future water gap in Colorado. This project requires 401 certification.

BLM_0065202

exclusively established these water rights for nonconsumptive, in-channel, or in-lake water uses to support minimum flows between specific points on a stream, or minimum levels in natural lakes. The State's water right priority system administers the rights. While Colorado law explicitly prohibits the WQCC and the WQCD from taking any action that requires minimum instream flows, the program has provided tangible water quality benefits specifically for aquatic life classified uses across the state.

Cause-and-effect connections related to water quality and quantity are integral to the State's ability to make sound water management decisions. The State considers these connections during decision-making processes that are dependent on statutory, regulatory and management relationships related to water quality and quantity.

## Statutory and Regulatory Relationships

The State manages water quality and quantity separately based on different constitutional, statutory, and regulatory provisions. That said, state and federal statutes that protect instream water quality recognize the importance of protecting water rights while providing the authority to impose water-pollution controls. The federal statute that protects drinking water quality also recognizes integration with water quantity by including source-water protections that reduce treatment costs.

Many state and federal water quality-specific regulations intersect with quantity management. Establishing water quality standards and ensuring that entities attain these standards as required in state and associated federal water quality regulations is connected to the amount of water available in streams. State regulations also recognize water quality by addressing the quality of substitute water supplies used in exchanges and in substitute water supply plans. Regulations governing reuse also support integration between water quality and quantity management.

One of the primary examples of the regulatory quality and quantity relationship is the WQCD's water quality certification of federal permits and licenses under Section 401 of the CWA. WQCC Regulation No. 82 implements this certification, known as 401

certification. Section 401 of the CWA directs states to certify that activities needing federal permits and licenses, including many water development projects, must comply with the applicable provisions of the State's water quality use classifications, standards, and designation program during both construction and operation over time. WQCC Regulation No. 82 gives the WQCD three certification options for federal permits or licenses. These include the ability to certify, conditionally certify through identified mitigation measures, or deny certification. WQCD certification signifies that when the proposed project implements the federal permit or license, the project will comply with applicable surface and groundwater standards regulations, classifications, and all other applicable water quality requirements for the affected waters. For example, if a project requires a CWA Section 404 individual permit from the Army Corps of Engineers, it also requires a WQCD 401 water quality certification. Section 9.4 discusses the 401 water quality certification in more detail.

The WQCC's adoption of site-specific standards and designations is another example of a quantity-and-quality regulatory relationship. Site-specific standards and designations may reflect a lower level of water quality than would have been present before exercised water rights resulted in a hydrologic modification such as a dam, diversion, or return flows.

The WQCC is solely responsible for the adoption of water quality standards and classifications; however, local government regulations can also have a water quality and -quantity connection. For example, the State gives local governments permit authority over certain matters under the Areas and Activities of State Interest Act. Under the act, local governments can adopt regulations that address the effect of municipal and industrial water projects. These regulations, referred to as 1041 regulations, often require mitigation of water quality effects from water projects. Associations of local governments also prepare Regional Water Quality Management Plans that establish water quality goals and recommendations for regional water quality management. Typically, local 1041 regulations require new water projects to comply with these plans.

BLM_0065203

## Water Management Relationships

Statutes and regulations define roles and responsibilities that many entities share, creating a complex system for overseeing Colorado's water resources. At the state level alone, many entities are involved with protecting water quality, which requires coordination and integration to ensure that they appropriate manage water resources.

The Colorado Water Quality Control Act defines water quality roles and responsibilities for the WQCC and the WQCD. The Act also identifies several additional water quality implementing agencies, including:

❖ Division of Reclamation, Mining and Safety

❖ DWR

❖ Oil and Gas Conservation Commission

❖ CDPHE Hazardous Materials and Waste Management Division

❖ Division of Oil and Public Safety at the Department of Labor and Employment

These agencies have initial responsibility for implementing groundwater quality classifications and standards the WQCC adopts. A Memorandum of Agreement defines these implementing relationships. The WQCC can intervene in the event that it determines an implementing agency is not assuring compliance with water quality classifications and standards.

The DNR plays a critical role in managing water quantity in the state. The DWR within the DNR is responsible for water administration, while the CWCB, another DNR division, sets water policy, completes water planning, and reviews state wildlife-mitigation plans. The DNR's CPW develops state wildlife-mitigation plans, which address fish and wildlife resources that the construction, operation, or maintenance of water diversion, delivery, or storage facilities affect.

The Colorado Water Quality Control Act requires the WQCC and the WQCD to consult with the CWCB before making any decisions or adopting any rules or policies that have the potential to cause material injury to water rights. The CWCB receives copies of all WQCC rulemaking hearing notices, and all notices include a provision requesting information from the public regarding potential effects on water rights.

| FIGURE 7.3-1 | COLORADO STATE AGENCIES AND QUASI-GOVERNMENTAL ORGANIZATIONS WITH QUANTITY AND QUALITY RESPONSIBILITIES |



BLM_0065204

## Water Quality- and Quantity-Integration Goal

Executive Order D 2013-005 states, "Colorado's water quantity and quality questions can no longer be thought of separately. Each impacts the other and our state water policy should address them conjunctively." To this end, it is important to establish a goal related to quantity and quality integration between now and 2050. To develop this goal, the CWCB reviewed many documents, including the CWA, the federal Safe Drinking Water Act, the U.S. EPA's strategic plan, Colorado's Water Quality Control Act, the WQCD's strategic goals, the WQCC's strategic water quality goals, and the BIPs. These laws, goals, and plans focus on broader actions than quality and quantity integration, yet they provide important insight for developing a quality- and quantity-integration goal as part of Colorado's Water Plan.

> It is important to establish a goal related to quantity and quality integration between now and 2050.

The CWA sets a national goal "to restore and maintain the chemical, physical, and biological integrity of the nation's waters," with interim goals that all waters be fishable and swimmable where possible. The federal Safe Drinking Water Act authorizes the EPA to set national health-based standards for drinking water in order to protect against both naturally occurring and man-made contaminants in drinking water. The EPA and water systems work together to make sure states meet these standards. The EPA's current strategic plan has a goal regarding protecting America's waters to "protect and restore waters to ensure that drinking water is safe and sustainably managed, and that aquatic ecosystems sustain fish, plants, wildlife, and other biota, as well as economic, recreational, and subsistence activities."

The legislative declaration of the Colorado Water Quality Control Act includes the following goals:

❖ Achieve the maximum practical degree of water quality in the waters of the state.

❖ Provide that no pollutant be released into any state waters without first receiving treatment or other corrective action necessary to reasonably protect the legitimate and beneficial uses of such waters; to provide for the prevention, abatement, and control of new or existing water pollution; and to cooperate with other states and the federal government in carrying out these objectives.

In addition, there are several Colorado Water Quality Control Act provisions related to water quantity and water rights:

❖ A primary goal of the Water Quality Control Act is to protect, maintain, and improve the quality of state waters for beneficial uses, including domestic, wildlife, and aquatic life; and agricultural, industrial, and recreational uses.

❖ Dischargers of pollutants may be required to meet a high degree of treatment to protect water rights.

❖ The WQCC and the WQCD must consult with the CWCB before making any decisions or adopting any rules or policies that have the potential to cause material injury to water rights.

❖ Nothing in the state act is to be construed or applied to cause or result in material injury to water rights.

❖ The WQCC and WQCD shall not require an instream flow for any purpose.

BLM_0065205

The WQCD's mission is to protect and restore water quality for Colorado's public health and the environment. The WQCD's strategic plan states that it will achieve its mission by pursing the following goals:

- ❖ Prevent waterborne disease and reduce chronic public-health risks from drinking water through improved implementation of the federal Safe Drinking Water Act and Colorado's drinking water statutes and regulations.

- ❖ Protect all designated uses by attaining water quality standards through improved implementation of the CWA and the Colorado Water Quality Control Act and associated regulations.

- ❖ Restore impaired water quality to attainable standards through improved implementation of the CWA and the Colorado Water Quality Control Act and associated regulations.

Finally, the WQCC's strategic water quality goal: By 2050, Colorado's waters will fully support their classified uses, which may include drinking water, agriculture, recreation, aquatic life, and wetlands.

The State will require better integration of water quality and quantity in order to address the WQCC's overall goal for water quality. Based on review of the laws, goals, and plans summarized above, the WQCC developed a quality- and quantity-integration goal:

> Recognizing the inter-relationships between quality and quantity, strategies designed to meet Colorado's current and future consumptive, recreational, and environmental water needs will incorporate, as a key objective, the protection and restoration of water quality.

The following steps further refine and advance this goal:

- ❖ The State encourages the basin roundtables to actively incorporate water quality into decision-making processes for consumptive, recreational, and environmental projects. To help facilitate this effort, the WQCD will provide basin-scale water quality information to the basin roundtables for their use in updating their future BIPs. The WQCD originally developed this information as part of the Statewide Water Quality Management Plan.

- ❖ Project proponents must understand the nexus between water quality and quantity, and must work to avoid or mitigate water quality effects of a project through the implementation of best management practices, whether associated with 401 water quality certifications or otherwise. The WQCD will support this effort by developing guidance on the 401 water quality certification process and identifying best management practices.

- ❖ The WQCD, in concert with other stakeholders, including watershed groups and those with point and nonpoint discharges, will continue to employ available programs to maintain, and in some cases, improve water quality at a basin-scale. The WQCD will document progress over time in the WQCD's Integrated Report and WQCD's Statewide Water quality Management Plan. The WQCD typically updates the Integrated Report every two years and uses it to track progress on the quality portion of the integration goal over time.

- ❖ The CWCB will use information from the WQCD's Integrated Report in its scenario-planning efforts when evaluating the status of future *signposts* (see Chapter 6.1). By tracking this information through time, water quality and quantity managers will know whether efforts to integrate water quantity and quality are successful, and can make course corrections as part of adaptive management plan efforts.

BLM_0065206



A hiker takes a break to drink some crisp mountain water.

BLM_0065207

## Current Water Quality Conditions

As state water managers and stakeholders produce plans for meeting consumptive, recreational, and environmental needs in ways that recognize the many interactions of statute, regulation, and management activities, it will be important to understand current water quality conditions in the state. Understanding current water quality conditions is also fundamental for ensuring compliance with water quality regulations as they pertain to water-supply planning and implementation activities.

The ability to evaluate the status of surface-water quality in Colorado requires an understanding of the classified uses for waterbodies throughout the state. A classified use is a specific type of use for an identified waterbody and can include domestic water supply, agriculture, recreation, aquatic life, and wetlands. With an aim to protect these waterbody-specific uses, the WQCC assigns classified uses to stream and lake segments and adopts water quality standards for many different pollutants.

The state also must have an antidegradation policy as part of its water quality standards. Antidegradation protects the value of high-quality surface waters. Colorado's antidegradation policy establishes that, at a minimum, the State and water managers must maintain existing classified uses for all surface waters, and the water quality necessary to protect those uses; these waters are *use-protected waters*. The antidegradation policy also provides extra levels of protection for two other types of waters the commission designates. *Outstanding waters* receive the highest level of protection and require that quality must be maintained at current levels (with no degradation). *Reviewable waters* are high-quality waters that receive an intermediate level of protection. The rules for antidegradation review require a public process. This must occur before the natural capacity of a waterbody to dilute and absorb pollutants and prevent harmful effects is completely allocated to a project or permit under which a new or increased impact is proposed. The State allows use of such capacity if the review shows that it would accommodate important economic or social development for the area in which the waters are located.



### FIGURE 7.3-2   CURRENT WATER QUALITY CONDITIONS[39]



**Lakes and Reservoirs**

- 28% Attaining Standards
- 49% Insufficient Data
- 23% Not Attaining Standards



**Rivers and Streams**

- 65% Attaining Standards
- 25% Insufficient Data
- 10% Not Attaining Standards

Standards are the basis for evaluating the status of water quality for each waterbody. When available data show that a waterbody is not meeting water quality standards, state regulation identifies the waterbody as impaired. A biennial report to the EPA (Integrated Water Quality Monitoring and Assessment Report, or Integrated Report) must identify these impaired waterbodies, as well as other information about water quality in the state.

For waters that attain water quality standards, the challenge is to maintain the existing good water quality in order to protect classified uses, such as drinking water supplies, robust fisheries, and recreational opportunities.

BLM_0065208



The Paradox Valley salinity control unit is located along the Dolores River in the Paradox Valley near the Utah border. The unit injects collected brine into deep geologic formations, and is one of the most effective salinity control projects in the Colorado River Basin, accounting for about ten percent of total salinity control reductions in the Colorado River.

The most common causes of river and stream impairments in waters that are not meeting water quality standards are selenium, pathogens such as E. coli, and iron. In lakes and reservoirs, the most common causes of impairment are selenium, mercury, and dissolved oxygen saturation. Waters that do not attain water quality standards affect the ability of water users to use water for domestic water supply, agriculture, aquatic life, and recreation.

As shown on previous page, Figure 7.3-2 presents statewide information and is based on available water quality data. Different regions or basins within the state have varying water quality conditions and may have unique water quality challenges. Water quality impairments may also exist in streams or lakes that have either little or no available data, or that the Integrated Report process has not yet assessed.

## Future Water Quality Conditions

Over the next 35 years, many changes will occur that have the potential to affect both regional and statewide water quality. Understanding these changes is important as the State, water managers and stakeholders develop plans for addressing the municipal and industrial supply gap and for meeting recreational and environmental needs.

