Colorado's water gaps.

administer the system in a conventional manner.

## New Mexico:

*Regional Water Planning*: The New Mexico Legislature created the state's regional water planning program in 1987 and gave the Interstate Stream Commission the responsibility of funding, overseeing, and approving the plans of the 16 regions. Through the program, regions are charged with the inventory of existing water supplies, projecting future demand, identifying supply inadequacies, and developing strategic alternatives to meet supply shortages. The New Mexico State Water calls for the State to "support and adequately fund the completion, update, and implementation of regional water plans."

*San Juan-Chama Project and Navajo Nation Water Rights Settlement*: The Governor, State Engineer, and the Interstate Stream Commission Director testified in support of the Settlement and associated Project. The State contributed nearly $50 million dollars to the project.

*Taos Pueblo Water Rights Settlement*: The Governor, State Engineer, and Interstate Stream Commission Director testified in support of the Settlement. The State, has contributed $1.5 million dollars while agreeing to future appropriations of $18.5 million dollars over time.

*Aamodt Water Rights Settlement*: The Aamodt Settlement (Pueblos of Pojoaque, Tesuque, Nambe & San Ildefonso) was supported by the Governor, State Engineer, and the Interstate Stream Commission Director. No appropriations have been made to date, yet the State is potentially on the hook for up to $50 million dollars.

*Eastern New Mexico Water Supply Project*: The Governor, State Engineer, and the Interstate Stream Commission Director supported the Settlement. The State has contributed $20 million dollars while agreeing to fund around $75 million dollars over time.

San Juan-Chama Shortage Sharing Agreement: The parties involved in the Navajo Dam and San Juan River operations, together with the New Mexico State Engineer's Office and the Bureau of Reclamation, came to an agreement to share water losses (as opposed to traditional state water rights administration). If the shortage agreement is not adhered to, the State will

## Texas:

Texas has an active regional planning effort that identifies projects and then works to fund projects that are consistent with the plan or, for some funding sources, explicitly recommended as water management strategies in the regional or state plans. They also have their own Commission on Environmental Quality which grants water right permits only if (some exceptions do apply) they are consistent with the regional water plans and the state water plan. The plans are updated every five years, and the Texas Water Development Board provides technical and administrative support. The legislature also designates "sites of unique value for the construction of reservoirs" as well as stream reaches with "unique ecological value." There are several recommendations in the 2012 state plan that have not yet been implemented. These include the recommended purchase of reservoir sites and implementation of specific water projects and methods that go through an evaluation process.

## QUICK FACTS

- Municipal conservation strategies are expected to result in about 650,000 acre-feet of supply by 2060, with irrigation and other conservation strategies totaling another 1.5 million acre-feet per year.

- The planning groups recommended 26 new major reservoirs projected to generate approximately 1.5 million acre-feet per year by 2060. Other surface water strategies would result in about 3 million acre-feet per year.

- Recommended strategies relying on groundwater are projected to result in about 800,000

BLM_0065340

additional acre-feet per year by 2060.

## Utah:

*Lake Powell Pipeline:* Utah is planning, buying up the right of way, and has financing in place for construction of the Lake Powell Pipeline, to deliver water from the Colorado River (from Utah's unused allocation) to the St. George area in Southwest Utah. Utah's Board of Water Resources, under the Lake Powell Pipeline Development Act passed by the Utah State Legislature in 2006, is authorized to build the Lake Powell Pipeline. The legislation authorizes a pipeline to take water from Lake Powell, and transport it to Washington, Kane and Iron counties. The water diverted into the pipeline will be a portion of Utah's Upper Colorado River Compact allocation, and will consist of water rights to be held or acquired by the three water districts and the Board of Water Resources. The state will build the project and the districts will repay the costs through water sales.

### QUICK FACTS

* ❖ The pipeline will total 177 miles from Lake Powell to Iron County
* ❖ The project will deliver 100,000 acre-feet
* ❖ Deliveries are planned to begin in 2020
* ❖ The project will cost over $1 billion in capital costs

*West Desert Pumping Project:* The Utah legislature authorized a major pumping project to protect the risk of flooding out of the Great Salt Lake.

*Bear River Development:* Bear River is often referred to as Utah's last untapped river. In the Bear River Development Act, passed by the Legislature in 1991, the Division of Water Resources is directed to develop the surface waters of the Bear River and its tributaries. The act also allocates water among various counties and provides for the protection of existing water rights. The act allocates a total of 220,000 acre-feet of water

annually. The total cost of the project is estimated to be between $130 million and $260 million, depending upon which dam site is chosen. Most of the required conveyance and treatment systems will be the responsibility of the contracting entities. An article in the Utah Environmental Law Review states "According to several administrative documents, the state intends to make Bear water available within the next two decades, and it appears that the state will finally push forward to realize their 60 year old desire to tap the Bear." This article can be accessed here: http://epubs.utah.edu/index.php/jlrel/article/viewArticle/103.  It is unclear in this initial review what the state intends to do with this project in the near future.

*Central Utah Project:* The Central Utah Project (CUP) is a state supported federal project. CUP is being constructed by the U.S. Bureau of Reclamation and the Central Utah Water Conservancy District (CUWCD) took over construction of some of the final water distribution components. The project is explicitly listed in the Utah's State Water Plan as being necessary. It is located in the central and east central part of Utah. CUP is the largest water resources development program ever undertaken in the State. The project provides Utah with the opportunity to beneficially use a sizable portion of its allotted share of the Colorado River water. Project irrigation water will be provided to Utah's rural areas in the Uintah and Bonneville Basins. Water will also be provided to meet the M&I requirements of the most highly developed part of the State along the Wasatch Front where population growth and industrial development are continuing at a rapid rate. Water developed by the Central Utah Project will be used for municipal, industrial, irrigation, hydroelectric power, fish, wildlife, conservation, and recreation. The project will improve flood control capability and assist in water quality control.

One key component of the project is the Bonneville Unit. This complex unit is currently being constructed and includes 10 new reservoirs, more than 200 miles of aqueducts, tunnels, and canals; a power plant, pumping plants, and 300 miles of drains. Starvation Reservoir, constructed on the Strawberry River about three miles above Duchesne, has a capacity of 167,000 acre-feet

BLM_0065341

and Soldier Creek Dam has nearly quadrupled the capacity of Strawberry Reservoir from 283,000 to 1,106,500 acre-feet.

## Other States:

### Wyoming

The Wyoming Water Development Commission has financed many projects, including the State's share of the cost of raising Reclamation's Buffalo Bill Dam.

### Kansas

Kansas purchased storage in Corps reservoirs for water supply uses.

BLM_0065342

# Appendix C: Instream Flow and Natural Lake Level Examples

Following are specific examples of instream flow and natural lake level water rights that were appropriated or acquired to preserve, and in some cases to improve, the natural environment to a reasonable degree.

BLM_0065343

## Black Hollow Creek

In 2010, based upon a recommendation from Colorado Parks and Wildlife, the CWCB appropriated an instream flow water right on approximately 5.5 miles of Black Hollow Creek in Larimer County from the stream's headwaters down to the confluence with the Cache La Poudre River. This appropriation protects flows in three different seasons: 2.2 cubic feet per second from May 1 to September 30; 1.4 cubic feet per second from October 1 to November 15; and 0.75 cubic feet per second from November 16 to April 30. The natural environment in this segment of stream consists of a healthy population of greenback cutthroat trout.

## Deadhorse Creek and Hanging Lake

In 1996, the CWCB appropriated water rights on both Hanging Lake and Dead Horse Creek and determined that all of the unappropriated water in this stream and lake system was required to preserve the natural environment to a reasonable degree. The CWCB took this approach based upon the fact that the natural environments on the lake and creek are unique, consisting of distinct assemblages of riparian vegetation, endemic hanging garden communities and globally imperiled species.

## Big Dominguez and Little Dominguez Creeks

In 2011, the CWCB appropriated all of the unappropriated water on both Big Dominguez and Little Dominguez Creeks to preserve aquatic and riparian aspects of the natural environment. These instream flow appropriations not only preserve distinct fish populations, but also protect amphibians, aquatic insects and increasingly rare and distinctive communities of cottonwood trees and other associated riparian vegetation. Another important objective for these appropriations was to maintain the creeks in their natural pristine condition because of their location in a designated Wilderness Area.

## Colorado River Instream Flow Reaches from the Blue River to the Confluence with the Eagle River

In 2011, the CWCB appropriated water rights on three segments of the mainstem of the Colorado River: 1) Blue River to the Piney River; 2) Piney River to the confluence with Cabin Creek; and 3) Cabin Creek to a point immediately upstream from the Eagle River. These reaches, which appropriated between 500 and 900 cubic feet per second at various times throughout the year, were recommended by the Upper Colorado River Wild and Scenic Stakeholder Group as part of a comprehensive plan to manage these reaches of the River that includes a suite of protective measures as an alternative to a finding of suitability for Wild and Scenic designation.

## Acquisition to Implement a Portion of the Colorado River Cooperative Agreement on the Fraser River and its Tributaries, Williams Fork River and its Tributaries, and the Colorado River

Under a Water Delivery Agreement and water court decree, Denver Water will provide annually 1,000 acre-feet of water to Grand County for instream flow use by the CWCB. The instream flow use will consist of: 1) preserving the natural environment to a reasonable degree by maintaining flows in stream reaches where the CWCB has decreed instream flow water rights when those rights are not satisfied; 2) improving the natural environment to a reasonable degree by increasing flows in existing instream flow reaches above the CWCB's decreed amounts up to recommended flow rates; and 3) improving the natural environment to a reasonable degree on streams with no existing instream flow water rights.

BLM_0065344

## Acquisition of Breem Ditch Water Right for Instream Flow Use on Washington Gulch and Slate River

Under a Water Conservation Use Right and water court decree, CWCB may use the senior Breem Ditch water right that once swept the stream dry to re-water the stream. This water will be used to preserve and improve the natural environment to a reasonable degree on Washington Gulch and to preserve the natural environment to a reasonable degree on the Slate River. The historical consumptive portion of the water right may be diverted downstream of the instream flow reaches for municipal use by Skyland Metropolitan District, thus making multiple uses of the changed irrigation right for consumptive (municipal) and nonconsumptive (environmental) uses.

BLM_0065345

BLM_0065346

# Appendix D: Existent Watershed Plans in Colorado



BLM_0065347

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| Fountain Creek Watershed Plan | 2003 | Arkansas | Fountain Creek | Pikes Peak Area Council of Governments | http://cwcbweblink.state.co.us/weblink/0/doc/136931/Electronic.aspx?searchid=eeac973e-818b-4075-b648-6d9a08192b4a |
| Arkansas River Watershed Invasive Plants Plan | 2008 | Arkansas | Arkansas River; Purgatoire River; Huerfano River' Apishapa River; Fountain Creek | Southeastern Colorado Water Conservancy District | http://www.tamariskcoalition.org/sites/default/files/images/ARKWIPP%20Plan.pdf |
| Tackling Tamarisk on the Purgatoire: A Consolidated Woody Invasive Species Management Plan for Colorado's Purgatoire Watershed | 2008 | Arkansas | Purgatoire River | Tamarisk Coalition and Partners | http://www.tamariskcoalition.org/sites/default/files/images/TTP%20Plan%20final%208-08.pdf |
| Lower Arkansas Watershed Plan-Phase I | 2008 | Arkansas | Lower Arkansas River | Southeast Colorado Resource Conservation & Development | For more information please contact: Southeast Colorado Resource Conservation & Development at 719-336-3437 |
| Strategic Plan for the Fountain Creek Watershed | 2009 | Arkansas | Fountain Creek | Fountain Creek Vision Task Force | ftp://ft.dphe.state.co.us/wqc/wqcc/31_85NutrientsRMH_2012/ResponsivePrehearing/LFMSDDex2a.pdf |
| Fountain Creek Watershed Study, Watershed Management Plan | 2009 | Arkansas | Fountain Creek | Army Corp of Engineers | http://cwcbweblink.state.co.us/weblink/0/doc/136930/Electronic.aspx?searchid=b6879eae-7485-483b-8267-bf919164e02b |
| The Lake Fork of the Arkansas River Watershed Plan | 2010 | Arkansas | Upper Arkansas River | The Lake Fork Watershed Working Group | http://coloradomtn.edu/wp-content/uploads/filebase/lfwwg/watershed-information/Final_Lake_Fork_Watershed_Plan_07292011.pdf |
| Fountain Creek Corridor Master Plan | 2011 | Arkansas | Fountain Creek | Fountain Creek Flood Control and Greenway District; Upper Fountain and Cheyenne Creek Coalition | http://www.fountain-crk.org/files/REPORTS/corr_rest_masterplan101811_final.pdf |
| Stakeholders' Cooperative Management Analysis for the Upper Arkansas River Basin | 2011 | Arkansas | Arkansas River Basin | Arkansas River Roundtable | http://cwcbweblink.state.co.us/weblink/0/doc/157760/Electronic.aspx?searchid=f26ab306-ce4c-4ed2-9595-ae9c21e1e23e |
| Purgatoire River Watershed Plan | 2014 | Arkansas | Purgatoire River | Purgatoire Watershed Partnership | http://purgatoirepartnership.org/wp-content/uploads/2015/PWP%20Watershed%20Plan%202014%20FINAL_new.pdf |
| Upper Fountain Creek and Cheyenne Creek Flood Restoration Master Plan | 2015 | Arkansas | Fountain Creek and Cheyenne Creek | Upper Fountain Creek and Cheyenne Creek Flood Restoration Coalition | http://cwcbweblink.state.co.us/WebLink/0/doc/196305/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| Protecting Critical Watershed in Colorado from Wildfire: A Technical Approach to Watershed Assessment and Prioritization | 2009 | Arkansas, Colorado, South Platte | Arkansas Headwaters, Big Thompson, Cache la Poudre, Clear Creek, Colorado Headwaters, Fountain, South Platte Headwaters, St. Vrain, Upper Arkansas, Upper South Platte | Front Range Watershed Protection Data Refinement Work Group | http://www.jw-associates.org/Resources/Work%20Group%20Final%20Report%20V6.pdf |

BLM_0065348

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| Sediment Control Action Plan Straight Creek I-70 Corridor | 2002 | Colorado | Straight Creek | Colorado Department of Trasnportation | https://www.codot.gov/projects/contextsensitivesolutions/docs/plans/sc-scap-final.pdf |
| Snake River Watershed Plan | 2009 | Colorado | Snake River | Blue River Watershed Group | http://blueriverwatershed.org/wp-content/uploads/2009/05/srwp-final-grant-report.pdf |
| Grand County Stream Management Plan Draft Report | 2010 | Colorado | Fraser River, Colorado River, Williams Fork, Muddy Creek, Blue River, Reeder Creek, Troublesome Creek, Willow Creek | Board of County Commissioners | http://co.grand.co.us/DocumentCenter/View/866 |
| Roaring Fork Watershed Plan | 2012 | Colorado | Roaring Fork | Roaring Fork Watershed Collaborative/ Roaring Fork Conservancy/The Watershed Collaborative | For more information please visit: http://www.roaringfork.org/ |
| Tenmile Creek Restoration Project Preliminary Design Plan | 2013 | Colorado | Tenmile Creek | Blue River Watershed Group & USFS | http://blueriverwatershed.org/wp-content/uploads/2013/02/Tenmile-Creek-Restoration-Project-Design-Report.pdf |
| Eagle River Watershed Plan Update | 2013 | Colorado | Eagle River | Eagle County & Eagle River Watershed Council | http://www.townofeagle.org/DocumentCenter/View/5960 |
| Snake River Watershed Plan | 2013 | Colorado | Snake River | Blue River Watershed Group & Snake River Watershed Task Force | http://www.snakerivertaskforce.org/Snake_River_Watershed_Task_Force/Data___Reports.html |
| Middle Colorado Watershed Council: Surface Water Quality Data Analysis | 2015 | Colorado | Middle Colorado River | The Middle Colorado Watershed Council | http://www.midcowatershed.org/technical_documents/FINAL%20MCWC%20Surface%20Water%20Quality%20Data%20Analysis%203-25-15.pdf |
| Middle Colorado Watershed Plan | Ongoing | Colorado | Rifle Creek Sub-Watershed | Middle Colorado Watershed Council | https://www.colorado.gov/pacific/sites/default/files/WQ_nonpoint_source-2015-NPS-Projects-Combined.pdf |
| Eagle River Watershed Plan | 1996 | Colorado | Eagle River | Eagle River Watershed Council | http://cwcbweblink.state.co.us/weblink/0/doc/136938/Electronic.aspx?searchid=eeac973e-818b-4075-b648-6d9a08192b4a |
| State of the Roaring Fork Watershed Report | 2008 | Colorado | Roaring Fork River | Roaring Fork Conservancy and Ruedi Water & Power Authority | http://www.roaringfork.org/ |
| Colorado River Inventory and Assessment | 2014 | Colorado | Eagle River | Eagle River Watershed Council | http://www.erwc.org/wp-content/uploads/2014/01/CRIA_Final.pdf |
| Crystal River Stream Management Plan | Ongoing | Colorado | Crystal River | Roaring Fork Conservancy District | http://www.roaringfork.org/your-watershed/crystal-river/stream-management-plan/ |
| Coal Creek Watershed Protection Plan | 2005 | Gunnison | Coal Creek | Coal Creek Watershed Coalition | http://www.coalcreek.org/uploads/3/8/1/2/38125461/coal_creek_watershed_plan.pdf |

BLM_0065349

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| North Fork of the Gunnison Watershed Plan Update | 2010 | Gunnison | North Fork of the Gunnison River | North Fork River Improvement Association (NFRIA) | http://www.lfvc.org/ |
| Gunnison River Basin Selenium Task Force Action Plan | 2012 | Gunnison | Lower Gunnison | Gunnison Basin and Grand Valley Selenium Task Forces | https://www.colorado.gov/pacific/sites/default/files/WQ_nonpoint_source-3rd-Lower-Gunniscn-Selenium-Watershed-Plan-Final-2012.pdf |
| Lake Fork Valley Conservancy Long Term Monitoring Plan: 2012 to 2022 | 2012 | Gunnison | Lake Fork of the Gunnison River | Lake Fork Valley Conservancy | http://www.lfvc.org/uploads/1/1/1/6/11162750/lfvc_long_term_monitoring_plan-final.pdf |
| Uncompahgre Watershed Plan | 2013 | Gunnison | Uncompahgre River | Uncompahgre Watershed Partnership | http://www.uncompahgrewatershed.org/wp-content/uploads/2012/03/UncompahgrePlan-Jan2013.pdf |
| Upper Slate River Watershed Plan | 2014 | Gunnison | Slate River | Coal Creek Watershed Coalition | https://www.colorado.gov/pacific/sites/default/files/WQ_nonpoint_source-2nd-Upper-Slate-River-Watershed-Plan%20Final-2014.pdf |
| Lake Fork of the Gunnison Watershed Plan | Ongoing | Gunnison | Lake Fork of the Gunnison River | Lake Fork Valley Conservancy | For more information please visit: http://www.lfvc.org/ |
| Updated Sampling and Analysis Plan for Site Reclamation and Surface Water, Groundwater, Biological, and Waste Rock Sampling | 2003 | Rio Grande | Willow Creek | Willow Creek Reclamation Committee | For more information please visit: http://www.willowcreede.org/completed-projects.html |
| Alamosa River Watershed Restoration Master Plan and Environmental Assessment | 2005 | Rio Grande | Alamosa River | Alamosa River Foundation | http://cwcbweblink.state.co.us/weblink/0/doc/123626/Page1.aspx?searchid=da985f7b-9053-48f5-af6f-22dbcdbe250d |
| Rio Grande Watershed Restoration Strategic Plan | 2007 | Rio Grande | Rio Grande Basin | Rio Grande Basin Headwaters Restoration Project Task Force | For more information please visit: http://www.riograndeheadwaters.org/programs.html |
| Kerber Creek Watershed Management Plan Draft | 2010 | Rio Grande | Kerber Creek | Kerber Creek Restoration Project | http://www.kerbercreek.org/watershedplan.pdf |
| San Luis Valley Regional Habitat Conservation Plan | 2012 | Rio Grande | San Luis Valley | Rio Grande Water Conservation District | http://www.slvhcp.com/Web_Docs/Final%20SLV%20HCP%20-%20Nov%202012.pdf |
| San Miguel Watershed Plan | 1998 | San Juan/Dolores | San Miguel River | San Miguel Watershed Coalition | http://sanmiguelwatershed.org/uploads/docs/resource_management/smwcWatershedPlan.pdf |
| Stollsteimer Creek Watershed Plan | 2006 | San Juan/Dolores | Stollsteimer Creek | NRCS, San Juan Conservation District, and Pagosa Lakes Property Owners Association | http://www.pawsd.org/2006-Stollsteimer-Watershed-Plan.html |
| Watershed Plan for the East Fork of the Dolores River in Dolores County | 2006 | San Juan/Dolores | East Fork Dolores River | Town of Rico | http://cwcbweblink.state.co.us/weblink/0/doc/137080/Electronic.aspx?searchid=eeac973e-818b-4075-b648-6d9a08192b4a |

BLM_0065350

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| San Juan Watershed Woody-Invasives Initiative Implementation Plan - Version 1 | 2008 | San Juan/ Dolores | San Juan Watershed (includes Arizona, Colorado, New Mexico and Utah) | San Juan Watershed Woody-Invasives Initiative | http://www.sjwwii.org/Implementation%20 Plan%20SJWWII%201-30-08.pdf |
| Upper Pine River State of the Watershed Report | 2008 | San Juan/ Dolores | Pine River | Pine River Watershed Group | http://cwcbweblink.state. co.us/WebLink/ElectronicFile. aspx?docid=136973&&dbid=0 |
| Dolores River Riparian Action Plan | 2010 | San Juan/ Dolores | Dolores River | Dolores River Restoration Partnership | http://ocs.fortlewis.edu/drrp/pdf/2010_ Dolores_River_Riparian_Action_Plan.pdf |
| Animas River Watershed Based Plan | 2011 | San Juan/ Dolores | Lower Animas River | Animas Watershed Partnership | http://animasriverstakeholdersgroup.org/ blog/ |
| Mancos Watershed Plan | 2011 | San Juan/ Dolores | Mancos River | Mancos Valley Watershed Group | http://www.dolorescd.org/docs/ WTRSHDPLAN.pdf |
| The Animas Watershed Plan | 2013 | San Juan/ Dolores | Upper Animas River | Animas River Stakeholder Group | For more information please visit: http:// www.animasriverstakeholdersgroup.org/ |
| Dolores River – Nonpoint Source Pollution Watershed Plan | 2013 | San Juan/ Dolores | Lower Dolores River | Dolores River Dialogue | http://ocs.fortlewis.edu/drd/pdf/Dolores- Watershed-Plan-17-june-2013.pdf |
| Big Dry Creek Watershed Management Plan | 2002 | South Platte | Big Dry Creek | Big Dry Creek Watershed Association | http://www.bigdrycreek.org/documents/ FinalWatershedManagementJuly02.pdf |
| Watershed Management Plan for the Upper Lefthand Creek | 2005 | South Platte | Lefthand Creek | Lefthand Watershed Oversight Group | http://lwog.org/document/watershed-plan/ |
| Big Thompson Watershed Management Plan | 2007 | South Platte | Big Thompson River | Big Thompson Watershed Forum | http://www.btwatershed.org/2008/Reports/ Final%20CWCB%20CWPF%20grant%20 report_12-4-07.pdf |
| Clear Creek Watershed Report Exploring Watershed Sustainability | 2007 | South Platte | Clear Creek | Clear Creek Watershed Foundation | http://www.clearcreekwater.org/pdfs/ CCWF-2007-report-optimized.pdf |
| Boulder Creek Community Stewardship Plan | 2007 | South Platte | Boulder Creek | Boulder Creek Watershed Initiative | http://cwcbweblink.state. co.us/WebLink/DocView. aspx?id=123865&page=1&dbid=0 |
| Barr-Lake and Milton Reservoir Watershed Management Plan | 2008 | South Platte | Barr- Lake and Milton Reservoir | Barr Lake and Milton Reservoir Watershed Association | http://www.barr-milton.org/wp-content/ uploads/2011/08/BMW_WP_Draft_ Text_102008.pdf |
| North Fork of the Republican River Watershed Plan | 2008 | South Platte | North Fork of the Republican | Yuma County Conservation District | For more information please visit: http:// www.ycconservation.com/index.html |
| Big Thompson State of the Watershed 2010 Report | 2010 | South Platte | Big Thompson River | Big Thompson Watershed Forum | For more information please visit: http://www.btwatershed.org/ |

BLM_0065351

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| The Trail Creek Watershed Master Plan for Stream Restoration & Sediment Reduction | 2011 | South Platte | Trail Creek | Coalition for the Upper South Platte | http://cusp.ws/wp-content/uploads/2014/10/TrailCreek_MasterPlanComp.pdf |
| South Platte River Sportsman's Paradise & Happy Meadows Reaches 20, 21 & 22 River Assessment & Restoration Plan | 2011 | South Platte | South Platte River (confluence with Beaver Creek and the Crystal Creek) | Coalition for the Upper South Platte | http://www.cusp.ws/wp-content/uploads/2014/10/Sportsmen-Happy_MeadowsHydroReportComp.pdf |
| Cherry Creek Watershed Plan | 2012 | South Platte | Cherry Creek | Cherry Creek Basin Water Quality Authority | http://www.cherrycreekbasin.org/wp-content/uploads/2014/03/Watershed-Plan-2012.pdf |
| Lower South Platte Watershed Plan - Phase I | 2012 | South Platte | Lower South Platte River | Colorado State Conservation Board | For more information please visit: https://www.colorado.gov/pacific/agconservation/conservationboard |
| North Platte River Water Quality Mangement Plan | 2012 | South Platte | North Platte | Northwest Colorado Council of Governments | http://nwccog.org/wp-content/uploads/2015/04/North-Platte-Watershed-2012-208-Plan.pdf |
| The Waldo Canyon Fire Master Plan for Watershed Restoration & Sediment Reduction | 2013 | South Platte | Camp Creek; Douglas Creek; Fountain Creek; Monument Creek | Coalition for the Upper South Platte | http://cusp.ws/wp-content/uploads/2014/10/FinalWaldoCanyonFireMasterRestorationPlanComp.pdf |
| Updated 2014 Bear Creek Watershed Management Plan | 2014 | South Platte | Bear Creek | Bear Creek Watershed Association | http://www.bearcreekwatershed.org/Watershed%20Plan.htm |
| Upper Clear Creek Watershed Plan Update | 2014 | South Platte | Clear Creek | Upper Clear Creek Watershed Association | For more information please visit: http://www.clearcreekwater.org/organization.html |
| Upper Coal Creek Restoration Watershed Master Plan | 2014 | South Platte | Upper Coal Creek | Coal Creek Canyon Watershed Partnership | http://www.cccwp.org/watershed/upper-coal-creek-watershed-restoration-master-plan/ |
| Upper South Platte Watershed Plan | 2014 | South Platte | Upper South Platte | Coalition for the Upper South Platte | For more information please visit: http://cusp.ws/ |
| Little Thompson Watershed Restoration Master Plan | 2014 | South Platte | Little Thompson | Little Thompson Watershed Restoration Coalition | http://www.ltwrc.org/Proposal%20-%20Tetra%20Tech_edited.pdf |
| Left Hand Creek Watershed Master Plan | 2014 | South Platte | Left Hand Creek | Left Hand Creek Coalition | http://lwog.org/wp-content/uploads/final-left-hand-creek-watershed-master-plan2.pdf |
| Fourmile Creek Watershed Master Plan | 2014 | South Platte | Fourmile Creek | Boulder County | http://cwcbweblink.state.co.us/WebLink/0/doc/196316/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| Town of Jamestown Stream Corridor Recovery Design | 2014 | South Platte | James Creek and Little James Creek | Town of Jamestown | http://cwcbweblink.state.co.us/WebLink/0/doc/196304/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| St. Vrain Creek Watershed Master Plan | 2014 | South Platte | St. Vrain Creek | | http://cwcbweblink.state.co.us/WebLink/0/doc/196311/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| Big Thompson River Restoration Master Plan | 2015 | South Platte | Big Thompson River | | http://cwcbweblink.state.co.us/WebLink/0/doc/196307/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |

BLM_0065352

| Plan Title: | Year | Basin | River/Stream | Organization | Link |
|---|---|---|---|---|---|
| **Fall River Corridor Plan for Resiliency Draft** | 2015 | South Platte | Fall River | Fall River Coalition (transitioning to Estes Valley Chapter) | http://cwcbweblink.state.co.us/WebLink/0/doc/196317/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| **Fish Creek Corridor Plan for Resiliency Draft** | 2015 | South Platte | Fish Creek | Fish Creek Coalition (transitioning to Estes Valley Chapter) | http://cwcbweblink.state.co.us/WebLink/0/doc/196319/Electronic.aspx?searchid=d00be47f-263c-46f5-8f56-b51c7cc767db |
| **Nonpoint Source Watershed Protection Plan for Jackson County Draft** | Ongoing | South Platte | North Platte | Owl Mountain Partnership | For more information please visit: http://www.owlmountainpartnership.org |
| **Chatfield Watershed Plan Draft** | Ongoing | South Platte | Chatfield Reservoir; Plum Creek; South Platte River; Deer Creek; and Massey Draw | Chatfield Watershed Authority | http://chatfieldwatershedauthority.org/wp-content/uploads/2013/07/Item-2-Chatfield-Watershed-Plan_09-10-14_redlined-Final-Draft.pdf |
| **Watershed Management Plan for Boulder Creek Watershed and Monitoring Plan for St. Vrain Watershed** | Ongoing | South Platte | Boulder Creek and St. Vrain | Keep it Clean Partnership | http://www.keepitcleanpartnership.org/watershed/ |
| **Upper Cache la Poudre Watershed Plan** | Ongoing | South Platte | Cache la Poudre | Coalition for the Poudre River Watershed | https://www.colorado.gov/pacific/sites/default/files/WQ_nonpoint_source-2015-NPS-Projects-Combined.pdf |
| **Lower Beak Creek Watershed Plan** | Ongoing | South Platte | Bear Creek | Groundwork Denver | https://www.colorado.gov/pacific/sites/default/files/WQ_nonpoint_source-2015-NPS-Projects-Combined.pdf |
| **South Platte River Restoration Plan Draft** | Ongoing | South Platte | Middle South Platte | City of Evans | http://www.middlesouthplatte.org/uploads/5/1/7/6/51766553/south_platte_river_restoration_master_plan_-_draft.pdf |
| **Yampa River Basin Partnership Work Plan** | 2006 | Yampa/White/Green | Yampa River | Yampa River Basin Partnership | For more information please visit: http://yampavalleypartners.com/yampa-river-basin-partnership/ |
| **Upper Yampa River Basin Implementation Plan** | 2006 | Yampa/White/Green | Upper Yampa River | Routt County Conservation District | http://routtcountycd.com/wp-content/uploads/2012/04/implementation-plan.pdf |
| **Northwest Colorado Watershed Partnership Action Plan (NCWPAP)** | 2011 | Yampa/White/Green | Yampa, Little Snake, White, and Green Rivers | Northwest Colorado Riparian Restoration Partnership | http://www.tamariskcoalition.org/sites/default/files/files/Northwest%20Colorado%20Watershed%20Partnership%20Action%20Plan.pdf |
| **Upper Yampa State of the Watershed Report** | 2014 | Yampa/White/Green | Upper Yampa River | Upper Yampa River Watershed Group | http://www.co.routt.co.us/AgendaCenter/ViewFile/Item/1656?fileID=1840 |
| **Upper Yampa Watershed Plan** | Ongoing | Yampa/White/Green | Upper Yampa Watershed | Routt County Conservation District | http://www.flipgorilla.com/p/23023990364732953/show#/23023990364732953/2 |

BLM_0065353

D-8   Appendix D: Existent Watershed Plans in Colorado

## WATERSHEDS IN COLORADO



Colorado Watersheds
USGS Hydrologic Unit Code (HUC) 8
Scale Sub-Basins

Existing Watershed Plans
Yes
No

BLM_0065354

BLM_0065355

# Appendix E: Source Water Protection Plans in Colorado



BLM_0065356

Red = Substantial Implementation   Blue = 2015-16 Proposed Plans

**Surface Water System Plans**

| Organization | Reporting Year | Population Served |
|---|---|---|
| Salida, City of | 2005 | 6,000 |
| Gunnison County WSD | 2005 | 700 |
| Mad Dog WC | 2005 | 75 |
| Ponderosa Lodge | 2005 | 125 |
| Bayfield, Town of | 2005 | 1,600 |
| Penrose WD | 2006 | 3,298 |
| Rockyford, City of | 2006 | 4,286 |
| Southern Ute Tribe | 2006 | 2,300 |
| Palmer Lake, Town of | 2006 | 2,450 |
| Cuchara WSD | 2007 | 1,400 |
| Grand Junction, City of | 2007 | 28,000 |
| Palisades, Town of | 2007 | 3,000 |
| Park Center WD | 2007 | 3,020 |
| La Veta, Town of | 2007 | 950 |
| Walsenburg, City of | 2007 | 4,534 |
| Beulah Water Works District | 2008 | 600 |
| Mesa Water and Sanitation District | 2008 | 300 |
| Pine Drive Water District | 2008 | 416 |
| Grand Mesa MD 2 (Powderhorn Metro 1 District) | 2008 | 1,823 |
| Collbran, Town of | 2008 | 660 |
| Mancos, Town of | 2009 | 1,390 |
| Mancos Rural Water Company | 2009 | 1,500 |
| Mesa Verde National Park | 2009 | 60 |
| Thornton, City of | 2010 | 120,000 |
| Northglenn, City of | 2010 | 35,357 |
| Westminster, City of | 2010 | 214,652 |
| Coalby Domestic Water Company | 2010 | 212 |
| Dillon Valley District | 2010 | 2,700 |
| St. Charles Mesa WD | 2010 | 11,020 |
| Cedaredge, Town of | 2010 | 2,054 |
| Dillon, Town of | 2010 | 4,821 |
| Kremmling, Town of | 2010 | 1,881 |
| Orchard City, Town of | 2010 | 2,990 |
| Rangely, Town of | 2010 | 2,000 |
| Upper Surface Creek Domestic Water | 2010 | 2,700 |
| Jamestown, Town of | 2011 | 250 |
| Left Hand WD | 2011 | 28,040 |
| Little Thompson WD | 2012 | 20,001 |
| Mount Crested Butte WSD | 2012 | 1,800 |
| Meridian Lake Park | 2012 | 300 |
| Little Elk Creek HOA | 2012 | 200 |

E-2   Appendix E: Source Water Protection Plans in Colorado

BLM_0065357

Red = Substantial Implementation    Blue = 2015-16 Proposed Plans

## Surface Water System Plans

| Organization | Reporting Year | Population Served |
|---|---|---|
| Wigwam Mutual Water Company | 2013 | 1,000 |
| Stucker Mesa Water Company | 2013 | 400 |
| New Castle, Town of | 2013 | 3,800 |
| Ridgeway, Town of | 2013 | 1,000 |
| Silt, Town of | 2013 | 2,400 |
| Rifle, City of | 2013 | 7,001 |
| Crawford Mesa WA | 2013 | 220 |
| Durango, City of (Florida River) | 2013 | 20,000 |
| Forest View Acres | 2014 | 300 |
| Parkville WD | 2014 | 2,838 |
| Florence, City of | 2014 | 3,714 |
| Canon City, City of | 2014 | 16,477 |
| Town of Hotchkiss | 2014 | 1,120 |
| Victor, City of | 2014 | 434 |
| Rye, Town of | 2014 | 244 |
| Bone Mesa Domestic Water District | 2014 | 400 |
| Central City, City of | 2014 | 3,565 |
| Alma, Town of | 2014 | 275 |
| Colorado City MD | 2014 | 1,811 |
| Glenwood Springs, City of | 2015 | 9,400 |
| Evergreen MD | 2015 | 13,500 |
| Carbondale, Town of | 2015 | 6,000 |
| Oak Creek, Town of | 2015 | 884 |
| Central City, City of | 2015 | 672 |
| Manitou Springs, City of | 2015 | 4,890 |
| Nederland, Town of | 2015 | 2,000 |
| Georgetown, Town of | 2015 | 1,088 |
| Denver Water Board | 2015 | 1,300,000 |
| Buena Vista, Town of | 2016 | 2,317 |
| Aspen, City of | 2016 | 7,600 |
| Snowmass Village WSD | 2016 | 3,200 |
| Glacier Club | 2016 | 525 |
| Gypsum, Town of | 2016 | 6,400 |
| Trinidad, City of | 2016 | 11,400 |
| Silverton, Town of | 2016 | 680 |
| Blackhawk, City of | 2016 | 15,150 |
| Rocky Ford, City of | 2016 | 4,093 |
| Lafayette, City of | 2016 | 25,000 |
| Homestead, WC | 2016 | 780 |
| Fort Collins, City of | 2016 | 129,100 |
| Cragmont, WC | 2016 | 50 |
| **Total** | **82** | **2,131,193** |

Appendix E: Source Water Protection Plans in Colorado   E-3

BLM_0065358

Red = Substantial Implementation   Blue = 2015-16 Proposed Plans

## Ground Water System Plans

| Organization | Reporting Year | Population Served |
|---|---|---|
| Forest Lakes MD | 2005 | 1,258 |
| Angel of Shavano CG 1 | 2005 | 131 |
| Angel of Shavano Group Area | 2005 | 131 |
| Boone, Town of | 2005 | 350 |
| Gunnison, City of | 2005 | 7,620 |
| Costilla WSD | 2005 | 561 |
| Crawford, Town of | 2005 | 248 |
| Garfield Monarch Mtn Lodge | 2005 | 525 |
| Heart of the Rockies | 2005 | 20 |
| Las Animas, City of | 2005 | 2,758 |
| Limon, Town of | 2005 | 2,300 |
| Monarch Park 1 | 2005 | 118 |
| Monarch Park 2 | 2005 | 118 |
| Monarch Ski Area | 2005 | 3,000 |
| O'Haver Lake 1 | 2005 | 96 |
| O'Haver Lake 2 | 2005 | 96 |
| Round Mountain WSD | 2005 | 925 |
| Simla, Town of | 2005 | 913 |
| Kiowa, Town of | 2005 | 950 |
| Walsh, Town of | 2005 | 822 |
| Youtsey WC | 2005 | 1,000 |
| Holly, Town of | 2006 | 900 |
| Springfield, Town of | 2006 | 1,750 |
| Ramah, Town of | 2007 | 134 |
| Northern Colorado WD | 2007 | 4,550 |
| Avondale, Town of | 2008 | 1,500 |
| Brush, City of | 2009 | 5,117 |
| Meeker, Town of | 2009 | 2,483 |
| Crested Butte South MD | 2010 | 900 |
| Morgan County Quality Water | 2010 | 6,595 |
| Prairie View Subdivision | 2010 | 200 |
| Snake River Water District | 2010 | 17,900 |
| Huajatolla Valley Estates | 2011 | 115 |
| Colorado Centre MD | 2011 | 2,570 |
| Basalt, Town of | 2011 | 2,125 |
| Paonia, Town of | 2011 | 295 |
| Hugo, Town of | 2011 | 885 |
| Woodmoor WSD | 2011 | 7,124 |
| Win Mar Cottages | 2012 | 40 |
| ChristLife Community Church | 2012 | 305 |
| Black Bear Lodge | 2012 | 62 |

BLM_0065359

Red = Substantial Implementation    Blue = 2015-16 Proposed Plans

## Ground Water System Plans

| Organization | Reporting Year | Population Served |
|---|---|---|
| La Jara, Town of | 2012 | 825 |
| Romeo, Town of | 2012 | 450 |
| Sanford, Town of | 2012 | 850 |
| San Luis Water and San District | 2012 | 790 |
| Castlewood Canyon State Park | 2012 | 806 |
| Garcia Domestic Water User's Association | 2012 | 100 |
| KV HOA | 2012 | 120 |
| Academy WSD | 2012 | 750 |
| Ward, Town of | 2012 | 160 |
| Mesa Cortina WSD | 2012 | 300 |
| Little Elk Creek HOA | 2012 | 200 |
| Mid Colorado Investment | 2012 | 500 |
| Deer Valley Ranch | 2012 | 197 |
| One Mile Campground | 2012 | 86 |
| Sunshine Campground | 2012 | 70 |
| Republic Paperboard | 2012 | 50 |
| Wilderness Young Life Ranch | 2012 | 95 |
| Saguache, Town of | 2012 | 570 |
| Ellicott Plaza | 2012 | 33 |
| Valley View Hot Springs | 2012 | 87 |
| Aspen Mesa HOA | 2012 | 225 |
| Gateway Metropolitan District | 2012 | 160 |
| Red Table Acres HOA | 2012 | 90 |
| Sopris Village HOA | 2012 | 425 |
| Blanca, Town of | 2012 | 391 |
| Garcia Domestic Water User's Association | 2012 | 100 |
| Canyon Creek Estates HOA | 2012 | 140 |
| Westbank Mesa HOA | 2013 | 110 |
| Westbank Ranch HOA | 2013 | 310 |
| WJ Metro District | 2013 | 252 |
| Woody Creek HOA | 2013 | 450 |
| East Cherry Creek Valley WSD | 2013 | 50,500 |
| Colorado Mountain College | 2013 | 1,015 |
| Elbert Water and Sanitation District | 2013 | 120 |
| Kings Row HOA | 2013 | 52 |
| Mitchell Cooper Ditch and Pipe | 2013 | 1,200 |
| Parachute, Town of | 2013 | 1,320 |
| Pitkin Mesa Pipeline Company | 2013 | 295 |
| Stratmoor Hills | 2013 | 6,500 |
| Julesburg , Town of | 2013 | 1,472 |
| Ovid, Town of | 2013 | 330 |

BLM_0065360

Red = Substantial Implementation   Blue = 2015-16 Proposed Plans

## Ground Water System Plans

| Organization | Reporting Year | Population Served |
|---|---|---|
| Sedgwick, Town of | 2013 | 190 |
| Crowley County WA | 2013 | 530 |
| Crowley County WS | 2013 | 2,260 |
| Talbott Enterprises Inc. | 2013 | 1,100 |
| Ordway, Town of | 2013 | 1,300 |
| Olney Springs, Town of | 2013 | 225 |
| Crawford, Town of | 2013 | 415 |
| Springfield, Town of | 2013 | 105 |
| Campo, Town of | 2013 | 160 |
| Durango-La Plata County Airport | 2013 | 100 |
| El Ranch Florida | 2013 | 400 |
| Forrest Groves Estates | 2013 | 89 |
| Fort Garland | 2013 | 432 |
| Edgemont Ranch | 2013 | 700 |
| Colorado Trails Ranch | 2013 | 100 |
| Ridgeway, Town of | 2013 | 100 |
| Canyon Creek Estates HOA | 2014 | 140 |
| Oak Meadow Service Company | 2014 | 101 |
| Cattle Creek Water Association | 2014 | 47 |
| Falls Creek Ranch Water 1 and 2 | 2014 | 200 |
| Erie, Town of | 2014 | 18,135 |
| Eads, Town of | 2014 | 747 |
| Colvig Silver Camp | 2014 | 250 |
| Town of Aquilar | 2014 | 825 |
| Pine Brook Water District | 2015 | 1,100 |
| Cheyenne Wells, Town of | 2015 | 846 |
| Deerwood Service Company | 2015 | 62 |
| Elizabeth, Town of | 2015 | 1,435 |
| Forest View Acres WD | 2015 | 350 |
| Kit Carson, Town of | 2015 | 326 |
| Arapahoe, WC | 2015 | 98 |
| Oak Meadows Water Association | 2015 | 101 |
| Triview MD | 2015 | 3,107 |
| Strasburg WSD | 2015 | 2,050 |
| Hamilton Creek MD | 2014 | 162 |
| Roaring Fork Water and Sanitation District | 2016 | 1,000 |
| Cripple Creek, City of | 2016 | 11,680 |
| East Dillon Water District | 2016 | 1,500 |
| Poncha Springs, Town of | 2016 | 799 |
| Goodman POA | 2016 | 101 |
| Animas Water Company | 2016 | 1,100 |

BLM_0065361

Red = Substantial Implementation     Blue = 2015-16 Proposed Plans

## Ground Water System Plans

| Organization | Reporting Year | Population Served |
|---|---|---|
| Blue Sky Ranch | 2016 | 100 |
| Purgatory Metro District | 2016 | 1,200 |
| Buffalo Mountain Metro District | 2016 | 2,500 |
| Hermosa MHV | 2016 | 100 |
| Wiggins, Town of | 2016 | 1,000 |
| Lake Creek, MD | 2016 | 350 |
| Peetz, Town of | 2016 | 296 |
| Spring Park Meadows, HOA | 2016 | 38 |
| Silver Heights, WSD | 2016 | 301 |
| Monte Vista, City of | 2016 | 4,600 |
| Fowler, Town of | 2016 | 1,200 |
| Flagler, Town of | 2016 | 612 |
| Deer Trail, Town of | 2016 | 600 |
| Monument, Town of | 2016 | 1,900 |
| Yampa, Town of | 2016 | 429 |
| Crook, Town of | 2016 | 115 |
| Creede, City of | 2016 | 290 |
| Tabernash Meadows, WSD | 2016 | 450 |
| Shannon WSD | 2016 | 450 |
| Sage, WUA | 2016 | 280 |
| Marble, WC | 2016 | 93 |
| **Total** | **144** | **223,358** |

| | | |
|---|---|---|
| **Surface and Groundwater Protection Plan Total** | **226** | |
| **Surface and Groundwater Protection Population Total** | **2,354,551** | |

| | | |
|---|---|---|
| Number of Proposed Plans (2015-2016) | 41 | |
| Number of Substantially Implemented Plans | 153 | |
| Population of Substantially Implemented Plans | 2,067,586 | |

*Please contact the Source Water Protection Work Group Leader at 303.692.3534 or visit www.colorado.gov/cdphe/wqcd for more information*

BLM_0065362

BLM_0065363

# Appendix F:  Summary of Outreach, Education, and Public Engagement Activities Completed during Development of Colorado's Water Plan

Outreach, education, and public engagement efforts during development of Colorado's Water Plan were unprecedented and built on a decade of stakeholder involvement. Between September 2013 and September 2015, the CWCB received and responded to over 30,000 comments before it released the final plan in December 2015. Because Colorado's Water Plan rests upon stakeholder engagement, it is critical to highlight education and outreach efforts. This was a grassroots effort, and this appendix outlines the high level of local and volunteer efforts used to involve the public in the process.

BLM_0065364

## Statewide Outreach, Education, and Public Engagement Activities

Public engagement, coupled with consistent and clear communication, was crucial throughout the development of Colorado's Water Plan—and these activities built upon the strong foundation of outreach efforts the CWCB and basin roundtables (through the Public Education, Participation, and Outreach (PEPO) Workgroup) conducted over the past 10 years. Both statewide and within each basin, the CWCB, basin roundtables, and stakeholder groups distributed information to the water community, interested stakeholder constituencies, and the general public. In September 2013, the CWCB developed an outreach and communication plan around four clearly defined goals to provide a cohesive strategy and structure for all communication and outreach activities associated with the development of Colorado's Water Plan. Table F-1 provides a review of the methods the CWCB used to achieve those goals. Following the table is an analysis of the over 30,000 comments these activities generated.

The outreach and communications plan goals were:

1. To engage the public and create general public awareness and dialogue about Colorado's Water Plan and its role in ensuring a secure water future for Colorado.

2. To build support within the water community for Colorado's Water Plan and increase the level of understanding of the plan and its components.

3. To proactively identify and address issues that may create barriers to success for Colorado's Water Plan, and mitigate and manage negativity.

4. To share the responsibility of implementing and executing communication about Colorado's Water Plan across CWCB leadership and key stakeholders to foster a collective voice.

| TABLE F-1 | OUTREACH METHODS |
|---|---|
| Basin Roundtable Engagement | The CWCB and basin roundtables (through PEPO and BIP consultants) developed communication materials and messaging about Colorado's Water Plan and BIPs. |
| Grassroots Stakeholder Group Outreach | The CWCB established and used a database of key community, civic, and water organizations (e.g. Chambers of Commerce, Colorado Municipal League, Water Congress, and regional advocacy groups, among others) with established communication networks (e.g. websites, newsletters, and email updates) to distribute Colorado's Water Plan materials. The CWCB engaged these groups in the development of the plan and distributed information to their constituents. These groups also provided important speaking opportunities at various meetings and gatherings. |
| Public Input and Response | The CWCB solicited public input for all communication materials related to Colorado's Water Plan. The agency built a public comment form into the Colorado's Water Plan website, and established a new email account (cowaterplan@state.co.us) to receive public input. It also created guides for submitting public input. All public comments and staff responses are available for review online. At each CWCB board meeting from September 2013 to September 2015, the CWCB provided an opportunity for public input to encourage comment regarding Colorado's Water Plan. The CWCB also encouraged members of the public to engage directly with their basin roundtables. |
| Media Relations | The CWCB worked with the press to clearly articulate Colorado's Water Plan development process and to establish a foundation of knowledge and awareness among members of the media. |
| DNR/CWCB/IBCC Leadership Presentation Circuit | Meetings with DNR, CWCB, and IBCC leadership helped enhance understanding of and build support for Colorado's Water Plan in the water community. The CWCB met and worked with over 100 key organizations and individuals listed in Appendix G. In coordination with the IBCC and the basin roundtables, the CWCB identified representatives from geographically diverse areas who spoke about Colorado's Water Plan in various forums across the state. This included engaging key partners, such as agricultural and municipal water providers. The CWCB arranged speaking engagements, and developed materials and training sessions for spokespeople. As appropriate, staff conducted targeted pre-event outreach and follow-up activities to increase stakeholder attendance at important events, and created opportunities for additional interaction and dialogue. |
| Materials and Branding | The CWCB developed an overarching brand—including a logo, templates, and consistent look-and-feel—that reflected Colorado's Water Plan purpose and values. The CWCB also developed a suite of printed materials, which are available for download on the Colorado's Water Plan website, and which the CWCB distributed to communities at speaking engagements and conferences. |

BLM_0065365

| TABLE F-1 | OUTREACH METHODS (CONTINUED) |
|---|---|
| Digital Engagement – Web and Social Media | The CWCB developed a robust online presence for Colorado's Water Plan that served as a hub where stakeholders and the public could obtain information, subscribe to updates, provide input, and get involved with the process. The strategy included the development of Colorado's Water Plan website, social media channels, and targeted email campaigns tied to key milestones, such as the release of the BIPs. The website included a master calendar of events to promote existing opportunities to reach key stakeholders. The CWCB also created Facebook and Twitter accounts and integrated them into the Colorado's Water Plan website. The CWCB launched and promoted the accounts through a variety of channels, including the website and email campaigns. These social media tools continue to provide an informal and interactive venue for dialogue and the exchange of ideas. The CWCB staff monitor and administer these accounts and regularly post relevant information, answer questions, and participate in the conversation. |

## Input Generated on Colorado's Water Plan Between September 2013 and September 2015

Between September 2013 when the CWCB began work on the first draft of Colorado's Water Plan, and September 2015, it received, reviewed and responded to over 30,000 comments for consideration in the final plan. Those comments included over 7,000 unique submissions and over 22,000 form letters. Comments came in from every basin in Colorado and were submitted by individuals, organizations, students, state, and federal agencies across all interest groups. The CWCB reviewed nearly 500 documents, in addition to all of the emails and webforms. CWCB staff members engaged with over 150 organizations, agencies, and other partners statewide regarding their involvement in the development of Colorado's Water Plan. Appendix G includes a list of those organizations.

Pursuant to SB14-115, the Water Resources Review Committee (WRRC) held public hearings in every basin to gather comments on Colorado's Water Plan during summer 2014 and summer 2015.[1] Input submitted to the CWCB on November 1, 2014 included over 200 public comments. Input submitted to the CWCB on September 15, 2015 included nearly 70 comments.

### How Public Comments Were Incorporated During Development of Colorado's Water Plan

Comments received from the public and interested stakeholders shaped every single chapter and section of Colorado's Water Plan throughout the development process. Members of CWCB's staff read input the public submitted by email to cowaterplan@state.co.us or through the web form on Colorado's Water Plan website. CWCB staff members then identified which section of Colorado's Water Plan each comment addressed, incorporated where appropriate, and drafted a tailored response. CWCB catalogued all input and presented it at the subsequent CWCB board meeting, as well as posted it to www.coloradowaterplan.com under the "Get Involved" tab on the "Record of Input Received to Date" page. CWCB staff members considered public input as they prepared each draft of Colorado's Water Plan and the final plan. The final public comment period ended September 17, 2015.

### Colorado's Water Plan Website

The CWCB launched Colorado's Water Plan website on November 1, 2013 to provide outreach and educational resources about Colorado's Water Plan. The CWCB promoted the website through social media, CWCB staff presentations, and publications related to Colorado's Water Plan. The number of people visiting the website each month rose steadily, and through October 2015, the site had received over 16,000 unique visitors.

BLM_0065366

| TABLE F-2 | CODES FOR COLORADO'S WATER PLAN INPUT TOPICS |
|---|---|
| Pro Nonconsumptive Needs | |
| Municipal Conservation and Efficiency | |
| Increase in Conservation Target | |
| Anti-Transmountain Diversion | |
| Agricultural Conservation and Efficiency | |
| Agricultural Transfer Methods | |
| Climate change concern | |
| Watershed health | |
| Reuse | |
| Anti-dam | |
| Land use management | |
| Funding | |
| Legislation | |
| Streamflow Management (plans) | |
| Preserving water for future generations | |
| Preserving Agriculture | |
| Pro-storage / Regarding storage | |
| Need better water quality | |
| Pro- Instream Flow program | |
| General | |
| Education and Outreach | |
| Lawns | |
| Compact compliance issues | |
| Permitting efficiency | |
| Water / Energy Nexus | |
| Anti- Land Development/ Municipal growth/sprawl | |
| Groundwater | |
| Anti- Fracking | |
| Anti Population Growth | |
| Pro- Tiered Rate | |
| Local Control | |
| Anti-extractive industries | |
| South Platte / Metro BIP | |
| Pro- Rainwater harvesting | |
| Pro- Transmountain Diversion | |
| Tribai interest | |
| Pro- Fracking | |

The website will continue to be the primary access point for accessing the final draft of Colorado's Water Plan. Other documents and information will continue to be available on the site, including the BIPs, all input the CWCB directly received about Colorado's Water Plan through 2015, and the formal responses the CWCB provides to commenters.

## Input Received – Data and Analysis

The CWCB analyzed and coded the over 30,000 comments received between September 2013 and September 2015. Comments received were coded according to over 40 different topics, which are all listed in Table F-2. The comments were also coded based on the water values driving Colorado's Water Plan including vibrant and sustainable cities, viable and productive agriculture, a robust skiing, recreation and tourism industry, and a thriving environment that includes healthy watersheds, rivers, streams, and wildlife.

Comment coding data for the more than 30,000 comments revealed each of the values driving the plan had strong representation in the comments. The data also shows that a great majority of commenters believe the environment is an important part of Colorado's Water Plan and that a lot of Coloradans care about that aspect of the plan. However, the coding data alone does not necessarily tell the whole story. For example, just because the CWCB did not receive the same number of comments from the agricultural community as it did from the environmental community does not necessarily mean that agricultural interests are not an equally important value that should be reflected in the plan. When drawing conclusions around public perceptions and attitudes about water topics it's important to include analysis from a range of reports, such as scientifically valid surveys.

For example, in 2013, when the CWCB worked with BBC Consultants to complete a statewide survey of water awareness, the survey showed conflicting results in terms of what values are most important to people in Colorado. The data from that survey showed that the amount of water available for Colorado's farms and ranches was the second most important water-related issue to the public. The first was the quality of water in their homes. That survey also revealed that when asked what should be done to address Colorado's most important water concerns, the public answered "develop more new projects and

BLM_0065367

build new dams" nearly as often as they answered "prioritize environmental needs." In general, these types of surveys will be more accurate indicators of public attitudes, while comments indicate the public engagement approach that different interests take, and the level of interest from environmentally oriented Coloradans to participate through comment letters. Colorado's Water Plan includes recommendations and actions that will allow for additional analysis of existing surveys, and possibly updates to add to existing data in the future. These actions will help guide the strategy for water education moving forward.

For comparison purposes, one of the reasons the comments sent to the CWCB on Colorado's Water Plan show a lot of interest in environmental issues is that there were a large number of environmental advocacy groups stimulating individual comments on those topics. The agricultural groups submitting comments used different methods that resulted in their comments representing a smaller percentage of the comments received. For example – the Colorado Agriculture Water Alliance's two comment letters, which were very substantive in nature, represented the voice of their constituencies all over the state, who met with each other several times to craft their letters.

The most important take away from coding the comments received by the CWCB on Colorado's Water Plan is to understand that Colorado's Water Plan incorporated these comments after careful consideration of each one by the CWCB.

## Basin Outreach, Education, and Public Engagement Activities

This section provides an explanation and summary of the basin roundtable and PEPO outreach efforts throughout the development phases of the BIPs and Colorado's Water Plan.

Each basin's PEPO education liaison and roundtable leadership supported the collection of information and input. The scope of these efforts far exceeds any other period of voluntary, roundtable-driven outreach activities—resulting in a significant increase in public engagement and, ultimately, an inclusive, comprehensive, deliberative, and community-supported water supply planning process.

During the BIP process, the roundtables captured data that have provided quantification on:

- ❖ The number of technical outreach meetings each roundtable, the BIP consultants, and stakeholder groups held to identify specific water needs and projects.
- ❖ The number of dedicated public meetings these groups organized to obtain responses to the BIP goals, needs assessments, and proposed projects.
- ❖ The number and type of attendees at each stakeholder and public meeting.
- ❖ The type of input communities provided to the roundtables.
- ❖ The way in which the BIPs factored in the input.
- ❖ Other roundtable outreach activities.
- ❖ A summary of future planned outreach activities.

Between February 2014 and April 2015, the basin roundtables collectively hosted over 150 dedicated public meetings in addition to regular basin roundtable meetings. All in all, nearly 4000 participants engaged in those meetings (among roundtables that collected data on attendance). Each BIP summarizes those meetings. In addition to hosting public meetings, the roundtables employed innovative approaches to education and outreach. They published hundreds of local newspaper articles, participated in radio shows, developed and maintained websites to share BIP information, produced printed materials to distribute at local events, gave presentations at various community events, surveyed basin residents about BIP issues, solicited public input, incorporated comments into BIPs, and engaged diverse stakeholder groups and individuals basin-wide. The final BIP documents incorporate a total of 954 public comments from the three reporting basins that tracked that data. Most basins did not have the capacity to report on this level of detail.[2]

### Sustaining Long-Term Strategies

In addition to receiving assistance from the BIP consultant teams while drafting its respective BIP, each basin roundtable used its PEPO education action plan to guide outreach strategies, and used the $2000 available annually (which increased to $6500 annually beginning fiscal year 2016) through the PEPO Workgroup. Many roundtables used current

BLM_0065368

funds and staff to implement outreach activities, while others sub-contracted this work out to the BIP consultants or relied on external partnerships. Some basins used WSRA grants to fund more comprehensive education and outreach programs. Regardless, all of the roundtables collaborated with their outreach teams more than ever before; it will be imperative to consider ways to sustain this momentum into the future.

The BIPs contain information about the extent and detail of each basin's education and outreach efforts. A comparison of the commonalities among the basins' long-term strategies shows that all basins articulated the need for building an active roundtable membership, coordinating partnerships, defining critical audiences, and building relationships with key constituencies. The following section features unique activities the basins incorporated into the BIPs and outreach strategies they identified as critical in moving forward.

### Arkansas River Basin

*Featured Activity*

In partnership with Colorado Springs Utilities and with funding from an WSRA grant, the Watershed Health Working Group conducted outreach efforts to bring together basin roundtable members, representatives from federal and state natural resource agencies, NGO stakeholders, and local government officials. The group developed strategies to improve communication and collaboration between entities that respond to watershed health-related threats and events, and developed value maps and an action plan for the basin. An outcome of this internal capacity-building process was the creation of the Arkansas River Watershed Collaborative.

*Featured Strategy*

The basin plans to undertake a structured public relations effort to maintain and improve partnerships and relationships among community leaders, media outlets, and active citizen groups while enhancing efforts to educate stakeholder groups about the purpose and progress of the water planning process in the Arkansas Basin. Education efforts may include the development of a whitepaper for public policy makers. These efforts will require significant resources to define critical audiences, craft calls to actions, and measure the effectiveness of communication channels.



**FIGURE F-1**   **BIP PUBLIC MEETING DATA**

BLM_0065369

## Colorado River Basin

Featured Activity

With an WSRA grant and in collaboration with Colorado Mesa University's Water Center, the Colorado Basin Roundtable solicited input from the public through online surveys, which it advertised in a series of newspaper articles; open discussions at 57 meetings for 1250 attendees; and comment letters and emails. Working with Roaring Fork Conservancy, Eagle River Watershed, Trout Unlimited, and Club 20, the roundtable conducted surveys that generated over 500 responses from adult audiences and student groups, who shared significant concern about future water supplies and the health of the environment in the Colorado Basin. The roundtable developed its six major "themes of the basin" as a result of this data collection.

*Featured Strategy*

The basin roundtable plans to use the partnerships and communication channels it developed through the BIP outreach process to continue educating the public about basin roundtable activities and regional and statewide water needs, and to encourage the public to provide input about how these needs should be met. The roundtable will share the results of these activities with the CWCB as its planning efforts continue. Longer-term strategies will engage the public regarding basin-wide and statewide water challenges and opportunities, with goals to maintain a steady presence in both traditional and social media, and to ensure that members and partner organizations have the tools they need to inform their constituencies and collect public input on basin roundtable issues.

## Gunnison River Basin

*Featured Activity*

The development of the BIP prompted an organized outreach effort among representatives from each of the six sub-basins of the Gunnison Basin, including educational entities and watershed groups. Basin members organized information-and-input events, and used *The Gunnison River Basin, A Handbook for Residents*[3] for town hall meetings with the general public in order to obtain responses to the goals, needs assessments, and proposed projects. Overall input demonstrated strong support for the BIP Basin Goals and Statewide Principles.

*Featured Strategy*

A long-term strategy focuses on engaging non-roundtable stakeholders to contribute input and feedback about key BIP elements in order to help the basin roundtable reach out to potential new project proponents and partnerships. To help address the basin's water needs, the roundtable encourages the implementation of several concepts and activities by 2025, such as educating the next generation and political leaders, and conducting research on climate change adaptation and the BIP's 10 "tier one" projects. Due to limited resources, the successful continuation of education and outreach activities will require careful coordination with existing organizations, programs, and resources.

## Metro/South Platte River Basin

*Featured Activity*

During the development of the draft and final BIP, the roundtable hosted a total of 32 public meetings, which it publicized through local media, in unique locations across the basin. At least 820 participants attended. They represented a wide variety of interests including agriculture, municipal, industrial, business, recreation, and environmental interests. With assistance from their BIP consultant team, the roundtable used surveys to collect public and stakeholder comments during the meetings, and shared the comments with the basin roundtables for analysis and incorporation into the joint BIP.

*Featured Strategy*

A facilitated Metro/South Platte basin education committee workshop will identify the staffing and coordination the roundtable will need to identify common priorities and develop implementation strategies. An initial strategy will be the development of a joint communication plan targeted at stakeholders, including water users, political leaders, and major business and industry leaders throughout the state. This plan will maximize existing opportunities and avoid duplication of efforts in order to generate a lasting baseline of public awareness and support for the need for innovative water rate structures, energetic conservation measures, and more integrated land use and water supply planning.

BLM_0065370

## North Platte River Basin

*Featured Activity*

During the BIP process, basin roundtable members participated in a public outreach meeting and targeted technical workshop meetings with both consumptive and environmental and recreational stakeholders. The public outreach meeting was announced in the local newspaper, and 22 members of the public attended to learn about the history of the roundtable and current planning efforts.

*Featured Strategy*

Public education and outreach programs can effectively address adverse perceptions and increase project acceptance. By working closely with organizations that specialize in the facilitation of public education and outreach programs, the basin will increase public understanding and participation in important water issues, and capitalize on the basin's education liaison's previous educational efforts.

## Rio Grande River Basin

*Featured Activity*

The BIP process strengthened the roundtable's existing comprehensive outreach program by using numerous media platforms, such as weekly newspaper articles, monthly radio programs, a dedicated website, and a "water 101" booklet developed specifically for the basin. This program has resulted in increased public attendance at regular roundtable meetings, as well as increased momentum for creation of a forum to discuss multiple-use project implementation.

*Featured Strategy*

Through a continued partnership with the Rio Grande Watershed Conservation and Education Initiative, the basin will establish a long-term education and outreach strategy for water use and needs. This strategy builds the basin's public communication around three key ideals—outreach, education, and participation—across all demographics, including water users, public officials, communities, and water leaders. The roundtable can achieve this strategy through the development of relationships with active and diverse basin roundtable members, educational opportunities, and strategic planning forums.

## Southwest River Basin

*Featured Activity*

Unique to this basin is the "social hour" before each roundtable meeting, during which nearly as many members of the public attend to learn and network as roundtable members themselves. An additional set of meetings has provided local decision makers with information about the CWP and BIP, as well as discussion topics to spur participation and input—resulting in a greater understanding of public concerns and interests as they relate to water development and uses within the basin. Similarly, the basin asked attendees to widely share the CWCB's fact sheets and the winter 2015 issue of Headwaters magazine with their constituents.

*Featured Strategy*

Working with the Water Information Program, the roundtable plans to continue to inform local decision makers and the public about consumptive and nonconsumptive needs and planned projects, ways to promote partnerships, representation on the roundtable, and ways to disseminate information on natural variability of river flows and the hydrologic cycle. One short-term strategy to achieve BIP goals related to conservation, land-use planning, and water reuse is to implement a pilot conservation and land-use planning session.

## Yampa/White/Green River Basin

*Featured Activity*

Through a WSRA grant, the Community Agriculture Alliance implemented and facilitated education and outreach activities for the basin. This included forming a partnership with three local National Resources Conservation Service (NRCS) conservation districts to host and widely advertise a water forum and Q&A session at their annual meetings, thereby expanding the basin roundtable's constituency. The education committee administered input surveys to the 255 attendees as well as to other stakeholders throughout the BIP process, resulting in three new IPPs for consumptive use projects and 17 additional IPPs for environmental and recreational projects.

BLM_0065371

*Featured Strategy*

The basin roundtable recognizes the importance of
including stakeholders in the process of developing
and implementing IPPs, and will therefore serve as
a source for information exchange. It will encourage
participation in the public process to provide
transparent and open dialogue among all involved
parties. Additionally, some IPPs can influence
streamflows both upstream and downstream of a
project location; as such, the basin roundtable can
generate public awareness of projects and help build
consensus regarding water management challenges and
opportunities.

---

[1] C.R.S. § 37-60-106.
[2] Kate McIntire, memorandum to the Colorado Water Conservation Board, "Agenda Item 9a, Statewide Outreach Status Update – May 2014," (2014), http://cwcbweblink.state.co.us/weblink/0/doc/195420/Electronic.aspx?searchid=27f8d999-7734-4ef1-a0a6-f1cb603e6d3d.
[3] Gunnison Basin Roundtable, The Gunnison River Basin: A Handbook for Inhabitants (Grand Junction, CO: Water Center at Colorado Mesa University, 2013), http://www.coloradomesa.edu/watercenter/documents/Gunnison_Basin_Special_2013.pdf.

BLM_0065372

BLM_0065373

# Appendix G: Organizations CWCB Met with while Developing Colorado's Water Plan



BLM_0065374

1. Accelerate Colorado
2. Action 22
3. American Council of Engineering Companies of Colorado
4. American Ground Water Trust
5. American Water Resources Association
6. American Water Summit
7. American Water Works Association
8. American Whitewater
9. Arkansas River Compact Administration
10. Arkansas Valley Ditch Association
11. Arkansas Valley Farm/Ranch/Water Symposium and Trade Show
12. Association of Home Builders
13. Audubon Rockies
14. Balcomb & Green, PC
15. Berg Hill Greenleaf & Ruscitti, LLP
16. Biennial of the Americas
17. Boulder County Agriculture Forum 2015
18. Brownstein Hyatt Farber Schreck, LLP
19. Carlson, Hammond & Paddock
20. Cavanaugh & Associates, P.A.
21. Center for a Sustainable WE2ST
22. Center for ReSource Conservation
23. CH2M
24. City of Aurora Youth Water Festival
25. City of Boulder Youth Water Festival
26. City of Greeley
27. City of Greeley Youth Water Festival
28. Clinton Global Initiative
29. Club 20
30. CoBank
31. Collins Cockrel & Cole
32. Colorado Agriculture Water Alliance
33. Colorado Association of Realtors
34. Colorado Bar Association
35. Colorado Business Roundtable
36. Colorado Cattlemen's Association
37. Colorado Cleantech Industry Association
38. Colorado Competitive Council
39. Colorado Counties, Inc.
40. Colorado Department of Agriculture
41. Colorado Department of Local Affairs
42. Colorado Department of Natural Resources
43. Colorado Department of Public Health and Environment
44. Colorado Department of Regulatory Agencies
45. Colorado Department of Transportation
46. Colorado Division of Water Resources
47. Colorado Energy Office
48. Colorado Forum
49. Colorado Foundation for Water Education
50. Colorado General Assembly, Joint Agriculture Committee
51. Colorado General Assembly, Water Resource Review Committee
52. Colorado Groundwater Association
53. Colorado Groundwater Commission
54. Colorado Mesa University
55. Colorado Municipal League
56. Colorado Natural Resource Group
57. Colorado Oil & Gas Association
58. Colorado Office of Economic Development and International Trade
59. Colorado Parks and Wildlife Commission
60. Colorado Petroleum Council
61. Colorado Public Radio
62. Colorado River District
63. Colorado River Outfitters Association
64. Colorado River Water Conservation District
65. Colorado Rural Electric Association
66. Colorado School of Mines, Division of Economics & Business
67. Colorado Springs Utilities Leadership Team
68. Colorado Springs Utilities Water System Tour

BLM_0065375

69. Colorado State Fair
70. Colorado State University – Fort Collins
71. Colorado State University - Colorado Water Institute
72. Colorado State University - Osher Lifelong Learning Institute
73. Colorado Water Congress
74. Colorado Water Institute
75. Colorado Water Quality Forum
76. Colorado Water Resources and Power Development Authority
77. Colorado Water Trust
78. Colorado Water Utility Council
79. Colorado Watershed Assembly
80. Conservation Colorado
81. Consolidated Mutual Water Company
82. Continuing Legal Education
83. Davis Graham & Stubbs, LLC
84. Deloitte
85. Denver Inter-Neighborhood Cooperation
86. Denver Metro Chamber Leadership Foundation
87. Denver Metro Chamber of Commerce
88. Denver Metro Chamber Public Affairs Council
89. Denver Metro Youth Water Festival
90. Denver Museum of Nature and Science
91. Denver Post
92. Denver South Economic Development
93. Denver Water Citizens Advisory Committee
94. Ditch and Reservoir Company Alliance
95. Eagle River Water & Sanitation District
96. Earth Resources Institute
97. Environmental Defense Fund
98. Environmental Entrepreneurs
99. Faegre Baker Daniels
100. Family Farm Alliance
101. Farm Bureau
102. Fort Morgan Reservoir and Irrigation Company Board of Directors

103. Four States Irrigation Council
104. Front Range Water Council
105. Future Farmers of America
106. Garden Club of Denver
107. Garfield County Board of County Commissioners
108. Gates Family Foundation
109. Getches-Wilkinson Center for Natural Resources, Energy, and the Environment
110. Google
111. The Greenway Foundation
112. Hill & Robbins P.C.
113. Hydro Advisors, LLC
114. Lewis Roca Rothgerber LLP
115. Lower Arkansas Conservancy District
116. Metro Denver Economic Development Corporation
117. Metro Mayors Caucus
118. Metropolitan State University of Denver, One World One Water Center
119. Molson Coors
120. National Audubon Society
121. National Public Radio
122. National Renewable Energy Laboratory
123. National Young Farmers Coalition
124. Northern Colorado Economic Alliance
125. Northern Colorado Water Conservancy District
126. Northwest Colorado Council of Governments Water Quality/ Water Quantity Committee
127. Nuestro Rio
128. Open Water Foundation
129. Petrock & Fendel, P.C.
130. Pikes Peak Water Authority
131. Porzak Browning & Bushong, LLP
132. Protect the Flows
133. Pueblo Chamber of Commerce
134. Red Rocks Community College
135. Renew Strategies LLC

BLM_0065376

136. Rio Blanco Water Conservancy District

137. Rocky Mountain Farmers Union

138. Rocky Mountain Water Environment Association

139. Rotary Club - Westminster

140. Sierra Club Rocky Mountain Chapter

141. South Metro Denver Chamber

142. South Metro Water Supply Authority

143. Southeastern Colorado Water Conservancy District

144. Southern Colorado Business Partnership

145. Southwest Colorado Water Conservation District

146. Southern Ute Indian Tribe

147. Special Districts Association

148. Stanford University

149. Statewide Basin Roundtable Summit

150. Sustaining Colorado's Watersheds Conference

151. The Aspen Institute

152. The Keystone Center

153. The Nature Conservancy

154. The Rocky Mountain Climate Organization

155. Trout Unlimited

156. U.S. Army Corps of Engineers

157. U.S. Department of Agriculture, Forest Service

158. U.S. Department of the Interior, Bureau of Land Management

159. U.S. Department of the Interior, Bureau of Reclamation

160. U.S. Environmental Protection Agency

161. U.S. Geological Survey

162. University of Colorado - Boulder

163. University of Colorado - Boulder, Center of the American West

164. University of Colorado - Denver, Business School

165. University of Colorado - Denver, College of Architecture and Planning

166. University of Colorado - Denver, School of Public Affairs

167. University of Denver, Josef Korbel School of International Studies

168. University of Denver, Sturm College of Law

169. University of Wyoming, College of Law

170. Upper Eagle Regional Water Authority

171. Ute Mountain Ute Tribe

172. Ute Water Conservancy District Kid's Water Festival

173. Water Availability Task Force

174. Western Governor's Association

175. Western Resource Advocates

176. Western Slope Caucus

177. Western State Colorado University – Colorado Water Workshop

178. Western States' Water Council

179. White & Jankowski, LLP

180. Xcel Energy

BLM_0065377

BLM_0065378

# Appendix H: Summary of Actions in Colorado's Water Plan



BLM_0065379

## 6.1 Scenario Planning & Developing an Adaptive Water Strategy

### ACTIONS

The following actions will continue to support scenario planning and Colorado's adaptive strategies:

1. **Support the implementation of the no-and-low-regrets strategy:** The CWCB, in partnership with other state agencies, will commit state financial, technical, and regulatory resources to the near-term implementation of prioritized water management projects as specified in the no-and-low-regrets actions. As part of this work, and in partnership with the basin roundtables, the CWCB will evaluate progress toward achieving the no-and-low-regrets actions.

2. **Monitor drivers:** To determine which scenario Colorado will most likely face, the CWCB will work with partners, such as the Climate Change Technical Advisory Group, to monitor the critical drivers of water supply, demand, and the level of "green" versus "full-resource use" values through future SWSI updates and other technical work. As part of this work the CWCB will work with stakeholder groups to update the scenarios and adaptive strategies.

3. **Promote use of scenario planning and adaptive strategies:** The CWCB and the basin roundtables will continue to use and promote scenario planning and the use of adaptive strategies to respond to, mitigate, and prepare for climate change. In partnership with project proponents, the CWCB will also encourage and facilitate the adoption of adaptive strategies for municipal, industrial, agricultural, environmental, and recreational needs as Colorado moves into the future.

4. **Support Colorado's Decision Support Systems (CDSS):** The CWCB and the DWR will continue to develop and support the CDSS to encourage data-driven planning and decision making.

5. **Support innovative and collaborative science:** The CWCB will continue to work with local, state, and federal partners to build coalitions to purchase, deploy, maintain, and operate new equipment and new science necessary for 21st-century water management. Concepts and technologies such as watershed-based gap-filling radars for continuous weather coverage, radiometers for improved profiles of the atmosphere and modeling support, and improved high-resolution atmospheric and hydrological modeling specific to Colorado, lead to accurate quantification of the snowpack and runoff, regardless of the scenario.

## 6.2 Meeting Colorado's Water Gaps

### ACTIONS

The projects and methods in the BIPs met many of the identified gaps; however, gaps remain, even with the significant efforts described. Several next steps will help the basin roundtables meet their needs. In its BIP, the Gunnison Roundtable summarized many of these next steps and potential actions; Table H-1 illustrates this work.

A primary purpose of Colorado's Water Plan is to address Colorado's water gaps. To accomplish this, several of the next steps and potential actions include the following, as summarized in Table H-1:

- ❖ Partnerships and cooperative strategies are vital to overcoming conflict and building local consensus so that a project can move forward. Section 9.4 further discusses this approach in the context of more effective and efficient permitting.

- ❖ Public education and outreach can also help inform people about Colorado's water needs and solutions. Section 9.5 explores avenues to better support water education throughout Colorado.

- ❖ Many sections of Colorado's Water Plan mention incentive-based programs. For instance, Section 6.3 explores opportunities to encourage conservation, reuse, and water-wise land-use practices. Section 6.4 explores opportunities to encourage ATMs.

- ❖ Funding is also a common theme throughout many of the BIPs. Section 9.2 further explores funding options.

- ❖ Many of the BIPs express concerns around permitting and other regulatory topics. Section 9.4 explores ways to make these processes more effective and efficient.

Colorado's Water Plan's success will ultimately be measured by whether the municipal water supply and demand gap is closed. With increased efforts on conservation, storage, land use, alternative transfer methods, and reuse, Colorado can close its gap, balance

BLM_0065380

| TABLE H-1 | STRATEGIES FOR IMPLEMENTATION OF THE BASIN IMPLEMENTATION PLANS | |
|---|---|---|
| **CATEGORY** | **CONSTRAINT** | **NEXT STEPS AND POTENTIAL ACTIONS** |
| Project Evaluation | Constraint | • Partnerships<br>• Cooperative Strategies |
| | Perception | • Public Education and Outreach<br>• Incentive-Based Programs |
| | Regulations | • Cooperative Strategies<br>• Effective and Efficient Permitting |
| Project Feasibility | Cost | • Creative Funding Mechanisms<br>• Partnerships and Cooperative Strategies |
| | Water Availability | • Water Availability Analyses<br>• Water Administrative Strategies |
| | Constructability | • Feasibility Analyses<br>• Engineering Design |

Colorado's water values, and also address the water resource impacts of a changing climate. Colorado's Water Plan sets a measurable objective to identify proponents for new projects, processes, and initiatives by 2030 that would reduce the projected 2050 municipal and industrial gap from as much as 560,000 acre-feet to 0 acre-feet.

In SWSI 2010, the gap was calculated based on future water needs and the identification of projects and methods that water providers indicated they were planning to implement in order to serve future customers. The basin roundtables partially reduce this gap by identifying additional projects and methods within the BIPs, as Section 6.5 describes. However many of these additional projects and methods either do not have project proponents identified, or are insufficiently developed. Further development of these projects and methods, reductions in water use from conservation and changes in land-use practices, and refinement of additional options such as ATMs and regional reuse will address the remaining gap.

Colorado must identify and address its water gaps. The CWCB will take the following steps to accomplish this starting in 2016:

1. The CWCB will support the evaluation, feasibility, and completion of the BIPs through WSRA grants.

2. The CWCB will support increased consistency and technical support in the BIPs in the following ways:

   ❖ Provide technical support for several of the BIPs through continued decision-support development and maintenance in order to explore municipal, agricultural, industrial, and environmental shortage analyses similar to those in the Yampa/White/Green BIP.

   ❖ Provide technical support for several of the BIPs to explore the use of project information sheets and project tiering, similar to those delineated in the Rio Grande, North Platte, and Gunnison BIPs.

   ❖ Support the further quantification of costs associated with projects and methods, development of new acre-feet, development of new irrigated acres, and protection of new stream-miles.

3. The CWCB will incorporate the BIP information into the next version of SWSI, and will reassess the municipal, industrial, environmental, recreational, and agricultural gaps at that time.

4. The CWCB will establish guidelines for basin-roundtable WSRA grants, enabling the basin roundtables to facilitate implementation of their BIPs in their basins. The purpose of the grants would be to foster the ability to meet municipal, industrial, agricultural, environmental, and recreational needs in a manner that is consistent with the BIPs.

## 6.3 Water Conservation and Reuse

### 6.3.1 Municipal Water Conservation

## ACTIONS

The actions below are based on the IBCC's No-and-Low-Regrets Action Plan, the work of the Water Conservation Technical Advisory Group, the basin roundtables, and utility water conservation plans.

BLM_0065381

1. **Adopt conservation incentives:** Over the next two years, the CWCB will adopt policies stating that water providers must conduct comprehensive, integrated water-resource planning geared toward implementing water conservation best practices at high customer participation levels, as defined in SWSI, as one of the components that shall be considered to achieve  State support and financial assistance for water management projects.

2. **Support water management activities for all water providers:** The CWCB will continue to provide funding, technical support, and training workshops to assist water providers in improving the management of their water systems. This will include the use of techniques such as water budgets, smart-metering, comprehensive water loss management programs, savings tracking and estimating tools, and improved data collection on customer water uses. For example, in the next year, the CWCB will fund several regional training workshops about using the American Water Works Association M36 Methodology for Water Audits and Loss Control.

3. **Recommend WaterSense specifications for outdoor irrigation technology:** Through a stakeholder process, the DNR will work with the General Assembly to consider adopting WaterSense specifications for outdoor technology at the retail level. These specifications would create a minimum standard that water providers can easily adapt to accommodate higher-efficiency technologies as they are created and certified.

4. **Explore incentives for outdoor water conservation measures:** As part of a broader funding strategy the CWCB is developing over the next year, the CWCB will work with stakeholders to explore a tax-credit program. The program would incentivize water providers to retrofit higher water-use landscapes with lower water-use landscapes that preserve the environmental and economic benefits of urban landscape and encourage more efficient irrigation systems.

5. **Adopt a stretch goal:** The CWCB supports water providers in their plans to reduce projected 2050 demands by 400,000 acre-feet through active conservation savings. Based on stakeholder work, the CWCB will adopt a "stretch goal" to encourage demand-side innovation that places Colorado at the conservation forefront in a thoughtful way—while recognizing and addressing the effects of conservation. The CWCB will support a stakeholder process that examines various options, including options for local providers to establish targets that are consistent with the IBCC's identified stretch goal. At the same time, CWCB will give appropriate credit to water providers for recent strides they have made in demand reduction.

6. **Water conservation education and outreach:** The CWCB will develop an education and outreach strategy that includes water conservation topics. Section 9.5 offers more detail regarding specific education and outreach recommendations. Section 9.5 outlines education and outreach recommendations that will tie together other actions the section illustrates, and provide the reason for executing these actions. Each BIP will emphasize these efforts, which the roundtable will implement in order to address basin-specific issues. This work will include surveys of public attitudes, and partnerships with water providers and other water educators.

7. **Support local water smart ordinances:** Over the next two years, the CWCB will provide trainings that support local regulatory efforts that shape the ways in which new construction interacts with water use. For example, local jurisdictions could craft landscape and irrigation ordinances, tap fees that reflect actual water uses, education or certification for landscape professionals, green-infrastructure ordinances, and more stringent green-construction codes that include higher-efficiency fixtures and appliances and water-wise landscapes. It is imperative that this action explore the societal and environment benefits of urban landscapes. Section 6.3.3 further explores this action.

8. **Evaluation of barriers to green-building and infrastructure:** CWCB and CDPHE will work together to determine which state agencies govern green infrastructure and green-building, identify barriers, and work with the appropriate agencies to adapt regulations to allow for graywater, green infrastructure, on-site water recycling  and other aspects of green developments.

9. **Strengthen partnerships:** The CWCB will create or renew partnerships between the CWCB and the following groups to reach water conservation goals:

   a. Local water providers and local governments to implement water conservation programs to benefit their water systems.

BLM_0065382

b. Intra-state government (DOLA, DWR, Department of Regulatory Agencies (DORA), and state facilities) to coordinate and implement incentives.

c. Green industry (GreenCO, Irrigation Association, Associated Landscape Contractors of Colorado, urban arborists, landscape-related businesses, property management companies) to implement efficient landscape installations and maintenance.

d. Home building/construction (Home Builders Association, LEED, U.S. Green Building Council) to implement water-smart homes.

e. Non-governmental organizations (Colorado WaterWise, Alliance for Water Efficiency, Western Resources Advocates, American Water Works Association, Water Research Foundation) to help educate Coloradans and advance conservation innovations and research.

f. Academia (Colorado State University, CU-Boulder, CU-Denver, One World One Water Center-Metropolitan State) to bring a consortium of businesses, academia, and others together to examine behavioral science and research conservation innovations.

10. **Explore expanding conservation funding:** As Colorado water providers implement more sophisticated and integrated water conservation programs, the CWCB will require annual funding for the Water Efficiency Grant Program beyond the current $500,000 levels, and funding should consistently total $2,000,000 per year. In addition, the CWCB's loaning ability should expand to encompass conservation actions. The DNR will work with the General Assembly to institute these changes over the next two legislative cycles.

11. **Market for conserved, consumptive-use water:** To use conserved, consumptive-use water to the greatest extent possible, the CWCB will identify legal and administrative barriers to the use or sharing of conserved, consumptive-use water through a stakeholder process. If the CWCB can address barriers through acceptable legislative modification, the DNR will work with the Water Resources Review Committee to propose legislative action.

12. **Develop an alternative process for smaller entities to create water conservation plans and report water use data to the CWCB:** The CWCB will provide technical and financial support and will work to formalize the process into the CWCB Municipal Water Efficiency Guidance document.

13. **Continue implementation of state conservation programs:**

a. The CWCB will continue to review and approve locally adopted water conservation plans to encourage long-term water conservation planning and water savings quantification, and to ensure that water providers document their water conservation goals.

b. The CWCB will continue to use the Water Efficiency Grant Fund to ensure the implementation of water conservation best practices and to assist water providers in targeting their resources as efficiently as possible.

c. The CWCB will focus on opportunities for water conservation planning where covered-entities or many small-water providers can create a regional water conservation plan. This will especially be the case when conservation in such communities could help reduce the M&I water supply gap, lessen the need for agricultural dry-up, or affect nonconsumptive values.

### 6.3.2 Reuse

## ACTIONS

1. **Explore regional and expanded local reuse options:** Over the course of the next three years, the CWCB will conduct a technical review of on-site, local, and regional reuse options and provide grants to support on-site, local, and regional reuse plans and projects.

2. **Improve quantification, planning, and tracking for potential reuse projects:** Over the next two years, the CWCB will examine the quantity of water that is currently being reused, the quantity of water providers plan to reuse, and the potential to increase reuse with regional and local reuse options. As a future planning effort, CWCB should explore regional and local reuse plans and projects. To assess feasibility of potable reuse projects in Colorado, the CWCB will work with partners to

BLM_0065383

map all wastewater and potable infrastructure, water rights, needs, cost, and benefits. In addition, it will examine potential effects on return flows.

3. **Clarify the regulatory environment:** Over the next two years, the CWCB and the CDPHE will work with stakeholders to examine the application of water quality regulations to reuse water. The aim will be to identify potential change that fosters permanent growth in the reuse of limited water supplies, and that protects public health and the environment.

4. **Provide financial incentives for reuse innovation:** As a research team recommended in the DPR white paper, the CWCB will, over the next year, proactively seek applicants to use WSRA grant funds for expanded research and innovation related to the technical challenges and solutions of reuse. This includes exploring areas such as ZLD, IPR, and DPR; examining regional opportunities; increasing reliability of the technology; exploring on-site reuse of water; examining development of reuse water for food-crop irrigation; inland desalination; and exploring the possibility of sharing reuse water. This research also includes support for the continued development of more cost-effective and environmentally acceptable RO-concentrate management techniques, and the evaluation of non-RO based treatments that are capable of producing water suitable for DPR.[1]

5. **Encourage the Colorado Plumbing Board to adopt the International Plumbing Code to allow for graywater:** The CWCB will encourage the Colorado Plumbing Board to adopt and incorporate the appropriate graywater provisions from the International Plumbing Code to allow for graywater piping within structures.

6. **Expand loan programs:** The CWCB will explore expanding its loan program to include loans for reuse projects. The DNR will work with the General Assembly to institute this modification during the 2016 legislative session.

7. **Support reuse education:** As a research team recommended in the DPR white paper, the CWCB will support stronger education to describe the benefits of reuse water as an integral part of a water supply system. Specific recommendations include sponsorship of a survey of Colorado utilities and water agencies to determine the extent to which they may consider DPR as a means to augment

their legally reusable water supply portfolios, and development of a program to educate the public, elected officials, and water utilities about the benefits and safety of DPR.[2] Section 9.5 contains more detail regarding specific education and outreach recommendations.

8. **Examine mechanisms to improve the ability to market, sell, and share reusable supplies:** Through a stakeholder process, the CWCB will investigate mechanisms to better allow for reuse water to be marketed to water providers outside of a service area, and to make it more desirable to build a reuse project.

### 6.3.3 Land Use

## ACTIONS

One objective of Colorado's Water Plan is that by 2025, 75 percent of Coloradans will live in communities that have incorporated water-saving actions into land-use planning. Ten communities have completed land-use and water trainings through the LULA process, and in order to reach the 75 percent population objective, a total of 80 communities and water providers will need to have participated in similar trainings by 2025. The trainings will support approximately 80 water providers and communities statewide to incorporate land-use practices into their water conservation plans. To facilitate the use of local land-use tools to reduce water demands for municipalities and urbanization of agricultural lands, the State will work with partners to pursue the following actions.

1. **Encourage the use of local development tools:** Through voluntary trainings in 2016, the CWCB and DOLA will encourage local governments to incorporate best management practices for water demand management, water efficiency, and water conservation into land-use decisions.

   Trainings may cover the following topics:

   ❖ Expediting permitting for high-density buildings and developments that incorporate certain water efficiency measures, such as efficient irrigation systems (with plan-check and install-check).

   ❖ Including water supply and demand management in comprehensive plans.

   ❖ Installing climate-appropriate landscapes.

   ❖ Understanding the societal and environmental benefits of urban landscapes

BLM_0065384

- Using appropriate amounts of soil amendments.
- Incentivizing maximum-irrigable-area or WaterSense-certified landscapes.
- Instituting tax incentives for incorporating certain water efficiency measures for high-density developments, such as cluster developments.
- Establishing structured impact (tap) fees designed to promote water-wise developments and in-fill.
- Developing water-budget rate structures to help maintain initial projected water budgets for a site.
- Introducing landscape and irrigation ordinances.
- Exploring the environmental and farmland benefits of water sensitive urban land-use planning.
- Creating more stringent green-construction codes that include higher-efficiency fixtures and appliances and more water-wise landscapes.
- Exploring landscape-oriented professional education or certification programs.
- Examining opportunities to reduce agricultural urbanization and fragmentation.

2. **Examine barriers in state law for implementing the above local development tools:** Over the next 18 months, the CWCB will examine barriers local jurisdictions may face while implementing local development tools.

3. **Incorporation of land-use practices into water conservation plans:** Over the next 18 months, the CWCB, through partnerships, will develop new guidance for water conservation plans that requires the incorporation of land-use practices. This is an addition to C.R.S. 37-60-126.

4. **Strengthen partnerships:** To be successful in integrating land-use and water planning, the CWCB will need to partner with many different agencies and groups. Within the next year, the CWCB will establish meetings with various agencies to map out ways in which the CWCB and other agencies can work together on these issues.

- Local municipalities, local water providers, and county governments will implement water and land-use plans. Without their partnership and support of new ideas, comprehensive water and

land planning will not succeed. In addition to partnering with local entities, the CWCB will partner with the Colorado Municipal League, Colorado Counties Incorporated and the Special District Association to ensure successful integrated water and land-use planning.

- The DOLA is involved in the land-use in the local government arena. Like the CWCB, the DOLA can also leverage its grant funding for water and land-use planning initiatives, such as incentives for incorporating water supply into comprehensive land-use planning.

- The DORA regulates professionals in various industries and works to create a fair marketplace. The CWCB will work with the DORA to focus on the landscape and irrigation industry or the property management industry, and to consider developing certifications for these industries to conserve water.

- Home-building and construction organizations, such as the Home Builders Association, LEED, and the U.S. Green Building Council, will be building communities that have a direct influence on water demand. They must be involved in crafting the vision for future water-sensitive developments.

- Non-governmental organizations, such as Keystone Center, Alliance for Water Efficiency, Western Resources Advocates, American Planning Association, and economic development councils, can advance land-use and water integration innovation and research.

- Academic institutions, such as Colorado State University, University of Colorado Boulder, University of Colorado Denver, One World One Water Center-Metropolitan State, and Rocky Mountain Land Use Institute, can advance land-use and water-integration innovation and research.

- LULA brings an innovative training model that could change the way Colorado looks at this subject by breaking down institutional silos. The CWCB will work with LULA, or another local group, to create a Colorado-specific training model for the integration of sustainable, long-term, land, and water planning.

BLM_0065385

❖ Councils of governments make connections between the local and state government levels. Councils of governments can be strong allies in trainings and research about the land-water nexus.

5. **Funding:** The CWCB should use the WEGP funds and Water Supply Reserve Account grant funds to fund aspects of the land-use and water planning nexus. The CWCB will work with the basin roundtables to proactively seek applicants to use WSRA funds for larger regional efforts that tie more directly into the basin roundtables. It will use the WEGP funds for smaller, more localized efforts.

### 6.3.4 Agricultural Conservation, Efficiency, and Reuse

## ACTIONS

The following actions will support Colorado's agricultural industry to make it more efficient, resilient, and capable of reducing water consumption without affecting agricultural productivity.

1. **Agricultural water incentive education program:** Over the next two years, the CWCB will work in partnership with the basin roundtables, Colorado Energy Office, the Colorado Department of Agriculture, Natural Resources Conservation Service, and Colorado State University's extension program to develop a strategic education plan. In addition to the topics Section 6.5 discussed with regard to the education and assistance program, the plan will cover the following topics:

   a. Agricultural water conservation: Outreach to the agricultural community about available agricultural water conservation techniques and incentives.

   b. Soil health: Begin a soil health education and tour program to help growers examine ways to increase net revenues while decreasing water inputs, and in some cases water consumption.

2. **Continue to support the rehabilitation of diversions and ditches:** CWCB will continue to provide grants, loans, and technical support to refurbish diversions and ditches. This action will generate saved water and reduce losses where there are benefits to recreation, the environment, and other consumptive water uses.

3. **Voluntary flow agreements:** Over the next two years, the CWCB and the DWR will work with agricultural and environmental partners to develop model language for voluntary flow agreements paired with irrigation efficiency practices. CWCB will also provide funding, facilitation, and technical support to encourage these agreements.

4. **Removal of invasive phreatophytes:** The CWCB will support the management and removal of invasive phreatophytes through grant-funding House Bill 15-1006 provides.

5. **Explore additional incentives:** The CWCB will explore additional incentives to assist basins in implementing, where appropriate, irrigation efficiency practices, and in changing crop type to a lower water-use crop.228F The CWCB should first explore these incentives through conservation demonstration and pilot projects.

6. **New agricultural lands:** The CWCB will encourage newly developed agricultural lands (currently identified in the North Platte, Yampa, and Southwest Basins) to either be very efficient or provide direct and measurable benefits to the environment.230F

7. **Administrative tracking:** Over the next three years, the CWCB will work with the DWR to explore the development of administrative means to track and administer agricultural conserved water for the purposes of marketing these waters.

8. **Watershed scale planning and improved river basin predictive models and computational tools:** The CWCB and DWR will work with stakeholders to explore the development of tools and models that can serve as an approved common baseline, upon which water court litigants and parties to administrative change cases can rely, for conservative estimates of consumptive water use, return flows, and injury.

9. **Efficiency and conservation innovation:** CWCB will continue to work with research institutions in Colorado to advance agricultural conservation and efficiency.

BLM_0065386

### 6.3.5 Self-Supplied Industrial Conservation and Reuse

## ACTIONS

1. Examine the feasibility of water-energy nexus programs that conserve both water and energy. Some concepts to further explore include:
   a. Joint water and energy home or commercial audits.
   b. Joint rebate programs, which combine water and energy utility rebates to most effectively incentivize customers to purchase a specific energy- or water-efficient appliance.
   c. Treat water utilities as a large customer of the energy utility and explore system-wide water- and energy-reducing measures, such as reduction of distribution system leaks.

2. When exploring new water supply projects, consider opportunities for renewable energy to meet the increased demands.

3. Conduct outreach to energy companies to encourage and promote the most water-efficient technologies for energy extraction.

4. Ensure that the Colorado Energy Office continues to support energy saving associated with on-farm agricultural practices that also reduce water use.

5. Ensure that the CWCB works with the Colorado Energy Office and local agricultural producers to financially and technically support a pilot that combines renewable energy development with an alternative agricultural transfer. Such a pilot would aim to lessen the potential economic effects on the local community.

6. Ensure that the CWCB encourages energy companies to continue collaborating with agricultural and environmental interests when managing their water portfolio.

7. Ensure that the State helps to protect critical infrastructure by working with power providers to identify areas of their systems that are prone to failure or impact during water shortages and natural disasters.

8. Ensure that the State works with power providers to mitigate the possibility of curtailment in severe droughts, and to diversify their water rights portfolio.

9. Encourage demand-side management:
   a. Continue support of research into innovative ways to reuse produced water.
   b. Decrease vulnerability during times of water shortages.

10. Encourage technologies that reduce water use in energy extraction processes.

### 6.3.6 State Agency Conservation

## ACTION

CWCB will provide grants and technical support to state agencies for the installation of high-efficiency toilets and urinals, replacement of turf grass with plants that use less water, and improvement of cooling towers.

### 6.4 Alternative Agricultural Transfers

## ACTIONS

The CWCB should consider the following options or action steps to help ensure attainment of alternatives to permanent farmland dry-up:

1. Monitor current and future legislation necessary for the implementation of ATMs, including enhanced sharing opportunities and system agility.

2. Encourage funding grants that focus on implementing on-the-ground ATM projects, data collection, agile administration practices, ATM affordability, basin-specific ATM projects, and infrastructure modernization.

3. Support appropriate fallowing-leasing pilot projects, such as the Catlin Canal pilot project, by responding to and processing applications in a timely manner under House Bill 13-1248 (C.R.S 37-60-115). The ATM grant program could further support these projects. To proactively cultivate these projects, the CWCB will work with partners or co-sponsors to organize and conduct regional workshops. These events will enable stakeholders to share lessons learned on actual ATM projects, and to garner additional interest by discussing program benefits.

4. Encourage adaptive strategies that capture a "learning by doing" concept for pilot programs and other on-the-ground ATM applications.

BLM_0065387

5. Continue to provide ATM leadership as well as technical and financial support to basin roundtables during the development of their BIPs.

6. Assess quantitative information related to agricultural dry-up in SWSI 2016, including evaluating lessons learned and monitoring the effects of ATMs in reducing permanent agricultural dry-up.

7. Explore financial incentives through a stakeholder process as part of the funding Section 9.2 describes. These incentives or grants could include new and ongoing revenue streams and tax incentives at the local and state level.

8. Work with the South Platte, Metro, and Arkansas Basin Roundtables to explore a WSRA or an ATM grant, with municipal and agricultural stakeholders that could lead to the formation of one or more pilot regional water sharing cooperatives. The mission of a cooperative would be to facilitate water-sharing arrangements. The cooperative could include ways to determine initial start-up costs necessary to reach stated goals. For instance, methods may include acquiring funding needed to reduce barriers associated with the high transaction costs of water-rights transfers, and working through water court to make a water right more agile.

9. Continue collaborating with water users to develop tools and models that can be used as an approved common baseline for water court litigants and parties. Administrative change cases could rely upon these for conservative yet streamlined estimates of consumptive use, return flows, and injury.

10. Seek to help stakeholders understand the benefits and social barriers of ATMs and how they can function under existing and future law.

11. Interact with the Colorado water community and decision makers to consider the following options in support of ATM goals:

   ❖ Continue to monitor basin-level work and explore options to develop agility in the use of certain agricultural water rights for multiple purposes.

   ❖ Implement tools Senate Bill 15-198 (C.R.S. 37-60-115) provides that broaden pilot-project end uses House Bill 13-1248 (C.R.S. 37-60-115) sets forth. Such pilot projects could demonstrate

agricultural transfers that meet environmental, recreational, industrial, or compact needs in addition to urban needs. The CWCB will encourage pilot projects to test the latest concepts or meet multiple benefits.

❖ Reduce barriers, such as high transaction costs associated with water-rights transfers and water-rights accounting uncertainties, through continued exploration of pilot projects and other voluntary transactions that demonstrate a streamlined approach or provide financial support.

❖ After a thorough outreach and stakeholder process, consider legislation to protect existing municipal, transferred water-rights owners that choose to undergo the court process to demand that their permanent agricultural transfers operate as ATMs. Such legislation could help ensure that a water-rights owner could revert to its previously adopted stipulations, if the water court process for an ATM option yields an unfavorable outcome.

❖ Strengthen recognition for new types of legal beneficial uses, such as leased or agile-use water.

❖ Identify and develop a request for a multi-basin WSRA grant through the basin roundtables. The goals of a potential grant would be to compile ATM data, identify actions to encourage irrigators to enter agreements, analyze barriers, and increase program awareness.

❖ Research benefits and challenges of "buy and supply," which could preserve local irrigated agriculture and associated benefits. The concept of "buy and supply" is that M&I water users purchase irrigated lands with associated water rights, establish a conservation easement for future farming, and then supply a full amount of water for a certain number of years within a 10-year period. The M&I user could then receive water supply in the remaining non-farming years.

❖ Explore the possibility of third parties providing assistance in funding ATMs to ensure that farmers are appropriately compensated and that water suppliers pay a reasonable incremental cost for firm yield. In this case, the third party would essentially assist in the effort to uphold the value of continued viable agriculture.

BLM_0065388

❖ Support research into the benefits and challenges of temporary rotational "idling" of crops, deficit irrigation, and split-season irrigation.

❖ Incorporate improved water-use data into decision-making processes in a way that reduces uncertainty for water managers, and develop basin-specific models for use in water court cases to help reduce transaction costs.

## 6.5 Municipal, Industrial, and Agricultural Infrastructure Projects and Methods

### ACTIONS

Colorado's Water Plan sets a 2050 measurable objective to attain 400,000 acre-feet of innovative storage in order to manage and share conserved water and the yield of IPPs. This objective equates to an 80 percent success rate for these planned projects, as stated in the IBCC's No-and-Low Regrets Portfolio.

While the right to buy or sell private property water rights must not be infringed upon, the State will encourage innovation and creativity by agricultural producers and research institutions to maximize the productivity of every drop of water. Colorado's Water Plan sets an objective that agricultural economic productivity will keep pace with growing state, national, and global needs, even if some acres go out of production.

To support projects and methods that meet future municipal, industrial, and agricultural needs, several next-steps are necessary.

1. **BIP project support:** The CWCB will continue to support and assist the basin roundtables in moving forward the municipal, industrial, and agricultural projects and methods they identified in their BIPs. It will accomplish this through technical, financial, and facilitation support when a project proponent requests it.

2. **Climate change incorporation:** The CWCB will work with the basin roundtables and, upon request, work with project proponents, to incorporate the potential effects of climate change on municipal, industrial, and agricultural projects and methods.

3. **Expansion of projects to be multipurpose:** The CWCB will prioritize funding to the basin roundtables to support an integrated approach to understanding the ways in which environmental and recreational projects and methods may interact with municipal, agricultural, and industrial projects and methods. As part of this task, basin roundtables will work with local stakeholders and project proponents to explore multipurpose projects and convert existing and planned single-purpose projects and methods into those that are multipurpose.

4. **Project tracking:** In partnership with the basin roundtables, the CWCB will continue to track municipal, industrial, and agricultural projects and methods.

5. **Project support:** The CWCB will continue to support and implement State programs that contribute to implementing municipal, industrial, and agricultural projects and methods. These include loan and grant programs, as well as ongoing studies, such as the SWSI.

6. **Project funding:** As Section 9.2 discusses, the CWCB will work with partners to strengthen funding opportunities for municipal, industrial, and agricultural projects and methods by:

   a. Coordinating current funding

   b. Assessing funding needs

   c. Exploring additional funding opportunities

7. **Storage opportunity assessment:** As part of the next version of SWSI, the CWCB will work with the DWR and local partners to assess storage opportunities to determine where existing storage can and should be expanded, where it is needed to prepare for climate change, where it can help to better improve sharing and use of conserved water, and where it can help meet Colorado's compact obligations. Furthermore, the CWCB will provide financial support to technical and practical innovations in the use of aquifer storage and recharge where it is practicable.

8. **Multipurpose project funding:** The CWCB will prioritize support for multipurpose projects and those that modernize, make more efficient, or lead to the building of new critical infrastructure for agriculture purposes, M&I uses, and hydropower production. Section 9.2 explores these programs.

9. **Permitting:** As Section 9.4 discusses, the CWCB will refine the permitting process to make it more effective and efficient.

BLM_0065389

10. **Technical and financial support of efforts to understand impacts to agricultural viability:** The CWCB and IBCC will work with stakeholders to provide grassroots-level support for efforts that foster a greater understanding of the effects of reductions in agricultural use on communities.

11. **Facilitation of agricultural opportunities:** The CWCB and the CDA will establish an education and assistance program for farmers and ranchers to help realize more transactions that allow for ATMs, and to enable new Colorado farmers to successfully enter the agricultural industry. This assistance may include financial and other support for land links, land trusts, and conservation easements that protect working farmland and make irrigated land affordable for the next generation of farmers and ranchers. The CWCB will need to create the program's scope of work, goals, geographic range, and responsibilities, in addition to measurements for success. Because many aspects of the program relate to agreements between municipalities and agricultural producers, the CWCB should involve both sectors in the development of the program, and should provide continued input.

12. **Enforcement of minimum standard for water-rights applications:** The court should be diligent in enforcing the minimum water-rights application requirements, which are already in existence, and should standardize these requirements statewide. Better guidance for applicants who do not have legal counsel or engineering consultants should be provided and advertised.

13. **Framework for evaluations of agricultural transfers:** The CWCB will develop a technical and legal framework for an evaluation of agricultural transfers before considering the requirement of such an evaluation. To help produce such a framework, the CWCB will host a stakeholder group, which will include local government, agricultural producers, municipalities, water providers, landowners, and environmental interests.

14. **Update and improve Colorado's aging agricultural infrastructure:** Over the next five years, the CWCB will work with the basin roundtables and agricultural partners to further identify and prioritize aging infrastructure projects, especially where there can be a large effect on or multiple benefits to other sectors. The CWCB will coordinate funding opportunities to address these needs.

15. **Encourage ditch-wide and regional planning:** Over the next two years, the CWCB will work with agricultural partners to explore opportunities to conduct ditch-wide and regional planning, such as the planning that is occurring in the Uncompahgre. These plans will explore system-wide conservation and efficiency opportunities, explore the potential for water sharing, and develop a long-term infrastructure-maintenance and -upgrade plan.

## 6.6 Environmental and Recreational Projects and Methods

### ACTIONS

A strong Colorado environment is critical to the state's economy and way of life. Colorado's Water Plan sets a measurable objective to cover 80 percent of the locally prioritized lists of rivers with stream management plans, and 80 percent of critical watersheds with watershed protection plans, all by 2030.

To support a strong environment that includes healthy watersheds, rivers and streams, and wildlife, as well as a robust recreation and tourism industry, several actions are necessary:

1. **Technical work:** As part of the next version of SWSI, the CWCB, in consultation with the basin roundtables, will conduct additional technical work associated with the environmental and recreational focus areas to better determine the levels of existing protections, and where additional projects and methods should focus.

2. **Near-term projects and methods to address high-priority needs:** The CWCB will work with CPW, the basin roundtables, and other relevant agencies to establish and achieve measurable outcomes for (a) federally and state-listed endangered and threatened species, and imperiled species; and (b) economically important water-based recreational uses. It will accomplish this by developing a plan within the next three years that compiles and develops near-term projects and methods that address these high-priority needs, including projects the BIPs identified. This work will build on the work of the basin roundtables and the SWSI, including the work done in Action 1 above. At the same time, the CWCB will continue to provide technical and financial assistance to support the strategic implementation of currently identified projects.

BLM_0065390

3. **Common metrics:** In coordination with other state agencies, basin roundtables, and other stakeholders, the CWCB will develop common metrics for assessing the health and resiliency of watersheds, rivers, and streams.

4. **Watershed master plans:** As Section 7.1 indicates, the CWCB will work with watershed and other stakeholder groups toward a long-term goal of developing watershed master plans for every large watershed area to maintain watershed health. The CWCB will encourage and support capacity in areas that currently do not have watershed groups or other broad, local stakeholder groups.

5. **Stream management plans:** To promote healthy watersheds, rivers, streams, and wildlife, the CWCB encourages and will work with basin roundtables and other stakeholder groups to develop stream management plans for priority streams identified in a BIP, or otherwise identified as having environmental or recreational value. As part of this work, the CWCB will provide guidelines and templates for developing stream management plans, and will conduct ongoing analyses through the SWSI. To ensure continued planning and implementation in this context, the CWCB will explore additional funding sources, in addition to funding sources the 2015 CWCB Projects Bill provides.

6. **Incorporation of drought and climate change:** The basin roundtables and the CWCB will incorporate into the BIPs and the next update of the SWSI the potential effects of drought and climate change on environmental and recreational attributes.

7. **Multipurpose projects:** To support the development of multipurpose projects and methods, the CWCB will work with the basin roundtables and other stakeholders on an integrated approach to understanding how environmental and recreational projects and methods can interact with municipal, agricultural, and industrial projects and methods to achieve multiple benefits. The CWCB will strategically support the implementation of BIP-identified multipurpose, projects, and methods that help meet environmental, recreational, agricultural and community water needs. It will accomplish this with state financial and technical resources, taking into consideration locally identified geographic and/or seasonal gaps. This will include establishing priorities in Colorado's grant and loan programs for multipurpose projects and

methods. Working with the basin roundtables and BIPs, the CWCB will also coordinate with project sponsors to explore and support opportunities to increase benefits to environmental and recreational values associated with existing and planned storage and infrastructure.

8. **Proactive implementation of existing programs:** The CWCB, other state agencies, basin roundtables, and other interested stakeholders will continue to support and implement state programs that benefit environmental and recreational attributes, such as the Colorado Watershed Restoration Program, Instream Flow and Natural Lake Level Program, Wild and Scenic Rivers Act Alternatives Fund, and CPW's Wetlands for Wildlife Program. The DNR and its agencies will institute policies, criteria, and programmatic approaches to proactively developing projects and methods that strategically address important aquatic, riparian, and wetland habitats.

9. **Continued support of ESA activities:** The CWCB, CPW, and water users will continue to support and participate in collaborative approaches to ESA issues, including recovery programs, cooperative agreements, and other efforts to prevent listings and promote the sustainability of endangered, threatened, and imperiled aquatic- and riparian-dependent species and plant communities.

10. **Broadened support of recreational uses:** The CWCB will support local governments with water recreation opportunities through continued technical consultation and funding, where appropriate. To assist with water project planning, the CWCB will support the development of tools that can be used to better understand the relationship between stream flows and recreational water uses. Additionally, the DNR will explore opportunities to protect instream flows for recreational uses without the requirement of a control structure.

11. **Funding:** As Section 9.2 discusses, the CWCB will work with appropriate entities to strengthen funding opportunities for environmental and recreational projects, including funding for long-term monitoring and maintenance of such projects, by:

   a. Coordinating current funding

   b. Assessing funding needs

   c. Exploring additional funding opportunities

BLM_0065391

# Chapter 7: Water Resource Management and Protection

## 7.1 Watershed Health and Management

### ACTIONS

To better understand and promote watershed health, it is important to support the development of watershed coalitions and watershed master plans that address needs from a diverse set of local stakeholders. The parties responsible for implementing action plans should be watershed coalitions and forest partnerships. Water-supply stakeholders should participate in the development of effective watershed coalitions. The Watershed Wildfire Protection Group, other watershed groups with a state- or region-wide geographic scope, and state agencies focusing on watershed health should manage coordination across watershed divides. State agencies include CPW, the CDPHE, and the CWCB.

Actions include:

1. Identify existing watershed coalitions and existing watershed plans and assessments, including source-water protection plans.

2. Encourage and support capacity in many areas that currently do not have watershed groups or other groups that work with a broad set of local stakeholders.

3. Assist stakeholders in existing watershed groups to identify tools and resources that address gaps and build capacity in existing plans.

4. Identify public and private funding sources that together can support watershed- and forest-health projects.

5. Identify watersheds that are critical to water supply.

6. Work toward a long-term goal of developing watershed master plans for watersheds critical to consumptive and nonconsumptive water supply.

7. Prioritize and implement projects identified in master planning.

8. Monitor projects to ensure that objectives are met and maintained

9. Conduct adaptive management as necessary

10. Coordinate statewide watershed-coalition and partnership plans, projects, monitoring, and adaptive management strategies.

11. Watershed management plans may include potential impacts to the environment, public water supplies, and agricultural production from abandoned mines, and a strategy for addressing these impacts. CDPHE and DRMS are potential partners in developing a prioritized list of mines which could impact streams.

## 7.2 Natural Disaster Management

### ACTIONS

1. Where appropriate, the State of Colorado will continue to support and expand drought, flood, and wildfire preparedness and response programs.

2. The State of Colorado will actively encourage local communities to develop drought preparedness plans by providing tools and resources for development and implementation.

3. The CWCB and the Colorado Recovery and Resiliency Office will implement the actions identified in the Colorado Resiliency Framework to build communities that are more resilient to natural disasters.

4. The CWCB and CDPHE will work with utilities, federal agencies, and others to proactively identify and address regulatory barriers to climate preparedness and adaptation.

## 7.3 Water Quality

### ACTIONS

The WQCD worked with the Colorado Water Quality Forum and the WQCC to develop recommendations. As the CWCB updates the Colorado's Water Plan in the future, these recommendations will serve as a starting point for implementation efforts focused on:

A. Integrated water quality-and-quantity management.

B. Policy considerations.

C. Financial considerations.

D. Stakeholder and public outreach.

In addition, the State will assign these recommendations to a responsible party and prioritize them for implementation over time.

BLM_0065392

A. Integrated Water Quality and-Quantity Management Actions

Recommendations to promote increased integration of water quality and -quantity management include:

1. Evaluate the water quality effects associated with the proposed solutions and scenarios the BIPs and Colorado's Water Plan (Sections 6.3 through 6.6) have presented. Identification of those effects will help define the scope of strategies that entities need to explore to protect and restore water quality. The State will share information about these effects among all involved parties.

2. In cooperation with basin roundtables, the CWCB, and others, define opportunities for projects or processes that restore and enhance existing water quality conditions, with an aim of addressing potential water quality effects resulting from water-quantity solution implementation. An initial step will be to assist the basin roundtables in developing water quality goals, objectives, and measurable outcomes based on current water quality information; each basin will be able to use this information when updating its BIP. This collaboration supports the basin roundtables in identifying projects and methods that integrate water quality and -quantity management to protect and restore water quality.

3. Define green-infrastructure approaches for the arid West, and explore ways in which entities can use green infrastructure to address Colorado's consumptive and nonconsumptive gaps. For example, green infrastructure in the arid West can go beyond stormwater management activities and low-impact development methods by including landscape-scale land-use planning that identifies where activities should occur in order to meet dynamic goals, including protecting and restoring water quality. Green-building and stormwater management groups have developed information that provides a starting point for developing and maintaining a library of green-infrastructure options.

4. Evaluate new water-supply projects and the potential for multiple benefits, including water quality protection and enhancement. Strive to ensure that project plans incorporate all water quality benefits.

5. Examine ways to design and operate new or existing supply projects to advance water quality objectives. Actively pursue incorporation of these design and operation considerations into proposed projects.

6. Identify the role of reuse by developing a library of reuse examples, such as direct potable reuse, indirect potable reuse, non-potable reuse, graywater use, onsite water recycling, and the associated water quality issues for each type of reuse. Ensure that any initiative that desires to use these resources addresses the issues. Section 6.3 further discusses reuse and identified actions.

7. Promote the use of aquifer storage and recovery, since water quality effects associated with this storage strategy are minimal.

8. Explore the role of stormwater management from both a quality and a quantity perspective in order to determine whether stormwater is a viable additional source of supply to address consumptive needs.

9. Address nonpoint sources through ongoing management activities, which play an important role in protecting and restoring water quality for the benefit of future water uses. These activities should include cataloguing and evaluating local-government land-use planning tools that minimize nonpoint-source pollution associated with development. Entities should also explore a comprehensive approach to nonpoint-source management, including water- quality trading.

10. Identify the risks of climate change as they relate to integrated water quality and water-quantity management. Develop specific recommendations for addressing these risks.

11. Explore how entities can most efficiently and cost-effectively integrate the CWA requirements and Safe Drinking Water Act requirements. Develop specific implementation recommendations.

B. Policy Considerations

Chapter 10 of Colorado's Water Plan summarizes legislative recommendations. In addition to the legislative recommendations, policy considerations related to quality and quantity integration include:

BLM_0065393

1. Continue to engage in creative, solution-oriented actions, such as implementing site-specific standards, temporary modifications, discharger-specific variances, pollutant trading, and conditional 401 water quality certifications. Use all available means to improve water quality and protect the high-quality waters that are considered better-than-necessary for supporting classified uses. Maintain ongoing, non-regulatory programs, including nonpoint-source management and source-water protection planning. These solution-oriented actions will also be necessary for addressing the effects of climate change.

2. As entities continue to maximize wastewater reuse in Colorado, establish a more complete understanding of the concept of "net environmental benefit." This concept demonstrates that the ecological value of using effluent to support riparian and aquatic habitats exceeds the ecological benefits of removing the discharge from the waterbody.

3. Review and appropriately modify existing regulations, guidance, and policy documents for new types of wastewater reuse so that revisions will protect public health and the environment, while also providing sufficient flexibility for water suppliers to develop new water-reuse projects across the state.

4. Consider and document the water-rights implications of water quality strategies and the water quality implications of water development strategies as they both pertain to integrated water quality and -quantity management. For example, integrated stormwater management may have effects on downstream flows, and entities would have to understand and address possible water-rights effects before implementing such a strategy.

5. Continue to work with neighboring states to address interstate water quality and quantity-issues to protect Colorado's compact entitlements.

6. Continue statewide monitoring that supports assessment of the quality- and quantity-integration goals and measures.

C. Financial Considerations

Future efforts to integrate water quality and quantity will require funding. Chapters 9 and 10 of Colorado's Water Plan further detail the recommendations outlined below.

1. Continue to fund nonpoint-source pollution management efforts. Identify new funding opportunities and nonpoint-source pollution-control strategies.

2. Identify costs and funding sources for implementation of green infrastructure and reuse.

3. Pursue state funding of regional watershed-based water quality planning to better integrate current and future water-quantity efforts.

4. Develop and implement State funding mechanisms for future water projects that implement consumptive and nonconsumptive strategies in ways that are consistent with Colorado's Water Plan. Plans should emphasize funding portions of projects that result in a public benefit.

5. Develop and implement State funding mechanisms for the implementation of mitigation activities required either under a state water-court water-rights decision, or under a federal or state water quality protection regulatory action.

6. Develop and implement funding mechanisms for the protection, restoration, or enhancement of water quality values in river or stream reaches.

7. Explore ways to facilitate innovative treatment and engineering solutions through technology transfer and liability management techniques.

D. Stakeholder and Public Outreach

Stakeholder and public outreach is critical to meeting the water quality and -quantity integration goal. Chapter 9.5 of Colorado's Water Plan further details the recommendations outlined below.

1. Use a watershed approach for outreach and community engagement around water quality, ways to protect water quality, and solutions to water quality issues. Colorado's many watershed groups already use this approach to effectively plan for and implement actions that protect and restore water quality. The approach can be used when developing and implementing strategies that integrate water quality and -quantity management.

BLM_0065394

2. Refine future water quality goals and measurable outcomes by monitoring public attitudes and opinions about water quality as it relates to domestic water supply as well as environmental and recreational uses of water.

3. Develop additional water quality goals and performance measures based on the completed BIPs from the basin roundtables.

4. Conduct joint CWCB and WQCC meetings at least annually to discuss water quality and water-quantity integration issues.

5. Consider holding workshops as part of WQCC's annual basin rulemaking process. To gather input and share information related to progress on water quality and -quantity integration efforts, workshops should include participation from basin roundtable representatives for the basin that is the subject of the annual rulemaking hearing.

6. As the CWCB updates or implements the water plan in the future, it will participate in the Colorado Water Quality Forum's process and working groups which provide stakeholder input on water quality issues.

## Chapter 8 Interbasin Projects and Agreements

### ACTIONS

The following next steps will support the policies, conceptual agreements, and points of consensus in the conceptual framework:

1. At the roundtable and IBCC levels, the CWCB will monitor ongoing discussions that involve the topics associated with the seven principles of the Conceptual Framework.

2. The CWCB, the DWR, and the Attorney General's Office will protect and help to fully develop Colorado's compact entitlements and continue to support intrastate agreements that strengthen Colorado's position in interstate negotiations. The State of Colorado will support strategies to maximize the use of compact water while actively avoiding a Colorado River Compact deficit. Colorado will focus planning efforts on maintaining healthy systems and avoiding a Colorado River Compact deficit rather than on its response to compact curtailment.

3. The CWCB will help Colorado prepare for a future with more scarce water supplies; in other words, it will hope for the best and plan for the worst. Colorado will work with other states to evaluate options for sustainable water solutions that balance the development of Colorado's compact entitlements with the risk of a compact deficit in the Colorado River System. Colorado's conceptual framework, under Principle 4, and Section 9.1 in Colorado's Water Plan further describe this concept. The CWCB will also support continued outreach to stakeholders regarding interstate cooperative solutions.

## Chapter 9 Alignment of State Resources and Policies

### 9.1 Protecting Colorado's Compacts and Upholding Colorado Water Law

### ACTIONS

The following actions will promote continued collaboration among the State of Colorado and federal, state, tribal, and local entities regarding interstate and intrastate water management issues. These actions seek to protect Colorado's compact entitlements while encouraging collaborative solutions to protect existing and future uses within the state.

A. **The State of Colorado will continue to uphold the prior appropriation doctrine.**

1. The CWCB encourages ongoing efforts to make the water court system more efficient—including the work of the Water Court Committee of the Colorado Supreme Court. CWCB envisions that these efforts will make the prior appropriate doctrine process more efficient and easily navigated, while maintaining the protection of these important private property rights.

2. The IBCC's work on potential legislative solutions suggests that broad stakeholder input is needed to garner support for achieving process improvements through the legislative process. The CWCB will explore potential avenues for broad input on improvements to the water court process, whether through the roundtable and the IBCC process, or other mechanisms.

BLM_0065395

3. Using broad stakeholder input to garner support, the CWCB will explore potential avenues for achieving process improvements that will make Colorado's existing water law system more agile, effective, and efficient.

B. **The State of Colorado will continue to uphold Colorado's water entitlements under Colorado's compacts, equitable apportionment decrees, and other interstate agreements.**

   1. The CWCB will continue to maintain a sufficient balance in the litigation fund to ensure that the State has adequate resources to protect its water resources.

   2. The CWCB, with support from the Attorney General's Office and the Division of Water Resources, will continue to make every effort to comply with compact and decree obligations.

   3. The CWCB, in concert with the Attorney General's Office, will continue to work with federal agencies to ensure that their responsibilities are implemented in a way that respects Colorado's compact and decree entitlements, and respects the State's authorities to administer waters within the state.

C. **The State of Colorado will continue to ensure a proper balance between state and federal roles in Colorado's water law and water management system.**

   1. The CWCB and the Attorney General's Office will remain involved in maintaining the balance of state and federal roles within Colorado. As federal procedures and policies are developed and implemented, the State will defend Colorado's water allocation and management system to the extent that proposed federal actions may interfere with and potentially undermine water rights as decreed and administered within the state.

D. **The State of Colorado will continue to work within Colorado's local structure.**

   1. In proposing innovative strategies to meet Colorado's existing and future water needs, the CWCB will continue to work collaboratively with local governments, while recognizing the authority of counties and municipalities in making water development and management decisions.

E. **The State of Colorado will support strategies to maximize use of compact water while actively avoiding a Colorado River Compact deficit.**

   1. The CWCB will continue to support water banking efforts and prioritize the development of the programmatic approach as described over the next several years. This development will require extensive statewide stakeholder participation and educational efforts.

   2. The CWCB's future study and collection of collaborative stakeholder input will help the CWCB gauge the potential for a programmatic approach to meet existing and future needs, while maintaining equitable distribution of the reduced consumptive use. Multiple types of water users in locations on eastern and western slopes should share the burdens of demand management.

   3. As the CWCB begins technical investigation of a potential collaborative program, a key issue to resolve will be the potential scope of demand management. The greater the number of existing uses such a collaborative program will cover, the greater the number of necessary voluntary reductions and amount of compensation.

## 9.2 Economics and Funding

### ACTIONS

According to studies conducted by the U.S. EPA, the Congressional Budget Office, and the Water Infrastructure Network, the cost of addressing our nation's clean water infrastructure needs over the next 20 years could exceed $400 billion, which amounts to roughly twice the current level of investment by all levels of government.[3] Colorado alone has nearly $20 billion in identified water project needs, including water supply and environmental and recreational projects.[4] While there is no easy or inexpensive way to provide Coloradans with a sustainable long-term water supply, the overarching goal is to provide clean, reliable water at an affordable price for many generations.

**Action Summary**

Realistic, long-term funding sources are essential to Colorado's ability to meet its future water funding needs. It cannot be assumed that existing programs and revenue streams are sufficient to address the state's long-term water supply and environmental needs, or

BLM_0065396

to maintain existing water supply infrastructure. The actions and initiatives below could greatly assist in meeting Colorado's water funding needs over the next decade and in generating the momentum required to address long-term funding needs. The CWCB will work with the Statewide Water Investment Funding Committee to explore options for implementing these initiatives.

1. **Public funding sources:** Identify and determine a path to develop a new viable public source of funding (such as through a container fee ballot initiative) to support a repayment guarantee fund or green bonds, and to provide additional support grants and loans for the WSRA, education, alternative transfer methods, conservation, and agricultural viability.

2. **State repayment guarantee fund:** Establish a state repayment guarantee fund.

3. **Green bonds:** Develop issuance and repayment strategies needed to establish a green bond program to provide a funding source for large environmental and recreational projects.

4. **Water education and outreach:** Fund a water education and outreach grant program based on basin roundtable education action plans and the initiatives indicated in Colorado's Water Plan.

5. **WSRA:** Provide additional state account funds to the WSRA program.

6. **Public/Private Partnerships:** Modify Colorado's statutes to clearly allow for public/private partnerships for water projects (§C.R.S. 43).

7. **Conservation:** Explore a tax credit for homeowners who install efficient outdoor landscapes and irrigation as part of the integrated funding plan.

Colorado's Water Plan identifies the following actions:

1. The CWCB will work with the Statewide Water Investment Funding Committee to develop a sustainable funding plan that integrates a repayment guarantee fund, green bonds, and additional support grants and loans for the WSRA, education, alternative transfer methods, conservation, and agricultural viability.

2. The CWCB will assess funding needs across multiple sectors using the BIPs and other resources as guides. Needs may include municipal, environmental, industrial, recreational, agricultural, conservation, and education and outreach, among others.

3. The CWCB will determine the economic benefits and effects of meeting or not meeting Colorado's future water needs.

4. The CWCB will work with the General Assembly and state agencies to align state funding policies and promote coordination among state agencies in order to strategically support the values Colorado's Water Plan identifies. These values include the need for multipurpose and multipartner projects and methods. The State will take the following actions:

   ❖ Develop a common grant-inquiry process to be coordinated across funding agencies for each sector, including environmental, recreational, municipal, and agricultural project proponents. This will include revisiting and reorganizing how agencies conduct the current state funding coordinators meeting.

   ❖ Review the CWCB's financial policies, taking into consideration providing financial incentives to move projects and methods forward and assisting small water providers in addressing upfront planning costs. Such policies may include reduced interest-rate categories and extended terms (40 years).

   ❖ Pursue additional funds to support the WEGP, which provides financial incentives for implementing conservation programs and planning for drought; investigate expanding the program's authority to provide grant funds to municipalities for documented water conservation and savings to help offset the economic impact of lost revenue due to reduced water usage; and develop funding recommendations.

   ❖ Assess whether there are additional loan opportunities for municipal conservation practices.

   ❖ Pursue funding to establish a water education and outreach grant program, and develop funding recommendations.

   ❖ Assess opportunities for additional WSRA grant funds, and work to amend the WSRA guidelines on how additional funding is allocated, approved, and disbursed in order to prioritize projects that provide the greatest benefit to Colorado.

BLM_0065397

❖ Seek an amendment to statutory language to expand the CWCB's loan program's authority to fund treated water supply, reuse, conservation, and environmental and recreational projects and methods.

❖ Continue to provide $1 million or more if needed on an annual basis to support stream management and watershed plans, and develop an established funding source.

❖ In partnership with the Water Investment Funding Committee and in coordination with the basin roundtable representatives, review and prioritize BIP-identified water projects to develop a funding plan for those that could move forward. Based on the identified funding level, develop funding strategies that use existing and new funding sources to move high-priority projects forward in one to three years.

❖ Develop policies for how and when the CWCB becomes a project beneficiary through an arranged partnership for projects that are central to fulfilling the goals of Colorado's Water Plan.

❖ Identify and develop, in two years, a single multi-benefit, multi-partner, shared infrastructure pilot project that is funded through a joint revenue stream of public and private funding. From this pilot project, develop a framework for how future water public/private partnership projects will move forward, taking into consideration best procurement practices, maintenance and operation, water administration and management, and other factors.

❖ Continue to use the Water Investment Funding Committee—comprising representatives from each basin, the CWCB, the Water and Power Authority, the Executive Director's Office, large water providers, and the private sector—to evaluate funding recommendations contained within Colorado's Water Plan and other plans. The goal of such evaluation will be to develop a well-planned, phased approach to provide funding for water projects, environmental projects, recreational projects, and stream and watershed management throughout the state. This committee met over the course of 2015 and will continue to meet to provide funding and implementation recommendations to the CWCB.

❖ Over the next year, continue to develop and fund a modern method for determining probable maximum precipitation for spillway sizing for dams in Colorado, with the intent to provide additional storage while minimizing capital investment.

❖ Consider allocating all or a portion of any surplus in the DNR's severance tax operational account revenues to efforts prioritized in Colorado's Water Plan.

5. The State will explore near-term opportunities to increase funding resources by implementing the following actions:

❖ Develop preliminary support data for various public funding options, such as state referendums, individual county mill levy increases, insurance tax premiums, user fees, and other potential funding mechanisms.

❖ Explore implementation of a Center of Excellence to create a working model of public/private partnerships for water projects and methods.

❖ Explore how a water investment (public tax) fund could be created, managed, and disbursed.

❖ Work with other applicable state agencies to develop a reserve fund that would act as a security or repayment guarantee by the State to water providers seeking bond funds through the Authority.

❖ Explore the concept of a container fee ballot initiative.

❖ Develop issuance and repayment strategies in issuing green bonds as early as 2016 for environmental and recreational projects. CWCB recommends that green bonds be issued incrementally, based on identified need, to minimize repayment costs.

❖ Reassess the Instream Flow Tax Credit program to determine how to make it more usable.

❖ Work with various stakeholders, the Department of Real Estate, the Department of Revenue, and appropriate legislative committees to develop strategies that maximize the conservation tax credit program.

❖ Explore potential uses of conservation tax credit revenues for stream and watershed restoration.

BLM_0065398

❖ Explore with water providers the possibility of issuing a state tap fee for future taps installed statewide. Funds developed could be used to support the CWCB Water Efficiency Grant Program and/or water education. The amount assessed per tap would be determined based on the estimated number of new taps issued statewide, and target revenue.

❖ Assess funding and loan opportunities from the Water Infrastructure Finance and Innovation Authority (WIFIA) and the Rural Infrastructure Fund to rebuild aging water infrastructure. Encourage the U.S. Department of Transportation and other agencies to share lessons learned regarding innovative financing programs with the Army Corps of Engineers (Corps) and the EPA as they implement WIFIA.

❖ Work collaboratively with foundations and nonprofits to support the environment, recreation, and education priorities through philanthropy.

## 9.3 State Water Rights and Alignment
ACTIONS

Based on the information compiled in the state agency water rights inventory process, the state agencies this section discusses are currently using their water rights in ways that accomplish their respective missions, benefit the state, and further the water values underlying Colorado's Water Plan. To further align state water rights with these values, and to maximize the use of these water rights to realize all possible benefits to the state, the following actions are necessary:

1. The CWCB will continue to work with state agencies to compile and update inventories of their water rights.

2. The CWCB and other state agencies will use the information resulting from the inventory as a basis for coordinating agencies' water right uses and potentially sharing water to provide additional benefits to the state. To accomplish this, the CWCB and other state agencies will:

a. Convene work groups comprising multiple agencies' staff members. These work groups will identify opportunities to align the agencies' water rights to achieve additional benefits and, where feasible, use those water rights to meet identified needs. For example, the CWCB and CPW can identify opportunities for releases from CPW reservoirs to be protected under Colorado's Instream Flow Program.

b. Encourage sharing and optimal use of water among state agencies where efficiency savings might be realized.

c. Conduct technical and legal feasibility analyses of identified opportunities for aligning or sharing agency water rights, and advance feasible projects in a timely manner.

3. The CWCB will identify State-owned water rights within the Colorado River Basin and evaluate opportunities for these rights to assist with Colorado River Compact compliance. For example, the Animas-La Plata Project contract between the BOR and the CWCB recognizes that the State's stored water rights in the project could be used for compact compliance purposes. There may be other state resources that could assist in complying with the State's obligations under the Colorado River Compact.

4. The CWCB will continue to schedule joint meetings with local governmental water management agencies around the state to facilitate information sharing and coordination on common water rights issues.

5. The CWCB will work with local stakeholder groups to determine where instream flow water rights could provide the greatest benefits, and assist such groups with the instream flow recommendation process.

6. The CWCB will partner in the early stages of future multipurpose projects as a water rights holder when such partnership is needed to ensure the success of the project, minimize environmental impacts of a project, or otherwise further the water values Chapter 1 outlines.

BLM_0065399

7. In coordination with the CWCB and interested stakeholders, CPW will take the lead on identifying opportunities to use CPW's water rights to help fill environmental and recreational gaps while maintaining consistency with its mission, statutory mandate, and rules/policies governing the use of CPW property.[a]

## 9.4 Framework for a More Efficient Permitting Process

### ACTIONS

One of the main goals of Colorado's Water Plan is to find ways to support the implementation of the BIPs. The above permitting process enhancements support the statutory and regulatory requirements of each permitting agency without predetermining outcomes. While a particular agency permitting decision could be a "yes" or "no," a more efficient means to reach that decision benefits all project participants, stakeholders, and the State's planning process.

The actions below help determine efficiencies, where possible, and increase coordination. These actions will also provide an incentive that encourages multi-purpose projects with many partners, especially for projects that meet Colorado's water values, such as enhanced conservation and efficiencies. In addition to the Water Plan, the state and federal permitting partners will develop a handbook detailing the status quo and an updated joint review process. The following actions are needed to support these efforts:

1. The CWCB will host a series of lean events with relevant permitting agencies and stakeholders to examine current processes and determine how to make them more efficient and effective. Specifically, the lean events will examine how to eliminate redundant review efforts, reduce duplication of technical methods, and increase clarity on the required technical elements, as well as coordinate assessment methodology.

2. In partnership with local, state, and federal agencies, the DNR will coordinate the development of a permitting, certification, and mitigation handbook to reflect the updated permitting process.

3. State agencies with permitting authority will actively participate as cooperating agencies from the outset of the regulatory process, and will encourage parallel processes.

4. Where more than one agency has jurisdiction over a particular issue, the agencies will work together to identify a lead state agency, and a memorandum of understanding will be agreed to by both agencies to assist in the coordination.

5. The State of Colorado will explore options for adding CDPHE and DNR staff and other resources to support a more efficient and effective permitting process.

6. State and federal partners will work together to encourage cooperation through the CAWS MOU process, which factors in conservation as a demand-reducer.

7. State agencies with permitting authority will work with local governments and stakeholders to determine how Colorado will express support for or rejection of a project at the appropriate time during the review process in order to encourage the completion of the federal permit process in a timely manner.

8. In order to encourage stakeholder work prior to a project proponent applying for a federal permit, CWCB will serve as or fund an impartial facilitator between stakeholders as part of pre-application work when requested by a project proponent.

9. The State will coordinate with federal partners to determine if there are opportunities to improve the federal permitting process that stem out of the BIPs or efficiencies identified by the lean process.

## 9.5 Outreach, Education, and Public Engagement

### ACTIONS

Colorado's Water Plan sets a measurable objective of significantly improving the level of public awareness and engagement on water issues statewide by 2020. Colorado's Water Plan also sets a measurable objective of engaging Coloradans statewide in an educational

---

[a] CPW is funded primarily through the sale of hunting and fishing licenses, parks passes and permits, and the receipt of associated federal parks and wildlife funds. All real property interests, including water rights, purchased with wildlife cash, parks cash, or associated federal funds, are required to be used only for parks and wildlife purposes. See sections 33-1-112(1), 117, 118, and 119, 33-9-107 and 109, 33-10-108(1), 111, 112, and 113, C.R.S.; see also 16 U.S.C. 669 to 669i, 16 U.S.C. 777 to 777l, and 16 U.S.C. -660l-4 to 660l-11. As such, there is limited ability to use such water rights for any purpose other than the originally intended parks and wildlife purposes. Any secondary or shared uses must be consistent with, and not otherwise impair, the water rights' originally intended parks and wildlife purposes.

BLM_0065400

challenge to create innovative solutions to address at least 5 water challenges identified by CWCB that should to be addressed by 2030. Based on the analysis this section presents, the CWCB makes the following recommendations, which will enhance Colorado's water outreach, education, and public engagement and advance the water supply planning process.

1. **Create a new outreach, education, and public engagement grant fund:** As part of the funding package Section 9.2 discusses, the DNR will evaluate a new outreach, education, and public engagement grant fund, which the CWCB would administer through the basin roundtables. Specific attributes of the grant fund could include the following:

   ❖ Similar to WSRA funds, these funds could be available for eligible outreach, education, and public engagement projects that meet specific CWCB-developed criteria and guidelines that align with Colorado's Water Plan goals.

   ❖ The funds could be considered for the proposed outreach, education, and public engagement projects already outlined in the BIPs and each basin roundtable's PEPO Education Action Plan.

   ❖ Guidelines could prioritize grants dedicated to projects that assist the basin roundtables with communication, outreach, and public education efforts related to issues that Colorado's Water Plan or the BIPs addressed.

   ❖ Guidelines could stress the importance of measuring success and targeting specific audiences and approaches, and could include other education and outreach best practices that lead to successful public engagement.

2. **Create a data-based water education plan:** Over the next two years, the CWCB will create a data-based water education plan by:

   ❖ Conducting a survey to update the Water Education Task Force Report, which assessed water education programs across the state.

   ❖ Determining critical gaps in water education, both geographically and topically.

3. **Improve the use of existing state resources:** The CWCB:

   ➧ Will work with stakeholders to identify five water challenges that Colorado's innovation community could help solve, develop an award program, and engage Coloradans in the challenge.

      ➧ Will work with Colorado's innovation community, education and outreach experts, research institutions, and the Governor's Colorado Innovation Network (COIN) to address Colorado's water challenges with innovation and "outside the box" creativity.

   ➧ Will incorporate education and outreach components in the WSRA grant criteria and guidelines.

   ➧ Will initiate efforts to improve coordination between state agencies on outreach and education activities. This will include the development of performance metrics and a database to track efforts.

   ➧ Intends to foster continued engagement of the Water Education Task Force and use the network of existing water educators in a coordinated fashion to educate the various and diverse audiences in Colorado.

## Chapter 11 Updating Colorado's Water Plan

### ACTIONS

1. The CWCB will work with other state agencies, the basin roundtables, and the people of Colorado to update Colorado's Water Plan, beginning no later than 2020.

2. The CWCB will develop guidelines for Basin Roundtable WSRA grants to help facilitate the implementation of the BIPs.

---

[1] P. Brandhuber, S. Craig, T. Thomure, Considering the Implementation of Direct Potable Reuse in Colorado (2015).

[2] P. Brandhuber, S. Craig, T. Thomure, Considering the Implementation of Direct Potable Reuse in Colorado (2015).

[3] Committee on Transportation and Infrastructure of the House of Representatives – Panel on Public-Private Partnerships, Public Private Partnerships: Balancing the needs of the public and private sectors to finance the nation's infrastructure (2014), http://transportation.house.gov/uploadedfiles/p3_panel_report.pdf.

[4] Colorado Water Conservation Board, Statewide Water Supply Initiative 2010, 37. http://cwcb.state.co.us/water-management/water-supply-planning/Documents/SWSI2010/SWSI2010.pdf.

BLM_0065401

# A report to concerned parties on the taxonomy and conservation of the San Rafael milkvetch (*Astragalus rafaelensis* M.E. Jones) and Grand Junction milkvetch (*Astragalus linifolius* Osterh.) (Fabaceae).

**Joseph Statwick**
University of Denver, Department of Biology
and Denver Botanic Gardens, Department of Research and Conservation

**Jennifer Ramp Neale**
Denver Botanic Gardens, Department of Research and Conservation

**Anna Sher**
University of Denver, Department of Biology

Corresponding Author: Jennifer Ramp Neale
909 York St, Denver, CO 80206
nealejr@botanicgardens.org

BLM_0065402

**Summary:**

Rare, narrowly endemic species are of conservation concern not only because of their small population sizes and limited habitat, but also because of an assumed lack of genetic diversity. We examined the microsatellite genetic diversity within and between two rare, cryptic sister species of selenium hyperaccumulators, *Astragalus rafaelensis* M.E. Jones and *Astragalus linifolius* Osterh. (Fabaceae), the latter of which is a questionable taxon. When geographic distance between populations is accounted for, the two species are not genetically distinct. We therefore propose that *Astragalus linifolius* be subsumed into *Astragalus rafaelensis*, which has taxonomic priority. Additionally, the morphological characteristics that have been proposed in the past to separate these species appear to fall along a continuum, rather than forming discrete separation between regions or genetic clusters, and likely represent regional variation. The newly combined species has a substantially larger population size than either species did individually, but is still known from fewer than 30 reliably documented locations overall. We recommend that the populations in the San Rafael Swell of Utah be considered a unique management unit because of geographic isolation from the populations in Colorado. Nonetheless, diversity within populations is relatively high and inbreeding is low, so conservation concern for this species should focus on minimizing current and future threats to its limited habitat.

BLM_0065403

**Table of Contents:**

**INTRODUCTION:** ...................................................................................................**4**

*History and Taxonomy* ........................................................................................ *4*
    Figure 1: *Astragalus rafaelensis* ......................................................................4
    Figure 2: Known and sampled occurrences..........................................................6
    Table 1: Study Sites ..........................................................................................7
    Table 2: Morphological characteristics.................................................................8
*Life history, reproduction, and genetics*................................................................ *8*
*Conservation status*............................................................................................ *10*
*Study aims*......................................................................................................... *11*

**METHODS:** .........................................................................................................**12**

*Field Collection* ................................................................................................. *12*
*DNA Extraction and Genotyping*........................................................................ *13*
*Genetic Analysis*................................................................................................ *14*
*Morphological characters* ................................................................................... *16*

**RESULTS:** ..........................................................................................................**17**

*Genetic structure*................................................................................................ *17*
    Figure 3: Principal Coordinates Analyses ..........................................................19
    Figure 4: Cluster analysis .................................................................................20
    Figure 5: STRUCTURE groupings.....................................................................20
    Table 3: AMOVA table ....................................................................................21
*Evidence for two species?* .................................................................................. *21*
*Inbreeding and genetic diversity*......................................................................... *22*
    Table 4: Summary statistics...............................................................................23
*Morphological characters* ................................................................................... *23*
    Figure 6: Histogram of calyx tooth lengths.........................................................24

**DISCUSSION:** .....................................................................................................**25**

TAXONOMY ............................................................................................................ 25
*Genetic considerations*....................................................................................... *25*
*Morphological characters* ................................................................................... *27*
    Figure 7: Close-up of pods ...............................................................................28
CONSERVATION ....................................................................................................... 29
*Inbreeding and genetic diversity*......................................................................... *29*
*Reliability of known occurrences* ....................................................................... *30*
*Threats to known occurrences of A. rafaelensis s.l.*.............................................. *32*
    Figure 8: A mature *Astragalus rafaelensis* .......................................................34

**ACKNOWLEDGEMENTS:** .................................................................................**35**

**SUPPLEMENTARY FIGURES AND TABLES:** ...............................................**39**

    Table S1: Loci and PCR conditions ...................................................................39
    Table S2: Pairwise matrices ..............................................................................40
    Figure S1: STRUCTURE diagram......................................................................42

BLM_0065404

**Introduction:**

*History and Taxonomy*

     *Astragalus rafaelensis* M. E. Jones (Fabaceae), or the San Rafael milkvetch, is a selenium hyperaccumulator first described in 1923 from a location in the eponymous San Rafael Swell in Utah (Jones, 1923). As a drought adapted species, its leaflets are usually absent, with most leaves reduced to a tough, naked rachis. The browned stems and leaves from previous years' growth form a prominent thatch at its base. Its typical papilionaceous flowers are white, tinged with pink-purple, and its woody pods are ~1.5cm long (Barneby, 1964) (Figure 1).



Figure 1: *Astragalus rafaelensis* growing in the San Rafael Swell in Utah, with close-up of flowers (inset). The plant is growing on a steep embankment of sparsely vegetated seleniferous soil. The flowers are primarily white, with pale pink tinges, particularly on the tip of the banner and the base of the wings. The keel tip is a darker pink-purple, as in *A. linifolius*. The tan stems at the base are growth from the previous year, and the grey stems hidden below those are from older years.

4

BLM_0065405

In 1928, five years after *A. rafaelensis* was described, *Astragalus linifolius* Osterh., or the Grand Junction milkvetch, was described. Its type location is near Grand Junction, Colorado, about 150 kilometers due east of the type location of *A. rafaelensis*, which was the only location known at the time. *Astragalus linifolius* is nearly identical in appearance to *A. rafaelensis*, even to the trained eye, but *A. linifolius* was described as having white flowers, with just a purple tipped keel—lacking the pink-purple tinges of *A. rafaelensis* (Osterhout, 1928).

Both species are in the *pectinati* section of *Astragalus*, which is made up exclusively of selenium hyperaccumulators (Barneby, 1964). Both are thought to be closely related to *Astragalus toanus* M. E. Jones, which ranges from northern Arizona through Nevada to eastern Oregon, including a few populations in northwest Utah, and does not overlap with *A. rafaelensis* or *A. linifolius* (Barneby, 1964; Welsh, 2007; SEINet). *Astragalus rafaelensis* and *A. linifolius* are also thought to be closely related, although somewhat less so, to *Astragalus saurinus* Barneby, which occurs only in northeastern Utah, near Dinosaur National Monument, and does not co-occur with *A. rafaelensis, A. linifolius,* or *A. toanus* (Barneby, 1964; Welsh, 2007; SEINet). Since all four species are allopatric and morphologically similar, it is possible that all four represent "phases of a single, discontinuously dispersed species" (Barneby, 1964). Still, *A. toanus* and *A. saurinus* are somewhat more morphologically distinct (Barneby, 1964), and not considered questionable taxa by NatureServe (2015), so we have not examined them herein, although it may be warranted to examine them in the future.

Few additional locations of either species (deemed "element occurrences" by NatureServe and the Colorado Natural Heritage Program (CNHP), herein "occurrences" for short) were discovered for nearly 50 years after the two species were described. From the late 1970s through mid-1980s, however, there was an explosion of newly discovered occurrences of

BLM_0065406

*A. rafaelensis* and *A. linifolius*, bringing the combined number of occurrences from three to almost 30 (SEINet), and essentially codifying the distributions as they are known today (Figure 2). However, many of the individuals and occurrences, particularly along the Dolores River, Colorado, despite generally being called *A. rafaelensis*, have been alternately and contrarily identified as *A. linifolius* or even hybrids between the two (Welsh, 2007; Weber and Wittmann, 2012; CNHP, 2013) (Table 1).



Figure 2: Known and sampled occurrences of *Astragalus linifolius* (blue) and *Astragalus rafaelensis* (orange), which are endemic to Western Colorado and Eastern Utah (inset). There are three main, disjunct regions in which the species grow, the San Rafael Swell in Utah (westernmost occurrences), the Dolores River Valley (central occurrences), and the Gunnison River Valley (easternmost occurrences). Plants west of the Uncompahgre Plateau, in the San Rafael Swell and the Dolores River Valley, have been typically regarded as *A. rafaelensis*, while those east of the Uncompahgre Plateau, along the Gunnison River Valley, are typically regarded as *A. linifolius*. However, plants along the Dolores River Valley are often morphologically ambiguous, and have been variously identified as both species and/or as hybrids, hence several blue sites in that area that largely overlap with orange sites. The locations in Colorado are based on CNHP tracked occurrences, and the locations in Utah are inferred occurrences based on UNHP point observations and SEINet herbarium specimens. Numbered occurrences are those that were sampled in this study.

BLM_0065407

Table 1: Study Sites. Tissue was collected from n individuals at each site. *A priori* species designations were based on Colorado and Utah Natural Heritage Program identification of the occurrences. The type locations for both species were described only in general terms, so the exact locations are unknown.

| Site | Location | n | *a priori* Species | Notes and Alternative IDs |
|------|----------|---|--------------------|---------------------------|
| 4210 | Gunnison River | 30 | *A. linifolius* | |
| 5893 | Gunnison River | 3 | *A. linifolius* | |
| 8267 | Gunnison River | 3 | *A. linifolius* | Possible *A. linifolius* type location |
| 8423 | Gunnison River | 26 | *A. linifolius* | |
| 9263 | Gunnison River | 30 | *A. linifolius* | |
| 14908 | Gunnison River | 30 | *A. linifolius* | |
| 4331 | Dolores River | 5 | *A. rafaelensis* | Is possibly *A. linifolius* (CNHP, 2013) |
| 6368 | Dolores River | 30 | *A. rafaelensis* | |
| 7630 | Dolores River | 30 | *A. rafaelensis* | Is *A. linifolius* (Welsh, 2007) |
| 8004 | Dolores River | 1 | *A. rafaelensis* | Includes *A. linifolius* and hybrids (CNHP, 2013) |
| 9127 | Dolores River | 21 | *A. rafaelensis* | |
| 3828 | San Rafael Swell | 35 | *A. rafaelensis* | |
| 28883 | San Rafael Swell | 30 | *A. rafaelensis* | Possible *A. rafaelensis* type location |

Morphological traits other than flower color have been proposed to delineate between the two species, but taxonomic keys do not always agree on what these traits are and sometimes even disagree with the original species descriptions (Table 2). Commonly, *A. linifolius* is recognized as having erect pods, distinct from the reflexed pods on *A. rafaelensis* (Table 2). Also, some authors indicate that the calyx teeth on *A. linifolius* are unequivocally longer than those of *A. rafaelensis*, yet other authors either omit calyx teeth, or indicate that the ranges of tooth sizes largely overlap (Table 2).

Per Axel Rydberg (1929) considered *A. linifolius* a synonym of *A. rafaelensis*, although he did provide any justification. In contrast, C. L. Porter (1951) considered *A. linifolius* (but not *A. rafaelensis*) synonymous with *A. toanus* on the basis of its erect pods, even though *A. toanus* generally has purple flowers that are darker still than those of *A. rafaelensis,* and quite unlike the white flowers of *A. linifolius* (Barneby, 1964). *Astragalus linifolius* was then reinstated by Barneby (1964), since it appeared to be "at least varietally distinct", albeit with the caveat that "*A. linifolius* is so poorly known that reflections on its taxonomic status have little value". When

7

BLM_0065408

Welsh (2007) revised the North American species in the genus, he kept *A. linifolius*, arguing that

more recent herbarium collections do not necessarily contradict the two-species arrangement.

Table 2: The morphological characteristics of *A. rafaelensis* and *A. linifolius* according to the original species descriptions (Jones and Osterhout), systematic treatments of the genus (Barneby and Welsh), and well-regarded Colorado state floras (Weber & Wittmann and Ackerfield). *Osterhout neglected to mention pod orientation in his formal description of *A. linifolius* in 1928, but his field note on a specimen collected in 1921 (before either species had been described) stated that the plant seemed unique in that the pods were "not upright on the stem" as they are in *A. toanus*.

| Authority | Key Characters | Species | Flowers | Pod Orientation | Calyx teeth |
|---|---|---|---|---|---|
| Jones (1923) | - | *A. rafaelensis* | light-purple or white and tinged with pink, scattered | reflexed | 2mm |
| Osterhout (1928) | - | *A. linifolius* | white, keel with a small purple tip | not upright* | 2mm |
| Barneby (1964) | flower color, pod orientation, calyx teeth | *A. rafaelensis* | pink-purple, the wing-tips paler or white | declined or deflexed | 0.8mm |
| | | *A. linifolius* | white, the keel with a small purple tip | erect | 1.4-2.8mm |
| Welsh (2007) | flower color, pod orientation | *A. rafaelensis* | pale pink-purple | deflexed | 1.1-2.1mm |
| | | *A. linifolius* | white, keel tip pink purple | erect | 1.1-2.8mm |
| Weber and Wittmann (2012) | pod orientation | *A. rafaelensis* | white or pale purple | declined or deflexed | - |
| | | *A. linifolius* | white, with purple spot on keel | erect or ascending | - |
| Ackerfield (2015) | pod orientation, calyx teeth | *A. rafaelensis* | Pink-purple with white wing tips or white with a purple-tipped keel | pendulous (at least some) | 0.8-1mm |
| | | *A. linifolius* | white with a purple-tipped keel | ascending-erect | 1.5-2mm |

*Life history, reproduction, and genetics*

Both *A. rafaelensis* and *A. linifolius* have similar ecologies and life history strategies.

Both are drought-adapted perennials that hyperaccumulate selenium, and both can be found

alongside the common plants of the Colorado Plateau, like piñon, juniper, rabbitbrush,

sagebrush, and saltbush, as well as other selenium specialist plants, including other *Astragalus*

8

BLM_0065409

hyperaccumulators and *Stanleya pinnata* Pursh (Barneby, 1964; CNHP, 2013). Their hyperaccumulation habit likely protects them from herbivory and disease, as well as increases their growth (Statwick *et al.*, 2016), although it probably does not improve their drought tolerance (Statwick, Unpublished Data). They are consequently confined to soils with elevated selenium, either on or very near seleniferous strata (Beath *et al.*, 1939). While *Astragalus* hyperaccumulators seem to grow adequately, if less robustly, on non-seleniferous soils in the greenhouse, they do not appear to do so in the wild, perhaps for ecological reasons (Statwick *et al.*, 2016).

　　These species likely have naturally low levels of gene flow between populations. In the rare European species *Astragalus exscapus* L., 90% of seeds are dispersed less than 50cm from the parent plant (Becker, 2010). There is little reason to suspect that *A. rafaelensis* or *A. linifolius* would behave differently, as both have pods that dehisce while still attached to the plant (Barneby, 1964). The small, smooth seeds are also unlikely to be animal dispersed, through either epizoochory or endozoochory. Although seeds from the non-seleniferous *Astragalus cicer* L. can remain viable after passing through the digestive system of a cow, their germination rate decreases substantially, to less than 3% within the first year (Willms *et al.* 1995). In addition, the seeds of *A. rafaelensis* and *A. linifolius* are unlikely to be ingested in the first place. Selenium compounds cause taste aversion in grazing livestock (Pfister *et al.*, 2010), and rightly so—just 16 grams of dry leaves of the very closely related hyperaccumulator *A. bisulcatus* is sufficient to kill a sheep within a few hours of ingestion (Trelease and Trelease, 1937). The fruits of *Astragalus* hyperaccumulators, in addition to being woody, contain even more selenium than the leaves (Freeman *et al.*, 2006). *Astragalus linifolius* seems to be pollinated mostly by a narrow suite of

BLM_0065410

native bees with relatively small foraging ranges (Karron, 1987). The plants are self-compatible and mildly autogamous (Karron, 1989).

The low levels of seed and pollen dispersal should theoretically result in high levels of inbreeding, as well as high degrees of structuring within and across populations. Surprisingly, Karron *et al.* (1988) found that the three occurrences of *A. linifolius* he knew of at the time had more polymorphism among allozyme loci and a lower inbreeding coefficient ($F_{IS}$) than expected, especially given how rare the species was thought to be. However, given that inbreeding depression was apparent in experimentally selfed crosses, Karron hypothesized that the species maintains low $F_{IS}$ values through strong selection against inbred individuals (Karron, 1989).


*Conservation status*

With 28 documented occurrences in Utah and western Colorado, *A. rafaelensis* is ranked as G2/G3 (globally vulnerable to imperiled) by NatureServe (2015), although it was most recently reviewed in 2002, and at that time, the most recent documented visit to any of the occurrences in Utah had been in 1985. *Astragalus rafaelensis* is a Tier 2 Plant of Greatest Conservation Need on the Colorado Parks and Wildlife State Wildlife Action Plan (2015). The Action Plan lists the primary threats to *A. rafaelensis* as habitat shifting, habitat alteration, and increased drought, all largely due to climate change; *A. rafaelensis* is ranked as Extremely Vulnerable (the highest possible designation) on the Climate Change Vulnerability Index (CPW, 2015). Additionally, the Action Plan lists the lack of information about the complete distribution and population status as a potential threat to *A. rafaelensis*. According to The State of Colorado's Biodiversity (Rondeau, 2011), *A. rafaelensis* is "Moderately Conserved", and moderately threatened by development and the maintenance of roads and bridges.

10

BLM_0065411

Similarly, NatureServe (2015) lists *A. linifolius* as a G3Q species (globally vulnerable, but questionable taxonomy), based on data last reviewed in 1998. There are 21 documented occurrences, all within approximately 800km$^2$ in western Colorado. Rondeau (2011) lists the potential threats to *A. linifolius* as grazing, invasive weeds, motorized vehicles, and insect larvae infestations.

Both species are Colorado Bureau of Land Management (BLM) sensitive species.

*Study aims*

Our aims in this study were twofold. Our first aim was to use genetic data to resolve the taxonomic confusion surrounding these species. To do so, we examined the patterns of genetic structure across the entire ranges of both species and evaluated whether they support the current taxonomic arrangement or suggest an alternative arrangement. We also examined the morphological traits typically used to identify these species and whether they correlate with any genetically identified clusters. Our second aim was to quantify the genetic diversity within and among occurrences of both species, in order to inform both threat assessment and management decisions. Additionally, we comment on the potential conservation threats we observed in the field when collecting specimens.

11

BLM_0065412

**Methods:**

*Field Collection*

In Colorado, an occurrence was equivalent to an element occurrence as tracked by the Colorado Natural Heritage Program. In Utah, occurrences were inferred based on point observations from the Utah Natural Heritage Program and herbarium specimens from SEINet. We collected leaf and stem tissue from 13 occurrences of *A. rafaelensis* (7 sites) and *A. linifolius* (6 sites) (Table 1, Figure 2). When considering only non-historical occurrences (those occurrences which have been verified extant in the last 20 years), we visited almost three quarters and collected tissue at half of them. Between one and 35 individuals were collected per occurrence (Table 1). We avoided collecting tissue from a plant growing less than 1m from another one we had already sampled, unless there were fewer than 30 individuals present. In that case, we collected tissue from every available individual. We stored the tissue in individually sealed coin envelopes within plastic bags filled with silica gel.

All Colorado collections were made in June of 2013. Fruits were used as the identifying character for most plants, allowing for differentiation of *A. rafaelensis* and *A. linifolius* from similar congenerics; the species are sympatric with at least four other *Astragalus* (and other legume species) that have a superficially similar growth habit. Utah collections were made in May of 2015, while most plants had flowers and some had fruit. Vouchers and photos were taken at each occurrence to ensure accurate identification, and are deposited at the Kathryn Kalmbach Herbarium (KHD: Denver Botanic Gardens).

12

BLM_0065413

*DNA Extraction and Genotyping*

We extracted DNA from approximately 50 mg of dried tissue using a GenCatch™ Plant Genomic DNA purification kit (Epoch Life Sciences, Texas, USA). We chose to use microsatellites for our taxonomic aims in addition to our population genetic aims because traditional phylogenetic markers (chloroplast, ITS, etc.) show low bootstrap support and insufficient resolution for all but the most basal of infrageneric clades in *Astragalus* (Wojciechowski, 2005, Scherson et al., 2008). We screened and optimized the 17 microsatellite loci described for *Astragalus holmgreniorum* Barneby in King et al. (2012). Nine of the 17 loci were chosen for genotyping based upon preliminary optimization. Six loci showed reliable amplification and sufficient polymorphism when visualized by capillary electrophoresis, and are included in the analyses presented here (Table S1).

We ran 10 μl PCRs on Mastercycler proS thermal cyclers (Eppendorf, Hamburg, Germany) using conditions largely as established by King et al. (2012). We used universal primer complexed dyes (Applied Biosystems DS-33 dye set, Foster City, CA, USA) to visualize fragments, so we tagged the forward or reverse locus primer with an additional 5' universal primer (Table S1). We reduced the concentration of the tagged primer to 0.025 μl per reaction and added an additional 0.25 μl of the universal primer complexed dye. This prompted us to reoptimize the annealing temperature, MgCl2, and BSA concentrations of the reactions, maintaining a 10μl total reaction volume (Table S1). We used Taq and standard buffer from New England Biolabs (Ipswitch, MA, USA) and primers supplied by IDT (Coralville, IA, USA). The amplified PCR products were multiplexed into panels of three loci and run on an Applied Biosystems 3730 Sequencer with HiDi formamide and Liz500 ladder by the DNAlab at Arizona State University. Occurrences were arranged within plates such that each plate contained at least

13

BLM_0065414

one occurrence from each putative species, to eliminate plate-based pseudoreplication artifacts.

Data were scored in duplicate using PeakStudio v2.2

(http://fodorlab.uncc.edu/software/peakstudio) and Geneious v6.0.6 (Biomatters Limited,

Aukland, NZ).

*Genetic Analysis*

We used a series of independent analyses to determine genetic structure across the

sampled occurrences. We created pairwise distance matrices of $F_{ST}$ (the relative proportion of the

total genetic variation explained by population structure), Nei's standard genetic distance $D$ (an

estimate of the absolute divergence between populations), and geographic distance (great circle

distance in km) using GenAlEx v6.501 (Peakall and Smouse, 2006). Using these matrices, we

performed Principal Coordinates Analyses (PCoA) (a multivariate ordination method to view the

similarity between occurrences) using the ape package (http://CRAN.R-project.org/project=ape)

in R (http://www.R-project.org). We visualized the PCoA data using the ggplot2 package

(http://CRAN.R-project.org/project=ggplot2), with 95% confidence ellipses created with the

ellipse package (http://CRAN.R-project.org/project=ellipse). We also analyzed the distance

matrices with an average linkage, Unweighted Pair Group Method with Arithmetic Mean

(UPGMA), cluster analysis (a method of grouping occurrences by similarity and dissimilarity)

using the vegan package (http://CRAN.R-project.org/project=vegan) in R.

We performed Bayesian cluster analysis using STRUCTURE v2.3.4 (Pritchard et al.,

2000), which determines a) given K genetic groups, which individuals align with which groups,

irrespective of occurrence and b) how much admixture there is within individuals. We ran this

analysis with five independent runs at each K with iterations of 10,000 for burn in and 100,000

14

for run length, for Ks of 1 to 14. The optimum K value was determined in duplicate with

STRUCTURE HARVESTER (Earl and vonHolt, 2012) and the CLUMPAK beta (Kopelman et

al., In Press).

In order to statistically compare the groupings identified by PCoA, cluster analysis, and

STRUCTURE, as well as the *a priori* species groupings, we used Analysis of Molecular

Variance (AMOVA) in Arlequin (Excoffier and Lischer, 2010), using 1000 permutations per

test. AMOVA is conceptually similar to ANOVA in that it can test whether there is a significant

difference between two or more groups, but it compares its test statistic to a permuted statistical

distribution rather than an idealized one.

To determine the relationship between geography and genetic distance and structuring,

we examined the correlation between geographic distance and genetic distance (i.e. the matrices

we created in GenAlEx, above) using the Mantel test, which is a linear regression of pairwise

distance matrices that compares the test statistic to a permuted statistical distribution. We also

used the Partial Mantel test (which tests the relationship between two variables after correcting

for a third) to examine whether the genetic clusters we identified explained patterns of genetic

distance, after taking geographic distance into account. We did both analyses using the vegan

package in R with 1000 permutations per test.

Finally, in order to understand the levels of diversity, inbreeding, and uniqueness within

occurrences and genetic clusters, we calculated occurrence and genetic cluster summary statistics

using GenAlEx (Peakall and Smouse, 2006).

Since four of our occurrences had five or fewer individuals each and are therefore

unlikely to be statistically representative samples, we excluded them from most analyses, but

included them in STRUCTURE, which considers individuals independently and does not use

BLM_0065416

occurrence as a prior by default. Nonetheless, because STRUCTURE may be less accurate when subpopulations are sampled unevenly (Puechmaille, 2016), we separately ran STRUCTURE with the small populations excluded, and the results were quantitatively and qualitatively similar (data not shown), so we present the full dataset here. Geographic location was not used as a factor in any analysis except mantel testing.

*Morphological characters*

In order to assess the amount of morphological variation between and within the species and the extent to which that variation mirrors the *a priori* species and genetic clusters, we measured the length of five haphazardly selected calyx teeth from each of 47 individual plants, collected from across the range of the species. We measured 22 *A. rafaelensis* and 25 *A. linifolius* plants. The measurements were made on herbarium specimens collected between 1915 and 2015, including holotypes for both *A. rafaelensis* and *A. linifolius*.

Of the 15 specimens from the Dolores River valley, 11 specimens were identified by their collectors as *A. rafaelensis*, while four others were identified as *A. linifolius*, either presumably or explicitly on the basis of pure white flower color. *A. linifolius* specimens from this region are sometimes considered to be "misidentified" *A. rafaelensis* plants, but this gave us the opportunity to investigate whether flower color and calyx tooth length are correlated.

Ten specimens were housed at KHD and were measured using digital calipers, alongside the three voucher specimens we collected in Utah for this study. The remaining 37 specimens were housed at the Intermountain Herbarium at Utah State University (UTC, n=15), the University of Arizona Herbarium (ARIZ, n=1), and the Rocky Mountain Herbarium at the University of Wyoming (RM, n=21). High-resolution digital images of these 37 specimens were

16

BLM_0065417

measured using the measure tool in ImageJ v1.49 (https://imagej.nih.gov/ij/). There was no difference between measurement methods either overall (P=0.89) or within species (P=0.45, P=0.76, respectively), so we analyzed the data from the two methods together.

We analyzed all calyx tooth data using mixed liner models in JMP v.11.0 using individual plant as a random effect.

**Results:**

*Genetic structure*

In short, the conventional, *a priori* scheme (Figure 2) is not supported by our genetic analyses. Instead, the data indicate two genetic clusters, but those clusters largely align by state.

Principal Coordinates Analyses of pairwise $F_{ST}$ and Nei's $D$ values (Table S2) both show that the 95% confidence intervals for *A. linifolius* fall almost entirely within the confidence intervals for *A. rafaelensis* (Figures 3A, 3C). Confidence intervals by state, on the other hand, do not overlap (Figures 3B, 3D). In other words, *A. linifolius* is not different from *A. rafaelensis* by this analysis, but Colorado individuals are different from Utah individuals. These same state-wise groupings were also identified by cluster analysis of $F_{ST}$ and $D$ values; *A. rafaelensis* occurrences in Colorado were more similar to *A. linifolius* occurrences than they were to *A. rafaelensis* occurrences in Utah (Figure 4). The very high cophenetic correlation coefficients of the cluster analyses ($F_{ST}$ $c$=0.92, $D$ $c$=0.92) indicate that the dendrograms are fidelitous models of the relationships between occurrences. It is worth noting that by both PCoAs and Cluster Analyses, Colorado's *A. rafaelensis* occurrences are often even more similar to *A. linifolius* occurrences than they are to each other.

BLM_0065418



Figure 3: Principal Coordinates Analyses of $F_{ST}$ (top, A and B) and Nei's $D$ (bottom, C and D) values with 95% confidence ellipses. The left panels (A and C) show confidence ellipses for the *A priori* species clusters, with *Astragalus linifolius* in blue and *Astragalus rafaelensis* in orange. The right panels (B and D) show confidence ellipses by state, with Colorado in blue and Utah in orange.

BLM_0065419



Figure 4: Average linkage cluster dendrograms of $F_{ST}$ (top) and Nei's $D$ (bottom) values. Occurrences that have historically been considered *A. linifolius* are highlighted in blue, while occurrences historically considered *A. rafaelensis* are highlighted in orange. Both dendrograms show that Colorado's *A. rafaelensis* occurrences (6368, 7630, and 9127) are more similar to *A. linifolius* occurrences than they are to Utah's *A. rafaelensis* occurrences (3828 and 28883).

The individuals we collected were grouped into two genetic clusters according to our STRUCTURE results; STRUCTURE HARVESTER and CLUMPAK each detected a probable K of two (DeltaK=197.1 for both). Instead of grouping the individuals by their *a priori* designations, the clusters group the individuals largely by state. There is considerable admixture between clusters, with 30.7% of all individuals showing a >10% mixed genetic signature, and 49% of Colorado individuals showing a >10% Utah signature (Figure S2). Nine of the eleven Colorado occurrences show a >10% Utah signature, as do five of the seven occurrences with >20

19

BLM_0065420

individuals. The most western Colorado occurrence in particular, 6368, shows a majority Utah

signal in STRUCTURE (Figure 5).



Figure 5: STRUCTURE groupings of sampled occurrences. Each pie chart represents one occurrence, with the blue portion representing proportional identity with Colorado genotypes and the orange portion representing proportional identity with Utah genotypes. The area of each circle is proportional to the square root of the number of individuals sampled at that site.

We used AMOVA to compare the different *a priori* and *post hoc* occurrence clusters

identified by this study (Table 4). When we clustered the occurrences into the *a priori*

conventional scheme of *A. linifolius* east of the Uncompahgre Plateau and *A. rafaelensis* west of

it (Figure 2) we find no significant difference between groups. We do find significant

differences, however, when we compare either PCoA and cluster analysis groupings (Colorado

vs. Utah) or STRUCTURE groupings (Colorado except 6368 vs. Utah plus 6368). By AMOVA,

although both models are statistically significant, the state-wise groupings explain a higher

proportion of variation than do STRUCTURE groupings (Table 4), indicating that clustering

occurrences by state is a better model for the genetic data.

20

BLM_0065421

Table 3: AMOVA table of different occurrence clustering schemes for the sampled occurrences. In the *a priori* species scheme, "*A. linifolius*" occurrences in the Gunnison River valley are compared to "*A. rafaelensis*" occurrences in the Dolores River valley and the San Rafael Swell (Figure 2). In the STRUCTURE groups scheme, occurrences were grouped into clusters based on their majority genotype assignment in the STRUCTURE results (Figure 5). In the Colorado vs. Utah scheme, occurrences in Colorado were compared to occurrences in Utah, as indicated by PCoA and cluster analysis (Figures 3 and 4). The $F_{CT}$ value reported here is the proportion of the overall variation that is explained by the clusters, with a larger number indicating a better model of the data.

| Test | d.f. | Sum of squares | $F_{CT}$ | Significance |
|---|---|---|---|---|
| *a priori* species | 1 | 28.513 | 0.019 | P=0.26 |
| STRUCTURE | 1 | 55.918 | 0.087 | P<0.05 |
| Colorado vs. Utah | 1 | 66.816 | 0.135 | P<0.05 |

*Evidence for two species?*

None of our four independent tests of genetic structuring (PCoA, cluster analysis, STRUCTURE, and AMOVA) supported the *a priori* species clusters, and instead they supported genetic groups by state. Therefore, we investigated whether the state-wise genetic pattern we observed was still compatible with a two-species model (*A. rafaelensis* in Utah and *A. linifolius* in Colorado) or whether this pattern is better explained by one species with a disjunct distribution. We detected a very strong and significant signature of isolation-by-distance between occurrences for both pairwise $F_{ST}$ and Nei's *D* values (r=0.88, P<0.01; r=0.91 P<0.01; respectively) through Mantel testing. We found no significant difference between inter-state and intra-state comparisons by Partial Mantel testing for either $F_{ST}$ or Nei's *D* (r=0.21, P=0.30; r=0.26 P=0.11; respectively) when geographic distance was the covariate, meaning that geographic distance alone is sufficient to explain the genetic difference between states.

21

BLM_0065422

*Inbreeding and genetic diversity*

All of the occurrences we surveyed had similar levels of inbreeding and genetic diversity (Table 5). The inbreeding coefficient was less than 0.15 for all but one of the occurrences, 8423, which had the highest genetic diversity by every other metric. The standard error of the inbreeding coefficient overlapped zero for six of the nine occurrences, indicating no statistically significant inbreeding. The three remaining occurrences whose standard errors did not overlap zero (8423, 9263, and 6368) were otherwise among the most diverse. Genetic diversity, in terms of average number of alleles per locus, effective number of alleles per locus, and Shannon Index, was generally highest in the northernmost occurrences in Colorado and lowest in the southernmost occurrences, with the two occurrences in Utah being roughly intermediate in diversity. Most occurrences had few private alleles (less than one per locus, on average), meaning little uniqueness at the individual occurrence level. The only two occurrences with more than one private allele per locus were 8423, the most diverse occurrence overall, and 6368, the Westernmost occurrence we tested in Colorado.

Because none of our clustering methods supported the *a priori* species, we herein present our diversity levels instead by state, which our genetic structuring methods identified as significantly different clusters. Diversity levels were quite similar between states (Table 5). Utah, with only two occurrences, had only marginally lower numbers for total alleles, effective alleles, and Shannon index than Colorado, with its many occurrences. However, Utah's plants had only 1.2 alleles per locus that were unique to the state as compared to the 8.2 of Colorado, although individual occurrences in both states had similar numbers of private alleles.

BLM_0065423

Table 4: Table of occurrence and statewide summary statistics as calculated by GenAlEx. All of the summary statistics were calculated independently per locus by occurrence and then averaged across loci, which is reported here alongside the standard error of the mean. States were calculated separately, as singular entities, rather than a sum or an average of their constituent occurrences. Na is the number of unique alleles. Ne is the number of effective alleles, calculated as the reciprocal of the Simpson index. I is the allelic diversity as calculated by the Shannon index. Ho is observed heterozygosity and He is expected heterozygosity, calculated as one minus the Simpson index. F is the inbreeding coefficient, calculated as one minus the ratio of observed to expected heterozygosity. PA is the number of private alleles, i.e. the number of alleles possessed by that occurrence and no other occurrences.

| Occurrence | | Na | Ne | I | Ho | He | F | PA |
|---|---|---|---|---|---|---|---|---|
| 4210 | Mean | 6.167 | 3.500 | 1.251 | 0.526 | 0.603 | 0.092 | 0.667 |
| | SE | 1.352 | 0.677 | 0.289 | 0.114 | 0.127 | 0.128 | 0.333 |
| 8423 | Mean | 7.833 | 5.220 | 1.544 | 0.493 | 0.672 | 0.221 | 1.167 |
| | SE | 2.072 | 1.422 | 0.352 | 0.085 | 0.116 | 0.079 | 0.477 |
| 9263 | Mean | 6.333 | 3.290 | 1.306 | 0.562 | 0.631 | 0.143 | 0.167 |
| | SE | 1.229 | 0.516 | 0.217 | 0.099 | 0.089 | 0.090 | 0.167 |
| 14908 | Mean | 5.833 | 4.283 | 1.330 | 0.595 | 0.618 | 0.044 | 0.167 |
| | SE | 1.470 | 1.176 | 0.333 | 0.141 | 0.133 | 0.077 | 0.167 |
| 6368 | Mean | 7.333 | 3.161 | 1.338 | 0.516 | 0.625 | 0.149 | 1.500 |
| | SE | 1.783 | 0.490 | 0.227 | 0.079 | 0.076 | 0.105 | 1.147 |
| 7630 | Mean | 4.167 | 2.439 | 0.925 | 0.408 | 0.482 | 0.067 | 0.167 |
| | SE | 0.601 | 0.494 | 0.215 | 0.094 | 0.113 | 0.125 | 0.167 |
| 9127 | Mean | 4.333 | 2.274 | 0.959 | 0.519 | 0.504 | -0.038 | 0.500 |
| | SE | 0.615 | 0.287 | 0.179 | 0.095 | 0.094 | 0.051 | 0.224 |
| Colorado | Mean | 9.500 | 4.314 | 1.506 | 0.484 | 0.653 | 0.225 | 8.167 |
| | SE | 2.262 | 0.954 | 0.302 | 0.071 | 0.112 | 0.071 | 2.638 |
| 3828 | Mean | 5.667 | 3.430 | 1.249 | 0.569 | 0.613 | 0.036 | 0.500 |
| | SE | 1.022 | 0.661 | 0.242 | 0.088 | 0.106 | 0.062 | 0.224 |
| 28883 | Mean | 4.833 | 3.298 | 1.232 | 0.534 | 0.640 | 0.130 | 0.667 |
| | SE | 0.703 | 0.484 | 0.180 | 0.091 | 0.083 | 0.118 | 0.494 |
| Utah | Mean | 7.167 | 3.649 | 1.410 | 0.538 | 0.675 | 0.190 | 1.167 |
| | SE | 0.792 | 0.598 | 0.171 | 0.073 | 0.065 | 0.094 | 0.477 |

*Morphological characters*

The range of variation we measured in calyx teeth was considerable. The average plant had calyx teeth that averaged 1.52 mm long but ranged from 1.16–1.88 mm. For 20% of the plants, the largest tooth was more than 1 mm larger than the smallest tooth, and three plants (one from each geographic region) spanned more than 1.3 mm between the smallest and largest tooth. The range of variation we found in tooth size within a single plant alone was greater than most of the published ranges for either species in its entirety (Table 2).

BLM_0065424



Figure 6: Histogram of calyx tooth lengths of *Astragalus linifolius* (blue, n=125) and *Astragalus rafaelensis* (orange, n=110), with inset of *A. linifolius* calyx, demonstrating the high degree of variation in calyx tooth length within a single individual (Photo courtesy of Lori Brummer, CNHP 1997+). There was a significant difference in calyx tooth length between species (P<0.01), with the mean size in *A. linifolius* being larger than in *A. rafaelensis*, largely due to the right skew. However, all *A. rafaelensis* teeth fall within the range of variation of *A. linifolius*.

The calyx tooth ranges we measured were substantially larger than the more conservative ranges published, and even marginally larger than Welsh's more broad ranges (Table 2). Individuals of *A. rafaelensis* had teeth that ranged from 0.71–2.20 mm, while those from *A. linifolius* ranged from 0.71–3.25 mm (or 0.85–3.25 mm if we exclude Dolores River valley plants that were potentially *A. rafaelensis* plants "misidentified" as *A. linifolius*). However, just five individual teeth in *A. linifolius* (from just two plants) exceeded the 2.8 mm maximum cited by Barneby (1964) and Welsh (2007). The mean tooth length for *A. rafaelensis*, 1.32 mm, was

24

BLM_0065425

slightly but significantly shorter than that of *A. linifolius* at 1.69 mm (P<0.01, F=10.09, df=1) (Figure 6). Similarly, there was a slight but significant difference in calyx tooth length between the clusters identified by our genetic analyses, with plants from Utah having smaller teeth than those from Colorado (1.24 mm and 1.60 mm, respectively, P<0.01, F=10.09, df=1).

Notably, there was no significant difference between the calyx teeth of plants from the Dolores River valley that had previously been identified as *A. rafaelensis* and those identified as *A. linifolius* (P=0.96).

**Discussion:**

Taxonomy

*Genetic considerations*

The four independent methods used to assess genetic structure within the species (PCoA, cluster analysis, STRUCTURE, and AMOVA) are all in agreement that a) there are two main genetic clusters within the sampled occurrences and b) these two genetic clusters closely correspond to the Colorado and Utah groups of occurrences, not the *a priori* species. Although STRUCTURE assigned the western-most Colorado occurrence to the Utah cluster, PCoA, cluster analysis, and AMOVA all place it in the Colorado cluster. All four analyses agree that the occurrences in Colorado are not statistically different from one another. The occurrences in Utah are somewhat distinct from those in Colorado according to all four analyses, but according to the partial Mantel test, there is no difference between states once geographic distance is accounted for. Thus, because geographic distance alone is statistically sufficient to explain the difference between states, there is no need to invoke additional reproductive isolating barriers to explain the

25

BLM_0065426

genetic structuring we observed. In other words, the structure we observed matches what would be expected for one disjunct species, rather than two isolated species.

Furthermore, our $F_{ST}$ overall of 0.23, even when including both Utah and Colorado collections, is well within the range found in other species of *Astragalus*. The narrow endemic *Astragalus albens* Greene has a very low overall $\theta_P$ (~$F_{ST}$) of 0.01 (via allozymes), although the entire species inhabits an area less than 23km across (Neel, 2008). Similarly, the US federally endangered *Astragalus holmgreniorum* Barneby has an only somewhat higher $F_{ST}$ of 0.09 (via microsatellites) across a range less than 25km in diameter (King et al., 2012). By comparison, the two *A. rafaelensis* occurrences in the San Rafael Swell alone are more than 26km apart and have a pairwise $F_{ST}$ of 0.10. On the other hand, the ultra-rare Grand Canyon endemic *Astragalus cremnophylax* Barneby *var. cremnophylax* has a staggeringly high overall $F_{ST}$ of 0.44 (via AFLPs) for a species that spans less than 18km (Travis et al., 1996). The critically endangered Spanish species *Astragalus nitidiflorus* Jiménez & Pau has an $\theta_{ST}$ of 0.26 (via ISSRs) across an area hardly more than 3km in diameter (Vicente et al. 2011). The somewhat more widespread Idaho endemic *Astragalus oniciformis* Barneby has an $F_{ST}$ of 0.113 (via ISSRs) across its roughly 80 kilometer range (Alexander et al., 2004), while the comparative generalist *Astragalus filipes* Torr. ex A. Gray has a species-wide AFLP $F_{ST}$ of 0.27 across populations up to 1350 km apart (Bushman *et al.*, 2010). The total overall $F_{ST}$ of 0.23 we observed is thus unremarkable within the genus, especially given the relatively broad span of roughly 225 kilometers between the most distant occurrences.

Although the Utah occurrences are moderately and significantly different from those in Colorado, those differences are fully accounted for by geographic distance, which alone explains more than 75% of the variance in genetic difference between all occurrences. Therefore, we

26

recommend that *A. linifolius* be subsumed into *A. rafaelensis*. Henceforth in this document, we will refer to the historical, conventional species as *A. rafaelensis s.s.* (*sensu stricto*) (for all plants west of the Uncompahgre Plateau) and *A. linifolius* (for all plants east of the Uncompahgre Plateau). We will refer to the combination of both *A. rafaelensis s.s.* and *A. linifolius* as *A. rafaelensis s.l.* (*sensu lato*).

*Morphological characters*

Based on the type specimen descriptions, only one morphological characteristic separated *A. linifolius* from *A. rafaelensis s.s.*: flower color (Jones, 1923; Osterhout, 1928). Both pod orientation and calyx tooth length were more recently proposed, although both are somewhat contested among leading authorities (Table 2). The primary character, flower color, is problematic in both its subjectiveness and its patchy distribution. Although pink-purple may seem easily discernable from white, many *A. rafaelensis s.s.* plants have flowers that are "barely colored", and so pale pink as to be nearly white, even in the heart of the San Rafael Swell in Utah (Jones, 1923) (Figure 1). Particularly along the Dolores River in Colorado, at least several occurrences have both individuals with pure white flowers and individuals with pink-purple flowers growing together in the same occurrence (Table 1) (SEINet, CNHP, 2013).

The second trait, pod orientation, also appears to be problematic. Most authorities generally claim that *A. linifolius* has strictly upright pods while *A. rafaelensis* has strictly reflexed pods (Table 2). However, many plants, particularly (but not exclusively) along the Dolores River, have both erect and reflexed pods on the same plant. In fact, even a few plants on the east side of the plateau, in what has generally been thought of as strict *A. linifolius* habitat, have some reflexed pods (Statwick, personal observation, Figure 7). Still, perhaps the most

BLM_0065428

damning evidence against this characteristic is actually Osterhout's initial field description of the pods of *A. linifolius* as "not upright" (SEINet).



Figure 7: Close-up of pods from *Astragalus linifolius* observed at site 14908, just ~15km south of the type location in Grand Junction. *A. linifolius* is generally considered to have strictly erect pods, but this particular individual and others in the area have both erect and reflexed pods (indicated by *). Similarly, many plants in the Dolores River valley have both erect and reflexed pods on the same plant.

Finally, the third trait, calyx tooth length, does have a significantly different mean between *A. rafaelensis s.s.* and *A. linifolius*. However, we feel that this is a classic case of when statistical significance does not correspond to biological significance. Because the range of tooth sizes for *A. rafaelensis s.s.* falls almost entirely within the range of variation for *A. linifolius* (even excluding potentially "misidentified" specimens), this trait is not a useful keying characteristic. Of the specimens we measured, more than 83% of individual calyx teeth and 56% of plants - including both holotypes - fall into the overlap zone and thus are morphologically

28

BLM_0065429

ambiguous by this trait alone. Oddly enough, the *A. linifolius* holotype actually has calyx teeth that, at 1.26 mm on average, are slightly smaller than those of the *A. rafaelensis* holotype, at 1.40 mm. Also, this trait, even if it were a good character, is in conflict with flower color, as the herbarium specimens collected along the Dolores River valley which have been identified as *A. linifolius* on the basis of color have calyx teeth that are no different from purple flowered individuals from the same region.

In short, pure white flowers exist west of the Uncompahgre Plateau, pods can be both erect or reflexed (or both) on either side of the plateau, and calyx teeth are marginally longer in the eastern populations, but with substantial overlap in sizes. Thus, there appears to be no single morphological trait or combination of morphological traits that discretely delineates between the *a priori* species. Also, no traits discriminate between the genetically identified clusters of Colorado and Utah. Thus, we believe that the white flowers, erect pods, and slightly longer calyx teeth characteristic of what has been called *A. linifolius* represent continuous regional variation within *A. rafaelensis s.l..* The species can therefore have white to light pink-purple flowers, erect or pendulant pods, and calyx teeth from less than 1mm to more than 3mm.

Given this range of morphological variation within *A. rafaelensis s.l.*, we recommend that *A. toanus* and *A. saurinus* also be examined in the future, to determine whether they should still be considered distinct species or reduced to varieties or subspecies of *A. toanus.*

Conservation

*Inbreeding and genetic diversity*

Plants are generally considered moderately inbred when their inbreeding coefficients exceed 0.25 (Ritland 1996). Only three occurrences had $F_{IS}$ values significantly greater than

BLM_0065430

zero, even then, the largest inbreeding coefficient was 0.22. Since the three occurrences with non-zero inbreeding coefficients also happen to be among the most diverse, it is possible that these high $F_{IS}$ values are not a symptom of inbreeding, but rather an indication of a lack of Hardy-Weinberg equilibrium due to gene flow and/or mutation. New alleles introduced to the occurrence via one of these mechanisms would quickly increase the genetic diversity of the occurrence, but also the $F_{IS}$, at least for the first few generations when a new allele would be limited to a novel plant and its offspring.

Thus, inbreeding seems not to be an immediate concern for any of the occurrences we sampled, and populations are likely genetically stable in the short to medium term. Because we would not necessarily predict such high diversity and low inbreeding given the known range and life history of the species, it is possible that the species is much more abundant than it appears.


*Reliability of known occurrences*

While we collected tissue from less than a third of the 49 total occurrences of *A. rafaelensis s.l.* according to NatureServe (2015), it is likely that this reported number is substantially inflated. For *A. linifolius*, several occurrences are suspect. The description for the type location – "Hills approximately 6 miles across the Colorado River from Grand Junction" - is vexingly vague, and is likely to be a duplicate of one of the other, more recently documented occurrences in the area, such as site 8267. A second occurrence, in Dominguez Canyon, was both discovered and last seen in 2010. It had just nine individuals at the time and was in a very atypical habitat (a damp, wooded floodplain rather than a dry and sparsely vegetated slope) (CNHP, 2013). Since we did not find any evidence of an occurrence at that location, it is possible that this was an ephemeral occurrence, temporarily established by one of the larger, well known

30

BLM_0065431

occurrences further up the canyon. Also, four of the historical occurrences of *A. linifolius* are located along the Dolores river, and have generally been considered to be "misidentified" *A. rafaelensis s.s.* (Figure 2). Only one of the four is not already sympatric with other tracked *A. rafaelensis s.s.* occurrences, so unfortunately this does little to bolster the known range *A. rafaelensis s.l.* Thus, all told, there are likely 15 or possibly 16 occurrences of what has been called *A. linifolius*, rather than 21.

Occurrence numbers of *A. rafaelensis s.s.* are likely overestimated as well. In particular, the 21 known occurrences in Utah are based on point observation records, rather than mapped occurrences (as in Colorado), and most of the records seem to be identifying the same two locations. Similarly, many of the collection location descriptions of herbarium specimens do not match the georeferenced locations, such that four specimens from the same collector with nearly identical descriptions are georeferenced to four different locations as much as 100km apart (SEINet, 2015). After careful consideration and some field verification of the records, we think that there are no more than three (or perhaps four, if one were to split the two sub-occurrences of 3828 into separate occurrences) known occurrences in Utah, including one along the Dolores River, barely across the border from Colorado. Combined with the eight known occurrences in Colorado (including those "misidentified" as *A. linifolius*), there are only 11 reliably documented occurrences of *A. rafaelensis s.s.*, rather than 28.

Since we are recommending that *A. linifolius* be subsumed into *A. rafaelensis s.l.*, the known number of occurrences increases to approximately 26 (from 11 for *A. rafaelensis s.s.*), but is substantially less than the 49 recognized by NatureServe (2015), and even less than the 28 that were previously thought to exist for *A. rafaelensis s.s.* alone. We are optimistic that there are other undocumented occurrences, at least along the Uncompahgre Plateau and within the San

31

BLM_0065432

Rafael Swell, which may bolster the size, if not the range, of the species. Based on geology and topography, there is likely to be substantial suitable habitat for this species that remains largely inaccessible and thus unexplored. Also, several non-georeferenced herbarium records have vague descriptions that seem to indicate the possibility of one or more additional occurrences within the San Rafael Swell. We did explore a few known seleniferous areas in the southern half of the San Rafael Swell and along the Poison Strip, halfway between the San Rafael Swell and Dolores River valley occurrences, but found no *Astragalus rafaelensis,* despite finding other seleniferous *Astragalus* and *Stanleya* species.

*Threats to known occurrences of A. rafaelensis s.l.*

We observed several potential threats to the current and future viability of *A. rafaelensis* occurrences when collecting tissue from these occurrences.

The occurrences within Colorado are mostly relatively remote and inconspicuous. Many of the occurrences are only accessible via current and former access roads for ranching and/or uranium and vanadium mining, and then often only with a high-clearance 4WD vehicle. Furthermore, the occurrences are often a distance off the road on a footpath. Still, continued ranching, mining, and natural gas extraction will likely pose an ongoing threat to at least some occurrences. In addition, outdoor recreation such as camping, hiking, and OHV use may pose a threat to certain Colorado occurrences, particularly those in the Cactus Park zone of the Dominguez-Escalante National Conservation Area. We observed a number of plants in close proximity to dirt roads, trails, and dispersed campsites in this area.

A few occurrences, particularly along the Dolores River and immediately south of Grand Junction, are adjacent to paved roads. However, these occurrences are generally on steep washes

32

BLM_0065433

or embankments, and are not close to towns or other landmarks that would encourage spontaneous visitors. Although inadvertent foot traffic through these areas is probably minimal, illegal dumping and/or littering appears to be at least a minor issue at a few sites.

In the San Rafael Swell, occurrences are readily accessible to the public. The smaller occurrence, 28883, is likely less threatened. Although it occurs in a gully that runs parallel and immediately adjacent to a road, that road is rougher and less frequently traveled than many of the others within the Swell, and the occurrence is not near any tourist landmarks. The larger occurrence, which spans several proximate canyons, including Calf Canyon, Buckhorn Wash, and the Little Grand Canyon, has considerably more evidence of threat. It is near the San Rafael Campground, the Paleolithic rock art in Buckhorn Wash, and other geologic formations that attract visitors. The individuals in Calf Canyon are near OHV trails and dispersed campsites. Those in Buckhorn Wash are bordering one of the well-traveled roads in the Swell (Figure 8). The plants in the Little Grand Canyon are immediately adjacent to a footpath with evidence of heavy hiker and cattle traffic. They are also within meters of tamarisk thickets (*Tamarix sp.*) and the soil near the tamarisk is visibly crusted with evaporite salts, although the *A. rafaelensis* are typically upslope from the salt accumulation. On the other hand, the hydrological conditions that create evaporite salts may simultaneously enrich soil bioavailable selenium concentrations, perhaps creating a more favorable habitat for *A. rafaelensis* (Statwick and Sher, 2016), at least in the short term.

Despite evidence of cattle ranching at or near several occurrences throughout the range of *A. rafaelensis*, grazing is unlikely to be a substantial threat. Because of its seleniferous habit, the plant is malodorous, unpalatable, and extremely toxic (Trelease and Trelease, 1937). Trampling is likely to be a bigger threat than grazing, although the plants can be more than half a meter tall

BLM_0065434

and are rather tough and fibrous. Given the choice, hikers, grazers, and OHVs are more likely to go around the plants than over them, but some incidental trampling is probable, particularly in high traffic areas.



Figure 8: A mature *Astragalus rafaelensis* individual (indicated by arrow) growing in very close proximity to a well-traveled road in the San Rafael Swell, Utah. Despite its exposed location, this plant is likely quite old, given the very substantial thatch at the base of the plant from previous years' growth (indicated by *).

Invasive plants, particularly *Bromus tectorum* L. or cheatgrass, are present at many of the sites, even some of those that appear relatively undisturbed otherwise. Given the known ecosystem engineering capabilities of some invasive species, particularly the intensification of fire by cheatgrass and the salinification of soil by tamarisk, we suspect that the proliferation of invasive species, especially as facilitated by humans and livestock, is a primary threat to the

34

BLM_0065435

species. Fortunately, the seleniferous habitat of *A. rafaelensis* makes it less likely that invasive plants will be able to outcompete it on its native seleniferous soils. The soils are already stressful or toxic to generalist plants, but *Astragalus* hyperaccumulators seem able to further toxify the soil by exuding highly bioavailable forms of organic selenium from their roots, possibly acting as a form of competitive inhibition or elemental allelopathy (El Mehdawi *et al.*, 2012). Nonetheless, altered landscape-scale ecosystem processes may still negatively affect the species.

Climate change is considered a serious threat to all of the species and habitats within Colorado (CPW, 2015). As a drought adapted species, *A. rafaelensis* may be less vulnerable to changing precipitation regimes. However, since *A. rafaelensis,* like other hyperaccumulators, seems to be endemic to seleniferous soils, it may not have the ability to move up in elevation or latitude as the climate warms. Still, there is evidence that other edaphic endemics have endured substantial climate change with little or no change in range, perhaps because such endemics are much more sensitive to soil than they are to climate (Douglas *et al.*, 2011).

**Acknowledgements:**

We would like to thank Alex Dvorak and Anna Williams, who each made substantial contributions to this project, both in the field and in the laboratory. We would also like to thank our additional laboratory assistants Lisa Clark, Graham Frank, Nathan Kingsley, Jullie Ngo, and Margarita Salazar, and our field assistants Grace Johnson and Christina Szabados. We thank Carol Dawson and Anna Lincoln with the BLM in Colorado and Ronald Bolander and Dana Truman with the BLM in Utah for assistance with permitting and site access. We also thank Jill Handwerk at CNHP and Robert Fitts and Sarah Lindsey at UNHP for providing occurrence records. We thank Melissa Islam at DBG, Mary Barkworth and Michael Piep at USU, George Ferguson at UA, and Ernie Nelson at UW for providing herbarium specimens. We thank Jennifer Ackerfield at CSU and Stanley L. Welsh at BYU for their input on morphological characters. We thank Scott Bingham at ASU for genotyping support and Mitchell McGlaughlin at UNC for assistance with microsatellite troubleshooting. We thank Michelle DePrenger-Levin at DBG for R support. Finally, we would like to thank the members of the DU organismal biologists group who reviewed this report. This work was supported by funding from the University of Denver Pustmeuller Fellowship, Summer Undergraduate Fellowship, and Graduate Studies Dissertation Fellowship; Denver Botanic Gardens; and the Bureau of Land Management.

35

BLM_0065436

## References cited:

Ackerfield, J., 2015. Flora of Colorado, 1st ed. Botanical Research Institute of Texas Press, Forth Worth, TX.

Alexander, J.A., Lison, A., Popovich, S.J., 2004. Genetic deiversity of the narrow endemic Astragalus oniciformis (Fabaceae). American journal of botany 91, 2004–2012.

Anacker, B.L., Whittall, J.B., Goldberg, E.E., Harrison, S.P., 2010. Origins and consequences of serpentine endemism in the California flora. International journal of organic evolution 65, 365–376. doi:10.1111/j.1558-5646.2010.01114.x

Barneby, R.C., 1964. Atlas of North American Astragalus. The New York Botanical Garden, Bronx, NY.

Becker, T., 2010. Explaining Rarity of the Dry Grassland Perennial Astragalus exscapus. Folia Geobotanica 45, 303–321. doi:10.1007/s12224-010-9068-3

Branco, S., Ree, R.H., 2010. Serpentine soils do not limit mycorrhizal fungal diversity. PloS one 5, e11757. doi:10.1371/journal.pone.0011757

Bushman, B.S., Bhattarai, K., Johnson, D. a., 2010. Population structures of Astragalus filipes collections from western North America. Botany 88, 565–574. doi:10.1139/B10-033

Cecchi, L., Coppi, A., Selvi, F., 2011. Evolutionary dynamics of serpentine adaptation in Onosma (Boraginaceae) as revealed by ITS sequence data. Plant Systematics and Evolution 297, 185–199. doi:10.1007/s00606-011-0506-3

Colorado Natural Heritage Program. 1997+. Colorado Rare Plant Guide. www.cnhp.colostate.edu. Latest update: June 30, 2014.

Colorado Natural Heritage Program. 2013. Biodiversity Tracking and Conservation System. Colorado State University, Ft. Collins, CO. Data exported March 2013.

Colorado Parks and Wildlife. 2015. State Wildlife Action Plan: A Strategy for Conserving Wildlife in Colorado. Denver, Colorado.

Douglas, N. A, Wall, W. A, Xiang, Q.-Y.J., Hoffmann, W. A, Wentworth, T.R., Gray, J.B., Hohmann, M.G., 2011. Recent vicariance and the origin of the rare, edaphically specialized Sandhills lily, Lilium pyrophilum (Liliaceae): evidence from phylogenetic and coalescent analyses. Molecular ecology 20, 2901–2915. doi:10.1111/j.1365-294X.2011.05151.x

Earl, D.A, VonHoldt, B.M., 2012. STRUCTURE HARVESTER: a website and program for visualizing STRUCTURE output and implementing the Evanno method. Conservation Genetics Resources 4, 359–361. doi:10.1007/s12686-011-9548-7

El Mehdawi, A.F., Cappa, J.J., Fakra, S.C., Self, J., Pilon-Smits, E.A.H., 2012. Interactions of selenium hyperaccumulators and nonaccumulators during cocultivation on seleniferous or nonseleniferous soil--the importance of having good neighbors. The New phytologist 194, 264–77. doi:10.1111/j.1469-8137.2011.04043.x

Excoffier, L., Lischer, H.E.L., 2010. Arlequin suite ver 3.5: a new series of programs to perform population genetics analyses under Linux and Windows. Molecular ecology resources 10, 564–7. doi:10.1111/j.1755-0998.2010.02847.x

BLM_0065437

Fine, P.V., Mesones, I., Coley, P.D., 2004. Herbivores promote habitat specialization by trees in Amazonian forests. Science (New York, N.Y.) 305, 663–5. doi:10.1126/science.1098982

Freeman, J.L., Zhang, L.H., Marcus, M.A, Fakra, S., McGrath, S.P., Pilon-Smits, E.A.H., 2006. Spatial imaging, speciation, and quantification of selenium in the hyperaccumulator plants Astragalus bisulcatus and Stanleya pinnata. Plant physiology 142, 124–34. doi:10.1104/pp.106.081158

Jones, M.E., 1923. Revision of North-American species of Astragalus. Salt Lake City, Utah.

Karron, J.D., 1987. The Pollination Ecology of Co-occurring Geographically Restricted and Widespread Species of Astragalus (Fabaceae). Biological Conservation 39, 179–193.

Karron, J.D., 1989. Breeding systems and Levels of Inbreeding Depression in Geographically Restricted and Widespread Species of Astragalus (Fabaceae). American journal of botany 76, 331–340.

Karron, J.D., Linhart, Y.B., Chaulk, C.A., Robertson, C.A., 1988. Genetic Structure of Populations of Geographically Restricted and Widespread Species of Astragalus (Fabaceae). American journal of botany 75, 1114–1119.

King, T. L., Springmann, M. J., Young, J.A., 2012. Tri- and tetra-nucleotide microsatellite DNA markers for assessing genetic diversity, population structure, and demographics in the Holmgren milk-vetch (Astragalus holmgreniorum). Conservation Genetics Resources 4, 39–42. doi:10.1007/s12686-011-9468-6

Kopelman, N.M., Mayzel, J., Jakobsson, M., Rosenberg, N., Mayrose, I., 2015. Clumpak: a program for identifying clustering modes and packaging population structure inferences across K. Molecular ecology resources 15, 1179–91. doi:10.1111/1755-0998.12387

Mayland, H., James, L., Panter, K.E., Sonderegger, J.L., 1989. Selenium in seleniferous environments. Soil Science Society of America Journal 23, 15–50.

NatureServe. 2015. NatureServe Explorer: An online encyclopedia of life [web application]. Version 7.1. NatureServe, Arlington, Virginia. Available http://explorer.natureserve.org. (Accessed: April, 2016)

Neel, M., 2008. Patch connectivity and genetic diversity conservation in the federally endangered and narrowly endemic plant species Astragalus albens (Fabaceae). Biological Conservation 141, 938–955. doi:10.1016/j.biocon.2007.12.031

Osterhout, G.E., 1928. New Plants from Colorado. Bulletin of the Torrey Botanical Club 55, 75–76.

Porter, C.L., 1951. *Astragalus and Oxythropis [i.e. Oxytropis] in Colorado*. University of Wyoming Publications, Laramie, WY.

Pritchard, J.K., Stephens, M., Donnelly, P., 2000. Inference of population structure using multilocus genotype data. Genetics 155, 945–59.

Puechmaille, S.J., 2016. The program STRUCTURE does not reliably recover the correct population structure when sampling is uneven: sub-sampling and new estimators alleviate the problem. Molecular Ecology Resources. DOI 10.1111/1755-0998.12512

Ritland, K., 1996. Inferring the genetic basis of inbreeding depression in plants. Genome 39, 1–8.

BLM_0065438

Rondeau, R., K. Decker, J. Handwerk, J. Siemers, L. Grunau, and C. Pague. 2011. The state of Colorado's biodiversity. Prepared for The Nature Conservancy by the Colorado Natural Heritage Program, Colorado State University, Fort Collins, Colorado

Rydberg, P.A. 1929. (Rosales), Fabaceae, Galagae (pars). *North American Flora*, Volume 24, Part 5. p. 287. New York Botanical Garden, Bronx, NY.

Sanderson, M.J., Doyle, J.J., 1993. Phylogenetic Relationships in North American Astragalus ( Fabaceae ) Based on Chloroplast DNA Restriction Site Variation. Systematic Botany 18, 395–408.

SOUTHWEST ENVIRONMENTAL INFORMATION NETWORK, SEINet - Arizona Chapter. 2012-2016. http//:swbiodiversity.org/seinet/index.php. Accessed from September 2012 to March 2016, n.d.

Springer, Y.P., 2010. Do extreme environments provide a refuge from pathogens? A phylogenetic test using serpentine flax. American journal of botany 96, 2010–2021. doi:10.3732/ajb.0900047

Statwick, J., Majestic, B.J., Sher, A.A., 2016. Characterization and benefits of selenium uptake by an Astragalus hyperaccumulator and a non-accumulator. Plant and Soil. doi:10.1007/s11104-016-2842-0

Statwick, J. & Sher, A.A. 2017. Selenium in soils of western Colorado. Journal of Arid Environments, 137, 1–6.

Travis, S.E., Maschinski, J., Keim, P., 1996. An analysis of genetic variation in Astragalus cremnophylax var. cremnophylax, a critically endangered plant, using AFLP markers. Molecular ecology 5, 735–745.

Trelease, S.F., Trelease, H.M., 1937. Toxicity to Insects and Mammals of Foods Containing Selenium. American journal of botany 24, 448–451.

Tuomisto, H., Poulsen, A.D., 1996. Influence of edaphic specialization on pteridophyte distribution in neotropical rain forests. Journal of Biogeography 23, 283–293.

Vicente, M.J., Segura, F., Aguado, M., Migliaro, D., Franco, J. a., Martínez-Sánchez, J.J., 2011. Genetic diversity of Astragalus nitidiflorus, a critically endangered endemic of SE Spain, and implications for its conservation. Biochemical Systematics and Ecology 39, 175–182. doi:10.1016/j.bse.2011.03.005

Weber, W.A., Wittmann, R.C., 2012. Colorado Flora: Western Slope, A Guide to the Vascular Plants, 4th ed. University Press of Colorado, Boulder, CO.

Welsh, S.L., 2007. North American Species of Astragalus Linnaeus (Leguminosae): A Taxonomic Revision, 1st ed. Stanley L. Welsh Herbarium, Provo, UT.

Willms, W.D., Acharya, S.N., Rode, L.M., 1995. Feasibility of using cattle to disperse cicer milkvetch (Astragalus cicer L.) seed in pastures. Canadian Journal of Animal Science 75, 173–175.

Wojciechowski, M.F., 2005. Astragalus (Fabaceae): A molecular phylogenetic perspective. Brittonia 57, 382–396. doi:10.1663/0007-196X(2005)057

38

BLM_0065439

**Supplementary Figures and Tables:**

Table S1: The loci and modifications to PCR conditions used in this study. The primers and standard PCR conditions are described in King et al. (2012). Because we used universal primer complexed dyes to visualize our fragments, we added universal primer tags to the 5' end of either the forward (F) or reverse (R) primer for each locus.

| Locus | Anneal Temp °C | MgCl µl | BSA µl | Tag |
|---|---|---|---|---|
| AhoA1 | 68 | 0.8 | 0 | CAGT – F |
| AhoA2 | 61 | 0.8 | 0 | T7 – F |
| AhoD108 | 53 | 0.5 | 0.06 | M13R – R |
| AhoD128 | 53 | 0.8 | 0 | M13R – R |
| AhoD136 | 61 | 1 | 0.06 | CAGT – R |
| AhoD147 | 61 | 1.5 | 0.06 | T7 – F |

Table S2: Pairwise matrices of $F_{ST}$ (top) and $D$ (bottom) values across all sampled occurrences with >20 individuals. The first four occurrences listed (4210-14908) are regarded as *A. linifolius* and were collected in the Gunnison River valley; the next three (6368-9127) are generally regarded as *A. rafaelensis* and were collected in the Dolores River valley; and the final two (3828 and 28883) are regarded as *A. rafaelensis* and were collected in the San Rafael Swell.

| $F_{ST}$ | 4210 | 8423 | 9263 | 14908 | 6368 | 7630 | 9127 | 3828 | 28883 |
|---|---|---|---|---|---|---|---|---|---|
| 4210 | 0.000 | | | | | | | | |
| 8423 | 0.062 | 0.000 | | | | | | | |
| 9263 | 0.059 | 0.059 | 0.000 | | | | | | |
| 14908 | 0.068 | 0.040 | 0.056 | 0.000 | | | | | |
| 6368 | 0.109 | 0.075 | 0.080 | 0.082 | 0.000 | | | | |
| 7630 | 0.119 | 0.087 | 0.112 | 0.083 | 0.123 | 0.000 | | | |
| 9127 | 0.119 | 0.076 | 0.089 | 0.076 | 0.100 | 0.133 | 0.000 | | |
| 3828 | 0.232 | 0.199 | 0.172 | 0.209 | 0.142 | 0.253 | 0.239 | 0.000 | |
| 28883 | 0.181 | 0.170 | 0.172 | 0.158 | 0.144 | 0.219 | 0.205 | 0.101 | 0.000 |

| $D$ | 4210 | 8423 | 9263 | 14908 | 6368 | 7630 | 9127 | 3828 | 28883 |
|---|---|---|---|---|---|---|---|---|---|
| 4210 | 0.000 | | | | | | | | |
| 8423 | 0.296 | 0.000 | | | | | | | |
| 9263 | 0.234 | 0.327 | 0.000 | | | | | | |
| 14908 | 0.267 | 0.163 | 0.225 | 0.000 | | | | | |
| 6368 | 0.458 | 0.366 | 0.390 | 0.316 | 0.000 | | | | |
| 7630 | 0.461 | 0.307 | 0.428 | 0.294 | 0.479 | 0.000 | | | |
| 9127 | 0.550 | 0.333 | 0.352 | 0.307 | 0.364 | 0.484 | 0.000 | | |
| 3828 | 1.224 | 1.146 | 0.763 | 0.973 | 0.557 | 1.080 | 1.062 | 0.000 | |
| 28883 | 1.078 | 1.230 | 1.170 | 0.838 | 0.724 | 1.041 | 1.073 | 0.469 | 0.000 |

BLM_0065440



Figure S1: STRUCTURE diagram of major group output from CLUMPAK. The blue cluster largely predominates the genotype of individuals in Colorado and the orange cluster predominates the genotype of Utah individuals, although many Colorado individuals and collection sites contain substantial Orange signal, particularly 6368, which has a majority orange signal.

BLM_0065441



NREL HOME

## Wind Research
# Wind-Wildlife Impacts Literature Database (WILD)

Search

WILD Home

Printable Version

### Impacts of fences on Greater Sage-Grouse in Idaho: Collision, Mitigation, and spatial ecology

| | |
|---|---|
| Publication Type | Thesis |
| Year of Publication | 2011 |
| Contributors | Stevens, Bryan S., University of Idaho, US - Author |
| Degree | Master of Science |
| Number of Pages | 210 |
| University | University of Idaho |
| City | Moscow, ID |
| Keywords | carcass surveys/searches, collision surveys, mitigation, surrogates |
| Abstract | Conservation concerns over greater sage-grouse (Centrocercus urophasianus; hereafter sage-grouse) have drawn attention to the lack of empirical data on impacts of fences on this species. Research suggests grouse as a group may be vulnerable to collision with anthropogenic infrastructure, and sage-grouse fence collision risk has not been systematically studied in any part of their range. Therefore, I studied sage-grouse fence collision on Idaho breeding areas during spring of 2009 and 2010. I sampled fences within breeding areas to quantify relative collision frequency across the landscape, and conducted field experiments to quantify fence sampling biases and effectiveness of fence marking mitigation methods. |
| Tags | Idaho; Utility Scale; Towers; Grouse; 2011; Thesis |

Google Scholar    BibTex    RTF    Tagged    XML    RIS

Printable Version

---

**Home | About | Help | Suggest a Resource**

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC.

Content Last Updated: July 27, 2018

Need Help?  |  Security & Privacy  |  Disclaimer  |  NREL Home

BLM_0065442

UT_PUB_0650
7.7
09/27/2013

# IMPACTS OF FENCES ON GREATER SAGE-GROUSE IN IDAHO: COLLISION,

# MITIGATION, AND SPATIAL ECOLOGY

A Thesis

Presented in Partial Fulfillment of the Requirements for the

Degree of Master of Science

with a

Major in Wildlife Resources

in the

College of Graduate Studies

University of Idaho

By

Bryan S. Stevens

May 2011

Major Professor: Kerry P. Reese, Ph.D.

BLM_0065443

ii

## AUTHORIZATION TO SUBMIT THESIS

This thesis of Bryan Stevens, submitted for the degree of Master of Science with a major in Wildlife Resources and titled "Impacts of Fences on Greater Sage-grouse in Idaho: Collision, Mitigation, and Spatial Ecology," has been reviewed in final form. Permission, as indicated by the signatures and dates given below, is now granted to submit final copies to the College of Graduate Studies for approval.

Major Professor    _____ Date_____
                        Dr. Kerry P. Reese

Committee
Members            _____ Date_____
                     Dr. John W. Connelly

                   _____ Date_____
                      Dr. Brian Dennis

                   _____ Date_____
                     Dr. Kerri T. Vierling

Department
Administrator      _____ Date_____
                     Dr. Kerry P. Reese

Discipline's
College Dean      _____ Date_____
                     Dr. Kurt Pregitzer

Final Approval and Acceptance by the College of Graduate Studies

                   _____ Date_____
                     Nilsa A. Bosque-Pérez

BLM_0065444

## ABSTRACT

Conservation concerns over greater sage-grouse (*Centrocercus urophasianus*; hereafter sage-grouse) have drawn attention to the lack of empirical data on impacts of fences on this species. Research suggests grouse as a group may be vulnerable to collision with anthropogenic infrastructure, and sage-grouse fence collision risk has not been systematically studied in any part of their range. Therefore, I studied sage-grouse fence collision on Idaho breeding areas during spring of 2009 and 2010. I sampled fences within breeding areas to quantify relative collision frequency across the landscape, and conducted field experiments to quantify fence sampling biases and effectiveness of fence marking mitigation methods.

I used female ring-necked pheasant (*Phasianus colchicus*) carcasses as surrogates for sage-grouse to study survival and detection bias associated with avian fence collision surveys in sagebrush steppe during spring 2009. I randomly placed 50 pheasant carcasses on each of 2 study areas, estimated detection probability during fence-line surveys, and monitored survival and retention of carcasses and their sign over a 31-day period. Survival modeling suggested site and habitat features had little impact on carcass survival, and rapid scavenging resulted in estimated daily survival probabilities that ranged from 0.776-0.812. Survival of all carcass sign varied by location, and daily survival probabilities ranged from 0.863-0.988. Detection probability of carcasses during fence-line surveys was influenced by habitat type and microsite shrub height at the carcass location. Carcasses located in big sagebrush (*Artemisia tridentata*) habitats were detected at a lower rate (0.36) than carcasses in little (*A. arbuscula*) and black sagebrush (*A. nova*) habitats (0.71), and increasing shrub height reduced detection probability. Avian fence collision surveys in sagebrush-steppe should be

BLM_0065445

conducted at $\leq$ 2-week sampling intervals to reduce the impact of sign-survival bias on collision rate estimates.  Researchers should be aware that local vegetation influences detection probabilities, and apply methods to correct for detection probabilities to ensure accurate collision estimates.

I used a stratified cluster sampling design to sample fences in breeding areas (2009: $n$ = 16; 2010: $n$ = 14), quantify fence collision frequency, and estimate fence collision rates across the landscape.  I found 86 sage-grouse collisions over 2 field seasons, and found evidence for spatial variation in fence collision rates across sampling areas (2009: $range$ = 0-5.42 strikes/km; 2010: $range$ = 0-2.63 strikes/km).  Despite variation among sites, landscape scale sage-grouse fence collision rates corrected for detectability were consistent across years (2009: $\bar{x}$ = 0.70 strikes/km; 2010: $\bar{x}$ = 0.75 strikes/km).  These data suggest sage-grouse fence collision during the breeding season was relatively common and widespread, and corroborate previous studies suggesting grouse are susceptible to infrastructure collision.

I collected site-scale data at random and collision fence points, quantified broad-scale attributes of sampling areas using geographic information systems (GIS), and modeled the influence of site and broad-scale features on sage-grouse fence collision.  Discrimination between random and collision fence points using site-scale data suggested collision was influenced by technical attributes of the fences.  Collisions were more common on fence segments bound by steel t-post and > 4 m wide, whereas random points were more common on segments with $\geq$ 1 wooden fence post and widths < 4 m.  Broad-scale modeling suggested probability of collision was influenced by region, topography, and fence density.  Probability of collision presence was greater in the Big Desert and Upper Snake regions, and lower in the

BLM_0065446

Magic Valley.  Increasing terrain ruggedness reduced probability of collision presence, whereas increasing fence length per $km^2$ increased probability of collision.  Broad-scale modeling also suggested collision counts per $km^2$ were influenced by distance to nearest active sage-grouse lek, where increasing distance reduced expected collision counts.  These data suggest 2 km mitigation buffers around leks in high risk areas may be necessary.  However, increasing topographic variation appeared to attenuate the influence of other factors, suggesting high risk areas are most likely at relatively flat sites.

I also conducted a field experiment testing effectiveness of fence marking at reducing sage-grouse collision on high risk breeding areas during spring of 2010.  Using 8 study sites, I experimentally marked 3, 500-m segments of fence at each site using reflective-vinyl markers, with 3, 500-m unmarked control segments at each site, and surveyed study segments 5 times during the lekking season.  Modeling suggested collision count summed over the lekking season was influenced by marking treatment, lek size, and distance to nearest lek.  The top model predicted marking reduced collision counts by 74.0% at the mean lek size and distance from lek.  Increasing lek size and decreasing distance to lek increased expected collision counts.  Although fence marking reduced sage-grouse collision risk, expected collision counts in high risk areas (i.e., maximum lek size = 127, minimum distance = 104 m) were high (unmarked fence = 8.3 birds/500 m/season, marked fence = 2.2 birds/500 m/season), suggesting these fences may require removal to eliminate collisions.  Further, expected collision counts in low risk areas (i.e., minimum lek size = 1, maximum distance = 4,650 m) were very low (unmarked fence = 0.08 birds/500 m/season, marked fence = 0.02 birds/500 m/season), suggesting not all fences require marking mitigation efforts.

BLM_0065447

**ACKNOWLEDGEMENTS**

This project would not have been possible without the work and support of many people.  First I would like to thank my family for their encouragement and support.  I thank my parents for instilling a strong work ethic and value of education in me at young age, and for encouragement and support throughout my education.  I thank my wife Char for unwavering love, support, patience and perseverance during the months spent in the field, and countless evenings and weekends spent working on this project.  Char also aided in presentation slide design using Photoshop and other software programs.

Much of the credit for the success of this project goes to my thesis committee.  I thank my major professor Dr. Kerry Reese for his open-door policy and many discussions on various aspects of this project, ranging from basic sage-grouse ecology to study design and analysis.  I also thank Dr. Reese for providing me the freedom to develop research questions and methods used, and for challenging me to find the management relevance of every topic.  I thank Dr. Jack Connelly for his thorough knowledge of sage-grouse ecology, his excellent attention to detail and editorial skills, and for the freedom to develop this project.  I thank Dr. Brian Dennis for many thoughtful discussions on sampling design and statistical analyses, which improved the scientific rigor of this thesis.  I thank Dr. Kerri Vierling for discussions on avian ecology and issues of scale in ecology.  Lastly, I thank my entire thesis committee for prompt and insightful reviews of thesis chapters that were lengthy at times.

This project would not have been possible without funding provided by Idaho Department of Fish and Game and the United States Bureau of Land Management, or without the valuable support of many agency employees.  Special thanks goes to Dave Musil,

BLM_0065448

fieldwork for this project would have been much more difficult without his logistical expertise, knowledge of the southern Idaho landscape, and support. Special thanks also to Curtis Hendricks for providing field support and housing while working in the Upper Snake region. Many other IDFG employees provided support for this project, including (but not limited to) Randy Smith, Lisa Cross, Regan Berkeley, Ann Moser, and Toby Boudreau. I would also like to thank several individuals at the BLM for addition field and GIS support, including Paul Makela, Theresa Mathis, and Christa Braun.

Several others provided field, financial, or lab support for this project. I would like to thank the entire Reese lab group for insightful discussions on topics ranging from basic ecology to statistical analysis, including Jeremy Baumgardt, Tom Thompson, Dawn Davis, Joel Tebbenkamp, Gifford Gillette, and Lief Wiechman. I would like to thank Marcia Heacker and colleagues at the Smithsonian Institution for aiding in identification of feather samples from collision species I could not readily identify. Dr. Eva Strand provided valuable support with analyses, data sources, and questions about GIS software. My field technicians on this project were excellent, and I thank David Ayers, Mark Szczypinski, and Cory Earle for hard work, accurate data collection, and positive attitudes that made fieldwork enjoyable. Additional funding for this project was provided by the student grants program at the University of Idaho, and chapter 2 would not have been possible without these funds. Lastly, I would like to thank the department of Fish and Wildlife Resources at UI for providing an atmosphere conducive to learning and scholarly research, and both Carrie Barron and Linda Kisha for their kindness and constant willingness to answer questions concerning departmental procedures.

BLM_0065449

## TABLE OF CONTENTS

**Preliminary Pages**................................................................................................i
Title Page........................................................................................................i
Authorization to Submit Thesis...........................................................................ii
Abstract........................................................................................................iii
Acknowledgements.........................................................................................vi
Table of Contents..........................................................................................viii
List of Tables..................................................................................................x
List of Figures..............................................................................................xiii

**Chapter 1.  Thesis Introduction**.........................................................................1
Literature Cited.............................................................................................6

**Chapter 2.  Survival and Detectability Bias of Avian Fence Collision Surveys in
Sagebrush Steppe**........................................................................................10
Introduction.................................................................................................10
Study Area..................................................................................................13
Methods......................................................................................................15
Results........................................................................................................24
Discussion...................................................................................................29
Management Implications.................................................................................33
Acknowledgements.........................................................................................34
Literature Cited.............................................................................................35

**Chapter 3.  Estimating Avian Fence-Collision Rates in Greater Sage-Grouse
Breeding Areas:  A Probability Sampling Approach**.............................................50
Introduction.................................................................................................50
Study Area..................................................................................................52
Methods......................................................................................................53
Results........................................................................................................59
Discussion...................................................................................................63
Management Implications.................................................................................68
Acknowledgements.........................................................................................69
Literature Cited.............................................................................................70

**Chapter 4.  Greater Sage-Grouse Fence Collision:  A Multi-scale Assessment of
Collision Risk as a Function of Site and Broad-Scale Factors**.................................82
Introduction.................................................................................................82
Study Area..................................................................................................85
Methods......................................................................................................86
Results........................................................................................................97
Discussion...................................................................................................102
Management Implications.................................................................................107

Acknowledgements..................................................................................................109
Literature Cited....................................................................................................109

**Chapter 5.  Greater Sage-Grouse and Fences:  an Experimental Test of Fence Marking as a Mitigation Method to Reduce Collision**...................................131
  Introduction......................................................................................................131
  Study Area........................................................................................................134
  Methods............................................................................................................135
  Results..............................................................................................................145
  Discussion.........................................................................................................150
  Management Implications.................................................................................157
  Acknowledgements...........................................................................................158
  Literature Cited................................................................................................159

**Appendix A:  Models of Hypothetical Collision Sign Survival Tested**...........180

**Appendix B:  Models of Hypothetical Collision Sign Detectability Tested**...................182

**Appendix C:  Length of Fence Sampled by Site During Spring of 2009 and 2010**.......184

**Appendix D:  Site and Broad Scale Covariates Tested and Their Justification**............185

**Appendix E:  Correlation of Broad Scale Model Covariates**..........................188

**Appendix F:  Broad Scale Logistic Regression Models Tested**.......................189

**Appendix G:  Broad Scale Zero-Inflated Poisson Regression Models Tested**..............191

**Appendix H:  Fence Marking Logistic Regression Models Tested**.................194

**Appendix I:  Fence Marking Zero-Inflated Poisson Regression Models Tested**...........195

**Appendix J:  Animal Care and Use Committee Approval**...............................196

## LIST OF TABLES

### Chapter 2.  Survival and Detectability Bias of Avian Fence Collision Surveys in Sagebrush Steppe

**Table 1.**  Parameters used, and justification for each parameter, in survival and detectability modeling for female pheasant carcasses placed along fences on the Browns Bench and Upper Snake regions of Idaho, during spring 2009................................41

**Table 2.**  Top models of daily survival rate of female pheasant carcasses placed along fences as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, during spring 2009................................42

**Table 3.**  Model averaged estimates of female pheasant carcass daily survival rates on the Browns Bench and Upper Snake regions of Idaho, during spring 2009..........................43

**Table 4.**  Top models of daily survival rate of female pheasant sign placed along fences as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009......................................44

**Table 5.**  Model averaged estimates of female pheasant sign daily survival rates on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.....................45

**Table 6.**  Top logistic regression models of female pheasant carcass detection probability during fence collision surveys as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, during spring 2009................................................................................46

### Chapter 3.  Estimating Avian Fence-Collision Rates in Greater Sage-Grouse Breeding Areas:  A Probability Sampling Approach

**Table 1.**  Species composition of upland bird (Order Galliformes) avian collision sites found during fence collision surveys in southern Idaho, USA, during spring 2009 and 2010................................................................................74

**Table 2.**  Avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009.............75

**Table 3.**  Avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2010.............76

**Table 4.**  Estimated total number of avian fence collision sites present at the time of sampling on each site for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009...................................77

BLM_0065452

**Table 5.** Estimated total number of avian fence collision sites present at the time of sampling on each site for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2010....................................78

**Table 6.** Landscape-scale avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009 and 2010.......................................................................................79

**Chapter 4. Greater Sage-Grouse Fence Collision: A Multi-scale Assessment of Collision Risk as a Function of Site and Broad-Scale Factors**

**Table 1.** Summary statistics for continuous covariate data collected at random and sage-grouse collision fence points on southern Idaho rangelands during spring of 2009 and 2010............................................................................................................115

**Table 2.** Top logistic regression models of probability of collision presence during fence collision surveys within 1x1 km clusters on sage-grouse breeding areas of southern Idaho, USA, during spring of 2009 and 2010........................................116

**Table 3.** Top zero-inflated Poisson regression models of sage-grouse collision count during fence collision surveys within 1x1 km clusters on sage-grouse breeding areas of southern Idaho, USA, during spring of 2009 and 2010........................................117

**Chapter 5. Greater Sage-Grouse and Fences: an Experimental Test of Fence Marking as a Mitigation Method to Reduce Collision**

**Table 1.** Parameters used, and justification for each parameter, in logistic and zero-inflated Poisson regression modeling for probability of collision and expected collision count along marked treatment and unmarked control fence segments on 8 sites in southern Idaho, USA, during spring 2010.........................................................165

**Table 2.** Total number of avian collision sites found by species, and sage-grouse collision count corrected for the influence of microsite vegetation height on detection probability, on marked treatment and unmarked control fence segments for 8 study sites sampled during experimental fence marking studies in southern Idaho, USA, during spring 2010.............................................................................................166

**Table 3.** Top logistic regression models of probability of sage-grouse collision present during fence collision surveys on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010....167

BLM_0065453

**Table 4.**  Parameter estimates and 95% confidence intervals from the top logistic
regression models of probability of sage-grouse collision presence during fence
collision surveys on experimentally marked and unmarked control fence segments on
8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010.........................168

**Table 5.**  Top zero-inflated Poisson (ZIP) and zero-inflated Negative Binomial (ZINB)
regression models of sage-grouse collision count on experimentally marked and
unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho,
USA, during spring 2010.....................................................................................................169

BLM_0065454

# LIST OF FIGURES

**Chapter 2. Survival and Detectability Bias of Avian Fence Collision Surveys in Sagebrush Steppe**

**Figure 1.** Southern Idaho, USA, study areas, where I studied survival and detectability of female pheasant carcasses planted as hypothetical collision victims.................................47

**Figure 2.** Plots of female pheasant carcass detection probability during fence surveys as a function of microhabitat characteristics on the Browns Bench region of Idaho, USA, during 2009....................................................................................................................48

**Chapter 3. Estimating Avian Fence-Collision Rates in Greater Sage-Grouse Breeding Areas: A Probability Sampling Approach**

**Figure 1.** Distribution of study areas in southern Idaho, USA, where I estimated landscape-scale avian and sage-grouse fence collision rates in breeding areas during spring of 2009 and 2010..........................................................................................................80

**Figure 2.** Example of sampling frame from 1 strata (Table Butte lek route) used in stratified cluster sampling design to estimate avian and sage-grouse fence collision frequency across the southern Idaho landscape.......................................................................81

**Chapter 4. Greater Sage-Grouse Fence Collision: A Multi-scale Assessment of Collision Risk as a Function of Site and Broad-Scale Factors**

**Figure 1.** Site scale random forest variable importance plot for factors discriminating sage-grouse collision fence points and random fence points as a function of covariates measured during fence sampling on southern Idaho rangelands during spring of 2009 and 2010.................................................................................................................................118

**Figure 2.** Partial dependence plots for classifications of sage-grouse fence collision points and random fence points (using random forests analysis) as a function of covariates measured during fence sampling on southern Idaho rangelands during spring of 2009 and 2010..........................................................................................................119

**Figure 3.** Plots of probability of sage-grouse collision site presence as a function of covariates from the top patch-scale logistic regression model from 1x1 km cluster sampling of fences on southern Idaho, USA, rangelands during spring of 2009 and 2010...................................................................................................................................122

**Figure 4.** Plots of expected sage-grouse collision count as a function of covariates from the top zero-inflated Poisson regression model, from 1x1 km cluster sampling of fences on southern Idaho, USA, rangelands during spring of 2009 and 2010.................125

BLM_0065455

**Chapter 5.  Greater Sage-Grouse and Fences:  an Experimental Test of Fence Marking as a Mitigation Method to Reduce Collision**

**Figure 1.** Southern Idaho, USA, study areas, where I studied effectiveness of fence marking at reducing fence collision risk in sage-grouse breeding areas.............................170

**Figure 2.**  Reflective 8 cm vinyl siding undersill fence markers (modified from Wolfe et al. 2009) used to mark fences on 8 sites in southern Idaho during spring 2010.............171

**Figure 3.**  Total number of avian collision sites located per treatment type and time period during experimental fence marking studies in southern Idaho during spring 2010...172

**Figure 4.**  Plots of probability of collision site present as a function of covariates from the top logistic regression model, for a given fence segment-survey on southern Idaho, USA, study sites during spring 2010................................................................................174

**Figure 5.**  Plots of expected sage-grouse collision count per lekking season as a function of covariates from the top zero-inflated Poisson regression model, for a given 500-m fence segment on southern Idaho, USA, study sites during spring 2010.............................178

BLM_0065456

## CHAPTER 1.  THESIS INTRODUCTION

Greater sage-grouse (*Centrocercus urophasianus*) (hereafter sage-grouse) abundance and distributions have declined across the western United States during the last 50 years (Connelly and Braun 1997, Braun 1998, Connelly et al. 2004, Schroeder et al. 2004). Population declines may have occurred since at least the 1950s (Braun 1998), and Connelly et al. (2004) reported precipitous declines from the 1960s to 1980s.  Since the 1980s some populations have been relatively stable, while others experienced declining trends (Connelly et al. 2004, Garton et al. 2011).  Estimates of population declines are likely conservative as sage-grouse were not carefully monitored prior to the 1950s; thus historical population sizes are not well known (Connelly et al. 2004).  Moreover, population declines have resulted in an estimated 44% range-wide reduction in the geographic range of sage-grouse (Schroeder et al. 2004).

Causes of sage-grouse population declines are varied, but generally may be related to anthropogenic-caused loss, fragmentation, and degradation of sagebrush (*Artimisia* spp.) habitats throughout the western United States (Connelly and Braun 1997, Braun 1998, Beck et al. 2003, Connelly et al. 2004).  No single factor is believed responsible for degradation and elimination of sage-grouse habitats; however, numerous anthropogenic factors such as agricultural development, energy development, reservoir and road construction, urban sprawl, fences, power lines, and sagebrush control have been hypothesized (Braun 1998, Connelly et al. 2004).  Sagebrush control treatments via chemical, mechanical, and prescribed burning methods have been common on western rangelands since the 1960s

BLM_0065457

(Braun 1998, Connelly et al. 2004), with detrimental effects on sage-grouse (Klebenow 1970, Martin 1970, Wallestad 1975, Nelle et al. 2000, Beck et al. 2009). Urban development of sagebrush-steppe habitats also had regional influences on sage-grouse with some Colorado counties having lost up to 50% of habitat to housing development (Braun 1998). Relationships between human-induced livestock grazing and sage-grouse population vital rates are not well understood (Beck and Mitchell 2000, Connelly et al. 2004), but evidence suggests indirect effects of grazing may be more detrimental than direct effects (Beck and Mitchell 2000).

While human activities have transformed shrub-steppe ecosystems across western North America (Connelly et al. 2004, Knick et al. 2011, Leu and Hanser 2011), natural disturbances may act synergistically with anthropogenic losses of sage-grouse habitat (Braun 1998, Connelly et al. 2004). Drought conditions have been hypothesized to supplement anthropogenic causes of nesting and brood-rearing habitat degradation (Connelly and Braun 1997, Braun 1998, Connelly et al. 2004). Changes in fire regimes occurred in xeric sagebrush habitats where non-native annual grasses such as cheatgrass (*Bromus tectorum*) have invaded native communities, shortening fire return intervals and increasing the number of fires and total area burned (Connelly et al. 2004, Baker 2006, Baker 2011, Miller et al. 2011). Burning sage-grouse nesting habitat has negative long-term consequences on sage-grouse due to long time periods required for recovery of shrub components necessary for nesting (Nelle et al. 2000). Moreover, altered fire regimes can result in conversion of sagebrush-steppe into exotic annual grasslands and eliminate sage-grouse habitat at landscape scales (Knick and Rotenberry 1997, Connelly et al. 2004, Miller et al. 2011).

3

Little research has addressed impacts of anthropogenic landscape features such as elevated infrastructure on sage-grouse (Braun 1998, Connelly et al. 2000b, Connelly et al. 2004, Johnson et al. 2011). Over 51,000 kilometers of fence were constructed on Bureau of Land Management properties in the western United States from 1962–1997 (Connelly et al. 2004), with an additional 1,000 kilometers added annually from 1996–2002 (Connelly et al. 2004). Moreover, fence densities exceed 2 km/km$^2$ in many areas occupied by sage grouse (Knick et al. 2011), but impacts of fences on sage-grouse remain unknown (Braun 1998). Sage-grouse evolved in an ecosystem with relatively few vertical obstructions, and elevated structures create potential collision risks for this species (Braun 1998, Connelly et al. 2000b, Connelly et al. 2004). Scott (1942) reported finding remains of 4 sage-grouse fence collisions near active leks in Wyoming, and witnessed a 5th sage-grouse collide with a fence during lek observations. Beck et al. (2006) reported 33% of all mortality of radio-marked juvenile sage-grouse on an Idaho study area was caused by collision with power lines. Similarly, Connelly et al. (2000a) reported 9% of adult radio-marked sage-grouse mortality in Idaho was caused by power line collision. Johnson et al. (2011) evaluated range-wide lek count trends over a ten year period (1997-2007) in relation to numbers and distance to communication towers, with general patterns of decreasing lek count trends with decreasing distance to tower or increasing the number of towers at landscape scales.

Research on grouse fence collision in North America is limited to work with lesser prairie-chickens (*Tympanuchus pallidicinctus*) (Patten et al. 2005, Wolfe et al. 2007). Collision mortality was 2nd only to avian predation in causes of mortality for radio-marked lesser prairie-chickens in Oklahoma (Wolfe et al. 2007). Of the collision mortality, 86.4%

BLM_0065459

4

was caused by collision with fences, while the remainder involved power lines and automobiles (Wolfe et al. 2007). Moreover, they reported 39.8% of all mortality was caused by fence collisions in Oklahoma, and significant differences existed in collision mortality between study sites (e.g., greater mortality in Oklahoma than New Mexico) and sex of the birds (e.g., greater mortality for females than males).

Although little research exists on the impacts of fences on North American grouse, substantial research exists on collision of European grouse species (Catt et al. 1994, Baines and Summers 1997, Bevanger and Brøseth 2000, Moss et al. 2000, Moss 2001, Baines and Andrew 2003). European fences designed to limit over-browsing by red deer (*Cervus elaphus*) have been a significant mortality factor for capercaillie (*Tetrao urogallus*) in Scotland (Catt et al. 1994, Moss et al. 2000, Moss 2001). Catt et al. (1994) reported a 32% annual collision mortality for radio-marked capercaillie in Scotland, and suggested collision rate may be influenced by local vegetation conditions. More juvenile capercaillie in Scotland are believed to die from fence collision than any other source, and collision may be contributing to capercaillie population declines in that country (Moss et al. 2000, Moss 2001).

Although fence collisions may be limiting capercaillie populations in parts of Europe (Moss et al. 2000, Moss 2001), collision is also prevalent for more abundant species of grouse (Baines and Summers 1997, Bevanger and Brøseth 2000, Baines and Andrew 2003). Baines and Summers (1997) monitored 135 km of fences in Scotland for collisions over a 2-year period, and two-thirds of 281 fence collision victims reported were red grouse (*Lagopus lagopus scoticus*). Baines and Andrew (2003) monitored 80 km of fences in Scotland for

collisions over a 2-year period, and reported 42% and 29% of 437 fence collision victims were red grouse and black grouse (*Tetrao tetrix*), respectively. Bevanger and Brøseth (2000) monitored 71.1 km of fences on 12 sections over a 4-year period in Norway and reported 253 avian fence-collision victims, 85% of which were either willow (*Lagopus lagopus*) or rock (*Lagopus mutus*) ptarmigan. These studies indicated that grouse as a group are highly susceptible to fence collision, as grouse commonly comprise more than 90% of observed collision species (Baines and Summers 1997, Bevanger and Brøseth 2000, Baines and Andrew 2003).

To date there has been little research addressing impacts of fences on sage-grouse in any part of their range (Connelly et al. 2000b, Connelly et al. 2004). Moreover, greater sage-grouse were recently listed by the U. S. Fish and Wildlife Service as warranted but precluded under the Endangered Species Act (United States Department of the Interior 2010), and a future listing will have land-use implications for a large portion of the western United States. Anecdotal evidence with sage-grouse and published studies with other grouse species suggest fence collision may be a widespread and common phenomenon. Therefore, this research was pursued to evaluate impacts of fences on sage-grouse in Idaho. In this research I attempted to answer 4 primary questions related to sage-grouse fence collision: 1) is sage-grouse fence collision common and widespread across southern Idaho sage-grouse breeding habitats, 2) what factors influence survival and detection bias associated with fence sampling methods, 3) what factors are related to sage-grouse fence collision risk at the collision site and broader spatial scales, and 4) is fence marking a viable and effective mitigation strategy to reduce collisions in high risk areas.

BLM_0065461

Quantifying collision frequency and risk with linear infrastructure requires hiking along infrastructure corridors while searching for evidence of collision (Bevanger 1999). Sampling linear infrastructure to estimate avian collision rates is accompanied by several sources of bias (Bevanger 1999). Chapter 2 of this thesis describes a field experiment used to quantify sampling bias due to survival of collision evidence over time, and detectability of collision evidence present. I developed a probability sampling framework for estimating avian fence collision rates at landscape scales, and chapter 3 of this thesis describes application of these methods to quantify broad-scale sage-grouse fence collision frequency on breeding areas of southern Idaho. I evaluated factors influencing sage-grouse fence collision risk in breeding areas at multiple spatial scales, and chapter 4 of this thesis describes analyses of factors influencing collision risk at the fence collision site and broader spatial scales. Lastly, I modified fence-marker mitigation methods currently used for lesser prairie-chickens, and chapter 5 describes the first experimental test of effectiveness of fence-marker mitigation on collision risk for North American grouse.

## LITERATURE CITED

Baines, D., and M. Andrew. 2003. Marking of deer fences to reduce frequency of collisions by woodland grouse. Biological Conservation 110:169-176.

Baines, D., and R. W. Summers. 1997. Assessment of bird collisions with deer fences in Scottish forests. Journal of Applied Ecology 941-948.

Baker, W. L. 2006. Fire and restoration of sagebrush ecosystems. Wildlife Society Bulletin 34:177-185.

Baker, W. L. 2011. Pre-Euro-American and recent fire in sagebrush ecosystems. *In* S. T. Knick, and J. W. Connelly, editors. Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and its Habitats. Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

BLM_0065462

Beck, J. L., and D. L. Mitchell.  2000.  Influences of livestock grazing on sage grouse habitat.  Wildlife Society Bulletin 28:993-1002.

Beck, J. L., J. W. Connelly, and K. P. Reese.  2009.  Recovery of greater sage-grouse habitat features in Wyoming big sagebrush following prescribed fire.  Restoration Ecology 17:393-403.

Beck, J. L., D. L. Mitchell, and B. D. Maxfield.  2003.  Changes in the distribution and status of sage-grouse in Utah.  Western North American Naturalist 63:203-214.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia.  2006.  Movements and survival of juvenile greater sage-grouse in southeastern Idaho.  Wildlife Society Bulletin 34:1070-1078.

Bevanger, K.  1999.  Estimating bird mortality caused by collision with power lines and electrocution: a review of methodology.  Pages 29-56 *in* M. Ferrer and G. F. E. Janss, editors.  Birds and Power Lines: Collision, Electrocution and Breeding.  Quercus, Madrid, Spain.

Bevanger, K., and H. Brøseth.  2000.  Reindeer *Rangifer tarandus* fences as a mortality factor for ptarmigan *Lagopus* spp.  Wildlife Biology 6:121-127.

Braun, C. E.  1998.  Sage grouse declines in western North America: what are the problems?  Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Catt, D. C., D. Dugan, R. E. Green, R. Moncrieff, R. Moss, N. Picozzi, R. W. Summers, and G. A. Tyler.  1994.  Collisions against fences by woodland grouse in Scotland.  Forestry 67:105-118.

Connelly, J. W., and C. E. Braun.  1997.  Long-term changes in sage grouse *Centrocercus urophasianus* populations in western North America.  Wildlife Biology 3:229-234.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese.  2000a.  Effects of predation and hunting on adult sage-grouse *Centrocercus urophasianus*) in Idaho.  Wildlife Biology 6:227-232.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater-sage grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, Wyoming, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000b.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

BLM_0065463

Garton, E. O., J. W. Connelly, C. A. Hagen, J. S. Horne, A. Moser, and M. A. Schroeder. 2011.  Greater sage-grouse population dynamics and probability of persistence.  *In* S. T. Knick, and J. W. Connelly, editors.  Greater Sage-Grouse:  Ecology and Conservation of a Landscape Species and its Habitats.  Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Johnson, D. H., M. J. Holloran, J. W. Connelly, S. E. Hanser, C. L. Amundson, and S. T. Knick.  2011.  Influences of environmental and anthropogenic features on greater sage-grouse populations, 1997-2007.  *In* S. T. Knick, and J. W. Connelly, editors.  Greater Sage-Grouse:  Ecology and Conservation of a Landscape Species and its Habitats.  Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Klebenow, D. A.  1970.  Sage grouse versus sagebrush control in Idaho.  Journal of Range Management 233:396-400.

Knick, S. T., and J. T. Rotenberry.  1997.  Landscape characteristics of disturbed shrubsteppe habitats in southwestern Idaho (U.S.A.).  Landscape Ecology 12:287-297.

Knick, S. T., S. E. Hanser, R. F. Miller, D. A. Pyke, M. J. Wisdom, S. P. Finn, E. T. Rinkes, and C. J. Henney.  2011.  Ecological influence and pathways of land use in sagebrush.  *In* S. T. Knick, and J. W. Connelly, editors.  Greater Sage-Grouse:  Ecology and Conservation of a Landscape Species and its Habitats.  Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Leu, M., and S. E. Hanser.  2011.  Influences of the human footprint on sagebrush landscape patterns:  implications for sage-grouse conservation.  *In* S. T. Knick, and J. W. Connelly, editors.  Greater Sage-Grouse:  Ecology and Conservation of a Landscape Species and its Habitats.  Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Martin, N. S.  1970.  Sagebrush control related to habitat and sage grouse occurrence.  Journal of Wildlife Management 34:313-320.

Miller, R. F., S. T. Knick, D. A. Pyke, C. W. Meinke, S. E. Hanser, M. J. Wisdom, and A. L. Hild.  2011.  Characteristics of sagebrush habitats and limitations to long-term conservation.  *In* S. T. Knick, and J. W. Connelly, editors.  Greater Sage-Grouse:  Ecology and Conservation of a Landscape Species and its Habitats.  Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Moss, R.  2001.  Second extinction of capercaillie (*Tetrao urogallus*) in Scotland?  Biological Conservation 101:255-257.

BLM_0065464

Moss, R., N. Picozzi, R. W. Summer, and D. Baines. 2000. Capercaillie *Tetrao urogallus* in Scotland – demography of a declining population. Ibis 142:259-267.

Nelle, P. J., K. P. Reese, and J. W. Connelly. 2000. Long-term effects of fire on sage grouse habitat. Journal of Range Management 53:586-591.

Patten, M. A., D. H. Wolfe, E. Shochat, and S. K. Sherrod. 2005. Habitat fragmentation, rapid evolution and population persistence. Evolutionary Ecology Research 7:235-249.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Deibert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of sage-grouse in North America. Condor 106:363-376.

Scott, J.W. 1942. Mating behavior of the sage grouse. Auk 59:477-498.

United States Department of the Interior. 2010. Endangered and threatened wildlife and plants; 12-month finding for petitions to list greater sage-grouse as threatened or endangered. Federal Register 75:3909-14014.

Walker, B. L., D. E. Naugle, and K. E. Doherty. 2007. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71:2644-2654.

Wallestad, R. O. 1975. Male sage grouse responses to sagebrush treatment. Journal of Wildlife Management 39:482-484.

Wolfe, D. H., M. A. Patten, E. Shochat, C. L. Pruett, and S. K. Sherrod. 2007. Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. Wildlife Biology 13 (Suppl. 1):95-104.

BLM_0065465

10

## CHAPTER 2.  SURVIVAL AND DETECTABILITY BIAS OF AVIAN FENCE COLLISION SURVEYS IN SAGEBRUSH STEPPE

### INTRODUCTION

Avian collision with anthropogenic infrastructure has received considerable attention in recent years (Wolfe et al. 2007, Drewitt and Langston 2008, Smallwood et al. 2009, Gehring et al. 2009).  Elevated structures known to cause avian collision mortality include fences (Baines and Summers 1997, Bevanger and Brøseth 2000, Wolfe et al. 2007), power lines (Bevanger 1995, Janss and Ferrer 2000), wind power turbines (Smallwood 2007, Smallwood and Thelander 2008, Smallwood et al. 2009), and communication towers (Avery et al. 1978, Gehring et al. 2009).  Fence collision has been identified as a substantial source of mortality in some areas for lesser prairie chickens (*Tympanuchus pallidicinctus*; Wolfe et al. 2007).  Although elevated infrastructures such as fences and power lines are abundant on western rangelands, their impacts on sagebrush obligates like greater sage-grouse (*Centrocercus urophasianus*; hereafter sage-grouse) are not well understood (Connelly et al. 2000, 2004).  Connelly et al. (2000) suggested flagging fences to increase their visibility near sage-grouse habitats if the fences appear hazardous, but no studies have evaluated the degree of hazard fences present to sage-grouse.  Many populations of shrub-steppe birds are believed to be declining (Knick et al. 2003), including sage-grouse, and elevated structures have been hypothesized to contribute to sage-grouse declines (Braun 1998, Connelly et al. 2004).  Despite the lack of information concerning collision risk of sage-grouse, collision with fences and power lines has been documented (Beck et al. 2006, Flake et al. 2010), and

BLM_0065466

both fences and power lines have proven a significant source of mortality for other species of

tetraonids (Baines and Summers 1997, Bevanger and Brøseth 2000, Moss et al. 2000, Wolfe

et al. 2007).  Conservation concerns for sage-grouse have made it necessary to estimate avian

collision rates in sagebrush habitats and to quantify collision risk across the landscape.

A commonly used method of estimating collision rates of birds with elevated

infrastructure involves searchers walking along power line corridors or fence sections to

locate collision sites (Baines and Summers 1997, Bevanger and Brøseth 2004).  Although

this method is effective for determining collision rates over large areas, there are 2 major

biases associated with searching for collisions in this manner: detectability and scavenging

bias (Bevanger 1999).

Detectability bias is common in mortality studies and may be influenced by factors

such as meteorological conditions, snow cover, size of the bird under study, local vegetation,

and the ability of the observers (Bevanger 1999).  Scavenging bias refers to survival of the

collision evidence (i.e. temporal longevity of evidence at a collision site), which is often

removed by scavenging animals or weather prior to observation during sampling (Bevanger

1999, Smallwood 2007).  Because survival of collision evidence depends on more than

scavenging alone, we refer to this as survival bias.

Numerous attempts to quantify carcass retention rates have been made and usually

involve monitoring collision victims or planted carcasses (James and Haak 1979, Bevanger et

al. 1994, Savereno et al. 1996).  Most previous studies of carcass retention suggest birds were

placed randomly; however, these studies often lacked a strong experimental design or

presented vague descriptions of their methods (e.g. Pain 1991, Bevanger and Brøseth 2004).

BLM_0065467

For example, Baines and Summers (1997) reported that 18 of 20 red grouse (*Lagopus lagopus scoticus*) carcasses placed near fences were gone after 1 month, however those authors did not provide a detailed description of field placement methods.  Accuracy and applicability of scavenging rates calculated in many studies are also hindered by small sample sizes ($n \leq 20$; e.g. Savereno et al. 1996, Baines and Summers 1997).  In addition to small sample sizes and vague descriptions of methodology, Smallwood (2007) suggested that much of the previous research has not asked the correct questions, often not attempting to address factors influencing carcass survival.

Although most studies estimating carcass retention only considered carcass survival as a function of time, several studies have evaluated the influence of other factors.  Bumann and Stauffer (2002) suggested that birds with exposed viscera likely provided stronger olfactory stimulus to scavengers.  One study using songbird carcasses reported differences in carcass retention among different habitat types (Kostecke et al. 2001).  Furthermore, Smallwood (2007) found evidence for seasonal variation in scavenging rates of birds killed by wind facilities, with the greatest scavenging rates occurring in fall.

Much like estimates of carcass retention, estimates of carcass detectability commonly accompany avian collision mortality studies (Anderson 1978, Savereno et al. 1996, Bevanger 1999).  Although most of these studies have reported detectability rates to correct mortality estimates, many have failed to quantify the factors that influence detectability.  Osborn et al. (2000) evaluated the influence of season, vegetation height, and snow cover on detectability of bird carcasses on wind facilities in Minnesota.  Detectability was only influenced by size of the bird, with large birds having a higher detection rate (92.3%) than small birds (68.7%;

BLM_0065468

Osborn et al. 2000).  Additionally, Smallwood (2007) examined influences of vegetation height and bird group on detectability of wind turbine collision victims and found that detectability varied by bird group (e.g. large raptors, large non-raptors), whereas vegetation height only influenced detection for small non-raptor birds.

Conservation concerns associated with elevated infrastructure and greater sage-grouse have made it desirable to quantify avian fence collision rates in sagebrush-steppe habitats. Proper estimation of collision rates requires quantifying various sources of bias associated with searching for and detecting collision victims along infrastructure (Bevanger 1999, Kuvlesky et al. 2007).  Therefore, my objectives were to:  1) estimate surrogate sage-grouse carcass and collision sign survival and detectability in sagebrush-steppe habitats and 2) determine the influence of habitat composition, distance of surrogate sage-grouse carcass from fence, and road presence on carcass and collision sign survival and detectability.

**STUDY AREA**

I replicated this study on 2 geographic regions of southern Idaho (Fig. 1).  I initiated studies to determine retention of pheasant carcasses on 27 March 2009 and 7 April 2009 on the Browns Bench and Upper Snake study areas.  The Browns Bench region was in southern Twin Falls County and bordered Nevada.  Elevations on Browns Bench ranged from approximately 1,450-1,850 m, and vegetation was dominated by little sagebrush (*Artemisia arbuscula*) and black sagebrush (*A. nova*) in the southern portion of the study area and big sagebrush (*A. tridentata*) in the northern areas.  However, habitat conditions were variable and ranged from dense stands of sagebrush to bare pasture and large stands of crested wheatgrass (*Agropyron cristatum*).  Cheatgrass (*Bromus tectorum*) was also common on the

BLM_0065469

study area.  Additionally, riparian areas in the southern portion of Browns Bench commonly contained stands of big sagebrush.

The Upper Snake study site occurred on the Table Butte and Crooked Creek areas of the Upper Snake River Plain, in Clark and Jefferson counties.  I selected the Table Butte area for big sagebrush habitat and the Crooked Creek area for little sagebrush habitat because I could not locate big and little sagebrush-dominated areas at the same site in Upper Snake region.  The Table Butte and Crooked Creek areas were approximately 10 km apart, with similar elevations ranging from approximately 1,520-1,825 m.  The big sagebrush study site was directly north of Table Butte, bounded on the east by United States Highway 15, and extended to the north and west of Table Butte by approximately 2.5 km and 8 km, respectively.  This site was dominated by big sagebrush, with an approximately 900-ha stand of crested wheatgrass.  The little sagebrush site in the Crooked Creek drainage was bounded on the south by Idaho Highway 22 and on the north, east, and west by the Beaverhead Mountains.  This site was dominated by little sagebrush, with some pasture and grassy areas intermixed.  Furthermore, unlike the Browns Bench study site, habitat types in the Upper Snake study area were distinctly separated, such that carcasses placed in big sagebrush were not as near to those placed in little sagebrush as on the Browns Bench study site.

Avian, mammalian, and arthropod scavengers were common on the study areas. Common scavengers previously identified in the vicinity of our study sites included coyotes (*Canis latrans*), American badgers (*Taxidea taxus*), weasels (*Mustela* spp.), common ravens (*Corvus corax*), American crows (*Corvus brachyrhynchos*), and black-billed magpies (*Pica hudsonia*, Coates et al. 2008).  Small mammal species previously identified included least

BLM_0065470

chipmunks (*Tamias minimus*), Wyoming ground squirrels (*Spermophilus elegans*), Piute

ground squirrels (*S. mollis*), northern pocket gophers (*Thomomys talpoides*), Great Basin

pocket mice (*Perognathus parvus*), deer mice (*Peromyscus maniculatus*), and sagebrush

voles (*Lemmiscus curtatus*; Coates et al. 2008). I observed additional predators on my study

sites, including golden eagles (*Aquila chrysaetos*) and multiple species of hawks (*Buteo* spp.)

and owls (*Asio* spp., *Athene* sp.). On the Upper Snake study site I identified bobcat (*Lynx

rufus*) tracks near carcass locations and commonly observed scavenging by arthropods

(Orders Coleoptera, Diptera, and Hymenoptera).

## METHODS

### Field Methods

I used pen-raised female ring-necked pheasants (*Phasianus colchicus*) as

experimental units to evaluate factors influencing survival and detectability of fence collision

victims in sagebrush-steppe habitats. I used a completely randomized design (Ott and

Longnecker 2001) with 2 levels of treatment effects for habitat type (big sagebrush or little

and black sagebrush) and carcass distance from the fence as a covariate, with carcasses

placed at random distances of 0-15 m from a fence. I euthanized all birds using cervical

dislocation, with approval from the University of Idaho Animal Care and Use Committee

(Protocol 2009-21).

I banded all carcasses for individual identification prior to field placement to aide in

monitoring. To prevent scavenging bias associated with unrealistic carcass presentation

(Bumann and Stauffer 2002), I removed feathers from the front of the breast of each carcass

and made 2 perpendicular 4-cm incisions, centered where the feathers were removed from

the breast, to simulate collision with a barbed-wire fence.  I placed carcasses in coolers on ice until field placement.  A technician wearing rubber boots and gloves to minimize human scent on the carcasses (Whelan et al. 1994) placed each carcass and feather pile ($n$ = 10-15 feathers) in the field at night to minimize diurnal scavenger detection by simply observing field workers.  I placed each carcass at random distances perpendicular to the center point of the randomly selected fence segment to facilitate site relocation by researchers.  Additionally, I placed 10-15 feathers immediately around each carcass.  I also placed lone piles of 10-15 breast feathers to determine feather-pile detectability, as it could differ from carcass detectability.

I measured the influence of habitat type and distance from fence on detectability and longevity for the entire collision sign in addition to carcasses.  Placing feathers around each carcass prevented it from being removed and leaving no visible sign, an unlikely scenario with collision victims, as feathers will likely fall when birds strike fences (Flake et al. 2010). I replicated this design on both the Browns Bench and Upper Snake study areas to allow detection of regional differences in carcass survival.  I only measured detectability on the Browns Bench site due to a lack of field personnel available to conduct detectability trials on the Upper Snake study area.

I quantified available fences in each habitat type on each study area using ground searches, handheld Global Positioning System (GPS) units and ArcGIS Geographic Information System (GIS) software.  I mapped fence sections in each habitat type by taking GPS waypoints along and at the ends of each fence section, then digitizing the fence segments in GIS.  Because sagebrush-steppe habitats often have a patchy mosaic of

sagebrush, pasture, and grassy areas, I only included fence segments traversing areas dominated on both sides by the desired habitat type.  I did not differentiate between little sagebrush and black sagebrush, and I grouped both species together in the little sagebrush level of habitat treatment.

Once I digitized fence sections, I used the GIS extension Hawth's Tools (Hawth's analysis tools for ArcGIS version 3, <http://www.spatialecology.com/htools.>, accessed 12 Jan 2009) to generate random fence points >200 m apart in each habitat type.  Bumann and Stauffer (2002) placed ruffed grouse carcasses >100 m apart in their Appalachian study, however, sagebrush-steppe habitats are more open than deciduous forest, so larger inter-carcass distances are likely necessary.  Therefore, I ensured that carcass locations were ≥ 200 m apart.  I placed 50 bird carcasses on each study area with 25 replicates for each treatment level (big and little sagebrush).  In addition to the 50 points generated on each area for placement of pheasant carcasses, I similarly generated 50 points (25 for each treatment level) on the Browns Bench study area for placement of feather piles used in detectability trials.  I ground verified all randomly generated points were in the desired habitat type prior to field placement, and discarded points not in the desired habitat.  I placed carcasses and feather piles on the Browns Bench site randomly along 31.7 km of fence (little sagebrush = 18.2 km, big sagebrush = 13.5 km).  Less fence was available on the Upper Snake site, so I placed carcasses randomly along 22.9 km of fence (little sagebrush = 11.2 km, big sagebrush = 11.7 km).  I did not use fence sections running along paved roads, which could bias results if scavengers used or avoided improved road corridors.  I did include fence sections running along unimproved 2-track dirt or gravel roads due to the abundance of these roads on the

BLM_0065473

study areas, and treated road presence as a random covariate in this analysis.  I placed 32 carcasses along fences with a road present (Upper Snake = 21, Browns Bench = 11), with more in little sagebrush ($n = 23$) than in big sagebrush habitats ($n = 9$).

The day following placement of carcasses on the Browns Bench site, observers searched all study fence segments to estimate detection probabilities.  Two observers walked each fence section (1 on each side of the fence or 1 observer walked both sides in turn) searching for bird carcasses and sign within approximately 15 m of the fence, while monitoring the fence itself for presence of feathers or bird parts.  Field observers searched all potential fence sections digitized for the study, both with and without planted carcasses and feather piles, to eliminate detection bias by workers expecting bird locations.  Furthermore, field observers searched extra fence sections not included in the random point generation without knowledge of which sections were included in the study.  The technician who planted the birds was not involved in searches but did verify the presence of birds not detected by field searchers on day one.

After initial searches I monitored carcasses and their remaining sign every 1-3 days until removal, for a maximum of 31 days.  During each monitoring period the observer recorded one of the following:  a) intact carcass, b) carcass scavenged but present, c) carcass removed but feathers or sign still present, or d) all collision evidence removed.  Additionally, the observer qualitatively described the carcass sign and remaining feathers over time within approximately 5 m of the original carcass location.  The observer also recorded presence of any precipitation events that could influence carcass retention or detection of remaining sign,

BLM_0065474

such as snow or rain, at the start of each search.  Observers also noted any obvious scavenger sign or individual scavengers detected near carcasses during each search.

I recorded microhabitat characteristics of carcass placement sites after carcass removal to determine influences of vegetation on survival and detectability.  I measured grass height and shrub height at the carcass location and 1 m from the carcass location in each cardinal direction (Hausleitner et al. 2005).  I measured shrub canopy coverage on 2 perpendicular 4-m transects centered on the carcass location and oriented in each cardinal direction using the line-intercept method (Canfield 1941).  Additionally, I used a $12 \times 12$ cm coverboard to estimate percent visual concealment at heights of 1.5 m and 1.0 m, at a distance of 10 m in each cardinal direction from the carcass location (Jones 1968, Hausleitner et al. 2005).  Due to observer error, sign from one carcass on the Browns Bench study area was not monitored until complete removal occurred; therefore all calculations regarding sign survival are with a sample size of 99 birds, whereas carcass survival analysis included all 100 experimental units.

**Statistical Methods**

I conducted survival analysis for hypothetical collision victims using the nest survival module in Program MARK (White and Burnham 1999).  Because I monitored survival of carcasses analogously to monitoring of avian nests, with variable time intervals and binary Bernoulli trials for each monitoring event, the nest survival module was an appropriate model for rigorous survival estimation.  I followed the terminology of Dinsmore et al. (2002), where daily survival rate is the probability the carcass will survive one day, and survival probability

BLM_0065475

is the probability of survival over the entire study period.  I generated all survival models using the logit link function, such that

$$\text{logit}\left(\widehat{S}\right) = \ln\left(\frac{\widehat{S}}{1-\widehat{S}}\right) = \widehat{\beta}_0 + \widehat{\beta}_1\left(X_1\right) + \ldots + \widehat{\beta}_k\left(X_k\right)$$

where $\widehat{S}$ is estimated daily survival probability, $\widehat{\beta}_i$ are linear model coefficients, and $X_i$ are independent predictor variables.  Furthermore, I calculated reconstituted daily survival rate estimates by back transforming the given model, where

$$\widehat{S} = \frac{e^{\widehat{\beta}_0 + \widehat{\beta}_1(X_1) + \ldots + \widehat{\beta}_k(X_k)}}{1 + e^{\widehat{\beta}_0 + \widehat{\beta}_1(X_1) + \ldots + \widehat{\beta}_k(X_k)}}$$

and the linear model is the generalized linear model under consideration.  Lastly, I calculated variances of reconstituted survival rates using the delta method (Seber 1982).

I conducted all modeling within an information-theoretic model selection framework (Burnham and Anderson 2002).  I ranked hypothesized models using Akaike's Information Criterion corrected for small sample sizes (AIC$_c$; Burnham and Anderson 2002).  I estimated overdispersion ($\widehat{c}$) in carcass survival models by the deviance to deviance degrees of freedom ratio for the global model.  This estimate is often biased high for small sample sizes (McCullagh and Nelder 1989) but is currently the only way to assess goodness-of-fit for the nest survival model in Program MARK (Dinsmore et al. 2002).  When modeling indicated overdispersion ($\widehat{c} > 1$) I ranked models using quasi-AIC corrected for small sample size (QAIC$_c$; Burnham and Anderson 2002).  I used information-theoretic methods to compare models instead of likelihood-ratio testing to permit comparison of non-nested models.  Additionally, I used normalized Akaike model weights ($w_i$) as a measure of strength of

evidence for a given model and generated model averaged daily survival rates and survival probabilities to account for uncertainty in model selection procedures (Burnham and Anderson 2002). I calculated unconditional variances (Buckland et al. 1997) for model averaged survival rates in Program MARK.

I constructed survival models for both planted carcasses and collision sign. I determined survival for a carcass by the length of time until a planted carcass was first found scavenged. Similarly, I determined survival for all collision sign by the length of time until < 5 feathers were found present at the original carcass location. Daily survival rate of all collision sign was of interest because it has direct application to the appropriate time-interval lengths between fence-line surveys for avian collision sites.

I constructed survival models using a priori hypothesized local-scale and microhabitat characteristics (Table 1). Local-scale factors used in model building included the habitat type treatment and the random covariates for road presence and distance of the carcass from the fence. Site was also a 2-level factor included in the local-scale models because I replicated the field experiment on 2 study areas. Survival modeling for local-scale factors included comparison of 16 additive models, using all combinations of the 4 independent variables, as well as the constant survival model (Appendix A). Furthermore, I hypothesized 3 biologically plausible 2-way interactions for these models (site × habitat, site × road, and habitat × road) and added them only when the terms in the interaction were in a model together among the top group of models ($\Delta AIC_c \approx \leq 2$; Table 1).

I used a separate group of hypotheses and models to evaluate the importance of features at the microhabitat scale at carcass locations. Because these factors represented a

BLM_0065477

different scale, and were not factors we directly considered in the design of the study, these models represented a separate group of hypotheses that we did not directly compare to the local-scale models. Variables included in microhabitat scale modeling were average grass height, average shrub height, percent visual concealment (measured as total proportion of coverboard blocks concealed), and average percent canopy coverage (Table 1). I tested for correlation between microhabitat predictor variables using correlation t-tests. I did not include microhabitat predictor variables that were significantly correlated ($P < 0.05$) together in the same model. I hypothesized 2 biologically plausible 2-way interactions in microhabitat models (grass height $\times$ shrub height, grass height $\times$ canopy coverage) and again added these terms only when the individual terms were in a model together among the top models (Table 1). Correlation in microhabitat variables resulted in comparison of 10 models at this scale, with the global model included to estimate overdispersion in the model set (Appendix A). Candidate model sets I used for each group of hypotheses were identical for both carcass survival and sign survival modeling.

I conducted logistic regression modeling to determine the influence of features on carcass detectability using the known fate model in Program MARK. Because this model assumes perfect detection of individuals, known fate survival estimation using only 1 time interval is identical to estimating success probability from a binomial likelihood model (i.e. probability given event occurred). For example, the maximum likelihood estimate of survival for a known fate model with 1 time interval is

$$\widehat{S} = \frac{x}{n}$$

BLM_0065478

where $n$ is the number of individuals alive at the start of the interval and $x$ is the number of individuals alive at the end of the interval. This is identical to the maximum likelihood estimator for a binomial model, and as such, when used in conjunction with the logit link function, is identical to logistic regression in standard statistical software. I specifically used Program MARK in this analysis to facilitate model selection and calculation of model weights, model averaged parameter estimates, and reconstituted parameter estimates.

I generated logistic regression models of carcass detection probabilities using both local-scale and microhabitat variables. Local-scale features hypothesized to influence detection probability during fence-line surveys included habitat type, distance of the carcass from the fence, and observer experience (experienced vs. inexperienced; Table 1). Additionally, a snowstorm abruptly developed during one detectability trial, severely limiting visibility. Therefore, I included a parameter for snow conditions to accommodate this confounding factor. I compared all 15 combinations of additive models and the constant detectability model for the experimental factors, and I did not consider any interaction terms in this group of hypotheses due to small sample sizes (Appendix B). Microhabitat characteristics I used in modeling were identical to those used in survival analysis (Table 1). I compared 9 models representing features at the microhabitat scale (Appendix B). Once again I constructed these models such that we did not include strongly correlated predictor variables in the same model, and included 2 hypothesized interaction terms (grass height × shrub height, grass height × canopy coverage) when their constituent terms were together among the top group of models (Table 1). I calculated generalized likelihood-ratio r-squared values ($R_L{}^2$) for each survival and logistic regression model to determine the performance of

individual models relative to the null constant models (Menard 2000). Lastly, I estimated prediction success for each model using crossvalidation procedures in SAS (SAS Version 9.2, Cary, NC). Crossvalidation procedures re-fit each model dropping each data point in turn and subsequently predicted probability of detection for each dropped data point with the re-fit model. If probability of detection was $> 0.5$ the point was predicted to be observed, and the reported success probability is the proportion of correct classifications in this analysis.

**RESULTS**

**Survival**

I monitored persistence of 100 female pheasant carcasses over 2 study areas, and measured local-scale and microhabitat characteristics of the carcass locations. Mean grass height at carcass locations was 10.5 cm (SD = 8.8, $n = 99$), mean shrub height was 23.6 cm (SD = 21.0, $n = 100$), and mean canopy coverage was 22.5% (SD = 13.9%, $n = 100$). For survival models I used visual concealment at a height of 1.0 m, which averaged 88.4% (SD = 16.7%, $n = 99$), whereas visual concealment at 1.5 m, which was used in detectability modeling, averaged 71.0% (SD = 26.0%, $n = 45$). One microhabitat measurement was missing each for grass height and visual concealment, thus for those factors $n = 99$. Shrub height was correlated with canopy coverage ($r = 0.71$), and visual concealment was correlated with all other measurements ($r = 0.24$–$0.40$), therefore I did not include these variables together in modeling.

Average time to detection of first scavenging of carcasses was 5.8 days (SD 2.9, $n = 100$) for both areas combined and appeared similar between sites (Browns Bench: $\bar{x} = 5.6$, SD = 3.0, $n = 50$; Upper Snake: $\bar{x} = 6.0$, SD = 2.8, $n = 50$). Average time to detection of

first scavenging was 5.1 days for big sagebrush (SD = 2.6, $n$ = 50) and 6.6 days for little

sagebrush (SD = 3.0, $n$ = 50) habitats.  I observed differences between study sites in

persistence of collision sign.  Average number of days until sign was no longer detected on

the Upper Snake site ($\bar{x}$ = 27.2, SD = 6.8, $n$ = 50) was greater than for the Browns Bench site

($\bar{x}$ = 8.8, SD = 2.0, $n$ = 49), due to many carcasses with sign surviving the entire study period

on the Upper Snake site ($n$ = 32; little sagebrush = 18, big sagebrush = 14).  In contrast, none

of the Browns Bench carcasses had sign persist the entire 31-day sampling period.  Due to

many carcasses with sign persisting the entire study period, average sign persistence

calculated for the Upper Snake site was biased low, and the true average length of sign

persistence is unknown.

Pheasant carcasses in little sagebrush habitats or on the Browns Bench study area

were more likely to be directly removed during initial scavenging, whereas carcasses in big

sagebrush habitats and those on the Upper Snake site were more likely to be scavenged in

their original location and not directly removed.  On the Browns Bench site 80% of carcasses

were directly removed during initial scavenging (big sagebrush = 68%, little sagebrush =

92%), whereas 82% of carcasses on the Upper Snake site were scavenged in their original

location (big sagebrush = 88%, little sagebrush = 76%).  Furthermore, of the Upper Snake

carcasses that had sign persist the entire sampling period, 100% of those located in big

sagebrush and 78% of those located in little-sagebrush habitats were first scavenged in their

original location and not directly removed.  I found evidence of small mammal scavenging at

9 carcasses (Browns Bench = 3, Upper Snake = 6), commonly in the form of tracks and scat

on or near the carcass.  Carcasses with apparent small mammal scavenging also had patches

of feathers plucked or removed, and the underlying tissue appeared gnawed upon.  I observed arthropods scavenging at 26 of the Upper Snake carcasses (big sagebrush = 19, little sagebrush = 7), whereas I did not observe scavenging by arthropods at the Browns Bench site.  I also observed arthropod scavengers carrying feather evidence away from carcass locations on the Upper Snake site.

None of the hypothesized local-scale parameters received strong support in the carcass survival modeling, and the null constant survival model was most supported by the data ($\Delta QAIC_c = 0$, $w_i = 0.238$; Table 2).  I found minimal support for both habitat type and road presence influences on carcass survival ($\Delta QAIC_c < 2$), however, these models performed nearly identical to the constant survival model in terms of proportional increase in likelihood ($R_L{}^2 = 0.005\text{-}0.009$).  Model averaged survival estimates showed slightly lower carcass daily survival in big sagebrush habitats ($\Delta DSR = 0.022$) and areas with no roads present ($\Delta DSR = 0.013\text{-}0.014$) regardless of habitat, however, precision was low and confidence intervals were wide and overlapping (Table 3).  Reconstituted daily survival rates for the constant survival model showed low daily survival rates (DSR = 0.794, 95% CI = 0.721-0.851), resulting from the speed at which the carcasses were scavenged.

Similarly, I generated carcass survival models to evaluate the influence of microhabitat characteristics on survival, and these factors received little support from the data (Table 2).  The top microhabitat model suggested constant carcass survival ($\Delta QAIC_c = 0$, $w_i = 0.318$), and I found weak support for grass height, visual concealment, and shrub canopy coverage influences on carcass survival ($\Delta QAIC_c \leq 2$).  Again, these models

BLM_0065482

performed nearly identical to the null constant survival model in terms of proportional increase in likelihood ($R_L{}^2$ = 0-0.007).

Local-scale sign survival modeling suggested survival was most influenced by study site ($\Delta QAIC_c$ = 0, $w_i$ = 0.341), and the site effect model was approximately 2.4 times more likely than the second best model (Table 4). I also found minimal support for both habitat type and distance of the carcass from the fence effects on sign survival in addition to study area effects ($\Delta QAIC_c$ < 2). Local-scale sign survival models that did not contain a site effect parameter received virtually no support in this analysis ($\Delta QAIC_c$ > 25), and all of the top models performed better than the null constant survival model in terms of proportional increase in likelihood ($R_L{}^2$ = 0.226-0.228). Model averaged sign survival rates showed strong differences between study sites, with daily survival rates ranging from 0.987-0.988 on the Upper Snake site and from 0.863-0.872 on the Browns Bench site (Table 5). Differences in model averaged sign daily survival rates resulted in reduced model averaged sign survival probabilities for the entire 31-day period from the Upper Snake (0.673-0.699) to Browns Bench (0.011-0.015) study sites. Regression coefficient estimates for the site effect model again showed the strong influence of site on sign daily survival rates ($\beta_1$ = -2.528, 95% CI = -3.566 - -1.490), with lower survival at the Browns Bench site.

Similarly, sign survival models evaluated the influence of fine scale microhabitat features on daily survival rates. None of the hypothesized microhabitat features received strong support in this analysis, and the null constant survival model was most supported by the data ($\Delta QAIC_c$ = 0, $w_i$ = 0.228; Table 4). I found weak support for the influence of all

BLM_0065483

microhabitat variables on sign survival, but again these models performed similarly to the null model in terms of proportional increase in likelihood ($R_L^2$ = 0.003-0.023; Table 4).

**Detection**

Because I planted carcasses the night preceding detection trials, some carcasses were not present during trials. Three carcasses were removed prior to detection trials (2 in big sagebrush, 1 in little sagebrush), and 1 carcass in big sagebrush was buried under a snow drift by the time of the trial, therefore we excluded 4 carcasses from our calculations. Furthermore, I did not use 10 of the original feather piles placed, which were either blown away or covered with snow prior to initiating detection trials; however, the 3 carcasses removed all left feather piles and I used these feathers in feather pile detection calculations. Detection probability for feather piles was extremely low, only 1 of 43 (2.3%) feather piles present was located. I constructed no detectability models for feather piles because such a small proportion was located. The total proportion of detected carcasses was 0.54 ($n = 46$) and was higher in little sagebrush (0.71) than in big sagebrush (0.36) habitats. Detection probability for 6 of the 22 carcasses in big sagebrush and 1 of the 24 carcasses in little sagebrush may have been confounded by snowfall during sampling. Excluding these carcasses, the proportion of carcasses in big sagebrush detected rises to 0.44. The proportion of detected carcasses was similar for experienced (54.8%, $n = 31$ carcasses) and inexperienced (53.3%, $n = 15$ carcasses) field searchers.

I used logistic regression models to evaluate local-scale and microhabitat factors influencing carcass detection probability during fence-line surveys. Habitat type influences on detectability were most supported by the data at the local scale ($\Delta AIC_c = 0$, $w_i = 0.306$;

BLM_0065484

Table 6), however, I found additional weak support for the influence of snow presence and carcass distance from the fence on detectability ($\Delta AIC_c < 2$). The top local-scale models all predicted success moderately (0.674; Table 6), and all 3 top models performed identically in this measure. Model averaged detection probabilities were 0.67 for little sagebrush (95% CI = 0.43-0.85) and 0.40 for big sagebrush (95% CI = 0.20-0.65) habitats, and the regression coefficient from the habitat type model showed a positive influence of little sagebrush habitats on detection probability ($\beta_1 = 1.447$, 95% CI = 0.210-2.684).

In the analysis of microsite habitat characteristics on detection of carcasses during fence-line surveys the influence of shrub height on detectability was most supported by the data ($\Delta AIC_c = 0$, $w_i = 0.323$; Table 6). I found less support for the influence of shrub canopy cover, and grass height in addition to shrub height, on detectability ($\Delta AIC_c < 2$; Table 6). Both shrub height and canopy cover reduced detection probability (Fig. 2), and the confidence interval for the regression coefficient from the shrub height model did not include zero ($\beta_1 = -0.039$, 95% CI = -0.077 - -0.002). Both shrub height and canopy cover predicted detection success moderately well, however, the canopy cover model performed slightly better (0.652) than the shrub height model (0.609).

**DISCUSSION**

**Survival**

Carcasses experienced rapid scavenging on both study areas, which produced low daily survival rates. Although the speed at which carcasses were scavenged was similar between study sites, the manner of scavenging, daily survival rate of the collision sign as a whole, and subsequent longevity of the collision sign differed between study areas.

BLM_0065485

Additionally, microhabitat characteristics performed poorly in both carcass and sign survival models, suggesting broad scale site or landscape features may have a stronger influence on survival of collision evidence.

Rapid scavenging occurred in many scavenging studies, and is common for both avian (Crawford 1971, Houston 1986, Peterson et al. 2001) and mammalian carcasses (Heinrich 1988, Travaini et al. 1998). Crawford (1971) reported 93% of bird carcasses planted around a television tower in Florida were scavenged during the first night of observation. Houston (1986) studied scavenging by turkey vultures (*Cathartes aura*) in tropical forests and reported 96% of chicken carcasses were scavenged within 3 days. In British Columbia, 52 of 54 waterfowl carcasses placed in agriculture fields to simulate poisoning were removed within 72 hours (Peterson et al. 2001). The ability to locate and consume carrion rapidly provides benefits to many predator and scavenger species, and most vertebrate predators will opportunistically scavenge fresh carrion when available (Devault et al. 2003). Both coyotes and common ravens are opportunistic scavengers common to shrub-steppe dominated landscapes (Hilton 1978, Heinrich 1988, Coates et al. 2008). Thus, the rapid scavenging observed should not be surprising and likely occurs on many areas within shrub-steppe habitats.

In contrast to the rapid rate of initial scavenging on both study areas, overall sign survival rates differed between study sites. Similarly, 50% of planted bobwhite quail (*Colinus virginianus*) remains were completely removed within 4 days in Alabama, whereas only 13% of bobwhite quail remains in Texas were completely removed in that period (Rosene and Lay 1963). In addition to differences in sign survival rates, I recorded

BLM_0065486

differences in the way carcasses were scavenged between study sites, resulting in differences in the remaining carcass evidence.  Carcasses that were directly removed often had few or no feather evidence remaining at the site, whereas carcasses scavenged at their initial location often had large feather piles (≥100 feathers) and bird pieces scattered around the site. Similarly, Rosene and Lay (1963) found that large feather piles disappeared at a slower rate than small feather piles, which is consistent with my observations and suggests the way a carcass is scavenged may influence overall survival of sign at the original location.

Although site scale differences between study areas had a large influence on sign survival, microhabitat characteristics performed poorly in both carcass and sign survival models.  Previous research has produced variable results with respect to the influence of habitat features on avian carcass persistence.  Pain (1991) reported mallard (*Anas platyrhynchos*) carcass longevity was significantly lower for exposed carcasses than those concealed by vegetation.  In contrast, Bumann and Stauffer (2002) found no relationships between scavenging of ruffed grouse (*Bonasa umbellus*) carcasses and habitat characteristics.

**Detection**

In contrast to survival models, habitat characteristics did influence detection probability of carcasses during fence-line surveys.  Similarly, Tobin and Dolbeer (1990) indicated that the lowest detection rate (50%) for songbird carcasses in New York fruit orchards occurred at the site with the greatest ground cover.  Smallwood (2007) summarized results from 10 unpublished reports at wind facilities and found detection appeared to vary by bird group (e.g. large raptors, large non-raptors), whereas vegetation only influenced detection for birds classified as small birds.  Overall, my detection rate (0.53) appears low

compared to previous published studies in other habitats. Savereno et al. (1996) found 66% and 73% of planted bird carcasses in a power-line corridor in coastal South Carolina, and Osborn et al. (2000) reported detection rates varied from 68.7% for small birds to 92.3% for large birds on a Minnesota wind facility.

My detection rate of 2.3% for feather piles may be unrealistically low, as I located 4 actual avian collision sites during trials (B.S. Stevens, University of Idaho, unpublished data), 3 of which were feather piles. Alternatively, if my measured detection probability for feather piles does accurately represent true feather pile detection, it suggests presence of many collision sites.

The applicability of my results to fence-line surveys for sage-grouse collision victims relies on the assumption that detection and survival probabilities are similar for sage-grouse and female pheasants. Smallwood (2007) suggested researchers use the species of interest to avoid misleading results and application. However, Gehring et al. (2009) successfully used surrogate songbird carcasses when evaluating avian collision with communication towers in Michigan. Conservation concerns surrounding sage-grouse prevented us from obtaining 100 grouse carcasses, and greater sage-grouse were recently listed as warranted but precluded under the Endangered Species Act by the United States Fish and Wildlife Service (United States Department of the Interior 2010). Pheasant carcasses used were similar to female sage-grouse in body size and cryptic plumage, which should eliminate potential bias caused by these factors (Osborn et al. 2000, Smallwood 2007). Although a potential source of error could arise from differences in coloration between female pheasants and male sage-grouse, I am unaware of any studies that fully quantify the effects of small changes in coloration on

BLM_0065488

avian carcass detection probability.  Linz et al. (1991) reported significantly more male (83%) than female (78%) red-winged blackbirds (*Agelaius phoeniceus*) were found during carcass searches in cattail marshes, however, these results were not consistent across trials.

Sample sizes and length of survival trials used in carcass studies can also introduce bias in survival estimates due to predator swamping and data censoring (Smallwood 2007, Smallwood et al. 2010).  I distributed carcasses across large geographic areas, which should have reduced the potential for predator swamping.  Further, the ability of mammalian predators to remove and cache carcasses (Stoddart 1970, Prior and Weatherhead 1991) should reduce the influence of predator swamping on carcass removal rates.  Sign survival on the Upper Snake site was high due to many carcasses with evidence persisting throughout the entire study.  Censoring sign survival data at the end of the study could lead to biased survival estimates (Smallwood 2007), and caution should be used extrapolating our results past the 31-day sampling interval length.  Smallwood (2007) suggested carcass survival studies monitor all carcasses on a daily basis.  However, rigorous statistical models are available for unbiased estimation of daily survival rates for variable time interval monitoring (Dinsmore et al. 2002, Rotella et al. 2004, Shaffer 2004), and longer intervals between monitoring periods would likely reduce the chances for observer effects on daily survival rates (e.g. Rotella et al. 2000).

**MANAGEMENT IMPLICATIONS**

I provide the first estimates of avian carcass survival and detection probabilities associated with fence-line surveys in sagebrush-steppe habitats.  Recommendations for standardized searches are difficult given the regional variability in collision sign survival

BLM_0065489

documented.  However, low daily survival rates for carcasses and collision sign suggest time-interval lengths between surveys should be ≤ 1-2 weeks to avoid potential negative effects of survival bias on collision rate estimation.  For small-scale studies it may be possible to sample on a weekly or bi-weekly basis, however, studies estimating collision rates at landscape scales may not be able to sample at such frequencies.  Regional variation in sign survival also suggests the need to estimate survival on all study areas.  Survey protocols should be standardized to avoid sampling when weather conditions are poor and could influence detection probabilities (e.g. snow cover, extreme wind or rain), and collision rates should be corrected based on identified site attributes influencing detection.  Moreover, caution is warranted when aggregating or comparing un-corrected collision data from sites with varying vegetation characteristics, as detection probabilities are likely different between sites.

**ACKNOWLEDGMENTS**

This research was partially supported by Grant No. 09659 from the Student Grant Program at the University of Idaho.  Additional funding and field support for this project was provided by Idaho Department of Fish and Game and the United States Bureau of Land Management.  I thank D. Ayers, S. Jackson, C. Cardinal, A. Locatelli, and N. Muhn, for assisting in field data collection, and J. Baumgardt, D. Musil, C. Hendricks, and L. Cross for additional field support, without which this project would not have been possible.  Pheasants I used were provided by Magic Valley Gamebirds, Larnjo Upland Gamebirds, and Western Wings Upland Gamebirds.  I thank Drs. K. P. Reese, J. W. Connelly, B. Dennis, E. O.

BLM_0065490

Garton, K. Vierling, and L. Brennan, as well 2 anonymous reviewers, whose suggestions and

helpful comments improved this manuscript.

**LITERATURE CITED**

Avery, M. L., P. F. Springer, and J. F. Cassel. 1978. The composition and seasonal variation of bird losses at a tall tower in southeastern North Dakota. American Birds 32:1114-1121.

Anderson, W. L. 1978. Waterfowl collisions with power lines at a coal-fired power plant. Wildlife Society Bulletin 6:77-83.

Baines, D., and R. W. Summers. 1997. Assessment of bird collisions with deer fences in Scottish forests. Journal of Applied Ecology 34:941-948.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia. 2006. Movements and survival of juvenile greater sage-grouse in southeastern Idaho. Wildlife Society Bulletin 34:1070 1078.

Bevanger, K. 1995. Estimates and population consequences of tetraonid mortality caused by collisions with high tension power lines in Norway. Journal of Applied Ecology 32:745-753.

Bevanger, K. 1999. Estimating bird mortality caused by collision with power lines and electrocution: a review of methodology. Pages 29-56 *in* M. Ferrer and G. F. E. Janss, editors. Birds and Power Lines: Collision, Electrocution and Breeding. Quercus, Madrid, Spain.

Bevanger, K., and H. Brøseth. 2000. Reindeer *Rangifer tarandus* fences as a mortality factor for ptarmigan *Lagopus* spp. Wildlife Biology 6:121-127.

Bevanger, K., and H. Brøseth. 2004. Impact of power lines on bird mortality in a subalpine area. Animal Biodiversity and Conservation 27:67-77.

Bevanger, K., Ø. Bakke, and S. Engen. 1994. Corpse removal experiments with willow ptarmigan (*Lagopus lagopus*) in power-line corridors. Ökologie der Vögel 16:597-607.

Bradley, L. C., and D. B. Fagre. 1988. Coyote and bobcat responses to integrated ranch management practices in south Texas. Journal of Range Management 41:322-327.

Braun, C. E.  1998.  Sage-grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Buckland, S. T., K. P. Burnham, and N. H. Augustin.  1997.  Model selection: an integral part of inference.  Biometrics 53:603-618.

Bumann, G. B., and D. F. Stauffer.  2002.  Scavenging of ruffed grouse in the Appalachians: influences and implications.  Wildlife Society Bulletin 30:853-860.

Burnham, K. P., and D. R. Anderson.  2002.  Model selection and multimodel inference: a practical information theoretic approach.  Second edition.  Springer-Verlag, New York, New York, USA.

Canfield, R. H.  1941.  Application of the line interception method in sampling range vegetation.  Journal of Forestry 39:388-394.

Coates, P. S., and D. J. Delehanty.  2010.  Nest predation of greater sage-grouse in relation to microhabitat factors and predators.  Journal of Wildlife Management 74:240-248.

Coates, P. S., J. W. Connelly, and D. J. Delehanty.  2008.  Predators of greater sage-grouse nests identified by video monitoring.  Journal of Field Ornithology 79:421-428.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater-sage grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

Crawford, R. L.  1971.  Predation on birds killed at a TV tower.  Oriole 36:33-35.

DeVault, T. L., O. E. Rhodes and J. A. Shivik.  2003.  Scavenging by vertebrates: behavioral, ecological, and evolutionary perspectives on an important energy transfer pathway in terrestrial ecosystems.  Oikos 102:225-234.

Dinsmore, S. J., G. C. White, and F. L. Knopf.  2002.  Advanced techniques for modeling avian nest survival.  Ecology 83:3476-3488.

Drewitt, A. L., and R. H. W. Langston.  2008.  Collision effects of wind-power generators and other obstacles on birds.  Year in Ecology and Conservation Biology 2008 *in* Annals of the New York Academy of Sciences 1134:233-266.

BLM_0065492

Flake, L. D., J. W. Connelly, T. R. Kirschenmann, and A. J. Lindbloom. 2010. Grouse of plains and mountains: the South Dakota story. South Dakota Department of Game, Fish, and Parks, Pierre, South Dakota, USA.

Gehring, J., P. Kerlinger, and A. M. Manville. 2009. Communication towers, lights, and birds: successful methods of reducing the frequency of avian collisions. Ecological Applications 19:505-514.

Gregg, M. A., J. A. Crawford, M. S. Drut, and A. K. DeLong. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162-166.

Hausleitner, D., K. P. Reese, and A. D. Apa. 2005. Timing of vegetation sampling at greater sage-grouse nests. Rangeland Ecology and Management 58:553-556.

Heinrich, B. 1988. Winter foraging at carcasses by three sympatric corvids, with emphasis on recruitment by the raven, *Corvus corax*. Behavioral Ecology and Sociobiology 23:141-156.

Hilton, H. 1978. Systematics and ecology of the eastern coyote. Pages 220-227 *in* M. Bekoff, editor. Coyotes: Biology, Behavior, and Management. The Blackburn Press, Caldwell, New Jersey, USA.

Holloran, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson. 2005. Greater sage-grouse nesting habitat selection and success in Wyoming. Journal of Wildlife Management 69:638-649.

Houston, D. C. 1986. Scavenging efficiency of turkey vultures in tropical forest. Condor 88:318-323.

James, B. W., and B. A. Haak. 1979. Factors affecting avian flight behavior and collision mortality at transmission lines. Bonneville Power Administration, Portland, Oregon, USA.

Janss, G. F. E., and M. Ferrer. 2000. Common crane and great bustard collision with power lines: collision rate and risk exposure. Wildlife Society Bulletin 28:675-680.

Jones, R. E. 1968. A board to measure cover used by prairie grouse. Journal of Wildlife Management 32:28-31.

Knick, S. T., D. S. Dobkin, J. T. Rotenberry, M. A. Schroeder, W. M. Vander Haegen, and C. van Riper. 2003. Teetering on the edge or too late? conservation and research issues for avifauna of sagebrush habitats. Condor 105:611-634.

BLM_0065493

Kostecke, R. M., G. M. Linz, and W. J. Bleier. 2001. Survival of avian carcasses and
photographic evidence of predators and scavengers. Journal of Field Ornithology
72:439-447.

Kuvlesky, W. P., L. A. Brennan, M. L. Morrison, K. K. Boydston, B. M. Ballard, F. C.
Bryant. 2007. Wind energy development and wildlife conservation: challenges and
opportunities. Journal of Wildlife Management 71:2487-2498.

Linz, G. M., J. E. Davis Jr., R. M. Engeman, D. L. Otis, and M. L. Avery. 1991. Estimating
survival of bird carcasses in cattail marshes. Wildlife Society Bulletin 19:195-199.

McCullagh, P., and J. A. Nelder. 1989. Generalized linear models. Second edition.
Chapman and Hall, New York, New York, USA.

Menard, S. 2000. Coefficients of determination for multiple logistic regression analysis.
American Statistician 54:17-24.

Moss, R., N. Picozzi, R. W. Summers, and D. Baines. 2000. Capercaillie *Tetrao urogallus*
in Scotland – demography of a declining population. Ibis 142:259-267.

Moynahan, B. J., M. S. Lindberg, J. J. Rotella, and J. W. Thomas. 2007. Factors affecting
nest survival of greater sage-grouse in northcentral Montana. Journal of Wildlife
Management 71:1773-1783.

Osborn, R. G., K. F. Higgins, R. E. Usgaard, C. D. Dieter, and R. D. Neiger. 2000. Bird
mortality associated with wind turbines at the Buffalo Ridge Wind Resource Area,
Minnesota. American Midland Naturalist 143:41-52.

Ott, R. L., and M. Longnecker. 2001. An introduction to statistical methods and data
analysis. Fifth edition. Wadsworth Group-Thompson Learning Inc., Pacific Grove,
California, USA.

Pain, D. J. 1991. Why are lead-poisoned waterfowl rarely seen? the disappearance of
waterfowl carcasses in the Camargue, France. Wildfowl 42:118-122.

Peterson, C. A., S. L. Lee, and J. E. Elliot. 2001. Scavenging of waterfowl carcasses by
birds in agricultural fields of British Columbia. Journal of Field Ornithology 72:150-
159.

Prior, K. A., and P. J. Weatherhead. 1991. Competition at the carcass: opportunities for
social foraging by turkey vultures in southern Ontario. Canadian Journal of Zoology
69:1550-1556.

BLM_0065494

Rosene, W., and D. W. Lay. 1963. Disappearance and visibility of quail remains. Journal of Wildlife Management 27:139-142.

Rotella, J. J., M. L. Taper, and A. J. Hansen. 2000. Correcting nest-success estimates for observer effects: maximum-likelihood estimates of daily survival rates with reduced bias. Auk 117:92-109.

Rotella, J. J., S. J. Dinsmore, and T. L. Shaffer. 2004. Modeling nest-survival data: a comparison of recently developed methods that can be implemented in MARK and SAS. Animal Biodiversity and Conservation 27:187-205.

Savereno, A. J., L. A. Savereno, R. Boettcher, and S. M. Haig. 1996. Avian behavior and mortality at power lines in coastal South Carolina. Wildlife Society Bulletin 24:636-648.

Seber, G. A. F. 1982. The estimation of animal abundance and related parameters. Second edition. Macmillan Book, New York, New York, USA.

Shaffer, T. L. 2004. A unified approach to analyzing nest success. Auk 121:526-540.

Smallwood, K. S. 2007. Estimating wind turbine-caused bird mortality. Journal of Wildlife Management 71:2781-2791.

Smallwood, K. S., and C. Thelander. 2008. Bird mortality in the Altamont Pass Wind Resource Area, California. Journal of Wildlife Management 72:215-223.

Smallwood, K. S., L. Rugge, and M. L. Morrison. 2009. Influence of behavior on bird mortality in wind energy developments. Journal of Wildlife Management 73:1082-1098.

Smallwood, K. S., D. A. Bell, S. A. Snyder, and J. E. DiDonato. 2010. Novel scavenger removal trials increase wind turbine-caused avian fatality estimates. Journal of Wildlife Management 74:1089-1097.

Stoddart, L. C. 1970. A telemetric method for detecting jackrabbit mortality. Journal of Wildlife Management 34:501-507.

Tobin, M. E., and R. A. Dolbeer. 1990. Disappearance and recoverability of songbird carcasses in fruit orchards. Journal of Field Ornithology 61:237-242.

Travaini, A., J. A. Donázar, A. Rodríguez, O. Ceballos, M. Funes, M. Delibes, and F. Hiraldo. 1998. Use of European hare (*Lepus europaeus*) carcasses by an avian scavenging assemblage in Patagonia. Journal of Zoology 246:175-181.

BLM_0065495

United States Department of the Interior.  2010.  Endangered and threatened wildlife and plants; 12-month finding for petitions to list greater sage-grouse as threatened or endangered. Federal Register 75:3909-14014.

Whelan, C. J., M. L. Dilger, D. Robson, N. Hallyn, and S. Dilger.  1994.  Effects of olfactory cues on artificial-nest experiments.  Auk 111:945-952.

White, G. C., and K. P. Burnham.  1999.  Program MARK: Survival estimation from populations of marked animals.  Bird Study 46 Supplement:120-138.

Wolfe, D. H., M. A. Patten, E. Shochat, C. L. Pruett, and S. K. Sherrod.  2007.  Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management.  Wildlife Biology 13 (Suppl. 1):95-104.

BLM_0065496

Table 1. Parameters used, and justification for each parameter, in survival and detectability modeling for female pheasant carcasses placed along fences on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.

| Parameter | Justification for hypothesized parameter |
| --- | --- |
| Local-scale models | |
| Site[a] | Differences in landscape context |
| Habitat type[a,b] | Structural, concealment, ht differences |
| Road presence[a] | Potential predator space use[d] |
| Distance of carcass from fence[a,b] | Potential predator space use[d] |
| Snow presence[b] | Covers collision evidence |
| Observer[b] | Experience during surveys may influence efficiency |
| Site × habitat[a,c] | Landscape effects may vary by vegetation |
| Site × road[a,c] | Road effects may vary by local community |
| Habitat × road[a,c] | Road effects may vary by habitat type |
| | |
| Microhabitat models | |
| Shrub ht[a,b] | Effects on predation[e], visual obstruction |
| Shrub canopy coverage[a,b] | Effects on predation[f,g], visual obstruction |
| Grass ht[a,b] | Effects on predation[f,h], visual obstruction |
| Visual concealment[a,b] | Effects on predation[g], visual obstruction |
| Grass ht × shrub ht[a,b,c] | Shrub concealment effects may vary by grass ht |
| Grass ht × canopy coverage[a,b,c] | Shrub coverage effects may vary by grass ht |

[a] Parameter used in survival modeling.

[b] Parameter used in logistic regression modeling.

[c] We added interaction terms when individual terms were in a model together among the top group of models ($\Delta AIC_c \approx \leq 2$).

[d] Bradley and Fagre (1988).

[e] Gregg et al. (1994).

[f] Holloran et al. (2005).

[g] Coates et al. (2010).

[h] Moynahan et al. (2007).

Table 2. Top models of daily survival rate of female pheasant carcasses placed along fences as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.  I ranked and compared models using quasi-AIC corrected for small sample sizes (QAIC$_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).

| Model | QDeviance[a] | K[b] | QAICc | Δ QAICc | $w_i$ | Likelihood[c] | $R_L^{2\,[d]}$ |
|---|---|---|---|---|---|---|---|
| Local-scale models[e] | | | | | | | |
| $S_{(.)}$ | 96.135 | 2 | 100.165 | 0.000 | 0.238 | 1.000 | N/A |
| $S_{(Habitat)}$ | 95.233 | 3 | 101.293 | 1.128 | 0.135 | 0.569 | 0.009 |
| $S_{(Road)}$ | 95.637 | 3 | 101.696 | 1.532 | 0.111 | 0.465 | 0.005 |
| $S_{(Site)}$ | 96.129 | 3 | 102.188 | 2.023 | 0.087 | 0.364 | 0.000 |
| $S_{(Dist)}$ | 96.135 | 3 | 102.194 | 2.030 | 0.086 | 0.363 | 0.000 |
| Microhabitat models[f] | | | | | | | |
| $S_{(.)}$ | 95.720 | 2 | 99.749 | 0.000 | 0.318 | 1.00 | N/A |
| $S_{(GH)}$[g] | 95.041 | 3 | 101.100 | 1.351 | 0.163 | 0.509 | 0.007 |
| $S_{(VC)}$[h] | 95.614 | 3 | 101.673 | 1.924 | 0.121 | 0.382 | 0.001 |
| $S_{(CC)}$[i] | 95.690 | 3 | 101.749 | 2.000 | 0.117 | 0.368 | 0.000 |
| $S_{(SH)}$[j] | 95.719 | 3 | 101.778 | 2.029 | 0.115 | 0.363 | 0.000 |

[a] QDeviance = quasi-deviance (Burnham and Anderson 2002).

[b] K = no. of parameters in model.

[c] Likelihood = $w_i/w_{top}$, where $w_i$ = normalized Akaike model weight for model of interest, and $w_{top}$ = normalized Akaike model weight for the top model (i.e. Δ QAIC c = 0; Burnham and Anderson 2002).

[d] $R_L^2$ = 1-(ln($L_m$)/ln($L_o$)), where $L_m$ = maximized likelihood for model of interest, and $L_o$ = maximized likelihood for intercept only model (Menard 2000).

[e] I estimated overdispersion ($\hat{c}$) for this group of models as the deviance divided by the deviance df.  For this group of models $\hat{c}$ = 3.141.

[f] I estimated $\hat{c}$ for this group of models as the deviance divided by the deviance df.  For this group of models $\hat{c}$ = 3.155.

[g] GH = grass ht microhabitat variable.

[h] VC = visual concealment microhabitat variable.

[i] CC = % shrub canopy coverage microhabitat variable.

[j] SH = shrub ht microhabitat variable.

BLM_0065498

Table 3. Model averaged estimates of female pheasant carcass daily survival rates on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.  Groups represent 8 combinations of 3 binary classification variables, representing site (BB = Browns Bench, US = Upper Snake), habitat type (LS = little sagebrush, BS = big sagebrush), and road presence (NR = no road, RP = road present).

| Group | Daily survival | 95% CI Lower | Upper |
|---|---|---|---|
| BB LS NR | 0.798 | 0.694 | 0.873 |
| BB LS RP | 0.811 | 0.699 | 0.888 |
| BB BS NR | 0.776 | 0.661 | 0.860 |
| BB BS RP | 0.789 | 0.655 | 0.881 |
| US LS NR | 0.798 | 0.691 | 0.875 |
| US LS RP | 0.812 | 0.703 | 0.887 |
| US BS NR | 0.777 | 0.661 | 0.861 |
| US BS RP | 0.790 | 0.661 | 0.879 |

BLM_0065499

Table 4. Top models of daily survival rate of female pheasant sign placed along fences as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.  I ranked and compared models using quasi-AIC corrected for small sample sizes (QAIC$_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).

| Model | QDeviance[a] | K[b] | QAICc | Δ QAICc | $w_i$ | Likelihood[c] | $R_L^{2}$[d] |
|---|---|---|---|---|---|---|---|
| **Local-scale[e]** | | | | | | | |
| $S_{(Site)}$ | 94.597 | 3 | 100.612 | 0.000 | 0.341 | 1.000 | 0.226 |
| $S_{(Site+Dist)}$ | 94.298 | 4 | 102.322 | 1.711 | 0.145 | 0.425 | 0.228 |
| $S_{(Site+Habitat)}$ | 94.322 | 4 | 102.347 | 1.735 | 0.143 | 0.420 | 0.228 |
| $S_{(Site+Road)}$ | 94.596 | 4 | 102.621 | 2.009 | 0.125 | 0.366 | 0.226 |
| $S_{(Site+Habitat+Dist)}$ | 94.002 | 5 | 104.039 | 3.427 | 0.061 | 0.180 | 0.231 |
| **Microhabitat[f]** | | | | | | | |
| $S_{()}$ | 97.444 | 2 | 101.451 | 0.000 | 0.228 | 1.000 | N/A |
| $S_{(GH)}$[g] | 95.933 | 3 | 101.948 | 0.496 | 0.178 | 0.780 | 0.016 |
| $S_{(CC)}$[h] | 96.348 | 3 | 102.363 | 0.912 | 0.145 | 0.634 | 0.011 |
| $S_{(SH)}$[i] | 97.061 | 3 | 103.076 | 1.624 | 0.101 | 0.444 | 0.004 |
| $S_{(VC)}$[j] | 97.173 | 3 | 103.188 | 1.736 | 0.096 | 0.420 | 0.003 |
| $S_{(GH+CC)}$ | 95.233 | 4 | 103.258 | 1.806 | 0.093 | 0.405 | 0.023 |

[a] QDeviance = quasi-deviance (Burnham and Anderson 2002).

[b] K = no. of parameters in model.

[c] Likelihood = $w_i/w_{top}$, where $w_i$ = normalized Akaike model weight for model of interest, and $w_{top}$ = normalized Akaike model weight for the top model (i.e. Δ QAICc = 0; Burnham and Anderson 2002).

[d] $R_L^2 = 1-(\ln(L_m)/\ln(L_o))$, where $L_m$ = maximized likelihood for model of interest, and $L_o$ = maximized likelihood for intercept only model (Menard 2000).

[e] I estimated overdispersion ($\hat{c}$) for this group of models as the deviance divided by the deviance df ($\hat{c}$ = 3.216).

[f] I estimated $\bar{c}$ for this group of models as the deviance divided by the deviance df ($\bar{c}$ = 4.032). [g] GH = grass ht microhabitat variable.

[h] CC = % shrub canopy coverage microhabitat variable.

[i] SH = shrub ht microhabitat variable.

[j] VC = visual concealment microhabitat variable.

BLM_0065500

Table 5. Model averaged estimates of female pheasant sign daily survival rates on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.  Groups represent 8 combinations of 3 binary classification variables, representing site (BB = Browns Bench, US = Upper Snake), habitat type (LS = little sagebrush, BS = big sagebrush), and road presence (NR = no road, RP = road present).

| Group | Daily survival | 95% CI | |
|---|---|---|---|
| | | Lower | Upper |
| BB LS NR | 0.872 | 0.783 | 0.928 |
| BB LS RP | 0.872 | 0.764 | 0.935 |
| BB BS NR | 0.863 | 0.770 | 0.922 |
| BB BS RP | 0.863 | 0.746 | 0.931 |
| US LS NR | 0.988 | 0.970 | 0.996 |
| US LS RP | 0.988 | 0.969 | 0.996 |
| US BS NR | 0.987 | 0.967 | 0.995 |
| US BS RP | 0.987 | 0.966 | 0.995 |

BLM_0065501

Table 6. Top logistic regression models of female pheasant carcass detection probability during fence collision surveys as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009. I ranked and compared models using Akaike's Information Criteria corrected for small sample sizes ($AIC_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).

| Model | Deviance | $K^a$ | AICc | $\Delta$ AICc | $w_i$ | Likelihood[b] | Prediction Success[c] |
|---|---|---|---|---|---|---|---|
| Local-scale | | | | | | | |
| $P_{(Habitat)}$ | 57.816 | 2 | 62.095 | 0.000 | 0.306 | 1.000 | 0.674 |
| $P_{(Habitat+Snow)}$ | 57.146 | 3 | 63.717 | .623 | 0.136 | 0.444 | 0.674 |
| $P_{(Habitat+Dist)}$ | 57.424 | 3 | 63.996 | 1.901 | 0.118 | 0.387 | 0.674 |
| $P_{(Habitat+Observer)}$ | 57.795 | 3 | 64.367 | 2.272 | 0.098 | 0.321 | 0.674 |
| $P_{(Snow)}$ | 61.178 | 2 | 65.457 | 3.362 | 0.057 | 0.186 | 0.609 |
| Microhabitat | | | | | | | |
| $P_{(SH)}^d$ | 57.329 | 2 | 61.608 | 0.000 | 0.323 | 1.000 | 0.609 |
| $P_{(CC)}^e$ | 57.931 | 2 | 62.210 | 0.602 | 0.239 | 0.740 | 0.652 |
| $P_{(GH+SH)}^f$ | 56.980 | 3 | 63.551 | 1.943 | 0.122 | 0.379 | 0.587 |
| $P_{(GH+CC)}$ | 57.332 | 3 | 63.904 | 2.296 | 0.102 | 0.317 | 0.652 |
| $P_{(VC)}^g$ | 60.385 | 2 | 64.664 | 3.056 | 0.070 | 0.217 | 0.565 |

[a] K = no. of parameters in model.

[b] Likelihood = $w_i/w_{top}$, where $w_i$ = normalized Akaike model weight for model of interest, and $w_{top}$ = normalized Akaike model weight for the top model (i.e. $\Delta$ QAICc = 0; Burnham and Anderson 2002).

[c] I calculated prediction success via crossvalidation in PROC LOGISTIC, PREDPROBS=CROSSVALIDATE output statement (SAS Version 9.2, Cary, NC).

[d] SH = shrub ht microhabitat variable.

[e] CC = % shrub canopy coverage microhabitat variable.

[f] GH = grass ht microhabitat variable.

[g] VC = visual concealment microhabitat variable.

BLM_0065502

Figure 1.  Southern Idaho, USA, study areas, where I studied survival and detectability of female pheasant carcasses planted as hypothetical collision victims.  Dashed lines represent my 2 study regions (BB = Browns Bench, US = Upper Snake) during spring of 2009.



BLM_0065503

48

Figure 2. Plots of female pheasant carcass detection probability during fence surveys as a function of microhabitat characteristics on the Browns Bench region of Idaho, USA, during 2009. (a) Carcass detection probability as a function of shrub height from the top microhabitat detectability model. (b) Carcass detection probability as a function of shrub canopy coverage from the second best microhabitat detectability model.

a)



BLM_0065504





BLM_0065505

50

# CHAPTER 3.  ESTIMATING AVIAN FENCE-COLLISION RATES IN GREATER SAGE-GROUSE BREEDING AREAS:  A PROBABILITY SAMPLING APPROACH

## INTRODUCTION

Collision with linear infrastructure is widespread and common among many avian species (Morkill and Anderson 1991, Bevanger 1994, Brown and Drewien 1995, Baines and Summers 1997).  Grouse as a group appear highly susceptible to infrastructure collision (e.g., Bevanger 1995, Baines and Summers 1997, Wolfe et al. 2007), which may be related to morphological factors such as large body weight and high wing loading (Bevanger 1998, Janss 2000).  Research in Europe suggests fences and power lines are common sources of collision mortality for a variety of grouse, including capercaillie (*Tetrao urogallus*), black grouse (*Tetrao tetrix*), red grouse (*Lagopus lagopus scoticus*), and ptarmigan (*Lagopus* spp.; Bevanger 1990, Catt et al. 1994, Baines and Summers 1997, Bevanger and Brøseth 2000, Baines and Andrew 2003).  Although research concerning grouse-infrastructure collision in North America is limited, evidence suggests fence collision mortality may pose a serious threat to lesser prairie-chicken (*Tympanuchus pallidicinctus*) populations in the southern great plains (Patten et al. 2005, Wolfe et al. 2007).  Moreover, infrastructure-collision has been documented in multiple locations for greater sage-grouse (hereafter sage-grouse; *Centrocercus urophasianus*), a sagebrush (*Artemisia* spp.) obligate and species of concern in the western United States (Scott 1942, Beck et al. 2006, Flake et al. 2010).

Quantifying collision frequency for widely dispersed species such as grouse requires traversing linear infrastructure and recording the number of collision remains located

BLM_0065506

(Bevanger 1999). This approach has inherent biases associated with detection probabilities and survival of collision remains, and several published studies have focused on methods to quantify these sources of bias (Bevanger et al. 1994, Smallwood 2007, Stevens et al. 2011). Smallwood (2007) reviewed unpublished manuscripts from avian wind power collision studies to evaluate sources of detection error in avian collision surveys. Similarly, Stevens et al. (2011) quantified the influence of microsite and broad scale factors on survival and detection of collision evidence in sagebrush-steppe systems.

Although sampling biases associated with searching for collision evidence in linear-infrastructure corridors are well known, biases due to non-random allocation of sampling efforts and unwarranted extrapolation have not been addressed. Much of the previous research has focused on worst-case-scenario studies, where observations are made at locations of known high impact. High impact areas are necessary to obtain sample sizes required to evaluate effectiveness of marker mitigation, and such markers are targeted for high risk areas and thus inferences drawn are appropriate. Also common, however, is arbitrary or convenience selection of study fence or power-line segments and unwarranted extrapolation of collision rate estimates to larger areas or landscapes (e.g., Bevanger 1995, Shaw et al. 2010). Unfortunately, arbitrary selection of sampling units (e.g., fence or power-line segments) is subject to inherent researcher bias which leaves study results questionable and overall extrapolation of inference to the landscape at large limited (Anderson 2001, Scheaffer et al. 2006). Fortunately, a diverse and accessible statistical literature exists to aide field ecologists in probability based sampling design and estimation (Garton et al. 2005, Scheaffer et al. 2006).

Conservation concerns about sage-grouse throughout the species' range (Braun 1998, Connelly et al. 2004) have made the lack of empirical data on North American grouse collisions apparent. That sage-grouse collide with fences has been known since at least the 1940's (Scott 1942), however, sage-grouse fence collision has never been systematically studied. Moreover, the distribution of fences in sagebrush habitats has increased over several decades, and multiple authors have hypothesized impacts on sage-grouse (Braun 1998, Connelly et al. 2000, Connelly et al. 2004). Previous collision research often provided temporally intensive studies over spatially restricted sites with limited application to other areas, and I am not aware of any studies using rigorous probability sampling designs to quantify collision frequency at landscape scales. Therefore, this research was pursued with the objective of using probability sampling methods to estimate landscape scale avian fence collision rates in sage-grouse breeding habitats across southern Idaho.

**STUDY AREA**

I conducted fence collision surveys in 16 greater sage-grouse breeding areas across 4 distinct geographic regions of southern Idaho (Fig. 1). Each breeding area represented 1 lek complex, defined as a group of leks in relatively close spatial proximity believed to represent part or all of a single breeding population (Connelly et al. 2003) and adjacent sagebrush-grass habitat. I sampled fences within 2 lek complexes in the East Jarbidge region (hereafter EJ), the Antelope Pocket and Browns Bench areas, respectively. In the northern Magic Valley region (hereafter NMV) I sampled fences in 4 lek complexes, the North Shoshone, Picabo Hills, Timmerman, and Paddelford Flats sites. In the Big Desert region (hereafter BD) I sampled fences in 4 lek complexes, Big Desert sites 1, 3, and 5, and the Fingers Butte

site.  Lastly, I sampled fences in 6 lek complexes in the Upper Snake region (hereafter US) of southeast Idaho, the Crooked Creek, Lidy, Table Butte, Medicine Lodge, Plano, and Red Road sites.  In order to sample more intensively at each study site I did not sample fences from the Timmerman or Big Desert 5 sites in 2010, and thus only sampled fences in 14 lek routes.  Elevations on sampling areas ranged from approximately 1,450 m on Browns Bench to approximately 2,000 m on the northern portions of the Red Road and Medicine Lodge sites.  Habitat types on sampling areas varied considerably, and included large stands of big (*Artemisia tridentata*), little (*A. arbuscula*), black (*A. nova*), three-tip (*A. tripartita*), and mixed sagebrush types, as well as grasslands, pasture, and burned areas.  Non-native grasses such as cheatgrass (*Bromus tectorum*) and crested wheatgrass (*Agropyron christatum*) were common on many study sites.   Since there was considerable spatial variation in habitat types, these sites were representative of the variety of habitat conditions on southern Idaho rangelands.

**METHODS**

I used cluster sampling to estimate avian fence collision rates in sage-grouse breeding habitat.  Specifically, lek routes monitored by Idaho Department of Fish and Game (hereafter IDFG) were selected (2009: $n = 16$; 2010: $n = 14$) for inclusion in the study based on accessibility and breeding bird use, and lek routes were treated as strata in sampling and estimation.  I buffered each lek in a route with $\geq 1$ displaying male documented the previous year (2008 or 2009) by 1.5 km using ArcGIS software (hereafter GIS).  I then overlaid a 1x1 km spatial grid over the buffered leks within each route using GIS.  Grid cells that intersected with (i.e., contained) United States Bureau of Land Management (hereafter BLM) pasture

boundaries (our surrogate for fence) were used to define the sampling frame (Fig. 2). In this design the 1x1 km cells each represented 1 sampling unit or cluster. I randomly selected a stratified cluster sample of 1x1 km grid cells using the GIS extension Hawth's Tools (Hawth's analysis tools for ArcGIS version 3, <http://www.spatialecology.com/htools.>, accessed 12 Jan 2009). I allocated the sample (2009: $n = 60$; 2010: $n = 80$) to each stratum in proportion to the number of cells in the stratum. For example, if one strata (i.e., lek route) contained 10% of the total number of cells in the sampling frame in 2009, then 6 sample cells (10% of 60) were allocated to that strata. I selected the number of sampling cells each year as the estimated maximum number of cells that could be sampled in a one month period given time and logistical constraints, and increased sampling for the 2nd year after we had experienced time requirements for sampling. I was only able to sample a portion of lek routes on $\geq 1$ occasion each year due to logistical constraints and weather related limited access. In 2009 we sampled 8 of 16 lek routes $\geq 2$ occasions, and 2 of these 8 lek routes were sampled 3 times. I sampled 10 of 14 lek routes twice in 2010.

Within each sampling unit I searched all fence sections (i.e., sampling elements) for avian collision evidence in the form of carcasses or sign and feather tufts on the barbed wire using 1-2 searchers (1 on each side of the fence, or 1 searcher sampling each side in turn). Fence searchers walked approximately 1-3 m from the fence on either side during surveys, and monitored the area up to approximately 15 m from the fence for carcasses or collision evidence. When feather evidence was located I searched more intensively for carcasses within approximately 30-50 m of the site. All fence segments and fence types inside our spatial clusters (i.e., cells) were sampled, and digitized using handheld GPS units and GIS. I

sampled fence on sage-grouse breeding areas from 5 March – 19 May 2009, and 15 March – 18 May 2010.

Statistical estimation of the average number of collisions per linear kilometer of fence and total number of collisions located on each lek route followed from elementary survey sampling (Scheaffer et al. 2006). Specifically, estimation of collision rates ($\bar{x} = \hat{\mu}$) and variance of the rates ($\hat{V}(\bar{x})$) on each study area were calculated according to 1-stage cluster sampling:

$$\bar{x} = \frac{\sum_{i=1}^{n} x_i}{\sum_{i=1}^{n} m_i} \qquad (1)$$

$$\hat{V}(\bar{x}) = \left(\frac{N-n}{Nn\bar{m}^2}\right) s_r^2 \qquad (2)$$

Where:

$$s_r^2 = \frac{\sum_{i=1}^{n}(x_i - \bar{x}m_i)^2}{n-1} \qquad (3)$$

Notation in these formulas represents the following values: $N$ = the total number of clusters in the lek route; $n$ = the number of clusters sampled; $m_i$ = the length of fence in kilometers in cluster $i$; $\bar{m}$ = the average length of fence in kilometers per cluster in the sample; and $x_i$ = the number of collision sites located in the $i^{th}$ cluster. Since the true average cluster size for the population ($\bar{M}$) is unknown, $\bar{m}$ was used in the variance formula (Scheaffer et al. 2006). Furthermore, estimation of the total number of collision sites on each study area ($\hat{t}$) and variance of this estimate ($\hat{V}(\hat{t})$) were calculated as follows:

56

$$\hat{\tau} = \frac{N}{n} \sum_{i=1}^{n} x_i \qquad (4)$$

$$\hat{V}(\hat{\tau}) = N^2 \left(\frac{N-n}{Nn}\right) s_t^2 \qquad (5)$$

Where:

$$s_t^2 = \frac{\sum_{i=1}^{n}(x_i - \bar{x}_t)^2}{n-1} \qquad (6)$$

I emphasize that $\bar{x}_t$ (the average number of collision sites located in the $n$ clusters sampled) is not the same as $\bar{x}$ (the average number of collision sites located per linear kilometer of fence) as calculated in equation one.

A collision in this study was defined as detection of a whole carcass or a feather pile ($\geq 5$ feathers) within 15 m of the fence, or detection of feathers stuck in the fence. Despite this definition of a collision I was cautious when only feather sign was detected, and if a likely raptor plucking post was present we were conservative and did not classify these sites as collision locations. Plucking posts were common in some areas (mostly for passerine prey species) and were usually located at large wooden fence-posts, with the resulting feather piles scattered from the base of the post in the prevailing wind direction. In contrast, sites deemed collision locations based solely on feather-pile evidence commonly contained large numbers of feathers scattered in the prevailing wind direction from under the fence itself, or very close to the fence (typically < 1 m). Given this definition of a fence collision, the only victims not accounted for were birds flying into fences and leaving no feathers either on the fence or on the ground, and no carcass, or victims whose evidence was removed prior to sampling. I sent collision evidence from unknown avian species to the Feather Identification Laboratory at the

BLM_0065512

Smithsonian Institution, where whole feather characteristics (Sabo and Laybourne 1994, Woodman et al. 2005), microscopic feather characteristics (Dove and Koch 2010), and DNA barcoding (Dove et al. 2007) were used to to identify species of individual collision victims.

I counted feather tufts on fences and feather piles as collisions during searches with no knowledge of fate of the collision victim. Therefore my estimates are of number of collision sites present at the time of sampling, and not of collision mortalities, as we had no way to assess the crippling bias caused by individual birds flying into fences and dying at a later time or in a different area (Bevanger 1999). Thus, the relationship between the collision itself and the extent of negative effects on individual birds was left unstudied, as this is difficult to accurately assess (Bevanger 1999).

Statistical estimation of global collision rates and total number of collision sites in the breeding areas across the landscape once again followed from elementary survey sampling (Scheaffer et al. 2006). The global estimate of collision rates over all strata was analogous to a combined form ratio estimate, consisting of the ratio of the estimated cluster total (i.e., total number of collisions present) to an estimator of the total cluster size (i.e., total length of fence in kilometers). Estimates of the population average collision rate per linear kilometer of fence ($\bar{x}_c$) and its variance ($\hat{V}(\bar{x}_c)$) were calculated according to stratified cluster sampling:

$$\bar{x}_c = \frac{\sum_{i=1}^{L} N_i \bar{x}_{ti}}{\sum_{i=1}^{L} N_i \bar{m}_i} \qquad (7)$$

$$\hat{V}(\bar{x}_c) = \frac{1}{\hat{M}^2}\left\{\sum_{i=1}^{L} \frac{N_i(N_i - n_i)}{n_i} S_{ci}^2\right\} \qquad (8)$$

Where:

58

$$S_{ci}^2 = \frac{\sum_{j=1}^{n_i} \left[ \left( x_{ji} - \bar{x}_c m_{ji} \right) - \frac{1}{n_i} \sum_{j=1}^{n_i} \left( x_{ji} - \bar{x}_c m_{ji} \right) \right]^2}{n_i - 1} \qquad (9)$$

$$\widehat{M}^2 = \left\{ \sum_{i=1}^{L} N_i \bar{m}_i \right\}^2 \qquad (10)$$

Notation used in these formulas represents the following values: $N$ = total number of clusters in the $L$ strata; $N_i$ = total number of clusters in the $i$th strata; $n_i$ = the number of clusters sampled in the $i$th strata; $x_{ji}$ = the number of collisions detected in the $j$th cluster of the $i$th strata, where $j = 1, \dots, n_i$ for each strata; $m_{ji}$ = the kilometers of fence in the $j$th cluster of the $i$th strata; $\bar{x}_{ti}$ = average number of collision sites located in clusters of the $i$th strata (total number of collisions located / total number of clusters sampled); and $\bar{m}_i$ = average kilometers of fence of clusters in the $i$th strata (total length of fence / total number of clusters sampled). In equation 8 the term $\widehat{M}^2$ was used because the total length of fence in the population of clusters ($M$) was unknown (Scheaffer et al. 2006).

I corrected collision counts for detectability based on the following model:

$$Corrected\ Count = \frac{1}{\hat{P}} \qquad (11)$$

where $\hat{P}$ is estimated detection probability for a given collision point, estimated from the intercept only (i.e., mean) logistic regression model developed using hen ring-necked pheasant (*Phasianus colchicus*) carcasses presented by Stevens et al. (2011):

$$logit(\hat{P}) = \ln\left( \frac{\hat{P}}{1 - \hat{P}} \right) = \hat{\beta}_0 \qquad (12)$$

and

59

$$\hat{P} = \frac{1}{1 + e^{-\{\hat{\beta}_0\}}} \tag{13}$$

where $\hat{\beta}_0 = 0.174$ was the linear model intercept coefficient. Therefore, I assumed constant detection probability for all collisions across space and time, which may have resulted in inaccurate detection probability corrections for non-target avian species. I did not correct individual collision points for detectability based on microsite vegetation characteristics (e.g., Stevens et al. 2011) because these microsite vegetation measurements were only made in 2010. Therefore, I used corrected collision counts at each sampling unit to calculate collision rates in equations 1-10. I did not correct counts for sign-survival bias since I was unable to measure collision sign longevity at each study site, and because my sampling methodology sacrificed intensive temporally repeated sampling for a broader spatial extent. As such, my collision counts should be considered as likely biased low for the entire lekking season due to the removal of collision evidence at sites and the point-in-time sampling approach taken (Smallwood 2007, Stevens et al. 2011).

Sampling methods used limited inference of my estimates to fence collision rates during the breeding season within approximately 2.5 km of leks, however, this allowed me to sample a larger geographic extent across southern Idaho. I assessed collision over a broad geographic extent because collision risk across a landscape for sage-grouse has never been investigated, although this necessarily limited the intensity with which we could sample spatially and temporally at any given site.

**RESULTS**

I sampled 129.5 km of fence in 140 1x1 km sampling units across south-central and southeast Idaho $\geq 1$ time during spring of 2009 and 2010 (Appendix C). I sampled 23 1x1

km cells in the US region twice each, and 15 cells in the EJ region 3 times each in 2009, and in 2010 I sampled all but 3 sites twice each.  I sampled Crooked Creek, Medicine Lodge, and Red Road sites once each in 2010 because weather prevented access early in the sage-grouse breeding season.

I found 111 (2009: $n = 61$; 2010: $n = 50$) avian collision sites during sampling, 75 (2009: $n = 37$; 2010: $n = 38$) in randomly selected sampling units and 36 (2009: $n = 24$; 2010: $n = 12$) opportunistically while traversing study areas.  I found 86 (2009: $n = 48$; 2010: $n = 38$) sage-grouse fence collisions, 58 (2009: $n = 28$; 2010: $n = 30$) in randomly selected sampling areas.  Other fence-collision species located during fieldwork included grey partridge (*Perdix perdix*; n = 4), sharp-tailed grouse (*Tympanuchus phasianellus*; $n = 1$), chukar (*Alectoris chukar*; $n = 1$), short-eared owl (*Asio flammeus*; $n = 3$), long-eared owl (*Asio otus*; $n = 1$), great-horned owl (*Bubo virginianus*; $n = 1$), Ferruginous hawk (*Buteo regalis*; $n = 1$), American robin (*Turdus migratorius*; $n = 1$), rock dove (*Columba livia*; $n = 1$), Brewer's sparrow (*Spizella breweri*; $n = 1$), horned lark (*Eremophilia alpestris*; $n = 2$), western meadowlark (*Sturnella neglecta*; $n = 6$), an unidentified owl (Family Strigidae; $n = 1$), and an unidentified dabbling duck (Subfamily Anatinae; $n = 1$).  I did not use collisions located opportunistically outside of randomly selected sampling areas in collision rate estimation.

Composition of evidence types found at collision sites was dominated by feather piles (53.6%, $n = 60$), with lesser amounts of feather piles and feathers lodged in the fence (33.0%, $n = 37$), and only feathers lodged in the fence (12.5%, $n = 14$).  I found 1 unscavenged fence collision carcass, a western meadowlark.  I was able to determine sex from 48.3% of sage-

grouse collision remains ($n = 42$), resulting in 36 male and 6 female known sex collisions. However, ability to determine sex in sage-grouse collision remains appears to be male biased due to presence of filoplume and air-sac feathers.

Estimated sage-grouse fence collision rates showed spatial variation among study areas both among and within regions in 2009 (Table 2) and 2010 (Table 3). Uncorrected estimates of sage-grouse fence collision rates ranged from 0-2.94 strikes/km in 2009, and 0-1.43 strikes/km in 2010. Applying the simple mean detectability correction model assuming constant detection across space and time essentially doubled collision rate estimates. Corrected sage-grouse collision rate estimates ranged from 0-5.42 strikes/km in 2009, and 0-2.63 strikes/km in 2010. In general I found highest collision rates in the Big Desert and Upper Snake regions, and lower collision rates in the EJ and NMV regions in both 2009 and 2010 (Table 2, 3). I found evidence for site-scale variability in collision rates between years. Both Plano and Paddelford Flat had low estimated collision rates in 2009 (0-0.30 strikes/km), but had among the largest estimated collision rates during the first sampling occasion in 2010 (1.87-2.31 strikes/km). Moreover, at least 1 site in each region had no sage-grouse collisions detected (Table 2, 3).

Estimated avian fence collision rates for all species also showed spatial variation both among and within regions in 2009 (Table 2) and 2010 (Table 3). Since most avian-fence collisions detected were sage-grouse, fence collision rates for all species were similar to sage-grouse fence collision rates at most sites. However, Paddelford Flat (0.61 strikes/km) and North Shoshone (0.92 strikes/km) had relatively large avian collision rates in 2009 despite no sage-grouse collisions detected. Uncorrected estimates of avian fence collision

BLM_0065517

rates for all species ranged from 0-2.94 strikes/km in 2009, and 0-1.90 strikes/km in 2010.

Avian fence collision rate estimates for all species corrected for detectability ranged from 0-5.42 strikes/km in 2009, and 0-3.50 strikes/km in 2010 (Table 2, 3).

Estimated total number of fence collisions present at the time of sampling for each site reflected both mean collision rate and estimated total length of fence on each area (Table 4, 5). Estimated collision totals again showed variation both among and within regions. Despite variation between sites, estimated sage-grouse collision totals for both 2009 and 2010 showed similar patterns as estimated collision rates, and were highest in the Big Desert and Upper Snake regions, and lowest in the East Jarbidge and North Magic Valley regions. However, several differences existed in relative risk between sites as measured by estimated collision totals compared to collision rates. In 2009 Crooked Creek had among the highest estimated sage-grouse collision rates but only moderate estimated collision totals, and a similar pattern emerged for Paddelford Flat in 2010 (Table 4, 5). Both Crooked Creek and Paddelford Flat had relatively low estimated total fence lengths, reducing the estimated number of sage-grouse collision sites present during sampling.

Estimated collision totals for all species were similar to estimated collision totals for sage-grouse. However, North Shoshone ($\hat{\tau}$ = 12.88 strikes) and Paddelford Flat ($\hat{\tau}$ = 10.12 strikes) had moderate collision total estimates in 2009 despite no sage-grouse fence collisions detected (Table 4, 5). I calculated a conservative estimate of number of avian collision strikes over all study areas by summing estimated totals for each site (i.e., Table 3, 4). I estimated 337.1 total avian fence collisions at the time of first sampling on 16 sites in 2009, and 227.6 fence collisions on 14 sites in 2010 (Table 4, 5). I estimated 261.62 total sage-

BLM_0065518

grouse fence collisions at the time of first sampling on 16 sites in 2009, and 197.77 total

sage-grouse fence collisions on 14 sites in 2010 (Table 4, 5).

Although there was evidence for temporal variation in collision rates between years

within sites, global collision rates at landscape scales were consistent across years (Table 6).

Uncorrected landscape-scale sage-grouse collision rates ranged from 0.06-0.38 strikes/km in

2009, and 0.10-0.41 strikes/km in 2010 (Table 6).  Applying the mean detectability model

again approximately doubled collision rates, and corrected landscape-scale sage-grouse

collision rates ranged from 0.12-0.70 strikes/km in 2009, and 0.18-0.75 strikes/km in 2010.

Despite consistent landscape-scale collision rate estimates across years, I found evidence for

reduced collision frequency during the second half of the lekking season (i.e., during

sampling occasions 2 and 3).  Although large time intervals between sampling occasions

(e.g., $\geq$ 1 month) precluded accurate assessment of temporal dynamics of collision risk

during the lekking season, both the maximum estimated collision rates reported for each site

sampled $\geq$ 1 time and the maximum landscape-scale collision rates were observed during the

first sampling occasion.  Further, landscape-scale collision rate estimates during the first

sampling occasion were 5.06 times greater than the second sampling occasion in 2009, and

4.08 greater during 2010.

**DISCUSSION**

I found spatial variation in collision frequency for sage-grouse and all species

combined, with variation both among and within regions during the breeding season.  Spatial

variation both locally and regionally is common in collision studies, and is likely influenced

by factors such as regional or local abundance (Baines and Andrew 2003, Barrios and

BLM_0065519

Rodríguez 2004), space-use and distribution of habitats (Baines and Summers 1997, Shaw et al. 2010), and unknown factors. Shaw et al. (2010) found collision frequency of blue cranes in South Africa varied by region and amount of preferred foraging habitats. Baines and Summers (1997) reported widespread grouse collision in Scotland that appeared related to foraging habitat, but regional variability was high with a 7-fold range in collision rates among sites. Baines and Andrew (2003) indicated collision rates correlated with indices of local black grouse abundance in Scotland. Janss (2000) found 88% of common crane power line collisions in Spain on only 37.5% of line segments. Similarly, research in Norway indicated ptarmigan collision rates varied significantly among segments for both fences and power lines (Bevanger and Brøseth 2000, Bevanger and Brøseth 2004). Observed variability may have also been influenced by small sample sizes at some sites; I only sampled 1 cluster at Crooked Creek in both 2009 and 2010 due to the relatively low abundance of known fences in close proximity to leks.

Despite high spatial variability, collision was widespread for sage-grouse and all species combined, and landscape scale collision rates were similar across years. Most avian collision species detected were sage-grouse (77.5%), indicating collision vulnerability was relatively high for this species compared to other avian species using sagebrush-grass habitats. These results corroborate European studies suggesting grouse as a group are highly susceptible to infrastructure collision. Bevanger and Brøseth (2000) found 253 fence collisions from 1991-1994 in Norway, 85% of which were ptarmigan. Bevanger and Brøseth (2004) studied power-line collision over 6 years in Norway, and 80% of recorded collisions were ptarmigan. Similarly, Baines and Summers (1997) found 93% of avian collisions with

Scottish deer fences were grouse ($n = 261$), and 91% of collisions in a fence marking mitigation study were also grouse ($n = 399$; Baines and Andrew 2003). These are comparable to my findings, where 83% of observed avian fence collisions were upland gamebird species. My landscape scale collision rates are within the range of those reported by European-grouse fence collision studies (e.g., Baines and Summers 1997, Bevanger and Brøseth 2000, Baines and Andrew 2003), however, differences in sampling methodology and intensity, bias correction, and scale preclude meaningful direct comparisons. Although not directly estimating collision frequency, Wolfe et al. (2007) reported almost 40% of radiomarked lesser-prairie chicken mortality in Oklahoma was caused by collision with stock fences. Clearly, grouse are highly susceptible to fence collision and frequency of collision is likely more widespread than previously acknowledged in North America.

Landscape-scale fence collision rates show avian collision to be widespread and relatively common, but my estimates should still be considered conservative. Logistical constraints prevented us from estimating survival of collision evidence on all study sites, thus I did not correct estimates for sign-survival bias. Existing research suggests high variability of sign-survival across study sites and regions, which could have contributed to observed spatial variability in collision rate estimates (Smallwood 2007, Stevens et al. 2011). My broad-scale sampling precluded temporally intensive repeat sampling at any given site, and resulted in point-in-time estimates of the number of collisions present during sampling. However, my study objectives favored broad-scale surveys to quantify collision across the landscape, while admittedly sacrificing temporal dynamics of collision throughout the sage-grouse breeding season. Moreover, I chose not to correct estimates with previously

BLM_0065521

published sign-survival rates (e.g., Bevanger 1995, Janss and Ferrer 2000, Smallwood et al. 2007) because that is speculative and imprecise, and estimators are sensitive to small changes in bias corrections (Bevanger 1995).

Although widespread collision of birds with linear infrastructure such as power lines and fences has been documented, our understanding, estimation, and prediction of such phenomenon at broad spatial scales has been hindered by non-random allocation of sampling efforts and studies with limited scope. Many previous studies were designed as worst-case-scenarios in locations of known or hypothesized high impact (e.g., Catt et al. 1994, Janss and Ferrer 2000, Bevanger and Brøseth 2004). These studies often provided temporally intensive efforts over small numbers of sites which resulted in abundant information for localized areas, but limited generalization of results to other sites or regions (Bevanger 1998). Moreover, studies conducted at broad spatial scales were often limited in their ability to extrapolate results through subjective allocation of sampling efforts (e.g., Bevanger 1995, Shaw et al. 2010). Shaw et al. (2010) arbitrarily selected and sampled 199 of 4671 km of power lines on their South African study site for the presence of avian collisions, and subsequently extrapolated mean results to the entire region to estimate total number of collisions. Similarly, Bevanger (1995) calculated collision rates on 11 power line segments sampled, and extrapolated results across the entire country of Norway to estimate annual grouse mortalities in that country.

Studies using arbitrary sample allocation often suggested their sampling efforts were designed to be representative (e.g., Baines and Summers 1997, Shaw et al. 2010), however, others provided no clear description of site selection or methods and reasoning used to

BLM_0065522

allocate sampling efforts (Bevanger and Brøseth 2000, Bevanger and Brøseth 2004). Critical assumptions in inference from these studies were that sampled fences or power lines were both representative of conditions across the landscape and unbiased with respect to potentially confounding factors influencing collision, such as local population sizes. However, such assumptions are rarely tested and often unmet, and arbitrary sample allocation is not a basis for rigorous estimation and inference (Anderson 2001, Scheaffer et al. 2006). Moreover, only sampling fences or power lines in areas of high population density suggests low ability to extrapolate collision rate estimates to areas of low density.

In contrast to arbitrary allocation of sampling efforts, probability or model based sampling provides a foundation for rigorous estimation, extrapolation, and predictive model building (Anderson 2001, Garton et al. 2005, Scheaffer et al. 2006). Probability sampling requires formal declaration of a statistical population (i.e., sampling frame), followed by randomized selection of sampling units to help ensure samples are unbiased and representative of the population under study. Predictive models built using arbitrarily sampled areas may have different interpretation and predictive capabilities than those built using probability based designs (Edwards et al. 2006). Edwards et al. (2006) compared models to predict presence of 4 forest lichens using data collected with probability and purposive (defined as sampling where researchers believed lichen would occur) sampling methods. They found predictive accuracy with both cross-validation and independent test data was greater for the model constructed using probability sampling data, suggesting a higher degree of generality in the model (Edwards et al. 2006). Similarly, Tintó et al. (2010) randomly selected power line pylons in Spain to survey for avian electrocution, and

BLM_0065523

subsequently built models that successfully predicted electrocution based on biological, technical, and topographic features.  Several authors have suggested high variability in collision frequency leaves collision unpredictable (e.g., Brown and Drewien 1995, Shaw et al. 2010), however, lack of successful prediction across the landscape may also be a function of unrepresentative or biased data collected through non-randomized methods or over a limited range of conditions.

Sampling linear infrastructure to estimate avian collision rates requires a trade-off between temporal precision and spatial extent.  Temporally intensive repeat sampling over limited spatial extents provides valuable data that are likely more accurate on a site-specific basis.  Unfortunately, broad-scale studies over large spatial scales often limit temporal sampling frequency, and thus leave results subject to potentially greater sign-survival bias if the objective is to quantify seasonal variation in collision (e.g., Bevanger et al. 1994, Smallwood 2007, Stevens et al. 2011).  Despite limited temporal precision, however, broad-scale sampling covers a wider range of conditions and likely provides more generality in modeling and inference, particularly if sampling is representative and unbiased (Edwards et al. 2006, Braunisch and Suchant 2010).  Thus, landscape-scale probability based designs should be considered for studies where broad-scale inference and predictive modeling are research objectives.

## MANAGEMENT IMPLACTIONS

I found sage-grouse fence collision was common and widespread in breeding areas across southern Idaho rangelands.  Widespread sage-grouse fence collision and previously published studies suggest grouse are highly susceptible to infrastructure collision, and grouse

BLM_0065524

collision with elevated infrastructure may be under-reported in North America. Despite strong spatial variability in observed collision, collision frequency was consistently higher at some sites and regions, suggesting high risk in those areas. Mitigation of collision through fence removal or marking (e.g., Baines and Andrew 2003, Wolfe et al. 2009) may be an appropriate management option where sage-grouse fence collision risk in lekking areas appears high. I also provided a novel application of a probability based sampling design to quantify collision frequency across the landscape. Such designs should be considered when landscape-level inference or predictive models are research objectives, and I suggest future avian-collision research invest more time during study design phases for more generalized inferences. However, such designs may be less appropriate when objectives are focused on temporal dynamics of collision at individual sites, as a trade-off exists between spatial extent and temporal precision of collision sampling efforts. Future research should also investigate sage-grouse fence collision risk during other seasons and seasonal habitats (e.g., high density winter range), as my inferences are limited to areas in relative close proximity to active sage-grouse leks during the breeding season.

## ACKNOWLEDGEMENTS

Funding and field support for this project was provided by Idaho Department of Fish and Game and the United States Bureau of Land Management. I thank D. Ayers, C. Earle, S. Stevens, and M. Szczypinski for assisting in field data collection, and D. Musil, J. Baumgardt, L. Cross, C. Hendricks, R. Smith, R. Berkeley, A. Moser, P. Makela, and T. Boudreau for additional support, without which this project would not have been possible. I thank Marcy Heacker and Faridah Dahlan, Smithsonian Institution, Feather Identification

Lab (support by interagency agreement between U.S. Air Force, Federal Aviation

Administration, and U.S. Navy) for feather identification; and The Smithsonian Institution,

National Museum of Natural History, Division of Birds for access to museum collections.  I

thank K. Reese, J. Connelly, B. Dennis, and K. Vierling whose suggestions and helpful

comments improved this manuscript.

## LITERATURE CITED

Anderson, D. R.  2001.  The need to get the basics right in wildlife field studies.  Wildlife
    Society Bulletin 29:1294-1297.

Baines, D., and M. Andrew.  2003.  Marking of deer fences to reduce frequency of collisions
    by woodland grouse.  Biological Conservation 110:169-176.

Baines, D., and R. W. Summers.  1997.  Assessment of bird collisions with deer fences in
    Scottish forests.  Journal of Applied Ecology 941-948.

Barrios, L., and A. Rodríguez.  2004.  Behavioural and environmental correlates of soaring-
    bird mortality at on-shore wind turbines.  Journal of Applied Ecology 41:72-81.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia.  2006.  Movements and survival of
    juvenile greater sage-grouse in southeastern Idaho.  Wildlife Society Bulletin
    34:1070-1078.

Bevanger, K. 1990.  Topographic aspects of transmission wire collision hazards to game
    birds in central Norwegian coniferous forest.  Fauna Norvegica Serie C, Cinclus
    13:11-18.

Bevanger, K. 1994.  Bird interactions with utility structures: collision and electrocution,
    causes and mitigating measures.  Ibis 136:412-425.

Bevanger, K. 1995.  Estimates and population consequences of tetraonid mortality caused by
    collisions with high tension power lines in Norway.  Journal of Applied Ecology
    32:745-753.

Bevanger, K. 1998.  Biological and conservation aspects of bird mortality caused by
    electricity power lines: a review.  Biological Conservation 86:67-76.

BLM_0065526

Bevanger, K.  1999.  Estimating bird mortality caused by collision with power lines and electrocution: a review of methodology.  Pages 29-56 *in* M. Ferrer and G. F. E. Janss, editors.  Birds and Power Lines: Collision, Electrocution and Breeding.  Quercus, Madrid, Spain.

Bevanger, K., and H. Brøseth.  2000.  Reindeer *Rangifer tarandus* fences as a mortality factor for ptarmigan *Lagopus* spp.  Wildlife Biology 6:121-127.

Bevanger, K., and H. Brøseth.  2004.  Impact of power lines on bird mortality in a subalpine area.  Animal Biodiversity and Conservation 27:67-77.

Bevanger, K., Ø. Bakke, and S. Engen.  1994.  Corpse removal experiments with willow ptarmigan (*Lagopus lagopus*) in power-line corridors.  Ökologie der Vögel 16:597-607.

Braun, C. E.  1998.  Sage grouse declines in western North America: what are the problems?  Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Braunisch, V., and R. Suchant.  2010.  Predicting species distributions based on incomplete survey data:  the trade-off between precision and scale.  Ecography 33:826-840.

Brown, W. M., and R. C. Drewien.  1995.  Evaluation of two power line markers to reduce crane and waterfowl collision mortality.  Wildlife Society Bulletin 23:217-227.

Catt, D. C., D. Dugan, R. E. Green, R. Moncrieff, R. Moss, N. Picozzi, R. W. Summers, and G. A. Tyler.  1994.  Collisions against fences by woodland grouse in Scotland.  Forestry 67:105-118.

Connelly, J. W.,  K. P. Reese, and M. A. Schroeder.  2003.  Monitoring of greater sage-grouse habitats and populations.  College of Natural Resources Experiment Station, Contribution No. 979, University of Idaho, Moscow, Idaho, USA.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater-sage grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, Wyoming, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:967-985.

Dove, C. J., and S. L. Koch.  2010.  Microscopy of feathers: a practical guide for forensic feather identification.  Journal of American Society of Trace Evidence Examiners 1:15-61.

BLM_0065527

Edwards, T. C., D. R. Cutler, N. E. Zimmermann, L. Geiser, and G. C. Moisen. 2006. Effects of sample survey design on the accuracy of classification tree models in species distribution models. Ecological Modelling 199:132-141.

Flake, L. D., J. W. Connelly, T. R. Kirschenmann, and A. J. Lindbloom. 2010. Grouse of plains and mountains: the South Dakota story. South Dakota Department of Game, Fish, and Parks, Pierre, South Dakota, USA.

Garton, E. O., J. T. Ratti, and J. H. Giudice. 2005. Research and experimental design. Pages 43-71 *in* C. E. Braun, editor. Techniques for Wildlife Investigation and Management. Sixth edition. The Wildlife Society, Bethesda, Maryland, USA.

Janss, G. F. E. 2000. Avian mortality from power lines: a morphologic approach of a species-specific mortality. Biological Conservation 95:353-359.

Janss, G. F. E., and M. Ferrer. 2000. Common crane and great bustard collision with power lines: collision rate and risk exposure. Wildlife Society Bulletin 28:675-680.

Morkill, A. E., and S. H. Anderson. 1991. Effectiveness of marking powerlines to reduce sandhill crane collisions. Wildlife Society Bulletin 19:442-449.

Patten, M. A., D. H. Wolfe, E. Shochat, and S. K. Sherrod. 2005. Habitat fragmentation, rapid evolution and population persistance. Evolutionary Ecology Research 7:235-249.

Sabo, B. A., and R. C. Laybourne. 1994. Preparation of avian material recovered from pellets and as prey remains. Journal of Raptor Research 28:192-193.

Scheaffer, R. L., W. Mendenhall III, and R. L. Ott. 2006. Elementary survey sampling. 6th Edition. Duxbury Advanced Series, Thompson Brooks/Cole, Belmont, California, USA.

Scott, J. W. 1942. Mating behavior of the sage-grouse. Auk 59:477-498.

Shaw, J. M., A. R. Jenkins, J. J. Smallie, and P. G. Ryan. 2010. Modelling power-line collision risk for the Blue Crane *Anthropoides paradiseus* in South Africa. Ibis 152:590-599.

Smallwood, K. S. 2007. Estimating wind turbine-caused bird mortality. Journal of Wildlife Management 71:2781-2791.

Smallwood, K. S., C. G. Thelander, M. L. Morrison, and L. M. Rugges. 2007. Burrowing owl mortality in the Altamont Pass wind resource area. Journal of Wildlife Management 71:1513-1524.

BLM_0065528

Stevens, B. S., K. P. Reese, and J. W. Connelly. 2011. Survival and detectability bias of avian fence collision surveys in sagebrush steppe. Journal of Wildlife Management 75:437-449.

Tintó, A., J. Real, and S. Mañosa. 2010. Predicting and correcting of electrocution of birds in Mediterranean areas. Journal of Wildlife Management 74:1852-1862.

Wolfe, D. H., M. A. Patten, E. Shochat, C. L. Pruett, and S. K. Sherrod. 2007. Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. Wildlife Biology 13(Suppl. 1):95-104.

Woodman, N., C. J. Dove, and S. C. Peurach. 2005. A curious pellet from a great horned owl (*Bubo virginianus*). Northeastern Naturalist 12:127-132.

BLM_0065529

Table 1. Species composition of upland bird (Order Galliformes) avian collision sites found during fence collision surveys in southern Idaho, USA, during spring 2009 and 2010.  Species include: greater sage-grouse (GRSG), grey partridge (GP), sharp-tailed grouse (STG), and chukar (CKR).

| Region/Site | GRSG | GP | STG | CKR | Total |
|---|---|---|---|---|---|
| East Jarbidge | | | | | |
| Antelope Pocket | 2 | 1 | - | 1 | 4 |
| Browns Bench | 8 | - | - | - | 8 |
| North Magic Valley | | | | | |
| North Shoshone | - | - | - | - | 0 |
| Paddelford Flat | 3 | - | - | - | 3 |
| Picabo Hills | 1 | - | - | - | 1 |
| Timmerman[a] | - | - | - | - | 0 |
| Big Desert | | | | | |
| Big Desert #1 | 3 | - | - | - | 3 |
| Big Desert #3 | 7 | - | - | - | 7 |
| Big Desert #5[a] | - | - | - | - | 0 |
| Fingers Butte | 13 | - | - | - | 13 |
| Upper Snake | | | | | |
| Crooked Creek | 4 | 1 | - | - | 5 |
| Lidy | 11 | 1 | - | - | 12 |
| Medicine Lodge | - | - | - | - | 0 |
| Plano | 9 | - | 1 | - | 10 |
| Red Road | 13 | - | - | - | 13 |
| Table Butte | 12 | 1 | - | - | 13 |
| Total | 86 | 4 | 1 | 1 | 93 |

[a] These sites were only sampled during the 2009 field season.

BLM_0065530

Table 2.  Avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009.  All collision rates are expressed in number of fence strikes per km of fence, and were corrected for detection probability of collision evidence during fence surveys.

| Lek Route/Area | $n^a$ | $N^b$ | Collision rate (all species)$^c$ | Collision rate (GRSG)$^c$ |
|---|---|---|---|---|
| East Jarbidge | | | | |
| Antelope Pocket | 8 | 42 | 0 | 0 |
| Browns Bench | 7 | 37 | 0.20-0.41 | 0-0.20 |
| North Magic Valley | | | | |
| North Shoshone | 2 | 14 | 0.92 | 0 |
| Paddleford Flats | 4 | 22 | 0.61 | 0 |
| Picabo Hills | 4 | 22 | 0.98 | 0.33 |
| Timmerman | 2 | 13 | 0 | 0 |
| Big Desert | | | | |
| Big Desert #1 | 1 | 7 | 1.68 | 1.68 |
| Big Desert #3 | 1 | 8 | 5.42 | 5.42 |
| Big Desert #5 | 3 | 17 | 0 | 0 |
| Fingers Butte | 5 | 28 | 1.34 | 1.34 |
| Upper Snake | | | | |
| Crooked Creek | 1 | 3 | 0-2.17 | 0-2.17 |
| Lidy | 3 | 18 | 0-1.75 | 0-1.17 |
| Medicine lodge | 4 | 22 | 0 | 0 |
| Plano | 4 | 25 | 0-0.60 | 0-0.30 |
| Red Road | 8 | 45 | 1.24-1.95 | 0.93-1.95 |
| Table Butte | 3 | 17 | 0-1.68 | 0-1.68 |

[a] n = number of 1x1 km clusters randomly selected and sampled in each lek route stratum.

[b] N = Total number of 1x1 km clusters in sampling frame for each lek route stratum.

[c] Range of estimates represented the minimum-maximum estimated collision rates for sites sampled ≥ 1 time during the field season.

BLM_0065531

Table 3. Avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2010.  All collision rates are expressed in number of fence strikes per km of fence, and were corrected for detection probability of collision evidence during fence surveys.

| Lek Route/Area | $n^a$ | $N^b$ | Collision rate (all species)[c] | Collision rate (GRSG)[c] |
|---|---|---|---|---|
| East Jarbidge | | | | |
|    Antelope Pocket | 10 | 42 | 0.51 | 0-0.25 |
|    Browns Bench | 9 | 37 | 0 | 0 |
| North Magic Valley | | | | |
|    North Shoshone | 4 | 14 | 0 | 0 |
|    Paddleford Flats | 7 | 29 | 0-2.31 | 0-2.31 |
|    Picabo Hills | 5 | 19 | 0 | 0 |
| Big Desert | | | | |
|    Big Desert #1 | 2 | 7 | 0 | 0 |
|    Big Desert #3 | 2 | 8 | 0.88-3.50 | 0-2.63 |
|    Fingers Butte | 8 | 31 | 0-0.98 | 0-0.98 |
| Upper Snake | | | | |
|    Crooked Creek | 1 | 4 | 0 | 0 |
|    Lidy | 5 | 19 | 1.03-1.38 | 1.03 |
|    Medicine lodge | 8 | 32 | 0 | 0 |
|    Plano | 5 | 22 | 0.53-1.87 | 0.27-1.87 |
|    Red Road | 10 | 42 | 1.48 | 1.18 |
|    Table Butte | 4 | 17 | 0-0.87 | 0-0.87 |

[a] n = number of 1x1 km clusters randomly selected and sampled in each lek route stratum.

[b] N = Total number of 1x1 km clusters in sampling frame for each lek route stratum.

[c] Range of estimates represented the minimum-maximum estimated collision rates for sites sampled ≥ 1 time during the field season.

BLM_0065532

Table 4.  Estimated total number of avian fence collision sites present at the time of sampling on each site for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009.  All collision total estimates were corrected for detection probability of collision evidence during fence surveys.

| Lek Route/Area | n[a] | N[b] | Estimated total (all species)[c] | Estimated total (GRSG)[c] |
|---|---|---|---|---|
| East Jarbidge | | | | |
|   Antelope Pocket | 8 | 42 | 0 | 0 |
|   Browns Bench | 7 | 37 | 9.73-19.45 | 0-9.73 |
| North Magic Valley | | | | |
|   North Shoshone | 2 | 14 | 12.88 | 0 |
|   Paddleford Flats | 4 | 22 | 10.12 | 0 |
|   Picabo Hills | 4 | 22 | 30.36 | 10.12 |
|   Timmerman | 2 | 13 | 0 | 0 |
| Big Desert | | | | |
|   Big Desert #1 | 1 | 7 | 12.88 | 12.88 |
|   Big Desert #3 | 1 | 8 | 44.16 | 44.16 |
|   Big Desert #5 | 3 | 17 | 0 | 0 |
|   Fingers Butte | 5 | 28 | 41.22 | 41.22 |
| Upper Snake | | | | |
|   Crooked Creek | 1 | 3 | 0-16.56 | 0-16.56 |
|   Lidy | 3 | 18 | 0-33.12 | 0-22.08 |
|   Medicine lodge | 4 | 22 | 0 | 0 |
|   Plano | 4 | 25 | 0-23.00 | 0-11.50 |
|   Red Road | 8 | 45 | 41.40-62.10 | 31.05-62.10 |
|   Table Butte | 3 | 17 | 0-31.28 | 0-31.28 |

[a] n = number of 1x1 km clusters randomly selected and sampled in each lek route stratum.

[b] N = Total number of 1x1 km clusters in sampling frame for each lek route stratum.

[c] Range of estimates represented the minimum-maximum estimated collision totals for sites sampled $\geq$ 1 time during the field season.

BLM_0065533

Table 5.  Estimated total number of avian fence collision sites present at the time of sampling on each site for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2010.  All collision total estimates were corrected for detection probability of collision evidence during fence surveys.

| Lek Route/Area | $n^a$ | $N^b$ | Estimated total (all species)[c] | Estimated total (GRSG)[c] |
|---|---|---|---|---|
| East Jarbidge | | | | |
| Antelope Pocket | 10 | 42 | 15.46 | 0-7.73 |
| Browns Bench | 9 | 37 | 0 | 0 |
| North Magic Valley | | | | |
| North Shoshone | 4 | 14 | 0 | 0 |
| Paddleford Flats | 7 | 29 | 0-15.25 | 0-15.25 |
| Picabo Hills | 5 | 19 | 0 | 0 |
| Big Desert | | | | |
| Big Desert #1 | 2 | 7 | 0 | 0 |
| Big Desert #3 | 2 | 8 | 7.36-29.44 | 0-22.08 |
| Fingers Butte | 8 | 31 | 0-28.52 | 0-28.52 |
| Upper Snake | | | | |
| Crooked Creek | 1 | 4 | 0 | 0 |
| Lidy | 5 | 19 | 20.98-27.97 | 20.98 |
| Medicine lodge | 8 | 32 | 0 | 0 |
| Plano | 5 | 22 | 16.19-56.67 | 8.10-56.67 |
| Red Road | 10 | 42 | 38.64 | 30.91 |
| Table Butte | 4 | 17 | 0-15.64 | 0-15.64 |

[a] n = number of 1x1 km clusters randomly selected and sampled in each lek route stratum.

[b] N = Total number of 1x1 km clusters in sampling frame for each lek route stratum.

[c] Range of estimates represented the minimum-maximum estimated collision totals for sites sampled ≥ 1 time during the field season.

BLM_0065534

Table 6.  Landscape-scale avian fence collision rates for all species and greater sage-grouse (GRSG) found during fence collision surveys in southern Idaho, USA, during spring 2009 and 2010, treating individual lek routes as sampling strata.  All collision rates are expressed in number of fence strikes per km of fence.

| Data type / year / round | Lek routes sampled[a] | Collision rate (all species) | 95 % CI | Collision rate (GRSG) | 95% CI |
|---|---|---|---|---|---|
| Corrected[b] | | | | | |
| 2009 | | | | | |
| Round 1 | 16 | 0.91 | 0.56-1.26 | 0.70 | 0.39-1.02 |
| Round 2 | 8 | 0.23 | 0.05-0.41 | 0.14 | 0.02-0.26 |
| Round 3 | 2 | 0.12 | -0.10-0.33 | 0.12 | -0.10-0.33 |
| 2010 | | | | | |
| Round 1 | 14 | 0.89 | 0.55-1.24 | 0.75 | 0.45-1.05 |
| Round 2 | 11 | 0.30 | 0.12-0.48 | 0.18 | 0.03-0.34 |
| Uncorrected[c] | | | | | |
| 2009 | | | | | |
| Round 1 | 16 | 0.49 | 0.30-0.68 | 0.38 | 0.21-0.55 |
| Round 2 | 8 | 0.12 | 0.03-0.22 | 0.08 | 0.01-0.14 |
| Round 3 | 2 | 0.06 | -0.05-0.18 | 0.06 | -0.05-0.18 |
| 2010 | | | | | |
| Round 1 | 14 | 0.49 | 0.30-0.67 | 0.41 | 0.24-0.57 |
| Round 2 | 11 | 0.16 | 0.07-0.26 | 0.10 | 0.02-0.18 |

[a] Lek routes sampled = number of strata sampled for a given sampling round.

[b] Corrected = data corrected for detection probability prior to collision rate estimation.

[c] Uncorrected = data not corrected for detection probability prior to collision rate estimation.

BLM_0065535

80

Figure 1.  Distribution of study areas in southern Idaho, USA, that were sampled to estimate landscape-scale avian and sage-grouse fence collision rates in breeding areas during spring of 2009 and 2010.  Study sites are grouped by region, where regions were: East Jarbidge (EJ), North Magic Valley (NMV), Big Desert (BD), and Upper Snake (US).  Leks represent known and active sage-grouse leks on each study site.



81

Figure 2.  Example of sampling frame from 1 strata (Table Butte lek route) used in stratified cluster sampling design to estimate avian and sage-grouse fence collision frequency across the southern Idaho landscape.  The sampling frame for each strata consisted of all 1x1 km clusters that intersected with both a 1.5 km buffer around known active sage-grouse leks and existing pasture boundary GIS layers (fence surrogate).



**CHAPTER 4.  GREATER SAGE-GROUSE FENCE COLLISION:  A MULTISCALE ASSESSMENT OF COLLISION RISK AS A FUNCTION OF SITE AND BROAD-SCALE FACTORS**

**INTRODUCTION**

Collision with infrastructure is a widespread and common phenomenon among European grouse species (Bevanger 1990, Catt et al. 1994, Bevanger 1995b, Baines and Summers 1997, Moss et al. 2000).  Research in Scotland and Norway suggests collision with fences and power lines is a mortality source for a variety of grouse, including capercaillie (*Tetrao urogallus*), black grouse (*Tetrao tetrix*), red grouse (*Lagopus lagopus scoticus*), and ptarmigan (*Lagopus* spp.; Bevanger 1990, Catt et al. 1994, Baines and Summers 1997, Bevanger and Brøseth 2000, Baines and Andrew 2003).  Although population level consequences are not well understood in most areas, capercaillie fence collision may have contributed to population declines in Scotland (Moss et al. 2000, Moss 2001), and grouse collision mortality may approach harvest mortality in some areas (Bevanger 1995b).  Moreover, grouse may be morphologically predisposed to collision due to high wing loading and heavy body weight (Bevanger 1998, Janss 2000).

Research concerning relative extent and impact of collision on North American grouse is limited.  Wolfe et al. (2007) studied mortality patterns of lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Oklahoma and New Mexico, and found 39.8% of all mortality in Oklahoma was caused by fence collision.  Similarly, Patten et al. (2005) concluded fragmentation caused by fences, power lines, and roads in Oklahoma has resulted

BLM_0065538

in higher mortality rates for female lesser prairie-chickens in Oklahoma than in New Mexico. This increased female mortality may result in more variable nesting strategies and increased vulnerability to stochastic population fluctuations (Patten et al. 2005). Additionally, Beck et al. (2006) reported 33% of the juvenile mortality of radio-marked greater sage-grouse (*Centrocercus urophasianus;* hereafter sage-grouse) on an Idaho study area was due to collision with power lines.

In a review of interactions of birds with utility infrastructure, Bevanger (1994) suggested that factors influencing collision can be classified as biological, topographical, meteorological, or technical. Biological factors that influence collision risk include morphology (e.g., heavy weight, short and broad wings; Bevanger 1998, Janss 2000), vision and visual perception (Martin and Shaw 2010, Martin 2011), crepuscular or nocturnal activity patterns (Avery et al. 1978), local or migratory movement patterns (Avery et al. 1978, Malcom 1982, Cooper and Day 1998), space and habitat use (Baines and Summer 1997, Rollan et al. 2010), local bird densities (Anderson 1978, Baines and Andrew 2003, Bevanger and Brøseth 2004), and structure and height of local vegetation (Bevanger 1990, Catt et al. 1994). Several studies have also reported sex-, season-, and region-specific variation in collision risk (Bevanger 1995a, Baines and Summers 1997, Bevanger and Brøseth 2004, Wolfe et al. 2007). Topographical features may also influence avian-infrastructure collision, including mountain valleys, coastlines or other geomorphic forms that influence flight corridors (Cooper and Day 1998), as well as sloping terrain and ridges hypothesized to influence flight altitude (Bevanger 1990, Rollan et al. 2010).

In addition to influence of biological and topographical features on collision, risk may be influenced by meteorological conditions and infrastructure design (Bevanger 1994). Meteorological conditions influencing collision risk include fog, precipitation, wind speed and direction, and weather conditions influencing bird flight intensity and behavior (Bevanger 1994). Although there is evidence for changes in flight behavior due to weather conditions, evidence for increased collision risk due to weather conditions is mostly anecdotal (Brown and Drewien 1995, Savereno et al. 1996). However, Brown and Drewien (1995) reported increased collision rates during periods of strong gusty winds. Technical designs related to infrastructure construction may also influence collision risk (Bevanger 1994, Bevanger and Brøseth 2004). Infrastructure density on the landscape has been hypothesized to influence avian collision risk (Wolfe et al. 2007), however, this technical attribute is often not measured in avian collision studies.

Concerns about impacts of elevated infrastructure on sage-grouse have highlighted the lack of empirical data concerning collision frequency and grouse in North America. The spatial extent of fences and other elevated structures has increased dramatically in sagebrush habitats during the last 50 years, and potential impacts on sage-grouse have been hypothesized (Braun 1998, Connelly et al. 2000, Connelly et al. 2004, Johnson et al. 2011). Previous studies involving collisions have often focused on presumed high risk areas (e.g., Morkill and Anderson 1991, Brown and Drewien 1995, Savereno et al. 1996), and many studies have provided temporally intensive surveys over spatially restricted sites with limited application to other areas. Thus, few studies have evaluated collision and its contributing factors over large geographic areas or across multiple spatial scales, further limiting our

predictability of collision risk across the landscape.   Therefore, this research was pursued with the objective of evaluating relationships between sage-grouse collision risk and biological, topographical, and technical features in southern Idaho at multiple spatial scales.

**STUDY AREA**

I conducted fence collision surveys in greater sage-grouse breeding areas (2009: $n = 16$; 2010: $n = 14$) across 4 geographic regions of southern Idaho.   Each breeding area represented 1 lek complex, defined as a group of leks in relatively close spatial proximity believed to represent part or all of a single breeding population (Connelly et al. 2003).   In 2009 I sampled fences within 2 lek complexes in the East Jarbidge region, 4 lek complexes in the northern Magic Valley region, 4 lek complexes in the Big Desert region, and 6 lek complexes in the Upper Snake region of southern Idaho (See chapter 2 for names and locations of specific lek complexes).   In order to sample more intensively at each site, I did not sample fence from 1 north Magic Valley lek complex and 1 Big Desert lek complex in 2010, and thus only sampled fence in 14 lek complexes.   Elevations on sampling areas ranged from approximately 1450-2000 m, and habitat types on sampling areas varied considerably.   Study area habitats included stands of big (*Artemisia tridentata*), little (*A. arbuscula*), black (*A. nova*), three-tip (*A. tripartita*), and mixed sagebrush types, as well as grasslands, pasture, and burned areas.   Non-native grasses such as cheatgrass (*Bromus tectorum*) and crested wheatgrass (*Agropyron christatum*) were common on many study sites. There was considerable spatial variation in habitat conditions, thus these sites were representative of the variety of habitats on southern Idaho rangelands.

BLM_0065541

**METHODS**

**Fence Collision Surveys**

I used a stratified cluster sampling design to survey fences in sage-grouse breeding habitat. I treated lek routes (i.e., lek complexes) monitored by Idaho Department of Fish and Game (hereafter IDFG) as strata in sampling, and selected lek routes (2009: $n$ = 16; 2010: $n$ =14) for inclusion in the study based on accessibility and breeding bird use. I buffered each lek by 1.5 km, overlaid the United States Bureau of Land Management's pasture boundary layer (our surrogate for fence), and overlaid a 1x1 km spatial grid over each site. I used 1x1 km spatial grid cells over each lek route as sampling units (i.e., clusters), and randomly selected a stratified cluster sample from those cells intersecting with both the lek buffer and pasture boundary layer using the ArcGIS (GIS) extension Hawth's Tools (Hawth's analysis tools for ArcGIS version 3, <http://www.spatialecology.com/htools.>, accessed 12 Jan 2009). In 2009 I sampled 8 of 16 lek routes $\geq$ 2 occasions and 2 of those lek routes 3 times, and in 2010 I sampled 10 of 14 lek routes twice from March-May. I located avian fence collisions opportunistically while traversing study sites in addition to those located during randomized surveys. Methods used limited inference to breeding areas within approximately 2.5 km of leks at each site; however, this allowed me to sample a larger geographic extent across southern Idaho. I covered a broad spatial extent because collision risk for sage-grouse has never been systematically investigated. See chapter 3 for a full description of sampling frame construction, sample allocation to each strata, and sampling methodologies.

BLM_0065542

**Characterizing Site-scale Attributes of Collision Locations**

I measured vegetation, lek, technical, and topographical and characteristics at sage-grouse fence collision locations. At fence collision points I measured heights of the closest shrubs not intersecting the plane of the fence (i.e., lateral shrub height), and distances to the closest non-intersecting shrubs. I also measured canopy coverage along 10 m transects in the cardinal directions and centered on collision locations (Canfield 1941). I measured height of the closest shrub growing directly along the fence (i.e., longitudinal shrub height intersecting the plane of the fence) within 5 m of the collision site in both directions to evaluate the influence of vegetation in the longitudinal direction of the fence. I recorded maximum lek count and distance to the nearest known lek for each site in GIS using annual lek count data provided by IDFG (Jenni and Hartzler 1978, Connelly et al. 2003). For these analyses I used only leks where ≥ 1 male was counted displaying in 2009-2010, and deleted all leks with zero counts in both years and all historical leks with unknown status.

I collected technical data at each collision site, including fence height, fence type, and the distance between fence posts for each segment. I recorded types of posts bounding fence collision segments (i.e., wooden, steel t-post) at a later date from pictures recorded at each site. I also calculated differences between fence height and vegetation height both laterally and longitudinally to the fence. I collected topographic data including UTM location, and slope both across and along the fence (measured over 20 m centered on the collision site). Additionally, I obtained aspect at each collision site using a digital elevation model (hereafter DEM) in GIS. If collision sign was located without evidence present on the fence, all collision site measurements were made at the fence location perpendicular to the closest

BLM_0065543

collision evidence.  For example, feather pile evidence was often scattered by the wind from a location under or very close to fence, and the closest evidence (i.e., feather or group of feathers) was used to determine the point used for measurements.

I selected random fence points on each study area to assess the significance of features recorded at collision locations for site scale analysis.  I randomly generated 1 spatial location for each collision point found on each study area within the sampling frame using the GIS extension Hawth's Tools (Hawth's analysis tools for ArcGIS version 3, <http://www.spatialecology.com/htools.>, accessed 12 Jan 2009), and used the closest fence segment to this location on each area to measure site-scale variables.  I selected random points from all available locations within the sampling frame of each sampled lek route, and recorded data at the closest fence segment to this point.  Random fence points were not specifically paired with collision fence points, and no minimum distances were enforced between random points and the nearest collision fence point.  Biological, topographic, and technical characteristics measured at random fence points were identical to those measured at fence collision locations.  Spatial autocorrelation in covariate data at random and collision fence points was not specifically addressed, however, classification methods described below often show increased predictive accuracy with spatially correlated data (Marmion et al. 2009).

I used multivariate machine learning methods to classify random and collision fence points based on measured site-scale characteristics.  Specifically, I used classification and regression tree (hereafter CART; Breiman et al. 1984, De'ath and Fabricius 2000) models to discriminate random and collision fence points based on site attributes.  The fence post type

BLM_0065544

covariate had multiple missing values due to incomplete picture data ($n = 15$ missing values),

therefore, CART provided an analytical tool capable of accommodating missing values in

covariate data using surrogate splits (De'ath and Fabricius 2000). I built all CART models

using the rpart package in the R statistical computing language (R Core Development Team

2006), and maximized between group differences at each split by minimizing the Gini index

at each node (Breiman et al. 1984; De'ath and Fabricius 2000). I used 10-fold cross-

validation to estimate predictive accuracy and determine optimal tree size. Ten-fold cross-

validation divided point data into 10 random subsets of approximately equal size, and

subsequently used 9 subsets as training data to build each model. The remaining subset was

used as test data to estimate model prediction error, and the process was repeated leaving out

each subset in turn (Breiman et al. 1984, De'ath and Fabricius 2000). I repeated this process

1,000 times because optimal tree size can vary under different cross-validations. I selected

optimal tree size at each repetition of the analysis as the smallest model with estimated

prediction error within 1 standard error of the minimum (1-SE Rule; Breiman et al. 1984,

De'ath and Fabricius 2000). This process resulted in a distribution of optimal tree sizes,

from which I selected the modal tree size (i.e., most common) as the final model (De'ath and

Fabricius 2000).

Because CART analyses often have low predictive success relative to other machine

learning methods (Cutler et al. 2007, Kampichler et al. 2010), I also used random forest

models to evaluate classification ability of site-scale fence-point characteristics (Breiman

2001, Cutler et al. 2007). Random forest methods build classification tree models similar to

CART, however, instead of choosing the optimal split at each tree node based on all

covariates, the optimal split at each node is performed based on covariates randomly chosen at each step. Since choosing the optimum split at each node from all covariates (i.e., CART) can result in an overall tree that is not optimal, random forest models can improve predictive accuracy over CART methods (Breiman 2001, Cutler et al. 2007, Kampichler et al. 2010). Further, random forest models provide relative measures of importance for all covariates, based on mean decrease in predictive accuracy from permuting the covariate, which provides a means to quantify importance of variables that may not be included in final CART models. I evaluated random forest model prediction success with out-of-bag (hereafter OOB) error estimates that are essentially cross-validated prediction error estimates from random subsets of the data excluded from model fitting processes (Breiman 2001, Cutler et al. 2007). I fit random forest models to classify random and collision fence points using 10,000 iterations of the randomForest package (Liaw and Wiener 2002) in the R statistical computing language (R Core Development Team 2006). I constructed both CART and random forest models using 16 site-scale covariates (Appendix D).

**Predicting Collision Risk at Broad Spatial Scales**

I evaluated influence of patch and landscape-scale characteristics on observed collision rates. I defined a patch as each of the 1x1 km grid cells used as sampling units in the study where we recorded collision counts. I also buffered each lek at each site by 8.5 km to quantify landscape attributes on each study area. Holloran and Anderson (2005) reported 92.5% of all sage-grouse nests in Wyoming were within of 8.5 km of a lek, thus 8.5 km was selected to encompass the majority of broader breeding habitat on each area. I quantified biological, technical, and topographic variables on each study area at the patch scale. I

BLM_0065546

quantified vegetation and topography at each site using 30x30 m raster grid data. I quantified

topographic heterogeneity on each area using the terrain ruggedness index (hereafter TRI;

Riley et al. 1999), which calculates the average change in elevation (m) between a given

30x30 m raster pixel and its surrounding cells. I downloaded United States Geological

Survey 30 m DEM's (www.seamless.usgs.gov, accessed 9/24/2010) for each area. I used an

ArcInfo script to quantify TRI for each 30 m pixel of each sampled patch, and calculated

mean TRI for each 1x1 km cluster using GIS. I quantified fence length over each sampled

patch using digitized sampled fences in GIS.

I quantified vegetation characteristics of each 1x1 km cluster using data obtained

from the national Landfire database (www.landfire.gov, accessed 9/24/2010). I used 30 m

pixel Landfire raster data to quantify sagebrush cover type, vegetation height, and shrub

canopy cover on each site. I quantified vegetation cover types using the Landfire Veg Type

dataset, vegetation height using the Landfire Veg Height dataset, and canopy cover using the

Existing Veg Cover dataset, respectively, all downloaded separately for each site. I

quantified proportion of each sampled patch covered by reclassified raster values for each

area using GIS. Numerous studies at multiple spatial scales found sage-grouse habitat-use

during the nesting season was influenced by sagebrush presence, canopy cover, and shrub

height (Schroeder et al. 1999, Connelly et al. 2000, Aldridge and Brigham 2002, Holloran et

al. 2005, Doherty et al. 2010). Moreover, grouse-infrastructure collision studies have

suggested collision may be related to vegetation height characteristics (Bevanger 1990, Catt

et al. 1994). Therefore, I reclassified Landfire cover type values into big sagebrush, and low

sagebrush cover types, vegetation height values into 0-0.5 m, 0.5-1.0 m, and > 1 m height

BLM_0065547

classes, and shrub canopy cover values into 10-20%, 20-30%, 30-40%, and 40-50% cover values.  No other Landfire cover type, vegetation height, or canopy cover categories were used in our analyses.

I quantified lek distribution and count data relative to our study sites using annual lek count survey and location data provided by IDFG (Jenni and Hartzler 1978, Connelly et al. 2003).  I calculated distance to nearest lek, and number of leks within 2 km from each sampled cluster's centroid at the patch scale using GIS.  For each sampled patch I also recorded maximum count at the closest lek, and summed the maximum counts of all leks within 2 km of the centroid.  At landscape scales I calculated the number of leks and summed lek count over each area.

I used logistic regression to model probability of sage-grouse collision site presence for a survey as a function of covariates using the known fate model and logit link function in Program MARK (White and Burnham 1999).  I used an information-theoretic model selection framework to rank and compare models using Akaike's Information Criterion corrected for small samples sizes ($AIC_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).  I used information-theoretic model selection methods to facilitate comparison of non-nested models, and used Program MARK in this analysis to facilitate use of information theoretic methods and calculation of model weights.  Since many sites were only sampled once per year, and very few collisions were located during subsequent sampling rounds on sites sampled > 1 time per year, I only used data from the first sampling occasion for broad-scale analyses.

BLM_0065548

I constructed logistic regression models in this analysis using 17 covariates hypothesized to influence collision a priori, all of which were hypothesized based on avian collision or sage-grouse literature (Appendix D). For this analysis I grouped sampled clusters by region, with sites from East Jarbidge and northern Magic Valley in the Magic Valley region (hereafter MV), and Upper Snake (hereafter US) and Big Desert (hereafter BD) as stand-alone regions. I tested for correlation between covariates using correlation t-tests, and no significantly correlated ($P < 0.05$) variables were included together in a model (Appendix E). I used a two stage modeling process to select a final reduced group of candidate models due to the large number of covariates and covariate combinations. I first constructed models using individual covariates divided into 3 groups: vegetation covariates, lek distribution and count covariates, and all other remaining covariates (i.e., region, year, TRI, and fence length; Appendix F). I then incorporated combinations of covariates from the top models (i.e., $\Delta AIC_C < 2$) from each group into a final model suite of 23 models (Appendix F).

I evaluated goodness-of-fit, discrimination ability, and classification success for the top logistic regression model. I used the Hosmer and Lemeshow test to evaluate goodness-of-fit for the top model, using a $P$-value of 0.05 to test the null hypothesis that the model fits the observed data (Hosmer and Lemeshow 2000). I used area under the Receiver Operating Characteristic curve (hereafter ROC) to evaluate ability of the top model to discriminate between patch-scale surveys with and without sage-grouse collision sites present (Hosmer and Lemeshow 2000). Area under the ROC curve required pairwise comparison of all surveys where collision was detected with all surveys where collision was not detected. For

each pairwise comparison the model was used to predict probability of collision occurrence for each survey, and area under the ROC curve represents the proportion of pairwise comparisons where the survey with collision detected had a higher predicted probability than the survey without a collision detected (Hosmer and Lemeshow 2000). I conducted goodness-of-fit testing and estimated area under the ROC curve using SAS Version 9.2 (SAS, Cary, NC).

I used classification tables to evaluate classification success for the top logistic regression model (Hosmer and Lemeshow 2000). In logistic regression analysis evaluation, sensitivity is defined as the probability of correctly predicting an event when it occurs, and specificity is defined as the probability of correctly predicting absence of an event when it does not occur (Hosmer and Lemeshow 2000). Logistic regression classification commonly uses a prediction threshold of 0.5 (i.e., $P(y = 1) \geq 0.5$ = predicted event occurrence), however, this is only optimal when probability of event occurrence and probability of event not occurring are approximately equal (Hosmer and Lemeshow 2000). Therefore, I calculated an optimum prediction threshold for the top model as the point where sensitivity and specificity are approximately equal, thereby jointly minimizing both types of prediction error (Hosmer and Lemeshow 2000). I used the optimum prediction threshold to construct classification tables used to estimate classification success, and calculated optimum prediction thresholds and classification tables using the R statistical computing language (R Core Development Team 2006).

I summarized collision count data over each sampled patch to evaluate influence of patch-scale characteristic covariates on expected collision counts. I corrected collision

BLM_0065550

counts for undetected collisions using the mean or intercept-only logistic regression model from detectability trial experiments, where each observed collision represented 1/0.54 corrected collisions, and 0.54 was the proportion of carcasses detected during field experiments (Stevens et al. 2011).  Since count based modeling requires integer-valued random variables, I summed corrected counts on each patch, and rounded corrected collision counts for each patch to the nearest whole number.  I used zero-inflated Poisson regression to model the influence of covariates on corrected collision counts (Lambert 1992, Martin et al. 2005).  Zero-inflated Poisson models (hereafter ZIP models) are statistical mixture models, where observed counts are treated as a binomial mixture of a Poisson random variable with a point mass at zero.  As such, ZIP models take the following form:

$$P(Y = 0) = 1 - \hat{p} + \hat{p} \times e^{-\hat{\lambda}} \qquad (1)$$

$$P(Y = r) = \hat{p}\,\frac{e^{-\hat{\lambda}}\hat{\lambda}^r}{r!}\ r = 1,2,\dots, \qquad (2)$$

Where:

$$logit(\hat{p}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + \dots + \hat{\beta}_k(X_k) \qquad (3)$$

$$log(\hat{\lambda}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + \dots + \hat{\beta}_k(X_k). \qquad (4)$$

In this analysis $r$ represents integer valued corrected-count data, $\hat{\lambda}$ represents the mean number of collisions at a given 1x1 km cluster, and $\hat{p}$ represents the binomial mixture probability (i.e., probability of the data coming from the Poisson distribution, where $1 - \hat{p}$ is probability of data coming from a point mass at zero; Lambert 1992, Martin et al. 2005).  As such, ZIP models are a type of generalized linear model that facilitate modeling expected counts, probability of an event occurring, and source of zero inflation simultaneously as a

BLM_0065551

function of covariates.  I built and compared ZIP models using an information-theoretic model selection framework to facilitate comparison of non-nested models (Burnham and Anderson 2002), and this analysis was completed using the pscl package and zeroinfl function (Zeileis et al. 2008) in the R statistical computing language (R Core Development Team 2006).

I constructed ZIP models in this analysis using the 17 covariates hypothesized to influence collision a priori, and covariates used were identical to those used in logistic regression (Appendix D).  Since logistic regression modeling was used to model the influence of covariates on collision presence, I used the top logistic regression model to explicitly model the binomial mixture probabilities of ZIP models.  I used the same two-stage modeling process previously described for logistic regression analysis for ZIP modeling, which resulted in comparison of 21 models representing combinations of site and regional covariates in the final model suite (Appendix G).

I evaluated goodness-of-fit and prediction success for the top ZIP model with parametric bootstrap and cross-validation procedures (Efron and Tibshirani 1994).  I used 1,000 parametric bootstrap samples of the Pearson $\chi^2$ statistic to test goodness-of-fit for the top ZIP model, using a $P$-value of 0.05 to test the null hypothesis that the model fits the observed data.  I used leave-one-out cross-validation to estimate prediction success for ZIP models.  Cross-validation procedures re-fit each model leaving out each data point in turn, and subsequently calculated the expected collision count for the dropped point with the re-fit model.  Root-mean-squared error was calculated for each data point, and mean root-mean-squared error was calculated for each model to show the average error between predicted and

BLM_0065552

observed collision counts.  I conducted all bootstrap and cross-validation analyses using the R statistical computing language (R Core Development Team 2006).

**RESULTS**

**Site-scale Analysis**

I sampled 129.5 km of fence in 140 1x1 km sampling units across south-central and southeast Idaho $\geq 1$ time during spring of 2009 and 2010.  I detected 86 (2009: $n = 48$; 2010: $n = 38$) sage-grouse fence collisions, 58 (2009: $n = 28$; 2010: $n = 30$) were in randomly selected sampling areas and 28 (2009: $n = 20$; 2010: $n = 8$) were found opportunistically.  I collected site-scale covariate data at 172 fence locations (collision sites: $n = 86$; random points: $n = 86$).  Continuous covariate data were relatively similar for collision and random fence points (Table 1).  Local topography and fence characteristic data were also relatively similar for random and collision fence points.  I categorized aspect data for site-scale analyses based on their location in a Cartesian plane, with categories for northeast ($0 \leq x < 90$; Collision: $n = 11$; Random: $n = 17$), southeast ($90 \leq x < 180$; Collision: $n = 19$; Random: $n = 26$), southwest ($180 \leq x < 270$; Collision: $n = 29$; Random: $n = 26$), and northwest ($270 \leq x < 0$; Collision: $n = 20$; Random: $n = 14$), and those sites too flat for an aspect calculation were placed in a 5th category (Collision: $n = 7$; Random: $n = 3$).  I also treated fence type categorically, with 3-strand barbed-wire (Collision: $n = 21$; Random: $n = 21$), 4-strand barbed-wire (Collision: $n = 39$; Random: $n = 47$), 5-strand barbed-wire (Collision: $n = 26$; Random: $n = 12$), and other (i.e., split rail, woven wire; Collision: $n = 0$; Random: $n = 6$) categories.  Lastly, 92 points had only steel t-post's bounding their segment (Collision: $n = 63$; Random: $n = 29$), 65 points had wooden fence posts present (Collision: $n$

= 19; Random: $n = 46$), and fence post data was not available for 15 points (Collision: $n = 4$; Random: $n = 11$) due to lack of site photographs.

I used CART and random forest modeling to classify collision and random fence points based on site-scale data. One-thousand replicates of 10-fold cross-validation procedures resulted in an optimal CART tree size with 1 split ($n = 574$) using the 1-SE rule. The optimal CART model suggested point type was influenced by presence of wooden fence posts, and classified 67 points as random ($n = 19$ collisions misclassified as random, 28.4% error rate) with $\geq 1$ wooden post present, and 105 points as collisions ($n = 38$ random points misclassified as collisions, 36.2% error rate) with no wooden posts present. Distance between fence posts was the best surrogate split for wooden post presence (78.5% agreement in predictions) and was used to classify points missing covariate values for wooden post presence ($n = 15$). Distance between posts predicted collision sites with values > 3.94 m, and random sites with values < 3.94 m, and mean prediction success for 1-split models under 10-fold cross-validation was 63.6%. Random forest modeling increased prediction success slightly, with an OOB prediction success estimate of 67.4% (collision sites: 72.1% success; random sites: 62.8% success). Random forest modeling variable importance suggested wooden post presence, distance between posts, and distance to lek were most important in discriminating collision and random points, and permuting these variables in OOB test data resulted in mean accuracy decreases of 7.2%, 4.5%, and 3.6%, respectively (Fig. 1). Partial dependence plots show the probability of a point being random increases with number of wooden posts, decreases sharply at distance between posts > 4 m, and increases with increasing distance to lek (Fig. 2).

**Broad-scale Analysis**

I used 1x1 km spatial clusters as sampling units to evaluate factors influencing collision risk at patch scales.  I sampled 140 1x1 km clusters during spring of 2009 and 2010, however, 17 clusters had no fence present, thus all patch-scale modeling and analyses used 123 sampling units.  Average fence length per cluster was 1.05 km (SD = 0.56, $n$ = 123). Mean distance to nearest lek from cluster centroids was 1.37 km (SD = .55, $n$ = 123), and mean size of nearest lek was 16.2 birds (SD = 16.0, $n$ = 123).  Average number of leks within 2 km of cell centroids was 1.3 (SD = 1.05, $n$ = 123), and mean sum of lek counts within 2 km was 22.0 birds (SD = 31.9, $n$ = 123).  All patch-scale proportion of vegetation cover data was arcsine square-root transformed prior to analyses, and cover of vegetation < 0.5 m tall averaged 0.62 (SD = 0.43, $n$ = 123), cover of vegetation > 0.5 m but ≤ 1.0 m tall averaged 0.79 (SD = 0.41, $n$ = 123), and cover of vegetation > 1.0 m tall averaged 0.18 (SD = 0.28, $n$ = 123).  Sagebrush canopy cover of 20-30% had the highest mean coverage ($\bar{x}$ = 1.17, SD = 0.39, $n$ = 123), followed by 10-20% sagebrush canopy cover ($\bar{x}$ = 0.18, SD = 0.23, $n$ = 123), 30-40% sagebrush canopy cover ($\bar{x}$ = 0.10, SD = 0.24, $n$ = 123), and 40-50% sagebrush canopy cover ($\bar{x}$ = 0.02, SD = 0.08, $n$ = 123).  Cover of big sagebrush vegetation type averaged 1.28 (SD = 0.31, $n$ = 123), and low sagebrush cover averaged 0.14 (SD = 0.24; $n$ = 123).  Mean TRI values averaged 4.33 m (SD = 3.83, $n$ = 123) over sampled 1x1 km clusters. Multiple broad-scale covariates were correlated (Appendix E); however, I did not include significantly correlated predictors together in the same model.  I quantified landscape scale lek distribution and count on sampling areas within 8 km of leks on a regional basis.  Number of leks with ≥ 1 displaying male in 2009 or 2010 within 8 km of sampled lek routes was

relatively similar among regions (MV: $n = 45$; BD: $n = 52$; US: $n = 50$).  In contrast, sum of

lek counts within 8 km for each region was highest for the BD (2009: $n = 627$; 2010: $n = 1333$) and US regions (2009: $n = 867$; 2010: $n = 999$), and lower for the MV region (2009: $n = 415$; 2010: $n = 256$).

Logistic regression modeling suggested probability of collision presence in a 1x1 km

cluster was influenced by region, TRI, and fence length ($\Delta AIC_c = 0$, $w_i = 0.349$; Table 2).  I

also found weak evidence for the influence of proportion of area covered by vegetation > 1.0

m tall in addition to the previously mentioned covariates on probability of sage-grouse

collision presence ($\Delta AIC_c = 1.509$, $w_i = 0.164$; Table 2).  The top logistic regression model

suggested sage-grouse collision probability was lower in the MV region ($\beta = -2.88$, 95% CI

= -4.96 to -0.79; Fig. 3), as compared to the BD ($\beta = 1.73$, 95% CI = 0.18-3.28; Fig. 3) and

US regions ($\beta = 2.15$, 95% CI = 0.78-3.53; Fig. 3).  Moreover, the top model suggested sage-

grouse collision probability decreased considerably with increasing mean TRI ($\beta = -0.33$,

95% CI = -0.65 to -0.01; Fig. 3), and increased with increasing fence length over the 1x1 km

area ($\beta = 1.10$, 95% CI = 0.09-2.12; Fig. 3).  The second best model suggested increasing the

proportion of area covered by vegetation > 1.0 m tall increased probability of collision

presence ($\beta = 0.67$, 95% CI = -0.92-2.26), however this parameter was estimated imprecisely

and the confidence interval overlapped zero.  Hosmer and Lemeshow goodness-of-fit testing

failed to reject the null hypothesis that the top model fits the data ($P = 0.83$ , $\chi^2 = 4.26$, DF =

8), and area under the ROC curve for the top model was 0.82, suggesting excellent ability to

discriminate between 1x1 km clusters with and without sage-grouse collisions present

(Hosmer and Lemeshow 2000).  Lastly, jointly maximizing sensitivity (0.75) and specificity

(0.77) resulted in an optimum prediction threshold of 0.32 for the top model, and overall classification success of 0.76 using the optimum prediction threshold suggests good predictive ability.

I used ZIP models to evaluate the influence of broad-scale covariates on corrected collision counts for each 1x1 km cluster, conditional on the top logistic regression model for the binomial mixture probability. Therefore, all ZIP models were constructed with the binomial mixture probability modeled as a function of region, TRI, and fence length at each site. The influence of distance to lek on corrected collision counts was most supported by the data ($\Delta AIC_c = 0$, $w_i = 0.181$; Table 3). The top ZIP model suggested a decrease in expected collision counts with increasing distance to lek ($\beta = -0.0006$, 95% CI = -0.0008 to -0.0003; Fig. 4). ZIP model selection uncertainty was high and weak evidence for the influence of sagebrush canopy cover and fence length was found in addition to distance to lek ($\Delta AIC_c <$ 2, Table 3). However, there was redundancy of model parameters among the top models (i.e., D2L in all models with $\Delta AIC_c < 2$), and the additional sagebrush canopy cover and fence length terms in the top group of model were all estimated imprecisely and had 95% confidence intervals that were wide and overlapped zero. Moreover, cross-validated prediction error was similar among the top models, suggesting weak evidence for the influence of parameters in addition to distance to lek on expected collision counts (*range =* 1.51-1.61; Table 3). Parametric bootstrap goodness-of-fit testing failed to reject the null hypothesis that the top ZIP model fit the data ($P = 0.83$).

**DISCUSSION**

**Site-scale Factors**

I found evidence for the influence of several factors on sage-grouse fence collision risk at multiple spatial scales in breeding areas of southern Idaho.  At the site-scale I found evidence for the influence of technical factors, and analyses of factors discriminating sage-grouse collision and random fence points suggest fence-post type and width of fence segments influence sage-grouse fence-collision risk in breeding areas.  Since most previous studies focused on the influence of site-scale parameters, several studies found significant factors discriminating random and collision infrastructure points (Catt et al. 1994, Baines and Summers 1997, Bevanger and Brøseth 2004).  Catt et al. (1994) reported increased distance to nearest tree > 2 m tall reduced capercaillie collision risk in Scotland.  Baines and Summers (1997) found collision risk for both capercaillie and black grouse was influenced by vegetation composition at collision locations.  Bevanger and Brøseth (2004) indicated tetraonid power line collision points were more likely at sites with lower site-scale tree height, and Bevanger (1990) reported collision risk was influenced by site-scale topography in Norway.  Although several studies identified relationships between site-scale attributes and collision risk, these studies reported no relationship between site-scale fence attributes and collision risk of European grouse (Catt et al. 1994, Baines and Summers 1997, Bevanger and Brøseth 2000).  In contrast, Smallwood et al. (2007) reported burrowing owl (*Athene cunicularia*) collision risk at wind power facilities in California varied as a function of turbine design, with vertical axis turbines and turbines on tubular towers causing disproportionately more fatalities.

BLM_0065558

**Broad-scale Factors**

I found evidence for the influence of biological, technical, and topographic features on sage-grouse fence collision risk at broad-spatial scales.  Probability of sage-grouse fence collision presence per square-km was related to region, topographic ruggedness, and fence length, and conditional on these factors sage-grouse collision counts per square-km were influenced by distance to nearest lek.  In this study collision risk appeared to be much greater in the BD and US regions relative to the MV region.  Several previous grouse-collision studies sampled fences over broad spatial scales (Baines and Summers 1997, Bevanger and Brøseth 2000).  Although these studies often sampled over broad geographic areas, measurement and analysis of predictor variables usually focused on site-scale covariates, limiting understanding of collision risk at broad spatial-scales.  Moreover, I measured, and found relationships of collision with covariates in 3 of 4 groups of factors influencing avian-infrastructure collision risk (i.e., biological, technical, topographic; Bevanger 1994).

Although most avian collision studies only measured covariates at the site-scale, many studies reported spatial variability in collision risk at regional scales.  Bevanger and Brøseth (2000) found significant variation of ptarmigan collision risk among fence segments in different regions in Norway.  Barrios and Rodríguez (2004) reported 47 avian-wind turbine collisions at 1 site, and only 2 collisions at a second wind-power facility.  Patten et al. (2005) found lesser prairie-chicken fence collision mortality was higher in Oklahoma than New Mexico, and hypothesized this was likely due to larger levels of landscape-scale infrastructure fragmentation.  Shaw et al. (2010) reported blue crane (*Anthropoides paradiseus*) power line collision in South Africa was influenced by region and presence of

BLM_0065559

cereal grain agriculture.  Despite commonly reporting regional variation in collision risk, most studies failed to measure covariates at broad spatial scales and did not explicitly consider how factors at multiple scales may affect collision (e.g., Bevanger and Brøseth 2000, Barrios and Rodríguez 2004).

Differences in broad-scale sage-grouse population densities seem the most plausible explanation for regional differences in collision risk.  Landscape-scale sage-grouse lek counts observed in this study suggested broad-scale population densities may influence sage-grouse fence collision risk on southern Idaho breeding areas.  Lek counts within 8 km of sampling areas in the BD and US regions were more than double those observed in the MV region. Subsequently, both probability of sage-grouse collision presence and expected collision counts were greater in the BD and US regions than the MV region.  Landscape scale lek counts were relatively similar between the BD and US regions, as was expected collision risk.  Regional variation of avian-infrastructure collision risk was related to local population indices for a variety of avian species in Scotland, Spain, and South Africa (Baines and Andrew 2003, Barrios and Rodríguez 2004, Shaw et al. 2010).  Moreover, modeling efforts accounted for broad-scale differences in biological (e.g., vegetation characteristics, lek distribution, etc.), technical (e.g., fence length), and topographical (e.g., terrain ruggedness) features among regions, and it seems unlikely that regional differences in meteorological conditions were large enough to cause the regional variation observed.  However, it is possible regional variation in sage-grouse fence collision risk was related to unmeasured broad-scale covariates.

BLM_0065560

In addition to regional variation in collision risk, I found evidence for the influence of topographic ruggedness and fence density (i.e., fence length per square km) on sage-grouse collision risk.  My results suggest moderate increases in topographic ruggedness resulted in strong reductions in sage-grouse fence collision risk.  I hypothesize increasing topographic variation may result in higher flight altitudes, thus reducing fence-collision risk.  Direct comparisons of topographic influences on collision reported in other studies are difficult due to differences in measurement or scale.  Most previous studies treated topography as a categorical variable.  Bevanger (1990) categorized topography of collision and random power line sites, and reported tetraonid collision frequency highest at sites categorized as sloping, top formations, or depressions.  Others reported geomorphic forms (e.g., coastline, ridges, etc.) that affected local movement corridors influenced avian-infrastructure collision risk (Bevanger 1994, Cooper and Day 1998); however, I am not aware of any studies quantifying influence of topographic variation at broad spatial scales (e.g., per square-km) on collision risk.

Similarly, I am not aware of studies quantifying the influence of infrastructure density on broad-scale collision risk.  My results support the hypothesis that increasing fence density increases collision risk in sage-grouse breeding areas.  Both Patten et al. (2005) and Wolfe et al. (2007) suggested landscape-scale infrastructure fragmentation likely increased lesser prairie-chicken collision mortality in Oklahoma relative to New Mexico, however, no estimates of fence or power-line densities were provided.  Moreover, most studies used fences or power-line segments themselves as sampling units in analyses, obfuscating effects

of infrastructure density on collision (e.g., Baines and Summers 1997, Bevanger and Brøseth 2000, Shaw et al. 2010).

Although probability of collision presence was influenced by region, topography, and fence density, collision counts appeared to also be influenced by a sites' proximity to the nearest sage-grouse lek. Leks are traditional congregation points for sage-grouse during the breeding season (Scott 1942, Patterson 1952, Gibson 1996), and lekking behavior has been hypothesized to influence infrastructure-collision risk for both birds and bats (Bevanger 1994, Baines and Summers 1997, Cryan 2008). Observations of sage-grouse colliding with fences near lekking areas were first reported in the 1940s (Scott 1942). Danvir (2002) reported finding 20 sage-grouse fence strikes along 8.3 km of fence near active leks in an unpublished report from Utah. Multiple studies have suggested infrastructure placed in close proximity to leks may pose a threat to lekking species, however, I provide the first quantifiable link between infrastructure-lek proximity and avian collision risk at multiple spatial scales.

Observed relationships between sage-grouse collision and site and broad-scale factors suggest these models may be useful predictive tools to identify high-risk areas across the landscape. Bevanger (1994) suggested information on behavior, geography and other factors be synthesized to develop infrastructure-collision predictive tools for species of concern. Many previous studies were limited in scope to only high-risk sites or worst-case-scenarios, making landscape-scale prediction difficult (Bevanger 1998). Inherent stochasticity in collision frequency and lack of fine scale space-use data has lead some authors to suggest collision is not predictable at broad spatial scales (Brown and Drewien 1995, Shaw et al.

2010). Shaw et al. (2010) tested broad scale model-predicted collision risk for blue cranes in South Africa, and reported the model was not successful at predicting high-risk sites. However, this model was constructed using expert opinion not field-collected data (Shaw et al. 2010). Spatial aggregation of collision sites reported in this and other studies suggest predictability at some spatial scale (e.g., Janss and Ferrer 2000, Baines and Andrew 2003, Shaw et al. 2010), and my models showed reasonable internally- and cross-validated prediction success despite lack of fine-scale space-use data. Moreover, limited successful prediction using previous avian-collision results may be a function of extrapolation across scales (Miller et al. 2004). Most research only quantified factors influencing collision at the site-scale, and did not attempt to identify the appropriate scale for collision-risk prediction. Since no previous work systematically studied sage-grouse fence collision risk across the landscape, my models could serve as a conceptual framework for prioritizing areas for future mitigation such as fence marking or removal. These models also represent testable hypotheses for future research to assess the accuracy of collision-risk predictions across space and time (Miller et al. 2004).

## MANAGEMENT IMPLICATIONS

Evidence suggests sage-grouse fence collision in breeding areas is influenced by biological, topographic, and technical factors at multiple spatial scales. Regional variation in sage-grouse collision risk may be a function of broad-scale population densities. My data suggest that broad-scale fence collision risk is strongly reduced by even moderated increases in topographic ruggedness, and increases with increasing fence density on the landscape. Expected collision counts at broad spatial scales also appear influenced by distance to nearest

BLM_0065563

lek, and decreasing distance to lek resulted in increasing expected collision counts. At the site scale, data suggest collision may be more common on fences constructed using only steel t-post and wider segment widths (> 4 m).

Management mitigation efforts such as fence marking, modification, or removal may be desirable in areas where collision risk is high and deemed unacceptable. Wolfe et al. (2007) suggested fences within 1 km of prairie grouse leks be targeted for marking efforts, however, my data suggest this may not be adequate in some areas. My data suggest management efforts should start with areas of high fence densities (> 1 km of fence per square km), and fences within approximately 2 km of leks. However, my models suggest topographic ruggedness can attenuate the influence of other predictor variables on sage-grouse fence collision risk, with reduced risk at TRI values > 5 m (i.e., average difference in elevation between pixels of 5 m), and nearly eliminated collision risk at TRI values > 10 m. Therefore, the above recommendations primarily apply to areas with relatively flat topography and mean TRI values < 10 m per square-km. Site-scale data also suggest constructing fences using wooden posts may reduce collision risk. My sampling, results, and inference are limited to sage-grouse breeding areas within approximately 2.5 km of active leks, and provide no information on sage-grouse fence-collision risk in other seasons or areas. Others have suggested fences in high use winter areas may pose significant risk to local sage-grouse populations (Danvir 2002). Therefore, future research should attempt to identify high-risk conditions on other sage-grouse seasonal ranges. Future research should also attempt to replicate this work in space and time, and independently validate my model

BLM_0065564

predictions by treating them as testable hypotheses of factors influencing collision risk in other areas.

## ACKNOWLEDGEMENTS

Funding and field support for this project was provided by Idaho Department of Fish and Game and the United States Bureau of Land Management.  I thank D. Ayers, M. Szczypinski, C. Earle, L. Cross, and S. Stevens for assisting in field data collection, and D. Musil, J. Baumgardt, R. Smith, R. Berkeley, C. Hendricks, A. Moser, P. Makela, and T. Boudreau for additional support, without which this project would not have been possible.  I thank Marcy Heacker and Faridah Dahlan, Smithsonian Institution, Feather Identification Lab (support by interagency agreement between U.S. Air Force, Federal Aviation Administration, and U.S. Navy) for feather identification; and The Smithsonian Institution, National Museum of Natural History, Division of Birds for access to museum collections.  I thank Dr. E. Strand for assisting with ArcInfo and ArcGIS questions and analyses.  I thank Drs. K. P. Reese, J. W. Connelly, B. Dennis, and K. T. Vierling, whose suggestions and helpful comments improved this manuscript.

## LITERATURE CITED

Aldridge, C. L., and R. M. Brigham.  2002.  Sage-grouse nesting and brood habitat use in southern Canada.  Journal of Wildlife Management 66:433-444.

Anderson, W. L.  1978.  Waterfowl collisions with power lines at a coal fired power plant.  Wildlife Society Bulletin 6:77-83.

Avery, M. L., P. F. Springer, and J. F. Castle.  1978.  The composition and seasonal variation of bird losses at a tall tower in southeastern North Dakota.  American Birds 32:1114-1121.

BLM_0065565

Baines, D., and M. Andrew. 2003. Marking of deer fences to reduce frequency of collisions by woodland grouse. Biological Conservation 110:169-176.

Baines, D., and R. W. Summers. 1997. Assessment of bird collisions with deer fences in Scottish forests. Journal of Applied Ecology 941-948.

Barrios, L., and A. Rodríguez. 2004. Behavioural and environmental correlates of soaring-bird mortality at on-shore wind turbines. Journal of Applied Ecology 41:72-81.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia. 2006. Movements and survival of juvenile greater sage-grouse in southeastern Idaho. Wildlife Society Bulletin 34:1070-1078.

Bevanger, K. 1990. Topographic aspects of transmission wire collision hazards to game birds in central Norwegian coniferous forest. Fauna Norvegica Serie C, Cinclus 13:11-18.

Bevanger, K. 1994. Bird interactions with utility structures: collision and electrocution, causes and mitigating measures. Ibis 136:412-425.

Bevanger, K. 1995a. Tetraonid mortality caused by collisions with power lines in boreal forest habitats in central Norway. Fauna Norvegica Serie C, Cinclus 18:41-51.

Bevanger, K. 1995b. Estimates and population consequences of tetraonid mortality caused by collisions with high tension power lines in Norway. Journal of Applied Ecology 32:745-753.

Bevanger, K. 1998. Biological and conservation aspects of bird mortality caused by electricity power lines: a review. Biological Conservation 86:67-76.

Bevanger, K., and H. Brøseth. 2000. Reindeer *Rangifer tarandus* fences as a mortality factor for ptarmigan *Lagopus* spp. Wildlife Biology 6:121-127.

Bevanger, K., and H. Brøseth. 2004. Impact of power lines on bird mortality in a subalpine area. Animal Biodiversity and Conservation 27:67-77.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Breiman, L. 2001. Random forests. Machine Learning 45:5-32.

BLM_0065566

Breiman, L., J. H. Friedman, R. A. Olshen, and C. G. Stone. 1984. Classification and regression trees. Wadsworth International Group, Belmont, California, USA.

Brown, W. M., and R. C. Drewien. 1995. Evaluation of two power line markers to reduce crane and waterfowl collision mortality. Wildlife Society Bulletin 23:217-227.

Burnham, K. P., and D. R. Anderson. 2002. Model selection and multimodel inference: a practical information theoretic approach. Second edition. Springer-Verlag, New York, New York, USA.

Canfield, R. H. 1941. Application of the line intercept method in sampling range vegetation. Journal of Forestry 39:388-394.

Catt, D. C., D. Dugan, R. E. Green, R. Moncrieff, R. Moss, N. Picozzi, R. W. Summers, and G. A. Tyler. 1994. Collisions against fences by woodland grouse in Scotland. Forestry 67:105-118.

Connelly, J. W., K. P. Reese, and M. A. Schroeder. 2003. Monitoring of greater sage-grouse habitats and populations. College of Natural Resources Experiment Station, Contribution No. 979, University of Idaho, Moscow, Idaho, USA.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation assessment of greater-sage grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, Wyoming, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Cooper, B. A., and R. H. Day. 1998. Summer behavior and mortality of dark-rumped petrels and Newell's shearwaters at power lines on Kauai. Colonial Waterbirds 21:11-19.

Cryan, P. 2008. Mating behavior as a possible cause of bat fatalities at wind turbines. Journal of Wildlife Management 72:845-849.

Cutler, D. R., T. C. Edwards, K. H. Beard, A. Cutler, K. T. Hess, J. Gibson, and J. J. Lawler. 2007. Random forests for classification in ecology. Ecology 88:2783-2792.

Danvir, R. F. 2002. Sage-grouse ecology and management in northern Utah sagebrush-steppe. Deseret Land and Livestock Research Report, Woodruff, Utah, USA, 39 pp.

De'ath, G., and K. E. Fabricius. 2000. Classification and regression trees: a powerful yet simple technique for ecological data analysis. Ecology 81:3178-3192.

BLM_0065567

Doherty, K. E., D. E. Naugle, and B. L. Walker. 2010. Greater sage-grouse nesting habitat: the importance of managing at multiple spatial scales. Journal of Wildlife Management 74:1544-1553.

Efron, B., and R. J. Tibshirani. 1994. An introduction to the bootstrap. Monographs on Statistics and Applied Probability. Chapman & Hall/CRC, Boca Raton, Florida, USA.

Gibson, R. M. 1996. A re-evaluation of hotspot settlement in lekking sage grouse. Animal Behaviour 52:993-1005.

Holloran, M. J., and S. H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742-752.

Hosmer, D. W., and S. Lemeshow. 2000. Applied logistic regression. Second edition. Wiley Series in Probability and Statistics. John Wiley and Sons, Hoboken, New Jersey, USA.

Janss, G. F. E. 2000. Avian mortality from power lines: a morphologic approach of a species-specific mortality. Biological Conservation 95:353-359.

Janss, G. F. E., and M. Ferrer. 2000. Common crane and great bustard collision with power lines: collision rate and risk exposure. Wildlife Society Bulletin 28:675-680.

Johnson, D. H., M. J. Holloran, J. W. Connelly, S. E. Hanser, C. L. Amundson, and S. T. Knick. 2011. Influences of environmental and anthropogenic features on greater sage-grouse populations, 1997-2007. In S. T. Knick, and J. W. Connelly, editors. Greater Sage-Grouse: Ecology and Conservation of a Landscape Species and its Habitats. Studies in Avian Biology Series, Volume 38, University of California Press, Berkeley, California, USA.

Kampichler, C., R. Wieland, S. Calmé, H. Weissenberger, and S. Arriaga-Weiss. 2010. Classification in conservation biology: a comparison of five machine-learning methods. Ecological Informatics 5:441-450.

Lambert, D. 1992. Zero-inflated Poisson regression, with an application to defects manufacturing. Technometrics 34:1-14.

Liaw, A., and M. Wiener. 2002. Classification and regression by randomForest. R News 2:18-22.

Malcom, J. M. 1982. Bird collisions with a power transmission line and their relation to botulism at a Montana wetland. Wildlife Society Bulletin 10:297-304.

Marmion, M., M. Luoto, R. K. Heikkinen, and W. Thuiller. 2009. The performance of state-of-the-art modelling techniques depends on geographical distribution of species.

Martin, G. R. 2011. Understanding bird collisions with man-made objects: a sensory ecology approach. Ibis 153:239-254.

Martin, G. R., and J. M. Shaw. 2010. Bird collisions with power lines: failing to see the way ahead? Biological Conservation 2695-2702.

Martin, T. G., B. A. Wintle, J. R. Rhodes, P. M. Kuhnert, S. J. Low-Choy, A. J. Tyre, and H. P. Possingham. 2005. Zero tolerance ecology: improving ecological inference by modeling the source of zero observations. Ecology Letters 8:1235-1246.

Miller, J. R., M. G. Turner, E. A. H. Smithwick, C. L. Dent, and E. H. Stanley. 2004. Spatial extrapolation: the science of predicting ecological patterns and processes. BioScience 54:310-320.

Morkill, A. E., and S. H. Anderson. 1991. Effectiveness of marking powerlines to reduce sandhill crane collisions. Wildlife Society Bulletin 19:442-449.

Moss, R. 2001. Second extinction of capercaillie (*Tetrao urogallus*) in Scotland? Biological Conservation 101:255-257.

Moss, R., N. Picozzi, R. W. Summer, and D. Baines. 2000. Capercaillie *Tetrao urogallus* in Scotland – demography of a declining population. Ibis 142:259-267.

Patten, M. A., D. H. Wolfe, E. Shochat, and S. K. Sherrod. 2005. Habitat fragmentation, rapid evolution and population persistance. Evolutionary Ecology Research 7:235-249.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage Books, Denver, Colorado, USA.

R Core Development Team. 2006. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Riley, S. J., D. D. DeGloria, and R. Elliot. 1999. A terrain ruggedness index that quantifies topographic heterogeneity. Intermountain Journal of Sciences 5:23:27.

Rollan, Á., J. Real, R. Bosch, A. Tintó, and A. Hernández-Matías. 2010. Modeling the risk of collision with power lines in Bonelli's Eagle *Hieraaetus fasciatus* and its conservation implications. Bird Conservation International 20:279-294.

BLM_0065569

Savereno, A. J., L. A. Savereno, R. Boettcher, and S. M. Haig. 1996. Avian behavior and mortality at power lines in coastal South Carolina Wildlife Society Bulletin 24:636-648.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). *In* The Birds of North America, No. 425, A. Poole and F. Gill, editors, The Birds of North America, Inc., Philadelphia, Pennsylvania, USA.

Scott, J. W. 1942. Mating behavior of the sage-grouse. Auk 59:477-498.

Shaw, J. M., A. R. Jenkins, J. J. Smallie, and P. G. Ryan. 2010. Modelling power-line collision risk for the Blue Crane *Anthropoides paradiseus* in South Africa. Ibis 152:590-599.

Smallwood, K. S., C. G. Thelander, M. L. Morrison, and L. M. Rugges. 2007. Burrowing owl mortality in the Altamont Pass wind resource area. Journal of Wildlife Management 71:1513-1524.

Stevens, B. S., K. P. Reese, and J. W. Connelly. 2011. Survival and detectability bias of avian fence collision surveys in sagebrush steppe. Journal of Wildlife Management 75:437-449.

White, G. C., and K. P. Burnham. 1999. Program MARK: Survival estimation from populations of marked animals. Bird Study 46 Supplement:120-138.

Wolfe, D. H., M. A. Patten, E. Shochat, C. L. Pruett, and S. K. Sherrod. 2007. Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. Wildlife Biology 13(Suppl. 1):95-104.

Zeileis, A., C. Kleiber, and S. Jackman. 2008. Regression models for count data in R. Journal of Statistical Software 27:1-25.

BLM_0065570

Table 1.  Summary statistics for continuous covariate data collected at random and sage-grouse collision fence points on southern Idaho rangelands during spring of 2009 and 2010.

| Variable | Collision points | | Random points | |
|---|---|---|---|---|
| | $\bar{x}$ | SD | $\bar{x}$ | SD |
| LS[a] | 20.9 | 20.1 | 18.3 | 17.4 |
| D2L[b] | 1175.9 | 751.1 | 1320.8 | 585.3 |
| Sum LC[c] | 26.2 | 25.8 | 28.7 | 30 |
| Nleks[d] | 1.4 | 0.9 | 1.3 | 0.8 |
| Lateral shrub height[e] | 30.9 | 13.6 | 38.2 | 17.3 |
| Longitudinal shrub height[f] | 38.6 | 15.4 | 49.4 | 27.7 |
| Distance to closest shrub[g] | 46.4 | 31.4 | 72.4 | 86.9 |
| SCC[h] | 21.5 | 13.8 | 25.5 | 13.4 |
| HDFCS[i] | 79.9 | 17.2 | 71 | 20.3 |
| HDFCSA[j] | 72.2 | 20.9 | 62.3 | 24.3 |
| FH[k] | 109.8 | 16 | 108.5 | 16.1 |
| DBP[l] | 5.1 | 1.14 | 4.44 | 1.58 |
| Slope[m] | 1.8 | 1.5 | 2.6 | 2.6 |

[a] Observed sage-grouse count at known active lek nearest to point.

[b] Distance (m) from point to nearest known and active sage-grouse lek.

[c] Sum of observed lek counts from all known active sage-grouse leks within 2 km of point.

[d] Number of known active sage-grouse leks within 2 km of point.

[e] Mean height (cm) of closest shrub lateral to both sides of fence at point.

[f] Mean height (cm) of closest shrub in both directions of point longitudinally along fence.

[g] Mean distance (cm) to closest shrub lateral to both sides of fence at each point.

[h] Percent shrub canopy cover in cardinal directions at each point.

[i] Mean height difference (cm) between fence point and closest shrub lateral to both sides of fence.

[j] Mean height difference (cm) between fence and closest shrubs longitudinal to point.

[k] Height of fence (cm) at each point.

[l] Distance between fence posts (m) bounding segment of each point.

[m] Mean slope (%) measured across and along fence at each point.

BLM_0065571

Table 2.  Top logistic regression models of probability of sage-grouse collision presence during fence collision surveys within 1x1 km clusters on sage-grouse breeding areas of southern Idaho, USA, during spring of 2009 and 2010.  I ranked and compared models using Akaike's Information Criteria corrected for small sample sizes ($AIC_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).  Covariates were region (region = Magic Valley, Big Desert, Upper Snake), mean terrain ruggedness in meters (TRI), length of fence (FL), proportion of area covered by vegetation > 1 m tall (VH>1.0), distance to nearest sage-grouse lek (D2L), proportion of area covered by sagebrush canopy cover class 20-30% (SCC2030), and proportion of area covered by sagebrush canopy cover class 40-50% (SCC4050) per square kilometer.

| Model | $K^a$ | AICc | $\Delta$ AICc | $w_i$ | $-2LL^b$ |
|---|---|---|---|---|---|
| $P_{(Region + TRI + FL)}$ | 5 | 109.524 | 0.000 | 0.349 | 99.011 |
| $P_{(Region + TRI + FL + VH>1.0)}$ | 6 | 111.033 | 1.509 | 0.164 | 98.308 |
| $P_{(Region + TRI + FL + D2L)}$ | 6 | 111.550 | 2.026 | 0.127 | 98.826 |
| $P_{(Region + TRI)}$ | 4 | 111.915 | 2.391 | 0.106 | 103.576 |
| $P_{(Region + TRI + VH>1.0)}$ | 5 | 113.018 | 3.494 | 0.061 | 102.506 |
| $P_{(Region + TRI + SCC4050)}$ | 5 | 113.653 | 4.129 | 0.044 | 103.141 |
| $P_{(Region + TRI + SCC2030)}$ | 5 | 113.966 | 4.442 | 0.038 | 103.453 |
| $P_{(Region + TRI + D2L)}$ | 5 | 114.079 | 4.555 | 0.036 | 103.566 |
| $P_{(Region + SCC4050)}$ | 4 | 114.381 | 4.857 | 0.031 | 106.042 |
| $P_{(Region + FL)}$ | 4 | 115.803 | 6.279 | 0.015 | 107.464 |

[a] K = no. of model parameters.

[b] -2LL = -2 × maximized log-likelihood for model of interest.

BLM_0065572

Table 3.  Top zero-inflated Poisson (ZIP) regression models of sage-grouse collision count during fence collision surveys within 1x1 km clusters on sage-grouse breeding areas of southern Idaho, USA, during spring of 2009 and 2010.  I ranked and compared models using Akaike's Information Criteria corrected for small sample sizes (AIC$_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).  Covariates were distance to nearest sage-grouse lek (D2L), proportion of area covered by sagebrush canopy cover class 10-20% (SCC1020), length of fence (FL), proportion of area covered by sagebrush canopy cover class 20-30% (SCC1020), proportion of area covered by sagebrush canopy cover class 30-40% (SCC3040), proportion of area covered by sagebrush canopy cover class 40-50% (SCC4050), mean terrain ruggedness in meters (TRI), and proportion of area covered by vegetation from 0.5-1.0 m tall (0.5<VH<1.0) per square kilometer.

| Model[a] | K[b] | AICc | Δ AICc | $w_i$ | -2LL[c] | Prediction error[d] |
|---|---|---|---|---|---|---|
| D2L | 7 | 214.393 | 0.000 | 0.181 | 199.419 | 1.543 |
| D2L + SCC1020 | 8 | 214.711 | 0.318 | 0.154 | 197.448 | 1.511 |
| D2L + FL | 8 | 215.860 | 1.467 | 0.087 | 198.597 | 1.542 |
| D2L + SCC4050 | 8 | 216.292 | 1.899 | 0.070 | 199.029 | 1.604 |
| D2L + SCC3040 | 8 | 216.374 | 1.981 | 0.067 | 199.110 | 1.615 |
| D2L + SCC2030 | 8 | 216.528 | 2.136 | 0.062 | 199.265 | 1.540 |
| D2L + TRI | 8 | 216.535 | 2.143 | 0.062 | 199.272 | 1.561 |
| D2L + 0.5<VH<1.0 | 8 | 216.618 | 2.225 | 0.059 | 199.355 | 1.546 |
| FL + SCC1020 | 8 | 216.730 | 2.338 | 0.056 | 199.467 | 1.565 |
| D2L + TRI + FL | 9 | 217.956 | 3.563 | 0.030 | 198.363 | 1.576 |

[a] Model form is $log(\hat{\lambda}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + ... + \hat{\beta}_k(X_k) \mid logit(\hat{p}) = \hat{\beta}_0 + \hat{\beta}_1 \times (Region = US) + \hat{\beta}_2 \times (Region = BD) + \hat{\beta}_3 \times TRI + \hat{\beta}_4 \times FL$, where $\lambda$ = expected collision count and $p$ = binomial mixture probability.

[b] K = no. of model parameters.

[c] -2LL = -2 × maximized log-likelihood for the model of interest.

[d] Prediction error = mean root-mean-squared error calculated via leave-one-out crossvalidation.  This represents the average difference between predicted and observed collision counts over each data point.

BLM_0065573

118

Figure 1. Site scale random forest variable importance plot for factors discriminating sage-grouse collision fence points and random fence points as a function of covariates measured during fence sampling on southern Idaho rangelands during spring of 2009 and 2010. Ten-thousand replications of the random forest algorithm were used to rank variable importance based on the normalized difference in classification accuracy for out-of-bag predictions when the variable was included as measured, and the accuracy for out-of-bag predictions when the variable was randomly permuted among the out-of-bag observations.



Figure 2.  Partial dependence plots for classifications of sage-grouse fence collision points and random fence points (using random forests analysis) as a function of covariates measured during fence sampling on southern Idaho rangelands during spring of 2009 and 2010.  Plots are dependence of probability of event on individual predictor variables after the effects of other model variables are averaged out.  Partial dependence plots show influence of (a) number of wooden fence posts (WP), (b) distance (m) between fence posts at the fence segment (DBP), and (c) distance (m) to the closest sage-grouse lek (d2l) on probability of a random fence point in 10,000 random forest replications.

a)



120

b)



BLM_0065576

121

c)



122

Figure 3.  Plots of probability of sage-grouse collision site presence as a function of covariates from the top patch-scale logistic regression model from 1x1 km cluster sampling of fences on southern Idaho, USA, rangelands during spring of 2009 and 2010.  Probability of collision site presence as a function of terrain ruggedness (TRI; measured in meters) and fence length (FL) in the (a) Magic Valley, (b) Big Desert, and (c) Upper Snake regions.

a)



BLM_0065578

123

b)



BLM_0065579

124

c)



BLM_0065580

Figure 4.  Plots of expected sage-grouse collision count as a function of covariates from the top zero-inflated Poisson regression model, from 1x1 km cluster sampling of fences on southern Idaho, USA, rangelands during spring of 2009 and 2010.  Expected collision count per square km as a function of terrain ruggedness (TRI; measured in meters) and distance to lek (D2L), with fence length (FL) held at its mean value in the (a) Magic Valley, (b) Big Desert, and (c) Upper Snake regions.  Expected collision count per square km as a function of D2L and FL with TRI held at its mean value in the (d) Magic Valley, (e) Big Desert, and (f) Upper Snake regions.

a)



BLM_0065581

126

b)



BLM_0065582

127

c)



128

d)



BLM_0065584

129

c)



130

f)



BLM_0065586

**CHAPTER 5.  GREATER SAGE-GROUSE AND FENCES: AN EXPERIMENTAL TEST OF FENCE MARKING AS A MITIGATION METHOD TO REDUCE COLLISION**

**INTRODUCTION**

Collision with elevated infrastructure has been identified as a widespread and significant mortality source for grouse species in Scotland (Catt et al. 1994, Baines and Summers 1997, Moss et al. 2000, Moss 2001, Baines and Andrew 2003), France (Miquet 1990), and Norway (Bevanger 1990, Bevanger 1995b, Bevanger and Brøseth 2000, Bevanger and Brøseth 2004).  In contrast, evidence documenting collision mortality for grouse in North America is limited to studies in Oklahoma with lesser prairie chickens (*Tympanuchus pallidicinctus*; Patten et al. 2005, Wolfe et al. 2007), and studies in Idaho with greater sage-grouse (*Centrocercus urophasianus*; hereafter sage-grouse; Beck et al. 2006).

Although tetraonid collision in Europe is common and widespread, magnitude of collision risk and population level consequences appear to vary by species and region.  For example, red grouse (*Lagopus lagopus scoticus*) collisions with fences was more common in Scotland than were capercaillie (*Tetrao urogallus*) and black grouse (*Tetrao tetrix*) collisions (Baines and Summers 1997, Baines and Andrew 2003).  Baines and Summers (1997) found 281 avian fence collisions over a one year period, two-thirds of which were red grouse, while 13% each were black grouse and capercaillie.  While red grouse collisions were more common in both studies, collision mortality did not appear to influence local red grouse populations (Baines and Summers 1997, Baines and Andrew 2003), whereas collision

BLM_0065587

mortality was a threat to capercaillie due to small population sizes (Catt et al. 1994, Baines and Summers 1997, Moss et al. 2000), and likely contributed to long term capercaillie population declines (Moss 2001).

Bevanger and Brøseth (2000) documented 253 fence collision victims in Norway over a 4 year period, 85% of which were ptarmigan.  Although ptarmigan collisions were commonly reported in Norwegian studies, capercaillie and black grouse were also frequent victims, and collision rate differences among species may have been influenced by local space use (Bevanger 1995b) and population densities (Bevanger and Brøseth 2004). Population level impacts of tetraonid collision in Norway are not well understood, however, and losses may exceed harvest mortality in some areas (Bevanger 1995b, Bevanger and Brøseth 2004).  Furthermore, collision was often common in winter and early spring, suggesting victims may otherwise have survived to reproduce (Bevanger 1995b, Bevanger and Brøseth 2004).  Thus, there is little reason to suspect collision mortality is compensatory in Norwegian tetraonid populations (Bevanger and Brøseth 2004).

Limited research in North America suggests grouse-infrastructure collision poses a serious threat in some areas (Patten et al. 2005, Beck et al. 2006, Wolfe et al. 2007).  Wolfe et al. (2007) found 39.8% and 26.5% of all lesser prairie chicken mortality in Oklahoma and New Mexico was caused by collision with barbed-wire fences.  Furthermore, the adult female component had the highest collision mortality with both fences and power lines, and mortality peaked during the breeding season (Wolfe et al. 2007).  Patten et al. (2005) suggested higher mortality rates in Oklahoma may have resulted in more variable life-history strategies (i.e., larger clutches, and fewer nesting years) relative to lesser prairie chickens in

BLM_0065588