New Mexico.  Further, 33% of mortality for juvenile sage-grouse on an Idaho study site was caused by collision with power lines (Beck et al. 2006), although broad scale collision risk for sage-grouse remains unknown.

Reducing collision risk through increasing infrastructure visibility via marking is a commonly suggested practice where avian collision poses a conservation concern (Bevanger 1994, Alonso et al. 1994, Baines and Andrew 2003).  Most research on marking of elevated infrastructure focused on marking static ground wires of power lines (Morkill and Anderson 1991, Alonso et al. 1994, Brown and Drewien 1995).  Marking methods used included white, yellow, and red PVC spirals wrapped around the wire (Alonso et al. 1994, Brown and Drewien 1995, Janss and Ferrer 1998), hanging black neoprene strips (Janss and Ferrer 1998), yellow aviation balls (Morkill and Anderson 1991, Brown and Drewien 1995), and yellow square fiberglass plates (Brown and Drewien 1995).  Although most research lacked spatial replication, marking generally appears to reduce avian-collision risk for overhead ground wires (Alonso et al. 1994, Savereno et al. 1996, Janss and Ferrer 1998).

Research evaluating fence marking as a mitigation method to reduce collision risk is much less common.  However, Baines and Andrew (2003) examined the effectiveness of orange plastic barrier netting at reducing grouse collision risk in Scotland.  They found collision rates were reduced on treatment segments for all bird species (71% lower) and woodland grouse (84% lower), with collision rate reductions of 64%, 91%, and 49% for capercaillie, black grouse, and red grouse, respectively (Baines and Andrew 2003).

Concerns over declining populations of sage-grouse range-wide and in Idaho stimulated interest in impacts of fence collision on this species (Braun 1998, Connelly et al.

2004).  That sage-grouse occasionally collide with fences has been known since at least the 1940's (Scott 1942), however this phenomenon has never been systematically studied.  Fence marking methods have been developed for reducing grouse collision risk in rangeland habitats, and anecdotal evidence suggests fence marking reduces prairie grouse collision risk (Wolfe et al. 2009).  However, no published studies have experimentally evaluated the effectiveness of fence marking at reducing prairie grouse collision risk.  Marking fences in sage-grouse habitats may be a desired management option, thus it is necessary to determine effectiveness of marking prior to application of a potentially expensive but untested mitigation method.  Therefore, the objective of this study was to determine effectiveness of fence marking as a mitigation method to reduce collision frequency in high-risk sage-grouse breeding habitats.

**STUDY AREA**

I conducted this study on 8 sage-grouse breeding areas across south-central and southeast Idaho (Fig. 1).  Browns Bench was located in southern Twin Falls County, and bounded by Salmon Falls Creek reservoir on the east, and China Mountain on the west, and was dominated by little sagebrush (*Artemisia arbuscula*) and black sagebrush (*A. nova*) habitats.  Paddelford Flat was south of Idaho Highway 22 in Blaine County, bordered on the east by Craters of the Moon National Monument, and dominated by mixtures of three-tip (*A. tripartita*) and big sagebrush (*A. tridentata*).  Big Desert sites 1 and 3 were south of Arco, Idaho, and southwest of Big Southern Butte in Butte County, and dominated by mixtures of big and three-tip sagebrush, with previously burned grasslands interspersed.  Fingers Butte was southwest of Quaking Aspen Butte and east of Fingers Butte in the Big Desert south of

BLM_0065590

Arco in Butte County, Idaho, and dominated by stands of little and big sagebrush, with areas of bare ground pasture interspersed. Crooked Creek drainage was dominated by little and mixed sagebrush types, and bounded to the south by Idaho Highway 22, and to the north, east, and west by the Beaverhead Mountains and Caribou Targhee National Forest. Table Butte site was located just northwest of Table Butte in Jefferson County, and was primarily dominated by big sagebrush with interspersed areas of grasslands as a result of previous fires. Lidy site was approximately 8 km west of Dubois, Idaho, and bounded to the north by the Beaverhead Mountains and to the south by Idaho Highway 22, and dominated primarily by stands of little sagebrush. Both Lidy and Crooked Creek sites were in Clark County, Idaho. Elevations on fence marking study sites ranged from approximately 1580 m on Browns Bench to approximately 1900 m at Crooked Creek.

## METHODS

### Field Methods

I conducted a field experiment on 8 sites in south-central and southeast Idaho to test effectiveness of marking fences to reduce sage-grouse fence collision frequency. I found spatially aggregated collision sites ($\geq 2$ collision sites/km) during preliminary field sampling in spring 2009 (B. S. Stevens, University of Idaho, unpublished data), and replicated the study on these sites to address spatial variability in marking effectiveness. Sites with $\geq 2$ collision sites/km in 2009 were used to define potentially high risk areas because high risk sites were necessary to obtain adequate sample sizes (i.e., adequate number of collisions), and spatial aggregation suggests areas of potential high risk. I framed a 3-km fence segment around each collision site aggregation, and used the approximate center of these points as the

BLM_0065591

center of the 3 km study fence segments on each site.  I subsequently divided each 3 km segment into 6, 500-m fence segments, which served as the experimental units in this study. I placed 50 m buffer segments between each 500-m experimental unit fence segment to prevent birds from adjusting flight paths laterally along the fence and artificially increasing collision rates in unmarked segments by subsequently striking fences (Baines and Andrew 2003).  I randomly selected 3, 500-m fence segments at each site to serve as marked treatments, and used the remaining 3, 500-m segments at each site for unmarked controls.  I constructed fence markers using vinyl siding undersill (Wolfe et al. 2009), and increased their visibility further by adding reflective metallic tape (Fig. 2).  I placed markers on the top strand of barbed-wire at approximate 1 m intervals, and did not mark lower strands of wire. One-meter intervals were used to approximate the wingspan of sage-grouse.  Wolfe et al. (2009) staggered markers on first and third strands of fence for lesser prairie chickens in shortgrass prairie; however, I did not feel this was necessary due to taller vegetation on Idaho rangelands.  Further, fence marking would likely not be used as a mitigation strategy if it is not cost effective; therefore this strategy reduced the time needed for fence marking, number of markers and amount of materials needed to mark fences.  I initiated this study and completed all fence marker construction and marking activities in February 2010.

I used a repeated measures framework for fence sampling.  I sampled study fences at approximate 2-week intervals from 17 March – 26 May 2010, and all sites were sampled 5 times during the study.  I conducted sampling with an observer walking each side of the fence in turn while searching for sage-grouse carcasses or feather sign on the ground and feather tufts stuck on the barbed-wire.  During these surveys observers walked approximately

1-3 m on either side of the fence, and monitored the area up to approximately 15 m from the fence for carcasses or collision evidence. I defined a collision in this study as detection of a whole carcass or a feather pile (> 5 feathers) within 15 m of the fence, detection of feather tufts stuck in the barbed-wire fence, or detection of a combination of these factors. Despite this definition of a collision site, I was cautious when only feather sign was detected, and if a likely raptor plucking post was present I was conservative and did not classify these sites as collision locations. For example, raptor plucking posts were common in some areas (mostly for passerine species) and were usually located at large wooden fence-posts, with the resulting feather piles scattered from the base of the post in the prevailing wind direction. In contrast, sites deemed collision locations based solely on feather-pile evidence commonly contained large numbers of feathers scattered in the prevailing wind direction from under the fence itself, or very close to the fence. Given this definition of a fence collision the only birds not accounted for were those flying into fences and leaving no feathers either in the fence or on the ground, and no carcass, or victims whose evidence was removed prior to sampling (e.g., Smallwood 2007, Stevens et al. 2011). I used feather characteristics to identify sage-grouse collision remains (Dalke et al. 1963), and sent evidence from unknown avian species to the Feather Identification Laboratory at the Smithsonian Institution, who used whole feather characteristics (Sabo and Laybourne 1994, Woodman et al. 2005), microscopic feather characteristics (Dove and Koch 2010), and DNA barcoding (Dove et al. 2007) to identify species of individual collision victims. Lastly, I measured microsite shrub height at the location of each collision site, and at 1 m in each cardinal direction from

collision evidence, to correct collision counts for the influence of vegetation height on detection probability (Stevens et al. 2011).

Traditional experimental design assumes homogenous experimental units to prevent erroneous inference in the presence of confounding variables. All fence segment experimental units in this study were not identical with respect to biological or technical factors (i.e., fence height, type, etc.); therefore we collected data on covariates potentially influencing local scale collision at each segment. To quantify fence segment attributes I used 1-in-5 systematic sampling (Schaeffer et al. 2006) on each of the 48, 500-m fence segments used in this study, where the first individual fence section (defined as length of fence between 2 posts) sampled on each 500-m segment was randomly selected from sections 1-5, and data was recorded at every 5th section thereafter until end of the 500-m fence segment. I collected covariate data at each section, including fence type (e.g., 4-strand barbed-wire, woven-wire, etc.), fence height, and number of markers in the section. Because I collected data during the breeding season, I calculated an index to local sage-grouse population abundance for each fence segment with maximum lek counts at the nearest lek, using data provided by Idaho Department of Fish and Game (hereafter IDFG) during annual lek route surveys (Jenni and Hartzler 1978, Emmons and Braun 1984, Connelly et al. 2003). Lastly, I calculated distance to nearest lek from the middle point of each fence segment in ArcGIS Geographic Information System (GIS) software using lek location data provided by IDFG.

BLM_0065594

**Statistical Methods**

*Modeling probability of collision presence.-*

I used logistic regression to model probability of sage-grouse collision site presence

for a given fence-segment survey as a function of covariates using the known fate model and

logit link function in Program MARK (White and Burnham 1999). I ranked and compared

models using Akaike's Information Criterion corrected for small samples sizes ($AIC_C$) and

normalized Akaike model weights ($w_i$) within an information-theoretic model selection

framework (Burnham and Anderson 2002). I used information-theoretic model selection

methods to facilitate comparison of non-nested models, and used Program MARK in this

analysis to facilitate use of information theoretic methods and calculation of model weights.

I treated individual surveys for each sampling round as experimental units during modeling,

and ignored temporal dependence at each fence segment caused by the repeated measures

design. Ignoring repeated measures dependence in logistic regression results in unbiased

linear model parameter estimates, but potentially underestimated standard errors on model

coefficients (Allison 2001). Therefore, I evaluated the influence of ignoring repeated

measures on estimated standard errors by re-fitting the top model using generalized

estimating equations for longitudinal logistic regression using SAS Version 9.2 (Diggle et al.

1994, Allison 2001; SAS, Cary, NC).

I constructed logistic regression models in this analysis using a priori hypothesized

treatment effects and covariates (Table 1). Experimental design-related parameters used in

modeling included a 2-level treatment effect (i.e., marked and unmarked fence), and a time

effect representing each of the 5 sampling rounds. Biologically plausible random covariates

BLM_0065595

used included size of the nearest lek, distance to nearest lek, and average fence height measurements for each 500-m fence segment. I compared 25 models representing combinations of the above covariates, as well as the constant intercept only or null model in this analysis (Appendix H).

I evaluated goodness-of-fit, discrimination ability, and classification success for the top logistic regression model. I used the Hosmer and Lemeshow test to evaluate goodness-of-fit for the top logistic regression model, using a $P$-value of 0.05 to test the null hypothesis that the model fits the observed data (Hosmer and Lemeshow 2000). I used area under the Receiver Operating Characteristic curve (hereafter ROC) to evaluate ability of the top logistic regression model to discriminate between fence-segment surveys with a collision present and those with no collision present (Hosmer and Lemeshow 2000). Calculation of area under the ROC curve requires pairwise comparison of all subjects where the event occurred (i.e., collision site present) with all subjects where the event did not occur (i.e., no collision site present). For each pairwise comparison the model was used to predict probability of occurrence of a collision site for each observation, and area under the ROC curve represents the proportion of pairwise comparisons where the subject that had a collision site present had a higher predicted probability than the subject without a collision site present (Hosmer and Lemeshow 2000). I conducted goodness-of-fit testing and estimated area under the ROC curve using SAS Version 9.2 (SAS, Cary, NC).

I evaluated classification success for the top logistic regression model using classification tables (Hosmer and Lemeshow 2000). In logistic regression analysis evaluation, sensitivity is defined as the probability of correctly predicting a true event when it

occurs, and specificity is defined as the probability of correctly predicting absence of an event when it does not occur (Hosmer and Lemeshow 2000). It is common in logistic regression to use a prediction threshold of 0.5 (i.e., $P(y = 1) \geq 0.5$ = predicted event occurrence), however, this is only optimal when probability of event occurrence and probability of event not occurring are approximately equal (Hosmer and Lemeshow 2000). Therefore, I calculated an optimum prediction threshold for the top logistic regression model as the threshold where sensitivity and specificity were approximately equal, thereby jointly minimizing both types of prediction error (Hosmer and Lemeshow 2000). I used the optimum prediction threshold to construct classification tables used to estimate classification success of the top logistic regression model. I calculated optimum prediction thresholds and classification tables using the R statistical computing language (R Core Development Team 2006).

*Modeling collision counts.-*

I summarized collision count data over the lekking season for each 500-m fence segment to evaluate influence of marking treatment and covariates on collision counts. I corrected collision counts for detectability based on attributes of individual collision sites with the following model:

$$Corrected\ Count = \frac{1}{\hat{P}}$$

where $\hat{P}$ is estimated detection probability for the given collision site, estimated from the following logistic regression model (Stevens et al. 2011):

BLM_0065597

$$logit(\hat{P}) = \ln\left(\frac{\hat{P}}{1-\hat{P}}\right) = \hat{\beta}_0 + \hat{\beta}_1(X_1)$$

and

$$\hat{P} = \frac{1}{1 + e^{-\{\hat{\beta}_0 + \hat{\beta}_1(X_1)\}}}$$

where $\hat{\beta}_i$ are linear model coefficients and $X_1$ is the mean shrub height measured for the individual collision site under consideration. However, I assumed perfect detection for collision sites whose evidence included feathers stuck in barbed wire, because visibility of these collision sites was high and not influenced by local vegetation characteristics. Since count based modeling requires integer-valued random variables, I summed corrected counts over the lekking season for each fence segment, and rounded corrected collision counts for each segment to the nearest whole number. I did not correct counts for collision sign-survival bias because I was unable to measure sign longevity at each study site. As such, my collision counts should be considered as likely biased low due to removal of collision evidence between sampling intervals (Smallwood 2007, Stevens et al. 2011). Further, during searches feathers in the fence and feather piles were counted as collisions with no knowledge of fate of the collision victim. Therefore, my counts are of the number of collision sites present at the time of sampling, and not of collision mortalities, as I had no way to assess crippling bias caused by individual birds flying into fences and dying at a later time or in a different area (Bevanger 1999). Thus, the relationship between the collision itself and the extent of the negative effects on the individual birds was left unstudied, as this is extremely difficult to assess accurately (Bevanger 1999).

I used zero-inflated Poisson regression to model the influence of treatment effects and covariates on corrected collision counts (Lambert 1992, Martin et al. 2005). Zero-inflated Poisson models (hereafter ZIP models) are statistical mixture models, where observed counts are treated as a binomial mixture of Poisson random variables and a point mass at zero. As such, ZIP models take the following form:

$$P(Y = 0) = 1 - \hat{p} + \hat{p} \times e^{-\hat{\lambda}},$$

$$P(Y = r) = \hat{p}\frac{e^{-\hat{\lambda}}\hat{\lambda}^r}{r!}, \quad r = 1, 2, \ldots,$$

where

$$logit(\hat{p}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + \ldots + \hat{\beta}_k(X_k)$$

$$log(\hat{\lambda}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + \ldots + \hat{\beta}_k(X_k).$$

In this analysis $r$ represents integer valued count data, $\hat{\lambda}$ represents the mean number of collisions at a given fence segment, and $\hat{p}$ represents the binomial mixture probability (i.e., probability of the data coming from the Poisson distribution, where $1 - \hat{p}$ is probability of data coming from inflated zero count; Lambert 1992, Martin et al. 2005). As such, ZIP models are a type of generalized linear model that facilitate modeling both expected counts and probability of an event occurring simultaneously as a function of covariates. I built and compared ZIP models using an information-theoretic model selection framework to facilitate comparison of non-nested models (Burnham and Anderson 2002), and completed this analysis using the pscl package and zeroinfl function (Zeileis et al. 2008) in the R statistical computing language (R Core Development Team 2006).

BLM_0065599

I constructed ZIP models in this analysis using a priori hypothesized treatment effects and covariates (Table 1). Covariates used in the count segment of ZIP models included a 2-level treatment effect (i.e., marked and unmarked fence), size of the nearest lek, and distance to the nearest lek for each fence segment. Due to limited samples sizes with count data pooled over time ($n = 48$), I used intercept only models for binomial mixture probabilities of the ZIP models. To evaluate evidence for additional overdispersion in the dataset I also fit the top models ($\Delta AIC_c \leq 2$) as zero-inflated negative binomial models (hereafter ZINB models) and compared them to remaining models using information-theoretic methods. Furthermore, I hypothesized 4 biologically plausible interactions (treatment $\times$ distance, treatment $\times$ lek size, lek size $\times$ distance, and treatment $\times$ lek size $\times$ distance) and added these terms to the count segment individually to the top model. I compared 10 models representing combinations of the above covariates, as well as the constant intercept only or null model in this analysis (Appendix I).

I evaluated goodness-of-fit, calculated confidence intervals on expected collision counts, and prediction success for the top ZIP model with parametric bootstrap and cross-validation procedures (Efron and Tibshirani 1994). I used 1,000 parametric bootstrap samples of the Pearson $\chi^2$ statistic to test goodness-of-fit for the top ZIP model, using a $P$-value of 0.05 to test the null hypothesis that the model fits the observed data. I used 1,000 parametric bootstrap samples to estimate 95% confidence intervals on expected collision counts for various combinations of count model covariate values for the top ZIP model. I used leave-one-out cross-validation to estimate prediction success for ZIP models. Cross-validation procedures used re-fit each model leaving out each data point in turn and

subsequently calculated the estimated collision count for the dropped point with the re-fit

model.  Root-mean-squared error was calculated for each data point, and mean root-mean-

squared error was calculated for each model to show the average error between predicted and

observed collision counts for each ZIP model.  I conducted all bootstrap and cross-validation

analyses using the R statistical computing language (R Core Development Team 2006).

**RESULTS**

I monitored 48, 500-m fence segment experimental units on 8 study areas over 5

sampling occasions during spring 2010.  I found a total of 60 avian collision sites during

sampling, 56 of which were sage-grouse, and total sage-grouse collision count corrected for

influence of microsite shrub height on detectability was 77.9 (Table 2).  I found evidence for

temporal variation in collision rates within the lekking season, and spatial variation in

collision frequency among study sites (Fig. 3, Table 2).  My data suggest peak of collision

risk from mid March - mid April, with reduced but stable collision risk through the end of the

lekking season (Fig. 2).  Moreover, 3 times more collision sites were found at Fingers Butte

($n = 33$) than Lidy ($n = 11$), the second highest collision count site.  Within sites, sage-grouse

collisions were spatially aggregated near leks; approximately 73% ($n = 41$) of sage-grouse

collisions were < 500 m from a known lek, 14% ($n = 8$) were from 500-1000 m from a lek,

13% ($n = 7$) were > 1000 m and 2% ($n = 1$) were > 1500 m from a lek.  Composition of

evidence types found at collision sites was dominated by feather piles (72%, $n = 42$), with

smaller numbers of sites having feather piles and feathers lodged in the fence (22%, $n = 13$),

only feathers lodged in the fence (5%, $n = 3$), and intact carcasses (2%, $n = 1$).  I was able to

determine sex from approximately 43% of sage-grouse collision remains ($n = 24$), resulting

BLM_0065601

146

in 22 male and 2 female known sex collision sites.  However, identification of male sage-grouse was greatly facilitated by presence of air-sac and filoplume feathers, thus the observed sex-composition of collisions is likely male-biased.

In addition to variation among sites and within season, I found differences in number of collisions found by treatment type (Fig. 3).  Un-corrected sage-grouse fence collision rates pooled across all sites and times were approximately 6 times greater in unmarked control and buffer fence segments (3.5 strikes/km; unmarked: $n = 42$, buffer: $n = 7$) than marked treatment segments (0.6 strikes/km; $n = 7$), resulting in an approximate 83% reduction in uncorrected collision rate at marked fence segments.  Corrected collision rates pooled across sites and times were approximately 5.7 times greater in unmarked control segments (4.9 strikes/km; $n = 58.6$) than marked treatment segments (0.9 strikes/km, $n = 10.2$), resulting in an approximate 82% reduction in detection bias corrected collision rate at marked fence segments.

The average of estimated number of markers per treatment fence segment was 479.3 ($SD = 42.2$, $n = 24$, $range = 370.5$-$578.1$), and average of mean fence height per segment was 110.5 cm ($SD = 9.7$, $n = 48$).  Average of estimated proportion of each fence type per 500-m segment was dominated by 4-strand ($\bar{x} = 0.58$, $SD = 0.46$, $n = 48$) and 3-strand ($\bar{x} = 0.32$, $SD = 0.45$, $n = 48$) barbed wire, with lesser amounts of 5-strand ($\bar{x} = 0.07$, $SD = 0.23$, $n = 48$), woven-wire ($\bar{x} = 0.02$, $SD = 0.12$, $n = 48$), 6-strand ($\bar{x} = 0.001$, $SD = 0.008$, $n = 48$), and 2-strand ($\bar{x} = 0.003$, $SD = 0.014$, $n = 48$) fence also present.  Mean of maximum sage-grouse lek count at the nearest lek during 2010 for each fence segment was 47.1 birds ($SD = 44.3$, $n = 48$, $range = 1$-$127$), and mean distance from the midpoint of each fence segment to the

BLM_0065602

nearest sage-grouse lek was 1364.4 m ($SD$ = 1194.9, $n$ = 48, $range$ = 104-4650).  Initial logistic regression modeling diagnostics showed the presence of outliers and overly influential data points in the model, therefore logistic regression models were fit without 3 sample-survey data points.  Remaining covariate data used in logistic regression modeling had mean lek size of 46.9 ($SD$ = 44.9, $n$ = 237), mean distance to lek of 1361.8 m ($SD$ = 1176.1, $n$ = 237), and average of mean fence height per 500-m segment of 110.6 cm ($SD$ = 9.5, $n$ = 237).

Logistic regression modeling suggested that the probability of sage-grouse collision for a given fence-segment survey was influenced by marking treatment, lek size, distance to nearest lek, and time ($\Delta AIC_c$ = 0, $w_i$ = 0.458; Table 3).  The top model suggested marking treatment reduced sage-grouse collision probability ($\beta$ = -2.89, 95% CI = -4.23 to -1.55; Fig. 4), increasing size of nearest lek increased collision probability ($\beta$ = 0.03, 95% CI = 0.01-0.04; Fig. 4), and increasing distance of fence segment from the lek reduced collision probability ($\beta$ = -0.0015, 95% CI = -0.0026 to -0.0004; Fig. 3).  The top model also suggested temporal variation in sage-grouse collision probability, with highest collision risk from approximately mid March – mid April, reduced collision risk from mid April – mid May, and increased collision risk again from mid-late May (Fig. 4).  However, time effect parameters were estimated imprecisely (Table 4), and 95% confidence intervals overlapped zero despite a 2-fold increase in observed collision count during the second sampling round relative to the remainder of the lekking season.  The top logistic model predicted collision probability was reduced by an average of 93.7% over 5 sampling rounds at marked segments with mean values of lek size and distance to lek (lek size = 46.9 birds; distance = 1361.8 m).

BLM_0065603

Despite the reduction in collision probability for marked fence segments, predicted sage-grouse collision probabilities at extreme observed values of lek size and distance to lek (i.e., lek size = 127, distance to lek = 104 m) remained high for both unmarked ($\bar{x} = 0.79$, *range* = 0.60-0.94, $n = 5$) and marked ($\bar{x} = 0.25$, *range* = 0.08-0.47, $n = 5$) fence segments over the 5 sampling intervals.

I found weak evidence for the influence of fence height in addition to the previously mentioned covariates on sage-grouse collision probability ($\Delta AIC_c = 0.348$, $w_i = 0.385$; Table 3). The second best model suggested sage-grouse collision probability was reduced by increasing fence height, however, the regression coefficient estimate was very imprecise and the confidence interval overlapped zero ($\beta = -3.8$, 95% CI = -9.5-1.9), providing weak support for this covariate. Lastly, fitting the top model using generalized estimating equations to account for temporal dependence in sampling resulted in relatively similar confidence interval coverage and inference as standard least-squares methods (Table 4). However, generalized estimating equations suggest standard logistic regression-methods may have slightly overestimated marking treatment effects, and slightly under-estimated lek size and distance to lek parameters (Table 4).

I evaluated goodness-of-fit, discrimination ability, and classification success for the top logistic regression model in this analysis. Hosmer and Lemeshow goodness-of-fit testing failed to reject the null hypothesis that the model fits observed data ($P = 0.95$, $\chi^2 = 2.65$, $DF = 8$). Hosmer and Lemeshow (2000) considered models with area under ROC curve values of 0.8-0.9 as having excellent discrimination ability, and models with area under ROC curve values $\geq 0.9$ as having outstanding discrimination ability. Area under the ROC curve for our

top logistic regression model was 0.92, suggesting the model has outstanding ability to

discriminate between fence segment-surveys with sage-grouse collisions present and those

without sage-grouse collisions present. Further, jointly maximizing sensitivity (0.86) and

specificity (0.86) resulted in an optimum prediction threshold of 0.16, and overall

classification success of 0.86 using the optimum prediction threshold suggests excellent

predictive ability for the top model.

I used ZIP models to evaluate marking treatment and covariate influences on

corrected collision counts summed over the lekking season for each 500-m fence segment.

Marking treatment, lek size, and distance to lek influences of collision count were most

supported by the data ($\Delta AIC_c = 0$, $w_i = 0.383$; Table 5), however, I also found some support

for an interaction between marking treatment and distance to lek in addition to above

covariates ($\Delta AIC_c = 0.365$, $w_i = 0.319$; Table 5). The top ZIP model suggested a reduction in

expected collision count as a function of marking treatment ($\beta = -1.35$, 95% CI = -2.2 to -0.5;

Fig. 5) and decreasing distance to lek ($\beta = -0.001$, 95% CI = -0.001 to -0.0008; Fig. 5), an

increase in expected collision count as a function of increasing lek size ($\beta = 0.017$, 95% CI =

0.010-0.023; Fig. 5), and a binomial mixture probability of 0.62. Despite reduction in

expected collision count for marked fence segments, extreme observations of lek size and

distance to lek (i.e., lek size = 127, distance to lek = 104 m) resulted in relatively high

expected sage-grouse collision count per 500-m segment over the entire lekking period for

both unmarked ($E(y) = 8.33$, 95% CI = 8.14-8.51) and marked ($E(y) = 2.17$, 95% CI = 2.10-

2.23) fence segments. Parametric bootstrap goodness-of-fit testing for the top model failed

to reject the null hypothesis that the model fits the data ($P = 0.31$), and cross-validation

BLM_0065605

procedures suggested models receiving any support from the data (i.e., $\Delta AIC_c < 3$) performed relatively similar in prediction error (*range* = 1.774-2.164, *n* = 5; Table 5). Lastly, the second best model including the treatment × distance interaction predicted a stronger marking treatment effect ($\beta$ = -2.07, 95% CI = -3.3 to -0.8), and similar lek size ($\beta$ = 0.017, 95% CI = 0.010-0.024) and distance to lek effects ($\beta$ = -0.001, 95% CI = -0.001 to –0.0001). However, the interaction effect essentially eliminated the distance to lek effect for marked fence segments only ($\beta$ = 0.001, 95% CI = -0.00005 to –0.002).

## DISCUSSION

### Spatiotemporal Variation in Collision

I observed spatial and temporal variation in sage-grouse fence collision risk, with spatiotemporal aggregation at the site and fence-segment level during the breeding season. While the temporal pattern of collision risk appeared consistent at sites where collision was observed, we found differences in collision probability and counts among sites and fence segments that appeared strongly influenced by lek sizes and proximity on each study area. This evidence suggests collision risk for a given fence segment across the lekking season peaked during mid March-mid April, increased with increasing lek sizes, and decreased with increasing distance from the nearest lek.

Spatiotemporal variation in risk is common in avian collision studies across a range of species and infrastructure types. Baines and Summers (1997) found a 7-fold range of red grouse fence collision rates between study sites in Scotland (0.4-2.7 birds/km/yr). Bevanger and Brøseth (2000) found significant variation in ptarmigan fence collision frequency across both fence segments and years in Norway. Brown and Drewien (1995) reported variation in

power line collision among species group, season (fall vs. spring), and years in Colorado.

Despite high variability in collision risk over space and time, multiple studies reported

spatially aggregated collisions, often referred to as "hot spots" (Miquet 1990, Janss and

Ferrer 2000, Baines and Andrew 2003, Shaw et al. 2010).  Janss and Ferrer (2000) found

88% of common crane (*Grus grus*) collisions in only 37.5% of power lines under study in

Spain, and Shaw et al. (2010) reported multispecies avian collision hot spots common at

power line segments in South Africa.  Barrios and Rodríguez (2004) indicated 15% of wind

turbines responsible for 57% of avian collisions at one site in Spain.  High levels of

variability in avian-infrastructure collision studies has led several authors to suggest collision

is unpredictable (Brown and Drewien 1995, Shaw et al. 2010), however, others have

suggested it unlikely that collisions occur randomly (Bevanger 1990), and spatiotemporal

aggregation in collision frequency suggests some level of predictability.

I observed spatial variability in sage-grouse collision risk for a given fence segment

as a function of proximity to nearest lek.  Leks are focal points for sage-grouse breeding, thus

the relationship between collision risk and lek proximity is likely a function of spring space-

use (Patterson 1952, Jenni and Hartzler 1978, Gibson 1996, Holloran and Anderson 2005).

