# Literature Cited

Aldridge, C.L. 2005. Identifying habitats for persistence of Greater Sage-Grouse (*Centrocercus urophasianus*) in Alberta, Canada. Ph.D. dissertation, University of Alberta, Edmonton, Alberta, Canada.

Aldridge, C.L. and M.S. Boyce. 2007. Linking occurrence and fitness to persistence: Habitat-based approach for endangered Greater Sage-Grouse. Ecological Applications 17:508-526.

Aldridge, C.L., S.E. Nielsen, H.L. Beyer, M.S. Boyce, J.W. Connelly, S.T. Knick and M.A. Schroeder. 2008. Range-wide patterns of Greater Sage-Grouse persistence. Diversity and Distributions 17:983-994.

Balch, J.K., B.A. Bradley, C.M. D'Antonio, and J. Gomez-Dans. 2013. Introduced annual grass increases regional fire activity across the arid western USA (1980-2009). Global Change Biology 19:173-183.

Baruch-Mordo, S., J.S. Evans, J.P. Severson, D.E. Naugle, J.D. Maestas, J.M. Kiesecker, M.J. Falkowski, C.A. Hagen, and K.P. Reese. 2013. Saving sage-grouse from the trees: A proactive solution to reducing a key threat to a candidate species. Biological Conservation 167:233-241.

Beck, J.L., K.P. Reese, J.W. Connelly, and M.B. Lucia. 2006. Movements and survival of juvenile Greater Sage-Grouse in southeastern Idaho. Wildlife Society Bulletin 34:1070-1078.

Berry, J.D. and R.L. Eng. 1985. Interseasonal movements and fidelity to seasonal use areas by female sage grouse. Journal of Wildlife Management 49:237-240.

Blus, L.J., C.S. Staley, C.J. Henny, G.W. Pendleton, T.H. Craig, E.H. Craig, and D.K. Halford. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management 53:1139-1146.

Bonham, C.D. 2013. Measurements for terrestrial vegetation. Second edition. Wiley-Blackwell, Chichester, West Sussex, Hoboken, NJ.

Bonham, C.D., D.E. Mergen, and S. Montoya. 2004. Plant cover estimation: A contiguous Daubenmire frame. Rangelands 26:17-22.

Bottrill, M.C., L.N. Joseph, J. Carwardine, M. Bode, C. Cook, E.T. Game, H. Grantham, S. Kark, S. Linke, E. McDonald-Madden, R.L. Pressey, S. Walker, K.A. Wilson, and H.P. Possingham. 2008. Is conservation triage just smart decision making? Trends in Ecology and Evolution 23:649-654.

Braun, C.E., ed. 2005. Techniques for wildlife investigations and management. Sixth edition. The Wildlife Society, Bethesda, MD.

Canfield, R.H. 1941. Application of the line-intercept method in sampling range vegetation. Journal of Forestry 39:388-394.

Chambers, J.C., B.A. Bradley, C.S. Brown, C. D'Antonio, M.J. Germino, J.B. Grace, S.P. Hardegree, R.F. Miller, and D.A. Pyke. 2013. Resilience to stress and disturbance to *Bromus tectorum* L. invasion in cold desert shrublands of western North America. Ecosystems 17:360-375.

Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. Journal of Wildlife Management 52:116-122.

BLM_0065721

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation assessment of Greater Sage-Grouse and sagebrush habitats. Unpublished report. Western Association of Fish and Wildlife Agencies, Cheyenne, WY.

Connelly, J.W., K.R. Reese, and M.A. Schroeder. 2003. Monitoring of Greater Sage-Grouse habitats and populations. Station Bulletin 80. College of Natural Resources Experiment Station, University of Idaho, Moscow, ID.

Connelly, J.W., E.T. Rinkes, and C.E. Braun. 2011. Characteristics of Greater Sage-Grouse habitats: A landscape species at micro- and macroscales. *In* Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 69–83. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun. 2000. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967-985.

Cooperrider, A.Y., R.J. Boyd, and H.R. Stuart, editors. 1986. Inventory and monitoring of wildlife habitat. U.S. Department of the Interior, Bureau of Land Management, Denver, CO.

Copeland, H.E., A. Pocewicz, D.E. Naugle, T. Griffiths, D. Keinath, J. Evans, and J. Platt. 2013. Measuring the effectiveness of conservation: A novel framework to quantify the benefits of sage-grouse conservation policy and easements in Wyoming. PLoS ONE 8(6):e67261.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deepwater habitats of the United States. U.S. Fish and Wildlife Service. Washington, DC.

Cronquist, A., A.H. Holmgren, N.H. Holmgren, and J.L. Reveal. 1972. Intermountain flora: Vascular plants of the Intermountain West, U.S.A. Volume 1. Hafner Publishing Company, New York, NY.

Crow, T.R. 2002. Putting multiple use and sustained yield into a landscape context. *In* Integrating landscape ecology into natural resource management, edited by J. Liu and W.W. Taylor, 349-365. Cambridge University Press, Cambridge, United Kingdom.

D'Antonio, C.M. and P.M. Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. Annual Review of Ecology and Systematics 23:63-87.

Daubenmire, R.F. 1959. A canopy-coverage method of vegetation analysis. Northwest Science 33:43-64.

Davies, K.W., C.S. Boyd, J.L. Beck, J.D. Bates, T.J. Svejcar, and M.A. Gregg. 2011. Saving the sagebrush sea: An ecosystem conservation plan for big sagebrush plant communities. Biological Conservation 144:2573-2584.

Dinsmore, S.J. and D.H. Johnson. 2005. Population analysis in wildlife biology. *In* Techniques for wildlife investigations and management, edited by C.E. Braun, 154-184. Sixth edition. The Wildlife Society, Bethesda, MD.

Doherty, K.E., J.D. Tack, J.S. Evans, and D.E. Naugle. 2010. Mapping breeding densities of Greater Sage-Grouse: A tool for range-wide conservation planning. Completion Report, Interagency Agreement #L10PG00911. Bureau of Land Management, Washington, DC.

Elphick, C., J.B. Dunning, Jr., and D.A. Sibley, eds. 2001. The Sibley guide to bird life and behavior. The National Audubon Society. Alfred A. Knopf, New York, NY.

BLM_0065722

Elzinga, C.L., D.W. Salzer, and J.W. Willoughby. 1998. Measuring and monitoring plant populations. Technical Reference 1730-1. U.S. Department of the Interior, Bureau of Land Management, Denver, CO.

Esri. What is GIS? www.esri.com/what-is-gis/. Accessed May 9, 2006.

Fedy, B.C., C.L. Aldridge, K.E. Doherty, M. O'Donnell, J.L. Beck, B. Bedrosian, M.J. Holloran, J.D. Johnson, N.W. Kaczor, C.P. Kirol, C.A. Mandich, D. Marshall, G. McKee, C. Olson, C.C. Swanson, and B.L. Walker. 2012. Interseasonal movement of Greater Sage-Grouse, migratory behavior, and an assessment of the core regions concept in Wyoming. Journal of Wildlife Management 76:1062-1071.

Floyd, D.A. and J.E. Anderson. 1987. A comparison of three methods for estimating plant cover. Journal of Ecology 75:221-228.

Franklin, A.B., B.R. Noon, and T.L. George. 2002. What is habitat fragmentation? Studies in Avian Biology 25:20-29.

Gilbert, F.F. and D.G. Dodds. 1987. The philosophy and practice of wildlife management. Robert E. Krieger Publishing, Malabar, FL.

Gunnison Sage-Grouse Rangewide Steering Committee. 2005. Gunnison Sage-Grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, CO.

Habich, E.F. 2001. Ecological site inventory. Technical Reference 1734-7. U.S. Department of the Interior, Bureau of Land Management, Denver, CO.

Hagen, C.A., J.W. Connelly, and M.A. Schroeder. 2007. A meta-analysis of Greater Sage-Grouse Centrocercus urophasianus nesting and brood-rearing habitats. Wildlife Biology 13 (Suppl. 1):42-50.

Hann, W.J., J.L. Jones, M.G. Karl, P.F. Hessburg, R.E. Keane, D.G. Long, J.P. Menakis, C.H. McNicoll, S.G. Leonard, R.A. Gravenmier, and B.G. Smith. 1997. Landscape dynamics of the Basin. In An assessment of ecosystem components in the interior Columbia Basin and portions of the Klamath and Great Basins, edited by T.M. Quigley and S.J. Arbelbide, 337-1055. Volume 2. U.S. Forest Service, Pacific Northwest Research Station, Portland, OR.

Hanser, S.E. and S.T. Knick. 2011. Greater Sage-Grouse as an umbrella species for shrubland passerine birds: a multiscale assessment. In Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 475-488. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Herrick, J.E., J.W. Van Zee, K.M. Havstad, L.M. Burkett, and W.G. Whitford. 2005. Monitoring manual for grassland, shrubland and savanna ecosystems. Volumes I and II. United States Department of Agriculture, Agricultural Research Service, Jornada Experimental Range, Las Cruces, NM.

Holloran, M.J. 2005. Greater Sage-Grouse (Centrocercus urophasianus) population response to natural gas field development in western Wyoming. Ph.D. dissertation, University of Wyoming, Laramie, WY.

Johnson, D.H. 1980. The comparison of usage and availability measurements for evaluating resource preference. Ecology 61:65-71.

Johnson, D.H., M.J. Holloran, J.W. Connelly, S.E. Hanser, C.L. Amundson, and S.T. Knick. 2011. Influences of environmental and anthropogenic features on Greater Sage-Grouse populations, 1997–2007. In Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 407-450.

BLM_0065723

Literature Cited

Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Knick, S.R and J.W. Connelly, editors. 2011. Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats. Cooper Ornithological Society Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Knick, S.T. and S.E. Hanser. 2011. Connecting pattern and process in Greater Sage-Grouse populations and sagebrush landscapes. *In* Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 383-406. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Knick, S.T., S.E. Hanser, R.F. Miller, D.A. Pyke, M.J. Wisdom, S.P. Finn, E.T. Rinkes, and C.J. Henny. 2011. Ecological influence and pathways of land use in sagebrush. *In* Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 203-251. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Knick, S.T., S.E. Hanser, and K.L. Preston. 2013. Modeling ecological minimum requirements for distribution of Greater Sage-Grouse leks: Implications for population connectivity across their western range, U.S.A. Ecology and Evolution 3:1539-1551.

Kuchler, A.W. 1970. Potential natural vegetation. *In* The national atlas of the United States of America, 89-92. U.S. Department of the Interior, Geological Survey, Washington, DC.

Leonard, K.M., K.P. Reese, and J.W. Connelly. 2000. Distribution, movements and habitats of sage grouse *Centrocercus urophasianus* on the Upper Snake River Plain of Idaho: Changes from the 1950s to the 1990s. Wildlife Biology 6:265-270.

Liu, J. and W.W. Taylor, eds. 2002. Integrating landscape ecology into natural resource management. Cambridge University Press, Cambridge, United Kingdom.

Lyon, A.G. 2000. The potential effects of natural gas development on sage grouse near Pinedale, Wyoming. Master's thesis, University of Wyoming, Laramie, WY.

Lyon, A.G. and S.H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

MacKinnon, W.C., J.W. Karl, G.R. Toevs, J.J. Taylor, M. Karl, C.S. Spurrier, and J.E. Herrick. 2011. BLM core terrestrial indicators and methods. Technical Note 440. U.S. Department of the Interior, Bureau of Land Management, National Operations Center, Denver, CO.

Mayr, E. 1969. Principles of systematic zoology. McGraw-Hill, New York, NY.

Meffe, G.K. and C.R. Carroll. 1997. Principles of conservation biology. Sinauer Associates, Inc., Sunderland, MA.

Miller, R.F. and L.L. Eddleman. 2001. Spatial and temporal changes of sage grouse habitat in the sagebrush biome. Technical Bulletin 151. Oregon State University, Corvallis, OR.

Miller, R.F., S.T. Knick, D.A. Pyke, C.W. Meinke, S.E. Hanser, M.J. Wisdom, and A.L Hild. 2011. Characteristics of sagebrush habitats and limitations to long-term conservation. *In* Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 145-184. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

BLM_0065724

Mills, L.S. 2013. Focal species to bridge from populations to ecosystems. *In* Conservation of wildlife populations, 244-250. Second edition. Wiley-Blackwell Publishing, Oxford, United Kingdom.

Mooney, H.A. and E.E. Cleland. 2001. The evolutionary impact of invasive species. Proceedings of the National Academy of Sciences 98:5446–5451.

Morrison, M.L. and L.S. Hall. 2001. Standard terminology: Toward a common language to advance ecological understanding and application. *In* Predicting species occurrences: Issues of accuracy and scale, edited by J.M. Scott, P.J. Heglund, M.L. Morrison, J.B. Haufler, M.G. Raphael, W.A. Wall, and F.B. Samson, 43-52. Island Press, Washington, DC.

Morrison, M.L., B.M. Marcot, and R.W. Mannan. 1998. Wildlife—habitat relationships: Concepts and applications. University of Wisconsin Press, Madison, WI.

Moynahan, B.J., M.S. Lindberg, J.J. Rotella, and J.W. Thomas. 2007. Factors affecting nest survival of Greater Sage-Grouse in north central Montana. Journal of Wildlife Management 71:1773-1783.

Nielson, R.P., L.F. Pitelka, A.M. Solomon, R. Nathan, G.F. Midgley, J.M.V. Fragoso, H. Lischke, and K. Thompson. 2005. Forecasting regional to global plant migration in response to climate change. BioScience 55:749-760.

Oyler-McCance, S.J. and T.W. Quinn. 2011. Molecular insights into the biology of Greater Sage-Grouse. *In* Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 85-94. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

Pellant, M., P. Shaver, D.A. Pyke, and J.E. Herrick. 2005. Interpreting indicators of rangeland health. Version 4. Technical Reference 1734-6. U.S. Department of the Interior, Bureau of Land Management, Denver, CO.

Prichard, D., J. Anderson, C. Correll, J. Fogg, K. Gebhardt, R. Krapf, S. Leonard, B. Mitchell, and J. Staats. 1998. Riparian area management: A user guide to assessing proper functioning condition and the supporting science for lotic areas. Technical Reference 1737-15. U.S. Department of the Interior, Bureau of Land Management, National Applied Research Science Center, Denver, CO.

Prichard, D., F. Berg, W. Hagenbuck, R. Krapf, R. Leinard, S. Leonard, M. Manning, C. Noble, and J. Staats. 2003. Riparian area management: A user guide to assessing proper functioning condition and the supporting science for lentic areas. Technical Reference 1737-16. U.S. Department of the Interior, Bureau of Land Management, National Applied Research Science Center, Denver, CO.

Reid, M., P. Comer, H. Barrett, S. Caicco, R. Crawford, C. Jean, G. Jones, J. Kagan, M. Karl, G. Kittel, P. Lyon, M. Manning, E. Peterson, R. Rosentreter, S. Rust, D. Tart, C. Williams, and A. Winward. 2002. International classification of ecological communities: Terrestrial vegetation of the United States. Sagebrush vegetation of the Western United States. Final report for the United States Geological Survey, Forest and Rangeland Ecosystem Science Center, Boise, Idaho. NatureServe, Arlington, VA.

Ries, L.R., R.J. Fletcher, J. Battin, and T.D. Sisk. 2004. Ecological responses to habitat edges: Mechanisms, models, and variability explained. Annual Review of Ecology, Evolution, and Systematics 35:491-522.

BLM_0065725

Rowland, M.M., M. Leu, S. Hanser, S.P. Finn, C.L. Aldridge, S.T. Knick, L.H. Suring, J.M. Boyd, M.J. Wisdom, and C.W. Meinke. 2006a. Assessment of threats to sagebrush habitats and associated species of concern in the Wyoming Basins. Version 2.0. Unpublished report on file at U.S. Geological Survey, Biological Resources, Snake River Field Station, 970 Lusk St., Boise, ID 83706.

Rowland, M.M., L.H. Suring, and M.J. Wisdom. 2010. Assessment of habitat threats to shrublands in the Great Basin: A case study. *In* Advances in threat assessment and their application to forest and rangeland management, edited by J.M. Pye, H.M. Rauscher, Y. Sands, D.C. Lee, and J.S. Beatty, 673-685. PNW-GTR-802. U.S. Department of Agriculture, Forest Service, Portland, OR.

Rowland, M.M., M.J. Wisdom, L.H. Suring, and C.W. Meinke. 2006b. Greater Sage-Grouse as an umbrella species for sagebrush-associated vertebrates. Biological Conservation 129:323-335.

Sage Grouse Initiative. 2014. Wildfire and cheatgrass: New science helps reduce threats to sage grouse. Science to Solutions Series, Number 5. www.sagegrouseinitiative. com/wp-content/uploads/2014/11/S2S-WildfireCheatgrass-Nov5-2014.pdf.

Sather-Blair, S., P. Makela, T. Carrigan, and L. Anderson. 2000. A framework to assist in making sensitive species-habitat assessment for BLM-administered public lands in Idaho: Sage-grouse. Unpublished report. Bureau of Land Management, Idaho State Office, Branch of Resources and Science.

Santini, K. 2012. Vegetation treatment effects in a Wyoming big sagebrush community and comparison of two methods for estimating shrub canopy cover. Master's thesis, University of Idaho, Moscow, ID.

Schroeder, M.A., C.L. Aldridge, A.D. Apa, J.R. Bohne, C.E. Braun, S.D. Bunnell, J.W. Connelly, P.A. Deibert, S.C. Gardner, M.A. Hilliard, G.D. Kobriger, S.M. McAdam, C.W. McCarthy, J.J. McCarthy, D.L. Mitchell, E.V. Rickerson, and S.J. Stiver. 2004. Distribution of sage-grouse in North America. Condor 106:363-376.

Schroeder, M.A. and L.A. Robb. 2003. Fidelity of Greater Sage-Grouse *Centrocercus urophasianus* to breeding areas in a fragmented landscape. Wildlife Biology 9:291-299.

Schroeder, M.A., J.R. Young, and C.E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). *In* The birds of North America, edited by A. Poole and F. Gill, Number 425, 1-28. The Birds of North America, Inc., Philadelphia, PA.

Scott, J.M., D.D. Goble, A.M. Haines, J.A. Wiens, and M.C. Neel. 2010. Conservation-reliant species and the future of conservation. Conservation Letters 3:91-97.

Society for Ecological Restoration International. 2004. The SER International Primer on Ecological Restoration. Version 2. Science and Policy Working Group. Tucson, AZ. http://www.ser.org/docs/default-document-library/English.pdf.

Stiver, S.J., A.D. Apa, J.R. Bohne, S.D. Bunnell, P.A. Deibert, S.C. Gardner, M.A. Hilliard, C.W. McCarthy, and M.A. Schroeder. 2006. Greater Sage-Grouse comprehensive conservation strategy. Unpublished report. Western Association of Fish and Wildlife Agencies, Cheyenne, WY.

Symstad, A.J., C.L. Wienk, and A.D. Thorstenson. 2008. Precision, repeatability, and efficiency of two canopy-cover estimate methods in northern Great Plains vegetation. Rangeland Ecology and Management 61:419-429.

BLM_0065726

Taylor, R.L., J.D. Tack, D.E. Naugle, and L.S. Mills. 2013. Combined effects of energy development and disease on Greater Sage-Grouse. PLoS ONE 8(8):e71256.

Thacker E.T. 2010. Greater Sage-Grouse seasonal ecology and responses to habitat manipulations in northern Utah. Ph.D. dissertation, Utah State University, Logan, UT.

Toevs, G.R., J.J. Taylor, C.S. Spurrier, W.C. MacKinnon, and M.R. Bobo. 2011. Bureau of Land Management assessment, inventory, and monitoring strategy: For integrated renewable resources management. Bureau of Land Management, National Operations Center, Denver, CO.

United States Department of the Interior. 1980. Habitat evaluation procedures (HEP). Ecological Services Manual 102. Fish and Wildlife Service, Washington, DC.

United States Department of the Interior. 1996. Sampling vegetation attributes. Interagency technical reference. Bureau of Land Management, National Applied Resource Sciences Center, Denver, CO.

United States Department of the Interior. 2001. Rangeland health standards. Handbook H-4180-1. Bureau of Land Management, Washington, DC.

United States Department of the Interior. 2006. Roads and trails terminology. Technical Note 422. Bureau of Land Management, Denver, CO. http://www.blm.gov/style/medialib/blm/wo/blm_library/tech_notes.Par.17069.File.dat/TN_422.pdf.

Urban, D.L., R.V. O'Neill, and H.H. Shugart, Jr. 1987. Landscape ecology: A hierarchical perspective can help scientists understand spatial patterns. BioScience 37:119-127.

U.S. Fish and Wildlife Service. 2013. Greater Sage-Grouse (Centrocercus urophasianus) conservation objectives: Final report. U.S. Fish and Wildlife Service, Denver, CO.

