# Decision Trees for Prioritizing Criteria to Choose Restoration Sites

The two decisions trees represented below were developed as a practical guide for implementing recommendations made in the citeria for prioritization of riparian restoration efforts in sites occupied by tamarisk (Figure 3). The first details the process by which tamarisk infested sites are prioritized and the second provides decision guidance for those tamarisk dominated sites also infested with other invasive species, primarily in the herbaceous understory (Figure 4). Figure 4 can also serve as a stand alone decision tree for other projects where tamarisk is not the main focus. DR-RAP's goals are directed at tackling other invasive species only where they interfere with tamaisk related restoration. These prioritization decision trees are explicitly linked together because actions within one affect the other; however, for simplicity they are provided in separate figures.

Although the path for decision making is relatively straightforward, professional judgment must always be used to validate decisions. For instance, it is practical to use the decision tree for tamarisk as a primary filter and then filter through the secondary invasives decision tree to see if that might change priorities.

**Decision Tree for Prioritizing Tamarisk Control (Figure 3)** – This decision tree assumes that any actions taken to control, contain or eradicate a tamarisk infestation will consider the implications of other invasive species and will be followed by monitoring of treatment success and re-treatment where necessary. A site must meet the following requirements to be prioritized for tamarisk control using this flow chart:

1. The existing tamarisk infestation must be an ecological problem (i.e., greater than 5 percent cover) or have the potential to spread and become a problem.
2. Natural and/or human resource values must be present (listed in Table 1).
3. Hydrologic connectivity (shallow groundwater; $\leq 2m$) must be intact, human safety concerns must be present, or the site must have **critical** natural resources. If human safety concerns are present the site is automatically categorized as having a high priority.
4. Land management practices at the site must be compatible with restoration goals.

All sites that do not meet these requirements for prioritization will be monitored for biological control impacts. Tamarisk biological control is present in the Dolores River and is considered an active treatment method in the watershed. However, there are many 'unknowns' in how effective the beetle will ultimately be and how it will interact with the larger ecosystem. Thus, its movements and impacts in the watershed will be monitored.

The sites chosen for restoration using this **Decision Tree** are then prioritized by the extent to which they are dominated by native species (excepting those sites with human safety concerns which are automatically the highest priority). Ultimately, the measure of success in tamarisk removal is the eventual domination by native species. Those stands of tamarisk that are immediately surrounded by or interspersed with a high percentage of native vegetation are more likely to be actively replaced by desirable vegetation without intensive revegetation. These projects are considered high priority based on their lower cost of implementation and higher probability for success. In the same way, patches with low percentages of immediately adjacent native cover (e.g. through displacement by non-native understory species, harsh environmental

27

BLM_0065815

factors, or large, homogeneous patch size), are more likely to require greater efforts and incur larger costs and are rated as lower priority. While these projects are worthwhile and are sometimes the most compelling to undertake, resources used on them are subsequently not available for projects deemed more likely to succeed.

Once sites have been designated as High, Moderate, or Low priority for treatment based on safety and vegetative characteristics, they are filtered by factors affecting the likelihood that they will progress successfully. These factors include availability and appropriateness of funding options, landowner cooperation, site accessibility, and site location in relation to other restoration projects. Funding sources must be matched to appropriately suited projects to ensure a project can move forward. Landowner cooperation must be secured to ensure that land use and management practices will support restoration attempts in the short and long term. Site accessibility strongly affects the cost benefits ratio of a project and may limit the ability to revisit a site for secondary weed treatments, monitoring, and maintenance. Sites with high priority for treatment but very challenging access issues may be considered treated with beetle activity and monitored. The proximity of the site to other treatments is important as projects are more likely to positively affect local ecosystem functions when clustered in a smaller area vs. scattered throughout the entire basin.

**Decision Tree for Non-Tamarisk Invasive Species (Figure 4)** – This decision tree assumes that any actions taken to control, contain, or eradicate an infestation of other invasive plants will be followed by monitoring of treatment success and re-treatment where necessary.

If there are non-tamarisk invasive species present at a site, the criteria determines the designated class of the species in question, as determined in the Colorado and Utah invasive species lists. Class A invaders, those which are especially virulent or with very small leading-edge patches, call for aggressive treatments and monitoring with the express goal of eradication. Species rated as Class B or C, those which are already widespread or lesser concern, are considered for their probability of spreading through vectors such as roads, rivers, animals, etc. If the probability of spread is high and the patch is small and/or isolated, it may warrant eradication efforts. If the patch size is larger and near the main population, efforts will focus more on containment of spread and control though integrated management methods.

If the stand in question has a low probability of spreading, the next question is whether the patch has a high or low probability of increasing its domination of a site over time, or with immanent changes in land use. This is a primary consideration for tamarisk stands scheduled for control treatments with an understory of Russian knapweed that will likely dominate when released from tamarisk competition. If the probability of increased dominance is low, for instance in sites where the patch is strongly interspersed with or surrounded by robust native vegetation, the chosen approach is to monitor the patch but not take an active role in either containment or control. If the invasive species patch is likely to increase domination, either eradication or control/containment will be used, depending on the size and relative isolation of the patch. Any site that is a potential candidate for non-tamarisk invasive treatment is likely to have a mix of patch densities and amounts of native cover. Individual site plans will likely utilize a variety of treatment options ranging from aggressive replanting efforts to periodic monitoring of ecosystem changes.

BLM_0065816

**Figure 3: Decision Tree for Prioritizing Tamarisk Control**



29

BLM_0065817

**Figure 4:  Decision Tree for Prioritizing Non-Tamarisk Invasive Species Control**



30

BLM_0065818

# Methods for Achieving DR-RAP's 5 Year Goals

- **Tamarisk Removal Method**: Tamarisk control will occur in high priority areas based on the criteria described in the previous section. Selection of appropriate control mechanisms should be determined by an Integrated Pest Management approach as described in Appendix C.

- **Biomass Removal Method**: Biomass reduction may or may not be needed based on tamarisk canopy cover, access, landowner requirements, and presence of native vegetation. These options and decision making criteria are more thoroughly explored in Appendix C.

- **Non-native Woody Control**: Where possible, woody, non-native, invasive species such as Siberian elm and Russian olive should be controlled where they co-occur with tamarisk infestations. Removal methods for these species are similar to hand, mechanical, and herbicide tamarisk control.

- **Non-native Herbaceous Control**: Herbaceous, non-native invasive species should be controlled where they will interfere with passive or active revegetation. Appendix F describes control methods for invasive species common to the Dolores River watershed.

- **Revegetation**: Coinciding with non-native, invasive species control (primarily tamarisk), areas should be evaluated to determine if active revegetation or passive revegetation with native species should occur. It is important to note that, in some cases, non-native plant materials that are not invasive may be desirable by land managers; e.g., intermediate wheatgrass (*Thinopyrum intermedium*). Riparian zones that are connected to the river hydrology tend to respond better to passive revegetation efforts. Thus, areas that are more connected to the flood regime, such as those sections below tributaries such as the San Miguel, are more likely to experience passive restoration success. As a general rule 5% to 10% native vegetation canopy cover, reduced salinity, and favorable hydrology is necessary in riparian areas to hope for passive revegetation success. In upland areas with higher salinity and unfavorable hydrology, 25% cover is necessary for passive revegetation to occur[7]. Appendix G provides some basic information on Best Management Practices for livestock grazing and fencing important for successful revegetation efforts.

- **Short & Long Term Monitoring and Maintenance**: Short-term monitoring and maintenance is important to ensure a successful end point to each restoration project that will then be monitored and maintained over time. Long-term monitoring and maintenance is necessary to ensure the restored site is not degraded over time.

> *Monitoring* is the <u>observation of changes</u> that are occurring or are expected to occur with, or without, remediation actions. The purpose of mo*nitoring is to provide*

---

[7] Sher, A.A., K. Lair, M. DePrenger-Levin, and K. Dohrenwend. 2010. "Best Management Practices for Revegetation after Tamarisk Removal in the Upper Colorado River Basin Handbook". Denver Botanic Gardens, Denver, CO, USA

BLM_0065819

information to inform decisions to initiate, continue, modify, or terminate specific actions, restoration activities, or programs – better known as "adaptive management."

***Maintenance*** is the physical action to sustain restoration goals over time.  These actions, carried out over years to decades, focus activities to sustain progress made during restoration activities.  Monitoring provides information for making informed decisions to ensure "maintenance" will continue to remediate or improve the ecological processes of the watershed.  Examples of maintenance actions are continued secondary weed control and supplemental establishment of native species that may fail after restoration activities.

- **Adaptive Management**:  Adaptive management is the process of adjusting restoration approaches based on gained knowledge.  Adaptive management acknowledges the complexity of the watershed systems by treating restoration efforts as experiments.  This allows decision making to proceed in the face of scientific uncertainty and emerging scientific understanding.  Through detailed reporting systems and monitoring, adaptive management provides direction for future restoration actions.  Basically, as lessons are learned from past restoration actions, restoration approaches are adjusted to improve effectiveness and efficiency.  From the review of large-scale ecosystem restoration case studies[8] one of the principle conclusions is:

    . . . *"The theory of adaptive management, widely endorsed by project planners and authorizers, is still largely untested."* . . . To be a functional part of a restoration plan . . . *"adaptive management requires that the parties have an effective process for making changes in place, which, if followed, will set the project on a new, scientifically sound course in an expeditious way."*

## Monitoring, Maintenance, & Adaptive Management Challenges

Through observation (*monitoring*), land managers can adjust restoration approaches to improve success (*adaptive management*), and sustain restoration goals (*maintenance*).  However, these interacting activities are only effective if there is also effective communication between those who monitor, land managers, and maintenance staff.  Thus, a communication and information storage system is critical to effective monitoring, adaptive management, and maintenance.  Tamarisk management and restoration activities along the Dolores River will greatly benefit from an organized approach to such communications (See Recommended Restoration Actions for 2010 – Number 7: Monitoring, Research, & Maintenance Subcommittee).

---

[8] Doyle, Mary.  Introduction: The Watershed-Wide, Science-Based Approach to Ecosystem Restoration, *Large-Scale Ecosystem Restoration – Five Case Studies from the United States*.  Society for Ecological Restoration International, Island Press, 2008.

BLM_0065820

# Estimated Costs for Restoration

The process outlined above to identify restoration sites was put into practice by the Tamarisk Coalition to recommend the Dolores River project site locations that appear in Appendix M[9]. The Coalition then used professional knowledge (much of which is articulated in Appendices A, B, and C) and an understanding of local ecological conditions (based on 2009 mapping and field work) to draft appropriate methods for tamarisk removal and restoration for each site.  Cost algorithms were then used to estimate the cost of total tamarisk control, biomass reduction, revegetation, secondary weed control, and short-term monitoring and maintenance for each site. These cost algorithms, which are presented and explained at length in Appendix C, were created by the Tamarisk Coalition using cost, efficacy, and appropriateness data collected from tamarisk control and restoration projects that have occurred in the west and plains states over the past five years. They have been adjusted to reflect 2009 costs.



Recommended restoration sites and associated information resulting from these efforts appear in Appendix M in the following forms:

1. Highlighted by blue boxes in the maps.
2. Described in text in documents 1 - 5 along with recommended control mechanisms and cost summaries.
3. Listed in the "Tamarisk Attributes_Rec Control Tech_Cost Estimates" table which describes the nature of the tamarisk infestation, native vegetation presence, type of control mechanisms recommended, and the total estimated cost to restore each site.

This table provides total estimated costs for each site via a completed cost calculation (a blank version is available in Appendix L) reflecting the recommended control mechanisms for each site.  Table 3 below summarizes this information for the entire Dolores River.

---

[9] These preliminary site recommendations will be reviewed and modified by Dolores River land managers and stakeholders at a meeting scheduled for April 22, 2010.

BLM_0065821

**Table 3:  Summary of Estimated Costs for Tamarisk Management – Dolores River.**

## Summary of Costs for Dolores River Recommended Sites

| Technologies for Control, Biomass Reduction, Revegetation, & Weed Control | Restoration Details & Costs within Dolores BLM District | Restoration Details & Costs within Uncompahgre BLM District | Restoration Details & Costs within Grand Junction BLM District | Restoration Details & Costs within Moab BLM District | TOTALS |
|---|---|---|---|---|---|
| **Sites Appropriate for ACTIVE Tamarisk Management** | | | | | |
| **Total Recommended Acres for ACTIVE Tamarisk Management** | 207 | 271 | 237 | 248 | 964 |
| **Estimated Riparian Acreage** | 133 | 221 | 171 | 190 | 716 |
| **Active Tamarisk Management Costs** | | | | | |
| Hand control – Crew Time basis | $31,200 | $0 | $0 | $0 | $31,200 |
| Hand control – Acreage basis | $152,436 | $273,794 | $226,632 | $261,196 | $914,059 |
| Mech. Extraction | $0 | $0 | $0 | $0 | $0 |
| Mech. Mulching | $86,025 | $68,302 | $58,141 | $32,189 | $244,657 |
| Mech. Grub & cut-slump | $0 | $2,449 | $10,094 | $0 | $12,542 |
| Biological control | $0 | $0 | $0 | $0 | $0 |
| Biomass Reduction by Mulching | $0 | $932 | $3,959 | $0 | $4,789 |
| Biomass Reduction by Fire | $1,419 | $0 | $0 | $0 | $1,419 |
| Biomass Reduction by Natural Decomposition | $0 | $0 | $0 | $0 | $0 |
| Weed Control – Percent area infested | $99,975 | $82,512 | $83,267 | $64,960 | $300,714 |
| Revegetation – percent area needing revegetation | $74,114 | $107,196 | $67,444 | $65,498 | $314,152 |
| **Subtotal Control, Biomass reduction, & Revegetation Costs for Site** | $390,169 | $563,074 | $639,443 | $432,764 | $1,933,440 |
| **Cost Multiplier for Access & Remoteness of Worksite** | $79,634 | $112,615 | $139,033 | $86,551 | $417,833 |
| **Total Control, Biomass reduction, & Revegetation Costs for Site** | $477,803 | $675,689 | $678,476 | $519,305 | $2,351,273 |
| Monitoring and maintenance over 3 to 5 years for active control and revegetation | $123,313 | $183,137 | $139,033 | $129,826 | $575,310 |
| Monitoring over 5 years for Biological Control | $0 | $0 | $0 | $0 | $0 |
| **Total Monitoring and Maintenance Costs over 3-5 years** | $123,313 | $183,137 | $139,033 | $129,826 | $575,310 |
| **Total Tamarisk Management Costs within BLM District** | $601,116 | $858,826 | $678,476 | $649,131 | $2,787,549 |
| **Sites Appropriate for BIOLOGICAL CONTROL** | | | | | |
| Disappointment Creek Remaining Acreage | 735 | | | | 735 |
| Dolores River Remaining Acreage | 521 | 738 | 486 | 378 | 1,723 |
| Other Tributaries:  William's Draw, Nash Wash, Davis Canyon, La Sal Creek, and West Creek Acreage | 19 | 153 | 7 | | 180 |
| **Total Acres for Biological Control Tamarisk Management =** | | | | | 2,638 |
| **Estimated Riparian Acreage** | 705 | 479 | 433 | 295 | 1,912 |
| **Biological Control Costs** | | | | | |
| Biological control | $8,756 | $8,912 | $4,938 | $3,777 | $26,383 |
| Biomass Reduction by Mulching | $0 | $76,517 | $0 | $23,908 | $100,425 |
| Biomass Reduction by Hand Cutting & Fire or stacking for wildlife habitat | $172,499 | $227,652 | $117,429 | $115,459 | $633,038 |
| Biomass Reduction by Natural Decomposition | $0 | $0 | $0 | $0 | $0 |
| Weed Control – Percent area infested | $86,421 | $132,696 | $58,956 | $59,430 | $338,503 |
| Revegetation – percent area needing revegetation | $49,464 | $164,696 | $49,464 | $66,464 | $330,108 |
| **Subtotal Biological Control, Biomass Reduction & Revegetation Costs** | $317,140 | $610,474 | $230,806 | $270,037 | $1,428,457 |
| **Cost Multiplier for Access & Remoteness of Worksite** | $63,428 | $122,095 | $46,161 | $54,007 | $285,691 |
| **Total Biological Control, Biomass Reduction & Revegetation Costs** | $380,568 | $732,568 | $276,968 | $324,045 | $1,714,149 |
| Monitoring and maintenance over 3 to 5 years for vegetation | $92,362 | $185,204 | $88,007 | $89,087 | $425,840 |
| Monitoring over 5 years for Biological Control | $87,564 | $89,124 | $49,377 | $37,769 | $263,833 |
| **Total Monitoring and Maintenance Costs over 3-5 years** | $179,925 | $274,329 | $117,384 | $117,836 | $689,474 |
| **Total Tamarisk Biological Control Management Costs** | $560,493 | $1,006,897 | $394,352 | $441,880 | $2,403,622 |
| **Total Tamarisk Management Costs for Dolores River Watershed** | $1,161,609 | $1,865,723 | $1,072,827 | $1,091,012 | $5,191,172 |
| **Total Acres for Active & Biological Tamarisk Management** | 1083 | 1,163 | 731 | 826 | 3,602 |
| **Total Acres of Riparian Lands for Active & Biological Tamarisk Management** | 838 | 700 | 604 | 485 | 2,627 |

BLM_0065822

# Recommended Restoration Actions for 2010

**Restoration Actions Completed in 2009**
In the fall of 2009, a tamarisk removal demonstration project was conducted to promote the efficiency of using Conservation Youth Corps organizations to control tamarisk infestations along the Dolores River. This effort involved removing tamarisk along 54 river miles between McPhee Reservoir and Disappointment Creek.  Initial reporting following that effort is available as Appendix H.

**Recommended Restoration Actions for 2010**
Decisions to determine priority sites and how to proceed on each of these actions will be made by the BLM field offices or through collaboration between the BLM and NRCS specialists representing private landowners.  Based on interactions between these agencies and other partners the following recommended actions in 2010 are suggested to meet the ecologic, social, economic, and management goals described above.

1. Formalize the Dolores River Restoration Partnership through a Memorandum of Understanding by all of the agencies, organizations, and others involved with the riparian restoration effort.

2. For Disappointment Creek, establish several pilot project sites in 2010 to assess revegetation response in high salinity soils and arid conditions, and restoration success in relationship to Russian knapweed presence, livestock grazing under BMP, and control techniques.

3. For the remainder of the Dolores River system, establish in 2010 several pilot project sites in each of the four BLM areas to assess different control techniques (i.e., hand and mechanical), Russian knapweed and other herbaceous weed control, and active and passive revegetation techniques.  This would include efficacy and efficiency analysis.

4. Establish several pilot projects in 2010 for biological control to assess degree of tamarisk defoliation, and vegetative response both native and non-native.

5. Establish a pilot project site to improve dynamic geomorphic processes (channel adjustments) by controlling tamarisk and restoring native dominance where tamarisk establishment appears to have "armored" the riverbanks and/or caused channelization and possible down cutting.

6. Convene a two-day workshop in winter 2010-2011 to review 2010 accomplishments and use Adaptive Management principles to make restoration decisions for 2011 through 2014 based on the data collected through the above pilot projects.  This practice should continue each year to inform decisions for restoration efforts for subsequent years.

7. Establish the following four subcommittees:

BLM_0065823

<u>Monitoring & Maintenance Subcommittee</u>:  To incorporate adaptive management principals, it is recommended that a process be established in 2010 to collect, assess, and disseminate monitoring data for use on future projects.

Suggested methods to accomplish this task include:
> (1) Establish uniform monitoring protocols;
> (2) Create or use an existing website to upload Dolores River restoration project information using standardized forms and monitoring protocols;
> (3) Identify an organization to take on archiving and distribution of restoration "lessons learned"; and/or
> (4) Establish and maintain direct communications with adjoining watershed groups such as the Southeastern Utah Tamarisk Partnership and San Juan Watershed Woody-Invasives Initiative.

<u>Funding Opportunities Subcommittee</u>:  To identify and pursue funding options to enhance and leverage existing funding sources.

Two preliminary tasks for this committee have been identified as:
> (1) Identifying a mechanism to ensure each project initiated has sufficient funding to sustain short-term, monitoring and maintenance to a point of success;
> (2) Identify a funding source to control secondary invasive species and restore native vegetation on upper terraces where it is found to be necessary following biological control.

<u>Education and Outreach Subcommittee</u>:  To identify education and outreach opportunities and appropriate materials.

<u>Science Subcommittee</u>:  To provide technical advice and to recommend restoration adjustments based on monitoring and adaptive management to include revegetation, beetle data interpretation, land management BMPs and information management.

Preliminary tasks of this subcommittee will be to:
> (1) Identify a mechanism to address tamarisk control in Dolores River tributaries, and
> (2) Provide information to the Partnership on the key management questions that have been adequately researched and identify mechanisms to answer those that have not.

BLM_0065824

# Appendix A:  Tamarisk & Russian olive Management State-of-the-Science

The following discussion on the state-of-the science of tamarisk and Russian olive (TRO) is extracted from the recently published report *Colorado River Basin Tamarisk and Russian olive Assessment, December 2009*.  It reflects the current understanding of the impacts of both tamarisk and Russian olive in the Colorado River watershed with the discussion modified to specifically apply to the Dolores River watershed.

## TRO Assessment

In order to assess TRO distribution, the state-of-the-science, and the range of information available on impacts, the Tamarisk Coalition extensively reviewed literature, conducted interviews and compiled information on the following:

- Rate of TRO infestation and mechanisms of spread.
- Extent of TRO infestations including a detailed distribution map based on existing data.
- Wildlife habitat and biodiversity impacts especially as they relate to endangered and threatened species; specifically the Southwestern willow flycatcher and the four endangered Colorado River fish species.
- Sediment deposition and transport impacts.
- Salinity and soil chemistry impacts.
- Wildfire threat.
- Cultural resources impacts.
- Recreation impacts.
- Biomass utilization.
- Best Management Practices for TRO control and restoration.

## Mechanisms of Spread

### Tamarisk Reproductive Biology

Di Tomaso (1998) provides a review of tamarisk (see Figure 1a and 1b) ecology and much of the information summarized here is discussed in more detail in his paper.  Tamarisk has many characteristics typical of an early successional species.  Because it requires bare, wet ground for colonization, it is dependent on disturbance such as floods; however, heavy rainfall or irrigation water could also create suitable conditions.  Seedlings are often found on recently deposited or scoured riparian substrates.  Tamarisk produces many small, lightweight seeds which are dispersed by wind, aided by a hair tuft, or may be carried by water.  Larger tamarisk trees can produce as many as 500,000 seeds each year and may bloom across almost the entire growing season, giving it a much broader window of opportunity to colonize available substrates.  Seeds are only viable for about 5 weeks, and the site of germination must remain moist for 2-4 weeks or seedlings will die.  At the same time, seedlings must not be inundated for 4-6 weeks following

A -1

BLM_0065825

germination, and large floods even two years after germination may lead to plant mortality (Birken and Cooper 2006). Once established, seedlings can grow up to 3-4 meters (m) (approximately 10-14 ft) per year and may begin reproducing at the end of their first year.




**Figure 1:   a. Tamarisk shrub, b. Tamarisk flowers.**

**Tamarisk's Rate of Spread**

A timeline of tamarisk introduction and spread is detailed in Di Tomaso (1998). Tamarisk was introduced on the east coast of North America, where it was sold by plant nurseries in the early 1820s. Western nurseries began selling tamarisk in the mid-1850s and it was planted to prevent erosion, provide shade and windbreaks, as well as for its ornamental value. Tamarisk was found to provide some form of erosion control, bank stability, and sediment deposition; thus, reducing sediment loads to reservoirs (Brotherson and Field 1987, Campbell 1970). Soon tamarisk began escaping cultivation and was recognized as a problem species as early as the 1920s. Tamarisk's spread was rapid – an approximately 3-4% increase in acreage per year. An estimated 4,000 hectares (ha) (9,900 acres) were covered in the 1920s compared with approximately 470,000-650,000 ha (1.2-1.6 million acres) in 2000 (Zavaleta 2000). Researchers at Colorado State University (CSU) have used data on the pattern of spread of tamarisk (and Russian olive) to develop a model that predicts where infestation is likely to occur in the future.

The invasion of tamarisk roughly coincided with the advent of major anthropogenic changes in western rivers as well as climatic conditions (i.e., droughts and wet periods) that may have favored the spread of tamarisk (Birken and Cooper 2006). As rivers were dammed and regulated and water was diverted for irrigation and other uses, conditions in riparian areas changed in ways that may have favored tamarisk over native species such as cottonwood and willow. These anthropogenic and climatic conditions generally reduced flows, the frequency and intensity of flood events, and may have increased drought conditions as well as the salinity of riparian soils (Di Tomaso 1998, Glenn and Nagler 2005). Like tamarisk, cottonwoods and willows are dependent on flood events for seedling establishment, so all three species would be negatively impacted if flood events became more infrequent. However, because tamarisk is more tolerant of drought and high salinity than are cottonwood and willow, it gained a competitive advantage under these conditions (Glenn and Nagler 2005).

BLM_0065826

However, researchers are not in agreement regarding the conditions under which tamarisk can invade native riparian communities.  Some researchers argue that tamarisk is only able to outcompete native riparian species under these stressful conditions (high salinity and drought) because, in part, river regulation conserves water in reservoirs thus limiting overbank flows that can tend to flush away surface salts (Glenn and Nagler 2005).  Proponents of this view conclude that restoring more natural flow regimes to western rivers will reduce tamarisk's competitive advantage under stressful conditions and allow native trees to establish and coexist with tamarisk (Glenn and Nagler 2005).  Other researchers point out that tamarisk invaded some rivers before they were dammed (such as the lower Green River) and is invasive on other rivers that have never been regulated (such as the Virgin River) (Birken and Cooper 2006).  Proponents of this view argue that river regulation is not the primary force driving tamarisk invasion and therefore restoring more natural flow regimes will not reduce its spread.  In their view, more natural flow regimes, with high water (flood) years followed by low water years, may even encourage the establishment of more tamarisk (Birken and Cooper 2006).

Recent research findings by Merritt and Poff (2009) also indicate that tamarisk would be an important component of western riparian ecosystems even in the absence of water development.  Their findings also indicate that without natural hydrograph characteristics downstream of dams it is unlikely that cottonwood recruitment will occur to decrease the dominance of tamarisk in riparian ecosystems.

Figure 2 illustrates tamarisk along the Upper Colorado River while Figure 3 provides the mapped tamarisk infestations within the Colorado River Basin based on all available mapping and inventory data.

**Figure 2:  Tamarisk on the Colorado River near De Beque, Colorado illustrating an infested upper terrace of the floodplain.**



A -3

**Figure 3:  Mapped tamarisk infestations in the Colorado River Basin.**



A -4

BLM_0065828

**Russian Olive Reproductive Biology**

Katz and Shafroth (2003) provide a comprehensive review of Russian olive (*Elaeagnus angustifolia*) (Figure 4a) biology and much of the information summarized here is discussed in more detail in their review.  Contrary to tamarisk, Russian olive has the characteristics of a late successional species.  The tree produces large seeds contained in a fruit (Figure 4b) that are 1-1.5 centimeters (cm) (approximately 0.4-0.6 inches) long and dispersed primarily by birds and other vertebrates.  Seed dispersal occurs primarily during the fall and winter with seeds remaining viable for 1-3 years.  Russian olives do not reach reproductive maturity until approximately 10 years of age.  A critically important feature of Russian olive biology is its shade tolerance. Russian olive grows more quickly than cottonwood in shaded conditions (Shafroth et al. 1995) and is able to establish in undisturbed herbaceous vegetation (Katz 2001).  This is important because it means that unlike most invasive species, such as tamarisk, Russian olive is not dependent on disturbance to establish.



**Figure 4:  a. Russian olive tree and seeds (b.)**

**Russian Olive's Rate of Spread**

There is far less information available on the rate of spread or invasive characteristics of Russian olive.  Compared to tamarisk, Russian olive spreads more slowly as it is a late successional species that is not adapted for rapid reproduction and dispersal.  The species was introduced to the Western U.S. in the early 1900s when it was planted as a shade tree, windbreak, and in hedgerows.  Russian olive was not common outside of cultivation until 20-50 years following its introduction to the West.  Despite the fact that it is now recognized as an invasive species, it was widely promoted and states subsidized plantings through the 1990s for wildlife habitat and erosion control.  It is still sold as a horticultural plant in many states.  Russian olive is now invasive in 17 western states, but there is no accurate estimate of the number of infested acres. Within the Colorado River Basin it is found primarily in the Upper Basin in certain areas such as the White River (see Figure 5), but also occurs in the Little Colorado watershed, as well as the

A -5

BLM_0065829

Salt and Gila Rivers in the Sonoran Desert. There are relatively few Russian olive plants in the Dolores River watershed's riparian lands, although there are numerous ornamental plants in the towns of Nucla and Naturita. Figure 3 in Katz and Shafroth (2003) is a map summarizing distribution of Russian olive. The predictive model in development at CSU, referred to in the discussion of tamarisk, will also predict potential future infestations of Russian olive.

**Figure 5:  Russian olive on the White River near the Utah / Colorado state line.**



Perhaps because of Russian olive's slow rate of spread, it has generated much less concern than the more aggressive tamarisk. However the very characteristics that make it slow to spread may make it a more difficult problem in the long run. Its shade-tolerance enables it to invade under woody canopies and a larger seed size conveys a competitive advantage on its seedlings, allowing them to establish within herbaceous groundcover. This means that Russian olive may be able to invade established native riparian communities, whereas tamarisk must wait for physical disturbance to open up bare ground. However if cottonwood forests cannot replenish themselves by recruiting seedlings, Russian olive may continue to invade and eventually come to dominate these riparian forests.

Figure 6 provides the mapped Russian olive infestations within the Colorado River Basin based on all available mapping and inventory data.

A -6

BLM_0065830

**Figure 6:  Mapped Russian olive infestations in the Colorado River Basin.**



A -7

BLM_0065831

## Wildlife and Sensitive Species

It is commonly assumed that invasive plant species are detrimental to wildlife because they displace native plant species on which animals depend. This is true in many cases, especially when an animal has specialized on a native plant for food or shelter. It is also possible that an invasive will serve as an acceptable substitute for the native plant it displaces and thus have little to no direct or immediate effects on the animal species. (However, if an invasive impacts ecosystem functionality at a landscape level, the animal species may be exposed to indirect effects). Facilitative interactions are also common (Rodriguez 2006) and may occur when the invasive modifies habitat in a manner beneficial to an animal or serves as a food source. Effects of invasive plants on wildlife are diverse and depend on the species considered.

There has been considerable debate regarding the wildlife habitat value of tamarisk and Russian olive (Olson and Sferra 2009; Paxton et al. 2007; Dudley et al 2009 and Longland 2009). As with other invasive plants, the habitat value of tamarisk and Russian olive (TRO) will depend on the wildlife species being considered. In addition, the effect of TRO on wildlife will depend on the native plant species that they are replacing. In some areas, TRO may provide better habitat for certain wildlife species than did the native plants that previously occupied the area. However, for many other wildlife species in the same area, replacement of native plants by TRO may prove detrimental (Longland 2009).

This review focuses primarily on the interaction between *Tamarix* spp. and wildlife. Because Russian olive spreads more slowly than tamarisk, many have viewed it as less of a threat and there has been little research on its effects on wildlife. In the past, Russian olive was promoted as beneficial to wildlife because many birds and small mammals feed on its fruits (Zouhar 2005). However, Hansen et al. (1995) report that it has poor food value for mule deer and only fair value for white-tailed deer and elk. Though this study occurred in Montana, outside of the Colorado River Basin, it is unlikely that the nutritional value of Russian olive will vary significantly.[1]

Knopf and Olson (1984) have shown that Russian olive stands tend to support less bird species diversity than did stands of native vegetation; however, this effect was not statistically significant. Stoleson and Finch (2001) found that some species of songbirds preferentially placed their nests in Russian olive, however when Southwestern willow flycatchers (*Empidonax trailli extimus,* SWFL) did so, they were more likely to be parasitized by Brown-headed cowbirds (*Molothrus ater*- a brood parasite). Where Russian olive has invaded areas that previously did not support trees, it may provide a nesting substrate for avian nest predators such as magpies. However, Gazda et al. (2002) did not see a significant reduction in duck nest predation rate following Russian olive removal. Given that Russian olive invasion alters the structure of riparian vegetation, and its fruits are a food resource for some animals, it is clear that more research on the interaction between native wildlife and Russian olive is needed.

---

[1] General note on research references used in the TRO Assessment – Some studies referenced, although the research occurred outside the Colorado River Basin, were considered to be appropriate to use as they reflected conditions that occur within the Basin.

BLM_0065832

**Birds**

Riparian habitat is critical for many taxa, including birds. Riparian areas support significantly greater numbers and diversity of birds than do surrounding uplands, especially in the arid West. In addition, riparian corridors are critical stop-over points during the migration of many birds. Invasive plants, such as tamarisk, are predicted to dominate southwestern riparian ecosystems in 50-100 years if they maintain their current rate of spread (Howe and Knopf 1991). This trend has raised concern among wildlife managers and bird researchers that bird populations may be negatively impacted. Because of this concern, there has been more research on the impact of tamarisk on birds than any other wildlife taxa. It is often assumed that tamarisk provides poor habitat for birds. However, research has shown that the impact of tamarisk varies between bird species and depends on the native habitat that is being replaced. Two papers by Sogge et al. (2008) and van Riper et al. (2008) recently addressed this issue.

For many birds the structure of vegetation is thought to be the most significant characteristic (Hausner et al. 2002, Jones and Bock 2005). Vegetation structure, i.e. height, density, branching patterns, etc. determines in part, its suitability as nesting habitat and foraging habitat. For instance, a cavity nester, like a woodpecker, will not build a nest in a stand of willow shrubs, but will use a dead cottonwood branch. Similarly a red-tailed hawk cannot hunt small mammals concealed beneath a dense tamarisk thicket; rather it hunts over open grassland. When tamarisk structure mirrors that of native vegetation, it may serve as a suitable substitute. For instance, young tamarisk plants are structurally similar to native willow shrubs and are a suitable nesting substrate for many birds that nest in willows. It should be noted, however, that tamarisk structure can vary and thus the quality of habitat it provides will vary. While young tamarisk shrubs resemble willows in having many whip-like stems, older tamarisk are tree-like and may have trunks greater than 12 inches in diameter with a dense canopy of branches. Tamarisk monocultures provide relatively little structural diversity.

Structure is not the only important vegetative characteristic however, and several studies have shown that bird species composition is closely associated with the species composition of the plant community (Walker 2006, Fleishman et al. 2003). Plant species vary in value as a food resource as some produce edible seeds, berries or nectar-rich flowers. Different species of plants may also host different species of insects. The relative importance of plant species composition vs. vegetation structure may depend on the geographical scale being considered (Fleishman et al. 2003).

Many birds are insectivores, thus the insect communities supported by tamarisk will in part determine its ability to support bird populations. Studies comparing insect populations in tamarisk versus native vegetation have yielded varying results in large part due to the collection methods used, vegetation types adjacent to the study area and varying degrees of tamarisk dominance in the tamarisk invaded sites (i.e. monoculture vs. mixed tamarisk-native). In general, tamarisk appears to support an equal, and in some circumstances a greater abundance of insects than native vegetation (Durst et al. 2008). Types of insects supported by the two types of vegetation may vary, but not in a manner expected to affect bird populations. However, Wiesenborn and Heydon (2007) found that tamarisk stands had fewer predaceous insects than did native willow stands. Predaceous insects contain more nitrogen and may have greater nutritional value. Wiesenborn and Heydon's examination of SWFL fecal samples suggests that

A -9

BLM_0065833

SWFL in tamarisk dominated sites may supplement their diets with insects caught in other vegetation types.

When tamarisk is intermixed with native vegetation and does not form a monoculture, it may be beneficial for many species of birds. On the Lower Colorado River, Van Riper et al. (2008) saw a significant increase in the number of birds present as the percentage of native vegetation in these mixed stands increased from 20-40%. The positive response in bird numbers leveled off at around 60% native vegetation. This is described as a "threshold effect" by the authors, who suggest that the most cost effective way to increase bird diversity and abundance in large tamarisk monocultures would be to create a mixed stand by increasing the percentage of native vegetation to 20-40%. However, mixed native-tamarisk stands (created via natural processes or restoration) may not be climax communities. If tamarisk continues to colonize and out-compete native plants, these mixed stands may become tamarisk monocultures in the future.

The bird species that has received the greatest amount of study in relation to tamarisk is the Southwestern willow flycatcher (*Empidonax traillii extimus,* SWFL, Figure 7). This bird was listed as endangered in 1995 primarily due to loss of habitat. The U.S. Fish and Wildlife Service (USFWS) has identified its critical habitat as that in Figure 8. This critical habitat is located in Apache, Cochise, Gila, Graham, Greenlee, Maricopa, Mohave, Pinal, Pima, and Yavapai counties in Arizona; Kern, Santa Barbara, San Bernardino, and San Diego counties in southern California; Clark County in southeastern Nevada; Grant, Hidalgo, Mora, Rio Arriba, Socorro, Taos, and Valencia counties in New Mexico; and Washington County in southwestern Utah (USFWS 2005).



**Figure 7: Southwestern willow flycatcher (*Empidonax traillii extimus*) (photo USFWS).**

The SWFL breeds in "young" riparian habitat (Paxton et al. 2007) and while historically such habitat was dominated by willow (*Salix* spp.), tamarisk is now extensive in the SWFL's range. Approximately 25% of SWFL now breed in mixed native-tamarisk habitat and 25% breed in tamarisk dominated habitats (Durst et al. 2006). There is no evidence that SWFL breeding in tamarisk-invaded habitat suffer physiological stress (Owen et al. 2005), reduced productivity or survivorship (Sogge et al. 2006).

Tamarisk provides habitat for the SWFL, and those concerned with the survival of this species fear that tamarisk control efforts will hinder the recovery of the SWFL. Biological control of tamarisk with the tamarisk leaf beetle (*Diorhabda* spp.) has been particularly controversial. In March of 2009, the Center for Biological Diversity sued the U.S. Animal and Health Inspection Service (APHIS) and the USFWS for failing to reinitiate Endangered Species Act consultation regarding potential threats to the SWFL resulting from tamarisk biological control (USDCA 2009). When APHIS consulted with USFWS during the tamarisk leaf beetle approval process they assured USFWS that no beetles would be released within 200 miles of SWFL habitat, and

BLM_0065834

that the tamarisk leaf beetle could not become established within the flycatcher's range due to their photoperiod requirements.

