## Attraction Lights Proposal



## Issenberg Design Proposal



Page 35 of 35

BLM_0066671

# RIDGWAY COMPREHENSIVE PLAN

# PRESCRIPTIVE ENERGY CODE
# AND GREEN BUILDING STANDARD
# PROGRAM FOR RESIDENTIAL
# AND COMMERCIAL CONSTRUCTION

Town of Ridgway
FINAL: April 7, 2010

BLM_0066672

TABLE OF CONTENTS

I.   Introduction and Purpose

II.  Background Information

III. Goals

IV. Committee Meetings

V.  Action Plan

VI. Attachments
    A.    Prescriptive Energy Code and Green Building Standard
    B.    Amendments to 2006 IECC Commercial Requirements
    C.    Volunteer Strategies, Resources, and Incentives
    D.    Volatile Organic Compounds Awareness Sheet

BLM_0066673

## I.  INTRODUCTION AND PURPOSE

There are a number of state, federal, and local regulations and/or resources that manage and facilitate energy and water conservation, green building, and alternative energy initiatives.  The Town of Ridgway Prescriptive Energy Code and Green Building Standard provides a single resource for owners, builders, contractors, designers, architects, and others living, working and developing in the Town of Ridgway.

The Prescriptive Energy Code summarizes key requirements of the adopted 2006 International Energy Code (IECC), and identifies additional, cost-effective opportunities for energy conservation in residential development.  Similarly, the Green Building Standard summarizes key requirements of the 2006 IECC, incorporating additional, cost-effective opportunities for developing healthy residences. Amendments to some fenestration, insulation and mechanical system requirements for commercial building requirements in the 2006 IECC are also presented.  Finally, volunteer strategies, resources, and incentives for existing and new structures are identified and will be updated as appropriate over time.

## II.  BACKGROUND INFORMATION

There are a number of local, state, and federal energy conservation and alternative energy initiatives. In addition, some significant regional collaboration and community outreach efforts have been initiated this past year to address these issues.  Below are brief summaries of some of these initiatives.

### 2007 Energy Independence and Security Act
In 2007, the federal Energy Independence and Security Act became an "omnibus energy policy law... to increase energy efficiency and the availability of renewable energy" in the United States.[1]  The law is intended "To move the United States toward greater energy independence and security, to increase the production of clean renewable fuels, to protect consumers, to increase the efficiency of products, buildings, and vehicles, to promote research on and deploy greenhouse gas capture and storage options, and to improve the energy performance of the Federal Government, and for other purposes."[2]   Key provisions include energy efficiency standards for incandescent and fluorescent lamps, a target for lighting efficiency, and efficiency standards for appliances.

### 2007 Colorado Climate Action Plan
Also in 2007, Governor Bill Ritter revealed the Colorado Climate Action Plan to address global warming.  The Plan "...sets out measures that we in our state can adopt to reduce emissions of greenhouse gases by 20 percent by 2020, and makes a shared commitment with other states and nations to even deeper emissions cuts by 2050...[and] pushes energy efficiency measures that will reduce demand for electrical energy and lower utility bills; builds on the state's recently expanded Renewable Portfolio Standard and looks for ways to develop our renewable energy supplies even

---

[1] Sissine, Fred. CRS Report for Congress: Energy Independence and Security Act of 2007: A Summary of Major Provisions. December 21, 2007. http://energy.senate.gov/public/_files/RL342941.pdf
[2] 110th Congress of the United States. Energy Independence and Security Act of 2007. January 4, 2007. http://frwebgate.access.gpo.gov/cgi-bin/getdoc.cgi?dbname=110_cong_bills&docid=f:h6enr.txt.pdf

BLM_0066674

further; includes an ambitious goal for making cars and trucks run more cleanly and efficiently while saving consumers money at the pump; and provides an exciting new opportunity for rural Colorado by creating economic incentives for major utilities and industries to pay farmers and ranchers to sequester more carbon in the soil." [3]

<u>2008 Town of Ridgway Adoption of the 2006 International Energy Conservation Code</u>
Through the passage of House Bill 1146 in 2007, the State of Colorado "calls for all jurisdictions that have a building code to adopt a minimum energy code standard effective July 1, 2008. Adoption of energy codes for buildings by Colorado jurisdictions can contribute to approximately 16% of the needed emissions reductions proposed in Governor Ritter's 2007 Climate Action Plan".[4] Subsequently, the Town adopted the 2006 IECC in the summer of 2008, and is currently operating under and enforcing this version.

In 2008, the GEO commissioned a survey of jurisdictions statewide "to better understand the types of code assistance desired."[5]  Of 174 responses, 139 (80%) indicated they are enforcing a residential energy code, and 98 (57%) indicated they are using the 2006 IECC.  More than half of the respondents indicated they adopted their current residential energy code in 2008 (pg. 7).  Similar figures are reported for commercial energy codes (p. 10).

<u>2009 State of Colorado House Bill 1149</u>
In May 2009, House Bill 1149 "requires builders of single family homes to offer solar as a standard feature to all prospective homebuyers. Builders are required to give the buyer the option to either have a photovoltaic (PV) system or a solar water heating system installed on their new home, or to have all the necessary wiring and/or plumbing installed so that they can easily add a solar system at a later date. The builder must also provide the buyer with a list, maintained by the Governor's Energy Office, of every solar installer in the area, so the buyer can obtain expert help in determining if their home's location is suitable for solar and what the estimated cost savings would be."[6]  The effective date for implementation of this bill is August 5, 2009.

<u>2009 Town of Ridgway Community Survey Results</u>
In the fall of 2009, the Town issued a community survey, receiving 416 responses.  Preliminary results reveal the following:

An overwhelming 93% of respondents feel the Town should work with neighboring jurisdictions on sustainability issues.  Only 4% (13 respondents) disagree with this.

Of 137 comments for other environmental policies or programs, the following are the most prevalent themes, in order of the magnitude of responses:
        Water: conservation, quality, management, protection

---

[3] Ritter Jr, Bill. Colorado Climate Action Plan: A Strategy to Address Global Warming. November 2007. http://www.colorado.gov/energy/in/uploaded_pdf/ColoradoClimateActionPlan_001.pdf
[4] Governor's Energy Office (GEO). Energy Codes. Retrieved February 12, 2010 from the GEO website: http://www.colorado.gov/energy/index.php?/residential/category/codes-standards/
[5] Governor's Energy Office.  Colorado Building and Energy Codes Survey Results. July 2009.
[6] Database of State Incentives for Renewables and Energy Efficiency http://www.dsireusa.org/incentives/incentive.cfm?Incentive_Code=CO36R&re=1&ee=1

BLM_0066675

Dust mitigation, use of Magnesium Chloride, and hard-surfacing streets
Alternative energy and energy conservation
Recycling *(appears to be primarily Ouray County residents)*
River protection
Code enforcement
Lighting/dark skies, and weeds/toxic chemical usage

Enhancement and protection of the river corridor, preservation of dark-skies, curbside recycling and planting of public trees are perceived as the most successful efforts of the Town. The community composting and water conservation efforts are perceived to need the most work. Responses from the varied groups appear to track similarly.

There appears to be significant support for a variety of water conservation efforts with 83% of the respondents supporting provisions for conservation devices and education. Restructuring of rates and mandatory restrictions received majority support (57% and 53% respectively), although a representative number of respondents do not support these measures (37% and 41%, respectively). 78% disagree with the idea of doing nothing about water conservation. Responses track across populations regardless of residency in the Town or County, although Ouray County respondents are closely divided on implementing mandatory watering restrictions.

A significant number (86%, 290 respondents) indicated they would take advantage of energy conservation programs or incentives if they were reasonable and available. Responses track well across Town and non-Town residents.

<u>2009 Regional Collaboration Efforts on Energy Conservation</u>
In 2009, the Town of Ridgway joined a regional effort with the City of Ouray, Ouray County, the Towns of Mountain Village, Norwood, and Telluride, San Miguel County, Source Gas, and San Miguel Power Association in an application to the Governor's Energy Office for Energy Efficiency and Conservation Block Grant resources to fund a Regional Sustainability Coordinator for our 2-county region. In 2009, the Town of Mountain Village and San Miguel County adopted a Prescriptive Energy Code and Green Building Standard with the assistance of The New Community Coalition. The Town of Ridgway Committee used this Code and Standard as a baseline for developing a Code and Standard to optimally suit the Town, which is appended to this report.

## III.  GOALS

1. Facilitate construction of efficient, and healthy new structures without substantial increases in investment costs, and considering future savings

2. Encourage sustainable solutions that reduce consumption of non-renewable fuels

3. Be pro-active in conforming with state and federal mandates requiring energy code adoptions in 2008

BLM_0066676

4. Provide educational material and resources for energy efficiency and green building objectives that are too expensive to require now but may result in cost savings or resource conservation down the line

5. Offer resources and incentives for energy conservation and green building opportunities for both existing and new structures

## IV.  COMMITTEE MEETINGS

A committee of diverse industry professionals, elected and appointed officials, and town staff developed the energy performance code, green building standards, and volunteer incentive program. The committee includes: Doug Macfarlane, Scott Bridger, Rani Guram, Ellen Hunter, Rick Weaver, Tom McKenney, Bill Behan and Jen Coates.  The committee met twice in December 2009 to review the adopted code and standard from San Miguel County and Mountain Village and to incorporate and adopt modifications suited to the environment and community of Ridgway.  The goals identified above were used to guide the process.  In particular, the Committee focused on effective improvements to energy conservation and green building that would result in a net payback to the owner and/or limited investment cost with significant energy savings.

## V.  ACTION PLAN

1. Adopt Prescriptive Energy Code and Green Building Standard for New Homes and Commercial Structures

2. Adopt Volunteer Program Goals and Incentives for new and existing structures

3. Amend commercial construction requirements in 2006 IECC

4. Provide community education and outreach tools including contractor/designer training on Prescriptive Energy Code and Green Building Standard, and development of online resources on the Town of Ridgway website

5. Update building permit application and packages

6. Provide "one-stop-shop" resource information for new and existing residential and commercial structures on alternative energy, energy and water conservation, and green building standards.

## VI.  ATTACHMENTS

A. Prescriptive Energy Code and Green Building Standard
B. Amendment to 2006 IECC Commercial Requirements
C. Strategies and Incentives
D. Volatile Organic Compounds Awareness Sheet

BLM_0066677

## APPENDIX A
### Prescriptive Energy Code and Green Building Standard

The Prescriptive Energy Code & Green Building Standard requirements for Town of Ridgway construction are listed below.  This code applies to all new residential construction built under the 2006 International Residential Code, including residential additions and renovations.  This Code and Standard is in addition to the residential construction requirements defined in the 2006 International Energy Conservation Code (IECC), as adopted by the Town of Ridgway.  All commercial construction is subject to the requirements in the 2006 IECC, as amended, and adopted by the Town of Ridgway.

Shaded requirements are existing, unchanged requirements of the adopted International Energy Conservation Code.

As an alternative to the Prescriptive Energy Code, if a building 5000 square feet or less in area is ENERGY STAR® certified with a HERS® rating of 80 or less, it complies with the Performance Path to the 2006 IECC and is thus exempt from the Prescriptive Energy Code checklist.  If a building 5000 square feet or less in area is LEED® Silver certified, or Built Green® and achieves a HERS® rating of 80, or other equivalent green building code, then it will be exempt from both the Prescriptive Energy Code and the Green Building Standard and will receive expedited status through the permitting process.

All pre-fabricated manufactured homes (alternative, modular, HUD, etc.) must be ENERGY STAR® certified.

Alternative methodologies to the items in this code are encouraged, if they meet the high performance requirements outlined by this code.  Submit proof of performance to Building Department with plans in order to obtain approval.

### PRESCRIPTIVE ENERGY CODE

| ITEM | Insulation Value | Total Value |
|---|---|---|
| FRAME WALLS AND RIM JOIST (LOG HOMES REQUIRE ENERGY ANALYSIS) [1] | R 21 | R 24 |
| WINDOW IN FRAME WALLS AND BASEMENT | Low-E double glazed[2] | |
| WALL WINDOWS TO FLOOR AREA | 18%[3] | |
| DOORS IN FRAME WALLS AND BASEMENT | R 2.86[4] | |
| CEILINGS OR RAFTERS | R 49[5] | |
| AIR INFILTRATION | Prescriptive Air Sealing[6] | |
| WALLS TO GARAGE OR UNHEATED BUFFER SPACES | R 19 | R 21 |
| HEATED GARAGES[7] | Same as home | |
| HEATED BASEMENT AREAS (WALLS) | R 19 | |
| BASEMENT WINDOW TO FLOOR AREA | 10% max[8] | |
| FLOORS OVER UNHEATED SPACES | R 30[9] | |
| FLOORS OVER UNVENTED SPACES WITH INSULATED WALLS | None | |
| CRAWL SPACE WALLS (UNVENTED) | R 21[10] | |

BLM_0066678

| CANTILEVER FLOORS | R 38 | R 40 |
|---|---|---|
| SLABS IN HEATED AREAS (EXCEPT GARAGES) | R 10[11] | |
| HEAT IN THE SLAB / SLAB EDGES WITH HEAT IN THE SLAB | R 10/ R15[12] | |
| EXPOSED SLAB EDGES | R 7.5- R 10[13] | |
| SLABS IN UNHEATED AREAS | 0 | |
| WINDOWS  (FEDERAL TAX CREDITS MAY BE AVAILABLE FOR <.30) | U-factor: .35 max | |
| SKYLIGHTS | U-factor: .60 max | |

| SPACE HEATING SYSTEM PERFORMANCE | |
|---|---|
| Gas furnaces (rebates may be available for >92% AFUE) | >90% AFUE |
| Gas boiler (Including snow-melt boilers) (rebates may be available) | >90% AFUE |
| Dedicated snow-melt systems | >90% AFUE |

| DUCTS: Inside envelope, outside conditioned space | R 5[14] |
|---|---|
| Outside building envelope | R 8[15] |

| WOOD-BURNING FIREPLACES/STOVES | Tight fitting enclosures[16] |
|---|---|
| GAS LOG SETS IN MASONRY FIREPLACES | Tight fitting doors with outside combustion air or automatic flue damper as approved by Building Dept. |

| WATER HEATER PERFORMANCE | |
|---|---|
| Gas  (rebates may be available for 62+Tank EF and 82+ tankless EF) | .60 energy factor |
| Electric | .93 energy factor |
| HOT WATER HEATER PIPING | Heat traps[17] |

| SETBACK THERMOSTAT (programmable) | Required (except for in-floor heat) |
|---|---|

| AIR CONDITIONING | 15.0 SEER |
|---|---|
| AIR SOURCE HEAT PUMPS | 14.0 SEER |
| GROUND HEAT PUMPS | 11.5 SEER |

NOTES:

The R-values given above are the total R-values.  The R-values of different materials are added together including air films, air spaces and building materials.  The R-value is reduced by the effects of thermal bridging through framing.  For instance, unless special methods or rigid insulation sheathing are used, the R-value for walls must be decreased due to thermal bridging.  Multiply the R-value of ceilings at the depth of the framing members by .94 and the wall by .87.

---

[1] An energy rating is required of all log structures.  HERS rating must be 80 or lower as required in the Green Building Standards for home size.

[2] All windows must demonstrate a 0.35 maximum U-value (including glass in doors).  All skylights must demonstrate a U-factor of 0.60 (2001 NFRC rated at 20 degrees) or 0.45 (RES97 rated at 90 degrees).  All windows must have a high quality thermal isolation break between the inside and outside frames. Passive solar designs are included in this item. A high Solar Heat Gain Coefficient (SHGC) is available in combination with Low-E glazing from several window manufactures that will accommodate almost all passive solar designs.

[3] Allowable percentage of window area measured by rough opening sizes.  R-value for windows is a combination of glass, frame and spacer certified by the National Fenestration Research Council (NFRC).  All windows must provide an air leakage maximum rate of 0.3 cfm per square foot of window area. Replacement windows shall meet the same criteria as the aforementioned.

BLM_0066679

Exception 1. A structure is exempt from the 18% maximum requirement if it can be effectively demonstrated to the Town by the home owner, builder, or design professional that due consideration has been given to the basics of passive solar design such as thermal mass, ventilation, orientation, and shading.

[4] Opaque doors only.

[5] R-value of 38 is allowed if energy heel trusses are used and insulation extends over top plates. The same applies to a rafter system if the system allows insulation with an R-value of 38 to extend over top plates. Energy heels on all roof trusses: 12" min. when using fiberglass or cellulose, 7" min. when spray foam is applied. Recessed light fixtures must be "Air-Tight" I.C. rated.

[6] All exterior joints in the building envelope shall be caulked, gasketed, weather-stripped, or otherwise sealed in an approved manner. For the performance approach a home must achieve a HERS rating of 80, or lower as required in the Green Building Standards for home size.

[7] All heated garages shall be constructed to the same requirements as the home.

[8] Allowable percentage of window area measured by rough opening sizes. R-value for windows is a combination of glass, frame and spacer certified by the National Fenestration Research Council (NFRC). If window area is > 10% then the window must provide a U value of 0.30 or lower. Basement windows with >10% glazing area to exterior wall area must provide a U value of 0.30 or lower. All windows must provide an air leakage maximum rate of 0.3 cfm per square foot of window area. Replacement windows shall meet the same criteria as the aforementioned.

[9] Water lines must be protected from freezing. Except floors over insulated basements.

[10] Must be unvented areas with a tight fitting ground vapor barrier and constructed as conditioned space.

[11] Heated Slabs: Entire under slab area must be insulated to R-10. The slab edge perimeter must be protected with insulation to R-15. Exterior heated slabs require a minimum of R-5 below slab and at all edges.

[12] Heated Slabs: Entire under slab area must be insulated to R-10. The slab edge perimeter must be protected with insulation to R-15. Exterior heated slabs require a minimum of R-5 below slab and at all edges.

[13] Foundation insulation and slab insulation where required shall cover all slab edges.

[14] Joints of duct systems shall be made substantially airtight by means of approved tapes, mastics, gasketing or other approved closure systems complying with Section M1601.3.3 of the IRC.

[15] Joints of duct systems shall be made substantially airtight by means of approved tapes, mastics, gasketing or other approved closure systems complying with Section M1601.3.3 of the IRC.

[16] All wood-burning fireplaces and wood stoves must have outside combustion air with tight fitting doors and shall be designed not to require indoor combustion air. Wood stoves must be EPA certified or listed as an exempt device.

[17] Vertical risers shall have a heat trap on both the inlet and outlet of the water heater. Heat traps not required with recirculation systems. Recirculation pumps shall be provided with timers and a manual on/off switch.

BLM_0066680

## GREEN BUILDING STANDARD

**In addition to the previously listed energy requirements all new construction must implement the following standards:**

⇒ Exterior air-infiltration barrier

⇒ Foam sill sealer beneath sill plates

⇒ Energy heels on all roof trusses (12"min. when using fiberglass or cellulose, 7"min. when spray foam is applied)

⇒ Timers or motion sensors are required for bath and laundry exhaust fans

⇒ Formaldehyde-free insulation

⇒ Carbon monoxide (hard-wired) detectors required near the door between the residence and the garage (if there is an attached garage) and near the mechanical room. Must be installed per manufacturer's recommendations

⇒ Insulating blankets required for hot water heaters unless the storage tank already has a high R-value (at least R-24). Insulating blankets should be R-11 minimum.  (rebate may be available)

⇒ No hot air ducts allowed in exterior walls unless a minimum of R-10 insulation is installed on the exterior side of the duct. The insulation must be installed in an air tight manner

⇒ Attached garages must be isolated from the dwelling with extensive air-sealing practices

⇒ Insulated headers, min R-10, wherever possible.  Steel headers must be provided with insulation on both the exterior & interior sides of the steel

⇒ All hot water re-circulation systems must be provided with a timer or an aquastat and manual on/off switch. Piping must be insulated (1/2" thick wall foam insulation minimum or equivalent)

⇒ Hot water piping in unconditioned spaces requires R-6 insulation (boilers and domestic water)

⇒ Minimum 30 year roof material

⇒ Return air ducts are required (panned framing cavities are prohibited)

⇒ Range hoods are required and must be ducted to exterior, unless allowed an exemption by the building department under certain design conditions

⇒ Class C or F fly ash concrete must be used in all cement mixes for all concrete, excluding garages and exterior uses.

⇒ Paper covered gypsum board must be raised 1/2 inch above concrete slabs.

⇒ 3 stud exterior corners must be capable of being insulated

⇒ Ladder-backed framing or alternate must be at all partition wall connections

⇒ Exterior walls of fireplaces shall comply with minimum wall R-value, R-21

⇒ All bath or shower rooms shall have an exhaust fan ducted to outside

⇒ Skylight shafts and knee walls must be air sealed and insulated to the same level as the exterior walls. Insulation on attic knee walls of skylight shafts shall be encapsulated on all 6 sides of the enclosure

⇒ Insulate under and around bathtubs must be to prescriptive code requirements.

⇒ Openings to unconditioned space must be fully sealed

⇒ Crawlspace wall insulation must be permanently attached to the walls.  Exposed earth in crawlspaces must be covered with continuous vapor retarder with overlapping joints taped or sealed with mastic

⇒ Windows & Doors: Caulking, gasketing, adhesive flashing tape, foam sealant, or weather-stripping must be installed forming a complete air barrier

⇒ Band/rim joists must be insulated and air sealed

⇒ Recessed light fixtures must be "Air-Tight" I.C. rated in all building envelope ceilings.  4" minimum depth of insulation must be maintained between the light fixture and exterior sheathing.  Recessed light fixtures
are strongly recommended to be "Air-Tight" I.C. rated for interior ceilings to improve air quality and to reduce airflow through the building envelope

BLM_0066681

⇒ Recessed step lights are not permitted in exterior building walls, except where fully encased in stone or concrete, or with sufficient remaining wall insulation to maintain the required wall R-value

⇒ A functioning passive or active radon mitigation system shall be installed in all new structures

⇒ Zero-Low VOC finishes (paint, flooring, cabinetry, etc.) are strongly encouraged.  VOC Homeowner awareness sheet must be signed by the Homeowner and included in sale of home documents

⇒ Ground Snowmelt System Requirements:

1. Snow-melt areas must not exceed 1000 sq. ft.  Increase is allowed for demonstrated genuine safety issues or if the structure achieves a 50 or less HERS rating, 30% more free snow-melt area is allowed. Requests for greater than 1000 sq. ft. of snow melt may be considered at the discretion of the Building Official if energy used for the system comes from on-site renewable energy sources

2. Electric snowmelt is not permitted

3. Snowmelt systems must include both moisture and temperature sensors to control snowmelt operation

4. Idling snowmelt systems are not permitted

5. Under the slab insulation of at least R-10 is required

⇒ Out door Spa and Pool Requirements:

1. Outdoor spas must be fully insulated enclosures with tight fitting covers insulated to at least R-12.

2. A readily accessible on-off switch mounted on the outside of the heater, that allows shutting off the heater without adjusting the thermostat setting, is required for all heated outdoor spas and pools.

3. Pools shall have directional inlets that adequately mix the pool water

⇒ An insulated cover (minimum R-6) must be installed on all indoor pools and spas

⇒ Space heating and cooling system/equipment shall be sized according to heating and cooling loads calculated using the latest versions of ACCA Manuals J and S, ASHRAE 2001 Handbook of Fundamentals, or an equivalent computation procedure.  Applicable also to additions and renovations where new HVAC equipment is installed

⇒ Duct system is sized, designed, and installed according to ACCA manual D or equivalent

⇒ Ducts are sealed with UL 181 tape, low-toxic mastic (FDA, USDA, & EPA-approved), gaskets, or an approved system as required by the IRC (Section M1601.3.1) or IMC (Section 603.9) to reduce leakage

⇒ Ducts external to conditioned airspace (i.e. through crawlspace or attics) must have insulation R-8 or greater

⇒ All furnace ducts must be air tight and sealed with commercial grade mastic and fiberglass mesh. Ducts are to be sealed substantially airtight with tapes (not duct tape) mastics or gasketing.  Fiberglass ducts that expose fibers to the air stream are not permitted

⇒ Multi-boiler systems must be provided with a staging device and outdoor reset

⇒ Programmable digital thermostats required   (Source Gas rebate may be available)

⇒ Windows must demonstrate 0.3 cfm per sq.ft. maximum allowable air leakage

⇒ Note: Tight home construction requires a source of ventilation air supply; ANSI/ASHRAE Standard 62.2 – 2007 ("Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings") is the national ventilation standard.  It is highly recommended that an Energy Recovery Ventilator (ERV) or Heat Recovery Ventilator (HRV) be installed to in all residences.

---

Residences that are 3000 - 5000 sq.ft. must comply with all aforementioned standards plus the following:

⇒ Heating appliances must be 92% efficient or greater

⇒ Heating duct leakage test required; leakage outside of conditioned space must not exceed 5% of design flow, within conditioned space 10% is allowed

⇒ Engineered framing products instead of dimensioned solid lumber for floor framing, rafters and headers that are larger that 2x8 material

⇒ Oriented strand board for wall sheathing

BLM_0066682

> ⇒ 25% of the exterior walls must be provided with non-wood siding material, unless the wood is recycled or sustainably harvested
> ⇒ Note: Tight home construction requires a source of ventilation air supply; ANSI/ASHRAE Standard 62.2 – 2007 ("Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings") is the national ventilation standard.  It is highly recommended that an Energy Recovery Ventilator (ERV) or Heat Recovery Ventilator (HRV) be installed to in all residences.