Water-quantity decisions will affect future water quality conditions, but changing water quality regulations will also influence these decisions. Currently, several additional proposed regulations are designed to further protect and restore water quality. Examples of proposed regulations include increased nutrient controls, more stringent arsenic standards, and a revised selenium standard. There is also renewed emphasis on implementing actions that will produce measureable, positive changes in water quality. Recognizing the possibilities associated with potential change, both water- quantity and -quality managers must seek opportunities to protect and enhance water quality in the future.

Other factors affecting future water quality conditions are also important to consider. As the economy and population grow and land uses change, water-quantity demands will increase and additional stressors on water quality will come into play. Future land-use decisions are a substantial factor, as increased urbanization and associated stormwater runoff, higher volumes of discharged municipal wastewater, and industrial discharges—including those from the

BLM_0065209

energy sector—can affect water quality. As additional diversions deplete streams, existing concentrations of pollutants will increase, and water treatment and wastewater-treatment processes that rely on those streams will become more difficult and expensive. New issues may also arise from emerging contaminants or from interactions among different constituents. These potential effects could be negative; however, there may also be opportunities for positive change. These variables reinforce the critical nature of informed and integrated water-resource management decisions.

Climate change further compounds the potential for positive or negative effects on water quality in the future. Predicted effects of a changing climate on water quality include:[40]

❖ Potential streamflow volume will decrease in the Rockies and interior southwest, and increase in the east and southeast coasts.

❖ Higher peak streamflow will increase erosion and sediment transport, and loads of nitrogen and phosphorus are also likely to increase in many watersheds.

❖ Many watersheds are likely to experience substantial changes in the timing of streamflow and pollutant delivery. In particular, there will be a tendency to shift from snowmelt-dominated spring runoff systems to rain-dominated systems with greater winter runoff.

❖ Nutrient and sediment loads will change, as they are generally correlated with changes in hydrology.

❖ Warming air temperature will cause stream and lake temperatures to rise, which can harm aquatic organisms—such as trout—that live in cold-water habitats. Additionally, warmer water can increase the range of non-native fish species, permitting them to move into previously cold-water streams. The population of native fish species often decreases as non-native fish prey on and compete with them for food.

Planning for water quality changes based on these potential fundamental system-shifts is challenging, and highlights the need to make measurable progress on the water quality and -quantity integration goal.

## Water Quality Management

The WQCD and WQCC currently make water quality decisions in the context of a management system based on statutes, regulations, and implementation processes. This system defines boundaries needed to protect and restore water quality, and also offers opportunities for flexible, integrated approaches for meeting consumptive, recreational, and environmental needs. The existing water quality management system is a starting point for finding opportunities and maximizing them to facilitate improved, integrated water-resource management decisions.

Section 2.4 and in Section 7.3 discuss the statutory and regulatory framework for water quality. The framework establishes the requirements for protecting and restoring water quality in the state, and processes at the state and local level implement the framework. The chapters also discuss classified uses and the water quality standards established to protect those uses. Both are critical to protecting and restoring water quality in the state; with public input, WQCC processes establish those uses and standards.

Water quality management processes also include monitoring, data assessment, and reporting. Monitoring and data assessment are essential to identifying and characterizing water quality problems, revising water quality standards, and developing and evaluating the results of control programs. Many statewide partners aid in completing the monitoring. The WQCD uses its own data and partners' data in evaluating the status of statewide and basin-scale water quality with respect to meeting water quality standards. Information about attainment of water quality standards is available in the Integrated Report discussed in 7.3.2. WQCC Regulation No. 93, Colorado's Section 303(d) List of Impaired Waters and Monitoring and Evaluation List also identify the information. The WQCC has used public processes to adopt both of these.

When streams and lakes do not meet water quality standards, WQCD produces a restoration plan called a Total Maximum Daily Load (TMDL). The TMDL defines how much of the pollutant causing the

BLM_0065210

impairment is allowed in the stream or lake while still ensuring high water quality standards. The allowable amount of the pollutant is then divided among all the different sources of the pollutant—including both point and nonpoint sources. A point source is a sewage treatment plant or industrial facility discharge. Nonpoint sources are diffuse sources of pollution, such as runoff from agricultural fields or abandoned mines.

As the WQCD produces the restoration plan, public notice process provides the opportunity for gathering input. Once the EPA approves the TMDL, the TMDL becomes the basis for implementing necessary actions to bring the stream or lake back into attainment. As an alternative to implementing controls to meet existing water quality standards, TMDLs can result in a re-evaluation of standards and sometimes a re-evaluation of classifications. A TMDL implementation plan can define implementation actions in a locally driven watershed plan or in a locally driven, regional water quality management plan (208 plan). Watershed plans and 208 plans identify stressors to water quality and address other water quality improvement and protection activities necessary to meet local and regional goals. The WQCD works with local partners and local plans to implement priority projects in order to restore and maintain water quality at a watershed or regional scale.

The WQCD also actively engages in promoting and supporting source-water protection planning across Colorado through the Source Water Assessment and Protection (SWAP) Program. The program is designed to define drinking water supply areas and identify potential water quality and contaminant risks to drinking water systems. The SWAP program, in collaboration with the Colorado Rural Water Association, provides technical and financial support to encourage voluntary local planning efforts and the implementation of best management practices to minimize source-water quality effects. This effort is a collaborative stakeholder process that contributes to protecting and restoring water quality in the state.

The WQCD uses information from all of these local plans to support its own planning efforts. For example, the WQCD produces a Statewide Water Quality Management Plan for approval by the WQCC. The Statewide Water Quality Management Plan compiles water quality information in support of implementation activities at a statewide and basin-wide scale. This compilation, in addition to the Integrated Report, WQCC policies, and other WQCD documents, supports the WQCD's strategic planning—while promoting progress toward national water quality goals and providing specific metrics for measuring that progress.

The purpose of these plans, which exist at different scales with the support of numerous partners, is to define and prioritize actions for the improvement, restoration, and protection of water quality. The WQCD uses several implementation tools, including Section 401 water quality certifications (which Section 9.3 discusses), permits that allow discharges to streams and lakes (provided they meet certain limits or control measures), and funding support for partners. The federal CWA prohibits the discharge of pollutants from a point source to surface water without a permit. Because the State has developed a program that meets the requirements of the federal CWA, the WQCD, rather than the EPA, administers the primary discharge permit program in Colorado. The permits the WQCD issues to point sources specify the limits or controls required to meet Colorado's water quality standards.

BLM_0065211

Implementation tools often require the development of strategies or best management practices that, when completed, result in the improvement, restoration, and protection of water quality. Strategies also address consumptive and nonconsumptive needs. Sections 6.3 through 6.6 summarize these strategies. Examples of strategies that have a quality and quantity nexus include, but are not limited to:

❖ CDPHE regulates non-potable water reuse and graywater use. Section 6.3 further describes these strategies.

❖ Storage, including reservoirs and aquifer storage and recovery can impact the amount of water available in streams, which may impact water quality.

❖ Source-water protection best management practices, such as proper storage and disposal of pesticides and proper management of septic systems can improve the quality of drinking water supplies.

❖ Stormwater best management practices, including retention and detention, can improve the quality and quantity of the supply, and water management practices could incorporate these practices. Colorado has not typically considered stormwater to be a source of supply, but may explore this in the future.

❖ Nonpoint-source best management practices will be critical to improving water quality for recreational, environmental, and consumptive needs in the future. Examples of nonpoint-source best management practices include mine tailings removal, riparian buffer creation, wetlands construction, and habitat restoration.

❖ Green infrastructure is taking place at a national level and Colorado is exploring application of this concept. The focus of the green infrastructure concept is to weave natural processes into the built environment, which can provide stormwater management, flood mitigation, air quality management, and riparian zone restoration.

❖ Water quality trading is based on the fact that sources in a watershed can face very different costs and regulatory requirements when under the control of the same pollutant. Trading programs allow facilities that are facing higher pollution-control costs to meet their regulatory obligations by purchasing environmentally equivalent (or superior) pollution reductions from another source at a lower cost, thus achieving the same water quality improvement at a lower overall cost.

Chapter 9 discusses funding and financing in detail; however, the WQCD provides various financial assistance opportunities to aid with efforts geared to protect public health and the environment. The WQCD administers the following financial assistance programs:

❖ State revolving funds provide low-interest loans to government entities for drinking water and water quality improvement projects.

❖ The Water Quality Improvement Fund provides grant funds for water quality improvement projects using civil penalties from water quality violations. State House Bill 11-1026 amended the statute to authorize grants for stormwater management training and best-practices training to prevent or reduce the pollution of state waters.

❖ Source-water protection grants provide funding for pilot planning projects as well as development and implementation projects.

❖ The small-system training and technical assistance set-aside provides grant funding to assist with the costs of planning and design for small drinking-water systems serving fewer than 10,000 people.

❖ State statutes 25-8-703 and 25-1.5-201 authorize funding, when the legislature appropriates it, for small-community domestic wastewater and drinking water projects. These programs provide grants to municipalities for costs associated with planning, design, and construction of drinking water and wastewater treatment plants.

BLM_0065212

❖ Through a competitive process, the WQCD distributes nonpoint-source grant funds to local project sponsors to implement projects that restore impaired waters, prevent future impairments, or raise public awareness.

In addition, the CWCB administers the Water Supply Reserve Account as another financial tool. This tool provides grants to assist Colorado water users in addressing their critical water-supply issues and interests. The funds help eligible entities complete water activities, which may include competitive grants for:

❖ Technical assistance regarding permitting, feasibility studies, and environmental compliance.

❖ Studies or analysis of structural, nonstructural, consumptive, and nonconsumptive water needs, projects, or activities.

❖ Implementation of structural and nonstructural water projects or activities.

## Water Quality and BIPs

The various basin roundtables have addressed water quality in the BIPs in two major ways: Through quality-related basin goals and measurable outcomes, and through identification of projects and methods with a water quality nexus. In many basins across the state, public water systems, municipal governments, and communities have developed source-water protection plans with specific water quality protection strategies. Many basins also have watershed plans in place that identify priority actions necessary to both protect and restore water quality. Basin roundtables should consider these prevention, protection, and restoration strategies and actions during the project development and prioritization stage. The WQCD can provide information about in-progress or completed protection and watershed plans.

Every basin roundtable has addressed water quality in goals and measurable outcomes. Several basins have addressed water quality issues in the context of greater watershed health, while others look to established water quality standards as a potential measureable outcome. The Rio Grande Basin Roundtable established the following goal: "Make progress toward meeting applicable water quality standards throughout

the basin."[41] This approach demonstrates ways in which the basin may use the planning process to work closer with the CDPHE and make progress toward meeting established standards.

In its goals, the Yampa/White/Green Basin Roundtable references water quality as it relates to uses within the basin: "Maintain and consider the existing natural range of water quality that is necessary for current and anticipated water uses."[42] Recognizing the importance of both quality and quantity, this water quality-centric goal follows the strong BIP theme of protecting existing uses within the basin and providing for future development. This type of goal seeks to establish how water quality fits within the basin's vision of its future.

Basin roundtables have also addressed water quality issues through identification of projects and methods that have a water quality nexus. For example, the South Platte/Metro BIP identifies 18 projects with a connection to water quality, ranging from assessment of wildfire restoration, to sediment mitigation projects, to mine remediation.[43] These projects seek to leverage implementation to address water quality issues at the source.

The Gunnison Basin has identified currently ongoing projects and methods that address water quality issues. These include several programs related to Colorado River water quality, such as the Gunnison Basin Selenium Management Plan, and projects funded through the Colorado River Basin Salinity Control Forum.[44] Additional localized projects for improving municipal infrastructure also have benefits for water quality.

Through these goals, outcomes, and identified projects and methods, the basins seek to address water quality concerns at a more local level. Future roundtable efforts will prioritize projects and methods according to basin goals, and this incorporation of quality concerns into the goals-and-outcomes framework will benefit water quality overall.

BLM_0065213

## ACTIONS

The WQCD worked with the Colorado Water Quality Forum and the WQCC to develop recommendations. As the CWCB updates the Colorado's Water Plan in the future, these recommendations will serve as a starting point for implementation efforts focused on:

A. Integrated water quality and -quantity management.

B. Policy considerations.

C. Financial considerations.

D. Stakeholder and public outreach.

In addition, the State will assign these recommendations to a responsible party and prioritize them for implementation over time.



Water for agricultural use needs to be free from contamination. Depicted here are siphon tubes on the Sakata farm in Brighton.

### A. Integrated Water Quality and -Quantity Management Actions

Recommendations to promote increased integration of water quality and -quantity management include:

1. Evaluate the water quality effects associated with the proposed solutions and scenarios the BIPs and Colorado's Water Plan (Sections 6.3 through 6.6) have presented. Identification of those effects will help define the scope of strategies that entities need to explore to protect and restore water quality. The State will share information about these effects among all involved parties.

2. In cooperation with basin roundtables, the CWCB, and others, define opportunities for projects or processes that restore and enhance existing water quality conditions, with an aim of addressing potential water quality effects resulting from water-quantity solution implementation. An initial step will be to assist the basin roundtables in developing water quality goals, objectives, and measurable outcomes based on current water quality information; each basin will be able to use this information when updating its BIP. This collaboration supports the basin roundtables in identifying projects and methods that integrate water quality and -quantity management to protect and restore water quality.