Scott (1942) found 4 dead male sage-grouse collision victims along a fence bisecting a

lekking area in Wyoming, and observed a fifth male collide and limp away during lek

observations.  In an unpublished report, Danvir (2002) reported finding 20 sage-grouse

collisions (7 carcasses and 13 other strikes) along 8.3 km of fence within 0.8 km of a lek.

Lek mating strategy has been hypothesized to influence collision risk for both birds and bats

(Bevanger 1994, Baines and Summers 1997, Cryan 2008), however, I provide the first

BLM_0065607

quantifiable link between lek proximity and infrastructure collision risk. Although no studies quantified the link between lekking and collision risk, several studies have found collision risk to vary with space-use. For example, avian collision risk has been linked to presence of preferred foraging habitats (Baines and Summers 1997, Shaw et al. 2010), home range size (Rollan et al. 2010), and infrastructure proximity to territory (Smallwood et al. 2007).

Spatial variability in sage-grouse collision risk for a given fence segment was also influenced by size of the nearest lek. Lek counts are a commonly used index of local sage-grouse abundance (Jenni and Hartzler 1978, Emmons and Braun 1984, Connelly et al. 2003), suggesting collision risk increases with increasing local sage-grouse density. Similarly, Baines and Andrew (2003) found collision rate correlated with counts of displaying male black grouse in Scotland ($r = 0.60$). Anderson (1978) found collision counts at a power plant slag pit in Illinois were positively correlated with counts of mallard (*Anas platyrhynchos*) and blue winged teal (*Anas discors*) using the area. Positive correlation of collision counts with seasonal abundance indices has also been observed for common kestrels (*Falco tinnuculus*) and griffon vultures (*Gyps fulvus*) at wind turbines in Spain (Barrios and Rodríguez 2004). Increasing abundance likely increases collision risk by increasing the number of flights over a given infrastructure segment (Janss and Ferrer 2000). Although increased risk with increased local abundance is an intuitive result, daily and seasonal variation in lek attendance probability calls into question the use of lek counts as surrogates for local population sizes (Emmons and Braun 1984, Walsh et al. 2004). However, measurement error in regression predictor variables tends to attenuate their estimated effect sizes (Fox 2008); this suggests local abundance may have a stronger influence on collision risk than I measured in this study.

BLM_0065608

Further, Broms et al. (2010) found annual sage-grouse lek count indices were strongly correlated with the estimated adult male population size ($r = 0.85$), and moderately correlated with estimated size of the entire population ($r = 0.66$) over a 13 year period in Oregon.

In addition to variation related to lek distribution and count, sage-grouse fence collision risk for a given fence segment appeared to vary within the lekking season. Numerous studies reported seasonal variation in grouse collision risk (Baines and Summers 1997, Baines and Andrew 2003, Bevanger and Brøseth 2004, Patten et al. 2005). Ptarmigan fence collision in Norway peaked during winter (0.7 birds/km/month) and spring (0.6 birds/km/month; Bevanger and Brøseth 2000). Baines and Summers (1997) found species-specific seasonal variation in grouse fence collision risk in Scotland, where red grouse collision counts peaked in March (21%), black grouse collision peaked in April (24%), and capercaillie collision peaked in September (26%). Patten et al. (2005) showed a sharp peak in collision mortality during spring breeding (April-June) for radio-marked lesser prairie-chickens in Oklahoma. Radiomarked female lesser prairie-chickens in Oklahoma were disproportionately more susceptible to collision mortality than males, and possibly due to increased movement associated with multiple lek visitation during the breeding season (Wolfe et al. 2007). Interestingly, hen sage-grouse lek attendance typically peaks mid March – mid April (Eng 1963, Jenni and Hartzler 1978, Emmons and Braun 1984), which coincides with my observed peak in sage-grouse fence collision counts. However, I did not monitor lek attendance on my study areas, and lek attendance timing often varies annually (Dalke et al. 1963, Jenni and Hartzler 1978, Emmons and Braun 1984). Moreover, I was unable to determine sex for most collision victims (57%) from remaining evidence, and time effect

parameters were imprecisely estimated, despite observing a collision count during the second sampling occasion that was more than double the counts observed for the remainder of the lekking season. Lastly, these data provide no evidence on temporal collision risk outside of the breeding season.

**Fence Marking**

In addition to variation related to lek size and proximity, observed collision counts per 500 m fence segment were strongly related to presence of fence markers. Wolfe et al. (2009) provided anecdotal evidence for reduced prairie-chicken collision risk after fence marking in Oklahoma; however, no previous studies have experimentally tested fence marker effectiveness with prairie grouse. Baines and Andrew (2003) marked deer fences in Scotland with orange barrier netting and reported approximately 84% fewer woodland grouse on treatment fence segments using uncorrected data, results remarkably similar to mine (83% reduction using raw data). Baines and Andrew (2003) documented species-specific variation in reduced collision counts on marked fence segments, with reductions of 64% and 91% for capercaillie and black grouse, respectively. However, fence marking in Scotland did not completely eliminate collision in high risk areas, which is consistent with my results despite different fence marking methodologies. Although biological, technical, and methodological differences preclude meaningful comparison of fence and power line marker effectiveness, power line marking has generally been successful at reducing avian collision counts. Power line marking has proven effective with both yellow aviation balls and spiral dampers, and observations suggest reduced collision risk was manifested through changes in flight

BLM_0065610

behavior and altitude at marked sites (Morkill and Anderson 1991, Brown and Drewien 1995, Savereno et al. 1996).

Land managers have expressed concerns that reflective markers may be too conspicuous, and therefore aesthetically unpleasing for private landowners and public land users (B. Stevens, University of Idaho, personal observation). However, sage-grouse behavioral ecology and current research on avian vision suggests highly conspicuous markers may be necessary. Bevanger (1994) hypothesized lekking behavior of grouse may influence collision susceptibility due to increased activity patterns in low light conditions. Sage-grouse commonly fly at night and during low-light, early morning conditions during the lekking season (Scott 1942, Patterson 1952, Jenni and Hartzler 1978). Moreover, Scandinavian studies at high latitudes suggest grouse collision often peaks during winter when low light conditions are prevalent on the landscape (Bevanger 1995a, Bevanger and Brøseth 2004).

Current research on avian vision fields suggests many birds have forward projecting blind spots during flight, particularly if they are scanning the ground below for preferred habitats or conspecifics (Martin 2007, Martin and Osorio 2008, Martin and Shaw 2010, Martin 2011). While considerable species-specific variation in avian vision fields exists, evidence suggests birds with precocial young may have smaller amounts of binocular overlap in frontal vision, and forward vision in laterally eyed birds is processed by peripheral areas of the retina, suggesting lower visual resolution (Martin 2007, Martin and Osorio 2008, Martin 2009, Martin 2011). Visual fields have not been estimated for any grouse species, but current visual field estimates for all species with large eyes and enlarged external eyebrows have found presence of blind spot regions above the head that may project forward during

BLM_0065611

flight (Martin 2007, Martin and Orazio 2008).  Moreover, fundamental differences in visual perception and processing of visual information exist between birds and humans, and conspicuous or distracting markers may be necessary to catch the attention of flying birds that evolved in open habitats and whose attention may be focused on purposes other than obstacles in their flight path (Martin and Shaw 2010, Martin 2011).  More research into the effectiveness of other fence-marker designs and the daily timing of sage-grouse collision risk relative to behavioral ecology and low-light conditions is necessary.

Methodological limitations in this study prevented us from correcting collision counts for sign-survival bias of collision evidence over time between sampling occasions (Smallwood 2007, Smallwood et al. 2010, Stevens et al. 2011).  Evidence suggests spatial variability in survival of collision evidence over time is common (Smallwood 2007, Stevens et al. 2011), and this may have introduced bias in our modeling results.  I attempted to minimize this source of bias by conducting repeat sampling with a minimum possible interval length (~ 2 weeks, Stevens et al. 2011), however, I did not have the resources to conduct carcass survival experiments on all sites or sample at a higher temporal frequency.  There is no evidence to suggest survival bias should vary at small spatial scales within sites as a function of marking treatment, thus my marking assessment should remain valid in the presence of small amounts of sign-survival bias.  Despite not correcting for collision sign-survival bias, my temporal sampling intensity was much greater than many published studies which sampled at $\geq$ 1 month intervals (e.g., Baines and Summers 1997, Janss and Ferrer 2000, Bevanger and Brøseth 2000, Baines and Andrew 2003, Smallwood et al. 2007).  Also, some studies used previously published carcass removal rates to correct for this source of

BLM_0065612

bias (Bevanger 1995b, Janss and Ferrer 2000, Smallwood et al. 2007), however

spatiotemporal variation in sign-survival bias suggests this is highly imprecise (Smallwood

2007, Stevens et al. 2011), and resulting collision estimates are sensitive to bias estimates

(Bevanger 1995b). Thus, despite correcting for influences of microsite vegetation on

detection probability of collision evidence, my estimates should still be considered

conservative. Clearly, more precise statistical methods are needed to estimate wildlife-

infrastructure collision risk while incorporating the sources of bias in field sampling

methods.

## MANAGEMENT IMPLICATIONS

I provide the first experimental estimates of effectiveness of fence marking at

reducing collision risk for any prairie-grouse species. Evidence suggests spatiotemporal

variation in sage-grouse collision risk during the breeding season is high, and spatial

variation in risk appeared to be a function of lek proximity, local abundance, and fence

marking treatment. Data suggest sage-grouse collision risk may be greatest in areas with

locally abundant sage-grouse populations, and for fence segments in close proximity to sage-

grouse leks. My data also show a strong reduction in sage-grouse fence collision frequency

with reflective markers placed in potentially high risk areas, but some level of collision risk

should still be expected in extreme circumstances with fences very close to large leks. Fence

removal may be a desired alternative to marking in these circumstances if collision risk is

deemed unacceptable. My data also suggest previous recommendations to mark fences

within 1 km of prairie-grouse leks (Wolfe et al. 2007) may be insufficient for sage-grouse in

high risk areas, as we found high probability of collision and expected collision counts out to

distances of approximately 2 km from the nearest known lek at large lek sizes.  Future experimental research is necessary to evaluate other marker designs prior to field application if reflective markers are not a desired management option, and research should address the social acceptance of different fence marker designs.  Future sage-grouse research should also evaluate sex-specific collision risk as a function of lekking behavior and low-light activity patterns.  Lastly, unpublished reports have suggested fence collision risk may be high in some high-density winter areas (Danvir 2002).  Therefore, more research is necessary to determine sage-grouse fence collision risk in spaces and times outside of breeding seasons and areas.

**ACKNOWLEDGEMENTS**

Funding and field support for this project was provided by Idaho Department of Fish and Game and the United States Bureau of Land Management.  I thank M. Szczypinski, C. Earle, and L. Cross for assisting in field data collection, and D. Musil, J. Baumgardt, R. Smith, R. Berkeley, A. Moser, C. Hendricks, P. Makela, and T. Boudreau for additional support, without which this project would not have been possible.  I thank Marcy Heacker and Faridah Dahlan,  Smithsonian Institution, Feather Identification Lab (support by interagency agreement between U.S. Air Force, Federal Aviation Administration, and U.S. Navy) for feather identification; and The Smithsonian Institution, National Museum of Natural History, Division of Birds for access to museum collections.  I thank Dr. G. Martin for answering questions related to avian vision and fence markers.  I also thank the Nature Conservancy of Idaho for permission to mark and monitor study fence segments on Crooked

Creek Reserve.  I thank K. Reese, J. Connelly, B. Dennis, K. Vierling, J. Baumgardt, and J.

Tebbenkamp, whose suggestions and helpful comments improved this manuscript.

## LITERATURE CITED

Allison, P. D.  2001.  Logistic regression using the SAS system: theory and application.  First
    edition.  SAS Institute, Inc., Cary, North Carolina, USA.

Alonso, J. C., J. A. Alonso, and R. Muñoz-Pulido.  1994.  Mitigation of bird collisions with
    transmission lines through groundwire marking.  Biological Conservation 67:129-
    134.

Anderson, W. L.  1978.  Waterfowl collisions with power lines at a coal fired power plant.
    Wildlife Society Bulletin 6:77-83.

Baines, D., and M. Andrew.  2003.  Marking of deer fences to reduce frequency of collisions
    by woodland grouse.  Biological Conservation 110:169-176.

Baines, D., and R. W. Summers.  1997.  Assessment of bird collisions with deer fences in
    Scottish forests.  Journal of Applied Ecology 941-948.

Barrios, L., and A. Rodríguez.  2004.  Behavioural and environmental correlates of soaring-
    bird mortality at on-shore wind turbines.  Journal of Applied Ecology 41:72-81.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia.  2006.  Movements and survival of
    juvenile greater sage-grouse in southeastern Idaho.  Wildlife Society Bulletin
    34:1070-1078.

Bevanger, K. 1990.  Topographic aspects of transmission wire collision hazards to game
    birds in central Norwegian coniferous forest.  Fauna Norvegica Serie C, Cinclus
    13:11-18.

Bevanger, K. 1994.  Bird interactions with utility structures: collision and electrocution,
    causes and mitigating measures.  Ibis 136:412-425.

Bevanger, K.  1995a.  Tetraonid mortality caused by collisions with power lines in boreal
    forest habitats in central Norway.  Fauna Norvegica Serie C, Cinclus 18:41-51.

Bevanger, K. 1995b.  Estimates and population consequences of tetraonid mortality caused
    by collisions with high tension power lines in Norway.  Journal of Applied Ecology
    32:745-753.

BLM_0065615

Bevanger, K.  1999.  Estimating bird mortality caused by collision with power lines and electrocution: a review of methodology.  Pages 29-56 *in* M. Ferrer and G. F. E. Janss, editors.  Birds and Power Lines: Collision, Electrocution and Breeding.  Quercus, Madrid, Spain.

Bevanger, K., and H. Brøseth.  2000.  Reindeer *Rangifer tarandus* fences as a mortality factor for ptarmigan *Lagopus* spp.  Wildlife Biology 6:121-127.

Bevanger, K., and H. Brøseth.  2004.  Impact of power lines on bird mortality in a subalpine area.  Animal Biodiversity and Conservation 27:67-77.

Braun, C. E.  1998.  Sage grouse declines in western North America: what are the problems?  Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139-156.

Broms, K., J. R. Skalski, J. J. Millspaugh, C. A. Hagen, and J. H. Schulz.  Using statistical population reconstruction to estimate demographic trends in small game populations.  Journal of Wildlife Management 74:310-317.

Brown, W. M., and R. C. Drewien.  1995.  Evaluation of two power line markers to reduce crane and waterfowl collision mortality.  Wildlife Society Bulletin 23:217-227.

Burnham, K. P., and D. R. Anderson.  2002.  Model selection and multimodel inference: a practical information theoretic approach.  Second edition.  Springer-Verlag, New York, New York, USA.

Catt, D. C., D. Dugan, R. E. Green, R. Moncrieff, R. Moss, N. Picozzi, R. W. Summers, and G. A. Tyler.  1994.  Collisions against fences by woodland grouse in Scotland.  Forestry 67:105-118.

Connelly, J. W.,  K. P. Reese, and M. A. Schroeder.  2003.  Monitoring of greater sage-grouse habitats and populations.  College of Natural Resources Experiment Station, Contribution No. 979, University of Idaho, Moscow, Idaho, USA.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver.  2004.  Conservation assessment of greater-sage grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies.  Unpublished Report.  Cheyenne, Wyoming, USA.

Cryan, P.  2008.  Mating behavior as a possible cause of bat fatalities at wind turbines.  Journal of Wildlife Management 72:845-849.

Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27:811-841.

Danvir, R. F. 2002. Sage-grouse ecology and management in northern Utah sagebrush-steppe. Deseret Land and Livestock Research Report, Woodruff, Utah, USA, 39 pp.

Dove, C. J., and S. L. Koch. 2010. Microscopy of feathers: a practical guide for forensic feather identification. Journal of American Society of Trace Evidence Examiners 1:15-61.

Dove, C. J., N. C. Rotzel, M. Heacker, and L. A. Weigt. 2007. Using DNA barcodes to identify bird species involved in birdstrikes. Journal of Wildlife Management 72:1231-1236.

Diggle, P. J., K. Y. Liang, and S. L. Zeger. 1994. The analysis of longitudinal data. Oxford University Press, New York, New York, USA.

Efron, B., and R. J. Tibshirani. 1994. An introduction to the bootstrap. Monographs on Statistics and Applied Probability. Chapman & Hall/CRC, Boca Raton, Florida, USA.

Emmons, S. R., and C. E. Braun. 1984. Lek attendance of male sage grouse. Journal of Wildlife Management 48:1023-1028.

Eng, R. L. 1963. Observation on the breeding behavior of make sage-grouse. Journal of Wildlife Management 27:841-846.

Fox, J. 2008. Applied Regression Analysis and Generalized Linear Models. Second edition. Sage Publications, Inc. Thousand Oaks, California, USA.

Gibson, R. M. 1996. A re-evaluation of hotspot settlement in lekking sage grouse. Animal Behaviour 52:993-1005.

Holloran, M. J., and S. H. Anderson. 2005. Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats. Condor 107:742-752.

Hosmer, D. W., and S. Lemeshow. 2000. Applied logistic regression. Second edition. Wiley Series in Probability and Statistics. John Wiley and Sons, Hoboken, New Jersey, USA.

Jenni, D. A., and J. E. Hartzler. 1978. Attendance at a sage grouse lek: implications for spring censuses. Journal of Wildlife Management 42:46-52.

Janss, G. F. E., and M. Ferrer. 1998. Rate of bird collision with power lines: effects of conductor-marking and static wire-marking. Journal of Field Ornithology 69:8-17.

Janss, G. F. E., and M. Ferrer. 2000. Common crane and great bustard collision with power lines: collision rate and risk exposure. Wildlife Society Bulletin 28:675-680.

Lambert, D. 1992. Zero-inflated Poisson regression, with an application to defects manufacturing. Technometrics 34:1-14.

Martin, G. R. 2007. Visual fields and their functions in birds. Journal of Ornithology 148(Suppl. 2):S547-S562.

Martin, G. R. 2009. What is binocular vision for in birds? A birds' eye view. Journal of Vision 9:1-19.

Martin, G. R. 2011. Understanding bird collisions with man-made objects: a sensory ecology approach. Ibis 153:239-254.

Matrin, G. R., and D. Osorio. 2008. Vision in birds. Pages 25-52 *in* A. I. Basbaum, A. Kaneko, G. M. Shepherd, and G. Westheimer, editors. The Senses: A Comprehensive Reference, Vision 1. Volume 1. Academic Press, San Diego, California, USA.

Martin, G. R., and J. M. Shaw. 2010. Bird collisions with power lines: failing to see the way ahead? Biological Conservation 2695-2702.

Martin, T. G., B. A. Wintle, J. R. Rhodes, P. M. Kuhnert, S. J. Low-Choy, A. J. Tyre, and H. P. Possingham. 2005. Zero tolerance ecology: improving ecological inference by modeling the source of zero observations. Ecology Letters 8:1235-1246.

Miquet, A. 1990. Mortality in black grouse *Tetrao tetrix* due to elevated cables. Biological Conservation 54:349-355.

Morkill, A. E., and S. H. Anderson. 1991. Effectiveness of marking powerlines to reduce sandhill crane collisions. Wildlife Society Bulletin 19:442-449.

Moss, R. 2001. Second extinction of capercaillie (*Tetrao urogallus*) in Scotland? Biological Conservation 101:255-257.

Moss, R., N. Picozzi, R. W. Summer, and D. Baines. 2000. Capercaillie *Tetrao urogallus* in Scotland – demography of a declining population. Ibis 142:259-267.

BLM_0065618

Patten, M. A., D. H. Wolfe, E. Shochat, and S. K. Sherrod. 2005. Habitat fragmentation, rapid evolution and population persistence. Evolutionary Ecology Research 7:235-249.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage Books, Denver, Colorado, USA.

R Core Development Team. 2006. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Rollan, Á., J. Real, R. Bosch, A. Tintó, and A. Hernández-Matías. 2010. Modeling the risk of collision with power lines in Bonelli's Eagle *Hieraaetus fasciatus* and its conservation implications. Bird Conservation International 20:279-294.

Sabo, B. A., and R. C. Laybourne. 1994. Preparation of avian material recovered from pellets and as prey remains. Journal of Raptor Research 28:192-193.

Savereno, A. J., L. A. Savereno, R. Boettcher, and S. M. Haig. 1996. Avian behavior and mortality at power lines in coastal South Carolina Wildlife Society Bulletin 24:636-648.

Scheaffer, R. L., W. Mendenhall III, and R. L. Ott. 2006. Elementary survey sampling. Sixth edition. Duxbury Advanced Series, Thompson Brooks/Cole, Belmont, California, USA.

Scott, J. W. 1942. Mating behavior of the sage-grouse. Auk 59:477-498.

Shaw, J. M., A. R. Jenkins, J. J. Smallie, and P. G. Ryan. 2010. Modelling power-line collision risk for the Blue Crane *Anthropoides paradiseus* in South Africa. Ibis 152:590-599.

Smallwood, K. S. 2007. Estimating wind turbine-caused bird mortality. Journal of Wildlife Management 71:2781-2791.

Smallwood, K. S., C. G. Thelander, M. L. Morrison, and L. M. Rugges. 2007. Burrowing owl mortality in the Altamont Pass wind resource area. Journal of Wildlife Management 71:1513-1524.

Smallwood, K. S., D. A. Bell, S. A. Snyder, and J. E. DiDonato. 2010. Novel scavenger removal trials increase wind turbine-caused avian fatality estimates. Journal of Wildlife Management 74:1089-1097.

BLM_0065619

Stevens, B. S., K. P. Reese, and J. W. Connelly.  2011.  Survival and detectability bias of avian fence collision surveys in sagebrush steppe.  Journal of Wildlife Management 75:437-449.

Walsh, D. P., G. C. White, T. E. Remington, and D. C. Bowden.  2004.  Evaluation of the lek-count index for greater sage-grouse.  Wildlife Society Bulletin 32:56-68.

White, G. C., and K. P. Burnham.  1999.  Program MARK: Survival estimation from populations of marked animals.  Bird Study 46 Supplement:120-138.

Wolfe, D. H., M. A. Patten, E. Shochat, C. L. Pruett, and S. K. Sherrod.  2007.  Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management.  Wildlife Biology 13 (Suppl. 1):95-104.

Wolfe, D. H., M. A. Patten, and S. K. Sherrod.  2009.  Reducing grouse collision mortality by marking fences.  Ecological Restoration 27:141-143.

Woodman, N., C. J. Dove, and S. C. Peurach.  2005.  A curious pellet from a great horned owl (*Bubo virginianus*).  Northeastern Naturalist 12:127-132.

Zeileis, A., C. Kleiber, and S. Jackman.  2008.  Regression models for count data in R.  Journal of Statistical Software 27:1-25.

BLM_0065620

165

Table 1. Parameters used, and justification for each parameter, in logistic and zero-inflated Poisson regression modeling for probability of collision and expected collision count along marked treatment and unmarked control fence segments on 8 sites in southern Idaho, USA, during spring 2010.

| Parameter | Justification for hypothesized parameter |
|---|---|
| Treatment[a,b,c] | Experimental test of marking treatment |
| Lek size[a,b,d] | Potential density dependence in collision risk[i] |
| Distance[a,b,e] | Leks are focal points of spring space use[j] |
| Time[a,f] | Lek attendance is not constant during season[k] |
| Fence height[a,g] | Influence of infrastructure height on collision[l] |
| Treatment × distance[b,h] | Treatment effect may vary by lek proximity |
| Treatment × lek size[b,h] | Treatment effect may vary by lek size |
| Lek size × distance[b,h] | Density effect may vary by lek proximity |
| Treatment × lek size × distance[b,h] | Treatment effect may vary by lek size and proximity |

[a] Parameter used in logistic regression modeling.

[b] Parameter used in zero-inflated Poisson regression modeling.

[c] Treatment = marked (trt = 1) or unmarked (trt = 0) fence segment.

[d] Lek size = largest count of sage-grouse lek nearest to 500-m fence segment.

[e] Distance = distance from midpoint of 500-m fence segment to nearest sage-grouse lek.

[f] Time = sampling rounds (1-5) of fence collision surveys.

[g] Fence height = mean fence height estimated for each 500-m fence segment.

[h] I added interaction terms individually to the top zero-inflated Poisson model (i.e., $\Delta AIC_c = 0$).

[i] Baines and Andrew (2003), Bevanger and Broseth (2004).

[j] Patterson (1952), Gibson (1996), Holloran and Anderson (2005).

[k] Jenni and Hartzler (1978), Walsh et al. (2004).

[l] Bevanger (1990), Bevanger (1994).

BLM_0065621

166

Table 2. Total number of avian collision sites found by species, and sage-grouse collision count corrected for the influence of microsite vegetation height on detection probability, on marked treatment and unmarked control fence segments for 8 study sites sampled during experimental fence marking studies in southern Idaho, USA, during spring 2010. Avian fence collision species include: greater sage-grouse (GRSG), unknown (UNK), and Other.

| Site | Raw counts | | | Corrected GRSG counts |
|------|------|------|------|------|
| | GRSG | UNK | Other[b] | |
| Browns Bench | 1 | - | - | 1.4 |
| Big Desert #1 | 1 | - | - | 1.5 |
| Big Desert #3 | 8 | - | - | 12.1 |
| Crooked Creek | 4 | - | 1 | 5.2 |
| Fingers Butte | 33 | - | - | 44.6 |
| Lidy | 8 | 1[a] | 2 | 11.8 |
| Paddelford Flat | - | - | - | 0 |
| Table Butte | 1 | - | - | 1.3 |
| Total | 56 | 1 | 3 | 77.9 |

[a] Fence collision victim identified as an unknown Galliforme, but was not identifiable to species.

[b] Other species include rough-legged hawk, horned lark, and Western meadowlark.

BLM_0065622

Table 3.  Top logistic regression models of probability of sage-grouse collision presence during fence collision surveys on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010.  I ranked and compared models using Akaike's Information Criteria corrected for small sample sizes ($AIC_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002).

| Model | $K^a$ | AICc | Δ AICc | $w_i$ | $-2LL^b$ |
|---|---|---|---|---|---|
| $P_{(Time+Treatment+Lek\ Size+Distance)}$ | 8 | 119.115 | 0.000 | 0.458 | 102.483 |
| $P_{(Time+Treatment+Lek\ Size+Distance+Height)}$ | 9 | 119.462 | 0.348 | 0.385 | 100.669 |
| $P_{(Treatment+Lek\ Size+Distance)}$ | 4 | 122.591 | 3.476 | 0.081 | 114.419 |
| $P_{(Treatment+Lek\ Size+Distance+Height)}$ | 5 | 123.018 | 3.903 | 0.065 | 112.758 |
| $P_{(Time+Treatment+Lek\ Size+Height)}$ | 8 | 127.335 | 8.221 | 0.008 | 110.704 |
| $P_{(Time+Treatment+Lek\ Size)}$ | 7 | 129.227 | 10.113 | 0.003 | 114.738 |
| $P_{(Treatment+Lek\ Size)}$ | 3 | 132.327 | 13.212 | 0.001 | 126.224 |
| $P_{(Time+Treatment+Distance+Height)}$ | 8 | 132.557 | 13.442 | 0.001 | 115.925 |

[a] K = no. of model parameters.

[b] -2LL = -2 × maximized log-likelihood for model of interest.

[c] Time = sampling occasions 1-5, Treatment = marked (1) or unmarked (0) fence, Lek Size = maximum count at nearest sage-grouse lek, and Distance = distance to nearest sage-grouse lek.

BLM_0065623

Table 4.  Parameter estimates and 95% confidence intervals from the top logistic regression models of probability of sage-grouse collision presence during fence collision surveys on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010.  Parameter estimates and confidence intervals are presented for logistic regression estimation using generalized estimating equations (GEE) for repeated measures using an unstructured covariance matrix, and standard logistic (Standard) regression treating individual fence-segment surveys as temporally independent sampling units.

| Covariate | GEE | | | Standard | | |
|---|---|---|---|---|---|---|
| | Estimate[a] | 95% CI | | Estimate | 95% CI | |
| Time 1 | 1.110 | -0.362 | 2.583 | 1.009 | -0.420 | 2.439 |
| Time 2 | 0.584 | -0.115 | 1.283 | 0.547 | -0.914 | 2.008 |
| Time 3 | -1.214 | -3.058 | 0.630 | -1.348 | -3.256 | 0.560 |
| Time 4 | -0.934 | -2.017 | 0.149 | -1.136 | -2.906 | 0.635 |
| Time 5[b] | -1.071 | -2.378 | 0.236 | -1.391 | -2.974 | 0.192 |
| Treatment[c] | -2.689 | -4.162 | -1.216 | -2.888 | -4.229 | -1.546 |
| Lek size[d] | 0.020 | 0.009 | 0.030 | 0.026 | 0.014 | 0.037 |
| Distance[e] | -0.002 | -0.003 | -0.001 | -0.001 | -0.003 | 0.000 |

[a] $\beta_i$ regression coefficient estimate from logistic regression modeling.

[b] Time 5 was used as the intercept term in logistic regression modeling.

[c] Treatment = marked (trt = 1) or unmarked (trt = 0) fence segment.

[d] Lek size = largest count of sage-grouse lek nearest to 500-m fence segment.

[e] Distance = distance from midpoint of 500-m fence segment to nearest sage-grouse lek.