Van Horn, B. 1983. Density as a misleading indicator of habitat quality. Journal of Wildlife Management 47:893–901.

Walker, B.L. and D.E. Naugle. 2011. West Nile virus ecology in sagebrush habitat and impacts on Greater Sage-Grouse populations. In Greater Sage-Grouse: Ecology and conservation of a landscape species and its habitats, edited by S.T. Knick and J.W. Connelly, 127-142. Studies in Avian Biology, vol. 38. University of California Press, Berkeley, CA.

West, N.E. 1983. Western intermountain sagebrush steppe. In Ecosystems of the world 5: Temperate deserts and semi-deserts, edited by N.E. West, 351-397. Elsevier Scientific Publishing Co., New York, NY.

White, P.S. and S.T.A. Pickett. 1985. Natural disturbance and patch dynamics: An introduction. In The ecology of natural disturbance and patch dynamics, edited by S.T.A. Pickett and P.S. White, 3-13. Academic Press, New York. NY.

Wisdom, M.J., R.S. Holthausen, B.K. Wales, D.C. Lee, C.D. Hargis, V.A. Saab, W.J. Hann, T.D. Rich, M.M. Rowland, W.J. Murphy, and M.R. Eames. 2000. Source habitats for terrestrial vertebrates of focus in the interior Columbia Basin: Broad-scale trends and management implications. General Technical Report PNW-GTR-000. U.S. Department of Agriculture, Forest Service, Portland, OR.

BLM_0065727

Wisdom, M.J., M.M. Rowland, and L.H. Suring. 2005. Habitat threats in the sagebrush ecosystem: Methods of regional assessment and applications in the Great Basin. Alliance Communications Group, Lawrence, KS.

Wisdom, M.J., M.M. Rowland, L.H. Suring, L. Schueck, C.W. Meinke, B.C. Wales, and S.T. Knick. 2003. Procedures for regional assessment of habitats for species of conservation concern in the sagebrush ecosystem. Version 1. U.S. Forest Service, Pacific Northwest Research Station, La Grande, OR.

Yost, A.C., S.L. Petersen, M. Gregg, and R. Miller. 2008. Predictive modeling and mapping sage grouse (*Centrocercus urophasianus*) nesting habitat using maximum entropy and a long-term dataset from southern Oregon. Ecological Informatics 3:375-386.

BLM_0065728

# Appendix A:
# Craters of the Moon National Monument Case Study

## General Overview

The project area is located on the central Snake River Plain and encompasses nearly 300,000 acres of BLM lands within the Craters of the Moon National Monument (CRMO). Private and state lands are interspersed throughout the area, but do not significantly affect the continuity of the landscape. Shrub cover types are generally Wyoming big sagebrush, antelope bitterbrush, or threetip sagebrush at the lower elevations and mountain big sagebrush at higher elevations. Predominant native perennial understory grasses vary between Thurber's needlegrass, needle-and-thread grass, bluebunch wheatgrass, and Idaho fescue. Roughly two-thirds of the transect sites that were read have been exposed to wildfires in the past 20 years, including 2012 fires that burned 42 sites, and have been treated with a mix of native and nonnative seedings. Roughly one-third of the sites read have greater than 30 percent cover of cheatgrass, although some of those areas are also dominated by sagebrush overstory that could still be important to Greater Sage-Grouse, such as during the winter. The area is habitat for several big game species, raptors, and sagebrush obligates such as Greater Sage-Grouse. The primary land uses are grazing and recreation.

## Site Stratification

Prior to the field season, the CRMO interdisciplinary (ID) team developed objectives related to the assessment that would help inform future management decisions. The key questions were "What is the status of Greater Sage-Grouse habitat in the CRMO area?" and "How do we stratify this to answer the questions of habitat suitability compared to current management and site potential?" Objectives were also developed to assist with setting parameters for site stratification. These objectives were to quantify the status of Greater Sage-Grouse in the CRMO by ecological site, pasture, and seasonal habitat designation; determine compatibility between assessment, inventory, and monitoring (AIM) program core indicators and the HAF; and establish locations for long-term monitoring of sage-grouse habitat.

Stratification was completed by the Jornada Experimental Range, New Mexico State University, Las Cruces, using ArcGIS Spatial Analyst. Initially, the current status of spatial and tabular data was determined, and then a boundary for the spatial extent of the study area was defined. Based on the existing data, several parameters were selected for use including existing vegetation, past land treatments, wildfires, and ecological sites. The ecological sites were grouped by similar environmental conditions (e.g., ARTRW8/FEID and ARTRW8/ACTH7) to reduce the number of units needing sampling from 38 to 10. Ecological sites reflect similarities that can be related to the state and transition models, expected potential, and expected vegetation for the site. Allotment and pasture boundaries were used as the analysis unit. A travel management plan had recently been completed, so the official roads and trails layer was used to determine a strategy for getting to sites. The range improvements layer was used to determine potential conflicts prior to field verification to ensure transects avoided structures such as water troughs. The transect locations were reviewed preliminarily and appeared to be well distributed across the study area, and only rarely did they occur in the middle of a reservoir, sheep bed ground, or lava flow. These locations were later omitted. A total of 328 transect locations were identified; of those, 316 were read in 2012.

BLM_0065729

# Field Verification

Although a reliable set of GIS layers was available for the stratification process and GPS was used to navigate to sites, there was still a margin of error as to where the transect sites actually occurred on the ground. Therefore, after sites were selected, field verification that the study sites actually occurred within the correct vegetation and ecological site was necessary. The ID team created a common set of rules for initial site verification. These rules were set prior to field work and were used to determine if the site should be kept, moved, or removed.

- The standard azimuth for transects is 0° (due north).
- If a 0° azimuth causes the transect to cross two or more ecological sites or a nonnatural land cover type (e.g., a road), a random azimuth is then selected for the transect. Sites should not be excluded because they are close to these features, only because the feature itself actually occurs in the transect.
- If the first randomly selected azimuth does not successfully reorient the transect in the target ecological site and vegetation, then the site should be moved 100 meters in a standard direction and selection of random azimuths should not be continued.
- If the site cannot be reoriented or moved due to the shape or size of the target area, then the transect is removed from consideration and a backup transect is selected.
- If accessing the site is dangerous or not possible, then the site is removed and a backup is selected.
- If a site can be moved, move 100 meters into the correct ecological site. If that is not possible, then remove the site and use a backup.

General information regarding how to update the GPS data files used during site verification to reflect any changes to the location, azimuth, ecological site, land cover type (LCT), and general site conditions was also included in the strategy.

The site information worksheet was filled out by the journeyman-level specialist who completed the transect verification. Transects were removed if they landed directly on lava fields, if major anthropogenic disturbances were present (e.g., two power lines and two roads running directly through the site), or if one ecological type was not maintained for the whole transect.

Technicians were able to follow directions laid out during site verification by the specialists and immediately begin data collection. This technique prevented confusion or inconsistency of interpretation by the technicians and removed the burden of determining suitable transect locations. Verifying sites ahead of time also ensured that the specialists were familiar with existing conditions when later reviewing large amounts of data and making habitat suitability decisions from the data. Part of the verification process was to determine if the correct ecological site description (ESD) was represented at the site and to initially confirm the LCT. The LCT was later verified by the line-point intercept (LPI) data. This data is critical for proper grouping of transects when summarizing and assigning a habitat suitability rating.

Protocols for data collection and compilation, naming conventions, and download processes were also established. These protocols ensured that the file structure was widely understood and common threads between field data, processed data, and final data were maintained. Forms were completed in both digital and hard copy format, due to computer program availability issues in the field. No matter what method users select, completed photo cards and photos for each transect provide a simple way to organize hard-copy data, document site completion dates, and verify general information. A GIS specialist created an inclusive data dictionary for the GPS units that were used to collect miscellaneous information, such as range improvements, noxious weed locations, and incidental wildlife and rare plant observations.

BLM_0065730

# Field Data Collection

Initial test sites were read by an ID team to determine the necessary equipment and the methods to implement and to simplify training for technicians. The line intercept—Daubenmire frame method (LIDF) was compared to the line-point intercept (LPI) method for measuring cover by taking 1 week to conduct both techniques at each of the transects completed. The data was subsequently analyzed, and the ID team determined the LPI was the more efficient method, relative to the project area and objectives, because it is the more rapid method for collecting cover data by species and the ground cover data collected is more readily compared to existing range program data. However, if only collecting life form data, the LIDF is the more rapid method. The belt transect, used to document forb species presence, was an adequate method to determine diversity and abundance, but has since been revised. The LIDF method also excels in capturing forb information due to the use of a frame rather than a cover pin.

Seasonal technicians performed most of the data collection. Altogether, there were seven technicians, split into three crews. One technician was designated as the crew lead, and one was responsible for handling data downloads and organization. The technicians had backgrounds in botany, wildlife, and range ecology. With this education and experience, the technicians had an understanding of what was asked and why and had enough interest in what was being collected to ask solid questions that helped improve the process.

Crews were assigned areas to focus efforts into a more logical approach across the analysis area. Two crews were stationed at outlying fire crew guard stations to help reduce drive times, and one crew was based out of the field office. This crew was able to pick up the outlier sites that did not fit in logistically with the other crew locations. Each crew was given a separate set of USGS 1:24k topographic maps that strategically divided the sites to facilitate the most expedient completion of the fieldwork. Habitat type and elevation/precipitation gradients (lowest/driest to highest/most moist) was used to seasonally prioritize the sites. A few nights were spent in the field, and as the season progressed, the terrain became more rugged, increasing the hiking time tremendously. Some of the sites took 2-3 hours to hike into, while others were only a 5-minute walk. However, time spent at each LPI transect was consistently about 1 hour.

# Analysis and Reporting

After the field data was collected, it was compiled into the correct format to combine transect data for the appropriate site. From this data, the team derived values for sagebrush shapes, heights, species, perennial grass and forb species height and cover percent, and forb abundance. The ID team made the final determinations of habitat suitability for each site based on the compiled data. The ID team had a good understanding of what to expect from the data, having participated in the earlier field verification, and could identify if anything was missed in the initial collection effort, what should be added to the measurements, which sites to revisit, and which transects should be combined with other transects. Data verification by an ID team is an important step to double check the field data and ensure that no sites were misclassified.

The ID team used telemetry data, field observations, and professional knowledge and judgment to determine the habitat suitability for each site area, in addition to the transect/field data collected. Aspect, slope, elevation, ESDs, past land uses, and disturbance regimes were incorporated into the process. The Excel spreadsheets used to collect field data were imported into an Access database, allowing mass calculations and creating a format that assigned values to each transect and that was compatible with ArcMap for spatial analysis. Joining the tables in ArcMap allows for a completely new level of spatial analysis and display. For example, shrub canopy cover can be displayed for all species/subspecies across the

BLM_0065731

project area. Percent cover, dominant sagebrush species, sagebrush cover only, or percent cover for every shrub except sagebrush are a few examples of data that can be readily displayed. This format also helps display connectivity and distribution of habitat qualities.

Summaries were created using the Access tables joined in ArcMap to ensure the correct spatial attributes such as proper management unit, county, subpopulation, seasonal habitat, and proximity to leks and lek status. These tables were then exported to an Excel workbook and put into a pivot table to simplify data analysis. This process allowed for more rapid and efficient determination of Greater Sage-Grouse habitat suitability of the sites and was compiled using the seasonal habitat data summary (form S-1).

# Recommendations and Lessons Learned

As with any process, several items were identified as the assessment progressed that might help simplify and streamline future endeavors:

- If using the LPI instead of the LIDF method, collect the shape of each sagebrush plant encountered along the transect when conducting a separate line intercept for sagebrush cover. This process will expand the number of sagebrush shape samples recorded, especially when there are few plants from which to determine shape.
- Create a general plant species list when completing site verification to prepopulate electronic data forms and facilitate data collection in the field.
- Use of electronic platforms is a more rapid and efficient way to collect information, if only for the ease of processing data later, correcting misspellings, and identifying unknowns. Electronic data management also

reduces the amount of paper to file and store. Unfortunately, the requested field tablets were not available until August, so a large amount of the initial data was collected on either GPS units loaded with data dictionaries or on hard-copy forms. The small screen of the GPS units made it difficult to collect forb belt transect and LPI data, but collecting the LPI and LIDF data required about the same amount of time via either hard copy or GPS units. The field tablet screens are roughly the same size as a sheet of paper and accelerate the process.
- Print and store final copies of the transect data. The final version should be clean of errors, easy to read, and organized similarly to the digital formats.
- Plan ahead and create a realistic timeframe and calendar, allowing for training days, prep and closeout time, actual field days, and possible extraneous circumstances (e.g., flat tires, GPS unit malfunctions, wildfires).
- Take time at the beginning of the season to clarify details with resource specialists, both in the field and in the office, prior to field crews starting. This step allowed specialists to have most of our questions answered, so that we could explain the process and needs to the crews.
- Have the specialists spend time in the field with the seasonal crews for training.
- Switch crew members around to make sure each crew maintains similar procedures and perform quality checks at sites.
- The HAF consists of metrics that can be expanded upon to inform more than sage-grouse habitat suitability. The stratification used is consistent with other management objectives and resource needs such as:
  - Documenting invasive annuals and noxious weed presence.
  - Verifying dominant land cover type and plant community with the cover data.
  - Informing land health standards.

BLM_0065732

# Appendix B:
# Data Forms and
# Measurement Techniques

**Appendix B**

This appendix to the sage-grouse HAF contains the data forms for the habitat assessment and specific instructions for completing them. It is organized by scale and is intended to be used in the field or in the lab as appropriate for data collection or summary. Chapter II of the HAF provides the detailed habitat description steps to guide setup and data collection.

Assessments for the broad-scale (first-order) habitat selection require rangewide coverage and policy decisions at either the rangewide scale or the management zone scale. No structured data forms are required for a first-order assessment. Policies establish the management direction for sagebrush habitats and sage-grouse.

The assessment of mid-scale (second-order) habitat selection requires a general delineation of sage-grouse populations, habitat, and habitat patterns such as patch connectivity, linkage, patch edges, and fragmentation. Scientists employing advanced mapping technology will provide decisionmakers with the existing land cover classification (e.g., urban, agriculture, and natural vegetation communities at the alliance level), ecological potential for cover classes, and biotic risk factors across the landscape. Spatial analysts, specializing in anthropogenic features, will add sociological and political layers of constraints on the landscapes. This information will enable managers and decisionmakers working in concert with scientists to describe existing conditions. This assessment can aid in the development of priority conservation focus areas. A single form (form M-1) is required for summarizing the second-order assessment. This form should be applied for each landscape/population assessed at this scale.

Fine-scale (third-order) habitat selection analysis allows managers to plan and implement conservation actions that promote the objectives of the higher level decisions and policies. Managers can also use fine-scale data collected on a single form (form F-1) to develop project priority lists based on science and available spatial analytical information. Priority conservation focal areas can then be identified and evaluated for potential fourth-order treatments. Following this evaluation, specific projects or other actions can then be proposed.

The remainder of the data forms found in this appendix are site-scale (fourth-order) instruments, adequate to describe vegetation communities to the plant association. The forms include detailed directions and illustrations for measuring vegetation at the site scale. Supplemental information regarding vegetation species and preferred forbs for sage-grouse can be found in table B-1 at the end of this appendix. Managers and resource specialists will find systematic collection and analysis of these data helpful in prescribing appropriate actions or treatments for fourth-order projects.

These forms are available as workbook spreadsheets that can be loaded onto field tablets or ruggedized laptop computers. They can be found on the enclosed flash drive and online at the BLM Library website at www.blm.gov/wo/st/en/info/blm-library/publications/blm_publications/tech_refs.html.

BLM_0065733



66

BLM_0065734

# Mid-Scale (Second-Order) Data Forms



BLM_0065735

## Form M-1: Mid-Scale (Second-Order) Sage-Grouse Habitat Description

| Date: | Counties: | | State: |
|---|---|---|---|
| Evaluator(s): | | Populations: | |
| General Location: | | Map File Name: | |
| Sage-Grouse Management Zone(s): | | | |
| Agencies: | | | |

| Data Sources | | |
|---|---|---|
| Land Cover Type Data Sources: | | Date: |
| Anthropogenic Features Data Sources: | | |
| Population Data Sources: | | |
| Data Storage Location: | | |
| Software and Version: | | |
| Mapping Grain (spatial resolution): | | Population Area Extent (km$^2$): |

| Habitat Indicator Descriptions | |
|---|---|
| **1. Habitat Availability** | a. Area of occupied habitat (km$^2$) = |
| | b. Area of potential habitat (km$^2$) = |
| | c. Area of nonhabitat (km$^2$) (optional) = |
| | Discussion: |
| **2. Patch Size and Number** | a. Mean size of occupied habitat patches (km$^2$) = |
| | b. # of occupied habitat patches = |
| | Discussion: |
| **3. Patch Connectivity** | Mean distance to nearest occupied habitat patch (km) = |
| | Discussion: |
| **4. Linkage Area Characteristics** | a. % suitable land cover types in linkage areas = |
| | b. % marginal land cover types in linkage areas = |
| | c. % unsuitable land cover types in linkage areas = |
| | Discussion: |
| **5. Landscape Matrix and Edge Effect** | a. Mean % positive patch edges = |
| | b. Mean % negative patch edges = |
| | Discussion: |
| **6. Anthropogenic Disturbances** | a. Densities of linear features (km / km$^2$) = |
| | b. Densities of point features (sites / km$^2$) = |
| | c. Area of nonhabitat or unsuitable habitat inclusions (km$^2$) = |

BLM_0065736

| Mid-Scale (Second-Order) Suitability Summary |
|---|
| **Landscape Desciption: Check the one description below that best describes the population and subpopulation area:** ✔ |
| **Suitable:** Landscapes have connected mosaics of sagebrush shrublands that allow for bird dispersal and migration movements within the population or subpopulation area. Anthropogenic disturbances that can disrupt dispersal or cause mortality are generally not widespread or are absent. |
| **Marginal:** Landscapes have patchy, fragmented sagebrush shrublands that are not well connected for dispersal and migration in portions of the population or subpopulation area. Anthropogenic disturbances that disrupt dispersal or cause mortality are present throughout all or portions of the landscape. Some lek groups or subpopulations are isolated or nearly isolated. |
| **Unsuitable:** Landscapes were former shrubland habitat now converted to predominantly grassland or woodland cover or other unsuitable land cover or use. Remaining sagebrush patches are predominantly unoccupied or have few remaining birds. Portions of the population or subpopulation area may become occupied in the foreseeable future through succession or restoration. |
| Discussion: |

BLM_0065737



70

BLM_0065738

Appendix B: Data Forms and Measurement Techniques

# Fine-Scale (Third-Order) Data Forms



Fine-Scale (Third-Order) Data Forms

BLM_0065739

| **Form F-1: Fine-Scale (Third-Order) Sage-Grouse Habitat Description** | | |
|---|---|---|
| Description Year: | Counties: | State: |
| Evaluator(s): | Agency: | |
| Home Range Name: | Population: | |
| Lek Group Name: | General Location: | |

| Data Sources |
|---|
| Land Cover Type Data Sources: |
| Anthropogenic Features Data Sources: |
| Population Data Sources: |
| Data Storage Location: |
| Software and Version: |

| Mapping Grain: | Home Range Area Extent (km²): |
|---|---|

| Habitat Indicator Descriptions | | |
|---|---|---|
| 1. Seasonal Habitat Availability | a. Area of occupied breeding habitat (km²) = | |
| | a. Area of occupied summer habitat (km²) = | |
| | a. Area of occupied winter habitat (km²) = | |
| | b. Area of potential breeding habitat (km²) = | |
| | b. Area of potential summer habitat (km²) = | |
| | b. Area of potential winter habitat (km²) = | |
| | c. Area of nonhabitat (km²) (optional) = | |
| | Discussion: | |
| 2. Seasonal Use Area Connectivity | Breeding to summer (km edge/km² of habitat) = | |
| | Summer to winter (km edge/km² of habitat) = | |
| | Winter to breeding (km edge/km² of habitat) = | |
| 3. Anthropogenic Disturbances | a. Densities of linear features (km/km²) = | |
| | b. Densities of point features (sites/km²) = | |
| | c. Area of nonhabitat or unsuitable habitat inclusions (km²) = | |
| | Discussion: | |

| Fine-Scale (Third-Order) Suitability Summary | |
|---|---|
| ✔ | Check the one description below that best describes the home range: |
| | Suitable: Home ranges have connected seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality are generally absent or at least not widespread. |
| | Marginal: Home ranges have poorly connected or disjunct seasonal use areas. Anthropogenic features that can disrupt seasonal movements or cause mortality may occur within the home range. |
| | Unsuitable: Home ranges have seasonal use areas with predominantly grassland, woodland, or incompatible land uses (anthropogenic features) not conductive to sage-grouse seasonal movements or habitat use. Most leks have been abandoned or have few remaining birds. |
| Discussion: | |

BLM_0065740

# Site-Scale (Fourth-Order) Data Forms



Site-Scale (Fourth-Order) Data Forms

BLM_0065741

74

Site-Scale (Fourth-Order) Data Forms

Sage-Grouse Habitat Assessment Framework

BLM_0065742

Appendix B. Data Forms and Measurement Techniques

| Form S-1: Sage-Grouse Site-Scale Seasonal Habitat Data Summary | | | | | | | | | | | | | |

| Date: | | County: | | State: | | Evaluator(s): | | | | | | | |
| Population: | | | | | | Home Range Name: | | | | | | | |
| Seasonal Habitat: | | | | | | Associated Leks: | | | | | | | |

| Land Cover Type | Ecological Site | Area (ha/ac) or Length (km/mi) | Transects (#) | Indicator Values from Data Forms (means in most cases) | | | | | | | | | |
| | | | | $\bar{x}$ Sage Cover (%) | $\bar{x}$ Sage Ht. (cm) | $\bar{x}$ Predominant Sage Shape (# of S and C) | $\bar{x}$ PG Ht. (cm) | $\bar{x}$ PF Ht. (cm) | $\bar{x}$ PG Cover (%) | $\bar{x}$ PF Cover (%) | Preferred Forb Species (#) | Lek Hbt. Avg. Distance to Sage Cover (m) |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## Form S-1: Sage-Grouse Site-Scale Seasonal Habitat Data Summary Directions

1. Use this form to summarize seasonal habitat field transect data collected using methods outlined in this document.

2. Complete all location information at the top of the form. Information should be consistent with information on the field data forms. Most of the information should be self-explanatory except the following:

   **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

   **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

   **Seasonal Habitat:** List the one season (breeding, summer, or winter) to which the data pertain. The same area may provide more than one seasonal habitat need, but data must be collected at the appropriate time of year for descriptions.