**Figure 8:  Southwestern Willow Flycatcher (*Empidonax traillii extimus*) critical habitat (USFWS 2005).**



A -11

In 2006, the City of St. George, Utah (which is within the range of the SWFL) released tamarisk leaf beetles along the Virgin River and they are now established and spreading in SWFL habitat (Olson and Sferra 2009). There have been anecdotal reports that SWFL nests have already failed as a result of tamarisk defoliation by the tamarisk leaf beetle. The Center for Biological Diversity requests that: 1) spread of the tamarisk leaf beetle is monitored, 2) native plants are restored in areas of SWFL habitat where tamarisk has been/may be defoliated, and 3) there be no further introduction of tamarisk leaf beetle within the SWFL's range (Silver 2008). The lawsuit increases the urgency of the need for further research and revegetation efforts. In response to this lawsuit, on June 5, 2009 APHIS at the recommendation of U.S. Department of Agriculture (USDA)'s Office of General Council temporarily suspended current permits and will not issue new permits for interstate beetle distribution. Consultation is reinitiating as of December 2009.

The Tamarisk Coalition is aware of only four bird-monitoring efforts being done specifically in the context of biological control. One project, in Dinosaur National Monument, is being done by the Rocky Mountain Bird Observatory with funding from the Bureau of Reclamation and the National Park Service. At present, three years of data have been gathered. Two other bird monitoring efforts began in spring 2009, one spanning Western Colorado and Eastern Utah is being performed by the Rocky Mountain Bird Observatory and the Tamarisk Coalition with funding from the Walton Family Foundation. Another study, on the Virgin River, is being done by Tom Dudley and Michael Kuehn of the University of California Santa Barbara and collaborators (Dudley and Kuehn, pers. comm. 2009). In 2009 the Utah Division of Wildlife Resources also monitored the SWFL and impacts from biological control on the Virgin River.

Many other riparian bird species besides the SWFL have been observed to nest in tamarisk. Among these is the Yellow-billed cuckoo (*Coccyzus americanus*), which unlike the SWFL, prefers mature riparian woodland and historically nests in cottonwood stands (Hughes 1999). The western U.S. population of this species is a candidate for federal endangered species listing due to habitat loss. Sogge et al. (2008) lists eleven other species of birds that have been observed to nest in tamarisk dominated habitats and may experience local declines following tamarisk removal. This list includes several species on the USFWS Birds of Management Concern list and the Partners in Flight Priority Species list such as Summer tanager (*Piranga rubra*), Bell's vireo (*Vireo bellii*) and Lucy's warbler (*Vermivora luciae*).

There are no known records of either the SWFL or the Yellow-billed cuckoo on the Dolores River although it is possible that these species occur there and have not been detected because they haven't been looked for. In 2008, a Yellow-billed cuckoo was recorded as nesting near Nucla (on the San Miguel River) and the habitat near Gateway, CO looks suitable (J. Beason, pers. comm. 2010). The breeding range of the SWFL extends into extreme southwest Colorado, making it feasible that the SWFL could occur on the southernmost portions of the Dolores, perhaps near McPhee Reservoir. The Rocky Mountain Bird Observatory established three bird monitoring transects along the Dolores River in the spring of 2009 as part of the Tamarisk Coalition's tamarisk biocontrol monitoring project, and will be surveying these transects again in 2010. Neither SWFL or Yellow-billed cuckoos were detected in 2009, however much more extensive survey efforts would be necessary to rule out the presence of these species along the Dolores.

BLM_0065836

**Reptiles and Small Mammals**

As discussed above, tamarisk will impact different species of wildlife in different ways depending on their habitat requirements and preferences. The effect of tamarisk replacing native habitat on small mammals and reptiles has not been extensively studied, and conflicting results of existing studies make it difficult to draw general conclusions. A study by Ellis et al. (1997) showed no reduction in species richness of small mammals associated with tamarisk. In contrast, several studies have shown that reptile densities and diversity are lower in tamarisk habitat than in native vegetation (Jackle and Gatz 1985, Jones 1988, Lovich and DeGouvenain 1998). Recent work by Bateman et al. (2008) on the Middle Rio Grande showed that tamarisk control efforts may benefit some lizard species and do not appear to affect snakes or toads. Foraging by bats appeared to increase in areas where tamarisk was controlled, while the abundance of another small mammal, the shrew, was not affected.

**Fish**

Relative to terrestrial wildlife, much less is known about the impact of tamarisk on aquatic animals. In the upper Colorado River Basin, it has been suggested that tamarisk control may benefit several endangered fish species including the Colorado pikeminnow (*Ptychocheilus lucius*) and razorback sucker (*Xyrauchen texanus*). These species shown in Figure 9 are endangered in part due to changes in the river's flow regime that have reduced the availability of backwaters, side channels, and bottomlands that are critical habitat (Van Steeter and Pitlick 1998). As discussed elsewhere in this document, these changes in flow regime may promote tamarisk establishment. Tamarisk in turn, further reduces the number of side channels and backwaters by stabilizing banks, and increasing sedimentation and channelization of the river (Graf 1978). The results of these studies suggest that removal of tamarisk may improve habitat for the endangered fish species in the Upper Colorado River Basin.



**Figure 9:  a. Colorado pikeminnow (*Ptychocheilus lucius*)    b. Razorback sucker (*Xyrauchen texanus*) (photos courtesy of U.S. Fish and Wildlife Service).**

The river and the riparian vegetation bordering it are linked via evapotranspiration, nutrient cycling and leaf litter input (Gregory et al. 1991). Leaf litter is an important source of food and habitat for many aquatic macroinvertebrates, which in turn are an important food source for fish. The Bailey et al. (2001) study comparing macroinvertebrate communities on tamarisk leaf litter to those on native cottonwood leaf litter showed significantly fewer and less diverse macroinvertebrates on tamarisk. The authors suggest that this difference may be due to higher tannin content of tamarisk and the narrow structure of the leaves. How this difference between tamarisk and native leaf litter will scale up the trophic levels is unknown. However, it is possible that if tamarisk is the major source of leaf litter for the river, food resources for fish may be reduced relative to rivers with more native leaf litter. Kennedy et al. (2005) documented an increase in the density of native pupfish in a Nevada desert stream following tamarisk removal.

BLM_0065837

The authors attributed this effect to a reduction in stream shading which promoted growth of algae on which the pupfish feed. These studies demonstrate the cascading effects of tamarisk across trophic levels.

To date there have been no studies directly examining the impact of tamarisk and tamarisk management on fish in the Colorado River Basin. The Kennedy et al. (2005) study occurred outside of the Colorado River Basin, and its results may not be able to be generalized as the habitat and fish species studied were unique. To our knowledge, the relationship between tamarisk's ability to alter the structure of stream channels and its effect on fish has not been studied directly. However as many large scale tamarisk control projects are planned it will be advantageous to examine the impact of these efforts on fish and other aquatic organisms in relationship to the following large-scale endangered fish recovery programs.

**Upper Colorado River Endangered Fish Recovery Program**
Established in 1988, the Upper Colorado River Endangered Fish Recovery Program is a partnership of public and private organizations working to recover four endangered fish species while allowing continued and future water development. The program is working to recover the Colorado pikeminnow, razorback sucker, humpback chub and bonytail that once thrived in the Colorado River system. Dam installation and the introduction of nonnative fish changed the river environment and put these fish at risk. Program partners include federal, state and private organizations and agencies in Colorado, Utah and Wyoming. Recovery strategies include conducting research, improving river habitat, providing adequate stream flows, managing non-native fish, and raising endangered fish in hatcheries for stocking.
http://www.fws.gov/coloradoriverrecovery/

**San Juan River Basin Recovery Implementation Program**
The San Juan River Basin Recovery Implementation Program is designed to help recover the Colorado pikeminnow and the razorback sucker while allowing water development to continue in the San Juan River Basin. Partners include federal, state and Tribal governments. The main program elements include protection of genetic integrity, management and augmentation of populations; protection, management, and augmentation of habitat; water quality protection and enhancement; interactions between native and nonnative fish species; monitoring and data management. http://www.fws.gov/southwest/sjrip/index.cfm

**Dolores River fish of conservation importance**
In the Dolores River, there are three native species of fish that are considered of particular conservation importance (Jim White, pers. comm 2010). The Flannelmouth Sucker (*Catostomus Latipinnis*), Bluehead Sucker (*Catostomus Discobolus*) and Roundtail Chub (*Gila Robusta*) are also listed as sensitive species by the Utah Division of Wildlife Resources. The U.S. Forest Service has posted Technical Conservation Assessments for each of these species on the internet (http://www.fs.fed.us/r2/projects/scp/assessments/). Only the Roundtail Chub is currently listed as a species of concern in Colorado, however the other two species are likely to be listed soon. As with the federally endangered fish, these species are primarily threatened due to passage barriers such as dams and the introduction of non-native fish species that compete with or predate upon them. As with many of our native fish, backwaters are important habitat for the

A -14

BLM_0065838

young and larval stages of these fish.  Tamarisk control may indirectly benefit these fish as it may reduce channelization of the river and loss of backwater habitat.

**Conclusions on the implications for wildlife**
Tamarisk removal is often undertaken in part as a means to improve wildlife habitat.  While this is certainly true in some cases, a review of the available research and reports indicate that benefits of tamarisk control depend on the extent and density of tamarisk infestation, infestation location, and the wildlife species being considered.  Clearly, more research is desirable as a better understanding of the interactions between tamarisk and wildlife would allow managers to make more informed decisions.

Tamarisk management will almost always benefit wildlife in the long term when it includes revegetation, either passive or active.  Denuded areas rarely support much wildlife, and unless tamarisk is replaced by vegetation of equal or greater habitat value, wildlife will not benefit from control efforts and may in fact be negatively affected.  In cases where site characteristics or funding limitations make revegetation impracticable, it may be in the best interest of wildlife to leave tamarisk in place.  When control is undertaken, timing control efforts to minimize disturbance to wildlife is an important consideration.  In addition, selective removal of patches of tamarisk may afford wildlife some suitable tamarisk habitat while areas where it was removed are being restored.  Regularly assessing the impact of restoration work on wildlife both during and after a project will allow managers to adjust their current efforts and plan future efforts so as to benefit or minimize detriment to wildlife.

If TRO management does not occur, it can be speculated that as infestations expand in the future some species may adapt and do fairly well in a TRO dominated floodplain.  Other species, both terrestrial and aquatic, may suffer.


# Salinity and Soil Chemistry

**Soil Salinity and Moisture Stress**
As the salinity of soil water around a plant's root system increases, greater osmotic pressure is required on the part of the plant to extract water molecules from the soil (Hem 1967).  When a plant cannot generate enough osmotic pressure to separate water molecules from salt and other dissolved solids, it will succumb to drought stress and desiccation.  Drought (moisture stress) and elevated levels of soil salinity trigger similar physiological responses in many species of plants; i.e., low soil water potential triggers stomatal closure and reductions in growth, transpiration, photosynthesis, and other metabolic processes (Pataki et al. 2005, Singh et al. 1999).

**Competitive Advantages:  Salt and Drought Tolerance**
Soil salinity has become elevated in the floodplains and bottomlands of southwestern rivers where human activities have resulted in diminished water quality and altered natural flooding regimes (Shafroth et al. 2008).  Historically, overbank flooding on unregulated rivers leached salts and other ions from riparian and floodplain soils, but reductions in flooding frequency and magnitude have created drier, more saline soils (Glenn and Nagler 2005).  Evaporation of agricultural irrigation runoff has also contributed to elevated soil salinity in these areas.

BLM_0065839

Tamarisk does not require a saline environment for establishment and growth, but can thrive in soils where other types of vegetation are inhibited by elevated salinity (Hem 1967).  As a facultative halophyte (salt-tolerant plant), tamarisk has a competitive advantage over many native woody riparian plant species (Wiesenborn 1996, Shafroth et al. 1995), particularly on regulated rivers.

Different studies have reported different ranges of salt tolerance for tamarisk, collectively these values range to as high as 30,000 milligrams per liter (mg/l) (DiTomaso 1998, Brotherson and Winkel, 1986, Carmen and Brotherson, 1982, Glenn et al. 1998).  Conversely, growth of many native woody plant species, such as willow and cottonwood, is inhibited by saline conditions.  In a greenhouse-based study of eight riparian tree and shrub species salinity tolerances, Jackson et al. (1990) reported that cottonwood (*Populus fremontii*) and willow (*Salix gooddingii*) did not tolerate salinity over 1,500 mg/l of soil water.  In their analysis of seedling growth and survival, Jackson et al. (1990) report that tamarisk and two species of mesquite (*Prosopis* spp.) achieved 100% survival up to 36,000 mg/l.  Extremely high levels of salinity did eventually impact tamarisk seedlings.  Shoot growth and biomass were significantly lower when irrigated with solutions of 36,000 and 60,000 mg/l (Jackson et al. 1990).  Glenn et al. (1998) conducted a greenhouse study of tamarisk and five other native tree and shrub seedlings on a salinity gradient.  They also reported that tamarisk seedlings had a significant advantage in growth rate and transpiration over cottonwood and willow seedlings at elevated levels of salinity.

Tamarisk is also more salt-tolerant than Russian olive, which occurs on soils with low to medium concentrations of soluble salts (Carman and Brotherson 1982).  In a north-central Utah field study of soil and vegetation characteristics on tamarisk-invaded sites versus Russian olive-invaded sites, tamarisk occurred on soils with salt concentrations ranging from 700 - 15,000 mg/l, while salt concentrations at Russian olive sites ranged from 100 - 3,500 mg/l (Carman and Brotherson 1982).  Accordingly, plant species associated with Russian olive-invaded sites were described as "typical of mesic meadows", whereas species associated with tamarisk-infested sites were "characteristic of halophytic (plant) communities" (Carman and Brotherson 1982).

Tamarisk's competitive advantage on altered soils extends to post-fire regeneration.  Following fire, soils tend to be dryer and more saline.  Deposits of ash on the soil surface contain elevated concentrations of phytotoxic boron (see Wildfire Threat section).  Salt glands in tamarisk foliage concentrate and excrete salt, boron, and various other substances, while native riparian plant taxa may be more susceptible to salts and heavy metal toxicity (Busch and Smith 1993).

**Tamarisk's Contribution to Soil Salinity**
Salts and other elements are absorbed by tamarisk roots from deep within the soil profile, and redistributed to the soil surface via leaf litter.  Salt glands occur on tamarisk leaf surfaces and on the stems of new growth.  "Collecting cells" accumulate high concentrations of salt which are then secreted as crystals onto leaf surfaces (DiTomaso 1998, Jackson et al. 1990), along with other ions, such as potassium, nitrate, calcium, magnesium, sulfur, phosphorus, bicarbonate, chloride, molybdenum, boron, copper, manganese, aluminum, zinc, and various additional trace elements, depending on what is present in the root environment (Storey and Thomson 1994, DiTomaso 1998).  The diversity of ions secreted by tamarisk glands suggests that the glands as well as the root system have a low level of selectivity to uptake of ions, and that tamarisk can

A -16

BLM_0065840

regulate the ionic composition of its cells by secreting a range of elements, allowing it to survive on a wide range of soil types (Storey and Thomson 1994). It is believed that, over time, senescent deciduous tamarisk foliage containing elevated concentrations of salt and other ions accumulates on the soil surface (Figure 10), increasing salinity and inhibiting the germination and growth of other species of riparian vegetation (DiTomaso 1998, Wiesenborn 1996). It should be noted that there is some debate over the extent to which tamarisk contributes to soil salinity. Some researchers argue that altered river conditions are largely responsible for elevated soil salinity, and halophytic tamarisk now occupies areas too saline for other native species to survive.



**Figure 10: Salt accumulation on surface soils, Colorado River near Moab, Utah.**

Research indicates that tamarisk stand attributes, such as stand age and density, may be related to levels of soil salinity. Ohrtman et al. (2009) analyzed soil salinity associated with tamarisk stand age and density along a reach of the Middle Rio Grande River. The highest soil salinity occurred in middle-aged tamarisk stands (approximately 15 years of age), while lower levels of salinity occurred in older stands (Ohrtman et al. 2009). This may be due in part to greater foliar outputs from mid-aged trees (with branching foliage present across most of their vertical profile) than from mature trees with well-developed trunks and foliage occurring primarily up in the crown (Sher 2009). Ohrtman et al. (2009) further reported that tamarisk density did influence salinity levels, but not heavily; and suggested that surface evaporation, especially in un-shaded areas prone to soil capillary action, was also contributing to elevated soil salinity. Study areas subject to overbank flooding had lower levels of soil salinity than areas where flooding was eliminated by a levee (Ohrtman et al. 2009, Sher 2009). In some riparian and floodplain vegetation communities where tamarisk is the dominant overstory species, salt-tolerant species such as native saltgrass (*Distichlis spicata*) become well-established in the understory (Brotherson and Winkel 1986).

**Salinity Remediation and Ecological Restoration**
Some researchers believe that tamarisk only has a competitive advantage over native riparian plants under conditions of drought and increased soil salinity (Glenn and Nagler 2005). These researchers advocate overbank flooding as a mechanism for re-establishing native riparian species. Overbank flooding leaches salts out of riparian and floodplain soils and scours away organic litter; preparing the seedbed, providing soil moisture, and reducing soil salinity (Ohrtman et al. 2009, Sher 2009, Bay and Sher 2008). A reduction in soil salinity would negate tamarisk's competitive advantage under high salinity conditions, and flooding would further reduce its advantage because tamarisk is less tolerant of inundation than some native species (Vandersande et al. 2001).

BLM_0065841

Levels of riparian and floodplain soil salinity vary greatly across the Upper and Lower Basins of the Colorado River watershed. In the context of ecological restoration, soil salinity is an important site factor to evaluate in advance of revegetation (Shafroth et al. 2008). Many native riparian species may not be able to tolerate the elevated salinity levels now present and remediation may be necessary for successful revegetation. Where overbank flooding is not an option, other treatments exist for soil salinity amelioration. Mechanical surface soil treatments may be used to reduce or redistribute salts in leaf litter or surface soils, and commercial soil amendments which convert salts to neutral or acidic compounds are available (Shafroth et al. 2008). Caplan et al. (2001) document a soil restoration project in New Mexico that used mechanical soil mixing treatments as well as a gypsum soil amendment. Though this project was successful in restoring native grasses, the technique is quite expensive and may not be practicable in many areas.

Saline conditions on regulated rivers favor the growth and establishment of certain salt-tolerant native species, including saltbush (*Atriplex* spp.), arrowweed (*Pluchea sericea*) and the extreme halophyte iodinebush (*Allenrolfea occidentalis*), all of which can excrete salt and/or penetrate saline surface soils and utilize less saline groundwater from deeper in the soil profile (Glenn and Nagler 2005). While cottonwood is not generally considered a salt-tolerant species, a study by Rowland et al. (2004) documents genetic variability in salt-tolerance among different families of Rio Grande cottonwood (*Populus deltoides* var. *wislizenii*). This variation could be used to benefit restoration if stock from salt-tolerant families were chosen for revegetation in sites with higher salinity. A summary of the salt tolerances of grass, forb, shrub, and tree species frequently used in revegetation projects is available in Shafroth et al. (2008) *Planning Riparian Restoration in the Context of Tamarix Control in Western North America*.

**Salinity conclusions**
Levels of riparian and floodplain soil salinity vary greatly across the Upper and Lower Basins of the Colorado River watershed. This is also true for the Dolores River watershed. Tamarisk does not require a saline environment for establishment and growth, but can thrive in soils where other types of vegetation are inhibited by elevated salinity. Research indicates that soil salinity levels may be related to tamarisk stand attributes, such as stand age and density. Although some native plants cannot tolerate high salinity levels, many other native plants can be used for revegetation materials (see Appendix C for a listing of salt tolerant species).

# Sedimentation

This review focuses on the role of vegetation in sedimentation, bank stability and erosion processes, and TRO establishment as it relates to channel narrowing. Sedimentation refers to the behavior of particles suspended in river water, how they move and settle, and what external factors affect this behavior. Channel response and potential erosion impacts resulting from TRO management are also reviewed.

Braided, meandering and complex channel morphology represents the natural state of river systems in which vegetation and wildlife have adapted. Significant ecological, hydrologic, and

BLM_0065842

geomorphic changes have occurred during the 19th and 20th centuries along many large floodplain rivers in the American Southwest (Birken and Cooper 2006). Many factors that contribute to these changes include climatic factors such as drought, construction of large dams, trans-basin diversions, and non-native vegetation invasion (Allred and Schmidt 1999). Tamarisk now dominates most floodplain ecosystems in the West (Birken and Cooper 2006).

Tamarisk can provide some form of erosion control in riparian areas (Brotherson and Field 1987). The extensive tamarisk root system makes the bank area more stable and resistant to erosion than prior to establishment. The channel stabilization and increased sediment deposition then reduces sedimentation of reservoirs further downstream (Campbell 1970); thus, some reservoirs may not have experienced the anticipated sediment loads that were included in designs. In 1926, tamarisk was introduced to the Rio Puerco, New Mexico to control erosion and slow the amount of sediment filling the Elephant Butte Reservoir (Friedman et al. 2009). A study to investigate causes of channel narrowing and incision in Canyon de Chelly National Monument, found that the effects of root reinforcement provided by TRO had a significant impact on bank stability and bank-failure frequency (Pollen-Bankhead et al. 2009).

The development of heavily vegetated floodplains composed primarily of tamarisk, often within the active channel, has caused many rivers to narrow (Birken and Cooper 2006). Vegetation contributes to channel narrowing by increasing sediment deposition and bank stability (Schumm and Lichty 1963, Friedman et al. 1996). Griffin et al. (2005) present ideas about how channels with and without vegetation impact the hydraulics of the river which in turn impact sedimentation. According to their research, the morphologies of natural stream channels are determined by the interactions of flow, sediment, and riparian vegetation. The establishment of vegetation in the active channel may facilitate the vertical accretion or build-up of sediment and reduce channel capacity by increasing hydraulic roughness and increasing sediment deposition rates (Merritt and Cooper 2000). An example of channel capacity reduction due to tamarisk infestation is documented in a USGS study of a reach of the Arkansas River near the town of Las Animas, Colorado. There, the USGS's hydraulic modeling indicated a potential to increase channel capacity by 55,000 cubic feet per second, a 69% increase above existing capacity, through the elimination of a dense stand of tamarisk in a leveed reach of the river (USGS, Pueblo, CO 8/7/2006 written communication to CWCB).

The amount of sediment deposited depends on many factors including the rate at which the water is flowing. The higher the flow velocity, the greater the sediment loads being carried. When the water slows, sediments are deposited. Channel narrowing begins (see Figure 11) as dense woody vegetation on the floodplain slows the overbank flow, forms drag on the stems and reduces the stream's power or ability to carry sediment on the floodplain to less than the amount of force needed for erosion of the cohesive material on its surface. This results in deposition of fine sediment on the floodplain rather than transport of the sediment back into the river (Griffin et al. 2005).

In a properly functioning river system, the channel form adjusts to handle increases in runoff with minimal disturbance of the channel and associated riparian plant communities. The channel is constantly adjusting itself to the water and sediment load that is present. If a channel is down-cut or incised and flows can no longer access the floodplain, the stream system can no longer

BLM_0065843

provide important hydrologic functions such as sediment disposition and periodic flooding of vegetation. Riparian areas with incised channel conditions with a limited or nonexistent floodplain lack the ability to retain water (Prichard et al. 1998).

**Figure 11: Purgatoire River, near Trinidad, Colorado.**



Riparian vegetation has the ability to establish within and near the channel, which increases channel stabilization (Pollen-Bankhead et al. 2009). It has been hypothesized that channel narrowing is initiated by establishment of vegetation on the channel bed during a period of relatively low flows that lasts several years (Friedman et al. 1996). Subsequent higher flows deposit sediment around the vegetation, forming a new stable surface adjacent to a narrower channel (Schumm and Lichty, 1963). Riparian vegetation can only facilitate sediment deposition when flows are high enough to bring the newly established vegetation in contact with flowing sediment, but not so high as to remobilize the channel bars (and hence remove the vegetation itself) (Allred and Schmidt 1999). Similar processes have been proposed to explain channel narrowing following introduction of non-native shrubs (Friedman et al. 1996).

The establishment of tamarisk impacts channel ability to shift morphology from single-thread meandering to braided. This is attributed to the fact that tamarisk stands have a higher stem density than native vegetation which allows it to be more resistant to removal by large floods (Pollen-Bankhead et al. 2009). Tamarisk stems change the landscape properties of gravel and cobble islands and bars, as well as those of adjacent channels, by slowing the flow velocities and increasing the force required to remobilize the channel bed, while woody roots increase the bed resistance to mobilization (Cooper et al. 2003). Figure 12 provides a characterization of changes in morphology from a wide braided channel to a narrow, reduced width incised channel as tamarisk is established.

BLM_0065844

**Figure 12:  Characteristic changes in channel morphology and vegetation as tamarisk is established.**



Tamarisk is able to colonize in areas of debris fans and gravel bars exposed at very low flows where no native species are established (Cooper et al. 2003).  Tamarisk has facilitated vertical sediment accretion that can lead to bar enlargement, and subsequent channel narrowing (Allred and Schmidt 1999).  These processes are evident in both regulated (Lodore Canyon) and unregulated (Yampa Canyon) study areas, showing that tamarisk can change channel and floodplain sediment storage and vegetation patterns along both unregulated and regulated rivers (Cooper et al. 2003).

Channel narrowing along the Green River has been attributed to hydrologic alteration which happened at the same time as the proliferation of tamarisk (Allred and Schmidt 1999).  The majority of tamarisk establishment and Green River channel narrowing occurred long before river regulation by Flaming Gorge Dam.  Tamarisk initially colonized bare in-stream sand deposits (e.g., islands and bars), and most channel and floodplain changes followed the establishment of tamarisk (Birken and Cooper 2006).

Another impact of tamarisk establishment related to channel narrowing is the simplification of secondary channels.  Allred and Schmidt (1999) found that many of the small islands originally included in their study reach on the Green River became attached to the banks at most discharges because the secondary channels that once surrounded these islands had become constricted and/or completely filled with sediment.  They found that surface area of secondary channels decreased by over 50% between 1938 and 1993.  Van Steeter and Pitlick (1998) identified similar trends toward channels becoming less complex in some reaches of the Colorado River near Grand Junction, Colorado.

BLM_0065845

**Tamarisk and Russian olive management**
The specific effects of TRO management on sedimentation and erosion have only been explored by a few. More documentation of erosion following tamarisk management is needed (Hilldale 2007). Specifically, land managers need to understand the impacts of tamarisk management and sedimentation on small reservoirs and other water resources infrastructure (Friedman et al. 2009).

Large-scale TRO management, when it is a dominant riparian species, can lead to extreme erosion if revegetation is not accomplished (Friedman et al. 2009). Erosion following tamarisk management should be considered, but not be assumed, because the potential for erosion depends on many factors including soil type, bank height, treatment method and revegetation, morphology of the channel, slope, presence of geologic control, hydrology (controlled or uncontrolled river), and timing of a flood after revegetation (Hilldale 2007). Although TRO management may cause additional sediment load to a river system, the actual impact to a downstream reservoir may be no different over the life of the reservoir; i.e., sediment loads discharged as pulses may be no different than the cumulative sediment loading that would have occurred if TRO had not been established.

Pollen-Bankhead et al. (2009) suggest that TRO management along the entire riparian corridor in Canyon de Chelly, Arizona may lead to the introduction of significantly more sediment to the system through bank widening processes, although it is not known whether this change alone would be sufficient to cause a shift in channel morphology to the wide-braided channels that were once characteristic of the canyon.

Protecting bank vegetation can reduce the risk of erosion in TRO management projects. Erosion following herbicide application is likely to be greatest along flood-prone rivers with sand banks (Friedman et al. 2009). In addition, when TRO mortality is abrupt due to mechanical or chemical control techniques, TRO root stability can decrease quickly (Hilldale 2007). Tamarisk biological control (see Biological Control section) may provide the greatest bank protection. This is because slow mortality of tamarisk in response to beetle defoliation maintains root viability, continuing to provide increased soil strength as other plants colonize under defoliated tamarisk, providing added erosion protection (Hilldale 2007). However, the sediment impacts could be negative if revegetation of the area is not completed (Friedman et al. 2009). Similarly, in New Mexico, the Interstate Stream Commission notes that land disturbance initiated by removal of tamarisk, even while undergoing transition to native plants can result in significant head-cutting along tributary arroyos. Thus, in areas of sandy/silty soils that occur in much of the Basin, it would seem likely that additional sediment loading will be experienced (Groseclose pers. comm. 2009). When implementing tamarisk management, Friedman suggests avoiding river systems susceptible to erosion; applying herbicide to one small reach at a time; keeping bank vegetation intact, especially willow; and completing quick revegetation of the area.

**Sedimentation conclusions**
TRO establishment has played a role in the sedimentation process and morphology of western river systems. TRO management may cause additional sediment load to the Colorado River system. However, over time, this may not be any different than the cumulative sediment loading that would have occurred if TRO had not been established. Methods of TRO management need

BLM_0065846

to be carefully evaluated to determine potential impacts to sedimentation and inputs to water resources infrastructure prior to implementation (Friedman et al. 2009). A properly designed and implemented project can minimize potential sedimentation impacts.

## Wildfire Threat

### Tamarisk and Wildfire Regimes in Southwestern Riparian Systems

Little information is available on historic fire regimes in southwestern floodplains and riparian areas. No reports of riparian zone fires occur in historical fire accounts of the southwestern U.S. (Zouhar et al. 2008). Dams and diversions, groundwater pumping, agriculture, urban development, and the displacement of native vegetation by invasive exotic vegetation have all contributed to a shift in disturbance regimes on southwestern rivers. Fire has replaced flooding as the major disturbance regime on many southwestern floodplains and riparian corridors (Zouhar 2003, Busch and Smith 1995, and others). Multiple sources report that while fire remains uncommon in tamarisk-free riparian areas, fire frequency has increased in many low-elevation riparian ecosystems where tamarisk has become established (Zouhar 2003, Busch and Smith 1993). Increases in fire frequency have been reported for tamarisk-infested riparian areas across the southwest (DiTomaso 1998), including portions of the Colorado, Little Colorado, Bill Williams, Gila, and Virgin rivers (Busch and Smith 1995), and the Middle Rio Grande Valley (Stuever 1997). Wildfire intensity can be extreme regardless of the time of year (Drus 2009) or greenness of the plant. The costs to fight wildfires can be significant if occurring in urban or other high value areas as experienced near Phoenix in 2008 (see Figure 13) and can result in mortality to many native plants such as cottonwoods.

**Figure 13: Gila River tamarisk wildfire June, 2008 (photo credit David Kadlubowski, Arizona Republic).Tamarisk Adaptations to Fire.**



There is a need for further research on the relationship between tamarisk, Russian olive and wildfire in southwestern riparian systems. It is unclear whether the presence of tamarisk or Russian olive creates conditions which are conducive to fire, or whether dry conditions and altered disturbance regimes on regulated river systems increase fire risk. In all likelihood, multiple conditions, including flood suppression, water stress, and the replacement of native riparian vegetation by tamarisk and other

BLM_0065847

invasive species, increases the occurrence of fire in southwestern riparian ecosystems (Zouhar 2003). Wildfire impacts include diminished water quality, altered flood regimes, and drier and more saline floodplain environments. Multiple sources note that increased human presence in riparian areas has resulted in increased sources of ignition. Pre-European settlement sources of ignition, i.e. lightning and burning by Native Americans, are now augmented by untended campfires, debris burning, cigarettes, fireworks, equipment, railroads, and fire in surrounding uplands.

Canopy connectivity in dense stands, the growth form of individual trees, and rapid post-fire recovery have been identified as characteristics that make tamarisk a more "fire adapted" species than native cottonwood or willow. As opposed to open stands of native vegetation, tamarisk can form dense stands of trees with multiple stems, each retaining dry leaf litter and dead branches. This flammable material creates a "fuel ladder" up into the tree crowns of tamarisk (Zouhar 2003) and other tree species present in a mixed stand. It is likely that proximal upland areas (adjacent to river floodplains) also carry an increased risk of fire due to tamarisk, especially those areas where tamarisk has replaced lower-density native vegetation.

While living (fresh) tamarisk foliage does contain volatile oils, it is not considered highly flammable due to its high salt and moisture content (Zouhar et al. 2008, Zouhar 2003, Busch and Smith 1995). However, buildup of dry leaf litter can increase fire frequency along river corridors and floodplains where flow regimes have been altered (Ellis 2001). Natural flooding scours away buildup of dry fuels and debris in riparian areas. Reduced flooding in riparian areas may result in accumulation of a thick layer of combustible material, which can increase wildfire frequency, intensity, and severity (Zouhar 2003, Ellis et al. 1998). Ellis et al. (1998) report that periodic surface moisture from flooding or precipitation increases the rates of decomposition of both cottonwood and tamarisk leaf litter on the soil surface.

Other, highly-flammable, exotic, invasive species of vegetation spreading aggressively in southwestern riparian ecosystems include giant reed (*Arundo donax*), red brome (*Bromus madritensis*), and cheatgrass (*Bromus tectorum*).

**Response to Fire: Tamarisk vs. Native Vegetation**
Data is needed on the responses of both native and exotic plant species to fire in southwestern riparian systems (Ellis 2001). We are unaware of any data available for riparian forests in the Colorado River Basin. However, a study of riparian forest along the Middle Rio Grande Valley is relevant as it addresses similar species. This study (Stuever 1997) revealed high rates of cottonwood mortality in response to fire. Stuever (1997) suggests that Rio Grande cottonwoods evolved in an environment where wildfires were absent or of light intensity, and that traits such as stump sprouting and thick bark evolved in response to stressors other than fire. Native cottonwood (*Populus* spp.) and willow (*Salix* spp.) have the ability to re-sprout from stumps post-fire, but not as quickly as tamarisk recovers by re-sprouting from root crowns (Glenn and Nagler 2005, Zouhar 2003, Ellis 2001). McDaniel and Taylor (2003) reported prolific tamarisk re-sprouting from buried root crowns after a 1986 wildfire in Bosque del Apache National Wildlife Refuge, which resulted in a uniform stand of tamarisk regrowth.

BLM_0065848

The competitive advantage of tamarisk over cottonwood post-fire is augmented by differences in the timing of seed production. While tamarisk produces large quantities of seed throughout the growing season, the reproductive period for cottonwood is limited to a brief period in the spring, and is dependent on spring flooding for seedling establishment (Zouhar et al. 2008, Glenn and Nagler 2005). Coupled with the reduced frequency of natural flooding on regulated rivers, tamarisk seeding is more likely to coincide with favorable (moist) germination conditions at some point during the growing season than cottonwood seed (Zouhar 2003).

Tamarisk is better adapted to post-fire conditions than many native species. Tamarisk is better able to utilize limited soil moisture, and is more tolerant of elevated levels of salt and mineral nutrients in the soil. Post-fire soil analyses by Busch and Smith (1993) on the Colorado River and Bill Williams River floodplains indicated dryer surface soils, increased soil salinity, as well as elevated levels of phytotoxic boron. While tamarisk can tolerate higher concentrations of boron, other species of vegetation are more sensitive to heavy metal toxicity and elevated soil salinity (Busch and Smith 1993). Predictably, tamarisk and halophytic, drought-tolerant, fire-tolerant shrub species such as saltbush (*Atriplex* spp.) and arrowweed (*Pluchea sericea*) have replaced cottonwood and willow in repeatedly burned, low-elevation riparian plant communities (Zouhar 2003, Busch and Smith 1995). Along the Colorado River, stands of cottonwood which covered over 5,000 acres in the 1600s were reduced to less than 500 acres by 1998 (Zouhar 2003).

**Fire as a Management Tool**
Tamarisk is one of the only species for which fire has been utilized as a management tool in riparian areas (Zouhar et al. 2008), most often in combination with other control measures. Where tamarisk and native species are present in mixed stands, survival of native species and revegetation are important components of management plans. Due to cottonwood susceptibility to fire, Stuever (1997) argues that where management objectives call for the preservation of cottonwoods, fire should be excluded or carefully managed. As noted earlier, tamarisk can resprout vigorously into monotypic stands after fire; thus, fire alone is never recommended – it must be used in combination with either mechanical, chemical, or biological control.

In the context of ecological restoration, dense stands of tamarisk can prevent soil treatments, seedbed preparation, and equipment access (Shafroth et al. 2008). Removal or reduction of woody tamarisk biomass is typically required to facilitate revegetation measures (Shafroth et al. 2008). Prescribed fire is used in the Lake Mead area, for example, in order to reduce above-ground tamarisk biomass and surface litter (Zouhar et al. 2008). Research indicates that tamarisk is most susceptible to fire during periods of moisture stress. Although they are likely to be most effective during the summer months, Lake Mead area burns are typically conducted in the fall to avoid negative impacts to populations of nesting birds (Zouhar et al. 2008). Following controlled burning along the Green River (Ouray National Wildlife Refuge, Utah) Provenza (1982) reported that burning treatments conducted in July prevented 64% of tamarisk from resprouting, while September/October fires prevented resprouting in less than 10% of the plants. Ongoing research is underway to determine the optimal phenological stage(s) at which to burn tamarisk, to achieve the greatest reductions in canopy, density, and fuel loads (Zouhar 2003).

BLM_0065849

Controlled burning can be utilized in combination with herbicide, mechanical, and biological control treatments. McDaniel and Taylor (2003) reported that herbicide treatment followed by a broadcast burn three years later resulted in 93% tamarisk mortality six years after the original herbicide application. Comparison treatment, mechanical removal, and burning of slash piles at years one and three, resulted in 97% mortality at year six. It is important to note that although both treatments resulted in greater than 90% mortality, the costs associated with the mechanical treatment were over five times higher than those of the herbicide-burn treatment (McDaniel and Taylor 2003). Detailed information on fire as a tamarisk control treatment, tamarisk response post-fire, and integrated management combinations of fire, mechanical, and chemical treatments, is available online through the U. S. Department of Agriculture (USDA) Forest Service Fire Effects Information System (Zouhar 2003). Work by Drus et al. (2009) demonstrates that fire following biological control may be an effective way to kill tamarisk and reduce standing biomass. However timing of this treatment is important. It must be done in the summer when tamarisk are not dormant, otherwise the plant's energy stores are below in the roots, and are not consumed in the fire (Drus pers. comm. 2009).