> Residences greater than 5,000 sq.ft. must comply with all the aforementioned standards, plus the following:
> ⇒ Buildings must achieve a HERS rating of 70 or less by a certified Home Energy Rater
> ⇒ Mechanically engineered space heating, cooling and ventilating systems are required
> ⇒ Blower door tests must demonstrate less than 0.35 air changes per hour (ACH)
> ⇒ Note: ANSI/ASHRAE Standard 62.2 – 2007 ("Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings") is the national ventilation standard.  It is required that the mechanical engineer design a mechanical ventilation system, i.e., Heat Recovery Ventilation (HRV) or Energy Recovery Ventilation (ERV) unless the mechanical design professional justifies the exclusion of the whole house ventilation system
> ⇒ Direct vent, on-demand or side-arm water heaters required
> ⇒ Engineered wall studs (not dimensioned solid lumber) or solid lumber from a certified sustainable forest required; certification must be from the Forest Stewardship Council or Certified Forest Products Council
> ⇒ It is strongly recommended that 100% of the home's electricity use must be provided for with renewable energy, either produced on-site or purchased through a Green Power production program. The Building Department will track the owner's participation in the program on a yearly basis. Creative alternative options will be considered by the Building Department.

BLM_0066683

**APPENDIX B**
**Amendments to the 2006 IECC Commercial Requirements**

All buildings built under the IBC shall be considered commercial.  All commercial buildings will comply with the adopted International Energy Conservation Code, as amended.

Amend TABLE 502.2(1) BUILDING ENVELOPE REQUIREMENTS – OPAQUE ASSEMBLIES, Walls Above Grade, Wood framed and other, CLIMATE ZONE 6, to read R-21.

Amend TABLE 502.2(1) BUILDING ENVELOPE REQUIREMENTS – OPAQUE ASSEMBLIES, Walls Above Grade, Metal framed, CLIMATE ZONE 6, to read R-13 +R-5 ci[1] .

Amend TABLE 502.2(1) BUILDING ENVELOPE REQUIREMENTS – OPAQUE ASSEMBLIES, Walls Below Grade, Below grade wall, CLIMATE ZONE 6, to read R-15.

Amend TABLE 502.2(1)BUILDING ENVELOPE REQUIREMENTS – OPAQUE ASSEMBLIES, Walls, Above Grade, Mass, CLIMATE ZONE 6, to read R-15.

Amend TABLE 502.2(1) BUILDING ENVELOPE REQUIREMENTS – OPAQUE ASSEMBLIES, Roofs, Attic and other, CLIMATE ZONE 6, to read R-38.

Amend Table 503.2.3(4)WARM AIR FURNACES AND COMBINATION WARM AIR FURNACES/AIR-CONDITIONING UNITS, WARM AIR DUCT FURNACES AND UNIT HEATERS, MINIMUM EFFICIENCY REQUIREMENTS, MINIMUM EFFICIENCY  to read  90% AFUE (where applicable).
Amend TABLE 503.2.3(5)BOILERS, GAS- AND OIL-FIRED, MINIMUM EFFICIENCY REQUIREMENTS, MINIMUM EFFICIENCY  to read  90% AFUE (where applicable).

BLM_0066684

## APPENDIX C
### Volunteer Resources, Strategies and Incentives
### Green Building, Energy Conservation/ Alternative Energy, Water Conservation, Income-Eligible

The following green building, alternative energy and water conservation strategies, and income-eligible opportunities are provided for the benefit of those wishing to pursue additional approaches not required for construction in the Town of Ridgway.  The information below will be updated as frequently as possible and necessary by the Planning and Building Department.  We encourage and welcome your input to keep this resource current and practical.  Local and regional service providers and businesses are available on the Town website at http://www.town.ridgway.co.us

For the more ambitious, the United States Green Building Council (USGBC) has a veritable warehouse of information accessible online at: http://www.usgbc.org/DisplayPage.aspx?CMSPageID=76#12

<u>Green Building</u>

| Category | STRATEGY | RESOURCES/ ADDITIONAL INFORMATION | APPLICABILITY |
|---|---|---|---|
| Resource | Site selection and building orientation (active/ passive solar orientation, preserve trees and natural vegetation, natural site drainage, etc.) | Integrated whole building design techniques and technologies: http://www.wbdg.org/design/site_potential.php Local architects and designers | New Homes |
| Resource | Construction material recycling and waste reduction to approach zero waste goals. | Regional re-sale stores Local farms/ranches (drywall waste as soil amendment) Use of engineered and recycled lumber (barns, outbuildings, etc.) | New and Existing Homes |
| Resource | Use of products with a high percentage of recycled content and renewable materials | Decking, insulation, flooring, paint, roofing, fiberboard, landscaping materials, bamboo, cork, recycled wood products, etc. US EPA CPG program for use of recycled products: http://www.epa.gov/waste/conserve/tools/cpg/products/index.htm | New and Existing Homes |
| Resource | Healthy Interior (indoor air quality) | No/Low Volatile Organic Compounds (paints, flooring, cabinetry, sealants, oils, adhesives, etc.);  Regional paint retailers | New and Existing Homes |
| Resource | Utilize local labor and materials | target <100 miles | New and Existing Homes |
| Resource | Radon Testing | EPA: http://www.epa.gov/radon/pubs/citguide.html Free test kits available at Town Hall: (970) 626-5308 ext. 16 | New and Existing Homes |
| Resource | Recycling | Appliances - http://www.aceee.org/Consumerguide/disposal.htm Other recycle resources to be included here | Existing Homes |

BLM_0066685

## Energy Conservation/ Alternative Energy

| Category | STRATEGY | RESOURCES / ADDITIONAL INFORMATION | APPLICABILITY |
|---|---|---|---|
| Rebate | "Insulate Colorado" provides homeowners with rebates to insulate and air-seal their homes to help reduce energy costs.  Rebates are available up to $500 or 40% of total cost, whichever the lesser (through SMPA), or $1000 (through Source Gas), or 50% of total cost, whichever the lesser. | Kim Wheels at (970) 728-1340 or energy.tncc@gmail.com or, http://www.newcommunitycoalition.org/ or, http://www.colorado.gov/energy/residential/existing-insulate-co.asp or, http://excessisout.com/sourcegas/ or, *Must be a SMPA or Source Gas utility customer* The insulation must be installed by an eligible Colorado contractor. | Existing Homes |
| Rebate | Alternative /renewable energy power systems *(solar electric, solar hot water)*; $3/watt up to $4,500 | Governor's Energy Office (GEO), The New Community Coalition (TNCC), SMPA (rebates); *Must be a SMPA customer* TNCC (970) 728-1340 or energy.tncc@gmail.com Town Hall (sales tax rebates: Municipal Code §6-1-12) contact (970) 626-5308 ext. 11 or pkraft@town.ridgway.co.us | New and Existing Homes |
| Rebate | Efficiency furnaces, boilers, proper sizing of furnace and boiler; hot water heaters, programmable thermostats, insulation, miscellaneous hot water insulation and infiltration, infrared heating | Source Gas, GEO (rebates) 877-974-7688 or http://excessisout.com/sourcegas/how_we_can_help/reduce_and_rebate *Must be a Source Gas customer* | New and Existing Homes |
| Rebate / Resource | Home Energy Audit | Local Energy Auditors available for all homes or, Source Gas 1-888-212-5899, or http://excessisout.com/sourcegas/how_we_can_help/home_energy_evaluation *Must be a Source Gas customer for rebate opportunity* | Existing Homes |
| Rebates | Qualified Appliances: ground source heat pumps, water heaters, refrigerators, freezers, washing machines, dishwashers, premium electric motors | SMPA and Tri-State G&T: http://www.smpa.com/EE/rebates.cfm | New and Existing Homes |
| Federal Tax Credit | ARRA tax credits for energy efficient equipment and building upgrades | Credits are available at 30% of the cost, up to $1500, in 2009 and 2010 for existing homes on the following: windows, doors, insulation, metal and asphalt roof, HVAC, water heaters (non-solar) and biomass stoves; Credits are available at 30% of the cost with no upper limit for existing homes and new construction through 2016 on the following: geothermal heat pumps, solar panels, solar water heaters, small wind energy systems and 30% of cost up to $500/.5 kW through 2016 for residential  fuel cell and micro-turbine systems http://www.energystar.gov/index.cfm?c=products.pr_tax_credits http://energytaxincentives.org/uploaded_files/Tax_incentive09.pdf | New and Existing Homes |

BLM_0066686

| Loan | Manage investment costs of energy efficiency improvements; Potentially increase loan amount and/or decrease interest rates and closing costs by incorporating energy efficiency improvements and decreasing monthly bills | Energy Efficiency and Improvement Mortgages: initial home purchase or refinance<br>http://www.energystar.gov/index.cfm?c=bldrs_lenders_raters.energy_efficient_mortgage<br>http://www.hud.gov/offices/hsg/sfh/eem/energy-r.cfm<br><br>*this resource may or may not be available and remains under exploration* | New and Existing Homes |
|---|---|---|---|
| Resource | Energy-efficient appliances, energy audits, sealing your home (walls, roof, windows, floor, insulation), insulation types and efficiencies, energy-efficient lighting, energy conservation tips, heating and cooling efficiency measures | Energy Star appliances, electronics, and lighting:<br> http://www.energystar.gov<br>Governor's Energy Office (GEO):<br>Professional Energy Audits<br>http://www.energysavers.gov/your_home/energy_audits/index.cfm/mytopic=11180<br>Energy Conservation Checklist<br>http://www.colorado.gov/energy/index.php?/residential/energy-conservation-checklist<br>Heat Loss and Gain<br>http://www.colorado.gov/energy/index.php?/residential/space-heating-cooling<br>Water Heating<br>http://www.colorado.gov/energy/index.php?/residential/water-heating-water-conservation<br>Kill-A-Watt meter to measure energy demand is available at Town Hall | New and Existing Homes |
| Resource | Smart lighting design that incorporates energy saving measures, such as maximum use of CFLs, LEDs, and dimmer switches. | GEO: http://www.colorado.gov/energy/index.php?/residential/lighting | New and Existing Homes |
| Resource | Turn everything off when you're not home | Master Manual Control Switch | New and Existing Homes |
| Resource | Comprehensive Energy Efficient Home *(building envelope, insulation, mass, heating/cooling, windows, appliances, lighting, independent testing)* | Energy Star for New Homes: http://www.energystar.gov<br>http://smartenergyliving.org/cm/Home_Owners/Factsheets.html<br>TNCC (970) 728-1340 or energy.tncc@gmail.com | New Homes |
| Resource | Insulate hot water heater and pipes Hang clothes to dry | | New and Existing Homes |

BLM_0066687

## Water Conservation

| Category | STRATEGY | RESOURCES / ADDITIONAL INFORMATION | APPLICABILITY |
|---|---|---|---|
| Free | Decrease water consumption in existing faucets and showers | Town Hall – Free aerators and shower heads<br>*this is a recommendation only and may or may not be available* | Existing Homes |
| Rebate | Encourage installation or retrofit with water conservation devices | Town Hall – rebates for installation of efficient toilets (1.28 gpf; larger rebate for dual flush at 1.6/.8 gpf); $25-$150); faucets, shower heads ($ or see above), dish washers ($25-$50), clothes washers ($50 -$150)<br>*this is a recommendation only and may or may not be available* | New and Existing Homes |
| Resource | Standard low-flow vs. dual-flush toilets; Energy-saving & water-conserving low-flow water fixtures (shower heads, faucets, etc.) | | New and Existing Homes |
| Resource | Xeriscape/ Low-water landscaping | Rainwater harvesting; high-desert vegetation; vegetated swales and depressions; pervious paving materials; Keep in mind, the more water you use, the more you may be paying<br>http://xeriscape.sustainablesources.com/<br>http://xeriscape.org/ | New and Existing Homes |
| Resource | Water Heating and Conservation Tips<br>*"Toilets are by far the main source of water use in the home, accounting for nearly 30 percent of an average home's indoor water consumption." Replacing old toilets can save 11 gallons per toilet each day. – EPA WaterSense* | GEO:<br>http://www.colorado.gov/energy/index.php?/residential/water-heating-water-conservation<br>EPA: http://www.epa.gov/watersense/ | New and Existing Homes |

BLM_0066688

## Income-Eligible Opportunities

| Category | STRATEGY | RESOURCES/ ADDITIONAL INFORMATION | APPLICABILITY |
|---|---|---|---|
| Free Services | Improve the energy efficiency of all residential structures for low-income households; Provide energy upgrades to income-qualified homes to help keep energy costs low | Weatherization Assistance Program (Income qualifications and details) http://www.housingresourceswc.org/weatherization.html Housing Resources of Western Colorado Phone: (970) 241-2871 *available for owner and renter households* | Existing Homes |
| Resource | Assistance with registration for Low-Income Energy Assistance Program (LEAP) and utility bill assistance; Registration with LEAP provides other opportunities such as free home weatherization services through the Governor's Energy Office | Ouray County Social Services http://ouraycountyco.gov/social.html 177 Sherman Street, # 104 Ridgway, CO 81432 Phone: 970.626.2299 Fax: 970.626.9611 LEAP Registration (for Energy Assistance): 970.369.5446 | New and Existing Homes |

BLM_0066689

**APPENDIX E**
**Volatile Organic Compounds Awareness Sheet**



## COMMUNITY DEVELOPMENT DEPARTMENT
## Volatile Organic Compounds Awareness Sheet

Homeowners:

The Town of Ridgway Community Development Department, working with The New Community Coalition, have enclosed for your review information regarding various building products that may help to improve indoor air quality.

At this time The Town of Ridgway is not requiring the use of these products and is only intending to offer the homeowners information to allow you to make an informed decision regarding the building products used in your project.

If you should have any questions, please feel free to contact us at (970.626.5308 x16)


Respectfully,



Bill Behan

Building Official

_____

PO Box 10, 201 North Railroad Street, Ridgway, CO  81432
970.626.5308  x15, x16  Fax: 970.626.3962  www.town.ridgway.co.us

BLM_0066690

Dear Homeowner,

The Town of Ridgway Green Building Code was enacted to improve both energy efficiency and indoor air quality. The average adult spends 90% of their time indoors, so it is important that the quality of our indoor environment is at its best. Indoor air quality is a critical component of occupant health, comfort, and performance. The green building cod addresses the major indoor air quality concerns, but is limited in its restriction of toxic chemicals that pose a risk to your health and are harmful to the environment. The purpose of this form is to inform you about common pollutants and give you the opportunity to avoid the introduction these chemicals into your home.

**Volatile organic compounds (VOCs)** are emitted as gases from certain solids or liquids. VOCs include a variety of chemicals, some of which may have short-and long-term adverse health effects. Key signs or symptoms associated with exposure to VOCs include conjunctival irritation (irritation of the eyes and eyelids), nose and throat discomfort, headache, allergic skin reaction, dyspnea (shortness of breath caused in this case by irritation of the upper airways to the lungs), declines in serum cholinesterase levels (certain enzymes (acetylcholinesterase and pseudocholinesterase) that help the nervous system work properly), nausea, emesis(vomiting), epistaxis (bleeding from one or both nostrils, frequent swallowing, sensation of fluid in the back of the nose and throat), fatigue, and dizziness. The ability of organic chemicals to cause health effects varies greatly from those that are highly toxic, to those with no known health effect.[1]

**Formaldehyde** is a common VOC and an important industrial chemical used to make other chemicals, building materials, and household products. When present in the air at levels above 0.1 ppm (parts in a million parts of air), it can cause watery eyes, burning sensations in the eyes, nose and throat, nausea, coughing, chest tightness, wheezing, skin rashes, and allergic reactions. It also has been observed to cause cancer in scientific studies using laboratory animal and may cause cancer in humans.[2]

The following products are highly recommended in order to reduce the levels of toxins in your home. Review the following items with you architect or builder to assure that your new residence will provide the type of indoor air quality that you desire:

    Low VOC adhesives and sealants
    Ceramic tile installed with low toxic adhesives and plasticizer-free grout
    Water-based urethane finishes on wood floors
    Water-based lacquer finishes on wood floors
    Non-toxic, low VOC paints, coatings, and finishes
    Composite wood kitchen and bath vanities with low or zero formaldehyde levels
    No fiberglass in conditioned spaces
    No vinyl sheet flooring or vinyl composition tile (natural linoleum is an excellent,  inexpensive alternative)
    Low-VOC and/or recycled floor covering materials including carpeting, cork, bamboo, etc.

For more information on residential air quality contact the Consumer Product Safety Commission and Environmental Protection Agency CPSC document #450 at the following website:  http://www.cpsc.gov/cpscpub/pubs/450.html#Look6

---

[1] http://www.epa.gov/iaq/voc.html
[2] Consumer Product Safety Commission

BLM_0066691

# RIDGWAY COMPREHENSIVE PLAN

## COMMUNITY OUTREACH
## AND CITIZEN PARTICIPATION
## ELEMENT



**Town of Ridgway**
**June 2, 2011**

BLM_0066692

I.      **PROBLEM STATEMENT**


II.     **PURPOSE**


III.    **GOALS, OBJECTIVES, STRATEGIES and RESPONSIBILITIES**

      A.      Community Outreach Plan

      B.      Citizen Participation Plan


IV.     **CONCLUSIONS**

BLM_0066693

## I.  PROBLEM STATEMENT

Public meetings of the Ridgway Town Council, Planning Commission, and subcommittees are sparsely attended and short of healthy debate, and it appears there is not a clear understanding of what the local government operations entail and consider for the community.

## II.  PURPOSE

Develop a communications framework that effectively and efficiently provides and distributes information regarding local government activities, and actively engage the community in the decision-making and planning processes to create a broad based understanding of local government while encouraging citizen participation.

## III.  GOALS, OBJECTIVES, STRATEGIES, and RESPONSIBILITIES

A.      **COMMUNITY OUTREACH PLAN**

**GOAL:** Inform and educate the community about local government

Objective:

Effectively and efficiently provide information on local government operations, including an educational forum that encourages citizen participation and dialogue with elected and appointed officials and town administration.

Strategies:

1.  Expand and encourage the use of the Town Website as a resource for community information, including posting of monthly updates of Town activity, projects and events, and email distribution list to remind community members to check the Town website, http://www.town.ridgway.co.us/, for current information. As appropriate, do the same with the Ouray Community Calendar online at:
    (http://www.ouraycountycolorado.org/calendar.html)

    *Responsibility – Town Administration, Town Council, Planning Commission*

2.  Write quarterly articles for publication in the local newspaper, focusing on current events, upcoming projects, opportunities for participation in local government, items of interest, etc.

    *Responsibility –Town Council, Town Manager*

BLM_0066694

3. Develop an email distribution list of community members for frequent, informative distribution of information, inclusive of the strategies identified within this plan. Solicit community sign up on the email distribution list with the monthly water billing, once per year, and also through a link on the website and newsletter distribution. Citizens and businesses may be provided the option to sign up specifically for items of interest (eg: newsletters, monthly updates, Planning Commission and/or Town Council agendas). Staff may work with the website administrator to identify opportunities in signing up online to receive automatic updates.

   *Responsibility – Town Manager, Town Clerk*

4. Develop a monthly local government update, and distribute via email and post on the bulletin board of the Town website (*this will be the monthly staff reports currently published monthly in the Town Council meeting packet*).

   *Responsibility – Town Manager, Town Clerk, Public Works Director*

5. Develop and distribute an annual newsletter summarizing local government operations, planning, capital projects, budget priorities, etc. The inaugural newsletter will be mailed with a request to submit an email address for the Town distribution list, and then subsequent newsletters will be via email distribution.

   *Responsibility – Town Manager, Town Clerk, Public Works Director*

6. Hang temporary signage on Town Hall / Community Center sign in Hartwell Park announcing Town Council and Planning Commission meetings "tonight".

   *Responsibility – Town Clerk*

7. Have coffee, tea, and light snacks available to the public during regular Town Council meetings.

   *Responsibility – Town Clerk, Town Council*

8. Explore opportunities for engaging local youth in local government, including holding a regular meeting of the Ridgway Town Council at the Ridgway School, and actively soliciting input from local youth.

   *Responsibility – Town Council*

9. Set up a "suggestion box" where the community may provide feedback, suggestions, etc. to the Town Administration on local government operations. The existing night drop box outside of Town Hall may be appropriate for this purpose.

   *Responsibility – Town Manager, Town Clerk*

10. Explore and promote additional opportunities to work with Ridgway Schools on special projects and education on local government (eg: classroom presentations, tours of water

BLM_0066695

and wastewater facilities, community projects like construction of picnic tables, school art display at Town Hall, etc.).

*Responsibility – Town Administration*

11. Attend and actively participate in Ridgway Area Chamber of Commerce Board Meetings, and present local government operations and updates, opportunities for participation, and solicit feedback from the Chamber.

*Responsibility – Town Manager, Town Council Representative*

12. Establish regular monthly meetings with the Executive Director of the Ridgway Area Chamber of Commerce.

*Responsibility – Town Manager*

13. Establish regular monthly meetings with the Superintendent of the Ridgway School District.

*Responsibility – Town Manager*

14. Develop and maintain mutually beneficial relationships with local and regional civic and volunteer organizations such as church groups, non profit organizations, etc.

*Responsibility – Town Administration*

15. Print monthly Regular Town Council Meeting agendas in local newspaper,  and/or publish business card size advertisement of meetings, if financially appropriate.

*Responsibility – Town Clerk*

16. Set up a local government outreach booth at Town-sponsored events such as the Love Your Valley Brewfest, Ridgway Concert Series, etc.

*Responsibility  - Town Council, Planning Commission*

17. Publish police activities in the weekly paper.

*Responsibility – Town Marshal, Town Manager*

18. Establish regular, informal and personal contact with residents and businesses to put a real face on local government and share information about Ridgway (eg: set aside an hour or so each week to visit a local business or post office visit distinctly for this purpose).   Town Administration may assist with information to share with the community.

*Responsibility – Town Council, Planning Commission, Town Manager, Marshal's Office*

BLM_0066696

B.    **CITIZEN PARTICIPATION PLAN**

**GOAL**- Actively engage the community in the community-building, decision-making and planning processes in order to insure broad-based representation and input for all local government decisions

Objective:

Reach out to residents and businesses to understand why there is limited participation in local government.

Strategies:

1. In order to understand mechanisms by which increased citizen participation might be achieved, it is important to know why citizens are not participating.  It is recommended that an informal survey of the community be taken to understand this phenomenon in more detail and to implement appropriate and effective strategies accordingly.   In particular, reach out to the community to explore the option of streaming Town Council meetings live on the internet.  The Ridgway Sun has offered to poll through the newspaper and online established polling system.  Alternatively, the Town could develop an online survey and solicit feedback at very little cost.  Some questions may be:

    a.  Do you participate in local government decision making? Yes/No

        i.  If no, Why?  *Select all that apply*
            1.  I don't have enough time
            2.  I'm content with my elected and appointed officials and trust them with making important decisions for my community
            3.  I'm just not interested at this time
            4.  It takes to much time and effort to figure out what is going to be discussed, and when the discussion will happen
            5.  Other: _____

        ii.  If yes, why? *Select all that apply*
            1.  It's important to me that my voice be heard
            2.  I have the time and all community decisions are important because they impact my daily life
            3.  I know my input will be considered
            4.  Other: _____

        iii.  What would entice you to participate? *Select all that apply*
            1.  Knowing I'll be heard and my inputs considered
            2.  Certain topics or issues that interest me
            3.  Other: _____

BLM_0066697

    b. How would you like to be notified about public discussion and agenda items for public meetings? *Select all that apply*
   i. Email
   ii. Website
   iii. Newspaper
   iv. Public Posting areas (Town Hall, Post Office)

    c. What can your Elected Officials or Town Administration do to encourage your participation?
   i. Stream meetings live on the internet
   ii. Invest resources in publishing meeting agendas and additional outreach efforts (newsletters, emails, etc.)
   iii. Other: _____

    d. If the Town Administration were to stream Council meetings live on the internet, would you listen?  Yes/No

Responsibility – Town Council

2. Create a greater presence in the community:

    a. Establish regular, informal and personal contact with residents and businesses to put a real face on local government and <u>solicit</u> information about Ridgway (eg: set aside an hour or so each week to visit a local business or post office visit distinctly for this purpose).

    *Responsibility – Town Council, Planning Commission, Town Manager*

    b. Promote Marshals as the Peace Officers they are by encouraging foot and bike patrol, and attending community events on duty, as appropriate.

    *Responsibility – Town Manager, Marshals Department*

3. Make government fun and personable, and create an environment at Town Hall that encourages the community and visitors to interact with staff.

    a. Create a more inviting space at Town Hall and the community center with colorful walls, Ridgway School student art displays, local artist displays, murals, flowers, garden, etc.  Appropriate funds for local art competition, local art acquisition, landscaping, etc. for Town Hall and/or Town Parks.

    b. Implement a local art purchasing program and appropriate funds to acquire functional, local artwork (benches, swings, etc).

    *Responsibility – Town Council, Planning Commission, Town Administration*

BLM_0066698

4. Participate in RACC After-Hours Business networking social events

*Responsibility – Town Council, Planning Commission, Town Manager*

5. Assist in the promotion of community resources such as Region 10 Enterprise Zone opportunities, small business development center resources, housing resources, community center and town hall availability, etc.