3. Define green-infrastructure approaches for the arid West, and explore ways in which entities can use green infrastructure to address Colorado's consumptive and nonconsumptive gaps. For example, green infrastructure in the arid West can go beyond stormwater management activities and low-impact development methods by including landscape-scale land-use planning that identifies where activities should occur in order to meet dynamic goals, including protecting and restoring water quality. Green-building and stormwater management groups have developed information that provides a starting point for developing and maintaining a library of green-infrastructure options.

BLM_0065214

4. Evaluate new water-supply projects and the potential for multiple benefits, including water quality protection and enhancement. Strive to ensure that project plans incorporate all water quality benefits.

5. Examine ways to design and operate new or existing supply projects to advance water quality objectives. Actively pursue incorporation of these design and operation considerations into proposed projects.

6. Identify the role of reuse by developing a library of reuse examples, such as direct potable reuse, indirect potable reuse, non-potable reuse, graywater use, and the associated water quality issues for each type of reuse. Ensure that any initiative that desires to use these resources addresses the issues. Section 6.3 further discusses reuse and identified actions.

7. Promote the use of aquifer storage and recovery, since water quality effects associated with this storage strategy are minimal.

8. Explore the role of stormwater management from both a quality and a quantity perspective in order to determine whether stormwater is a viable additional source of supply to address consumptive needs.

9. Address nonpoint sources through ongoing management activities, which play an important role in protecting and restoring water quality for the benefit of future water uses. These activities should include cataloguing and evaluating local-government land-use planning tools that minimize nonpoint-source pollution associated with development. Entities should also explore a comprehensive approach to nonpoint-source management, including water-quality trading.

10. Identify the risks of climate change as they relate to integrated water quality and water-quantity management. Develop specific recommendations for addressing these risks.

11. Explore how entities can most efficiently and cost-effectively integrate the CWA requirements and Safe Drinking Water Act requirements. Develop specific implementation recommendations.

## B. Policy Considerations

Policy considerations related to quality and quantity integration include:

1. Continue to engage in creative, solution-oriented actions, such as implementing site-specific standards, temporary modifications, discharger-specific variances, pollutant trading, and conditional 401 water quality certifications. Use all available means to improve water quality and protect the high-quality waters that are considered better-than-necessary for supporting classified uses. Maintain ongoing, non-regulatory programs, including nonpoint-source management and source-water protection planning. These solution-oriented actions will also be necessary for addressing the effects of climate change.

2. As entities continue to maximize wastewater reuse in Colorado, establish a more complete understanding of the concept of "net environmental benefit." This concept demonstrates that the ecological value of using effluent to support riparian and aquatic habitats exceeds the ecological benefits of removing the discharge from the waterbody.

3. Review and appropriately modify existing regulations, guidance, and policy documents for new types of wastewater reuse so that revisions will protect public health and the environment, while also providing sufficient flexibility for water suppliers to develop new water-reuse projects across the state.

4. Consider and document the water-rights implications of water quality strategies and the water quality implications of water development strategies as they both pertain to integrated water quality and -quantity management. For example, integrated stormwater management may have effects on downstream flows, and entities would have to understand and address possible water-rights effects before implementing such a strategy.

5. Continue to work with neighboring states to address interstate water quality and quantity-issues to protect Colorado's compact entitlements.

6. Continue statewide monitoring that supports assessment of the quality- and quantity-integration goals and measures.

BLM_0065215

## C. Financial Considerations

Future efforts to integrate water quality and quantity will require funding. Chapters 9 and 10 of Colorado's Water Plan further detail the recommendations outlined below.

1. Continue to fund nonpoint-source pollution management efforts. Identify new funding opportunities and nonpoint-source pollution-control strategies.

2. Identify costs and funding sources forimplementation of green infrastructure and reuse.

3. Pursue state funding of regional watershed-based water quality planning to better integrate current and future water-quantity efforts.

4. Develop and implement State funding mechanisms for future water projects that implement consumptive and nonconsumptive strategies in ways that are consistent with Colorado's Water Plan. Plans should emphasize funding portions of projects that result in a public benefit.

5. Develop and implement State funding mechanisms for the implementation of mitigation activities required either under a state water-court water-rights decision, or under a federal or state water quality protection regulatory action.

6. Develop and implement funding mechanisms for the protection, restoration, or enhancement of water quality values in river or stream reaches.

7. Explore ways to facilitate innovative treatment and engineering solutions through technology transfer and liability management techniques.

## D. Stakeholder and Public Outreach

Stakeholder and public outreach is critical to meeting the water quality and -quantity integration goal. Chapter 9.5 of Colorado's Water Plan further details the recommendations outlined below.

1. Use a watershed approach for outreach and community engagement around water quality, ways to protect water quality, and solutions to water quality issues. Colorado's many watershed groups already use this approach to effectively plan for and implement actions that protect and restore water quality. The approach can be used when developing and implementing strategies that integrate water quality and -quantity management.

2. Refine future water quality goals and measurable outcomes by monitoring public attitudes and opinions about water quality as it relates to domestic water supply as well as environmental and recreational uses of water.

3. Develop additional water quality goals and performance measures based on the completed BIPs from the basin roundtables.

4. Conduct joint CWCB and WQCC meetings at least annually to discuss water quality and water quantity integration issues.

5. Consider holding workshops as part of WQCC's annual basin rulemaking process. To gather input and share information related to progress on water quality and quantity integration efforts, workshops should include participation from basin roundtable representatives for the basin that is the subject of the annual rulemaking hearing.

6. As the CWCB updates or implements the water plan in the future, it will participate in the Colorado Water Quality Forum's process and working groups which provide stakeholder input on water quality issues.

BLM_0065216



Trappers Lake, the headwaters of the White River, in the Flat Tops Wilderness.

BLM_0065217



**Despite warnings from friendly Indians about great floods flowing from "bluff to bluff", early settlers in Denver built near the river. Cherry Creek flood of 1864.**

# A LOOK AT HISTORY

Despite being warned by friendly Native Americans, pioneers in Denver settled along the banks of the South Platte and its tributaries. They suffered the consequences in the Cherry Creek flood of 1864.

source: Colorado Water Conservation Board.

caption: Thomas V. Cech, J William McDonald, Defend and Develop:
*A Brief History of the Colorado Water Conservation Board's First 75 Years,*
[Denver: Wellstone Press and the Colorado Water Conservation Board, 2012.]

BLM_0065218

**SEAN T. CRONIN,** CONTINUED FROM PAGE 7-12

it forward - a gift that is opened when the next generation turns on a tap, fishes a stream, shops at a farmers' market, plays ball in the backyard, or goes downtown for a cold beer.

I live in my adopted home of Colorado with my wife and two children. I remember in 1997 moving to Colorado as entering nirvana -- spectacular weather, world-class recreation opportunities, high employment, and darn tasty beer. My first water job evoked a "water awakening". It suddenly became abundantly clear that this nirvana did not exist by chance. It was instead very deliberately engineered, and all connected by a common thread - water.

Prior to moving to Colorado, I lived in North Carolina where I obtained a degree in environmental science from the University of North Carolina at Charlotte and worked for the North Carolina Cooperative Extension Service. I grew up in Massachusetts on the South Shore of Boston where as a young kid witnessed human-caused degradation of local waterways. Those were defining moments that inspired me to obtain the rank of Eagle Scout and pursue my chosen field of study.

After working in the water industry for over 20 years, what I most enjoy is the opportunity to serve the greater good. A service that started at the Extension where I lead a partnership with farmers and non-profits to implement best management practices to protect water quality; then to a municipality providing a clean, reliable water supply to residents; and most recently with the District assisting property owners and ditch companies with flood recovery efforts. I consider myself fortunate to be part of a community of stewards for this life giving natural resource.

BLM_0065219

## Section 7.1: Watershed Health and Management

1   Sandra L. Postel and Barton H. Thompson, Jr., "Watershed Protection: Capturing the Benefits of Nature's Water Supply Services," Natural Resources Forum 29 (2005): 98-108.

2   Richard M. Edwards and Greg Sundstrom, *Colorado Forestry Best Management Practices, Forest Stewardship Guidlines for Water Quality Protection, 2012 Field Audit Report* (Colorado State Forest Service, 2013), 2, http://static.colostate.edu/client-files/csfs/pdfs/BestMgmtPractices2012FieldAuditReport_www.pdf

3   J.E. Williams, C. A. Wood, and M.P. Dombeck, *Watershed Restoration: Principles and Practices* (Bethesda, MD: American Fisheries Society, 1997), 2-3.

4   Williams, Wood, and Dombeck, *Watershed Restoration: Principles and Practices*, 5.

5   Edwards and Sundstrom, Colorado Forestry Best Management Practices, Forest Stewardship Guidelines for Water Quality Protection, 2.

6   Colorado State Forest Service, *Colorado Statewide Forest Resource Assessment - A Foundation for Strategic Discussion and Implementation of Forest Management in Colorado* (2008), 39, accessed October 14, 2014, http://csfs.colostate.edu/pages/statewide-forest-assessment.html

7   Colorado State Forest Service, *Report on the Health of Colorado's Forests, Caring for Colorado's Forests: Today's Challenges, Tomorrow's Opportunities* (2013), 5, http://csfs.colostate.edu/media/sites/22/2014/02/2013ForestHealthReport.pdf

8   United States Environmental Protection Agency, "Climate Change and Watershed Health," accessed October 27, 2014, http://water.epa.gov/polwaste/nps/watershed/climate_change.cfm

9   Colorado State Forest Service, *Colorado Statewide Forest Resource Assessment - A Foundation for Strategic Discussion and Implementation of Forest Management in Colorado*, 42, http://static.colostate.edu/client-files/csfs/pdf/SFRA09_csfs-forestassess-web-bkmrks.pdf

10   Carol Ekarius, "Building Successful Watershed Coalitions" (presented at the Colorado Watershed Symposium, Loveland, Colorado, July 18, 2013).

11   Colorado State Forest Service, *Report on the Health of Colorado's Forests, Caring for Colorado's Forests: Today's Challenges, Tomorrow's Opportunities*, 12.

12   United States Forest Service, *Quarter 2 Progress Report: High Performance Partnerships* (USFS Rocky Mountain Region, 2014), 3-6.

13   West Water, CDM Smith, Shively, CH2MHILL, and Peak Facilitation, *Arkansas Basin Implementation Plan*, (Colorado Water Conservation Board, April 2015), ., https://www.colorado.gov/pacifs/sites/default/files/Ark%20BIP%20Full%20Plan%20FINAL%2020150416.pdf

14   DiNatale Water Consultants, *Rio Grande Basin Water Implementation Plan*, (Colorado Water Conservation Board, April 2015), https://www.colorado.gov/pacific/sites/default/files/GBIP_4-17-15-FINAL_no-appendices_2.pdf

15   HDR and WestSage Water Consultants, *South Platte Basin Implementation Plan*, (Colorado Water Conservation Board, (Colorado Water Conservation Board, April 2015) https://www.colorado.gov/pacific/sites/default/files/SouthPlatteBasinImplementationPlan-04172015.pdf

16   Harris Water Engineering, *Southwest Basin Implementation Plan* (Colorado Water Conservation Board, April 2015) https://www.colorado.gov/pacific/sites/default/files/SW%20BIP%2004017015.pdf

17   Front Range Watershed Protection Data Refinement Work Group, *Protecting Critical Watersheds in Colorado From Wildfire: A Technical Approach to Watershed Assessment and Prioritization* (2009), 6-14, http://cospl.coalliance.org/fedora/repository/co-9006

18   AMEC and Hydros Consulting, *Yampa/White/Green Basin Implementation Plan* (Colorado Water Conservation Board, April 2015), http://www.colorado.gov/pacific/sites/default/files/Yampa-WhiteBIP_Full.pdf

19   Wilson Water Group, *Gunnison Basin Implementation Plan* (Colorado Water Conservation Board, April 2015), https://www.colorado.gov/pacific/sites/default/files/GBIP_4-17-15-FINAL_no-appendices_2.pdf

20   Wilson Water Group, *Gunnison Basin Implementation Plan*.

21   SGM, *Colorado Basin Implementation Plan* (Colorado Water Conservation Board, April 2015), https://www.colorado.gov/pacific/sites/default/files/CBIP-April-17-2015.pdf

## Section 7.2: Natural Disaster Management

22   Rocky Mountain Insurance Information Association, "Catastrophe Fact & Statistics," accessed June 25, 2015 http://www.rmiia.org/catastrophes_and_statistics/catastrcphes.asp

23   Rocky Mountain Insurance Information Association, "Trends in Homeowners Insurance Claims," accessed June 25, 2015 http://www.rmiia.org/catastrophes_and_statistics/Homeowners_Insurance_Trends.asp

24   Colorado Water Conservation Board, *Colorado Drought Mitigation and Response Plan* (2013). 49 http://cwcb.state.co.us/water-management/drought/Documents/StateDroughtMitPlan2013/ColoradoDroughtMitigationResponsePlan2013.pdf

25   Colorado Water Conservation Board, *Colorado River Water Availability Study* (2012), http://cwcbweblink.state.co.us/weblink/0/doc/158319/Electronic.aspx?searchid=78f0eafa-0b8f-4d8a-9ff3-faf67cc82f52; Jeff Lukas, *Climate Change in Colorado: A Synthesis to Support Water Resources Management and Adaptation Second Edition*, (Colorado Water Conservation Board, 2014); Mark Woodbury, Mark Baldo, David Yates, and Laurna Kaatz, *Joint Front Range Climate Change Vulnerability Study*, (Denver: Water Research Foundation, 2012); Colorado Water Conservation Board, Colorado Drought Mitigation and Response Plan, Annex C; United State Bureau of Reclamation, Colorado River Basin Water Supply and Demand Study, (U.S. Department of Interior, Bureau of Reclamation, 2012).