BLM_0065624

Table 5. Top zero-inflated Poisson (ZIP) and zero-inflated Negative Binomial (ZINB) regression models of sage-grouse collision count on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010. I ranked and compared models using Akaike's Information Criteria corrected for small sample sizes ($AIC_C$) and normalized Akaike model weights ($w_i$; Burnham and Anderson 2002). Model covariates are marking treatment (TRT), size of nearest lek (LSize), distance to nearest lek (Dist), and intercept only (.). All models are ZIP models unless otherwise indicated, and all models were fit with an intercept only binomial mixture probability model.

| Model[a,b] | K[c] | AICc | Δ AICc | $w_i$ | -2LL[d] | Prediction error[e] |
|---|---|---|---|---|---|---|
| Trt + LSize + Dist | 5 | 111.775 | 0.000 | 0.383 | 100.346 | 1.871 |
| Trt + LSize + Dist + Trt×Dist | 6 | 112.140 | 0.365 | 0.319 | 98.092 | 1.774 |
| Trt + Lsize + Dist + Trt×Lsize | 6 | 114.324 | 2.549 | 0.107 | 100.276 | 1.898 |
| Trt + Lsize + Dist  NB[f] | 6 | 114.397 | 2.622 | 0.103 | 100.348 | 1.863 |
| Trt + Lsize | 4 | 114.700 | 2.925 | 0.089 | 105.770 | 2.164 |
| Trt | 3 | 140.031 | 28.256 | 0.000 | 133.485 | 2.836 |
| . | 2 | 159.756 | 47.981 | 0.000 | 155.489 | 2.997 |

[a] Model form is $log(\hat{\lambda}) = \hat{\beta}_0 + \hat{\beta}_1(X_1) + ... + \hat{\beta}_k(X_k) \mid logit(\hat{p}) = \hat{\beta}_0$, where $\lambda$ = expected collision count and $p$ = binomial mixture probability.

[b] The following models were attempted but could not be fitted because they could not converge: (Trt + Lsize + Dist + Lsize×Dist); (Trt + Lsize + Dist + Trt×Lsize×Dist); (Trt + Lsize + Dist + Trt×Dist NB).

[c] K = no. of model parameters.

[d] -2LL = -2 × maximized log-likelihood for the model of interest.

[e] Prediction error = mean root-mean-squared error calculated via leave-one-out crossvalidation. This represents the average difference between predicted and observed collision counts for each data point.

[f] NB = zero-inflated negative binomial regression model.

BLM_0065625

Figure 1. Southern Idaho, USA, study areas, where I studied effectiveness of fence marking at reducing fence collision risk in sage-grouse breeding areas. Stars represent 8 study sites used for fence marking field experiment during spring of 2010.



BLM_0065626

Figure 2.  Reflective 8 cm vinyl siding undersill fence markers (modified from Wolfe et al. 2009) used to mark fences on 8 sites in southern Idaho during spring 2010.



BLM_0065627

172

Figure 3.  Total number of avian collision sites located per treatment type and time period during experimental fence marking studies in southern Idaho during spring 2010.  (a) Raw uncorrected counts of avian collision sites.  (b) Counts of avian collision sites corrected for the influence of microsite shrub height on collision site detectability.

a)



BLM_0065628

b)



BLM_0065629

Figure 4. Plots of probability of sage-grouse collision site present as a function of covariates from the top logistic regression model, for a given fence segment-survey on southern Idaho, USA, study sites during spring 2010. The 5 lines on each figure represent 5 sampling occasions over the sage-grouse lekking season. All plots were constructed with other covariates held at mean values (lek size = 46.9 birds, distance to lek = 1361.9 m). (a) Probability of collision site present as a function of size of nearest lek and time for unmarked fence segments. (b) Probability of collision site present as a function of size of nearest lek and time for marked fence segments. (c) Probability of collision site present as a function of distance to nearest lek and time for unmarked fence segments. (d) Probability of collision site present as a function of distance to nearest lek and time for marked fence segments.

a)



b)



BLM_0065631

176

c)



177

d)



178

Figure 5.  Plots of expected sage-grouse collision count per lekking season as a function of covariates from the top zero-inflated Poisson regression model, for a given 500-m fence segment on southern Idaho, USA, study sites during spring 2010.  (a) Expected collision count as a function of size of nearest lek and distance to lek for unmarked fence segments.  (b) Expected collision count as a function of size of nearest lek and distance to lek for marked fence segments.

a)



BLM_0065634

179

B)



BLM_0065635

Appendix A.  Models of daily survival rate ($S$) of female pheasant carcasses and their sign as a function of local-scale and microhabitat characteristics on southern Idaho sites, during spring 2009.

| Model | Model description |
|---|---|
| **Local-scale models** | |
| $S_{(.)}$ | $S$ constant on both study areas |
| $S_{(Habitat)}$ | $S$ differs between areas dominated by big and little sagebrush |
| $S_{(Road)}$ | $S$ influenced by presence of roads |
| $S_{(Site)}$ | $S$ differs between BB and US study areas |
| $S_{(Dist)}$ | $S$ influenced by distance of evidence from the fence |
| $S_{(Habitat+Road)}$ | $S$ a function of both habitat type and road presence |
| $S_{(Site+Habitat)}$ | $S$ a function of both study area and habitat type |
| $S_{(Habitat+Dist)}$ | $S$ influenced by habitat and distance of evidence from fence |
| $S_{(Site+Road)}$ | $S$ a function of both study area and road presence |
| $S_{(Road+Dist)}$ | $S$ a function of road presence and distance of evidence from fence |
| $S_{(Site+Dist)}$ | $S$ a function of study area and distance of evidence from fence |
| $S_{(Habitat+Road+Dist)}$ | $S$ a function of habitat, road presence, and distance from fence |
| $S_{(Site+Habitat+Road)}$ | $S$ a function of study area, habitat type, and road presence |
| $S_{(Site+Habitat+Dist)}$ | $S$ a function of site, habitat, and distance of evidence from fence |
| $S_{(Site+Road+Dist)}$ | $S$ a function of site, road presence, and distance from fence |
| $S_{(Site+Habitat+Road+Dist)}$ | $S$ a function of site, habitat, road presence, and distance from fence |
| **Microhabitat models** | |
| $S_{(.)}$ | $S$ constant on both study areas |
| $S_{(GH)}$ | $S$ influenced by grass ht at evidence location |
| $S_{(VC)}$ | $S$ influenced by visual concealment at evidence location |
| $S_{(CC)}$ | $S$ influenced by % shrub canopy coverage at evidence location |
| $S_{(SH)}$ | $S$ influenced by shrub ht at evidence location |
| $S_{(GH+SH)}$ | $S$ a function of grass ht and shrub ht at evidence location |
| $S_{(GH+CC)}$ | $S$ a function of grass ht and % shrub canopy coverage at location |
| $S_{(GH+SH+GH \times SH)}$ | $S$ a function of grass ht, shrub ht, and their interaction |
| $S_{(GH+CC+GH \times CC)}$ | $S$ a function of grass ht, % shrub canopy coverage, and the interaction between grass ht and % shrub canopy coverage |

BLM_0065636

| $S_{(GH+CC+SH+VC)}$ | $S$ a function of grass ht, % shrub canopy coverage, shrub ht, and visual concealment |

Appendix B.  Models of female pheasant carcass detectability ($p$) during fence line surveys as a function of local-scale and microhabitat characteristics on the Browns Bench and Upper Snake regions of Idaho, USA, during spring 2009.

| Model | Model description |
|---|---|
| **Local-scale models** | |
| $p_{(.)}$ | $p$ constant |
| $p_{(Habitat)}$ | $p$ differs between big and little sagebrush |
| $p_{(Snow)}$ | $p$ influenced by snowing conditions during sampling |
| $p_{(Dist)}$ | $p$ influenced by distance of carcass from fence |
| $p_{(Observer)}$ | $p$ differs by experience level of observer |
| $p_{(Habitat+Dist)}$ | $p$ a function of habitat and distance from fence |
| $p_{(Habitat+Observer)}$ | $p$ a function of habitat type and observer experience |
| $p_{(Habitat+Snow)}$ | $p$ a function of habitat type and snowing conditions |
| $p_{(Observer+Snow)}$ | $p$ a function of observer and snowing conditions |
| $p_{(Dist+Snow)}$ | $p$ a function of distance from fence and snow |
| $p_{(Dist+Observer)}$ | $p$ a function of distance from fence and observer |
| $p_{(Habitat+Dist+Snow)}$ | $p$ a function of habitat type, distance from fence, and snowing conditions |
| $p_{(Habitat+Observer+Snow)}$ | $p$ a function of habitat type, observer experience, and snowing conditions |
| $p_{(Habitat+Dist+Observer)}$ | $p$ a function of habitat type, distance from fence, and observer experience |
| $p_{(Dist+Observer+Snow)}$ | $p$ a function of distance from fence, observer experience, and snowing conditions |
| $p_{(Habitat+Dist+Observer+Snow)}$ | $p$ a function of habitat, distance from fence, observer experience, and snowing conditions |
| **Microhabitat models** | |
| $p_{(.)}$ | $p$ constant |
| $p_{(GH)}$ | $p$ influenced by grass ht |
| $p_{(SH)}$ | $p$ influenced by shrub ht |
| $p_{(CC)}$ | $p$ influenced by % shrub canopy coverage |

BLM_0065638

| | |
|---|---|
| $p_{(VC)}$ | $p$ influenced by visual concealment |
| $p_{(GH+SH)}$ | $p$ a function of grass ht and shrub ht |
| $p_{(GH+CC)}$ | $p$ a function of grass ht and % canopy coverage |
| $p_{(GH+CC+GH \times CC)}$ | $p$ a function of grass ht, % canopy coverage, and the interaction between grass ht and % canopy coverage |
| $p_{(GH+SH+GH \times SH)}$ | $p$ a function of grass ht, shrub ht, and the interaction between grass ht and shrub ht |

BLM_0065639

184

Appendix C.  Length of fence sampled during avian fence collision surveys in southern Idaho, USA, during spring 2009 and 2010.

| Site | Fence length[a] | |
|---|---|---|
| | 2009 | 2010 |
| East Jarbidge | | |
| Antelope Pocket | 7 | 7.3 |
| Browns Bench | 9.1 | 4.5 |
| North Magic Valley | | |
| North Shoshone | 2 | 4.3 |
| Paddleford Flats | 3 | 1.6 |
| Picabo Hills | 5.6 | 4.9 |
| Timmerman | 1.3 | - |
| Big Desert | | |
| Big Desert #1 | 1.1 | 1.6 |
| Big Desert #3 | 1 | 2.1 |
| Big Desert #5 | 5.6 | - |
| Fingers Butte | 5.5 | 7.5 |
| Upper Snake | | |
| Crooked Creek | 2.5 | 1 |
| Lidy | 3.1 | 5.3 |
| Medicine Lodge | 4.1 | 5.8 |
| Plano | 6.1 | 6.9 |
| Red Road | 5.7 | 6.2 |
| Table Butte | 3.3 | 4.2 |
| Total | 66.2 | 63.3 |

[a] Fence length was measured in km.

BLM_0065640

Appendix D. Site and broad-scale parameters used, and justification for each parameter, in CART, random forest, logistic regression, and zero-inflated Poisson regression modeling to classify collision and random fence points, model probability of collision site presence, and model expected collision counts observed during spring 2009 and 2010 in southern Idaho, USA.

| Parameter | Justification for hypothesized parameter |
|---|---|
| LS[a,b,c] | Local abundance may influence collision |
| D2L[a,b,d] | Leks are focal points of spring space-use |
| Sum LC[a,b,e] | Local abundance may influence collision |
| Nleks[a,b,f] | Leks are focal points of spring space-use |
| Lateral shrub height[a,g] | Shrub height may influence concealment of fence |
| Longitudinal shrub height[a,h] | Shrub height may influence concealment of fence |
| Distance to closest shrub[a,i] | Shrubs may influence visual concealment of fence |
| SCC[a,j] | Shrub density may influence concealment of fence |
| HDFCS[a,k] | Influence of shrub height may depend of fence height |
| HDFCSA[a,l] | Influence of shrub height may depend of fence height |
| FT[a,m] | Infrastructure design may influence collision risk |
| FH[a,n] | Infrastructure height may influence collision risk |
| DBP[a,o] | Fence posts are more conspicuous than fence itself |
| WP[a,p] | Wooden posts are more conspicuous than steel t-posts |
| Slope[a,q] | Topography may influence collision risk |
| Aspect[a] | Topography may influence collision risk |
| Region[b,r] | Regional scale attributes may influence collision |
| Year[b] | Collision risk may vary between 2009 and 2010 |
| FL[b,s] | Fence density may influence collision risk |
| VH<0.5[b,t] | Visual concealment of fence and sage-grouse space-use |
| 0.5<VH<1.0[b,u] | Visual concealment of fence and sage-grouse space-use |
| VH>1.0[b,v] | Visual concealment of fence and sage-grouse space-use |
| SCC1020[b,w] | Shrub cover can influence sage-grouse space-use |
| SCC2030[b,x] | Shrub cover can influence sage-grouse space-use |
| SCC3040[b,y] | Shrub cover can influence sage-grouse space-use |
| SCC4050[b,z] | Shrub cover can influence sage-grouse space-use |

BLM_0065641

| VTBS[b,aa] | Sage-grouse habitats |
|---|---|
| VTLS[b,ab] | Sage-grouse habitats |
| TRI[b,ac] | Topography may influence collision risk |

[a] Variable used in site-scale modeling to discriminate collision and random fence points.

[b] Variable used in broad scale logistic regression and zero-inflated Poisson regression to model probability of collision site presence, and expected collision counts for 1x1 km cluster sampling units.

[c] Observed sage-grouse count at lek nearest to point (site-scale), and observed sage-grouse count at lek nearest to 1x1 km cluster centroids (broad-scale).

[d] Distance from point to nearest sage-grouse lek (site-scale), and distance to nearest sage-grouse lek from 1x1 km cluster centroids (broad-scale).

[e] Sum of observed lek counts from all sage-grouse leks within 2 km of point (site-scale), and sum of observed lek counts from all sage-grouse leks within 2 km of 1x1 km cluster centroids (broad-scale).

[f] Number of sage-grouse leks within 2 km of point (site-scale), and number of sage-grouse leks within 2 km of 1x1 km cluster centroids (broad-scale).

[g] Mean height of closest shrub lateral to both sides of fence at each point.

[h] Mean height of closest shrub in both directions of point longitudinally along fence.

[i] Mean distance to closest shrub lateral to both sides of fence at each point.

[j] Percent shrub canopy cover in cardinal directions at each point.

[k] Mean height difference between fence point and closest shrub lateral to both sides of fence.

[l] Mean height difference between fence point and closest shrub longitudinal to point.

[m] Type of fence (i.e., 3-strand wire, 4-strand wire, etc.).

[n] Height of fence at each point.

[o] Distance between fence posts bounding segment of each point.

[p] Indicator variable for presence of wooden fence posts bounding segment of each point.

[q] Mean slope measured across and along fence at each point.

[r] Region = Magic Valley (MV), Big Desert (BD), and Upper Snake (US).

[s] Fence density or length of fence per 1x1 km cell.

[t] Arcsine-square-root transformed proportion of 1x1 km cell covered by vegetation < 0.5 m tall.

[u] Arcsine-square-root transformed proportion of 1x1 km cell covered by vegetation > 0.5 but < 1.0 m tall.

[v] Arcsine-square-root transformed proportion of 1x1 km cell covered by vegetation > 1.0 m tall.

BLM_0065642

[w] Arcsine-square-root transformed proportion of 1x1 km cell covered by 10-20% sagebrush cover.

[x] Arcsine-square-root transformed proportion of 1x1 km cell covered by 20-30% sagebrush cover.

[y] Arcsine-square-root transformed proportion of 1x1 km cell covered by 30-40% sagebrush cover.

[z] Arcsine-square-root transformed proportion of 1x1 km cell covered by 40-50% sagebrush cover.

[aa] Arcsine-square-root transformed proportion of 1x1 km cell covered by big sagebrush.

[ab] Arcsine-square-root transformed proportion of 1x1 km cell covered by low sagebrush..

[ac] Mean terrain ruggedness index calculated for each 1x1 km cell.

BLM_0065643

188

Appendix E. Correlation of broad-scale predictor variables used in logistic and zero-inflated Poisson regression modeling. Correlated variables are significantly correlated with the Variable column.

| Variable | Correlated variable |
| --- | --- |
| FL | none |
| D2L | Nleks, Sum LC |
| Nleks | D2L, Sum LC, VH<0.05, 0.5<VH<1.0, VH>1.0, SCC4050, VTBS, VTLS |
| Sum LC | D2L, Nleks, LC, SCC1020, VTLS |
| LC | Sum LC, VH<0.5, 0.5<VH<1.0, SCC2030, TRI |
| VH<0.5 | Nleks, LC, 0.5<VH<1.0, VH>1.0, SCC2030, SCC3040, SCC4050, VTBS, VTLS, TRI |
| 0.5<VH<1 | Nleks, LC, VH<0.5, SCC2030, SCC3040, SCC4050, VTBS, VTLS, TRI |
| VH>1 | Nleks, VH<0.5, VTBS, VTLS |
| SCC1020 | Sum LC, SCC2030, SCC3040 |
| SCC2030 | VH<0.5, 0.5<VH<1.0, SCC1020, SCC3040, SCC4050, VTBS, TRI |
| SCC3040 | VH<0.5, 0.5<VH<1.0, SCC1020, SCC2030, SCC4050, VTBS, VTLS, TRI |
| SCC4050 | VTBS, VTLS, TRI, VH<0.5, 0.5<VH<1.0, SCC2030, SCC3040 |
| VTBS | Nleks, VTLS, TRI, VH<0.5, 0.5<VH<1.0, VH>1.0, SCC2030, SCC3040, SCC4050 |
| VTLS | Nleks, Sum LC, VH<0.5, 0.5<VH<1.0, VH>1.0, SCC3040, SCC4050, VTBS |
| TRI | LC, VH<0.5, 0.5<VH<1.0,  SCC2030, SCC3040, SCC4050, VTBS |

BLM_0065644

Appendix F. Logistic regression models of collision probability during collision surveys of fence segments on 16 sage-grouse breeding areas during spring 2009 and 2010 in southern Idaho, USA.

| Model | Model description |
|---|---|
| **Initial models** | |
| $P_{(D2L)}$ | $P$ influenced by distance to lek |
| $P_{(Nleks)}$ | $P$ influenced by number of leks within 2 km |
| $P_{(LC)}$ | $P$ influenced by lek count at nearest lek |
| $P_{(Sum\ LC)}$ | $P$ influenced by sum of lek counts within 2 km |
| $P_{(D2L + LC)}$ | $P$ influenced by distance to lek and lek count at nearest lek |
| $P_{(Nleks + LC)}$ | $P$ influenced by number of leks within 2 km and lek count |
| $P_{(FL)}$ | $P$ a function of fence length per 1x1 km cell |
| $P_{(TRI)}$ | $P$ a function of terrain ruggedness |
| $P_{(FL + TRI)}$ | $P$ a function of fence length and terrain ruggedness |
| $P_{(VH<0.5)}$ | $P$ a function of cover of vegetation < 0.5 m tall |
| $P_{(VH>0.5<1.0)}$ | $P$ a function of cover of vegetation > 0.5 but < 1.0 m tall |
| $P_{(VH>1.0)}$ | $P$ a function of cover of vegetation > 1.0 m tall |
| $P_{(SCC1020)}$ | $P$ a function of cover of 10-20% sagebrush canopy cover |
| $P_{(SCC2030)}$ | $P$ a function of cover of 20-30% sagebrush canopy cover |
| $P_{(SCC3040)}$ | $P$ a function of cover of 30-40% sagebrush canopy cover |
| $P_{(SCC4050)}$ | $P$ a function of cover of 40-50% sagebrush canopy cover |
| $P_{(VTBS)}$ | $P$ a function of cover of vegetation type big sagebrush |
| $P_{(VTLS)}$ | $P$ a function of cover of vegetation type low sagebrush |
| $P_{(Year)}$ | $P$ varies by year |
| $P_{(Region)}$ | $P$ varies by region |
| $P_{(Region + Year)}$ | $P$ a function of region and year |
| $P_{(Region + TRI)}$ | $P$ a function of region and terrain ruggedness |
| $P_{(Region + TRI + FL)}$ | $P$ a function of region, terrain ruggedness, and fence length |
| **Final model suite** | |
| $P_{(TRI)}$ | $P$ a function of terrain ruggedness |
| $P_{(Region)}$ | $P$ varies by region |
| $P_{(Region + TRI)}$ | $P$ a function of region and terrain ruggedness |

BLM_0065645

| | |
|---|---|
| $P_{(FL + TRI)}$ | $P$ a function of fence length and terrain ruggedness |
| $P_{(Region + FL)}$ | $P$ a function of region and fence length |
| $P_{(TRI + D2L)}$ | $P$ a function of terrain ruggedness and distance to lek |
| $P_{(Region + LC)}$ | $P$ a function of region and lek count |
| $P_{(Region + D2L)}$ | $P$ a function of region and distance to lek |
| $P_{(Region + VH>1.0)}$ | $P$ a function of region and cover of vegetation > 1.0 m tall |
| $P_{(TRI + VH>1.0)}$ | $P$ a function of terrain ruggedness and vegetation cover > 1.0 m |
| $P_{(Region + SCC2030)}$ | $P$ a function region and cover of 20-30% sagebrush canopy cover |
| $P_{(Region + SCC4050)}$ | $P$ a function region and cover of 40-50% sagebrush canopy cover |
| $P_{(Region + TRI + FL)}$ | $P$ a function of region, terrain ruggedness, and fence length |
| $P_{(Region + TRI + VH>1.0)}$ | $P$ a function of region, terrain ruggedness, and vegetation > 1.0 m |
| $P_{(Region + TRI + SCC4050)}$ | $P$ a function region, terrain ruggedness, and 40-50% canopy cover |
| $P_{(Region + TRI + SCC2030)}$ | $P$ a function region, terrain ruggedness, and 20-30% canopy cover |
| $P_{(Region + TRI + D2L)}$ | $P$ a function of region, terrain ruggedness, and lek distance |
| $P_{(TRI + FL + VH>1.0)}$ | $P$ a function of ruggedness, fence length, and vegetation > 1.0 m |
| $P_{(TRI + FL + D2L)}$ | $P$ a function of ruggedness, fence length, and lek distance |
| $P_{(Region + Nleks + LC)}$ | $P$ influenced by region, number of leks within 2 km, and lek count |
| $P_{(Region + D2L + LC)}$ | $P$ influenced by region, lek distance, and lek count |
| $P_{(Region + TRI + FL + VH>1.0)}$ | $P$ a function of region, ruggedness, fence length, and vegetation cover > 1.0 m |
| $P_{(Region + TRI + FL + D2L)}$ | $P$ a function of region, ruggedness, fence length, and lek distance |

BLM_0065646

Appendix G.  Zero-inflated Poisson regression models of expected collision counts during collision surveys of fence on 16 sage-grouse breeding areas during spring 2009 and 2010 in southern Idaho, USA

| Model | Model description |
| --- | --- |
| Initial models | |
| D2L | Collision influenced by distance to lek |
| Nleks | Collision influenced by number of leks within 2 km |
| LC | Collision influenced by lek count at nearest lek |
| Sum LC | Collision influenced by sum of lek counts within 2 km |
| D2L + LC | Collision influenced by distance to lek and lek count |
| Nleks + LC | Collision influenced by number of leks within 2 km and lek count |
| FL | Collision a function of fence length per 1x1 km cell |
| TRI | Collision a function of terrain ruggedness |
| FL + TRI | Collision a function of fence length and terrain ruggedness |
| VH<0.5 | Collision a function of cover of vegetation < 0.5 m tall |
| VH>0.5<1.0 | Collision a function of vegetation > 0.5 but < 1.0 m tall |
| VH>1.0 | Collision a function of cover of vegetation > 1.0 m tall |
| SCC1020 | Collision a function of 10-20% sagebrush canopy cover |
| SCC2030 | Collision a function of 20-30% sagebrush canopy cover |
| SCC3040 | Collision a function of 30-40% sagebrush canopy cover |
| SCC4050 | Collision a function of 40-50% sagebrush canopy cover |
| VTBS | Collision a function of vegetation type big sagebrush |
| VTLS | Collision a function of vegetation type low sagebrush |
| Year | Collision varies by year |
| Region | Collision varies by region |
| Region + TRI | Collision a function of region and terrain ruggedness |
| Region + FL | Collision a function of region and fence length |
| Region + TRI + FL | Collision a function of region, terrain ruggedness, and fence length |

BLM_0065647

Final model suite

| | |
|---|---|
| D2L | Collision influenced by distance to lek |
| FL | Collision a function of fence length per 1x1 km cell |
| TRI | Collision a function of terrain ruggedness |
| D2L + TRI | Collision a function of lek distance and terrain ruggedness |
| D2L + FL | Collision a function of lek distance and fence length |
| D2L + SCC1020 | Collision a function of lek distance and 10-20% sagebrush canopy cover |
| D2L + SCC2030 | Collision a function of lek distance and 20-30% sagebrush canopy cover |
| D2L + SCC3040 | Collision a function of lek distance and 30-40% sagebrush canopy cover |
| D2L + SCC4050 | Collision a function of lek distance and 40-50% sagebrush canopy cover |
| D2L + VH>0.5<1.0 | Collision a function of lek distance and vegetation > 0.5 but < 1.0 m tall |
| FL + SCC1020 | Collision a function of fence length and 10-20% sagebrush canopy cover |
| FL + SCC2030 | Collision a function of fence length and 20-30% sagebrush canopy cover |
| FL + SCC3040 | Collision a function of fence length and 30-40% sagebrush canopy cover |
| FL + SCC4050 | Collision a function of fence length and 40-50% sagebrush canopy cover |
| FL + VH>0.5<1.0 | Collision a function of fence length and vegetation > 0.5 but < 1.0 m tall |
| TRI + SCC1020 | Collision a function of ruggedness and 10-20% sagebrush canopy cover |
| TRI + SCC2030 | Collision a function of ruggedness and 20-30% sagebrush canopy cover |

| | |
|---|---|
| TRI + SCC3040 | Collision a function of ruggedness and 30-40% sagebrush canopy cover |
| TRI + SCC4050 | Collision a function of ruggedness and 40-50% sagebrush canopy cover |
| TRI + VH>0.5<1.0 | Collision a function of ruggedness and vegetation > 0.5 but < 1.0 m tall |
| D2L + TRI + FL | Collision a function of lek distance, ruggedness, and fence length |

BLM_0065649

Appendix H.  Models of collision probability ($P$) during fence collision surveys on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010.

| Model | Model description |
|---|---|
| $P_{(.)}$ | $P$ constant |
| $P_{(Treatment)}$ | $P$ differs between marked and unmarked fence segments |
| $P_{(Distance)}$ | $P$ influenced by distance to nearest lek |
| $P_{(Lek\ Size)}$ | $P$ influenced by size of nearest lek |
| $P_{(Time)}$ | $P$ influenced by time of sampling during lekking season |
| $P_{(Height)}$ | $P$ influenced by mean fence height |
| $P_{(Time+Treatment)}$ | $P$ a function of both time of sampling and marking |
| $P_{(Time+Lek\ Size)}$ | $P$ a function of both time of sampling and lek size |
| $P_{(Time+Distance)}$ | $P$ a function of both time of sampling and lek distance |
| $P_{(Lek\ Size+Distance)}$ | $P$ a function of both time of lek size and distance to lek |
| $P_{(Lek\ Size+Height)}$ | $P$ a function of both time of lek size and fence height |
| $P_{(Treatment+Height)}$ | $P$ a function of marking treatment and fence height |
| $P_{(Treatment+Lek\ Size)}$ | $P$ a function of marking treatment and lek size |
| $P_{(Time+Distance+Height)}$ | $P$ a function of time, distance to lek, and fence height |
| $P_{(Time+Lek\ Size+Distance)}$ | $P$ a function of time, lek size, and distance to lek |
| $P_{(Time+Treatment+Distance)}$ | $P$ a function of time, marking, and lek distance |
| $P_{(Time+Treatment+Lek\ Size)}$ | $P$ a function of time, marking treatment, and lek size |
| $P_{(Treatment+Distance+Height)}$ | $P$ a function of marking, lek distance, and fence height |
| $P_{(Treatment+Lek\ Size+Distance)}$ | $P$ a function of marking, lek size, and distance to lek |
| $P_{(Time+Lek\ Size+Distance+Height)}$ | $P$ influenced by time, lek size, lek distance, and height |
| $P_{(Time+Treatment+Distance+Height)}$ | $P$ a function of time, marking, lek distance, and height |
| $P_{(Time+Treatment+Lek\ Size+Height)}$ | $P$ a function of time, marking, lek size, and fence height |
| $P_{(Treatment+Lek\ Size+Distance+Height)}$ | $P$ varies by marking, lek size, lek distance, and height |
| $P_{(Time+Treatment+Lek\ Size+Distance)}$ | $P$ a function of time, marking, lek size, and lek distance |
| $P_{(Time+Treatment+Lek\ Size+Distance+Height)}$ | $P$ varies by time, marking, lek size, lek distance, height |

BLM_0065650

Appendix I.  Zero-inflated Poisson and zero-inflated Negative Binomial (NB) regression models of expected collision count on experimentally marked and unmarked control fence segments on 8 sage-grouse breeding areas of southern Idaho, USA, during spring 2010.  All models are zero-inflated Poisson unless otherwise indicated.

| Model | Model description |
| --- | --- |
| (.) | Collision constant |
| (Trt) | Collision influenced by marking treatment |
| (Trt + Lsize) | Collision influenced by marking nd lek size |
| (Trt + Lsize + Dist--NB) | Collision influenced by marking, lek size, and distance to lek, NB model |
| (Trt + Lsize + Dist) | Collision influenced by marking, lek size, and lek distance |
| (Trt + Lsize + Dist + Trt × Lsize) | Collision influenced by marking, lek size, distance to lek, and marking by lek size interaction |
| (Trt + Lsize + Dist + Trt × Dist) | Collision influenced by marking, lek size, distance to lek, and marking by distance to lek interaction |
| (Trt + Lsize + Dist + Lsize × Dist) | Collision influenced by marking, lek size, distance to lek, and lek size by distance interaction |
| (Trt + Lsize + Dist + Trt × Dist--NB) | Collision influenced by marking, lek size, distance, and marking by distance interaction, NB model |
| (Trt + Lsize + Dist + Trt × Dist) | Collision influenced by marking, lek size, distance to lek, and marking by distance interaction |
| (Trt + Lsize + Dist + Trt × Lsize × Dist) | Collision influenced by marking, lek size, distance, and treatment by lek size by distance interaction |

BLM_0065651

Appendix  J.  University of Idaho Animal Care and Use Committee Approval Verification.