   **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

3. Complete the data section of the form:

   **Land Cover Type:** Identify the land cover of the seasonal habitat being summarized.

   **Upland communities:** Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

   **Riparian or wetland communities:** Use site type (riparian areas, wet meadows, springs) or more detailed classification using Cowardin et al. (1979) or riparian type (regional classification systems) to which the data pertain.

   **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

   **Area or Length:** Record the polygon area (indicating ha/ac) or linear length for riparian areas (indicating km/mi) of the habitat sampled (e.g., the land cover type).

   **Transects:** Record the number of 50-m transects or sites measured within the land cover type. If transect length was adjusted due to polygon size or shape, annotate as needed.

   **Indicator Values:** Record the mean or total numbers as indicated for each measurement (sagebrush cover, sagebrush height, sagebrush shape, perennial grass height, perennial forb height, perennial grass cover, perennial form cover, preferred forb species, and lek habitat distance to sage cover).

   **Sagebrush Height:** Sagebrush height above ground for most seasons and above snow for winter habitat.

   **Predominant Sagebrush Shape:** Estimate the number of spreading (S) or columnar (C) plants (see visual shape guide, figure 13).

BLM_0065743

## Form S-2:  Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Leks)

| Date: | County: | State: | Evaluator(s): |
| --- | --- | --- | --- |
| Population: | | Home Range Name: | |
| Land Cover Type: | | Lek ID#: | |
| GPS file #: | | Lek Status (circle one):  Occupied    Unoccupied    Undetermined | |
| UTM: | | | |

| Habitat Indicator Suitability Range | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Habitat Indicator | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Availability of Sagebrush Cover | *Lek has adjacent protective sagebrush cover (within 100 m)* | | *Sagebrush within 100 m provides very little protective cover* | | *Adjacent sagebrush cover is >100 m* | |
| Proximity of Detrimental Land Uses | *Detrimental land uses are not within line of sight of lek and absent to uncommon within 3 km of lek* | | *Detrimental land uses are within line of sight of lek and uncommon or few within 3 km of lek* | | *Detrimental land uses are within the vicinity of the lek site* | |
| Proximity of Trees or Other Tall Structures | *Trees or other tall structures are not within line of sight of lek and none to uncommon within 3 km of lek* | | *Trees or other tall structures are within line of sight of lek and uncommon or scattered within 3 km of lek* | | *Trees or other tall structures are within the vicinity of the lek site* | |

| Site-Scale Suitability | Suitable | | Marginal | | Unsuitable | |
| --- | --- | --- | --- | --- | --- | --- |

Anthropogenic Noise Description:




Rationale for Overall Suitability Rating:

BLM_0065744

## Form S-2:  Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Leks) Directions

1.  Complete one form for each occupied, unoccupied, or undetermined lek in the home range or lek group, as needed.

2.  Complete all location information at the top of the form. Most of the information should be self-explanatory except the following:

    **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

    **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

    **Land Cover Type:** Identify the cover type at the lek site. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue). Note whether the lek is located in a nonhabitat (e.g., agriculture, urban, industrial) area. If the lek is located on a road, in a livestock watering area, or on a similar type of surface within a plant community, indicate this cover type in the following manner: ARTRW8:road; ARTRW8:trough area.

    **Lek ID #:** Use the identification number or name that is used in the statewide database.

    **Lek Status:** Determine the status using the following definitions. Note that the specific terms and definitions for lek status may vary by state. Use the terminology appropriate for your area.

    **Occupied lek:** [*Greater Sage-Grouse*] A lek that has been active during at least one breeding season within the prior 5 years. [*Gunnison Sage-Grouse*] A lek that has been attended by males in the previous 5 years.

    **Unoccupied lek:** [*Greater Sage-Grouse*] A lek that has not been active during a period of 5 consecutive years. [*Gunnison Sage-Grouse*] A lek that has been inactive for 5 years.

    **Undetermined lek:** Any lek that has not been documented as active in the last 5 years, but for which survey information is insufficient to designate the lek as unoccupied.

3.  Complete indicator measurements:

    **Availability of Sagebrush Cover:** Adjacent sagebrush distance is measured from the edge of the lekking area to the edge of the nearest stand of mature sagebrush of sufficient extent to provide protective cover.

    **Proximity of Detrimental Land Uses:** Such land uses include oil/gas wells, roads, agricultural fields, subdivisions, etc.

    **Proximity of Trees or Other Tall Structures:** Trees and tall structures are considered "within the vicinity" when they provide avian perch sites with a view of birds on the lek.

4.  Determine the appropriate suitability category and mark (✔) each indicator as suitable, marginal, or unsuitable.

5.  Describe **anthropogenic noise**. Indicate the presence of and describe any anthropogenic noises observed during the lekking period. Identify the noise source (highway vehicles, generator, wind turbines, military overflights, etc.) and describe the occurrence frequency (constant or periodic), volume (loud to soft), and pitch (high to low). Use a decibel meter, if available, to record data when anthropogenic noises are a concern for the lek.

6.  Determine **site-scale suitability**. Overall suitability takes into consideration the relationship between the indicators and their relative importance. This evaluation is based on professional judgment using the indicators for guidance. Explain overall site suitability in the rationale section.

7.  Attach photographs of the lek site.

8.  Provide a copy of this form to the state wildlife agency's sage-grouse coordinator.

BLM_0065745

## Form S-3: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Nesting/Early Brood-Rearing)

| Date: | County: | State: | Evaluator(s): |
|---|---|---|---|
| Population: | | | Home Range Name: |
| Land Cover Type: | | | Ecological Site: |
| Associated Leks: | | | Number of Transects: |
| Area Sampled (ha/ac): | | | Site Info. (circle one):   Arid Site       Mesic Site |

List UTM Coordinates (coordinates, zone, datum) of All Transects:

### Habitat Indicator Suitability Range

| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
|---|---|---|---|---|---|---|---|
| Sagebrush Canopy Cover (mean) | | 15 to 25% | | 5 to <15% or >25% | | <5% | |
| Sagebrush Height<br>  Mesic Site (mean)<br>  Arid Site (mean) | | 40 to 80 cm<br>30 to 80 cm | | 20 to <40 cm or >80<br>20 to <30 cm or >80 | | <20 cm<br><20 cm | |
| Predominant Sagebrush Shape (mode)<br>  Spreading (n)<br>  Columnar (n) | | Spreading | | Mix of spreading and columnar | | Columnar | |
| Perennial Grass Height (mean) | | ≥18 cm | | 10 to <18 cm | | <10 cm | |
| Perennial Forb Height (mean) | | ≥18 cm | | 10 to <18 cm | | <10 cm | |
| Perennial Grass Cover<br>  Mesic Site (mean)<br>  Arid Site (mean) | | ≥15%<br>≥10% | | 5 to <15%<br>5 to <10% | | <5%<br><5% | |
| Perennial Forb Cover<br>  Mesic Site (mean)<br>  Arid Site (mean) | | ≥10%<br>≥5% | | 5 to <10%<br>3 to <5% | | <5%<br><3% | |
| Preferred Forb Availability<br>(relative to site potential)<br>Number of Preferred Forb Species (n) | | Preferred forbs are common with several species present | | Preferred forbs are common but only a few species are present | | Preferred forbs are rare | |

| Site-Scale Suitability | | Suitable | | Marginal | | Unsuitable | |
|---|---|---|---|---|---|---|---|

| Does ecological site potential limit suitability potential? (circle one) | Yes | No | Unknown |
|---|---|---|---|

Drought Condition (circle one):   Extreme Drought     Severe Drought      Moderate Drought       Mid-Range

Moderately Moist     Very Moist     Extremely Moist

Rationale for Overall Suitability Rating:

BLM_0065746

## Form S-3: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Breeding Habitat (Nesting/Early Brood-Rearing) Directions

1.  Use this worksheet to interpret field data collected using methods (LPI/LIDF and forb diversity) outlined in this appendix and summarized on the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1).

2.  Complete all site location information at the top of the form. Be sure to list all UTM coordinates or other identifying feature of all sites being summarized. Most of the information should be self-explanatory except the following:

    **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

    **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

    **Land Cover Type:** Identify the cover type of the data collected. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

    **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

    **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

    **Number of Transects:** Record the number of 50-m transects completed within the land cover type.

    **Area Sampled:** Record the total area (indicating ha/ac) of the land cover type sampled.

    **Site Info.:**

    　**Arid Site:** Applies to sagebrush ecological sites generally in the 25-30 cm (10-12 in) precipitation zone. Wyoming big sagebrush is a common big sagebrush subspecies for this type of site.

    　**Mesic Site:** Applies to sagebrush ecological sites generally in a >30 cm (12 in) precipitation zone. Mountain big sagebrush is a common big sagebrush subspecies for this type of site.

3.  Transfer data from the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1) to this form. Enter the appropriate mean ($\bar{x}$) and number (n) values for the indicators in the column under $\bar{x}$.

    **Predominant Sagebrush Shape:** Estimate the number of spreading (S) or columnar (C) plants (see visual shape guide, figure 13).

    **Perennial Forb Height (Optional):** In many situations, perennial forb heights can be quite variable or provide minimal contribution to herbaceous structure. Therefore, in most cases, use perennial grass heights for the suitability rating.

    **Preferred Forb Availability:** Check the appropriate suitability category based on data derived using the "Sage-Grouse Forb Diversity Data Form." The suitability evaluation must be relative to ecological site potential.

4.  Determine the appropriate suitability category and mark (✔) each indicator as suitable, marginal, or unsuitable.

5.  Determine **site-scale suitability**. Overall suitability takes into consideration the relationship between the indicators and their relative importance. This evaluation is based on professional judgment using the indicators for guidance. Explain overall site suitability in the rationale section.

6.  Indicate if **site potential** is a factor for a suitability description of marginal or unsuitable. Explain further in the rationale section.

7.  Indicate **drought condition** using local weather station data or as reported for the region of concern on the National Weather Service website: www.ncdc.noaa.gov/oa/climate/research/us-drought-monthly.html.

8.  Attach field data sheet(s) and photographs used for this site-scale description.

9.  Provide a copy of this form to the state wildlife agency's sage-grouse coordinator.

BLM_0065747

## Form S-4: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Upland Summer/Late Brood-Rearing Habitat

| Date: | County: | State: | Evaluator(s): |
|---|---|---|---|
| Population: | | Home Range Name: | |
| Land Cover Type: | | Ecological Site: | |
| Number of Transects: | | Area Sampled (ha/ac): | |

List UTM Coordinates (coordinates, zone, datum) of All Transects:

| Habitat Indicator Suitability Range | | | | | | | |
|---|---|---|---|---|---|---|---|
| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Sagebrush Cover (mean) | | 10 to 25% | | 5 to <10% or >25% | | <5% | |
| Sagebrush Height (mean) | | 40 to 80 cm | | 20 to <40 or >80 cm | | <20cm | |
| Perennial Grass and Forb Cover (mean) | | ≥15% | | 5 to <15% | | <5% | |
| Preferred Forb Availability (relative to site potential) | | Preferred forbs are common with appropriate numbers of species present | | Forbs are common but only a few preferred species are present | | Preferred forbs are rare | |
| Number of Preferred Forb Species (n) | | | | | | | |

| Site-Scale Suitability | Suitable | | Marginal | | Unsuitable | |
|---|---|---|---|---|---|---|

Does site potential limit suitability? (circle one)        Yes            No            Unknown

Drought Condition (circle one):        Extreme Drought        Severe Drought        Moderate Drought        Mid-Range

                                       Moderately Moist        Very Moist        Extremely Moist

Rationale for Overall Suitability Rating:

BLM_0065748

### Form S-4: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Upland Summer/Late Brood-Rearing Habitat Directions

1.   Use this worksheet to interpret field data summarized on the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1).

2.   Complete all location information at the top of the form. Be sure to list all UTM coordinates or other identifying feature of all sites being summarized. Most of the information should be self-explanatory except the following:

     **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

     **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

     **Land Cover Type:** Identify the cover type of the data collected. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

     **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

     **Number of Transects:** Record the number of 50-m transects completed within the land cover type.

     **Area Sampled:** Record the total area (indicating ha/ac) of the land cover type sampled.

3.   Transfer data from the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1) to this form. Enter the appropriate mean ($\bar{x}$) and number (n) values where appropriate for the indicators in the column under $\bar{x}$.

     **Preferred Forb Availability:** Check the appropriate suitability category based on data derived using the "Sage-Grouse Preferred Forb Diversity Form." The suitability evaluation must be relative to abundance, diversity, and availability relative to ecological site potential. Write a short narrative in the notes section, based on the species observed and available site information.

4.   Determine the appropriate suitability category and mark (✔) each indicator as suitable, marginal, or unsuitable.

5.   Determine **site-scale suitability**. Overall suitability takes into consideration the relationship between the indicators and their relative importance. This evaluation is based on professional judgment using the indicators for guidance. Explain overall site suitability in the rationale section.

6.   Indicate if **site potential** is a factor for a suitability description of marginal or unsuitable. Explain further in the rationale section.

7.   Indicate **drought condition** using local weather station data or as reported for the region of concern on the National Weather Service website: www.ncdc.noaa.gov/oa/climate/research/us-drought-monthly.html.

8.   Attach field data sheet(s) and photographs used for this site-scale description.

9.   Provide a copy of this form to the state wildlife agency's sage-grouse coordinator.

BLM_0065749

Appendix B: Data Forms and Measurement Techniques

| Form S-5: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Riparian Summer/Late Brood-Rearing Habitat |||||||
|---|---|---|---|---|---|---|

| Date: | County: | | State: | Evaluator(s): | | |
|---|---|---|---|---|---|---|
| Population: | | | | Home Range Name: | | |
| Land Cover Type: | | | | | | |
| Site Type (circle one): | Riparian Areas | Wetland/Wet Meadows | | Springs | Lakebeds | All   Other |
| Number of Transects: | | | Area (ha/ac) or Distance (km/mi) Sampled: | | | |
| List UTM Coordinates (coordinates, zone, datum) of All Transects: | | | | | | |

| Habitat Indicator Suitability Range ||||||||
|---|---|---|---|---|---|---|---|
| Habitat Indicator | $\bar{x}$ or n | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Riparian Stability<br>   PFC ($n$)<br>   FAR ($n$)<br>   NF ($n$) | | Majority of areas are in PFC | | Majority of areas are FAR | | Majority of areas are NF | |
| Preferred Forb Availability (relative to site potential)<br><br>Number of Preferred Forb Species ($n$) | | Preferred forbs are common with appropriate numbers of species present | | Preferred forbs are common but only a few species are present | | Preferred forbs are rare | |
| Availability of Sagebrush Cover (mean) | | Sagebrush cover is adjacent to brood-rearing areas (<100 m) | | Sagebrush cover is in close proximity to brood-rearing areas (100 to 275 m) | | Sagebrush cover is unavailable (>275 m) | |

| Site-Scale Suitability | Suitable | | Marginal | | Unsuitable |
|---|---|---|---|---|---|

| Drought Condition (circle one): | Extreme Drought | Severe Drought | Moderate Drought | Mid-Range |
|---|---|---|---|---|
| | Moderately Moist | Very Moist | Extremely Moist | |

Rationale for Overall Suitability Rating:

BLM_0065750

### Form S-5:  Sage-Grouse Site-Scale Habitat Suitability Worksheet –
### Riparian Summer/Late Brood-Rearing Habitat Directions

1. Use this worksheet to interpret field data collected using the forb diversity method outlined in this appendix and summarized on the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1).

2. Complete all location information at the top of the form.  Be sure to list all UTM coordinates or other identifying feature of all sites being summarized.  Most of the information should be self-explanatory except the following:

   **Population:** Identify the population with which the habitat is associated. This definition also includes small populations.  Population names are found in figure 3.

   **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

   **Land Cover Type (Optional):** Identify the wetland (Cowardin et al. 1979) or riparian type (regional classification systems) of the habitat sampled.  This data may be important to record when more detailed descriptions of summer habitats are desired (i.e., with sites stratified by cover type).

   **Site Type:** Identify the type of habitat sites sampled.

   **Number of Transects:** Record the number of 50-m transects or sites measured within the land cover type.

   **Area or Distance Sampled:** Record the total area (indicating ha/ac) or distance for riparian areas (indicating km/mi) of the site type or land cover type sampled.

3. Transfer data from the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1) to this form.  Enter the appropriate mean ($\bar{x}$) and number (n) values and PFC data where appropriate for the indicators in the column under $\bar{x}$.

   **Riparian Stability:** Record the number of sampling sites that were in proper functioning condition (PFC), functional–at risk (FAR), or nonfunctional (NF) (Prichard et al. 1998, 2003).  Current PFC data can be used, if available.  If PFC data cannot be obtained from other sources or collected directly, then the other two indicators should be used to assess habitat suitability.  Include lotic and lentic riparian habitats.

   **Preferred Forb Availability:** Check the appropriate suitability category based on data derived using the "Sage-Grouse Forb Diversity Data Form." The suitability evaluation must be relative to abundance, diversity, and availability relative to ecological site potential.

   **Availability of Sagebrush Cover:** Distance is measured from the edge of the riparian area to the edge of the nearest stand of mature sagebrush of sufficient extent to provide protective cover.

4. Determine the appropriate suitability category and mark (✔) each indicator as suitable, marginal, or unsuitable.

5. Determine **site-scale suitability**. Overall suitability takes into consideration the relationship between the indicators and their relative importance. This evaluation is based on professional judgment using the indicators for guidance.  Explain overall site suitability in the rationale section.

6. Indicate **drought condition** using local weather station data or as reported for the region of concern on the National Weather Service website: www.ncdc.noaa.gov/oa/climate/research/us-drought-monthly.html.

7. Attach field data sheet(s) and photographs used for this site-scale description.

8. Provide a copy of this form to the state wildlife agency's coordinator for sage-grouse conservation.

BLM_0065751

## Form S-6: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Winter Habitat

| Date: | County: | State: | Evaluator(s): |
|---|---|---|---|
| Population: | | | Home Range Name: |
| Land Cover Type: | | | Ecological Site: |
| Number of Transects: | | | Area Sampled (ha/ac): |

List UTM Coordinates (coordinates, zone, datum) of All Transects:

| Habitat Indicator Suitability Range | | | | | | | |
|---|---|---|---|---|---|---|---|
| Habitat Indicator | $\bar{x}$ | Suitable | ✔ | Marginal | ✔ | Unsuitable | ✔ |
| Sagebrush Cover (mean) | | ≥10 % | | 5 to <10% | | <5% | |
| Sagebrush Height (above snow) (mean) | | ≥25 cm | | >10 to <25 cm | | ≤10 cm | |

| Site-Scale Suitability | Suitable | | Marginal | | Unsuitable | |
|---|---|---|---|---|---|---|

Rationale for Overall Suitability Rating:

BLM_0065752

## Form S-6: Sage-Grouse Site-Scale Habitat Suitability Worksheet – Winter Habitat Directions

1.  Use this worksheet to interpret field data summarized on the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1).

2.  Complete all location information at the top of the form. Be sure to list all UTM coordinates or other identifying feature of all sites being summarized. Most of the information should be self-explanatory except the following:

    **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

    **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

    **Land Cover Type:** Identify the cover type of the data collected. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

    **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

    **Number of Transects:** Record the number of 50-m transects completed within the land cover type.

    **Area Sampled:** Record the total area (indicating ha/ac) of the land cover type within the administrative area assessed (e.g., pasture, allotment).