**Russian olive and Fire in Southwestern Riparian Systems**
Russian olive alters the structure of invaded communities by increasing vertical and horizontal canopy density, increasing fuel continuity, and creating volatile fuel ladders (Zouhar et al. 2008, Katz and Shafroth 2003). Russian olive established along the Middle Rio Grande floodplain is described by Caplan (2002) as forming dense, fire-prone thickets that develop into monospecific stands because of vigorous root-sprout growth following fire.

In the USDA Forest Service Fire Effects Information System review of Russian olive, Zouhar (2003) states that there is a scarcity of literature addressing Russian olive fire adaptations and post-fire regeneration. Observational evidence, however, indicates re-sprouting from trunk, roots, and root crown in response to dead or damaged above-ground portions of the tree (Zouhar et al. 2008, Zouhar 2003, Katz and Shafroth 2003, Caplan 2002, and others).

The seeds of Russian olive remain viable longer (up to three years), and germinate under a wider range of conditions than those of cottonwood and other native plant taxa (Katz and Shafroth 2003, Shafroth et al. 1995). In comparison, cottonwood seeds are short-lived, produced in one springtime pulse, and germinate under a narrow range of conditions. Further, Russian olive seeds are bird and animal-dispersed. These characteristics may give Russian olive an advantage in colonizing burned areas.

**Wildfire conclusions**
Increased fire frequency and intensity favor tamarisk re-establishment over less fire-adapted native riparian species, such as willow and cottonwood, which are slower to re-sprout post-fire (Zouhar 2003). Alteration of natural flow regimes (changes in timing, frequency and intensity of overbank flooding) and drier, more saline riparian environments reduce opportunities for recruitment of new cohorts of native cottonwood (Zouhar 2003). It is likely that these factors, in combination, favor the replacement of native southwest riparian vegetation by tamarisk.

BLM_0065850

Russian olive alters the structure of invaded communities by increasing vertical and horizontal canopy density, increasing fuel continuity, and creating volatile fuel ladders (Zouhar et al. 2008, Katz and Shafroth 2003).

Controlled burning can be useful in combination with herbicide, mechanical, and biological control treatments for tamarisk. By itself, fire is a poor management approach for tamarisk because it is better adapted to post-fire conditions than many native species. Although burning may be an effective way to control small Russian olive seedlings, burning alone is not an effective treatment for mature trees, which will vigorously re-sprout following treatment (Tu 2003).

## Cultural Resources Impacts

Non-native, invasive plants such as tamarisk and Russian olive alter the vegetative composition of a landscape. This change affects not only ecosystem processes, but also the cultural practices that interact with these processes. Unfortunately, there is little documentation of the impact of invasive species on culture, including impacts of tamarisk and Russian olive. This area of study could greatly benefit from further research that could help define culturally based restoration needs, scope, and goals.

**Background**
The Society for Ecological Restoration's Foundation Documents state that: "A cultural landscape or ecosystem is one that has developed under the joint influence of natural processes and human-imposed organization." They go on to state: "Perhaps all natural ecosystems are culturally influenced in at least some small manner, and this reality merits acknowledgement in the conduct of restoration" (Society 2004 p5).

While all landscapes have been impacted by human culture, most contemporary societal practices, ceremonies, and livelihoods in the western United States do not directly depend on their immediate natural surroundings. There is little information describing the cultural impacts that TRO inflict on mainstream culture. For more information on the interactions between people and TRO see the Recreation section. The majority of this discussion will focus on gathering of plant materials (for artistic or practical purposes), as well as Native American, agricultural, or transient populations that are more directly dependent upon or interested in their natural environment.

Little research has been conducted to discover and document any impacts of TRO on culture in part due to the difficulty of assigning quantitative values to cultural practices or to the ease with which they are conducted (Scott-Small pers. comm. 2008). According to Pfeiffer and Voeks (2008), there are three ways that an invasive species can impact cultural practices: a user group is culturally impoverished when native species and their associated cultural practices are reduced or lost; culturally enriched when cultural practices include the invasive species in lexicons, narratives, foods, pharmacopoeias, etc; or culturally facilitated when the invasive species provides continuity and reformulation of traditional ethnobiological practices.

BLM_0065851

**Gathering of plant materials**

The literature and conversations that informed this discussion generally depict TRO as culturally impoverishing species; however, in some cases it may be culturally facilitating. For example, Triassic Stone, an artisan guild in Moab, Utah that specializes in collecting their own source material in a sustainable way, uses both tamarisk (*Tamarix ramosissima* and *T. chinensis*) and Russian olive in various woodworking projects. Products include bowls, serving trays, chop sticks and tongs. The owner of Triassic Stone finds that while tamarisk wood is beautiful, it is very hard to work with as it cracks significantly when drying during the creation process. He recommends that it only be used for smaller projects such as spoons or cutting boards and even then with caution. Russian olives, being generally larger trees, are easier to work with and can be used for such tasks as flooring, though it is not ideal wood for the task. The wood works easily and is light-weight but strong and durable (Anderson pers. comm. 2009). Other species of tamarisk, *T. aphylla* and *T. gallica*, are listed as plants habitually used by Native Americans. *T. aphylla* serves as fuel wood in the winter and *T. gallica* is an important source of wood and building material (Moerman 1998).

Figure 14:  a. Tamarisk Bowl,                    b.  Russian olive tongs (photos – Triassic Stone).




**Native American Impacts**

More often, TRO are considered culturally impoverishing species as, "Invasive plants reduce the abundance and health of culturally important native plants by invading sacred landscapes, displacing native plants in traditional gathering sites, and stunting or reducing native plant growth or development" (Pfeiffer and Ortiz 2007 p7). Robin Powell, the Nevada Director of Bird Conservation for the Audubon Society who has worked extensively with the Pyramid Lake Paiute Tribe, explains: "the known ecological impacts are transferred to the assumption that invasive plants negatively impact the plant-based cultural resources and cultural practices such as basket making, gathering, medicine, etc." These statements generalize the TRO realities experienced by the Crow, Hopi, and Navajo Nations.

**Crow Nation:** The Crow Nation is located on the lands surrounding Crow Agency, Montana and is not within the Colorado River Basin but is included here because it is a rare example of documented cultural difficulties with Russian olive. Scott-Small (pers. comm. 2008) is conducting her doctoral research on the cultural impacts of Russian olive growing along the Little Big Horn River within the Crow Nation. She has found that as Russian olive encroaches, locals have to travel further to collect culturally significant native species such as cottonwood, willow, choke cherry, and buffalo berry. Russian olive's hindrance of cottonwood recruitment is

BLM_0065852

especially detrimental to cultural practices as this narrows the range of cottonwood sizes and structures that are required for significant Crow ceremonies (Scott-Small pers. comm. 2008).

**Hopi Nation:** The Hopi Nation is located in the northeast corner of Arizona and is completely encompassed by the Navajo Reservation. Tamarisk infestations are displacing culturally significant native species on Hopi lands as well. The wetlands of the Hopi Reservation provide water, promote the survival of eagles and hawks, and are necessary for Hopi ceremonial life. However, cottonwoods and willows used in ceremonies are being replaced by tamarisk (Bindell 1996). According to Enrique Salmon, in response to the cultural impacts of tamarisk infestation, Hopi tribal elders are removing stands and revegetating with sand reed (*Calamovila gigantea*), willow, and yucca (*Yucca* spp.). This work is being completed near reservation lands where proximity to the population ensures that the restoration work can be effectively maintained (Pfeiffer and Ortiz 2007, Pfeiffer and Voeks 2008). Hamann, a graduate student at Northern Arizona University, is exploring similar work in ephemeral and perennial washes on Hopi lands. He is currently studying the ecological and social benefits as well as the economic feasibility of tamarisk removal and biomass utilization (Hamann and Kim 2009).

**Navajo Nation:** The Navajo Nation is located at the corners of Colorado, Utah, New Mexico, and Arizona, with the majority of its tribal lands lying in Arizona. The Navajo TRO story is very similar to that of the Hopi. These invasives are choking sources of running water which exacerbates drought conditions and can affect livestock. The majority of Navajo people keep livestock, and any strain on water resources greatly affects the health of those animals. If water becomes scarce, more time and energy must be spent to haul water to those animals. Additionally, in Canyon de Chelly TRO negatively affect corn, a crop that has great cultural significance for the Navajo. TRO control efforts in Canyon de Chelly have encouraging results as willows are making a strong comeback (Hill pers. comm. 2009). However, while TRO management can improve cultural aspects of the Navajo Nation there is also some concerns about the impact of TRO management on potential increases in bank erosion rates in these areas (Pollen-Bankhead et al. 2009).

There is much discussion throughout the Navajo Nation about how tamarisk removal should be approached. Local tribal chapters are very interested in addressing the invasive weed issue and a Navajo volunteer group is currently working to create a strategic weed management plan to mitigate negative impacts. However, as the Navajo Nation covers a very large area and many diverse environments that require site specific restoration approaches the plan will not be a simple one. The plan must also strive to work in concert with Hopi TRO removal efforts as Hopi lands are adjacent to Navajo lands. For instance, the Hopi often use cottonwoods in their cultural practices, so the Navajo are considering that in their restoration plans. These restoration efforts must avoid allowing herbicide to contaminate water that Hopi consider sacred. There is interest in tamarisk biological control, *Diorhabda elongata,* as a means of avoiding this issue. Yet, many individuals are seeking herbicide permits to begin control work and the local tribal chapters already have herbicide applicators (Hill pers. comm. 2009).

**Other Tribes:** Other major tribes and Pueblos in the Colorado River Basin may suffer similar TRO induced cultural impacts. These should be considered in restoration actions and would benefit from additional research.

BLM_0065853

**Ancient Indigenous Art:** It is important to note that removing tamarisk may also have culturally impoverishing impacts. Many historically and culturally significant petroglyph and pictograph sites along southwestern river waterways are partially protected from high human traffic by dense stands of tamarisk. Some land managers are concerned that if tamarisk stands are removed in these locations, these sites may suffer damage. However, there are many highly visited, culturally significant river sites that have been well preserved. Interpretive signs and impact education will be necessary at these sites if tamarisk stands are removed to limit potential negative effects.

Another impact of TRO management can be the exposure and/or damage of archeological sites if bank erosion and head-cutting occurs. This could affect the costs for the preservation of these sites.

**Agriculturalists**

Agriculturalists that depend on water quality, quantity, and accessibility for their crops and livestock have a large stake in riparian health. It is apparent that their relationship with TRO is not a simple one as the species alternately impoverish, facilitate, and perhaps enrich their way of life. As such, the impacts to these communities, cultural or otherwise, are important and deserve recognition in the context of restoration needs.

It has been suggested by many that TRO can negatively affect crop cultivation. TRO clog irrigation ditches, decreasing their efficiency and water output. These invasives also occupy lowland floodplain areas that could be used for crop production.

As mentioned above tamarisk and Russian olive can decrease the availability of water for livestock (Hill pers. comm. 2009). TRO have also been known to form dense barriers limiting livestock access to larger water resources such as rivers or ponds. However, tamarisk stands do provide some cover for livestock (Kearney et al. 1960) and Russian olive are used for windbreaks and erosion control (Christensen 1963, George 1953a, George 1953b, Hays 1990). TRO can also serve as browsing material. Though the leaves of tamarisk are generally thought to be unpalatable (Stephenson and Calcarone 1999), cattle and sheep will graze seedlings and mature trees in open stands (Hansen et al. 1995). The nutritional value of tamarisk is not well known and livestock seem to prefer native plants such as cottonwood and willow, giving tamarisk a competitive advantage (Dick-Peddie 1993, Stromberg 1997). Russian olive seedlings can also be browsed by livestock (Borell 1971) and have moderate caloric and protein value (Hansen et al. 1995). Mature Russian olive trees, however, are unpalatable (Katz and Shafroth 2003).

TRO are both a source of nectar and pollen for honey bees. Southwestern beekeepers rely on tamarisk for its nectar and pollen as well as for a refuge from cropland insecticides (Horton 1974). Russian olives are also used for their nectar by honey bees (Katz and Shafroth 2003) but are not as widely known for this use.

BLM_0065854

**Transient Populations**
Dense tamarisk thickets can serve as shelter for transient populations. This is an especially prominent phenomenon in urban areas. Often the presence of transients in tamarisk discourages the general public from recreating in and around tamarisk stands due to safety concerns. While these concerns are legitimate and as such should be considered when planning removal activities, consideration must be paid to the transient populations dwelling in tamarisk.

**Cultural Resources conclusions**
Cultural impacts of TRO are clearly varied. While TRO generally impede native plant and water related cultural practices they do provide some benefit in the form of raw wood material, protective barrier, livestock cover, and honey bee nectar /pollen. These issues deserve consideration in TRO management planning and could benefit from more research.

"What makes ecological restoration especially inspiring is that cultural practices and ecological processes can be mutually reinforcing" (Society 2004 p2). In some cases, societies are so closely and reciprocally tied to their landscape that preserving or restoring cultural practices may help to preserve or restore ecological health to the system in a sustainable way (Society 2004). This is a powerful example of approaching restoration work at the level of local partnership and investment to sustain ecosystem health in the long term. As a result, restoration projects that reflect local cultural values could be some of the most effective for sustainable restoration.

# Recreational Impacts

Tamarisk is often decried for inhibiting recreational activities in the riparian corridor and degrading aesthetics (Dudley et al. 2000, Haase 1972, Horton and Campbell 1974). However, tamarisk is known to benefit some recreationalists. Russian olive is also known as a physical barrier to many outdoor enthusiasts but is generally thought to be an ornamental that is attractive. Although there is little to no known scientific literature supporting these claims, the experience of many researchers, land managers, river runners, fishermen, hunters, hikers, and bird watchers combined define the impacts of TRO, both good and bad, to humans in the outdoors. These impacts are important to consider in restoration projects (Burke pers. comm. 2009).

The most commonly cited benefit of tamarisk to recreationalists is the shade that it provides (Hamilton pers. comm. 2009). Tamarisk's ability to thrive in saline soils (Hem 1967; Wiesenborn 1996; Shafroth 1995); its elevated drought tolerance (Di Tomaso 1998); its ability to quickly resprout following wildfires that remove native species (Glenn and Nagler 2005, Zouhar 2003, Ellis 2001); and its extended seed production (Zouhar 2003) often mean that it is the only plant of shade producing size for miles. In the Southwest shade can drastically change the quality of any outdoor experience. This benefit seems to be especially important to river runners, who compete to find shaded campsites, tie their boats to tamarisk trunks on the shore, and who travel through areas where rapids force high flows to scour native vegetation to a greater extent. Recreationists in the Lower Colorado River Basin (downstream of Lee's Ferry, Arizona) rely heavily on tamarisk shade. River regulation and more arid conditions have promoted tamarisk growth and have more stringently limited native recruitment on the Lower Colorado River.

BLM_0065855

Many tamarisk removal projects take amount of shade into account when working in high human use areas such as campgrounds or boat launches. Mitigation methods include: 1) leaving some tamarisk standing to provide shade, though this increases potential for reinvasion; 2) timing revegetation efforts to allow native vegetation to establish before removing all tamarisk from the area; 3) revegetating with trees, generally cottonwoods, that have larger caliber trunks and that will grow to shade the area more quickly; and 4) building structures to provide shade. Such measures make it possible to thin or control tamarisk stands while maintaining the recreational value of a site. Russian olive trees also provide shade. Monotypic Russian olive stand removal efforts in popular areas should also consider the above options. However, along much of the Colorado River Russian olive growth co-occurs with tamarisk invasion. It has been suggested to remove all tamarisk and leave some larger Russian olives until native vegetation reaches shade producing size as Russian olive are slower invaders than tamarisk.

The negative impacts of TRO to recreationalists are more varied. The dense and widespread growth patterns of tamarisk create physical barriers within the riparian corridor, often completely restricting access to waterways such as rivers, springs, ponds, and lakes. These thickets can also limit access from the water to river banks or side canyons, such as those surrounding Lake Powell. This limited mobility greatly curtails the activities of recreationalists such as fishermen, hunters, river runners, hikers, bird watchers, and boaters (see Figure 15).

**Figure 15: Dense tamarisk and Russian olive infestations on Colorado River, Grand Junction, Colorado.**



Dense tamarisk growth along river banks is also a safety hazard to river runners. Less experienced rafters and kayakers on the San Juan River have been known to become entangled in the vegetation and capsize their boats, especially when they are trying to exit the river. Such entrapment dangers extend to swimmers, fishermen, and other waterborne recreationalists (Lauck pers. comm. 2009).

These bank invading tendencies have also allowed tamarisk to impede access to or, in some cases, eliminate popular campsites along the river by greatly reducing the number and size of beaches. Many recreationalists have cut camping niches throughout such dense tamarisk stands, in some cases enjoying the extensive shade. However, the area will support fewer campers and

BLM_0065856

presents an alarming risk of wildfire (Invasion on the Colorado... [updated 2009]). Dense stands of tamarisk may also facilitate dangerous interactions with wildlife. According to anecdotal reports, dense growth can limit visibility and allow people moving through tamarisk to surprise potentially dangerous animals such as black bears (Lauck pers. comm. 2009) or rattlesnakes (Lair pers. comm. 2008). Hiking through thickets of this dusty and scaly plant can be a difficult and unpleasant experience.

Though not as common throughout the Colorado River system, Russian olive stands can reach densities comparable to tamarisk. These thickets create even more fearsome barriers as their long, sharp thorns make bushwhacking nearly impossible. The trees may create another barrier in the form of irritating allergies. Many locals on the western slope of Colorado complain of strong Russian olive allergies (Swett pers. comm. 2009). The trees are listed by the Allergy Associates of Utah as a springtime allergen (Rogers and Carroll... [updated 2009]).

Though TRO do not universally decrease wildlife abundance and diversity, areas where these species dominate may offer fewer fishing, hiking, camping, hunting, or wildlife viewing opportunities. This is especially true for dense stands where limited visibility inhibits activity and the enjoyment of spectacular western vistas (Dudley et al. 2000, Haase 1972, Horton and Campbell 1974). Though fewer studies have been conducted on the recreational impacts of Russian olive, it is likely they are capable of similarly degrading riparian areas. For an in-depth discussion of TRO wildlife impacts (see Wildlife and Sensitive Species section).

Aesthetic impacts are more difficult to gauge due to the subjectivity of the topic. Tamarisk were brought to the United States in part to serve as ornamental species (Cronquist et al. 1997, *Tamarix* spp... [updated 2009]). Many people, especially those that have no memory of the river system prior to severe invasions, think these plants are beautiful. Even more popular is Russian olive, a tree many enjoy for its fragrant yellow flowers and sage-like hue. Such realities are especially important for tourism based economies to consider, e.g. Moab, Utah. Tamarisk lines much of the Colorado River that flows by this community and Russian olives line one of its major tributaries, Mill Creek. It is a difficult task for the town to educate a visiting public enjoying the strip of green riverside vegetation about the intricacies of the tamarisk issue. Residents and visitors can be informed of the importance and purpose of TRO management and that negative aesthetic effects can be mediated by planting native species.

The more objective aesthetic realities are the homogenizing, obstructive affects of dense TRO stands. In some areas these plants are the only species for acres and grow so densely that they can completely hide the Colorado River even when it is flowing yards away. Therefore, it is less a debate of species aesthetics, and more a question of the vegetative composition and viewsheds on a larger scale. In these cases, most people agree that TRO degrade aesthetics.

**Recreational conclusions**
TRO do provide some recreational benefit in the form of shade in the absence of native vegetation. However, tamarisk's dense, monotypic growth patterns can block access to waterways, create hazards for river runners, invade popular camp sites, and facilitate dangerous wildlife encounters. Likewise, dense Russian olive growth curtails recreationalists' mobility and may exacerbate allergies. Both species impacts on wildlife, birdlife, fish, and aesthetics directly

BLM_0065857

affect outdoors enthusiasts as well. The outdoor community and industry provides revenue through tourism and retail outfitters. Additionally, healthy and inviting natural landscapes can create community pride in the river system. Management efforts should consider both potential impacts to recreationalists and potential methods to engage this active community in any management plan.

## Biomass Utilization

TRO management often results in large quantities of biomass that must be either disposed of or used in some way. Typically, tamarisk biomass is mulched, stacked for wildlife habitat, or burned; and in rare instances, thrown into the river. Uses of tamarisk, such as biomass for energy and wood product materials, have been discussed on a small scale and researched in some instances. This review discusses disposal methods and what is known about alternative uses for tamarisk biomass. Consideration of what to do with removed tamarisk biomass is an important component of TRO management programs. An example is described as a recommended action in the Kansas Water Plan (2009 p. 2): "Determine the potential value of tamarisk biomass for various value-added products such as ethanol, bedding, fiberboard, and fuel pellets, or if not suitable for alternative uses, determine how to dispose of dead plant materials."

Choosing among the disposal methods for TRO is a function of site use, vegetative density, control methods used, and landowner restrictions, such as fire bans. Removal of dead tamarisk tree skeletons may be important after mechanical root crown removal, biological control, or foliar herbicide control if densities are moderate to high. Biomass reduction under these conditions assists planned revegetation efforts, restores aesthetic values, and reduces the wildfire potential of dead biomass in moderately to highly infested areas. The removal of dead trees can be accomplished using mechanical mulching equipment or fire.

Mechanical mulching transforms the dead material into mulch. Properly mulched areas can support native growth, provide organic material, reduce moisture loss, and limit weed propagation. However, if a large amount of biomass is mechanically mulched and piled, the thickness of the layer produced may actually impede or prevent revegetation. Reducing biomass with fire may require the construction of adequate fire breaks in sensitive riparian areas to safely burn the slash. Fire is an option that must be carefully coordinated with land managers and county air quality personnel. It should only be used for biomass reduction on dead plants, because live tamarisk will flourish after fire.

For many areas with light to moderate infestations, the dead biomass can be left standing without any actual physical biomass reduction actions. Standing dead biomass in these situations probably does not significantly impede natural or planned revegetation, affect aesthetics, or support high wildfire potential. Stacking biomass into brush piles is a common practice to provide cover for small mammals and birds. This approach works well in light to moderate infestations, but heavy infestations result in an excess of piles.

Disposing of biomass into a river is a less common practice that is only known to be used at Dinosaur National Monument. This method is particularly interesting as it introduces terrestrial

BLM_0065858

carbon into the river system.  Modeling by Zeug and Winemiller (2008) identified terrestrial carbon of riparian origin as the primary carbon source supporting the consumers in the main channel of their study reach.  Human activity (dams and diversions) has removed significant amounts of natural debris from the river system which can affect biodiversity, specifically aquatic invertebrates that depend on coarse wood debris (Naumann pers. comm. 2009).

At Dinosaur National Monument crews remove tamarisk and cut the large diameter stems (approximately 3-6 inches) into 18 inch sections to stack for firewood for rafters.  The smaller diameter material is cut into lengths under eight feet and stacked with the cut ends facing the river to enable volunteers to break apart the piles after they have dried.  Drying takes approximately one year.  During the spring runoff season, the piles are broken up and each stem is thrown into the river separately to ensure boater safety.  Russian olive is not put in the river because of its thorns.  Where there are large amounts of biomass and access for equipment, the biomass is chipped and used as mulch in public use areas (Naumann pers. comm. 2009).

Burning was tested at the Monument as a method for disposing of TRO biomass before deciding the river method was more appropriate.  Burning raised concerns in two areas:  1) on sandbars, firefighters were hired to monitor the fire and large amounts of diesel or other fuel were needed to ignite the fire making the process labor and cost intensive; and 2) on floodplain terraces, the fire incinerates microbes and native plants in the soil under the slash pile, making the soil less fertile, and the process is time intensive.  They also found that other weeds can invade post-fire sites (Naumann pers. comm. 2009).  While these concerns may not be the same in all slash pile situations, they are important to consider.

The various methods of TRO biomass disposal discussed here may benefit site needs, wildlife habitat, or, potentially, aquatic habitat.  However, these benefits are difficult to document and even more difficult to assign a value.  Better documentation and evaluation of TRO biomass disposal could benefit future projects.

The advantages of utilizing TRO biomass for commercial gain could provide motivation to complete projects and fund removal efforts.  The numerous efforts aimed at utilizing the lodge pole pine beetle-kill biomass in the central Rocky Mountain region are examples of ingenuity creating opportunities for productive biomass use.

Due to the potential benefits of biomass utilization to offset some portion of TRO management, much interest has been expressed in biomass studies though relatively few studies have been attempted.  Suggestions for utilization have focused on tamarisk and include sources of solid (e.g. charcoal, for wood burning power plants, or fuel pellets) or liquid (e.g. ethanol) fuels, bedding, pallets, general carpentry, or for cultural and artistic uses.  The Next Earth Foundation (2007) reviewed the possibility of utilizing tamarisk in wood fuel pellets or as fire logs.  While there are no specific examples of tamarisk pellets, they found that that wood pellets can be made from nearly any kind of wood.  With appropriate drying techniques, tamarisk could be a viable resource to use in pellets.  The group also suggests that it may be feasible to repackage wood pellets for cat litter, composite filler or fiber, dust abatement, wood siding, and biomass for energy.  Overall, they found that extensive research is necessary in order to determine cost effective approaches and the best harvest sites.

A -35

Using tamarisk biomass for other types of energy has also been explored. There is a possibility that tamarisk can be utilized in gasifers, combined heat and power systems, or other "burn" systems (Next Earth 2007). Tamarisk burns at about the same Btu (British thermal units) as pine or fir after it has dried an adequate amount of time (Anderson 2009). Tamarisk has approximately an 8,000 Btu/lb. heating value which is similar to the average for other woody biomass (LeVan as sited in Next Earth 2007). Much more research is needed to determine if tamarisk biomass could efficiently be utilized for energy.

The 2002 South Mittry Biomass Utilization Project is an example of a biomass to energy pilot project. The Bureau of Land Management (BLM) office in Yuma, Arizona cooperated with Colmac Energy, a biomass plant in Mecca, California, to utilize chipped tamarisk from an 80 acre tamarisk control project implemented by BLM. The result of the effort was not conclusive as the wood was generally too dirty to generate energy. In addition, the material was expensive to transport and the cost of chipping the material to the appropriate size was significant (Next Earth 2007).

The costly nature of harvesting and transporting biomass is being addressed by a grantee of the U.S. Forest Service Woody Biomass Utilization Grant Program. Mt. Taylor Machine LLC, Milan, New Mexico is using this funding to develop an efficient harvesting and transporting system in order to use tamarisk in wood pellet production (LeVan–Green and Benisch 2008).

A study by Clemons and Stark (2007) found that it is technically feasible to make wood-plastic composites out of tamarisk. Wood-plastic composite lumber is used to make decking, guard rails, pedestrian bridges, signs, etc. The composites are popular because of their durability (Winandy et al. 2005). Wood-plastic composites are made when wood flour is added to plastic (rather than inorganic fillers) to improve performance or reduce cost. Issues such as moisture removal and low thermal stability need to be addressed when working with wood flour fillers (Clemons and Stark 2007). A study completed by a different group also showed that composites such as particleboard, sign materials, and Americans with Disabilities Act accessible playground equipment could be made using tamarisk. These composites are all wood-based and would substitute tamarisk for other wood fibers on a small scale (Winandy et al. 2005).

The economic feasibility of using TRO will depend on many factors including harvest and transportation costs, and manufacturing and market values. Clemons and Stark (2007) recommend that there are ways to possibly increase market opportunity for the tamarisk wood-plastic composites. They suggest that land managers could partner with manufacturers to make composite lumber from their invasive species for use on their land.

In order for land managers, researchers, companies and individuals to assess the feasibility of using tamarisk commercially, it is important to understand and predict the amount of tamarisk biomass that could be potentially used. A study to find a reliable method for estimating biomass was completed by Colorado State University's (CSU) Natural Resource Ecology Lab (NREL) and the USGS's National Institute of Invasive Species Science (NIISS) (Evangelista et al. 2007). This group worked to develop models to predict above-ground *Tamarix ramosissima* biomass using height and canopy cover area (see Figure 16). Note that the biomass estimates by CSU-NREL and USGS-NIISS represent measurements made in only the Arkansas River ecosystem

BLM_0065860

for one species of tamarisk (*Tamarix ramosissima*).  Climate, age, water availability, species of tamarisk may affect growth and lead to different results in biomass predictions (Evangelista et al. 2007).  No similar model exists for Russian olive.

**Figure 16:  Relationship between *Tamarix ramosissima* canopy area (m2) and predicted total oven-dry aboveground biomass (TAGB; kg) (Evangelista et al. 2007).**



Another study to determine biomass availability was sponsored by the National Invasive Species Council to estimate the amount of biomass available for potential commercial uses in the Colorado River and Rio Grande Watersheds.  Eleven discrete river sections were identified as having significant acreage of tamarisk infestation and relatively good access to support potential biomass harvesting.  Based on land management estimates of acreage and average height, this information was fed into the CSU-NREL and USGS-NIISS model (described above) and resulted in an estimated 21 million dry weight tons from approximately 580,000 acres.  Biomass estimates ranged from 14 to 47 dry weight tons per acre based on tamarisk density and height (NISC 2006).  This work provides a basic understanding of the biomass potential within these two watersheds but doesn't represent any findings of potential economic benefit in using this biomass for any purpose.  For the Colorado River Basin, approximately 15 million dry weight tons were estimated as potentially available for biomass utilization.  Actual biomass from other species (i.e., *Tamarix chinensis* and *Tamarix* hybrid) which are common to the Colorado River Basin, different geography, and different climate from that in the Arkansas River system may influence these very preliminary estimates.

Interest has been expressed in using cellulosic biomass for production of ethanol.  This research is being conducted by scientists at numerous universities, federal agencies, and energy companies and is in the early stages of lab experiments using bacteria, enzymes, and/or catalysis techniques.  Much of the research is being closely held because of the economic value of proprietary processes and patents.  Thus, any prediction of the potential for TRO biomass conversion is only speculative at this time and beyond the scope of this TRO Assessment report.  USBR's assessment of the TRO throughout the West may develop more detail on this issue.  The appropriate federal agencies to evaluate this potential are the National Renewable Energy Laboratory in Golden, Colorado and the Forest Products Laboratory in Madison, Wisconsin.

A number of smaller scale uses of tamarisk biomass have been attempted as well.  These have less of an economic focus and more of an educational, artistic, or cultural convenience focus that incorporates tamarisk into local cultures.  An example of an educational use is a tamarisk pencil that is sold highlighting the invasive species issue.  Numerous artisans use both tamarisk and

BLM_0065861

Russian olive to create small woodworking articles (sculpture, bowls, utensils, flooring or cutting boards) (Anderson pers. comm. 2009). None of these represent a significant biomass use.

In 2009, Senate Bill 1713 was introduced and a similar bill (H.R. 2170) was introduced in the House of Representatives. The proposed legislation mentions tamarisk and one of its purposes is to remove excess biomass of species which cause harm to water resources. The legislation develops a loan program through the Departments of Interior or Agriculture to guarantee loans by private institutions for the construction or acquisition of facilities for the production of biochar, establish biochar demonstration projects, and develop biochar technology and markets.

**Biomass utilization conclusions**

Overall, there are some proven and some potential uses of TRO biomass. The question that land managers and others need to consider is the economic viability of biomass utilization. The end use of the tamarisk will depend on restoration goals, economics, and cost effectiveness. Additional research will need to determine whether TRO biomass can have commercial value.

## Best Management Practices

Two best management practices guides for land managers will be available as working documents in 2010. The first, entitled *Tamarisk Best Management Practices in Colorado Watersheds*, primarily concerns methods of removal and project planning specifically for projects in Colorado. Topics include Integrated Pest Management, chemical and mechanical control, biological control and developing a management strategy. This work was completed by researchers at Colorado State University, Colorado Department of Agriculture, Denver Botanic Gardens, University of Denver and the Bureau of Reclamation. The report will be provided when it is complete.

The second, entitled *Best Management Practices for Revegetation after Tamarisk Removal in the Upper Colorado River Basin Handbook* is a guide for restoration, planning and revegetation after tamarisk removal for projects in the Upper Basin. Topics include planning, site evaluation, site preparation, plant material selection, tamarisk re-sprouting, secondary invasion, and hydrology. This work is being performed by researchers at Denver Botanic Gardens, University of Denver, and HT Harvey and Associates Environmental Consulting. The report will be provided when it is complete. The report is available for order here.

BLM_0065862

# References

Allred TM, Schmidt JC. 1999. Channel narrowing by vertical accretion along the Green River near Green River, Utah. Geological Society of America Bulletin 111:1757-1772.

Anderson S. Personal Communication. 2009 Feb 12. Triassic Stone, Owner. www.triassicstone.com

Bailey JK, Schweitzer JA, Whitham TG. 2001. Salt cedar negatively affects biodiversity of aquatic macroinvertebrates.  Wetlands 21(3):442-447.

Bateman HL, Chung-MacCoubrey A, Finch D, Snell H, Hawksworth D. 2009. Effects of saltcedar removal on vertebrates along the Rio Grande.  Proceedings of the 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Bateman HL, Chung-MacCoubrey A, Snell HL. 2008. Impact of Non-Native Plant Removal on Lizards in Riparian Habitats in the Southwestern United States. Restoration Ecology 16(1):  180-190.

Bay RF, Sher AA. 2008. Success of Active Revegetation after *Tamarix* Removal in Riparian Ecosystems of the Southwestern United States: A Quantitative Assessment of Past Restoration Projects. Restoration Ecology 16(1):113-128.

Beason J.  Personal Communication 2010 Jan 5.  Rocky Mountain Bird Observatory.  Special Monitoring Projects Coordinator.

Bindell S. 1996. Hopi wetlands endangered. News from Native Country 10(15):1.

Birken AS, Cooper DJ. 2006. Processes of *Tamarix* invasion and floodplain development along the lower Green River, Utah. Ecological Applications 16(3):1103-1120.

Borell AE. 1971. Russian-olive for wildlife and other conservation uses. Washington, DC: U.S. Department of Agriculture. Leaflet 292:8.

Brotherson JD, Field D. 1987. Impacts of a successful weed. Rangelands 9(3):110-112.

Brotherson JD, Winkel V. 1986. Habitat relationships of saltcedar (*Tamarix ramosissima*) in central Utah. Great Basin Naturalist 46:535-541.

Burke K. Personal Communication. 2009 Feb 6. Grand Canyon Wildlands Council.

Busch DE. 1995. Effects of fire on southwestern riparian plant community structure. The Southwest Naturalist 40(3):259-267.

BLM_0065863

Busch DE, Smith SD. 1995. Mechanisms associated with decline of woody species in riparian ecosystems of the Southwestern U.S. Ecological Monographs 65: 347-370.

Busch DE, Smith SD. 1993. Effects of fire on water and salinity relations of riparian woody taxa. Oecologia 94:186-194.

Campbell JC. 1970. Ecological implications of riparian Vegetation Management. Journal of Soil and Water Conservation 25:49-52.

Caplan T. 2002. Controlling Russian Olives within Cottonwood Gallery Forests along the Middle Rio Grande Floodplain (New Mexico). Ecological Restoration 20(2):138-139.

Caplan TR, Musslewhite BD, Buchanan BA, Hendricks JMH. 2001. Reclaiming sodic soils following saltcedar removal on the Pueblo of Santa Ana, New Mexico. Proceedings of the 18th Annual National Meeting of the American Society for Surface Mining and Reclamation: Land reclamation:  A Different Approach; 2001 Jun 3-7; Albuquerque, NM.

Carman JG, Brotherson JD. 1982. Comparisons of sites infested and not infested with saltcedar (*Tamarix pentandra*) and Russian olive (*Elaeagnus angustifolia*). Weed Science 30:360-364.

Christensen EM. 1963. Naturalization of Russian olive (*Elaeagnus angustifolia* L.) in Utah. The American Midland Naturalist 70(1):133-137.

Clemons C, Stark N. 2007. Use of saltcedar and Utah juniper as fillers in wood–plastic composites. Research Paper FPL-RP-641. Madison, WI: U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. p. 17.

Cooper DJ, Andersen DC, Chimner RA. 2003. Multiple pathways for woody plant establishment on floodplains at local to regional scales. The Journal of Ecology 91(2):182-196.

Cronquist A, Holmgren NH, Holmgren PK. 1997. Intermountain flora: Vascular plants of the Intermountain West, U.S.A. Vol. 3, Part A. Subclass Rosidae (except Fabales). New York, NY: The New York Botanical Garden. p. 446.

Di Tomaso JM.  1998. Impact, Biology, and Ecology of Saltcedar (*Tamarix* spp.) in the Southwestern United States. Weed Technology 12:326-336.

Dick-Peddie WA. 1993. New Mexico vegetation: past, present, and future. Albuquerque, NM: University of New Mexico Press. p. 244.

Drus G. Personal Communication. 2009 Feb 19. University of California Santa Barbara.

Drus G. Personal Communication. 2007 Oct 3. University of California Santa Barbara.

Drus GM, Dudley TL, Brooks ML, and JR Matchett. 2009. Synergistic us of biological control and prescribed fire for tamarisk (*Tamarisk* spp.) removal. Proceedings of the Tamarisk and

BLM_0065864

Russian Olive Research Conference; 2009 Feb. 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Dudley T, Bean D, Dalin P. 2009. Failure of Biocontrol, Success of Bioregulation? [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Dudley TL, DeLoach CJ, Lovich JE, Carruthers RI. 2000. Saltcedar invasion of western riparian areas: impacts and new prospects for control. New insights and new incites in natural resource management. Proceedings of the 65th North American wildlife and natural resources conference; 2000 Mar 24-28; Rosemont, IL: Washington, DC, Wildlife Management Institute. p. 345-381.

Durst SL, Sogge MK, English HC, Williams III SO, Kus BE, Sferra SJ. 2006. Southwestern Willow Flycatcher breeding site and territory summary- 2005. U.S.G.S. Southwest Biological Science Center Report to U.S. Bureau of Reclamation. U.S.G.S. Southwest Biological Science Center, Flagstaff, AZ.

Durst SL, Theimer TC, Paxton EH, Sogge MK. 2008. Temporal variation in the arthropod community of desert riparian habitats with varying amounts of saltcedar (*Tamarix ramosissima*). Journal of Arid Environments 72:1644-1653.

Ellis LM. 2001. Short-term response of woody plants to fire in a Rio Grande riparian forest, Central New Mexico, USA. Biological Conservation 97:159-170.