*Responsibility – Town Council, Planning Commission, Town Administration*

## IV. CONCLUSIONS

The Town Government is interested in communicating more frequently and effectively with the community, and will work diligently to encourage increased and broad-based community participation in local government activities and decision-making. The Ridgway community is a valuable resource of diverse and engaging people, businesses, and perspectives with ideas that when shared will inform elected and appointed officials and staff to implement actions that enable the community to develop in an organic and progressive direction.

Basic principles and values for good governance including: listening, understanding, engaging and respecting diverse opinions, are understood and expected of administration, elected and appointed officials, and therefore, not addressed directly with this Plan.

As with many planning documents, the strategies identified here include those that are in process, and also recommendations that will require financial, technical, and human resource allocation for implementation. The proposed goals and strategies should be revisited and evaluated for effectiveness and appropriateness over time.

BLM_0066699

# RIDGWAY COMPREHENSIVE PLAN

# TRAFFIC FLOW ELEMENT

*A Supplement to the 2007 Transportation Element*



**Town of Ridgway**
**June 2, 2011**

Page 1 of 8

BLM_0066700

**I. INTRODUCTION**

      A. Purpose

      B. Scope

      C. Background Information

**II. GOALS, OBJECTIVES and ACTION ITEMS**

      A. Mobility

      B. Safety

      C. Efficiency

**III. ROADS NOT TRAVELLED**

**IV. TRAFFIC FLOW PLAN**

      A. Map of Existing and Proposed Conditions

**V. CONCLUSIONS**

BLM_0066701

# I. INTRODUCTION

## A. PURPOSE

This Downtown Traffic Flow Plan is intended to be a supplement to the Town's 2007 Transportation Plan and is designed to provide guidance on the identification and placement of traffic control devices for streets and intersections to create a safe, smooth, and effective flow for multi-modal traffic in the historic downtown area. The plan considers all modes of traffic, including vehicles, pedestrians and bicyclists, with the goal of creating a connected and safe walk-able community. The Marshal's Office and Public Works Department have observed limited compliance with stopping at the existing stop signs around Town. With increasing pedestrian and bicycle traffic, there is some concern for pedestrian and vehicle safety. In addition, over the years, the placement of signage has been reactive to citizen complaints and requests, which is costly and ineffective. With an increasing number of traffic control devices, there is an apparent decreasing regard for their existence and function.

## B. SCOPE

This plan encompasses the downtown Historic Business and Residential Districts from Otto Street to Moffat Street, and Railroad Street to Amelia Street. Over time, stop signs have been placed at intersections in the Historical business and Residential pursuant to complaints by home owners living at particular intersections. The more random placement of control devices, in particular stop signs, has resulted in an excess number of signs and an inefficient traffic flow pattern. While this plan does not focus on walk/bike-ability or complete development of a pedestrian/bicycle network (*see the Transportation and Parks, Trails, Open Spaces Plan Elements*), it does strongly consider creating a walk-able Town through traffic flow and movement, and should be considered in conjunction with the Town's Transportation and Parks, Trails, and Open Spaces Plan Elements.

## C. BACKGROUND INFORMATION

In 2007 the Town adopted a Transportation Element Master Plan, which identifies major and minor thoroughfares throughout the Town.

Downtown Ridgway currently has a slightly random layout of signs to direct and manage vehicular traffic. Traffic control devices have been traditionally placed pursuant to citizen requests to the Town Council and staff, and other less than scientific approaches. As the town has grown in population and multi-modal traffic, there has arisen a need to address signage placement and location, in particular stop signs and also some speed limit signs, within the town core.



This past year, traffic flow and signage have been analyzed on paper, and in the field, based upon mobility, safety, and efficient traffic flow. There are 4 marked pedestrian crossings at Highway 62 (Amelia Street raised median, two on each side of

BLM_0066702

Lena Street, and at the raised median near the County Fairgrounds/ River Bank Minor Subdivision). There is one pedestrian crossing at the northern aspect of the Hwy 550/ Hwy 62 intersection. In 2012, the Town is working with CDOT to realize two additional crosswalks on Highway 62 at Cora and Railroad Streets. There are two school zones: elementary (Amelia Street) and secondary (Green Street). While these recommendations are put forth after much input and consideration, the proposed solutions may not be perfect in every situation. The Downtown area is in need of a multi-modal transportation network that considers safety, mobility and efficiency for the citizens and visitors of Ridgway.

Special thanks to the Public Works and Marshal's Department for developing the traffic flow and core concepts of this plan.

II. GOALS and OBJECTIVES

**A. GOAL I – Multi-Modal Safety**

Objectives and Action Items:

1. Reduce the 20 mph speed limit in front of the business areas and Post office on North Lena Street to 15 mph. This area is very busy with pedestrian and vehicular activity, including various, unmarked street crossings that access many businesses and the post office.

2. Increase the speed limit on North Railroad Street from Sherman St. to Otto Street to 25 mph. Observations of the Ridgway Marshal is that this is necessary to keep this very busy collector street flowing.

3. Pursue additional highway crossings at Highway 62. It is understood that two additional crossings in the Historic Business Core at Railroad Street and Cora Street are to be completed in 2012, which is key to establishing safe connectivity between north and south Ridgway. An additional crossing at Laura Street is planned with the 2006 Downtown Streetscape Plan.

4. Continue to work with the Colorado Department of Transportation in identifying and constructing pedestrian corridors across the state highways 62 and 550 that intersect the Town of Ridgway.

5. Reduce the overall number of signs within the Town to insure appropriately placed signs call the attention of all persons by removing and placing stop signs at targeted locations. For pedestrian bridges at Moffat Street, insure appropriate barrier or other obstacle is installed to put pedestrian or bicycle traffic on notice that they are entering a vehicle intersection. *Note: Signs indicating pedestrian crossings are determined to provide a false sense of security for non-vehicular travelers.*

6. Improve vehicle and pedestrian visibility at key intersections by establishing a setback area from the intersection, where parking is not permitted. Placement of temporary, seasonal, raised plantar boxes at the intersection of North Lena Street and Highway 62, as well as each intersection of North Cora and Clinton Streets in the Downtown Historic Business Core will also more clearly define traffic flow in these two locations by narrowing the driving lanes. The boxes will be removed during the winter snow season to provide for efficient and effective plowing of

Page 4 of 8

BLM_0066703

the streets. Planter boxes at the intersection of North Lena Street and Highway 62 are a priority.

7. Improve community outreach and education through increased Marshal's presence and patrolling at controlled intersections.

8. Insure school zones are appropriate controlled and monitored for safety.

9. Place a stop sign at each road intersection accessing Highway 62 to reinforce a full stop prior to entering the highway.

10. Establish defined Truck Routes through Town. Commercial trucks shall remain on collector and arterial streets, and are allowed on local streets only for local delivery. Arterial and Collector streets in the downtown area are: County Road (CR) 23, South Lena Street, Highway 62, North and South Amelia Street, North Railroad Street. Signage indicating truck routes shall be placed at the CR 23 and CR 5 accesses to Town.

11. Replace existing street identification signs (eg: Cora Street, Lena Street, etc.) at each intersection with attractive signs that have appropriate reflectivity for night visibility. Existing signs are aging and the limited street lighting in Town combined with the non-reflective signage makes street identification difficult in the dark. With sign replacement, it is recommended that more appealing signage be placed, possibly with the Town logo or other identifying photo or image. Work with the State Highway Department on replacement of signage along Highway 62.

## B. GOAL II – Multi-Modal Mobility and Efficiency

Objectives and Action Items:

1. Direct vehicular traffic primarily to Highway 62 and collector streets in order to minimize traffic on local streets.

2. Insure all signs have an effective purpose to convey specific, appropriate, and clear instruction through established placement and location procedure as follows:

3. All collector streets run for two blocks without a stop sign in order to keep the traffic flowing more efficiently. Every 2 blocks, a stop sign should be sited. Exceptions are identified in the Traffic Flow Map (Section IV).

4. Remove eighteen stop signs and re-plant nine stop signs in specified locations to establish uniformity in the core of town, resulting in more efficient traffic flow, and safe pedestrian and bicycle connectivity.

5. Continue to work with the Colorado Department of Transportation in identifying methods to keep traffic moving at a reasonable speed throughout the Town along highways 62 and 550.

6. Clearly identify and place RV Parking Signage signaling RVs and oversize vehicle to park along the north side of Highway 62 at Hartwell Park and also behind library off of North Railroad Street.

7. When stop signs are scheduled for replacement after exhausting their time in the sun (illegible, poor reflectivity, etc.), Town Staff may consider and re-evaluate the intersection and desired control, and replace the stop sign(s) with yield sign(s) or no signage at all.

BLM_0066704

**C. GOAL III – Environmental Performance**

<u>Objectives and Action Items:</u>

1. Limit stop-and-go traffic through calculated and limited placement of traffic control devices only where necessary and appropriate.

2. Provide bike parking stations around the downtown area, and insure new development allows sufficient space and provides for bike parking.

### III. ROADS NOT TRAVELLED

A. Various scenarios for controlling and managing traffic in this downtown area were explored and not implemented for numerous reasons. A few are mentioned here:

B. Strict adherence to the Manual on Uniform Traffic Control Devices (MUTCD) When it comes to traffic control, the MUTCD is the rule. The downtown area is just not large enough in scope to apply the rules and warrants identified within the MUTCD on sign placement and traffic control, although the concepts and premises under the MUTCD were considered, such as providing for traffic control in a single direction at every other block.

C. Replace all stop signs with yield signs While this may be a traffic control option for the project area, the resources required (staff and financial) appear to be far beyond what is desired to be expended toward realization of this plan although it is acknowledged within the plan that targeted replacement of stop signs with yield signs may occur as the life of the signs expire.

D. Removal of all stop signs in the downtown core The idea with this plan was to introduce a calculated method for sign placement and traffic control, while discouraging any new sign placement. As stop signs near the end of their useful life, consideration may be given as to whether or not a control device is required; however, some control while maintaining flow is appropriate.

E. Implement a one-way street system, including making Moffat Street one-way There is a one-way traffic flow planned with the Historic Business Streetscape Plan from North Lena to Clinton (north bound), Clinton to North Laura (westbound) and Laura to Highway 62 (southbound). Currently only one block of North Lena is one-way. It was determined that any one-way street must be matched with another one-way street in the opposite direction. For example, if Moffat were to be designated as one-way eastbound, then consideration will need to be given to designating Hyde Street as one-way westbound. In this largely residential area and heavy traffic usage in the alleys, this was determined to be undesirable as it would encourage more driving as households are forced to circumnavigate the block. In addition, the narrowness of the built Moffat Street and existing 2-way traffic should assist in traffic-calming in this location as opposed to a larger single lane arrangement.

F. In-street vehicle diversions and forced-turn devices With gravel roads, in-street diversions and forced-turn devices are difficult but may be considered with hard-surfacing of the roads in the future.

BLM_0066705

## IV. TRAFFIC FLOW MAP

**A.** Ridgway Street Map: Existing and Proposed



BLM_0066706

## V. CONCLUSIONS

The proposed logical and effective pattern of controlled intersections and traffic routes is intended to provide for the safe, effective, and efficient movement of multi-modal traffic in and through the downtown area. The Traffic Flow Plan is a guide for Town Staff to consider traffic control and flow through Town, and is designed to mitigate the random placement of traffic control devices, placing an emphasis and importance on the control devices that do exist. As Ridgway grows and development patterns influence multi-modal traffic safety and flow throughout the downtown area, this plan should be evaluated and updated.

[1] Retrieved April 2011 from http://walkable.org/

BLM_0066707

# RIDGWAY COMPREHENSIVE PLAN

# INTEGRATED WEED MANAGEMENT AND NATIVE PLANT RESTORATION



Town of Ridgway
Final Plan: May 3, 2011

Page 1 of 55

BLM_0066708

# TABLE OF CONTENTS

I.    INTRODUCTION

II.   BACKGROUND INFORMATION

III.  DEFINITIONS

IV.   SCOPE, PURPOSE AND GUIDING PRINCIPLES

V.    EXISTING CONDITIONS

VI.   LAND MANAGEMENT GOALS AND WEED MANAGEMENT OBJECTIVES

VII.  PRIORITIES

VIII. RECOMMENDATIONS
      A.   Implementation Measures
      B.   Techniques/ Methods for Managing Prioritized Noxious Weeds Monitoring
      C.   Test Areas

IX.   CONCLUSIONS

X.    ATTACHMENTS
      A.   Photos of Noxious Weeds within the Town of Ridgway
      B.   Line Drawings of Noxious Weeds within the Town of Ridgway
      C.   Chemical Application Protocol and Recommendations

XI.   EXHIBITS
      A.   Ridgway Municipal Code Chapter 12, Section 1: Weeds and Brush
      B.   Town of Ridgway Resolution 03-06: Noxious Weed Management
      C.   Intergovernmental Agreement Regarding Weed Control
      D.   Public Meeting Outline and Details
      E.   Meeting Agendas, Objectives and Notes

BLM_0066709

# I.     INTRODUCTION

An enormous thank you is extended to the Committee and Meeting Facilitator for the extensive time, effort and energy put forth in developing this Integrated Plan.  The Committee includes the following Community Members, Town Councilors, and Town Staff:

| | | | |
|---|---|---|---|
| Heather Bussey | John Clark | Ellen Hunter | Joanne Fagan |
| Jean McDonnell | Sheelagh Williams | Pam Kraft | Dickson Pratt |

Meeting facilitation: Don Batchelder

This Integrated Plan could not be the well-rounded and inclusive document that it is without the persistent and extensive inputs received from our dedicated community members at large who deserve a sincere thank you for their continued and undying participation in pulling this plan together.

Thank you to our knowledgeable guest speakers: Susan Rose, Kelley Liston, Jude Sirota, and Tim Seastadt for providing basic and advanced technical information on noxious weeds, integrated weed management and plan development, and land stewardship, and who provided us with the knowledge required to address this complicated issue.

Finally, we would like to express sincere gratitude for the extensive local coverage in the Ridgway Sun for each of the lengthy and informative meetings.

This document is organized into 11 sections:

I.      Introduction
II.     Background Information
III.    Definitions
IV.     Scope, Purpose and Guiding Principles
V.      Existing Conditions
VI.     Land Management Goals and Weed Management Objectives
VII.    Priorities
VIII.   Recommendations
IX.     Conclusions
X.      Attachments
XI.     Exhibits

BLM_0066710

## II.   BACKGROUND INFORMATION

While the Town of Ridgway has addressed weed management through various mechanisms for years, pursuant to state regulations (Colorado Revised Statutes Title 35, Article 5.5), there is now a requirement to develop an integrated management plan that comports with the needs and desires of the community, while effectively managing weeds within our budgetary limits.

The Weed Management Plan for the Town of Ridgway is reflected in Chapter 12 Section 1 (Exhibit A) of the Ridgway Municipal Code.  This plan calls for maintaining stubble "no higher than 6 inches above the ground", and non-compliance is managed through nuisance procedures.  On August 13, 2003 the Town Council adopted Resolution 03-06 (Exhibit B), which states "the Town shall not use toxic or poisonous, chemical-based herbicides within the Town limits toward the control of noxious weeds, and that the use of non-toxic, organic management practices shall be implemented".  Since that time, the Town has managed noxious weeds on publicly-owned properties through mechanical efforts including mowing, weed whacking, and hand pulling, and with targeted chemical applications of a vinegar-based solution.  Private property owners are allowed to manage weeds on their property by whatever mechanism, chemical or other method they prefer.

During the March 17, 2010 Town Council workshop the Ouray County Weed Manager approached the Town Council with concern over a growing and significant noxious weed population within the Town limits that needed management.  Of particular concern was the spotted knapweed, a State of Colorado B-list noxious species that was propagating along the river corridor and primarily in Rollans Park, public property under the Town's stewardship.  In addition to the spotted knapweed along the corridor, the Weed Manager indicated there were a number of other noxious weeds of concern that were not being managed.  The Council reviewed the option of using Milestone, a chemical treatment that would be spot sprayed in targeted locations within the Town.  During the April 14, 2010 Town Council meeting, the Council considered a resolution for a temporary exemption to Town policy regarding the use of chemicals for noxious weed management.  In response to citizen concerns and an organized volunteer pulling effort, the Council agreed to monitor volunteer mechanical efforts for weed management.  Volunteer and mechanical efforts continued through 2010 with no applications of Milestone on public properties within the Town.

In August 2010, the Town entered into an Intergovernmental Agreement with Ouray County, which included an agreement to develop an Integrated Weed Management Plan (Exhibit C) for the Town of Ridgway.  In December 2010, using the State of Colorado's "Creating An Integrated Weed Management Plan:  A Handbook for Owners and Managers of Lands with Natural Values"[1] as a guide, a committee was formed and the plan development commenced.  All

---

[1] Colorado Natural Areas Program, Colorado State Parks, Colorado Department of Natural Resources, Colorado Department of Agriculture Division of Plant Industry, and the Colorado Department of Agriculture. Creating an Integrated Weed Management Plan: A Handbook for Owners and Managers of Lands with Natural Values, Caring for the Land Series Volume IV. March 2000.

BLM_0066711

committee and public meetings were noticed and advertised, including distribution of meeting fliers, email distribution, website information and verbal outreach.   The Town's website maintained a repository of meeting dates, events, scheduling, and weed management resource information at http://www.town.ridgway.co.us/weedcommittee.html.

BLM_0066712

## III.   DEFINITIONS

"Integrated management" - the planning and implementation of a coordinated program utilizing a variety of methods for managing noxious weeds, the purpose of which is to achieve specified management objectives and promote desirable plant communities. Such methods may include but are not limited to education, preventive measures, good stewardship, and the following techniques:

(a) "Biological management", which means the use of an organism to disrupt the growth of noxious weeds.

(b) "Chemical management", which means the use of herbicides or plant growth regulators to disrupt the growth of noxious weeds, and includes vinegar-based and alternative solutions.

(c) "Cultural management", which means methodologies or management practices that favor the growth of desirable plants over noxious weeds, including maintaining an optimum fertility and plant moisture status in an area, planting at optimum density and spatial arrangement in an area, and planting species most suited to an area.

(d) "Mechanical management", which means methodologies or management practices that physically disrupt plant growth, including tilling, mowing, burning, flooding, mulching, hand-pulling, hoeing, and grazing.

*Source: CRS 35-5.5-103 (9)*

"Management" - any activity that prevents a plant from establishing, reproducing, or dispersing itself.  *Source CRS 35-5.5-103 (11.6)*

"Native plant" - a plant species that is indigenous to the state of Colorado.

*Source CRS 35-5.5-103 (15)*

"Noxious weed" - an alien plant or parts of an alien plant that have been designated by rule as being noxious or has been declared a noxious weed by a local advisory board, and meets one or more of the following criteria:

(a) Aggressively invades or is detrimental to economic crops or native plant communities;
(b) Is poisonous to livestock
(c) Is a carrier of detrimental insects, diseases, or parasites;
(d) The direct or indirect effect of the presence of this plant is detrimental to the environmentally sound management of natural or agricultural ecosystems.

*Source CRS 35-5.5-103 (16)*

BLM_0066713

## IV. SCOPE, PURPOSE AND GUIDING PRINCIPLES

**SCOPE**

The scope of this noxious weed management plan focuses primarily on noxious weed management for public properties within the Town of Ridgway, as well as the properties in Ouray County owned by the Town, which include the water treatment facility and Lake Otonowanda Reservoir, south of Town.  The plan also addresses the need for noxious weed management on private properties within the Town of Ridgway.

**PURPOSE and GUIDING PRINCIPLES**

This is a multi-purpose plan, grounded with the following:

- Create a scientifically based protocol for weed management that considers, reconciles, and integrates the community's desires, and the Town's available resources for the effective management of prioritized noxious weeds through the utilization of priority management, a variety of control methodologies, appropriate revegetation, and monitoring;

- Effectively manage or control of the Town of Ridgway's prioritized noxious weeds of concern;

- Effectively safeguard Town-owned property and facilities including parks, trails, open spaces, recreational facilities, and rights of ways in the safest manner possible;

- Manage noxious weeds with least impact on human health, wildlife, wetlands, gardens, riparian and ditch corridors, and individual ecosystems;

- Provide education for the general population and other governmental entities in noxious weed identification and management;

- Pursue Town and external resources for noxious weed management goals and objectives;

- Be a good neighbor;

- Improve and maintain natural habitat, including native plant and wildlife populations.

The meeting schedule and plan outline is appended as Exhibit D.

BLM_0066714

## V.   EXISTING CONDITIONS

During the December 21, 2010 public meeting the following existing conditions for weed species, locations, and population size/density were identified.  These data are based upon findings and mapping efforts completed during the 2010 growing and weed management season.  It is recommended that the weed inventory be updated each year beginning July 1st.  While the inventory presented here is believed to be reasonably accurate and sufficient to use as a baseline for this integrated management plan, it was developed largely from memory by members of the committee, and should be updated in July 2011.  Accurate records will provide monitoring data from year to year.  The locations and populations represented on the map are general to the properties upon which they are identified, and not necessarily specific to the exact coordinate for which they sit on the map (ie: they were not located via GPS).  For these reasons, the 10% weed reduction objective will be difficult to measure in 2011.

Population size and density are categorized as follows:
   #1 = <100 square feet
   #2 = 100-500 square feet
   #3 = >500 square feet

| Location | Noxious Weed | State Rank | Size/Density | Public/Private |
|---|---|---|---|---|
| River Park PUD - Residential | | | | |
| | Canada Thistle | B | 3 | Private |
| | Spotted Knapweed | B | 1 | Private |
| | Russian Knapweed | B | 3 | Private |
| | Canada Thistle | B | 3 | Public ROW |
| River Park PUD - Industrial Park | | | | |
| | Spotted Knapweed | B | 2 | Public/Private |
| | Musk Thistle | B | 1 | Public/Private |
| Green Street Park | | | | |
| | Canada Thistle | B | 1 | Public |
| | Russian Knapweed | B | 3 | Public |
| Parkside PUD | | | | |
| | Russian Knapweed | B | 2 | Public |
| | Canada Thistle | B | 3 | Public |
| Uncompaghre River Trail | | | | |
| | Spotted Knapweed | B | 1 | Public |
| | Russian Knapweed | B | 1 | Public |
| | Canada Thistle | B | 1 | Public |
| | Musk Thistle | B | 1 | Public |
| | Common Mullein | C | 1 | Public |
| | Hounds Tongue | B | 2 | Public |
| Wastewater Treatment Plant | | | | |
| | Canada Thistle | B | 3 | Public |
| | Russian Knapweed | B | 3 | Public |

BLM_0066715

|  |  |  |  |  |
|---|---|---|---|---|
|  | Spotted Knapweed | B | 3 | Public |
|  | Sow Thistle | B | 3 | Public |
|  | Burdock | C | 3 | Public |
| Water Treatment Plant |  |  |  |  |
|  | Canada Thistle | B | 2 | Public |
| Lake Otonowanda |  |  |  |  |
|  | Canada Thistle | B | 3++ | Public |
|  | Burdock | C | 3 | Public |
| BMX Track |  |  |  |  |
|  | Spotted Knapweed | B | 1 | Public/Private |
|  | Canada Thistle | B | 3 | Public |
| Rollans Park (Uncompahgre River Corridor) |  |  |  |  |
|  | Common Mullein | C | 3 | Public |
|  | Oxeye Daisy | B | 1 | Public |
|  | Canada Thistle | B | 2 | Public |
|  | Spotted Knapweed | B | 3 | Public |
|  | Chinese Clematis | B | 1 | Public |
|  | Sow Thistle | B | 1 | Public |
| Ridgway Land Co Open Space |  |  |  |  |
|  | Spotted Knapweed | B | 3 | Private |
|  | Russian Knapweed | B | 2 | Private |
|  | Canada Thistle | B | 3 | Private |
| Moffat / Lena |  |  |  |  |
|  | Spotted Knapweed | B | 3 | Public/Private |
| Hwy 62/ South Railroad and South Liddell Stanton |  |  |  |  |
|  | Leafy Spurge | B | 1 | Private |
| Triangle Subdivision |  |  |  |  |
|  | Common Mullein | C | 3 | Private |
| Cottonwood Park |  |  |  |  |
|  | Canada Thistle | B | 1 | Public |
|  | Common Burdock | C | 1 | Public |
| Amelia Street/ School Road |  |  |  |  |
|  | Spotted Knapweed | B | 1 | Public/Private |
| Marie Scott Subdivision/ Amelia Street |  |  |  |  |
|  | Russian Knapweed | B | 1 | Public/Private |
|  | Hoary Cress | B | 3 | Public/Private |
| CR 5 (in Town) |  |  |  |  |
|  | Hoary Cress | B | 3 | Public/Private |
| Solar Ranches - Open Space (Outlot B) |  |  |  |  |
|  | Canada Thistle | B | 2 | Private |
|  | Leafy Spurge | B | 1 | Private |
|  | Oxeye Daisy | B | 2 | Private |
|  | Dames Rocket | B | 2 | Private |
|  | Spotted Knapweed | B | 3 | Private |
| Regional Athletic Park (Solar Ranches Outlot A) |  |  |  |  |
|  | Dames Rocket | B | 1 | Public |

Page 9 of 55

| | | | | |
|---|---|---|---|---|
| | Canada Thistle | B | 2 | Public |
| | Spotted Knapweed | B | 2 | Public |
| The Preserve | | | | |
| | Leafy Spurge | B | 1 | Private |
| | Spotted Knapweed | B | 3 | Private |
| | Scotch Thistle | B | 2 | Private |
| | Russian Knapweed | B | 3 | Private |
| Solar Ranches – Private Lots | | | | |
| | Canada Thistle | B | 3 | Private |

The following natural resources were defined during the December 21, 2010 public meeting:

River corridor, wetlands, parks, wildlife habitat (bald eagles), drinking water (Lake Otonowanda and the water treatment facility), irrigation ditches, streams and creeks, landscape plantings with native and desired species, and natural willows.