26   Lukas, *Climate Change in Colorado*, 75.

27   Lukas, *Climate Change in Colorado*, 75.

28   Colorado Water Conservation Board, *Colorado River Water Availability Study Phase I Report*, exec. sum. 12-15.

29   Lukas, *Climate Change in Colorado*, 36.

30   Colorado Water Conservation Board, *Colorado River Drought Mitigation and Response Plan*, annex C 5-6.

31   Colorado Water Conservation Board, *Colorado River Water Availability Study- Phase I Spell Statistics (refinement to CRWAS Phase I Task 6.7)* http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=158382&searchid=e42eb888-af4f-4350-a4c8-e63266c40c51&dbid=0

32   Multihazard Mitigation Council. *Natural Hazard Mitigation Saves: An Independent Study to Assess the Future Savings from Mitigation Activities, Volume 1* (National Institute of Building Standards, 2005), 5.

33   Colorado Water Conservation Board, *Flood Hazard Mitigation Plan for Colorado* (2013) http://cwcb.state.co.us/water-management/flood/Documents/ColoradoFloodMitigationPlanUpdate2013.pdf

34   Colorado Water Conservation Board, *Colorado Drought Mitigation and Response Plan*, 2013.

35   Lukas, *Climate Change in Colorado*, 29-32.

36   Colorado Water Conservation Board, "Drought Planning Toolbox," last accessed July 2015 http://cwcb.state.co.us/technical-resources/drought-planning-toolbox/Pages/main.aspx

BLM_0065220

**Section 7.3: Water Quality**

[37] Corona Research, *Public Opinions on Water Quality Issues* (Colorado Department of Public Health and Environment, Water Quality Control Division, 2007). http://colowqforum.org/pdfs/water-plan/CoronaResearch2007%20Public%20Awareness%20on%20WQ.pdf

[38] BBC Research and Consulting, *Public Opinions, Attitudes and Awareness Regarding Water in Colorado* (Colorado Water Conservation Board, 2013). http://cwcb.state.co.us/Documents/ShortTermHomePage/BBCFinalReportJuly2013.pdf

[39] Water Quality Control Division, *Integrated Water Quality Monitoring and Assessment Report* (Colorado Department of Public Health, 2012), last accessed July 2015. https://drive.google.com/file/d/0B0tmPQ67k3NVU33qWmFhVXVJMXM/edit?usp=sharing

[40] U.S. EPA. *Watershed Modeling to Assess the Sensitivity of Streamflow, Nutrient, and Sediment Loads to Potential Climate Change and Urban Development in 20 U.S. Watersheds* (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-12/058F, 2013.

[41] DiNatale Water Consultants, *Rio Grande Basin Water Plan* (Draft, July 31, 2014), 9. http://www.riograndewaterplan.com/rg-plan-0803.pdf

[42] AMEC, *Yampa/White/Green Basin Implementation Plan.* (Denver: AMEC, 2015) section 1, 12.

[43] HDR,WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water consultants, 2015), Appendix D.

[44] Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015), 168‑169.

BLM_0065221

# Interbasin Projects and Agreements



**P**eople often refer to Colorado as "the headwaters state" because it is the only state in which every major river system starts within the state and exits to downstream states. Colorado stakeholders created intrastate agreements to help align key parties' interests and understandings; as a result, Colorado has a united voice when dealing with interstate and federal negotiations and litigation about water exiting the state. This chapter describes some recent examples of intrastate agreements, including the basin roundtables and the IBCC process. This chapter also examines the next steps and a path forward for these critical agreements.

BLM_0065222



Two men surveying the view after climbing to the top of Colorado's Continental Divide. Photo taken between 1900 and 1923. Courtesy of the Denver Public Library.

BLM_0065223

## GOAL

**Colorado's Water Plan promotes statewide cooperation for water supply planning with the following long-term goals:**

A. Protect Colorado's ability to fully develop compact entitlements, and continue to support agreements that strengthen Colorado's position in interstate negotiations, while ensuring the long-term viability of Colorado's interstate compacts and relationships. Colorado will focus planning efforts on maintaining healthy systems and avoiding a Colorado River Compact deficit, rather than focusing on its response to compact curtailment.

B. Encourage multi-partner, multipurpose, cooperative projects through financial incentives and technical support.

C. Use the conceptual framework as an integrated package of concepts to:
- Encourage environmental resiliency;
- Set high conservation standards;
- Develop stakeholder support for interstate cooperative solutions; and
- Establish conditions for a new multi-purpose and cooperative transmountain diversion (TMD) project if proposed in the future.

## Existing Stakeholder Agreements and Projects

Colorado has many intrastate agreements among diverse and disparate stakeholders. These agreements benefit the individual stakeholders, but also equip the State to effectively protect its interests in interstate matters. The following are recent examples of intrastate agreements that model a collaborative process for future agreements.

### Arkansas River Voluntary Flow Agreement

A voluntary flow management program is a unique arrangement between state and federal agencies, nonprofits, water management organizations, and commercial rafting organizations. Because these agreements are voluntary, the parties are under minimal obligation to participate, but they remain involved because the agreement is successful year after year. The Upper Arkansas River voluntary program, which the water users established in 1990, is a partnership among Colorado Parks and Wildlife, Southeastern Colorado Water Conservancy District, Pueblo Board of Water Works, Trout Unlimited, the Arkansas River Outfitters Association, and the BOR.

The Arkansas River voluntary flow agreement helps meet the environmental and recreational needs of the Upper Arkansas Basin by providing increased recreational flows on the river and beneficial flows for wildlife. From July 1 to August 15, the BOR's Fryingpan-Arkansas Project facilities provide a flow of at least 700 cubic feet per second at the Wellsville gage, greatly benefiting recreation in the Arkansas River. In addition, during the spring and fall months, the facilities provide optimal conditions for a healthy brown trout fishery. These efforts bolster the recreational economy and attract tourists from all over the world.

### Colorado River Cooperative Agreement

In fall 2013, 18 parties that are reliant on water from the Colorado River completed the Colorado River Cooperative Agreement (CRCA). The CRCA represents the culmination of years' worth of negotiation between Denver Water and several western slope entities. The goal of the CRCA is to protect Colorado River watersheds while allowing Denver Water to develop future supplies. More than 40 stakeholders, including water providers, county commissioners, local municipalities, ski resorts, and environmental groups, participated in the process alongside the 18 signatories.

On a river system as complicated as the Colorado, the CRCA represents a new way of looking at water management by considering the interests of as many parties as possible, while encouraging collaboration and innovation. This type of process helps the counties and municipalities more effectively manage environmental and recreational flows. A few examples of cooperative operations under the CRCA are the following Denver Water and western slope facilities:

BLM_0065224

Dillon Reservoir, the Moffat Collection System, and the Shoshone power plant. Many basin roundtables have demonstrated concerns about local control and multipurpose collaboration, and the CRCA illustrates an effective way to address such concerns.

## Colorado River System Conservation Pilot Program

Facing declining water levels in Lakes Mead and Powell, four of the largest water providers that depend on Colorado River System supplies have joined with the BOR in exploring potential long-term solutions. Denver Water, the Southern Nevada Water Authority, the Central Arizona Water Conservation District, and the Metropolitan Water District of Southern California have all contributed $2 million to a fund that will be used to finance pilot projects in the basin; in addition, the BOR is contributing $3 million. These pilot projects will pay municipalities, industries, and farmers to reduce their use of Colorado River System water, thereby potentially increasing levels in the basin's two largest reservoirs.

The Conservation Pilot Program intends to test and demonstrate the concept of "demand management" in both the Upper Basin and the Lower Basin. These cooperative projects may use such methods as temporary fallowing of agricultural endeavors, upgrading to more efficient irrigation practices, reusing self supplied industrial water, recycling municipal supplies to lessen consumptive use, and other possible methods geared to leave more water in the Colorado River.



The Colorado River Cooperative Agreement involved signatories and interested parties from both sides of the Continental Divide. This goal of this historic agreement is to benefit watersheds in the Colorado River basin while allowing Denver Water to develop future water supplies.

The program supports concepts the Upper Basin states are exploring under the current drought contingency planning effort, which Chapter 2.2 of this plan describes. The drought contingency planning effort in the Upper Division states (Colorado, Wyoming, Utah, and New Mexico) names demand management as a key strategy for keeping the Lake Powell reservoir level above critically low levels. While the conservation program is not specifically tied to the drought contingency planning effort, it may provide critically important information related to demand management concepts the drought contingency planning effort is exploring.

The program will provide funding for the pilot projects in 2015 and 2016. It considers several factors when choosing a pilot project, including geographic diversity, the implementation schedule, ease of administration, environmental benefits, and, for Upper Basin projects, the potential to interface with water users between the project and Lake Powell. As the river master, the BOR will handle program projects and management in the Lower Basin. In the Upper Basin, the Upper Division states, with assistance from the Upper Colorado River Commission, will oversee projects. In addition, a state's commissioner for the Upper Colorado River Commission may veto any project within an Upper Division state.

## Elkhead Reservoir

The 2006 enlargement of Elkhead Reservoir is another example demonstrating the collaboration of multiple interests on a project. The City of Craig originally owned the Elkhead Reservoir; the City constructed it to provide energy to the Craig Station Power Plant and to support recreational sport fishing and boating.

Multiple stakeholders gathered together to plan an extensive $31-million, multipurpose expansion project that would enhance endangered fish and water flow management. As part of the project, the City of Craig, the Colorado River Water Conservation District (CRWCD), and Colorado Parks and Wildlife formed a joint management of the reservoir. A combination of state funds and stakeholder cost-sharing funded the project. The Upper Colorado River Recovery Program contributed $13.6 million; the State of Colorado Species Conservation Trust Fund contributed $6.5 million; and the CWCB construction loan program and the CRWCD funded the remainder. All parties had an interest in the project because it has multiple purposes.

BLM_0065225



BLM_0065226



## Major Interstate and Intrastate Agreements and Diversions

**Interstate Compacts**

- South Platte River Compact (1923)
- Republican River Compact (1942)
- Arkansas Compact (1948)
- Rio Grande Compact (1938)
- Costilla Creek Compact (1944, Revised 1963)
- La Plata River Compact (1922) & Animas–La Plata Project Compact (1948)
- Colorado River Compact (1922) & Upper Colorado River Compact (1948)
- North Platte (1945) & Laramie River (1957) U.S. Supreme Court Equitable Apportionments

**● Major Trans-Basin Diversions**

- **A:** Grand River Ditch
  *18,000 AFY*
- **B:** Adams Tunnel
  *226,000 AFY*
- **C:** Moffat Tunnel
  *55,000 AFY*
- **D:** Roberts Tunnel
  *62,000 AFY*
- **E:** Blue Mountain Project
  *9,000 AFY*
- **F:** Homestake Tunnel
  *25,000 AFY*
- **G:** Busk Ivanhoe Tunnel
  *5,100 AFY*
- **H:** Boustead Tunnel
  *56,000 AFY*
- **I:** Twin Lakes Tunnel
  *41,000 AFY*
- **J:** San Juan-Chama Project
  *83,000 AFY*
- **K:** Aurora Homestake Pipeline
  *16,000 AFY*

**▲ Endangered Species Flow Programs**

 **Basin Boundaries**

BLM_0065227

The multipurpose project allocated 5,000 acre-feet of storage for endangered fish management, which provided the Yampa Basin with water to enhance environmental flows. The stakeholders worked together to address the potential conflicts between sport fishing and the protection of endangered fish species; they resolved the issue by installing a fish screen. The CRWCD and the CWCB collaborated on an adjudicated water right in a critical habitat on the Yampa for "in-river fish habitat and river flow maintenance and enhancement uses, and uses in furtherance of the Recovery Program." In addition, the project updated existing facilities to meet new uses and needs.

## Windy Gap Firming Project

The Windy Gap Firming Project is a collaboration among 13 northeastern Colorado providers to improve the reliability of water supplies from the Windy Gap Project. The original project began delivering water in 1985, and today the Northern Water's Municipal Subdistrict operates it. The firming project proposes to build a new reservoir called Chimney Hollow on the eastern slope. Chimney Hollow will provide dedicated storage to supply a reliable 30,000 acre-feet of water each year. This water will be supplied via the Colorado-Big Thompson Project, so the Bureau of Reclamation must approve a contract allowing use of federal facilities.

The firming project will cause environmental effects, which the 13 project participants are committed to addressing. On behalf of project participants, the subdistrict spent several years negotiating measures to mitigate environmental effects. The subdistrict worked with state wildlife biologists to develop the fish and wildlife mitigation plan, which operates to mitigate higher stream temperatures, increase flushing flows to clean sediment in the stream, and provide nutrient removal to offset water-quality effects on Grand Lake and the Colorado River. Federal reviewers incorporated the plan into the Final Environmental Impact Statement.