# University of Idaho
# Animal Care and Use Committee

**Date:** Monday, December 22, 2008
**To:**   Kerry Reese
**From:** University of Idaho
**Re:**   Protocol 2009-21
          Factors Influencing Detectability and Scavenging Associated with Fence Collisions in
          Sagebrush Steppe

Your animal care and use protocol for the project shown above was reviewed by the University of
Idaho on Monday, December 22, 2008.
This protocol was originally submitted for review on: Wednesday, December 17, 2008
The original approval date for this protocol is: Monday, December 22, 2008
This approval will remain in affect until: Tuesday, December 22, 2009
The protocol may be continued by annual updates until: Thursday, December 22, 2011

Federal laws and guidelines require that institutional animal care and use committees review ongoing
projects annually. For the first two years after initial approval of the protocol you will be asked to
submit an annual update form describing any changes in procedures or personnel. The committee
may, at its discretion, extend approval for the project in yearly increments until the third anniversary
of the original approval of the project. At that time, the protocol must be replaced by an entirely new
submission.

Brad Williams, DVM
Campus Veterinarian
University of Idaho
208-885-8958



BLM LIBRARY

88070805

QL
696
.G27
S75
2015
c. 2

# Sage-Grouse Habitat Assessment Framework

## A Multiscale Assessment Tool

Technical Reference 6710-1
June 2015



BLM_0065654

**Errata**

**Sage-Grouse Habitat Assessment Framework:**
**A Multiscale Assessment Tool**
**BLM Technical Reference 6710-1 and Supporting Documents**

The following changes have been made to the June 2015 documents posted on the BLM Library website:

**Date of change:  7/28/15**

**Documents affected:**

Sage-Grouse Habitat Assessment Framework: A Multiscale Assessment Tool (pdf), page 112

Table of sagebrush community vegetation species and preferred forbs for sage-grouse (pdf), page 4

Table of sagebrush community vegetation species and preferred forbs for sage-grouse (Word), page 6

**Change:**

In the table, under Perennials/Occasionally Biennials, the most likely category for *Linum perenne* (blue flax) was changed from P to O so that it now reads:

| *Linum perenne* | Blue flax | LIPE2 | O |
|---|---|---|---|

**Date of change:  8/24/15**

**Documents affected:**

Sage-Grouse Habitat Assessment Framework: A Multiscale Assessment Tool (pdf), page 91

Line-Point Intercept Directions, page 1

**Change:**

In the list of equipment, the length of the tape was changed from 5 m to 50 m.

BLM_0065655

BLM_0065656

#927411272    ID88070805

GL
696
.G27
375
2015
c. 2

# Sage-Grouse Habitat Assessment Framework

## A Multiscale Assessment Tool

**Technical Reference 6710-1**

Edited by:

San J. Stiver
E. Thomas Rinkes
David E. Naugle
Paul D. Makela
Danelle A. Nance
Jason W. Karl

BLM Library
Denver Federal Center
Bldg. 50, OC-521
P.O. Box 25047
Denver, CO  80225

**June 2015**

BLM_0065657

**Suggested citation:**

Stiver, S.J., E.T. Rinkes, D.E. Naugle, P.D. Makela, D.A. Nance, and J.W. Karl, eds. 2015. Sage-Grouse Habitat Assessment Framework: A Multiscale Assessment Tool. Technical Reference 6710-1. Bureau of Land Management and Western Association of Fish and Wildlife Agencies, Denver, Colorado.

**Photo credits:**

Paul Makela, Tom Rinkes, and Bureau of Land Management (stock photos).

**Disclaimer:**

The mention of company names, trade names, or commercial products does not constitute endorsement or recommendation for use by the federal government.

BLM/OC/ST-15/002+6710

BLM_0065658

# Foreword

The "Sage-Grouse Habitat Assessment Framework" (HAF) was conceived by several managers in the early 2000s. They assembled a diverse group of habitat specialists and sage-grouse experts from state, federal, and nongovernmental organizations to develop this habitat evaluation tool. In 2006, the "Greater Sage-grouse Comprehensive Conservation Strategy," published by the Western Association of Fish and Wildlife Agencies, highlighted the development and implementation of the HAF. That strategy outlined a number of objectives for the HAF, which included a temporal and spatial method for evaluating sagebrush habitats for sage-grouse suitability at various landscape scales. The HAF is a cornerstone of the habitat monitoring component of the sage-grouse conservation strategy.

Over the past several years, the BLM has developed a number of tools to help manage the public lands on a landscape basis. These tools include creating the capacity to synthesize large amounts of geospatial information to help the BLM and our partners develop a shared understanding of regional trends and identify conservation and development opportunities. The BLM is implementing this landscape approach in the Greater Sage-Grouse planning initiative, western solar plan, national cohesive wildland fire strategy, climate change strategy, regional mitigation, and other major initiatives. Incorporating the necessary adaptive management actions and understanding the success of these initiatives will require a coordinated approach to monitoring and assessments so information about multiple resources at multiple scales can be easily integrated. Thus, the HAF is timely as it fills the need for a multiple-scale, sage-grouse habitat assessment tool that can be easily integrated into the BLM landscape monitoring approach.

The HAF establishes indicators to determine the status of sage-grouse habitat needs at multiple scales and for seasonal habitats. The results of these assessments will provide the necessary information to evaluate whether the BLM-managed lands are meeting the sage-grouse land health habitat standard. Since the HAF assesses habitat needs at multiple scales, various datasets are needed for the analysis and assessment. To this end, the editors of the HAF coordinated with the BLM assessment, inventory, and monitoring (AIM) team to ensure the data required for the HAF indicator values are consistent with information currently being collected as described in "BLM Core Terrestrial Indicators and Methods," Westwide monitoring efforts, and grass-shrub stewardship efforts. This coordination between HAF and AIM efforts addresses one of the critical monitoring challenges in the BLM today—field capacity to complete the monitoring data collection.

To assess monitoring capacity and propose options to resolve this issue, the BLM initiated a review of its monitoring practices in 2006. The results of this survey, as discussed in "The Bureau of Land Management Assessment, Inventory, and Monitoring Strategy for Integrated Renewable Resources Management," indicated the need to coordinate and integrate monitoring activities and implement a data management strategy to eliminate redundant and duplicative data collection activities. The principles necessary to accomplish this integrated monitoring approach are described in BLM's "AIM-Monitoring: A Component of the BLM Assessment, Inventory, and Monitoring Strategy." When applying the principles of AIM monitoring to the HAF, field offices can minimize additional monitoring workloads. Applying these principles also creates opportunities to enhance national data layers and meet one of our primary goals of integrating monitoring activities: to collect data once and use it many times.

BLM_0065659

In summary, we commend the effort that has led to the development of the "Sage-Grouse Habitat Assessment Framework." The HAF will prove to be a valuable tool as the BLM and our partners implement the landscape approach for the management of our public lands. When the HAF is implemented using the principles outlined in "AIM-Monitoring: A Component of the BLM Assessment, Inventory, and Monitoring Strategy," the benefits to the BLM and our partners will be maximized and additional workloads will be minimized.

Ed Roberson
Assistant Director, Renewable Resources and Planning
Bureau of Land Management

Virgil Moore
Director
Western Association of Fish and Wildlife Agencies

BLM_0065660

# Preface

This document provides policymakers, resource managers, and specialists with a comprehensive framework for assessing sage-grouse habitat in the sagebrush ecosystem. Four pillars form the foundation for the success of this approach: science, effective conservation policy, implementation, and adaptive management. Recent landscape evaluations indicate that conservation of sagebrush ecosystems has not been realized because large-scale mapping was not available to inform site-scale management actions. Advances in landscape ecology enable conservation planners to develop spatially explicit decision support tools that link populations with habitats for effective conservation planning, implementation, and evaluation at landscape scales. A shift from local to landscape conservation will empower decisionmakers to maximize the likelihood of achieving conservation by implementing site-scale actions within priority landscapes. Standardized methodologies provide consistency in terminology and techniques for site-scale assessments.

The habitat assessment framework (HAF) received progressive reviews during its development from 2000 to 2012. Those reviews focused and refocused the scope of the document, technical validity, and scientific rigor. The draft was edited for field use, and an outside peer review panel was contracted to evaluate the document. Appropriate comments, critiques, and suggestions were incorporated into the final document. In 2011, 2012, and 2013, the input matrix and outputs were field tested, and appropriate modifications were made in this current iteration of the HAF.

The HAF was developed for use by resource managers working closely with specialists in range management, landscape ecology, geographic information system (GIS), botany, wildlife biology, and other associated disciplines. To be fully functional, the HAF requires input from policy and operational staff. Some flexibility is incorporated into the suggested procedures, where appropriate, and professional judgment is required in its application, hence the need for experience. An increased capacity to deliver conservation will need to be addressed regionally because actions necessary to enhance populations vary widely across management zones. Quantity and quality of population and distribution data also vary widely for individual populations and across management zones; therefore, users of the HAF may be required to make certain assumptions concerning local populations. Shortcomings in existing datasets highlight the need to identify and subsequently collect additional datasets. Datasets that may aid in identifying important habitat areas and features include population and habitat information on seasonal use patterns, home ranges, migratory and dispersal movements, and fitness.

BLM_0065661



BLM_0065662

# Acknowledgments

The habitat assessment framework is the culmination of many years of collaborative efforts. The editors participated in many of these efforts and would like to express our deep appreciation to the great number of individuals who helped develop this framework and who contributed to this document. This document would not have been possible without the forethought of Signe Sather-Blair, who led a group of Bureau of Land Management (BLM) wildlife biologists in Idaho (Paul Makela, Tim Carrigan, and Loren Anderson) in drafting the initial site-scale analysis methodology of this habitat assessment in 2000. A year later, the BLM revised the site-scale methodology to be applicable for habitats in Wyoming. George Soehn led this effort, with input from an interdisciplinary team that included Vicki Herren, Pat Karbs, Bruce Parker, Mary Read, Tom Rinkes, Dave Roberts, Dennis Saville, Andy Warren, Chet Wheeless, Don Whyde, and Jim Wolf.

In 2004, following the release of the "Conservation Assessment of Greater Sage-grouse and Sagebrush Habitats," the need to assess habitats at multiple scales became apparent because sage-grouse use large landscapes and occur over a large geographical range in western North America. In January 2005, the directors of the Western Association of Fish and Wildlife Agencies (WAFWA) passed a resolution to coordinate with the BLM on the development of the sage-grouse habitat assessment framework. Again, Signe Sather-Blair brought together a team composed of BLM and Idaho Department of Fish and Game biologists (Michelle Commons-Kemner, Tom Rinkes, and Alexis Carroll) to address sage-grouse at multiple habitat scales. An informal working group, with members from various disciplines, federal and state agencies, and universities, was convened to assist in addressing these issues, and their comments were valuable in the development of the final product. This working group was composed of the following individuals:

Cameron Aldridge, Colorado State University
Anthony Apa, Colorado Division of Wildlife
Alexis Carroll, BLM
Michelle Commons-Kemner, Idaho Department of Fish and Game
Jack Connelly, Idaho Department of Fish and Game
Mike Gregg, U.S. Fish and Wildlife Service
Kristine Hasselblad, BLM
Ann Hild, University of Wyoming
Mark Hilliard, BLM
Mike "Sherm" Karl, BLM
Steve Knick, U.S. Geological Survey
Don Major, BLM
Dick Mayberry, BLM
Clint McCarthy, U.S. Forest Service
Richard Miller, Oregon State University
Dave Naugle, University of Montana
Mike Pellant, BLM
Tom Rinkes, BLM
Roger Rosentreter, BLM
Paul Roush, BLM
Signe Sather-Blair, BLM
Pat Shaver, Natural Resources Conservation Service
Jim Sedinger, University of Nevada, Reno

Others who provided valuable insight and comments during the development of this document include Brendan Moynahan, Mary Rowland, Cal McCluskey, Danielle Flynn, Barry Rose, Alan Sands, Jason Sutter, Susan Filkins, Paul Makela, Sarah McCord, and WAFWA's Western States Sage and Columbian Sharp-tailed Grouse Technical Committee (Tom Hemker, Christian Hagen, Joe Bohne, Shawn Espinosa, and Rick Northrup). Roger Rosentreter and Alan Sands significantly updated the list of forb species used by sage-grouse. Michael Schroeder, Fee Busby, Greg Neudecker, and David Pyke provided suggestions for improving the document in its final stages. Additional reviews and comments were incorporated by the BLM's Washington Office Resources and Planning staff and the BLM's National Operations Center staff.

BLM_0065663



Contents

**Chapter I:  Conceptual Overview**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

A Landscape Vision for Implementing the Habitat Assessment Framework . . . . . . . . . . . . . . . . . . . 5
    Incorporating Scale into Sage-Grouse Policy and Implementation . . . . . . . . . . . . . . . . . . . . . . 5
    Integrating Science into Habitat Assessment Framework Implementation . . . . . . . . . . . . . . . . . 6

Biological Underpinnings of the Habitat Assessment Framework:  Habitat
    Selection Processes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**Chapter II: Sage-Grouse Habitat and Data Descriptions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Habitat Suitability and Indicators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Broad Scale (First Order). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Mid Scale (Second Order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Fine Scale (Third Order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Site Scale (Fourth Order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Habitat Description Steps. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    Broad Scale (First Order) and Mid Scale (Second Order). . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    Fine Scale (Third Order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Site Scale (Fourth Order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

**Glossary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

**Literature Cited** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

**Appendix A:  Craters of the Moon National Monument Case Study** . . . . . . . . . . . . . . . . . . . . . . . 61

**Appendix B: Data Forms and Measurement Techniques** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

BLM_0065665

**Figures**

1. Current distribution and presettlement distribution of potential habitat of Greater and Gunnison Sage-Grouse in North America. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
2. Greater Sage-Grouse (GRSG) population centers or "core areas" across the species' range . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
3. Priority areas for conservation (PACs) as identified by the Conservation Objectives Team (COT) and Gunnison Sage-Grouse occupied habitats. . . . . . . . . . . . . . . . . . 4
4. A hierarchical approach for implementing the habitat assessment framework . . . . . . . . . . . . . . . 5
5. Habitat selection by sage-grouse based on Johnson's (1980) four orders. . . . . . . . . . . . . . . . . . . . 7
6. Mid-scale (second-order) habitat selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
7. Sage-grouse management zones and populations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
8. Habitat patches in two similar subpopulation areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
9. A habitat patch depicting a function of contrast and (dis)similarity . . . . . . . . . . . . . . . . . . . . . . . . 15
10. Fine-scale (third order) habitat selection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
11. Site-scale (fourth-order) habitat selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
12. An example of a completed fine-scale (third-order) habitat description form . . . . . . . . . . . . . . . 27
13. Sagebrush shape is an important habitat cover indicator. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
14. An example of a seasonal habitat fourth-order data summary form completed with data from field measurements for the cover types of interest. . . . . . . . . . . . . . . . . . . . . . 35
15. An example of a completed lek suitability worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
16. An example of a Wyoming big sagebrush/bluebunch wheatgrass cover type with suitable breeding habitat conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
17. An example of a threetip sagebrush/bluebunch wheatgrass cover type with marginal breeding habitat conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
18. An example of a bluebunch wheatgrass cover type with unsuitable breeding habitat conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
19. An example of a completed seasonal habitat fourth-order suitability summary that includes information from the previous seasonal worksheet examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

**Appendix B Figures**

B-1. The line-point intercept method can be used to measure foliar cover and vegetation height of all grass, forb, and shrub species at a site or foliar cover of a single life form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
B-2. Measuring plant species using the line-point intercept technique . . . . . . . . . . . . . . . . . . . . . . . . . 91
B-3. Grass and forb height measurements. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
B-4. The line intercept method can be used to measure canopy cover of sagebrush species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
B-5. Measuring shrub canopy cover using line intercept method . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
B-6. The Daubenmire frame is used for estimating grass and forb canopy covers . . . . . . . . . . . . . . 102
B-7. A line transect with Daubenmire frames positioned every 2 meters. . . . . . . . . . . . . . . . . . . . . . . 102
B-8. Forb diversity transect layout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

BLM_0065666

**Tables**

1.  Summary of habitat suitability indicators and descriptions for the mid, fine, and
    site scales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
2.  Mid-scale (second-order) habitat indicators and suitability characteristics
    for sage-grouse habitats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
3.  Fine-scale (third-order) habitat indicators and suitability characteristics for
    sage-grouse habitat seasonal use areas within home ranges . . . . . . . . . . . . . . . . . . . . . . 17
4.  Site-scale (fourth-order) breeding habitat indicators and suitability characteristics
    for lek sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
5.  Site-scale (fourth-order) breeding habitat indicators and suitability characteristics
    for nesting and early brood-rearing sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
6.  Site-scale (fourth-order) habitat indicators and suitability characteristics for
    summer/late brood-rearing habitat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
7.  Site-scale (fourth-order) habitat indicators and suitability characteristics for
    winter habitat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
8.  Rangewide and regional assessments containing information on
    sage-grouse or their habitat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
9.  Summary of fine-scale (third-order) ecological processes, mapping features, and
    management levels for sage-grouse habitat descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . 22
10. Example of basic sagebrush land cover types needed for mid-scale (second-order)
    habitat descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
11. General seasonal habitat descriptions modified from Connelly et al. (2000) . . . . . . . . . . . . . . 24
12. Summary of site-scale (fourth-order) ecological processes, mapping features, and
    management levels for sage-grouse habitat descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . 28
13. Seasonal timing of vegetation data collection associated with habitat indicators
    for site-scale descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
14. List of seasonal habitat measurements and associated data collection methods . . . . . . . . . . . 33
15. Breeding (lek) habitat life requisites, indicators, and suitability categories for
    site-scale habitat descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
16. Breeding (prelaying, nesting, and early brood-rearing) habitat life requisites,
    indicators, and suitability categories for site-scale habitat descriptions . . . . . . . . . . . . . . 41
17. Summer/late brood-rearing habitat life requisites, indicators, and suitability
    categories for upland sagebrush site-scale habitat descriptions . . . . . . . . . . . . . . . . . . . . 42
18. Summer/late brood-rearing habitat life requisites, indicators, and suitability
    categories for riparian or wet meadow site-scale habitat descriptions . . . . . . . . . . . . . . . 42
19. Winter habitat life requisites, indicators, and suitability categories for
    site-scale habitat descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

**Appendix B Table**

B-1.  Sagebrush community vegetation species and preferred forbs for sage-grouse . . . . . . . . . . . . 109

BLM_0065667



BLM_0065668

# Chapter I:  Conceptual Overview

## Introduction

Sage-grouse provide resource managers with a unique impetus for conservation of the sagebrush ecosystem and species that depend upon that ecosystem.  Sage-grouse select habitat at multiple scales and are sensitive to landscape change, making them an appropriate focal species, as defined by Mills (2013), for managing the sagebrush ecosystem (Wisdom et al. 2005; Rowland et al. 2006b; Hanser and Knick 2011). In 2004, scientists and managers remapped the current range of sage-grouse to evaluate change in presettlement distribution (figure 1; modified from Schroeder et al. 2004).  The distribution of sage-grouse has declined by nearly half since presettlement, but they still occupy 668,400 km$^2$ of the sagebrush steppe in 11 western states and 2 Canadian provinces.

Loss and degradation of habitat from anthropogenic developments, fire, sodbusting, and invasive species are primary threats leading to isolation, reduction, and extirpation of populations (Connelly et al. 2000; Knick et al. 2013).  These factors, combined with new constraints such as West Nile virus (Walker and Naugle 2011), climate change (Nielson et al. 2005) and genetic isolation (Knick and Hanser 2011; Oyler-McCance and Quinn 2011), require an integrated approach to landscape conservation to assess and effectively conserve sage-grouse populations and their habitats.

Conservation concerns will continue to exist until managers demonstrate the effectiveness of actions that maintain and restore habitats at scales that match the species' biological needs.  Sage-grouse conservation can be daunting because the sagebrush sea is vast, threats to habitats are numerous and varied, and resources are limited.  Maximizing return on conservation investment by targeting policy and implementation to the most biologically important places (Bottrill et al. 2008) for this conservation-reliant species (Scott et al. 2010) is a proactive yet fundamental shift occurring in management philosophy.

Policymakers and practitioners alike are now using broad-scale planning tools to help guide limited resources to the most biologically important places.  In 2010, the BLM published a report that included a breeding bird density map (Doherty et al. 2010), providing the foundation for the delineation of core areas rangewide.  Core areas are locations of high bird abundance containing a majority of sage-grouse.  Figure 2 depicts the clumped distribution of males on leks within core areas that contain 25 percent, 50 percent, 75 percent, and 100 percent of the known breeding population.  Approximately 75 percent of sage-grouse live within 25 percent of the occupied range.

Through time, 11 member states of the Western Association of Fish and Wildlife Agencies (WAFWA) improved the core area concept by delineating their boundaries to include all seasonal habitats instead of just breeding habitat. Many western states have incorporated newly approved core areas in their own state-based sage-grouse plans.  In 2013, the U.S. Fish and Wildlife Service partnered with states to form the Conservation Objectives Team (COT).  The team combined all the core areas across the range of the species into one new map (figure 3).  This new map refers to core areas as priority areas for conservation (PACs) and the team's report identifies PAC-specific threats to be addressed through conservation (U.S. Fish and Wildlife Service 2013).

BLM_0065669



**Sage-Grouse Current Distribution and Presettlement Distribution of Potential Habitat**

Legend

Current Distribution

Historic Distribution

Data Sources:
Current and Historic Distribution: Distribution of Sage-Grouse
in North America (Schroeder et al. 2004).

Bureau of Land Management, Wildlife Habitat Spatial Analysis Lab, 7/31/2014.
Karla Mayne, Anthony Titolo, Shannon Glazer, Steven Haymes, and Frank Quamen

Figure 1. Current distribution and presettlement distribution of potential habitat of Greater and Gunnison Sage-Grouse in North America (as modified from Schroeder et al. 2004).



**Figure 2.** Greater Sage-Grouse (GRSG) population centers or "core areas" across the species' range. The lightest blue areas contain 25 percent of the breeding population, and each darker shade of blue indicates an additional 25 percent. Gunnison Sage-Grouse breeding bird density is not displayed.

BLM_0065671



Figure 3. Priority areas for conservation (PACs) as identified by the Conservation Objectives Team (COT) and Gunnison Sage-Grouse occupied habitats. PACs are encircled by seven sage-grouse management zones established by the Western Association of Fish and Wildlife Agencies (WAFWA) based on populations within floristic provinces (Stiver et al. 2006).

BLM_0065672

# A Landscape Vision for Implementing the Habitat Assessment Framework

## Incorporating Scale into Sage-Grouse Policy and Implementation

The vision for this habitat assessment framework (HAF) is to empower managers to implement project-level actions that make sense at landscape scales. To achieve this vision, the HAF addresses two primary subjects: (1) applying the hierarchy for implementing landscape conservation, and (2) providing the inventory and outcome-based evaluation tools necessary for assessing effectiveness of resulting conservation actions. Sage-grouse habitats transcend jurisdictional boundaries and therefore require a coordinated approach to management. The HAF provides a blueprint for landscape conservation; success will be achieved through implementation with local stakeholder involvement.

The HAF's hierarchical approach begins with a policy vision for management of the sagebrush ecosystem (figure 4). Such policy changes are underway at federal and state levels in collaboration with major land users and the public. Emerging policies vary by agency and state, but all aim to reduce threats to sage-grouse by reducing disturbance and implementing beneficial actions primarily inside PACs. New policy direction and resources at the broad scale facilitate conservation and empower state and regional managers.

At the second level in the hierarchy, state and regional managers design the future landscape through mid-scale policy direction aimed at reducing specific threats facing sage-grouse in their jurisdiction. Threats vary geographically, but generally, policy will include actions to protect, manage, and restore seasonal habitats and to maintain connectivity of pathways that facilitate movement within and among populations. State and regional decisionmakers fulfill their place in the hierarchy by providing



**Figure 4.** A hierarchical approach for implementing the habitat assessment framework.

BLM_0065673

their field managers with direction and resources to meet the landscape vision.

At the third level in the hierarchy, field managers design a matrix of fine-scale conservation actions that satisfy state and regional directives.  Field managers develop specific actions and prioritize them by importance, timing for implementation, and cost.  Field managers fulfill their place in the hierarchy by providing project managers with project implementation priorities.

At the fourth and equally important level in the hierarchy, project managers implement the specified site-scale conservation actions. Implementing the right actions in the right places at biologically relevant scales is the key to conserving and restoring the sagebrush ecosystem. Successfully implementing the HAF will initiate and foster a new era in landscape conservation of the sagebrush ecosystem.

## Integrating Science into Habitat Assessment Framework Implementation

Inventory and monitoring are integral components of the HAF.  Inventory provides baseline data and may provide projections of future condition. Together, these inputs provide for science-based evaluations to measure the biological response of sage-grouse populations to conservation actions, assess effectiveness, and adaptively improve delivery.  The level of monitoring reflects the scales at which sage-grouse populations use habitat resources year-round and transcends that of an individual project to encompass the larger landscape.  Rather than focusing on acres treated, the approach is biologically based and uses sage-grouse habitat and population responses at multiple scales to evaluate conservation benefits.

Outcome-based evaluations are vital to quantifying the success of past actions, informing future actions, and garnering additional social and financial support for conservation (e.g., Baruch-Mordo et al. 2013; Copeland et al. 2013).  Such evaluations are a primary tool for applying effective adaptive management strategies in

conservation and fulfilling the commitments in the "Greater Sage-Grouse Comprehensive Conservation Strategy" (Stiver et al. 2006) and the "Gunnison Sage-Grouse Rangewide Conservation Plan" (Gunnison Sage-Grouse Rangewide Steering Committee 2005).  Shortcomings in existing datasets highlight the need to identify and subsequently collect additional information, including population and habitat information. For example, the HAF will be instrumental in assessing the effectiveness of a new management approach being implemented by the BLM Fire and Invasives Assessment Team (FIAT).  The new management approach uses existing data to map soil temperature and moisture regimes along with the amount of sagebrush cover across landscapes to predict a sagebrush ecosystem's resilience to disturbance and resistance to invasive species (Chambers et al. 2013; Sage Grouse Initiative 2014).  This tool helps prioritize and pinpoint management tactics across sagebrush landscapes, from fire and fuels management to restoration, and partners have already quickly engaged in implementation of this new strategic approach.

# Biological Underpinnings of the Habitat Assessment Framework:  Habitat Selection Processes

Landscape conservation is a scale-dependent process whereby priority landscapes are identified across the species range (broad scale) and appropriate conservation actions are implemented within seasonal habitats to benefit populations (site scale).  The HAF has adopted the hierarchical orders of habitat selection as described by Johnson (1980).  Johnson's orders of selection are widely accepted and provide the foundation for the HAF to discuss scale in common and consistent terms.  Johnson (1980) described four orders of habitat selection in which each higher order is dependent on the previous order (figure 5).  For example, a food item is nested within a feeding site, which is nested within a seasonal use area, which is nested within a home range, which is

BLM_0065674



**Figure 5.** Habitat selection by sage-grouse based on Johnson's (1980) four orders.

nested within a population area, which is part of the species range. Sage-grouse select nesting and feeding areas within their seasonal range and that seasonal range is nested within their home range. An ecological or anthropogenic disturbance that changes their home range can affect nesting or feeding site selection.

First-order selection is described as "the selection of physical or geographical range of a species" (Johnson 1980). By definition, there is only one first-order habitat, the range of the species. For sage-grouse, the range is defined by populations of sage-grouse associated with sagebrush landscapes (Connelly et al. 2003). Populations or subpopulations within those populations are the second-order selection. The second-order selection habitats may include as many as 39 discrete populations (U.S. Fish and Wildlife Service 2013). Third-order selection is the home range of an individual bird. Location and size of a home range is determined in part by the quality

and juxtaposition of resources within and between seasonal habitats. Fourth-order selection is the use of a particular nesting, feeding, or roosting site within one particular seasonal habitat. Spatial and temporal scales are evident throughout the selection process, becoming finer as orders of selection increase.

Orders of habitat selection provide a unifying framework in which to evaluate populations and their habitats. At the second order, state and regional planners and decisionmakers have the flexibility to design a future landscape and the location and types of actions necessary to achieve desired conditions. The resource manager has significant flexibility in evaluating third- and fourth-order habitat selection. The manager must provide an accurate estimate of populations, subpopulations, seasonal-use habitats, and ecological site potentials to effectively coordinate and design appropriate conservation actions.

BLM_0065675

BLM_0065676

# Chapter II:  Sage-Grouse Habitat and Data Descriptions

## Habitat Suitability and Indicators

Sage-grouse habitat suitability is described at different spatial scales to address the ecological processes and population dynamics that occur at each scale.  Although life requisites of space, food, water, and shelter are not easily segmented into spatial scales, they must be addressed for description and conservation planning purposes.  The life requisite of space is significant at all scales though in different contexts.  Pathways for movement within and between populations are critical for maintaining population viability.  Having access to well-connected sagebrush patches that provide dispersal and movement among subpopulations is essential for sage-grouse population viability and persistence over the long term.  However, a variety of natural or anthropogenic disturbances may interrupt or retard dispersal.  Similarly, at the fine scale, habitat availability, security, and connectivity within home ranges are important for securing seasonal movements to shelter and food needs.  Shelter and food availability at the site-scale within the seasonal ranges directly affects individual fitness, survival, and reproductive potential.  Thus, the suitability of habitat at each scale has significant conservation implications on population health.