3.  Transfer data from the "Sage-Grouse Site-Scale Seasonal Habitat Data Summary" (form S-1) to this form. Enter the mean ($\overline{x}$) for the indicators in the column under $\overline{x}$.

4.  Determine the appropriate suitability category and mark (✔) each indicator as suitable, marginal, or unsuitable.

5.  Determine **site-scale suitability**. Overall suitability takes into consideration the relationship between the indicators and their relative importance. This evaluation is based on professional judgment using the indicators for guidance. Explain overall site suitability in the rationale section.

6.  Attach field data sheet(s) and photographs used for this site-scale description.

7.  Provide a copy of this form to the state wildlife agency's sage-grouse coordinator.

BLM_0065753

Site-Scale (Fourth-Order) Data Forms

Appendix B: Data Forms and Measurement Techniques

## Form S-7: Sage-Grouse Site-Scale Seasonal Habitat Site Suitability Summary

| Date: | County: | State: | Evaluator(s): | | | |
|---|---|---|---|---|---|---|
| Population: | | | Home Range Name: | | | |
| Associated Leks: | | | | | | |

| Seasonal Habitat Information | | | | | | Suitability | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Current | Future | |
| Seasonal Habitat | Land Cover Type | Ecological Site | Area (ha/ac) (*upland*) | Length (km/mi) (*riparian*) | Number of Sites (*leks, wet meadows, springs, etc.*) | Suitable, Marginal, Unsuitable | Site potential limiting? | Habitat components present? |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sage-Grouse Habitat Assessment Framework

BLM_0065754

## Form S-7: Sage-Grouse Site-Scale Seasonal Habitat Site Suitability Summary Directions

1. Use this form to summarize site-scale seasonal habitat suitability descriptions (forms S-2 through S-6) for land cover types within a home range area.

2. Complete all location information at the top of the form. Most of the information should be self-explanatory except the following:

   **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

   **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

   **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

3. Transfer data from the seasonal habitat suitability worksheets (forms S-2 through S-6) to this form.

   **Seasonal Habitat:** List one of the following: lek, nesting/early brood-rearing, summer/late brood-rearing, or winter, for each seasonal habitat summarized.

   **Land Cover Type:** Identify the land cover type of the seasonal habitat.

   **Upland communities:** Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

   **Riparian or wetland communities:** Use site type (riparian areas, wet meadows, springs) or more detailed classification using Cowardin et al. (1979) or riparian type (regional classification systems) to which the data pertain.

   **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

   **Area/Length/Number of Sites:** Record the area for upland habitat (indicating ha/ac), linear length for riparian habitat (indicating km/mi), or number of sites (leks, wet meadows, springs, etc.) sampled.

   **Current Suitability:** Record the overall site-scale suitability as suitable (S), marginal (M), or unsuitable (U).

   **Future Suitability:** Record any site-scale ecological constraints for the cover type to provide habitat in the future. This information applies only to those sites that are currently providing marginal or unsuitable site-scale conditions.

   **Site potential limiting?:** If ecological site potential indicates that the site may provide suitable habitat in the future, record "No." If ecological site potential is limiting suitability, record "Yes."

   **Habitat components present?:** If there is sagebrush recruitment and forbs and perennial grasses are present in suitable amounts, record "Yes." If recruitment of these life forms is lacking, record "No."

BLM_0065755

## Plot Metadata Form

| Site: | | | Ownership: | | Establishment Date: | |
|---|---|---|---|---|---|---|
| Plot ID: | | | | | Visit Date: | |

Evaluator(s):

| GPS Coordinate System: | | Datum : | | Zone (if applicable): | | Elevation: ☐ m  ☐ ft | |
|---|---|---|---|---|---|---|---|

| Transect | Azimuth | Length ☐m  ☐ft | | Latitude/Northing | Longitude/Easting | Slope (%) |
|---|---|---|---|---|---|---|
| | | | Start | | | |
| | | | Start | | | Aspect (°) |
| | | | Start | | | |

Directions to the Plot:

| Population: | Home Range Name: |
|---|---|
| Land Cover Type: | Ecological Site: |
| Associated Leks: | Area (ha/ac) or Distance (km/mi) Sampled: |
| Site Info.:    ☐ Arid Site        ☐ Mesic Site | Seasonal Habitat: |
| PFC Status (riparian areas only):    ☐ PFC        ☐ FAR | ☐ NF        ☐ Unknown |

| Comments: | Plot Photos: | |
|---|---|---|
| | Photo | Description |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BLM_0065756

# Plot Metadata Directions

1.  Complete all location information at the top of the sheet. Be sure to list UTM coordinates and other identifying features of the site. Most of the information should be self-explanatory except the following:

    **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

    **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River Home Range).

    **Land Cover Type:** Identify the land cover type of the data. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata used to describe the habitat (e.g., % sagebrush categories). Use the species symbol (table B-1) for dominant species in the overstory and understory (Examples: ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

    **Ecological Site:** Refer to soil maps and range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

    **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

    **Area or Distance Sampled:** Record the total area (indicating ha/ac) or distance for riparian areas (indicating km/mi) of the site type or land cover type sampled.

    **Site Info.:**

    **Arid Site:** Applies to sagebrush ecological sites generally in the 25-30 cm (10-12 in) precipitation zone. Wyoming big sagebrush is a common big sagebrush subspecies for this type of site.

    **Mesic Site:** Applies to sagebrush ecological sites generally in a >30 cm (12 in) precipitation zone. Mountain big sagebrush is a common big sagebrush subspecies for this type of site.

    **Seasonal Habitat:** List one or more of the following, as appropriate: lek, nesting/early brood-rearing, summer/late brood-rearing, or winter.

2.  Take photographs of the study site. At least one photograph must be taken at each transect/evaluation area. Photos will prove invaluable in locating evaluation areas in subsequent years. They will also be of substantial utility in the office when preparing evaluation documents and documenting habitat condition.

    a.  Complete a photo card showing, at a minimum, the date, location, allotment, and transect number.
    b.  With the photo card near the zero end of the tape, take a general photo of the area, sighting down the tape from eye level, showing landmarks in the background, if possible. A cover board or meter stick should be in the picture for a frame of reference.
    c.  In a representative location along or near the tape, place the photo card near the base of a sagebrush plant, and take a tangential closeup photo from near ground level (2-3 ft) toward the shrub/ground interface, to document herbaceous conditions and cover. A cover board or meter stick should be in the picture for a frame of reference.
    d.  Optional: Take one or more other closeups or panoramic photos as needed. A photo showing sagebrush canopy cover percent may also be desirable, following completion of the line intercept.

BLM_0065757

Site-Scale (Fourth-Order) Data Forms                    Appendix B: Data Forms and Measurement Techniques

| Line-Point Intercept Data Form | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Page of | | Date: | | Plot ID: | | | Transect: | | |
|---|---|---|---|---|---|---|---|---|---|

Evaluator(s):

| Azimuth: | | | | Intercept (Point) Spacing: ☐cm ☐in | | | Height: ☐cm ☐in | | |
|---|---|---|---|---|---|---|---|---|---|

| Pt. | Top Layer | Lower Layers | | | Soil Surface | Pt. | Top Layer | Lower Layers | | | Soil Surface |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Code 1 | Code 2 | Code 3 | | | | Code 1 | Code 2 | Code 3 | |
| 1 | | | | | | 26 | | | | | |
| 2 | | | | | | 27 | | | | | |
| 3 | | | | | | 28 | | | | | |
| 4 | | | | | | 29 | | | | | |
| 5 | | | | | | 30 | | | | | |
| 6 | | | | | | 31 | | | | | |
| 7 | | | | | | 32 | | | | | |
| 8 | | | | | | 33 | | | | | |
| 9 | | | | | | 34 | | | | | |
| 10 | | | | | | 35 | | | | | |
| 11 | | | | | | 36 | | | | | |
| 12 | | | | | | 37 | | | | | |
| 13 | | | | | | 38 | | | | | |
| 14 | | | | | | 39 | | | | | |
| 15 | | | | | | 40 | | | | | |
| 16 | | | | | | 41 | | | | | |
| 17 | | | | | | 42 | | | | | |
| 18 | | | | | | 43 | | | | | |
| 19 | | | | | | 44 | | | | | |
| 20 | | | | | | 45 | | | | | |
| 21 | | | | | | 46 | | | | | |
| 22 | | | | | | 47 | | | | | |
| 23 | | | | | | 48 | | | | | |
| 24 | | | | | | 49 | | | | | |
| 25 | | | | | | 50 | | | | | |

% foliar cover = _____ top layer pts (1st col) x 2 = _____ %

% bare ground = _____ pts (w/NONE over S) x 2 = _____ %

Top layer codes: Species code, common name, or NONE (no cover).

Lower layers codes: Species code, common name, L (herbaceous litter), WL (woody litter, >5 mm (~1/4 in) diameter), VL (vagrant lichen).

Unknown Species Codes:
AF# = annual forb
PF# = perennial forb
AG# = annual grass
PG# = perennial grass
SH# = shrub
TR# = tree

Soil Surface (do not use litter):
G = gravel (≤5 mm or ~1/4 in)
R = rock (>5 mm or ~1/4 in)
BR = bedrock
EL = embedded litter
D = duff
M = moss
LC = visible lichen crust on soil
S = soil

BLM_0065758

## Line-Point Intercept Directions

**Note: The HAF site-scale protocol for line-point intercept is the same as the BLM's core method. Directions for the method are given below, but readers can refer to Herrick et al. (2005) (or the most current version) for more detail.**

**Equipment:**

| | |
|---|---|
| Tape, 50 m | Stakes for tape (at least two spikes; old, medium to large screwdrivers work well) |
| Pin flag or pointer or other point intercept device: straight piece of wire or rod at least 1 m long and less than 2.5 mm in diameter | Meter stick (for measuring shrub and grass/forb heights) |
| Digital camera (5 megapixel minimum), extra camera battery | Photo cards and markers or small dry-erase board and marker |
| Topographic map and aerial photographs with project area, general cover types, and pasture boundaries delineated | GPS unit, compass |
| Forms and/or electronic data entry device with extra battery, pencils | Ecological Site Guides |
| Calculator | |

**Protocol:**

1. Complete all metadata information at the top of the LPI field form for each transect, making sure that the plot identification information (i.e., plot number) matches that recorded on the overall plot metadata form. If more than 50 points are being recorded on a transect, attach additional forms as needed.

2. Pull out the tape and anchor each end with a steel pin. Keep measuring tape taught and straight. Keep measuring tape as close to the ground as possible (thread under shrubs using a steel pin as a needle), but not so close that it disturbs the soil surface or affects the natural way the vegetation stands below the tape (figures B-1 and B-2).



transect line

hit  miss  hit  miss  hit  hit  hit  miss  miss

% cover = number of points = 5/9 = 55.6%

**Figure B-1.** The line-point intercept method can be used to measure foliar cover and vegetation height of all grass, forb, and shrub species at a site or foliar cover of a single life form (e.g., sagebrush cover for winter habitat areas).




**Figure B-2.** Measuring plant species using the line-point intercept technique (pin size exaggerated to emphasize method).

BLM_0065759

3.  Begin at the "0" end of the tape.

4.  Working from left to right, record cover at each 1 m mark (or ½ m and 1 m mark for 100 points per transect). Begin recording at the first ½ m or 1 m mark depending on the number of points desired. Always stand on the same side of the line. Drop a pin flag to the ground from a standard height next to the tape. Keep the pin vertical. Make a "controlled drop" of the pin from the same height each time. Position the pin so its lower end is several centimeters above the vegetation, release it and allow it to slip through the hand until it hits the ground. A low drop height minimizes "bounces" off of vegetation but increase the possibility for bias. Do not guide the pin all the way to the ground. It is more important for the pin to fall freely to the ground than to fall precisely on the mark.

5.  A laser with a bubble level can be used instead of the pin. This tool is useful in savannas where plant layers may be above eye level.

6.  Once the pin flag is flush with the ground, record every plant species it intercepts:

    a.  Record the species of the uppermost or first stem, leaf, or plant base intercepted in the "Top Layer" column using the USDA PLANTS database species code (http://plants.usda.gov), a four- to six-letter code based on the first two letters of the genus and species, subspecies, or the common name. If no leaf, stem, or plant base is intercepted, record "NONE" in the "Top Layer" column. Woody sagebrush plants should be identified to the subspecies.
    b.  Record all additional species intercepted by the pin in the order that they are intercepted from top to bottom.
    c.  Record all foliage whether alive or dead, but denote dead vegetation by using the appropriate checkbox in an electronic data collection database or circling the species on the data form. If both alive and dead canopy for a species is hit on the same point, record the live canopy. Sagebrush indicators for sage-grouse habitat are calculated from only live canopy hits and do not include dead stems of shrubs. Residual plant cover can be very important for sage-grouse nesting, so it is also important to denote live versus standing dead herbaceous vegetation on the field form. See Connelly et al. (2003), Monitoring of Greater Sage-grouse Habitats and Populations; http://sagemap.wr.usgs.gov/docs/grouse_habitat_book.pdf; and http://www.cnr.uidaho.edu/range357/notes/cover.pdf) for discussions on cover.
    d.  Record each plant species only once, the first time it is intercepted, even if it is intercepted several times.
    e.  Record the following codes for lower layers: "L" for herbaceous litter, if present (litter is defined as detached stems, roots, and leaves); "WL" for detached woody litter > 5 mm (~1/4 in) in diameter; or "VL" for vagrant lichen.
    f.  If a sagebrush plant is intercepted, record the shape of the sagebrush as "S" for spreading or "C" for columnar (figure 13).

7.  Record a species code (if the pin flag intercepts a plant base) or another soil surface code in the "Soil Surface" column.

    a.  Use the following abbreviations for soil surface type: G = gravel (≤5 mm diameter or ~1/4 in), R = rock (>5 mm diameter or ~1/4 in), BR = bedrock, EL = embedded litter, D = duff, M = moss, LC = visible lichen crust on soil, and S = soil, without any other soil surface code.
    b.  Record plant species (or life form, if species is unknown) when present. For unidentified plants, use the following codes and a sequential number: AF# = annual forb, PF# = perennial forb, AG# = annual grass, PG# = perennial grass, SH# = shrub, and TR# = tree.
    c.  An intercept with a plant base is defined as when the end of the pin rests either on or immediately adjacent to and touching living or dead plant material that is rooted in the soil.
    d.  Record embedded litter (EL) only where removal of the litter would leave an indentation in the soil surface or would disturb the soil surface, breaking the soil crust. Record duff (D) when there is no clear boundary between litter and mineral soil and litter is not removed during typical storms (occurring annually).
    e.  Record lichen (LC) only if it is growing on soil, but not if it is attached to rock substrate. If mosses and lichens are recorded to species, write the species code in the "Soil Surface" column.

BLM_0065760

| Vegetation Height/Sagebrush Shape Data Form | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page     of | | Date: | | Plot ID: | | | Transect: |
| Evaluator(s): | | | | | | | |
| Azimuth: | | | Intercept (Point) Spacing:  ☐cm ☐in | | Height:  ☐cm  ☐in | | |
| Point | Species | Woody Height | Sagebrush Shape | Species | Grass Height | Species | Forb Height |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Average sagebrush height =  | | | | | | | |
| Average grass height =  | | | | | | | |
| Average forb height =  | | | | | | | |

## Vegetation Height/Sagebrush Shape Directions

Note: The HAF site-scale protocol for vegetation height is similar to the BLM's core method, but there are important differences between the two methods. Data collected using the HAF method can be used to supplement the BLM's core method for assessing the site-scale height indicators of sage-grouse habitat.

Protocol:

1.  Record the species of woody and herbaceous plants for which the heights will be recorded.

2.  Measure plants heights at the ½ m or 1 m intervals per transect. Do not record the height of the same plant twice.

3.  Record the height of plants 0-2 m to the nearest centimeter and plants >2 m to the nearest 30 cm (~12 in).

4.  For shrubs, record the maximum height in cm/in of the live portion of the shrub that is touched by the pin, excluding flower or seed stalks.

5.  Record the shape of sagebrush only: S = spreading or C = columnar.

6.  For perennial grasses and forbs, record the droop height (i.e., the highest point measured with no straightening by the observer or maximum natural height, figure B-3) of the tallest perennial grass or forb plant that is touched by the pin.

7.  Woody or herbaceous litter are not measured.



**Figure B-3.** Grass and forb height measurements. Record natural or "droop" height of grasses and forbs. Note the dashed red reference line.

BLM_0065762

| Line-Point Intercept Data Summary | | |
|---|---|---|
| Page _____ of _____ | Plot: | Transect: |
| Evaluator(s): | | |
| **Shrubs** | **Forbs** | **Grasses** |
| Sagebrush Cover | Perennial Forb Cover | Perennial Grass Cover |
| # Hits _____ % _____ | # Hits _____ % _____ | # Hits _____ % _____ |
| Other Shrub Cover | Annual Forb Cover | Annual Grass Cover |
| # Hits _____ % _____ | # Hits _____ % _____ | # Hits _____ % _____ |
| Sagebrush Shape (n) | Total Forb Cover | Total Grass Cover |
| S _____ C _____ | # AF+PF Hits _____ % _____ | # AG+PF Hits _____ % _____ |
| Avg. Sagebrush Height (cm/in) | Avg. PF Height (cm/in) | Avg. PG Height (cm/in) |

Comments:

BLM_0065763

## Sage-Grouse Habitat Indicator Calculations – Line-Point Intercept Data Summary Directions

Once the data has been collected, calculate the sage-grouse habitat indicators as described below. If using a tablet, computer, or other electronic data collection device, these indicators may be calculated automatically. If not, summarize the data and write the indicator calculations at the top of your field forms.

Cover of shrubs, forbs, and grasses:

- *Sagebrush Cover: Hits* = # of sagebrush hits, *% cover* = # points where a sagebrush was hit divided by the total number of transect points. Multiply the result by 100.
- *Other Shrub Cover: Hits* = # of total shrub hits, excluding sagebrush, *% cover* = # of points where a shrub was hit divided by the total number of transect points. Multiply the result by 100.
- *Perennial Forb Cover: PF Hits* = # of perennial forb hits, *% cover* = # of hits divided by total number of transect points. Multiply the result by 100.
- *Annual Forb Cover: AF Hits* = # of annual forb hits, *% cover* = # of hits divided by total number of transect points. Multiply the result by 100.
- *Total Forb Cover: PF+AF Hits* = # of perennial and annual forb hits, *% cover* = # total forb hits divided by total number of transect points. Multiply the result by 100.
- *Perennial Grass Cover: PG Hits* = # of perennial grass hits, *% cover* = # of hits divided by total number of transect points. Multiply the result by 100.
- *Annual Grass Cover: AG Hits* = # of annual grass hits, *% cover* = # of hits divided by total number of transect points. Multiply the result by 100.
- *Total Grass Cover: AG+PG Hits* = # of annual and perennial grass hits, *% cover* = # total grass hits divided by total number of transect points. Multiply the result by 100.

Height of shrubs, forbs, and grasses:

- *Avg. Sagebrush Height* = sum of all sagebrush recorded heights divided by total number of sagebrush plants measured.
- *Avg. Perennial Forb (PF) Height* = sum of all perennial forb recorded heights divided by total number of perennial forbs measured.
- *Avg. Perennial Grass (PG) Height* = sum of all perennial grass recorded heights divided by total number of perennial grass plants measured.
- *Note:* Relative to perennial forbs, it is recommended the suitability rating should focus on the cover estimates and preferred forb availability ratings rather than on height due to the variability in heights that can be encountered between forbs and grasses. However, average perennial forb height and/or average perennial forb and grass height (combined) can be calculated, if desired, to provide additional context to the description of the assessment area.
- *Sandberg bluegrass (or similar species):*

    1. Summarize cover and height for perennial grasses, excluding Sandberg bluegrass or similar short-statured perennial grasses.
    2. Summarize cover and height for Sandberg bluegrass.
    3. Summarize cover and height inclusive of all perennial grasses.