Ellis LM, Crawford CS, Molles Jr MC. 1997. Rodent communities in native and exotic riparian vegetation in the Middle Rio Grande Valley of central New Mexico. The Southwestern Naturalist 42:13-19.

Ellis LM, Crawford CS, Molles Jr MC. 1998. Comparison of litter dynamics in native and exotic riparian vegetation along the middle Rio Grande of central New Mexico, U.S.A. Journal of Arid Environments 38(2):283-296.

Evangelista P, Kumar S, Stohlgren T, Crall AW, Newman GJ. 2007. Modeling aboveground biomass of *tamarix ramosissima* in the Arkansas River Basin of Southeastern Colorado, USA. Western North American Naturalist 67(4):503-509.

Fleishman E, McDonald N, Mac Nally R, Murphy DD, Walters J, Floyd T. 2003. Effects of floristics, physiognomy, and non-native vegetation on riparian bird communities in a Mojave Desert watershed. Journal of Animal Ecology 72:484-490.

Friedman J M, Osterkamp WR, Lewis Jr, WM. 1996. The role of vegetation and bed-level fluctuations in the process of channel narrowing. Geomorphology 14:341-351.

Friedman JM, Vincent KR, Griffin ER. 2009. Erosional Consequences of Tamarisk Control [abstract]. Proceedings of the 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno (NV): Tamarisk Coalition and Colorado State University.

BLM_0065865

Gazda RJ, Meidinger RR, Ball IJ, Connelly JW. 2002. Relationships between Russian olive and duck nest success in southeastern Idaho. Wildlife Society Bulletin 30(2):337-344.

George EJ. 1953a. Thirty-one-year results in growing shelterbelts on the Northern Great Plains. Circular No. 924. Washington, DC: (U.S.) Department of Agriculture. p. 57.

George EJ. 1953b. Tree and shrub species for the Northern Great Plains. Circular No. 912. Washington, DC: (U.S.) Department of Agriculture. p. 46.

Glenn EP, Nagler PL. 2005. Comparative ecophysiology of *Tamarix ramosissima* and native trees in western U.S. riparian zones. Journal of Arid Environments 61:419-446.

Glenn E, Tanner R, Mendez S, Kehret T, Moore D, Garcia J, Valdes C. 1998. Growth rates, salt tolerance and water use characteristics of native and invasive riparian plants from the delta of the Colorado River, Mexico. Journal of Arid Environments 40:281-294.

Graf WL. 1978. Fluvial adjustments to the spread of tamarisk in the Colorado Plateau region. Geological Society of America Bulletin 89:1491-1501.

Gregory SV, Swanson FJ, McKee WA, Cummins KW. 1991. An ecosystem perspective of riparian zones. BioScience 41(8):540-551.

Griffin ER, Kean JW, Vincent KR, Smith JD, Friedman JM. 2005. Modeling effects of bank friction and woody bank vegetation on channel flow and boundary shear stress in the Rio Puerco, New Mexico. Journal of Geophysical Research 110.

Groseclose J.  Personal Communication.  2009 Oct. New Mexico Interstate Stream Commission.

Haase EF. 1972. Survey of floodplain vegetation along the lower Gila River in southwestern Arizona. Journal of the Arizona Academy of Science 7:75-81.

Hamann KL, Kim Y. 2009. Ecological Benefit & Economic Feasibility of Tamarisk Utilization From Hopi Tribal Land [poster]. Proceedings of the 2009 Tamarisk and Russian olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Hamilton L. Personal Communication. 2009 Feb 6. Grand Canyon River Guides Association, Executive Director.

Hansen PL, Pfister RD, Boggs K, Cook BJ, Joy J, Hinckley DK. 1995. Classification and management of Montana's riparian and wetland sites. Miscellaneous Publication No. 54. Missoula, MT: The University of Montana, School of Forestry, Montana Forest and Conservation Experiment State. p. 646.

Hansen R, Usnick S. 2009. Current status of a cooperative distribution program for *Diorhabda elongata* in the northern US [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

BLM_0065866

Hausner VH, Yoccoz NG, Strann K, Ims RA. 2002. Changes in bird communities by planting non-native spruce in coastal birch forests of northern Norway. Ecoscience 9:470-481.

Hays Jr JF. 1990. Wildlife considerations in windbreak renovation. In: Great Plains Agricultural Council, compiler. Windbreaks: Living with the wind. Proceedings of the Windbreak Renovation Workshop; 1990 Oct 23-25; Hutchinson, KS: Great Plains Agriculture Council Publ. No. 133. Manhattan, KS: Kansas State University, Cooperative Extension Service: 35-41.

Hem JD. 1967. Composition of saline residues on leaves and stems of saltcedar (*Tamarisk pendantra* Pallas). Reston, VA: US Geological Survey. Professional Paper 491-C.

Hill D. Personal Communication. 2009 Feb 9. Navajo Nation Environmental Protection Agency: Pesticide Program, Environmental Specialist.

Hilldale R. 2007. Bank stability and morphological change Associated with control of invasive phreatophytes. Proceedings of the Tamarisk Symposium; 2007 Oct 24-25; Grand Junction, CO.

Horton JS, Campbell CJ. 1974. Management of phreatophyte and riparian vegetation for maximum multiple use values. Res. Pap. RM-117. Fort Collins, CO: Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. p. 23.

Howe WH, Knopf FL. 1991. On the imminent decline of Rio Grande cottonwoods in central New Mexico. Southwestern Naturalist 36(2):218-224.

Hughes JM. 1999. Yellow-billed cuckoo (*Coccyzus americanus*). In: A. Poole and F. Gill (eds). The Birds of North America, no. 418: The Birds of North America, Inc., Philadelphia, Pennsylvania.

Invasion on the Colorado, the War on Tamarisk [Internet]. [updated 2009]. The Nature Conservancy; [cited 2009 March 5]. Available from: http://www.nature.org/wherewework/northamerica/states/utah/misc/art23040.html.

Jackle MD, Gatz TA. 1985. Herpetofaunal use of four habitats of the Middle Gila River drainage, Arizona. In: Johnson RR, Ziebell CD, Patton DR, Folliott PF, Hamre RH (coordinators). Riparian ecosystems and their management: reconciling conflicting uses. Proceedings of the First North American Riparian Conference; 1985 Apr 16-18; Tucson, AZ: USDA Forest Service General Technical Report RM-120, USDA, Fort Collins, CO. p. 355-358.

Jackson J, Ball JT, Rose MR. 1990. Assessment of the salinity tolerance of eight Sonoran Desert riparian trees and shrubs. In: Final Report. Yuma, AZ: Bureau of Reclamation, Yuma Project Office. p. 102.

Jones KB. 1988. Comparison of herpetofaunas of a natural and altered riparian ecosystem. In: Szaro RC, Severson KE, Patton DR (eds). p. 222-227. Management of amphibians, reptiles, and

BLM_0065867

small mammals in North America. Proceedings of a Symposium; 1988 Jul 19-21; Flagstaff, AZ. USDA Forest Service General Technical Report RM-166, USDA, Fort Collins, CO.

Jones ZF, Bock CE. 2005. The Botteri's Sparrow and exotic Arizona grasslands: an ecological trap or habitat regained? Condor 107:731-741.

Kansas Water Office. 2009. Upper Arkansas Basin, Salt Cedar and Other Non-Native Phreatophyte Control [Internet]. Kansas Water Plan, Vol. III. [Cited 2009 Mar 5]. Available from: http://www.kwo.org/Kansas%20Water%20Plan/SWP/KWP_2008/KWP_Volume_III.htm

Katz GL. 2001. Fluvial disturbance, flood control, and biological invasion in Great Plains riparian forests [Ph.D. Dissertation]. [Boulder, (CO)]: University of Colorado.

Katz GL, Friedman JM, Beatty SW. 2005. Delayed effects of flood control on a flood-dependent riparian forest. Ecological Applications 15(3):1019-1035.

Katz GL, Shafroth PB. 2003. Biology, ecology and management of *Elaeagnus angustifolia* L. (Russian olive) in Western North America. Wetlands 23(4):763-777.

Kearney TH, Peebles RH, Howell JT, McClintock E. 1960. Arizona flora. 2d ed. Berkeley, CA: University of California Press. p. 1085.

Kennedy TA, Finlay JC, Hobbie SE. 2005. Eradication of invasive *Tamarix ramosissima* along a desert stream increases native fish density. Ecological Applications 15(6): 2072-2083.

Knopf FL, Olson TE. 1984. Naturalization of Russian-olive: Implications to Rocky Mountain Wildlife. Wildlife Society Bulletin 12:289-298.

Lair K. Personal Communication. 2008. HT Harvey and Associates Environmental Consulting, Associate Restoration Ecologist.

Lauck Z. Personal Communication. 2009 Feb 12. Salt River Raft Guide.

LeVan–Green S, Benisch J. 2008. Woody Biomass Utilization Status Report 2005 and 2006 Grant Programs [Internet]. S&PF Technology Marketing Unit, Forest Products Laboratory. [Cited 2009 Mar 5]. Available from: http://www.fpl.fs.fed.us/tmu/resources/documents/2005-2006-woody-biomass-grant-status-report.pdf

Longland W. 2009. Effects of saltcedar invasion and biological control on small mammals [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Lovich JE, DeGouvenain RC. 1998. Saltcedar invasion in desert wetlands of the southwestern United States: ecological and political implications. In: Majmudar SK, Miller EW and F.J. Brenner FJ, (eds). Ecology of wetlands and associated systems: Pennsylvania Academy of Science. p. 447-467.

A -44

BLM_0065868

McDaniel KC, Taylor JP. 2003. Saltcedar recovery after herbicide-burn and mechanical clearing practices. Journal of Range Management 56(5):439-445.

Merritt DM, Poff NL. (in Press).  Shifting dominance of riparian *Populas* and *Tamarix* along gradients of flow alteration in western North American rivers.  Ecological Applications, Ecological Society of America paper accepted April 27, 2009.

Merritt DM, Cooper DJ. 2000. Riparian vegetation and channel change in response to river regulation: A comparative study of regulated and unregulated streams in the Green River Basin, USA. Regulated Rivers: Research and Management 16:543-564.

Naumann, Tamara. Personal communication. 2009 Mar 5. Dinosaur National Monument, Botanist.

Next Earth Foundation. 2007. Preliminary Report - A pilot project for incorporating economic-benefit models into riparian restoration: Creating jobs via alternative uses for Tamarisk in the Lower Colorado River Region. Prepared for: Working for Rivers. Flagstaff, AZ. www.workingforrivers.com

National Invasive Species Council (NISC). 2006. Economic Impacts of Tamarisk in the Colorado and Rio Grande Watersheds [June Working Draft].

Olson TM, Sferra SJ. 2009. Tamarisk Habitat on the Lower Colorado River: Implications of biocontrol for the Lower Colorado River Multi-species Conservation Program [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Ohrtman MK, Sher-Simon A, Lair K. 2009. Quantifying soil and groundwater chemistry in areas invaded by *Tamarix* spp. along the Middle Rio Grande, New Mexico [poster]. In the proceedings of the 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Owen JC, Sogge MK, Kern, MD. 2005. Habitat and sex differences in physiological condition of breeding Southwestern Willow Flycatchers (*Empidonax traillii extimus*). The Auk 122(4): 1261-1270.

Pataki DE, Busch SE, Gardner P, Solomon DK, Ehleringer JR. 2005. Ecohydrology in a Colorado River Riparian Forest: Implications for the decline of *Populus fremontii*. Ecological Applications 15(3):1009-1018.

Paxton EH, Sogge MK, Durst SL, Theimer TC, Hatten JR.  2007. The Ecology of the Southwestern Willow Flycatcher in Central Arizona: a 10-year Synthesis Report. USGS Southwest Biological Science Center, Colorado Plateau Research Station, Flagstaff, AZ. Open-File Report 2007-1381.

BLM_0065869

Pfeiffer JM, Ortiz EH. 2007. Invasive Plants Impact California Native Plants Used in Traditional Basketry. Fremontia 35(1):7-13.

Pfeiffer JM, Voeks RA. 2008. Biological invasions and biocultural diversity: linking ecological and cultural systems. Environmental Conservation 1-13.

Pollen-Bankhead N, Simon A, Jaeger K, Wohl E. 2009. Destabilization of streambanks by removal of invasive species in Canyon de Chelly National Monument, Arizona. Geomorphology 103:363-374.

Prichard D, Anderson J, Correll C, Fogg J, Gebhardt K, Krafp R, Leonard S, Mitchell B, and Staats J. 1998. *Riparian Area Management: A User Guide to Assessing Proper Functioning Condition and the Supporting Science for Lotic Areas.* Technical Reference 1737-15, U.S. Department of the Interior Bureau of Land Management, National Applied Resource Sciences Center.

Provenza FD. 1982. Use of Fire and 2, 4-D to Control Saltcedar: final report. Submitted to USDI National Park Service. Project PX-1200-1-0519. S.I.: s.n.

Rodriguez LF. 2006. Can invasive species facilitate native species? Evidence of how, when and why their impacts occur. Biological Invasions 8:927-939.

Rogers CM, Carroll DJ. [Internet] [updated 2009]. Salt Lake City (UT): Allergy Associates of Utah. [Cited March 5]. Available from: www.utahallergies.com/allergy-info/allergy-information/utah-pollens.html.

Rowland DL, Sher AA, and DL Marshall. 2004. Inter- and intra-population variation in seedling performance of Rio Grande cottonwood under low and high salinity. Canadian Journal of Forestry Research 34:1458-1466.

Schumm SA, Lichty RW. 1963. Channel widening and flood-plain construction along Cimarron River in southwestern Kansas. US Geological Survey Professional Paper.

Scott-Small V. Personal Communication. 2008 Dec 3. Colorado State University, PhD Candidate.

Shafroth PB, Beauchamp VB, Briggs MK, Lair K, Scott ML, Sher A. 2008. Planning Riparian Restoration in the Context of *Tamarix* Control in Western North America. Restoration Ecology 16(1):97-112.

Shafroth PB, Friedman JM, Ischinger LS. 1995. Effects of salinity on establishment of *Populus fremontii* (cottonwood) and *Tamarix ramosissima* (saltcedar) in southwestern United States. Great Basin Naturalist 55:58-65.

BLM_0065870

Sher A. 2009 Tamarisk Ecology & Restoration: what past successes and failures tell us. Proceedings of the 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Silver R. 2008. Letter to C.J. Smith (APHIS), Secretary E. Schafer (USDA), and Secretary D. Kempthorne (Dept. of the Interior) [Internet]. [Cited 2008 Dec 12]. Available from: http://www.biologicaldiversity.org/news/press_releases/2008/southwestern-willow-flycatcher-12-12-2008.html

Singh M, Jain M, Pant RC. 1999. Clonal variability in photosynthetic and growth characteristics of *Populus deltoides* under saline irrigation. Photosynthetica 36(4):605-609.

Sogge MK, Paxton EH, Tudor AA. 2006. Saltcedar and Southwestern Willow Flycatchers: lessons from long-term studies in central Arizona. In: Aguirre-Bravo C, Pellicane PJ, Burns DP, Draggan S (eds). Monitoring science and technology symposium: unifying knowledge for sustainability in the Western hemisphere. Proceedings of the RMRS-P-42CD; 2004 Sep 20-24; Denver, CO: US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. p. 238-241.

Sogge MK, Sferra SJ, Paxton, EH. 2008. *Tamarix* as Habitat for Birds: Implications for Riparian Restoration in the Southwestern United States. Restoration Ecology 16(1):146-154.

Stephenson JR, Calcarone GM. 1999. Mountain and foothills ecosystems: habitat and species conservation issues. In: Stephenson JR, Calcarone GM. Southern California mountains and foothills assessment. Gen. Tech. Rep. PSW-GTR-172. Alban, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station. p. 15-60.

Stoleson SH, Finch, DM. 2001. Breeding Bird Use of and Nesting Success in Exotic Russian Olive in New Mexico. Wilson Bulletin 113(4):452-455.

Storey R, Thomson WW. 1994. An x-ray microanalysis study of the salt glands and intracellular calcium crystals of Tamarix. Annals of Botany 73:307-313.

Stromberg JC. 1997. Growth and survivorship of Fremont cottonwood, Goodding willow, and salt cedar seedlings after large floods in central Arizona. The Great Basin Naturalist. 57(3):198-208.

Stuever MC. 1997. Fire-Induced Mortality of Rio Grande Cottonwood [thesis]. [Albuquerque (NM)]: The University of New Mexico. p. 85.

Swett M. Personal Communication. 2009 Feb 20. Tamarisk Coalition, Science and Outreach Coordinator.

Tu M. 2003. Elaeagnus angustifolia. Element Stewardship Abstract [Internet]. The Nature Conservancy. [Cited 2009 Jan 1]. Available from: http://tncweeds.ucdavis.edu/esadocs/documentselaeagn.html

BLM_0065871

U.S. District Court for the District of Arizona (USDCA) 2009. Center for Biological Diversity and Maricopa Audubon Society (plaintiffs) v. Animal and Plant Health Service and U.S. Fish and Wildlife Service (defendants) – Complaint for Declaratory and Injunctive Relief. Case 4:09-cv-00172-FRZ. Filed March 27, 2009.

U.S. Fish and Wildlife Service (USFWS) 2005. Federal Register Volume 70, Number 201. Endangered and threatened wildlife and plant, Designation of critical habitat for the Southwestern Willow Flycatcher (*Exidonax trallii extimus*), Final Rule 50 CFR 17. October 19, 2005. http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=2005_register&docid=fr19oc05-12

U.S. Forest Service, Species Conservation Program. Technical Conservation Assessments available online at: http://www.fs.fed.us/r2/projects/scp/

van Riper III C, Paxton KL, O'Brien C, Shafroth PB, McGrath LJ. 2008. Rethinking Avian Response to *Tamarix* on the Lower Colorado River: A Threshold Hypothesis. Restoration Ecology 16(1):155-167.

Van Steeter MM, Pitlick J. 1998. Geomorphology and endangered fish habitats of the upper Colorado River, historic changes in stream flow, sediment load, and channel morphology. Water Resources Research 34:287–302.

Vandersande MW, Glenn EP, Walworth JL. 2001. Tolerance of five riparian plants from the lower Colorado River to salinity drought and inundation. Journal of Arid Environments 49:147-159.

Walker HA. 2006. Southwestern avian community organization in exotic tamarisk: current patterns and future needs. In: Aguirre-Bravo C, Pellicane PJ, Burns DP, Draggan S (eds). Monitoring science and technology symposium: unifying knowledge for sustainability in the Western hemisphere. Proceedings of the RMRS-P-42CD; 2004 Sep 0-24; Denver, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. p. 274-286.

Wiesenborn WD. 1996. Saltcedar impacts on salinity, water, fire frequency, and flooding. In: Proceedings of the Saltcedar Management Workshop; 1996; Rancho Mirage, CA: California Exotic Pest Plant Council. p. 9-12.

Wiesenborn WD, Heydon SL. 2007. Diets of breeding Southwestern Willow Flycatchers in different habitats. The Wilson Journal of Ornithology 119(4):547-557.

White J. Personal Communication 2010 Jan 4. Colorado Division of Wildlife. Aquatic Biologist.

Winandy JE, Clemons CM, Stark NM, Muehl JM, Williams RS. 2005. Evaluation and process development of salt cedar and juniper bio-composites as tools to utilize exotic and invasive

BLM_0065872

species and restore native eco-systems. Proceedings of the 3rd International Workshop on Green Composites; 2005 Mar 16-17; Kyoto, Japan: Japanese Society of Material Science.

Zavaleta E. 2000. The Economic Value of Controlling an Invasive Shrub. Ambio 29(8):462-467.

Zeug SC, Winemiller KO. 2008. Evidence supporting the importance of terrestrial carbon in a large-river food web. Ecology 89(6):1733-1743.

Zouhar K. 2003. *Tamarix* spp. In: Fire Effects Information System [Internet]. US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory. [Cited 2009 Jan 20] Available from: http://fs.fed.us/database/feis

Zouhar, K. 2005. Elaeagnus angustifolia. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis/ [2009, April 5].

Zouhar K, Smith JK, Sutherland S, Brooks ML. 2008. Wildland fire in ecosystems: fire and nonnative plants. Ogden, UT: USDA Forest Service Rocky Mountain Research Station. General Technical Report No. RMRS-GTR-42-vol 6.

BLM_0065873

# Appendix B:  Biological Control State-of-the-Science

**Background**

The USDA Animal and Plant Health Inspection Service (APHIS) began to look for potential tamarisk biological control agents in the 1980s.  Insects that naturally eat tamarisk in its native ranges throughout China, Kazakhstan, Uzbekistan, Tunisia, Greece, and other countries were studied to evaluate their appropriateness.  The tamarisk leaf beetle, or *Diorhabda* spp., was eventually identified in 1992 and the USDA then began an extensive testing process in quarantine.  The primary goal of this testing process was to ensure that the beetle would feed exclusively on tamarisk and not harm native plants.  Beetles were offered a varied selection of native plants and crop species and subjected to extensive host range testing (Bean 2009).  Host range testing determines the list of hosts, or plants, upon which an organism can complete its lifecycle.

Tests revealed that the beetles are highly specialized on tamarisk, preferring tamarisk to all native plants.  *Diorhabda* spp. will seek out additional tamarisk after defoliating a tamarisk stand instead of searching for different food sources nearby, and will starve in the absence of tamarisk (see Figure 1).

**Figure 1:  Tamarisk defoliated (brown) by tamarisk leaf beetle and non-damaged native vegetation (green), Colorado River in Canyonlands National Park, Utah.**



BLM_0065874

The beetle larvae were able to feed on four North American species of the small xeric shrub frankenia (*Frankenia* spp.). However, the larvae inflicted minimal damage on these plants and the adult beetles did not feed on them at all. It was determined that the impact to the genus *Frankenia* was not significantly detrimental (Bean 2009).

One of the most important findings was that the Fukang, China and Chilik, Kazakhstan beetle ecotypes could not survive south of approximately the $36^0$ N parallel (the southern boundary of Utah and Colorado). Summer day-lengths south of this latitude are shorter and prompt adult insects to enter winter hibernation too early in the summer months to survive until the following spring. Theoretically this should have prevented the beetles from establishing populations in the range of the endangered Southwestern Willow Flycatcher; however it appears that the Fukang and Chilik beetles have adapted to shorter day-lengths.

Following these laboratory tests, APHIS approved the tamarisk leaf beetle for field testing in 1999. Beetles were released in outdoor cages at ten sites in six states including California, Nevada, and Utah. These trials confirmed the beetle's host specificity and it was approved for open releases in 2001. Populations were introduced at seven sites in six states, four of which experienced 2,000-hectare defoliation events by 2006. Ongoing monitoring efforts at the 2001 Lovelock, Nevada beetle release site have documented population expansion throughout the Humboldt Basin that periodically defoliates approximately 30,000 hectares of tamarisk (Bean 2009).

These large area defoliations may have been an initial response to the massive tamarisk infestations in the Humboldt Basin. Now, seven years after the initial release, 75% of tamarisk trees in and around the release site are dead. Yet, tamarisk mortality of only 5% or less can be expected one to four kilometers away from the release. This may indicate that the huge beetle population explosions that are being recorded are merely the beetle's initial response to an overabundance of tamarisk and that their influence may lessen over time (Dudley et al. 2009).

Since the initial releases, 180,000 adult tamarisk leaf beetles have been distributed in the time period from 2005 to 2008. Fifty beetle outdoor nurseries in ten states have been created, half of which harbor significant populations. Ten of these locations maintain populations large enough to facilitate collections which will support in-state redistributions in 2009 (Hansen and Usnick 2009). Currently, beetle populations are spread across Western Colorado, eastern to central Utah (Jamison and Bean 2009), and a small northwestern plot in Arizona (Dudley pers. comm. 2009).

**Beetle Populations in the Dolores River Watershed[1]**

Beetle Releases: The tamarisk leaf beetle was first introduced to the Dolores River watershed in August of 2004 at the confluence of the Dolores and Colorado Rivers. At this time, approximately 10,000 adult beetles were released on private land in Grand County, UT across the Colorado River from the confluence by the Grand County weed department. The beetles released were distributed from one of the original 1999 *Diorhabda spp*. test sites, Delta, UT, and

---

[1] Information for this section gathered directly from: Jamison L, Bean D, Dudley T, Robinson W, Higgs T... In Preparation. Colonization of the Dolores River drainage by the tamarisk leaf beetle, *Diorhabda carinulata*

BLM_0065875

were of the Chilik, Kazakhstan lineage. Another ~10,000 of these beetles were released at the same site on July 21, 2005. By the end of the 2005 summer season, minor defoliation was witnessed on multiple release trees at the site. Two other release sites were established in 2004 along the Colorado River in Grand County, with a second round of beetle introductions occurring in 2005. Together, these three sites became the epicenter for beetle expansion across the majority of the Central Colorado Plateau.

In August 2006, ~2,000 *D. carinulata* (see section below for more species information) that originated near Fukang, China were released on the main stem of the Dolores River at Gateway, CO. A second release site, of the same beetle type, was established at Bedrock, CO in 2007. By 2008, both of these release sites were assimilated by the larger population of Chilik, Kazakhstan *Diorhabda spp.* moving upriver from the 2004 and 2005 releases in Grand County, UT. Although the two release sites on the Dolores main stem likely played a role in the spatial distribution of beetles in the study area on the lower Dolores River, the primary pattern of dispersal would have been similar if the Grand County releases were the only ones to occur in or near the Dolores River watershed. As a result, the Dolores River was mainly colonized by releases occurring at the terminus of its drainage.

Tamarisk Defoliation: The 2004 and 2005 Grand County release sites at the confluence of the Dolores and Colorado River resulted in roughly .01 defoliated hectares late in the 2005 summer season. By September 2006, tamarisk defoliation spanned 30.95 hectares of along the Colorado River and extended 200 meters up the Dolores River. At this time the mass of *Diorhabda spp.* surrounding the confluence presumably overwintered there.

On May 3, 2007 beetles emerged in the confluence area and they began dispersing up the Dolores River in mid-May. By July tamarisk defoliation extended 5 km upstream and beetles where present over 50 km up river. By the end of the summer tamarisk was almost complete defoliated over 30 km upstream of the confluence and spotty defoliation occurred well over 60 km (just past the 2006 Gateway release site). Additionally, in August of 2007 a large *Diorhabda* population was found defoliating tamarisk in upper East Coyote Wash. These beetles had originated from the Grand County releases around Moab, UT. This population gave the beetles a foothold on the Dolores River 140 km upstream of the confluence.

Beetle surveys in the first half of the 2008 summer revealed large beetle populations near Gateway and the confluence of East Coyote Wash and the Dolores. By mid-July 818.2 hectares of tamarisk were defoliated to varying extents between Gateway and Bedrock with the most intensive defoliation levels occurring approximately 16 miles upstream of Gateway. A second 2008 survey in from the San Miguel to the Colorado Confluence in August revealed low beetle numbers (due to overwintering) but increased defoliation intensity throughout the section.

Surveying began in mid-May 2009 on the Dolores River, beginning ~30 miles downstream of McPhee Dam and continuing to the confluence of the Dolores and Colorado Rivers. Tamarisk were surveyed for beetles every 1.5 km. Most survey points observed some measure of beetle presence, with a peak in densities surrounding and within the Paradox Valley. Downstream near the town of Gateway, CO, beetle numbers declined dramatically as the monitoring effort entered

B - 3

BLM_0065876

an area that was heavily defoliated at the end of 2008 (Figure 3). It is likely the majority of the Dolores River corridor was defoliated to some level by the end of 2009.

<u>2009 Beetle Monitoring Results for the Dolores River</u>:  Surveying began in mid-May 2009 on the Dolores River, beginning ~30 miles downstream of McPhee Dam and continuing to the confluence of the Dolores and Colorado Rivers. Most survey points observed some measure of beetle presence, with a peak in densities surrounding and within the Paradox Valley. Downstream near the town of Gateway, CO, beetle numbers declined dramatically as the monitoring effort entered an area that was heavily defoliated at the end of 2008 (Figure 3). It is likely the majority of the Dolores River corridor was defoliated to some level by the end of 2009.



**Figure 2:**  Densities of *Diorhabda carinulata* along the Dolores River in May, 2009 show a sharp decline around River Kilometer (RK) 68. In August 2008, tamarisk from RK 68 downstream to RK 0 were completely defoliated driving beetles to overwinter and then re-emerge upstream of RK 68 in early 2009.

<u>2009 Vegetation Monitoring in Relation to Beetle Presence Results for all Rivers Including the Dolores River</u>:  Preliminary findings from the vegetation surveys conducted along with beetle monitoring found that species co-occurring with tamarisk were predominantly native. The major species documented were willow (*Salix exigua*), cottonwood (*Populus fremontii*), and associated shrubs such as three leaf sumac (*Rhus trilobata*) and seep willow (*Baccharis spp.*).  Local species composition varied between areas surveyed, but most river stretches were uniform in species assemblages, with similar non-native invaders and natives spread across the majority of the river system.  Preliminary results indicate that the Dolores River had the highest species diversity of both native and non-native plants, possibly due to the large elevation gradient along the river corridor.  Two non-native species commonly co-occurred with tamarisk.  Russian olive

B - 4

BLM_0065877

was found to be most common in river reaches near human settlements and farm lands, while Russian knapweed was the most common non-native invasive species (outside of tamarisk). Preliminary results on the distribution and dominance of some native vs. non-native plant species on the Colorado and Dolores Rivers are presented in Table 1. These data are helpful in projecting the future vegetative composition of these systems if tamarisk populations decline.

| | Vegetative Composition (Secondary Species) | | | | | | |
| | Relative Density | | | Relative Abundance | | | |
| River Reach | Native | Non-Native | Willow | Cottonwood | Russian Olive | Russian Knapweed | Others |
|---|---|---|---|---|---|---|---|
| *Colorado River* | | | | | | | |
| *Palisade, CO-Potash, UT* | 67% | 33% | 44% | 14% | 18% | 4% | 20% |
| *Potash, UT-Hite, UT* | 94% | 6% | 74% | 0% | 0% | 2% | 24% |
| *Dolores River* | | | | | | | |
| *Pump House, CO-Dewey Bridge, UT* | 73% | 27% | 25% | 5% | 1% | 19% | 50% |

**Table 1:** Vegetative comparisons of two major river systems in the study area. Data depicts the availability of seed banks for re-establishment/invasion of native/non-native plant species. The species co-occurring with tamarisk tended to be native with willow being the most common. A more complete table that includes information from all rivers monitored will be developed upon completion of the data processing.

On-going Tamarisk Leaf Beetle Monitoring Efforts:  The Dolores River tamarisk leaf beetle information presented above is the result of a six year monitoring effort conducted by the Colorado Department of Agriculture and Grand County, Utah with the Tamarisk Coalition joining the partnership in 2008. All three of these organizations continue to monitor the beetle population movements and defoliation patterns in the Dolores River watershed. Grand County, Utah focuses its monitoring efforts on the lower section of the Dolores within Utah as well as on the Colorado River and throughout the county. The Colorado Department of Agriculture is monitoring various beetle populations throughout Colorado and providing advice and assistance to other monitoring efforts, including the Tamarisk Coalition's monitoring program. The Tamarisk Coalition's monitoring effort is extensive in nature and covers the entire upper Colorado Plateau. For more information please contact one of these organizations.

**Beetle Characteristics**
Very recently the taxonomy of *Diorhabda* beetles has been revised to divide *Diorhabda elongata* into five distinct species within a "*Diorhabda elongata* species group" (Tracy and Robbins 2009.) Four of these species, *D. elongata*, *D. carinata*, *D. sublineata*, and *D. carinulata* have been introduced for tamarisk biological control in the U.S. (see Figure 2); the fifth species *D. meridionalis* is not being used for biological control (Tracy and Robbins 2009). The beetles originating in Kazakhstan and China, which have established in the Upper Colorado Basin, are now designated as *D. carinulata,* but until May 2009 were identified as a sub-species of *Diorhabda elongata*. They are still commonly referred to as *D. elongata* and are referred to as such throughout the majority of this document to reduce confusion.

B - 5

**Figure 3: Home Range of tamarisk leaf beetle ecotypes that have been released in the United States: i.e., *Diorhabda carinulata* from Chilik, Kazakhstan and Fukang, China; *Diorhabda elongata* from Crete; *Diorhabda carinata* from Uzbekistan; and *Diorhabda sublineata* from Tunisia (Bean 2009).**



*Diorhabda carinulata*

- **Current Range:** Jamison and Bean (2009) found *D. carinulata* populations throughout an estimated 4,000,000 ha (10 million acres) of the Northern Colorado Plateau and Colorado's Western slope in 2008 (see Figure 3).

**Postulated Range:** Bean postulates that this population will spread through the entire Upper Colorado River Basin where tamarisk is growing by September of 2010 (Bean 2009). No tamarisk biological control agent has been introduced by APHIS in the Lower Colorado River Basin. However, the beetles are slowly making their way further south. Originally, it was thought that *D. carinulata* would be unable to successfully reproduce and establish populations below 38° north, roughly 75 miles north of the southern borders of Colorado and Utah. This limitation is due to day length requirements that trigger the beetle's reproductive diapause (a state similar to hibernation) and determines how many generations can occur during a summer. As a result, below 36°-20'N (approximately 45 miles below the southern border of Utah and Colorado) shorter day lengths will trigger premature diapause in *D. carinulata* and beetles will generate only one generation each year (Bean et al. 2009). This reproductive limitation will greatly curtail successful establishment in the Lower Basin (Bean et al. 2007, Lewis et al. 2003). North of 38° N, where summer day lengths are longer, *D. carinulata* are able to produce multiple generations per summer, which greatly aids in their establishment. At latitudes between 38° N and 36°-20'N, beetles will exhibit an intermediate response (some beetles may produce multiple generations per summer) and populations may have some difficulty becoming established (Bean pers. comm. 2009). For instance, a population of *D. carinulata* collected in Delta, Utah was transferred by Utah weed managers to the Virgin River drainage (which lies in this intermediate latitude). This population has exhibited multiple generations per summer, become established

BLM_0065879

and since moved south into northern Arizona (Dudley pers. comm. 2009, Bean pers. comm. 2009). *D. carinulata* is the species present in the Dolores River watershed (Bean pers. comm. 2009).

**Figure 4:  Colorado River Basin distribution of *D. carinulata* beetle in 2009.**



*Diorhabda elongata*
- **Current Range:**  Currently being released in Texas and Coastal California (Carruthers et al. 2006, Bean 2009)

- **Postulated Range:**  This species, which originates from Crete and is adapted to more southerly latitudes, may move into the Lower Colorado River Basin.  It is more likely that the *D. elongata* being released in coastal California along or near Colorado River drainages will move into the Lower Basin, as opposed to those released in Texas (Bean 2009).  It is possible that large scale defoliations could occur soon (2-3 seasons) after Crete beetles reach or are introduced into the Lower Basin.

*Diorhabda carinata*
- **Current Range:**  Successfully established in Seymour, north Texas (DeLoach et al. 2009).

BLM_0065880

- **Postulated Range:**  Modeling by Tracy et al. (2009) predicts that this species may do well in grasslands and northern desert areas.

***Diorhabda sublineata***
- **Current Range:**  Has been released in southern Texas but establishment is uncertain.

- **Postulated Range:**  Modeling by Tracy et al. (2009) suggests that this species may establish well in the Mojave, Sonoran and Chihuahuan deserts.


**Beetle Distribution Prediction**

Tracy et al. (2009) are applying a Stacked Environmental Envelope Model (SEEM) to five beetle ecotypes to predict appropriate geographical ranges for the beetles based on 59 climatic environmental components.  The China and Kazakhstan ecotypes are predicted to do well in the northern deserts (Great Basin Shrub Steppe, Colorado Plateau Shrublands, Wyoming Basin Shrub Steppe, Snake/Columbia Shrub Steppe, the Northern Short Grasslands, Northern Western Short Grasslands, western Mojave Desert, and northern tip of Chihuanhuan Desert).  The Crete ecotype was best suited for the Californian coast Mediterranean and grassland biomes and southern Western Short Grasslands as well as Central and Southern Mixed Grasslands.  The Uzbekistan ecotype is predicted to do well in the Central and Southern Mixed Grasslands, the Colorado Plateau Shrublands, Great Basin Shrublands, and the southern interior and coast of California.  The Tunisian ecotype is predicted to do well in the Mojave, Chihuahuan, and Sonoran Deserts.  This latter ecotype may be problematic for the SWFL because the Tunisian beetle's predicted distribution overlays most of the bird's critical habitat in the Lower Basin.

One other ecotype which is from Iran is predicted to survive in southern deserts but has not been released (Tracy et al. 2009).  The SEEM results may help to predict beetle population successes in the future.  Figure 4 presents the predicted distribution of these four ecotypes of the tamarisk leaf beetle as well as monitored areas of beetle activity.

B - 8

BLM_0065881

**Figure 5:  Predicted range of tamarisk leaf beetle ecotypes based on 59 climatic environmental components:** *Diorhabda carinulata* **(Chilik, Kazakhstan and Fukang, China),** *Diorhabda elongata* **(Crete);** *Diorhabda carinata* **from Uzbekistan; and** *Diorhabda sublineata* **from Tunisia (Tracy et al. 2009).**



B - 9

**Ecosystem Response**
Due to the distribution efforts discussed above, other undocumented dispersals, as well as natural dispersal, tamarisk leaf beetle populations are already widely dispersed in the western United States. Despite the testing processes described above, little is known regarding the ecosystem response to the introduction of *Diorhabda* spp. Indirect interactions and food-web subsidies (the beetle being an additional food resource) created by the introduction of the beetle will likely impact non-target species (Pearson and Callaway 2003) and tamarisk biological control experts encourage efforts to study the indirect ecological impacts of *Diorhabda* spp. Many beetle release site managers are working to incorporate ecosystem response information. This is evidenced by the many insectary sites that have collected pre- and post- release vegetation data (Hansen and Usnick 2009). Yet studying the intricate interactions in ecosystems on such a massive scale is a daunting task.

A preliminary effort by several universities, federal agencies, The Nature Conservancy, and the Tamarisk Coalition is currently attempting to achieve riparian restoration by combining research, implementation, and monitoring to address time-sensitive questions about the ecosystem response to tamarisk biological control. The research questions addressed by this project are listed below along with descriptions of current research on *Diorhabda* spp. (Dudley 2009).