While the Town policy states that property owners adjoining public rights of way are responsible for maintenance and management of that right-of-way, there needs to be collaborative efforts with weed management between public and private property owners.

Page 10 of 55

BLM_0066717

Baseline Noxious Weed Types and General Locations (from memory) for the 2010 season



Town of Ridgway Noxious Weed Baseline Inventory (Mar 11, 2011)

- HoundsTongue
- 1- Common Mullein
- 3 - Common Mullein
- 1 - Musk Thistle
- 1 - Sow Thistle
- 3 - Sow Thistle
- 1 - Chinese Clematis
- 2 - Scotch Thistle
- 1 - Dames Rocket
- 2 - Dames Rocket
- 1 - Common Burdock
- 3 - Common Burdock
- 3 - Hoary Cress
- 1 - Oxeye Daisy
- 2 - Oxeye Daisy
- 1 - Canada Thistle
- 2 - Canada Thistle
- 3 - Canada Thistle
- 1 - Leafy Spurge
- 1 - Russian Knapweed
- 2 - Russian Knapweed
- 3 - Russian Knapweed
- 1 - Spotted Knapweed
- 2 - Spotted Knapweed
- 3 - Spotted Knapweed

Noxious weed locations are not exact

Ouray County Parcels
HOA /Private OS/Common/LandsTrust
Town Properties
Unc River Floodway
Ridgway Town Boundary

KEY:
#1 = <100 sf area
#2 = 100-500 sf area
#3 = >500 sf area

Water Plant = Canada Thistle (2)
Lake O = Canada Thistle (3++); Burdock (3)

BLM_0066718

## VI.    LAND MANAGEMENT GOAL AND WEED MANAGEMENT OBJECTIVES

**GOAL**
Reduce or eliminate priority noxious weeds, depending on species and size of infestation, on the Town of Ridgway public property.

**Objectives:**

I.      Educate the public and Owners Associations on the impacts of, identification of, and methods of control of noxious weed species.

II.     Use the least toxic method that is feasible and effective, to reduce or eliminate weeds.

III.    Eradicate small infestation of priority noxious weeds before they spread and become large infestations.

IV.     Control large infestations of priority noxious weeds by preventing them from going to seed or vegetative spreading.

V.      Control identified large infestations of priority noxious weeds by reducing their numbers with a target goal of 10% reduction or more per year.

VI.     Prevent new infestations of noxious weeds by restricting movement of weed contaminated soil.

VII.    Prevent new infestations of noxious weeds by reducing soil disturbance of intact native plant communities and/or reseeding with non-invasive species, preferably native plants.

VIII.   Town Staff should annually update this plan to identify and locate the various noxious weed types within the Town, and to prioritize weed management for the season.

BLM_0066719

## VII.   PRIORITIES

**CRITERIA FOR DETERMINING WEED MANAGEMENT PRIORITIES**

1. Utilize annual mapping data that identifies noxious weed types, locations, population size, and other critical data.

2. Prioritize small infestations of targeted noxious weed populations.

3. Identify and prioritize critical locations for management.

4. Identify and prioritize noxious weed species with the greatest impact such as toxicity, most invasive, difficulty of control/containment.

5. Coordinate annually with County Weed Manager as priorities for noxious weed management change and evolve.

6. Determine financial costs and required resources, based on specific noxious weed species, locations, and methods of control.

| | Spotted Knapweed | Canada Thistle | Russian Knapweed | Leafy Spurge | Hoary Cress | Hounds Tongue | Scotch Thistle | Any new found B weed |
|---|---|---|---|---|---|---|---|---|
| Uncompahgre River | 1.4 | 2.3 | | | | | | 1.0 |
| Lake Otonowanda | | 2.1 | | | | | | 1.0 |
| Uncompahgre Riverway Trail | 2.1 | 2.4 | 2.3 | 1.3 | 3.3 | 2.7 | | 1.2 |
| Riparian areas, ditches | 2.3 | 2.6 | 2.4 | 1.5 | 3.4 | 3.1 | | 1.3 |
| Small patches of any B weed | 1.1 | 1.1 | 1.1 | 1.1 | 1.4 | 1.5 | 1.3 | 1.1 |
| Athletic Park esp'lly  S ditch | 2.1 | 2.4 | 2.5 | | | 2.4 | | 1.0 |
| Road rights of way | 2.6 | 2.9 | 2.8 | 1.6 | 3.6 | 3.3 | | 1.6 |
| Trails | 2.1 | 2.6 | 2.7 | 1.6 | 3.6 | 3.3 | | 1.5 |

| | |
|---|---|
| | 1.0 - 1.5 (Highest Priority) |
| | 1.6 - 1.9 |
| | 2.0 - 2.5 |
| | 2.6 - 2.9 |
| | 3.0 - 3.5 |
| | 3.6 - 4.0 (Lowest Priority) |

= weed not known to be in that area

Lowest number = Highest Priority

BLM_0066720

## VIII.   RECOMMENDATIONS

## A. IMPLEMENTATION MEASURES

Education and Outreach

1) Educate the public, including Owners Associations, about: the Town's weed management regulations, this integrated weed management plan, financial costs to the Town for weed management, and the Colorado Revised Statutes Title 35 Article 5.5 addressing weed management.

2) Public outreach efforts may include: collaboration with the Ouray County Weed Manager on special events such as Pulling for Colorado and the noxious weed symposium, posting information on the Town's website, incorporating information into building permit and land use applications (e.g.: subdivisions).  General information on noxious weeds may include: weed identification and methods of control, the potential negative impacts of soil and vegetation disturbance, and sources for weed-free seed mixes.

3) Explore opportunities for organized, informed, and easy volunteer actions and education for weed control.

4) Work with schools to promote educational programs by exploring natural resource-based programs and hands-on learning.

5) Contact and collaborate with neighboring property owners to control noxious weeds, and provide opportunities for participation in weed management on public lands.

6) Encourage the public to contact town staff when noxious weeds are identified within the Town through education and public outreach efforts, including signage at trailheads, and other methods of posting information about noxious weeds.

Prevention and Monitoring

1) Implement noxious weed management throughout the Town through enforcement and/or implementation of land development and code enforcement regulations, including minimizing disturbance of areas within proposed developments and during construction, and working to prohibit redistribution of noxious weed infested soils and chemically treated soils, and mandatory re-vegetation of disturbed areas on public and private properties.

2) Minimize surface disturbance of Town-owned property to limit the need for re-vegetation, create specific revegetation plans and budget funds for re-vegetation during projects.

3) Utilize the varied techniques as indicated in this plan for effective management, and adapt to changing conditions annually.

4) Prepare and implement site specific plans for weed management at prioritized locations annually.

5) Identify populations as quickly as possible through annual mapping of noxious weed locations, densities, and populations to identify and target specified, small, noxious weed population that can be readily eradicated.

6) Annual evaluation of specific management plans and techniques and efficacy thereof, through continuous mapping of noxious weed locations, densities, and populations.

BLM_0066721

7) Identify, assess and prioritize effective management tools from this integrated plan, including creation and management of healthy soils and environments not conducive to noxious weed growth.

8) Work from "the outside in" when controlling weeds, i.e.: manage the perimeter.

<u>Least Toxic Methods</u>

1) Encourage and collaborate with volunteers to effectuate weed management.

2) Target and manage weed infestations early when first identified, and they are less costly and least difficult to control.

3) Pursue grant and outside funding opportunities for noxious weed management commensurate with management goals, objectives, and priorities.

4) Use biological methods as much as possible in riparian areas to complement other management techniques.

5) Favor native plant populations and establish goals using trend-line analysis *(i.e.: plotting data from year to year and drawing a line from point to point in order to visually establish positive and negative trends); Are populations growing (positive line), diminishing (negative line), or staying the same (flat line)?*

6) Encourage and nurture habitats for native species.

7) Develop a chemical application protocol as a guideline for utilizing chemical management methods.

8) Work to control weeds in a manner that least impacts neighboring properties.

9) Explore and utilize effective alternatives to chemical treatments, including identification and maximization of areas in town that can be effectively managed without toxic chemicals, and using chemical applications as a last resort to the extent allowed with available resources.

BLM_0066722

**B. TECHNIQUES/ METHODS FOR MANAGING PRIORITIZED NOXIOUS WEEDS**
   *Targeted weeds, locations, and management techniques are in priority order:*

**1.) Any new found "B" list, noxious weed**
   *Past Management Methods*
   *Pulling, mowing, weed whacking by Town Staff; Vinegar based chemical applications.*

   **Management Goal:        Eradication**

   *Proposed Management Techniques:*
   *Mechanical is the preferred method for all new "B" list noxious weeds when practical. The goal is to eradicate the small populations while they are isolated and possible to effectively manage, so as to minimize requiring future resources and to minimize any future management issues. These newfound "B" list weed populations are the highest priority for the Town of Ridgway. Perennials and non-perennials require varied management techniques, as follows:*

   *Perennials*
   *(Canada Thistle, Hounds tongue, Hoary Cress, Dames Rocket, Leafy Spurge, Oxeye Daisy, Spotted Knapweed, Russian Knapweed)*

|  |  |
|---|---|
| Biological control: | Not practical due to limited population size. |
| Cultural control: | Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, if desired, and maintain until established. If desirable grass competition is evident, judicious herbicide application that does not injure grasses may release them to compete effectively with the weeds. Irrigation may help stimulate grass competition in these cases. Seeding suitable perennial grasses is necessary to prevent weed re-invasion. |
| Mechanical control: | Pulling, mowing, weed-whacking with goal of preventing the weeds from seeding. |
| Chemical control: | Contact the Ouray County Weed Manager or a licensed applicator for specific recommendations. Refer to Attachment C for recommendations including preferred active ingredient, and the Chemical Application Protocol. |

BLM_0066723

### *Non-perennials/ Biennials*
*(Musk Thistle, Scotch Thistle)*

Cultural:           Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, if desired, and maintain until established. Prevent from seeding, and suppress growth with healthy soils, native perennial grasses, and rapid re-vegetation.

Biological control:     Not practical due to limited population size.

Mechanical:       Prioritize all mechanical treatments: pulling, mowing, weed-whacking, etc.

Chemical:          Not necessary and not desired.

**2.) Leafy Spurge on the Town-Owned areas of the Uncompahgre River Trail**

*Past Management Methods*
*Pulling, mowing, weed whacking by Town Staff; Vinegar based chemical applications*

Description:         A perennial up to three feet tall that reproduces by vigorous root stalks and seed.

Comments:         Leafy spurge is primarily found along the ditches in Solar Ranches and near the intersection of Hyde and Railroad.

**Management Goal:** **Eradication** - *although it is estimated this weed in this location may already be eradicated, it should be checked in season for management need.*

*Proposed Management Techniques:*

Biological control:     Population is too small for biological controls.

Cultural control:     Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, if desired, and maintain until established. Any activity that encourages vigorous grass growth is very important.

Mechanical control:   Mowing leafy spurge at 14 to 21 day intervals may cause higher susceptibility to fall applied herbicides.

Chemical control:     Spot spray small populations with signage and exclosure sufficient to keep out animals and pets, with such exclosure

Page 17 of 55

BLM_0066724

present for 2 weeks.  Contact Ouray County Weed Manager or a licensed applicator for specific recommendations.  Refer to Attachment C for recommendations including preferred active ingredient, and the Chemical Application Protocol.

**3.) Spotted Knapweed on Uncompahgre River Corridor (Rollans Park)**

*Past Management Methods*
*3 "Pulling for Colorado" events; 2 years of Youth Corps pulling; 2 years of Community Corps pulling; Volunteer pulling efforts in 2010.*

| | |
|---|---|
| Description: | A short-lived, non-creeping perennial that reproduces from seed and forms a new shoot each year from a taproot. |
| Comments: | One of the most invasive, aggressive weeds to plague the western United States.  Significant infestations are located along the river and elsewhere in town. |

**Management Goal:   Control**

*Proposed Management Techniques:*

Biological control:   Use of goats is not recommended in this location due to the desire to retain native vegetation, moist soils with parasite concerns, steep rocky slopes, and resulting soil disturbance; Due to the limited size of the weed infestation, there are concerns about the insect biological agent population's ability to over-winter and the sufficiency of the existing weed population to sustain the insects; The seed-head flies, *Urophora affinis* and *Urophora quadrifasciata,* have been released in many Front Range counties.  These insects cause plants to produce fewer viable seeds and abort terminal or lateral flowers.  Root feeding insects may have more of a detrimental effect on knapweed populations than seed feeding insects.  Larvae of the yellow winged knapweed moth feed in the roots of both knapweed species.

Cultural control:   Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, including willows, if desired, and maintain until established.  If desirable grass competition is evident in spotted knapweed stands, judicious herbicide application that does not injure grasses may allow them to compete effectively with the weeds.  Irrigation may help

BLM_0066725

stimulate grass competition in these cases. Seeding suitable perennial grasses is necessary to prevent weed re-invasion.

Mechanical control: Frequent and consistent pulling (most effective), mowing, weed-whacking with goal of preventing the weeds from seeding.

Chemical control: Contact the Ouray County Weed Manager or a licensed applicator for specific recommendations. Refer to Attachment C for recommendations including preferred active ingredient, and the Chemical Application Protocol. In order to minimize chemical applications and maximize effectiveness, only the rosettes should be spot sprayed in the spring, and bolted plants should be pulled repeatedly. If consistently applied for 3-4 years, the spotted knapweed should begin to decline as the seed bank is exhausted.

**4.) Leafy Spurge in Riparian Areas and Ditches**
   **Management Goal:   Eradication**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #2 – Leafy Spurge on the Uncompahgre River Trail.

**5.) Leafy Spurge along Trails**
   **Management Goal:   Eradication**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #2 – Leafy Spurge on the Uncompahgre River Trail.

**6.) Leafy Spurge along Road Rights-of-Way**
   **Management Goal:   Eradication**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #2 – Leafy Spurge on the Uncompahgre River Trail.

**7.) Canada Thistle at Lake Otonowanda**
   *Past Management Methods*
   *Pulling, mowing, weed whacking by Town Staff; Vinegar based chemical applications*

BLM_0066726

| | |
|---|---|
| *Description:* | *Perennial. Reproduces from vegetative buds in root system and from seed.* |

| | |
|---|---|
| Comments: | Canada thistle is best managed through an integrated management system that emphasizes competitive, desirable plants. Population at the Lake is dense. |

**Management Goal:   Control**

*Proposed Management Techniques:*

| | |
|---|---|
| Biological control: | Bugs are not a preferred option due to potential to damage native thistle populations in addition to the noxious weed population. Prioritize goats as a biological control. |
| Cultural control: | Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, if desired, and maintain until established. |
| Mechanical control: | Research indicates that mowing of Canada thistle may be effective when done repeatedly at two week intervals over a period of several years. Pulling and digging up Canada thistle is ineffective as the plant has such an extensive root system. Weeds may also be weed-whacked. |
| Chemical control: | Contact the Ouray County Weed Manager or a licensed applicator for specific recommendations. Refer to Attachment C for recommendations including preferred active ingredient, and the Chemical Application Protocol. Due to non-public access, signage should be placed on the gate accessing the reservoir property. Any chemical application should observe a 30 foot setback from the water surface of the lake. |

**8.) Spotted Knapweed along Town-Owned areas of the Uncompahgre River Trail**
**Management Goal:   Control**

*Past Management Methods and Proposed Management Techniques:*
Refer to Priority #3 – Spotted Knapweed on the Uncompahgre River Corridor.

BLM_0066727

**9.) Spotted Knapweed in the Athletic Field**
   **Management Goal:    Control**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #3 – Spotted Knapweed on the Uncompahgre River Corridor, with the exception that goats may be an effective management technique in this location.  This location has potential for volunteer, mechanical weed management efforts, which should be coordinated through a centralized volunteer management program.


**10.) Spotted Knapweed along Trails**
   **Management Goal:    Control**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #3 – Spotted Knapweed on the Uncompahgre River Corridor.


**11.) Spotted Knapweed in Riparian Areas and Ditches**
   **Management Goal:    Control**

   *Past Management Methods and Proposed Management Techniques:*
   Refer to Priority #3 – Spotted Knapweed on the Uncompahgre River Corridor.


**12.) Russian Knapweed along Town-Owned areas of the Uncompahgre River Trail**

   *Past Management Methods*
   *Pulling, mowing, weed whacking by Town Staff; Vinegar based chemical applications*


   Description:            A perennial with an extensive underground root system.

   Comments:               Like other creeping perennials, the key to Russian knapweed control is to stress the weed and cause it to expend nutrient stores in its root system.  An integrated management plan should be developed that places continual stress on the weed. Currently, the best management plan includes cultural control combined with mechanical and/or chemical control techniques. A single control strategy, such as mowing or an herbicide, usually is not sufficient.  Russian knapweed releases toxins into the soil, which prohibit the growth of native plants. ***The plant is toxic to horses, however they must consume it over a period of time before poisoning will occur.  Once poisoning occurs horses are unable to chew and advance food to the back of their***

BLM_0066728

*mouths, swallowing is impaired and horses can drink only if they immerse their head in water far enough to get water to the back of their mouths. Poisoning is irreversible and death by starvation will occur.*

**Management Goal:**   **Control**

*Proposed Management Techniques:*

Biological control:   None currently available.

Cultural control:   Minimize disturbance, re-vegetate with native perennial grasses, followed by native forbs, if desired, and maintain until established. Russian knapweed tends to form monocultures by eliminating other plants. Therefore, sowing desirable plant species is necessary after the weed is controlled. Research indicates that the native grasses, streambank wheatgrass and thickspike wheatgrass will establish in an area after Russian knapweed is suppressed with herbicides. If the Russian knapweed stand is not too old and grasses are still present, stimulating grass growth by irrigation (where possible) should increase grass competition with knapweed and keep it under continual stress.

Mechanical controls:   Repeated mowing combined with herbicide applications will gradually stress the plant, and this is the recommended approach in this location.

Chemical control:   Contact the Ouray County Weed Manager or a licensed applicator for specific recommendations. Refer to Attachment C for recommendations including preferred active ingredient, and the Chemical Application Protocol. Spot spray small populations.

**13.)  Canada Thistle along Town-Owned areas of the Uncompahgre River Trail**
      **Management Goal:**   **Control**

*Past Management Methods and Proposed Management Techniques:*

Refer to Priority #7 – Canada Thistle at Lake Otonowanda, minus the 30' setback from the lake and signage on the gate, and minus the biological insect controls as the population is insufficient to sustain an insect population.

BLM_0066729

**14.) Canada Thistle in the Athletic Field**
      Management Goal:   Control

*Past Management Methods and Proposed Management Techniques:*
Refer to Priority #13 – Canada Thistle along the Uncompahgre River Trail, minus the biological insect controls as the population is insufficient to sustain an insect population. *A dedicated, local citizen has offered resources for volunteer mechanical management services in this location, which should be coordinated through a centralized volunteer management program.*

**15.) Russian Knapweed in Riparian Areas and Ditches**
      Management Goal:   Control

*Past Management Methods and Proposed Management Techniques:*
Refer to Priority #12 – Russian Knapweed along the Uncompahgre River Trail

| | Priority Noxious Weed Type and Location | Cultural | Biological | Mechanical | Chemical |
|---|---|---|---|---|---|
| 1 | Any new found "B" list, noxious weed | X | | X | X |
| 2 | Leafy Spurge on the Uncompahgre River Trail | X | | X | X |
| 3 | Spotted Knapweed on Uncompahgre River Corridor | X | X | X | X |
| 4 | Leafy Spurge in Riparian Areas and Ditches | X | | X | X |
| 5 | Leafy Spurge along Trails | X | | X | X |
| 6 | Leafy Spurge on Road Rights of Way | X | | X | X |
| 7 | Canada Thistle – Lake Otonowanda | X | X | X | X |
| 8 | Spotted Knapweed along Uncompahgre River Trail | X | X | X | X |
| 9 | Spotted Knapweed in the Athletic Field | X | X | X | X |
| 10 | Spotted Knapweed along Trails | X | X | X | X |
| 11 | Spotted Knapweed in Riparian Areas and Ditches | X | X | X | X |
| 12 | Russian Knapweed along Uncompahgre River Trail | X | | X | X |
| 13 | Canada Thistle along Uncompahgre River Trail | X | X | X | X |
| 14 | Canada Thistle in the Athletic Field | X | X | X | X |
| 15 | Russian Knapweed in Riparian Areas and Ditches | X | | X | X |

BLM_0066730

C.      **TEST AREAS**

### Green Street Park

Green Street Park is recommended as a potential test site for volunteer management of noxious weeds.  The will be a collaborative effort of dedicated community members under the supervision and direction of Town Staff.  A detailed action plan should be developed with the community volunteer group and should include: weed inventory and mapping (type, size, location, etc.), proposed management efforts, detailed documentation of completed efforts, and constant monitoring of the test area with annual reporting to Town Staff.

### Mycorrihzal Test Area

A mycorrihzal test area should also be incorporated with this plan in order to ascertain the viability of this product in assisting in effective weed management.  Effective monitoring will be required and necessary to evaluate the efficacy of this product.

BLM_0066731

## IX.   CONCLUSIONS

Integrated weed management for a small municipality requires a technical and coordinated approach considering a variety of sometimes competing needs and desires, including identification of shared community values and priorities, evaluating noxious weed science, incorporating weed management experiences, and understanding human and animal sensitivities to weeds and various chemical treatments.   Creating this plan was incredibly difficult and at times required reconciliation of seemingly incompatible objectives and demands.  The discussions and conclusions developed through an organized series of public meetings where information was gathered, shared, solicited, and eventually crafted into a community guidance document.  Extensive outreach efforts were put forth in both real and virtual space to insure the needed inputs were gathered, and educational opportunities were offered to encourage community involvement.

In the end, this plan puts forth a list of 4 priority noxious weeds found in 15 prioritized weed management locations on public properties within the Town, and including Town property outside of the municipal boundary (Lake O).  In addition, the plan identifies specific management techniques for each of the various priority weed types and specific locations.   Based on community inputs throughout the plan development process, a Chemical Treatment Protocol is recommended (Attachment C), and specific active ingredients for the chemical treatments are identified as a management technique to be incorporated for effective management of the priority noxious weeds. When the biological, cultural, and mechanical management techniques have not or will not be effective, and /or staffing and financial resources are insufficient or unavailable, in managing the noxious weed, in order to preserve the desired natural resources impacted by the weeds, chemical methods will need to be utilized for effective management (eg: Russian Knapweed).  The Chemical Treatment Protocol was developed through community inputs for this purpose.  When biological, cultural, and mechanical methods will effectively manage the weed population, those methods have been prioritized.

As remains true for small, local government operations, the need to balance very dynamic human and financial resources will need to be taken into consideration with any management plan.  This plan is drafted to provide the appropriate technical and financial information to assist with these determinations, and of course will develop and change over time with variable resources and changing priorities.

BLM_0066732

# X.    ATTACHMENTS

## ATTACHMENT A: Photos of Noxious Weeds within the Town of Ridgway

Oxeye Daisy



Musk Thistle



Scotch Thistle



Common Burdock



Dame's Rocket



Hoary Cress



Houndstongue



Leafy Spurge



Spotted Knapweed



Canada Thistle



Russian Knapweed



Spotted Knapweed



Page 26 of 55

BLM_0066733



Canada Thistle Rosette



Leafy Spurge Rosette



Musk Thistle Rosette



Burdock Rosette



Spotted Knapweed Rosette



Oxeye Daisy Rosette



Absinthe Wormwood Rosette

BLM_0066734

**ATTACHMENT B:  Line Drawings of Noxious Weeds within the Town of Ridgway**



Canada Thistle

White Top

Musk Thistle

Oxeye Daisy

Scotch Thistle

Spotted Knapweed

Common Burdock

Leafy Spurge

Dames Rocket

BLM_0066735

## ATTACHMENT C:  Chemical Application Protocol and Recommendations

- Contact adjoining property owners prior to chemical applications, a minimum of 48 hours prior to possible time of application.

- Posting of chemical treatment usage on public properties within the Town, for a 2 week period following treatment.

- Posting and notification of chemical treatment usage to adjoining private properties within the Town, for a 2 week period following treatment.

- Selection and use of available least toxic, effective chemical treatments are recommended and desired.

- Make available sources of information on the impacts of chemical applications.

- Maintain a list of registered chemically sensitive persons within the town limits for notification purposes and encourage private property owners to post property when spraying chemicals for weed management, and make available signage for public use at Town Hall.

- Persons desiring to not have chemical management techniques utilized on public properties directly adjoining their property may request a no-spray buffer when they agree to manage the noxious weeds that otherwise would have been treated by the Town.