Project participants agreed to the implementation of voluntary enhancement measures to address concerns with the current condition of aquatic life in the Colorado River. The enhancements include a State-authorized plan to provide $4 million to fund future stream-restoration and habitat-related projects on the Colorado River, and $250,000 to study a stream bypass around Windy Gap Reservoir. As part of the 1041

permit Grand County approved, the subdistrict has entered into several agreements with local governments and environmental nonprofits to provide ecological enhancements. The Windy Gap Bypass Funding Agreement provides $2 million to construct a bypass around the reservoir, which the State matched with $2 million in funding. An intergovernmental agreement among the subdistrict, Grand County, CRWCD, Middle Park Water Conservancy District, and Northwest Colorado Council of Governments provides a reliable water supply to Middle Park. This supply will meet Middle Park's future water needs and provide additional water supplies that Grand County may use for environmental purposes.

The collaboration between eastern slope and western slope entities and state agencies will improve the conditions for aquatic life on the Colorado River, and also help the Windy Gap Firming Project progress toward meeting water supply needs on the eastern slope.

## Water, Infrastructure, and Supply Efficiency Partnership

The Water, Infrastructure, and Supply Efficiency (WISE) Partnership serves as an example of the use of infrastructure to meet increasing water demands. The project brings together water providers in the Denver metropolitan area to meet challenges jointly, rather than individually. The WISE Partnership explores how water providers can use the existing provider infrastructure to the benefit of all cooperating partners.

In response to the drought of 2002, Aurora Water began construction on the Prairie Waters Project, an innovative supply and filtration system. The Prairie Waters Project stabilized Aurora's water supply and created a large system of treatment and water-transport infrastructure. Aurora now partners with Denver Water and the members of the South Metro Water Supply Authority on a project that couples the Prairie Waters infrastructure capacity with Denver and Aurora's unused supply and reusable flows. The partnership steadies water supply in times of drought for these providers, and administers the sale of water to South Metro as a new and sustainable supply.

The WISE Partnership creates flexibility in the face of hydrologic uncertainty and establishes triggers to modify yields based on available flows. In addition, South Metro Water Supply Authority members use back-up water supplies when WISE water is not available.

BLM_0065228

### State Funding for Collaborative Projects

Funding for opportunities will become more competitive as Colorado moves from the planning phase to the project implementation phase. The basin roundtables state in the BIPs that the projects with multipurpose functions should be prioritized.

When examining appropriate projects to fund, the State looks for multiple stakeholder involvement and multiple project purposes. A few examples of State-funded projects are the Chatfield Reallocation project, the Wild and Scenic Alternatives processes, the Animas-La Plata Project, and a collaborative process to assess the best approaches to secure water for the Upper Colorado River Basin Recovery Implementation Program. In addition to providing funding, the State served as a partner in the planning, permitting, and development of operational procedures for the Chatfield Reallocation and Animas La-Plata projects.

These projects and processes represent the type of collaboration necessary for future water supply planning in Colorado. Local involvement, stakeholder consultation, innovative practices, and multiple uses will be integral to future successful projects and processes. The BIP and Colorado's Water Plan processes have engaged communities, stakeholders, and basin roundtables in an unprecedented way. Continuing this engagement will be important for next steps regarding project implementation.

## Conceptual Intrastate Agreements and Points of Consensus

The drought in 2002 illustrated that Colorado had not brought together the necessary stakeholders and technical information to adequately plan for Colorado's future. In response, Colorado initiated three important efforts: the SWSI, the Colorado Water for the 21st Century Act, and the Water Supply Reserve Account Grant Program.

The SWSI (SB03-110) established the technical backbone for statewide planning.

The Colorado Water for the 21st Century Act (HB05-1177) created the basin roundtables and the IBCC. The basin roundtables consist of nine stakeholder groups, including those from the Metro Area, Arkansas, Colorado, Gunnison, North Platte, Rio Grande, South Platte, Southwest, and Yampa/White/Green River basins. Members include representatives for the environment, recreation, domestic water



## MICHELLE PIERCE

### GUNNISON RIVER BASIN

**In her dual role as Lake City's Town Manager and chair of the Gunnison Basin Roundtable, Michelle cultivated the spirit of collaboration and cross-basin dialogue. She is now enjoying life as a full-time student after recently retiring. Michelle is pictured in front of Lake San Cristobal Dam.**

Given the ever-increasing and diverse demands that are being placed on our water supplies statewide, I believe it's imperative that the Colorado Water Plan takes a realistic and holistic approach to establishing methods to secure Colorado's water future. Shortages in supplies must be acknowledged, and appropriate conservation measures must be taken, in order to sensibly allocate water for future needs and provide true security to all users.

My family and I moved to Lake City thirty years ago. I retired as Lake City's Town Manager in 2012 and am currently enrolled as a full time student at Western State Colorado University in Gunnison...

CONTINUED AT END OF CHAPTER

P R O F I L E

BLM_0065229



Blue Mesa Reservoir in the Gunnison River Basin is one of the reservoirs built under the Colorado River Storage Project Act to help manage flows in the Upper Colorado River system. Photo: M. Nager.

BLM_0065230

suppliers, agriculture, and industry. Representatives from each county, municipalities within each county, and conservancy and conservation districts join these members. A basin roundtable may also vote in additional members, who may serve as voting or nonvoting members. The major charge of the basin roundtables is to determine their municipal, industrial, agricultural, environmental, and recreational needs, and identify projects and methods to meet those needs.

The IBCC comprises two representatives from each basin roundtable, six gubernatorial appointees, two legislative appointees, and the director of compact negotiations. The IBCC's main charge is to work with the basin roundtables to develop and ratify cross-basin agreements. A detailed list of the IBCC membership is available here.[1]

The basin roundtable and IBCC processes have evolved over the years, and the roundtable and the IBCC produced several work products to reach consensus across the state. These include:

❖ Statewide Basin Roundtable Summits and the roadmap documents.

❖ IBCC 2010 Letter to then-outgoing Governor Ritter and then Governor-elect Hickenlooper.

❖ IBCC Draft No-and-Low-Regrets Action Plan.

❖ Colorado's Conceptual Framework.

### Statewide Basin Roundtable Summits

The three Statewide Basin Roundtable Summits have helped focus Colorado and the hundreds of stakeholders involved in water planning throughout the state. The summits provided an opportunity to learn across basins, ensure that statewide planning is heading in the right direction, and set the course forward.

### IBCC 2010 Letter

In December 2010, the IBCC submitted a letter to the governor. This letter synthesized the IBCC's ideas and laid the foundation for establishing the No-and-Low-Regrets Action Plan and conceptual framework.

Much of this work remains relevant today and has helped guide the development of Colorado's Water Plan. The IBCC wrote, "The enormous challenge of meeting future water needs facing water users and the State requires the collective input of all stakeholders and a collaborative decision-making process that reaches common ground to plan a sustainable water

future that meets our numerous and diverse needs… Our system of water allocation should be guided and supported by a comprehensive framework that will marshal ever-scarcer government resources in a manner that supports economic growth; protects our environment; provides for municipal, agricultural, and industrial needs; and supports rural, recreation, and ecotourism-based economies."



The general consensus was that the status-quo scenario is not a desirable future for Colorado.

The IBCC highlighted that the current path was not sustainable for Colorado. The IBCC wrote, "Status quo will likely lead to large transfers of water out of agriculture resulting in significant loss of agricultural lands, more dried-up streams threatening ecosystems and recreation-based economies, water-inefficient land use decisions, and continued paralysis on water supply projects. We have discussed status quo as the default position--the results that will likely occur if we, the water community, allow current trends to continue unchanged. Inaction is a decision itself, a decision with significant consequences. The general consensus was the status quo scenario is not a desirable future for Colorado."

The IBCC also described the path forward regarding water supply options: "It is clear that no one strategy can meet Colorado's growing water needs without harming values important to all Coloradans. Therefore, a mix of solutions is needed. At the IBCC's August 2010 meeting, it agreed that a future mix of water supply solutions should include all four sources to meet the water supply gap in Colorado: conservation, IPPs, agricultural transfers, and new supply development, while also protecting Colorado's significant water-dependent ecological and recreational resources."

BLM_0065231

## No-and-Low-Regrets Action Plan

Based on dialogue from the November 2012, March 2013, and June 2013 IBCC meetings, as well as numerous subcommittee meetings, the IBCC developed a draft No-and-Low-Regrets Action Plan. The draft document reflects 100 percent consensus by the IBCC members, and provides a menu of options the basin roundtables should consider for the BIPs; it also recommends that the CWCB consider the options as a component of Colorado's Water Plan and the SWSI.

Scenario planning is a critical part of the No-and-Low-Regrets Action Plan. Full implementation will occur within the next 10 to 15 years. Without full implementation of these foundational actions, the gap between water demand and water supply will be much greater than the State originally projected. This means that even under a weak-economy scenario, the State will need new water supplies. Under the scenarios in which demands for water are greater and supplies are lower, the State will need additional new supplies and agricultural transfers beyond what the basin roundtables envisioned.

The IBCC identified the following no-and-low-regrets goals:

❖ Minimize the transfer of statewide acres (per the basin goals) and implement agricultural sharing projects.

❖ Plan and preserve options for existing and new supply.

❖ Establish low- to medium-conservation strategies.

❖ Implement nonconsumptive projects.

❖ Have a high success rate for identified projects and processes.

❖ Implement storage and other infrastructure.

❖ Implement reuse strategies.

Colorado's Water Plan incorporates this Action Plan. It is also available here.[2]

## Colorado's Conceptual Framework

A long-standing controversial issue in Colorado is the development of water supply from the Colorado River System for use on the eastern slope. It is controversial because of supply gaps, environmental health, compact compliance, and other issues. Table 8-1 demonstrates the variability in opinion on this issue, as articulated by the basin roundtables in the BIPs. Generally, eastern slope roundtables identify the need for a balanced program to preserve the option of future development of Colorado River System water. Western slope roundtables express concern regarding the impact on future development on the western slope, as well as the potential for overdevelopment related to both a Colorado River Compact deficit and critical levels for system reservoir storage, such as the minimum storage level necessary to reliably produce hydroelectric power at Glen Canyon Dam ("minimum power pool").

The Colorado and South Platte/Metro BIPs are the BIPs with the greatest divergence. In its BIP, the Colorado Basin Roundtable points out the variability in hydrology, stating that TMDs "should be the last 'tool' considered as a water supply solution, once the many and complex questions are addressed over hydrology."[3] In the South Platte/Metro BIP, the roundtable advocates to "simultaneously advance the consideration and preservation of new Colorado River supply options."[4] Both viewpoints recognize the constraints of water availability and Colorado water law, but differ in their beliefs about whether such a project fits into water supply planning.

Despite differences of opinion, the IBCC, basin roundtables, and CWCB reached consensus to support the conceptual framework, which seeks a path forward that considers the option of developing a new TMD and addresses the concerns of roundtables, stakeholders, and environmental groups. The conceptual framework presents seven principles to guide future negotiations between proponents of a new TMD, if it were to be built, and the communities it would affect. The principles identify areas of statewide concern, and state the issues and realities proponents of a new TMD should expect to address. Below is a brief summary of the path that led to this consensus:

1. **Initial discussions:** In 2013, the No-and-Low-Regrets Action Plan sparked discussion about preserving the option for a new TMD. The IBCC focused its discussion on a conceptual framework for future detailed negotiations about a potential new TMD.

2. **First draft:** In June 2014, the IBCC reached consensus that the draft conceptual framework was ready for public feedback, and submitted it to the CWCB for inclusion in the initial draft of Colorado's Water Plan.

BLM_0065232



Board members of the CWCB emphasize the geographical diversity Colorado's Water Plan seeks to accommodate, while Director Eklund works to balance these needs. Photo: J. Johnson.

3. **First round of input:** Following the publication of the first draft of Colorado's Water Plan in December 2014, basin roundtables discussed the conceptual framework. Roundtable members expressed concerns about terminology that addressed "firm yield" from a TMD, the triggers under which a new TMD would be managed, "environmental resiliency," an "insurance policy" in Principle 4, and language regarding conservation and the relationship to the conservation "stretch goal."

4. **IBCC subcommittee:** The IBCC tasked a subcommittee to address these concerns and make the document more concise. The subcommittee included representatives from every western slope basin, both eastern slope basins, and the metro area, and included IBCC members representing agricultural interests, municipal water providers, conservancy districts, and environmental interests. CWCB members also participated in the subcommittee's work. Informed by the discussion to this point, the subcommittee sought to clarify the conceptual framework based on roundtable and stakeholder feedback.

5. **Basin roundtable support:** Following extensive discussion, every basin roundtable supported the final draft of the conceptual framework. The Arkansas, Colorado, Gunnison, Metro, South Platte, and Yampa/White/Green roundtables passed motions supporting inclusion of the framework within Colorado's Water Plan, recognizing the evolving nature of the conversations initiated by the framework. The North Platte, Rio Grande, and Southwest roundtables expressed support for inclusion of the framework in Colorado's Water Plan through consensus or communication with the IBCC and CWCB staff.

6. **IBCC consensus:** At the August 2015 meeting, the IBCC made final modifications and voted unanimously to support the conceptual framework and forward the final draft on to the CWCB for inclusion in Colorado's Water Plan.