Biologists use measurable habitat characteristics, procedural steps, and habitat models to standardize techniques for preparing habitat descriptions that reflect life requisite needs (United States Department of the Interior 1980; Cooperrider et al. 1986; Gilbert and Dodds 1987; Morrison et al. 1998).  Habitat indicators are often used to characterize the environment in terms of suitability for shelter, food, water, and space.  The indicators must be sensitive to the ecological processes operating at the scale of interest.  They are based on scientific research findings and should be quantitatively repeatable for data summarization and to avoid bias.  A single habitat indicator does not necessarily define habitat suitability for an area or particular scale.  Once measured or described, indicators must be collectively reviewed and put into context to correctly determine habitat suitability.  In many cases, more than one scale with multiple indicators will be of interest.  This chapter describes the important habitat indicators for each scale (table 1) and considerations for integrating information for within- and between-scale habitat descriptions.  Habitat indicators for the mid and fine scales are generally evaluated based on trends of each of the scale indicators.  Habitat indicators for the site scale are generally compared from the range, mean, proximity, shape, and stability of the various seasonal habitat components.

BLM_0065677

Chapter II: Sage-Grouse Habitat and Data Descriptions

**Table 1.** Summary of habitat suitability indicators and descriptions for the mid, fine, and site scales. Suitability descriptions appropriate for each scale are based on the habitat indicator measurements for that scale.

| Mid-Scale (Second-Order) Descriptions – Isolated/small population, subpopulation, or home range of group of leks | |
|---|---|
| Habitat Indicators | 1. Habitat Availability<br>2. Patch Size and Number<br>3. Patch Connectivity<br>4. Linkage Area Characteristics<br>5. Landscape Matrix and Edge Effect<br>6. Anthropogenic Disturbances |
| General Suitability Descriptions | **Suitable:** Landscapes have connected mosaics of sagebrush shrublands that allow for bird dispersal and migration movements within the population or subpopulation area. Anthropogenic disturbances that can disrupt dispersal or cause mortality are generally not widespread or are absent.<br>**Marginal:** Landscapes have patchy, fragmented sagebrush shrublands that are not well connected for dispersal and migration in portions of the population or subpopulation area. Anthropogenic disturbances that disrupt dispersal or cause mortality are present throughout all or portions of the landscape. Some lek groups or subpopulations are isolated or nearly isolated.<br>**Unsuitable:** Landscapes were former shrubland habitat now converted to predominantly grassland or woodland cover or other unsuitable land cover or use. Remaining sagebrush patches are predominantly unoccupied or have few remaining birds. Portions of the population or subpopulation area may become occupied in the foreseeable future through succession or restoration. |

| Fine-Scale (Third-Order) Descriptions – Seasonal habitats within home ranges | |
|---|---|
| Habitat Indicators | 1. Seasonal Habitat Availability<br>2. Seasonal Use Area Connectivity<br>3. Anthropogenic Disturbances |
| General Suitability Descriptions | **Suitable:** Home ranges have connected seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality are generally absent or at least not widespread.<br>**Marginal:** Home ranges have poorly connected or disjunct seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality may occur within the home range.<br>**Unsuitable:** Home ranges have seasonal use areas with predominantly grasslands, woodlands, or incompatible land uses (anthropogenic features) not conducive to sage-grouse seasonal movements or habitat use. Most leks have been abandoned or have few remaining birds. |

| Site-Scale (Fourth-Order) Descriptions – Use areas within seasonal habitats | |
|---|---|
| Habitat Indicators | 1. Sagebrush Cover (all seasons)<br>2. Sagebrush Height (all seasons)<br>3. Predominant Sagebrush Shape (breeding only)<br>4. Perennial Grass and Forb Heights (breeding)<br>5. Perennial Grass Cover (breeding and summer/late brood-rearing)<br>6. Perennial Forb Cover (breeding and summer/late brood-rearing)<br>7. Preferred Forb Availability (breeding and summer/late brood-rearing)<br>8. Riparian Stability (summer/late brood-rearing)<br>9. Availability of Sagebrush Cover (leks and summer/late brood rearing – riparian/wet meadow)<br>10. Proximity of Detrimental Land Uses (leks)<br>11. Proximity of Trees or Other Tall Structures (leks) |
| General Suitability Descriptions | **Suitable:** Seasonal habitat has a preponderance of sagebrush cover types with sufficient shrub and herbaceous cover to protect sage-grouse from predators and weather and successfully raise young. Food resources are present or in close proximity to cover.<br>**Marginal:** Seasonal habitat has a preponderance of sagebrush cover types with sparse shrub and/or herbaceous cover that does not provide the shelter needs for protection from predators and weather. Food resources are present but are either not at levels expected for ecological site potential or not in close proximity.<br>**Unsuitable:** Seasonal habitat has a preponderance of land cover types that do not provide sufficient cover or food resources to meet the life requisite needs though there is potential to meet them in the future. |

Sage-Grouse Habitat Assessment Framework

BLM_0065678

## Broad Scale (First Order)

The broad-scale (first-order) habitat selection is the rangewide potential presettlement habitat of both species of sage-grouse (Schroeder et al. 2004) (figure 1). Connelly et al. (2004) provided figures that demonstrate the extent of the first order. Habitat suitability was demonstrated by evaluating sage-grouse numbers at leks distributed across the landscape (figure 2). This figure and its underlying dataset provide decisionmakers and conservation planners with a baseline from which they may begin the broad process of "visioning" the configuration of the landscape.

Connelly et al. (2004) discussed first-order sage-grouse habitat suitability in terms of characteristics such as availability of large expanses of sagebrush or grass/sagebrush habitat, presence of migration corridors, and juxtaposition of other habitats and land uses within these large expanses.

## Mid Scale (Second Order)

Second-order habitat descriptions are linked to bird dispersal capabilities in population and subpopulation areas (figure 6). These population areas have been geographically described in a general manner for the Greater Sage-Grouse (Connelly et al. 2004; figure 7) and Gunnison Sage-Grouse (Gunnison Sage-Grouse Rangewide Steering Committee 2005; figure 1). A detailed description of the distribution of Greater Sage-Grouse populations and subpopulations is provided by Connelly et al. (2004). Second-order descriptions are generally appropriate for subpopulations. However, some isolated populations may warrant second- or third-order habitat descriptions.

The mix of sagebrush or grassland/sagebrush patches on the landscape at the second order also provides the life requisite of space for sage-grouse dispersal needs. The configuration of sagebrush or grassland/sagebrush habitat patches and the land cover or land use between the habitat patches within a subpopulation defines



**Figure 6.** Mid-scale (second-order) habitat selection. The map demonstrates a series of interconnected subpopulations in mountain valleys.

suitability. Landscape suitability at the mid scale for populations and subpopulations can generally be described by the following scenarios:

- Suitable habitats within landscapes have connected mosaics of sagebrush shrublands that allow for bird dispersal and migration movements within the population and subpopulation area. Anthropogenic disturbances that can disrupt dispersal or cause mortality are generally not widespread or are absent.

- Marginal habitats within landscapes have patchy, fragmented, sagebrush shrublands or grasslands/sagebrush areas that are not well connected for dispersal and migration in portions of the population or subpopulation area. Marginal habitats could also include shrubland areas experiencing encroachment by junipers or other tree species. Anthropogenic

BLM_0065679



**Figure 7.** Sage-grouse management zones and populations (Stiver et al. 2006).

disturbances that disrupt dispersal or cause mortality may be common throughout all or portions of the landscape. Some lek groups or subpopulations are isolated or nearly isolated.

- Unsuitable habitats often include large areas of former shrublands that have been largely converted to annual grasslands or shrublands or other land uses. Remaining habitat patches are predominantly or nearly unoccupied by sage-grouse. The area may or may not have some potential to become occupied in the foreseeable future through succession or restoration.

At the second order, sage-grouse occupancy and dispersal are dependent on the extent and pattern of sagebrush shrublands within a landscape matrix of nonhabitat and unsuitable habitat. Other habitats such as grasslands, wet meadows, and riparian areas provide important habitat for sage-grouse but only when they are in close proximity to sagebrush habitat (Connelly et al. 2004). The importance of

these habitats is more appropriately addressed with seasonal habitat needs at the site scale.

Six second-order habitat indicators influence habitat use, dispersal, and movement across population and subpopulation areas (table 2):

1. Availability of sagebrush habitat.
2. Size and number of habitat patches.
3. Connectivity of habitat patches.
4. Characteristics of linkage areas between patches.
5. Landscape matrix and edge effects.
6. Anthropogenic disturbances.

Habitat suitability thresholds are poorly understood at the second order of habitat selection (Connelly et al. 2004). The relationships among indicators likely confound thresholds. Consistently describing subpopulation areas using these indicators across the range of the species may provide insights important in conservation planning. Comparing changes in these second-order indicators over time (e.g., between existing

BLM_0065680

**Table 2.** Mid-scale (second-order) habitat indicators and suitability characteristics for sage-grouse habitats.

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics |
|---|---|---|
| 1. Habitat Availability | The amount of sagebrush habitat in the area. | The more sagebrush habitat relative to potential habitat, the greater the area's suitability. |
| 2. Patch Size and Number | The average size of habitat patches and the number of patches within the area. | Generally, the larger and more contiguous the habitat patches relative to the area, the greater the suitability of that area. |
| 3. Patch Connectivity | The average distance from one habitat patch to the nearest similar patch within the area. | As the average distance between sage-grouse habitat patches in the area decreases, suitability increases. |
| 4. Linkage Area Characteristics | Percent shrub cover in relation to tree or grass/forb cover of areas between habitat patches through which sage-grouse move. | As linkage areas between habitat patches increase in shrub cover rather than tree or grass/forb cover, habitat suitability increases. Presence of anthropogenic features between patches also decreases linkage area suitability. |
| 5. Landscape Matrix and Edge Effect | The amount of edge in contact with plant communities or land uses with positive or negative influences on the habitat patch. | As the amount of sagebrush edge in contact with plant communities or land uses that positively influence shrubland patch habitat increases, the landscape matrix and edge suitability increase. |
| 6. Anthropogenic Disturbances | The fragmentation of contiguous sagebrush patches in the area through land use changes and infrastructure development. Measured as the number, length, or area (or area of influence) of embedded anthropogenic features per unit patch area. | As the number and intensity of anthropogenic features within the habitat patches in the area decrease, suitability increases. |

conditions and those of an earlier reference period) provides information on habitat trends.

Knick et al. (2013) have identified ecological minimums required by sage-grouse in the western portion of their range. Both land cover of sagebrush and anthropogenic features including human activity were the primary variables that defined those minimums. Taylor et al. (2013) reported on anthropogenic stressors from oil and gas development and West Nile virus and their effects on sage-grouse at this scale. Patch size, connectivity, habitat linkage, and landscape matrix thresholds for sage-grouse need further study.

Quantifying existing habitat conditions using the six indicators and population monitoring will help reveal habitat and population relationships, and comparing existing conditions over time or a reference period could be helpful for describing habitat trends associated with second-order indicators. However, the spatial analysis skills or tools and availability of adequate vegetation datasets needed for these types of analyses are limited in many cases, so agencies, academia, and

other conservation partners are encouraged to work together to build capacity in this regard.

Habitat availability, patch size, and patch connectivity are major components of suitability in the second order. The amount of occupied habitat within the landscape matrix of nonhabitat and unsuitable habitat is important to describe (table 2, indicator 1). In some areas, the ratio of suitable to marginal to unsuitable habitat would be an important conservation statistic for measuring habitat restoration progress. The more sagebrush habitat relative to potential habitat, the greater the area's suitability. Whether the available habitat is contained in one large habitat patch or several patches (indicator 2) could influence sage-grouse use and dispersal between subpopulations (figure 8). Dispersal could be uninterrupted in large habitat patches, whereas movement between smaller patches may be disrupted, depending on the configuration of the patches and landscape matrix in which they are embedded. Generally, the larger and more contiguous the sagebrush patches of a population or subpopulation are, the greater the suitability of that area. The closer the

BLM_0065681



**Figure 8.** Habitat patches in two similar subpopulation areas. Areas A and B have similar total area and habitat quality, but area A has one large habitat patch while area B has several smaller ones. In area A, sage-grouse can freely disperse. The distance between patches in area B is great enough to limit sage-grouse movement between the patches, potentially affecting habitat suitability.

suitable habitat patches are to each other, the more likely sage-grouse can move freely between them (indicator 3).

Habitat linkage and patch edges forming a matrix on the landscape can greatly influence habitat use and dispersal within and between occupied areas. The landscape context in which patches are located has a bearing not only on habitat suitability for dispersal between patches but also on the likelihood that the habitat patches will persist into the future (Morrison et al. 1998). Resource managers, planners, and decisionmakers should evaluate existing or potential pathways from habitat patch to habitat patch. Barriers that compromise sage-grouse movements between habitat patches are not completely understood and are variable (Connelly et al. 1988; Leonard et al. 2000; Beck et al. 2006; Knick and Hanser 2011). Linkage area suitability is believed to improve

as the percent of shrub cover (not necessarily sagebrush) increases relative to tree or grass cover in the areas between the habitat patches (indicator 4). The cover type or land use immediately adjacent to a habitat patch can positively or negatively affect the quality of that patch's suitability as sage-grouse habitat. Adjacent land cover types also differ in (1) mortality risks posed to birds occupying the habitat patch, (2) influence on existing patch quality, and (3) influence on patch and habitat persistence. As the amount of sagebrush edge in contact with plant communities or land uses that positively influence shrubland patch habitat increases, the landscape matrix and edge suitability increase (figure 9) (indicator 5). This is termed "positive edge" (Ries et al. 2004). Edge effects associated with roads and other linear anthropogenic features within habitat patches are discussed later as a component of fragmentation within the habitat patch.

BLM_0065682



**Subpopulation Area C**

Area = 3,500 km²
Habitat = 1,500 km²
Each square = 100 km²
Edge Length = 160 km
Positive Edge Effect = 50 km
Negative Edge Effect = 110 km

Sage-grouse
Habitat Patch

Annual Grassland
Negative

Conifer Woodland
Negative

Native Perennial
Grassland Positive

**Figure 9.** A habitat patch depicting a function of contrast and (dis)similarity. These communities greatly affect future risks to sage-grouse populations and habitat suitability.

Anthropogenic disturbances influence sage-grouse habitat, numbers, and distribution at each order of habitat selection (indicator 6). Anthropogenic features can affect sage-grouse demographics or habitat use in two significant ways:

- Anthropogenic features may directly and indirectly cause mortality, which can then affect the long-term sustainability of the population or subpopulation. The mortality significance of the features depends on their scope and intensity. However, an increase in anthropogenic features in otherwise suitable habitat increases the probability that the habitat will become a sink habitat rather than a source habitat (Aldridge 2005). Effects of the human footprint may not be readily apparent in the immediate population response, but over time, and if the scope and intensity of these features increase, there will likely

be a negative impact on population trend (Connelly et al 2004; Aldridge 2005; Holloran 2005; Wisdom et al. 2005).

- Sage-grouse eventually avoid areas with a high density of anthropogenic features even if site-scale conditions are suitable (Connelly et al. 2004). While there is still much to learn about the dispersal and home range selection process, there is mounting evidence that sage-grouse are sensitive to human disturbances and will avoid areas they once used if those areas have been altered by anthropogenic features that exceed some threshold (Connelly et al. 2004; Aldridge 2005; Holloran 2005; Johnson et al. 2011; Knick et al. 2011; Knick et al. 2013). The anthropogenic feature thresholds that affect these selection processes likely vary depending on type of use, seasons of use, intensity of use, cumulative extent of features, topography, and other factors. However, if these changes occur quickly on the landscape, sage-grouse may not recognize the risks associated with these features and may not show an immediate avoidance response (Aldridge 2005; Aldridge and Boyce 2007).

## Fine Scale (Third Order)

Sage-grouse select seasonal habitats (third-order habitats) within their home ranges, including breeding, summer, and winter habitats (figure 10) (Johnson 1980; Connelly et al. 2004). For many wildlife species with large home ranges, including sage-grouse, seasonal life requisite needs differ, and movement is required to meet seasonal shelter and food needs. Sage-grouse are generally traditional in their seasonal movement patterns (Schroeder et al. 1999; Connelly et al. 2004; Holloran 2005). Some sage-grouse may move long distances (>30 km) from breeding to summer and from summer and to winter habitats. Fedy et al. (2012) reported high variability of movement distances within and among seasonal habitats. Sage-grouse diets shift from insects and forbs during breeding and summer seasons to sagebrush during winter (Berry and Eng 1985; Schroeder et al. 1999; Connelly et al. 2004). The life requisite

BLM_0065683



**Figure 10.** Fine-scale (third-order) habitat selection.

"space" is still a predominant need for sage-grouse to access their seasonal food and shelter needs at the fine scale.

Third-order habitat descriptions should address factors that affect sage-grouse use of, and movements between, seasonal use areas. Seasonal home ranges for sage-grouse associated with a lek or lek group within a population or subpopulation area should be the habitat focus. In some cases, small isolated populations or subpopulations may be the focus of fine-scale descriptions. Habitat suitability at the fine scale can generally be described as follows:

- Suitable habitats within home range areas have contiguous mosaics of sagebrush shrublands or grassland/sagebrush connecting seasonal use areas. Anthropogenic features within home ranges that can disrupt seasonal movements or cause mortality are generally absent or at least not widespread.

- Marginal habitats within home range areas have patchy, disjunct sagebrush shrublands or grassland/sagebrush between seasonal use areas or may exhibit some degree of tree/conifer encroachment. Anthropogenic features that can disrupt seasonal movements or cause mortality may occur within the home range.

- Unsuitable habitats within a home range area are potential shrublands currently dominated by perennial or annual grasses, invasive woodlands (e.g., western juniper), or incompatible land uses (some anthropogenic features) not conducive to sage-grouse seasonal movements or habitat use. Most leks have been abandoned or have few remaining birds. Other unsuitable habitat examples include conifer encroachment (>4 percent canopy cover); severe topographical features such as deep canyons; and lands converted to farmland, urban areas, reservoirs, etc.

BLM_0065684

At this scale, sage-grouse select seasonal ranges to meet their life requisite needs (Johnson 1980; Connelly et al. 2003). Sage-grouse generally inhabit large interconnected areas of sagebrush habitat, thus, there are three fine-scale (third-order) habitat indicators that influence sage-grouse use of and movements between seasonal use areas (table 3):

1. Seasonal habitat availability.
2. Seasonal use area connectivity.
3. Anthropogenic disturbances and habitat loss and fragmentation.

Seasonal habitat availability is the initial habitat indicator at this scale. Although sage-grouse are considered a landscape species, the amount of habitat required has not been determined due to the variability in quality and juxtaposition within the landscape (Connelly et al. 2011). Generally, the more sagebrush shrubland within seasonal use areas in the home range, the more suitable the habitat (indicator 1).

The availability and connectivity of sagebrush within seasonal use areas of sage-grouse home ranges can affect suitability. To address this, seasonal use areas need to be identified and mapped. Descriptions of the availability of other forb-rich habitats in summer and fall areas is also important at this scale, particularly if these habitats are in close proximity to sagebrush-dominated communities.

Following nesting, hens often move chicks to summer ranges for food. Connectivity between breeding and summer brood-rearing habitats is particularly important due to the restricted flight capability of chicks at this time. In general, the more contiguous the sagebrush cover between seasonal use areas, the more suitable the habitat (indicator 2). In some areas, other shrub communities may provide important connecting habitat between seasonal use areas.

There is increasing evidence that anthropogenic disturbances within a home range can cause local extirpations even if other habitat conditions appear suitable (Aldridge 2005; Holloran 2005; Aldridge et al. 2008). Anthropogenic features can affect sage-grouse in two significant ways at the fine scale. Anthropogenic features directly and indirectly increase mortality or decrease recruitment, and sage-grouse may eventually avoid seasonal use areas with a high density of anthropogenic features even if site-scale conditions are suitable (indicator 3). Anthropogenic features can also facilitate the intrusion of avian and mammalian species that directly depredate sage-grouse, or they may promote the spread of exotic plant species such as cheatgrass or noxious weeds that alter the

**Table 3.** Fine-scale (third-order) habitat indicators and suitability characteristics for sage-grouse habitat seasonal use areas within home ranges (in terms of potential barriers to movement, reproduction, and survival).

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics |
|---|---|---|
| 1. Seasonal Habitat Availability | The amount of sagebrush shrubland in seasonal use areas. The amount of other forb-rich habitats in summer/fall seasonal use areas. | The more sagebrush shrubland within seasonal use areas in the home range, the greater the area's suitability. Other forb-rich habitats in summer/fall seasonal use areas are available. |
| 2. Seasonal Use Area Connectivity | The extent of sagebrush connectivity between seasonal use areas. | As areas between seasonal use areas increase in sagebrush cover, habitat suitability increases. |
| 3. Anthropogenic Disturbances | The disruption of movement between or use of seasonal use areas within a home range due to land use changes and infrastructure development. Measured as the number, length, or area of anthropogenic features within a home range area. | As the number and significance of anthropogenic features within a home range decrease, suitability increases. |

BLM_0065685

suitability of habitats (Lyon 2000; Lyon and Anderson 2003; Holloran 2005; Aldridge 2005).

## Site Scale (Fourth Order)

Habitat suitability at the site scale (fourth order) describes the more detailed vegetation indicators of seasonal habitat such as canopy cover and height of sagebrush (nesting and wintering); the associated understory vegetation (breeding, nesting, and early brood-rearing); and vegetation associated with riparian areas, wet meadows, and other mesic habitats adjacent to sagebrush (summer/late brood-rearing) (figure 11). Based on extensive research in many western states, Connelly et al. (2000) developed and Hagen et al. (2007) reviewed habitat criteria or indicators required by sage-grouse for specific seasonal needs (breeding, summer, and wintering). While general criteria were recommended, Connelly et al. (2000) recognized that ecological site potential should



**Figure 11.** Site-scale (fourth-order) habitat selection.

be considered at the site scale. Hagen et al. 2007 provided a meta-analysis of existing research on nesting and brood-rearing habitats. Generalized seasonal habitats are characterized as (1) breeding habitat—habitat for prelaying hens, leks, nesting, and early brood-rearing; (2) summer/late brood-rearing habitat; (3) fall habitat; and (4) winter habitat. Connelly et al. (2000) provided extensive treatment of each of these seasonal ranges. Tables 4 through 7 summarize seasonal habitat indicators at the fourth order.

The various site-scale seasonal habitat criteria or indicators referenced above have been further interpreted in the HAF to provide a range of habitat categories that facilitate sage-grouse habitat evaluations and conservation planning. Suitable habitats provide the appropriate protective cover (sagebrush and herbaceous plants), food (forbs, insects, and sagebrush), and security (few or no trees or tall structures for predators) needs for sage-grouse to survive and reproduce (Connelly et al. 2000; Sather-Blair et al. 2000). Marginal habitats include habitat components to support sage-grouse, but habitat conditions are lower in quality compared to suitable habitats and does not provide shelter from predators and weather. Survival and reproduction rates are assumed lower in marginal habitats compared to suitable habitats (Cooperrider et al. 1986; Morrison et al. 1998). Unsuitable habitats are currently missing one or more of the basic life requisites of food or shelter, though they may have the potential to provide these life requisites in the future. In all cases, professional judgment and experience are needed to describe suitability in the appropriate context.

**Table 4.** Site-scale (fourth-order) breeding habitat indicators and suitability characteristics for lek sites (Connelly et al. 2000).

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics |
|---|---|---|
| 1. Availability of Sagebrush Cover | Lek has adjacent sagebrush cover in close proximity. | Adjacent sagebrush cover within 100 meters. |
| 2. Proximity of Detrimental Land Uses | The distance to land uses that have detrimental effects on lek use. Sonic and physical disturbances such as highways, railroads, and industrial parks are examples. | Detrimental land uses are not within line of sight of lek and absent to uncommon within 3 km of lek. |
| 3. Proximity of Trees or Other Tall Structures | The presence of trees or other tall structures within line of sight of leks. | Trees or other tall structures are not within line of sight of lek and absent or uncommon within 3 km of the lek. |

BLM_0065686

**Table 5.** Site-scale (fourth-order) breeding habitat indicators and suitability characteristics for nesting and early brood-rearing sites.

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics | |
|---|---|---|---|
| | | Arid Sites[1] | Mesic Sites[1] |
| 1. Sagebrush Cover | Average percent cover for land cover type. | 15–25% | 15–25% |
| 2. Sagebrush Height | Average sagebrush height for land cover type. | 30–80 cm (12–30 inches) | 40–80 cm (15–30 inches) |
| 3. Predominant Sagebrush Shape[2] | Number of sagebrush plants by shape and most common sagebrush shape for land cover type. | Spreading | Spreading |
| 4. Perennial Grass and Forb Heights | Average maximum heights in land cover type. | ≥18 cm (≥7 inches) | ≥18 cm (≥7 inches) |
| 5. Perennial Grass Cover | Average percent cover for land cover type. | ≥10% | ≥15% |
| 6. Perennial Forb Cover | Average percent cover for land cover type. | ≥5% | ≥10% |
| 7. Preferred Forb Availability | Number of preferred forbs in land cover type. | Good abundance and availability relative to ecological site potential | |

[1] Mesic and arid sites should be defined on a local basis; annual precipitation, herbaceous understory, and soils should be considered (Connelly et al. 2000).
[2] Sagebrush plants that are more tree- or columnar-shaped, with no or few lower branches, provide less protective cover near the ground than sagebrush plants with a spreading shape. Basin big sagebrush (*Artemisia tridentata* spp. *tridentata*) plants often have this columnar shape, as do other sagebrush species or subspecies that have been heavily browsed or rubbed. Sagebrush communities in which the columnar shrub shape is predominant are assumed likely to require more herbaceous cover to compensate to provide adequate protection for nesting sage-grouse and young broods. Conversely, in suitable habitat, the spreading shape should be predominant; however, there may be a small proportion of columnar plants present.

**Table 6.** Site-scale (fourth-order) habitat indicators and suitability characteristics for summer/late brood-rearing habitat (Connelly et al. 2000).

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics | |
|---|---|---|---|
| | | Upland Sagebrush Communities[1] | Riparian and Wet Meadow Communities |
| 1. Sagebrush Cover | Average percent cover for land cover type. | 10–25% | |
| 2. Sagebrush Height | Average sagebrush height for land cover type. | 40–80 cm (15–30 inches) | |
| 3. Availability of Sagebrush Cover | Food site has sagebrush cover in close proximity. | | Sagebrush cover is within 100 m of riparian or wet meadow foraging area. |
| 4. Perennial Grass and Forb Cover | Average percent cover for land cover type. | ≥15% | |
| 5. Riparian Stability | Functioning condition. | | The majority of riparian areas are in proper functioning condition. |
| 6. Preferred Forb Availability | Number and density of preferred forbs in land cover type. | Good abundance, diversity, and availability relative to ecological site potential. | |

[1] In areas where agricultural fields provide the food resources, the habitat indicators for protective cover apply.

**Table 7.** Site-scale (fourth-order) habitat indicators and suitability characteristics for winter habitat (Connelly et al. 2000).

| Habitat Indicators | Metric Description | Habitat Suitability Characteristics |
|---|---|---|
| 1. Sagebrush Cover | Average percent cover exposed above snow in wintering area. | ≥10–30% exposed above snow. |
| 2. Sagebrush Height | Average height above snow in wintering area. | ≥25–35 cm (10–14 inches) exposed above snow. |

BLM_0065687

**To ensure consistency in reporting and communicating field data, seasonal habitat suitability matrices should NOT be revised unless warranted by scientific evidence.** Guidelines for managing sage-grouse habitats have been published by Connelly et al. (2000) and evaluated by Hagen et al. (2007). These guidelines describe characteristics of productive sage-grouse habitats based on a large number (n=24) of studies conducted throughout the species' range. These guidelines are often included in various management plans and planning documents. However, this information should not be viewed as providing standards by which to judge the overall quality of sagebrush habitats. Instead, these sage-grouse habitat characteristics should be used as tools for assessing habitats and guiding management actions.

Connelly et al. (2000) stated that there may be a need to develop adjustments to height and cover requirements and emphasized that any such adjustments should be reasonable and ecologically defensible. To foster consistency, making adjustments to site suitability indicator values at the local scale should be avoided unless there is strong, scientific justification for doing so. Regional adjustments must be supported by regional plant productivity and habitat data and in floristic provinces and sage-grouse management zones as reported by Connelly et al. (2004) and Stiver et al. (2006). If adjustments are made to the site-scale indicators, they must be made using nesting and brood-rearing data collected from sage-grouse studies found in the relevant area and peer reviewed by the appropriate wildlife management agency(ies) and researchers.

Similarly, regional research may suggest the need to adjust habitat management guidelines or quantitative indicator values in the HAF's site-scale suitability matrices. However, these matrices are designed to organize field data into a useful format for consistency and communication, so changes in criteria should only be made after considerable coordination and only if scientific evidence warrants their adjustment. There is a tendency to review each indicator and its

suitability category independently, but site suitability is determined by the relationship among the several indicator values in each matrix. The suitability classes for these matrices are based on rangewide plant productivity and structural data and expert opinion relative to sage-grouse use. Finally, it is important to recognize that the term "suitable" is not synonymous with "optimum."

In some parts of the range, the indicators will need to be interpreted with a regional perspective. For example, the sagebrush cover may be naturally high in some portions of the sage-grouse range, but herbaceous cover capability, based on site potential, may be below the height identified in the guidelines; thus, adequate cover for sage-grouse may still be present. In other portions of the range, sagebrush cover may be below those found in the guidelines, but herbaceous cover may be high and providing adequate cover for nesting.

Invasive plants, especially invasive annual grasses, that occur in many sagebrush habitats can have deleterious effects on sage-grouse habitat and therefore should be documented. While sage-grouse habitat may be directly affected by invasive plants through competitive exclusion of native plants that provide cover and forage (Rowland et al. 2010; Mooney and Cleland 2001), the most significant impacts of invasive plants on sage-grouse habitat are indirect through alteration of fire regimes. Invasive annual grasses generally provide for continuous ground cover that facilitates greater frequency and intensity of fires creating annual grass dominated habitats compared to native perennial habitats that are dominated by sparse, discontinuous fuels (Balch et al. 2013; Antonio and Vitousek 1992). The resulting increased frequency and intensity of fires result in changes in life form classes from shrubs to grasses, and species composition becomes dominated by annuals, providing little value for food and cover for sage-grouse (Connelly et al. 2004; Davies et al. 2011; Miller et al. 2011).