    Because shorter-statured perennial grasses such as Sandberg bluegrass may influence cover and height averages especially where abundant, the authors recommend that perennial grass metrics be summarized using all three methods, to provide additional context for the perennial grass suitability rating. For example, if cover, and height for perennial grasses, excluding Sandberg bluegrass (#1), are within the range of the suitable category in the HAF, then consider a ranking of "suitable" for the perennial grass indicator. However, if average cover (regardless of height) of these perennial grasses is not within the suitable category, use the cover and height averages for all perennial grasses, including Sandberg bluegrass (#3). Then, use the cover and height averages for the non-Sandberg perennial grasses (#1), as well as for Sandberg bluegrass itself (#2), to inform the rationale for the rating of the perennial grass indicator. Also, consider the capability of the site to provide species composition, cover, and structure for productive sage-grouse habitat on an annual basis.

Sagebrush shape:

- *Sagebrush Shape* = total # of sagebrush plants of each shape, spreading (S) or columnar (C), divided by total number of sagebrush plants measured.

BLM_0065764

## Line Intercept and Daubenmire Frames Data Form (Electronic Version)

| Date: | County: | State: | Evaluator(s): | |
|---|---|---|---|---|
| Population: | | | Home Range Name: | |
| Land Cover Type: | | | Associated Leks: | |
| Ecological Site: | | | Seasonal Habitat: | |
| Transect #: | | | Site Info. (circle one):     Arid Site        Mesic Site | |
| UTM (coordinates, zone, datum): | | | | |

### Transect Data Summary (see directions)

| Shrubs | Forbs | Grasses |
|---|---|---|
| Sagebrush Cover (line intercept) <br><br> % _____ | Perennial Forb Cover <br><br> % _____ | Perennial Grass Cover <br><br> % _____ |
| Avg. Sagebrush Height (cm) | Annual Forb Cover <br><br> % _____ | Annual Grass Cover <br><br> % _____ |
| Sagebrush Shape (n) <br> Spreading :_____ Columnar:_____ | | |
| Other Shrub Cover <br><br> % _____ | Total Forb Cover <br><br> % _____ | Total Grass Cover <br><br> % _____ |
| | Avg. PF Height (cm): | Avg. PG Height (cm): |

### Line Intercept Shrub Cover

| Shrub Species | Intercept Start | Intercept End | Total Length | % Cover by Species |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BLM_0065765

Site-Scale (Fourth-Order) Data Forms                              Appendix B: Data Forms and Measurement Techniques

| Line Intercept and Daubenmire Frames Data Form (Paper Version) |
|---|

| Date: | County: | State: | Evaluator(s): |
|---|---|---|---|

| Population: | Home Range Name: |
|---|---|
| Land Cover Type: | Associated Leks: |
| Ecological Site: | Seasonal Habitat: |
| Transect #: | Site Info. (circle one):     Arid Site        Mesic Site |
| Area Sampled (ha/ac): | UTM (coordinates, zone, datum): |

| Transect Data Summary (see directions) | | |
|---|---|---|
| **Shrubs** | **Forbs** | **Grasses** |
| Sagebrush Cover (line intercept)  % _____ | Perennial Forb Cover  % _____ | Perennial Grass Cover  % _____ |
| Avg.  Sagebrush Height (cm) | Annual Forb Cover  % _____ | Annual Grass Cover  % _____ |
| Sagebrush Shape (n)  Spreading: _____ Columnar:_____ | | |
| Other Shrub Cover  % _____ | Total Forb Cover  % _____ | Total Grass Cover  % _____ |
| | Avg. PF Height (cm): | Avg. PG Height (cm): |

| Species Name | Shrub Species | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Totals |
| Totals | | | | | | | | |
| % Cover | | | | | | | | |

Sage-Grouse Habitat Assessment Framework

BLM_0065766

Sage-Grouse Habitat Assessment Framework

Site-Scale (Fourth-Order) Data Forms

Appendix B: Data Forms and Measurement Techniques

BLM_0065767

99

## Daubenmire Cover Class and Vegetation Height Data Form (recorded at 2-m intervals)

| Date: | County: | | State: | Evaluator(s): |
|---|---|---|---|---|
| Transect #: | | | UTM (coordinates, zone, datum): | |

### Daubenmire Frame Number

| Species | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ground Cover 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ground Cover 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ground Cover 3 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ground Cover 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PF Ht | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PG Ht | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Shrub Ht | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARTR Ht | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARTR Shape | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Cover Class 1=0-5%, 2=>5-25%, 3=>25-50%, 4=>50-75%, 5=>75-95%, 6=>95-100%

## Line Intercept and Daubenmire Frame Method Directions

**Equipment:**

| | |
|---|---|
| Tape, 50 m | Stakes for tape (at least two spikes; old, medium to large screwdrivers work well) |
| Daubenmire frame 20 x 50 cm | Meter stick (for measuring shrub and grass/forb heights) |
| Digital camera, extra camera battery | Photo cards and markers or small dry-erase board and marker |
| Topographic map with project area, general cover types, and pasture boundaries delineated | Aerial photographs |
| Ecological Site Guides | GPS unit, compass |
| Clipboard, data forms and/or data logger with extra battery, pencils | Calculator |

**Protocol:**

- Seasonal habitat has been stratified by land cover types prior to field evaluation (see chapter II for more directions).
- Conduct an appropriate number of transects in each seasonal habitat by each land cover type. Repeat all steps for each transect.

1. Complete all metadata information at the top of the appropriate field forms for each transect, making sure that the plot identification information (i.e., plot number) matches that recorded on the overall plot metadata form. If more than 25 Daubenmire plots are being recorded on a transect, attach additional forms as needed. Most of the information should be self-explanatory except the following:

   **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names are found in figure 3.

   **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

   **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

   **Land Cover Type:** Identify the cover type of the data collected. Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example, ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

   **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

   **Seasonal Habitat:** List one of the following: lek, nesting/early brood-rearing, summer/late brood-rearing, or winter.

   **Site Info:**

   **Arid Site:** Applies to sagebrush ecological sites generally in the 25-30 cm (~10-12 in) precipitation zone. Wyoming big sagebrush is a common big sagebrush subspecies for this type of site.

   **Mesic Site:** Applies to sagebrush ecological sites generally in a >30 cm (12 in) precipitation zone. Mountain big sagebrush is a common big sagebrush subspecies for this type of site.

   **Transect #:** Assign a unique identifier to each transect within the land cover type.

   **Area Sampled:** Record the total area (indicating ha/ac) or distance for riparian areas (indicating km/mi) of the site type or land cover type sampled.

2. Anchor the tape with a steel pin and pull the tape out 50 meters. Keep the tape as taught and straight as possible. Anchor the tape on the far end. For smaller cover type inclusions or stringers or other unique situations, the transect length may be increased or decreased, as appropriate, to adequately sample the site. This will necessitate modifying the sampling distance for Daubenmire frames along the tape to accommodate 25 frames.

3. Begin at the "0" end of the tape.

BLM_0065768

4.  On the data form, record **shrub cover** by species and subspecies using the line intercept method. Two forms are provided. The electronic version provides an example of data to be collected when using a laptop computer or data logger. The paper version is for collecting data via nonelectronic means.

    a.  For the entire length of the line, determine the *intercept length* of any shrub species that touches the line. Only live portions of the shrub canopy are recorded. Intercept length is the portion of the transect length intercepted by the shrub, measured by a perpendicular projection of the shrub foliage over the line (figure B-4).

    b.  List all cover increments for each species measured to the nearest 1 cm. Ignore spaces or gaps in the canopy *less than 5 cm* across. Gaps in the live canopy in excess of 5 cm *will not* be included as canopy intercepts (figure B-5). Record only live (leaves, live stems, and shrub trunk) canopy cover.



total transect length = 50 m        % cover = $\dfrac{\text{distance a + b + c + d + e + f}}{\text{total transect length}}$

**Figure B-4.** The line intercept method can be used to measure canopy cover of sagebrush species.



**Figure B-5.** Measuring shrub canopy cover using the line intercept method. Group sagebrush with gaps smaller than 5 cm. Record sections of sagebrush separated by greater than 5 cm as separate intercepts.

BLM_0065769

5.   Estimate **cover class** and **vegetation height** using the Daubenmire method at each 2-m increment (n = 25 plots per transect) along the tape:

   a.   Place a 20 x 50 cm Daubenmire frame (figure B-6) along the tape with the long axis perpendicular to the tape (figure B-7).  For each plot, estimate and record cover class for annual forbs, perennial forbs, annual grasses, and perennial grasses by species (based on Connelly et al. 2003):

| Cover classes: | 1 = 0-5% | midpoint of range 2.5% |
|---|---|---|
| | 2 = >5-25% | midpoint of range 15% |
| | 3 = >25-50% | midpoint of range 37.5% |
| | 4 = >50-75% | midpoint of range 62.5% |
| | 5 = >75-95% | midpoint of range 85% |
| | 6 = >95-100% | midpoint of range 97.5% |

   b.   Count plants providing cover over the plot, regardless of if they are rooted in the plot or not.
   c.   Record the height in cm of the nearest sagebrush plant (or other shrub species if no sagebrush is present) that is overhanging the Daubenmire frame.
   d.   Record the shape of the nearest sagebrush plant that is overhanging the Daubenmire frame: S = spreading or C = columnar (figure 13).
   e.   Record the maximum "natural" or "droop height" in cm of the tallest perennial grass and perennial forb overhanging the Daubenmire frame (natural = the highest point of a leaf or seed stalk is measured with no straightening by the observer (figure B-3).  This includes seed stalks or inflorescences.

## Daubenmire Frame/Six Cover Class Frame



**Figure B-6.** The Daubenmire frame is used for estimating grass and forb canopy covers.  Estimate canopy cover class of species rooted within or overhanging the frame using lines on the frame as guides.



**Figure B-7.** A line transect with Daubenmire frames positioned every 2 meters.

BLM_0065770

6.  Summarize the data under Line Intercept Shrub Cover:

    a.  **Shrub Species:**
        - *Total* = sum of intercept lengths for each shrub species.
        - *% Cover* = total shrub intercept length by species divided by full transect length.

    b.  **All Shrubs:**
        - *% Cover* = sum of above % cover calculations by species. The total could exceed 100% if the intercepts of overlapping canopies are recorded.

7.  Summarize the data at the top of the form:

    a.  **Shrubs:**
        - *Sagebrush Cover: % Cover* = sum of % covers of all sagebrush species listed under Shrub Species in the Cover section.
        - *Avg. Sagebrush Height* = sum of all sagebrush recorded heights divided by total number of sagebrush plants measured in the Vegetation Height section.
        - *Sagebrush Shape* = total # of sagebrush plants of each shape, spreading (S) and columnar (C).
        - *Other Shrub Cover: % Cover* = sum of % covers of all shrub species listed under All Shrubs in the Cover section.

    b.  **Forbs:**
        - *Perennial Forb Cover: PF % Cover* = number of plots with perennial forbs in each of the six cover classes, multiplied by the midpoint of each cover class, added together as the sum of products for all cover classes, divided by total number of plots sampled on the transect (e.g., [(15 plots in cover class 1 * 2.5 midpoint) + (10 plots in cover class 2 * 15 midpoint)] / 25 = 7.5% canopy cover).
        - *Annual Forb Cover: AF % Cover* = number of plots with annual forbs in each of the six cover classes, multiplied by the midpoint of each cover class, added together as the sum of products for all cover classes, divided by total number of plots sampled on the transect (e.g., [(15 plots in cover class 1 * 2.5 midpoint) + (10 plots in cover class 2 * 15 midpoint)] / 25 = 7.5% canopy cover).
        - *Total Forb Cover: PF+AF % Cover* = sum of *PF % Cover* and *AF % Cover* (e.g., 7.5 + 7.5 = 15% canopy cover).
        - *Avg. PF Height* = sum of all perennial forb heights recorded divided by the total number of perennial forb plants measured. Relative to perennial forbs, the suitability rating should focus on the cover estimates and preferred forb availability ratings rather than on height due to the variability in heights that can be encountered between forbs and grasses. However, average perennial forb height and/or average perennial forb and grass height (combined) can be calculated, if desired, to provide additional context to the description of the assessment area.

    c.  **Grasses:**
        - *Perennial Grass Cover: PG % Cover* = number of plots with perennial grasses in each of the six cover classes, multiplied by the midpoint of each cover class, added together as the sum of products for all cover classes, divided by total number of plots sampled on the transect.
        - *Annual Grass Cover: AG % Cover* = number of plots with annual grasses in each of the six cover classes, multiplied by the midpoint of each cover class, added together as the sum of products for all cover classes, divided by total number of plots sampled on the transect.
        - *Total Grass Cover: PG+AG % Cover* = sum of *PG % cover* and *AG % cover*.
        - *Avg. PG Height* = sum of all perennial grass recorded heights divided by total number of perennial grass plants measured.
        - *Sandberg bluegrass (or similar species):*

            1.  Summarize cover and height for perennial grasses, excluding Sandberg bluegrass, or similar short-statured perennial grasses.
            2.  Summarize cover and height for Sandberg bluegrass.
            3.  Summarize cover and height inclusive of all perennial grasses.

            Because shorter-statured perennial grasses such as Sandberg bluegrass may influence cover and height averages especially where abundant, the authors recommend that perennial grass metrics be summarized using all three methods to provide additional context for the perennial grass suitability rating. For example, if cover and height for perennial grasses, excluding Sandberg bluegrass (#1), are within the range of the suitable category in the HAF, then consider a ranking of "suitable" for the perennial grass indicator. However, if average cover (regardless of height) of these perennial grasses is not within the suitable category, use the cover and height averages for all perennial grasses, including Sandberg bluegrass (#3). Then, use the cover and height averages for the non-Sandberg perennial grasses (#1), as well as for Sandberg bluegrass itself (#2), to inform the rationale for the rating of the perennial grass indicator. Also, consider the capability of the site to provide species composition, cover, and structure for productive sage-grouse habitat on an annual basis.

8.  OPTIONAL: Complete the "Sage-Grouse Forb Diversity Data Form," or use the forb data collected in the Daubenmire frame to compile forb information for the site. Later, write a short narrative describing forb diversity relative to the site.

BLM_0065771

9.   OPTIONAL:  Record ground cover at each of the four outside corners of the Daubenmire frame in the four ground cover cells for each plot.  See the codes below:

G   =   gravel (≤5 mm or ~1/4 in)
R   =   rock (>5mm or ~1/4 in)
BR  =   bedrock
D   =   duff (when there is no clear boundary between litter and mineral soil and litter is not removed during typical storms (occurring annually))
M   =   moss
LC  =   visible lichen crust on soil
S   =   soil
L   =   herbaceous litter (≤5 mm or ~1/4 in; defined as detached stems, roots, and leaves)
WL  =   woody litter (>5mm or ~1/4 in)
EL  =   embedded litter (where removal of the litter would leave an indentation in the soil surface or would disturb the soil surface, breaking the soil crust)
V   =   live vegetation

BLM_0065772

## Sage-Grouse Forb Diversity Data Form

| Date: | County: | State: | Evaluator(s): |
|---|---|---|---|
| Population: | | | Home Range Name: |
| Land Cover Type: | | | Ecological Site: |
| Associated Leks: | | | Seasonal Habitat: |
| Transect #: | | | Site Info. (circle one):          Arid Site          Mesic Site |

### Forb Diversity (see directions)

| Type | Species | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Type:** P= preferred, N=noxious, I= invasive, O=other. **Note:** The forb type can be determined later in the office or via automated approaches.

BLM_0065773

## Sage-Grouse Forb Diversity Summary Form

| Date: | County: | State: | Evaluator(s): | | |
|---|---|---|---|---|---|
| Population: | | | Home Range Name: | | |
| Land Cover Type: | | | Ecological Site: | | |
| Associated Leks: | | | Transect #: | | |
| Area (ha/ac) Sampled: | | | Site Info. (circle one): | Arid Site | Mesic Site |
| Seasonal Habitat: | | | UTM: | | |
| PFC Status (riparian areas only, circle one): | | PFC | FAR | NF | Unknown |

### Transect Data Summary (see directions)

| Preferred Forb Species | Noxious Weeds | Invasive Annual Forbs | Other Forbs |
|---|---|---|---|
| Total Species (#): _____ | Total Species (#): _____ | Total Species (#): _____ | Total Species (#): _____ |
| List major species: | List major species: | List major species: | List major species: |

Comments (describe the diversity, availability, and relative abundance of preferred forbs in relation to site potential):

BLM_0065774

## Sage-Grouse Forb Diversity Data and Summary Form Directions

**Equipment:**

| | |
|---|---|
| Tape, 50 m | Stakes for tape (at least two spikes; old, medium to large screwdrivers work well) |
| Meter stick (for delineating 180-degree arc) | GPS unit |
| Pencils, clipboard, and plant identification guide; a local plant species list may be helpful | Calculator |

**Protocol:**

- This worksheet should be used to collect forb availability and diversity information at various breeding and summer habitat sites.
- Forb availability should be evaluated as close to the end of nesting as possible (May-June) to allow for easier identification of plant species, as well as more relevant application to the evaluation of breeding habitat. For low elevation areas, this will be May; for higher elevation areas, it will be June.
- Seasonal habitat has been stratified by land cover types prior to field evaluation (see chapter II for additional discussion).
- Conduct an appropriate number of transects in each seasonal habitat by each land cover type, in association with the LPI transects, as appropriate. Repeat all steps for each transect.
- If a more in-depth, quantitative data collection method (e.g., density or other) is desired by the interdisciplinary team, use the Daubenmire method, by species.

1. Fill out all location information at the top of the sheet (transfer information from the LPI or LIDF data form if used on the same transect line). Be sure to list UTM coordinates or other identifying features of the site. Most of the information should be self-explanatory except the following:

   **Population:** Identify the population with which the habitat is associated. This definition also includes small populations. Population names can be found in figure 3.

   **Home Range Name:** Identify the home range area using a major drainage area or other distinguishing land feature (e.g., Little Lost River home range).

   **Land Cover Type:** Identify the cover type of the data collected:

   **Upland Communities:** Use plant alliances or associations (Reid et al. 2002) for sagebrush or grassland communities; use www.natureserve.org/explorer (International Classification of Ecological Communities) or other sampling strata used to describe the habitat (e.g., percent sagebrush categories). Use the species symbol for dominant species in the overstory and understory (table B-1), for example, ARTRW8 (alliance level – Wyoming big sagebrush) or ARTRW8/FEID (association level – Wyoming big sagebrush/Idaho fescue).

   **Riparian or Wetland Communities:** Use site type (riparian areas, wet meadows, springs) or more detailed classification using Cowardin et al. (1979), or riparian type (regional classification systems) to which the data pertain.

   **Ecological Site:** Refer to soil maps, range site guides, and ecological site descriptions where available, and record the appropriate ecological site. Use the species symbol for dominant species in the overstory and understory.

   **Associated Leks:** List the two largest occupied leks to which the breeding habitat is associated. Use identification numbers or names that are used in the statewide database.

   **Seasonal Habitat:** List one of the following: lek, nesting/early brood-rearing, summer/late brood-rearing, or winter.

   **Transect #:** Assign a unique number to each transect within the land cover type (use the same transect number as for the LPI or LIDF data form).

   **Site Info:**

   **Arid Site:** Applies to sagebrush ecological sites generally in the 25-30 cm (10-12 in) precipitation zone. Wyoming big sagebrush is a common big sagebrush subspecies for this type of site.

   **Mesic Site:** Term applies to sagebrush ecological sites generally in a >30 cm (>12 in) precipitation zone. Mountain big sagebrush is a common big sagebrush subspecies for this type of site.

BLM_0065775

2.   At every 2 meters, record the presence of forbs, by species (in the species column on the form), which are rooted within a 1-meter radius, 180-degree arc, centering on the respective 2-meter mark. Place a check in the box on the form for the appropriate plot if the species is present.  See figure B-8 for transect layout.

3.   In the office later, or via automated means, annotate the type of forbs encountered as to whether they are preferred (by sage-grouse), noxious, invasive, or other.  Invasive forbs are considered of low palatability and ecologically undesirable.  Noxious weeds are limited to listed state weeds.  Other forbs are any forbs that are not considered to be preferred, noxious, or invasive (e.g., ecologically desirable, but unpalatable forbs such as *Lupinus* spp.)  Other forbs may not be preferred by sage-grouse as forage, but may still provide substrate for insects important to young sage-grouse.  For preferred forbs, see table B-1.

   a.   Calculate the total occurrences by species and sum by forb type (preferred, noxious, invasive, and other) on the "Sage-Grouse Forb Diversity Summary Form." In the comments section of the form, describe, relative to site potential, the general availability, diversity (number of species), and relative abundance of preferred forb species, based on the number of species encountered on the transect and number of plots with preferred forbs. Also discuss other, noxious, and invasive forbs as appropriate.  Use professional judgment and augment with other forb information that may have been collected from point intercept or Daubenmire transects.

   b.   Use this information to help describe preferred forb availability for breeding and summer habitat evaluations.