**Monitoring the Tamarisk Leaf Beetle –** One of the most important initial steps in understanding *Diorhabda* spp. ecosystem impacts is to monitor its life cycles and reproductive dynamics, population size variations, dispersal patterns, defoliation trends, and potential genetic changes (Dudley 2009). In 2007, the Colorado Department of Agriculture (CDA) and Tamarisk Coalition partnered to conduct large-scale, on-the-ground monitoring work to record the dispersal and establishment of *D. elongata*, to measure the efficacy of the beetle in controlling tamarisk, to monitor the rate of tamarisk mortality, and to ascertain the impacts of this biological control agent on riparian native and non-native plant ecology and wildlife habitat. These efforts have found that beetles released in three Southeastern Utah locations in 2004 have rapidly expanded and were found throughout an estimated 4,000,000 ha (10 million acres) of the northern Colorado Plateau and Colorado's Western Slope in 2008 (Jamison and Bean 2009).

Another method of obtaining information on a large scale about beetle dispersal and tamarisk defoliation is satellite remote sensing. Dennison et al. (2009) reported that 15 meter spatial resolution Advanced Spaceborne Thermal Emission Reflection Radiometer (ASTER) data can be used to reliably indicate tamarisk defoliation by *D. elongata*. However, the large time intervals between productions of this imagery prohibit frequent monitoring of defoliation trends. Moderate Resolution Imaging Spectroradiometer (MODIS) data, at a 250 meter spatial resolution, is available often enough to compile useful information but is more coarse than the ASTER data. Dennison et al. (2009) determined that MODIS remote sensing data is adequate to monitor tamarisk defoliation in large stands and may also be appropriate to estimate potential water savings due to tamarisk defoliation.

**Pattern and Extent of Tamarisk Mortality –** *Diorhabda* spp. induced tamarisk mortality is achieved through a series of defoliation/refoliation cycles, in which a tamarisk stand completely refoliates following a defoliation event. At least six such events must occur over the course of three growing seasons to kill tamarisk and mortality is never 100% (Bean 2009). A better

BLM_0065883

understanding of the timing and spatial patterns of these cycles would greatly aid land managers attempting to balance tamarisk control with other responsibilities (Robinson et al. 2009). It would also aid in prioritizing sites for active revegetation or secondary invasion control.

As the extent, seasonal timing, and frequency of defoliation cycles are a function of *Diorhabda* spp. natural history, it is essential that scientists continue to study the biology of this organism. Recent discoveries include a shift in host plant acceptance to another tamarisk species (*Tamarix parviflora*) (Thomas 2009) and a decreased critical day length (by twenty minutes) in the Chinese ecotype (Bean 2009).

**Riparian Vegetation Restoration** – Little is known about native vegetation response to tamarisk biological control. It has been suggested that tamarisk should be actively replaced with native plant species. The ability of natural processes to promote passive revegetation versus the need for active revegetation is unknown. Likewise, it is uncertain whether tamarisk biomass left standing after beetle defoliation (dead branches) must be removed to promote native plant establishment (Dudley 2009). These questions need to be considered to ensure that areas where tamarisk is removed via biological control can be restored with native vegetation.

One study examining the effect of tamarisk biological control on ecosystem nutrient dynamics found that leaves dropped by *Diorhabda* spp. herbivory have a higher nutrient content and decompose faster than unaffected tamarisk leaves that dropped during senescence (Uselman et al. 2009). Such leaf litter may increase nutrient availability in soil and perhaps aid in revegetation efforts.

**Secondary Invasion** – The control of tamarisk would be less successful in the event of secondary invasions by species as such Russian olive, knapweed, perennial pepper weed, and thistles. Reduced competition following tamarisk control could promote the proliferation of other invasive species. Management techniques to prevent secondary invasion by weeds must be studied and implemented (Dudley 2009).

Currently, a project on the Dolores River is examining the likelihood of Russian knapweed encroaching as tamarisk declines due to biological control. This research is also addressing the impacts if such an invasion should occur (Hultine et al. 2009). Additionally, a *Diorhabda* spp. monitoring effort conducted by the Tamarisk Coalition and the CDA covering much of the Upper Colorado River Basin is noting the presence and abundance of native plants as well as secondary weed species in proximity to declining tamarisk stands.

**Erosion and Hydrological Changes** – Riparian vegetation, including tamarisk, provides bank stability. Dudley (2009) suggests that it is important to understand how biological control induced tamarisk dieback will affect channel morphology, bank stability, and sedimentation regimes.

A study conducted by Friedman et al. (2009) found that the large-scale control of a dominant riparian species could result in severe erosion events. Aerial herbicide tamarisk control along 12 kilometers of the Rio Puerco, New Mexico in 2003 eliminated all riparian vegetation, including a strip of sand bar willow (*Salix interior*) running along the channel. A 2006 flood event eroded

B - 11

BLM_0065884

680,000 cubic meters of sediment from the channel banks.  In theory, replacement of aerial herbicide with biological control in this instance would have resulted differently as the sand bar willows lining the channel would have remained and biological control would have result in a more gradual, and less uniform die off of tamarisk (Bean 2009).  It is important to recognize the potential for erosion events following biological control.  For more information on tamarisk's influence on stream morphology see the Sedimentation section.

Furthermore, potential water savings and stream flow shifts due to defoliation-altered evapotranspiration rates should be explored (Dudley 2009).  A remote sensing study monitoring tamarisk defoliation recently began concurrent estimation of evapotranspiration.  Preliminary findings indicate that this method may produce reasonable estimates however the error terms on these estimates are relatively large (Dennison et al. 2009).

**Wildfire Risk** – Some concerns have been raised about increased risks of wildfire due to fuel loads of defoliated leaf litter and dead branches.  It is unclear how this litter will affect the wildfire regime.  Though beetles do cause an increased fuel load in the short term, there is evidence that defoliated litter will decompose more rapidly than senesced leaves (Uselman et al. 2009).  As tamarisk decline, the fuel load may be further reduced as the standing surface area to biomass volume ratio declines and leaf litter decreases.  Thus, another question to answer is: Does tamarisk leaf beetle-induced mortality shift wildfire risk over time (Dudley 2009)?

A tamarisk control study examining beetle induced defoliation combined with wildfire led to a hypothesis that the beetles may actually decrease fuel loads (Drus pers. comm. 2007).  A study will test this hypothesis using a combustion chamber to determine tamarisk fuel traits when green and at various stages of defoliation and mortality (Drus pers. comm. 2009).  Fire behavior models will then be constructed using energy content and ignition traits (Dudley pers. comm. 2009).  Land managers and fire crews would benefit from more research in this area.

**Soil Salinity** – Soil salinity levels are generally thought to increase in tamarisk stands due to salt excreting glands on the leaves (Di Tomaso 1998, Wiesenborn 1996).  Though not all scientists agree on how significant a contribution tamarisk makes to surface soil salinity, a good practice would be to gauge the impact that tamarisk leaf beetle herbivory has on soil salinity values, organic litter horizons, and the potential affects to native plant recruitment (Dudley 2009).  Currently, there are no known studies of this issue.

**Wildlife Abundance and Diversity** – For a more detailed discussion of the effect of biological control of tamarisk on wildlife see the Wildlife and Sensitive Species section in Appendix A.  It is important to monitor the shifts in wildlife abundance and diversity in response to tamarisk leaf beetle presence and resulting tamarisk defoliation and mortality.  Important questions to answer include whether wildlife use will vary among sub-habitats (i.e. terrestrial and aquatic) and how will defoliation and tamarisk mortality affect the quality of wildlife habitat in both the short and long term (Dudley 2009)?  Just as biological control of tamarisk may affect wildlife, wildlife may affect the success of biological control.  Multiple studies indicate that pressure on tamarisk leaf beetles from invertebrate predators (such as ants) can inhibit population establishment (Knutson and Muegge 2009, DeLoach et al. 2009, Dudley 2009), and that beetle populations can

BLM_0065885

increase predator numbers (Dudley et al. 2009). Such information could have implications for the larger trophic system.

Another study assessed the effect of tamarisk leaf beetle presence on another trophic level, small mammals. This research revealed little to no impact. One survey that compared small mammals captured in a site undergoing tamarisk defoliation to a control site in the same time frame found no difference in rodent abundance or species composition. Other studies comparing small mammal populations in tamarisk stands before and after tamarisk leaf beetle introduction found only minor disparities that were likely linked to annual abundance variation (Longland 2009).

**Small-Scale, General Ecosystem Response Studies** – In addition to specific studies discussed in the section above, there are several *Diorhabda* spp. monitoring and ecosystem data collection projects underway. These studies provide preliminary data of ecosystem responses to the issues discussed above. Some aspects of these studies have already been discussed. They are described below.

The Kazakhstan ecotype of the tamarisk leaf beetle released in Grand County, Utah in 2004 is being monitored on a large-scale by the Tamarisk Coalition and the CDA. It is also being closely followed by local county weed managers. In 2007, a USDA APHIS based protocol was initiated to record the condition of and extent of beetle presence upon marked trees throughout the area. This study focuses on the timing of defoliation, re-foliation, and re-colonization to help land managers better understand mortality rates of tamarisk and to plan restoration actions accordingly. While such studies do not directly address the ecosystem response to biological control, the information they obtain can be combined with more detailed results of other studies to gain even more knowledge for scientists and land managers (Robinson et al. 2009).

Another site specific monitoring effort documents the Crete ecotype released in 2004 on Beals Creek in Texas. Monitoring efforts at this site have recorded beetle expansion of 6.4 miles as of 2008. Other information collected includes tamarisk mortality rates, native plant response, predator and competitor insect response, beetle life cycles, as well as beetle aggregation and dispersal data. Researchers are also beginning a study to compare plant and bird diversity before and after biological control. Initial results indicate that native grasses and forbs began recovering beneath tamarisk after two years of defoliation (Deloach et al 2009). Information collected at several other release sites indicate that the Uzbekistan ecotype may thrive in north Texas and that the Crete ecotype may struggle to establish on the Rio Grande (Deloach et al. 2009).

Another study in Clark County, Nevada where no tamarisk leaf beetles have been released simulates defoliation with a topical application of low-dose chemical defoliants. Over the course of two years the study will record changes in tamarisk condition, changes in associated vegetation, changes in soils and implications for revegetation, structural habitat trends, as well as species associations, including birds. Invertebrate sampling and, potentially, some herpetofauna sampling, will also be completed during the course of the study. A secondary component will examine the potential for biological control to reduce wildfire risk. Vegetation structure data will be combined with information discovered about the fuel traits of healthy and dry tamarisk foliage and results will inform a fire behavior model (Dudley pers. comm. 2009).

BLM_0065886

A consortium of scientists is also researching tamarisk and biological control on the Dolores River at Entrada Ranch, Utah. Studies at this location include basic tamarisk biology studies, biomass estimation, ground water, and salinity studies. A large portion of the research, however, focuses on the impacts of the beetles on tamarisk and various aspects of the ecosystem. Cameras are recording time sequenced physical tamarisk (defoliation and refoliation) response to the beetle. Physiological response data including plant sugar and nitrogen content of tamarisk are being collected, and avian habitat quality is being monitored. Tamarisk mortality is being examined on a regional scale using the carbon isotopes in tree rings (Hultine et al. 2009, Nagler pers. comm. 2008). Additionally, the response of other invasive species to tamarisk defoliation and decline is being examined. For example, the potential impacts of secondary invasion by Russian knapweed, a deep rooted weed, following the decline of tamarisk are being studied. This group is also conducting a large-scale, remote sensing project monitoring tamarisk defoliation and estimating changes in evapotranspiration discussed above (Hultine et al. 2009, Dennison et al. 2009).

**Pollutants and tamarisk leaf beetle** – As well as interacting with wildlife and plants, the tamarisk leaf beetle may interact with natural or anthropogenic pollutants that have accumulated in tamarisk. A recent study found that the growth of tamarisk leaf beetle larvae was significantly reduced by selenium (Se) concentrations in tamarisk biomass. The study also found that of the four contaminants examined, perchlorate, selenium, manganese, and hexavalent chromium, hexavalent chromium accumulated at greater concentration in the beetles than in their food source (Sorensen et al. 2009). One implication of this research is that tamarisk biological control may not be successful in controlling selenium contaminated stands. A second possible implication is a potential mobilization of these contaminants through the food chain, especially if the beetle becomes a significant food source for local wildlife species.

**Conclusions**
The primary goal of the tamarisk biological control program is to reduce tamarisk and its impacts to riparian lands. Biological control of tamarisk may also result in water savings and aid in the restoration of riparian lands. For these goals to be achieved more must be understood about the ecosystem response to tamarisk biological control. However, the multifaceted nature of an ecological system creates a network of interrelated issues requiring multiple fields of expertise and thus significant collaborative effort. Integrating research with implementation actions and monitoring protocols while engaging a diverse array of scientists, land managers, and stakeholders will aid in addressing these issues effectively.

BLM_0065887

# References

Bean, D. Personal Communication. 2009 Feb 26. Colorado Department of Agriculture.

Bean DW. 2009. What are the implications of active biocontol in the Upper Basin? Implications in the Lower Basin? Colorado Department of Agriculture, Unpublished Extended Answer to Question 7 for the 2009 Evapotranspiration Panel Report, Colorado River Basin Tamarisk and Russian Olive Assessment.

Bean DW, Dudley T, Keller JC. 2007. Seasonal timing of diapause induction limits the effective range of *Diorhabda elongata deserticola* (Coleoptera: Chrysomelidae) as a biocontrol agent for tamarisk (*Tamarix* spp.) Environ. Entomology 36:15-25.

Bean DW, Jamison L, Swedhin, B. 2009. Colorado Department of Agriculture, unpublished data and observations.

Carruthers RI, Herr JC, Knight J, DeLoach CJ. 2006. A brief overview of the biocontrol of saltcedar. In: Hoddle MS, Johnson MW (eds). Proceedings Fifth California Conference on Biological control; 2006 July 25-27; Riverside, CA. p.71-77.

DeLoach CJ, Moran PJ, Donet MP, Everitt JH. 2009. Saltcedar Biological Control in Texas – 2004 to 2008 [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Dennison PE, Guess AN, Hultine KR, Miura T, Nagler PL, Glenn, EP, Ehleringer JR. 2009. Monitoring Tamarisk Defoliation by the Saltcedar Leaf Beetle using Remote Sensing [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Dudley TL. Personal Communication. 2009 Jan 29. University of California, Santa Barbara.

Dudley T, Bean D, Dalin P. 2009. Failure of Biocontrol, Success of Bioregulation? [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Hansen R, Usnick S. 2009. Current status of a cooperative distribution program for *Diorhabda elongata* in the northern US [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Hultine KR, Belnap J, Ehleringer JR, van Riper C, Dennison PE, Lee ME, Nagler P, Snyder K, Uselman S, West JB. 2009. Biocontrol of tamarisk in the western United States: an event underway with significant ecological and societal implications [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

BLM_0065888

Jamison LR, Bean D. 2009. Expansion of Diorhabda elongata within the Colorado River Basin [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Knutson AE, Muegge MA. 2009. Conference Presentation – Biological Control of Saltcedar in West Texas: Ants, Floods, and Other Hazards [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Lewis PA. DeLoach CJ, Knutson AE, Tracy JL. 2003. Biology of *Diorhabda elongate deserticola* (Coleoptera: Chrysomelidae), an Asian leaf beetle for biological control of saltcedars (*Tamarix* spp.) in the United States. Biol. Control. 27:101-116.

Pearson DE, Callaway RM. 2003. Indirect effects of host-specific biological control agents. TRENDS in Ecology and Evolution 18(9):456-461.

Robinson WW, Graham TB, Higgs T. 2009. Tamarisk beetle (Diorhabda elongata) movements and impacts on tamarisk in Grand County, Utah 2004-2008 [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Sorensen MA, David RP, John TT. 2009. Effects of pollutant accumulation by the invasive weed saltcedar (Tamarix ramosissima) on the biological control agent Diorhabda elongata (Coleoptera: Chrysomelidae). Environmental Pollution 157:384-391.

Thomas HQ. 2009. Rapid Changes in Ecological Host Range of *Diorhabda elongata* [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno (NV): Tamarisk Coalition and Colorado State University.

Tracy JL, Robbins TO. 2009. Taxonomic revision and biogeography of the Tamarix-feeding *Diorhabda elongata* (Brulle, 1832) species group (Coleoptera: Chrysomelidae: Galerucinae: Galerucini) and analysis of their potential biological control of Tamarisk. Zootaxa 2101: 3-152.

Tracy JL, Di Luzio M, DeLoach CJ. 2009. Ecoclimatic Species Distribution Models of Tamarisk Beetles (*Diorhabda elongata* Species Group) and Invasive Tamarisk (*Tamarix* ssp.) with a novel Stacked Environmental Envelope Model (SEEM) [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

Uselman SM, Snyder KA, Blank RR, Jones TJ. 2009. Biocontrol alters litter chemistry and short-term decomposition in a Tamarisk-invaded ecosystem [abstract]. In: 2009 Tamarisk and Russian Olive Research Conference; 2009 Feb 18-19; Reno, NV: Tamarisk Coalition and Colorado State University.

BLM_0065889

# Appendix C:  Tamarisk Management and Restoration
## Available Control, Biomass Reduction, Revegetation, Monitoring & Maintenance Techniques & Costs for the Dolores River Watershed

In order to plan a successful tamarisk management project, appropriate methods for tamarisk removal and associated restoration must be chosen in consideration of both site specific ecological conditions and available funds.  This document is a tool that examines available technologies for each component of a restoration project along with algorithms that estimate their costs.  These algorithms were created by the Tamarisk Coalition using cost, efficacy, and appropriateness data collected from tamarisk control and restoration projects that have occurred in the West and Plains States over the past five years.  They have been adjusted to reflect 2009 costs.

Information on available technologies and cost estimates are provided for the following five components of tamarisk management:

1. Tamarisk control refers to the methods for causing mortality to tamarisk using hand, herbicide, mechanical, or biological methods.

2. Biomass reduction is the removal of dead woody biomass through mechanical methods, natural decomposition, or controlled fire.

3. Revegetation refers to the reestablishment of native grasses, shrubs, forbs, wetland species, and trees on disturbed areas through seeding, planting, or enabling natural regeneration to occur.  Components could include plant materials, plant protection, nutrient additions, and irrigation if required.  For large projects, additional costs could include development of nursery stock.  Water rights costs are not included.

4. Secondary weed control for herbaceous weeds is critical for the reestablishment of native plants and may take several seasons to gain adequate mortality.  In the Dolores River system, Russian knapweed is a large concern.  Russian knapweed is the only secondary weed for which a cost estimate is provided.

5. Short-term monitoring and maintenance refers to the efforts within 3 to 5 years of the project required to ensure the desired plant communities are established and can be sustained with relatively little outside intervention.  These post-restoration actions would include development of the monitoring plan, annual monitoring, weed control, and reseeding if needed.  It is important to note that long-term monitoring and maintenance costs outside of these 3 to 5 years are not included in the estimated control and revegetation costs.

Costs for planning and implementation designs informed by accurate inventory and mapping efforts are not accounted for in the cost algorithms.   Funds to support this critical step must be accounted for in the design of any tamarisk removal project.  Without addressing these components along with the five restoration steps listed above, it is unlikely that tamarisk management projects will result in long-term success.  It is also important to remember that

BLM_0065890

restoration is not a rapid process. Many restoration efforts may span 10 years or more and allocation of funds should reflect this reality.

<u>Tamarisk Management Cost Calculator</u> – In order to apply the individual cost algorithms developed below to restoration sites along the Dolores River the Tamarisk Coalition has created a cost calculator. This calculator is presented in Appendix L: Cost Calculator for Dolores River Restoration Projects as an excel file and was used to create the cost estimates presented in Appendix M. The Cost Calculator allows the user to choose what type(s) of tamarisk control, biomass reduction, weed control, and revegetation will occur on a given percentage of a site's overall acreage. The calculator then estimates the cost to complete the chosen combination of tasks and adds a percentage of the overall cost as a monitoring and maintenance component, creating an approximate project cost. More information on this tool appears in the "Dolores River Tamarisk Management Cost Calculator" near the end of this document. **Training will be provided to land managers on the use of this cost estimating tool at their request.**

## Cost Algorithm Explanations and Assumptions

The following information defines the assumptions, appropriate uses, and limitations of the cost estimates for tamarisk control, biomass removal, revegetation, secondary weed control, and short and long-term monitoring and maintenance for the Dolores River system:

1. Costs for tamarisk control are for actual on-the-ground work, they do not include any pre-planning or site visit costs. These cost estimates reflect average contractor costs to manage and perform the work and includes contractor profit.

2. Remote settings may incur additional costs not reflected in these estimates for mobilization, demobilization, employee housing/per diem, and time to access remote sites (e.g., backpacking, horseback, or rafting into a site).

3. Site-specific conditions that may add costs are not included in these estimates. Examples include fencing for grazing exclusions and highway safety requirements when working adjacent to roadways.

4. Equipment is assumed to be sized to meet the conditions encountered; i.e., for mechanical mulching equipment horsepower and cutting head size are appropriate for density and/or trunk diameter of tamarisk encountered.

5. Revegetation costs assume an average expenditure that ranges from $0 to $1,500 per acre based on density of tamarisk and should be used to schedule budgeting expenditures. Each area that experiences tamarisk control will require post-control monitoring and assessment to determine the degree to which revegetation will be required. In many cases on the Dolores River system there appear to be viable native plant materials interspersed within tamarisk infestations. These sites may require little active revegetation. Adaptive management is thus a key ingredient to successful restoration

C- 2

efforts.  In other areas it may be important to do more extensive revegetation which will increase costs above those estimated such as high public use areas.

6.  Herbaceous weed management is centered on Russian knapweed since it represents the predominant secondary weed issue.  Cost estimates include three seasons of herbicide application to reduce this and any other major secondary weed infestation to less than 15 percent cover.

7.  The use of mechanical equipment, because of mobilization and demobilization costs, generally requires more sizable and contiguous tamarisk infestations to warrant their use.

8.  The use of a combination of techniques for any one site will provide the best results for the least cost and should be chosen based on professional judgment.  For example, a site that is suitable for mechanical equipment with some hand work, but is controlled only by hand methods will be effective at tamarisk control but extremely cost inefficient.

9.  Other factors that may affect costs are land management desires such as using a site for training, education, and/or research all of which can increase costs.  Also, some landowners may restrict the use of vehicular access across their property to access public land; thus, adding to the overall costs.

With the aforementioned in mind, the following discussions present the current best understanding of the primary technologies and costs for tamarisk control, biomass reduction, and revegetation efforts to use within the Dolores River watershed.

## Tamarisk Control Technologies

Tamarisk can be controlled using a variety of weed management techniques, including chemical, mechanical, cultural, and biological techniques.  The following tamarisk control techniques are appropriate, but each must be selected based on local conditions; i.e., "Integrated Pest Management."  Integrated Pest Management (IPM) is the "toolbox" from which land managers select the best techniques that fit the project needs in a specific setting.  The IPM process is illustrated in Attachment 1 and considers community values, prevention, cultural management, land stewardship, mechanical or physical removal, biological control, herbicide treatments, and revegetation techniques.

A description of each major technology is presented below describing costs, effectiveness, impacts, and applicability. It should be noted that there are many hybrids of these technologies that fall within the general understanding of tamarisk control.  Actual costs and applicability may vary for each site.  Wherever an herbicide is identified as a control option component, the reference is for the most widely used product and is not an endorsement for its use.  All herbicides should be used with strict adherence to the product's label application rates.  It is critically important for the reader to understand that **COSTS** developed throughout this document **represent planning level values that must be adjusted for local conditions as described above;** e.g., revegetation costs for similar infestation levels can be dramatically

C- 3

BLM_0065892

different because of water availability, soil conditions, replacement vegetation, etc.   It is equally important to review the full cost of any tamarisk control approach as related to subsequent requirements for biomass reduction and revegetation.

### Hand Herbicide Application

There are two types of hand herbicide applications, foliar and basal bark.  Foliar sprays are applied directly to vegetation foliage.  Basal bark treatment controls seedlings or smaller plants with smooth (basal) bark and a stem that is less than one inch in diameter by spraying herbicide on the bottom 12-18 inches of the stem.

**Effectiveness:**  Foliar and basal bark sprays are approximately 85 percent effective and require some level of maintenance to address resprouts.  As density increases and access becomes more difficult, this method becomes more expensive and less effective due to limited abilities to spray herbicide onto all exposed basal bark or leaf surfaces.  Foliar sprays (typically imazapyr) are best applied during August and September as the plant is hardening up for winter; whereas, basal bark sprays are effective regardless of the time of year unless the temperature exceeds 85° F, at which point the triclopyr herbicide used for basal bark application volatizes and can be potentially harmful to workers and surrounding vegetation.  If temperatures are anticipated to be above 85° F other herbicides are required.  Freezing conditions may also limit its use.

**Costs:**  A general rule of thumb is $2 to $5 per plant depending on size, density and location; thus, costs are low for very light infestations but quickly escalate in denser stands with larger trees (Tamarisk Coalition 2003).

**Figure 1:  Horseback herbicide spray application.  Wyoming 2004**



**Pros of Hand Herbicide Application:**
1. Inexpensive and effective for light infestations.
2. For inaccessible and remote areas, hand application using backpack, horses, or off-road vehicles is effective.
3. Generally, there is no need to remove dead biomass or revegetate in light infestations where this approach is typically used.

**Cons of Hand Herbicide Application:**
1. Not feasible for large infestations.
2. Not appropriate above 85° F or in freezing temperatures for triclopyr herbicide.
3. May require leaving tamarisk standing in an area for a period of years.

C- 4

BLM_0065893

**Applicability:** When density of infestations are light, the use of a foliar or basal bark spray can be effective using backpack sprayers, horseback sprayers (see Figure 1), or vehicle mounted equipment. Thus, hand herbicide application is appropriate for controlling light tamarisk infestations, especially in areas that are difficult to access such as canyons, washes, irrigation ditches, and steep embankments. This approach is especially appropriate for controlling resprouts and other noxious weed control efforts.

### Hand Cutting with Herbicide Application

This method is referred to as the "cut-stump" approach in which the tree is cut with chainsaws, handsaws, or loppers, and the stump is treated with an herbicide within a few minutes of cutting. Within approximately 15 minutes, a solution of triclopyr systemic herbicide (Garlon 4 ® mixed in vegetable crop oil) must be applied to the cut stump. For Russian olive, the preferred herbicide is glyphosate applied at full strength. Stumps must be treated with herbicide in order to kill root crowns. If viable root crowns remain in the soil, both tamarisk and Russian olive will vigorously resprout. This approach is considered to be appropriate for the Dolores River system in: difficult to access areas; areas in close proximity to valuable native vegetation that would otherwise be damaged by mechanical methods; historic and archeological sites; campgrounds; and small and scattered infestations that are inefficient for mechanical equipment. Cut materials are chipped, piled and burned, or piled for wildlife habitat depending on site specific circumstances. This method of tamarisk removal (see Figures 2 and 4) is probably the most widely used method. **Training and use of safety equipment, as shown in Figure 2, are critically important when using chainsaws.** Figure 3 provides the cost algorithm for this technique.

**Figure 2: Chainsaw removal of tamarisk in Colorado with proper safety equipment.**



**Figure 3: Hand control cost algorithm.**

Hand Control costs

$y = -0.242x^2 + 80.72x$

C- 5

BLM_0065894

**Costs:**  Hand work can be very expensive, ranging from $1,500 per acre in lightly infested areas to $5,000 per acre in heavily infested areas for initial removal (Tamarisk Coalition 2003). To ensure effective control, resprouts must be treated with foliar and/or basal bark herbicide applications.  The cost of resprout control is included within these cost estimates.

**Pros of Hand Cutting:**
1. Hand cutting effectively removes tamarisk in mixed vegetation without damaging other valuable plants.
2. Hand cutting is appropriate for rough terrain that is not accessible by mechanical equipment.
3. Soil disturbance is minimal which can limit secondary weed infestation.

**Cons of Hand Cutting:**
1. Cut material must be stacked and burned, chipped, or left in piles for wildlife habitat.
2. Resprouts will require herbicide re-application.

**Applicability:**  Hand clearing tamarisk is appropriate for canyons, washes, irrigation ditches, and along steep river banks which have a high level of access difficulty.  For moderate levels of access difficulty, hand removal will be appropriate for some areas of a work site, such as steep slopes.  For volunteer projects, hand control measures using hand saws and loppers to reduce liability issues is an appropriate approach (Figure 4).  For areas where access is good for mechanical equipment, hand control is considered inappropriate because of its high costs.

**Figure 4: McInnis Canyons Volunteer Project western Colorado using the cut-stump removal technique near Grand Junction, 2007.**



BLM_0065895

**Mechanical Removal**

This approach uses heavy equipment to physically remove tamarisk.  The use of mechanical equipment requires that sufficient area is identified for its use to offset transport and equipment costs.  Four basic mechanical equipment control techniques are appropriate for the Dolores River system:  root crown extraction without herbicide, root plowing and raking without herbicide, mulching with herbicide application, and cut-stump with herbicide.

**Root crown extraction** – Extraction is a root crown removal technique which uses a large excavator (such as a CAT 320 or larger) to pluck individual trees from the ground (see Figure 5).  This approach has been used in mixed stands of tamarisk, Russian olive, Siberian elm, and native cottonwood throughout New Mexico.  This mechanical process completely removes target trees and their root balls from the soil, along with a significant amount of their lateral roots.  This approach provides an advantage for projects working to clear ditches and step river banks where other mechanical equipment cannot gain access.  With a skilled operator, this approach can also remove only the target species and does not require herbicide. The rate of removal with an experienced operator can be as high as 3 to 8 acres per day in moderate to dense infestations.  The removed trees are stacked for future mulching, burning, or are left in place (Boss 2006).  This approach can result in a significant level of soil disturbance and may require substantial revegetation efforts.  This technique is suggested for the Dolores River system only in areas where active revegetation is necessary and for steeper embankments.

**Note:**  For Russian olive infestations, extraction should only be used for saplings with a trunk diameter less than 3 inches since larger trees can leave behind root fragments that may resprout.

**Figure 5:  Root crown extraction using tracked excavator.**



**Figure 6:  Mechanical extraction cost algorithm.**

Mechanical Extraction w/o herbicide

$y = -0.036x^2 + 9.360x$

**Root plowing and raking** – This approach uses large bulldozers (Caterpillar D-7 or D-8 size) equipped with brush bars to remove the above ground vegetation (see Figure 7), root plows to cut the root system below the crown, and root rakes to remove the root crown (Taylor 2003).

C- 7

BLM_0065896

This approach is extremely disruptive to the soil, destroys any native plants present, and can support weed viability. It removes vegetation in a manner similar to intense agricultural production preparation. For land managers with access to water rights, and who intend to use agricultural reseeding practices, this approach can work well (e.g. the Bosque del Apache National Wildlife Refuge, NM). This approach is not appropriate for areas with a lack of water rights and a significant presence of native plant species.

**Figure 7:  Large equipment (Caterpillar D-8) incorporating a deep root rake, Bosque del Apache National Wildlife Refuge, NM, 2007.**



**Figure 8:  Root plow/root rake cost algorithm**

**Mulching equipment** – Recent work in several parts of Colorado and Utah (see Figure 7) shows that tamarisk can be effectively controlled with specialized equipment to mulch the trees followed by herbicide application to the cut stumps (see Figure 9) within a few minutes or the herbicide can be applied the following year to regrowth. The trees are typically mulched in a six-foot wide path at a rate of 0.25 to 1.5 acres per hour depending on density, terrain, and equipment. The resulting mulched materials can reduce soil disturbance, and provide a good seed bed for native plant recruitment if the mulched materials are not too thick while discouraging establishment of noxious weeds. The carrier equipment can run on track or rubber tire systems and typically range from 100 to 225 horsepower. 500 horsepower equipment is occasionally suitable for large diameter trees (greater than 12 inches). Tracked mulching equipment provides a lighter footprint pressure than those with wheels and thus causes less soil disturbance. Costs are provided in Figure 10.

C- 8

BLM_0065897

**Figure 9:  Mechanical mulching equipment.**



**Figure 10:  Mechanical mulching cost algorithm.**

Mechanical mulching is appropriate technology for many conditions which occur along the Dolores River system and is recommended the primary mechanical approach for areas with good access and relative level ground.  When using herbicide on the cut stump, mulching equipment should have cutting heads that have knife blades to cut stumps cleanly versus carbide teeth cutting heads that shred the trunks.  This is an important consideration as shredded cut stumps require significantly more herbicide.  Additionally, cutting head rotation is critical to limit soil disturbance and incorporation of cut material into the soil.  When using herbicide, flailing heads should not be used as they are unsafe to work around (require a 100 yard safety zone), leave large wood chunks, and obliterate stumps making it nearly impossible to efficiently apply herbicide.  However, if no herbicide is used on the cut stump and resprouts are treated in the subsequent year, both flaying heads and mulching heads using carbide teeth can be used successfully.  All of these mulching approaches have similar costs.

**Grab & cut-stump** – Equipment developed for the forest products industry combines a grabbing or holding device that attaches to a tree while a shear or circular saw blade cuts the tree near ground level (see Figure 11).  Herbicide is then applied to the cut stump.  This equipment is commonly called a "feller buncher" and is produced by several manufactures as a tracked or rubber tired vehicle and can be equipped with a self-leveling capability to work in rough terrain.  Recent work in Nebraska has shown this equipment's usefulness in clearing ditches and step stream banks where other mechanical equipment could not gain access (Beyer, 2007).  As with extraction equipment, valuable native vegetation can be avoided.  Removed trees are stacked for future mulching, burning, or are left in place. Unlike the extraction technology, this approach can be used to remove Russian olive.  This equipment attached to a tracked excavator is recommended as the other primary mechanical control technology for the Dolores River system and should be used for areas with good access where step banks need tamarisk removed (e.g., along highway embankments).

C- 9

BLM_0065898

**Figure 11:  Grab and cut-stump equipment.**



**Figure 12:  Grab and cut-stump approach cost algorithm.**

Mechanical Grab & Cut-stump with herbicide

$y = -0.059x^2 + 13.88x$

**Effectiveness:**  The efficiency of these mechanical tamarisk removal methods is approximately 85 percent.  The use of this equipment is principally limited to areas with good to moderate access.  Their use would not be suitable for long, steep embankments, canyons, or other remote locations.  Those mechanical techniques requiring herbicide applications are effective regardless of the time of year unless the temperature exceeds $85^\circ$ F, at which point the triclopyr herbicide volatizes and can be potentially harmful to workers and surrounding vegetation.  If temperatures are anticipated to be above $85^\circ$ F other herbicides are required.  Freezing conditions may also limit its use.

**Costs:**  Root crown removal using root plow and root rakes costs approximately $800 to $1,000 per acre (Figure 8).  Costs for the extraction technique using an excavator range from $150 to $600 per acre (Figure 6).  Costs of mulching and applying herbicide to tamarisk (Figure 10) will range from $350 to $1,050 for high capacity equipment (0.5 to 1.5 acres/hr.), and $400 to $1,200 for medium capacity equipment (0.25 to 0.75 acres/hr.).  Grab & cut-stump removal ranges from $250 to $800 for cutting, herbicide application, and stacking of materials for later disposal (Figure 12).

**Pros of Mechanical Removal Techniques:**
1. Extraction and grab & cut-stump equipment can very effectively remove tamarisk in a mixed vegetation stand without killing other valuable plants.  Mulching equipment is a little less forgiving, but still effective in mixed stands of natives.
2. Extraction and grab & cut-stump equipment can be used in more difficult terrain and for clearing ditches and river banks.  Grab & cut-stump works best on trees greater than 4-inches in diameter.
3. Mulched materials provide a suitable seedbed for revegetation.  Care must be taken to prevent re-incorporating viable stems into moist soil, as these can resprout.  Fall, winter, and early spring are the best times of year for mechanical mulching.

BLM_0065899

4. Removing root crowns with root rakes greatly disturbs the soil but can benefit revegetation efforts if irrigation water is available.

**Cons of Mechanical Removal Techniques:**
1. Mulching and root plowing requires relatively level and accessible terrain.
2. Root crown removal using an excavator or root rake creates significant soil disturbance which can promote secondary weed growth and could destabilize embankments.
3. Herbicide re-application will be necessary to control resprouts following initial removal for all of these methods and will increase costs by approximately 20 percent.

**Applicability:** Root crown extraction works especially well in areas with steep embankments that other mechanical equipment cannot access. It should not be used for Russian olive control. Grab & cut-stump is also best used on steep embankments and is effective for Russian olive. Mulching equipment can be used wherever access is available and is recommended as the primary mechanical approach for the Dolores River system. Root crown removal using a root rake is inappropriate in areas with limited water rights and significant numbers of native species that would be destroyed.

## Aerial Herbicide Application

Aerial herbicide application (see Figure 13) now uses precision agricultural spraying techniques controlled by GPS coordinates and specific flight plans to ensure that herbicide is only delivered to desired locations. Additionally, nozzle design improvements minimize herbicide drift. Herbicide can be delivered by helicopter or fixed wing aircraft. The herbicide typically used is imazapyr (Arsenal ®) which has been approved for use near water (sold under the Habitat ® label) in some southwestern states.

**Figure 13: Aerial herbicide application technique being demonstrated with dyed water at 2003 Tamarisk Symposium, Grand Junction, Colorado.**



**Effectiveness:** Recent foliar herbicide helicopter applications in New Mexico and Texas have demonstrated a tamarisk kill rate in a range of 85 to 95 percent. Many river corridors have large expanses of tamarisk monocultures and over the past several years large control efforts have taken place. To effectively kill tamarisk, treated trees must be left undisturbed for a minimum of two years for the herbicide to work properly. The rate of application is several hundred acres per day (Hart 2003, Lee 2003).

BLM_0065900

**Costs:**  Contracted aerial spray application costs have increased in the past five years due to fuel costs for aircraft to a range of $250 to $300 per acre.  Due to the high costs associated with helicopter use and mobilization, the minimum control acreage needed to realize these cost rates is approximately 200 acres for the Dolores River system.  Costs per acre increase for smaller acreages.  Aerial spray costs do not include the removal of skeleton trees by either controlled fire or mechanical methods, or revegetation.  This will add significant costs depending on the situation.

**Pros of Aerial Herbicide Application:**
1.  The use of computer aided precision herbicide application allows the helicopter pilot to spray only tamarisk stands and to avoid previously identified native plants, if tamarisk and native are growing in discrete patches.  In monotypic stands of tamarisk, such as those found in many parts of the Southwest, this may be an appropriate approach.  For areas with a significant mix of native vegetation, this approach is not recommended.