*Comments taken from inputs during the previous goals and objectives development discussions*

## Specific Chemical Recommendations

The following least-toxic, effective active ingredients available at the time of this Integrated Weed Management Plan for chemical treatments are recommended for the specified noxious weeds:

| | |
|---|---|
| Leafy Spurge | - Imazapic |
| Spotted Knapweed | - Aminopyralid |
| Canadian Thistle | - Aminopyralid |
| Russian Knapweed | - Aminopyralid |

BLM_0066736

# XI.  EXHIBITS

## EXHIBIT A

Ridgway Municipal Code                                      12-1-1

## CHAPTER 12

## SECTION 1

### Weeds and Brush

Subsections:

12-1-1          Removal Of Weeds And Brush.

### 12-1-1    REMOVAL OF WEEDS AND BRUSH.

(A) It shall be unlawful for any person to fail to remove or cut weeds or brush located upon his property or property in his control or possession, and upon that portion of abutting street and alley rights of way lying between said property and the center line of said rights of way, from time to time so that the stubble is kept no higher than 6 inches above the ground.                    (Ord 14-1999)

(B) Weeds or brush higher than 6 inches high are hereby declared to be a nuisance and may be abated in accordance with law.

(C) In addition to other remedies, the Town may abate weeds and brush, as follows:

(1) It may mail a notice to the owner or person in possession of the property ordering them to cut the weeds or brush addressed to the address listed in the County tax records, or in Town utility account records, unless a better address is known.

(2) If the weeds and brush are not removed within ten (10) days of the mailing, the Town may cause the weeds or brush to be removed and assess the cost of so doing against the property affected, together with 5% for inspection.  Such assessment shall be mailed similarly to owner or person in possession, as provided in Subsection (C)(1), above, and shall be due as of the date of mailing.                                                       (Ord 14-1999)

(3) If the assessment is not paid within ten (10) days of mailing, the Town may certify the assessment, together with a 5% penalty, to the County Treasurer for collection as property taxes are collected.                                                     (Ord 14-1999)

Page 30 of 55

BLM_0066737

**EXHIBIT B**
RESOLUTION NO. 03-06

RESOLUTION OF THE TOWN COUNCIL OF RIDGWAY, COLORADO
ESTABLISHING A POLICY RELATIVE TO NOXIOUS WEED MANAGEMENT

WHEREAS, the proliferation of noxious weeds poses a genuine health threat to the Ridgway community; and

WHEREAS, the Town of Ridgway ("Town") has chosen to establish a noxious weed management program to help eradicate and control noxious weeds; and

WHEREAS, the community has expressed its desire to eliminate and contain noxious weeds without the use of toxic and poisonous chemical herbicides, the use of which may itself pose a health threat to the Ridgway community; and

WHEREAS, the Town Council has agreed to this type of management program and has expressed its desire to establish a policy relative to noxious weed management through the use of non-toxic, organic herbicides.

NOW, THEREFORE, BE IT HEREBY RESOLVED BY THE TOWN COUNCIL OF THE TOWN OF RIDGWAY, COLORADO that the Town shall not use toxic or poisonous, chemical-based herbicides within the Town limits toward the control of noxious weeds, and that the use of non-toxic, organic management practices shall be implemented.

PASSED AND APPROVED this 13th of August, 2003.

TOWN OF RIDGWAY

_____
Pat Willits, Mayor

ATTEST

_____
Pam Kraft, CMC
Town Clerk

BLM_0066738

## EXHIBIT C
### INTERGOVERNMENTAL AGREEMENT REGARDING WEED CONTROL

This Intergovernmental Agreement Regarding Weed Control entered into and effective this _____ day of _____, 2010, hereinafter referred to as the "Agreement" or the "IGA" entered into by and between the **Board of County Commissioners of Ouray County, Colorado ("County"); the Town of Ridgway ("Town")** and the **City of Ouray ("City"),** and collectively referred to as ("Parties") as follows**:**

**WHEREAS,** C.R.S. §35-5.5-101, *et seq.* is known as the Colorado Noxious Weed Act ("Act") and the legislative declaration to the Act provides, in part, that "there is a need to ensure that all the lands of the state of Colorado, whether in private or public ownership, are protected by and subject to the jurisdiction of a local government empowered to manage undesirable plants as designated by the state of Colorado and the local governing body"; and

**WHEREAS,** further that:  "certain undesirable plants constitute a present threat to the continued economic and environmental value of the lands of the state and if present in any area of the state must be managed"; and

**WHEREAS,** the Act provides at C.R.S. §35-5.5-105(3) that the County may cooperate with municipalities for the exercise of any or all of the powers and authorities granted by the Act through the use of an intergovernmental agreement; and

**WHEREAS,** Art. XIV, section 18(2)(a)(b), Colo. Const. and section 29-1-203(1), C.R.S., provide that government entities may cooperate or contract with one another to provide any function, service, or facility lawfully authorized to each of the cooperating or contracting units, including the sharing of costs, the imposition of taxes, or the incurring of debt, only if such cooperation or contracts are authorized by each party thereto with the approval of its legislative body or other authority having the power to so approve; and

**WHEREAS,** by Resolution 2002-017 the County adopted a Noxious Weed Management Plan which set forth a list of noxious weeds as well as a plan for the management of noxious weeds in Ouray County; and

**WHEREAS, municipalities have plans in place?  Per 35-5.5-106**

**WHEREAS,** there currently exists the Ouray County Weed Advisory Board ("Weed Board") that has the power and duty to recommend a management plan for the integrated management of designated noxious weeds and management criteria for noxious weeds and other duties as set forth by C.R.S. §35-5.5-107; and

**WHEREAS,** in order to develop integrated weed management plans, it is critical that the Weed Advisory Board include members from the Town and the City such that management plans may take into account all areas of infestation within Ouray County; and

**WHEREAS,** the County, City and the Town wish to effectively coordinate efforts to address the invasive noxious weeds in the respective jurisdictions; and create a more effective integrated weed management program;

BLM_0066739

**NOW THEREFORE,** in consideration of the mutual promises between the Parties, and other good and valuable consideration, the receipt and sufficiency of which each hereby acknowledge, the Parties agree as follows:

1. On or before January 31 of each year, a designated representative of the Town and the City shall meet with the Ouray County Weed Manager to develop an annual operating plan for the ensuing year for the management of noxious weeds in each respective jurisdiction.  All Parties shall cooperate in the implementation of the annual operating plans.

2. The City and the Town will each appoint a representative as a member of the Weed Board and such representative shall be the liaison between the City or the Town and the County Weed Department.

3. Except as otherwise agreed, all grants and contracts shall be made in the name of Ouray County in accordance with County rules and regulations, and the county weed manager or other individuals designated by the county shall be the responsible party for grant administration, fund accountability and administration of related contractual obligations.   The Town and the City agree to provide supporting letters or other documentation as may be necessary to obtain grants or other funding.

4. All parties agree to work together to inventory, monitor, and prevent the spread of noxious weeds, and, as provided above, to seek funding for weed control as a cooperative weed management area.

5. The Parties may, by subsequent agreement, choose to share resources on a case by case basis or make contributions, reimbursements or transfer funds.

6. This contract shall not be construed to create a financial obligation of any party. All expenditures by any party shall be authorized by the respective party pursuant to a proper appropriation therefore.

7. No party is delegating decision making authority.  Each party is responsible to make decisions within their jurisdictions. This agreement is not creating a legal entity of any sort.

8. This contract and implementation thereof shall be in accordance with all applicable laws and regulations,

9. This agreement does not restrict any party from participating in other public, private, or individual weed control activities which are not destructive of cooperative efforts under this Agreement.

10. Any party may terminate its participation in this Agreement at any time without cause, by giving written notice to the other parties.

11. On an annual basis, the governing bodies of each of the Parties shall meet and determine whether goals of this Agreement are being met and whether any modifications or amendments to this Agreement shall be made.

BOARD OF COUNTY COMMISSIONERS
OURAY COUNTY, COLORADO

BLM_0066740

By: _____

Lynn M. Padgett, Chair

ATTEST:

_____

Michelle Nauer, County Clerk and Recorder
By: Linda Munson-Haley, Deputy Clerk of the Board

CITY OF OURAY

By:_____

ATTEST:

_____

TOWN OF RIDGWAY

By:_____

ATTEST:

_____

BLM_0066741

## EXHIBIT D
## PUBLIC MEETING OUTLINE AND DETAILS

**Meeting Outline and Timeline**

| Meetings | Date | Purpose |
|---|---|---|
| #1 | Dec 7, 2010 | Establish Process and Identify Resources |
| #2 | Dec 21, 2010 | Describe Property/ Review Inventory<br>*Finalize Map of public properties and known weeds and locations* |
| #3 | Jan 4, 2011 | Develop Land Management Goals and Weed Management Objectives<br>***Guest Speaker: Susan Rose*** |
| #4 | Jan 18, 2011 | Set Priorities<br>*Prioritizing management, target areas, resources available*<br>***Guest Speaker: Kelley Liston*** |
| #5 | Feb 1, 2011 | Open Forum<br>*Scheduled time slots for public comment (schedule with Pam Kraft)*<br>Finalize Management Priorities |
| #6 | Feb 15, 2011 | Summarize Inputs to Date<br>Finalize Goals and Objectives<br>Finalize Priorities |
| #7 | Mar 1, 2011 | Consider Actions<br>*Techniques/methods of control*<br>***Guest Speaker: Jude Sirota*** *on Management Techniques & Methods of Control* |
| #8 | Mar 15, 2011 | Compile Integrated Weed Management Plan (IWMP)<br>*Bring it all together: Develop Recommendations, methods, short and long term…* |
| #9 | Apr 13, 2011 | Presentation of Draft Plan to Public and Town Council |

**Time and Location**
Meetings are Tuesdays, <u>4:00-6:00 PM in the Ridgway Town Hall</u> Community Center- 201 North Railroad Street.

**Details**
The public is encouraged and welcome to participate in each meeting. Public meetings will be posted and advertised. Guest Speakers will be present at Meetings 3, 4, and 5 (above), and will present information germane to the scheduled workshop topic.  The presentation at Meeting #3 will review weed basics: 'Weeds 101'.  The presentation at Meeting #4 will review management priorities, identification of priority species and priority infestations targeting areas for weed management, consideration of resources required for weed management.  The presentation at Meeting #5 will review management techniques, best practices, environmental conditions, underlying causes, methods of control, etc. Presentations will begin at 4:00 PM and be approximately 30-60 minutes in length.  After the presentation, workshop facilitation will begin and public inputs will be solicited and summarized.  *Don Batchelder will be present at Meetings #3 through #7 for facilitation.  Weed management resources, meeting notes, and plan related information will be available throughout the process at <u>www.town.ridgway.co.us/weedcommittee.html</u>.  Committee members will meet after each meeting to summarize inputs and draw conclusions from the meeting.  Additional committee meetings may be scheduled if needed.

**Committee Member Roles**
Committee Leads – Pam Kraft, Sheelagh Williams
Community Outreach – Pam Kraft, Ellen Hunter
Technical Resource and Assistance – Dickson Pratt
Meeting Notes – Pam Kraft
Facilitation Assistant – Joanne Fagan

BLM_0066742

**EXHIBIT E**
Meeting Agendas, Objectives, Notes

**WEED MEETING #2 (PROJECT SCOPE AND INVENTORY) – DEC 21, 2010**

**TO:**      WEED COMMITTEE

**FROM:**    JEN COATES

**SUBJECT:** MEETING #2 OBJECTIVES

**DATE:**    12/21/2010

1.) Project scope and meeting schedule

2.) Describe and Inventory Management Areas
    a.) Define areas of weed management
        Town boundary:  public / private lands
        Topography – river, wetlands, pasture
        Uses – public/private, parks, passive use
        Soil types

    b.) Identify resources – *this will aid in developing management goals and objectives*
    Wetlands, streams, ponds, lakes, rivers, riparian areas, vegetation types (prairie, shrub, forest), wildlife range, sensitive plant/animal species, drinking water, fish, flora/fauna, native plant communities, irrigated pasture, livestock, threatened plant communities, parks/developed recreation areas, etc.

    c.) Inventory/define known noxious weed species – *important for prioritizing management From Maps:*
        Spotted Knapweed – B
        Russian Knapweed – B
        Leafy Spurge – B
        Canada Thistle – B
        Hoary Cress – B
        Absinthe Wormwood – B
        Dames Rocket – B
        Oxeye Daisy – B
        Scotch Thistle – B

    d.) Re-inventory in the spring
        Every spring – *May, June?*
        Targeted areas for inventory – *Prioritize: disturbed areas, species most difficult to control, and highest value natural resource areas?*

3.) Next Meeting – Jan 4th at 4PM: Management Goals and Objectives
        Sub-Committee to Develop an Integrated Weed Management Plan

BLM_0066743

December 21, 2010  4:00 p.m.  Ridgway Community Center
Meeting Notes

Members Present:  Heather Bussey, John Clark, Joanne Fagan, Ellen Hunter, Pam Kraft, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitators: Jen Coates and Don Batchelder
Audience: Ron Mabry and Susan Baker
Discussion: review of map identifying location of noxious weeds

Map identifies noxious weeds on public property within town boundaries and also the water plant and Lake Otonowanda

Weed populations are all Class B by State identifications; Ouray County priorities include two identified plants, knapweed and absinth wormwood

Bike path as shown on map includes Railroad Street to the BLM property

Consolidate the map identifying weed populations on public property with the one used to identify populations on private property and develop one map using different colors for public and private properties

Size and density of populations need to be identified; Jen, Heather and Ron will meet to identify the size and density of populations and incorporate into the map

July 1st perform an inventory to update the map; the plan should state an inventory will be performed annually on July 1st

Plan should state intention to educate citizens regarding private property and the Town Council can address enforcement and requirements for private property owners at a later date

Define which weeds are a priority for eradication and then start removal at the most dense locations

Address in the plan rights of ways are the responsibility of the adjacent property owner (per municipal code regulations)

Important natural resources:   river corridor; wetlands; parks; drinking water; irrigation ditches and streams; landscaped plantings i.e.: trees and shrubs; natural willow populations; wildlife habitat

Place in the plan a requirement for notification to adjacent property owners when eradication work is performed by the town

BLM_0066744

**WEED MEETING #3: MANAGEMENT GOALS AND OBJECTIVES**
**AGENDA AND MEETING OBJECTIVES**
**JANUARY 4TH, 2010 – 4PM AT RIDGWAY TOWN HALL**

**TO:** WEED COMMITTEE/ PUBLIC PARTICIPANTS
**FROM:** JEN COATES
**SUBJECT:** MEETING #3: AGENDA AND OBJECTIVES
**DATE:** DEC 30, 2010
**EST TIME:** 2.5 - 3 HOURS

**1.)  Review of Draft Plan: Weed Inventory/ Map**, from Dec 21, 2010 Meeting – Jen Coates (*10 minutes*)

**2.)  Introduction and Meeting Purpose** – Pam Kraft (*5 minutes*)

**3.)  Guest Speaker** - Susan Rose (*30-60 minutes*)

**4.)  Meeting Process, Structure, Focus** – Don Batchelder (*5 minutes*)

**5.)  Establish Land Management Goals** – Don Batchelder *(30 minutes)*
    *Describe conditions you wish to create or maintain, not just weed related*
    *Focus on human values, natural resources, financial resources*

    Examples *of land management goals:*
        a.)  Provide opportunities for public education
        b.)  Identify and protect natural resources
        c.)  Be a good neighbor
        d.)  Maintain natural habitat, including native plant and animal populations

**6.)  Establish Weed Management Objectives** – Don Batchelder *(45 minutes)*
    *Specific, measureable, achievable statements with deadlines and specific actions*
    *Link the general goal statements to the specific management actions*

    Examples *of weed management objectives (linked to goals above):*
        a.)  Goal: Provide opportunities for public education

            Objective - Insure the Town's weed management plan and weed identification information are readily available on the Town website and at Town Hall by May 2011, and updated as necessary

Page 38 of 55

BLM_0066745

Objective- Work with Ridgway Schools and the Ouray County Weed Manager to develop an educational plan on noxious weed education and management in 2011 for students including annual field trips and experiential outdoor education

b.)  Goal: Identify and Protect Natural Resources

Objective - Develop and implement revegetation plans in conjunction with all weed management efforts, as necessary, to insure native habitats are restored and management efforts and resources are maximized

c.)  Goal: Be a good neighbor

Objective - work collaboratively with private property owners on priority areas for weed management to insure efforts by both public and private parties are effective through shared resources, open dialogue, and targeted management techniques

d.)  Goal: Maintain natural habitat, including native plant and animal populations

Objective -  Prioritize management and employ various techniques such as early season mitigation, that reduce the spread of weed seed within 3 years (by 2013) in heavily populated areas of spotted knapweed, Canada thistle, and other specified noxious weeds where seed management is appropriate to prevent proliferation of weeds that work to choke out native vegetation and natural habitats, and insure management methods will be effective in decreasing these weed populations within 5 years (by 2015)


**7.)  Wrap Up** – Don Batchelder *(25 minutes)*
Committee will summarize inputs and finalize the goals and objectives for the plan


**8.)  Next Meeting** – Jan 18th at 4PM: *Setting Priorities*

Page 39 of 55

BLM_0066746

Sub-Committee to Develop an Integrated Weed Management Plan
January 4, 2011, 4:00 p.m.  Ridgway Community Center
Meeting Notes

Members Present:  Joanne Fagan, Ellen Hunter, Pam Kraft, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitators:  Jen Coates and Don Batchelder

Audience:  There were 13 people present in the audience

Discussion: Presentation of Weeds 101 and Development of Land Management Goals and Weed Management Objectives

Susan Rose, Horticulture Education Specialist with CSU Extension Tri River Area Office presented a slide presentation and stated she would provide a basic introduction talk to weeds and why they matter and why they are a problem.

Information from the slides included:

What's a weed – a plant where you don't want it; non-native; invasive; plant who's virtues are yet to be discovered.  Weeds are defined by human perspective, there is not scientific definition

Problems associated with crops and in gardening - there can be 50,000 weed seeds in a cubic foot of garden soil; seeds can remain dormant and viable for up to 50 years based upon the species; weeds compete with desirable plants, reduce crop yields and quality and increase labor and production costs; some are hosts for insects and disease to other plants; some are poisonous or irritating to people, animals and livestock

Increase costs for upkeep of homes and maintenance in recreation areas – increase cost of maintaining roadways and irrigation ditches; reduce land values; limit crop choices; increase reforesting and revegetation costs

Weeds affect us by - changing fire cycles; winter annual grasses can ignite easily by lighting strikes; wildfires occur far more often within infested areas; weeds threaten wildlife habitat;  agriculture estimated costs - economic impact exceeds 25 billion annually in US due to crop loss, weeds account for 45% of annual crop loss (insects 30%, disease 20%), without weeds competing with corps world crop production would increase at least 11.5%; roadside and canal maintenance; loss of property value; loss of income from recreation; time lost from work due to allergies

To develop a weed management plan must identify if the plant is a dicot or monocot; annual, winter annual, biennial or perennial

A noxious weed is defined legally by state definitions and are categorized in A, B & C lists and have three different management strategies. Those on the A list must be eradicated wherever detected; are often toxic or have serious undesirable characteristics; some of the weeds on the list are not in the state yet; B list requires management and prevention of further spreading; is typically the largest classification on the noxious weed list;   C list use integrated management methods and provide educational, research and biological control resources

BLM_0066747

Integrative management methods – decision making process that relies heavily on regular monitoring to determine if and when treatment is needed; minimize the use of chemicals; protect the environment and save money

Control methods in integrative management psychology

1) Prevention is the first line of defense for weed control
- always use clean seed
- avoid manures with viable seed
- inspect equipment used during roadside maintenance
- no soil from weed infested areas
- inspect nursery stock
- don't allow existing sources to reseed
2) Cultural methods support prevention
- crop rotation
- good soil preparation
- use mulches
- good watering practices
- monitoring and scouting
3) Control methods
- mechanical – mowing, hoeing, pulling, tilling
- knowing life cycle of weeds helps to know which method to use
- burning is more effective along ditch banks, roadways
- biological control – introduction of insects and diseases brought in from the plants original environment and released in a controlled environment (this is a long term fix and since not a quick fix is not suitable for A list weeds)
- goats
- chemical controls – used in conjunction with other methods (to use need to know the life cycle of the weed, right time to intervene and right chemical for the job); often the most cost effective choice

Weed identification - correct identification is key to successful management; must know if annual, biannual or perennial

If an annual – prevent seed formation and dispersal; mechanical is more effective and should be done after the seed sets  (winter annuals germinate in late summer or fall)
Biannual – form rosette first year, bloom and set seed in the second year; prevent seed spread
Perennials – may spread by rhizomes; most effective management is chemical; tilling and grubbing will need to be used in follow up; treatment most successful in early bloom or in fall; in summer cut seed heads to prevent spread of seeds

Integrated weed management keys – observation and scouting; correct identification; education about lifecycles and points of intervention; timely follow through; evaluation of results; modification of tactics when necessary; prevention is the always the starting point

Jen Coates explained at the previous meeting the committee developed a map which identifies weed populations, the types of plants, where they are located and if on public or private property and natural resources which need to be evaluated. She explained tonight the committee will be working on developing management goals and objectives.

BLM_0066748

Don Batchelder explained the land management goals should describe the conditions to create or maintain and focus on human values, natural and financial resources.  Weed management objectives should be specific, measureable and achievable statements with deadlines and specific actions.

The committee and audience created the following list of items.  There was not enough time to complete the list so members agreed to bring ideas for remaining objectives to the next meeting.

The meeting adjourned at 7:05 pm

BLM_0066749

**WEED MEETING #4: FINALIZE OBJECTIVES/ MANAGEMENT PRIORITIES**
**AGENDA AND MEETING OBJECTIVES**
**JANUARY 18TH, 2010 – 4PM AT RIDGWAY TOWN HALL**

**TO:**          WEED COMMITTEE/ PUBLIC PARTICIPANTS
**FROM:**      JEN COATES
**SUBJECT:**  MEETING #4: AGENDA AND OBJECTIVES
**DATE:**       JANUARY 18TH, 2011
**EST TIME:**  2.75 HOURS

**1.) Introduction** – *Pam Kraft* (*5 minutes*)

**2.) Meeting Purpose** – *Don Batchelder (5 minutes)*

**3.) Guest Speaker: Management Priorities** – *Kelley Liston (30 minutes presentation, 10 minutes Q&A)*

**4.) Review of Draft IWM Plan – *Don Batchelder (10 minutes)***

**5.) Finalize Goals and Objectives**, continued from Jan 4, 2011 Meeting – *Don Batchelder* (*30 minutes*)

**6.) Establish Priorities** – *Don Batchelder (60 minutes)*
       *\*Focus control efforts on:*
             *- those weed species, which have the greatest impact on resource base*
             *- those which become more difficult to control if action is delayed*
       *\*Establish priorities by determining priority species and priority infestations in light of objectives*
       *\*All weed species identified in Ridgway's Plan to date are Colorado B-list (management required)*

      **A.  Prioritize the Weed Species and Revisit Objectives to determine if objectives need revised**
      **B.  Determine which Infestations have the Highest Priority**

**7.) Wrap Up** – *Don Batchelder (5 minutes)*
      Committee will summarize inputs and finalize the priorities

**8.) Next Meetings** – *(5 minutes)*
      Discussion of meeting dates and timeline changes
      Special Committee Assignments and Public Presentations
      Next Meeting - Feb 01 at 4PM: *Consider Actions/ Management Techniques*
                    Meeting Notes
          Sub-Committee to Develop an Integrated Weed Management Plan
          January 18, 2011  4:00 p.m.  Ridgway Community Center

BLM_0066750

Members Present: Heather Bussey-Patterson, John Clark, Joanne Fagan, Ellen Hunter, Pam Kraft, Jean MacDonald, Dickson Pratt, Sheelagh Williams

Facilitators: Jen Coates and Don Batchelder

Audience: There were 15 people present in the audience

Discussion: Presentation of Management Priorities and Establishment of Priority Weed Species

Kelley Liston, Rangeland Management Specialist with Ouray Ranger District, presented a slide presentation on establishing priorities for weed management. She stated management "is not easy" and involves "complex planning decisions". Prioritize weeds by targeting species "that posse the largest threat". This includes identifying which species help meet the objectives, "while not treating them at the expense of something else" and determining "what are the trade offs associated with the addressing the problem area".

Information from the slides included:

1. Establish Weed Priorities
    - conduct on site inventory (maps, local knowledge, site access)
    - what invasive species are present
    - what threat is created by the invasive species that are present (highly aggressive, poisonous, assets that are threatened)
    - which species are not present but within a specified distance
    - any planning/management documents that exist that address additional resource objectives
    - how feasible is treatment
    - is it on the state/county/local weed lists
2. Prioritize Weed Species
    - work with the County Weed Manager
    - get familiar with state & county weed lists
    - evaluate weed management objectives to see if they are consistent with the weed species prioritization
3. High Priority Weed Infestation
    - once priority weed species are identified then determine which infestation is highest
    - small isolated infestations are priority and most easily treated and may be a species that doesn't pose a high threat
    - infestation of high priority weed species would be uncontrollable if left untreated
    - areas of frequent, high disturbance, such as road sides, parking areas, trails, ditches and streams and rivers
    - frequent disturbance creates favorable habitat for weeds to become established
    - weed seeds are spread by vehicles, animals and water

There were questions from the audience for Kelley.