7. **CWCB adoption:** At its September 2015 meeting the CWCB adopted the conceptual framework for inclusion in the final draft of Colorado's Water Plan.

BLM_0065233

**The conceptual framework reads as follows:
Colorado's Conceptual Framework**

In preparation for *Colorado's Water Plan*, the basin roundtables drafted Basin Implementation Plans (BIPs). Front Range roundtables declared a need for a balanced program to preserve options for future development of Colorado River System water, while western slope roundtables expressed great concern regarding additional development of Colorado System water involving a new transmountain diversion project (TMD). This document represents an IBCC consensus to address both Front Range and western slope concerns about a new TMD.

The *IBCC Conceptual Framework* (Framework) sets out seven principles to guide future negotiations between proponent(s) of a new TMD and those communities it may affect, were it to be built. The Framework reflects areas of statewide concern. In generating it, the IBCC's diverse stakeholders thoroughly explored the difficult issues that would surround a new TMD. As such, this Framework may help accelerate future negotiations. However, the Framework cannot take the place of specific negotiations and agreements.

The intent of the Conceptual Framework is to represent the evolving concepts that need to be addressed in the context of a new TMD, as well as the progress made to date in addressing those concepts. The Conceptual Framework refers to several topics that are not exclusively linked to a new TMD, but are related to Colorado's water future. These include conservation, storage, agricultural transfers, alternative transfer methods, environmental resiliency, a collaborative program to address Colorado River system shortages, already identified projects and processes (IPPs), additional Western Slope uses, and other topics. The Conceptual Framework, like the rest of Colorado's Water Plan, is a living document and is an integrated component of the plan. Many of these topics are further discussed in more detail in other sections of Colorado's Water Plan.

The IBCC acknowledges that overdevelopment of Colorado River System water is a serious risk that could result in a Colorado River Compact deficit[a]. All of Colorado's water planning efforts must recognize that risk. The Framework provides a way to think about how entities in Colorado might develop a future increment of Colorado River System water. The Framework states the realities and issues proponents for a new TMD should expect to address.

**Principle 1: Eastern slope water providers are not looking for firm yield from a new[b] TMD and the project proponent would accept hydrologic risk for that project.**

Water providers define firm yield differently, but the concept usually represents an estimate of the amount of water a system makes available during a representative hydrologic cycle. A proponent of a new TMD would not seek a firm yield from the Colorado River System, but instead would develop a project that could provide firm yield if operated in conjunction with eastern slope sources of supply, as Principle 2 describes.

Accepting hydrologic risk means that a new TMD would be administered under Colorado's priority system, diverting water only when it is physically and legally available in priority in the basin of origin, and in accordance with the triggers Principle 3 describes. Thus, a new TMD would avoid unacceptably increasing either the risk of a Compact deficit or the burden on existing uses in a demand management program, such as Principle 4 describes.

**Principle 2: A new TMD would be used conjunctively with eastern slope supplies, such as interruptible supply agreements, Denver Basin Aquifer resources, carry-over storage, terminal storage, drought restriction savings, and other non-western slope water sources.**

It is important for eastern slope parties to demonstrate to the western slope that structures, agreements, and frameworks are or will be in place for eastern slope backup water supplies during times when a new TMD would not be able to divert Colorado River System water. Interruptible supply agreements, Denver Basin Aquifer resources, carry-over and terminal storage, and drought-restriction savings are options for backup water supplies that eastern slope entities would use during years when a new TMD would not be able to divert Colorado River System water. Any entity interested in participating in a new TMD would prepare and share a detailed plan for firming the yield

[a]  A Colorado River Compact deficit occurs when flows at Lee Ferry fall below the obligation of the Upper Division States contained in Article III of the Colorado River Compact.

[b]  A "new" TMD means a transmountain diversion project that is not an identified project or process (IPP) in SWSI 2010.

BLM_0065234

of a new TMD in dry years using some or all of these options. The firming plans should include steps to replace water not available from the new TMD, as well as sufficient supplies to meet the entity's demands, including those that could be met with reuse of a new TMD's water. Each entity would tailor its firming plan to its system's unique strengths and constraints. The tools listed above are options, not requirements.

### Principle 3: In order to manage when a new TMD would be able to divert, triggers are needed.

Triggers are operating parameters that determine when and how much water a potential new TMD could divert, based upon predetermined conditions within the Colorado River System. Such parameters include, but are not limited to, specific storage-elevation levels in one or more Colorado River System reservoirs, projected inflows at key Colorado River System locations, actual reservoir inflows over specific defined periods, snowpack levels, predictive models—or combinations of these—which would trigger certain actions and prevent others.

Triggers are needed to ensure that diversions by a new TMD do not unacceptably increase the risk to the yield of existing uses of a Compact deficit, or increase the amount of water existing users would have to provide through a demand-management program in order to maintain storage levels in Lake Powell.

Triggers would need to be adaptable as conditions within the Colorado River System change over time, and be legally enforceable by appropriate authorities. Triggers may also need to be modified to reflect the outcome of continuing negotiations among Colorado, other Colorado River Basin States, the federal government, and Mexico regarding the continuation of the 2007 Interim Shortage Guidelines, 1944 Mexican Water Treaty and related Minutes, and other Colorado River System issues. Colorado would modify the triggers over time, as these agreements will provide the ultimate parameters within which a new TMD would need to operate.

### Principle 4: A collaborative program that protects against involuntary curtailment is needed for existing uses and some reasonable increment of future development in the Colorado River System, but it will not cover a new TMD.

A collaborative program that protects existing uses and an increment of future development is a necessary element of Colorado's water planning, regardless of whether a new TMD is developed. The Framework includes this principle to make clear that a collaborative program would not protect a new TMD.

The collaborative program should provide a programmatic approach to managing Upper Division consumptive uses, thus avoiding a Compact deficit and ensuring that system reservoir-storage remains above critical levels, such as the minimum storage level necessary to reliably produce hydroelectric power at Glen Canyon Dam (minimum power pool). A goal of the collaborative program is that protection of Colorado River system water users, projects, and flows would be voluntary and compensated, like a water bank. Such protection would NOT cover uses associated with a new TMD.

A second goal of the collaborative program is protection of the yield of the water supply systems in place in the Colorado River Basin from involuntary curtailment. To achieve this goal, the program would need to expand to accommodate future western slope growth and growth of existing water supply systems, the pace of which is not now known. Protecting additional consumptive uses will increase the program's scope and challenges. Some basins, such as the less-developed Southwest and Yampa/White/Green Basins, anticipate the need for future development and will seek terms to accommodate it in the collaborative program. Regardless of "when" a use develops, the program would strive to protect uses at the time of shortage, with the exception of a new TMD. By adapting to accommodate increased uses at any given time, the program should not lead to a rush to develop water rights. Section 9.1 of Colorado's Water Plan provides additional discussion of the collaborative program.

BLM_0065235

The collaborative program will develop in concert with intra- and interstate water policies. The IBCC and roundtables can provide an important forum for sharing the work of ongoing interstate negotiations, scoping technical analyses, and identifying issues of concern at the stakeholder level, as well as providing input to the CWCB as it manages and conducts the technical, legal, economic, and other studies necessary for implementation.

### Principle 5: Future western slope needs should be accommodated as part of a new TMD project.

If a new TMD were to be built, this Framework assumes that proponents and affected parties would agree to its development as part of a package of cooperative projects and processes that benefit both the eastern and western slopes. The focus should be on pairing the potential new TMD described above with one or more of the following:

- Compensatory projects and methods (protecting and providing for both consumptive and nonconsumptive needs).

- A socio-economic compensation fund (as described in the 2010 IBCC "Letter to the Governors").

- Other requirements stated in the Conservancy District Act (C.R.S. § 37-45-118).

The parties would develop a new TMD and compensatory western slope project(s) and methods in concert to ensure sufficient funding and hydrology for the whole package. Such an arrangement would provide the necessary mutual assurance that a new TMD would move forward only as a package that also accommodates both the eastern and western slopes.

The increment of additional development Principle 4 discusses will meet some portion of future western slope needs. The purpose of Principle 5 is to indicate that a new TMD may be part of a package of other consumptive or nonconsumptive projects and methods that may need both eastern slope and western slope financial or infrastructural support. Discussion of future western slope needs in relation to a new TMD does not imply that western slope entities would not move forward with additional projects and methods in the absence of a new TMD.

This principle does not imply that the new TMD project proponent would pay all costs associated with providing the basin-of-origin benefits to the basin of origin, beyond those required to mitigate a new TMD's impacts identified in regulatory processes. Providing these benefits may require building coalitions and finding additional funding.

### Principle 6: Colorado will continue its commitment to improve conservation and reuse.

### Part A. Municipal & Industrial Conservation and Reuse

*M&I conservation:* Conservation actions defined in the No and Low Regrets Action Plan should be substantively completed prior to implementation of a new TMD project.

All M&I water providers that are covered entities should do integrated water resource planning that strives to meet the "conservation stretch goal" described in section 6.3.1 of Colorado's Water Plan. The stretch goal recognizes the need for flexibility by the local water provider to do what is technically, economically, and legally practical for their system as not every conservation practice is appropriate for every community.

Water providers participating in a new TMD project should have active conservation plans and activities approved by the CWCB in place prior to implementation of the project, and high conservation levels, as defined in SWSI, should be reached for new growth relying on water that would be yielded from a new TMD. The active water conservation plans of providers participating in a new TMD should demonstrate a commitment to work toward achieving the conservation stretch goal. These plans should have measurable outcomes. Opportunities for conservation may vary from one community to another.

*Reuse:* Reuse actions defined in the No and Low Regrets Action Plan should also be substantively completed prior to the implementation of a new TMD project, given technical and regulatory feasibility at the time of proposed implementation. Such actions include improved tracking and quantification, development of a statewide reuse goal, development of new incentives for reuse, and education and outreach efforts.

BLM_0065236

Additionally, water providers that are participating in a new TMD project and that utilize other fully consumable water supplies should have a reuse program to recycle as much water as is technically and economically practical. Existing regulations and policies may limit such reuse, and the ability to make these changes may be beyond the control of the project proponent(s). The State should make every effort to allow for the reuse of these fully consumable water supplies in an appropriate and environmentally safe manner. Legislative and regulatory reform may be desirable to achieve these objectives. If such reform does not occur, key objectives of the water plan may not be realized. Section 6.3.2 of Colorado's Water Plan further discusses reuse.

*Water & land use:* Land-use practices that help reduce water consumption should be supported and encouraged, focusing as much as possible on incentives. Land use is an important component in water conservation; however, further work is needed to determine strategies and partners that can tackle this issue. In partnership with the Department of Local Affairs, the CWCB will initiate additional discussions on this issue along with municipalities, counties, local planning agencies, and elected officials at all levels. Trainings on this issue are forthcoming. Section 6.3.3 of Colorado's Water Plan further discusses land use.

## Part B. Agricultural Conservation

When considering agricultural conservation strategies, it will be important to take a site-specific perspective and to consider the potentially negative consequences of altering the timing and the amount of return flows. While some locations lend themselves well to agricultural conservation practices, others do not, and a clear understanding of the affected systems is necessary.

*Current Agricultural Uses:* Many of the BIPs identified the explicit interconnections between agricultural and nonconsumptive uses. In addition, several BIPs are looking to decrease agricultural shortages. As part of this work, each basin should seek to reduce consumptive, non-beneficial use by following the guidelines in the Colorado Agricultural Water Alliance (CAWA) 2008 Agricultural Conservation Paper (e.g., reducing soil-moisture loss where practical through drip irrigation or mulching). Lining of high-priority ditches is another important tool in reducing seepage losses in appropriate areas. Phreatophyte control

presents one of the largest opportunities for reducing non-beneficial consumptive use and should be pursued aggressively, although balancing this with nonconsumptive needs can be challenging. Additional incentives should be developed to assist basins in implementing, where appropriate, agricultural efficiency and conservation practices, supporting the ecosystem services agriculture can provide, and changing crop types to lower water-use crops.

*Future Agricultural Uses:* New, irrigated agricultural lands (currently identified in the North Platte, Yampa/White/Green, and Southwest Basins) should be designed to either use best practices with regard to agricultural conservation and efficiency, or be measurably and explicitly multipurpose by meeting identified nonconsumptive needs.

## Principle 7: Environmental resiliency and recreational needs must be addressed both before and conjunctively with a new TMD.

**Agriculture and Nonconsumptive Partnerships:** Agricultural water can add flexibility and reliability to meet future water needs. The Framework encourages agricultural partnerships with environmental, recreational, and municipal groups to help sustain Colorado's diverse economic future and healthy environment. In addition, development of all new water projects should consider important agricultural and nonconsumptive gaps that basin roundtables have identified.

**Environmental Resiliency:**[c] Colorado's Water Plan, BIPs, and stakeholder groups across the state should identify, secure funding for, and implement projects that help recover imperiled species and enhance ecological resiliency, whether or not a new TMD is built. Doing so may create conditions that make a new TMD possible, but building environmental resiliency is not the sole responsibility of a new TMD proponent, since environmental and recreational gaps exist now. The Framework encourages addressing these existing gaps meaningfully in the near term as well as in any new TMD-affected areas in advance of building a new TMD. Sources of funding will likely include federal, state, foundation, corporate, and private money, but Colorado will likely need to develop additional funding sources. Colorado's Water Plan recommends actions that improve Colorado's environment, which will ultimately help Colorado achieve environmental resiliency.