While sage-grouse may occupy habitats where shorter statured Sandberg bluegrass (*Poa secunda*) is dominant in the understory, this is

BLM_0065688

not sufficient reason to assume that the suitability indicator value for grass height should be reduced, especially if the ecological site potential is for larger bunchgrasses. Rather, this condition may indeed reflect reduced habitat suitability and likely indicates a rangeland health issue that should be addressed via appropriate restoration activities or management changes. These examples illustrate that individual indicator values do not define site suitability and that overall site suitability descriptions require an interpretation of the relationships between the indicators and other factors. Professional expertise and judgment are required.

# Habitat Description Steps

Habitat description steps are identified for each scale. Descriptions for the first and second order are brief. Descriptions and evaluations of habitat at these scales have been completed or are in the process of being completed through ecosystemwide assessments. These assessments have been tasked by agencies including the BLM, U.S. Forest Service, and U.S. Geological Survey and nongovernmental organizations, including The Nature Conservancy. Policy-level officials, scientists, spatial analysts, and resource managers need to access these evaluation efforts to reach decision points for each scale.

## Broad Scale (First Order) and Mid Scale (Second Order)

Considerable broad-scale and mid-scale information is available for Greater Sage-Grouse range (Schroeder et al. 2004) and populations (Connelly et al. 2004) as well as for Gunnison Sage-Grouse (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Stiver et al. (2006) identified seven sage-grouse management zones that conform to seven clusters of habitat and populations described in Connelly et al. 2004 from Kuchler (1970), West (1983), and Miller and Eddleman (2001) (figure 7). The management zones provide a first- and second-order context for management purposes. There are also several regional assessments describing shrub steppe habitat (table 8). These assessments provide critical information necessary for finer scale habitat descriptions as they provide scale context to habitats and populations (Connelly et al. 2004; Wisdom et al. 2005; Aldridge et al. 2008). In addition, these assessments describe and evaluate disturbances to landscapes and resulting habitat patterns operating at the population and species range scales. Large landscape features and disturbances influence the distribution and abundance of sage-grouse on the landscape. The BLM has also conducted six rapid ecoregional assessments over the range of Greater and Gunnison Sage-Grouse that examine ecological values, conditions, and trends within ecoregions. Greater and Gunnison Sage-Grouse populations/subpopulations as described by the U.S. Fish and Wildlife Service (2013) and Gunnison Sage-Grouse Rangewide Steering Committee (2005) are shown in figure 3 (see chapter 1).

From a practical standpoint, the management of sagebrush/sage-grouse habitats at the first order of habitat selection requires policy at the management zone that contributes to policy for

**Table 8.** Rangewide and regional assessments containing information on sage-grouse or their habitat.

| Species | Assessment Area | Citations |
|---|---|---|
| Greater Sage-Grouse | Rangewide (OR, WA, CA, NV, ID, UT, MT, WY, CO, NM, AB, SK) | Connelly et al. 2000; Miller and Eddleman 2001; Connelly et al. 2004; Aldridge et al. 2008; Knick and Connelly 2011 |
| Greater Sage-Grouse | Upper Columbia River Basin (OR, WA) | Hann et al. 1997; Wisdom et al. 2000 |
| Greater Sage-Grouse | Great Basin (ID, NV, UT, CA) | Wisdom et al. 2005 |
| Greater Sage-Grouse | Wyoming Basin (WY, CO, MT, UT, ID) | Rowland et al. 2006a |
| Gunnison Sage-Grouse | Rangewide (CO, UT) | Gunnison Sage-Grouse Rangewide Steering Committee 2005 |

BLM_0065689

the range of sage-grouse. Each management zone, evaluated by the various regional assessments, provides policymakers with parameters to match policy to realistic outcomes.

Management and management direction for second-order scales require the use of existing broad-scale data and the application of GIS tools for analysis. These evaluations should document existing conditions (see form M-1 in appendix B), assess potential for habitat manipulation, and consider landscape constraints. Landscape scientists and spatial analysts may provide decisionmakers with a vision of the future landscape matrix.

## Fine Scale (Third Order)

Ecological processes of interest at the third order of habitat selection are those that may affect sage-grouse movements between seasonal habitats within a home range (table 9). Habitat needs and the indicators that describe life requisite needs vary by season. Third-order habitat assessments

take into account seasonal use areas or home ranges of sage-grouse associated with a lek or group of leks. Seasonal habitat availability, connectivity, and anthropogenic disturbances should be described at this scale. Third-order habitat mapping uses the information gathered at the mid-scale and refines it to show seasonal habitat patterns for a home range of interest.

At this scale, identifying seasonal habitat use areas to the extent possible is important. Habitat and wildlife resource specialists, along with people with local knowledge, should jointly evaluate sage-grouse seasonal distribution evidence to determine the presence or absence of sage-grouse. In the absence of telemetry data or other seasonal use data or models, wildlife biologists who understand sage-grouse habitat selection and needs can effectively predict how sage-grouse make seasonal use of their habitats. In many cases, mapping seasonal habitats will occur incrementally over time and in higher priority landscapes first due to limited staffing and funding resources.

Table 9. Summary of fine-scale (third-order) ecological processes (Johnson 1980), mapping features, and management levels for sage-grouse habitat descriptions.

| Ecological Processes | |
|---|---|
| Ecological Time Period | 5–20 years in the future |
| Climatic Processes | Local weather patterns: localized drought, rain shadow areas |
| Landscape Processes | Local-scale processes that have long- and short-term consequences on home range use, seasonally and year-round: conversion of sagebrush habitat between seasonal ranges to nonhabitat or unsuitable habitat, anthropogenic features that act as filters or barriers to seasonal movements |
| Population Processes - Habitat Dynamics | Connectivity of sagebrush habitat and other adjacent habitats provide for effective use of seasonal habitats within a home range, seasonal migration corridors are maintained, collective fitness of birds within the home range is sufficient for long-term persistence |
| Mapping Features | |
| Extent | Seasonal habitats within a home range |
| Grain | Fine grain (30-meter pixel size) |
| Vegetation Cover Types | Associations or groups thereof |
| Geographic Extent Equivalents | Subbasins or group of watersheds |
| Cartographic Scale Range | e.g., 1:24,000–1:100,000 |
| Management Levels | |
| Administrative Hierarchical Level | Local county governments, BLM field offices or subunits, Forest Service national forests/ranger districts |
| Planning and Assessment Documents | BLM activity plans (e.g., habitat or allotment management plans), forest plans, watershed assessments, and land use plans |

BLM_0065690

The steps to describe sage-grouse habitat at the fine scale (third order) are as follows:

**Step 1. Determine the extent and grain size appropriate for a habitat description of the home range area. Develop a vegetation map using appropriate third-order land cover types.**

Identify sage-grouse populations or subpopulations as described by the U.S. Fish and Wildlife Service (2013) and Gunnison Sage-Grouse Rangewide Steering Committee (2005) and shown in figure 3 (see chapter 1). Delineate the home range area of interest and document the grain size for the analyses needed. Generally, a 30-meter pixel size is desired for third-order descriptions. Remote data should be collected at as fine a scale as available and affordable and should be aggregated at the 30-meter pixel resolution. Third-order habitat descriptions require more detailed vegetation information for an area. Identify natural vegetation cover types using information from the National Vegetation Classification System (see http://usnvc.org/ or http://www.natureserve.org/conservation-tools/projects/us-national-vegetation-classification).

Land cover datasets are constantly being refined or improved upon, so use the latest, most appropriate product or version. Distinguishing between sagebrush alliances (Reid et al. 2002) to help identify seasonal habitat availability and connectivity of different sagebrush communities is important (table 10). Distinguishing between certain nonhabitat types, such as salt desert shrub, forest/woodland, and agricultural lands, is also important. Pasture lands or conservation reserve program lands adjacent to sagebrush habitat may provide summer food resources with little risk from pesticides or mowing. Conversely, sage-grouse use of agricultural lands, such as row crops adjacent to sagebrush, may be hazardous to sage-grouse because of risk of mortality from mechanical equipment (e.g., mowing) or chemicals.

**Step 2. Map occupied seasonal habitats and identify potential habitat by seasonal use period.**

Occupied and potential seasonal habitats should be mapped in cooperation with the state wildlife agency. Historic and current data and knowledge

**Table 10.** Example of basic sagebrush land cover types needed for mid-scale (second-order) habitat descriptions. Fine-scale (third-order) cover types are generally shrubland alliances as described by Reid et al. (2002). NP = native perennial grass, EP = exotic perennial grass, EA = exotic annual grass.

| Mid-Scale Cover Types (overstory/understory) | Fine-Scale Cover Types (overstory/understory) | |
|---|---|---|
| Sagebrush/Native Perennial Grass | Wyoming and basin big sagebrush/NP<br>Black sagebrush/NP<br>Low sagebrush/NP<br>Low sagebrush – mountain big sagebrush/NP<br>Low sagebrush – Wyoming big sagebrush/NP<br>Mountain big sagebrush/NP | Rigid sagebrush/NP<br>Silver sagebrush/NP<br>Threetip sagebrush/NP<br>Wyoming big sagebrush – squawapple/NP<br>Gambel Oak – Basin big sagebrush shrubland/NP |
| Sagebrush/Exotic Perennial Grass | Wyoming and basin big sagebrush/EP<br>Black sagebrush/EP<br>Low sagebrush/EP<br>Low sagebrush – mountain big sagebrush/EP<br>Low sagebrush – Wyoming big sagebrush/EP | Mountain big sagebrush/EP<br>Rigid sagebrush/EP<br>Silver sagebrush/EP<br>Threetip sagebrush/EP<br>Wyoming big sagebrush – squawapple/EP |
| Sagebrush/Exotic Annual Grass | Wyoming and basin big sagebrush/EA<br>Black sagebrush/EA<br>Low sagebrush – mountain big sagebrush/EA<br>Low sagebrush – Wyoming big sagebrush/EA<br>Mountain big sagebrush/EA | Rigid sagebrush/EA<br>Silver sagebrush/EA<br>Threetip sagebrush/EA<br>Wyoming big sagebrush – squawapple/EA |

BLM_0065691

from local sage-grouse experts should be used to help identify seasonal use areas and to determine the migratory status of the population. In some areas, seasonal habitats will overlap (e.g., breeding and winter or late brood-rearing/summer). In other areas, seasonal habitat may be separated by many miles. Three main sage-grouse seasonal habitats (breeding, which is composed of lekking, prelaying, nesting, and early brood-rearing; summer/late brood-rearing; and winter) should be identified (table 11). If seasonal use patterns are unknown, mapping the vegetation and elevations will help identify them. State wildlife agencies, federal agencies, or university researchers may have telemetry data or other information that can be used as well. In addition, predictive modeling as described by Yost et al. (2008) can be used to help identify seasonal habitats.

**Breeding Habitat:** The breeding period typically occurs from March 1 through late June and includes the period when sage-grouse attend leks to breed, prepare nutritionally for nesting, nest, and raise young chicks (Connelly et al. 2000). Breeding habitat includes all sagebrush types that may be used during this timeframe. Sage-grouse require a mixture of sagebrush, grasses, and forbs for adequate breeding habitat. Sagebrush cover types within 18 km (11 miles) of a lek for migratory populations and 5 km (3.1 miles) for nonmigratory populations are considered breeding habitat and are mapped as such unless this distance includes sagebrush communities that sage-grouse would not use for nesting (e.g., deep canyon areas, sagebrush areas typically covered by deep snow, or sagebrush areas compromised by

anthropogenic disturbances). Mapping sagebrush habitats at this scale, with the exclusion of canyon areas and other areas not used for nesting, can be readily accomplished using routine GIS techniques and available land cover and digital elevation data. The accuracy of some thematic vegetation data can be problematic, so users need to understand the limitations of the data. In addition, there may be some sagebrush cover types that do not provide suitable breeding habitat due to plant structure characteristics or because of edaphic conditions, steep slopes, aspect, or other factors that are important locally. Map known nesting and early brood-rearing areas if telemetry data or other observational data are available.

**Summer/Late Brood-Rearing Habitat:** Summer is generally described as that period between July 1 and September 30 (Connelly et al. 2000). During summer, sage-grouse are found in areas with succulent forbs adjacent to or intermixed with sagebrush. Hens generally move their chicks to more mesic conditions, such as higher elevation sagebrush communities, mountain shrub communities, wet meadow complexes, agricultural fields, perennial lakes, streams, ponds, or lakebeds adjacent to sagebrush, during the summer months. Riparian areas associated with steep drainages or canyons typically are not used by sage-grouse and should not be mapped as summer habitat. Several information sources are available to help identify summer habitats within the home range area:

1. Observations by local residents and agency field personnel.

**Table 11.** General seasonal habitat descriptions modified from Connelly et al. (2000).

| Habitats | General Use Period[1] | General Description[2] |
|---|---|---|
| Breeding Habitat | March 1–June 30 | Includes leks, prenesting, nesting, and early brood-rearing habitats. A variety of sagebrush plant communities in close proximity to leks and big sagebrush communities. |
| Summer/Late Brood-Rearing Habitat | July 1–September 30 | Variety of mesic or moist habitats in close proximity to sagebrush communities. |
| Winter Habitat | December 1–February 28 or 29 | Variety of sagebrush communities that have sagebrush above the snow. |

[1] Use periods may vary based on elevation and annual weather conditions.
[2] General descriptions for some areas; primary vegetation communities may vary based on local conditions and availability.

BLM_0065692

2. Historic observations in BLM or other agency files.
3. Telemetry data.
4. National Wetlands Inventory (NWI) maps.
5. National Hydrography Dataset (NHD) maps.
6. Riparian proper functioning condition (PFC) assessments and maps.
7. Remote sensing data (NAIP, GAP, Landfire, etc.).
8. Digital elevation models.
9. Current and historic brood survey routes/area surveys conducted by wildlife agencies.

Mesic sagebrush communities adjacent to breeding habitats should be considered summer habitat and may occur beyond the 18 km distance from leks, particularly in higher elevation areas. In addition, within breeding and summer sagebrush habitat, all riparian, wetland, and other forb-rich habitat should be considered summer habitat. Ground-truthing of historic brood routes should be conducted to determine continued presence of sage-grouse.

**Fall Habitat:** Fall is the period when sage-grouse transition from feeding on forbs, insects, and sagebrush to primarily sagebrush. Use of fall habitats may occur from September to December due to yearly variability in temperature and precipitation as plants desiccate or die from frost (Connelly et al. 2011). Fall habitats are generally not believed to be a limiting life history component for most populations and therefore are not discussed further.

**Winter Habitat:** Sage-grouse are entirely dependent on sagebrush for food and cover during winter. Sage-grouse use sagebrush that is exposed above the snow or on windswept ridges. Sagebrush that is covered by deep snow, such as at some higher elevations, is not available to sage-grouse. Sage-grouse typically congregate in large groups during winter and use traditional wintering areas (Berry and Eng 1985; Schroeder and Robb 2003). Wintering areas are likely the most difficult

habitats to map for sage-grouse. Wintering areas may be inaccessible, may vary based upon annual weather/snow conditions, or may be found long distances from other known habitats. Mapping known traditional winter use areas, particularly those that are used by large numbers of birds, is important. Due to access constraints during winter, potentially important areas may be identified any time during the year based on topography, sagebrush type, and evidence of roost (pellet group) sites. Areas should eventually be verified for winter use, if possible, by documenting birds, tracks, and scat observed. Particularly during years of above average snowfall, biologists should attempt to document sage-grouse winter-use areas to identify the critical habitat areas. Additionally, biologists should conduct directed searches of likely areas during the winter based upon topography, slope and aspect, elevation, and vegetation. The state wildlife agency, local landowners, or other field personnel may have information regarding winter use. Information sources that may be useful include:

1. Observations by local residents, local working groups, or agency personnel.
2. Telemetry data.
3. Historic observations from land management and wildlife agency files.
4. Aerial flights during winter.
5. Graduate theses, dissertations, and published literature.

**Step 3.** Describe seasonal habitat availability.

Using the information from steps 1 and 2, describe occupied and potential seasonal habitats in the home range area. Breeding, summer, and winter habitats are important to describe. Calculate:

1. The estimated amounts of occupied breeding, summer, and winter habitats.
2. The estimated amounts of potential breeding, summer, and winter habitats.

Documenting the amount of existing sage-grouse seasonal habitat relative to potential habitat is

BLM_0065693

important because it provides critical information for restoration planning.

**Step 4. Describe and map anthropogenic features within and between seasonal habitats.**

Overlay spatial data for anthropogenic features that was gathered at the second order (mid scale; indicator 6). For the home range area, document the following information:

1. The location and density of highways, major roads (km/km$^2$), railroads, transmission lines, oil/gas pipelines, and other large linear features.
2. The location, number, and density (sites/km$^2$) of communication sites, energy pads, mineral sites, wind turbines, meteorological towers, geothermal sites, landfills, gravel pits, and other anthropogenic features.
3. If planning a habitat trend analysis, the estimated decade or year (the latter if within the last 10 years) when the anthropogenic feature occurred within the home range.
4. The cumulative suitability of the home range based on anthropogenic features.

**Step 5. Describe vegetation connectivity characteristics between seasonal use areas.**

Home ranges with contiguous sagebrush cover between seasonal use areas are more suitable as habitat than those with discontinuous land cover. For home ranges with separated seasonal use areas, habitat suitability improves as the amount of shrub cover between seasonal use areas increases and tree or annual grass cover decreases. Shrub cover connectivity is particularly important for movements between breeding and summer habitat when chicks are incapable of making long-distance flights. Describe the vegetation between each seasonal use area: breeding to summer, summer to winter, and winter to breeding. Also describe the natural barriers (canyons, mountains) and anthropogenic barriers (reservoirs, canals, major highways, intensive agriculture) between

each seasonal use area that may hinder the birds' ability to move between the areas.

**Step 6. Summarize the information from steps 3-5 to describe existing third-order habitat suitability of the home range area of interest.**

Organize and summarize the information for each third-order indicator on the "Fine-Scale (Third-Order) Sage-Grouse Habitat Description" (form F-1 in appendix B). An example of a completed form for a hypothetical site is shown in figure 12. Baseline third-order habitat data can be used in the future for trend analyses, so documenting the data sources and software, computer programs, and process steps used to describe third-order habitat conditions is important. Identifying where the data for the assessment are stored and can be retrieved in the future is also important. Good documentation of the data, including metadata, and analyses will help future biologists assess changes, causes, and effects.

Once the habitat indicator descriptions have been completed, the suitability of the seasonal-use area can be determined using the descriptive criteria on form F-1.

The habitat suitability of the home range area should be depicted spatially on the map created in steps 1 and 2.

**Step 7 (optional). Repeat steps 1-6 and identify a reference period to assess habitat trends.**

At the third order, comparing existing habitat suitability data for all or selected indicators to some previous reference period is useful for identifying habitat trends. Land cover type data for the fine-scale indicators of interest as well as sage-grouse lek or other historical data should be available for the reference period. Identify the habitat indicators of interest, measure them with appropriate computer and GIS tools, and describe them in terms of positive, neutral, or negative trends. A summary of this description should be included on form F-1 for each seasonal habitat time period.

BLM_0065694

## Form F-1: Fine-Scale (Third-Order) Sage-Grouse Habitat Description

| Description Year: 2008 | Counties: Humboldt | | State: NV |
|---|---|---|---|
| Evaluator(s): Stiver | Agency: NDOW | | |
| Home Range Name: Lone Willow | Population: Western Great Basin | | |
| Lek Group Name: | General Location: Lone Willow | | |

### Data Sources

Land Cover Type Data Sources: GAP

Anthropogenic Features Data Sources: Nevada Heritage

Population Data Sources: NDOW

Data Storage Location: ftp://ftp.ndow.org/sagegrouse/habitat/HU

Software and Version: ArcView 10.2

| Mapping Grain: 30 meter pixel | Home Range Area Extent (km²): 240 |
|---|---|

### Habitat Indicator Descriptions

| 1. Seasonal Habitat Availability | a. Area of occupied breeding habitat (km²) = 80 |
|---|---|
| | a. Area of occupied summer habitat (km²) = 120 |
| | a. Area of occupied winter habitat (km²) = 140 |
| | b. Area of potential breeding habitat (km²) = 100 |
| | b. Area of potential summer habitat (km²) = 150 |
| | b. Area of potential winter habitat (km²) = 200 |
| | c. Area of nonhabitat (km²) (optional) = |
| | Discussion: |
| 2. Seasonal Use Area Connectivity | Breeding to summer (km edge/km² of habitat) = 3.2 |
| | Summer to winter (km edge/km² of habitat) = 2.5 |
| | Winter to breeding (km edge/km² of habitat) = 3.8 |
| 3. Anthropogenic Disturbances | a. Densities of linear features (km/km²) = .75 |
| | b. Densities of point features (sites/km²) = 1.45 |
| | c. Area of nonhabitat or unsuitable habitat inclusions (km²) = |
| | Discussion: |

### Fine-Scale (Third-Order) Suitability Summary

| ✔ | Check the one description below that best describes the home range: |
|---|---|
| ✔ | **Suitable:** Home ranges have connected seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality are generally absent or at least not widespread. |
| | **Marginal:** Home ranges have poorly connected or disjunct seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality may occur within the home range. |
| | **Unsuitable:** Home ranges have seasonal use areas with predominantly grassland, woodland, or incompatible land uses (anthropogenic features) not conducive to sage-grouse seasonal movements or habitat use. Most leks have been abandoned or have few remaining birds. |
| Discussion: | Large intact habitat. Priorities are to protect winter range on the east side of the range and restore winter range south of the main mountain. |

**Figure 12.** An example of a completed fine-scale (third-order) habitat description form.

BLM_0065695

## Site Scale (Fourth Order)

Ecological processes that may affect individual sage-grouse selection of leks, nest sites, feeding locations, and winter-use areas are important at the fourth order (table 12). Ecological processes of interest take into account seasonal habitat needs related to the life requisites of shelter and food for birds associated with a lek or lek group. Habitat needs and the indicators that describe life requisite needs vary by season. Seasonal habitat availability, connectivity, and anthropogenic disturbances were described at the mid and fine scales. At the fourth order, availability of protective vegetation cover and food resources within seasonal habitats are described.

The basic seasonal habitat suitability matrices developed for the HAF (forms S-2 through S-6 in appendix B) were based largely on Connelly et al. (2000) as a starting point because they used data collected across the species range. However, while Connelly et al. (2000) describe characteristics of

*productive* seasonal habitats, generally equivalent to the HAF's "suitable" class, the HAF also describes marginal and unsuitable habitats in an effort to reflect a range of conditions that a land manager may be faced with in performing a habitat assessment.

For the purpose of standardizing habitat descriptions and improving communication, discrete ranges of numeric values or other measurements (e.g., visual shape guide) are used to describe seasonal habitat indicators as suitable, marginal, or unsuitable (Sather-Blair et al. 2000). The numeric values described for productive habitat by Connelly et al. (2000) are guidelines and are not intended to be used as strict prescriptions. To a sage-grouse there may not be much difference between a sagebrush community with 14 percent sagebrush canopy cover and one with 15 percent canopy cover; however, discrete ranges are needed to organize the field information for interpretation.

**Table 12.** Summary of site-scale (fourth-order) ecological processes (Johnson 1980), mapping features, and management levels for sage-grouse habitat descriptions.

| Ecological Processes | |
| --- | --- |
| Ecological Time Period | Current to 5 years; average lifespan of sage-grouse |
| Climatic Processes | Seasonal weather patterns that can affect individual fitness (e.g., excessive spring rains during nesting or early brood-rearing) |
| Landscape Processes | Fourth-order processes that have short-term consequences on seasonal habitat selection and suitability: natural variation in potential of ecological sites to provide suitable seasonal habitats; herbivory effects on food and shelter habitat needs; human disturbance of birds during critical periods (breeding and wintering); anthropogenic features that increase predation potential during critical periods |
| Population Processes Habitat Dynamics | Habitat provides for food and shelter needs of the birds for effective daily use within seasonal use areas; individual fitness is sufficient |
| **Mapping Features** | |
| Extent | Seasonal use areas |
| Grain | Sampling plots (transects) |
| Vegetation Cover Types | Associations and ecological sites |
| Geographic Extent Equivalents | Cover type within an ecological site |
| Cartographic Scale Range | e.g., <1:24,000 |
| **Management Levels** | |
| Administrative Hierarchical Level | Grazing allotments, pastures, state wildlife management areas, etc. |
| Planning and Assessment Documents | Site evaluations; project-specific assessments and plans |

BLM_0065696

Individual indicator values cannot be used independently to describe habitat suitability; rather, site suitability is described using all of the appropriate indicators. For example, the predominant shape of sagebrush plants in an area affects the herbaceous cover needs during the breeding season. A columnar-shaped (tree-shaped) sagebrush plant does not provide the shelter that a spreading-shaped plant provides (figure 13), and an area dominated by this type of sagebrush shape may be of marginal suitability if the accompanying understory has little grass or forb cover. However, in another area of predominantly columnar-shaped sagebrush plants, the presence of abundant grass, forb, or other shrub species cover may make the site suitable as nesting habitat. At another site, shrub and grass cover may be suitable, but the absence of forbs would reduce overall site suitability. These examples illustrate that individual indicator values do not define site suitability in and of themselves and that overall site suitability descriptions require an interpretation of the relationships between all of the indicators and other factors. Professional expertise and judgment are required for these steps.

 



**Columnar**



**Spreading**

**Figure 13.** Sagebrush shape is an important habitat cover indicator. Sagebrush communities with more columnar-shaped plants need more herbaceous cover for shelter needs than communities with more spreading-shaped plants.

BLM_0065697

The steps to describe sage-grouse habitat at the site scale (fourth order) are as follows:

**Step 1. Identify seasonal use areas and associated third-order cover types of interest for third-order descriptions. Determine the extent of these land cover types within the seasonal use area.**

Refining fine-scale cover type maps of a home range area may be helpful for site-scale descriptions. For a home range area, describing all (e.g., for a small, mountain valley subpopulation) or some (e.g., for a larger, basin subpopulation) of the seasonal use areas may be important. Depending on the scope and purpose of the habitat description, not all land cover types within a seasonal use area need to be sampled at the project level. For long-term monitoring, only one or two sagebrush cover types for breeding habitat descriptions or certain known wet meadow complexes for brood-rearing habitat descriptions may be needed.

Grasslands or other currently unsuitable cover types that have the potential to become habitat in the future should also be measured because the information collected may be useful for conservation planning. Fourth-order information for these cover types can provide important information on shrub and forb recruitment, linkage area suitability, conifer encroachment, or other aspects of habitat condition.

**Step 2. Overlay soil or ecological site maps on land cover type maps to determine ecological site potential.**

Ecological site potential, the potential vegetation community, and the production of plant material of a site is based on soil, topography, and climate. For sagebrush communities, site potential (in terms of shrub, grass, and forb composition) is mostly determined by precipitation patterns and soil characteristics (Cronquist et al. 1972; Miller and Eddleman 2001). Ecological site descriptions and soil maps can be obtained from local Natural Resources Conservation Service (NRCS) offices or

from the Internet (https://esis.sc.egov.usda.gov). Herrick et al. (2005) provided recommendations on types and numbers of samples as well as background information on ecological sites and site potential. This information is needed for interpreting habitat data for the suitability matrices (e.g., forb abundance related to site potential) and for predicting potential natural habitat changes (i.e., composition and rates of change in community composition relative to natural disturbances and succession) and alternative habitat changes (i.e., composition and rates of change to plant communities not anticipated for a site and from which it is more difficult to recover the natural community). Site potential data would be particularly valuable for predicting future conditions of sagebrush shrubland areas that are now grasslands (native perennial versus exotic annual) due to fire or anthropogenic disturbances.

Soils are mapped in units (e.g., soil mapping units) that can and often do include a mixture of soils correlated to a mixture of ecological sites. For example, a soil map unit may include two soils with two different ecological sites. One ecological site may result from small inclusions of soils that support a mountain big sagebrush (*Artemisia tridentata vaseyana*) community, but the vast majority of the soil map unit consists of a soil that supports a different ecological site with a low sagebrush (*Artemisia arbuscula*) community. These intermixed communities are valuable because big sagebrush is used by males and females for protective cover or nesting, while low sagebrush sites provide important forbs for prelaying hens and broods and loafing sites for adult birds.

Soil maps have not been completed for the entire range of sage-grouse. However, NRCS state soils information is available and provides basic information at a coarse resolution. Data are available at http://www.nrcs.usda.gov/wps/portal/nrcs/site/soils/.

BLM_0065698

**Step 3.  Obtain ecological reference sheets, if available, for the ecological sites contained within the seasonal habitat area of interest.**

Pellant et al. (2005) described reference sheets as the primary reference for an evaluation of rangeland health.  The reference sheet describes a range for each indicator based on expected spatial and temporal variability within each ecological site (or equivalent).  Reference sheets provide important information about the 17 indicators of rangeland health and how well the ecological processes are functioning.  This information, along with other components of the ecological site descriptions can provide context for more detailed studies on sage-grouse habitat suitability.  However, ecological site descriptions have not been completed on portions of the sage-grouse range.  If ecological reference areas (ERAs) (Pellant et al. 2005) for the important cover types in the seasonal use area are available, then a visit may be valuable when the expected forb species composition for an ecological site is not well described in ecological site descriptions.  Collecting fourth-order data at one or more ERAs for reference purposes might be useful.

**Step 4.  Design the sampling approach.**

Prior to sampling habitat at the fourth order, an appropriate design must be determined.  Using the information from steps 1-3, develop an appropriate sampling design and collect field data using one of the methods outlined in the next step and explained further in appendix B.  Consulting with other biologists, statisticians, soil scientists, arid land ecologists, or rangeland management specialists to develop an appropriate sampling design for seasonal use areas based on available soils and ecological site data may be helpful.  See the Craters of the Moon National Monument case study in appendix A for one example of a sampling approach.