4.   Provide any additional pertinent information that describes the site in the comments section.

5.   Attach this form to the other field data sheet(s) (LPI or LIDF) used for this transect.



**Figure B-8.** Forb diversity transect layout.  At each 2-m increment, use a 1-m stick to scribe a 180-degree arc.  On the "Sage-Grouse Forb Diversity Data Form," record forb species that are rooted within the arc for a total of 25 plots along each transect.

BLM_0065776

**Table B-1.** Sagebrush community vegetation species and preferred forbs for sage-grouse. To be used for LPI, LIDF, and forb diversity data collection. Space is provided for the addition of local species. P = preferred forb, W = (noxious) weeds, I = invasive annuals, O = other forbs, N/A = not applicable. Species symbols are current as of 10-01 2013. See the USDA PLANTS database for the most up-to-date species symbols. Other forbs may be palatable at the cotyledon or bud stage.

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| **SHRUBS** | | | |
| **Dwarf sagebrush** | | | |
| Artemisia arbuscula | Low sagebrush | ARAR8 | N/A |
| A. arbuscula spp. longicaulis | Lahontan sagebrush | ARARL3 | N/A |
| A. arbuscula spp. longiloba | Early sagebrush | ARARL | N/A |
| A. bigelovii | Bigelow sage | ARBI3 | N/A |
| A. nova | Black sagebrush | ARNO4 | N/A |
| A. papposa | Fuzzy sage | ARPA16 | N/A |
| A. pygmaea | Pygmy sagebrush | ARPY2 | N/A |
| A. rigida | Stiff sagebrush | ARRI2 | N/A |
| A. spinescens<br>Syn = Picrothamnus desertorum | Bud sagebrush | ARSP5/<br>PIDE4 | N/A |
| A. tripartita spp. rupicola | Wyoming threetip sagebrush | ARTRR2 | N/A |
| Tanacetum nuttallii<br>Syn = Sphaeromeria argentea | Silver chickensage | TANU2/<br>SPAR2 | N/A |
| **Tall sagebrush** | | | |
| A. cana spp. bolanderi | Bolander's silver sagebrush | ARCAB3 | N/A |
| A. cana spp. cana | Plains silver sagebrush | ARCAC5 | N/A |
| A. cana spp. viscidula | Mountain silver sagebrush | ARCAV2 | N/A |
| A. tridentata spp. spiciformis | Subalpine big sagebrush | ARTRS2 | N/A |
| A. tridentata spp. tridentata | Basin big sagebrush | ARTRT | N/A |
| A. tridentata spp. vaseyana | Mountain big sagebrush | ARTRV | N/A |
| A. tridentata spp. wyomingensis | Wyoming big sagebrush | ARTRW8 | N/A |
| A. tridentata spp. xericensis | Xeric big sagebrush | ARTRX | N/A |
| A. tripartita spp. tripartita | Threetip sagebrush | ARTRT2 | N/A |
| **Subshrub sagebrush** | | | |
| A. frigida | Fringed sagewort | ARFR4 | N/A |
| A. pedatifida | Birdfoot sagebrush | ARPE6 | N/A |
| **Other shrubs** | | | |
| Amelanchier alnifolia | Saskatoon serviceberry | AMAL2 | N/A |
| Amelanchier utahensis | Utah serviceberry | AMUT | N/A |
| Atriplex canescens | Fourwing saltbush | ATCA2 | N/A |
| Atriplex confertifolia | Shadscale saltbush | ATCO | N/A |
| Ceanothus velutinus | Snowbrush ceanothus | CEVE | N/A |
| Chrysothamnus nauseosus<br>Syn = Ericameria nauseosa spp. nauseosa var. nauseosa | Rubber rabbitbrush | CHNA2/<br>ERNAN5 | N/A |
| Chrysothamnus viscidiflorus | Green rabbitbrush | CHVI8 | N/A |
| Grayia spinosa | Spiny hopsage | GRSP | N/A |
| Gutierrezia sarothrae | Broom snakeweed | GUSA2 | N/A |

BLM_0065777

Site-Scale (Fourth-Order) Data Forms

Appendix B: Data Forms and Measurement Techniques

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| *Juniperus occidentalis* | Western juniper | JUOC | N/A |
| *Juniperus osteosperma* | Utah juniper | JUOS | N/A |
| *Krascheninnikovia lanata* | Winterfat | KRLA2 | N/A |
| *Pachystima myrsinites* | Oregon boxleaf | PAMY2 | N/A |
| *Purshia tridentata* | Antelope bitterbrush | PUTR2 | N/A |
| *Rosa woodsii* | Woods' rose | ROWO | N/A |
| *Sarcobatus vermiculatus* | Greasewood | SAVE4 | N/A |
| *Symphoricarpos albus* | Common snowberry | SYAL | N/A |
| *Symphoricarpos oreophilus* | Mountain snowberry | SYOR2 | N/A |
| *Tetradymia canescens* | Spineless horsebrush | TECA2 | N/A |
| | | | |
| | | | |
| | | | |
| | | | |

| FORBS | | | |
|---|---|---|---|
| **Annuals/Occasionally Biennials** | | | |
| *Alyssum desertorum* | Desert alyssum | ALDE | I |
| *Asperugo procumbens* | German-madwort | ASPR | I |
| *Camelina microcarpa* | Littlepod false flax | CAMI2 | I |
| *Carthamus tinctorius* | Safflower | CATI | W |
| *Chenopodium* spp. | Goosefoot | CHENO | P |
| *Chorispora tenella* | Purple mustard | CHTE2 | W |
| *Collinsia* spp. | Blue eyed Mary | COLLI | P |
| *Collomia* spp. | Trumpet | COLLO | P |
| *Cryptantha* spp. | Cryptantha | CRYPT | O |
| *Descurainia* spp. | Tansymustard | DESCU | I |
| *Epilobium* spp. | Willowherb | EPILO | O |
| *Eriastrum sparsiflorum* | Great Basin woollystar | ERSP3 | P |
| *Eriogonum* spp. | Buckwheat | ERIOG | P |
| *Erodium cicutarium* | Stork's bill | ERCI6 | P |
| *Galium aparine* | Stickywilly | GAAP2 | I |
| *Halogeton glomeratus* | Saltlover | HAGL | I |
| *Helianthus annuus* | Common sunflower | HEAN3 | O |
| *Kochia scoparia* | Kochia | KOSC | W |
| *Lactuca serriola* | Prickly lettuce | LASE | P |
| *Lappula texana*<br>   Syn = *Lappula occidentalis* var. *cupulata* | Flatspine stickseed | LATE3/<br>LAOCC | I |
| *Lepidium* spp. | Pepperweed | LEPID | O |
| *Malacothrix* spp. | Desertdandelion | MALAC3 | P |
| *Medicago* spp. | Alfalfa | MEDIC | P |
| *Melilotus officinalis* | Yellow sweetclover | MEOF | P |
| *Microsteris* spp. | Microsteris (phlox) | MICRO22 | P |

Sage-Grouse Habitat Assessment Framework

BLM_0065778

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| *Plantago patagonica* | Woolly plantain | PLPA2 | P |
| *Plectritis macrocera* | Longhorn plectritis | PLMA4 | P |
| *Polygonum* spp. | Knotweed | POLYG4 | P |
| *Ranunculus testiculatus*<br>    Syn = *Ceratocephala testiculata* | Bur buttercup | RATE/<br>CETE5 | W |
| *Salsola kali* | Russian thistle | SAKA | W |
| *Sonchus* spp. | Sowthistle | SONCH | P |
| *Stephanomeria* spp. | Wirelettuce | STEPH | P |
| *Thlaspi arvense* | Field pennycress | THAR5 | I |
| *Tragopogon* spp. | Goatsbeard | TRAGO | P |
| *Trifolium* spp. | Clover | TRIFO | P |
| *Veronica* spp. | Speedwell | VERON | I |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Biennials** | | | |
| *Cirsium* spp. | Thistle | CIRSI | W |
| *Cynoglossum officinale* | Hound's tongue | CYOF | W |
| *Gilia aggregata*<br>    Syn = *Ipomopsis aggregata* spp. *aggregata* | Scarlet gilia | GIAG/<br>IPAGA3 | P |
| *Machaeranthera canescens* | Hoary aster | MACA2 | O |
| | | | |
| | | | |
| **Perennials/Occasionally Biennials** | | | |
| *Achillea millefolium* | Common yarrow | ACMI2 | O |
| *Agoseris* spp. | Agoseris | AGOSE | P |
| *Allium* spp. | Onion | ALLIU | P |
| *Androsace septentrionalis* | Pygmyflower rockjasmine | ANSE4 | P |
| *Antennaria* spp. | Pussytoes | ANTEN | O |
| *Arabis holboellii* | Holboell's rockcress | ARHO2 | P |
| *Arenaria kingii* | King's sandwort | ARKI | P |
| *Artemisia dracunculus* | Tarragon | ARDR4 | P |
| *Aster chilensis*<br>    Syn = *Symphyotrichum chilense* var.<br>    *chilense* | Pacific aster | ASCH2/<br>SYCHC | P |
| *Astragalus* spp. | Milkvetch | ASTRA | P |

BLM_0065779

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| *Balsamorhiza hookeri* | Hooker's balsamroot | BAHO | P |
| *Balsamorhiza sagittata* | Arrowleaf balsamroot | BASA3 | P |
| *Berberis repens* | Creeping barberry | MARE11 | O |
| *Brodiaea* spp. | Brodiaea | BRODI | P |
| *Calochortus* spp. | Mariposa lily | CALOC | P |
| *Camassia* spp. | Camas | CAMAS | P |
| *Castilleja* spp. | Indian paintbrush | CASTI2 | O |
| *Chaenactis douglasii* | Douglas's dustymaiden | CHDO | P |
| *Comandra umbellata* | Bastard toadflax | COUM | P |
| *Convolvulus arvensis* | Field bindweed | COAR4 | W |
| *Crepis* spp. | Hawksbeard | CREPI | P |
| *Cymopterus* spp. | Springparsley | CYMOP2 | P |
| *Camassia* spp. | Camas | CAMAS | P |
| *Dalea* spp. | Prairie clover | DALEA | P |
| *Delphinium nuttallianum* | Twolobe larkspur | DENU2 | O |
| *Erigeron* spp. | Fleabane | ERIGE2 | P |
| *Eriogonum* spp. | Buckwheat | ERIOG | O |
| *Erysimum* spp. | Wallflower | ERYSI | P |
| *Fritillaria* spp. | Fritillary | FRITI | P |
| *Geranium viscosissimum* | Sticky purple geranium | GEVI2 | P |
| *Geum* spp. | Avens | GEUM | P |
| *Grindelia squarrosa* | Curlycup gumweed | GRSQ | I |
| *Hackelia* spp. | Stickseed | HACKE | O |
| *Haplopappus acaulis* | Stemless mock goldenweed | HAAC | O |
| *Hedysarum* spp. | Sweetvetch | HEDYS | P |
| *Helianthella* spp. | Helianthella | HELIA | P |
| *Hydrophyllum capitatum* | Ballhead waterleaf | HYCA4 | P |
| *Iva axillaris* | Povertyweed | IVAX | P |
| *Lathyrus* spp. | Pea | LATHY | P |
| *Leptodactylon pungens* Syn = *Linanthus pungens* | Granite prickly phlox | LEPU/ LIPU11 | P |
| *Linanthus* spp. | Linanthus | LINAN2 | P |
| *Linum perenne* | Blue flax | LIPE2 | O |
| *Lithophragma* spp. | Woodland-star | LITHO2 | P |
| *Lithospermum ruderale* | Western stoneseed | LIRU4 | P |
| *Lomatium* spp. | Desertparsley | LOMAT | P |
| *Lotus corniculatus* | Bird's-foot trefoil | LOCO6 | P |
| *Lupinus* spp. | Lupine | LUPIN | O |
| *Lygodesmia* spp. | Skeletonplant | LYGOD | P |
| *Mentha* spp. | Mint | MENTH | I |
| *Mentzelia* spp. | Blazingstar | MENTZ | P |
| *Mertensia* spp. | Bluebells | MERTE | P |

BLM_0065780

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| *Microseris* spp. | Silverpuffs | MICRO6 | P |
| *Oenothera* spp. | Evening-primrose | OENOT | O |
| *Opuntia polyacantha* | Plains pricklypear | OPPO | N/A |
| *Penstemon* spp. | Beardtongue | PENST | P |
| *Perideridia* spp. | Yampah | PERID | P |
| *Phacelia* spp. | Phacelia | PHACE | P |
| *Phlox* spp. | Phlox | PHLOX | O |
| *Ranunculus* spp. | Buttercup | RANUN | O |
| *Rumex* spp. | Dock | RUMEX | O |
| *Sanguisorba minor* | Small burnet | SAMI3 | P |
| *Sedum* spp. | Stonecrop | SEDUM | P |
| *Senecio* spp. | Ragwort | SENEC | O |
| *Smilacina racemosa*<br>*Syn = Maianthemum racemosum* spp. *racemosum* | Feathery false lily of the valley | SMRA/<br>MARAR | P |
| *Solidago* spp. | Goldenrod | SOLID | P |
| *Sphaeralcea* spp. | Globemallow | SPHAE | P |
| *Taraxacum officinale* | Common dandelion | TAOF | P |
| *Townsendia hookeri* | Hooker's Townsend daisy | TOHO | P |
| *Vicia* spp. | Vetch | VICIA | P |
| *Viola nuttallii* | Nuttall's violet | VINU2 | O |
| *Viola purpurea* | Goosefoot violet | VIPU4 | O |
| *Wyethia amplexicaulis* | Mule-ears | WYAM | O |
| *Zigadenus* spp. | Deathcamas | ZIGAD | O |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### GRASSES

#### Annuals

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| *Avena fatua* | Wild oat | AVFA | N/A |
| *Bromus commutatus*<br>*Syn = Bromus racemosus* | Bald brome | BRCO4/<br>BRRA2 | N/A |
| *Bromus japonicus* | Japanese brome | BRJA | N/A |
| *Bromus mollis*<br>*Syn = Bromus hordeaceus* spp. *hordeaceus* | Soft brome | BRMO2/<br>BRHOH | N/A |
| *Bromus tectorum* | Cheatgrass | BRTE | N/A |
| *Festuca octoflora* | Sixweeks fescue | FEOC3 | N/A |
| *Triticum aestivum* | Common wheat | TRAE | N/A |

Sage-Grouse Habitat Assessment Framework

BLM_0065781

| Scientific Name | Common Name | Symbol | Most Likely Category |
|---|---|---|---|
| **Perennials** | | | |
| Achnatherum thurberianum | Thurber's needlegrass | ACTH7/ STTH2 | N/A |
| Agropyron cristatum | Crested wheatgrass | AGCR | N/A |
| Agropyron intermedium<br>  Syn = Thinopyrum intermedium | Intermediate wheatgrass | AGIN2/ THIN | N/A |
| Agropyron repens<br>  Syn = Elymus repens | Quackgrass | AGRE2/ ELRE4 | N/A |
| Agropyron smithii<br>  Syn = Pascopyrum smithii | Western wheatgrass | AGSM/ PASM | N/A |
| Agropyron spicatum<br>  Syn = Pseudoroegneria spicata spp. spicata | Bluebunch wheatgrass | AGSP/ PSSPS | N/A |
| Bromus inermis | Smooth brome | BRIN2 | N/A |
| Carex douglasii | Douglas' sedge | CADO2 | N/A |
| Elymus cinereus<br>  Syn = Leymus cinereus | Basin wildrye | ELCI2/ LECI4 | N/A |
| Elymus junceus<br>  Syn = Psathyrostachys juncea | Russian wildrye | ELJU/ PSJU3 | N/A |
| Festuca idahoensis | Idaho fescue | FEID | N/A |
| Koeleria cristata<br>  Syn = Koeleria macrantha | Prairie junegrass | KOCR/ KOMA | N/A |
| Melica bulbosa | Oniongrass | MEBU | N/A |
| Oryzopsis hymenoides<br>  Syn = Achnatherum hymenoides | Indian ricegrass | ORHY/ ACHY | N/A |
| Poa bulbosa | Bulbous bluegrass | POBU | N/A |
| Poa juncifolia<br>  Syn = Poa secunda | Sandberg bluegrass | POJU/ POSE | N/A |
| Poa sandbergii<br>  Syn = Poa secunda | Sandberg bluegrass | POSA12/ POSE | N/A |
| Poa scabrella<br>  Syn = Poa secunda | Sandberg bluegrass | POSC/ POSE | N/A |
| Sitanion hystrix<br>  Syn = Elymus elymoides spp. elymoides | Squirreltail | SIHY/ ELELE | N/A |
| Stipa comata<br>  Syn = Hesperostipa comata spp. comata | Needle and thread | STCO4/ HECOC8 | N/A |
| Stipa occidentalis<br>  Syn = Achnatherum occidentale spp. occidentale | Western needlegrass | STOC2/ ACOCO | N/A |
| **SEDGES** | | | |
| Typha spp. | Cattail | TYPHA | N/A |

BLM_0065782



BLM_0065783

BLM_0065784



BLM_0065785



# SW Colorado Bighorn Sheep ROC Data Needs/Assignments

1. BLM: Spreadsheet and GIS Layer of our rough planning schedule (Robin)

2. CPW:  Attributed population/herd layer (Karen)

3. BLM: Combine these to get at when the data are most needed (Frank/Anthony)

4. CPW: Verification from Dillon Mesa biologist on Year-round, Summer, Winter for Core Herd Home Range  (Brad)

5. BLM send CPW the sub-model for connector habitat as well as RM layer, will also send contact info (Frank)

6. CPW & BLM: Rerun of RM BHS Habitat Preference Raster Layer for connector habitat (Habitat Class) and agreement on the input/base layers (Frank/Anthony/Karen/others)

7. CPW & BLM: Run of D BHS Habitat Preference Raster Layer connector (Habitat Class) and agreement on the input/base layer (Frank/Anthony/Karen/others)

8. CPW: check on herd sizes to include adults only (Andy/others)

9. CPW: check on what to use for herd sex ratios for Black Canyon, Dillon Mesa, & Snowmass West (State averages, additional local data, etc.) (Andy/Julie)

10. BLM & CPW: expand table and data queries to include Gunnison and other planning units on the horizon (Frank/all)

11. BLM: Send out new User Guide when available  (Robin)

12. BLM: exchange adjusted allotment data (Anthony/David)

BLM_0065787

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    0_SW_CO_BighornROCModelInput.xlsx

BLM_0065788

# Dolores River Riparian Action Plan (DR-RAP)

## Recommendations for Implementing
## Tamarisk Control & Restoration Efforts

### March 2010

*Until about thirty years ago, environmental degradation and habitat loss were addressed, if at all, on a piecemeal basis, river segment by river segment, species by species. Over time, however, scientists working to resolve problems of species and habitat loss understood what now seems obvious: the crucial aspect of watersheds and other natural systems is the interconnectedness of their component parts.*[1]



Dolores River

BLM_0065789

# Acknowledgements

The Tamarisk Coalition wishes to thank, in alphabetical order, the following organizations and their staff for their contributions to the creation of this living document:

Bureau of Land Management, Bureau of Reclamation, Canyon Country Conservation Corps, Chris Masingill Consulting, Colorado Department of Agriculture, Colorado State University, Colorado Water Conservation Board, Dolores County, Dolores Conservation District, Dolores River Dialog, U.S. Fish and Wildlife Service, Fred Philips Consulting, Grand Canyon Trust, Grand County, Mesa County, Montrose County, National Institute of Invasive Species Science, Natural Resource Conservation Service, Rim to Rim Restoration, San Miguel County, Southeastern Utah Tamarisk Partnership, Southwest Conservation Corps, The Nature Conservancy, University of Denver and Denver Botanic Gardens, University of Utah, Utah State University, Walton Family Foundation, and Western Colorado Conservation Corps.

Funding for this planning document was provided by the Packard Foundation.

Citation for Cover Quotation: [1] Doyle, Mary.  Introduction: The Watershed-Wide, Science-Based Approach to Ecosystem Restoration, *Large-Scale Ecosystem Restoration – Five Case Studies from the United States*.  Society for Ecological Restoration International, Island Press, 2008.

Photo credits:  All photos were taken by the Tamarisk Coalition.