**Cons of Aerial Herbicide Application:**
1.  Aerial herbicide spray is extremely effective in killing tamarisk as well as Russian olive; however, it will also kill most other vegetation, including valuable natives.  Some species, such as *Baccharis* and Mesquite, appear to be unharmed; and saltgrass may recover within one year (Tanzy 2004).
2.  Some spot herbicide re-application will be necessary.
3.  If large, contiguous areas of tamarisk are killed using aerial herbicide application, there will be impacts to wildlife habitat.  This is an important consideration when selecting this approach.

**Applicability:**  This approach is recommended for areas with broad monotypic infestations with very limited native vegetation present.  For the Dolores River system, typical tamarisk densities are less than optimal for aerial herbicide application; thus, this approach is not recommended within this watershed as too many native plants are intermixed.

**Biological Control**

Biological control is the use of living organisms, such as predators, parasitoids, and pathogens, to control pest insects, weeds, or diseases. For tamarisk, two biological control agents have been identified – goats and the tamarisk leaf beetle (*Diorhabda* spp.).  Both organisms work to control tamarisk by repeated defoliation of the plant over several years.

**Goats** will feed on tamarisk shrubs if fencing limits other food sources (Figure 14). Typically, a guard dog, herding dog, and goat herder are required.  Several private goat herds are available throughout the West but there is limited cost and success information.  It is too early to provide good information on the effectiveness, applicability, and pros and cons of using goats as a viable means of controlling tamarisk.  To date, goats have been used in a few situations but have not received widespread acceptance primarily because of cost and long-term effectiveness.  A large project is currently underway on the Rio Grande in New Mexico to provide this information.

BLM_0065901

**Figure 14:  Goats eating tamarisk leaves and small branches.**



**The tamarisk leaf beetle** (Figure 15) was found during investigations for an insect tamarisk biological control in the 1980s by the U.S. Department of Agriculture (USDA) under the direction of Dr. C. Jack DeLoach. *Diorhabda* spp., a beetle from Fukang, in Xianjiang Province of northwest China, was then tested extensively in quarantine to ensure safety with respect to non-target impacts. In 1995, release permits for this beetle were about to be granted when the USFWS listed the southwestern subspecies of the willow flycatcher (*Empidonax traillii extimus*) as a federal endangered species. This bird was found to nest in tamarisk in New Mexico, Arizona, and southern parts of California, Nevada, Utah, and Colorado. Permission for widespread insect bio-control releases was withheld pending further investigations of potential effects on the flycatcher. However, a number of research sites isolated from the southwestern willow flycatcher nesting areas were allowed and research began at these sites in 1996. Research was conducted at these sites to determine the insect's life cycle, reproductive and dispersal rates; its impacts on tamarisk and surrounding vegetation; and impacts on wildlife (DeLoach et al.2002, Eberts et al. 2001, Lewis et al, 2003).

**Figure 15:  Bio-control (*Diorhabda* spp. adult beetle, actual size ~ 3/16 inch).**



Both the adults and the larvae of the tamarisk beetle feed on foliage. Larvae do approximately 90% of the defoliation, damaging tamarisk directly through predation or indirectly by drying out foliage beyond the feeding point. The most promising characteristic of the tamarisk beetle is that it inflicts no damage to native plant populations (Figure16).

C- 13

BLM_0065902

**Figure 16: Tamarisk defoliated (brown) by tamarisk leaf beetle and non-damaged native vegetation (green), Colorado River in Canyonlands National Park, Utah 2008.**



Monitoring by the Colorado Department of Agriculture and the Tamarisk Coalition in 2008 and 2009 confirms their presence throughout the extent of tamarisk in the Dolores River watershed both in Colorado and Utah. Preliminary evidence of effectiveness shows great potential. If this is the case, the advantages over other approaches can be significant; i.e., limited use of herbicides and a cost effective, long-term solution. Another observation is that native plant species seem to be flourishing as tamarisk are stressed by the beetle, possibly due to increased light penetration to the understory and/or reduced competition for water and nutrients. Costs are estimated to be $110 per acre, which includes 5 years of monitoring.

**Note: The reader is highly advised to review Appendices A & B of this document which contains a much broader and detailed discussion on the tamarisk leaf beetle and potential impacts.**

**Effectiveness:** At the Nevada, Utah, and Colorado research sites, tamarisk plants died after three to five successive years of defoliation by *Diorhabda elongata*. It is not absolutely certain whether the insects, once established in a given area, will be more effective at killing large numbers of tamarisk or at acting as a control mechanism to prevent further spread. However, all indications show that they will perform both tasks to some degree. Studies continue at various universities and the USDA to determine the effectiveness of this insect in greater detail. Combining the beetle with other Integrated Pest Management methods will probably be necessary to achieve the best tamarisk control.

**Costs:** Goat biocontrol in western Kansas, supported by the Natural Resources Conservation Service in the Arkansas River watershed, cost about $0.50 per head per day over a three year period. Based on this work in a moderately infested area, overall costs were approximately $1,100 per acre (Flowers 2005).

Based on preliminary estimates, the use of *Diorhabda* spp. as a control technique could reduce the expenses of any herbicide and/or mechanical approach to a fraction of its original costs (less

BLM_0065903

than $10/acre). If *Diorhabda* spp. is used in a maintenance role following other methods of tamarisk removal, the costs would not be reduced. An additional $20/acre per year is included to this initial cost estimate to provide a five year monitoring program. Monitoring will be instrumental in determining the rate of beetle spread, rate of defoliation, rate of tamarisk mortality, native plant recruitment, other weed infestations to be addressed, biomass accumulation, and biomass removal approaches. Once the trees are killed, skeleton trees will require removal in moderately to heavily infested areas and revegetation must take place. These costs must also be considered. Removal of dead trees, if needed, can be accomplished using fire or mechanical mulching equipment.

**Pros of Biological Control:**
1.  Biological control can reduce costs, is more targeted than herbicide and, reduces disturbance to native plants.
2.  *Diorhabda* spp. research has been more extensive than any other bio-control agent previously investigated. All indications show that there is no threat to other plant species.

**Cons of Biological Control:**
1.  However, risk is inherent when a new species is introduced. This risk must be considered against the potential benefits.
2.  There are many possible impacts of biological control to wildlife, wildfire, sedimentation, and soil chemistry that are unknown. As a result quality monitoring efforts are critically important for current biological control actions within the Dolores River watershed.
3.  A significant short-term impact of bio-control is the tamarisk vegetation browning that residents and visitors to the area may consider unsightly. In response to this reaction education is important for gaining public support.
4.  The use of goats as a bio-control agent is expensive, especially as a maintenance technique. Unless carefully managed, goats will cause extensive damage to non-target vegetation. Ongoing research in New Mexico should provide important effectiveness information in the near future.
5.  Removal of dead trees and revegetation may be required.
6.  It may take 3-5 years of repeated defoliation for *Diorhabda elongata* to kill tamarisk plants and the beetle's effectiveness is not entirely known.
7.  Biocontrol insects are in development for Russian olive; however these are years away from being used by land managers.

**Applicability:** The use of the bio-control agent *Diorhabda elongata* is applicable to all levels of infestation, is not constrained by access conditions, and can be used in both riparian and floodplain terrace zones. Currently, the tamarisk leaf beetle is present throughout the Dolores River system and is now considered an instrumental component of the tamarisk control program. It is not recommended that new beetle releases be made; however, as noted throughout this document, monitoring is an extremely important component of biological control.

C- 15

BLM_0065904

# Biomass Reduction

Removal of dead tamarisk tree skeletons may be important. Biomass reduction can assist planned revegetation efforts, restores aesthetic values, and reduces the wildfire potential of decomposing litter in moderately to highly infested areas. The removal of dead trees can be accomplished using mechanical mulching equipment (Figure 17) or fire (Figure 18).

**Figure 17:  Large mulching equipment.**      **Figure 18:  Controlled fire for dead tamarisk.**

   

Mechanical mulching as shown in Figure 9, by its nature manages the dead material by transforming it into mulch. However, if a large amount of biomass is mechanically mulched and piled the thickness of the layer produced may actually impede or prevent revegetation. Reducing biomass with fire may require the construction of adequate fire breaks in sensitive riparian areas to safely burn the invasive plants. In addition, air quality may be a concern for large-scale burns as carbon sequestered in the tamarisk will be released instantly. Fire is an option that must be carefully coordinated with land managers and county air quality personnel. It should only be used for biomass reduction on dead plants, because live tamarisk will flourish after fire. As shown in Figure 18, fire breaks and professional fire fighting staff are critical because of the intensity that tamarisk fires exhibit.

For many areas with light to moderate infestations, the dead biomass from biocontrol can be left standing without any actual physical biomass reduction actions. Standing dead biomass in these situations probably does not significantly impede natural or planned revegetation, affect aesthetics, or support high wildfire potential. For other areas where hand control is used, cut materials can be stacked in loose piles for wildlife habitat or cut into lengths for firewood near campsites.

Biomass removal costs can range from $50 to $150 per acre for controlled burns and from $400 to $800 per acre for mechanical mulching or for mobile chipping units, depending on the density of infestation (Figure 19). Because of the remoteness of the Dolores River area the higher value ($150/acre) is used to account for the need for added safety measures. If root balls also need to be mulched from either the root plowing or extraction processes, these costs increase by

BLM_0065905

approximately 50 percent (Figure 20). For moderate infestations, fire would probably not be used unless the dead materials are stacked in areas that would not impact native plants. For lightly infested areas, it may not be necessary to remove dead tamarisk trees. In these areas, existing native vegetation is likely to reoccupy the area and should not be hindered by limited numbers of skeleton trees.

**Figure 19:  Biomass reduction – Above ground materials cost algorithm.**



**Figure 20:  Biomass reduction – Above ground materials & root ball cost algorithm.**



BLM_0065906

## Revegetation

Successful revegetation can be a complex undertaking especially in areas of high soil salinity, low precipitation and herbaceous weed infestations – all three of which are common on the Dolores River.  As a result, local revegetation specialists, State Cooperative Extension, Natural Resources Conservation Service (NRCS), and comprehensive revegetation and restoration texts have been used to develop a suggested course of action for individual sites.  There are also many excellent sources presently available to inform revegetation actions, principally from the NRCS Plant Material Centers.  The Dolores River Basin has two centers that provide expertise on the many ecotype specific areas within the Basin:  Las Lunas, NM and Meeker, CO (see http://plant-materials.nrcs.usda.gov/centers/ ).

A comprehensive plant list is provided in Attachment 2 as a starting point for revegetation recommendations.  Revegetation efforts may require labor, seed, plant materials, amendments such as fertilizer and mycorrhizal inoculants, equipment rental, weed control, and water.  Equally important is the technique used for planting.  Some planting approaches developed by NRCS are shown in Figure 21.

**Figure 21:  Techniques for revegetation of riparian areas (NRCS).**



Special considerations for wildlife are important in revegetation efforts.  Just as the impact of tamarisk invasion will vary with the wildlife species and the area considered, so too will the impact of tamarisk management.  For instance, a recent study found that birds nesting in mid-story vegetation were negatively affected by tamarisk control, but other bird species were not affected (Bateman et al. 2009).  In some areas, especially those with light tamarisk infestations, active revegetation may not be necessary as pre-existing native plants will be able to colonize patches where tamarisk has been removed.  In other areas, such as tamarisk monocultures, intensive revegetation will be necessary.

The net effect of tamarisk management on wildlife will depend on what species replace tamarisk once it is removed.  If active revegetation does not occur, the disturbance caused by tamarisk control may favor the establishment of other invasive species such as Russian knapweed.  In some areas, revegetation with the plant species that historically occupied the site may be impossible.  The Dolores River's flow regime has changed radically in the last 40 years due to dams and diversions for irrigation and municipal water.  This has resulted in some areas no longer being capable of supporting some native species.

BLM_0065907

The process by which control and revegetation occur will also affect birds. Timing is important for all aspects of tamarisk management. Bird populations may be most vulnerable if reproduction is disrupted. If tamarisk control can occur outside of the breeding or nesting season, it may be less disruptive. Similarly, the timing of revegetation must also be considered. In most cases, plants used in revegetation will take several years to establish, mature and provide suitable habitat. There will be a considerable lag time between tamarisk removal and when the habitat is again suitable for many species, leading to a short-term loss of habitat. This short-term loss may still have significant negative effects on bird populations. In some situations, such as a large tamarisk monoculture, it may be advisable to control tamarisk and revegetate in patches i.e., staged revegetation. When this strategy is used, birds will still have tamarisk habitat available to them while replacement vegetation is establishing in the areas where tamarisk was removed.

Generally, the range of costs for revegetation reflects the ability to water an area either naturally or through irrigation practices. Whenever possible, it is important to choose plants compatible with the local natural water regime. However, even these plants may be most successful when irrigated during their establishment period. Irrigation is only appropriate in areas where water rights and topography would allow its use and where precipitation alone is insufficient. Where water is available through precipitation or is easily accessible by irrigation, revegetation costs are lower. Higher costs reflect the need for extensive irrigation where feasible and appropriate. In many areas it will also be necessary to protect young native plants from browsing or damage by wildlife such as deer or beaver. Wire cages or plastic guards can be effective in this capacity. Revegetation costs include labor, seed, plant materials, wildlife control, fertilizer, equipment rental, weed control, and water.

Requirements for revegetation have a direct relationship to density of infestation, width of infestation, and ratio of native plants to herbaceous weed species. For narrow widths (generally less than 50 feet) natural revegetation may occur more easily because of close proximity to native plant and seed sources. However, these areas may still incur minor to moderate costs because of soil disturbance and the need for weed control. For broader widths (greater than 50 feet) costs will shift to the higher side because less native plant/seed will be available for reintroduction to the interior areas of the infestation. Other site conditions also influence revegetation such as surface and ground water dynamics, soil chemistry and texture, density of propagules of desired revegetation species, etc. Revegetation costs have a direct relationship to density and width of infestation (see Figure 22). Costs will shift upward for broader widths (greater than 50 feet) because less native plant seed will be available for reintroduction. The general ranges of costs are: $0 costs where revegetation will be entirely natural, $50 to $250 for minor reseeding, $250 to $500 for moderate revegetation efforts, and $500 to $1,500 for major revegetation activities. If soil conditions are poor (e.g., high salinity) cost can be significantly higher.

Successful revegetation requires a level of post-planting commitment to ensure plants are well established and capable of persisting in the future. This includes monitoring plant survival, replacing failed plants, and weed control. These elements typically occur over a three year period following initial control and revegetation activities. Costs for this post-planting component of restoration are a function of infestation levels and control technologies. Light

BLM_0065908

infestations are calculated at 20% of the control and revegetation combined costs. For moderate infestations the post-planting costs are estimated at 25%, while heavy infestations are estimated at 30%. For the purposes of the Dolores River Tamarisk Resource Plan (DR-TRP), the cost algorithm in Figure 15 is used to develop a budget for the overall watershed, recognizing that some areas may require more investment and others less depending availability of water, width of infestation, soil characteristics, native plant seed bank, depth to ground water, etc.

**Figure 22: Revegetation Cost Algorithm.**



Note: The cost algorithm presented in Figure 22 represents an average cost for riparian revegetation and is extremely sensitive to availability of water, width of infestation, soil characteristics, native plant seed bank, depth to ground water, etc. For these reasons <u>costs could vary considerably</u> from those presented in this Figure.

Successful revegetation is a complex undertaking. As a result, implementing revegetation projects following the removal of invasive species is an inherently site-specific task; however, there are numerous resources available that can aid the planning process. NRCS's Los Lunas Plant Material Center in New Mexico recently compiled an excellent reference guide for riparian restoration/revegetation (USDA 2007). Also, the University of Denver is currently preparing a "Best Management Practices" handbook for revegetation available in 2010. Other resources include:

➢ **Society for Ecological Restoration**
  Summary: This site provides a reading list for ecological restoration practices, links for many example projects and other resources and support. www.ser.org/reading_resources.asp

➢ **Riparian Restoration in the Southwest – Species Selection, Propagation, Planting Methods, and Case Studies**
  Summary: This document identifies the natural processes and managed activities that cause the degradation of riparian lands and provides general guidelines to restore the natural system. It describes methods of selecting appropriate revegetation species, processes for producing riparian plants, details planting techniques, and provides case studies of past projects. www.nm.nrcs.usda.gov/programs/pmc/symposium/nmpmcsy03852.pdf

BLM_0065909

➢ **Stream Corridor Restoration: Principles, Processes, and Practices**
Summary: This large and detailed document has a three-tiered design. The first section provides background information describing the basics of stream corridor systems. The second section describes the steps to produce an effective restoration plan. The final section provides guidelines to implement restoration projects.
www.nrcs.usda.gov/technical/stream_restoration/

➢ **Guidelines for Planning Riparian Restoration in the Southwest**
Summary: This restoration guide is intended to address considerations for developing riparian restoration projects and to provide a number of responses or solutions to potential problems. www.nm.nrcs.usda.gov/news/publications/riparian.pdf

➢ **Guidelines for Planting Longstem Transplants for Riparian Restoration in the Southwest: Deep Planting**
Summary: This site describes a good technique for revegetating a riparian site that lacks overbank flooding and has a deep water table.
http://www.nm.nrcs.usda.gov/news/publications/deep-planting.pdf

➢ **The Pole Cutting Solution**
Summary: Guidelines for planting dormant pole cuttings in riparian areas of the Southwest. Planting dormant pole cuttings has proven to be a successful technique for establishing many riparian trees and shrub species. www.nm.nrcs.usda.gov/news/publications/polecutting.pdf

➢ **Plant Technology Fact Sheet: Tall-Pots**
Summary: This fact sheet describes the use of tall-pots to establish plants in areas lacking sufficient soil moisture or irrigation availability to revegetate using more traditional means. A discussion of the structure, usefulness, benefits, and limitations of the tall-pot revegetation method is included. www.nm.nrcs.usda.gov/programs/pmc/factsheets/tall-pot.pdf

## Secondary Weed Control

Other invasive herbaceous plants that may be encountered during tamarisk control projects and that should be addressed include the following: Russian knapweed (*Acroptilon repens*), Canada thistle (*Cirsium arvense*), cheatgrass (*Bromus tectorum*), diffuse knapweed (*Centaurea diffusa*), hoary cress or whitetop (*Cardaria draba*), kochia (*Kochia scoparia*), perennial pepperweed (*Lepidium latifolium*), and purple loosestrife (*Lythrum salicaria*). The disturbance caused by tamarisk control can promote these invasives, and their control is *critical* to successful revegetation. Annual weeds, while a concern, generally do not preclude native plant establishment.

Secondary weed control for the Dolores River will focus largely on Russian knapweed because it is so ubiquitous. A cost of **$400/acre** where this invasive exists will cover herbicide application over three separate seasons. This cost is based on recent work performed in western Colorado.

BLM_0065910

## Restoration Monitoring and Maintenance Approach

Successful tamarisk control and revegetation requires commitment to control resprouts and to ensure native plants are well established and capable of persisting in the future after the initial restoration effort. This <u>restoration monitoring and maintenance phase</u> includes monitoring tamarisk mortality and native plant survival, replacing failed plants, and continued secondary weed control. These elements typically occur over a three to five year period following initial control and revegetation activities. Costs for restoration short-term monitoring and maintenance are a function of infestation levels and control technologies. Light infestations are estimated at 20% of the control and revegetation combined costs. For moderate infestations the post-planting costs are estimated at 25%, while heavy infestations are estimated at 30%.

**Long-term Monitoring and Maintenance**
Restoration monitoring and maintenance is only concluded when a restoration effort reaches the level of success put forth in the initial restoration plan. After a typical three to five year restoration period, restoration efforts enter into the <u>long-term monitoring and maintenance phase</u>. As an example, this transition point is when the following **example** restoration goals are achieved:

1. Reestablishing native vegetation (80% survival of trees and shrubs with 60% grass establishment as ground cover), and
2. Woody and herbaceous invasive species are no longer competitive (90% mortality of tamarisk and Russian knapweed).

At this point, sustaining the healthy functional native plant community should require a minimal level of maintenance informed by monitoring. However, if a long-term commitment for monitoring and maintenance is not made, the river system may gradually revert back to its former degraded condition. Annual long-term monitoring and maintenance costs are generally estimated to be **two to three percent** of the total tamarisk management costs (i.e., control, biomass reduction, and revegetation).

**Scale and Land Ownership**
Scale and land ownership are two considerations important in monitoring of ecological changes following restoration work. In general there are two divisions in each of these elements: 1) project-scale and watershed-scale approaches; and 2) public ownership versus private ownership. For the purposes of the DR-TRP it is appropriate to conduct both project-scale and watershed-scale monitoring. Coordination between private land owners and public land managers is essential to gain access to private lands, create a standard monitoring protocol, capture and disseminate this information, and to develop and execute training in standard monitoring methods.

<u>Project-scale monitoring</u> provides useful information on the effectiveness of restoration activities and allows for modifications, if necessary, to achieve the restoration goals (i.e., adaptive management). In general, project-scale monitoring criteria should consist of simple and inexpensive monitoring techniques based on assessing the success of the project objectives. Data collected should also be made easily accessible for those who need the information, both in the

BLM_0065911

near term and for future use.  Depending on the objectives of each restoration site, varying combinations of monitoring approaches may be designed based on intensity of restoration, site specifics, or capability of collaborators.

Watershed-scale monitoring allows policy makers, land managers, and the public to track and evaluate the potential impacts of remediation on water resources, vegetation, wildlife habitat, biodiversity, economic health, society, and culture.  These are essential considerations for determining what level of funding should be committed to any restoration efforts by the local, state, and/or federal agencies.   Watershed-scale monitoring tends to be extensive instead of intensive and data is used to inform large-scale adaptive management as well as provide potential information to detect trends (e.g., wildlife diversity and abundance).  An example of watershed monitoring that is already occurring is monitoring being done for the tamarisk biological control agent.   This agent is already in the system and its effects on the restoration efforts may be significant.  Biological control monitoring costs for the initial five years of the project are therefore considered as project costs.  After five years, costs for biological control monitoring should be considered as a component of long-term monitoring.

The Dolores River Restoration Project's goal is to control invasive species and reestablish native vegetation; thus, improving the functional condition of the river and wildlife habitat.   From a watershed-scale standpoint, the results of this effort will best be monitored by compiling and drawing conclusions from project-scale monitoring efforts.

Research:  Research-level data collection efforts on birds, bats, small mammals, reptiles, terrestrial and aquatic insects, fish, geomorphology, soil characteristics; and societal impacts to local economies, tourism, recreation, and job opportunities are important.  These are research areas that are important to policy makers, land managers, and the public and the DR-TRP provides substantial opportunities for university and state and federal scientists to perform research at a watershed scale.  However, these research activities may have considerable costs associated with them and may be outside the scope of this project.  It would be the responsibility of these agencies and institutions to garner funding for these efforts.

**Communication**
Data collected during monitoring efforts does little good if it isn't provided in a consistent, useable form and in a timely manner to land managers to use in their decision making on restoration actions.  A simple, effective communication protocol is therefore important to implement the DR-TRP.  The following are suggestions based on current information being collected and stored as well as anticipated needs associated with future monitoring and restoration efforts:
1. A central database should be established that is accessible via a website (password protected).
2. Existing or new standard forms should be used or developed for data input.
3. Quarterly reports of restoration and monitoring efforts.

Table 1 provides a sample outline approach for an effective monitoring approach with a focus on informing land managers on adaptive management and both restoration maintenance and long-term maintenance.

BLM_0065912

**Table 1:  Monitoring Approach for Dolores River Restoration**

| Monitoring Type | | Action | Timing [1] | Frequency [2] | Means of Measurements | Method of Communication [3] |
|---|---|---|---|---|---|---|
| DOLORES RIVER RESTORATION PROJECT-SCALE MONITORING | Restoration Monitoring | Digital Photo Points with GPS and time stamp | Prior to restoration | Spring and fall | Digital photo record | Central database established with website access |
| | | | Years 1-5 during restoration | Spring and fall | | |
| | | Field descriptions using modified Proper Functioning Condition format | Year 0 prior to restoration | Spring and fall | Observed | |
| | | | Years 1-5 during restoration | Spring and fall | | |
| | | Transects and/or quadrats at selected locations | Prior to restoration | Spring and fall | Measured | |
| | | | Years 1-5 during restoration | Spring and fall | | |
| | | Monitoring well | Prior to restoration | Install and measure depth in fall | Measured | |
| | | | Years 1-5 during restoration | Measure depth in fall | | |
| | Long-term Monitoring | Digital Photo Points with GPS and time stamp | Years 6-10 | Once in summer | Digital photo record | Central database established with website access |
| | | | Years 11+ | Every 3 years in summer | | |
| | | Field descriptions using modified Proper Functioning Condition format | Years 6-10 | Once in summer | Observed | |
| | | | Years 11+ | Every 3 years in summer | | |
| | | Transects and/or quadrats at selected locations | Years 6-10 | Once in summer | Measured | |
| | | | Years 11+ | Every 3 years in summer | | |

Notes:

[1] For this example the restoration period is assumed to be 5 years.  Actual conditions are site-specific and will vary.

[2] Timing monitoring for fall and spring is designed to effectively monitor herbaceous weed populations.

[3] A central database with website linkage is recommended for storing and accessing this information.

BLM_0065913

**Table 1:  Monitoring Approach for Dolores River Restoration**

| Monitoring Type | | Action | Timing [1] | Frequency [2] | Means of Measurements | Method of Communication [3] |
|---|---|---|---|---|---|---|
| **WATERSHED-SCALE MONITORING By DOLORES RIVER RESTORATION PROJECT** | Groundwater monitoring | Use project-scale monitoring wells for depth & water quality | Years 1-10 | Fall | Measured | Central database established with website access |
| | | | Years 11+ | Fall | | |
| | Biological Control | Digital Photo Points with GPS and time stamp | Years 1-5 | Beginning and end of summer | Digital photo record | Central database established with website access. Research papers and presentations at both research and land manager focused conferences. |
| | | | Years 6-10 | Once at the end of summer | | |
| | | | Years 11+ | Every 3 years at the end of summer | | |
| | | Field descriptions using bug and vegetation survey protocols | Years 1-5 | Beginning and end of summer | Observed | |
| | | | Years 6-10 | Once at the end of summer | | |
| | | | Years 11+ | Every 3 years at the end of summer | | |
| | | Transects and/or quadrats at selected locations for tamarisk mortality and native vegetation response | Years 1-5 | Beginning and end of summer | Measured | |
| | | | Years 6-10 | Once at the end of summer | | |
| | | | Years 11+ | Every 3 years at the end of summer | | |
| **WATERSHED-SCALE MONITORING** | Research Opportunities for University and State & Federal Scientists | Birds | 3 to 5 years or longer | As needed to reflect the objectives of the research. | Measured via sampling techniques appropriate to organism or systems being researched. | Central database established with website access. Dissertation, thesis, and professional journal research papers. Presentations at both research and land manager focused conferences. |
| | | Bats | | | | |
| | | Small Mammals | | | | |
| | | Reptiles | | | | |
| | | Terrestrial and Aquatic Insects | | | | |
| | | Fish | | | | |
| | | Geomorphology | | | | |
| | | Soil chemistry, salinity, fertility, & mycorrhizal | | | | |
| | | Societal impacts | | | | |

C- 25

BLM_0065914

**Reporting Monitoring results**

Standard forms for reporting and the process for distribution will be developed during the spring 2010 based on inputs by BLM, counties, conservation corps, NRCS, and TNC.  All of these entities are using some sort of reporting system now, and each has value.  The goal is to develop a standard approach that satisfies the basic needs of each entity, and also the overall goals of the Dolores River Restoration Project.  Information developed will include standardized reporting forms and the storage and distribution system necessary to inform all of the partners involved. This section of the plan will be updated when these reporting approaches are finalized.

## Cost Analysis of Tamarisk Management

Cost estimates are based on algorithms presented in the preceding sections.  These cost algorithms are a function of the density or canopy cover of the tamarisk infestation (Light density ($D^L$) for 20% or less canopy cover, Moderate density ($D^M$) for >20% to 50% canopy cover, and High density ($D^H$) for >50% density) and the total acreage of a project site.  The type of control mechanism chosen at a given site is a function of both tamarisk density and the accessibility of a site (Low difficulty of access ($A^L$), Moderately difficult to access ($A^M$), and Highly difficult to access ($A^H$)).  Monitoring and maintenance costs during the initial five to ten years of tamarisk management efforts are critical to understand and are included in the control and revegetation costs.  These elements are a function of the degree of canopy cover of the tamarisk infestation.

A generalized time distribution of costs would place control and biomass reduction costs in Year-1, and follow-up controls for resprouts in Year-2 and Year-3.  Revegetation will begin shortly after control and biomass reduction is completed in Year-1and continue through Year-2. Monitoring plant survival, plant replacement, and weed control will be on-going in Years 2, 3, 4, and 5.  During the remaining years of a 10 year restoration effort, efforts are mostly devoted to monitoring and maintenance.  Each site should be assessed prior to the start of work to determine time requirements for complete restoration efforts.

Definitions of acronyms used in Table 2 are:

<u>**Accessibility definitions:**</u>

**Highly difficult to access ($A^H$)** – Those areas that can only be accessed by foot, horse, or boat; such as, steep embankments, canyons, and roadless areas.

**Moderately difficult to access ($A^M$)** – Those areas that have a mix of level terrain where heavy equipment could be used and steep embankments that would require hand labor or specialized equipment to control tamarisk.  A good example is a typical river channel where the side slope adjacent to the river is too steep for equipment use, and the broad, adjoining flood plain that has good access potential.

**Low difficulty of access ($A^L$)** – Those areas that are relatively level, near an existing road, and where heavy equipment can be used throughout.

BLM_0065915

**Density definitions:** (Tamarisk density is defined as its canopy cover)

**Light density ($D^L$)** = 20 percent canopy cover and less

**Moderate density ($D^M$)** = 50 percent canopy cover but greater than 20 percent

**Heavy density ($D^H$)** = greater than 50 percent canopy cover.

Table 2 represents a compilation of each technology and its applicability to different density and access situations. It is important to note that costs for riparian revegetation within the Dolores River watershed are extremely sensitive to factors such as the availability of water, width of infestation, soil characteristics, native plant seed bank, depth to ground water, etc. These factors are not accounted for in the algorithm but must be considered. As stated in the beginning of this appendix, **cost equations <u>do not</u> take into account remote access costs that can be substantial and must be added to the basic costs for control and revegetation. Cost equations also do not include localized conditions such as fencing for grazing exclusions and highway safety requirements for control adjacent to roadways. The following section includes directions for land managers to use the Cost Calculator to develop customized costs estimates to include these variables.**

For planning level purposes, annual ongoing long-term monitoring and maintenance can be estimated to be two to three percent of the total tamarisk management costs.

## Dolores River Tamarisk Management Cost Calculator

In order to apply the cost algorithms developed in this appendix to individual restoration sites along the Dolores River, the Tamarisk Coalition has created a cost calculator. This calculator is presented in Appendix L: Cost Calculator for Dolores River Restoration Projects as an excel file and was used to create the cost estimates presented in Appendix M. The Cost Calculator allows the user to choose what type(s) of tamarisk control, biomass reduction, weed control, and revegetation will occur on a given percentage of a site's overall acreage. The calculator then estimates the cost to complete the chosen combination of tasks and adds a percentage of the overall cost as a monitoring and maintenance component, creating an approximate project cost. **Training will be provided to land managers on the use of this cost estimating tool at their request.**

The control and restoration options included in the table are as follows (each technique is described in detail in the document above):

1. Hand Control – Crew Time Basis (for extremely sparse tamarisk infestations)
2. Hand Control – Acreage Basis (for low to high tamarisk infestations)
3. Mechanical Extraction Tamarisk Control
4. Mechanical Mulching Tamarisk Control
5. Mechanical Grab & Cut-Stump Tamarisk Control
6. Biological Control

BLM_0065916

7. Biomass Reduction by Mulching
8. Biomass Reduction by Fire
9. Biomass Reduction by Natural Decomposition
10. Russian Knapweed Control – Percent Area Infested
11. Revegetation – Percent Area Needing Revegetation
12. Monitoring and Maintenance over 3-5 years during active control and revegetation
13. Monitoring over 5 years for Biological Control

When summed, the costs of each approach for the project (based on the percent acreage entered) constitute the total estimated control, biomass reduction, revegetation, and short-term monitoring and maintenance costs for a site.

Costs calculations have been completed for each of the recommended restoration sites developed in Appendix M: Recommended Restoration Sites Text, Photos, Mapping, Attribute Tables, & Cost Estimates. Using infestation density, terrain, access, and presence of native species information collected during the Tamarisk Coalition's 2009 field work, cost estimates in Appendix M are based on the most appropriate restoration techniques for each site chosen. These sites serve as recommendations only. Land managers will ultimately select appropriate restoration locations and approaches.

The cost algorithms and estimates presented here and in Appendices L & M are appropriate for planning purposes only. Individual project areas must identify site and project specific conditions and refine cost estimates accordingly. Thus, the Cost Calculator is intended as a flexible tool for land managers to develop cost estimates that match their specific needs. For instance, additional costs would be incurred under ancillary conditions such as: access requirements to remote sites (e.g., backpacking, rafting, and horseback), lodging for workers in remote areas, fencing for grazing exclusions and highway safety requirements for control adjacent to roadways, and development of road access for heavy equipment.

BLM_0065917

**Table 2:  Cost Equations for Tamarisk Management Technologies.**

| Control Approach and Appropriateness for Dolores River | Applicability of Control Approach | | Biomass Reduction Approach | Revegetation Approach | * Cost (y) Equations based on Density (x) as Percent Cover (Year 2009 $) |
|---|---|---|---|---|---|
| | Access | Density | | | |
| Hand cut-stump with herbicide – YES for areas inappropriate for mechanical equipment | $A^M$, $A^H$ | $D^L$ | Not required | Minimal – natural revegetation  anticipated | $y = -0.242x^2+80.72x$ |
| | | $D^M$, $D^H$ | Mulching  as primary with fire as secondary | Revegetation  required because of soil disturbance | |
| Mechanical extraction w/o herbicide – YES along steep banks | $A^L$, $A^M$ | $D^L$ | Not required | Some minor reseeding required because of soil disturbance | $y = -0.036x^2+9.36x$ |
| | | $D^M$, $D^H$ | Mulching  as primary with fire as secondary | Revegetation  required because of soil disturbance | |
| Mechanical root plowing & raking w/o herbicide – MAYBE in selected areas | $A^L$ | $D^M$, $D^H$ | Fire | Major revegetation required because soil disturbance is extreme.  Irrigation water should be available. | $y = -0.120x^2+22.15x$ |
| Mechanical mulching with or without herbicide – YES in relative flat areas | $A^L$, $A^M$ | $D^L$ | Not required | Some minor reseeding required because of soil disturbance | $y = -0.05x^2+16.71x$ |
| | | $D^M$, $D^H$ | Mulching  as primary with fire as secondary | Revegetation  required because of soil disturbance | |
| Mechanical grab & cut-stump with herbicide – YES along step banks and flatter areas as well. | $A^L$, $A^M$ | $D^L$ | Not required | Some minor reseeding required because of soil disturbance | $y = -0.059x^2+13.88x$ |
| | | $D^M$, $D^H$ | Mulching  as primary with fire secondary | Revegetation  required because of soil disturbance | |
| Aerial herbicide application – UNLIKELY | $A^L$, $A^M$ $A^H$ | $D^H$ | Mulching  as primary with fire as secondary | Significant revegetation required.  Limited native plant availability under conditions associated with aerial herbicide application. | $y = 300$ |

BLM_0065918

**Table 2:  Cost Equations for Tamarisk Management Technologies.**

| Control Approach and Appropriateness for Dolores River | Applicability of Control Approach | | Biomass Reduction Approach | Revegetation Approach | * Cost (y) Equations based on Density (x) as Percent Cover (Year 2009 $) |
|---|---|---|---|---|---|
| | Access | Density | | | |
| Biological control with tamarisk leaf beetle (*Diorhabda* spp.)  -- YES already established. | $A^L$, $A^M$, $A^H$ | $D^L$ | Not required | Minimal – natural revegetation  anticipated | y = 110 |
| | | $D^M$, $D^H$ | Mulching  as primary with fire as secondary | Revegetation required because of soil disturbance.  Comprehensive monitoring required. | |
| Biomass reduction – above ground mass -- Yes | $A^L$, $A^M$ | $D^M$, $D^H$ | Mulching | Mulched material could be spread to support revegetation efforts | y = 6.623x |
| Biomass reduction – above & below ground mass – Yes | $A^L$, $A^M$ | $D^M$, $D^H$ | Mulching | Mulched material could be spread to support revegetation efforts | y = 9.935x |
| Revegetation – Yes in identified areas. | $A^L$, $A^M$, $A^H$ | $D^M$, $D^H$ | Mulched biomass could support revegetation efforts | Revegetation probably not needed for many low density tamarisk infestations | $y = 0.087x^2 + 7.07x$ |

C- 30

BLM_0065919

# References

Bean, D. Colorado Department of Agriculture Palisade Insectary. Personal communications, October, 2007.

Beyer, D, "Nine Mile Creek & Russian Olive Restoration" North Platte Nebraska Natural Resources District, presentation at the 2007 Tamarisk Symposium, grand Junction, CO, October 25, 2007.

Boss Reclamation LLC. Personal Communications, June, 2006.

"Colorado Headwaters Invasives Partnership (CHIP): Woody Invasive Species Management Plan." July 2007. Prepared jointly by Colorado River Water Conservation District, The Nature Conservancy, and the Tamarisk Coalition.

DeLoach, J., R Carruthers, J. Lovich, T. Dudley, and S. Smith, 2002. "Ecological Interactions in the Biological Control of Saltcedar (*Tamarix spp.*) in the United States: Toward a New Understanding" – Revised.

Eberts, Debra, L.White, S. Broderick. 2001. Biological Control of Saltcedar at Pueblo, Colorado: Summary of Research and Insect, Vegetation, and Wildlife Monitoring, 1997-2001. USBR Technical Memorandum No. 8220-01-17.

Flowers, Thomas. Natural Resources Conservation Service presentation for Kansas 10-Year Strategic Planning meeting, Garden City Kansas, February 24, 2005.

Hart, C.R., Texas A&M, Personal communication on the Pecos River Ecosystem Project. March 2003.

Lair, Ken. Bureau of Reclamation. Personal communications, November, 2005.