The committee reviewed the goals and objectives from the previous meeting and amended and added items to the lists, with input from the audience.

The committee established a prioritization of weed species as follows:

BLM_0066751

1. Spotted Knapweed
2. Canada Thistle
3. Russian Knapweed
4. Leafy Spurge
5. Hoary Cress
6. Hounds Tongue
7. Scotch Thistle

The following areas which have infestations were identified as having the highest priority:

1. Uncompahgre River Corridor
2. Lake Otonawanda
3. Uncompahgre River Trail
4. Riparian areas and ditches
5. Tackle small patches of noxious weeds first
6. Regional Athletic Park
7. Roadsides and trails

The meeting adjourned at 6:45 p.m.


Submitted by: Pam Kraft

BLM_0066752

**WEED MEETING #5: PUBLIC FORUM**
**AGENDA AND MEETING OBJECTIVES**
**FEBRUARY 1ST, 2010 – 4PM AT RIDGWAY TOWN HALL**

| | |
|---|---|
| **TO:** | WEED COMMITTEE/ PUBLIC PARTICIPANTS |
| **FROM:** | JEN COATES |
| **SUBJECT:** | MEETING #5: PUBLIC FORUM |
| **DATE:** | FEBRUARY 1, 2011 |
| **EST TIME:** | 2.75 HOURS |

**1.) Introduction and Meeting Purpose** – *Pam Kraft and Don Batchelder* (10 *minutes*)

**2.) Presentation Schedule –** *each speaker will have 10 minutes to present on their specific topic, offering solutions for the integrated weed managemen, followed by 5 minutes for questions and answers:*

1. **Timothy Seastedt**
2. **Joanne Fagan**
3. **Heather Bussey Patterson**
4. **Pam Kraft**
5. **Couple from Log Hill (sorry didn't get their name!)**
6. **Kimah McCarty**
7. **Heidi Comstock**
8. **Susan Baker**

**3.) Wrap Up** – *Don Batchelder (5 minutes)*

**4.) Finalize Goals and Objectives *(if time allows)* –** *Don Batchelder (20 minutes)*

**5.) Next Meeting** – *(5 minutes)*
Next Meeting - Feb 15 at 4PM

BLM_0066753

Meeting Notes
Sub-Committee to Develop an Integrated Weed Management Plan
February 1, 2011  4:00 p.m.  Ridgway Community Center

Members Present: Heather Bussey-Patterson, John Clark, Joanne Fagan, Ellen Hunter, Pam Kraft, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitator:  Don Batchelder

Audience:  There were 14 people present in the audience

Discussion: Committee Member and Public Presentations on Control Methods

1.  Tim Seastedt, Professor of Ecology and Evolutionary Biology at the University of Colorado at Boulder spoke via the telephone, and slides were presented for his presentation.  He explained he is a research scientist and in the mid 90's began scientific research to find sustainable solutions for management of regionally abundant invasive weed species.  He has researched sustainable control methods using organisms that harm the weed and management techniques that favor particular species.  The research is intended to find cost effective methods and provide sustainable eco systems.  His projects encompass 150,000 acres of public property in the City and County of Boulder, which is being used as a laboratory to test and research management controls.  He presented background on a study area of 50 acres of spotted knapweed that the CU Invasive Plant Lab has been working with since 2005.  A biological control program was developed which has prevented the spread of the plant and is contributing to its apparent slow decline.

He suggested the Town address the infestation of spotted knapweed along the river corridor with the use of insects and proactive control measures. The first step is to focus on containment and then focus on controls to reduce seed dispersal.  He noted the plant needs seed production to survive and any control measures to minimize seed production will help, including damaging the plants. The use of this method, he said, guarantees that if regrowth occurs, it does not produce more viable seed.  Hand pulling the plant would be the best method along with the planting of competitive plants, as competition with other plants will kill the seedlings, and the use of insects.

On questions from the committee and audience he explained there are four insects which attack spotted knapweed.  Two are usually present with the plant, both species are gull flies, which stop seed production and winter in the seed heads.  The other are weevils, which will over winter in the soil. One type eats the seeds and foliage and the other the root.  Approximately 500 insects are needed for a million plants and will take five to six years to build a colony.  The best competitive plants would be native and non-native grasses.  The Boulder project has had a modest decline with the use of insects and hand pulling.

2.  Joanne Fagan addressed the use of insects for biological weed control.  She contacted an insectory in Palisade, Colorado which shared research on which insects control specific species, and will not affect other species.  The insects act as predators and will control, but not eradicate, a species.  They need to over winter so they can breed and create a population to impact the weed infestation, and it will take between three and five years to have a colony large enough to make an impact.  The cost of obtaining the insects is affordable.

BLM_0066754

3.  Heather Bussey Patterson addressed the use of mushroom spores as a control method.  These products are marketed as soil amendments and they work to control seed populations, and the microorganisms in the product aid the soil.  The spores will feed on woody stocks and seed production.  The cost for application is $70 to 100 an acre.  She reported she has contacted a company that is willing to donate the product for experimental test plots, and a CSU professor would oversee the testing.

4.  Pam Kraft spoke regarding the use of goats for weed management.  She explained the City of Denver has used hired a company that supplies herds of cashmere goats to control weeds in city parks.  Goats eat broadleaf plants, such as thistle and bindweed, and will ignore grasses.  The Canon City Recreation District owns a herd of 16 goats, all of which have been donated to the City and include an eclectic mix of breeds. The goats are used to control weeds in the natural parks and along the river corridor.  Weed management is very successful, the only challenge that has been encountered is perimeter fencing to confine the goats in areas that are being eradiated.  Recently the goats completely cleared a park area of knapweed.  They are also eating the russian olive and tamarisk plants along the river. The city maintenance crew take care of the goats, which are housed in a chain link fenced area at the maintenance yard.  They are visited by the public who come to feed the goats, which will eat anything offered to them.  The Canon City Water Department also has a herd of goats that live up at two settling basins, where the city stores its water supply.

The use of goats to reduce weed populations is an effective bio-control agent and is economical.  They eat 25 percent of their body weight each day; and their hooves till and aerate the soil as they trample in their own manure which becomes fertilizer.  Goats prefer plants that are at eye level and eat weeds, and also poisonous plants.  They will not eat grasses if there are weeds in the area.  The older males prefer different plants then the females and younger goats.  She explained they will eat weeds the committee has identified on the list of priority weeds – canada thistle, leafy spurge, scotch thistle and spotted knapweed.  The way in which the goats eat weeds does not allow the plant to photosynthesize and produce any more seeds.

5.  Kimah McCarty presented an overview of the eradication project undertaken last summer by students who hand pulled knapweed along the river corridor.  She encouraged the committee to continue the Town's policy to disallow the use of herbicides on public property.  She addressed the need to protect soils, encourage organic gardening, and teach youth ways to work in harmony with the land.  She spoke regarding detrimental health effects from exposure to herbicides, and cancer causing agents contained in chemicals.  She explained herbicides can affect the food chain, birds, insects, wildlife and water sources.

6.  Heidi Comstock expressed concerns regarding chemical exposure and public safety.  She reported on new discoveries in photon technology and noted changes in physics are happening so quickly that new technologies may be available before the plan is even prepared.  She encouraged the committee to consider the need to protect the environment and ensure a continuation of tourism.

7.  Susan Baker encouraged educating the public that the use of herbicides on private properties can impact neighbors.  She asked the committee to consider not including the use of herbicides as a control method and chose the use of alternative methods.   She presented documentation on the dangers of toxic chemicals, and expressed concerns if herbicides are used along the river it may have a detrimental affect on the bald eagle population.   Glen Rein explained he is a biochemist and addressed the dangers of chemical toxicity and impacts on humans, wildlife, and water sources.

It was noted the next meeting will be held on February 15th at which time the committee will finalize goals and objectives and management priorities.  At the March 1st meeting a speaker will address control methods for specific weed species.

Page 48 of 55

The meeting adjourned at 6:45 p.m.


Submitted by: Pam Kraft

BLM_0066756

**WEED MEETING #6:**
**AGENDA AND MEETING OBJECTIVES**
**FEBRUARY 15TH, 2010 – 4PM AT RIDGWAY TOWN HALL**

**TO:**       WEED COMMITTEE/ PUBLIC PARTICIPANTS
**FROM:**    JEN COATES
**SUBJECT:**  MEETING #6:
**DATE:**     FEBRUARY 15, 2011
**EST TIME:** 2.5 HOURS

**1.) Introduction and Meeting Purpose** – *Pam Kraft and Don Batchelder (10 minutes)*

**2.) Committee Discussion –** *Don Batchelder (30 minutes)*
     *Committee summarize discussions and public inputs to date*

**3.) Finalize Goals and Objectives–** *Don Batchelder (30 minutes)*

**4.) Finalize Priorities for Weed Management -** *Don Batchelder (40 minutes)*

**5.) Review Chemical Application Protocol** – *Don Batchelder (20 minutes)*

**6.) Meeting Schedule** – *Don Batchelder (10 minutes)*
     *Next Meeting – March 1st at 4PM: Management Techniques with Guest Speaker, Jude Sirota*
     *Meeting Schedule – confirm meeting schedule, remaining dates, scope and summary*

BLM_0066757

Sub-Committee to Develop an Integrated Weed Management Plan
February 15, 2011 4:00pm Ridgway Community Center

Members Present:    John Clark, Joanne Fagan, Ellen Hunter, Pam Kraft, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitators:    Jen Coates and Don Batchelder

Don reminded the committee and public of the reasons for an integrated weed management plan: Colorado State legal requirements, efficient use of the Town Council and the need for river restoration.

The Committee reviewed the Goals and Objectives, including Dickson's proposal for a much simpler set with a focus on noxious weeds. The consensus was that Dickson's proposal was much simpler, on task and easier for staff to interpret, track and achieve. Jean proposed the addition of an objective to use the "least toxic method to reduce or eliminate priority noxious weeds that is feasible and effective". Education was also added as an objective. Staff was directed to revise the draft plan to reflect the consensus.

The Committee discussed what should be included in the Integrated Weed Management Plan. There was consensus that Purpose should include "restoration, maintenance and beautification of public property".

The Committee then moved to prioritization of location specific noxious weeds. Before discussion of the specifics, the Committee agreed on a process and criteria which would be used and vetted in this initial evaluation and then included in the Integrated Weed Management Plan for annual use thereafter. Criteria include town resources (money, labor), additional resources (volunteers, grants, donations), species of noxious weeds present and size and location of infestations. Joanne agreed to redo the matrix of locations, noxious weed species and priority based on the criteria the Committee developed and make that available at the next meeting to compare it to the matrix based on prior "ad hoc" committee input. She will also add the likely cost since that was included as a criteria for determining action.

BLM_0066758

**WEED MEETING #7:**
**AGENDA AND MEETING OBJECTIVES**
**MARCH 1ST, 2010 – 4PM AT RIDGWAY TOWN HALL**

**TO:**          WEED COMMITTEE/ PUBLIC PARTICIPANTS
**FROM:**        JEN COATES
**SUBJECT:**     MEETING #7: METHODS AND TECHNIQUES
**DATE:**        MARCH 1, 2011
**EST TIME:**    2.5 HOURS

**1.) Introduction and Meeting Purpose** *– Sheelagh Williams  (10 minutes)*

**2.) Presentation of Methods and Techniques –** *Jude Sirota (30 minutes; 10 minute QA)*

**3.) Review Draft Management Plan and Inputs to Date –** *Don Batchelder (20 minutes)*

**4.) Identify Control Methods for Priority Noxious Weeds -** *Don Batchelder (70 minutes)*
*Committee will discuss management techniques for priority weeds and then open to public comment*

**5.) Meeting Schedule** *– Don Batchelder (10 minutes)*
*Next Meeting – March 15th at 4PM: Management Techniques Continued*

BLM_0066759

Sub-Committee to Develop an Integrated Weed Management Plan
March 1, 2011 4:00pm Ridgway Community Center

Members Present:       Heather Bussey, John Clark, Joanne Fagan, Ellen Hunter, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitators:       Jen Coates and Don Batchelder

Jude Sirota gave a presentation on the techniques which can be used to control weeds. She presented both a general view and then provided specific information on the availability and effectiveness of various control techniques for weeds known to exist in Ridgway. She also provided some ideas for a volunteer program. Jude answered questions from the committee and the public. One point of emphasis was that if herbicides are used, the skill of the licenses applicator is critical to minimizing potential adverse impacts on humans and the environment.

The Committee reviewed the draft Integrated Weed Management Plan and made a few recommendations. Jen and Joanne will make the recommended changes.

Page 53 of 55

BLM_0066760

**WEED MEETING #8:**
**AGENDA AND MEETING OBJECTIVES**
**MARCH 15TH, 2010 – 4PM AT RIDGWAY TOWN HALL**

**TO:**         WEED COMMITTEE/ PUBLIC PARTICIPANTS
**FROM:**     JEN COATES
**SUBJECT:**  MEETING #8: METHODS AND TECHNIQUES/ FINALIZING THE PLAN
**DATE:**      MARCH 15, 2011
**EST TIME:**  2.5 HOURS

**1.)**     **Introduction, Meeting Purpose, Discussion Format** – *Sheelagh Williams* (5 *minutes)*

**2.)**     **Confirm Control Methods for Priority Noxious Weeds -** *Don Batchelder (120 minutes)*
*Committee will discuss management techniques for each priority weed and location, and then open the*
*public comment period*

**3.)**     **IS IT DONE…** or one last meeting**?!?**

Page 54 of 55

BLM_0066761

Meeting Notes
Sub-Committee to Develop an Integrated Weed Management Plan
March 15, 2011  4:00 p.m.  Ridgway Community Center

Members Present: Heather Bussey-Patterson, John Clark, Joanne Fagan, Ellen Hunter, Pam Kraft, Jean McDonnell, Dickson Pratt, Sheelagh Williams

Facilitator:  Don Batchelder

Audience:  There were 6 people present in the audience

Discussion:  Control methods for priority weeds

At the last meeting the committee asked staff to work with the draft plan and insert Proposed Management Techniques from the Carbondale Integrative Weed Management Plan.  The committee reviewed those inserts which addressed prevention/revegetation; cultural; biological; mechanical and chemical control methods and added, deleted or modified the content. Each identified weed type was addressed (leafy spurge, spotted knapweed, canada thistle and russian knapweed) and then modified for each area that the weed has been located on Town owned property and rights of ways. The committee also amended Attachment C: Chemical Application Protocol.

The meeting adjourned at 7:05 p.m.


Submitted by: Pam Kraft

Page 55 of 55

BLM_0066762



LEGEND

- Ridgway Town Boundary
- Historic Town Core
- Initial Growth Boundary
- Urban Growth Boundary
- Key Gateways
- River Gateways
- Enhanced Pedestrian/Bike Connections
- Uncompahgre Riverway Trail
- River Buffer Zone
  100' from bank, or the floodplain, whichever is greater
- Floodplain (estimated)

FUTURE LAND USE

- Commercial
- Mixed Use Business
- Mixed Use Residential
- High Density Residential
- Medium Density Residential
- Low Density Residential
- Very Low Density Residential
- Institutional
- Parks/Open Space
- Industrial
- Green Enterprise
- Future Development

*While this map reflects very low density residential in the areas between the IGB and UGB, the community has expressed a desire that in the longer term, the lower-lying valley areas be developed at higher densities (ie: medium or mixed use densities) where appropriate. In order to focus growth in and from the core of Town in a concentric manner from existing infrastructure, these areas are reflected as 'very low density residential' will likely transition to higher density development zones with future land use plans; however, for the life of this plan (10 years), the densities should remain very low as indicated.*

SE Group

0   0.25   0.5
Miles

BLM_0066763



Town of Ridgway

# LAND USE PLAN

2011 Update

Adopted by Planning Commission
January 31st, 2012

SE GROUP

BLM_0066764

# COMMUNITY VISION

*Ridgway is a welcoming, community-minded rural town situated in a beautiful mountain valley. We support learning, creativity and culture. We share a deep connection to the outdoors. We are committed to being economically sustainable and ecologically responsible.*

## COMMUNITY VALUES

We value:

- Civility, Diversity and Inclusivity
- Creativity, Innovation and Lifelong Learning
- Responsible Economic and Environmental Practices
- Our Incredible Natural Surroundings and the Opportunities they Provide
- A Viable Agricultural Community
- Vibrant and Sustainable Businesses
- A Pedestrian-Friendly Environment

*-from the Town of Ridgway Organizational Strategic Plan, 2009*

BLM_0066765

# EXECUTIVE SUMMARY

This document updates the Town's 1998 Land Use Plan and 2000 Master Plan. The process of developing this plan began in 2009 with a review of the Town's Planning documents. During this review, it was determined that while significant progress had been made in realizing the goals, policies and action items embedded in these plans, many of the philosophies and concepts appeared to remain true for the community into the future. In follow up to these discussions, the Town completed a community survey to better understand the sentiment and desires of the Ridgway community. The results of the survey indicate that while the sentiment of the community remains similar to those sentiments conveyed in 1998, since that time the Town experienced expansive growth and development, which was subsequently interrupted by a world-wide recession that continues through the development and completion of this plan. This sequence of events has provided the community with valuable experience in understanding the impacts of growth and development, and is providing an opportunity for Ridgway to put that experience into action through this land use plan.

During various interviews, meetings and workshops throughout 2011, the Ridgway community provided insight and perspective on the direction of land use for the Town. Four major opportunity areas were identified: the awesome river corridor, the Town's engaging gateways, personal responsibilities for the future and quality of life enhancements, and a desirable constructed landscape for the Town.

These ideas and concepts resulted in the development of eight primary categories or goals: Growth, Rural Lands, Housing, River, Economy, Gateways, Environment, and Partnerships. The community continues to cherish a targeted and well-managed direction for growth, preservation of rural lands, diverse and affordable housing, preservation and engagement of the Uncompahgre River corridor, diversification and vibrancy in the local economy, identification and enhancement of gateways to the Town, environmental responsibility, and valuable regional partnerships.

The Future Land Use Map reflects community priorities such as "growing from the inside out" with sustained, concentric growth centered on the historic town core to maximize the value of existing infrastructure and preserve rural lands at the Town's perimeter. The map also portrays the community desire to be true to the Ouray County/Ridgway 2002 Intergovernmental Agreement whereby the Town will actively work to absorb development for the purpose of maintaining community identity, promote efficient provision of public services, and protect open, agricultural and alpine lands. The community continues to strongly support the 2002 Intergovernmental Agreement with Ouray County, which has the following stated purposes: establishing a process of inter-jurisdictional cooperation in order to manage land uses, designating areas of urban development and directing growth to these areas, preserving open lands, alpine lands, wildlife corridors and agricultural lands, protecting the community identities of the Town of Ridgway and Ouray County, and, considering unincorporated land for commercial development only when it complements the existing commercial lands in the Town. With these concepts in mind, increased development densities within the Town are a primary component of this plan.

While this plan is not comprehensive in scope, it is truly a community document that establishes a land use framework for guiding growth and development within the Town of Ridgway, and is a jumping off point for additional planning efforts into the future.

-Jen Coates
*Ridgway Town Manager*

---

BLM_0066766

# ACKNOWLEDGEMENTS

This Plan is a reflection of the Ridgway community, and many people were instrumental in its development. Special thanks to residents and stakeholders at-large who took the time to attend public meetings, interviews, and meetings. In addition, the following individuals were critical to this planning process

## Town of Ridgway

### Planning Commission:

Brian Scranton, Chairman

Pat Willits, Mayor

John Clark, Mayor Pro Tem

Bill Liske

Nick Wasser

Sundra Hines

Thomas Emilson

### Core Task Force:

Doug MacFarlane

Tom McKenney

Randy Parker

Doug Canright

Dan Bartashius

Karen Christian

Mark Castrodale

Paul Hebert

### In Addition:

Jen Coates, Town Manager

Joanne Fagan, Public Works Director

Paul Donegan, Planning Intern

## Planning Consultants

### SE Group:

Mark Kane, Director of Community Planning

Melissa Sherburne, Project Manager

Travis Beck, Senior Environmental Planner

Mike Repyak, Designer

# TABLE OF CONTENTS

01 Introduction                    1

02 Plan Foundation                 5

03 Opportunities                   9

04 Policy Framework               13

BLM_0066768

BLM_0066769

# 01 INTRODUCTION

## Introduction

Ridgway, Colorado is a place unlike any other. It has an authenticity that cannot be replicated by any planning process. The 2011 Land Use Plan Update upholds the values and character that make Ridgway so special, and uses them as a foundation for new solutions for a sustainable future.

The last Land Use Plan Update occurred in 1999 under vastly different economic conditions. At that time, growth was soaring throughout the nation, and in Ridgway there was particular pressure to grow at a rate that put the Town's core values into focus. The 1999 Land Use Plan helped to ensure that new development was complementary to the existing neighborhoods and downtown, and met the needs of its ever-growing population. There was an emphasis on new neighborhoods, growing from the Town core, and an interest in preserving open lands and working agricultural lands surrounding the Town.

That Plan articulated Ridgway's values very effectively through goals and policies, many of which still resonate today. However, with the economic downturn of 2008 came a sharp decline in growth in Ridgway, and the need for a new perspective on land use policy. The 2011 Update takes a look inward at the attributes of Ridgway that will always with-stand economic cycles, and to find dependable, promising new solutions to strengthen social, economic, and environ-mental sustainability moving forward. There is recognition that development alone will not provide these solutions, but when intertwined with a reinforcement of existing development, a celebration of the Town's unique culture and identity, and innovation, it is a critical element of the long-term solution.



Many western communities appear to have lost their chance at preserving authenticity, in the wake of rapid economic growth. The silver lining of the difficult economic times of the last several years is the opportunity for Ridgway to focus and build upon the community's unique attributes.

## Purpose of this Plan

This Plan will serve as the guide for managing future development in Ridgway and will enable the citizens to direct an orderly growth and development process. It is the desire of the Town to have a proactive working document that enables Planning Commissioners, Town Councilors, Town Staff and the Community to develop constructive and appropriate solutions for the challenges and opportunities ahead.

BLM_0066770

## Planning Process

The planning process for the 2011 Land Use Update was carried out over approximately six months, between July and December 2011. The Plan was heavily driven by the citizens and stakeholders of Ridgway, and thus, included extensive public involvement over this time period, with a variety of forums for people to be involved. The following summarizes these opportunities.

### Core Task Force

A Core Task Force was established to reach out directly to the community and ensure that the planning process accurately reflected the Town's Vision and current philosophies. The group included community members, Planning Commissioners, Town Staff, and key stakeholders.

### Focus Groups

As a sub-set of the Core Task Force, five Focus Groups were established to evaluate certain planning topics in more depth. These groups included:

- Land Use and Growth
- Environment, Parks, Trails, and Open Spaces
- Economic Development, Housing, and Culture
- Transportation and Energy
- Infrastructure, Public Service, Education, and Public Works

The Focus Groups met throughout the planning process and provided a key link to the greater community. They met on their own time, at coffee shops or other meeting places, to gather input and provide direction on their specific topics. This was not only a way to get input from individuals who otherwise were unable to attend the public meetings, but also was a way to get candid direction from the people that knew each topic best. The Focus Groups were self-organized and ultimately were a great resource to this Plan.

### Stakeholder Interviews

Early in the process, a series of stakeholder interviews were conducted by the planning team in order to hear first-hand what the community's goals and expectations were for the 2011 Land Use Update. These interviews represented a range of individuals, including long-time locals, newer residents, business owners, regional non-profit organizations, the agriculture community, the school district, real estate developers and builders, an architect, and outdoor enthusiasts. for a total of 24 interviews.

The informal format of the interviews allowed for an open discussion the direction of land use in the future. Many stakeholders voiced their appreciation for the "character" of Ridgway, its strong connection to the surrounding landscape, and its western, ranching heritage. Where there was a broader range of perspectives was in the area of economic development and growth, and what the Town's role should be in promoting and encouraging these concepts. One stakeholder offered that, "We all want to be successful, and we all chose to be here." Despite different approaches, most everyone agreed that they would like an economically sustainable community without compromising the values and character that makes Ridgway unique and desirable.

The stakeholder interviews were used as a basis for the policies and plan development. Where there was not clear direction from the majority of interviewees, this plan seeks to balance a range of solutions so that every perspective is considered.

A complete summary of the stakeholder interviews is available on the Town of Ridgway website and from the Ridgway Planning Department.

### Public Meetings

Three public meetings were held over the course of the planning process to check in with the community at key mile-stones and solicit community input. The following information summarizes the goals and outcomes of those meetings.

BLM_0066771

## Public Meeting #1: Open House

The first public meeting was a community open house held at Town Hall on July 18, 2011. This kick-off event was at-tended by about 50 local residents. Background information such as demographics and economic trends, results from the Community Survey, and existing Goal Statements from the existing Land Use Plan were displayed on boards throughout the room. People were encouraged to provide input on these Goal Statements, which were originally written in 1999, and how they could be revised to better reflect the current community. The current zoning map was also displayed, in order to solicit input regarding specific areas of Ridgway that should remain in place, or have a new direction for the future.