---

[c] Resilience of a stream or watershed can be measured as an ecosystem's ability to recover function after a disturbance, whether acute or chronic.

BLM_0065237

**Environmental and recreational needs in relation to a new TMD:** In addition, a new, multipurpose TMD could potentially fill remaining environmental and recreational gaps as part of a package of compensatory projects. As Principle 5 discusses, a new TMD will be part of a package that also includes benefits or mitigation for environmental and recreational values. This principle encourages addressing environmental and recreational needs proactively and voluntarily, and up-front in project design. Proponents should include nonconsumptive partners to make the package of projects associated with the new TMD truly multipurpose. A new TMD proponent should avoid, minimize, or mitigate adverse environmental impacts where possible, and provide opportunities for environmental restoration and enhancement. Project proponents must mitigate impacts that result from a new TMD project, even if those impacts occur outside of Colorado. The financial burden of environmental and recreational enhancements, beyond the mitigation required to address the impacts of the new TMD project, will require funds in addition to those that the TMD proponent provides, and may require building coalitions and additional funding opportunities.

Appendix D[5] includes the complete first draft of the conceptual framework. Once the framework is complete, the points of consensus may serve as the foundation for any new future TMD projects seeking State support, and the framework's considerations will guide and move projects forward in conjunction with State support.

BLM_0065238



The 2015 Statewide Basin Roundtable Summit was held in Westminster. Attendees discussed the action items in Colorado's Water Plan and the interdependent nature of water uses across the state. Photo: J. Bornstein.

## ACTIONS

The following next steps will support the policies, conceptual agreements, and points of consensus in the conceptual framework:

1. At the roundtable and IBCC levels, the CWCB will monitor ongoing discussions that involve the topics associated with the seven principles of the conceptual framework.

2. The CWCB will protect the ability to fully develop Colorado's compact entitlements and continue to support intrastate agreements that strengthen Colorado's position in interstate negotiations. The State of Colorado will support strategies to maximize the us of compact water while actively avoiding a Colorado River Compact deficit. Colorado will focus planning efforts on maintaining healthy systems and avoiding a Colorado River Compact deficit rather than on its response to compact curtailment.

3. The CWCB will help Colorado prepare for a future with more scarce water supplies; in other words, it will hope for the best and plan for the worst. Colorado will work with other states to evaluate options for sustainable water solutions that balance the development of Colorado's compact entitlements with the risk of a compact deficit in the Colorado River System. Colorado's conceptual framework, under Principle 4, and Section 9.1 in Colorado's Water Plan further describe this concept. The CWCB will also support continued outreach to stakeholders regarding interstate cooperative solutions.

BLM_0065239

| TABLE 8-1 | COLORADO RIVER DEVELOPMENT – DISCUSSION IN THE BASIN IMPLEMENTATION PLANS | |
|---|---|---|

| River Basin | Compact Discussion | Transmountain Diversions (TMDs) |
|---|---|---|
| Arkansas | "As an importing and exporting basin, the future of the State's Colorado River Compact Entitlement directly affects all water uses in the Arkansas Basin;"<br><br>"**Policy Statement:** The Arkansas Basin Roundtable supports the full development of Colorado's entitlement under the Colorado River Compact, for use in Colorado."[6] | "In particular, a future without New Supply, as that term is understood in the lexicon of the Statewide Water Supply Initiative 2010, is detrimental to the future of agriculture in the Arkansas Basin."[7] |
| Colorado | "Recent studies show that continued development from the Colorado River toward full Compact entitlement is simply unsustainable."[8] | "The core principle is that a TMD should be the last not the first tool out of the box to deal with water supply shortages statewide. This principle is equally applicable to any basin, including the Colorado Basin where the focus is on meeting the needs of the basin from resources within the basin.[9] |
| Gunnison | "The ultimate risk from new development of Colorado River System water is over development of Colorado's entitlement under the Colorado River Compact and Upper Colorado River Basin Compact, resulting in curtailment of water uses in Colorado. However, because Colorado River Storage Project reservoirs have provided drought protection for Upper Basin states, Compact curtailment is not a near term risk. Therefore, in preparing the 2015 Water Plan, new development planning should be focused on avoiding hydroelectric power disruption, a Colorado River Compact deficit, or development in excess of Colorado's allocation under the Upper Colorado River Basin Compact. The Gunnison Basin Roundtable believes that evaluating new development using this standard will leave Colorado well positioned to respond to the ultimate risk of over development."[10] | "1. Future supply of Colorado River water is highly variable and uncertain; therefore any proponent of a new supply project from the Colorado River System must accept the risk of a shortage of supply however the shortage occurs, strictly adhere to the prior appropriation doctrine, and protect existing water uses and communities from adverse impacts resulting from the new supply project.<br><br>2. It must be explicitly recognized that a new supply development from any location in the Colorado River System affects the entire West Slope, as well as the Front Range diverters.<br><br>3. Any new supply project from the Colorado River System must have specifically identified sponsors and beneficiaries, and meet certain minimum criteria<br><br>4. Local solutions must be utilized to meet Colorado's future water needs without a major state water project or related placeholder water right."[11] |
| North Platte | The BIP did not address Colorado Compact concerns. | The BIP took no position on TMDs. |
| Rio Grande | The BIP did not address Colorado Compact concerns. | The BIP took no position on TMDs. |
| South Platte/Metro | "The Metro and South Platte Roundtables encourage strong consideration and preservation of the ability to use Colorado's entitlement under the Colorado River Compact as we pursue other strategies to meet our water demands. Investigating, preserving, and developing Colorado's entitlement to Colorado River supplies is beneficial to the state's economic, social, political and environmental future. This may involve large state-level water projects, or small level projects, each with comprehensive West Slope water supply and environmental and recreational components. The Roundtables support the Conceptual Framework developed by the IBCC (and as outlined in Colorado's Water Plan) as the means whereby new Colorado River Basin supply options could be investigated and potentially developed."[12]<br><br>"Additional amounts of Colorado River water supply may be developed within the State's Colorado River Compact entitlement, especially during wet years and wet cycles. Management techniques such as water banks and methods for temporarily reducing water use during dry conditions are available to manage a warmer and/or drier climate. However, artificially capping development due to a fear of a "compact call" merely shifts future risks to agriculture."[13] | "The South Platte and Metro Basin Roundtables are supportive of the on-going IBCC discussions and believe that a wide range of water supply solutions should be carefully considered including continued and expanded water conservation and reuse programs statewide. All "four legs of the stool plus storage" need to be simultaneously considered as the development of Colorado's Water Plan continues."<br><br>"Ideally, a Colorado River supply project(s) would be multipurpose, with associated recreational and environmental benefits. Colorado River supply would be developed in a manner that does not exacerbate compact risks. East slope storage would come from enlarging existing reservoirs, building off-river storage, and using underground storage to minimize riparian impacts. Colorado River supply and east slope storage would form the base of the M&I supply. East slope Agricultural Transfers and conjunctive use of the Denver Basin Aquifer would be used primarily for droughts and drought recovery. Alternative agricultural transfer methods including land and water conservation easements could be used to help maintain agricultural production and the local economic benefits of agriculture."[14] |

BLM_0065240

| TABLE 8-1 CONTINUED | COLORADO RIVER DEVELOPMENT – DISCUSSION IN THE BASIN IMPLEMENTATION PLANS | |
|---|---|---|
| **River Basin** | **Compact Discussion** | **Transmountain Diversions (TMDs)** |
| Southwest | "The Roundtable is concerned about any new TMD. A new TMD would increase the risk of a Colorado River Compact call, as well as the risk of contingency measures to address serious conditions such as the inability to generate power from Lake Powell or levels of Lake Mead dropping below Las Vegas' intake. An increase in such risks jeopardizes the Southwest Basin's ability to develop water supplies to meet needs in the Southwest Basin and pits additional pressure on the basin's agriculture to meet downstream water needs for compact compliance and/or obligations. Therefore, the Roundtable agrees on eight factors to be addressed prior to considering a new TMD."[15] | "The Southwest Basin intends to continue its involvement in two current cross-basin cooperative efforts. One is the IBCC's effort to develop a conceptual agreement among roundtables regarding how to approach a potential future TMD from the west slope to the east, including the discussion of a possible future use allocation. The Southwest Basin is actively engaged in the West Slope Caucus discussions and supports further refinement of the seven points of framework (IBCC Draft Conceptual Agreement; July 2014). The Roundtable would like the opportunity to review and comment on any future refinements to said Framework.<br><br>A new TMD must be considered in conjunction with alternative water sources that do not rely on the Colorado River Basin water supplies<br><br>The Southwest Basin's cooperative effort is through the Southwestern Water Conservation District's participation as a member of the Water Bank Working Group to develop a Compact Water Bank."[16] |
| Yampa/ White/ Green | "How the Yampa/White/Green Basin fits into meeting Colorado's compact obligations within and beyond the state is a principal concern. The Yampa/White/Green Basin is part of Colorado River Basin, and is caught among the needs of the downstream states, the needs of the urbanized east slope of Colorado, and its own in-basin needs. The Yampa/White/Green Basin Roundtable must consider these competing needs in its water planning effort. In this regard, the Yampa/White/Green Basin Roundtable also recognizes that the overdevelopment of water in the Colorado River and its tributaries poses a serious risk that would impact all users of Colorado River Basin water"…"<br><br>"The State of Colorado is party to the 1922 Colorado River Compact and the 1948 Upper Colorado River Compact. Currently, the state is discussing methods (e.g. contingency planning, demand management, water banking) to minimize the risk of a "call" under compact administration. The role of the Yampa/White/Green Basin flows in meeting the state's compact obligations is a central issue in the Yampa/White/ Green BRT's planning efforts. In the event of a compact deficit, the State Engineer would have to develop rules by which to curtail Colorado River water users to remedy the condition. How the state administers a curtailment could greatly affect Colorado River water rights users across the state. If administration is based upon a statewide application of the prior appropriation system in the Colorado mainstem and tributary basins, the burden would likely fall disproportionately on the Yampa/White/Green Basin as its water rights are relatively junior to those of other Colorado River basins."[17] | "The Yampa/White/Green Basin Roundtable's position is that a negotiated equitable native flow allocation for all basins tributary to the Colorado River should be the basis for such a rulemaking. The Yampa/White/Green Basin Roundtable recognizes that negotiations for allocations of Colorado River water should include all users including TMDs that have historically diverted from Colorado River tributaries."[18] |

BLM_0065241



# A LOOK AT HISTORY

Signing of the Mexican Water Treaty in Washington, D.C. on February 3, 1944.
Secretary of State Cordell Hull, seated at the head of the table, is signing the treaty.
Mexican Foreign Relations Secretary F. Castillo Najera is seated to Secretary Hull's right.

source: Bureau of Reclamation.

caption: Thomas V. Cech, J William McDonald, Defened and Develop:
*A Brief History of the Colorado Water Conservation Board's First 75 Years,*
[Denver: Wellstone Press and the Colorado Water Conservation Board, 2012.]

BLM_0065242

**MICHELLE PIERCE,** CONTINUED FROM PAGE 8-8.

Water first became important to me during my career with the Town of Lake City. The Town's water distribution system includes the operation of two wells and administration of their associated water rights. My work to help secure those water rights and to help with the development of an augmentation plan gave me a basic understanding of the prior appropriation doctrine and a mere glimpse into its complexities. It also opened my eyes to the fact that water is a scarce resource in Colorado and how what water we have serves many purposes.

In the few years leading up to my retirement, I had the complete pleasure of working with many dedicated folks to establish the Lake San Cristobal Water Activity Enterprise for the purpose of constructing and managing an outlet structure at Lake San Cristobal. The water stored behind this outlet structure not only augments the water rights for the Town of Lake City, it will also serve as augmentation water for future diversions in the Lake Fork Valley for many years to come. But, perhaps what

I'm most proud of is my service over the past ten years on the Gunnison Basin Roundtable. Helping to create common understandings among extremely diversified interests on both sides of the Divide has been one of the most rewarding and challenging experiences of my life. While the planning processes that we've been immersed in have not solved our future water supply needs, we have successfully established the relationships that will be needed to do so. This is a huge accomplishment that has required tremendous effort by many dedicated people to achieve and one for which we should all be proud.

My hope for water supply for the future is that we can figure out a way to responsibly manage what little supply is left without sacrificing Colorado's agriculture and without sacrificing our environment. Although my term on the Gunnison Basin Roundtable expires in October, I plan to continue my work in water supply issues as a board member of the Upper Gunnison River Water Conservancy District.