For most fourth-order descriptions, stratified, random sampling of the seasonal habitat area based on land cover types and soils (ecological sites) will be appropriate.  In some cases, the seasonal use area may be further stratified by sagebrush canopy cover (e.g., recently disturbed versus mature) or anthropogenic disturbance strata (e.g., grazing pastures, density of anthropogenic features) depending on the intent of the assessment and logistical capacity.

In many areas, patches of big sagebrush (or other tall-statured sagebrush) occur in expansive low or dwarf sagebrush areas.  These areas should be treated as two separate cover types or strata.  However, there are heterogeneous sagebrush communities that are not easily teased apart and may be better sampled as one stratum.  There may be other situations where only certain sagebrush areas are of interest due to steepness of slope, aspect, or other reasons.  For example, in "basin and range" topography, seasonal sagebrush habitats may be distributed in narrow, linear stringers adjoining ridges or alluvial fans.  In such cases, extra effort is needed to map and stratify these areas to ensure adequate representation in the sample.  Use of shorter transects may also be warranted in these situations to ensure that they do not extend beyond the boundary of the cover type of interest.  In other cases, only the priority breeding habitat cover types may be sampled due to costs.  The rationale for decisions concerning sampling design should always be clearly explained and documented.

Multiple samples (i.e., transects) are likely to be needed in each stratum to account for variability of vegetation and to characterize uncertainty in the habitat indicator estimates.  At a minimum, three samples should be collected per stratum because calculating a sample variance per stratum with fewer samples is not possible.  The desired number of samples required for each cover type depends on the vegetation heterogeneity of the land cover type and desired degree of precision (or amount of change to be detected).  Elzinga et al. (1998) and Herrick et al. (2005) provided guidance on sampling design, and there are many sample size estimation tools available online, including:

http://www.landscapetoolbox.org/mssret/ MSSRET.html

BLM_0065699

https://www.dssresearch.com/KnowledgeCenter/toolkitcalculators/samplesizecalculators.aspx

Specialists may also want to seek assistance in sample design from a statistician. Ultimately, decisions about the degree of precision and sample sizes should be tempered by what is practical given the budget and time available.

Ideally, sample size requirements should be determined using previously collected habitat data from the study area or from a pilot study. If this is not possible, sample sizes can be estimated by using data collected from nearby, similar areas. When calculating sample sizes, pay attention to specifying realistic degrees of precision, depending on the purpose of the assessment. Some sample size calculators specify precision in terms of percent variation or change from the mean, which can be confusing when specifying precision for proportion or percent cover indicators (e.g., a difference of 10 percentage points for sagebrush cover that is at 20 percent is actually a difference of 50 percent). Variability in a stratum can also vary by indicator. Ideally, sample sizes should be estimated individually for several important indicators such as sagebrush cover, grass height and forb cover, and a sample size that provides

sufficient precision for all three should be selected. However, this practice may not be practical in many instances due to logistical realities.

Regardless of the technique used to determine sample size prior to sampling, an evaluation of sampling sufficiency should be conducted at the end of each data collection effort to determine if the data collected meet the stated precision requirements. The same equations and tools used to estimate sample sizes can also be used to assess sample sufficiency. If sample sufficiency is determined to be too low, additional samples may be warranted.

The timing of sampling fourth-order habitat characteristics depends on what is being measured (table 13). Nesting habitat vegetation should be measured toward the end of the nesting period, generally between May 1 and June 30 to assess forb and grass presence, and annual variation in precipitation should be evaluated to determine when samples should be measured. Late brood-rearing habitat should be measured between July 1 and August 30 depending on latitude and elevations. Fall is a transitional time when the birds are moving from summer to winter habitat. During September, birds may still be concentrated on summer use areas where succulent forbs and

**Table 13.** Seasonal timing of vegetation data collection associated with habitat indicators for site-scale descriptions.

| Seasonal Habitat | Window for Vegetation Data Collection | Comments |
|---|---|---|
| Breeding (leks) | Anytime | Vegetation data can be collected at any time of year. |
| Breeding (nesting and early brood-rearing) | April–June | Data should be collected as soon as hens are off the nest (generally May 1–June 30). Timing within this window will vary based on latitude and elevation. |
| Summer/Late Brood-Rearing | July–August | Data should be collected based on timing of seasonal movements. Data collection for higher elevation late brood-rearing habitat areas should occur later than for areas of lower elevation. |
| Fall | September–November | See comments under summer season for early fall use areas. As fall progresses, seasonal movements begin and diets shift. |
| Winter | November–March | Data can be collected at any time in this window. Snow levels may dictate when data should be collected for wintering areas. Consider mapping all sagebrush habitats as a starting point until more use can be verified. Historical and extreme snow depths should be assessed. |

BLM_0065700

insects can be found. As temperatures cool and their diet changes to sagebrush, sage-grouse begin moving from forb-rich areas to winter range. Winter habitat can be evaluated throughout the year as related to sagebrush species and subspecies diversity and general sagebrush distribution on the landscape; however, the availability of sagebrush to sage-grouse in winter (i.e., above the level of snow cover) is contingent on local snow depths. In some cases, therefore, winter site visits are recommended.

**Step 5. Collect field data.**

Measuring vegetation at the fourth order generally involves collecting field data on composition and structure of habitat within a seasonal use area (table 14). There are additional measurements

(e.g., lek proximity to sagebrush) for some seasonal habitats as well. Connelly et al. (2003) described methods that have previously been used to measure sage-grouse habitat at the fourth order. Line intercept and ocular (using a Daubenmire frame) (LIDF) and line-point intercept (LPI) methods can produce different though comparable cover results (Floyd and Anderson 1987; Symstad et al. 2008; Thacker 2010; Santini 2012). True cover parameters are seldom known in natural ecosystems (Bonham et al. 2004). Advantages and disadvantages of each technique are discussed in Elzinga et al. (1998), Connelly et al. (2003), and Bonham (2013). For the HAF, a key objective is that cover averages fall within the appropriate suitability class. Since transect data are averaged and suitability classes are relatively broad, the differences between techniques used to arrive

**Table 14.** List of seasonal habitat measurements and associated data collection methods. LPI = line point intercept, LIDF = line intercept—Daubenmire frame, PFC = proper functioning condition.

| Seasonal Habitat | Habitat Indicator | Life Requisite(s) | Measurement Technique |
|---|---|---|---|
| Lek | Availability of Sagebrush Cover | Cover | Field or remote sensing measurement |
| | Proximity of Detrimental Land Uses | Security | Field or remote sensing measurement* |
| | Proximity of Trees or Other Tall Structures | Security | Field or remote sensing measurement* |
| Breeding | Sagebrush Cover | Cover, Food | LPI/LIDF |
| | Sagebrush Height | Cover | LPI/LIDF |
| | Predominant Sagebrush Shape | Cover | LPI/LIDF |
| | Perennial Grass and Forb Height | Cover | LPI/LIDF |
| | Perennial Grass Cover | Cover | LPI/LIDF |
| | Perennial Forb Cover | Cover | LPI/LIDF |
| | Preferred Forb Availability | Food | Forb diversity transect/plot species inventory |
| Summer/Late Brood-Rearing – Riparian | Riparian Stability | Cover, Food | PFC data, if available |
| | Preferred Forb Availability | Food | Forb diversity transect/plot species inventory |
| | Availability of Sagebrush Cover | Cover | Field or remote sensing measurement |
| Summer/Late Brood-Rearing – Upland | Sagebrush Cover | Cover, Food | LPI/LIDF |
| | Sagebrush Height | Cover | LPI/LIDF |
| | Perennial Grass and Forb Cover | Cover | LPI/LIDF |
| | Preferred Forb Availability | Food | Forb diversity transect/plot species inventory |
| Winter | Sagebrush Cover | Cover, Food | LPI/LI (part of LIDF) |
| | Sagebrush Height (above snow) | Cover | LPI/vegetation height (part of LIDF) |

* Proximity of trees, other tall structures, and anthropogenic disturbances to be noted in comment field of data collection forms for all seasonal habitats.

BLM_0065701

at those estimates should have minimal impact on the end result. Once a technique or multiple techniques are selected, the technique(s) should be used consistently throughout the assessment or monitoring period for future comparability.

For the BLM, the HAF can be implemented in conjunction with the core indicators and methods that were developed as part of the assessment, inventory, and monitoring (AIM) strategy to improve the efficiency and effectiveness of BLM's assessment and monitoring activities (Toevs et al. 2011). The purpose of the core indicators and methods is to provide consistent, quantitative, land cover and vegetation data using standardized measurements that will allow data to be integrated across the entire range of sage-grouse as well as used for other assessment and monitoring purposes (MacKinnon et al. 2011). The core methods were designed to be a minimal set of methods that should be supplemented with additional methods to meet specific resource needs such as sage-grouse habitat assessments or monitoring.

Procedures for the LIDF and LPI data collection methods, including illustrations and data forms, are provided in appendix B. These methods have been used for sage-grouse habitat descriptions across the range of the species.

This chapter and appendix B provide instructions and illustrations to aid in the technical aspects of these habitat measurements (e.g., determining sagebrush shape, measuring grass and sagebrush height). Additional fourth-order notes and measurements, including local drought conditions, presence of anthropogenic noise disturbance, other shrub canopy cover (besides sagebrush), annual grass canopy cover, and noxious weed abundance, are addressed for some seasonal habitats to aid in interpreting overall site suitability. For example, sagebrush cover is a crucial habitat indicator for fourth-order descriptions. However, in some locations the composition and percent cover of other shrubs can affect site suitability. For instance, sagebrush may only provide 10 percent canopy cover for a

particular cover type, but antelope bitterbrush (*Purshia tridentata*) is also present with a canopy cover of 5 percent. The density of bitterbrush may positively affect the overall site suitability.

Once field data are collected, summarize the data for the seasonal habitats of interest on the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1, appendix B). An example of a completed form for a hypothetical site is shown in figure 14.

**Step 6. Transfer field data for land cover types of interest into suitability matrix categories associated with the seasonal habitat. Determine fourth-order suitability.**

Once the field data have been summarized for land cover types of interest on form S-1, they can be transferred to the suitability worksheets (forms S-2 through S-7) for the appropriate seasonal use periods. Seasonal habitat suitability worksheets with detailed instructions are provided in appendix B. One worksheet should be completed for each cover type stratum sampled in the seasonal use area and administrative unit (e.g., pasture). Where otherwise similar vegetation cover type strata differ substantially due to slope, aspect, or other factors, summarizing those areas separately may be prudent, depending on local conditions and expertise. The mean, mode, or other appropriate summary statistics for each indicator are recorded on the worksheet, and the corresponding suitability category is checked (✔). Describing overall site suitability requires some level of professional judgment because rarely will all indicators fall in the same suitability range. The rationale for suitability criteria must be explained, particularly if it is not obvious on the worksheet. Examples illustrating suitability interpretations are shown in figures 15 through 18.

**Leks (form S-2):** Suitability should be described for each lek regardless of status (occupied, unoccupied, or undetermined). Site suitability for leks is relatively easy to describe because there are only two indicators: (1) sagebrush cover (presence and amount of sagebrush in close proximity to

BLM_0065702

Sage-Grouse Habitat Assessment Framework

**Figure 14.** An example of a seasonal habitat fourth-order data summary form completed with data from field measurements for the cover types of interest.

## Form S-1: Sage-Grouse Site-Scale Seasonal Habitat Data Summary

| Date: 06/23/12 | County: Blaine | State: ID | Evaluator(s): Janet Hill |
|---|---|---|---|
| Population: Snake, Salmon, and Beaverhead | | Home Range Name: Big Hill | |
| Seasonal Habitat: Breeding | | Associated Leks: RB05; RB02 | |

| Land Cover Type | Ecological Site | Area (ha/ac) or Length (km/mi) | Transects (#) | $\bar{x}$ Sage Cover (%) | $\bar{x}$ Sage Ht. (cm) | $\bar{x}$ Predominant Sage Shape (# of S and C) | $\bar{x}$ PG Ht. (cm) | $\bar{x}$ PF Ht. (cm) | $\bar{x}$ PG Cover (%) | $\bar{x}$ PF Cover (%) | Preferred Forb Species (#) | Lek Hbt. Avg. Distance to Sage Cover (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wyoming big sage-brush/bluebunch wheatgrass | Loamy 8-12 ARTRW8/PSSPS | 2300 ha | 7 | 13 | 56 | S=36 C=12 | 19 | 6 | 17 | 13 | 10 | |
| Threetip sage-brush/bluebunch wheatgrass | Loamy 8-12 ARTRW8/PSSPS | 1400 ha | 4 | 19 | 45 | S=32 C=14 | 15 | 8 | 9 | 5 | 3 | |
| Bluebunch wheatgrass | Loamy 8-12 ARTRW8/PSSPS | 5600 ha | 3 | 4 | 19 | S=0 C=2 | 25 | 7 | 16 | 8 | 13 | |
| Threetip sage-brush/ crested wheat-grass | Loamy 8-12 ARTRW8/PSSPS | 2100 ha | 3 | 16 | 64 | S=15 C=23 | 17 | 8 | 8 | 7 | 6 | |
| Crested wheatgrass | Loamy 8-12 ARTRW8/PSSPS | 700 ha | 3 | 3 | 23 | – | 26 | 5 | 4 | 1 | 3 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Form S-2: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Leks) |
|---|

Date: 4/3/12   County: Owyhee   State: ID   Evaluator(s): Janet Hill

Population: Northern Great Basin   Home Range Name: Triangle

Land Cover Type: ARTRW8/ARTRV/PSSPS/JUOC   Lek ID#: 20702

GPS file #: Xxxxxxxxxx   Lek Status (circle one):   Occupied   (Unoccupied)   Undetermined

UTM: NAD83, Zone 11, 542335E 4912479N

| Habitat Indicator Suitability Range | | | | | | |
|---|---|---|---|---|---|---|
| Habitat Indicator | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Availability of Sagebrush Cover | *Lek has adjacent protective sagebrush cover (within 100 m)* | ✔ | *Sagebrush within 100 m provides very little protective cover* | | *Adjacent sagebrush cover is >100 m* | |
| Proximity of Detrimental Land Uses | *Detrimental land uses are not within line of sight of lek and absent to uncommon within 3 km of lek* | ✔ | *Detrimental land uses are within line of sight of lek and uncommon or few within 3 km of lek* | | *Detrimental land uses are within the vicinity of the lek site* | |
| Proximity of Trees or Other Tall Structures | *Trees or other tall structures are not within line of sight of lek and none to uncommon within 3 km of lek* | | *Trees or other tall structures are within line of sight of lek and uncommon or scattered within 3 km of lek* | | *Trees or other tall structures are within the vicinity of the lek site* | ✔ |

| Site-Scale Suitability | Suitable | | Marginal | ✔ | Unsuitable | |
|---|---|---|---|---|---|---|

Anthropogenic Noise Description:

N/A. Isolated from human presence. Some livestock can be heard in the lower valley.

Rationale for Overall Suitability Rating:

Site is generally a good lek site. It is a natural opening in a patch of Wyoming and Mountain big sage, relatively short grasses, forbs, and rocks. However, juniper has encroached to within 50 meters of the lek, creating perch sites for raptors. Removal of all juniper within 100 meters of the lek would greatly improve the site. Also, surrounding habitat may be used for nesting if trees are removed. Mostly big sage/bluebunch wheatgrass community with balsamroot, phlox, buckwheat, and goatsbeard in understory.

Figure 15. An example of a completed lek suitability worksheet.

BLM_0065704

## Form S-3: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Nesting/Early Brood-Rearing)

| Date: 5/15/12 | County: Blaine | State: ID | Evaluator(s): Janet Hill |
|---|---|---|---|

| Population: Snake, Salmon, and Beaverhead | Home Range Name: Big Hill |
|---|---|
| Land Cover Type: ARTRW8/PSSPS | Ecological Site: Loamy 8-12 ARTRW8/PSSPS |
| Associated Leks: RB05, RB02 | Number of Transects: 7 |
| Area Sampled (ha/ac): 2300 ha | Site Info. (circle one): **(Arid Site)**   Mesic Site |

List UTM Coordinates (coordinates, zone, datum) of All Transects: NAD83, Zone II, 542335E 4912479N; 542416E 4912520N; 542599E 4912520N; 54272IE 4912540N; 542680E 4912357N; 542253E 4912296N; 541867E 4912235N

### Habitat Indicator Suitability Range

| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
|---|---|---|---|---|---|---|---|
| Sagebrush Canopy Cover (mean) | 13 | 15 to 25% | | 5 to <15% or >25% | ✔ | <5% | |
| Sagebrush Height<br>Mesic Site (mean)<br>Arid Site (mean) | 56 | 40 to 80 cm<br>30 to 80 cm | ✔ | 20 to <40 cm or >80<br>20 to <30 cm or >80 | | <20 cm<br><20 cm | |
| Predominant Sagebrush Shape (mode)<br>Spreading (n)<br>Columnar (n) | ▮<br>36<br>12 | Spreading | ✔ | Mix of spreading and columnar | | Columnar | |
| Perennial Grass Height (mean) | 19 | ≥18 cm | ✔ | 10 to <18 cm | | <10 cm | |
| Perennial Forb Height (mean) | 6 | ≥18 cm | | 10 to <18 cm | | <10 cm | ✔ |
| Perennial Grass Cover<br>Mesic Site (mean)<br>Arid Site (mean) | 17 | ≥15%<br>≥10% | ✔ | 5 to <15%<br>5 to <10% | | <5%<br><5% | |
| Perennial Forb Cover<br>Mesic Site (mean)<br>Arid Site (mean) | 13 | ≥10%<br>≥5% | ✔ | 5 to <10%<br>3 to <5% | | <5%<br><3% | |
| Preferred Forb Availability (relative to site potential) | ▮ | Preferred forbs are common with several species present | ✔ | Preferred forbs are common but only a few species are present | | Preferred forbs are rare | |
| Number of Preferred Forb Species (n) | 10 | | | | | | |

| Site-Scale Suitability | Suitable | ✔ | Marginal | Unsuitable |
|---|---|---|---|---|

| Does ecological site potential limit suitability potential? (circle one) | Yes | **(No)** | Unknown |
|---|---|---|---|

| Drought Condition (circle one): | Extreme Drought | Severe Drought | **(Moderate Drought)** | Mid-Range |
|---|---|---|---|---|
| | Moderately Moist | Very Moist | Extremely Moist | |

Rationale for Overall Suitability Rating:

Site is in suitable condition. Sagebrush cover is not quite in the suitable range, but all of the other indicators are in the suitable range. Sagebrush plants are healthy and there are signs of recruitment. Herbaceous cover heights are barely suitable but similar to ecological reference area. Poor winter and spring moisture may account for herbaceous heights.

**Figure 16.** An example of a Wyoming big sagebrush/bluebunch wheatgrass (*Pseudoroegneria spicata*) cover type with suitable breeding habitat conditions.

BLM_0065705

## Form S-3: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Nesting/Early Brood-Rearing)

Date: 5/27/12 | County: Blaine | State: ID | Evaluator(s): Janet Hill

Population: Snake, Salmon, and Beaverhead | Home Range Name: Big Hill

Land Cover Type: Threetip sagebrush/bluebunch wheatgrass | Ecological Site: Loamy 8-12 ARTRW8/PSSPS

Associated Leks: RB05, RB02 | Number of Transects: 4

Area Sampled (ha/ac): 1400 ha | Site Info. (circle one):  (Arid Site)   Mesic Site

List UTM Coordinates (coordinates, zone, datum) of All Transects: NAD83, Zone 11, 542335E 4912479N; 542416E 4912418N; 542599E 4912520N; 54271IE 4912540N; 542680E 4912357N

### Habitat Indicator Suitability Range

| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
|---|---|---|---|---|---|---|---|
| Sagebrush Canopy Cover (mean) | 19 | 15 to 25% | ✔ | 5 to <15% or >25% | | <5% | |
| Sagebrush Height<br>  Mesic Site (mean)<br>  Arid Site (mean) | 45 | 40 to 80 cm<br>30 to 80 cm | ✔ | 20 to <40 cm or >80<br>20 to <30 cm or >80 | | <20 cm<br><20 cm | |
| Predominant Sagebrush Shape (mode)<br>  Spreading (n)<br>  Columnar (n) | 32<br>14 | Spreading | ✔ | Mix of spreading and columnar | | Columnar | |
| Perennial Grass Height (mean) | 15 | ≥18 cm | | 10 to <18 cm | ✔ | <10 cm | |
| Perennial Forb Height (mean) | 8 | ≥18 cm | | 10 to <18 cm | | <10 cm | ✔ |
| Perennial Grass Cover<br>  Mesic Site (mean)<br>  Arid Site (mean) | 9 | ≥15%<br>≥10% | | 5 to <15%<br>5 to <10% | ✔ | <5%<br><5% | |
| Perennial Forb Cover<br>  Mesic Site (mean)<br>  Arid Site (mean) | 5 | ≥10%<br>≥5% | ✔ | 5 to <10%<br>3 to <5% | | <5%<br><3% | |
| Preferred Forb Availability (relative to site potential)<br>Number of Preferred Forb Species (n) | 3 | Preferred forbs are common with several species present | | Preferred forbs are common but only a few species are present | | Preferred forbs are rare | |

| Site-Scale Suitability | Suitable | Marginal ✔ | Unsuitable |
|---|---|---|---|

Does ecological site potential limit suitability potential? (circle one)    Yes    (No)    Unknown

Drought Condition (circle one):    Extreme Drought    Severe Drought    (Moderate Drought)    Mid-Range
                                    Moderately Moist    Very Moist    Extremely Moist

**Rationale for Overall Suitability Rating:**

Understory conditions are only marginal with forb cover barely suitable. The predominance of columnar-shaped sagebrush plants, marginal herbaceous cover conditions, and lack of preferred forbs makes this site marginal as breeding habitat.

Figure 17. An example of a threetip sagebrush/bluebunch wheatgrass cover type with marginal breeding habitat conditions.

BLM_0065706

## Form S-3: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Nesting/Early Brood-Rearing)

| Date: 6/23/12 | County: Blaine | State: ID | Evaluator(s): Janet Hill |
|---|---|---|---|

| Population: Snake, Salmon, and Beaverhead | Home Range Name: Big Hill |
|---|---|

| Land Cover Type: Bluebunch wheatgrass | Ecological Site: Loamy 8-12 ARTRW8/PSSPS |
|---|---|

| Associated Leks: RB05, RB02 | Number of Transects: 3 |
|---|---|

| Area Sampled (ha/ac): 5600 ha | Site Info. (circle one): **(Arid Site)**   Mesic Site |
|---|---|

List UTM Coordinates (coordinates, zone, datum) of All Transects:   NAD83, Zone 11, 542335E 4912479N; 542416E 4912418N; 542599E 4912520N; 542721E 4912540N

| Habitat Indicator Suitability Range | | | | | | | |
|---|---|---|---|---|---|---|---|
| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Sagebrush Canopy Cover (mean) | 4 | 15 to 25% | | 5 to <15% or >25% | | <5% | ✔ |
| Sagebrush Height<br>   Mesic Site (mean)<br>   Arid Site (mean) | 19 | 40 to 80 cm<br>30 to 80 cm | | 20 to <40 cm or >80<br>20 to <30 cm or >80 | | <20 cm<br><20 cm | ✔ |
| Predominant Sagebrush Shape (mode)<br>   Spreading (n)<br>   Columnar (n) | 0<br>2 | Spreading | | Mix of spreading and columnar | | Columnar | N/A |
| Perennial Grass Height (mean) | 25 | ≥18 cm | ✔ | 10 to <18 cm | | <10 cm | |
| Perennial Forb Height (mean) | 7 | ≥18 cm | | 10 to <18 cm | | <10 cm | ✔ |
| Perennial Grass Cover<br>   Mesic Site (mean)<br>   Arid Site (mean) | 16 | ≥15%<br>≥10% | ✔ | 5 to <15%<br>5 to <10% | | <5%<br><5% | |
| Perennial Forb Cover<br>   Mesic Site (mean)<br>   Arid Site (mean) | 8 | ≥10%<br>≥5% | ✔ | 5 to <10%<br>3 to <5% | | <5%<br><3% | |
| Preferred Forb Availability<br>(relative to site potential) | | Preferred forbs are common with several species present | | Preferred forbs are common but only a few species present | ✔ | Preferred forbs are rare | |
| Number of Preferred Forb Species (n) | 13 | | | | | | |

| Site-Scale Suitability | Suitable | Marginal | Unsuitable | ✔ |
|---|---|---|---|---|

| Does ecological site potential limit suitability potential? (circle one)      Yes      **(No)**      Unknown |
|---|

| Drought Condition (circle one):      Extreme Drought      Severe Drought      **(Moderate Drought)**      Mid-Range<br>                              Moderately Moist      Very Moist      Extremely Moist |
|---|

**Rationale for Overall Suitability Rating:**
   Site is currently unsuitable due to the lack of sagebrush cover. All habitat components (sagebrush, grasses, and forbs) are present, therefore site has potential to become suitable habitat in the future.

**Figure 18.** An example of a bluebunch wheatgrass cover type with unsuitable breeding habitat conditions. Data indicate that cover type may provide suitable habitat in the future.

the lek); (2) proximity of detrimental land uses; and (3) sage-grouse security (proximity of tall structures such as trees and power poles) (table 15). Describing anthropogenic noise levels (from highways, oil and gas wells, and wind turbines) may also be valuable. Habitat descriptions are intended to help with identifying conservation actions, such as opportunities that might improve the status of a lek. In the example shown in figure 15, removal of avian predator perching structures (e.g., trees, fenceposts) near the lek would likely increase security. In addition, the influence of anthropogenic disturbances on lek use and lekking behavior may be better understood by reviewing how sage-grouse may be using adjacent seasonal habitats (e.g., winter or breeding and nesting).

**Breeding Habitat (form S-3):** The breeding habitat suitability matrix is the most complicated of the suitability worksheets (table 16). This matrix reflects the importance of breeding habitat, its complexity, and the amount of scientific data available on fourth-order habitat needs. There are different suitability ranges for some indicators depending on whether the breeding area is associated with mesic or arid sagebrush sites. For much of the Greater Sage-Grouse range, arid sites will be those closely associated with Wyoming big sagebrush (*Artemisia tridentata wyomingensis*)

and mesic sites will be associated with mountain big sagebrush. Determine whether the land cover type of interest is mesic or arid as defined locally (Connelly et al. 2000) before completing the suitability worksheet.

Where sagebrush cover types are highly interspersed (e.g., small patches of mountain big sagebrush inclusions occurring within a matrix of low sagebrush), sampling patches separately may not be possible or efficient. In such cases, sampling the area as a unit (i.e., one or more transects crossing the mosaic of various cover types) and acknowledging the inherent variability may be the best course of action. The big sagebrush inclusions may provide suitable cover for nesting while the low sagebrush communities may provide a greater diversity of forbs for prelaying hens and broods. Individually, these cover types may lack a life requisite need, but together they provide suitable habitat. The site field data for these intermixed cover types can be combined on one suitability worksheet.

Three examples of completed breeding habitat suitability worksheets using field data for a hypothetical breeding area are shown in figures 16 through 18. In the first example (figure 16), all indicators are in the suitable range except

**Table 15.** Breeding (lek) habitat life requisites, indicators, and suitability categories for site-scale habitat descriptions.

| Life Requisite | Habitat Indicator | Suitability Categories | | |
|---|---|---|---|---|
| | | Suitable | Marginal | Unsuitable |
| Cover | Availability of Sagebrush Cover | *Lek has adjacent sagebrush cover (within 100 m)* | *Sagebrush provides very little protective cover adjacent to the perimeter of the lek* | *Adjacent nesting habitat unavailable* |
| Security | Proximity of Detrimental Land Uses | *Detrimental land uses are not within line of sight of lek and absent to uncommon within 3 km of lek* | *Detrimental land uses are within line of sight of lek and uncommon or few within 3 km of lek* | *Detrimental land uses are within the vicinity of the lek site* |
| | Proximity of Trees or Other Tall Structures | *Trees or other tall structures are not within line of sight of lek and absent to uncommon within 3 km of lek* | *Trees or other tall structures are within line of sight of lek though uncommon or scattered within 3 km of lek* | *Trees or other tall structures are within the vicinity of the lek site* |

BLM_0065708

Table 16. Breeding (prelaying, nesting, and early brood-rearing) habitat life requisites, indicators, and suitability categories for site-scale habitat descriptions (adapted from Connelly et al. 2000; Sather-Blair et al. 2000; Hagen et al. 2007).

| Life Requisite | Habitat Indicator | Suitability Categories | | |
| --- | --- | --- | --- | --- |
| | | Suitable | Marginal | Unsuitable |
| Cover | Sagebrush Cover (%) | 15 to 25 | 5 to <15 or >25 | <5 |
| | Sagebrush Height (cm) | | | |
| | Mesic Site[1] | 40 to 80 | 20 to <40 or >80 | <20 |
| | Arid Site | 30 to 80 | 20 to <30 or >80 | <20 |
| | Predominant Sagebrush Shape | Spreading | Mix of spreading and columnar | Columnar |
| | Perennial Grass and Forb Height (cm) | ≥18 | 10 to <18 | <10 |
| | Perennial Grass Cover (%) | | | |
| | Mesic[1] | ≥15 | 5 to <15 | <5 |
| | Arid | ≥10 | 5 to <10 | <5 |
| Cover and Food | Perennial Forb Cover (%) | | | |
| | Mesic[1] | ≥10 | 5 to <10 | <5 |
| | Arid | ≥5 | 3 to <5 | <3 |
| Food | Preferred Forb Availability[2] | Preferred forbs are common with several species present | Preferred forbs are common but only a few preferred species are present | Preferred forbs are rare |

[1] Mesic and arid sites should be defined on a local basis; annual precipitation, herbaceous understory, and soils should be considered (Connelly et al. 2000).
[2] Relative to ecological site potential.

for sagebrush cover, which is barely marginal. Overall, the habitat is rated as suitable. In the second example, indicator measurements are in the marginal range for three out of the eight indicators (figure 17). Sagebrush cover is adequate, but understory cover conditions and food resources provide only marginal fourth-order suitability. The last example, which is native perennial grassland, is clearly unsuitable due to lack of sagebrush cover (figure 18). However, native perennial grassland in the breeding habitat area has the ecological potential and the habitat components (i.e., forb and sagebrush recruitment) to become suitable in the future.