For information regarding this document please contact:

Clark Tate, Restoration Ecologist and Project Manager
Tamarisk Coalition
970 256-7400
ctate@tamariskcoalition.org

Peter Mueller, Northern San Juan Project Director
The Nature Conservancy
970-728-5291
pmueller@tnc.org

BLM_0065790

# Table of Contents
## Dolores River Riparian Action Plan (DR-RAP):
### Recommendations for Implementing Tamarisk Control & Restoration Efforts
### March 2010

Executive Summary ................................................................................................................... 5

Introduction ............................................................................................................................. 7

Planning Effort Background ................................................................................................. 10

Vision and Guiding Principles ............................................................................................. 12

System Stressors & DR-RAP's Assumptions ....................................................................... 14

5 Year Goals ........................................................................................................................... 19

    Ecological ........................................................................................................................... 19
    Social .................................................................................................................................. 20
    Economic ............................................................................................................................ 21
    Management ....................................................................................................................... 21

Criteria & Feasibility Characteristics for Prioritizing Restoration Actions ......................... 23

Decision Trees for Prioritizing Criteria to Choose Restoration Sites .................................. 27

Methods for Achieving DR-Rap's 5 Year Goals .................................................................. 31

    Monitoring, Maintenance, & Adaptive Management Challenges .............................................. 32

Estimated Costs for Restoration ......................................................................................... 33

Recommended Restoration Actions for 2010 ...................................................................... 35

## Figures

Figure 1.  Dolores River Watershed Map .............................................................................. 8

Figure 2.  Flow Diagram for Tamarisk Management on the Dolores River ........................... 9

Figure 3.  Decision Tree for Prioritizing Tamarisk Control ................................................. 29

Figure 4.  Decision Tree for Prioritizing Non-Tamarisk Invasive Species Control .............. 30

## Tables

Table 1.  Criteria for Prioritizing Sites for __Active__ Tamarisk Control ................................. 24

Table 2.  Criteria for Prioritizing Sites for Monitoring __Biological__ Tamarisk Control ........ 26

Table 3.  Summary of Estimated Costs for Tamarisk Management – Dolores River .......... 34

BLM_0065791

# Appendices

**Appendix A.** Tamarisk & Russian olive Management: State-of-the-Science .......................... A-1

**Appendix B.** Biological Control State-of-the-Science............................................................. B-1

**Appendix C.** Tamarisk Management & Restoration – Description of Available Control, Biomass Reduction, Revegetation, Monitoring & Maintenance Techniques and Costs in the Dolores River Watershed ........................................................................................................ C-1

**Appendix D.** Conceptual Framework for DR-RAP ................................................................ D-1

**Appendix E.** System Stressors & DR-RAP's Assumptions ................................................... E-1

**Appendix F.** Management Assessment for Invasive, Non-Native Species .............................F-1

**Appendix G.** BMPs for Livestock Grazing & Fencing for Riparian Areas..... 35 (Data DVD Link)

**Appendix H.** Conservation Youth Corps - Dolores River Restoration Pilot Program 2009 Report..................................................................................................................................H-1

**Appendix I.** Key Management Questions................................................................................ I-1

**Appendix J.** Dolores River Restoration Partnership Executive Summary ..............................J-1

**Appendix K.** Grant Opportunities for Tamarisk and Russian Olive Control & Restoration.......... ...........................................................................................................................................K-1

**Appendix L.** Cost Calculator .......................................................... L-1 & Data DVD

**Appendix M.** Recommended Sites Text, Photos, Mapping, Attribute Tables, & Cost Estimates.. .........................................................................................................M-1 & Data DVD

4

# Dolores River Riparian Action Plan Executive Summary

Though a myriad of factors affect the health of the Dolores River, the invasion of tamarisk is a particular focus for land managers due to its extensive growth patterns which can displace native vegetation and affect the health and sustainability of these vegetative communities. In 2008, The Nature Conservancy completed a tamarisk control project on the San Miguel River and turned to the Dolores River. In the spring of 2009, The Nature Conservancy and the Tamarisk Coalition began working with local land owners and managers to develop a watershed-wide tamarisk control and restoration strategy, which is embodied in the Dolores River Riparian Action Plan (DR-RAP). As a result of these efforts, the Dolores River Restoration Partnership was formed.

DR-RAP's **Purpose** is to: (1) to articulate the science-driven, tamarisk related vision, goals, and site selection criteria common to Dolores River stakeholders in both Colorado and Utah to facilitate a consistent approach throughout the watershed; and (2) to initiate and facilitate an increased level of collaboration and communication among the stakeholders to enhance information transfer, adaptive management, and likelihood of large scale, meaningful success.

DR-RAP's **Vision** is: *A Dolores River watershed dominated by native vegetation, where the threats from tamarisk and other associated invasive species have been mitigated and the riparian areas of the watershed continue to become more naturally functioning, self-sustaining, diverse, and resilient over time.* This ecologically focused vision is a step toward the overarching vision of the Dolores River Restoration Partnership of . . . *a thriving Dolores River system that is ecologically, socially, and economically sustainable in a multiuse context.*



5

BLM_0065793

The **Guiding Principles** for the execution of the **Vision** include: (1) a collaborative approach, (2) funding must sustain short-term monitoring & maintenance to a determined point of restoration success, (3) minimize harm to wildlife species, (4) concurrent restoration work throughout the watershed, and (5) educate the public and Dolores River stakeholders at every opportunity.

The main ecologic and anthropogenic "stressors" that affect the Dolores River are tamarisk, tamarisk treatment and associated restoration/revegetation methods, the tamarisk leaf beetle, hydrology, livestock and wildlife grazing, geomorphology, saline soils and arid conditions, herbaceous and woody invasives, and climate change.  DR-RAP makes various assumptions that the plan's goals can be met even in the presence of these stressors.

DR-RAP's **5 Year Goals** are:
- <u>Ecologic</u> – increase the number of sustainable, healthy riparian plant communities while reducing those dominated by tamarisk and other invasive, non-native plant species.
- <u>Social</u> – develop a professional, competitive, and efficient work force; improve aesthetic enjoyment; increase public safety; and increase the protection of property.
- <u>Economic</u> – increase employment opportunities, improve cost benefit ratio for contractors and youth service corps, improve effectiveness and financial efficiency of riparian restoration, and enhance visitor travel to the area.
- <u>Management</u> – manage adaptively, incorporate education and interpretation, garner support from agency budgets and attract other sources of funding, facilitate communications between land managers and partners.

DR-RAP defines **Criteria for Prioritization** and a **Decision Tree** to help land managers determine where restoration should occur to best meet these goals on the Dolores River.  At the sites selected, the following methods will be used to meet DR-RAP's goals; tamarisk removal, biomass removal or remediation, non-native woody species control, non-native herbaceous species control, revegetation, short and long-term monitoring and maintenance, and adaptive management.

The Dolores River Restoration Partnership makes the following recommendations for 2010:
- The Dolores River Restoration Partnership should be formalized through MOUs;
- Pilot projects should be established to answer pressing management questions;
- A two day winter workshop should be convened to incorporate lessons learned in 2010 to inform 2011 actions; and
- Monitoring, Funding, Education, and Science Subcommittees should be formed to address such issues as adaptive management challenges and tributaries.

BLM_0065794

# Introduction
## Dolores River Riparian Action Plan – Recommendations for Implementing Tamarisk Control and Restoration Efforts

The Dolores River Riparian Action Plan (DR-RAP) was developed with the understanding that controlling invasive tamarisk (*Tamarix* spp. also known as salt cedar) and comingled secondary invasives while reestablishing native species are only a few components of a watershed restoration plan. Other issues that must be considered in a comprehensive riparian restoration project include the capacity to improve flow regimes, ensure responsible livestock grazing, ensure responsible rangeland management, and to alter stream structure where necessary. These issues are being addressed by other organizations and agencies within the Dolores River Restoration Partnership. For instance, the Dolores River Dialogue (DRD) is working specifically to address the alteration of peak flows in order to support native vegetation and fish populations. Additionally, as the largest landowners in the Dolores watershed (see Figure 1), the four Bureau of Land Management (BLM) offices are responsible for the majority of livestock grazing, rangeland management, and decision making on many of the other issues along the river.

DR-RAP's **purpose** is twofold: (1) to articulate the science-driven, tamarisk related vision, goals, and site selection criteria common to Dolores River stakeholders in both Colorado and Utah to facilitate a consistent approach throughout the watershed; and (2) to initiate and facilitate an increased level of collaboration and communication among the stakeholders to enhance information transfer, adaptive management, and likelihood of large scale, meaningful success. DR-RAP also strives to consider the social needs, economic realities, and management challenges that interact with and affect the ecological health of the watershed and to address these issues accordingly.

Recognizing the ultimate decision making responsibility of landowners, most notably the BLM offices, DR-RAP has been created as a resource to aid each BLM district in creating consistent, site specific, tamarisk management implementation plans. (For example, Appendices A, B, and C provide a detailed discussion of tamarisk ecology, biological control, and an evaluation of tamarisk management technologies.) These implementation plans will provide detailed approaches for actual work sites including but not limited to: site specific project goals; project timeline and scheduling; a site specific, pre-project, baseline data monitoring plan; work force selection; determination of active or passive tamarisk management techniques and materials; a post-project monitoring plan; and mechanism for maintenance determination and schedule. Each plan may vary from office to office, but their content should be driven by criteria presented in the DR-RAP in order to lend consistency to restoration projects. These consistencies will aid in creating a holistic view of restoration activities throughout the watershed.

Ultimately, the decisions embodied in the BLM's implementation plans are paramount over any suggestions laid forth in DR-RAP as they will consider aspects of the watershed that are outside of DR-RAP's scope. Figure 2 provides a flow diagram depicting the interaction such decision making has with DR-RAP. The combination of these individual BLM plans and DR-RAP will provide the basis for cost estimates, helping to inform funding commitments.

BLM_0065795

**Figure 1:  Dolores River Watershed Map**



BLM_0065796

**Figure 2:  Flow Diagram for Tamarisk Management on the Dolores River[1]**



```
                    ┌─────────────────────────────┐
                    │     Step 1: DR-RAP          │
                    │ Determine Dolores River     │
                    │ Watershed Vision & 5 Year   │
                    │     Tamarisk Goals          │
                    └─────────────────────────────┘

┌──────────────────────────┐         ┌──────────────────────────┐
│ Provide Site Selection   │         │ Provide a Tamarisk        │
│ Criteria for 5 Year      │         │ Management Resource to    │
│ Tamarisk Goals to        │         │ aid in the development    │
│ promote consistency in   │         │ of BLM Office             │
│ BLM Office               │         │ Implementation and        │
│ Implementation Plans     │         │ Monitoring Plans          │
└──────────────────────────┘         └──────────────────────────┘

          ┌──────────────────────────────────────────┐
          │     Monitoring Subcommittee              │
          │ Develops Comprehensive Monitoring Plan   │
          └──────────────────────────────────────────┘

┌──────────────────┐   ┌───────────────────────┐   ┌──────────────────┐
│ Evaluate         │   │ Step 2: BLM Office    │   │ Evaluate         │
│ Non-Ecological   │   │ Implementation Plans  │   │ Ecological       │
│ Factors outside  │   │ Establish Realistic   │   │ Factors outside  │
│ the Scope of     │   │ Restoration           │   │ the Scope of     │
│ DR-TRP           │   │ Objectives            │   │ DR-RAP           │
└──────────────────┘   └───────────────────────┘   └──────────────────┘

          ┌──────────────────────────────────────────┐
          │   Step 3: Prioritize & Select Site(s)    │
          └──────────────────────────────────────────┘

          ┌──────────────────────────────────────────┐
          │ Step 4: Create Site Specific             │
          │ Restoration & Monitoring Plans (Tactics) │
          └──────────────────────────────────────────┘

          ┌──────────────────────────────────────────┐   ┌──────────────┐
          │ Step 5: Implement Restoration &          │   │ Conduct Pilot│
          │ Monitoring Plan                          │   │ Projects     │
          └──────────────────────────────────────────┘   └──────────────┘

          ┌──────────────────────────────────────────┐
          │ Step 6: Conduct Post-Project Monitoring  │
          └──────────────────────────────────────────┘

          ┌──────────────────────────────────────────┐   ┌──────────────┐
          │ Step 7: Engage Adaptive Management       │   │ Inform Other │
          └──────────────────────────────────────────┘   │ Projects     │
                                                          └──────────────┘
```

[1] (Adapted from Sher, A.A., K. Lair, M. DePrenger-Levin, and K. Dohrenwend. 2010. "Best Management Practices for Revegetation after Tamarisk Removal in the Upper Colorado River Basin Handbook". Denver Botanic Gardens, Denver, CO, USA.)

BLM_0065797

# Planning Effort Background

**The Dolores River**: The Dolores River is a testament to the diversity of riparian ecosystems found on the western slope of the Rocky Mountains. Winding down from its headwaters in the San Juan Mountains of Colorado, the Dolores passes through deep canyons, broad valleys, and beneath the breathtaking topography of Gateway to join the Colorado River in Utah. Highly valued by recreationalists, especially during the release of high flows that support a lauded whitewater float trip, a journey along the Dolores River is traded among outdoor enthusiasts as a tale of beauty and unparalleled appreciation for the wonders of nature. The Dolores River is also heavily used by the agricultural community, both within and outside the watershed. Its waters support the production of several valuable crops such as alfalfa and corn.

Historic diversions for irrigation purposes and modern day storage in McPhee Reservoir near the town of Dolores have altered traditional flow regimes and divert much of the watershed's flow to the San Juan River watershed in southwestern Colorado. As a result, the conditions that support a natural riparian vegetative community on the Dolores River have been highly altered. The health of these plant communities is vital as they protect water quality, provide wildlife habitat, provide invaluable recreational opportunities, and can be sustainably used for livestock grazing purposes.

**The Partnership**: In 2008, The Nature Conservancy completed a successful tamarisk control project on the San Miguel River and turned its attention to the Dolores River. In the spring of 2009, a grant from the Packard Foundation provided the Tamarisk Coalition and The Nature Conservancy the opportunity to begin working with local land owners and managers to develop a watershed-wide tamarisk control and restoration strategy, which is embodied in DR-RAP. As a result of these efforts, the Dolores River Restoration Partnership was formed. This informal partnership includes communications and collaborations with:



- Bureau of Land Management (BLM) Field Offices that manage the majority of the Dolores River: the Moab, Grand Junction, Uncompahgre, and Dolores Field Offices
- BLM Colorado and Utah State Offices
- County weed managers in Colorado from Dolores, San Miguel, Montrose, Montezuma, and Mesa Counties, Colorado; and Grand County, Utah

BLM_0065798

- Montezuma Valley Irrigation Company
- Colorado Department of Agriculture, Palisade Insectary
- Colorado State University
- Natural Resources Conservation Service (NRCS)
- Four Corners School/Canyon Country Youth Corps, Southwest Conservation Corps, Western Colorado Conservation Corps
- Dolores Tamarisk Action Group (DTAG)
- Dolores River Dialogue (DRD)
- Southeastern Utah Tamarisk Partnership (SEUTP)
- Bureau of Reclamation
- Dolores Water Conservancy
- U. S. States Fish and Wildlife Service
- Colorado Department of Wildlife
- Packard Foundation
- Private landowners through interaction with The Nature Conservancy
- Walton Family Foundation

**Partnership Subcommittees**: A monitoring subcommittee has been formed to address the need for consistent monitoring approaches throughout the watershed. Other subcommittees recommended by the partnership to form in 2010 are: (1) Funding opportunities, (2) Education and outreach, and (3) Science.

**Information Source:** DR-RAP is informed by collaborations with these agencies as well as by extensive field surveys conducted along the river from McPhee Reservoir to the confluence of the Dolores and Colorado Rivers. This work, performed in the spring and summer of 2009 by the Tamarisk Coalition, collected information on native and non-native vegetation through field surveys, soil samples at many recommended sites, a photo journal, and a verification and refinement of previous tamarisk mapping completed by the Tamarisk Coalition for the Colorado Water Conservation Board. This information, by its nature, is extensive and is provided in the attached Data-DVD.

**Regional Context**: The DR-RAP is a natural extension of several other projects. Upstream, the Dolores Conservation District is successfully controlling tamarisk infestations above and around McPhee Reservoir. Downstream, the Southeastern Utah Tamarisk Partnership[2] restoration group's scope includes the Utah portion of the Dolores River. This group has designated the portion of the Colorado River from the Dolores confluence to Potash as a focus area for tamarisk control and restoration. A major restoration effort has also occurred on the Dolores's largest tributary, the San Miguel River. In a six year effort, the Nature Conservancy and San Miguel County have removed tamarisk and other invasive trees from the majority of the San Miguel River. Additionally, the DR-RAP falls in line with recommendations made in the *Colorado Headwaters Woody Invasive Species Management Plan for the Colorado River* (CHIP)[3].

---

[2] *Southeast Utah Tamarisk Partnership – Woody Invasives Management Plan,* July 2007.

[3] *Colorado Headwaters Invasive Partnership – A Consolidated Invasive Species Management Plan for Colorado's Colorado Gunnison, Uncompahgre, Dolores, White, and Yampa/Green Watersheds,* Revised

BLM_0065799

# Vision and Guiding Principles

**Vision** – DR-RAP's vision is:  *A Dolores River watershed dominated by native vegetation, where the threats from tamarisk and other associated invasive species have been mitigated and the riparian areas of the watershed continue to become more naturally functioning, self-sustaining, diverse, and resilient over time.*  This ecologically focused  vision is a step toward the overarching vision of the Dolores River Restoration Partnership of . . . *a thriving Dolores River system that is ecologically, socially, and economically sustainable in a multiuse context.*



As discussed in DR-RAP's vision, "naturally functioning" is defined as dominated by native riparian and upland floodplain terrace vegetation, having diverse species composition and structure compared to other non-impacted sites, providing habitat for a broad range of animals, and with geomorphologic function unimpaired by the presence of tamarisk.  "Self-sustaining" is defined as having processes of plant establishment and growth, sediment accumulation and erosion, and hydrology that requires only modest on-going investments to maintain natural function.  A conceptual framework describing the interactions amongst the various factors affecting the river systems function is provided in Appendix D.

In working towards this ecologically focused vision, considerations must be made for the successful achievement of the social, economic, and management components of the Dolores River Restoration Partnership's broader vision.  In order to highlight potential interactions of DR-RAP's ecological focus with the partnership's broader vision, the "Goals" section of this

BLM_0065800

document outlines some basic social, economic, and management issues that should be considered in the implementation of tamarisk management.[4]

The **Guiding Principles** for the execution of the Vision include:

1. **A collaborative approach.** The restoration actions chosen will incorporate the knowledge and priorities of land owners, land managers (federal, state, local agencies), stakeholders, and action groups while maintaining adaptive management that will respond to lessons learned during the DR-RAP's implementation.

2. **Funding must sustain short-term monitoring & maintenance to a point of success.** Every project initiated will set aside enough funding to monitor and maintain the site in the short-term to a point of success that can be maintained by the land owner or manager in the long-term.  (The exact mechanism to achieve this principle will be determined by the Dolores River Restoration Partnership's Funding Opportunities Subcommittee).

3. **Minimize harm to wildlife species.**  While healthy, native vegetation communities create almost universally superior wildlife habitat to non-native plants; inferior or improperly restored native habitats can create a net loss of habitat.  For this reason, DR-RAP recommends staging implementation activities to minimize impacts to key wildlife habitat and, where necessary, revegetating with a mixture of plant species and to a level of success appropriate to improve habitat.

4. **Concurrent restoration work throughout the watershed.** Tamarisk seeds are likely dispersed as widely through wind as water and are as likely to affect restoration efforts upstream as those downstream[5]. Restoration efforts should occur throughout the watershed in discrete sites likely to achieve success; thus, all projects move the entire river towards greater sustainability.

5. **Educate the public and Dolores River stakeholders at every opportunity.**  Informing the public of the need for restoration, and of the process and goals of DR-RAP, will be important throughout the watershed to: (1) explain ecological restoration and its goal of improving ecosystem function, (2) protect project areas from human disturbance, (3) limit noxious weed introductions.

---

[4] "Tamarisk management" includes all the components necessary to achieve restoration of the desired vegetation community including tamarisk control, biomass reduction, revegetation, other invasive species control, monitoring, maintenance, and adaptive management.

[5] Pearce, Cheryl, and Smith, Derald G., 2003, Saltcedar: Distribution, Abundance, and Dispersal Mechanisms, Northern Montana, USA, WETLANDS, v. 23, No. 2, p. 215-228.

BLM_0065801

# System Stressors & DR-RAP's Assumptions

To successfully work towards DR-RAP's **Vision** it is necessary to prioritize areas throughout the river where restoration actions will best meet the plan's ecologic, social, economic, and management **Goals (**described in the next section**)**.  Therefore, DR-RAP provides a list of **Criteria for Prioritizing Restoration Actions** as well as a **Decision Tree for Tamarisk Control**.