Lee, B., Northstar Helicopter. Personal communication, August 2003.

Lewis, Phil A., C.J. DeLoach, J.C. Herr, T.L. Dudley, R.I. Carruthers. 2003. Assessment of risk to native *Frankenia* shrubs from an Asian leaf beetle, *Diorhabda elongata deserticola* (Coleoptera: Chrysomelidae), introduced for biological control of saltcedars (*Tamarix* spp.) in the western United States. Biological Control 27:148-166.

Tamarisk Coalition, 2003. "Cost Estimates for Medium and High Capacity Tamarisk Clearing and Mulching Equipment for Different Levels of Infestation", 2003.

Tanzy, B., US Bureau of Reclamation. Personal communications, December 2004.

Taylor, J. P., U.S. Fish and Wildlife Service, Bosque del Apache National Wildlife Refuge, NM. Personal communications, April 2003.

Taylor, J. P, D. B. Wester, and L.M. Smith. 1999. Soil disturbance, flood management, and riparian woody plant establishment in the Rio Grande floodplain. *Wetlands* 19:372-382.

BLM_0065920

USDA, September 2007.  "A Guide for Planning Riparian Treatments in New Mexico", NRCS Los Lunas Plant Materials Center.

BLM_0065921

**Attachment 1 to Appendix C: Integrated Pest Management Decision Matrix**



BLM_0065922

Users Guide to
Integrated Pest Management Decision Matrix

## Adapted from Morse et al. (2004) and City of Boulder (2003).

IDENTIFY INVASIVE PLANT SPECIES

**Invasive Species Identification Screening Questions**
The following three screening questions are used to separate those species that are relatively innocuous from those that are invasive or have a high potential to become invasive and should be considered before investing substantial effort in assessing a species:

1. Is this species currently established outside cultivation as a non-native (*i.e.*, as a direct or indirect result of human activity) somewhere within the region of interest?
   • **Yes.** Proceed to screening question 2 below.
   • **No.** STOP. The Invasive Species Priority Assessment is not applicable to this species.
   Note: If this question is not readily answered, assessment of the species may either be deferred, or provisionally begun while further information on the species' status in the region is sought.

2. Is this species known or suspected to be present in conservation areas or other native species habitats somewhere within the region of interest?
   • **Yes.** Proceed to screening question 3 below.
   • **No.** STOP. This species is an insignificant threat to natural biodiversity in the region of interest.

3. Is this species known to meet criteria for invasive as "an aggressive exotic plant that is known to displace native plant species in otherwise intact native vegetation communities"?
   • **Yes.** Proceed to the priority assessment and begin implementation of prevention and early detection Best Management Practices for all species identified as invasive.
   • **No.** STOP. This species is not considered invasive or it needs more supporting data of its invasive nature.

PRIORITY ASSESSMENT

**Taking Management Action – Priority or Not?**
Because it is infeasible to control every invasive plant that occurs, it makes sense to focus management efforts on those species that have or *could* have the greatest impact to resources and to the highest value at-risk habitats.

Invasive plants are run through a ranking process that helps managers sort and prioritize invasive species and affected habitats based on several aspects of the species' relative invasiveness, relative importance, or quality of affected habitat:

1. Ecological Impact (risk to regional biodiversity, adverse impacts to soil resources, capacity to alter forage availability, etc.)
2. Current Distribution and Abundance
3. Trend in Distribution and Abundance
4. Control Feasibility / Management Difficulty

C- 34

BLM_0065923

Based on consideration of all these factors, a person with good taxonomic skills and knowledge of local or regional ecology can use a ranking process to set priorities for resource allocation.

Initiating on-the-ground management action will then be determined by evaluating inventory data in combination with local priorities that can be site (location) and/or species driven. If the site and/or species of focus are identified as a priority, management action is deemed necessary. The decision process that follows will consider the potential actions to be taken to address a particular species on a particular site for a particular time period. The proposed project and site will be reviewed by the management area's NEPA interdisciplinary team staff annually to determine if the project 1) falls under the parameters of the area-wide IPM plan and EA and 2) if sensitive natural or cultural resources or the human environment could be adversely impacted as a result of management (or continuing management).

## MANAGEMENT GOAL

**Determining Management Goals**
Once a particular species and/or site are chosen and management action is deemed necessary, a desired outcome, or management goal, must be established. Goals for treatment of a species on a particular site will be determined by circumstances and practical realities reflected in the IPM Decision Matrix, illustrated in Figure 2 in this appendix. Alternatives include:

1. **Eradication**: reducing the reproductive success of a noxious weed species or specified noxious weed population in largely uninfested regions to zero and eliminating the species or population within a specified period of time. Once all specified weed populations are eliminated or prevented from reproducing, intensive efforts continue until the existing seed bank is exhausted; may be legally mandated or desirable for a new invader or new site.
2. **Containment:** maintaining an intensively managed buffer zone that separates infested regions, where suppression activities prevail, from largely uninfested regions where eradication activities prevail.
3. **Suppression:** reducing the vigor of noxious weed populations within an infested region, decreasing the propensity of noxious weed species to spread to surrounding lands, and mitigating the negative effects of noxious weed populations on infested lands. This strategy inflicts some damage on the pest with the goal of lessening the rate of spread, but does not usually mean reducing the current infestation. As better techniques are made available or environmental circumstances render a species more susceptible to containment or eradication strategies, areas identified for suppression may be upgraded to containment or eradication status.

In order to appropriately establish a management goal, invasive species problems should always be run through the decision process beginning with the highest goal of eradication. Whether or not the decision-maker(s) reverts to containment or suppression goals depends on local information known about the species itself and the site it occupies. For example, one may assume that a widespread species (such as tamarisk) would automatically be given a management goal of suppression. From an area-wide perspective, this may be the appropriate management goal. However, if the problem site in the monument is a high-value habitat and tamarisk is present only in small and isolated infestations, then a more appropriate goal may be containment or even eradication *at the particular site,* depending on other site considerations.

BLM_0065924

**RESEARCH/REVIEW AND CONSIDER ALL KNOWN TREATMENT ALTERNATIVES, GIVEN SITE CONSIDERATION INPUTS**

## On-the-ground Management: Review of Available Techniques

Tool and treatment technique(s) selection will depend on many different variables, called site considerations.  These considerations include biotic and abiotic resources and factors that, if not considered properly, are likely to adversely affect the success of the treatment and restoration strategy. In the interest of space, this step is not fully diagrammed in the matrix but is detailed on the following page.  Please note that the site considerations below represent only a sample of all possible variables.



C- 36

BLM_0065925

> **SELECT TREATMENT TECHNIQUES & IDENTIFY CONSERVATION MEASURES REQUIRED TO ELIMINATE OR MITIGATE ADVERSE IMPACTS**

## Treatment Selection and On-the-ground Implementation

Once appropriate treatment techniques and tools are identified, resulting impacts caused by their use also need to be identified. All tools and techniques will have some type of consequence, whether intentional or unintended, benefical or adverse, direct or indirect. At this point in the decision-making process, steps need to be identified to reduce or eliminate any potential adverse impact to the site considerations identified above. These steps can be conservation measures that are practices incorporated into the planning phase of the treatment to *prevent* potential adverse impacts (e.g. weed control treatments will occur pre-emergence or post-seed set for the threatened orchid, *Spiranthes diluvialis*) or they can be mitigation measures that fix or correct an impact after action has occurred (e.g. native trees will be planted after tamarisk is removed in riparian areas).

> **REVIEW ECONOMIC VIABILITY & FEASIBILITY OF SELECTED TECHNIQUES**

> **FEASIBLE/ AFFORDABLE**

If the selected treatment techniques and conservation / mitigation measures are affordable, effective, and practical then the treatment plan is approved for implementation.

> **IMPLEMENT & MONITOR**

At a minimum, implementation of any treatment plan will include informal documentation (monitoring) of its effectiveness. More formal monitoring will occur in cases where specific biological or ecological thresholds are identified prior to treatment implementation.

> **REVIEW ECONOMIC VIABILITY & FEASIBILITY OF SELECTED TECHNIQUES**

> **INFEASIBLE/TOO EXPENSIVE**

If the treatment or conservation / mitigation measures selected are NOT affordable, effective, and practical then the treatment plan cannot be approved as it stands and the decision-maker(s) needs to revert to lesser goals of containment or suppression, as indicated in Figure 2.

> **NO ACTION**

There may be cases when all known treatments and conservation / mitigation practices are still not affordable, effective, or practical and a determination of "No Action" must be made. This is not necessarily a decision to not address the problem at all (a "live with it" decision), rather, it is an acknowledgement that the problem may need to be monitored further and re-evaluated at a later date when more data or new control technologies/strategies become available or if changes in environmental circumstances render the problem more easily addressed using available techniques and strategies.

BLM_0065926

## Attachment 2 to Appendix C
## Plant Materials List for Revegetation Appropriate for the Colorado River Watershed and which may occur in the Dolores River Watershed [highlighted]

The following list provides a general guide for potential native plants recommended for revegetation within the Colorado River Basin as modified from Sher, A. A. and K. Lair. In press. *Best management practices for revegetation after tamarisk removal in the Upper Colorado River Basin Handbook. Report for the Central Utah Project Completion Act.* (Adapted from Sher and Lair 2008; Shafroth et al. 2008; Gardner et al. 1999; Stannard et al. 2002; Ogle et al. 2000, and Swift 1997).

It is important to note, that species lists can vary dramatically by site, and should be designed for each revegetation project based on unique site characteristics including elevation, precipitation, weed competition, ecological site patterns, surface or groundwater availability, soils, and location within the basin (e.g., mainstem river or tributary).  The list is intended as a guide only and seed mixes should be researched and planned to meet the needs of each site.

| Scientific Name[1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status[2] in Regions 7 & 8 | Mycorrhizal Status[3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity[4] (mmhos cm[-1]) | Maximum Salinity[4] (mmhos cm[-1]) | Origin[5] / Life History | Successional (Seral) Status, Disturbed Sites[6] |
|---|---|---|---|---|---|---|---|---|---|
| **GRASSES** | | | | | | | | | |
| *Achnatherum hymenoides* | Indian ricegrass | xeric, less saline | 7: FACU 8: UPL | Y | 6-16 C | 2 | < 4 | N-P | E, M |
| *Achnatherum/ Nasella/ Hesperostipa* spp. | Needlegrass | xeric, less saline | - | Y | 5-12 C | 2 | < 4 | N-P | M |
| *Aristida purpurea* | Purple three-awn | xeric, grassland | - | Y | 8 min W | - | - | N-P | E |
| *Bothriochloa barbinodis* | Cane bluestem | xeric, less saline | - | Y | 12-20 W | 2-4 | 4-8 | N-P | - |
| *Bouteloua curtipendula* | Sideoats grama | xeric, less saline | UPL | Y | 6-25 W | 2 | < 4 | N-P | E, M, L |
| *Bouteloua gracilis* | Blue grama | xeric, less saline | UPL | Y | 8-22 W | 2 | < 4 | N-P | L |
| *Distichlis spicata* | Inland saltgrass | Riparian, saline swales, salt meadow | 7: FACW 8: FAC+ | F – En | 5-70 W | 6 | 12 | N – P | E, M, L |

BLM_0065927

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm⁻¹) | Maximum Salinity [4] (mmhos cm⁻¹) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| *Elymus canadensis* | Canada wildrye | Streambank, riparian mesic | 7: FAC 8: FACU | O – En | 20-45 C | 6 | 12 | N – P | P, E, M |
| *Elymus elymoides* | Bottlebrush squirreltail | Riparian arid | 8: UPL | M – En | 5-16 C | 4 | 8 | N – P | E, M, L |
| *Elymus lanceolatus* | Thickspike/ streambank wheatgrass, | xeric, moderate to high saline | 7: FAC 8: UPL | Y | 8-25 C | 2 | < 4 | N – P | E, M, L |
| *Elymus trachycaulus* | Slender wheatgrass | Riparian mesic, saline swales | 7: FAC 8: FACU | O – En | 8-25 C | 10 | 22 | N – P | P, E |
| *Eragrostis trichodes* | Sand lovegrass | xeric, less saline | - | Y | 14-35 W | - | - | N – P | - |
| *Hesperostipa comate* | Needle and thread | - | - | Y | 5-20 C | - | - | N – P | M |
| *Leymus angustus* | Altai wildrye | Riparian arid, saline swales | 8: NI | O – En | 12-18 C | 10 | 20 | I – P | E, M |
| *Leymus cinereus* | Basin wildrye | Riparian mesic | 8: NI | O – En | 8-20 C | 4 | 8 | N – P | E, M, L |
| *Leymus multicaulus* or *triticides* | Manystem (beardless) wildrye | Riparian, saline swales | 8: NI | F – En | 7-60 C | 12 | 26 | I – P | E, M |
| *Leptochloa dubia* | Green sprngletop | xeric, moderate to high saline | 8: NI | Y | 12-24 W | - | - | N – P | - |
| *Muhlenbergia asperifolia* | Alkali muhly, scratchgrass | ephemerally mesic, high saline, alkali sinks | 7: FACW 8: FACW+ | Y | 12-40 W | 6 | > 12 | N – P | - |
| *Panicum obtusum* | Vine mesquite | xeric, moderate to high saline | 7: FAC 8: FACU | Y | 8-50 W | 4-6 | 8-12 | N – P | L |
| *Panicum virgatum* | Switchgrass | xeric, moderate to high saline | 7: FAC+ 8: FAC | Y | 12-60 W | 2-4 | 4-8 | N – P | L |
| *Paspalum distichum* | Knotgrass | mesic, low salinity | 7: OBL* 8: OBL | Y | 30-64 | 2 | < 4 | N – P | E, M |

C- 39

BLM_0065928

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm[-1]) | Maximum Salinity [4] (mmhos cm[-1]) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| *Pascopyrum smithii* | Western wheatgrass | Alkaline flats, saline swales, riparian, salt meadows | 7: FACU 8: FACU | M – En | 10-32 C | 6 | 16 | N – P | M |
| *Pleuraphis rigida* | Big galleta | xeric, moderate to high saline | - | Y | 5-12 W | 2-4 | 4-8 | N – P | E |
| *Poa secunda* | Sandberg bluegrass | Riparian arid | 7: UPL 8: UPL | O – En | 8-16 C | 4 | 6 | N – P | E, M |
| *Puccinellia spp* | Alkaligrass | Riparian mesic, saline swales, salt meadow | 8: OBL | F – En | 24-45 C | 14 | 30 | N – P | M, L |
| *Schizachyrium scoparium* | Little bluestem | upland grasslands, open dry forest | 7: FACU 8: FACU | Y | 12-45 W | 2 | < 4 | N – P | E, M |
| *Spartina gracilis* | Alkali cordgrass | mesic, lower salinity | 7: FACW 8: FACW | Y | 12-30 W | 6 | > 12 | N – P | - |
| *Sporobolus airoides* | Alkali sacaton | Alkaline flats, saline swales, riparian, salt meadow | 7: FAC 8: FAC | O – En | 5-13 W | 14 | 26 | N – P | P, E, M |
| *Sporobolus cryptandrus* | Sand dropseed | mesic, lower salinity | 7: FACU 8: FACU | Y | 8-16 W | 2 | < 4 | N – P | E |
| *Sporobolus giganteus* | Giant dropseed | mesic, lower salinity | 7: UPL 8: NI | Y | 12 minimum W | 2 | < 4 | N – P | - |
| *Sporobolus wrightii* | Giant sacaton | ephemerally mesic, high saline, alkali sinks | - | Y | 5-20 W | 4-6 | 8-12 | N – P | - |
| *Thinopyrum ponticum* | Tall wheatgrass | Riparian arid | 8: FACU | F – En | 10-28 C | 12 | 26 | I – P | P, E |

BLM_0065929

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm⁻¹) | Maximum Salinity [4] (mmhos cm⁻¹) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| **FORBS** | | | | | | | | | |
| *Heliotropium curassavicum* | Salt heliotrope | Riparian mesic, riparian arid, saline swales | 7: FACW 8: OBL | N | 10-24 - | 8 | 15 | N – P | M, L |
| *Anemopsis californica* | Yerba mansa | xeric, less saline | 7: OBL 8: OBL | - | 6-18 - | 4 | 8 | N – P | - |
| *Baileya multiradiata* | Desert marigold | - | - | - | - | - | - | N – A/B/P | - |
| *Chrysopis/ Haplapappus* spp. | Goldenaster | xeric, less saline | - | - | - - | 2 | < 4 | N – P | - |
| *Corydalis caseana* | Sierra fumewort | mesic, lower salinity | 7: NI 8: FACW | - | 12-18 | 0 | < 2 | N – P | - |
| *Erigonum* spp. | Buckwheat | mesic, lower salinity | - | Y | - - | 2 | < 4 | N – P | - |
| *Gallardia* spp. | Blanketflower | - | - | Y | 7-18 - | 2 | < 4 | N –A/P | - |
| *Isocoma acradenia* | Alkali goldenbush | - | 7: NI 8: NI | - | - - | 6 | > 12 | N -- P | - |
| *Mentzelia* spp. | Blazing star | - | - | Y | - | 2 | < 4 | N -- A | - |
| *Oenothera spp* | Evening primrose | Riparian mesic, saline swales | 8: NI | N | - - | 4 | 6 | N – P | P, E, M |
| *Plantago* spp | Plantain | Riparian arid, saline swales, alkaline flats | 8: UPL | FAC – En | - - | 2 | 6 | N – P | M, L |
| *Salicornia* spp. | Glasswort | ephemerally mesic, high saline, alkali sinks | 7: OBL 8: OBL | - | 8-14 - | 6 | > 12 | N – A | - |
| *Sphaeralecea ambigua* | Desert globemallow | Riparian arid, saline swales | - | Y | 5-15 - | 4 | 8 | N – P | - |
| *Sphaeralcea coccinea* | Scarlet globemallow | Riparian arid, saline swales | 8: NI | FAC – En | - - | 4 | 8 | N – P | E, M |

BLM_0065930

| Scientific Name[1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status[2] in Regions 7 & 8 | Mycorrhizal Status[3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity[4] (mmhos cm[-1]) | Maximum Salinity[4] (mmhos cm[-1]) | Origin[5] / Life History | Successional (Seral) Status, Disturbed Sites[6] |
|---|---|---|---|---|---|---|---|---|---|
| **SHRUBS** | | | | | | | | | |
| *Allenrolfea occidentalis* | Iodincbush | Alkaline flats, sinks, pools | 7: FACW 8: FACW | N | - - | 15 | 30 | N – P | L |
| *Ambrosia dumosa* | White bursage | - | - | Y | 4-11 - | 4 | 8 | N – P | - |
| *Amelanchier alnifolia* | Saskatoon/ western serviceberry | Riparian mesic | 7: NO 8: FACU- | M – En, Ec | 12-30 - | 8 | 12 | N – P | M, L |
| *Amelanclier utahenensis* | Utah serviceberry | - | 8: UPL | Y | 12-45 - | - | - | N – P | - |
| *Amorpha* spp. | False indigo | mesic, lower salinity | 7: FACW+ 8: FACW | - | 18-65 - | - | - | N – P | - |
| *Artemisia cana* | Silver sagebrush | Riparian arid | 7: FACW 8: FAC* | M - En | 8-40 - | 2 | 4 | N – P | E, M, L |
| *Artemisia filifolia* | Sand sagebrush | Riparian arid | 8: UPL | M - En | 6 minimum | 2 | 4 | N – P | L |
| *Artemisia tridentata tridentata* | Basin big sagebrush | Riparian arid | 8: UPL | M - En | 6-35 - | 4 | 6 | N – P | L |
| *Artemisia tridentata vaseyana* | Mountain big sagebrush | Riparian mesic (high elevation) | 8: UPL | M - En | 11-16 - | 4 | 6 | N – P | L |
| *Artemisia tridentata wyomingensis* | Wyoming big sagebrush | Riparian arid | 8: UPL | M - En | 8-20 - | 4 | 6 | N – P | M, L |
| *Atriplex canescens* | Fourwing saltbush | Riparian arid, saline swales, alkaline flats | 7: UPL 8: UPL | N | 5-18 - | 6 | 10 | N – P | P to L |
| *Atriplex confertifolia* | Shadscale saltbush | Alkaline flats | 8: UPL | N | 4-12 - | 12 | 20 | N – P | M, L |
| *Atriplex corrugata* | Mat saltbush | ephemerally mesic, high saline, alkali sinks | - | N | - - | 6 | > 12 | N – P | - |

C- 42

BLM_0065931

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm⁻¹) | Maximum Salinity [4] (mmhos cm⁻¹) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| *Atriplex gardneri* | Gardner's saltbush | Riparian arid, saline swales, alkaline flats | 8:  UPL | N | -  - | 6 | 10 | N – P | M, L |
| *Atriplex lentiformis* | Quailbush | Riparian arid, saline swales, alkaline flats | 8:  FAC+ | N | -  - | 8 | 20 | N – P | P, E, M |
| *Atriplex nuttallii* | Nuttall's saltbush | Riparian arid, saline swales, alkaline flats | - | - | -  - | - | - | N – P | - |
| *Atriplex polycarpa* | Desert saltbush | - | 7:  FACU 8:  FACU | N | 3-12 | 6 | > 12 | - | - |
| *Baccharis* spp. | Baccharis, false willow | Streambank, riparian mesic | 8:  FACW | FAC - En | 5 minimum  - | 8 | 12 | N – P | E, M |
| *Chrysothamnus viscidiflorus* | Douglas rabbitbrush | mesic, lower salinity | - | Y | 7-24  - | 2 | < 4 | N – P | - |
| *Ephedra* spp. | Mormon tea | mesic, lower salinity | - | Y | 6-12  - | 2-4 | 4-8 | N – P | E, M, L |
| *Ericameria nauseosa* | Rubber rabbitbrush | Riparian mesic, riparian arid | 8:  FACU | M - En | -  - | 4 | 6 | N – P | E, M |
| *Dasiphora fruticosa* | Shrubby (bush) cinquefoil | Riparian mesic | 7:  FACW- 8:  FACW* | M - En | 16-20  - | 4 | 8 | N – P | E, M, L |
| *Fallugia paradoxa* | Apache plume | rocky slopes and washes | - | Y | 4-20  - | 2 | 4 | N – P | E (sometimes) |
| *Forestiera pubescens* | Stretchberry, New Mexico privet/ olive | Riparian arid | 7:  FACU 8:  NI | M - En | 9-24  - | 4 | 6 | N – P | M, L |
| *Frankenia* spp. | Alkali heath | Riparian arid, alkaline flats | 7:  NO 8:  NO | M – Ec? |  | 8 | 12 | N – P | M, L |
| *Gutierrezia* Lag. | Snakeweed | xeric, high to low saline | - | - | 7-30  - | - | - | N – P | - |
| *Krascheninnikovia lanata* | Winterfat | Riparian arid | 8:  UPL | N | 3-15  - | 6 | 10 | N – P | M, L |

C- 43

BLM_0065932

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm⁻¹) | Maximum Salinity [4] (mmhos cm⁻¹) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| *Lonicera utahensis* | Utah honeysuckle | Riparian mesic | 7: FACU 8: FACU | N | 24-60 - | 2 | 4 | N – P | L |
| *Lycium* spp. | Wolfberry | Riparian arid, saline swale | 8: FACU | M - En | 10-15 - | 8 | 12 | N – P | M, L |
| *Pluchea sericea* | Arrowweed | - | 7: FACW 8: FACW | - | - | 8 | 12 | N – P | - |
| *Mahonia repens* | Oregon grape | - | - | Y | 15-45 - | 2 | 4 | N – P | - |
| *Prunus americana* | American plum | Riparian mesic | 7: NI 8: FACU | M – En, Ec | 16-40 - | 4 | 8 | N – P | E, M |
| *Prunus virginiana* | Chokecherry | Streambank, riparian mesic | 7: FAC 8: FACU | M – En, Ec | 13-65 - | 8 | 10 | N – P | P to L |
| *Quercus gambelii* | Gambel oak | Riparian arid | 8: UPL | M – En, Ec | 10-24 - | 4 | 6 | N – P | E, M |
| *Rhus glabra* | Rocky Mountain (smooth) sumac | Riparian mesic | 8: UPL | M - Ec | 30-60 - | 2 | 4 | N – P | L |
| *Rhus trilobata* | Skunkbush, three-leaf sumac | Riparian mesic, riparian arid | 7: NI 8: NI | M - Ec | 8-20 - | 4 | 8 | N – P | E, M |
| *Ribes aureum* | Golden currant | Riparian mesic | 7: FACW 8: FACW | M - En | 12-20 - | 2 | 4 | N – P | E, M |
| *Rosa woodsii* | Woods' rose | Riparian mesic | 7: FACU- 8: FAC- | M - Ec | 12-40 - | 2 | 4 | N – P | E, M, L |
| *Salix exigua* | Sandbar/ coyote willow | Riparian, mesic, low saline, shallow water table/surface flows | 7: OBL 8: OBL | - | 20-30 - | 2 | 4 | N – P | P |
| *Sambucus nigra* | Blue elderberry | Riparian mesic | 7: FAC 8: FACU | M – En, Ec | 10-60 - | 2 | 4 | N – P | E, M |
| *Sarcobatus vermiculatus* | Black greasewood | Alkaline flats, saline swales | 7: FACU+ 8: FACU* | N | 6-13 - | 6 | 10 | N – P | M, L |

C- 44

BLM_0065933

| Scientific Name [1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status [2] in Regions 7 & 8 | Mycorrhizal Status [3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity [4] (mmhos cm⁻¹) | Maximum Salinity [4] (mmhos cm⁻¹) | Origin [5] / Life History | Successional (Seral) Status, Disturbed Sites [6] |
|---|---|---|---|---|---|---|---|---|---|
| *Shepherdia argentea* | Silver buffaloberry | Riparian mesic, riparian arid | 8: NI | M – Ec | 15-20 - | 8 | 12 | N – P | P to L |
| *Suaeda* spp. | Seepweed; seablite | Alkaline flats, sinks, pools | 7: FACW 8: FACW | N | - - | 12 | 30 | N - P | M, L |
| *Symphoricarpos longiflorus* | Desert (longflower) Snowberry | Riparian mesic | 8: NI | M - En | - - | 4 | 8 | N – P | M, L |
| *Symphoricarpos occidentalis* | Western snowberry | Riparian mesic | 7: NO 8: NO | M - En | 12-45 | 4 | 8 | N – P | M, L |
| **TREES** | | | | | | | | | |
| *Acacia* spp. | Acacia | varies by spp. | 7: UPL 8: FACU | Y | 4-11 - | 6 | > 12 | - | L |
| *Acer glabrum* | Rocky Mountain maple | Riparian mesic, riparian arid | 7: FAC 8: FAC* | M – En, Ec | 12-25 - | 4 | 6 | N – P | E, M, L |
| *Acer grandidentatum* | Big tooth maple | Riparian mesic, riparian arid | 8: NI | M – En, Ec | 12-30 - | 4 | 6 | N – P | E, M, L |
| *Acer negundo* | Boxelder | Riparian | 7: FACU- 8: FACW* | - | 17-60 - | 4 | 8 | N – P | - |
| *Betula occidentalis* | Water birch | Streambank, riparian mesic | 7: FACW 8: FACW | M - Ec | 16-50 - | 4 | 6 | N – P | M, L |
| *Celtis occidentalis* | Common hackberry | Riparian mesic, saline swales | 7: NO 8: NI | M - En | 14-60 - | 4 | 6 | N – P | E, M, L |
| *Parkinsonia floridum* | Blue palo verde | xeric, moderate to high saline | - | Y | 7 minimum - | - | - | N – P | P to L |
| *Chilopsis linearis* | Desert willow | Riparian arid, tributary arroyo | 7: UPL 8: FAC | Y | 10-20 - | 2 | < 4 | N – P | E, M, L |
| *Crataegus douglasii* | Douglas (black) hawthorn | Riparian mesic, riparian arid | 7: NO 8: FAC | M - Ec | 16-260 - | 4 | 8 | N – P | M, L |
| *Crataegus rivularis* | River hawthorn | Riparian mesic | 8: NI | M - Ec | - - | 4 | 8 | N – P | E, M |

BLM_0065934

| Scientific Name[1] | Common Name | Expanded Zone of Adaptability | Wetland Indicator Status[2] in Regions 7 & 8 | Mycorrhizal Status[3] | Precipitation requirements (inches)/ cool vs. warm season (grass) | Threshold Salinity[4] (mmhos cm⁻¹) | Maximum Salinity[4] (mmhos cm⁻¹) | Origin[5] / Life History | Successional (Seral) Status, Disturbed Sites[6] |
|---|---|---|---|---|---|---|---|---|---|
| *Fraxinus anomala* | Singleleaf ash | dry canyons, hillsides | - | - | 8-20 <br> - | 2 | < 4 | N – P | E |
| *Juglans microcarpa* | Arizona/ little walnut | mesic, lower saline | 7: FAC <br> 8: NO | - | 17-32 <br> - | 2 | < 4 | N – P | - |
| *Populus angustifolia* | Narrowleaf cottonwood | Streambank, riparian mesic | 7: FACW <br> 8: FAC* | M – En, Ec | 20-35 <br> - | 2 | 4 | N – P | P to L |
| *Populus fremontii* | Fremont cottonwood | Streambank, riparian mesic | 7: FACW <br> 8: FACW* | M – En, Ec | 20-26 <br> - | 2 | 4 | N – P | P to L |
| *Prosopis pubescens* | Screwbean mesquite | xeric, low to high saline | 7: FACW- <br> 8: FAC | Y | 6-15 <br> - | 8 | 12 | N – P | M? |
| *Prosopis glandulosa* | Honey mesquite | xeric, low to moderate saline | - | Y | 5-12 <br> - | 4 | 8 | N – P | E |
| *Robinia neomexicana* | New Mexico locust | Riparian arid | 8: NI | M – Ec, En | 9-35 <br> - | 2 | 4 | N – P | M |
| *Salix amygdaloides* | Willow | Streambank, riparian mesic | 7: FACW <br> 8: FACW | M – En, Ec | 24-60 <br> - | 2 | 4 | N – P | P, E, M |

The species listed are intended as potential, or example, candidates for revegetation, comprising a preferred suite or palette of species commonly used in or considered for restoration in *Tamarix*-infested riparian sites in the Colorado River Basin. By design, the species represent a wide spectrum of adaptations to hydrologic regime (surface and subsurface), climate, soils and salinity, shading and competitive relationships with associated plant communities (natural and revegetated), response to management inputs and herbivory, desired habitat values and indices, etc. As such, species selection (individually and within species mixtures) must be evaluated on a site-specific basis, particularly within the context of environmental constraints and limitations as they impact successful establishment, growth, vigor, and positive (desired) successional trajectory over time. For example, infestation sites characterized by *Tamarix* exhibiting more mature age classes, infestations of longer duration, higher canopy cover, and/or higher plant density suggest that use of revegetation species with higher salinity tolerances (threshold and maximum) should be strongly considered.

BLM_0065935

*This list is not exhaustive or fully comprehensive.* Other species may be considered for riparian restoration and habitat enhancement based on their relationship to revegetation needs in terms of plant diversity, community and habitat goals; ease of establishment and vigor / competitive characteristics; site stabilization and erosion control; land use management following restoration; etc. (see Gardner et al. 1999). Additional species should be investigated thoroughly, however, for salinity tolerance and other characteristics of site adaptation before inclusion in revegetation recommendations.

Select introduced species are included because of their roles as potential "transitional" or "bridge" species that may fill temporal ecological niches in providing rapid site stabilization, phytoremediation of saline soil limitations, and/or site amelioration that enhances or predisposes saline riparian sites (e.g., energy, nutrient and organic matter cycling; moisture regime) for more rapid establishment of subsequently planted or co-planted native species.

For detailed evaluation of plant characteristics (e.g., descriptions, origin and life history, alternate nomenclature, common uses, variation within the species, site adaptation, establishment and recommended seeding or planting methods, planting timing, propagation techniques, propagule treatment and storage, available cultivars or select germplasm, commercial and/or agency availability / sources, management, wildlife and livestock forage value ratings, and further references), the reader is referred to the following references:

Conservation Plant Characteristics Tables in the USDA PLANTS Database (http://www.plants.usda.gov/characteristics.html).

Plant Fact Sheets and Plant Guides in the USDA PLANTS Database (http://www.plants.usda.gov/java/factSheet).

USDA Natural Resources Conservation Service (NRCS) Ecological Site Descriptions (http://esis.sc.egov.usda.gov).

USDA Forest Service (USFS) Fire Effects Information System (http://www.fs.fed.us/database/feis/plants).

Gardner, P.A., R. Stevens, and F.P. Howe. 1999. A handbook of riparian restoration and revegetation for the conservation of land birds in Utah with emphasis on habitat types in middle and lower elevations. Pub. No. 99-38, Utah Div. Wildl. Res., Salt Lake City, UT. 48pp.

**Footnotes:**

[1] **Species scientific and common names** are according to the USDA PLANTS database (http://plants.usda.gov).

[2] **Wetland indicator status** and definitions from the USDA PLANTS Database (http://plants.usda.gov), as abstracted from the following wetland reports:

BLM_0065936

U.S. Fish and Wildlife Service. 1988. *National list of vascular plant species that occur in wetlands.* U.S. Fish & Wildlife Service Biological Report 88 (26.9).

U.S. Fish and Wildlife Service. 1993. *1993 supplement to list of plant species that occur in wetlands: Northwest (Region 9).* Supplement to U.S. Fish & Wildlife Service Biological Report 88 (26.9).

**Indicator categories**

| Indicator Code | Wetland Type | Description |
|---|---|---|
| OBL | Obligate Wetland | Occurs almost always (estimated probability 99%) under natural conditions in wetlands. |
| FACW | Facultative Wetland | Usually occurs in wetlands (estimated probability 67%-99%), but occasionally found in non-wetlands. |
| FAC | Facultative | Equally likely to occur in wetlands or non-wetlands (estimated probability 34%-66%). |
| FACU | Facultative Upland | Usually occurs in non-wetlands (estimated probability 67%-99%), but occasionally found on wetlands (estimated probability 1%-33%). |
| UPL | Obligate Upland | Occurs in wetlands in another region, but occurs almost always (estimated probability 99%) under natural conditions in non-wetlands in the regions specified. If a species does not occur in wetlands in any region, it is not on the National List. |
| NA | No agreement | The regional panel was not able to reach a unanimous decision on this species. |
| NI | No indicator | Insufficient information was available to determine an indicator status. |

**Regional Indicators** express the estimated probability (likelihood) of a species occurring in wetlands versus non-wetlands in NRCS Regions 7 and 8 (which comprise the majority of the Colorado River Basin). Regional Indicators reflect the unanimous agreement of the Regional Interagency Review Panel. An asterisk (*) following a regional Indicator identifies tentative assignments based on limited information from which to determine the indicator status. A positive sign (+) indicates that the species falls into the higher end of the category, while a negative sign (-) indicated that the species falls into the lower end of the category.

[3] **Mycorrhizal status:**

Association:
**O** = Obligate mycorrhizal
**M** = Strongly mycorrhizal
**F** = Facultative mycorrhizal
**N** = Non-mycorrhizal
**NI** = No information

Type:
**En** = Endomycorrhizal (arbuscular)
**Ec** = Ectomycorrhizal
**Y=** Mycorrhizal dependent

BLM_0065937

[4] **Threshold salinity** indicates the level of soil salt concentration at which plant performance begins to be observably or measurably reduced.  **Maximum salinity** indicates that level at which plant viability, growth and/or performance are severely or permanently curtailed.

Selected riparian species salinity tolerance literature

Anderson, B.W. 1995.  Salt cedar, revegetation and riparian ecosystems in the Southwest.  Proc., Calif. Exotic Plant Pest Council 1995 Symp.  13pp. (http://ucce.ucdavis.edu/freeform/ceppc/documents/1995_Symposium_Proceedings1797.PDF).

Anderson, B.W., and R.D. Ohmart. 1979.  Riparian revegetation: an approach to mitigating for a disappearing habitat in the Southwest, pp. 481-487.  In: The mitigation symposium: a national workshop on mitigating losses of fish and wildlife habitats.  USDA For. Serv., Rocky Mount. For and Range Exp. Sta. Gen. Tech. Rep. RM-65.  Fort Collins, CO.

Anderson, B.W., and R.D. Ohmart. 1984.  Final report – vegetation management study for the enhancement of wildlife along the lower Colorado River.  U.S. Dep. Int., Bur. Recl. Contract No. 7-07-30-V0009.  529pp.

Bernstein, L. 1958.  Salt tolerance of grasses and forage legumes.  USDA Agric. Info. Bull. No. 194.  7pp.

Bernstein, L. 1964.  Salt tolerance of plants.  Agric. Res. Serv., Washington, DC.  23pp.

Blight Native Seeds Ltd. 2000.  Salt tolerance of plants. http://www2.portage.net/~blight/bns_2.html.

Branson, F.A., R.F. Miller and S.K. Sorenson. 1988.  Tolerances of plants to drought and salinity in the western United States.  U.S. Geol. Surv. Water Resources Invest. Rep. 88-4070.  16pp.

Byron, J. 2002.  Salt tolerance of landscape species evaluated.  California Agric. 56(4): 121-122 (July-August).

Federal Water Pollution Control Administration. 968.  Water quality criteria: report of the National Technical Advisory Committee to the Secretary of the Interior.  Federal Water Pollution Control Administration, Department of the Interior, Washington, DC.  234pp.

Food and Agriculture Organization (FAO).  Agricultural drainage water management in arid and semi-arid areas.  FAO Irrigation and Drainage Paper No. 61. http://www.fao.org/DOCREP/005/Y4263E.htm.

Horton, J. S., and J. R. Erickson. 1973.  Salvage of water due to phreatophyte clearing, Shelton Farms, Arkansas River Valley, Colorado.  Water Resources Associates, Inc.  16pp.

BLM_0065938

Horton, J. S., F. C. Mounts, and J. M. Kraft. 1960. Seed germination and seedling establishment of phreatophyte species. USDA For. Serv., Rocky Mount. For. and Range Exp. Sta. Paper No. 48. Fort Collins, CO.

Jackson, J., J.T. Ball, and M.R. Rose. 1990. Assessment of the salinity tolerance of eight Sonoran desert riparian trees and shrubs. USDI Bur. Recl. And Univ. Nevada Desert Res. Inst. Rept. 102pp.

Kotuby-Amacher, J., R. Koenig and B. Kitchen. 2000. Salinity and plant tolerance. Utah St. Univ. Coop. Ext. Publ. AG-SO-03. 8pp.