## Public Meeting #2: Opportunities Charette

The second public event was a charette-style workshop that engaged the community in evaluating a variety of planning opportunities. Four key themes were developed by the planning team, as a result of the first public open house and stakeholder interviews, including: *ReConnect the River, Gateway to the San Juans, Sustainable Communities,* and *Livable Landscapes.*

The attendees (about 50) were broken into small groups and given a primer that described each theme. With a member of the planning team facilitating each group, community members were asked to explore these themes in depth, as to how they relate to future land use in Ridgway. The idea was not for each group to develop a comprehensive land use plan, but to search for the most creative and innovative opportunities within the context of each theme. Following the meeting, the big ideas were evaluated for feasibility within a more holistic plan. The last hour of the meeting consisted of a community member from each group presenting the results of their exercise to the larger group. Many of the results are found in this plan.

The key opportunities that emerged from this meeting are presented in Chapter 3: Opportunities.



*A small group presents their ideas at Public Meeting #2.*

BLM_0066772

**Public Meeting #3: Presentation/Open House**

The third and final public event was held on December 6th, 2011. The meeting included a presentation by members of the planning team and Focus Groups, explaining the concepts and policies found in the draft plan. The presentation also included a closer look at the Future Land Use Framework Map, and a discussion as to how that will guide growth in the future. Approximately twenty community members attended this meeting.

## How To Use This Plan

The 2011 Land Use Update is meant to be a guidebook for growth in Ridgway in the future. The planning horizon looks out several decades, though this plan should be updated every 7 to 10 years to reflect the most current goals and needs of the community.

The Land Use Plan is a policy document that provides the first level of review for making land use decisions in Ridgway, and forms the foundation for the zoning code; however, it is not a regulatory document and does not grant or restrict the rights of property owners.



Town of Ridgway Land Use Plan - 2011 Update

BLM_0066773

# 02 PLAN FOUNDATION

## About Ridgway

Situated in Southwest Colorado at the base of the San Juan Mountain Range, Ridgway sits at an elevation approaching 7,000 feet, and was incorporated in 1891 as a freight station and supply center for mining operations booming in the City of Ouray, Town of Telluride and other mining communities in the area. While populations waxed and waned in the region for more than 100 years, Ridgway today is home to an eclectic combination of people, businesses, and homes. Over the last 10 years Ridgway experienced significant growth, which peaked from 2005-2006 with an annual growth rate of nearly 13% that year.[1] Currently with a population of nearly 1,000 persons, this growth has been a noteworthy experience for



many residents. More recently, the Town has experienced a dramatic decrease in construction activity from its peak in 2005, bringing an increase in unemployment, declining sales tax revenues, and stagnant growth, similar to most other communities nationwide since 2009.

The 2010 census estimates the Town of Ridgway population at 924, comprising 21% of the Ouray County population, and representing a 23% increase from the 2000 census population of 713.[2] The Department of Local Affairs is projecting an approximate 18% growth rate for Ouray County, inclusive of Ridgway and Ouray from 2010–2015. While this seems quite high, the Town is confident growth will return to the inviting, scenic, rural community.

Ridgway is bisected by two state highways comprising the San Juan Skyway, and is situated within 40 miles of the resort communities of Telluride and Mountain Village. The Town is one of two municipalities in Ouray County, which has a total population of approximately 4,436.

According to a recent study sponsored by the Telluride Foundation and completed by the Harvard Graduate School of Design and the Massachusetts Institute of Technology, Ouray County is positioned for significant growth and development over the next 30 years.[3]

In 1993, Ridgway adopted a home rule charter, and functions with a Manager-Council type of municipal government. Six Councilors and a Mayor are elected at large with two-year staggered terms. The Town employs a staff of 14 with 3 seasonal employees during the summer months.

BLM_0066774



There are three school districts in Ouray County, with the Ridgway School District recently constructing a new secondary school in 2005 to accommodate projected growth. In addition to the standard amenities, the secondary school's facilities include a gymnasium, music center, indoor climbing wall, and outdoor multi-purpose playing field.

The local government is the utility provider for municipal water and wastewater services. The majority of the streets within the historic downtown and some older subdivisions are gravel, while newer subdivisions have asphalt streets with curb, gutter, and sidewalk.

## Existing Documents

### Ridgway Master Plan

The Ridgway community has not typically completed a "comprehensive" Master Plan document, and instead focuses on a Land Use Update, and then completes supplemental plan elements over time. The 2000 Master Plan document contained more minor plan elements including brief summaries on Economic Development, Capital Improvements, Historic Preservation, and appended policy documents for Affordable Housing and Annexation.

The following Elements comprise the current Master Plan.

**Land Use Update (1999)**

In 1997, new growth pressures were brought to bear by several major development proposals, with the potential to double the Town's population. The prospect of major new residential growth led the Town to initiate a new planning process concentrating on land use planning and on revisions to the Town's subdivision and zoning regulations. In the course of this planning work, a new community survey was carried out and ongoing issues, such as attainable housing, capital improvements and future annexation, were reconsidered.

The 1999 Land Use Update was incorporated into a larger Master Plan Document in 2000.

### Ridgway-Ouray County Intergovernmental Agreement (2002)

In 2002, the Town and Ouray County entered into an Intergovernmental Agreement, committing to collaborative efforts in managing growth in the unincorporated areas surrounding the Town, including the development of growth bounda-ries, influence areas, and a Joint Area Planning Board.  The IGA has been carefully nurtured by the Town and Ouray County over the last 10 years and represents a truly successful example of multi-jurisdictional collaboration in managing regional land use and growth.  Numerous development applications have been managed under the jurisdiction of the IGA,

---

[1] "Population Estimates 2000-2008." Department of Local Affairs. State Demography Office. Retrieved August 22, 2010 from http://dola.colorado.gov/dlg/demog/pop_muni.html

[2] "Population Totals for Colorado Municipalities." Department of Local Affairs. State Demography Office. Retrieved May 17, 2011 from http://dola.colorado.gov/dlg/demog/pop_muni_estimates.html

[3] "Alternative Futures for the Region of Telluride Colorado." Harvard Graduate School of Design and Massachusetts Institute of Technology. Retrieved May 2011 from http://alternativefuturestechnologies.com/telluride/report/Telluride_Alternative_Futures_Final_Report.pdf

BLM_0066775

with the Joint Planning Commission convening to hear various land use requests. As Ouray County has referred development to the Town of Ridgway, the Town has committed to receiving and managing development in a manner that respects the intent and goals of the IGA. There continues to be strong support for this very valuable, regional land use document.

### Downtown Streetscape Plan (2006)

The Downtown Streetscape Plan is a significant precursor to the 2011 Land Use Update. The process involved extensive public outreach, four public meetings, and coordination with the Colorado Department of Transportation. The following were the overarching goals of the Streetscape Plan:

1. Enhance the Ridgway streetscape while preserving local character.

2. Enhance the pedestrian experience into and throughout the Historic Business District for year-round use.

3. Identify locations for way-finding improvements into the Historic Business District.

4. Make coming to downtown fun, safe, inviting and memorable.

5. Create great outdoor spaces to hold events, to meet and greet, or people watch.

6. Improve and organize vehicular circulation with no net loss of parking and additional locations for parking.

7. Bring the natural beauty of the area into the heart of the district.

8. Use sustainable design strategies whenever possible.

9. Create an interface with CDOT to coordinate streetscapes.

### Northwest Area Plan (2008)

For over a century the Town of Ridgway's central roads, blocks and alleys have remained a traditional grid network. This network consists of 36 historically platted blocks in a square grid pattern that encompasses the Historic Residential, Historic Business and Downtown Service Districts. In the planning process, targeted discussion points identified by the Area Planning Task Force included land use, transportation, infrastructure (water, sewer, roads, storm water, pathways, and connectivity), pace/timing/phasing, density, growth boundaries/annexation, and the natural environment/open spaces. The sub-area plan and conceptual map present community preferences and objectives identified during this process and are intended to guide development decisions for this area.

### COMMUNITY SURVEY (2009)

In January 2009, the Town Council convened a workshop to discuss updating the 2000 Land Use Element. Resulting was a request for the Planning Commission to move for-



---

BLM_0066776

ward with a two-step process: a community survey, to be completed in-house in 2009 followed by a land use update.

The general conclusions of the survey, pertaining to land use, are as follows:

*Growth:* Most respondents... want 2 to 5% growth; prefer incentives and restrictions on annexations to direct growth in the Town; agree with the Town-County IGA; think the growth boundary should only change for good reason and public benefit; prefer growth in the Northwest area first; want infill in specific areas; think growth management will retain small town character; prefer commercial development to be in Town; are not concerned about second home ownership; agree the Town should work with neighboring jurisdictions on sustainability issues.

*Infrastructure:* Most respondents... prefer neighborhood parks, open spaces and a large community park to be provided by new development, with the Town pursuing grant dollars to acquire and maintain parks and open spaces; like the grid pattern; want lots with solar access; prefer streets to be hard-surfaced as can be afforded; prefer pay as you go improvements to the business district; think most facilities and services are adequate with the exception of sidewalks and streets, and possibly public parking; prioritize hard-surfaced streets, downtown improvements, sidewalks, and



affordable housing; support water conservation efforts; prefer additional light industrial zoning; support broad efforts to educate the public about keeping dollars local and have general ideas about what the local government, business community and Chamber of Commerce should be doing; are generally satisfied with existing businesses and services; prefer more general retail shops; feel Ridgway's economy is sustainable but lacking diversity; and feel home occupation regulations are about right.

*Housing:* Most respondents... support mixed-use development, increased densities, increasing the ADU size to 800 square feet; indicate increased size and decreased building permit fees for ADUs are the best incentives; would take advantage of reasonable and accessible energy conservation programs or incentives; prefer Town-developed joint-venture projects for affordable housing.

*Environment:* Most respondents... support restricting development in environmentally sensitive areas; support preserving or enhancing physical features in and around Town; believe enhancement and preservation of the river corridor, dark skies preservation, public trees, and recycling are the Town's most successful ventures.

### Additional Planning Processes

- 2011 Parks, Trails, Open Space Element of the Master Plan (2011–in process)
- 2011 Integrated Weed Management and Native Plant Restoration Plan
- 2011 Energy Action Plan: San Miguel and Ouray Counties
- 2011 Community Outreach and Citizen Participation Plan
- 2011 Traffic Flow Plan
- 2010 Town Lighting Plan
- 2010 Prescriptive Energy Code and Green Building Standard
- 2009 Strategic Plan
- 2009 Ouray County Affordable Housing Action Plan
- 2007 Transportation Plan

BLM_0066777

# 03 OPPORTUNITIES

## Introduction

This chapter presents a range of planning opportunities that are centered around four themes. These themes arose out of early public involvement in order to 'think big' and identify the most innovative and exciting planning ideas for Ridgway. The community explored the four themes at Public Meeting #2, as small groups and in a larger discussion.

## Re-Connect the River

The Uncompahgre River Corridor has long been recognized by the community as a valuable asset to the Town of Ridgway. Recent restoration efforts improved its riparian area into the successful conservation and recreation area that is now enjoyed by both wildlife and Ridgway residents. Now, Rollins Park, Dennis Weaver Memorial Park, and the Uncompahgre River Trail provide improved access to the river and new opportunities for the community to explore.



*Activity hubs/access*

The importance of the Uncompahgre to the past, present, and future of Ridgway are driving the need to once again discuss the community values, concerns, and goals for the river and the adjacent lands. Additional recreational opportunities, further restoration, wildlife protection, and the potential for focused commercial or residential development along the Uncompahgre may all be considered as opportunities to meet the Town's vision and land use goals.

Opportunities that the community specifically identified relating to the Uncompahgre River include maintaining connectivity of the Riverway Trail beyond Ridgway, ultimately to Ouray and Montrose; the identification of activity hubs along the river to promote a variety of river uses; and, a desire to encourage public-private partnerships to promote the conservation of the river and to achieve river-related development and access projects.

There is also regional importance to restoring and enhancing the river corridor, as demonstrated by recent Great Outdoors Colorado planning grants, and other regional river-planning efforts such as in Montrose for the Uncompahgre River. Such interest will undoubtedly further this opportunity for Ridgway.

BLM_0066778

## Gateway to the San Juans

Known throughout Colorado as the "Gateway to the San Juans," Ridgway boasts some of the very best views in the state. Ridgway is undoubtedly the gateway to this important tourism region, which includes Ouray to the south and Telluride to the west. The term 'gateway' also takes on a more localized meaning, as there are iconic views of the surrounding landscape driving into Ridgway, as well as points within the Historic Core that are critical to creating a sense of arrival for visitors. Promoting gateways of both scales in Ridgway would encourage drivers to stop and explore the Town, instead of just passing through on their way to other regional destinations.

The 2000 Master Plan and the 2006 Streetscape Plan both identified the importance of gateways, which this planning process reinforced. There is a clear need for consistent and inviting signage to steer people towards parking areas and into the walking district. There needs to be information places at key locations to help people navigate town and also learn about the interesting history and its role in the pop culture of Ridgway.



BLM_0066779

## Sustainable Community

This planning process identified a number of new opportunties for Ridgway to become more sustainable. Connectivity will be critical to this, for bicyclists, pedestrians, and other forms of alternative transportation between key destinations such as schools and neighborhoods and downtown. The river corridor could serve as a north-south connection.

A second intriguing opportunity is the integration of community-supported agriculture into the fabric of existing and future development, where appropriate and where it makes sense. Community gardens can promote social interaction, community pride, and healthy eating.

Lastly, there is an opportunity to promote Ridgway in unique business markets, capitalizing on its distinct character, history, and strong connection to the landscape. This could include encouraging more home-based professionals, or could translate into manufacturing of products such as outdoor equipment, artwork, food products, just to name a few ideas.



---

BLM_0066780

## Livable Landscapes

The style and focus of growth that Ridgway chooses to attract in the coming years will have a dramatic effect on the character of the town. This will also influence how each unique neighborhood in Ridgway ultimately contributes to the fabric of the community. The community can encourage more compact growth within the Town Core, more spacious lots in certain areas farther out of town, as well as encourage clustered development in rural areas to leave agricultural land more intact. The extension of the "grid pattern" will yield a very different development character than a suburban pattern, and the location of parks and open space will influence the density, location, and connectivity of residential development.

Generally, there is an opportunity with the 2011 Land Use Update to make all areas of town enjoyable and livable. All neighborhoods should have pedestrian connectivity to the Historic Town Core, and include green spaces where appropriate. There is also an opportunity to reinforce the role of agriculture in the community by preserving a rural land use pattern along the outskirts of town, and even by promoting appropriately-scaled community gardens within the urban core. The Historic Town Core will continue to anchor the community, so there is an opportunity to enhance it through concepts such as live-work buildings (those with businesses and offices on the street-level, and apartments above) and streetscape improvements, and even the consideration of more recreation and community amenities. There is even an opportunity to promote quality architecture and design in traditional commercial areas, to uphold the character of Ridgway, while fulfilling a need to provide goods to the community.

BLM_0066781

# 04 POLICY FRAMEWORK

---

**DEFINITIONS**

A **GOAL** captures an overall planning objective of the community.

**POLICIES** define a goal, in terms of specific considerations, locations, or criteria, and set the stage for implementation actions.

**ACTION ITEMS** explain specific tasks for implementing policies.

---

## GOAL 1: GROWTH

*Promote growth and development that reinforces Ridgway's existing neighborhoods and businesses, complements the surrounding rural landscape, and celebrates vibrant community spaces.*

**POLICIES:**

1. Require uses and densities that are complementary to the surrounding landscape and development pattern, and that provide context-appropriate[1] diversity of neighborhoods, commercial opportunities, and public spaces.

2. Direct growth to occur in a concentric fashion from the core outward, in order to promote efficient and sustainable Town services, strengthen the Historic Town Core and existing neighborhoods, and preserve the rural character of the surrounding landscape.

3. Evaluate all development and annexation proposals for economic impact and diversity, demand for services, impact to water resources, compatibility, connectivity, and community enhancement.

4. Aim for a growth rate that is sustainable for the Town's economy. services, and resources, and reflective of the Town's rural character.

5. Ensure that new growth pays is own way, at a level that is commensurate with its impacts and benefits to the community, and in a manner that works to balance flexibility and predictability to create a mutual understanding of development costs.

6. Provide incentives and flexibility (i.e. density bonuses), to actively encourage development projects of measurable community benefit.

7. Emphasize the importance of community spaces throughout Town to reinforce Ridgway's character, identity, and social fabric.

8. Encourage new development to include trails connectivity and corridors to facilitate biking and walking throughout town and promote a healthy outdoor lifestyle.

9. Promote infill and mixed use development, where appropriate, to encourage more opportunities to live and work in Ridgway, and to add vibrancy and diversity to existing centers.

---

BLM_0066782

10. Encourage development of vacant or under-utilized parcels consistent with the goals and objectives of the underlying zoning and town policies.

11. Provide clear guidance to developers to ensure smooth transitions and/or compatibility between distinct land uses (i.e., between industrial or commercial and residential, including areas with mixed uses).

12. Require new development to avoid environmental constraints such as steep slopes, the floodway and floodplain, and riparian areas. In general, slopes that exceed a 20% gradient should be restricted from development and road construction. Land-use applicants in or adjacent to these areas should complete detailed geotechnical analysis of their land to determine slope hazards.

13. Encourage development in areas with critical or important wildlife habitat to use clustering, open space corridors, conservation easements, and other techniques to minimize or eliminate impacts.

### Action items:

a. Establish site development standards for all land use development, including storm water management and preservation and care of healthy trees and historic structures, to ensure the community and developers understand what is required.

b. Establish development design guidelines and codify commercial design standards.

c. Finance and construct the Downtown Historic Business Streetscape Plan to promote concentric growth from the core of Town and encourage projects of measurable community benefit.

d. Establish a committee to review and update existing land use regulations, including dimensional requirements for development (lot sizes, set backs, etc.) to ensure compatibility with the goals and policies of this plan.

e. Periodically assess the Town's growth, in terms of rate and how well that growth is meeting the Town's vision. Aim for measuring the rate of growth biennially (once every two years), to gauge what is sustainable for planning purposes.

f. Review and update the Annexation Policy and Subdivision Regulations to ensure considerations are present for economic impact and diversity, service demands, compatibility, connectivity and community enhancement.

g. Set occasional meetings with the BOCC to review the IGA and/or recent development activity that supports or negates the terms of the IGA.

h. Establish and codify requirements for developing parks, trails, open spaces and amenities to ensure community spaces are compatible, appropriate and connected.

i. Gather and publish information regarding the economic benefits of developing parks, trails, open spaces and community amenities.

j. Regularly evaluate the objectives and criteria in the 2002 Ouray County/ Ridgway Intergovernmental Agreement (IGA) for managing development



---

[1]"Context-appropriate" means that new growth will be complementary to the design and pattern of surrounding development, in order to enhance the character and form of Ridgway.

BLM_0066783

outside of the IGB to insure they remain applicable and appropriate over time.

k. Publish and make readily available this land use plan to ensure all development is compatible with the goals and policies of this plan.

l. Participate in the "Strategic Economies Together" economic development planning process and include land use and growth concepts into the larger economic development plan for the Town.

m. Define "steep slopes" and riparian areas, consistent with the Land Use Plan, in the development code, and develop regulations that detail the conditions and performance standards under which such development may be evaluated.

## GOAL 2: RURAL LANDS

*Promote a sustainable and complementary development pattern within the rural landscape outside of the Initial Growth Boundary, but within the Urban Growth Boundary/Urban Growth Management Area and Area of Influence.*

**POLICIES:**

1. Encourage preservation of large tracts of land by clustering of residential development where appropriate to preserve open space, agricultural land, wildlife habitat, visual quality and other non-urban amenities.

2. Support a land use pattern that focuses density and commercial activity towards the Town Core and other business districts, promoting a transitional land use pattern within the UGB/UGMA.

3. Include sustainable multi-use non-motorized trails where appropriate on rural lands to preserve our open space and promote low impact tourism.

4. Support open space and agricultural land preservation programs consistent with the goals of the Town.

**ACTION ITEMS:**

a. Continue to partner with Ouray County to develop regulations that encourage clustering or other land conservation designs in areas outside of the UGB/UGMA but inside of the AOI that allow landowners to realize the economic value of property while also preserving open space.

b. Consider flexible open space and rural preservation land designations when planning for future growth, development and infill within the UGB/UGMA (e.g., "open space reserved in-part for future development as appropriate to accommodate growth").

c. Work with Land Trust organizations to identify opportunities for land preservation.

d. Support efforts with Ouray County to maintain the AOI as a rural area and buffer between communities.

## GOAL 3: HOUSING

*Encourage a diversity of housing opportunities that meet a range of income levels, and complement the Town's existing character and heritage.*

**POLICIES:**

1. Encourage new developments to include a variety of housing sizes, types and prices.

2. Encourage new neighborhoods to enhance and reflect the character of Ridgway through quality design, cohesive materials, and integration of natural features.

3. Allow for the construction of a variety of residential building forms that respond to the need for affordable housing while maintaining neighborhood compatibility.

4. Encourage context-appropriate, non-traditional housing and adjunct housing such as live/work housing, garage or garden apartments, and caretaker units.

BLM_0066784

5. Where desirable, continue the establishment of small ranches and large-lot neighborhoods, similar to those already found within the UGB.

6. Encourage innovative building practices and materials (e.g., straw-bale) when such methods would increase energy efficiency, ease green house gas emissions, and reduce home costs.

7. In all new neighborhoods, emphasize the importance of public spaces and walkability, to promote a high quality of life connecting all areas of Town.

***Action items:***

a. Encourage the development of a variety housing sizes, types and prices through defined density bonuses, fee waivers or other incentives such that development understands the needs of the community for affordable housing

b. Evaluate existing single family home design standards and compare to the built environment over the last 10 years to bring the standards current to meet today's objectives.

c. Maintain and update the Prescriptive Energy Code and Green Building Standard for all forms of residential construction.

d. Study recent innovations in modular home construction and revise land use code to allow appropriate forms.

e. Participate in the Community Development Block Grant Rehabilitation and Down-Payment Assistance programs through the Delta Housing Authority and State of Colorado Division of Housing.

f. Ensure that new development is aware of the Town's Parks, Trails, Open Spaces, and Amenities Plan, including incorporation of informational brochure with development applications and establishing policies and guidelines to inform new development.

g. Participate in the Western San Juans Community Energy Board with the New Community Coalition on improving energy efficiency and conservation for housing in Ridgway, including incentives for alternative building practices.

h. Develop standard plans and specifications for accessory dwellings and include in building permit application packets.

i. Participate in the Ouray County Housing Authority partnership, and collaborate with the San Miguel Regional Housing Authority to understand home affordability needs and demands and work to realize the goals and action items in the 2009 Ouray County Action Plan and the 2011 Regional Housing Needs Assessment.

## GOAL 4: RIVER

*Preserve, restore, and re-engage the Uncompahgre River to strengthen the riparian corridor as an asset to the community.*

**Policies:**

1. Protect the riparian zone, floodplain, waterway, and wildlife habitat areas along the river while providing for context-appropriate public access and recreation areas.

2. Require all development within the riparian corridor to carry out a detailed analysis of the land, including identification of all wetlands in accordance with local, state, and federal requirements.

3. Protect wildlife movement corridors and important habitat features, such as bald eagle roosts, within the Uncompahgre River corridor in light of future growth, development, and increased recreation.

4. Seek public acquisition of very high value environmental areas for permanent protection.

5. Expand upon existing public access points to the Uncompahgre River, in order to improve the qual-

BLM_0066785

ity of life and diversify the recreation experience for Ridgway residents and visitors.

6.  Explore opportunities for active public spaces and access including a river play park/ kayak park, boat launches, and fishing access.

7.  Reinforce Rollins Park and the public property east of Rollins Park as an anchor of the community-wide park system and river access .

8.  Work with regional partners and neighboring communities to establish a cohesive vision for the Uncompahgre River corridor for the future, including connecting Ridgway to Ouray and other regional destinations via the Uncompahgre Riverway Trail

9.  Ensure improvements completed along the river corridor are appropriately maintained and reliable revenue sources are secured to sustain the dynamic continuous demands of the river.

***Action Items:***

a.  Identify and map the 100-year floodplain and floodway through Ridgway along the Uncompahgre River, in cooperation with FEMA and Ouray County.

b.  Locate all future structures, grading, paving, and land disturbance outside of the riparian zone, 100-year floodplain, and identified wildlife corridors and important habitat areas.

c.  Develop policies and guidelines informing new development of the Town's desire to preserve, improve and protect the river corridor, including mandatory public access requirements and a river buffer zone restricting development, yet provides for some areas of light, appropriate development such as ped trails, boat launches, etc.

d.  Continue to work closely with the Colorado Division of Wildlife to identify concerns and to propose mitigation recommendations to assure the protection of riparian vegetation, wildlife, and fish species.

e.  Work with state and regional partners, such as Great Outdoors Colorado, in order to secure funding and complete a River Corridor Master Plan throughout the Town.

f.  Work with independent organizations such as the Uncompahgre Watershed Partnership, non-profit groups, regional Land Trust organizations and others to improve, restore and protect the river corridor through fund-raising efforts for maintenance improvements and property acquisition efforts.