---

[1] Colorado Water Conservation Board, "Interbasin Compact Committee Members," accessed July 2015, http://cwcb.state.co.us/about-us/about-the-ibcc-brts/Pages/InterbasinCompactCommitteeMembers.aspx

[2] Colorado Water Conservation Board, "No and Low Regrets Action Plan" (Colorado Water Conservation Board Meeting Agenda Item 24, September 24-25, 2013), accessed July 2015, http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=172937&searchid=369b690c-638b-4207-9e92-efa1e6ff0e95&dbid=0

[3] SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015), 45. http://coloradobip.sgm-inc.com/

[4] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015), 1-21. http://southplattebasin.com/

[5] Colorado Water Conservation Board, "Interbasin Compact Committee DRAFT Conceptual Agreement" (Colorado Water Conservation Board Meeting Agenda Item 13, July 16, 2014), accessed July 2015, http://cwcbweblink.state.co.us/WebLink/ElectronicFile.aspx?docid=191531&searchid=0e0a416b-3b1d-4d97-92ec-c12350d56016&&dbid=0.pdf

[6] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015), 166, http://www.arkansasbasin.com/arkansas-bip.html

[7] CDM Smith, CH2M, Sustainable Practices, Peak Facilitation, G. Barber, Project Manager, 2015 Edition, *Arkansas Basin Implementation Plan*, (Pueblo: Arkansas Basin Roundtable, 2015), 4-8. http://www.arkansasbasin.com/arkansas-bip.html

[8] SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015) 136. http://coloradobip.sgm-inc.com/

[9] SGM, *Colorado Basin Implementation Plan* (Glenwood Springs: SGM, 2015) 14 http://coloradobip.sgm-inc.com/

[10] Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015). 40. https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin

[11] Wilson Water Group, *Gunnison Basin Implementation Plan* (Denver: Wilson Water Group, 2015). 39-41. https://www.colorado.gov/pacific/cowaterplan/gunnison-river-basin

[12] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015) Section S-14. http://southplattebasin.com/

[13] HDR, WestSage Water Consultants, S*South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015) 4-116. http://southplattebasin.com/

[14] HDR, WestSage Water Consultants, *South Platte Basin Implementation Plan* (Denver: HDR, West Sage Water Consultants, 2015) Section 4.8.2. http://southplattebasin.com/

[15] Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015), 2. https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

[16] Harris Water Engineering, *Southwest Basin Implementation Plan* (Durango: Harris Water Engineering, 2015) 106. https://www.colorado.gov/pacific/cowaterplan/san-juan-and-dolores-river-basin

[17] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015) 1-2. https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin

[18] AMEC, *Yampa/White/Green Basin Implementation Plan* (Denver: AMEC, 2015), 1-2. https://www.colorado.gov/pacific/cowaterplan/yampa-white-green-river-basin

BLM_0065243

# Alignment of State Resources and Policies

Chapter 9 explores the mechanisms by which the State of Colorado can help implement the BIPs and address Colorado's critical water strategies discussed throughout Colorado's Water Plan.

As Section 9.1 describes, continuing to support the solid foundation of Colorado's prior appropriation system, maintaining interstate agreements and compacts, and retaining local control are all critical to keeping Colorado whole. These systems are flexible enough to move forward with the actions Colorado's Water Plan describes; however, many of the strategies this plan and the BIPs describe require additional or more coordinated funding. Section 9.2 explains imminent needs for project funding, along with options for new and existing funding mechanisms that will be necessary for meeting Colorado's water future.

The State of Colorado holds numerous water rights, many of which aim to protect the environment or recreational opportunities. In addition, Colorado has purchased water rights in important multi-purpose projects to help with implementation of these water projects. Section 9.3 illustrates ways to improve coordination among state agencies that own water rights, and describes the possible acquisition of new water rights that more strategically address the State's water values.

Many of the projects and methods this plan describes will require permitting, and if the State of Colorado is to be adaptive in its approach to water management, the permitting process needs to be as effective and efficient as possible. Section 9.4 discusses emerging concepts for a more efficient permitting process.

Lastly, an educated public is necessary to Colorado's ability to continue engaging stakeholders in developing grassroots solutions—and moving them forward. However, few resources are available to meet this important need. Section 9.5 discusses the unprecedented educational effort the CWCB has initiated to build the first draft of Colorado's Water Plan, and offers a vision of the ways the CWCB can implement education and outreach efforts in a more sustainable and robust fashion. Together, these state actions will help Colorado implement the water strategies described in Chapters 6 through 8.

BLM_0065244



Looking up into the State Capitol Dome. The state Capitol houses the Governor's office and both houses of the General Assembly.

BLM_0065245

## 9.1

## PROTECTING COLORADO'S COMPACTS AND UPHOLDING COLORADO WATER LAW

**GOAL**

Colorado's Water Plan upholds Colorado's water law system, interstate water compacts and equitable apportionment decrees, and local control structures. Colorado will focus planning efforts on maintaining healthy systems and avoiding a Colorado River Compact deficit, rather than focusing on the State's response to a compact curtailment.

As Chapter 2 describes, Colorado has an intricate legal and institutional framework, and the institutional setting is the starting point for all other conversations regarding Colorado's water future. Colorado's Water Plan recognizes the prior appropriation doctrine as the foundation of Colorado's water law system, and respects the importance of Colorado's interstate water compacts and other interstate agreements.

Additionally, this plan maintains Colorado's water allocations by respecting the designated roles of the State of Colorado and the federal government regarding water management within Colorado. Colorado's Water Plan continues to support state-based solutions to needs federal agencies have identified in order to best balance water needs in Colorado and ensure that water rights for environmental purposes can be appropriately administered within Colorado's water law. These state and federal partnerships have been successful in several instances, and this plan describes them in more detail below. This plan also recognizes Colorado's history of local control regarding

water development, and will continue to uphold Colorado's commitment to supporting tribal water settlements with the Ute Mountain Ute and Southern Ute Tribes.

Section 9.1 reaffirms Colorado's commitment to these fundamental tenets, while advancing strategies for future water management.

**The State of Colorado Demand will continue to uphold the prior appropriation doctrine.**

Colorado's prior appropriation doctrine is based on language within the Colorado Constitution. The doctrine requires that water be put to beneficial use, and also requires efficient use to ensure the greatest utilization of Colorado's water resources.[1] These concepts are ever-evolving and will need to adjust appropriately. Over time, the doctrine has proven to be remarkably flexible, and this flexibility has been demonstrated by the recognition of new beneficial uses, such as environmental and recreational uses, under the law. While Colorado's Water Plan affirms the prior appropriation doctrine, there is room for improving water management within this allocation system.

Colorado's water court system has often been criticized for being cumbersome and expensive.[2] Several years ago, a report from the Water Court Committee of the Colorado Supreme Court to the Chief Justice made recommendations to improve the efficiency and cost effectiveness of the water court system. The State has implemented most of these recommendations, but the Water Court Committee should assess whether these changes have had the desired effect of making the system more efficient and cost effective. In addition, the standing committee should explore whether additional recommendations could be made in the future.

**The State of Colorado will continue to uphold and maximize the use of Colorado's water entitlements under Colorado's compacts, equitable apportionment decrees, and other interstate agreements.**

For nearly a century, Colorado has led the development and protection of interstate water compacts as a method of allocating water on interstate streams and rivers. Colorado vigorously defended its water allocations when downstream states have alleged compact violations,[3] and has also been steadfast in defending water entitlements allocated to Colorado through equitable apportionment decrees.[4] Colorado's

BLM_0065246

Water Plan reaffirms Colorado's dedication to protecting its compact and decree entitlements.

Colorado has a litigation account that is available to the CWCB and the Office of the Attorney General for Colorado's defense of its water resources.[5] Importantly, this fund is available to: 1) Support water users whose water supply yield is or may be diminished as a result of conditions imposed, or that may be imposed, including but not limited to bypass flows by any agency of the United States on permits for existing or reconstructed water facilities located on federally owned lands; 2) oppose applications of a federal agency for an instream flow right that is not in compliance with Colorado law; 3) protect Colorado's allocations of water from interstate streams; and 4) ensure the maximum beneficial use of water for present and future generations by addressing important questions of federal law.[6] Colorado should continue to maintain a sufficient balance in this fund to ensure that the State has adequate resources to protect its water resources. In addition, Colorado should make every effort to comply with its compact and decree obligations. While interstate compacts have been a solid foundation upon which water allocation occurs, interstate compacts have also been flexible and are able to address issues in times of drought and other unforeseen circumstances.



The Republican River Compact Compliance Pipeline project delivers water from wells north of the North Fork of the Republican River, providing credit associated with the compact. Courtesy of the Republican River Water Conservation District.

In working to protect the state's valuable water resources, Colorado recognizes that federal agencies manage federal lands and have a role in managing water resources within the state. At the same time, the State of Colorado has vigorously defended Colorado's water allocation and management system. Colorado will continue to argue for an appropriate balance between state and federal roles in Colorado's water law and water management system. That said, it is important to balance and coordinate the state and federal agency roles and responsibilities in order to remain consistent with their respective authorities and obligations. Federal statutes such as the Wild and Scenic Rivers Act and the ESA may affect the ways in which water users develop Colorado's compact and decree entitlements. The State of Colorado is committed to working with federal agencies to fulfill their legal responsibilities in ways that respect Colorado's compact and decree entitlements, and authorities to administer waters within the state. An example of this type of compromise exists within the Upper Colorado River Endangered Fish Recovery Program, a multi-agency partnership that operates to help protect and recover endangered fish species while allowing water users to continue to develop the State's compact entitlements. The State of Colorado should continue to support such programs and explore ways to develop similar programs when appropriate.

In addition, Colorado's Instream Flow Program is an effective tool used in the Upper Colorado River Wild and Scenic Rivers Act Management Plan. This plan provides protection for flow-related "Outstandingly Remarkable Values" associated with the Upper Colorado River, while respecting the need for water managers to have flexibility in the future. It can also serve as a model for future endeavors in state and federal collaboration.

**The State of Colorado will continue to ensure a proper balance between state and federal roles in Colorado's water law and water management system.**

The State of Colorado has always vigorously defended Colorado's water allocation and management system, and is committed to ensuring that there remains an appropriate balance between federal and state roles in water management. Recently, certain federal agencies' decisions and proposed actions identified the need to improve communication and coordination among state and federal agencies to ensure mutual respect of state and federal roles. Some recent examples include

BLM_0065247

the USFS' position on water rights associated with Colorado ski areas; the USFS' proposed groundwater directive; the BLM's resource management plans; and USFS' management plans. In the context of these and other federal water-related issues, Colorado must work proactively with federal agencies to ensure that resource protection needs required by federal law are met in a way that respects water rights decreed and administered by the state. To the extent that bypass flows interfere with and potentially undermine water rights as decreed and administered within the state, Colorado maintains that bypass flows should not be a preferred method for meeting aquatic resource protection objectives on federal lands. Rather, federal agencies and the State should work together, whenever possible, to meet their common water resource objectives.

**The State of Colorado will continue to work within Colorado's local structure.**

Colorado's local governments have considerable authority in making water development and management decisions, and counties and municipalities exercise a broad range of powers—explicitly conferred to them by state law—to address the needs of their constituents. The range of local authorities includes broadly authorizing counties and municipalities to balance environmental protection with the need to provide for planned and orderly land use. Counties and municipalities have several tools at their disposal to make this happen, including the ability to create special districts, require master plans for development, assess impact fees to offset new development on existing infrastructure, and exercise 1041 powers, which allow local governments to regulate construction or extensions of major new water and sewage treatment systems. The State of Colorado will work collaboratively with local governments within this existing framework, and Colorado's Water Plan is a valuable tool for both levels of government in that work. Section 2.3 discusses the local control structure within Colorado in more detail.

**The State of Colorado will support strategies to maximize the use of compact water while actively avoiding a Colorado River Compact deficit.**

All Colorado River system water users have an interest in the security of Colorado's compact entitlement. Basins using Colorado River system[a] water emphasized the need to protect existing uses, while proposing some

increment of future development. Ongoing interstate discussions, such as those about the Colorado River drought contingency-planning efforts the Upper Division states are developing (which Chapter 2 discusses), will inevitably affect water management within Colorado. These efforts include weather modification, extended reservoir operations (the release of water from upper Colorado River Storage Project reservoirs to protect critical reservoir elevations at Lake Powell), and management of demands to influence Lake Powell elevations. Hydrologic conditions in the face of climate change and increased demands will require Colorado water users to creatively and collaboratively manage the resources at hand. Intrastate efforts will be distinct from, but necessarily informed by, ongoing interstate processes and negotiations.



---

[a] As defined in the Colorado River Compact of 1922: "that portion of the Colorado River and its tributaries within the United States of America."

BLM_0065248

In early drafts of the IBCC Conceptual Framework, the IBCC discussed the concept of a collaborative program to protect existing uses and some increment of statewide future use. The IBCC placed the highest priority on working on a collaborative, programmatic approach to managing consumptive uses moving forward, with the end goal of avoiding a compact deficit. This programmatic approach would ideally involve water banking concepts, although at present this approach has not been sufficiently developed to provide full coverage for protected uses. While water banking may be an important part of the programmatic approach, it will likely be one piece of a multifaceted program.

The programmatic approach involves augmentation and storage management as initial tools, and demand management as a tool of last resort. Demand management efforts would be based on voluntary, temporary, and compensated reductions in eastern and western slope consumptive use. Willing water users would be temporarily compensated for voluntary reductions of consumptive use, and such reductions in use would be monitored and verified to ensure a benefit to the Colorado River system.

By definition, pre- and post- compact water rights are subject to distinctive levels of risk in a compact curtailment situation, and though the purpose of a collaborative program would be to avoid curtailment entirely, it is important for program participants to recognize the potential impacts of a curtailment on these different types of water rights.



Lake Powell lies across the border between Utah and Arizona. This reservoir serves as the Upper Basin States' "bank account" with regard to the Colorado River Compact.

BLM_0065249