**Summer Sites (form S-4, upland, and form S-5, riparian):** Suitability is described differently for summer/late brood-rearing seasonal habitats depending on whether they are associated with upland sagebrush communities or riparian/wet meadow communities (tables 17 and 18) in close proximity to sagebrush communities. The indicators for upland summer habitats are similar to those for breeding habitat, but the ranges for the suitability categories differ. For riparian areas and wetlands, their functioning condition, as defined by Prichard et al. (1998, 2003), is used to describe site stability, which impacts the likelihood that cover and food resources are provided annually (fourth-order temporal scale). Functioning conditions, though they differ slightly between lentic and lotic areas, are generally defined as follows:

- **Proper functioning condition** (PFC): An area is considered to be in PFC when adequate vegetation or other structure components are present to:

  – Dissipate energy, reduce erosion, and improve water quality.

  – Filter sediment and aid in floodplain development.

BLM_0065709

**Table 17.** Summer/late brood-rearing habitat life requisites, indicators, and suitability categories for upland sagebrush site-scale habitat descriptions (adapted from Connelly et al. 2000; Sather-Blair et al. 2000; Hagen et al. 2007).

| Life Requisite Feature | Habitat Indicator | Suitability Categories | | |
|---|---|---|---|---|
| | | Suitable | Marginal | Unsuitable |
| Cover | Sagebrush Cover (%) | 10 to 25 | 5 to <10 or >25 | <5 |
| | Sagebrush Height (cm) | 40 to 80 | 20 to <40 or >80 | <20 |
| Cover and Food | Perennial Grass and Forb Cover (%) | ≥15 | 5 to <15 | <5 |
| Food | Preferred Forb Availability[1] | Preferred forbs are common with appropriate numbers of species present | Preferred forbs are common but only a few preferred species are present | Preferred forbs are rare |

[1] Good abundance, diversity, and availability relative to ecological site potential.

**Table 18.** Summer/late brood-rearing habitat life requisites, indicators, and suitability categories for riparian or wet meadow site-scale habitat descriptions (adapted from Connelly et al. 2000; Sather-Blair et al. 2000; Hagen et al. 2007).

| Life Requisite | Habitat Indicator | Suitability Categories | | |
|---|---|---|---|---|
| | | Suitable | Marginal | Unsuitable |
| Cover and Food | Riparian and Wet Meadow Stability | Majority of areas are in PFC | Majority of areas are FAR | Majority of areas are NF |
| Food | Preferred Forb Availability[1] | Preferred forbs are common with appropriate numbers of species present | Preferred forbs are common but only a few preferred species are present | Preferred forbs are rare |
| Cover | Availability of Sagebrush Cover | Sagebrush cover is adjacent to brood-rearing areas (<100 m) | Sagebrush cover is in close proximity to brood-rearing areas (100-275 m) | Sagebrush cover is unavailable (>275 m) |

[1] Good abundance, diversity, and availability relative to ecological site potential.

- – Improve flood-water retention and ground-water recharge.
- – Stabilize streambanks and shorelines.
- – Develop diverse ponding and channel characteristic for fish and wildlife habitat and other uses.
- – Support greater biodiversity.

- **Functional–at risk (FAR):** An area is considered to be FAR when it possesses some or most of the elements for PFC but has at least one component/process that gives it a high probability of degradation.

- **Nonfunctioning (NF):** An area is considered NF when it clearly lacks the elements listed for PFC.

PFC data are available for most perennial streams and some wet meadows located on federal public lands. There are training opportunities and detailed procedures available for assessing PFC (Prichard et al. 1998, 2003). PFC data should be used whenever possible to help describe sage-grouse habitat. If PFC data cannot be obtained from other sources or collected directly, then the other two indicators should be used to assess habitat suitability.

Forb diversity should be described for brood-rearing areas associated with sagebrush uplands, including those adjacent to agricultural lands (e.g., alfalfa fields). With respect to the latter, descriptions should address whether sage-grouse are exposing themselves to unnecessary risks

BLM_0065710

associated with agricultural fields when forbs are present in the uplands or are taking advantage of the only forbs available. Not all agricultural lands provide good brood-rearing habitat. Certain agricultural practices (e.g., herbicide and pesticide spraying, mowing, use of domestic animals considered to be sage-grouse predators) create risks to sage-grouse survival. Potential risks associated with agricultural fields should be noted (e.g., pesticides (Blus et al. 1989), direct mortality by mower, West Nile virus, etc.).

Proximity to taller sagebrush communities may be an important habitat indicator in some situations. For instance, some brood-rearing habitat occurs in forb-rich, low sagebrush communities adjacent to big sagebrush. In other cases, the available forbs such as arrowleaf balsamroot (*Balsamorhiza sagittata*) may be providing adequate cover, especially for very young broods (≤21 days old).

**Winter Habitat (form S-6):** There are only two closely related indicators of concern for winter habitat (table 19). Identifying all existing potential or likely winter areas is generally more important than describing individual areas. However, evaluating wintering areas during years of above average snowfall can be helpful in identifying critical winter habitats that need protection.

**Step 7.** Describe fourth-order habitat suitability for the seasonal habitats of interest.

Summarize the seasonal suitability descriptions for the home range area on the "Sage-Grouse Site-Scale Seasonal Habitat Site Suitability Summary" (form S-7, appendix B). Be sure to summarize only those seasonal habitats for which data have been collected during the appropriate season. Further, summarize habitat potential for each area based on the presence of habitat components (e.g., sagebrush and forb recruitment) and ecological site potential. An example for a hypothetical home range area is presented in figure 19 based in part on the field data for the land cover types previously discussed. This summary, with the associated field data, represents a fourth-order habitat description for the home range area. Depict the habitat suitability of the seasonal use areas spatially within the home range on the map created in steps 1 and 2. Copies of completed fourth-order summary descriptions should be provided to the sage-grouse data coordinator for each state.

**Table 19.** Winter habitat life requisites, indicators, and suitability categories for site-scale habitat descriptions (adapted from Connelly et al. 2000; Sather-Blair et al. 2000).

| Life Requisite | Habitat Indicator | Suitability Categories | | |
| --- | --- | --- | --- | --- |
| | | Suitable | Marginal | Unsuitable |
| Cover and Food | Sagebrush Cover (%) | ≥10 | 5 to <10 | <5 |
| | Sagebrush Height (above snow) (cm) | ≥25 | >10 to <25 | ≤10 |

BLM_0065711

## Form S-7: Sage-Grouse Site-Scale Seasonal Habitat Site Suitability Summary

| Date: 6/23/12 | County: Blaine | State: ID | Evaluator(s): Janet Hill |
|---|---|---|---|
| Population: Snake, Salmon, Beaverhead | | Home Range Name: Big Hill | |
| Associated Leks: RB05; RB02 | | | |

| | Seasonal Habitat Information | | | | | Suitability | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Current | Future | |
| Seasonal Habitat | Land Cover Type | Ecological Site | Area (ha/ac) (upland) | Length (km/mi) (riparian) | Number of Sites (#) (leks, wet meadows, springs, etc.) | Suitable, Marginal, Unsuitable | Site potential limiting? | Habitat components present? |
| Lek | Wyoming big sagebrush/ bluebunch wheatgrass | | | | 4 | S | | |
| Lek | Wyoming and mountain big sagebrush/bluebunch/ wheatgrass/western juniper | | | | 2 | M | No | Yes |
| Breeding | Wyoming and big sagebrush/bluebunch/ wheatgrass | Loam 8-12 ARTRW8/ PSSPS | 2300 ha | | | S | | |
| Breeding | Threetip sagebrush/ bluebunch wheatgrass | Loam 8-12 ARTRW8/ PSSPS | 1400 ha | | | M | No | Yes |
| Breeding | Bluebunch wheatgrass | Loam 8-12 ARTRW8/ PSSPS | 5600 ha | | | U | No | Yes |
| Breeding | Threetip sagebrush/ crested wheatgrass | Loam 8-12 ARTRW8/ PSSPS | 2100 ha | | | M | No | Yes |
| Breeding | Crested wheatgrass | Loam 8-12 ARTRW8/ PSSPS | 700 ha | | | U | No | No |
| Summer | Riparian | | | 10 | | S | | |
| Summer | Riparian | | | 2 | | M | No | Yes |
| Summer | Wet Meadow | | | | 4 | S | | |
| Summer | Wet Meadow | | | | 2 | U | No | No |
| Winter | Not Measured | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Figure 19. An example of a completed seasonal habitat fourth-order suitability summary that includes information from the previous seasonal habitat worksheet examples.

BLM_0065712

# Glossary

**Abundance:** The total number of organisms in an area (Wisdom et al. 2003; Braun 2005).

**Adaptive Management:** An approach to natural resource management that involves identifying areas of scientific uncertainty, devising field management activities as real-world experiments to test that uncertainty, learning from the outcome of such experiments, and revising management guidelines on the basis of the knowledge gained (Morrison et al. 1998).

**Adult (sage-grouse):** A sage-grouse that is greater than 15 months of age and has entered or is about to enter its second breeding season (Connelly et al. 2003).

**Alliance (plant):** A physiognomically uniform group of plant associations sharing one or more dominant or diagnostic species, which as a rule are found in the uppermost stratum of the vegetation. Dominant species are often emphasized in the absence of detailed floristic information (such as quantitative data), whereas diagnostic species (including characteristic species, dominant differential, and other species groupings based on constancy) are used where detailed floristic data are available (Reid et al. 2002).

**Annual (plant):** A plant that completes its life cycle and dies in 1 year or less (Pellant et al. 2005).

**Anthropogenic Disturbance:** The direct loss or fragmentation of habitat due to human development and increased human activity causing the displacement of individuals through avoidance behavior (Holloran 2005).

**Anthropogenic Feature:** Any human-caused disturbance on the landscape that results in the direct loss or fragmentation of habitat.

**Assessment:** The process of estimating or judging the functional status of ecosystem structures, functions, or processes within a specified geographic area at a specific time (United States Department of the Interior 2001).

**Association (plant):** A plant community of definite floristic composition, uniform habitat conditions, and uniform physiognomy. The association level is differentiated from the alliance level by additional plant species, found in any stratum, which indicate finer scale environmental patterns and disturbance regimes (Reid et al. 2002).

**Breeding Habitat:** Leks and the sagebrush habitat surrounding leks that are collectively used for prelaying, breeding, nesting, and early brood-rearing activities from approximately March through June (Connelly et al. 2000; Connelly et al. 2003).

**Brood (sage-grouse):** A hen or group of hens with at least one chick.

**Canopy Cover:** The percentage of the ground (1) included in a vertical projection of imaginary polygons drawn about the total natural spread of foliage of the individuals of a species (usually used for herbaceous plants), or (2) covered by a projection of the crown, stems, and leaves of the plant onto the ground surface (usually used for shrubs).

**Chick (sage-grouse):** A sage-grouse up to 10 weeks of age (Connelly et al. 2003).

**Community:** A set of two or more interacting species, such as members of a trophic web, that live in a particular habitat (Meffe and Carroll 1997).

**Condition (vegetation):** The ability of a community or ecosystem to function naturally (Wisdom et al. 2005).

BLM_0065713

**Connectivity:** The degree to which habitats for a species are continuous or interrupted across a spatial extent. Habitats defined as continuous are within a prescribed distance over which a species can successfully conduct key activities (e.g., effective dispersal distances of seeds or juveniles; mean distances moved for foraging, nesting, and brood-rearing). Habitats defined as interrupted are outside the prescribed distance (Wisdom et al. 2003).

**Cover:** An indication of the relative amount of shelter or protection provided by all vegetation at a given point; it is normally used to assess nesting habitat (Connelly et al. 2003).

**Cover Type:** A vegetation classification depicting genera, species, group of species, or life forms of trees, shrubs, grasses, or sedges or a dominant physical feature (e.g., water or rock) or land use (e.g., urban or road) of an area. When a genus or species name is given to the cover type at a broad-scale, it is typically representative of a complex of species or genera with similar characteristics (Wisdom et al. 2000).

**Daubenmire Frame:** A rectangular frame, 20 x 50 cm, used to estimate canopy cover. The frame has a painted pattern that provides visual reference areas equal to 5, 25, 50, 75, and 95 percent of the plot area (Daubenmire 1959).

**Dispersal:** Movement of individuals to new living areas, including initial movements from place of birth to first attempted breeding area (natal dispersal) and subsequent movements from one breeding location to another (adult dispersal) (Elphick et al. 2001).

**Distribution:** The spread or scatter of an organism within its range (Morrison and Hall 2001).

**Disturbance:** Any relatively discrete event in time that disrupts ecosystem, community, or population structure, and changes resources, substrate availability, or the physical environment (White and Pickett 1985). *See also Anthropogenic Disturbance.*

**Droop Height:** The height of a grass or forb measured from the ground to the point where the plant naturally bends (maximum natural height). There may be no droop to some plants with relatively short stature (Connelly et al. 2003).

**Early Brood-Rearing Habitat:** Upland sagebrush sites relatively close to nest sites, typically characterized by high species richness with an abundance of forbs and insects, where sage-grouse hens raise young chicks (<21 days old) (Connelly et al. 2000).

**Ecological Reference Area (ERA):** Land in which ecological processes are functioning within a normal range of variability and the plant community has adequate resistance to and resilience against most disturbances. This area best represents the potential of a site in both physical function and biological health (Herrick et al. 2005).

**Ecological Site:** An area of land with a specific potential plant community and specific physical site characteristics, differing from other areas of land in its ability to produce vegetation and to respond to management (United States Department of the Interior 1996).

**Ecological Site Description:** A description of the soils, uses, and potential of a kind of land with specific physical characteristics to produce distinctive kinds and amounts of vegetation (Pellant et al. 2005).

**Ecological Site Potential:** The plant community that can be supported in an area given its edaphic and climatic potential (Habich 2001).

**Ecosystem:** The totality of components of all kinds that make up a particular environment; the complex of a biotic community and its abiotic, physical environment (Wisdom et al. 2005).

BLM_0065714

**Edge:** The intersection of two vegetation types (Morrison et al. 1998).

**Edge Effect:** The influence of a habitat edge on interior conditions of a habitat or on species that use interior habitat (Meffe and Carroll 1997).

**Encroachment:** Advancement beyond the usual or proper limits; often used to describe the advancement of pinyon pine or juniper woodlands into sagebrush communities (Wisdom et al. 2005).

**Erosion:** Detachment and movement of soil or rock fragments by water, wind, ice, or gravity (Habich 2001).

**Exotic:** Not native; an organism or species that has been introduced into an area and is thus outside of its native range (Wisdom et al. 2005).

**Extent:** (1) [*general*] The area over which observations are made (e.g., study area, species range); (2) [*spatial*] The geographic limits of a geographic dataset specified by the minimum bounding area (Wisdom et al. 2005).

**Extirpation:** The loss or removal of a species from one or more specific areas but not from all areas (Wisdom et al. 2005).

**Fall Habitat:** The matrix of sagebrush habitat areas that sage-grouse slowly move through from September through November, transitioning from summer habitat to winter habitat and shifting their diet from large amounts of forbs to exclusively sagebrush (Connelly et al. 2000).

**Foliar Cover:** The percentage of ground covered by the vertical projection of the aerial portion of plants. Small openings in the canopy and intraspecific overlap are excluded.

**Forb:** An herbaceous plant other than a grass, sedge, or rush, that has little or no woody material (United States Department of the Interior 1996).

**Fragmentation:** The process by which a species habitat is reduced and fragmented into pieces separated by areas of unsuitable habitat or nonhabitat. Habitat fragmentation <u>has not</u> occurred when habitat has been separated by unsuitable habitat but occupancy, reproduction, or survival of the species <u>has not</u> been affected (Franklin et al. 2002).

**Geographic Information System (GIS):** A collection of computer hardware, software, and geographic data for capturing, managing, analyzing, and displaying all forms of geographically referenced information (ESRI 2006).

**Grain:** (1) [*general*] The smallest resolvable unit of study (e.g., 1- x 1-m quadrant), which generally determines the lower limit of what can be studied (Morrison and Hall 2001); (2) [*spatial*] The mapping resolution at which spatial patterns are measured (Wisdom et al. 2000).

**Grass:** Any plant of the family Poaceae (United States Department of the Interior 1996).

**Grassland:** Vegetation dominated by grasses and grasslike plants, including sedges and rushes (Reid et al. 2002).

**Habitat:** An area with a combination of resources (such as space, food, cover, and water) and environmental conditions (such as temperature, precipitation, presence or absence of predators and competitors) that promotes occupancy by individuals of a given species and allows those individuals to survive and reproduce (Morrison et al. 1998).

**Habitat Indicator:** A component or attribute of habitat that can be observed and or measured to characterize suitability for space, food, cover, and water.

**Habitat Patch:** A species habitat unit, appropriate for the scale of interest, surrounded by unsuitable habitat (adapted from Franklin et al. 2002).

BLM_0065715

**Habitat Quality:** A measure of two components: (1) habitat use (selection) by animals, and (2) fitness consequences associated with that habitat (Van Horne 1983; Aldridge 2005; Aldridge and Boyce 2007).

**Habitat Selection:** The process by which an animal chooses its habitat or habitat components (Johnson 1980). The orders of selection are as follows:

    **First-Order Selection:** Selection of the physical or geographic range of a species.

    **Second-Order Selection:** Selection of the physical or geographic home range for a subpopulation (e.g., for a sage-grouse lek or lek group).

    **Third-Order Selection:** Selection of seasonal habitats (cover types) within a home range (e.g., sage-grouse seasonal habitat areas).

    **Fourth-Order Selection:** Selection of habitat components (food items and shelter provisions for feeding, nesting, and roosting areas) within a seasonal use area.

**Habitat Suitability:** The relative appropriateness of a certain ecological area for meeting the life requirements of an organism (i.e., space, food, cover, and water). Categories of habitat suitability include:

    **Suitable Habitat:** An area that provides environmental conditions necessary for successful survival and reproduction to sustain stable populations (Cooperrider et al. 1986; Morrison et al. 1998).

    **Marginal Habitat:** An area that supports the species but has generally lower survival rates and reproductive success by comparison and may or may not have the potential to become suitable in the future (Cooperrider et al. 1986).

    **Potential Habitat:** An area that is currently unoccupied but has the potential for occupancy in the foreseeable future (<100 years) through succession or restoration.

    **Unsuitable Habitat:** An area that does not currently provide one or more of the life requisites and therefore does not provide habitat, but it may provide habitat sometime in the foreseeable future (<100 years) through succession or restoration.

    **Nonhabitat:** An area within the historical distribution of sage-grouse that is unoccupied, does not currently provide habitat, and does not have the potential to provide habitat in the foreseeable future (<100 years).

**Herbaceous (vegetation):** Plants that die back to the ground each year, normally with soft, nonwoody stems (Connelly et al. 2003).

**Home Range:** The area traversed by an animal during its activities during a specified period of time (Morrison and Hall 2001).

**Indicator:** *See Habitat Indicator.*

**Invasive (plant):** A plant species that is not part of, or is a minor component of, a predisturbance plant community and that has the potential to become a dominant or codominant species on the site if its future establishment and growth is not actively controlled by management interventions (Pellant et al. 2005).

**Inventory:** A point-in-time measurement of a resource to determine its location or condition (Elzinga et al. 1998).

**Land Cover Type:** A classification of the observed biophysical cover on the surface of the earth (Wisdom et al. 2005).

**Landscape:** A mosaic of landforms, vegetation, and land uses; a heterogeneous land area that is often hierarchically structured and varies in extent with the organism(s) being studied and the purpose for defining a landscape (Urban et al. 1987; Liu and Taylor 2002).

BLM_0065716

**Landscape Matrix:** A broad-scale pattern of varied vegetation classes and land uses throughout a region (Urban et al. 1987; Crow 2002).

**Late Brood-Rearing Habitat:** A variety of habitats used by sage-grouse from July through September, including, but not limited to, wet meadows, farmland, riparian areas, dry lakebeds, and sagebrush areas (Connelly et al. 2000).

**Lek:** Open area surrounded by sagebrush, without trees or other tall structures in close proximity, where males traditionally display and breeding occurs (Connelly et al. 2000). Categories of leks are as follows:

> **Occupied lek:** (1) [*Greater Sage-Grouse*] A lek that has been active during at least one breeding season within the prior 5 years; (2) [*Gunnison Sage-Grouse*] A lek that has been attended by males in the previous 5 years. Note: The specific terms and definitions for lek status may vary by state. Use the terminology appropriate for your area.

> **Unoccupied lek:** (1) [*Greater Sage-Grouse*] A lek that has not been active during a period of 5 consecutive years; (2) [*Gunnison Sage-Grouse*] A lek that has been inactive for 5 years. Note: The specific terms and definitions for lek status may vary by state. Use the terminology appropriate for your area.

> **Undetermined lek:** Any lek that has not been documented as active in the last 5 years, but for which survey information is insufficient to designate the lek as unoccupied. Note: The specific terms and definitions for lek status may vary by state. Use the terminology appropriate for your area.

**Lek Group:** A group of leks with 5-km overlapping or contiguous buffers (Moynahan et al. 2007).

**Life Form (plant):** Characteristic form or appearance of a species at maturity, such as a grass, forb, tree, or shrub (Habich 2001).

**Life Requisite:** An item an animal needs to survive, including food, shelter or cover, water (Morrison et al. 1998), and space.

**Line Intercept—Daubenmire Frame (LIDF):** Two techniques for measuring canopy cover that involves placing a measuring tape between two points and measuring the amount of plant (crown, stems, leaves) that intersects a vertical projection of this line (Canfield 1941). The line intercept technique is used for measuring shrub cover and the Daubenmire frame technique is used for measuring herbaceous cover. *See Daubenmire Frame.*

**Line Point Intercept (LPI):** A rapid, accurate method for quantifying soil cover, including vegetation, litter, rocks, and biotic crusts (Herrick et al. 2005). The methodology uses a measuring tape, two pins for anchoring the tape, and a straight, small-diameter rod to determine plant cover and composition.

**Linkage Area:** A land cover type, other than occupied sagebrush shrubland, that sage-grouse frequently use and may move through to another habitat patch. If made into suitable habitat, this area will increase movement between populations and decrease the probability of extinction of the species by stabilizing population dynamics (Gunnison Sage-Grouse Rangewide Steering Committee 2005).

**Marginal Habitat:** *See Habitat Suitability.*

**Monitoring:** The collection and analysis of repeated observations or measurements to evaluate changes in condition and progress toward meeting a management objective (Elzinga et al. 1998).

**Native (plant):** Indigenous to a given place (Wisdom et al. 2005).

**Nesting Habitat:** Area with protective grass and high lateral shrub cover where hens nest, typically under sagebrush shrubs (Connelly et al. 2000).

BLM_0065717

**Nonhabitat:** *See Habitat Suitability.*

**Noxious Weed:** An unwanted plant specified by federal or state laws as being especially undesirable, troublesome, and difficult to control. It grows and spreads in places where it interferes with the growth and production of desired species (Habich 2001).

**Occupied Habitat (sage-grouse):** All sagebrush and associated plant communities known to be used by sage-grouse within the last 10 years. Sagebrush areas that are contiguous with areas of known use and that do not have effective barriers to sage-grouse movement from those areas are considered occupied unless specific information exists that documents the lack of sage-grouse use.

**Overstory:** The upper canopy or canopies of plants, usually referring to trees, shrubs, and vines (United States Department of the Interior 1996).

**Patch:** *See Habitat Patch.*

**Perennial (plant):** A plant that has a lifespan of 3 or more years (Pellant et al. 2005).

**Population:** A collection of organisms of the same species that freely share genetic material (i.e., breed) (Morrison et al. 1998; Braun 2005). *See also Subpopulation.*

**Potential Habitat:** *See Habitat Suitability.*

**Precision:** The closeness of repeated measurements of the same quantity (Elzinga et al. 1998; Braun 2005).

**Proper Functioning Condition (PFC) Assessment:** A consistent approach for considering hydrology, vegetation, and erosion/deposition (soils) attributes and processes to assess the condition of riparian-wetland areas (Prichard et al. 2003). Function ratings are as follows:

    **Proper Functioning Condition (PFC):** A riparian-wetland area in which adequate vegetation or other structure components are present to dissipate energy, reduce erosion and improve water quality, filter sediment and aid in floodplain development, improve flood-water retention and ground-water recharge, stabilize streambanks and shorelines, develop diverse ponding and channel characteristics for fish and wildlife habitat among other things, and support greater biodiversity.

    **Functional—At Risk (FAR):** A riparian-wetland area that is in functional condition but has at least one attribute or process that makes it susceptible to degradation.

    **Nonfunctioning (NF):** A riparian-wetland area that clearly does not provide adequate vegetation, landform, or large woody debris to dissipate energies associated with high flow and thus does not reduce erosion, improve water quality, etc. (Prichard et al. 2003).

**Quantitative:** Data derived from measurements, such as counts, dimensions, weights, etc., and recorded numerically. Qualitative numerical estimates, such as ocular cover and production estimates, are often referred to as "semiquantitative" (Pellant et al. 2005).

**Range:** The limits within which an organism lives or can be found (Morrison and Hall 2001).

**Range Site:** *See Ecological Site.*

**Recruitment:** The addition of new individuals (typically only breeding individuals) to a population through reproduction (Dinsmore and Johnson 2005).

**Reference Period:** A period of time during which data were collected at an area that can be chosen to provide a basis or standard for evaluation or comparison of trend over time. *See also Ecological Reference Area.*

**Restoration:** The process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed. An ecosystem is recovered or restored when it contains sufficient biotic and

BLM_0065718

abiotic resources to continue its development without further assistance or subsidy (Society for Ecological Restoration International 2004).

**Riparian (habitat):** An area that is saturated or inundated at a frequency and duration sufficient to produce vegetation typically adapted for life in saturated soil conditions (Prichard et al. 2003).

**Risk:** The potential or probability of an adverse event (Wisdom et al. 2005).

**Road:** A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use (United States Department of the Interior 2006).

**Sagebrush Ecosystem:** Arid and semiarid, sagebrush-dominated lands in the western United States and Canada that encompass the approximate boundaries of the historical range of Greater and Gunnison Sage-Grouse (Wisdom et al. 2005).

**Scale:** The resolution at which patterns are measured, perceived, or represented. Scale can be broken into several components, including grain and extent (Morrison and Hall 2001). For sage-grouse, scales are as follows:

> **Broad Scale:** Entire species range and populations (first-order habitat selection).

> **Mid Scale:** Subpopulations (second-order habitat selection).

> **Fine Scale:** Seasonal use areas (third-order habitat selection).

> **Site Scale:** Seasonal foraging and shelter habitat (fourth-order habitat selection).

**Selection:** *See Habitat Selection.*

**Shrub:** A plant that has persistent woody stems and a relatively low growth habit (less than 5 meters tall) and that generally produces several basal shoots instead of a single bole (Pellant et al. 2005).

**Shrubland:** Vegetation dominated by shrubs that are generally greater than 0.5 m tall and less than 5 m tall and that generally form greater than 25 percent cover, with trees forming less than 25 percent cover (Reid et al. 2002).

**Shrub Steppe:** Habitats characterized in western North America by woody, midheight shrubs and perennial bunchgrasses; typically arid, with annual precipitation averaging <36 cm (14 in) over much of the region (Wisdom et al. 2003).

**Sink Habitat:** Habitat in which local mortality exceeds reproductive success and, therefore, the number of individuals occupying the habitat is declining (Meffe and Carroll 1997).

**Site:** An area of uniform physical and biological properties and management status (Morrison and Hall 2001).

**Site Suitability:** The suitability of a specific land cover type or other sampling unit in a seasonal use area based on field data collection.

**Source Habitat:** Habitat in which local reproductive success exceeds local mortality, thus producing an excess of individuals to emigrate to other areas (Meffe and Carroll 1997).

**Species:** Groups of populations that can potentially interbreed or are actually interbreeding and can successfully produce viable, fertile offspring (Mayr 1969).

**Species Composition (plant):** The proportions of various plant species in relation to the total in a given area; it may be expressed in terms of relative cover, density, or weight (Habich 2001).

**Subpopulation:** A portion of a population in a specific geographic location (Morrison et al. 1998). *See also Population.*

BLM_0065719

**Succession (plant):** An orderly and predictable process in which vegetation change represents the life history of a plant community, developing to a distinct climax condition (Morrison et al. 1998).

**Succulent:** Juicy, watery, or pulpy, as the moist stems of cacti (Habich 2001).

**Suitable Habitat:** *See Habitat Suitability.*

**Summer Habitat:** The summer or late brood-rearing period from July through August, when hens and chicks use a variety of moist and mesic habitats where succulent forbs and insects are found in close proximity to sagebrush (Connelly et al. 2000).

**Trend:** The direction of change in ecological status or resource value rating observed over time (Herrick et al. 2005).

**Understory:** Plants growing beneath the canopy of other plants; usually refers to grasses, forbs, and low shrubs under a tree or shrub canopy (United States Department of the Interior 1996).

**Unsuitable Habitat:** *See Habitat Suitability.*

**Upland (habitat):** An area that is not inundated with water and typically supports vegetation types adapted to life in nonsaturated soil conditions (Prichard et al. 2003).

**Watershed:** A group of streams that flow into a subbasin (Wisdom et al. 2000).

**Wet Meadow:** A meadow where the surface remains wet or moist throughout the summer, usually characterized by sedges and rushes (United States Department of the Interior 1996).

**Winter Habitat:** Sagebrush habitats that provide access to sagebrush above the snow for all food and cover requisite needs (Connelly et al. 2000).

**Woodland:** Vegetation dominated by open stands of trees with crowns not usually touching (generally forming 25-60 percent cover); canopy tree cover may be less than 25 percent in cases where it exceeds shrub, dwarf-shrub, herb, and nonvascular cover, respectively (Reid et al. 2002).

BLM_0065720