In order to define these site selection criteria, it is important to identify the many ecological and anthropogenic "stressors" that affect the relationship between tamarisk and native species dominance on the Dolores River.  Some of these stressors can be mitigated through tamarisk control and revegetation efforts.  Other stressors are not directly addressed in the DR-RAP but still have bearing on the site prioritization criteria due to their ecological impacts.  The Criteria **for Prioritization** are based on scientifically founded **Assumptions** that direct how this plan addresses these stresses which are termed "**System Stressors**".

These **Assumptions** link the restoration actions recommended in this document back to DR-RAP's **Goals** by allowing that: if the sites recommended by the **Criteria for Prioritization** are restored, based on the **Assumptions** listed below, DR-RAP's **Goals** will be met.

**Stressors** associated with the Dolores River system are listed below along with the **Assumptions** that this plan is operating under to mitigate these pressures.  For brevity purposes, this list is a concise version of the more in-depth Appendix E:  System Stressors & DR-RAP's Assumptions.  For an explanation of the rationale behind any of these issues please reference that text.

## System Stressors & Associated Assumptions

The **Assumptions** below are overarching, informing the entire document and planning effort, or inform specific **Guiding Principles** (previously presented), **Goals**, or **Criteria for Prioritization** that follow in the document.

<u>**Tamarisk**</u> – In many cases, tamarisk control and the reestablishment of native vegetation is the most critical activity necessary to begin the restoration of western river systems. These stands can out compete and displace native riparian and adjacent upland vegetation, exploit valuable water resources, provide inferior habitat and forage for wildlife, increase the risk of damage to native vegetation by wildfire, and provide a seed source for continued infestations (see Appendix A).



14

BLM_0065802

**Tamarisk Assumptions:**
- <u>Tamarisk Eradication is Not Possible</u> – Informs Ecological Goal 1
- <u>As Eradication is Not Possible, Tamarisk Seed Sources Will Always Be Present</u> – Informs Guiding Principle 4
- <u>Healthy Native Vegetation is Superior to Tamarisk</u> – This is an overarching Assumption in the plan but also directly informs the Vision and Ecological Goals 1 and 3

**Tamarisk Treatment and Restoration/Revegetation Methods** – Best Management Practices (BMPs) for tamarisk control and subsequent restoration and revegetation are constantly evolving. Due to this evolution and the inherently site specific nature of restoration work, it is difficult to create a definitive guide to tamarisk control and restoration work. However, there are many resources available for restoration practitioners to use, along with professional judgment, in the process of Implementation Planning.

**Tamarisk Treatment and Restoration/Revegetation Method Assumptions:**
- <u>Implementation Plans will Provide Detail necessary to Conduct Successful Restoration</u> – This is an overarching Assumption in the plan
- <u>Where Feasible, Passive Restoration is Preferred Over Active Restoration</u> –This is an overarching Assumption in the plan.
- <u>Tamarisk Treatment Methods Must be Chosen with Revegetation Methods in Mind</u> – This is an overarching Assumption in the plan.
- <u>Sites With Good Native Seed Sources Present are More Likely to Succeed</u> – Informs Table 1: Criteria A, D, & F and Table 2: Criteria E and both Decision Trees.
- <u>Site Specific Revegetation Efforts will Consider Revegetating with Understory Grasses and Shrubs</u> – This is an overarching Assumption in the plan.

**Tamarisk Leaf Beetle (*Diorhabda spp.*)** – The tamarisk leaf beetle as a system stressor is complex as it is directly affecting another stressor, tamarisk. While the beetle is indeed interacting with the system as a whole, currently little is known about those interactions. Therefore, it is considered here mainly as a tamarisk stressor.



**Tamarisk Leaf Beetle Assumptions:**
- <u>Percent Tamarisk Mortality Could Equal 50% & Will Be Monitored</u> – Informs Ecological Goal 5 and all of Table 2.
- <u>Stressed & Healthy Tamarisk will Experience Some Level of Mortality</u> – Informs Ecological Goal 5 and all of Table 2.
- <u>Beetle will Decrease Tamarisk Seed Production</u> –Informs Guiding Principle 4 and all of Table 2.
- <u>Vegetation Present, Native or Non-Native, in Surrounding Area will Replace Tamarisk</u> – Informs Goal 5 and all of Table 2.

BLM_0065803

**Hydrology** – The Dolores River's flow regime has long been altered by historic irrigation and municipal diversions and was significantly changed again when McPhee Reservoir was completed in 1985. While it is known that the hydrologic alterations in the Dolores River



watershed exacerbate the tamarisk issue and compound the complications of native species restoration, the intricacies of these relationships are not entirely known. Pilot projects examining tamarisk and sediment interactions in the context of flow would be helpful to better understand these interactions in the Dolores River watershed. For a more complete discussion on hydrology related to tamarisk infestations see Appendix A.

**Hydrology Assumptions:**

- Restoration Actions will be Guided by the Current Flow Regime – Informs Ecological Goal 1 and Table 1: Criteria A & E
- Native Vegetation is More Likely to Successfully Establish & Persist in Riparian Areas Through Active or Passive Restoration – Informs Ecological Goal 1 and Table 1: Criteria A & E.
- Native Vegetation is Less Likely to Successfully Establish & Persist in Upland Floodplain Terrace Areas Through Active or Passive Restoration and will Likely Require Active Revegatation –Informs Ecological Goal 1 and Table 1: Criteria A & E.
- Tamarisk Establishment that is Likely Under Any Flow Regime can be Mitigated – Informs the Vision, all Ecological Goals, and all Criteria.
- Dolores River Restoration Sites Below the San Miguel River May be More Likely to Succeed – This is an overarching Assumption in the plan and informs Guiding Principle 4.



**Livestock and Wildlife Grazing** – Livestock grazing within the Dolores River watershed has important implications, economically and ecologically, that land managers incorporate into their management practices. Livestock and wildlife grazing can degrade grass, shrub, and tree plantings.

BLM_0065804

Thus, it is important to protect newly planted grasses, shrubs, and trees and it may be equally important to protect existing ones as well, particularly cottonwoods.

**Livestock and Wildlife Grazing Assumptions:**
- Best Management Practices (BMP) for Livestock Grazing will be Used on Project Sites – Informs the Feasibility Characteristic – "Landowner is willing"
- Appropriate Exclusions will be Placed for Wildlife and Livestock – Informs the Feasibility Characteristic – "Landowner is willing".

**Geomorphology** – Tamarisk can affect the geomorphology of a river system by trapping sediments and converting braided channels into single thread channel configurations. In the



Dolores River these conditions are complicated and are closely associated with hydrology, dense vegetation growth, altered low-flow levels and truncated high seasonal flows.

**Geomorphology Assumptions:**
- Removing Tamarisk can Improve Geomorphology – Informs a portion of the Vision that replacing tamarisk with native vegetation is beneficial.

**Saline soils and arid conditions** – Both saline soils and arid conditions are common to the Dolores River system due to natural and anthropogenic influences. Such conditions have given halophytic tamarisk a competitive advantage over many native species and provide many restoration challenges.

**Salinity and Aridity Assumptions:**
- Riparian Areas Slated for Restoration are Less Affected by These Issues – Informs Ecological Goal 1 and Table 1: Criteria A & E.
- Salt Tolerant Plants will Survive in Saline and Arid Project Areas – Informs Ecological Goal 3 & 7 and will inform Implementation Plans.

**Herbaceous and Woody Invasives** – The Dolores River is both extensively and intensively infested with Russian knapweed. Other herbaceous weeds of concern include hoary cress and Dalmatian and yellow toadflax. Woody species of concern include Siberian



17

BLM_0065805

elm and Russian olive.  Implementation Plans concerning other herbaceous or woody invasive species should use current Best Management Practices (BMP).

**Herbaceous and Woody Invasives Assumptions:**
- <u>These Species Must be Controlled at Project Sites to Achieve Success</u> – Informs Ecological Goal 2.
- <u>Specific Treatments for These Species will be Included in Site Specific Implementation Plans</u> – Informs Ecological Goal 2.

<u>**Climate Change**</u> – Climate change could alter factors in the watershed such as temperature and storm intensity as well as precipitation amount, frequency, seasonality, and form. The ecological and water system responses to these factors are, as yet, unknown.

**Climate Change Assumption:**
- <u>Potential Impacts are Unknown</u> –This is an underlying Assumption in the plan that will be addressed using Adaptive Management.

18

# 5 Year Goals for DR-RAP
### - Specific, Measureable, Attainable, Realistic, & Timely -

The Goals described below have been agreed upon by the Dolores River Restoration Partnership. These goals will be achieved with actions reflecting the framework created by the guiding principles, system stressors, and assumptions. When accomplished, these goals will have both realized DR-RAP's Vision and moved toward the Dolores River Restoration Partnership's overarching vision for the watershed. DR-RAP's ecologic, economic, social, and management goals are listed below.



**Ecologic** – Over the next 5 years (2010 to 2014) the Partnership will increase the number of sustainable, healthy riparian and floodplain plant communities in the watershed while reducing those dominated by tamarisk and other invasive, non-native plant species. Achieving this goal can result in improved ecosystem services, increased forage and wildlife habitat, wildfire reduction, improved water resources, and overall improved ecosystem integrity. To accomplish these ecologic goals:

1. Tamarisk will be reduced to less than 5 percent of the vegetation cover within riparian areas (i.e., groundwater ≤ 2 meters). This will be accomplished using:
    a. Active Control Measures: in areas that meet the Criteria for Prioritization (Table 1)
    b. Tamarisk Biological Control: in areas that meet the Criteria for Prioritizing sites for <u>Passive</u> Tamarisk Control

2. Other invasive, non-native plants growing in areas where tamarisk is actively treated will be reduced to less than 15 percent of the vegetation cover within riparian areas and less than 25 percent within the drier upper terrace areas of the floodplain.

3. The remaining percent vegetative cover where tamarisk is actively treated will be composed of desirable or native species at each tamarisk treatment site.

4. Each of the active removal projects will be monitored and maintained to a point of success (meeting Goals 1, 2, and 3) requiring a reduced and sustainable level of management, and/or funds and labor will be identified to do so, within the five year span of DR-RAP.

BLM_0065807

5. Passive restoration sites where tamarisk biological control is the main control mechanism will be monitored for vegetation response and mortality over the next five years to:
   a. Develop an enhanced understanding of the tamarisk leaf beetle's role and impacts on the riparian community;
   b. Incorporate, or plan for, their impacts in restoration treatments.
   Additionally, beetle population movements along the length of the river will be monitored in coordination with the Colorado Department of Agriculture and the Southeastern Utah Tamarisk Partnership.

6. 90 percent of all riparian lands within the Dolores River watershed will meet Goals 1, 2, 3, and 5 stated above without surpassing the capacity to accomplish Goal 4.

7. Remaining riparian and upper terrace tamarisk infestations will be controlled through biological control accompanied by monitoring. The Dolores River Partnership Funding Opportunities Subcommittee will identify funding to control secondary invasive species and restore native species in these areas where necessary.

There are approximately 2,600 acres of tamarisk infestation along the Dolores River main stem below McPhee Dam. Approximately 1,900 acres of these tamarisk infestations were estimated in 2009 to occur on riparian sites[6]. Therefore, this 5 year effort seeks to control tamarisk and actively or passively revegetate approximately 1,900 acres along the Dolores River at sites that will likely support riparian to mesic species.

**Social** – Over the next 5 years (2010 to 2014) the following social goals will be achieved through tamarisk management. Measurements of these social goals are being addressed through other avenues of the Dolores River Restoration Partnership. They are listed here with the understanding that their implementation may alter decision making in tamarisk management issues. As such, the following must be considered when creating DR-RAP Implementation Plans:



1. Develop a professional, competitive, and efficient work force by enhancing contractor capabilities and youth conservation corps programs. DR-RAP implementation will require specialized skills relating to all aspects of tamarisk management and revegetation activities that will serve to augment the current workforce. Additionally, youth *programs*

---

[6] These estimates are based on vegetation mapping completed by the Tamarisk Coalition in 2009. Riparian acreage estimates are based on field staff's estimate of tamarisk canopy cover occupying riparian versus upland areas.

BLM_0065808

*emphasize job skill training, work ethics, stewardship ethics, and an understanding and respect of public land conservation management. All of these points are extremely important for federal land management agencies that are encountering a significant loss in staff due to retirement and will need dedicated, knowledgeable new staff to fill these voids.*

2. Improve aesthetic enjoyment for recreationalist and create a positive framework for them to interact with restoration work by pairing tamarisk control with intensive active restoration at sites frequented by the public.

3. Increase public safety from wildfires, improve highway safety, and increase scenic value by increasing sight distance along state and county roads. This will be achieved by conducting tamarisk removal and shrub restoration on sites selected in coordination with CDOT.

4. Increase protection of public and private property from wildfire by removing tamarisk from around buildings, fences and other fire susceptible infrastructure.

**Economic** – Over the next 5 years (2010 to 2014) the following economic goals will be achieved through tamarisk management. Monitoring protocols for these economic goals will be included within the assessment of each project's completion reports. They are listed here with the understanding that their implementation may alter decision making in tamarisk management issues. As such, the following must be considered when creating DR-RAP Implementation Plans:

1. Increase employment opportunities for contractors and youth in the Dolores River area.

2. Improve cost benefit ratio for using contractors and youth service corp.

3. Improve effectiveness and financial efficiency of riparian restoration actions by reducing the cost per acre of invasive plant control.

4. Enhance visitor travel to the area for recreation (e.g., rafting and hiking), hunting, and wildlife viewing (e.g., bird watching).

**Management** – Over the next 5 years (2010 to 2014) the following management goals will be achieved through tamarisk management:

1. Lessons learned during restoration efforts can inform later work, improving efficiencies and the likelihood of long-term, large-scale success; (i.e., adaptive management). These "lessons learned" can also inform work in other watersheds.



21

BLM_0065809

2. Incorporate educational and interpretative practices to enhance public understanding and appreciation of riparian restoration actions.

3. Utilize this comprehensive watershed-scale approach to garner support for agency budgets and attract other sources of funding.

4. Facilitate communications between land managers and partners to help coordinate treatments, share lessons learned and increase treatment effectiveness/efficiency by sharing resources and crossing administrative boundaries.

BLM_0065810

# Criteria and Feasibility Characteristics for Prioritizing Restoration Actions

To successfully work towards the DR-RAP **Vision** for the Dolores River of a thriving, sustainable riparian system with specific ecologic, social, economic, and management tamarisk related **Goals** requires specific **Criteria for Prioritizing Restoration Actions**. Suggested criteria for land managers to use to prioritize sites are articulated in Table 1 for active tamarisk control measures and in Table 2 for biological control measures with the tamarisk leaf beetle. These criteria are principally driven by the Ecological Goals for the Dolores River. The Social, Economic, and Management Goals provide direction for the manner in which the sites selected are managed. An earlier version of these criteria was used to identify the recommended work sites described in Appendix M.

As with all other aspects of the DR-RAP, a collaborative approach involving Dolores Watershed stakeholders was used over several months to establish a base set of criteria. These initial criteria are intended to be used to select priority sites in 2010. They should be revisited each year to reflect knowledge gained and modified if needed. However, it is important to note that the process for selecting actual work sites will be qualitatively driven by each BLM office using the goals of the DR-RAP as a tool in the context of the many other issues in the watershed (i.e. land-use issues, workforce availability, budget limitations, and logistical hurdles). As a result, actual work sites may not mirror exactly the recommended sites in this plan.

**Feasibility Characteristics**: There are three characteristics that dictate the feasibility of a site to be successfully restored. All of the characteristics listed below must be met by any site prioritized by the following criteria and decision tree for restoration to proceed:

1. Funding is available to complete the entire project, including monitoring and maintenance, to a point of success.

2. The landowner is willing. Cooperation, commitment, and common goals with the land owner or land manager are essential. Without long-term collaboration, monitoring, and maintenance, restoration is unlikely to succeed.

3. Site access is economically feasible. The accessibility of a site is important to consider due to the difficulty in management, monitoring, and maintaining the site. If there are adequate financial resources to properly monitor and maintain remote sites this is not an issue.

Although the characteristic listed below is not required for success, its presence greatly increases the likelihood of restoration success:

4. Native vegetation is present in or around a restoration site that can potentially provide a seed source for passive restoration.

23

BLM_0065811

**Table 1:  Criteria for Prioritizing Sites for <u>Active</u> Tamarisk Control**

| Criteria Category | Criteria Objective | Achievable Goals |
|---|---|---|
| A.  Existing healthy native vegetation, especially those indicating good hydrologic connectivity | Cottonwood stands, especially those indicating good hydrology, i.e. young recruits.<br><br>Box elder and privet communities impacted by tamarisk competition.<br><br>Islands of healthy native vegetation providing important seed sources for adjacent, tamarisk infested areas.<br><br>Reduce the potential damage from tamarisk supported wildfire to cottonwood and other valuable plant species, especially shrubs which are important for wildlife habitat. | Ecologic<br><br>Social<br><br>Management |
| B.  Colorado Division of Wildlife and Utah Division of Wildlife Resources identified important wildlife areas impacted by tamarisk | Bird habitat – cottonwood/willow plant communities that provide potential habitat for Yellow-billed cuckoo.<br><br>Canyon tree frog which need pools in side canyons for breeding.<br><br>Bighorn sheep – watering holes and spring sites on tributaries.<br><br>Fish habitat – sites proximate to areas identified as likely areas for spawning, nursery, or otherwise important areas for warm water fish species such as roundtail chub, flannel mouth sucker, and bluehead sucker that tamarisk may stabilize sediment in critical backwaters. | Ecologic<br><br>Social<br><br>Management |
| C.  Critical safety risk areas | Reduce the risk to human life and private property from tamarisk supported wildfires.<br><br>Increase visibility along highways by removing tamarisk.<br><br>Reduce the risk to the public at campsites, boat launch areas, and highways from tamarisk supported wildfires. | Ecologic<br><br>Social<br><br>Economic<br><br>Management |

24

BLM_0065812

**Table 1:  Criteria for Prioritizing Sites for <u>Active</u> Tamarisk Control**

| Criteria Category | Criteria Objective | Achievable Goals |
|---|---|---|
| D.  Outstanding or imperiled plant communities | Sites that contain or are proximate to outstanding or remarkable plant communities such as hanging gardens, columbine-eastwood monkey flower, kachina daisy.<br><br>Colorado Natural Heritage Program's plant communities considered to be globally imperiled due to rarity – boxelder/river birch, box elder-cottonwood/re-osier dogwood, and strap leaf willow. | Ecologic<br><br>Management |
| E.  Tamarisk infestations indicating good hydrologic connectivity | Low lying areas with well established stands of tamarisk along channel margins that are likely scoured by high flows and that could provide for cottonwood recruitment following an overbank flooding event. | Ecologic<br><br>Social |
| F.  Islands of seed source | Continuous stretches of high density tamarisk (>50% canopy cover) where no active restoration is planned but where the tamarisk leaf beetle will be active and a sufficient native seed source is lacking.<br><br>Upland areas defoliated by the tamarisk leaf beetle where monitoring indicates that revegetation is needed. | Ecologic, Social, Economic, Management |
| G.  Social, Economic or Management "value-based" criteria represent conditions that do not fit into ecologic based criteria A-H | Other value-based criteria are difficult to categorize but can benefit riparian restoration efforts nonetheless.  These include: aesthetics, desires of funding source, logical extension of other control projects, educational opportunity, training opportunity, etc. | Ecologic, Social, Economic, Management |

25

BLM_0065813

**Table 2:  Criteria for Prioritizing Sites for Monitoring <u>Biological</u> Tamarisk Control**

| Criteria Category | Criteria Objective | Achievable Goals |
|---|---|---|
| A.   Costs | • Areas with insufficient funding to adequately address all aspects of restoration; i.e., active tamarisk control, revegetation, herbaceous weed control, monitoring, and maintenance. | Ecologic, Economic, Management |
| B.   Landowner considerations | • Sites that are experiencing livestock grazing practices that are not considered BMPs.<br>• Sites without landowner permission.<br>• Sites with landowner requirements for control and revegetation that do not meet with the Vision, Guiding Principles, or Goals of the DR-RAP. | Without positive landowner involvement, ecologic, social, economic, and management goals will be difficult to achieve |
| C.   Accessibility | • Areas generally inaccessible except through extraordinary measures. | Ecologic, Economic, Management |
| D.   BMP under development | • Areas of high herbaceous weed infestations along with tamarisk that are best left to a future effort that is informed by pilot projects. | Ecologic, Economic, Management |
| E.   Other situations | • Areas with very light tamarisk infestations with good native plant seed source.<br>• Areas that could have sufficient native plant communities that are not considered as significant as cottonwood and New Mexico privet.  Examples being rabbitbrush, sagebrush, and greasewood.<br>• Cultural resource sites that would be damaged by active control.<br>• Wildlife and plant species of concern that could be harmed by active control. | Ecologic, Economic, Management |

BLM_0065814