Maas, E. V., and S. R. Grattan. 1999. Crop yields as affected by salinity. In: Skaggs, R. W. and Schilfgaarde (eds). Agricultural drainage. Agronomy Monograph No. 38. American Society of Agronomy, Madison, WI.

Majerus, M.E. Undated. Sprigging rhizomatous grasses in saline-alkaline soils. USDA-NRCS Plant Materials Cen., Bridger, MT. 10pp.

Majerus, M.E. 1996. Plant materials for saline-alkaline soils. Plant Materials Tech. Note No. 26 (revised). U.S. Dep. Agric., Nat. Resources Conserv. Serv., Bridger, MT. 5pp.

McDaniel, K.C., K.W. Duncan, and J.P. Taylor. 2000. Saltcedar (*Tamarix* spp.) control in New Mexico, pp. 173-184. In: Center for Grazinglands and Ranch Management. Proc., Rangeland Weed and Brush Management: the Next Millennium Symposium. Oct. 19-21, 2000. San Angelo, TX.

McWilliams, D. 2003. Soil salinity and sodicity limits efficient plant growth and water use. New Mexico St. Univ. Coop. Ext. Serv. Guide A-140. 4pp.

National Technical Advisory Committee. 1968. Water quality criteria. Fed. Water Pollution Contr. Admin., Washington, DC. (pp. 146-155).

Natural Resources Conservation Service. 2002. Conservation practice standard and specification no. 571 – soil salinity management. USDA-NRCS Tech. Guide, Sect. IV (State-specific). (http://www.nrcs.usda.gov/technical/efotg/).

Natural Resources Conservation Service. 1996. Plant materials for saline-alkali soils. NRCS Montana Plant Materials Tech. Note No. 26 (rev). USDA-NRCS, Bridger, MT. 5pp.

Natural Resources Conservation Service. 1994. Salt tolerance of plants. NRCS Idaho Plant Materials Tech. Note No. 9 (rev). USDA-NRCS, Boise, ID7pp.

Ogle, D. 1994. Salt tolerance of plants. Plant Materials technical Note No. 9, USDA Natural Resources Conservation Service, Boise, ID. 6pp.

BLM_0065939

Shafroth, P. B., V. B. Beauchamp, M. K. Briggs, K. D. Lair, M. L. Scott, and A. A. Sher. 2008. Planning riparian restoration in the context of *Tamarix* control in western North America. Journal of Ecological Restoration 16(1):97-122.

Shafroth, P.B., J.M. Friedman, and L.S. Ischinger. 1995. Effects of salinity on establishment of *Populus fremontii* (cottonwood) and *Tamarix ramosissima* (saltcedar) in southwestern U.S. Great Basin Nat. 55:58-65.

Smith, S.D., D.A. Devitt, A. Sala, J.R. Cleverly, and D.E. Busch. 1998. Water relations of riparian plants from warm desert regions. Wetlands 18:687-696.

Soil Conservation Service. 1967. Irrigation water requirements. Technical Release No. 21. Engineering Div., USD Soil Conserv. Serv.

Stannard, M., D. Ogle, L. Holzworth, J. Scianna, and E. Sunleaf. 2002. History, biology, ecology, suppression and revegetation of Russian olive sites (*Eleagnus angustifolia* L.). USDA Nat. Resources Conserv. Serv. Plant Materials Tech. Note No. 47. 14pp. (Good salt tolerance tables for numerous species at end of document)

Swift, C. E. 1997. Salt tolerance of various temperate zone ornamental plants. Tri River Area, Colorado State University Cooperative Extension, Grand Junction, CO. 9pp. http://www.colostate.edu/Depts/CoopExt/TRA/PLANTS/stable.html.

Taylor, J.P., and K.C. McDaniel. 1998. Restoration of saltcedar (*Tamarix* sp.)-infested flood plains on the Bosque del Apache National Wildlife Refuge. Weed Technol. 12:345-352. Also located at (http://bhg.fws.gov/Literature/newpage12.htm).

Taylor, J.P., D.B. Wester, and L.M. Smith. 1999. Soil disturbance, flood management, and riparian woody plant establishment in the Rio Grande floodplain. Wetlands 19(2):372-382.

U.S. Salinity Laboratory. 1954. Plant response and crop selection for saline and alkali soils (Chapter 4), pp. 55-59. In: Diagnosis and improvement of saline and alkali soils. USDA Agric. Handbook No. 60.

Weber, D. J., and J. Hanks. 2008. Salt tolerant plants from the Great Basin Region of the United States (Chapter 5), pp. 69-106. In: Khan, M. A., and D. J. Weber (eds). Ecophysiology of high salinity tolerant plants. Springer Science + Business Media.

Wiesenborn, W.D. 1995. Vegetation management study, lower Colorado River. Phase II final report. Bur. Recl., Lower Colo. Reg., Boulder City, NV. 72pp. (salinity tolerance table, p. 7)

Wiesenborn, W.D. 1996. Saltcedar impacts on salinity, water, fire frequency, and flooding, pp. 9-12. In: University of California Cooperative Extension. Proceedings of the Saltcedar Management Workshop, June 12, 1996. Rancho Mirage, CA.

BLM_0065940

**[5] Origin / Life History Status:**

| Origin: | Life History: |
|---|---|
| N = Native to Continental U.S. | A = Annual |
| I = Introduced to Continental U.S. | B = Biennial |
| | P = Perennial |

**[6] Typical Successional (Seral) Status on Disturbed Sites: \*\***

P = Pioneer (newly disturbed sites)
E = Early Seral
M = Mid-Seral
L = Late Seral

[adapted from Successional Status materials and citations in the USFS Fire Effects Information System, http://www.fs.fed.us/database/feis/plants. See this site for comprehensive literature citations on this topic].

\*\* The terms used in this context are intended to connote establishment capability, establishment timing and duration, and subsequent ecological niche occupation on riparian sites following natural or anthropogenic disturbance, particularly on sites affected by infestation and/or removal of *Tamarix*. Many of the riparian species listed in this table, however, are naturally maintained by periodic (seasonal) overbank flooding. Dams and reservoir systems that change the natural timing and volume of seasonal water flow may reduce recruitment and vigor of otherwise stable, mid- to late-seral species, particularly in the absence of periodic flooding. Replacement of species may not occur under these scenarios. This may alter floodplain / riparian disturbance characteristics and associated species-specific successional dynamics, strategies and trajectories over time. As one example according to Johnson et al. (1989), Fremont cottonwood can often assume both "climax" and "pioneer" successional roles in Clementsian successional terminology. Therefore, traditional terminology of biological succession often does not provide good descriptors of the auto- and synecological dynamics of these species individually and of riparian communities collectively. River hydrology (amounts, timing, frequency, and duration) is typically the driving successional force in these communities, and has greatest impact upon true successional status of a given species or guild of species.

Johnson, R. Roy; Bennett, Peter S.; Haight, Lois T. 1989. Southwestern woody riparian vegetation and succession: an evolutionary approach. In: Abell, Dana L., technical coordinator. Proceedings of the California riparian systems conference: Protection, management, and restoration for the 1990's; 1988 September 22-24; Davis, CA. Gen. Tech. Rep. PSW-110. Berkeley, CA: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station: 135-139. [13515].

BLM_0065941

# Appendix D: Conceptual Framework for Dolores River Riparian Action Plan

Achieving the vision of DR-RAP requires a conceptual framework that guides planning and implementation. The conceptual framework is a model of how the river system and associated riparian areas function currently and how they are expected to function in the future.

Components of the model that must be considered include:

- Specification of the ecological and physical conditions desired in the riparian areas – in other words, identify what conditions should be present – not historically, but pragmatically given altered flows and change in climate.
- Native plant species establishment and growth
- The role of native plants in providing habitat for native animals
- The role of riparian areas in supporting aquatic ecosystem function
- Tamarisk (and other non-native plant) dispersal, establishment, and growth
- Non-native plant species relationship to native plants and animals
- The influence of non-native plant species on hydrological and geomorphological processes
- Hydrologic processes as they govern and support riparian area function
- The effects of tamarisk beetle on tamarisk establishment, growth, distribution, and abundance
- The effects of cattle and wildlife grazing and trampling on native plant establishment and growth
- Possible social, political, and resource constraints on project implementation and maintenance
- Possible effects of climate change on hydrologic and plant processes

It is important to recognize that none of these components can be known perfectly. For some aspects of the model there exists objective evidence to guide understanding of the component. When evidence runs out, concepts must be formulated from basic ecological principles. Since our understanding is limited, all work will be conducted in an 'adaptive' framework, where lessons learned through implementation and monitoring will inform the next stage of work.

BLM_0065942

Figure 1. Model of relationships among key components of the Dolores River riparian areas
[Note: Needs further review and elaboration.]



Created by The Nature Conservancy

BLM_0065943

# Appendix E:  System Stressors & DR-RAP's Assumptions

To successfully work towards DR-RAP's **Vision** it is necessary to prioritize areas throughout the river where restoration actions will best meet the plan's ecologic, social, economic, and management **Goals**.  Therefore, DR-RAP provides a list of **Criteria for Prioritizing Restoration Actions** as well as a **Decision Tree for Tamarisk Control**.

In order to define these site selection criteria, it is important to identify the many ecological and anthropogenic "stressors" that affect the relationship between tamarisk and native species dominance on the Dolores River.  Some of these stressors can be mitigated through tamarisk control and revegetation efforts.  Other stressors are not directly addressed in by this project but still have bearing on the site prioritization criteria due to their ecological impacts.  The Criteria **for Prioritization** are based on scientifically founded **Assumptions** that direct how this plan addresses these stresses which are termed "**System Stressors**".

These **Assumptions** link the restoration actions recommended in this document back to DR-RAP's **Goals** by allowing that: if the sites recommended by the **Criteria for Prioritization** are restored, based on the **Assumptions** listed below, DR-RAP's **Goals** will be met.

**Stressors** associated with the Dolores River system are listed below along with the **Assumptions** that this plan is operating under to mitigate these pressures.

## System Stressors & Associated Assumptions

**Tamarisk** – Though a myriad of factors affect the health of the Dolores River, the invasion of tamarisk is a particular focus for land managers due to its extensive growth patterns which can displace native vegetation and affect the health and sustainability of these vegetative communities.  In many cases, tamarisk control and the reestablishment of native vegetation is the most critical activity necessary to begin the restoration of western river systems.

Infestations of the non-native tamarisk (*Tamarix* spp., also known as saltcedar), occur on approximately 3,600 acres along 180 miles of the Dolores River between McPhee Reservoir and its confluence with the Colorado River.  Additionally, there are approximately 900 acres in Davis Canyon, La Sal Creek, West Creek, and Disappointment Creek.  The vast majority of these tributary infestations (736 acres) occur in the Disappointment Creek drainage.  These stands can out compete and displace native riparian and adjacent upland vegetation, exploit valuable water resources, provide inferior habitat and forage for wildlife, increase the risk of damage to native vegetation by wildfire, and provide a seed source for continued infestations (see Appendix A).

    **Tamarisk Assumptions:**
    Tamarisk Eradication is Not Possible – Tamarisk will always be a part of the river system in
    the Dolores watershed (i.e., complete eradication is not possible and is not DR-RAP's goal),
    but we expect that in any given location, an attainable goal is that tamarisk cover is never
    greater than about 5%.[1]  At this level, it is assumed that tamarisk will have a minimal affect

---

[1] Rocchio, Colorado Natural Heritage Program, 2006

BLM_0065944

on biodiversity and riparian functioning.  Long-term maintenance of the invasive species and
restoration will always be needed.
- o   This Assumption informs Ecological Goal 1.

As Eradication is Not Possible, Tamarisk Seed Sources Will Always Be Present –Tamarisk
seeds are likely dispersed widely through wind as well as by water and are likely to affect
restoration efforts upstream as well as those downstream[2].  Thus, restoration efforts should
occur throughout the watershed in discrete sites that are likely to achieve success, thus
moving the entire river towards greater sustainability.
- o   This Assumption informs Guiding Principle 4.

Healthy Native Vegetation is Superior to Tamarisk – Science supports the value of DR-
RAP's  vision in that – where it is possible to successfully replace tamarisk with a
sustainable, healthy riparian community – the ecosystem will likely benefit in the following
ways:  biodiversity increase, habitat value increase, sediment transfer regimes improve,
native vegetation seed sources increase, tamarisk seed sources decrease, fire threat to existing
stands of native vegetation decrease, and water use by riparian vegetation is more beneficial
to the system (see Appendix A).
- o   This is an overarching Assumption in the plan but also directly informs the Vision
and Ecological Goals 1 and 3.

**Tamarisk Treatment and Restoration/Revegetation Methods** – Best Management Practices
(BMPs) for tamarisk control and subsequent restoration and revegetation are constantly evolving.
Due to this evolution and the inherently site specific nature of restoration work, it is difficult to
create a definitive guide to tamarisk control and restoration work.  However, there are many
resources available for restoration practitioners to use, along with professional judgment, in the
process of Implementation Planning.  BMPs have been, and are currently being, extensively
documented.  Appendix C: Tamarisk Management & Restoration is a comprehensive look at
current control, biomass reduction, revegetation, monitoring, maintenance techniques, and cost
estimation techniques.  An example of ongoing efforts is a new publication titled "A Best
Management practices for revegetation after tamarisk removal in the Upper Colorado River
Basin Handbook." This handbook is currently available and can be obtained by filling out this
order form.

**Tamarisk Treatment and Restoration/Revegetation Method Assumptions:**
Implementation Plans will Provide Detail necessary to Conduct Successful Restoration –The
DR-RAP document is provided as a resource to restoration practitioners in the Dolores River
Watershed.  Landowners, land managers, and contractors will be responsible for taking
information provided in this document, along with professional judgment and other
applicable resource to create site specific restoration Implementation Plans that will
ultimately lead to the successful achievement of DR-RAP's goals.
- o   This is an overarching Assumption in the plan.

---

[2] Pearce, Cheryl, and Smith, Derald G., 2003, Saltcedar: Distribution, Abundance, and Dispersal Mechanisms,
Northern Montana, USA, WETLANDS, v. 23, No. 2, p. 215-228.

BLM_0065945

<u>Where Feasible, Passive Restoration is Preferred Over Active Restoration</u> – Passive restoration is less expensive, less labor intensive, and is more likely to result in a sustainable outcome as the plants are naturally establishing.  For these reasons it should be used wherever site conditions and land owner/managers desires allow.  In general, passive restoration, and restoration in general, is more likely to succeed in riparian areas still connected to the active river hydrology.  Considerations that would negate this assumption include: high public use areas requiring highly successful and timely revegetation, areas where passive revegetation is less likely to succeed (such as upland terrace sites disconnected to the hydrology), and areas where post project monitoring has indicated a failure of passive revegetation.

    o   This is an overarching Assumption in the plan.

<u>Tamarisk Treatment Methods Must be Chosen with Revegetation Methods in Mind</u> – There is no direct relationship between type of tamarisk infestation and control or revegetation method chosen.  Innumerable combinations of tamarisk treatment options and revegetation methods can result in successful restoration.  It is critical that each site be approached with a holistic plan spanning from removal to restoration as control options chosen can have very direct implications for the success of various revegetation methods (see Appendix C).  Implementation Plans will consider these site specific relationships.

    o   This is an overarching Assumption in the plan.

<u>Sites With Good Native Seed Sources Present are More Likely to Succeed</u> – Good native seed sources are imperative to support passive restoration success and long-term sustainability of the riparian areas.  As such, initial resources are prioritized to locations with abundant and healthy native vegetation, to increase chances of these sites maintaining quality native vegetation communities.

    o   This Assumption informs Table 1: Criteria A, D, & F and Table 2: Criteria E and both Decision Trees.

<u>Site Specific Revegetation Efforts will Consider Revegetating the Understory Grasses and Shrubs</u> – Revegetating the understory is a critically important step of riparian restoration and will be considered in BLM Implementation Plans.

    o   This is an overarching Assumption in the plan.

**Tamarisk Leaf Beetle (*Diorhabda spp.*)** – The tamarisk leaf beetle as a system stressor is complex as it is directly affecting another stressor, tamarisk.  While the beetle is indeed interacting with the system as a whole, currently little is known about those interactions.  Therefore, it is considered here mainly as a tamarisk stressor.

*Diorhabda* was first introduced to the Dolores watershed in 2004 at its confluence with the Colorado River.  Since 2008, the tamarisk leaf beetle has caused large-scale defoliation of tamarisk along much of the Dolores River.  *Diorhabda* induced tamarisk mortality is achieved through a series of defoliation/refoliation cycles, in which a tamarisk stand completely, refoliates following a defoliation event.  At least six such events must occur over the course of three

BLM_0065946

growing seasons to kill tamarisk and mortality is never 100%[3]. For more information on tamarisk biological control state of the science and movements within the Dolores River corridor, see Appendix B.

**Tamarisk Leaf Beetle Assumptions:**

Percent Tamarisk Mortality Could Equal 50% & Will Be Monitored – Dr. Dan Bean of the Colorado Department of Agriculture Palisade Insectary has postulated that 50% tamarisk morality can be expected throughout the Upper Colorado River Basin, including the Dolores River, within the next four to five years. However, mortality rates at test sites in Utah, Wyoming, and Nevada have ranges from 10% to 80% at any given site[4]. These values may not accurately reflect conditions in the Dolores River system. Thus, monitoring data will be required to provide a better indication of the true rate of mortality over the next five years.

    o   This Assumption informs Ecological Goal 5 and all of Table 2.

Stressed & Healthy Tamarisk will Experience Some Level of Mortality – Current evidence from the field suggests that tamarisk beetles prefer to predate succulent new and healthy tamarisk trees. Such stands are often well connected to the water table and occupy riparian to mesic sites. However, the beetle has the greatest impact on those that are older and stressed – a common condition in upland. In light of these findings it is unclear whether the leaf beetle will cause mortality rates to be higher in riparian zones or upland areas. For now it is assumed that the beetle will impact both types of tamarisk growth to some extent.

    o   This Assumption informs Ecological Goal 5 and all of Table 2.

Beetle will Decrease Tamarisk Seed Production – The ubiquitous presence of the tamarisk leaf beetle is degrading tamarisk seed production and starting to cause stress to the plants[5]. The beetle will likely be an important factor in regulating establishment/recruitment of new tamarisk plants; i.e., the tamarisk leaf beetle will be a part of the system and provide a long-term suppression strategy.

    o   This Assumption informs Guiding Principle 4 and all of Table 2.

Vegetation Present, Native or Non-Native, in Surrounding Area will Replace Tamarisk – Evidence suggests that the vegetation present in and around a tamarisk stand will replace it when the tamarisk is stressed/killed by the leaf beetle.[6] Thus, when considering beetle impacted areas that may require active revegetation those with high levels of secondary non-native, invasive species should be considered a priority. Evidence suggests that approximately 5% to 10% native riparian plant canopy cover and 25% upland, arid to xeric,

---

[3] Bean DW. 2009. What are the implications of active biocontol in the Upper Basin? Implications in the Lower Basin? Colorado Department of Agriculture, Unpublished Extended Answer to Question 7 for the 2009 Evapotranspiration Panel Report, Colorado River Basin Tamarisk and Russian Olive Assessment.

[4] Tamarisk Coalition. 2009. Independent peer review of tamarisk and Russian olive evapotranspiration Colorado River Basin. Grand Junction, Colorado, USA.

[5] Bean, D. Personal Communication. 2009 Feb 26. Colorado Department of Agriculture.

[6] Norton A. 2009. "Response of Tamarix and non-target vegetation to *Diorhabda cainulata* releases: data from Colorado. Presented at the 2010 Tamarisk Symposium, January 12-13, 2010.

BLM_0065947

canopy cover are required for passive revegetation to occur[7]. As a result, areas with lesser concentrations of native canopy cover or a likelihood of reinvasion by other non-natives should be monitored for the need for restoration efforts.

    o   This Assumption informs Goal 5 and all of Table 2.

**Hydrology** – The Dolores River's flow regime has long been altered by historic irrigation and municipal diversions and was significantly changed again when McPhee Reservoir was completed in 1985. These alterations have modified the magnitude and timing of seasonal high flows, which play a driving role in: (1) establishing (and maintaining) native riparian vegetation; (2) in determining the successional trajectory of native plant communities; and (3) in promoting and renewing landscape level diversity in vegetation and habitat. (It should be noted that in the section of the Dolores River below the free flowing San Miguel River these affects could be less prevalent.) Appropriately timed periodic, high flows (i.e. pulsed flows) establish, maintain and diversify native riparian vegetation as they:

- Help to maintain lower salinity levels by flushing accumulated salts out of the soil,
- promote channel migration and the movement and deposition of coarse sediments to higher levels in the floodplain,
- Provide sediments and nutrients that new plants often need for establishment,
- Deposit bare sediments that are essential for natural establishment of native vegetation (e.g., cottonwood seeds require bare sediment) thus promoting landscape heterogeneity,
- Scour channel margins, preventing tamarisk establishment and reinvasion in these areas by the removal and/or burial of seedlings, and
- Counteract the influences of water development that affect the maintenance of appropriate overall channel width, which lowers water tables by increasing channel depth; thus, disconnecting many formerly riparian areas from active river hydrology and decreasing the total extent of riparian vegetation.

In some regulated river systems, researchers and water managers have shown it is possible to manage for pulse high flows in order to successfully germinate and recruit native cottonwood-willow vegetation, even with existing tamarisk infestations. But even under relatively intact hydrologic regimes, tamarisk is likely to establish[8] and well established stands of tamarisk are often able to withstand even high flood pulses and would affect native plant recruitment even with improved flows.[9] In summary, while it is known that the hydrologic alterations in the Dolores River watershed exacerbate the tamarisk issue and compound the complications of native species restoration, the intricacies of these relationships are not entirely known.

---

[7] Sher, A.A., K. Lair, M. DePrenger-Levin, and K. Dohrenwend. 2010. "Best Management Practices for Revegetation after Tamarisk Removal in the Upper Colorado River Basin Handbook". Denver Botanic Gardens, Denver, CO, USA.

[8] Merritt, D.A., and N.L. Poff. Shifting dominance of riparian *Populus* and *Tam*arix along gradients of flow alteration in western U.S. rivers. *Ecological Applications* (In Press)

[9] Merritt, David. "Dolores River Dialogue Riparian Vegetation Analysis." Core Science Report for The Dolores River Dialogue. July 2005. Available at: http://ocs.fortlewis.edu/drd/pdf/coreScienceReport.pdf. Jan 2010.

BLM_0065948

Pilot projects examining tamarisk and sediment interactions in the context of flow would be helpful to better understand these interactions in the Dolores River watershed. For a more complete discussion on hydrology related to tamarisk infestations see Appendix A.

**Hydrology Assumptions:**

Restoration Actions will be Guided by the Current Flow Regime – It is unlikely that the Dolores River below McPhee Reservoir will have the full complement of natural flows that existed prior to water development and diversions within the next 5 years. Restoration efforts should be guided by existing conditions. Although 'natural' flows in the Dolores River below McPhee Reservoir are unlikely, it is apparent that spills could be managed to support ecological processes. The Nature Conservancy and other stakeholders will continue to work with the Dolores River Dialogue and associated flow committees to achieve spills that are maximally supportive of channel and riparian processes and benefit this restoration project. Areas below the San Miguel confluence may already have sufficient natural flows that passive restoration will occur.

   o   This Assumption informs Ecological Goal 1 and Table 1: Criteria A & E.

 Native Vegetation is More Likely to Successfully Establish & Persist in Riparian Areas Through Active or Passive Restoration – Riparian sites closely correlate with hydrologic (shallow groundwater; $\leq$ 2 meters), hydrographic (frequent seasonal river overbank flows), and soil salinity (electrical conductivities [EC's] less than 4 mmhos cm$^{-1}$) regimes necessary to promote and sustain establishment of native phreatophytic plants such as cottonwoods (*Populus* spp.) and/or willows (*Salix* spp.).

   o   This Assumption informs Ecological Goal 1and Table 1: Criteria A & E.

Native Vegetation is Less Likely to Successfully Establish & Persist in Upland Floodplain Terrace Areas Through Active or Passive Restoration and will Likely Require Active Revegetation – Sites disconnected from the active river channel and the true riparian area may suffer more beetle kill, but are less likely to experience native species restoration without active intervention. The more distal zones of the historic floodplain are typically comprised of upper terraces exhibiting deeper water tables (> 2 meters), higher soil salinity (electrical conductivities < 4 mmhos cm$^{-1}$), and flood frequencies often exceeding 5 years.[10] This zone corresponds to the hydrologic, hydrographic, and salinity regimes that typically support arid to xeric upland vegetation commonly characterized by facultative or non-phreatophytic shrub / forb / grass associations.

   o   This Assumption informs Ecological Goal 1 and Table 1: Criteria A & E.

Tamarisk Establishment that is Likely Under Any Flow Regime can be Mitigated – Increasing native species seed sources and, thus, recruitment opportunities, while tamarisk seed sources are decreased will give native species a competitive edge. Additionally, tamarisk numbers will be reduced to a level that can be sustainably maintained by land owners and managers.

   o   This Assumption informs the Vision, all Ecological Goals, and all Criteria.

---

[10] Tamarisk Coalition. 2009. Independent peer review of tamarisk and Russian olive evapotranspiration Colorado River Basin. Grand Junction, Colorado, USA.

BLM_0065949

<u>Dolores River Restoration Sites Below the San Miguel River May be More Likely to Succeed</u> – Locations downstream of the San Miguel and connected to river processes are more likely to experience passive restoration and long-term sustainability because of the largely intact flood flows on the San Miguel.
- o   This is an overarching Assumption in the plan and informs Guiding Principle 4.

**Livestock and Wildlife Grazing** – Livestock grazing within the Dolores River watershed has important implications, economically and ecologically, that land managers incorporate into their management practices.  As tamarisk is controlled and revegetation efforts progress, there are additional implications that must be addressed.  Seedling grasses and shrubs may require several years to get established to a point that they are self sustainable.[11]  Cottonwoods and willows are also susceptible to grazing when young.  Several years without significant livestock grazing may be required to establish cottonwoods well enough to survive to adulthood.[12]

Wildlife grazing can also degrade shrub and tree plantings through grazing.  Beaver have been known to cause significant damage to cottonwoods after the trees are made accessible through tamarisk removal.  Thus, it is important to protect newly planted shrubs and trees and it may be equally important to protect existing ones as well, particularly cottonwoods.

**Livestock and Wildlife Grazing Assumptions:**
<u>Best Management Practices (BMP) for Livestock Grazing will be Used on Project Sites</u> – Within recommended/work sites, BMPs for livestock grazing will be incorporated by the land owner or manager.  BLM offices currently require that BMPs be used in restoration efforts and NRCS can provide similar guidance for private landowners (see Appendix G).
- o   This Assumption informs the Feasibility Characteristic – "Landowner is willing".

<u>Appropriate Exclusions will be Placed for Wildlife and Livestock</u> – Where appropriate, based on site specific information collected during the Implementation Plan phase, wildlife and/or livestock exclusions will be placed.  These exclusions will remain in place until current or revegetated plants can be naturally sustained (see Appendix G).
- o   This Assumption informs the Feasibility Characteristic – "Landowner is willing".

**Geomorphology** – Tamarisk can affect the geomorphology of a river system by trapping sediments and converting braided channels into single thread channel configurations.  In the Dolores River these conditions are complicated and are closely associated with hydrology, dense vegetation growth, altered low-flow levels and truncated high seasonal flows.  Monitoring geomorphic conditions as they relate to tamarisk and the tamarisk leaf beetle would be very useful to more fully understand the alterations this project is causing in the watershed.

A tamarisk removal and revegetation pilot project could serve to better understand the interrelationship between restoration efforts and geomorphology.

---

[11] Scott Nissen, Colorado State University Weed Scientist, personal communication, November 18, 2009.
[12] Terry Ireland and Scott Miller, US Fish and Wildlife Service

BLM_0065950

**Geomorphology Assumptions:**

<u>Removing Tamarisk can Improve Geomorphology</u> – Though there is little evidence to prove that tamarisk removal and subsequent revegetation improves geomorphic processes, many restoration efforts operate on this principle (i.e., the Colorado River Army Corp of Engineers 206 Project). Monitoring efforts and/or a pilot project would do much to provide more information concerning this issue.

- o This Assumption informs a portion of the Vision that replacing tamarisk with native vegetation is beneficial.

**Saline soils and arid conditions** – Both saline soils and arid conditions are common to the Dolores River system due to natural and anthropogenic influences. A notable natural phenomena occurs in Paradox Valley, where a collapsed salt dome has produced some of the most saline conditions on the Dolores River, and, conspicuously, the largest acreages of tamarisk. This issue is exacerbated along the main stem by several tributaries, most notably Disappointment Creek and Coyote Wash. Disappointment Creek flows through marine deposited Mancos Shale substrate, a soil type containing high levels of natural minerals. These mineral levels have become more concentrated in the creek, and thus the Dolores, due to irrigation water leaching higher mineral concentrations from the soil than natural process may have extracted. Coyote Wash's influence is less well known, and may be related to the Paradox salt dome phenomena, but is evident in the stark vegetation change approaching the confluence of the Dolores River and the wash. Such conditions have given halophytic tamarisk a competitive advantage over many native species and provide many restoration challenges.

Additionally, low precipitation levels favor the facultative phreatophytic, drought tolerant tamarisk over many native obligate phreatophytes. Lack of water also makes revegetation of native species particularly challenging.

**Salinity and Aridity Assumptions:**

<u>Riparian Areas Slated for Restoration are Less Affected by Salinity and Aridity Issues</u> – Saline, arid conditions are a larger problem outside of the riparian areas targeted by DR-RAP's efforts. Thus, working mainly in areas that are more frequently flushed off salts and that are closer to the water table will help alleviate these issues.

- o This Assumption informs Ecological Goal 1 and Table 1: Criteria A & E.

<u>Salt Tolerant Plants will Survive in Saline and Arid Project Areas</u> – These conditions can be mitigated by using plant materials that are salt and drought tolerant. Throughout the system there are healthy plant communities that tolerate these conditions and, if tamarisk competition is removed, they will do well. Most of these salt and drought tolerant plants are upland species and will not fully satisfy the goal of restoring native riparian plants. However, where no riparian plants can survive, these species will provide valuable ground cover, habitat, and will help resist tamarisk reinvasion or secondary weed infestations (see Appendix C for native plant salt tolerance levels). Additionally, several priority sites could be identified that can provide important information on BMP under these conditions.

- o This Assumption informs Ecological Goal 3 & 7 and will inform Implementation Plans.

E - 8

BLM_0065951

**Herbaceous and Woody invasives** – The Dolores River is both extensively and intensively infested with Russian knapweed. Other herbaceous weeds of concern include hoary cress and Dalmatian and yellow toadflax. Woody species of concern include Siberian elm and Russian olive. While there are many known control mechanisms for each of these species, their levels of effectiveness vary (for more information see Appendix F). For this reason, BLM Implementation Plans concerning other herbaceous or woody invasive species should use current BMPs. If possible, pilot projects should be constructed to answer BMP questions about any of these species. For example, Colorado State University has agreed to develop several research plots in 2010 to develop a BMP for Russian knapweed in this river system.

**Herbaceous and Woody Invasives Assumptions:**
<u>These Species Must be Controlled at Project Sites to Achieve Success</u> – To ensure revegetation success, these invasives must be controlled during or following tamarisk control efforts.
- o This Assumption informs Ecological Goal 2.

<u>Specific Treatments for These Species will be Included in Site Specific Implementation Plans</u> – BLM or NRCS created Implementation Plans will address these species using current Best BPMs.
- o This Assumption informs Ecological Goal 2.

**Climate Change** – Climate change could alter factors in the watershed such as temperature and storm intensity as well as precipitation amount, frequency, seasonality, and form. The ecological and water system responses to these factors are, as yet, unknown.

**Climate Change Assumption:**
<u>Potential Impacts are Unknown</u> – The impacts of climate change on the ability to control tamarisk and restoration success is unknown.
- o This is an underlying Assumption in the plan that will be addressed using Adaptive Management.

# Expected Watershed Benefits

If the **Goals** of the DR-RAP are met based on the Assumptions described above, what can be expected watershed benefits? Site-specific, long-term success can be envisioned using the *Riparian Area Management – A User Guide to Assessing Proper Functioning Condition and the Supporting Science for Lotic Areas, a* joint publication by Bureau of Land Management, U.S. Forest Service, and the Natural Resources Conservation Service, as a guide. These agencies define "Proper Functioning Conditions" as:

1. There is a diverse age-class distribution of riparian-wetland vegetation (recruitment for maintenance/recovery).
2. There is diverse composition of riparian-wetland vegetation (for maintenance/recovery).
3. Species present indicate maintenance of riparian-wetland soil moisture characteristics.
4. Streambank vegetation is comprised of those plants or plant communities that have root masses capable of withstanding high stream flow events.

E - 9

BLM_0065952

5. Riparian-wetland plants exhibit high vigor.
6. Adequate riparian-wetland vegetative cover is present to protect banks and dissipate energy during high flows.
7. Plant communities are an adequate source of coarse and/or large woody material (for maintenance/recovery).

BLM_0065953

# Appendix F:  Management Assessment for Invasive, Non-native Species

**Introduction**

The following information is a tool intended to help assess the invasive species management needs of a given restoration site.  This appendix does not include specific control recommendations (e.g. for herbicides) for the following reasons:

- Site variables at the management scale including soil conditions, topography, proximity to water, occurrence of desirable plant species, access, etc., differ from site to site and need to be analyzed individually.
- New herbicides, and subsequently new research, come out every year.  Therefore, regional experts (e.g. county weed managers) should be consulted prior to management implementations for the latest site-specific recommendations. Contacts for county weed offices in the Dolores River watershed are:
  - Montezuma County – Don Morris 970-749-1345
  - Dolores County – Oma Fleming 970-677-2283
  - San Miguel County – Shelia Grother 970-327-0399
  - Montrose County – Laurie Mingen 970-249-5216
  - Mesa County – Jude Siorta 970-255-7120
  - Grand County, UT – Tim Higgs 435-259-1369
- Based on the Adaptive Management approach outlined in DR-RAP, adjusted methods and techniques may be applied to improve rates of success.

**WHENEVER USING HERBICIDES, ALWAYS READ THE LABEL FOR RATES, ADDITIVES, PRECATIONS, AND APPROPRIATE SITES FOR APPLICATION!**

## Russian knapweed (*Acroptilon repens*)

Russian knapweed is known to occur along the Dolores River in Montezuma, Dolores, San Miguel, Montrose, and Mesa[1] Counties in Colorado and Grand County Utah.

Information for Russian knapweed gathered from CSU Extension Service Fact Sheet No. 3.111 unless otherwise noted.

**Quick Facts**

- Russian knapweed is an herbaceous perennial that reproduces from seed with creeping roots and vegetative root buds.
- Russian knapweed emerges in early spring, bolts in May to June, and flowers through the summer into fall.

---

[1] Mesa County Management Strategy: Suppression throughout the county

BLM_0065954

- Russian knapweed is toxic to horses.
- Russian knapweed typically invades degraded areas, dominating the plant community and desirable plants such as perennial grasses.
- The key to Russian knapweed control is to stress the weed and cause it to expend nutrient stores in its root system.

**Identification**

Russian knapweed has a silvery green appearance, growing up to 3 feet tall. Rosette leaves are lobed and about 3-5 inches long. Stem leaves are linear, not toothed, and about 1 to 2 inches long. Flowers appear in May to June and occasionally late summer. They are purple and about ½ inch in diameter. The bracts below the petals are soft and greenish tan. Roots are black and scaly. Seedheads remain intact throughout the winter. Leaves and possibly roots of Russian knapweed release an allelopathic chemical to the soil, which prevents other species' seed from germinating.

NOTE: *Diffuse knapweed* and *spotted knapweed* both have similar flowers to that of Russian knapweed, but both have fern-like leaves throughout, and the bracts under the flowers differ from Russian knapweed.

**Photos**

  

Image 1: Russian knapweed flowers

Image 2: Russian knapweed plant

Image 3: Russian knapweed infestation

**Effective Known Management**

Herbicide application followed by competitive planting is the only method known that provides good control results.  Tillage, other than that necessary for seeding competitive plants, has been shown to spread small root pieces that can then sprout into new plants, resulting in a denser infestation. Seeding competitive, perennial grass species (cultural control) after Russian knapweed has been stressed by herbicide application is essential. The soil must be lightly tilled and left for a week or two before planting to allow the knapweed's allelopathic chemical to dissipate.[2]

---

[2] Mesa County Noxious Weed Plan (December 2009).

BLM_0065955

Recent research by CSU weed scientists indicates, however, that light tilling is unnecessary and can actually be counterproductive, as it can promote propagation of other herbaceous invasive species whose seeds are present on soil surface.[3]

No biological control agents are available for this species; however, one is under development and may be available shortly.

**Known Chemical Control**

In most circumstances, an herbicide alone will not effectively manage Russian knapweed. However, there may be situations where desirable plants within a Russian knapweed infestation may compete effectively with the weed if it is stressed with herbicides.  Russian knapweed has been controlled by picloram plus 2, 4-D, aminopyralid, clopyralid, clopyralid plus 2,4-D, and chlorsulfuron.

**Timing**

Russian knapweed is very susceptible to fall-applied herbicides and can be effectively treated as late as the end of October in most areas. It displays a distinct cycle of root bud development. In late summer (August into early September) Russian knapweed begins to develop buds on its roots that will emerge to form rosettes that fall or the following spring. Root buds continue to grow throughout the winter but once rosettes emerge in spring, remaining root buds slough off and no buds occur on roots until this cycle begins again in late summer. This active root bud growth and development in fall through winter may be the reason that Russian knapweed is susceptible to herbicides applied in fall and winter.

**Known Cultural Control**

Smooth brome will compete with Russian knapweed.  Research shows that streambank wheatgrass, thickspike wheatgrass, crested wheatgrass and Russian wildrye established after Russian knapweed was suppressed with herbicides. Sod-forming perennial grasses, like streambank or thickspike wheatgrasses, help prevent reinvasion better than bunch grasses like crested wheatgrass.

If the Russian knapweed stand is not too old and desirable grasses are still present, stimulating grass growth by irrigation (where possible) and fertilization should increase grass competition with knapweed and keep the weed under continual stress.

---

[3]Nissen, Scott J. (November 16-17 2009 Presentation) Gateway, CO.

BLM_0065956