## GOAL 5: ECONOMY

*Encourage and facilitate a vibrant, diverse and sustainable local economy that reflects Ridgway's social fabric, values, and character.*

**Policies:**

1.  Increase walkability and connections between economic centers and nearby neighborhoods, in order to promote local commerce and vibrancy.

2.  Provide adequate access and parking with each center, such that people traveling through Ridgway are encouraged to stop and explore the local businesses.

3.  Employ symbiotic regional partnerships for economic development.



BLM_0066786

4. Ensure land use regulations support and nurture a successful business environment.

5. Through the Future Land Use Framework, promote innovative enterprises that uphold the Town's vision and add to the local economy, such as community supported agriculture (CSA's), home-based professions, local food production, and art.

6. Encourage various artistic, design, creative, and manufacturing industries that will be sustainably implemented to complement the community's land use goals without detrimental impacts to the community or environment.

7. Encourage and support the renewable energy industry and energy conservation.

8. Encourage and support trail development within and surrounding Ridgway.

### Action Items:

a. Review existing regulations that require sidewalk construction and update and employ those requirements.

b. Include bike lane construction with all new street improvements requirements for existing and future development.

c. Explore the feasibility of establishing a Town-wide sidewalk district.

d. Finance and construct the Downtown Historic Business Streetscape Plan.

e. Develop and implement a Town-wide directional signage plan to identify public amenities, including recreational vehicle and bicycle parking, parks, trails, community centers (library, post office, town hall, etc.).

f. Work to positively engage the Ridgway Area Chamber of Commerce in local government conversations, meetings and workshops relative to economic development and infrastructure needs, including progressive investment in the downtown historic business district and incorporating concepts defined in the Strategic Plans for both entities.

g. Establish a task force, in partnership with the business community, to review development regulations as they apply to commercial development to determine if those regulations may be modified to improve business climate while respecting and maintaining the community's core values.

h. Participate in regional efforts to develop infrastructure upgrades to facilitate high-speed communications of all kinds, allowing more people to work remotely and encouraging context appropriate business relocation.

i. Actively engage and participate in regional economic develop efforts such as the Strategic Economies Together effort facilitated by Region 10 and the sub-committees formed pursuant to the Ouray County "Bottom Up" Initiative, including: Economic Diversity, Community Branding, Creative District Designation, Expanding Recreational Tourism, and Broadband Initiatives.

j. Collaborate with Ouray County, the City of Ouray, the Chambers of Commerce, Region 10 and other appropriate development agencies on comprehensive Economic Development addressing broad issues associated with eco-nomic growth and land use in the Ridgway area.

k. Make available the Town's Transportation map and develop and distribute a Parks and Trails map to promote awareness of the community's support for multi-modal connections.

l. Develop and codify commercial design guidelines that promote quality architecture and a unique experience in each center, environmental sustainability, and the greater character of Ridgway.

m. Explore opportunities for renewable energy generation and transmission sites within and surrounding Town to offset the impacts of new development,

BLM_0066787

and to contribute to the energy demands and reduce overall greenhouse gas emissions of the region.

n.  Research federal and state programs that could provide funding and incentives for establishing renewable energy sites or related businesses.

## GOAL 6: GATEWAYS

*Identify and enhance Ridgway's gateways, in order to preserve important viewsheds and corridors, as well as to promote the Town as a destination.*

**POLICIES:**

1.  Enhance Town gateways and identify further opportunities to reinforce Ridgway's identity and draw people into downtown.

2.  Maintain key elements of the landscape that are essential to viewsheds, and which should be preserved or enhanced in light of future development (i.e., historic structures, mature trees, natural areas, agricultural lands, ridgelines and peak views ).

3.  Consider context, configuration, and design in evaluating development on properties adjacent to gateway areas. Tools to protect views could include the use of setbacks, building envelopes clustered development, exterior lighting standards, building height and road layout.

4.  Enhance the entrance to the Historic Town Core in order to encourage travelers to stop and explore Town.

5.  Prohibit structures from being built on any ridgelines in a manner that silhouettes the structure against the natural skyline when viewed from the central part of Town.

6.  Encourage the use of setbacks, designation of maximum roofline heights and lot relocation in ridgeline areas to minimize the visual impact of structures.

7.  Reinforce Ridgway's unique identity as the "Gateway to the San Juans" through signage and educational materials throughout Town.

8.  Complementary to the gateways, highlight other community spaces with design elements or signage to create recognizable and enduring landmarks within the Historic Town Core, Downtown, and the Uncompahgre River Corridor.

**ACTION ITEMS:**

a.  Perform a detailed viewshed analysis and inventory to identify key elements of the landscape that contribute to Ridgway's scenic beauty and experience.

a.  Implement the Historic Business Streetscape Plan to improve the Historic Town Core gateway points and vicinity.

b.  Install "Park 'n Learn" kiosks at key viewpoints driving into Town on Hwy 550 (north-south) and 62 (east-west) to orient travelers and introduce them to Ridgway's restaurants, accommodations, recreation amenities, and other points of interest.

c.  Implement an Urban Forest Management Plan as identified in the Town's Parks, Trails, Open Spaces and Amenities Plan to maintain, remove and plant trees as appropriate

d.  Develop and implement a town-wide signage plan that employs consistent signage and interpretive materials throughout Town and at gateway locations.

e.  Continue to recognize important ridgelines around Town, including the ground north and south of Highway 62 west of town, the high ground west of the Solar Ranch subdivision, the hills in the River Park area north of town and the plateau north east of town around and east of the county shop complex.

6.  Require a field investigation should be part of the development review process where lots are proposed in proximity to ridgelines around Ridgway.

g.  Continue to work with Ouray County to protect ridgelines outside of Town from development.

h.  Work with CDOT on positive enhancements to the Hwy 62 bridge replacement project to insure a

BLM_0066788

noticeable transition into the Town's Historic Core and insure the project reflects the goals and objectives and detail of the Historic Business Streetscape Plan.

## GOAL 7: ENVIRONMENT

*Improve Ridgway's impact to the environment by reducing its community-wide carbon footprint and promoting more sustainable practices on a variety of scales.*

**POLICIES:**

1. Promote non-motorized transportation throughout Ridgway by enhancing connections between key destinations (eg: between school zones and neighborhoods, commercial areas and parks, and in the Historic Town Core and Highway 550), improving sidewalks and pathways, developing parking where appropriate, and utilizing a variety of environmentally-friendly inviting surface treatments, streetscape improvements, and landscaping.

2. Work with private land owners, regional partners, and utility companies to identify opportunities for energy conservation and the installation of renewable energy sources.

3. Identify vacant parcels in Town that could serve the community either as an interim community space (e.g.: community garden or farm) or as a more permanent installation (e.g.: renewable energy installation) to demonstrate the community's commitment to sustainability.

4. Understand current greenhouse gas emissions for the Town and monitor progress in reducing the Town's carbon footprint.

5. Encourage the use of proven and durable green building technology in all new developments in order to increase energy efficiency and use of local materials.

6. Promote regional connections for walking and biking, such as the Uncompahgre Riverway Trail.

7. Retain and secure water resources for the Town.

**ACTION ITEMS:**



BLM_0066789

a.  Review existing regulations that require sidewalk construction and update and employ those requirements.

b.  Include bike lane construction with all new street improvements requirements for existing and future development.

c.  Work with community organizations and local schools to explore opportunities for community gardens and other interim uses on vacant lands within Town.

d.  Utilize and build upon the 2011 Greenhouse Gas inventory completed by University of Colorado-Denver and facilitated by the Western San Juans Community Energy Board and The New Community Coalition to monitor the community's progress in reducing greenhouse gasses.

e.  Regularly evaluate the Town's Prescriptive Energy Code and Green Building Standard to accommodate industry changes and new technologies for energy conservation and longer term financial savings toward home affordability and increasing utility costs.

f.  Review existing annexation and development policies and regulations to be consistent with this plan and focusing on the environment, low impact development, energy conservation and renewable energy opportunities.

g.  Participate in the Western San Juans Community Energy Board and insure action items of the 2011 Regional Energy Action Plan for Ouray and San Miguel Counites are incorporated into the Town's annual strategies.

h.  Continue to work with the Uncompahgre Watershed Partnership to pursue the further development of the Uncompahgre Riverway Trail.

i.  Monitor and evaluate water resources for the Town and ensure that policies are in place to protect the

sustainability of those resources in light of potential growth.

BLM_0066790

## RIDGWAY'S GROWTH BOUNDARIES

### Initial Growth Boundary (IGB):

The IGB delineates the area within which the Town will encourage urban levels of growth in the short term. This area is contiguous to developed areas currently served by Town utilities and services and to those areas where utility extensions can be provided efficiently and logically. The intent of the boundary is to ensure the efficient provision of services, to keep the developed area of Town compact and to preclude "leap-frog" development. If development is proposed within the IGB, the applicant will still need to demonstrate a need for development and a resulting community benefit. Development within the IGB is expected to support a compact development pattern, pedestrian accessibility, and development from the core of Town outwards. The applicants must demonstrate that the Town can recover both the short-term and long-term capital and service demand costs associated with the development. In general, urban levels of development outside the IGB would be considered premature until substantial development has occurred within the boundary.

The IGB is not intended to prohibit development in the fringe areas outside its boundary. Instead, development in those areas should not require urban services and should be managed at very low densities to preserve the potential for future urban levels of development until the Town grows into the area. The IGB is intended to demarcate an area within which urban services can be readily provided. Development proposed outside the IGB should not require urban services and should be managed in a way that preserves the potential for future urbanization. Development proposed outside the IGB will be held to a more demanding standard in terms of long term carrying costs versus benefits to the Town. Development will also be expected to provide assurance of short-term and long-term neighborhood compatibility and to demonstrate an overall compelling community benefit.

### Urban Growth Boundary (UGB)/Urban Growth Management Area (UGMA):

The unincorporated area within the Ridgway Planning Area in which urban development may be allowed when annexed to the Town of Ridgway, and is in conformance with the Ridgway Municipal Code and Ridgway Comprehensive Plan. The UGB/UGMA for Ridgway includes an area sufficient to provide for ten to twenty-five years of anticipated and desirable urban development.

According to the 2002 Ouray County/Ridgway Intergovernmental Agreement (IGA), the UGB/UGMA is a mutually agreed upon area that is appropriate for the location and development of urban development within the parameters set forth in the Ridgway Municipal Code and Ridgway Comprehensive Plan. The policy of the Town is to consider the annexation of all properties within the unincorporated area of the UGB/UGMA as a condition of approval of a development application or when said property becomes eligible for annexation. The Town agrees not to annex property outside the UGB/UGMA without first amending the UGB/UGMA boundary through the established amendment procedure as provided by the IGA.

The UGB/UGMA shown on the Future Land Use Map has been updated to more closely follow property boundaries, where possible. This modification will require an amendment to the 2002 Ouray County/Ridgway IGA.

BLM_0066791

**Area of Influence (AOI):**

An area of unincorporated land outside the UGB/UGMA mutually designated by Ouray County and the Town of Ridgway, wherein any development or land use activity that will have impact upon the [goals] and purposes [of the IGA] and which bears a relation to the planning of the area within the municipality, should, to the extent possible, be reviewed by Ouray County with participation by the Town in the review and recommendations.

According to the IGA, the AOI is the area surrounding the Town, but outside the UGB/UGMA, wherein developments which will have impact upon the stated goals and purposes of the IGA and bear relation to the planning and development of the Town, and are reviewed according to the Ouray County Land Use Code as it pertains to the AOI. Development, other than uses by right, is permitted to take place within the AOI only with the recommendation of the Ridgway Area Joint Planning Board and approved by the Ouray Board of County Commissioners.



BLM_0066792

FUTURE LAND USE FRAMEWORK TABLE

| Class | Description | |
|---|---|---|
| Commercial | Its purpose is to create areas for retail and wholesale businesses, tourist and auto-oriented uses, storage, manufacturing and industrial activities which require adequate space, light and air whose operations are quiet and clean. | |
| Mixed Use Business | Primary uses include retail, office, service and institutional by right and similar conditional uses compatible with a mixed use shopping and residential area. Secondarily, residential may occur within the context of businesses, to promote activity and vibrancy within these areas. | |
| Mixed Use Residential | Intended to provide some flexibility in use for existing residences within the Historic Town Core, as well as to provide an effective transition between the Commercial and Mixed Use Business area and nearby residential neighborhoods. | |
| High Density Residential | Multi-unit housing, including apartments and townhomes. | |
| Medium Density Residential | A combination of single-family, duplex, and multi-unit housing development. | |
| Low Density Residential | Low density, single family neighborhood development. | |
| Very Low Density Residential | Very low density, single family neighborhood development; includes clustered neighborhoods to promote greater amounts of land preservation. | |
| Institutional | Schools, government, and other public facilities. | |
| Parks/Open Space | Private and public green spaces, including active park lands and private lands held in conservation easements. | |
| Light Industrial | Include offices and light manufacturing and fabrication. This district is to provide opportunities for employment. | |
| Green Enterprise | These areas are particularly suitable for sustainable businesses, alternative energy installations, environmental education, gardens, and other 'green' pursuits. Their location within the urban core and along the river not only makes the highly accessible, but also promotes their ability to demonstrate Ridgway's commitment to sustainability. | |

*"Bonus density" is a way for the Town of Ridgway to promote great planning by incentivizing the types of projects that ports the preservation of large areas of land; or, closer to the Historic Town Core, a neighborhood that provides exceptional cost of these features and help promote great design. Generally, bonus densities should target approximately 10 - 25% base

BLM_0066793

| | Residential Density (dwelling units/acre or lot size) | Bonus Density* | Total Area (acres) |
|---|---|---|---|
| | n/a | n/a | TBC. |
| | 12 to 18 | up to 4 units | |
| | 12 to 18 | up to 4 units | |
| | 12 to 18 | up to 4 units | |
| | 5 to 11 | up to 4 units | |
| | | n/a | |
| | 1 to 10 acre lots | n/a | |
| | | | |
| | n/a | n/a | |
| | | | |
| | n/a | n/a | |

uphold the community's vision for the future. Examples of this could be clustered development within the UGB that sup-connectivity to nearby trails and a generous amount of green amenities. A bonus density can help the developer offset the density, depending on community benefit, which is determined by the Town on a project-by-project basis.

BLM_0066794

# TOWN OF RIDGWAY: FUTURE LAND USE FRAMEWORK MAP



BLM_0066795



## LEGEND

- Ridgway Town Boundary
- Historic Town Core
- Initial Growth Boundary
- Urban Growth Boundary
- ✳ Key Gateways
- ✳ River Gateways
- ↔ Enhanced Pedestrian/Bike Connections
- Uncompahgre Riverway Trail
- River Buffer Zone
  *100' from bank, or the floodplain, whichever is greater*
- Floodplain (estimated)

### FUTURE LAND USE

- Commercial
- Mixed Use Business
- Mixed Use Residential
- High Density Residential
- Medium Density Residential
- Low Density Residential
- Very Low Density Residential
- Institutional
- Parks/Open Space
- Industrial
- Green Enterprise
- Future Development

*While this map reflects very low density residential in the areas between the IGB and UGB, the community has expressed a desire that in the longer term, the lower-lying valley areas be developed at higher densities (ie: medium or mixed use densities) where appropriate. In order to focus growth in and from the core of Town in a concentric manner from existing infrastructure. These areas are reflected as 'very low density residential' will likely transition to higher density development zones with future land use plans; however, for the life of this plan (10 years), the densities should remain very low as indicated.*

0          0.25          0.5
Miles

BLM_0066796

# RIDGWAY COMPREHENSIVE PLAN

## PARKS, TRAILS, OPEN SPACES,
## and FACILITIES ELEMENT



Town of Ridgway
February 8th, 2012
*Adopted by the Planning Commission: January 31st, 2012*
*Adopted by the Town Council: February 8th, 2012*

Page 1 of 55

BLM_0066797

Many Ridgway area residents, parents, students, elected and appointed officials and local government employees from the Town of Ridgway and Ouray County deserve great thanks and credit for the development and completion of this plan, which was started in the early 2000s and put on hold for a number of years due to exponential growth and demands on the proprietors of these public lands.  With the significant economic recession that hit in the later part of the decade, the completion of this plan was prioritized. This plan was completed entirely from start to finish by community volunteers and local government employees. For this significant gratitude is extended to:

| | | |
|---|---|---|
| Greg Clifton | Kimah McCarty | Danny Powers |
| Stephanie Wallin | Sarah Ballantyne | Kara Mueller |
| Bryan Sampson | Deb Read | Barbara Loughman |
| Rich Durnan | Kristen Pokky | Joe Ramsey |
| Rick Weaver | Deb Cokes | Jennifer Jossi |
| Eric Johnson | Deb Willits | Lyle Braund |
| Doug Canright | Wade Parkinson | |
| Jen Coates | Raoul Anchondo | |

Additional thanks go to local community members Kellie Day, Bill Liske, Deedee Decker, Sara Ballantyne and Rod Fitzhugh who gathered and/or presented information to the committee to inform the plan development process and identification of key opportunities for the Ridgway Community.

BLM_0066798

# TABLE OF CONTENTS

**I.    INTRODUCTION**

A.      Plan Purpose

B.      Current Environment

C.      History of Ridgway Parks, Trails, Open Spaces and Facilities

**II.    BACKGROUND INFORMATION**

A.      Summary of Existing Facilities

B.      Short-Term Improvements

C.      Definitions

D.      2009 Ridgway Community Survey Results

E.      1999 Ouray County Master Plan

F.      Economic Benefits of Parks, Trails, and Open Spaces

**III.    GOALS, OBJECTIVES, and ACTION ITEMS**


**IV.    EXHIBITS**

A.   Ouray County Map

B.   Ridgway State Park Map

C.   Standards to Determine Needs of the Community

D.   Informal Community Survey

E.   Meeting Notes

BLM_0066799

# I.    INTRODUCTION

## A.  Plan Purpose

This Element of the Town of Ridgway Comprehensive Plan will guide the development of a system of interconnected parks, trails and open spaces.   This plan will identify diverse beneficial uses and gathering places for the community, with consideration for the preservation, restoration and enhancement of environmentally sensitive and historically significant areas.   In addition, the plan will promote quality of life and economic development values.

## B.  Current Environment

This plan was developed and completed during a very interesting time economically and socially for the Town of Ridgway.   In 2007 the Town saw the beginning of a significant decrease in growth and development.   By the end of 2008 this growth plummeted (*there was nearly a 90% decrease in new construction in 2008 from the construction peak in 2005*), and it had become more evident by the end of the year that the nation was entering an economic recession.   By 2011 new development reached the lowest level of the decade and remains completely flat in the beginning of 2012. Refer to Table 1.

Over the last decade, from 2000 through 2010, the Town welcomed 211 new people and 193 additional housing units (60.7% increase).   Since 2002, 174 new residential utility users and 43 new commercial users have tapped into the Town's infrastructure.   The Town now has an additional 80 acres of public parks, trails and open spaces than it had in 2000, and many new facilities have been constructed in these spaces for public use (*soccer fields, tennis courts, skate park, river access area with in-stream features, gazebo, restroom facility, bicycle pump track, memorial meditation park, and numerous new sidewalk and primitive trail systems linking the various facilities*).   This growth is very significant for a community just over 900 residents[1].

While the last few years have seen limited growth, the overall increases in population, public spaces and users combined with a dramatic decrease in revenues and funding resources have created new and increasing demands on local government services.   Refer to Table 2.   Infrastructure funds have been rescinded from local governments to balance the state budget, and other financial resources have simply disappeared.

At this time, there appears to be a sluggish outlook for growth in the Town of Ridgway.   The last couple of years have seen a high level of community interest in economic development and numerous efforts continue to this end.   This plan has been developed to address the short and long term objectives and actions for the Ridgway community.   One primary recommendation is to establish a standing, volunteer committee that will assist in moving these identified goals, objectives and action items into the future while staffing and financial resources remain slim.

---

[1] Unites States 2010 Census Data retrieved on September 3, 2011 from:
http://dola.colorado.gov/dlg/demog/2010censusdata.html

BLM_0066800

**Table 1: New Construction (1999 – 2011\*)**



*2011 figures are through October 2011*

**Table 2: Sales Tax Revenues (2000 – 2012\*)**



*2011 and 2012 figures are year end estimates*

BLM_0066801

## C. History of Ridgway Parks, Trails, and Open Spaces

<u>Hartwell Park</u> [2]



The Ridgway Townsite was formalized shortly after the creation of the Railroad Company.   The Articles of Incorporation of the Ridgway Townsite Company were signed on May 22, 1890 by D.C. Hartwell, Frederick Walsen and Charles Nix.   The Town was then formed after Hartwell and Walsen had acquired much of the land needed for the original townsite. When the original townsite was first mapped the streets were given the first names of the founders, their wives and railroad executives.   Hartwell Park was named after D.C. Hartwell.



Hartwell Park is approximately 120 years old as of the time of this writing. It has seen considerable usage through the decades by families and visitors, and provided venue for such events as the travelling Chautaquas in the 1920s.   The Park was initially built by the Townsite Company, and in 1892, during Arbor Day, over 100 trees were planted.   Today, some of these trees still stand[3], giving the Park its inviting character and providing much needed relief from the hot sun during summer months.

In 1898 the Ridgway Town Board requested that the Townsite Company deed the park to the Town and the Town at that time assumed ownership and maintenance responsibilities.   Shortly thereafter, the Townsite resumed ownership as the Town could not afford to maintain the facility.   Then once again, in 1904, the Park was conveyed back to the Town.



The Park saw considerable expansion in the late 1980s, when Clinton Street was closed and the playing field and restroom facility was constructed, with connecting trails. Today, Hartwell Park may very well be the icon of the Ridgway community, with its tree crowns towering above the historic core of Town.   It continues to see year-round usage by citizens and visitors, who frequently stop to enjoy its shaded picnic tables, playgrounds and gazebo.

---

[2]   The Parks, Open Space and Trails Task Force hosted a public discussion with historian Doris Gregory on December 12, 2003.  Ms. Gregory is the author of "Ridgway, Colorado, The Town that Refused to Die", as well as numerous other books which detail the history of the Ouray and Colona areas.  The history of Hartwell Park (also known as "Town Park") is largely obtained from Ms. Gregory and her publications, and the author has been kind enough to review this summary for accuracy.

[3]   Many of the standing 120-year old trees consist of Bigleaf Cottonwood and Narrowleaf Cottonwood, two species that seem to do well in the Ridgway climate.

BLM_0066802

Race Track and Fair Grounds

Horse racing was the original focus at this location.  This was a natural attraction in the early years as Ridgway was surrounded by ranches and there were plenty of experienced horsemen and horses.  The first races here held on July 4, 1892.  The race track property was originally owned by the Ridgway Townsite Company.  On April 28, 1898 the Townsite Co. deeded the property to the Town of Ridgway with restrictions that the town must beautify the area.  The grandstand was constructed during that same time by private individuals, at a cost of $139.

The Town did not fulfill the requirements to perform the beautification projects, nor was the cost of the grandstand reimbursed, so the property was conveyed back to the Townsite Co. on March 14, 1903.  On Dec. 15, 1903, seventeen acres and the grandstand arena / racetrack were deeded back to the town, this time with no restrictions other than that the lands would not be used for anything other than public uses.  The fairgrounds and grandstand area are now subject to lease by the Town to the County.  In addition, the County owns adjoining land which now comprises the entire Fairgrounds facility.

The first Labor Day celebration at the rodeo site occurred on Sept. 6, 1920.  It was a cattleman's Rodeo celebration spanning three days, which included horse racing, large dance balls, a large barbeque and an aeroplane exhibition.  The Labor Day Celebration ultimately grew in popularity with added features such as baseball and boxing.

The grandstands were rebuilt in the 1940s, and the racing and rodeo events continued through the years.   Today, the annual rodeo celebration still continues.  Recent additions to the facility include the 4-H Event Center, constructed in 2003.[4]  4-H Barn, Railroad Museum, Ridgway Area Chamber of Commerce business operations, and a primitive but well-used Park and Ride area.

Ridgway State Park

Soon after the settlement of the Uncompahgre River Valley in the 1880s and 1890s, farmers and ranchers recognized the need to augment the river's flow with a dependable source of summer irrigation water.  In the 1940s, interest developed in storing spring and summer snowmelt from the upper Uncompahgre River for irrigation use.  At about the same time, a plan was being developed to control the flow of the Colorado River and some of its major tributaries.  In 1956, the Colorado River Storage Project, one of the most extensive river developments in the world, became a reality.  The Dallas Creek Project, which produced the Ridgway Reservoir, was authorized in 1968.  The original plan was much more extensive than the existing reservoir, and included flooding the Town of Ridgway.  The townspeople lived in the shadow of the impending flooding of their town for many years, until the Bureau of Reclamation made public their scaled back version of the water project in the 1970s.  The dam was completed by the U.S. Bureau of Reclamation in 1987.

The Bureau of Reclamation continued to develop the land around the reservoir after it was completed because studies indicated the need for a water-based recreation facility south of Montrose.  Federal funding continued for eight years and paid for all the recreational development in the park.  Today, partners in the project include the Bureau of Reclamation, the Tri-County Water Conservancy District (which manages water distribution), and Colorado State Parks (which manages the recreation facilities).  The recreation facilities at the Ridgway State Park include three campgrounds which offer an array of

---

[4]   The building was built through a private donation by Victoria Hearst, and donated to the County of Ouray.

BLM_0066803