Deposition of the Duchesne River formation, Eocene (?) - Oligocene, followed as downwarping ceased and the Basin filled with fluviatile sediments as streams again became the dominant agents of deposition.

In Uintah County the Tertiary formations, derived by erosion from older rocks of the Uinta Mountain area, progressively overlap the upturned and eroded edges of the pre-Tertiary formations along the south flank of the Uinta Range. Here maximum warping has produced the Uinta Basin synclinal axis where dips on the north limb vary from 10° to 35°, but flatten to 2° to 4° on the south limb of the syncline.



Figure 23. Mesaverde formation, Cretaceous, (left) partially overlapped by Uinta, Eocene (center right).

Paleocene

Eocene Series

Wasatch Formation

The Wasatch, predominantly a red-bed formation of fluviatile origin, ranges in age from late Paleocene to early Eocene. Inplaces it unconformably overlies the Mesaverde (Upper Cretaceous). Elsewhere the contact is gradational (Abbott, 1957, p. 103). Its upper portion interfingers with or grades into the overlying Green River formation, the base of which is generally marked by the presence of fresh-water gastropods and other mollusks. The Wasatch consists of varicolored mudstones and shales, brown to gray, poorly-sorted lenticular to

50

massive sandstones, and local conglomerates. Some oolitic and ostracodal limestones, particularly in the southwest part of the Uinta Basin, differ from those of the overlying Green River in that they contain less clastic material (Picard, 1957, p. 118) and were probably deposited in clear, fresh-water lakes. The Wasatch thins rapidly to the east, from more than 4,000 feet in Duchesne County (Carter Oil Company's Ute Tribal No. 2 well), to 850 feet in eastern Uintah County near the Utah-Colorado line. In the latter area the upper part of the formation is well exposed in the Snake John valley south of Highway No. 40, the Wasatch formation is progressively overlapped by Green River and Uinta (Eocene), and Duchesne River (Eocene (?) – Oligocene). On the north side of Asphalt Ridge west of Green River, what frequently has been mistaken for Wasatch is, in reality, Duchesne River. In the southern part of Uintah County, Wasatch is exposed in deeper canyons as in upper Bitter Creek and in Desolation Canyon along Green River.

Fossils: Fragmental vertebrate fossils found in the Wasatch of this area (correlative with the early Eocene Gray Bull of Wyoming) consist of the following genera: Phenocodus (a large primitive hoofed mammal), Coryphodon (a large elephant-like animal), Hyracotherium (Eohippus horse), and Paramys (a primitive rodent) (J. L. Kay, 1957, p. 110). Some fresh-water invertebrates have also been found in the formation.

Eocene Series

Green River Formation

Black Shale Facies: In 1955 Picard (p. 83) described from subsurface drilling a black shale unit. It occurs at the base of the Green River at the first occurrence of red beds, and grades downward into the Wasatch formation. It does not outcrop in Uinta County, except along the southern edge of the Uinta Basin. In the Carter Oil Company's well, Ute Tribal No. 2, near the town of Duchesne, in Duchesne County, the black shale unit is 1,080 feet thick. It thins eastward and southward to less than 200 feet thick near the Utah-Colorado line. This black shale facies consists of thin-bedded dark gray to black carbonaceous and calcareous shales, often pyritic, and some grayish-green shale which grade northward into the overlying Green River beds. Some brown argillaceous to carbonaceous limestone and light-gray sandstone and occasionally oil shale are present. The black shale is a lacustrine facies containing abundant ostracods. Ostracodal zones were recognized (Swain, 1956) and used in the stratigraphic study of some of the wells of this area. Instead of "Black Shale Facies" Swain named these the "Colton-Green River transition beds." The black shale is the lacustrine time equivalent of the upper Wasatch which is largely fluviatile and with

BLM_0067472



Figure 24. Wasatch-Green River (Eocene) contact. Snake
John area, east of Jensen, Utah, south of Highway No. 40.



Figure 25. Green River formation: Evacuation Creek (top), Parachute with Mahogany ledge
oil-shale bed, Garden Gulch (lower half of picture) members. Hells Hole Canyon, southeast
of Bonanza, Utah.

52

which, in some places, particularly to the west, it complexly inter-fingers. Between the Duchesne area, Duchesne County, and the Red Wash field, Uintah County, 1,700 feet of transgression occurs (Picard, 1957, p. 118).

Fossils--Vivaparus, Unio, and Goniobasis are common molluscan genera in the lower part of the Green River series.

Douglas Creek Member (Delta Facies): The Black Shale facies and, in places, the Wasatch grade upward into the Douglas Creek member of the Green River formation. The Douglas Creek is correlated with the lower part of the delta facies into which it grades laterally a few miles west of the Red Wash field (Picard, 1957, p. 124). In eastern Uintah County it consists chiefly of thick brown lenticular sandstones, black, gray, green, and brown shales, and oolitic and algal limestones. In Hells Hole Canyon, four miles northeast of Watson, it is 360 feet thick and thickens to 830 feet farther south (Cashion and Brown, 1956). Algal reefs are abundant in this area. The member thickens to 1,480 feet to the south near the Uintah-Grand County line. In the latter area it contains more sandstone and fewer algal limestones. The sandstones contain pebble con-glomerates and fore-set and bottom-set bedding can be distin-guished (Abbott, 1957, p. 104). Gray, green, mottled green, and red shales are also present. The Delta Facies is similar in lith-ology to the Douglas Creek member, but contains fewer algal lime-stones and more abundant green and purple shales which are inter-bedded with grayish-brown sandstones. In the Red Wash area where the thickness ranges from 350 feet to 500 feet, sandstones and silt-stones are abundant and contain commercial quantities of oil and gas.

Fossils--Fossils include algal reefs and ostracodal zones.

Garden Gulch Member (Delta Facies in part): The Garden Gulch is gradational into the overlying and underlying beds. It is less coarsely clastic than the underlying Douglas Creek member. It is a slope forming unit composed of gray- to buff-weathering gray, green, and brown paper-thin and thicker shales, interbedded thin sandstones, siltstones, light-gray limestones, occasional dolo-mites, and some thin low-grade oil shale. Locally, oolitic and algal limestones are present. The thickness of this member ranges from 200 to 700 feet. At Hells Hole Canyon, it is 200 feet; at Red Wash field, 550 feet. It thins to the west and south as it grades laterally into the algal limestones and sandstones of the Douglas Creek member (Abbott, 1957, p. 108). The Garden Gulch is tenta-tively correlated with the middle part of the Delta facies, from which, like the Douglas Creek member, it cannot be distinguished a short distance west of the Red Wash oil field.

53

BLM_0067474



Figure 26. Generalized cross section of the Uinta Basin showing Tertiary overlap.

54

BLM_0067475

Fossils--"Fossil reptiles, birds, and mammals now known from the Green River formation are practically all from one small area. They are found in a sandy deltaic facies along the basin side of Raven Ridge in the eastern end of the Uinta Basin. This sandstone is composed largely of well-rounded grains of quartz and quartzite. The stratum passes into shale along the outcrop in both directions. The collection is still under study, but already four genera of lizards, two of birds, one marsupial, two insectivores, three carnivores, one condylarth, three rodents, and three primates have been identified. Additional genera and quite a number of species will probably be found upon further study." (J. L. Kay, 1957, p. 110-111). Dr. Kay further states that this fossil material is from small sized animals, but that one fairly large carnivore came from a lower horizon about 1 mile to the north. Three species of birds from the latter area were described by Dr. Alexander Wetmore as being shore birds similar to the Auks and Avocets. This Raven Ridge fauna, according to Doctor Kay, is very similar to the Bridger fauna from the north side of the Uinta Range, and "at the present time, it appears that the Green River formation of the Uinta Basin is somewhat younger than the Green River formation of Wyoming."

Parachute Creek Member: The Parachute member, predominantly oil shale, overlies the Garden Gulch and Douglas Creek in eastern Uintah County. West of Red Wash it overlies the Delta facies. It is perhaps the most distinctive and widespread member of the Green River formation and contains the principal oil rich shales. In the vicinity of Watson, Uintah County, the Parachute is about 175 feet thick, and thickens to 1,450 feet in the Red Wash field. In addition to the bluish gray-weathering dark gray to brown and black oil shales, the Parachute member is composed of interbedded greenish and brownish shales and thin tuff beds, frequently analcitized gray limestones and dolomite, and gray- to buff-weathering siltstones and sandstones. The unit is typically cliff forming.

The Mahogany Ledge oil-shale bed, 2 to 8 feet thick in the upper part of the formation, contains the richest and most persistent oil-bearing shales in the Green River formation. It is an excellent key bed and time horizon in which delicate light-colored carbonate laminae alternate with dark-colored laminae rich in organic material. These represent seasonal accumulations and are useful in indicating time and duration of Lake Uinta. The oil shale is "a magnesian marlstone rich in organic matter that was derived chiefly from aquatic organisms and waxy spores and pollen grains. This organic matter is only slightly soluble in petroleum solvents, but most of it is distillable into petroleum. The amount of organic matter in the marlstone ranges from zero to about 50 per cent. The main inorganic constituents of the marlstone are dolomite, calcite, analcite, and clay minerals." (Cashion 1957, p. 132). Average potential yield is 30 gallons of oil per ton

BLM_0067476

(see mineral section of this paper). "In general, the oil content of the principal oil shale zone is greatest near the axis of the depositional basin and decreases toward the margins of the basin." "The richest exposed oil shale in the eastern Uinta Basin is located along the White River near its confluence with Evacuation Creek." This bed thins toward the southern edge of the Basin.

Fossils--Locally the low grade oil-shales contain abundant scales and partial skeletons of garpike (Lepidosteus sp.) Bradley (1931, p. 12). Mature insects, leaf and stem imprints occur. Along White River, Bradley noted that about 49 per cent of the lower part of the oil-shale group consists of larvae bearing beds, sufficiently abundant on some of the bedding planes to make a thin glossy dark-brown layer. The larvae are from one-eighth inch to two inches in length and represent the following fly-larvae families: Chironomidae, Stratiomyidae, Tabanidae, Syrphidae, and Oestridae, forms whose larval life was, at least in part, aquatic. Some of these larvae-bearing shales yield 8 to 15 gallons of oil per ton. Filiments and spores of fungi, algae, chiefly the blue-green variety, pollen, protozoa, and bacteria were studied by Bradley. Ostracods are numerous in some of the limestones.



Figure 27. Evacuation Creek member (saline facies) of the Green River formation showing solution cavities where minerals have been leached out, south of Bonanza, Utah.

BLM_0067477

Evacuation Creek Member: In the eastern part of the Uinta Basin and Uintah County, the Evacuation Creek, as well as the Parachute, is distinguished as a separate member. A series of gray-weathering, thin-bedded to platy grayish brown shales, limestones, mudstones, siltstones, sandstones, tuffs, and minor oil-shale beds, it includes the Horse Bench sandstone and a saline facies as distinctive markers (Abbott, 1957, p. 108). In western Uintah County, the Horse Bench, a brown resistant sandstone and siltstone, is approximately 50 feet thick and lies some 350 feet below the Uinta-Green River contact. It forms prominent mesas, making an excellent marker bed, but wedging out to the east. Twenty-five to 150 feet below the Uinta contact, a saline phase occurs which contains abundant cavities which may have been formed by leaching of Nahcolite ($NaHCO_3$) from thin calcareous shales (Cashion and Brown, 1956). In the Red Wash field the Evacuation Creek member is 500 feet thick. To the west, where the Evacuation Creek is 1,700 feet thick, it grades into the saline facies of the Green River-Uinta series and can no longer be separated from the Parachute. Lake Uinta had apparently attained its maximum development and stability during deposition of the Parachute and Evacuation Creek sediments (Picard, 1957, p. 125).

Fossils--Fossils are preserved in abundance in some of these shales. Most common are insects (mosquitoes, beetles, ants, flies, bees), especially well preserved in the lower part of the Evacuation Creek member, as are also aquatic larvae of many of these forms. Fish, occasional bird feathers, imprints of many kinds of leaves, flowers, and seeds occur. A few algal reefs, ostracodal limestones, gastropod shells, fragmentary remains of turtles, crocodiles, and garpike fish (Bradley, 1931, p. 14) are also represented.

Minerals--In an excellent article on the unusual minerals of the Green River formation, Milton (1957, p. 136-143) stated that 31 authigenic species have been found in this formation, most of them in the Uinta Basin of Utah. In contrast to their characteristic association with intrusive igneous rocks, none of which has been found in the Basin, some of these minerals, like the zeolites (acmite, analcite), are probably alteration products of volcanic ash commonly found in the Evacuation Creek member. Other minerals are evaporites and precipitates of unusual occurrence, many having been described recently for the first time. Quantities of calcium, sodium, magnesium, and other substances derived from stream inflow, accumulated in the fluctuating lake waters which at times were reduced to concentrated brines. It was in this environment that the rare assortment of minerals of the Green River formation originated. A partial list of these minerals from the Uinta Basin follows:

57

BLM_0067478

| Nahcolite | $NaHCO_3$ |
|---|---|
| Thermonatrite | $Na_2CO_3 \cdot H_2O$ |
| Shortite | $Na_2Ca_2(CO_3)_3$ |
| Eitelite | $Na_2CO_3 \cdot MgCO_3$ |
| Burbankite | A rare earth carbonate approximated by $Na_3R_3(CO_3)_5$, where R is Ca, Sr, Ba and an amount of Na equal to the amount of rare earths. |
| Northupite | $Na_2CO_3 \cdot MgCO_3 \cdot NaCl$ |
| Analcite | $NaAl(Si_2O_6) \cdot H_2O$ |
| Riebeckite-crocidolite | $Na_2Fe^{++}_3Fe^{+++}_2Si_8O_{22}(OH)_2$ |
| Acmite | $NaFe^{+++}Si_2O_6$ |
| Reedmergnerite | $NaBSi_3O_8$ |
| Searlesite | $NaBSi_2O_6 \cdot H_2O$ |
| Garrelsite | $(Ba, Ca, Mg)H_3B_3SiO_9$ |
| Leucosphenite | $(Na_2, Ba, Ca)_{10}B_2Ti_5Si_{19}O_{51}$ |
| Collophane | $Ca_8Na(OH, F)_2(PO_4)_2(CO_3) \cdot H_2O$ |
| Anhydrite | $CaSO_4$ |
| Bassanite | $CaSO_4 \cdot 1/2 H_2O$ |

(These are taken from Milton's Table I, p. 138, Eighth Annual Conference.) Many of these unusual Green River minerals occur in the Evacuation Creek member in Uintah County. Other mineral types occur in the Green River formation of Colorado and Wyoming which have not as yet been found in the Uinta Basin of Utah.



Figure 28. Fluctuation of Lake Uinta shoreline during deposition of members of the Green River formation. (Modified from M. D. Picard.)

BLM_0067479

Uinta Formation

In late Green River time Lake Uinta began to shrink rapidly and was confined largely to the western part of the Uinta Basin where, extending into Uinta time, it continued to increase in salinity. The Uinta formation, as a result, is composed of both fluviatile and lacustrine sediments, the former predominating. It grades westward into lacustrine oil-shales which consist in part of cavernous cherty bituminous carbonates, whose cavities were once filled with soluble salts.

In eastern Uintah County, the Uinta formation consists of a sequence of interbedded gray, buff, brown, and reddish brown sandstones and gray, white, purple and red mudstones, siltstones and clay-shales of fluviatile origin. The sandstones are medium- to coarse-grained, poorly sorted, crossbedded and irregularly bedded, frequently representing channel fill. These sandstone lenses directly overlie the Evacuation Creek member of the Green River formation where the latter is distinguishable from the Parachute, and the weight of these overlying lenses has produced in many places a differential compaction and contortion of the underlying shales to conform to the shape of the sandstone beds, giving the false appearance of an erosional unconformity (Bradley, 1931, p. 20). In the eastern part of Uintah County and the Uinta Basin, the Uinta formation was divided by Peterson (1895) into horizons A, B, and C which were later called by Wood (1934) Wagon Hound (A and B) and Myton (C) members. The upper part of C was named by Scott (Kay, 1934, p. 358-360; 1957, p. 111) the Duchesne River. The Wagon Hound member, 685 feet thick in Wagon Hound Canyon south of Bonanza, includes the heavy-bedded channel sandstones whose source was from the east and not from the Uinta Mountain area. Horizon B (420 feet thick), upper Wagon Hound, which includes the Amynodon sandstone, contains more shale and mudstone than does A. The Myton member (C) is composed of varicolored clay-shales, mudstones, siltstones, and sandstones, the latter more common in the lower part. It attains a thickness of about 700 feet. A sharp lithologic break was noted between the Myton and the overlying Duchesne River in the central part of the Uinta Basin, while in the eastern and western parts of this area there is a gradual transition, making their separation more difficult (Kay, 1934, p. 361).

In the western part of Uintah County where the Parachute and Evacuation Creek members of the Green River formation pass westward into saline facies, the lower Uinta also grades into beds that resemble the lacustrine lithographic shales of the Green River. The Uinta-Green River contact in the central part of the Uinta Basin is placed near the middle of the Saline facies, which consists of thin gray to brown shales in part calcareous, dolomitic, cherty, and with salt crystal molds. Thin sandstones occur in the upper part. The basal

59



Figure 29.  Green River, Evacuation Creek member — Basal Uinta ("A") contact.



Figure 30.  Uinta "B" (Eocene), northeast of Ouray, Utah.

60

BLM_0067481

19

Uinta saline beds resemble the Evacuation Creek member farther east (Abbott, 1957, p. 108). Thickness of this unit is 950 feet (Picard, 1956). Above the Saline the Saline-capped westward lensing unit named the "Pond and Limestone facies" (Dane, 1955) which consists of "gray to brown, fine-grained sandstones, shales, and white-weathering silty limestone," at the base. These beds are believed to represent the closing phase of lacustrine deposition. A series of red, gray, purple, and reddish-brown shales, siltstones, and lenticular sandstones of chiefly fluviatile origin overlie the Sand and Limestone facies in western Uinta County and the western part of the Uinta Basin. Southwest of Roosevelt (Abbott, 1957) minor non-Duchesne River below the 150-200 feet occur lentil signal tract. Dane (1955) considers the age of the Uinta to be middle to upper Eocene. Total thickness of the Uinta formation in western Uinta County, measured by Kay north of Ouray, is 1,650 feet. At the Red Wash field it is 2,600 feet (Picard, 1957, p. 182). The Uinta is generally conformable with both the overlying Duchesne River and the underlying Green River formations.

Fossils--The Uinta formation contains an abundance of fossil verte- brates, more than 100 species of which have been collected in the Sand and eastern Duchesne counties. A greater number of both individuals and species have been recorded from this area than from the Sand of any other region (Kay, 1957, p. 111-114). They include fish (garpike) and ganoid type, crocodiles, turtles, both fresh-water terrapins and terrestrial tortoises, a lizard, insectivores, carnivores, herbivores (amblypods, perissodactyls, artiodactyls), rodents, and others. For a complete list of genera and species, see Kay (1957, p. 113-114). Numerous individual beds are known for their characteristic faunal species.

Minerals--The principal production of gilsonite, a solid, very pure hydrocarbon, occurs in vertical veins in the Uinta formation (see mineral section of this paper).

Oligocene Series

Duchesne River Formation

The Duchesne River resembles the fluviatile beds of the upper Uinta, but has a higher percentage of sandstones and conglomerate of a darker, more uniform red color, while the upper Uinta lake beds are lighter and more variegated. To the west, however, where both formations are derived from the Uinta Mountains, they are more difficult to distin- guish (Kay, 1949, p. 107). The Duchesne River consists of inter- bedded red, brown, and variColored clay-shales, gray to buff red- weathering sandstones and some conglomerates of fluviatile origin, derived chiefly from the Uinta Mountain area. It has a maximum thickness of 1,500 feet and is conformable with the underlying beds except along the northern boundary where it lies with angular

Figure 31. Diagrammatic cross-section showing distribution and intertonguing relationships of Eocene beds.

BLM_0067483

discordance on older Tertiary, Mesozoic, and Paleozoic formations. The progressive overlap of younger over older Tertiary is pronounced along the Rim Rock–Asphalt Ridge area from a few miles southeast of the Green River to near Vernal.

The Duchesne River was divided (Kay, 1934, p. 359) from base upward into three members: Randlett, Halfway, and Lapoint, which represent localities in the western part of Uintah County. The Randlett is best exposed north and east of the town of Randlett and consists of approximately 478 feet of red, brown, bluish gray and variegated clay shales and interbedded brown to gray sandstones, overlain by a bed of conglomerate 10 feet thick. The Halfway member, exposed along the Halfway Hollow drainage west of Vernal, comprises 557 feet of interbedded shales, sandstones which for the most part are coarser than those of the Randlett, and conglomerates. The basal bed of the Lapoint member, which is exposed north of the Vernal–Lapoint highway, consists of 22 feet of bluish white clay shale that is quite persistent in the area. Clay-shales, sandy shales, conglomeratic sandstones, and conglomerates comprise the 336 feet of the Lapoint member, being well exposed east and north of the town of Lapoint along the head of the Halfway Hollow.

Fossils--Known fossil vertebrates are sparse in the Duchesne River, but represent 6 orders, 22 families, and 26 genera (Kay, 1957, p. 112). These forms include turtle, crocodile, insectivore, carnivore, herbivore (perissodactyl, and artiodactyl), and rodent types. Almost every specimen represents a different species of a different genus or family. A few of the genera are found in both the Uinta and Duchesne River formations, but the assemblages are mostly quite distinct (Kay, 1957). On a basis of fossil vertebrates, the Duchesne River formation is considered by most palentologists to be of lower Oligocene age.

Minerals--At Asphalt Ridge, southwest of Vernal, bituminous material has saturated parts of the lower Duchesne River and in it a few gilsonite veins have also been found at Gusher and at Ft. Duchesne in western Uintah County (see mineral section of this paper).

## Miocene (?) Series

### Bishop Conglomerate — Browns Park Formation

The higher slopes of the Uinta Range are covered in many places by an unconformable capping of poorly-sorted, often well-cemented conglomerate consisting chiefly of red Uinta Mountain quartzite and sandstone derived from the core of the Range, with minor amounts of Paleozoic limestone, chert, and other materials. The constituents vary in size from small pebbles to boulders several feet across, cemented with a calcareous sandy matrix. Calcareous gray, white, or pink sandstone, tuffaceous sandstone, tuff, and bentonitic beds, tough to soft and friable, are often interbedded with the conglomerates.

63

BLM_0067484



Figure 32. Browns Park formation, conglomerate. Interbedded with tuffaceous sandstones exposed at edge of plateau rim, head of Diamond Mountain road.



Figure 33. Browns Park white tuffaceous sandstone. Crouse Canyon, north of Pot Creek.

64

BLM_0067485

The formation was named by Powell (1876, p. 44) "Bishop Mountain Conglomerate" for its occurrence on Bishop Mountain (now Pine Mountain) of southwestern Wyoming, where he observed that it unconformably overlies Tertiary and older formations. In his stratigraphic table (p. 40) Powell placed the Bishop above the Browns Park, no doubt as a result of the occurrence of conglomerates (assumed to be Bishop Mountain in age) capping some of the Browns Park terraces. Sears (1924, p. 289-298, 1924, p. 1296) believed the Bishop to be the basal conglomerate of the Browns Park formation and gave ample reasons for correlating the two formations. He also postulated that the present difference in elevation in some areas between the Bishop and Browns Park, a feature which apparently led to the dual terminology, is due to crustal movement following their deposition, disrupting the once continuous layer, and elevating part of the formation so that upon erosion the conglomerate stood higher than the overlying beds. Later, Sears accepted Bradley's view (1936, p. 182) that the Bishop was possibly laid down on an older erosion surface (Gilbert Peak) that was the Browns Park (Bear Mt.), instead of the two surfaces (and the two formations) being equivalent but separated vertically by crustal movement. The latter view is again being considered as possibly the correct interpretation. In 1936, Bradley (map, plate 34) considered the Bishop Conglomerate to be Miocene (?) and the Browns Park to be late Miocene or early Pliocene in age.

While the conglomerate often mantles the upper slopes and valleys along the south side of the Uinta Range, it probably represents lenses within and at the base of the Browns Park formation, and it is this relationship that has recently led the writers and other geologists (Hansen, et al., 1958, p. B258) to conclude that the beds designated "Bishop Conglomerate" are, in reality, Browns Park (see section on geomorphology). The writers have noted the large quantity of tuffaceous material in clastic sediments that mantle the slopes and valleys of the Diamond Mountain-Pot Creek area, and the similarity in lithology of this material and the sediments in the Browns Park Valley on the east side of the Range, type locality for the formation. In 1958, the writers began mapping outcrops of tuffs and tuffaceous sandstone as Tbp (?). Subsequently, it was noted that much of the conglomerate in adjoining areas, which had been mapped as Bishop, was found to overlie these tuffaceous beds. It was realized that if the latter were Browns Park in age, the overlying gravels could not belong to the Bishop Conglomerate, which, in more recent years, has been regarded as of pre-Browns Park age.

Further study by Hansen, et al., as well as by the writers, disclosed the interbedded character of the gravels and tuffaceous beds along the south slopes of the Uinta Range, revealing the close resemblance to the typical Browns Park. While no fossils have as yet

65

BLM_0067486

been found in these sediments, it seems pertinent on a basis of lithology to correlate them with those of the type Browns Park. Kinney (1955, p. 114-115) traced similar beds (also mapped as Bishop) along the south side of the Range in eastern Duchesne and western Uintah counties, noting their outcrops at Jefferson Park, Pole Mountain, Mosby Mountain, Lake Mountain, Dry Fork Mountain, Little Mountain, and the higher plateau area between Ashley Creek and Diamond Mountain. He observed that the conglomerate beds are less prominent in the latter area than farther west, passing into thinner lenses with medium-grained, partly tuffaceous light-colored sandstones predominating. The formation thins eastward from about 900 feet at Jefferson Park in Duchesne County to approximately 300 feet on Diamond Mountain in eastern Uintah County. Similar beds continue to the east along the plateaus and valleys of Blue Mountain in Dinosaur National Monument area. They were also observed by the writers on Iron Springs Bench and along the Mantle road in the Pats Hole area, just east of the Utah-Colorado line, where they appear to have been faulted down by the Uinta Mountain graben.

Medium to coarse light-colored sandstones are frequently tuffaceous, friable, and chalky, and generally conglomeratic. Thinly bedded rhyolitic tuffs are pink, white or gray in color. Some of these tuff beds on Diamond Mountain and elsewhere are "peppered" with flakes of biotite mica. Other types contain magnetite grains, small crystals of augite, and hornblende.

Browns Park of the type locality is composed of friable chalk-white gray, pink, or buff, quartz-sandstones, commonly tuffaceous and occasionally cherty. It appears to be chiefly stream laid. Minor amounts may be eolian, lake, and spring deposited. Conglomerate lenses, thin-bedded glass tuffs, finely crystalline tuffs, bentonite, chert beds, and concretions are locally prominent.

## QUATERNARY SYSTEM

Denudation that greatly beveled the Uinta Mountains during the Tertiary continued into the Quaternary. Movements along faults have resulted in successive periods of elevation or subsidence with consequent renewal of stream activity. Elevation of portions of the Range is still taking place. Many current relief features began to develop during late Tertiary time. Although much modified, their early stages are still discernable. Arid climates and flash floods produced fanglomerates and mud flows carried 5-foot Precambrian quartzite boulders more than 10 miles from the original source.

66

Quaternary Alluvium

Glacial debris, as well as late Tertiary and early Quaternary stream deposits, much of it derived from the Browns Park (Miocene?) conglomerate (Bishop), were redistributed farther down the slopes forming the terrace gravels of successively younger stages of erosion. Along the foothills, 5- to 10-foot-thick caliche-cemented boulder-alluvium (mostly from Red Uinta Mountain quartzite, but in places containing much white to blue Red Creek older Precambrian from the northeast corner of Utah, or minor amounts of Carboniferous cherty limestone and sandstone, Permian limestone and chert, Triassic sandstones, etc.) now caps well-developed pedimented slopes, mesas, and terraces some distance from the main stream. Two or more terrace levels (the older nearly obliterated) in places can be seen in addition to the present flood plain. The older alluvium consists chiefly of sands that filled the intermittent channels possibly to a depth of 30 to 40 feet during late Pleistocene and Recent times.

In park areas along major streams where broad flood plains have been formed on less resistant formations, well-developed meanders indicate a high degree of maturity. Island Park and the large meanders on the Green River in Dinosaur National Monument are excellent examples. The Island Park area has mesa-like terraces and long gentle southward-dipping slopes, generally capped by gravel beds. Near the mouth of Split Mountain Canyon, the occurrence of a broad syncline in which the Mancos shale forms the center, has made possible the development of a fairly large flood plain over which the Green River now meanders. Older bench levels carved in Mancos shale may in part be comparable to the Tipperary (early Pleistocene) and Lyman (later Pleistocene) erosion surfaces on the north side of the Uinta Range (Bradley, 1936, p. 190-191). The older and higher of these terraces were named the Jensen surfaces ($J_1$ and $J_2$, 50-75 feet apart) for their excellent development between Ashley Creek and the community of Jensen, east of Vernal (Kinney, 1955, p. 129). They are 250 feet above the present stream level. The name "Vernal strath terrace" ($Qtv_1$ and $Qtv_2$ slightly lower) was given to a second surface, 150 to 180 feet below the Jensen. Lowest and youngest surface noted by Kinney is the "Thornburg strath terrace," which is 50 feet below the Vernal surface or 55 feet above the present low water level of Ashley Creek, and was named for Ft. Thornburg, an early army post located northwest of Vernal.

Buff or reddish dune sand derived chiefly from easily eroded Navajo is accumulating on the lower benches and slopes. Much of this wind transported material was deposited when the lower Vernal surface was being cut (Kinney, 1955, p. 130). Thus, Pleistocene and Recent deposits, usually very difficult to differentiate, consist chiefly of stream gravels, sands and clays, alluvial fans, glacial till in higher regions, talus slopes, rock slides, and sand dunes.

67

BLM_0067488



Figure 34.  Terrace levels (Jensen, Vernal, and Thornburg) developed
in Mancos shale near Ashley Creek, east of Vernal.



Figure 35.  Late Terrace levels along Cliff Creek, east of
Jensen, developed on channel fill alluvium.

68

BLM_0067489

Fossils--Fossils are rare, but on display at the Utah Field House of Natural History at Vernal are two bison skulls believed to be Bison cf. B. antiquus, which is a species considered to have become extinct between 10,000 and 20,000 years ago. They were found in the alluvium along stream channels.

Glacial Till:  Pleistocene glaciation of the higher portions of the Uinta Mountains occurred principally west of longitude 109° 40' (Ashley Canyon, northwest of Vernal). Most of the catchment basins were located at an elevation of 10,000 feet (Atwood, 1909, p. 67). Moraines and other glacial deposits accumulated and much secondary sculpturing took place in the higher canyon areas; but practically none in the lower part of the Uinta Range north and east of Vernal (see Geomorphology section). Three stages of glaciation have been tentatively established for the Uintas (Kinney, 1955, p. 131-134). The earliest stage is represented by moraines that lie on a remnant of the earliest (Jensen) erosion surface, located west of the Uinta River in eastern Duchesne County.  Kinney tentatively correlates the main Vernal surface with the glacial outwash formed during the interglacial stage that followed maximum glaciation.  The Thornburg level dates from near the close of the latest ice advance.

## METAMORPHIC ROCKS

Grading upward into the sedimentary rocks is a great thickness of late Precambrian quartzites known as the Uinta Mountain group. These are little disturbed, except for the flank folding along the Uinta arch.

Beneath these, though not in Uintah County, is the Red Creek series, the source of much enigmatic material in the conglomerates within the Browns Park formation.  It occurs in Daggett County, north of Browns Park and westward from the Colorado State line nearly to the Green River.  Described by Powell (1876, p. 42, 62, 72, 137) as metaquartzites, amphibolites, garnet-staurolite-quartz-mica schists, and descriptions by Ferdinand Zirkel (1876, p. 28) were incorporated in the publications of the U.S. Geological Survey of the Fortieth Parallel, and later discussions may be found by Untermann (1954, p. 22), Hansen (1957, Map GQ 101), Ritzma (1959, p. 17), and Blackwelder, Granger, and Cohenour (1963, p. 41).

69

BLM_0067490



Figure 36. Glacial lake, Lake Shore area, southwest side of Leidy Peak. Looking toward north slope of Marsh Peak area.



Figure 37. Morainal debris, west shoulder of Leidy Peak. Quartzite from the Uinta Mountain Group (Precambrian) plucked loose by movement of glacial ice.

70

BLM_0067491

## IGNEOUS ROCKS

Though pegmatites occur in the Red Creek series of Daggett County to the north, and abundant lavas flank the west end of the Uinta Range, the only igneous rock in Uintah County is a 60-foot thick vertical gabbroid dike along the crest of the Uinta Mountains. It strikes N 65° W from the southwest side of Leidy Peak to the head of the Uinta River. No petrographic study of this dike has yet been made.

## STRUCTURAL GEOLOGY

### Folds

The Uinta anticlinorium, which forms the Uinta Mountains, and its complimentary Uinta Basin synclinorium on the south are asymmetrical. Their steeper flanks are to the north. The anticlinorium, narrowing at both extremities, merges westerly into the Wasatch Range and easterly into the Axial Basin anticline in Colorado. It pitches downward at both ends and near the Colorado state line, where its convexity is greatest, the axis turns southeastward and there is a concentration of minor folds along the south slopes, suggesting that the compressive stresses were probably intensified from the south.

Split Mountain anticline (flanked on the north by the Island Park syncline) and Section Ridge of Blue Mountain (separated from Split Mountain by Jensen or Daniels Draw syncline, Untermann, 1954, p. 73-76) are prominent minor folds. Section Ridge has its steep scarp on the south facing U.S. Highway 40. Split Mountain with its steep scarp on the north pitches westerly at moderate angles. These subsidiary anticlines, duplicating the general structure of the Uinta Range, exhibit relatively flat-lying formations on their crests and very sharp flexings on their flanks, in many places steepened by drag-folding along fault zones. In the western half of the county are the Little Mountain, Coal Mine, and Mosby Mountain synclines, and the Neal dome, Brush Creek, Barker Spring, Davis, Ashley Creek, Dry Fork, and Whiterocks anticlinal noses (Kinney, 1955, p. 120-124).

### Age of Deformation

Three periods of deformation, dated as pre-Mississippian, post-Moenkopian, and post-Cretaceous were recognized by Kinney (1955, p. 126-127) in the western part of Uintah County. The first of these involved the faulting of Precambrian rocks prior to Mississippian time. The second, following deposition of the

71

BLM_0067492



Figure 38. Structural Geology.

72

BLM_0067493

Moenkopi formation, gently tilted the area to the west before the
Shinarump conglomerate was laid down. The third and most impor-
tant deformation followed deposition of youngest Cretaceous beds,
the Mesaverde. First indications of uplifting and folding in this
period are believed to be represented by the Upper Cretaceous coarse
clastics which outcrop between the Current Creek and Duchesne
River formations (Walton, 1944, p. 126-127). The Current Creek
lies on an eroded surface of the Mesaverde group (Niobrara) with-
out discordance and is unconformably overlapped by Eocene (Uinta).
It thins toward the mountain slopes. Forrester (1937, p. 655, 659)
estimates that the initial uplift must have elevated the range 10,000
to 12,000 feet to furnish the amount of material eroded during the
early Tertiary that followed.

The major uplift of the range and maximum warping of the adjacent
synclinal basins may have occurred near the close of the Eocene,
at which time the Bridger and Green River formations were faulted
into contact with Paleozoic sediments along portions of the North
Flank and Crest (Uinta) faults. Some of these Eocene faults are
covered by Browns Park (Miocene?) sediments without disturbance.
Warping of the Uinta formation as much as 36° has occurred in the
Whiterocks-Deep Creek area. Forrester (1937, p. 657, 660) believes
the elevation to have amounted to some 25,000 feet in the center of
the range, and that this uplift was caused primarily by the intrusion
of a batholithic core.

Downwarping of the Basin area and elevation of the range recurred
sufficiently late to have involved the lower Oligocene Duchesne
River formation. Greatest warping of the Uinta Basin appears to have
been adjacent to the south flank of the mountain and to have caused
a northward migration of the synclinal axis 5 to 10 miles beyond the
present topographic low of the basin, which coincides approximately
with the Duchesne and Strawberry river drainage system.

Finally, continental uplift in Pliocene time amounted to 8,000 to
10,000 feet (Forrester, 1937, p. 663), the amount of early Laramide
and subsequent uplift totaling some 45,000 feet in the center of the
range. This uplift, minus erosion, has left the range with an average
elevation of 8,000 to 9,000 feet, with a maximum in Kings Peak of
13,498 feet. Downfaulting, possibly in late Miocene-early Pliocene
time, occurred on the east end of the arch after deposition of the
Browns Park (Miocene?) formation, and tilted the Dinosaur National
Mounument area westward.

73

BLM_0067494

## FAULTS

*Major faults, uniformly high angle, parallel the Uinta Range. Their maximum displacement occurs outside the county and varies from* 4,000 feet along the Yampa Fault in the eastern part of the Uinta Mountain Graben (Untermann, 1954, p. 152) to 40,000 feet along the reverse Uinta or Crest Fault (Ritzma, 1959, p. 73). *The latter, in spite of its steep southward dip (75°) is sinuous in places.* In the eastern part of the county the Yampa and Miners Draw-Wolf Creek faults bound Blue Mountain on the north and south, respectively, greatly rupture the eastern end of the Uinta arch and produce the Uinta Mountain Graben of the Browns Park and Yampa Canyon areas.

### South Flank Fault Zone

In the area between Dry Gulch in Duchesne County and Ashley Creek in the western half of Uintah County occur a series of nearly vertical pre-Mississippian echelon faults (Kinney, 1955, p. 124) with downthrow on the south. They form what appeared to Forrester (1937, p. 644) to be a more or less continuous fracture that bounds the core of the Uinta Range on the south and to which he gave the name South Flank Fault. These trend northwest-southeast to west-east, approximate the strike of the Deep Creek fault zone to the south with which they may merge in the area between Whiterocks River and Dry Fork Canyon, and may represent a westward extension of the Yampa and Miners Draw-Wolf Creek fault zones.

### Deep Creek Fault Zone

*The Deep Creek fault zone trends southeastward from Mosby Mountain through Little Mountain, extends beneath the alluvium of Ashley Valley, and may connect with faults that occur along the south flank of Section Ridge. Displacements range from a few feet to several* hundred feet, but total vertical displacement is not believed to be great (Kinney, 1955, p. 125), inasmuch as downthrows on the north sides of some faults more or less balance those on the south sides of others. Rejuvenation along old lines may have continued until late Cretaceous (Kinney, 1955).

### Island Park Fault

In the eastern part of Uintah County is the Island Park Fault zone (Untermann, 1954, p. 109-110). Westward, it splits and is terminated in Mancos shale in the "summit" area of the Island Park road, on the north side of Split Mountain, a few miles east of Brush Creek. To the southeast it intersects Jurassic and Triassic formations, then turns east along the north side of Split Mountain anticline where its

74



Figure 39. Island Park fault. Whirlpool Canyon, center, between Harpers Plateau, right, and Little Split Mountain (left).

75

trace is confined to the Moenkopi, which, in places, appears to be much thinned. Near Green River, at Little Rainbow Park, the fault again offsets Triassic and Jurassic beds and is joined by a fault from the McKee Spring area where Mancos shale, Frontier, Mowry, and Dakota formations are affected. The McKee Spring Fault is roughly parallel to the echelon branches that enter the Mancos shale at the west end of the Island Park fault in the Summit area. The writers believe that these faults merge at or just east of the Green River to form the main Island Park fault. Here the formations are obscured for some distance by slides, but the fault continues along the foot of Blue Mountain, north slope, around the east end of Island Park, through Jones Hole and beyond to the Pot Creek country. Near the mouth of Whirlpool Canyon, at the eastern end of the Island Park syncline, where Navajo sandstone (Jurassic) rests against Morgan (Pennsylvanian), the fault reaches its maximum vertical displacement of approximately 1,500 feet. Within a 2- or 3-mile section along the strike of this fault, part of the following beds have been cut out: Weber, Park City, Moenkopi, Shinarump, and Chinle. The fault zone has a maximum width of about 400 feet and small silver blocks of the above formations are left here and there in the disturbed zone. Some of these wedges are capped by 10 to 15 feet of well-cemented conglomerate containing 2-foot boulders derived from the older formations of the Uinta Range. In some places the conglomerate lies horizontally on the prefaulting eroded surfaces of these up-turned beds and may represent some of the Browns Park Miocene (?).

In following the Island Park fault along the foot of Little Split Mountain, near the mouth of Whirlpool Canyon, to Sage Creek, Park City and Weber beds are successively omitted. At Sage Creek, Morgan (Lower Pennsylvanian, Round Valley) is in contact with Moenkopi (Lower Triassic). To the north the fault passes through Jones Hole affecting Pennsylvanian, Mississippian, and Cambrian strata and repeating Pennsylvanian and Mississippian beds along bifurcating branches which cross into Pot Creek.

### Red Rock Fault

In the Island Park area on the north slope of Blue Mountain (Ruple Ridge), the Red Rock fault, which traverses Harpers Plateau from the east, joins the Island Park fault. East of Harpers Plateau, it offsets the Mitten Park fault which bounds the east side of Harpers Plateau and joins the main Yampa fault east of Pearl Park bench in the Pats Hole area, just beyond the Uintah County line in western Colorado. Harpers Plateau is a large horst block between the Island Park fault on the west and the Mitten Park fault on the east (Untermann, 1954, p. 149-150).

76

BLM_0067497



Figure 90. Looking west from Round Top toward Harpers Plateau (Blue Mountain). Red Rock fault on right, Mitten Park fault upper right corner. Yampa fault on left, diagonally across photo.

77

BLM_0067498

### Yampa Fault

In the upper end of the east-west section of Split Mountain Canyon, the Split Mountain gorge continues along the trend of Yampa fault. Although the Yampa fault appears to die out westward as it approaches the Green River, it is possible that fracturing, with little displacement along the axis of the Split Mountain anticline, may have predetermined erosional position of Split Mountain gorge. Eastward the Yampa Fault follows Moonshine Draw and over the top of Blue Mountain where it enters the outer Yampa Canyon.

### Miners Draw — Wolf Creek Fault

Along the south slope of Section Ridge anticlinal nose of Blue Mountain, the Miners Draw fault appears to pass into numerous branches in the Cliff Creek (Cocklebur)-Burdette Wash area. Downthrow on some is south, on others north. Chinle and Navajo are offset. Across Cliff Creek at the west end of Section Ridge, permanent-flowing warm sulphur springs are in line with these fractures which Kinney (1955, p. 125) believes may pass beneath the alluvium of Ashley Vallen and connect with faults in the Little Mountain-Whiterocks Canyon area. Swampy areas along the way seem to indicate seepage from fractures beneath the surface mantle. Along the Section Ridge front, north of Highway No. 40, the Miners Draw fault is difficult to follow. But eastward, at the head of Miners Draw, where the Blue Mountain road ascends the slope to the rim, Morrison has been let down against Navajo and Triassic beds. Near the Utah-Colorado line, nearly vertical Weber sandstone is in contact with Navajo sandstone. Here displacement may be more than 1,000 feet. The Miners Draw-Wolf Creek fault continues eastward across Blue Mountain and into the Wolf Creek area near Elk Springs, Colorado.

### Trail Creek Fault Zone

This zone of faulting begins near the eastern edge of Uintah County, north of Highway No. 40, and in the southern edge of the downthrow of the Miners Draw fault. It forms several larger northeast-trending faults and smaller branching cross faults that are developed chiefly in beds of Jurassic age.

### Faults Confined to Tertiary Beds

East-west to northwest-southeast faults of the Uinta Basin occur chiefly in the Green River and Uinta formations of Eocene age. They generally parallel gilsonite veins and joints of the basin, and probably were formed by the same tensional stresses.

78

BLM_0067499



Figure 44. North-south cross section in Colorado near the Utah-Colorado line, facing westerly showing steps (arising with repetition of beds.

79

BLM_0067500

## AGE OF FAULTING

Faulting probably occurred at many periods during the geologic history of the Uinta Mountain and Basin region, and each uplift of the Range undoubtedly rejuvenated old faults and initiated new ones. Pre-Mississippian faults, possibly correlated with the sharp diastrophism in the Stansbury area (in what is now the Great Basin) during Devonian time (Stokes and Arnold, 1958) are noted along the south flank west of the Uintah County line. Much faulting occurred at the close of the Tertiary, when beds of late Tertiary age (Browns Park, Miocene?) were involved.

## JOINTS

Three systems of joints usually occur in the area: east-west and north-south systems, and a third set striking northwest-southeast at approximately 45 degrees to the others. The east-west system strikes more or less parallel to the folds, but may be inclined from the vertical 50 to 60 degrees toward the axis. The other two systems are almost vertical. Tensional stress is frequently indicated by small offsets along the joints. Often erosion has been greatly accelerated by the presence of these fractures. Parallel vertical-walled gorges have been incised at right angles to the south slopes of the Uinta Mountains and are particularly well developed east of the Green River near the mouth of Split Mountain Gorge.

A striking example of well-developed jointing may be observed in the "fence post" slabs formed in thin limestone beds of the Green River formation. Gilsonite and other hydrocarbon veins and some faults are usually closely associated with these joints.

## GEOMORPHOLOGY

From the alpine heights of the Uinta Range to the semi-arid badlands in the basin, elevations vary from more than 12,000 to approximately 4,800 feet above sea level.

Green River, the master stream, lying in Colorado just beyond the Utah line, crosses the eastern part of the Range at right angles, then swings west into Uintah County which it traverses diagonally from northeast to southwest. Its two main tributaries, the Duchesne River, which enters from the west, and the White River, which enters from the east, follow the topographic low of the Uinta Basin and join the Green approximately in the center of the county.

80

Early Laramide uplift and folding of the Uinta Range was followed by erosion which more or less kept pace with continued elevation during Tertiary time. Abrasion of the rising mountain and transfer of sediments to the Basin gradually built up a thick series of overlapping Tertiary sediments which unconformably overlie the truncated edges of the older formations. Resultant mature mountain terrain can still be seen in the smooth rounded hilltops and benches along the higher slopes of the Uintas. Soft Mesozoic strata were removed (with possibly some incising of older formations) and redeposited as the earliest fresh-water Tertiary beds (Bradley, 1938). Downwarping of the basin continued and ponds and lakes received the Paleocene and Wasatch (Lower Eocene) sediments, the latter containing both Triassic and Carboniferous derivatives.

Small lakes finally coalesced into large fresh-water bodies. Lake Uinta flanked the south side and Lake Gosiute (Bradley, 1929, p. 88-90; Jones, 1957, p. 31) flanked the north side of the range and occupied the present Bridger, Green River and Washakie basins. These lakes were apparently connected by a small arm around the east end of the Uintas as evidenced by remnants of the Green River formation in southern Sweetwater County, Wyoming, the Sand Wash and Coyote basins of Moffat County, and the Piceance Basin of Rio Blanco County, Colorado (Owen, 1955, plate VII; Jones, 1957, p. 30, 32). These remnants line up north and south of the Yampa River between Cross Mountain and Maybell, Colorado, and buried remnants line up north and south of the Yampa River between Cross Mountain and Maybell, Colorado, and buried remnants may be covered by the Browns Park formation. In these vast lakes were deposited great quantities of sediments which contain the oil-shales and many unusual minerals (Milton, 1957, p. 136-143). Shrinking of the lakes accompanied by deposition of fluviatile sediment around their margins during late Bridgerian time (Jones, 1957, p. 32) is believed to have caused their separation into isolated depositional basins, Uinta Lake continuing longer than Gosiute Lake, and forming the lake facies of the Uinta formation in the Uinta Basin area. More than 9,000 feet of fresh-water Tertiary beds accumulated in this subsiding trough (Jones, 1937, p. 33, 34).

As the region became more stable, streams gradually filled the lake basins forming extensive flood plains as revealed in the sandstones and conglomerates of the later Eocene and Oligocene formations. They formed the sediments of the Uinta formation which, in the western part of the Uinta Basin, were derived chiefly from mountainous areas to the east (Stagner, 1945, p. 284-285). Extensive elevation and faulting are believed to have occurred during Uinta time near the close of the Eocene (Late Laramide) as evidenced by the Duchesne River beds which appear to have originated from the exposed Precambrian quartzites of the Uinta Range.

81

The topographic axis of the Uinta Basin coincides with the east-west drainages of the Strawberry and Duchesne rivers, west of Green River, and by the White River to the east. As downwarping of the basin progressed, estimated by Crowley (1957, p. 29) to have been 3,000-4,000 feet, the synclinal axis, which originally must have coincided with the topographic axis, migrated northward toward the south flank of the Range, so that its present position lies some 5 to 10 miles north of the topographic low of the Basin, thus increasing the asymmetrical attitude of the syncline. During this period, downwarping, aided by the rising Uncompahgre and San Rafael highlands, produced in the Uinta Basin numerous tension fractures into which gilsonite was injected.

### Erosion Surface

Gilbert Peak-Bear Mountain: After deposition of the Duchesne River formation, elevation of the region in late Eocene (?) – early Oligocene was followed by late Oligocene or early Miocene erosion which formed the Gilbert Peak (Bradley, 1936, p. 181-182) and the Bear Mountain erosion surfaces. Although the latter is some 500 feet lower than the former, they are now generally believed, as formerly postulated by J. D. Sears (Bradley, 1936, p. 182), to be equivalent, and that remnants of the Gilbert Peak surface (Goslin, Mt. Home, O-wi-yu-kuts, Cold Spring and other mountains, near the northeast end of the Uinta Range, merge with the Bear Mountain surface, and that discordances in altitude between the two surfaces (Hansen, et al., 1959, p. B257) seem due to faulting and deformation that occurred before, during, and after the deposition of the Browns Park formation. This (Bear Mountain) period of erosion denuded and rounded off the crest of the range greatly reducing its relief and created the Bear Mountain surface on which the Browns Park sediments have been deposited. In the western half of Uintah County, this terrain is represented by the upper surface of Mosby, Lake, Dry Fork, and Little mountains. In the eastern half of the county, it is represented by Brush Creek, Diamond, Split, and Blue mountains.

Consequent streams flowing southward, southeastward, and northward from the crest of the Uintas have deeply incised the Precambrian quartzites, and have broadened parts of their valleys. In the Pot Creek area minor short box canyons, cutting through hard patches of Uinta Mountain quartzitic sandstone instead of taking what otherwise would have been an easier course around them, appear to have followed joint planes. These vertical joints in the Uinta Mountain formation probably account for the parallelism in the northern portions of such canyons as Ashley, Big and Little Brush Creeks, Lambson, Jackson, Warren, Sears, Crouse, and others along the south slopes

BLM_0067503



Figure 42. Ladore Canyon, Green River, showing Uinta Mountain Group, Precambrian (PCU). (PEB).

83

BLM_0067504

of the range (Untermann, 1954, p. 15-16). Resistant high ridges and lower isolated monadnocks of the Uinta Mountain quartzite separate these channels and rise above the valley fill.

In the northeastern part of Uintah County, two of the largest southeastward trending valleys are Summit and Diamond Gulch. Their eastern portions roughly parallel the Browns Park basin on the northeast side of the Uinta Range, and like the latter may have been somewhat affected by faulting, although faults are difficult to find.

Poorly-sorted clastics, believed to correlate with the Browns Park formation of the type locality, fill the above-mentioned valleys and partially cover the mountain slopes. This change from an actively degrading to an agrading environment has been postulated by Bradley (1936, p. 178) as due to increasing aridity. Recent investigation (Hansen, et al., 1959, p. B258) discloses the possibility that the change in such a cycle may have been caused by tectonic adjustments in the region instead of climatic change. Both conditions may have played a part.

Some faulting in the Browns Park valley and other parts of the region may have taken place prior to and during deposition of the Browns Park formation, but the major displacement has occurred subsequently, during the collapse of the eastern end of the Uinta Range. This collapse formed the Uinta Mountain Graben, downwarped the Browns Park sediments and accentuated their marginal dips.

During 1958 the writers mapped the Browns Park sediments in the Diamond Mountain-Pot Creek area and as discussed under "Bishop Conglomerate" became convinced that the Miocene (?) "Bishop" is a part of the "Browns Park." Further evidence was obtained in June 1959 when the area was revisited by Hansen, Kinney, Sears, and Good.

The subsidence of the eastern end of the Uinta Mountains between the Yampa Fault system on the south and the Uinta Fault system on the north which formed the Uinta Mountain Graben was postulated by Powell, and further expanded by Sears (1924, p. 291-298). During this subsidence, the Browns Park Valley, which had been formed along the crest of the range, and later filled with Browns Park sediments, was downdropped, isolating Cold Spring Mountain on the north from the rest of the range. Diversion of the Green River drainage from an easterly course farther north to a position southward through the Browns Park Valley and eastward around the east end of the Uintas, resulted in erosion and trenching of the Browns Park sediments in that area. Many of the prominent faults were formed at this time (Pliocene?), with some elevation and tilting toward the west beyond the eastern end of the range. Faulting in the region no doubt greatly influenced the direction and effectiveness of the

84

85



Figure 44. Mouth of Split Mountain Canyon at the "George," Weber (Pennsylvanian), Park City (Permian), Morrison, Shinarump, Chinle (Triassic).



Figure 43. Split Mountain Canyon, Green River, looking southwest toward mouth of Canyon. Weber at top, Morgan forming most of canyon walls. Mississippian in floor of canyon at center.

drainage. New streams and some occupying old channels, began
rapidly cutting through the soft Browns Park fill and working head-
ward along their channels. Only short sections of these north-south
canyons, such as Crouse, Sears, and others, are cut through the
Browns Park and the underlying Uinta Mountain quartzite, at or near
the present topographic axis of the range. Here outcrops of Browns
Park on the south slope are separated from those on the north. The
Crouse Canyon area well illustrates the former more or less complete
blanketing of the crest by the Browns Park sediments. Present
drainage* has not cut through the blanket except on the north slope
in the canyon narrows where the stream is working its way headward.

The pattern of the Browns Park on the south slope of the range sug-
gests that the valleys in which the formation was deposited began
flowing south or southeast from a topographic axis that was farther
north than the present crest which swings considerably southeast-
ward in this area. Subsidence of Browns Park Valley accelerated
northward flowing streams and reversed the drainage. Headward
erosion became increasingly important, and the topographic axis
migrated farther south as headward erosion progressed.

Occurrence of the Browns Park formation over most of the crest of the
Uintas clearly shows that the present streams have been superimposed
upon this cover. Later, it is believed, that Lodore Branch of Summit
Valley, now Pot Creek, which had been filled with Browns Park sedi-
ments, began establishing its channel and finally cut deeply enough
into the underlying Uinta Mountain quartzite to capture the Green River
and divert it southward across the axis of the range. The Green River
had been superimposed on the Browns Park formation in the Browns
Park Valley. When the course of the Green River was changed from
around the end of the Uintas to a position to the south across the axis
of the Range, its channel would have had to be sufficiently high for
such superposition to have taken place. But the valley began to sub-
side even before the Browns Park was entirely deposited and contin-
ued after deposition when maximum displacement occurred. Whirl-
pool and Split Mountain canyons were probably established in much
the same way. Lodore Branch must have established its course across
the Wild Mountain-Douglas Mountain area and swung around between
the south end of Wild Mountain and the north end of Harpers Corner,
forming Whirlpool Canyon, then west across the Island Park synclinal
area which was subsiding along the Island Park Fault. Headward

---

*Since this paper was written, a detailed discussion of much interest
on the origin of the Yampa River drainage and its meander patterns in
Dinosaur National Monument by Julian D. Sears, "Yampa Canyon in
the Uinta Mountains, Colorado" U.S. Geological Survey Prof. Paper
374-I, 1962, has appeared.

BLM_0067507

**erosion** from the south through Split Mountain anticline, following the **weakened** zone at the west end of the Yampa Fault, captured this **drainage** thus forming Split Mountain Canyon.

With continued general uplift during Pleistocene time, entrenching of meanders of the Green and Yampa rivers was accelerated. Deep incising and headward erosion along Diamond Gorge, Big and Little Brush Creeks, Ashley, Dry Fork, Whiterocks, Uinta and other canyons progressed. But the latter four, in particular, owe their spectacular upper canyon development to the erosive action of mountain glaciation.

Jensen Surface: This erosion surface is represented by two or more gravel-capped terraces, named by Kinney (1955, p. 129) the Jensen surface. It is formed on Mancos shale between Ashley and Brush creeks. It is preserved on the east and south side of Little Mountain and on Diamond Mountain where it has probably truncated Frontier sandstone. The higher of these terraces is 50 to 75 feet above the lower, the lower one being 250-300 feet above the present stream level. The gravel capping this surface is 5-10 feet thick and contains well-rounded caliche-coated boulders derived from the older fanglomerates at higher elevations. The surface slopes away from the higher regions at 100-200 feet per mile. Kinney (1955) believes that these terraces were formed during a period of crustal stability and uniform climate, while the master stream of the area was at constant base level, and lateral planation and slope wash were dominant.

Vernal Surface: A younger terrace level, which Kinney (1955) named the "Vernal Strath Terrace," and which includes two slightly separated levels, was observed 150-180 feet below the Jensen surface. The lower member of the Vernal Strath Terrace may be seen along the west side of Ashley Creek, east of Vernal, and along the Green River northeast of Brush Creek. The main Vernal terrace is cut on Mancos shale and is covered with 5 to 10 feet of gravel, chiefly of red Uinta Mountain quartzite. Springs and seeps occur at the base of this cover on the west side of Ashley Creek. This surface is believed by Kinney (1955, p. 130) to have been formed by the lateral corrasion of Ashley Creek during the interglacial stage that followed maximum glaciation of the Uinta Mountains, and tentatively correlates it with the glacial outwash from that glaciation.

87

BLM_0067508

Thornburg Surface:   Kinney (1955) also recognized a third surface which he terms the "Thornburg Strath Terrace," located 50 feet below and younger than the Vernal surface, and 55 feet above the present low-water level of Ashley Creek.  The Thornburg surface is also cut in Mancos shale and capped with 5 to 10 feet of red quartzite boulder beds.  It has been largely destroyed by the present flood plane of Ashley Creek, and is believed by Kinney to date from the close of the latest glaciation of the Uintas.


## GLACIATION

Glaciation of the Uinta Mountains was chiefly confined to the higher parts of the Uinta Range in Duchesne and Wasatch counties where the longest glaciers, some of which attained a length of 27 miles (Atwood, 1909, p. 12, and plate IV) occurred in valleys that were fed by ice from the Kings Peak area.  Outward from this central area, glaciation on both the north and south slopes of the range diminished rapidly.  Little if any glaciation occurred east of Ashley Creek in Uintah County.  Cirques and névé fields occur at the headwaters of Ashley Creek, in the vicinity of Leidy and Marsh Peaks.

West of Marsh Peak, in the headwaters of Dry Fork, glacial moraines are found 10 or more miles down the canyon at an elevation of 8,000 feet or more north of Lake Mountain.  Whiterocks Canyon contains the longest of the glacial moraines in Uintah County, and its terminal moraine, altitude 7,200 feet like the Ashley Creek glaciation, is believed by Kinney (1955, p. 133) to correlate with the maximum glaciation in Uinta Canyon to the west.

Three stages of glaciation have been recognized by Kinney (1955, p. 131-134) in the Uinta Mountains.  The earliest stage is represented by moraines that lie west of the Uinta River on a remnant of the Jensen erosion surface.  During the stage of maximum advance, the massive moraines extended down to 7,000 feet in their descent in Uinta Canyon where all three stages are recognized.  During the latest glaciation, the ice lacked more than a mile of advancing to the southern limit of the maximum advance, the massive moraines extended down to 7,000 feet in their descent in Uinta Canyon where all three stages are recognized.  During the latest glaciation the ice lacked more than a mile of advancing to the southern limit of the maximum stage.  In Whiterocks Canyon, the latest stage extended to an elevation of 7,300 feet.  Most of the residual moraine is on the east side of the canyon. Ice correlating with this latest stage probably occupied the headwater areas of Ashley and Dry Fork canyons, but it is not possible to differentiate the late glacial deposits from those of the maximum stage (Kinney, 1955, p. 135).

Glacial lakes, both morainal and tarns, are abundant in the glaciated areas.

88

### Correlation with Other Areas

Kinney is of the opinion that the earliest glacial stage here mentioned may correlate with Bradley's Little Dry stage (1936, p. 194-195) on the north slope of the Uinta Mountains, and in the Wind River Range with the Buffalo stage which, in turn, has been tentatively correlated with the standard Kansan stage.  The maximum glaciation of the Uintas may correspond to Bradley's Black Fork, and the latest to his Smith Fork (Wisconsin) stage.

### Age Relations Between Stream and Glacial Erosion

After formation of the Bear Mountain surface, great quantities of Brown's Park (Miocene ?) coarse clastic debris were spread out far down the slopes of the Range and out across extensive pediments, covering Blue, Split, Diamond, Brush Creek, Little, Dry Fork, Mosby, and Lake mountains, and other areas, at elevations possibly as low as 6,500 to 7,000 feet.  There must have been fairly steep slopes from the crest of the range to the lower pediments, or exceptional mud flows, for 5-foot Uinta Mountain Quartzite boulders to have been carried such distances.  Deep canyons dividing gravel-capped areas show that the erosion which formed these canyons post-dated the deposition of the Browns Park clastics.

The following chronological order seems to be indicated: (1) Formation of the Bear Mountain erosion surface (Late Oligocene or early Miocene), extending some distance south of the crest of the Uinta Range; (2) Deposition of the interbedded fanglomerate, tuffaceous sandstone and tuff forming the southern extension of the Browns Park formation (Miocene ?); (3) Faulting which formed the Uinta Mountain Graben on the eastern end of the Uintas greatly affecting the Browns Park formation in many areas; (4) Development (late Pliocene or early Pleistocene) of the deep canyons of the Green River drainage and other streams isolating the boulder-capped pediments; (5) Reworking of the Browns Park mantle has furnished material that caps successively lower and lower terraces which correspond to more recent erosion surfaces, Jensen, Vernal, and Thornburg, etc.; (6) the morainal deposits of the earliest glaciation (Kansan) rests on remnants of the Jensen erosion surface.  The third and latest glacial ice advance probably correlates with the Wisconsin of the standard classification.

89

# ECONOMIC GEOLOGY*

## General Statement

Economic minerals in Uintah County are confined mainly to the non-metallics. While metallic ores are of little importance, hydrocarbons occur in vast quantities, as do phosphate rocks.

## Hydrocarbons

The hydrocarbons of the Uinta Basin occur primarily as fissure veins closely associated with oil-shales; as oil shales; and as saturated sands. Hunt (et al., 1957, p. 1690) is of the opinion that hydrocarbon varieties were produced, not by evolutionary changes as in coal, but by original differences in mineral and fossil content and by differences in the depositional environment of Eocene Lake Uinta, and that the increasing salinity of the lake waters during Green River time was the chief factor that controlled composition of the hydrocarbons. Source beds and their resultant hydrocarbon varieties seem to have closely similar compositions. Gilsonite seems to have been derived chiefly from the kerogen shales of the Green River formation. Other hydrocarbons seem likewise to have had their source in the kerogen of their enclosing beds. In each case the kerogen was derived from the abundant and varied flora and fauna which inhabited Lake Uinta, when the respective lake sediments were laid down. Also the rich organic matter of Lake Uinta gave rise to the oil and gas deposits of the Green River and other Tertiary formations of this area. Hydrocarbons resulting from this source, in addition to the oil shales and bituminous sandstones, are gilsonite, ozocerite, elaterite, wurtzilite, and others. Gilsonite has been the major hydrocarbon of economic importance in Uintah County.

## Oil and Gas

Beginning with the first commercial well in Utah, 300 barrels per day in 1948, Ashley Valley Field oil production in Uintah County has risen to an annual output of 5,939,672 barrels, and gas to 22,351,935 MCF for the year 1962. The major portion of the oil has come from the Red Wash, Walker Hollow, Ashley Valley, and Wonsits oil fields. Red Wash oil field and the Ute Trail and Chapita gas fields have been the three highest producers of gas.

---

*Only a brief summary of this subject is given here in view of the recently issued detailed companion volume THE MINERAL RESOURCES OF UINTAH COUNTY, Utah Geological Survey Bulletin 71 (1961) by Robert G. Pruitt. See also Bulletin 54, OIL AND GAS POSSIBILITIES OF UTAH, RE-EVALUATED (1963) for a discussion of hydrocarbons.

In the Red Wash-Walker Hollow area, production began in 1951 and from stratigraphic traps developed in a lenticular sandstone network in basal Green River, Eocene (Douglas Creek member), on a fairly large northwest to westerly pitching anticlinal nose. Well depth varies from 5,000 to 5,500 plus feet. The oil has a pour point of 85 degrees and a gravity of 29 to 30 degrees. Wax content is high. The field is located approximately 35 miles southeast of Vernal.

Ashley Valley Field production comes from the "top" of the Weber sandstone (Pennsylvanian). Well depth is 4,100 feet plus. Gravity is 32 degrees. The field represents a closed and faulted dome located on a northwest-southeast anticline situated on the westward pitching nose of Blue Mountain (Section Ridge). The oil has an asphaltic base.

The Brennan Bottom and Ute Tribal pools have contributed small quantities of oil to the total county production. The Brennan Bottom field, located on Green River, 17 miles south of Vernal, produces from lenticular sandstone and silty ostracodal limestones and shales of the lower Green River and upper Wasatch formations. Well production is less than 100 barrels per day. The Roosevelt field (Ute Tribal) of western Uintah County produces from a fracture zone in basal Green River shales at a depth of about 9,300 feet. Structure and stratigraphic conditions probably also play a part in its production. This oil has a high pour point of 90 degrees Fahrenheit and a gravity of 30 degrees A.P.I. Brennan Bottom pour point is 105 degrees and gravity is 32 degrees. Average production from the Roosevelt field has been 400 barrels per day.

## Oil Shale

By far the most abundant single mineral resource in Uintah County is oil shale which occurs in the Green River formation (Eocene). The Parachute Creek member, with its mahogany beds is the richest section. East-central Uintah County contains the highest grade oil shale in the State of Utah. There is no present production, but the potential is great. On a basis of 15 gallons per ton recovery of shale oil (much of it runs considerably higher), it is estimated that Uintah County alone could produce in the neighborhood of 100 billion barrels of shale oil once competitive processes have been perfected.

## Gilsonite

The unique, 99 per cent pure hydrocarbon, gilsonite (uintaite) has long been a principal source of revenue for Uintah County. Production is approximately 450,000 tons annually, mainly by the American Gilsonite Company at Bonanza. Gilsonite reserves are estimated to be less than 20,000,000 tons. The world's only commercial

91

BLM_0067512

production comes from this area. Deposits occur in the Green River, Uinta and Duchesne River formations. However, the production is principally from the upper Green River, lower and middle Uinta.

Mining is conducted through the use of high pressure water cutting of the ore. Veins are vertical and vary from a few inches to nearly 18 feet in width and have been worked to a depth of 1,500 feet. They strike northwest-southeast and cover an area roughly 20 miles wide by 60 miles long.

A 6-inch, 72-mile long pipeline extends from the mines to Gilsonite, Colorado, on the Denver and Rio Grande Railroad (near Grand Junction) through which the ore is pumped in a water slurry to the refinery. Here it is converted into electrode coke and gasoline. Gilsonite produces 4 1/2 barrels of crude oil per ton. Melting point of the ore varies from approximately 230 to 400 degrees Fahrenheit. Several dozen products are made from gilsonite among which are paints and varnishes, lithographic inks, roofing materials, electrical and other insulations, battery boxes, phonograph records, floor coverings, brake linings, caulking material, gilsulate for underground pipe insulation, high test gasoline, and metallurgical coke.

Hunt, et al. (1957, p. 1690) were of the opinion that gilsonite and asphaltite originated in the bituminous material of the upper Green River calcareous and dolomitic shales rich in aromatic rings and nitrogen compounds. Several theories have been advanced to account for the occurrence of the gilsonite veins. The most generally accepted one, with slight variations, postulates the formation of tension cracks as a result of compaction of the Green River bituminous calcareous shales and the downwarping of the Uinta Basin syncline which was taking place between the rising Uinta Mountains on the north and the renewed uplift of the Uncompahgre Highlands on the south. These tensional stresses produced a general widening of the fissures in depth releasing the viscous bitumen and permitting its upward injection into the fissures forming the gilsonite (Crawford, 1949, p. 238). The filling of the gilsonite veins is believed to have occurred during Eocene and Oligocene time (Crawford, 1949, p. 248-252; Davis, 1957, p. 144-146; Hunt, et al., 1954, p. 1690-1682).

## Asphalt

The bituminous sandstones along Asphalt Ridge, 4 miles west of Vernal, are estimated by the U.S. Bureau of Mines to contain between 2 and 3 billion barrels of bitumen. Feasibility studies have been made by various groups seeking recovery of this material by combination open pit and underground mining methods. Up to the present time the asphalt has only been used as a paving material. It is "cold-rolled" on the highway after mixing with sand to give it the desired

BLM_0067513

rigidity. Like the oil shale of Uintah County, the bituminous sandstones represent a tremendous potential for the future. They occur in the Rim Rock member of the Mesaverde formation and at the base of the overlapping Duchesne River formation. Sulphur content is low, being only 0.09 per cent. The Green River formation, 27 miles east of Vernal, also contains numerous beds of bituminous sandstone. Most of the bitumen contained in all these beds is believed to have originated from the bituminous limestones and shales of the Green River formation. At Asphalt Ridge near Vernal the asphalt is closely associated with and apparently migrated upward along the Cretaceous Tertiary unconformity where the richest saturation of beds occurs. Covington (1957, p. 174) observed that saturation is definitely related to the porosity and permeability, and that structure has played a secondary role. This migration is believed to have taken place in late or post-Oligocene time and upward movement may in fact be continuing at the present time inasmuch as late Quaternary or Recent gravels have been cemented by the tarry material. Minor faulting at Asphalt Ridge in the County Pit area has helped control the saturation, restricting it to the southwest side of a post-Cretaceous and pre-Duchesne River fault (Covington, 1957).

### Coal

Coal deposits of Uintah County are of minor significance and are of little economic importance. They occur in the Frontier formation and at present only one mine is in seasonal operation. The coal is bituminous and is rated at 13,060 BTU.

## OTHER MINERALS

### Phosphate

Thirteen miles north of Vernal, the San Francisco Chemical Company is mining and concentrating phosphate rock which occurs at the base of the Park City Phosphoria formation (Permian) and is estimated to have a reserve of 700,000,000 tons. Much of the deposit (which averages about 20 feet in thickness) is amenable to stripping. Raw ore averages 20 per cent $P_2O_5$, and flotation processes at the mine concentrate this to an average of 30 per cent. At this writing, production is at a rate approximating 200,000 tons per year. Plans call for an ultimate production of 1,000,000 tons annually. Expanded development may result in building of the first standard guage railroad into Uintah County, but a pipeline is also being considered for transportation of the concentrates and may prove to be more economical.

93

BLM_0067514

### Sand and Gravel

Deposits of sand and gravel are abundant. A number of pits are operated, chiefly for road construction and maintenance with a small outlet to the building trades. Some building stone has been obtained from the Frontier sandstone. A red to green shellstone (limestone) in the Carmel formation has slight potential as a facing stone. It is known locally as Vernal "marble."

### Bentonite

Deposits of bentonite occur in the Morrison (Jurassic) and Uinta (Eocene) formations but no development of these beds has taken place to date.

## METALLIC MINERALS

Metallic ores are poorly represented in Uintah County. Intrusives frequently associated with mineralized zones are almost totally absent in the sedimentary formations of this region.

### Copper

Uintah County copper deposits should be spoken of in the past tense. There are small scattered deposits which were worked near the close of the last century. Chief among these, the old Dryer mine on Brush Creek Mountain 25 miles north of Vernal, worked out its "Glory Hole" and ceased operation. Its malachite represented limestone replacement in the Madison (Mississippian). Minor associated minerals were chalcocite, gold, and silver.

A small copper pocket occurred in the Manning Canyon shale (Mississippian) at the mouth of Sage Creek where it empties into Whirlpool Canyon of the Green River. In 1899, five tons of concentrate running about 55 per cent copper and 69 ounces of silver per ton were recovered in this locality (F. L. Hess, 1920, p. 606).

Sandstones of the Uinta (Eocene) a few miles below Ouray, on the west side of the Green River, produced a small amount of malachite at the Uteland Mine.

There is no copper production in Uintah County at this time.

### Iron

The Mississippian limestones 20 miles north of Vernal carry fairly large deposits of a good grade of hematite iron ore. There is no production at present.

94

BLM_0067515

Uranium

The Jurassic-Triassic formations which have been so profitable in uranium in southeastern Utah-southwestern Colorado have produced little of interest in Uintah County.

## WATER RESOURCES

As previously noted, Uintah County is bisected diagonally from northeast to southwest by Green River. Annual precipitation about 12,000 feet varies from 25 to 30 inches. Below 5,000 feet the annual rainfall averages less than 10 inches. Major drainages in the county (all tributaries to the Green) from east to west are Jones Hole Creek, Brush Creek, Ashley Creek, Whiterocks, Uinta, Duchesne, and White rivers. Drainage south of the White River is negligible.

The traversing of the great expanse of badland country of the Uinta Basin by the Green, White, and Duchesne rivers and other smaller tributaries, invites exceedingly rapid evaporation and transpiration by vegetation along the stream banks, especially during hot summer months. This, added to the extreme drought of some years (such as the late 1950's and early 1960's) greatly diminishes stream flow, dries up many of the springs and reservoirs, and creates water shortages for irrigation and livestock use.

Oil wells of the Uinta Basin produce over 20,000,000 barrels of water annually in the course of field operations. Ashley Valley Field, 10 miles east of Vernal accounts for over 90 per cent of this. While somewhat saline, this water, originating principally from the Weber formation, is used locally for irrigation. Other oil field water in the basin for the most part is too saline for any use, and the fields are not near the arable lands (Goode, H. D., and Feltis, R. D., 1962).

Culinary water for the towns of the county comes largely from springs higher up on the mountain slopes and is piped down directly or stored in reservoirs. Water for industrial uses is obtained directly from streams, wells, or reservoirs.

Future water for agricultural and industrial uses is assured by completion of the first phase of the Central Utah Project. The Vernal unit as represented by the Steinaker Dam and the resulting 37,200 acre-feet reservoir, will supply supplemental water for Ashley Valley. Flood waters diverted from Ashley Creek are the source.

Flaming Gorge Dam and reservoir, accessible through Vernal, 45 miles to the south, lie in Daggett County and are adequately treated in Utah Geological Survey Bulletin 66, Geologic Atlas of Utah, Daggett County, by Howard R. Ritzma.

95

Data obtained by stream-gaging stations, hydrologic reconnaissance, and other means indicate amount of surface outflow, loss by evaporation, transpiration and surface-ground-water inflow, and relation of stream flow to regional geology and groundwater hydrology.

Principal aquifers of potable water in Uintah County are: Mississippian and Pennsylvanian limestones (Madison and Morgan) sources of springs and streams, Pennsylvanian sandstone (Weber), Permian limestone (Park City), Navajo and Entrada sandstones of the Jurassic.

Interesting occurrences of large warm springs are located on the Green River in Split Mountain Canyon in Mississippian limestone. Volume of springs is 5-6 second feet. Temperature is in the high 80's. Another series of warm springs occurs at the Park City-Weber contact on the west slope of Blue Mountain.

For the most part Tertiary water supplies are saline. However, exceptions occur in the sandstones of the Wasatch and Duchesne River formations.

## FOSSILS

Uintah County has been the source of a great wealth of fossil material, mainly vertebrate, representing a wide range of reptilian and mammalian types. Invertebrates (marine and fresh-water forms) are abundant in portions of some formations, but do not compare in interest to the spectacular terrestrial four-footed life that roamed the Uinta Mountain and Basin region and its ancestral terrain that existed prior to the deformation which formed these structural features.

The earliest fossils found in this area, which consist of a few trilobites that date the formation, and a few minute mollusks, go back more than 500 million years to upper Cambrian time. The remainder of the Paleozoic formations up to and including the Permian (Park City-Phosphoria) contain a rather wide range of marine types, most common of the Paleozoic formations up to the Permain (Park City-Phosphoria) contain a rather wide range of marine types, most common of which are brachiopods, crinoid stem plates, sponge spicules, sea urchin spines, horn and colonial coral, and foraminifera. Several species of clams, the horn-like dentalium scaphopod, the bellerophon gastropod and orbiculoidea are typical Park City Permian fossils.

Except for silicified wood, the Triassic beds are rather barren of fossil remains. In the oldest of this series, the Moenkopi, the only trace of life observed in this area is a group of reptilian tracks made on the muddy shores of an ancient lake or stream, probably belonging to the "hand" reptile or Chirotherium. Similar tracks were found in the sediments of the same age in Arizona and New Mexico. Their age

96



Figure 45. Relieved partial skeleton in Dinosaur Quarry. (Vertebrae, pelvic bones, leg bones, and ribs.)

97

BLM_0067518



Figure 46. Gastropods (left); Inoceramus pelecypods (clams) center; Crustacean claw, right. Mancos formation — Upper Cretaceous. (Courtesy of Utah Field House of Natural History.)



Figure 47. Curtis formation. Upper Jurassic. Cephalopods ammonites (left) and Belemnites (right).

BLM_0067519



Figure 48. Cretaceous (Frontier) ammonite. *Mortoniceras cf. shoshonense* Niobrara. (Courtesy of Utah Field House of Natural History.)



Figure 49. Dinosaurs from Dinosaur National Monument Quarry. Left to right: Laosaurus, Camarasaurus, Camptosaurus, Brontosaurus, Glyptops (turtle), Hoplosuchus kayi (small reptile lower left).

99

BLM_0067520

is about 170 million years. Large sharp reptilian (phytosaur) teeth and fragments of amphibian bone (animals that attained a length of 15 to 25 feet) and locally, fossil wood, occur in the overlying Chinle formation. These two formations are separated by the Shinarump conglomerate which carries only silicified wood.

The middle Mesozoic or Jurassic formations have been more rewarding of fossils in this area. No fossils have been found here in the wind deposited Navajo, nor, for the most part, in the overlying marine Carmel, except north of Vernal. At this locality a 12-inch basal Carmel layer of red to green limestone carries an abundance of clam shells, with a few gastropods and rarely a colonial coral. It has some value as an attractive facing stone and is referred to as "Vernal marble."

The Curtis formation is rich in small types such as oysters, belemnites, clams, with occasional gastropods, brachiopods, ammonites, and icthyosaur vertebrae and other bones. This period of time brought to a close the marine Jurassic conditions in this area, and the rising shorelines eventually produced extensive floodplains, deltas and swamps during the Morrison upon which lived and foraged the great variety of dinosaur types that gradually migrated into the area. No doubt there were certain dinosauroid forms that had existed in the region from time to time since the Triassic, the period during which dinosaurs of North America first appeared. Tracks have been observed on occasion in both the upper Chinle and the Carmel. On page 39 of this paper a list is given of the more important fossils recovered from the world-famous Dinosaur Quarry in the Morrison formation, north of Jensen, Utah. At this writing, 13 species of Dinosauria, 2 species of Crocodilia, and 1 species of Chelonia (turtles) have been discovered. Of the 13 species of dinosaurs, 6 are amphibious sauropods (long necked, long tailed waders), 3 are carnivorous, 3 are duckbills, and 1 is armored. In places the formation carries Unio fresh-water clams and minute gastropods.

Seas transgressed this region again during Cretaceous time, except for the oldest formation, the Dakota, which carries petrified wood of varying degrees of silicification. Inoceramus clams, gastropods, ammonite, scaphite and baculite cephalopods are among the most common invertebrates.

During the Tertiary, Uintah County and the Uinta Basin region was a very favorable place for the development of mammal types that comprised a great variety of species, throughout Paleocene, Wasatch, Green River and Uinta; Eocene; and Duchesne River, Oligocene time. These animals ranged over floodplains and the shores of Lake Uinta. This lake, which covered much of central Utah, and particularly the Uinta Basin, migrated westward, remaining in that part of the region

100

for a longer period of time and continuing in its deposition of sediments to within about 100 feet of the base of the Randlett horizon, lower part of the Duchesne River formation. These upper Eocene sediments are equivalent in age to the Manti beds and carry the same fossil species (Kay, J. L., personal communication). Remains of these animals were buried in the stream, delta, and shore deposits of the region, and consist of camels, 3-toed horses, rhinos, titanotheres (large rhino relatives), Uintahthere (a 6-horned elephant-like animal), tapirs, deer, primates, rodents, pigs, many mixed deer-camel-pig and other undifferentiated forms, carnivores of the cat and dog families, and many additional odd and interesting animals. In addition to these mammal types, more than 20 species of turtles have been found as well as several species of crocodiles and alligators, lizards, birds, fish, and a few land snails and in places an abundance of fresh-water gastropods. The region afforded many types of semi-modern plants and trees, especially of shore and stream types. Leaves and aquatic and other insects have been beautifully preserved in the fine shales of the Green River formation, the former representing a much greater variety of trees than is possible in our present arid climate.

101

BLM_0067522

# REFERENCES CITED

Abbott, Ward, 1957, Tertiary of the Uinta Basin: Uinta Basin Guidebook, Eighth Ann. Field Conf., p. 102-109.

Atwood, W. W., 1909, Glaciation of the Uinta and Wasatch Mountains; U.S. Geol. Survey Prof. Paper 61, p. 7-93.

Baker, A. A., and Huddle, J. W., and Kinney, D. M., 1949, Paleozoic geology of north and west sides of Uinta Basin, Utah: Am. Assoc. Petroleum Geologists Bull. 33, p. 1161-1197.

Bolton, H. E., 1950, Pageant in the wilderness, the story of the Escalante Expedition.

Boutwell, John M., and Woolsey, Lester H., 1912, Geology and ore deposits of the Park City district, Utah: U.S. Geol. Survey Prof. Paper 77.

Bradley, Wilmot H., 1931, Origin and microfossils of the oil shale of the Green River Formation of Colorado and Utah: U.S. Geol. Survey Prof. Paper 168.

--------1936, Geomorphology of the north flank of the Uinta Mountains: U.S. Geol. Survey Prof. Paper 185-I.

Covington, R. E., 1957, Bituminous sandstone of northeastern Utah: Guidebook of the geology of the Uinta Basin, Utah: Eighth Ann. Field Conf., p. 172-175.

Crawford, Arthur L., 1949, Gilsonite and related hydrocarbons of the Uinta Basin, Utah: Oil and Gas Possibilities of Utah, Utah Geol. and Min. Survey, p. 248-252.

Crowley, A. J., 1957, The Tectonic history of the Uinta Basin: Intermountain Assoc. Petroleum Geologists, Guidebook to the geology of the Uinta Basin, Eighth Ann. Field Conf., p. 25-29.

Davis, Leland J., 1957, Geology of gilsonite: Eighth Ann. Field Conf. Intermountain Assoc. Petroleum Geologists, p. 152-156.

Eardley, A. J., 1963, Structural evolution of Utah: Oil and Gas Possibilities of Utah, Re-evaluated, Utah Geol. and Min. Survey p. 19-30.

Forrester, J. D., 1937, Structure of the Uinta Mountains: Geol. Soc. America Bull. 48, p. 631-666.

102

BLM_0067523

Graham, Edward H., 1937, Botanical studies in the Uinta Basin of
    Utah and Colorado: Annals of the Carnegie Musuem, V. 26,
    p. 1-432.

Gregory, H. E., 1916, Navajo County: U.S. Geol. Survey, Prof.
    Paper 93, p. 9-161.

Hansen, W. R., and Bonilla, M. G., 1956, Geology of the Manila
    Quadrangle, Utah-Wyoming: U.S. Geol. Survey Misc. Geol.
    Invest., Map I-156.

Hansen, W. R., 1957, Geology of Clay Basin Quadrangle, Utah:
    U.S. Geol. Survey OG-101, Map with test.

Hansen, W. R., Kinney, Douglas M., and Good, John M., 1958,
    Distribution and physiographic significance of the Browns
    Park Formation, Flaming Gorge and Red Canyon areas, Utah-
    Colorado: Geology of Western Conterminous United States,
    p. B257-B260.

Heaton, R. L., 1933, Ancestral rockies and Mesozoic and late Paleo-
    zoic stratigraphy of Rocky Mountain region: Am. Assoc. Petro-
    leum Geologists, Bull 17, No. 2, p. 109-168.

Hess, F. L., 1920, Ore deposits in the Uinta Mountains: U.S. Geol.
    Survey Prof. Paper 11, p. 603-606.

Hunt, J. M., Stewart, Francis, Dickey, P.A., 1957, Origin of hydro-
    carbons of Uinta Basin, Utah: Bull. Am. Assoc. Petroleum
    Geologists, V. 38, No. 8, p. 1671-1698.

Hunt, J. M., 1963, Composition and origin of the Uinta Basin bit-
    umens: Oil and Gas Possibilities of Utah, Re-evaluated, Utah
    Geol. and Min. Survey, p. 249-273.

Jones, Daniel J., 1957, Geosynclinal nature of Uinta Basin, Utah:
    Guidebook to the Geology the Uinta Basin, Eighth Ann. Field
    Conf., p. 30-34.

Kinney, D. M., 1955, Geology of Uinta River-Brush Creek area, Du-
    chesne and Uintah Counties, Utah: U.S. Geol. Survey Bull.
    1007.

Kinney, Douglas M., Hansen, Wallace R., and Good, John M., 1959,
    Distribution of Browns Park formation in eastern Uinta Moun-
    tains, northeastern Utah and northwestern Colorado (abs.):
    Geol. Soc. America Bull., V. 70, No. 12, pt. 2, p. 1630.

103

BLM_0067524

Meyer, Harold E., 1963, Status of oil and gas exploration and pro-
duction in Utah: Oil and Gas Possibilities of Utah, Re-
evaluated, Utah Geol. and Min. Survey, p. 1-10.

Milton, Charles, 1957, Authigenic minerals of the Green River forma-
tion of the Uinta Basin, Utah: Eighth Ann. Field Conf., Guide-
book to the Geology of Uinta Basin, I.A.P.G., p. 136-147.

Peterson, O.A., 1895, Geology of Uinta Basin: Am. Mus. Nat. Hist.
Bull. 7, p. 72-74.

Picard, M. Dane, 1957, Green River and Lower Uinta formations, Sub-
surface stratigraphic changes in central and eastern Uinta
Basin, Utah: Eighth Ann. Field Conf., Uinta Basin Guidebook,
p. 116-130.

Powell, J. W., 1876, Report on the geology of the eastern portion of the
Uinta Mountains and a region of country adjacent thereto
With Atlas: U.S. Geol. and Geol. Survey Terr., p. 111-218.

Pruitt, R. G., 1961, Mineral resources of Uintah County, Utah: Utah
Geol. Survey Bull. 71, 101 p.

Ritzma, Howard R., 1959, Geologic atlas of Utah, Daggett County:
Utah Geol. Survey Bull. 66, 111 p.

Romer, Alfred S., 1950, Vertebrate paleontology: Univ. of Chicago
Press, 4th Imp.

Sadlick, Walter, 1957, Regional relations of carboniferous rocks of
northeastern Utah: Eighth Ann. Field Conf., I.A.P.G., Guide-
book to the Geology of Uinta Basin, p. 56-77.

Sears, J. D., 1924, Relations of the Browns Park formation and the
Bishop Conglomerate and their role in the origin of Green and
Yampa rivers: Geol. Soc. Am. Bull 35, p. 278-304.

--------1962, Yampa Canyon in the Uinta Mountains, Colorado:
U.S. Geol. Survey Prof. Paper 374-I.

Stagner, W. L., 1941, The paleogeography of the eastern part of the
Uinta Basin during Uinta B (Eocene) time: Annals of the Car-
negie Museum, V. 28, p. 273-309.

Stewart, John H., Proposed nomenclature of part of Upper Triassic
strata in southeastern Utah: Bull. of Am. Assoc. of Petro-
leum Geologists, V. 41, No. 3, p. 441-465.

104

BLM_0067525

Stokes, W. L., 1944, Morrison and related deposits in and adjacent to the Colorado Plateau: Geol. Soc. Am. Bull. 55, p. 951-992.

Stokes, W. L., Rigby, J. Keith, and Arnold, Dwight E., 1958, Geology of the Stansbury Mountains, Tooele County, Utah, Utah Geol. Society Bull. 13.

Swain, F. M., 1956, Early Tertiary Ostracode zones of Uinta Basin, Guidebook to the Geology and Economic Deposits of East Central Utah, I.A.P.G., Seventh Ann. Field Conf., p. 125-139.

Twenhofel, W. H., 1950, Principles of Sedimentation, p. 1-673.

Untermann, G. E. and B. R., 1954, Geology of Dinosaur National Monument and Vicinity, Utah-Colorado, Utah Geol. and Min. Survey Bull. 43, p. 1-221.

Walton, P. T., 1944, Geology of the Cretaceous of Uinta Basin, Utah: Geol. Soc. Am. Bull. 55, p. 91-130.

Williams, Norman C., 1953, Late Pre-Cambrian and early Paleozoic geology of western Uinta Mountains, Utah: Amer. Assoc. Petroleum Geologists, Bull. V. 37, No. 12, p. 2734-2742.

Wood, Horace E., 1953, Reference by Kay, J. LeRoy, Early history of Uinta Basin: Guidebook to 5th Ann. Field Conf. of Soc. of Vertebrate Paleontology Northeastern Utah.

--------and others, 1941, Nomenclature and correlation of the North American continental Tertiary: Geol. Soc. Amer. Bull. V. 52, No. 1, Jan. 1, p. 1-48.

BLM_0067526

# INDEX

**A**

Abstract, 9
Acknowledgments, 11
Acmite, 57, 58
Adaville formation, 47
Agate, 41
Algae, 56
Algal reefs, 53, 57, 61
Allosaurus, 39
Alluvial fans, 67
Alluvium, 67-69, 79
Amelanchior (serviceberry), 15
Ammonites, 43, 45, 101
Amsden formation, 28
Amygdaloidal sandstone, 59
Analcite, 33, 55, 57, 58
Ancestral Rockies, 19, 21, 31
Anhydrite, 58
Ankareh formation, 31, 32
Antrodemus (allosaurus) valens
   Leidy, 39
Apatosaurus (Brontosaurus) louisae
   Holland, 39
Aragonite, 39
Araucaria, 33
Arcturus cf. A. occidentalis Whit-
Ashley Canyon, 10, 13, 69, 83, 88
Ashley Creek, 66, 67, 75, 88, 89,
   96
-anticlinal nose, 71
Ashley National Forest, 17
Ashley Valley, 46, 75, 79
Ashley Valley (oil and gas),
   17, 29, 92
Aspen (Mowry) Shale, 43
Asphalt, 93-94
Asphaltic materials (see also bitu-
   men), 47, 93
Asphalt Ridge, 47, 51, 52, 94
Asphalt Ridge member (Mesaverde),
   46-47
Aroka member (Morgan), 27
Augite, 66
Axial Basin, 47, 49, 71
106

**B**

Bacteria, 56
Baculites species, 46
Brattle, 41
Barker Spring anticlinal nose, 71
Brasaurus species, 39
Basketmakers, 12
Bassanite, 58
Bear Mountain, 63, 83, 90
Belemnites densta (Meek), 37
Benton age, 46
Bentonite, 43, 63, 96
Big Cottonwood series, 23
Birds (fossil), 55, 57
Bishop conglomerate, 63-64, 67, 85
Bison cf. B. antiquus (fossil), 69
Bitter Creek, 51
Bitumen, 35, 47, 63
Bituminous sandstone, 91, 93-94
Bivalves, 45
Blackhawk formation, 47
Black Shale facies (Green River),
   51-53
Blue Mountain, 66, 71, 75, 77, 79,
   83, 90, 92
Book Cliffs, 16, 17, 47
Brachiopods, 25, 37, 47, 101
Brennan Bottom oil field, 92
Bridger Basin, 82
Bridger formation, 21, 73
Brontosaurus, 39
Browns Park Basin, 85
Browns Park formation (conglo-
   merate), 9, 10, 63-66, 67, 69,
   73, 75, 77, 81, 82, 83, 85, 87,
   90
Brush Creek, 13, 23, 29, 30, 32, 33,
   45, 75, 83, 88, 90, 96
-anticlinal nose, 71
Brushy Basin member (Morrison),
   41
Buckhorn conglomerate, 41, 42
Building stone, 45
Burbankite, 58

C

Calcite, 26, 29, 30, 41, 46, 55
Calcium, 57
Camarasaurus lentus (Marsh), 39
Cambrian, 23
    -time, 19, 23
Camptosaurus medius Marsh, 39
Carboniferous, 19, 25-29
Carlisle age, 45
Carlisle shale, 46
Carmel formation, 34, 35, 36, 95
Carnivores (fossil), 61, 63
Carter Oil Co. Ute Tribal #2 well,
    51
"Cascadia", 19
Cedar Mountain (Fuson) shale, 41,
    42
Ceratsaurus species, 39
Chapita gas field, 91
Chert, 25, 26, 30, 41, 42, 63
Chinle formation, 31, 33, 34, 77,
    79
Chironomidae (larvae), 56
Chirotherium, 32, 97
Cliff Creek, 79
Coal, 45, 47, 49, 91, 94
Coal Mine Basin, 45
    -syncline, 71
Coelurus species, 39
Cold Spring Mountain, 85
Collophane, 58
Colorado, 13, 28, 47, 49, 71
Colorado River, 15
Colton formation, 49
Colton - Green River transition
    beds, 51
Copper, 27, 95
Coral (fossil), 25
Coryphodon, 51
Crest (Uinta) fault, 73, 75
Cretaceous, 21, 41-49
    -time, 9
Crinoid stems, 25
Crocodilia (fossil), 39, 57, 61,
    63, 101
Cross Mountain, Colorado, 13, 82
Crouse Canyon, 83, 87
Current Creek formation, 21, 49,
    73
Curtis formation, 34, 37
Curtis sea, 39

D

Daggett County, 12, 13, 69, 71
Dakota sandstone, 41, 43, 77
Daniels Canyon, 12
Daniels Draw syncline, 71
Davis anticlinal nose, 71
Deep Creek area, 43, 45
Deep Creek fault, 75
Deformation (age of), 71-73
Delta facies (Green River fm.), 53
Deseret limestone, 25
Desert culture (peoples), 11, 12
Des Moines age, 29
Des Moines member (Morgan), 27
Desolation Canyon, 51
Diamond Mountain, 66, 83, 88, 90
Dike, gabbroid, 21, 71
Dinosaur, 37, 39-41, 101
    -skeletons, 11, 37, 39-41
    -tracks, 33
Dinosaur National Monument, 11,
    13, 23, 25, 34, 35, 37, 38, 39,
    42, 43, 45, 66, 67, 73, 87
Diplodocus longus Marsh, 39
Dolomite, 55
Dominguez, Fray Francisco A.,
    12
Douglas Creek member (Green
    River fm.), 53, 92
Dry Fork Canyon, 13, 75, 88, 89,
    -anticlinal nose, 71
Dry Fork Mountain, 66, 83, 90
Dry Gulch, 75
Dryosaurus altus Marsh, 39
Duchesne County, 13, 21, 23, 29,
    49, 51, 53, 61, 66, 69, 75, 89
Duchesne River, 9, 15, 29, 73, 81,
    83, 96
Duchesne River formation, 21, 47,
    50, 51, 59, 61-63, 73, 82, 83,
    94
"Durst" group, 27

E

Eagle fauna, 46
Economic development, 17
    -lumber, 17
    -mining, 17
Eitelite, 58
Elaterite, 91

107

Emery sandstone, 43, 46
Entrada sandstone, 34, 36
Economic geology, 91-96
Eocene, 50-63
Eohippus, 51
Erosion surface, 83-89
Escalante, Fray Silvestre Valez de
    12
Escalante Expedition, 12
Evacuation Creek, 17, 56
Evacuation Creek Member (Green
    River fm.), 57-58, 59, 60

F

Faulting, 9, 10, 73, 81, 85
    -age of, 81
Faults, 9, 41, 66, 71, 73, 75-81
    -en echelon, 9
Fauna, 17, 55
Feldspar, 23, 42
Ferron sandstone, 45
Fish (fossil), 57, 61
Flagstaff limestone, 49
Flood plains, 67
Folds, 19, 71, 82
Fossils (see individual types), 21,
    23, 25, 29, 32, 33, 36, 37-41,
    42, 43, 45, 46, 47, 50, 51, 53,
    55, 56, 57, 61, 63, 69, 97-102
Fox Hills age, 47
Fremont culture, 12
Frontier (Ferron) sandstone, 43,
    45, 46, 77, 88, 94, 95
Ft. Duchesne, 12, 63
Fuson shale (Cedar Mtn.), 41, 42
Fungi (Fossil filiments andspores),
    56

G

Garden Gulch member (Green River
    fm.), 53-55
Garpike (fossil), 56, 57
Garrelsite, 58
Gas, 17, 53, 91-92
Gastropods, 25, 41, 45, 50, 57,
    97, 101
Geodes, 30, 33, 46
Geography, physical, 13-17
Geomorphology, 81
Gilbert Peak, 65, 83

Gilbert Peak-Bear Mountain Ero-
    sion surface, 83
Gilsonite, 17, 61, 63, 79, 81, 83,
    91, 92-93
Glacial debris, 67
Glacial till, 67, 69
Glaciation, 10, 67, 69, 89-90
Glen Canyon sediments, 34
Glyptops utahensis Gilmore, 39
Goniobasis (mollusk), 53
Goniopholis species, 39
Gray Bull formation, 51
Great Basin, 11, 81
Greenhorn age, 45
Green River, 9, 11, 12, 13, 34,
    47, 51, 63, 67, 69, 77, 79,
    81, 83, 85, 87, 88, 90, 92,
    95, 96
    -basin, 83
    -drainage, 11
Green River formation, 47, 49,
    50, 51-58, 59, 73, 79, 81, 82,
    91, 92, 93, 94
Green River time, 49, 91
Gusher, Utah, 63
Gypsum, 31, 36

H

Halfway member (Duchesne River
    fm.), 63
Harpers Plateau, 77
Hells Canyon (Atoka) member of
    Morgan fm., 27, 28
Hells Hole Canyon, 53
Hill Creek, 34
Hoplosuchus kayi Gilmore, 39
Hornblende, 66
Horse Bench sandstone, 57
Humbug formation, 25, 26
Hydrocarbons, 51, 81, 90-92, 93
Hyracatherium (Eohippus), 51

I

Igneous rock, 21, 57, 71
Iles formation, 47
Indians, 12
Inoceramus species, 46
Insectivore (fossil), 61, 63
Insects (fossil), 57
Introduction, 11

Invertebrate (fossils), 51, 56, 57, 97
Iron, 27, 35, 45, 95
Iron Springs Bench, 66
Island Park, 31, 35, 36, 41, 42, 43, 45, 67, 77
  -fault, 75-77, 87
  -syncline, 71, 74, 77, 87

J

Jackson Canyon, 83
Jasper, 33, 41
Jefferson Park, 66
Jensen erosion surface, 67, 69, 88, 90
Jensen syncline, 71
Jensen, Utah, 46, 67
Jensen Valley, 46
Joints, 81
Jones Hole, 13, 23, 24, 25, 26, 77
Jones Hole Creek, 96
Juniper, 15, 30
Jurassic, 21, 34-41

K

Kayenta formation, 34
Kings Peak, 13, 73, 89

L

Lake Gosiute, 83
Lake Mountain, 66, 83, 89, 90
Lake Shore Basin, 21
Lake Uinta, 49, 55, 57, 59, 82, 91
Lakota (Buckhorn), 41, 42
Lambson Canyon, 83
Laosaurus gracilis Marsh, 39
Lapoint member (Duchesne River formation), 63
Laramide folding, 19
Laramide uplift, 73
Larvae (fossil), 56, 57
Lavas, 71
Leidy Peak, 21, 70, 71, 89
Lepidosteus species (garpike), 56
Leucosphenite, 58
Lewis shale, 47, 49
Limonite, 41
Little Brush Creek, 35, 43

Little Mountain, 66, 75, 79, 83, 88, 90
  -syncline, 71
Lodore Canyon, 23, 84
Lodore formation, 19, 22, 23-24, 25
Lyman erosion surface, 67

M

Mackentire "red beds" tongue, 29-30
Madison limestone, 25, 95
Magnesium, 57
Magnetite, 66
Mahogany Ledge oil shale, 55-56
Malachite, 95
Mammals (fossil), 55, 97, 101
Mancos shale, 21, 43, 46, 49, 67, 75, 77, 88
Manning Canyon shale, 19, 25, 26-27, 95
Maroon formation, 28
Marsh Peak, 13, 89
McKee Springs, 77
  -fault, 77
Meeker Colorado Massacre, 12
Mesaverde group, 43, 46-49, 73, 94
Mesozoic time, 19
Metamorphic rocks, 69
Metamorphism, 22
Mica, 23, 66
Minerals(see individual type), 57-58, 61, 63, 91-96
Miners Draw - Wolf Creek fault, 41, 75, 79
Mining, 17, 93, 94
  -gilsonite, 93
  -phosphate, 94
Miocene series, 63-66
Mississippian, 19, 23, 25-27
  -limestone, 23
Mitten Park fault, 77
Moenkopi formation, 19, 30, 31-32, 33, 71, 77
Mollusks, 50, 53
Montana age, 46
Moonshine Draw, 79
Morgan formation, 19, 27-28, 29, 77

BLM_0067530

Morrison formation, 34, 37-41, 42, 79, 95
Morrow member (Morgan fm.), 27
Mosby Mountain, 41, 43, 66, 75, 83, 90
  -syncline, 71
Mowry shale (Aspen), 43-45, 77
Myton member (Uinta fm.), 59

N

Nahcolite, 57, 58
Natica cf. N. williamsi Cragin, 36
Navajo sandstone, 34, 35, 36, 41, 67, 77, 79
Neal dome, 71
Neogastroplites wyomingensis Reeside and Weymouth, 43
"Nevada Mountains", 21
Niobrara age, 46, 73
North Flank fault, 73
North Horn formation, 49
Northupite, 58

O

Oestridae (larvae), 56
Oil, 17, 21, 53, 55, 56, 91-92
Oil shale, 49, 53, 55, 56, 57, 59, 82, 91, 92
Opal, 41
Ostracods, 51, 53, 56, 57
Ouray Indian reservation, 12
Ozocerite, 91, 97

P

Paleocene, 21, 49
Paleozoic, 23
  -time, 19
Parachute Creek member (Green River fm.), 55-56, 57, 59, 92
Paradox formation, 28
Paramys (rodent), 51
Park City formation (Phosphoria), 29-30, 31, 77, 94
Park City mining district, 29
Pats Hole area, 66
Pegmatites, 71
Pennsylvanian, 19, 27-29
Permian, 29-30
Petroleum, 55

Phenocodus, 51
Phosphate, 17, 19, 29, 91, 94
Piceance Basin, 82
Pine Valley conglomerate, 23
Piñon pine, 15
Plants, 14-16, 45, 46
Pleurocoelus species, 39
Pole Mountain, 66
Pot Creek, 77
Precambrian, 19, 22-23
Precipitation, 15, 96
Prehistoric settlers, 11
Price River formation, 47
Protozoans, 56
Pueblos, 12

Q

Quadrant formation, 28
Quartz, 41, 42, 43, 55
Quaternary, 21, 66-69
  -time, 10

R

Randlett member (Duchesne River fm.), 63
Raven Ridge, 55
Red Creek, 49
Red Creek quartzite, 22, 67, 69, 71
Red Mountain, 33
Red Rock fault, 77-78
Red Wash field, 17, 53, 55, 57, 61, 91, 92
Reed, Jim, 12
Reedmergnerite, 58
Reptiles (fossil), 32, 39, 55, 57, 61, 97, 101
  -teeth, 33
Rhynchonella gnathophora (?) Meek, 37
Riebeckite-crocidolite, 58
Rim Rock sandstone member (Mesaverde), 46, 47, 94
Roan Cliffs, 16
Robidoux, Antoine, 12
Rock Creek, 23
Rock slides, 67
Roosevelt oil field (Ute Tribal), 92
Roosevelt, Utah, 61

Round Valley (Morrow) member of
   Morgan fm., 27, 28, 77

S

Sage Creek, 77
Salt, 59
Salt Wash member (Morrison), 41
Sand and gravel, 95
"Sand and limestone facies", 61
Sand dunes, 35, 67
San Francisco Chemical Co., 17,
   94
San Rafael highland, 83
Scaphites species, 46
Searlesite, 58
Sears Canyon, 83, 87
Section Ridge, 71, 75, 79, 92
Selenite, 43, 46
Shinarump formation, 19, 31, 32-
   33, 73, 77
Shortite, 58
Silicified bone, 41
Silicified wood, 33, 37, 42, 43
Snake John valley, 51
Sodium, 57
South Flank fault, 75
   -zone, 75
Split Mountain, 13, 29, 30, 36, 37,
   44, 67, 71, 75, 79, 83, 90
   -anticline, 71, 75, 79, 88
   -canyon, 79, 86, 87, 88
   -gorge, 79, 81
Springs, 35
Stanabury area, 81
Stegosaurus ungulatus Marsh, 39
Stratigraphy, 19
Stratiomyidae (larvae), 56
Strawberry River, 73, 83
Sulphur, 94
Sundance (Curtis) formation, 34
Syrphidae (larvae), 56

T

Tabanidae (larvae), 56
Talus slopes, 67
Tavaputs Plateau, 13, 15, 16
Tertiary, 21, 49-66
   -time, 9
Thaynes limestone, 31, 32
Thecodont, 39

Thermonatrite, 58
Thermopolis formation, 43
Thornburg strath terrace, 67, 69,
   89, 90
Tipperary erosion surface, 67
Trail Creek fault zone, 79
Triassic, 19, 21, 30-33
   -sediment, 20
Trigonia quadrangularis Hall, 36
   -Whitfield, 36
Trilobites, 23
Trout Creek sandstone, 47
Turtles (Chelonia), 39, 57, 61, 63
Twin Creek (Carmel) formation, 34

U

Uinta anticlinorium, 71
Uinta arch, 22, 75
Uinta Basin, 9, 10, 11, 12, 13,
   15-16, 19, 21, 34, 45, 46, 48,
   49, 50, 51, 55, 56, 57, 58, 59,
   61, 71, 73, 79, 81, 82, 83, 93
   -syncline, 50, 71, 93
Uinta Basin synclinorium, 71
Uinta Canyon, 23, 88, 89
Uinta fault (Crest fault), 73, 75
Uinta formation, 21, 47, 51, 57,
   59-61, 73, 79, 82, 83, 95
Uinta geosyncline, 21
Uinta Mountains, 9, 10, 13-15, 19,
   21, 25, 26, 28, 34, 49, 50,
   55, 59, 61, 63, 65, 66, 67,
   69, 71, 73, 75, 77, 81, 82,
   83, 85, 87, 89, 90, 93
Uinta Mountain graben, 9, 66, 75,
   85, 90
Uinta Mountain group, 9, 19, 21,
   22-23, 69
Uinta Mountain quartzite, 19, 63,
   67, 83, 85, 87, 88, 90
Uinta River, 21, 69, 71, 89, 96
Uinta time, 59
Uintah County, 9, 10, 11, 12, 13-
   16, 17-19, 22, 25, 26, 27, 29,
   31, 32, 34, 36, 37, 41, 43, 50,
   51, 53, 57, 58, 59, 61, 63, 66,
   71, 75, 79, 81, 83, 85, 89, 91,
   92, 93, 94
   -economic development, 17-19
   -exploration of, 12
   -physical geography, 13-16

-settlement, 12
-stratigraphy, 19-70
-topography, 11
Uintah Indians, 12
Uintah railway, 17-19
Uncompahgre Indians, 12
Uncompahgre Range, 19, 83, 93
Unconformities, 19, 34
Unio cf. felchi species, 41, 53
-White, 41
Uranium, 96
Utah, 11, 12, 19, 28, 32, 41
Utah Field House of Natural History, 69
Ute Indians, 12
Ute Trail gas field, 91
Ute Tribal oil field, 92

V

Valvata scabrida Meek and Hayden 41
Ventifacts, 35
Vernal erosion surface, 88
Vernal strath terrace, 63, 69, 88
Vernal, Utah, 10, 11, 13, 17, 19, 32, 33, 34, 36, 43, 45, 47, 49, 63, 67, 69, 88, 90, 92
Vertebrate fossils, 51, 61, 63, 97
Vivaparus (mollusk), 53
Volcanic ash, 57

W

Wagon Hound member (Uinta fm.), 59
Walker Hollow oil field, 91, 92
Warren Canyon, 83
Wasatch formation, 47, 50-51, 82, 92
-tongue, 49

Wasatch Mountains, 23, 71
Wasatch Plateau, 46, 47
Wasatch trough, 21
Washakie Basin, 82
Washakie formation, 21
Water resources, 96-97
Weber Canyon, 28, 29
Weber sandstone, 19, 27, 28, 29, 30, 77, 79, 92
Wells formation, 28
Whirlpool Canyon, 13, 23, 25, 26, 27, 28, 77, 87, 95
White River, 9, 15, 55, 81, 83, 96
White River Indians, 12
Whiterocks Canyon, 23, 26, 27, 35, 79, 88, 89
-anticlinal nose, 71
Whiterocks River, 25, 27, 31, 32, 75, 96
Whiterocks, Utah, 12, 13, 34, 36, 37
Wild Mountain, 87
Williams Fork formation, 46, 47-49
Wingate formation, 34
Wolf Creek area, 79
Wolf Creek fault, 75
Wonsits oil field, 91
Woodside formation, 31, 32
Wurtzilite, 91

Y

Yampa Canyon, 75, 79
Yampa fault, 75, 77, 79, 85, 88
Yampa River, 82, 87, 88

Z

Zeolites, 57

BLM_0067533

RS 90

# GEOLOGIC MAP OF UINTAH COUNTY, UTAH
## SOUTH HALF

by G. E. and B. R. UNTERMANN, and D. M. KINNEY

Published and sold by the
UTAH GEOLOGICAL AND MINERALOGICAL SURVEY
200 Mines Bldg.
University of Utah
Salt Lake City, Utah.

STATE OF UTAH
Arthur L. Crawford
Director, Utah Geol. & Min. Survey

BLM_0067534

Case No. 1:20-cv-02484-MSK Document 49-3 filed 04/28/21 USDC Colorado pg 65 of 114

RS 90 PRICE 1.50

# GEOLOGIC MAP OF UINTAH COUNTY, UTAH

NORTH HALF

by G. E. and B. R. UNTERMANN

Published and sold by the
© UTAH GEOLOGICAL AND MINERALOGICAL SURVEY
200 Mines Bldg. 103 Civil Engineering Building
University of Utah
Salt Lake City, Utah.

Supplement to GEOLOGIC ATLAS OF UTAH,
UINTAH COUNTY
Bulletin 72 U.G.M.S. Price $5.00

SOURCES OF INFORMATION

1. ATWOOD, W. W. (1909), Glaciation of the Uinta Mountains, U.S.G.S. PP 61.
2. BRADLEY, W. H. (1931), Origin and Microfossils of the Oil Shale of the Green River Formation of Colorado and Utah, U.S.G.S. PP 168.
3. KAY, J. L. (1934), The Tertiary formations of the Uinta Basin, Utah; Annals of the Carnegie Museum, Vol. XXIII.
4. CASHION, W. B. and BROWN, J. H. Jr. (1956), Geology of the Bonanza-Dragon Oil-shale Area, Uintah County, Utah, and Rio Blanco County, Colorado, U.S.G.S. Oil and Gas Invest. Map OM 153.
5. KINNEY, D. M. (1955), Geology of the Uinta River-Brush Creek Area, Duchesne and Uintah Counties, Utah, U.S.G.S. Bull. 1007.
6. RAY, R. G., KENT, B. H. and DANE, C. H. (1956), Stratigraphy and Photogeology of the Southwestern Part of Uinta Basin, Duchesne and Uintah Counties, Utah, U.S.G.S. Oil and Gas Invest. Map OM 171.
7. UNTERMANN, G. E. and UNTERMANN, B. R. (1954), Geology of Dinosaur National Monument and Vicinity, Utah-Colorado, Utah Geol. & Min. Survey Bull. 42, and Geologic Atlas of Utah, Uintah County.
8. WALTON, PAUL T. (1944), Geology of the Cretaceous of the Uinta Basin, Utah, GSA Bull. Vol. 55.
9. PRUITT, R. G. Gilsonite Mapping.
10. R. E. Covington, Oil Field data, thickness of Tertiary sections.

## LEGEND

Gilsonite Veins

### CENOZOIC

QUATERNARY

- Qal — Alluvium
- Qgm / Qgo — Glacial moraine; Glacial outwash
- Ql — Landslide debris
- Qt — Talus
- QTt — Terrace deposits

TERTIARY

- Tbp — Browns Park formation
- Tdr — Duchesne River formation
- Tu — Uinta formation
- Tgr — Green River formation
  - Tgm — Upper marly member
  - Tge — Evacuation Creek member
  - Tgp — Parachute Creek member
  - Tgg — Garden Gulch member
  - Tgd — Douglas Creek member
- Tw — Wasatch formation

### MESOZOIC

CRETACEOUS

- Kmv — Mesaverde formation
- Kmc — Mancos shale
- Kf — Frontier sandstone
- Kmy — Mowry shale
- Kd — Dakota sandstone

JURASSIC

- Morrison formation
- Curtis formation
- Entrada sandstone
- Jca — Carmel formation
- Jn — Navajo sandstone

TRIASSIC

- Chinle formation
- Shinarump conglomerate
- Moenkopi formation

### PALEOZOIC

PERMIAN

- Park City formation

PENNSYLVANIAN

- Weber Sandstone
- Morgan formation
  - Morgan, upper
  - (Hells Canyon)
  - (Round Valley)
- black shale unit

MISSISSIPPIAN

- Mu — Mississippian undivided

CAMBRIAN

- Lodore formation

### PRECAMBRIAN

- PCu — Uinta Mountain Group

BLM_0067535

# Upper Colorado River Endangered Fish Recovery Program

RECOVERY IMPLEMENTATION PROGRAM
SECTION 7 CONSULTATION, SUFFICIENT PROGRESS,
AND HISTORIC PROJECTS AGREEMENT
October 15, 1993 (Revised March 8, 2000)

AND

RECOVERY IMPLEMENTATION PROGRAM
RECOVERY ACTION PLAN
(RIPRAP)

March 27, 2017

BLM_0067536

## **PREFACE**

This document was originally finalized on October 15, 1993. Part One received a minor revision on March 8, 2000, to accommodate programmatic biological opinions. Part Two has been revised to accommodate annual updates, designation of critical habitat for the endangered fishes, and development of specific recovery goals for each of the species.

PART ONE:     Section 7 Consultation, Sufficient Progress, and Historic Projects Agreement

Sections 4.1.5, 4.1.6, and 5.3.4 of the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin (Recovery Program) outline procedures for consultation pursuant to Section 7 of the Endangered Species Act on water projects in the Upper Colorado River Basin. The Section 7 Agreement (including Section 7 Consultation, Sufficient Progress, and Historic Projects Agreement) was developed by Recovery Program participants to clarify how Section 7 consultations will be conducted on water depletion impacts related to new projects and impacts associated with historic projects (existing projects requiring a new Federal action) in the Upper Basin.

PART TWO:     Recovery Implementation Program Recovery Action Plan

The Recovery Implementation Program Recovery Action Plan (RIPRAP) was developed by the Recovery Program participants in support of the Section 7 Agreement using the best, most current information available and the recovery goals for the four endangered fish species. It identifies specific actions and time frames currently believed to be required to recover the endangered fishes in the most expeditious manner in the Upper Basin. The RIPRAP is the Recovery Program's long range plan. It contains dates for accomplishing specific actions over the next 5 years and beyond. The RIPRAP is a measure of accomplishment the U.S. Fish and Wildlife Service uses to determine if the Recovery Program can continue to serve as a reasonable and prudent alternative for projects undergoing Section 7 consultation to avoid the likelihood of jeopardy to the continued existence of the endangered fishes as well as to avoid the likely destruction or adverse modification of critical habitat.

BLM_0067537

PART ONE:

RECOVERY IMPLEMENTATION PROGRAM
SECTION 7 CONSULTATION, SUFFICIENT PROGRESS,
AND HISTORIC PROJECTS AGREEMENT

BLM_0067538

Agreement

Section 7 Consultation, Sufficient Progress, and Historic Projects

Recovery Implementation Program for the Endangered Fish Species
in the Upper Colorado River Basin

October 15, 1993
*Revised March 8, 2000*

I.   Background

The Recovery Implementation Program for Endangered Fish Species in the Upper
Colorado River Basin (RIP) is intended to go considerably beyond offsetting water
depletion impacts by providing for the full recovery of the four endangered fishes.  The
RIP participants recognize that timely progress toward recovery in accordance with a well-
defined action plan is essential to the purposes of the RIP, including both the recovery of
the endangered fishes and providing for water development to proceed in compliance with
State law, Interstate Compacts, and the Endangered Species Act (ESA).  Recovery
activities which result in significant protection and improvement of the endangered fish
populations and their habitat need to receive high priority in future planning, budgeting,
and decision making.  The RIP participants accept that certain positive population
responses to RIP initiatives are not likely to be measurable for many years due to the time
required for the endangered fishes to reach reproductive maturity, limited knowledge about
their life history and habitat requirements, sampling difficulties and limitations, and other
factors.  The RIP participants also recognize that further degradation of endangered fish
habitats and populations will make recovery increasingly difficult.

II.   RIP Recovery Action Plan (RIPRAP)

The Recovery Action Plan (RIPRAP) identifies actions currently believed to be required to
recover the endangered fishes in the most expeditious manner possible in the upper basin.
It has been developed using the best information available and the recovery goals
established for the four endangered fish species.  By reference, the RIPRAP is incorporated
and considered part of this agreement.  The RIPRAP will be an adaptive management plan
because additional information, changing priorities, and the development of the States'
entitlement may require modifications to the RIPRAP.  The RIPRAP will be reviewed
annually and modified or updated, if necessary, by September 30 of each year or prior to
adoption of the annual work plan, whichever comes first.  The RIPRAP will serve as a
guide for all future planning, research, and recovery efforts, including the annual work-
planning and budget decision process.

The RIP is intended to provide the reasonable and prudent alternatives for projects
undergoing Section 7 consultation in the upper basin.  While some recovery actions in the
RIPRAP are expected to have more direct or immediate benefits for the endangered fishes
than others, all are considered necessary to accomplish the objectives of the RIP.
Recovery actions which protect or improve habitat conditions and result in more
immediate, positive population responses will be most important in determining the extent
to which the RIP provides the reasonable and prudent alternatives for projects undergoing
Section 7 consultation.  In general, these actions will be given highest priority in the
RIPRAP.

BLM_0067539

The Fish and Wildlife Service (FWS) will determine whether progress by the RIP provides a reasonable and prudent alternative based on the following factors:

a. Actions which result in a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction.
b. Status of fish population.
c. Adequacy of flows.
d. Magnitude of the impact of projects.

Therefore, these factors were considered in the development and prioritization of the recovery actions in the RIPRAP.

III. Framework for Agreement

The following describes the agreement among RIP participants on a framework for conducting Section 7 consultations on depletion impacts related to new projects (as defined in Section 4.1.5 a. of the RIP) and impacts[1] associated with historic projects in the Upper Colorado River Basin. This agreement is meant to supplement and clarify the process outlined in Sections 4.1.5, 4.1.6 and 5.3.4 of the RIP. This agreement applies only to the four Colorado River endangered fishes in the Upper Colorado River Basin, excluding the San Juan River, and is not a precedent for other endangered species or locations.

1. Activities and accomplishments under the RIP are intended to provide the reasonable and prudent alternatives which avoid the likelihood of jeopardy to the continued existence of the endangered Colorado River fishes (hereinafter the "reasonable and prudent alternative") resulting from depletion impacts of new projects and all existing or past impacts related to historic projects with the exception of the discharge by historic projects of pollutants such as trace elements, heavy metals, and pesticides. However, where a programmatic biological opinion applies, the appropriate provisions of such an opinion will apply to future individual consultations.

   The RIP participants intend the RIP also to provide the reasonable and prudent alternatives which avoid the likely destruction or adverse modification of critical habitat, to the same extent as it does to avoid the likelihood of jeopardy. Once critical habitat for the endangered fishes is formally designated, the RIP participants will make any necessary amendments to the RIPRAP to fulfill such intent.

2. The RIP is intended to offset both the direct and depletion impacts of historic projects occurring prior to January 22, 1988 (the date when the Cooperative Agreement for the RIP was executed) if such offsets are needed to recover the fishes. Under certain circumstances, historic projects may be subject to consultation under Section 7 of the ESA. An increase in depletions from a historic project occurring after January 22, 1988, will be subject to the depletion charge. Except for the circumstances described in item 11 below, depletion charges or other measures will

---

[1] All impacts except the discharge of pollutants such as trace elements, heavy metals, and pesticides.

not be required from historic projects which undergo Section 7 consultation in the future.

3.  The Bureau of Reclamation (BR) and the Western Area Power Administration will operate projects authorized and funded pursuant to Federal reclamation law consistent with its responsibilities under Section 7 of the ESA and with any existing contracts.  No depletion charge will be required on depletions from BR projects as long as BR continues its contributions to the RIP's annual budget.

4.  The FWS will assess the impacts of projects that require Section 7 consultation and determine if progress toward recovery has been sufficient for the RIP to serve as a reasonable and prudent alternative.  The FWS will use accomplishments under the RIP as its measure of sufficient progress.  The FWS will also consider whether the probable success of the RIP is compromised as a result of a specific depletion or the cumulative effect of depletions.  Support activities (funding, research, information and education, etc.) in the RIP contribute to sufficient progress to the extent that they help achieve a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction.  Generally, sufficient progress will be evaluated separately for the Colorado and Green River subbasins (but not individual tributaries within each subbasin).  However, the FWS will give due consideration to progress throughout the upper basin in evaluating sufficient progress.

5.  If sufficient progress is being achieved, biological opinions will identify the activities and accomplishments of the RIP that support it serving as a reasonable and prudent alternative.

6.  If sufficient progress is not being achieved, biological opinions for new and historic projects will be written to identify which action(s) in the RIPRAP must be completed to avoid jeopardy.  Specific recovery actions will be implemented according to the schedule identified in the RIPRAP.  The FWS will confer with the Management Committee on the identification of these actions within established timeframes for the Section 7 consultation.  For historic projects, these actions will serve as the reasonable and prudent alternative as long as they are completed according to the schedule identified in the RIPRAP.  For new projects, these actions will serve as a reasonable and prudent alternative so long as they are completed before the impact of the project occurs.  The FWS has ultimate authority and responsibility for determining whether progress is sufficient to enable it to rely upon the RIP as a reasonable and prudent alternative and identifying actions necessary to avoid jeopardy.

7.  Certain situations may result in the FWS determining that the recovery action in previously rendered biological opinions are no longer serving as a reasonable and prudent alternative.  These situations may include, but are not limited, to:

    a.  Critical deadlines for specified recovery actions are missed;
    b.  Specified recovery actions are determined to be infeasible; and
    c.  Significant new information about the needs or population status of the fishes becomes available;

8.  The FWS will notify the Implementation and Management Committees when a situation may result in the RIP not serving as a reasonable and prudent alternative.

BLM_0067541

The Management Committee will work with the FWS to evaluate the situation and develop the most appropriate response to restore the RIP as a reasonable and prudent alternative (such as adjusting a recovery action so it can be achieved, developing a supplemental recovery action, shortening the timeframe on other recovery actions, etc.).

9. The RIP is responsible for providing flows which the FWS determines are essential to recovery of the endangered fishes. Whether or not a Section 7 review is required, the RIP will work cooperatively with the owners/operators of historic projects on a voluntary basis to implement recovery actions needed to recover the endangered fishes.

10. The responsibility for the efficiency and effectiveness of the RIP, and for its viability as a reasonable and prudent alternative, rests upon RIP participants, not with individual project proponents. RIP participants fully share that responsibility.

11. If the RIP cannot be restored to provide the reasonable and prudent alternative per item 8, above, as a last resort the FWS will develop a reasonable and prudent alternative, if available, with the lead Federal Agency and the project proponent. (RIP participants recognize that such actions would be inconsistent with the intended operation of the RIP). The option of requesting a depletion charge on historic projects or other measures on new or historic projects will only be used in the event that the RIPRAP does not or can not be amended to serve as a reasonable and prudent alternative. In this situation, the reasonable and prudent alternative will be consistent with the intended purpose of the action, within the Federal Agency's legal authority and jurisdiction to implement, and will be economically and technologically feasible.

12. This agreement becomes effective upon adoption of the RIPRAP by the Implementation Committee. Until the RIPRAP is adopted, the FWS will use the procedures in this agreement and the January 1993, draft RIPRAP as the basis for identifying reasonable and prudent alternatives.

13. Experience may dictate a need to modify this agreement in the future. This agreement may be modified or amended by consensus of all the RIP participants. A review of the agreement may be initiated by any voting member of the Implementation Committee.

BLM_0067542

PART TWO:

RECOVERY IMPLEMENTATION PROGRAM
RECOVERY ACTION PLAN
(RIPRAP)

BLM_0067543

# RECOVERY IMPLEMENTATION PROGRAM
# RECOVERY ACTION PLAN
# (RIPRAP)

## TABLE OF CONTENTS

1.0   INTRODUCTION                                                                1

    1.1   RECOVERY PROGRAM PURPOSE                                         1
    1.2   SPECIES RECOVERY GOALS/PLANS                                     1
    1.3   RECOVERY ACTION PLAN PURPOSE                                     3
    1.4   ESTIMATED COST OF RECOVERY ACTIONS                               4
    1.5   MEASURING PROGRESS TOWARD RECOVERY AND                           5
          SCHEDULING RIPRAP ACTIVITIES
    1.6   RECOVERY ACTION PLAN STRUCTURE                                   6

2.0   DESCRIPTION OF RECOVERY ACTION PLAN ELEMENTS                              7

    2.1   I.     IDENTIFY AND PROTECT INSTREAM FLOWS (HABITAT
              MANAGEMENT)                                               7
    2.2   II.    RESTORE AND PROTECT HABITAT (HABITAT DEVELOPMENT
              AND MAINTENANCE)                                         11
    2.3   III.   REDUCE NEGATIVE IMPACTS OF NONNATIVE FISHES
              AND SPORTFISH MANAGEMENT ACTIVITIES
              (NONNATIVE AND SPORTFISH MANAGEMENT)                     13
    2.4   IV.    CONSERVE GENETIC INTEGRITY AND AUGMENT OR
              RESTORE POPULATIONS (STOCKING ENDANGERED
              FISHES)                                                  16
    2.5   V.     MONITOR POPULATIONS AND HABITAT AND
              CONDUCT RESEARCH TO SUPPORT RECOVERY
              ACTIONS (RESEARCH, MONITORING, AND DATA
              MANAGEMENT)                                              18
    2.6   VI.    INCREASE PUBLIC AWARENESS AND SUPPORT FOR
              THE ENDANGERED FISHES AND THE RECOVERY
              PROGRAM (INFORMATION AND EDUCATION)                      19
    2.7   VII.   PROVIDE PROGRAM PLANNING AND SUPPORT
              (PROGRAM MANAGEMENT)                                     18

3.0   DISCUSSION OF SUBBASIN RECOVERY ACTIONS                                  20

    3.1   GREEN RIVER                                                      21
          3.1.1   Importance                                             21
          3.1.2   Recovery Actions                                       21
    3.2   YAMPA AND LITTLE SNAKE RIVERS                                    24
          3.2.1   Importance                                             24
          3.2.2   Recovery Actions                                       25

3.3  DUCHESNE RIVER                                          28
    3.3.1  Importance                                     28
    3.3.2  Recovery Actions                             29
3.4  WHITE RIVER                                             30
    3.4.1  Importance                                     30
    3.4.2  Recovery Actions                             30
3.5  COLORADO RIVER                                          31
    3.5.1  Importance                                     31
    3.5.2  Recovery Actions                             31
3.6  GUNNISON RIVER                                          35
    3.6.1  Importance                                     35
    3.6.2  Recovery Actions                             35
3.7  DOLORES RIVER                                           37
    3.7.1  Importance                                     37
    3.7.2  Recovery Actions                             37

4.0  RECOVERY ACTION PLANS                                   38

4.1  GENERAL RECOVERY PROGRAM SUPPORT
    ACTION PLAN                                  General-1
4.2  GREEN RIVER ACTION PLAN: MAINSTEM     Green Mainstem-1
4.3  GREEN RIVER ACTION PLAN: YAMPA AND
    LITTLE SNAKE RIVERS                            Yampa-1
4.4  GREEN RIVER ACTION PLAN: DUCHESNE RIVER     Duchesne-1
4.5  GREEN RIVER ACTION PLAN: WHITE RIVER         White-1
4.6  COLORADO RIVER ACTION PLAN: MAINSTEM       Colorado-1
4.7  COLORADO RIVER ACTION PLAN: GUNNISON RIVER  Gunnison-1
4.8  COLORADO RIVER ACTION PLAN: DOLORES RIVER    Dolores-1

5.0  FLOW MANAGEMENT ASSESSMENT GRAPHICS
    Flow Management Assessment Graphics-1

6.0  LITERATURE CITED                               Citations-1

APPENDIX:  CRITICAL HABITAT ANALYSIS                       A-1

BLM_0067545

# 1.0  INTRODUCTION

## 1.1  RECOVERY PROGRAM PURPOSE

The purpose of the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin (Recovery Program) is to recover the humpback chub (*Gila cypha*), bonytail (*G. elegans*), Colorado pikeminnow (*Ptychocheilus lucius*), and razorback sucker (*Xyrauchen texanus*) while existing and new water development proceeds in the Upper Basin (i.e., Upper Colorado River Basin upstream of Glen Canyon Dam, excluding the San Juan River; Cooperative Agreement, 1988) in compliance with the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et. seq.*), state water and wildlife law, interstate compacts, and authorized purposes of Bureau of Reclamation projects.  Further, the Recovery Program is intended to serve as a reasonable and prudent alternative to avoid the likelihood of jeopardy to the continued existence of the endangered fishes and to avoid the likely destruction or adverse modification of critical habitat in Section 7 consultations on depletion impacts[1] related to new projects and all impacts, except the discharge of pollutants such as trace elements, heavy metals, and pesticides, associated with historic water projects in the Upper Basin.

## 1.2  SPECIES RECOVERY GOALS/PLANS

The overall goal for recovery of the four endangered fishes is to achieve naturally self-sustaining populations and to protect the habitat on which those populations depend. Recovery plans for these species have been developed under Section 4(f) of the Endangered Species Act (ESA; U.S. Fish and Wildlife Service 1990a, 1990b, 1991, 1998), and the final rule determining critical habitat was published in the *Federal Register* on March 21, 1994 (59 FR 13374; Appendix).  Once critical habitat was designated (see map on next page), the RIPRAP was reviewed by the Service and modified in coordination with the Management Committee.  Final recovery goals for the four endangered fish, which amend and supplement the former recovery plans, were approved in August 2002 (U.S. Fish and Wildlife Service 2002a, 2002b, 2002c, 2002d).

The recovery goals describe what is necessary for downlisting and delisting each of the species by identifying site-specific management actions/tasks necessary to minimize or remove threats; establishing objective, measurable criteria that consider demographic and genetic needs for self-sustaining, viable populations; and providing estimates of the time to achieve recovery.  In a lawsuit by Grand Canyon Trust over the humpback chub recovery goals, U.S. District Court 9th Circuit ruled that review of the substance of Service recovery plans is inappropriate under the Administrative Procedure Act and the ESA, but ordered the goals vacated until time and cost estimates are updated.  The Service is in the process of reviewing and updating the species recovery plans.

---

[1]Prior to 2009, the Service concluded that the impacts associated with any amount of water depletion in the Upper Colorado River resulted in a Section 7 jeopardy opinion.  Since 2009, the Service requires action agencies to incorporate the Recovery Program and its associated recovery actions as applicant-committed Conservation Measures, which results in non-jeopardy biological opinions.

BLM_0067546

## Designated Critical Habitat in the Upper Colorado River Basin for Federally Listed Colorado River Fish





2

BLM_0067547

In the context of the recovery goals/plans, recovery of humpback chub, bonytail, and razorback sucker will occur in the Upper and Lower basins (each basin is treated as a "recovery unit"), with separate recovery criteria developed for each of the two recovery units. Based on the Colorado pikeminnow recovery plan, recovery of Colorado pikeminnow will occur in the Upper Colorado River Basin, including the San Juan River subbasin. The Recovery Program and the San Juan River Basin Recovery Implementation Program provide for the coordinated implementation of management actions/tasks to achieve recovery in the Upper Basin recovery unit.

Five-year status reviews were completed for Colorado pikeminnow and humpback chub in 2011 (USFWS 2011 a & b) and for bonytail and razorback sucker in 2012 (USFWS 2012 a & b). The reviews found that the species remain "endangered." Progress was indicated on whether a recovery factor criterion was "met", "partially met", or "not met."

In light of expanding numbers and distribution of razorback sucker, a species status assessment (SSA), was initiated for the razorback sucker in late 2015 with completion anticipated by early 2017. The Service uses SSA's to characterize species needs, species current condition and species viability,.

In 2012, The Service convened a Colorado Pikeminnow Recovery Team to revise that species' recovery plan to incorporate new information; the Recovery Team was expanded to include state partners in 2013 . A draft Recovery Plan was reviewed by stakeholders in 2015.    The stakeholders asked the Service to defer further revision of the plan until a population viability analysis (PVA) and species status assessment (SSA) can be prepared. The Service initiated the PVA and SSA in early 2016.

The Service also convened a humpback chub Recovery Team and is updating that recovery plan, beginning with an SSA for this species, as well.

The Program Director's office has recommended deferring update of the bonytail recovery plan until new information warrants.

## 1.3  RECOVERY ACTION PLAN PURPOSE

This Recovery Implementation Program Recovery Action Plan (RIPRAP) has been developed and updated using the best, most current information available on the species' status and the recovery goals for the four endangered fish species. The RIPRAP is intended to provide an operational plan and schedule for implementing recovery actions by the Recovery Program, including development of the Recovery Program's annual work plan and future budget needs. Specifically, the RIPRAP identifies the actions that are necessary to recover the endangered fishes, including schedules and budgets for implementing those actions. Accomplishment of these recovery actions allows the Recovery Program to provide ESA compliance for depletion impacts of new projects and all existing or past impacts related to water projects in place when the Recovery Program was initiated (January 21, 1988) (historic water projects), except impacts from contaminants, in accordance with the October 15, 1993

3

Section 7 Agreement (Revised March 8, 2000).  The RIPRAP was incorporated and is considered part of that Agreement.

## 1.4  ESTIMATED COST OF RECOVERY ACTIONS

The estimated total budget for the Recovery Program from FY 2017–FY 2023 is approximately $74.69 million[2].  Funding for the Recovery Program is expected to come from the following sources:

a.   An annual operating budget of approximately $7 million, adjusted annually for inflation.  As per passage of PL 112-270, which reauthorized PL 106-392, annual funding will be applied to the full suite of the Recovery Program's actions through FY2019, with the exception of capital projects.  The sources of these funds are: hydropower revenues from the Colorado River Storage Project; the U.S. Fish and Wildlife Service; and the States of Colorado, Utah, and Wyoming.  Additional annual funding will come from one-time water development depletion fees on new projects (post-January 21, 1988).  Under the Recovery Program, proponents of new water projects which undergo Section 7 Endangered Species Act consultation pay a one-time depletion fee based on a project's average annual depletion.  The rate is adjusted annually for inflation. As of October 1, 2016, the fee was $20.89 per acre foot; the rate increases to $21.17 per acre foot as of October 1, 2017.  The actual rate of water development has not been projected therefore it is difficult to predict the amount of this funding source on an annual basis.  Through FY2016, depletion fees and interest earned on these fees totaled $2,343,900.  These funds may be accumulated and are used to fund recovery actions pursuant to decisions made by the Recovery Program on an annual basis.

b.   Approximately $20.91 million will be spent between FY 2017 and FY 2023 for remaining capital projects.  P.L. 106-392 authorized capital funding in October 2000; P.L. 107-375 extended construction authority from 2005 to 2008; and P.L. 109-183 authorized Federal appropriations through 2010, increased authorized Federal appropriations from $46 million to $61 million, and increased the capital funding total from $62 million to $77 million plus adjustments for inflation to the Federal portion.  In March 2009, Section 9107 of P.L. 111-11 authorized an additional $15 million in federal funds and extended the capital construction period through 2023.

---

[2] Expenditures to date may be found in the pie charts of the most recent *Program Highlights* briefing document.

4

BLM_0067549

## 1.5   MEASURING PROGRESS TOWARD RECOVERY AND SCHEDULING RIPRAP ACTIVITIES

To achieve recovery in the Upper Basin, it is essential to fully implement all of the actions in the RIPRAP.  This can be accomplished only through cooperation by all Recovery Program participants.  In general, actions will be scheduled such that recovery will be achieved in the most expeditious and cost-effective manner possible. However, the schedule may require some adjustment based on sequence and impacts of water development and management actions to ensure recovery of the endangered fishes while water development continues.

Recovery actions likely to result in a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction have been determined by the Service to be most important in determining the extent to which the Recovery Program provides the reasonable and prudent alternatives to avoid jeopardy for projects undergoing Section 7 consultation. These actions are identified by the caret ">" in the Recovery Action Plan.  Actions that the Service believes are most important to the Recovery Program serving as a reasonable and prudent alternative to adverse modification of critical habitat are identified by an asterisk (*).  These careted and (or) asterisked actions will generally be given highest priority for implementation in scheduling and budgeting.

The Recovery Program continually evaluates the outcome of completed RIPRAP actions to determine their effectiveness in contributing to recovery.  Ultimately, success of recovery actions will be measured by species response (change in population size, distribution, composition, etc.).  However, it may be many years before such responses are evident.  In the interim, the Recovery Program also will gage its progress towards recovery by accomplishment of the actions identified in the RIPRAP.  Toward that end, Program participants assess progress and update the RIPRAP annually.

## 1.6  RECOVERY ACTION PLAN STRUCTURE

The substance of the RIPRAP is in Section 4.0, where the specific recovery actions are listed in the RIPRAP tables.  In addition, significant accomplishments and shortcomings of the past year are identified in the RIPRAP tables, developed as part of the Recovery Program's annual assessment and update of the RIPRAP.

The RIPRAP tables schedule activities through 2023 (the Recovery Program's Cooperative Agreement is effective through September 30, 2023). Activities that have led to recovery of the endangered fishes will need to be continued after these species are delisted. Therefore, the RIPRAP tables identify the activities that Program participants anticipate will continue post-Program.

The first section of the Recovery Action Plan tables identifies general support activities important to the success of the Recovery Program.  The subsequent sections that follow

BLM_0067550

the General Recovery Action Plan are for the Green and Colorado rivers and their subbasins in the Upper Basin.  Each subbasin table includes recovery actions arranged by the "recovery elements" listed below:

  I.   Identify and protect instream flows;
  II.  Restore and protect habitat;
  III. Reduce negative impacts of nonnative fishes and sportfish management activities;
  IV.  Conserve genetic integrity and augment or restore populations;
  V.   Monitor populations and habitat and conduct research to support recovery actions;
  VI.  Increase public awareness and support for the endangered fishes and the Recovery Program (in the General Recovery Program Support table only); and
  VII. Provide program planning and support (in the General Recovery Program Support table only).

Section 4.0 is provided in table format for ease of scheduling and tracking activities.  A general discussion of activities under each recovery element and of recovery priorities in each subbasin is found in Sections 2.0 and 3.0, respectively.

## 2.0 DESCRIPTON OF RECOVERY ACTION PLAN ELEMENTS

The Recovery Action Plan tables contain brief descriptions of specific recovery actions in each subbasin.  This section provides a general description of each recovery element.  Specific recovery actions being carried out in each subbasin are discussed in Section 3.0.

### 2.1   I.  IDENTIFY AND PROTECT INSTREAM FLOWS

Recovery cannot be accomplished without securing, protecting, and managing sufficient flows to provide habitat to support self-sustaining endangered fish populations.  Identification and protection of instream flows are key elements in this process.  The first step in instream flow protection is to identify flow regimes needed by the fish, typically characterized in terms of peak and base flow needs over a range of hydrologic conditions.  In the Recovery Program, determining flow needs is primarily the responsibility of the Service (in cooperation with other participants).  Factors considered in determining flow needs include: flow effects on reproduction and recruitment; flow effects on food supplies and nonnative fishes; and interrelationships between flow and other habitat parameters believed to be important for the fish, such as channel structure, sediment transport, substrate characteristics, vegetative encroachment, and water temperature.  Flow recommendations often are made in stages, with initial flow recommendations based on the best available scientific information, historic conditions, and extrapolation from similar reaches.  Recommendations then are refined following

6

BLM_0067551

additional field research. The contribution of tributaries to recovery was ranked by Tyus and Saunders (2001).

Flow recommendations have been approved for reaches of the Colorado (Osmundson and Kaeding 1991; McAda 2003), Yampa (Modde and Smith 1995; Modde et al. 1999), Green (Muth et al. 2000), Gunnison (McAda 2003), and Duchesne (Modde and Keleher 2003) rivers.  Flows in the Little Snake and Yampa rivers after estimated future depletions were identified in the Yampa River Management Plan and Environmental Assessment (Roehm 2004).  Interim flow recommendations for the White River were completed in 2004 (Irving et al. 2004), and are currently under revision.  A White River management plan will be drafted in 2016-17, which will ultimately serve as the basis for a White River programmatic biological opinion.  This management plan will include flow recommendations.  Under the Gunnison River Basin Programmatic Biological Opinion and Aspinall Unit Study Plan (2011), the Recovery Program is conducting monitoring to assess how well the operation of the Aspinall Unit contributes to meeting target flows in the Gunnison and Colorado Rivers and to help determine if managed flows from the Gunnison and the Colorado rivers are sufficient for recovery on the Colorado River from the Gunnison River to the confluence of the Green and Colorado rivers.  After this monitoring is conducted, the Service will assess if the resulting flows on the Colorado River below its confluence with the Green River are adequate for recovery.  Flow recommendations for other rivers or river reaches will be developed as deemed necessary to achieve recovery. Flow and temperature recommendations for the Green River below Flaming Gorge Dam (Muth et al. 2000) are being evaluated.
A strategic plan was completed in 2003 that identified geomorphology research priorities to refine the flow recommendations and address the Recovery Goals (LaGory et al. 2003).  In 2012, USGS finalized results of a sediment transport study on three rivers in the upper Colorado River basin.  Samples were collected on the Colorado River at Cameo, Stateline and Cisco; on the Gunnison River at Grand Junction; and on the Green River at Jensen and the town of Green River (Williams et al. 2013).  These results provide a methodology that will help the Recovery Program understand how flow recommendations may be benefitting recovery of the endangered fishes.  A team of experts convened in 2013 and 2014 to review the findings and to recommend methodologies to determine whether the current peak flow recommendations are achieving objectives.  The resulting Peak Flow Technical Supplement (LaGory et al., 2015) offers a range of study approaches and prioritizes river reaches to evaluate the peak flow aspects of the Program's flow recommendations.  A high priority is placed on collecting suspended sediment data within ongoing programs of NPS and USGS. Studies and monitoring recommended in the Supplement to address high priority information needs have been incorporated into the RIPRAP.

In 2011 and 2012, the Service and The Nature Conservancy formatted the Recovery Program's flow recommendations and three National Wildlife Refuge water rights for inclusion as non-consumptive water needs in the Colorado River Basin Water Supply and Demand Study (Basin Study) conducted by the Bureau of Reclamation.  The study encompasses all seven Colorado River Basin States.  It looks at current and future

7

imbalances in water supply and demand in the basin and adjacent areas through 2060 including projected effects associated with climate change and attempts to develop and analyze options and strategies to resolve imbalances.  The final report was published in December 2012 (available at: http://www.usbr.gov/lc/region/programs/crbstudy.html); updates of this effort are planned every 5 years.  As per recommendation from the Basin Study and under the WaterSMART Grants program a review of alternative decision support platforms and tools for incorporating ecological and recreational flows into water management for the Colorado River Basin was completed in 2013. (Alexander et al. 2013).

In 2014 the Service participated in the workgroup for Environmental and Recreational flows of the Colorado Basin Water Supply.  The White River from Kenny Reservoir to the Green River and the Colorado River from the Gunnison River to the confluence of the Green River were chosen as two of the four focus reaches. The next phase will be to Identify scientific uncertainties and opportunities to address those uncertainties, document mechanisms or programs that have been successful protecting environmental and river-based recreational resources, and explore and document opportunities and potential solutions that might be applied at a scale larger that the focus reaches.

Colorado

In Colorado, the appropriation of an instream water right follows a structured process developed by the Colorado Water Conservation Board (CWCB) in 1997.  The process begins with a Service flow recommendation, which is reviewed by CWCB and Colorado Parks and Wildlife (CPW).  Then CWCB issues a notice of intent to appropriate, followed by Board approval to appropriate.  Finally, the Attorney General must make a water court filing to confirm the appropriation and to establish the appropriation's priority date.  It may take 3 to 4 years from the notice of intent to appropriate to obtain a decree from the water court, depending on the nature of any litigation over the filing.  In appropriation, the water right will have a relatively junior priority date (the date CWCB issued the notice of intent to appropriate), and only flow conditions as of that date can be protected.  In some cases, the appropriation process has lacked support and thus proven to have limited use in the Recovery Program.  Therefore, the Recovery Program adopted alternative means of legally providing and protecting flows in some reaches by combining water project re-operations and contracts for the delivery of storage water (e.g., Grand Valley Water Management Plan and deliveries from the Historic Users Pool at Green Mountain Reservoir), and has put programmatic biological opinions (PBOs) in place to monitor new depletions of existing flows on the Yampa, Little Snake, Gunnison, and Colorado Rivers.  Under these PBOs, the Recovery Program and the CWCB will periodically evaluate the need to appropriate new instream flow water rights in Colorado to legally protect such flows.  Recovery Program participants anticipate that these methods will prove effective in ensuring instream flows for the endangered fishes. Where flows are provided through the physical alteration of flow conditions by re-operating a reservoir or other component of an existing or new water project, various

8

contracts with reservoir owners may be needed to legally protect the deliveries from storage from re-diversion. Contracts for the delivery and protection of storage releases may be combined with purchase of water rights in Colorado and their physical or legal transfer to supplement storage releases (e.g. Redtop Ditch). Water rights historically used for other purposes may also be purchased or leased in Colorado and temporarily or permanently transferred to instream use to increase and legally protect flows needed for recovery, but his method has not been used to date.

Utah

Utah officials believe that flows to the Lower Colorado River Basin under the Colorado River Compact have and will continue to ensure sufficient quantities of water remain in the Green River to satisfy the recommended flow requirements. Additional methodologies to protect stream flows exist in Utah but are limited. Current approaches include: 1) acquiring existing water rights and filing change applications to provide for instream flow purposes; 2) withdrawing unappropriated waters by governor's proclamation; 3) approving future applications subject to minimum flow levels; and 4) with proper compensation, preparing and executing contracts and subordinating diversions associated with approved and perfected rights. Although current Utah water law may not fully provide for all aspects of instream-flow protection, Utah can provide an increased level of protection.

This RIPRAP originally contemplated that the Utah State Engineer would establish, by policy, legal protection for endangered fish recommended flows. In 1994, the State Engineer adopted a policy to subordinate future water right application approvals to required fish flows during the summer and autumn periods from Flaming Gorge Reservoir to the confluence of the Duchesne River. There was little resistance to this initial policy adoption and few policy disputes ensued in subsequent years even though the State Engineer's statutory authority to approve vested instream flow rights is limited to certain entities and circumstances. In 2006, the Utah State Engineer began a public process to extend the policy to protect recommended flows for endangered fish to all seasons and over the entire length of the Green River in Utah, pursuant to RIPRAP objectives. Public concern over the practical distribution implications associated with subordinating to recommended flows led to questions about the State Engineer's authority to establish instream flow water rights. Ultimately, in 2009, the State Engineer concluded that other means to legally protect flows should be explored to avoid a contest over the extent of his statutory authority. The Recovery Program's Water Acquisition Committee formed a task force to develop additional options for protecting fish flows on the Green River. In 2010, Utah identified a legal and technical process and schedule to protect recommended year-round flows for the endangered fishes on the Green River in Utah (Utah Department of Natural Resources 2010). This schedule was updated as follows in 2013 and 2017:
    1) Identify issues, concerns and timeframe, 2007-2010
    2) Prioritize potential methods and criteria for flow protection, 2009-2011
    3) Amalgamate technical information needed to model and resolve issues, 2010-2011

9

  4) Develop model for analysis of historic and future scenarios, 2010-2011
  5) Analyze model results, 2017
  6) Establish internal policy committee to work with Program partners to explore flow
   protection options, 2016-2018.
  7) Obtain additional authority to protect flows, 2018
  8) Implement legal protection, 2016-2019.
With the modeling complete and the report in preparation, Utah continues to make
progress evaluating the most appropriate means to protect fish flows with the framework
of State water law.  An internal policy committee working on flow protection has been
receiving input from other Program partners and continues to evaluate a variety of
options being proposed.


## 2.2   II.  RESTORE AND PROTECT HABITAT

Important elements of habitat protection include restoring and managing in-channel
habitat and historically flooded bottomland areas, restoring passage to historically
occupied river reaches, preventing fish entrainment at diversion structures (if
warranted), enhancing water temperatures, and reducing or eliminating the impacts of
contaminants.

Historically, Upper Colorado River Basin floodplains were frequently inundated by
spring runoff, but today many of the rivers are channelized by levees, dikes, rip-rap, and
tamarisk.  Fish access to flooded bottomlands has been further reduced by decreased
peak spring flows due to upstream impoundments.  Numerous studies have suggested
the importance of seasonal flooding to river productivity, and flooded bottomlands have
been shown to contain large numbers of zooplankton and benthic organisms.
Floodplain areas inundated and temporarily connected to the main channel by spring
flows appear to be important habitats for all life stages of razorback sucker and bonytail,
and the seasonal timing of razorback sucker reproduction suggests an adaptation for
utilizing these habitats.  Restoring access to these warm and productive habitats is
intended to provide the growth and conditioning environments that appear crucial for
recovery of self-sustaining razorback sucker populations.  In addition, juvenile Colorado
pikeminnow also use these areas for feeding and adults stage in these habitats prior to
migrating to spawning areas.  Inundation of floodplain habitats, although most important
for razorback sucker, will benefit bonytail and other native fishes by providing growth
and conditioning environments and by restoring ecological processes dependent on
periodic river-floodplain connections.  Restoration of floodplain habitats is achieved
through a combination of increased peak flows, prolonged peak-flow duration, lower
bank or levee heights, levee removal, and constructed inlets.  Studies have shown that
a full benefit of these floodplain habitats has been reduced by the presence of large
numbers of predacious and competing nonnative fish (Christopherson et al. 2004;
Modde and Haines 2005).
The Recovery Action Plan tables contain tasks to identify and restore important flooded
bottomland habitats.  During 1994, the Recovery Program completed an inventory of
floodplain habitats for 870 miles of the Colorado, Green, Gunnison, Yampa, and White

10

rivers.  From the list of inventoried habitats, high-priority sites were evaluated for restoration potential.  Site acquisition began in 1994 and continued through 2003.  Since 2003, the Recovery Program has completed the razorback sucker floodplain habitat model and floodplain management plans for the Green and Colorado River sub-basins (subject to revision as new information is gathered).  Based on the model and these management plans, the Recovery Program has shifted from restoration/acquisition of additional floodplain sites to better management of sites already acquired or otherwise available.  Success will be measured by the response of the endangered fish populations.

The General Recovery Program Support Action Plan table includes tasks to develop an issue paper on floodplain restoration and protection.  This paper identified legal, institutional, and political strategies to enhance and protect floodplain habitats for the endangered fishes and ameliorate the effects of levees, diking, rip-rap, gravel mining, and other forms of floodplain development.  Phase 1 of the issue paper identified what floodplain restoration and protection is needed for the endangered fishes (Nelson 1998); Phase 2 determined how to accomplish that restoration and protection (Tetra Tech 2000).  The issue paper evaluated responsibilities of the Recovery Program, Recovery Program participants, and other agencies involved in floodplain development, regulation, and management, and their roles and responsibilities with respect to endangered species.  Speas et al. (2017) reviewed the Recovery Program's state of knowledge relative to floodplain management.  They recommended that successful rearing of razorback sucker larvae to the YOY stage will require: 1) the ability to exclude large-bodied nonnative fish from the wetland during the larval entrainment period; 2) maintenance of water levels using water control structures and external water sources; and 3) capture, enumeration and release of YOY fish into the main channel Green River as the wetland is drained in the fall months.

Passage barriers have fragmented endangered fish populations and their habitats, resulting in confinement of the fishes to 20 percent of their former range in the Upper Basin.  Blockage of Colorado pikeminnow movement by dams and water-diversion structures has been suggested as an important cause of the decline of this species in the Upper Basin (Tyus 1984; U.S. Fish and Wildlife Service 1991).  Restoring access to historically occupied habitats via fish passage ways was identified in the Colorado Squawfish [Pikeminnow] Recovery Plan (U.S. Fish and Wildlife Service 1991) and in the recovery goals (U.S. Fish and Wildlife Service 2002c) as one of several means to aid in Colorado pikeminnow recovery.

The Recovery Action Plan tables contain tasks to assess and make recommendations for fish passage at various dams and diversion structures.  The need for passage was determined at four sites:  Redlands, Grand Valley Irrigation Company (GVIC), Price Stubb, and the Grand Valley Project (GVP).  Passage has been restored at all four locations.  A fish passage was completed in 2012 on the Hartland Diversion on the Gunnison River near Delta by NRCS and local interests that benefits both endangered and native fishes. A newly rebuilt Tusher Diversion on the Green River near Green River, Utah includes a fish passage component, designed similar to the Price Stubb fish

11

passage, and was completed in 2016. Long term effectiveness of these fish passages will require upstream sediment management (GVP and Redlands passages); in-passage debris removal (Price Stubb and Tusher Diversion passages); and continued operation of selective fish passage structures (GVP and Redlands passages).

Diversion canals have been found to entrain native and endangered fishes.  The Recovery Program has constructed fish screens on major diversion on the Colorado and Gunnison rivers.  Construction of fish screens was completed at the Grand Valley Project and Redlands Water and Power Company diversion during 2005.  Construction of a screen at the Grand Valley Irrigation Company diversion canal was completed in 2002 and additional improvements to this screen are anticipated.  The Grand Valley screens on the Colorado and Gunnison rivers are operated as much as feasible through the irrigation season, though debris and other concerns sometimes interrupt operation. Evaluation of potential entrainment into irrigation canals is an important part of the Recovery Program's decision making process for screening canals. Studies of Colorado pikeminnow entrainment into diversion structures on the Yampa River began in 2007 (Hawkins 2009), and continued at the Maybell Ditch in 2011-2012 (Speas et al. 2014). During a two year study, only one endangered fish, a Colorado pikeminnow, was detected in the Maybell Ditch (in 2012).  Evaluation of potential entrainment of endangered fishes at the Green River Canal near Green River, Utah has been considered by the Recovery Program for many years, first being undertaken by Kitcheyan et al in 2001.  Stationary PIT antennas have been deployed in the canal since 2013, documenting high levels of entrainment.  All four endangered species continue to be documented in the canal through 2016.  Based on these findings, the Program is pursuing a vertical weir wall  in the Green River Canal below the Thayn Hydro facility to reduce entrainment at this site (instead of the wedge wire screens used in Grand Valley fish screens).

A number of potentially harmful contaminants (including selenium, petroleum derivatives, heavy metals, ammonia, and uranium) and suspected contaminant "hot spots" have been identified in the Upper Basin.  It is the intent of the Recovery Program to support and encourage the activities of entities outside the Recovery Program (e.g. Reclamation's participation in the Gunnison River Basin Selenium Management Program) that are working to identify problem sites, evaluate contaminant impacts, and reduce or eliminate those impacts.  Specifically, the Service will identify actions needed to reduce selenium contamination to levels that will not impede recovery and identify existing pipeline river crossings that need to have spill-control devices installed.  New petroleum pipelines with a Federal nexus are required by the Service through the Section 7 process to have shutoff valves.  Not all pipelines have a Federal nexus; therefore, the Program Director's office discussed concerns with existing and future pipelines with the States' oil and gas divisions.  The Service also is working with EPA, BLM, and USDOT to identify existing pipeline crossings that may need shutoff valves. Additionally, the Service and UDWR have worked with EPA on spill response contingency planning.

BLM_0067557

## 2.3   III.  REDUCE NEGATIVE IMPACTS OF NONNATIVE FISHES AND SPORTFISH MANAGEMENT ACTIVITIES

The introduction, establishment, and proliferation of nonnative fishes are considered the primary threat to the recovery of four Colorado River endangered fishes. Unfortunately, in the upper Colorado River basin, despite years of significant effort, the nonnative threat remains largely uncontrolled. Only 13 of more than 50 fish species that now occur in the Upper Basin are native (Bezzerides and Bestgen 2002).  Over the last 100 years, native fishes have decreased in range and abundance, while introduced fishes have concurrently become more widespread and abundant (Carlson & Muth 1989, Martinez et al. 1994; Bezzerides & Bestgen 2002; Francis & Ryden 2014). An increasing body of evidence characterizes the negative interactions of nonnative fishes with the endangered fishes (Hawkins & Nesler 1991; Minckley 1991; Lentsch et al. 1998; Bezzerides & Bestgen 2002; Francis & Ryden 2014), including predation and competition. Direct evidence of predation includes native fishes obtained from stomach contents of nonnative fishes (Francis and Ryden 2014) and by visual observation of predation. Other means by which nonnative fishes may adversely affect native fishes are by competition for food and niche space.

Warm water game fish, primarily stocked in reservoirs for recreational purposes, are thought to have the greatest adverse effect on endangered native fishes. Of those species, large-bodied predators are considered the most problematic – specifically centrarchids (smallmouth bass), esocids (northern pike), and percids (walleye). For example, during the 1990s, the Yampa River experienced a dramatic increase in northern pike and smallmouth bass numbers. Predation by these two piscivorous species wreaked havoc on the native fish community. Biologists documented significant declines of native fish densities in the Yampa River since that time (Bestgen et al. 2015).

In studies on the Green River, researchers documented that young Colorado pikeminnow constituted 5% of the diet of northern pike, even though young Colorado pikeminnow made up a much smaller portion of the available food base in the river (Crowl and Lentsch 1996).  Researchers estimated that a single northern pike could consume 100 or more young Colorado pikeminnow per year.  In addition, northern pike are known to prey on large-bodied native fishes (Martinez 2001, Hawkins et al. 2005, Martin and Wright 2010) including adult Colorado pikeminnow, native roundtail chub (*Gila robusta*), flannelmouth and bluehead suckers, and may feed on humpback chubs in the Yampa River. More recently, Francis and Ryden documented juvenile Colorado pikeminnow in the guts of nonnative walleye and reported a simultaneous decline in Colorado pikeminnow abundance in the lower Colorado River between 2010 and 2014, while walleye populations were increasing (Francis and Ryden 2014). Recently, numbers of walleye have increased in the Green and lower Colorado rivers and burbot have been discovered in the Green River below Flaming Gorge Dam.  Both of these species also pose a significant predatory and competitive threat to native and endangered fishes (Francis and Ryden 2014, Gardunio et al. 2011).

13

Recovery Program activities related to nonnative fishes initially focused on identifying impacts/interactions and developing nonnative fish stocking procedures. Nonnative fish control strategies were developed to identify and prioritize options for controlling or removing nonnative fishes from river reaches occupied by the endangered fishes as well as other reaches that serve as production areas for nonnatives that subsequently disperse into occupied habitat (Tyus and Saunders 1996; Lentsch et al. 1996; Hawkins and Nesler 1991). In February 2004, the Recovery Program adopted a nonnative fish management policy that addresses the process of identifying and implementing nonnative fish management actions needed to recover the endangered fishes (Upper Colorado River Endangered Fish Recovery Program 2004). Through 2009, emphasis was focused on the control activities identified in these strategies. Development of a new basinwide strategy for the management of nonnative aquatic species began in 2009, and was finalized in early 2014 (Nonnative Fish *ad hoc* Committee 2014). This strategy emphasizes prevention as a major component in efforts to control existing invasive impacts and to avoid similar impacts arising from existing or new species in additional locations within the Upper Basin.

All nonnative fish control activities are evaluated for effectiveness annually. By thoroughly evaluating the smallmouth bass and northern pike control strategies in the Yampa River basin, the Larval Fish Lab at CSU provided the Program with guiding principles for nonnative removal in the entire basin. Specifically, both of these comprehensive evaluations indicate that the Recovery Program should focus on disrupting reproduction in the river and preventing immigration into river habitats, such as by limiting the escapement of these species from reservoirs.

Disrupting in-river reproduction and preventing reservoir escapement are now the two key tenets of nonnative fish management. Limiting reproduction is accomplished through targeted removal of smallmouth bass during the spawn (the Surge) and by netting northern pike in backwaters in the Yampa River. Landscape scale spawning disruptions of smallmouth bass via water management are also being considered (Bestgen and Hill 2016). Reservoir escapement is primarily prevented through installation of physical screens on outlets or channels and nets on spillways. Currently Elkhead and Rifle Gap Reservoirs, and Highline Lake, all have screened releases, while Ridgway, Red Fleet and Starvation Reservoirs, and Lake Catamount, are planned for screening in the future.

The States and the Service also have developed procedures for stocking of nonnative fishes in the Upper Basin (USFWS 1996a, 1996b). The procedures are designed to reduce the impact on native fishes from stocking of nonnative fishes in the Upper Basin and clarify the role of the States, the Service, and others in the review of stocking proposals. A cooperative agreement has been signed by the States and the Service implementing the Stocking Procedures. The Stocking Procedures were revised in 2009 (USFWS 2009) and the cooperative agreement was updated. In 2013, the Colorado

14

Wildlife Commission updated changes to Colorado's Wildlife Regulations that apply the provisions of the revised Stocking Procedures to the private aquaculture industry, in waters of both the Upper Colorado and San Juan River.  The provisions of the revised Stocking Procedures also are part of Utah's stocking policy (including private aquaculture, which can only stock sterile salmonids without specific State review and approval).  All private fish stocking in Wyoming also is subject to State review. Harvest regulations also play a key role in nonnative fish management. The Upper Basin States have liberalized bag and possession limits for the 'worst of the worse' predators (northern pike, smallmouth bass, walleye, and burbot).  Utah and Wyoming have implemented must kill regulations for these species where appropriate.  Colorado Parks and Wildlife has developed a "catch and keep" outreach strategy, paired with unlimited harvest and harvest incentives in regulation, as opposed to must kill regulations. The Colorado Wildlife Commission ratified unlimited harvest regulations for smallmouth bass and northern pike on the western slope which took effect on April 1, 2016.

The Recovery Program now implements a comprehensive strategy for nonnative fish management, focusing on in-river removal, reservoir escapement, and policy and outreach components. Over the past decade, the Recovery Program has committed millions of dollars and thousands of hours to removing these problematic predators from hundreds of miles of rivers in the upper Colorado River basin. What began over fifteen years ago as a pilot removal effort in 6 miles of the Yampa River now constitutes a basin-wide removal effort in more than 600 river miles, with some river reaches receiving up to 10 to 15 passes to disrupt spawning. In addition to this labor intensive effort, Recovery Program stakeholders are now preventing individuals from escaping reservoirs, implementing appropriate stocking and harvest policies, and conducting outreach on the problems of nonnative fish.

## 2.4   IV.  CONSERVE GENETIC INTEGRITY AND AUGMENT OR RESTORE POPULATIONS

Species recovery depends on protecting and managing species genetic resources. This is a complex activity that includes: determining the genetic diversity of the endangered fishes; protecting species in refugia; planning, developing, and operating propagation facilities; propagating fish for augmentation or restoration, research, and information and education; and planning, implementing, and evaluating augmentation or restoration of species.  Stocking is only an interim tool in the Recovery Program because recovery, by definition, implies that the populations will be self-sustaining in the wild.  The success of augmentation and restoration stocking is dependent on prior or concurrent implementation of other recovery actions such as flow protection, habitat restoration, and management of nonnative fishes.  This dependency is reflected in the schedule of subbasin-specific actions in Section 4.0.

Studies to confirm genetic diversity have been vital to genetics management of the endangered fishes.  Species are being protected in refugia to develop broodstocks and

15

BLM_0067560

guard against catastrophe.  Representatives of species thought to be in immediate danger of extinction are brought into refugia immediately.  Refugia populations of species are developed using paired breeding matrices to maximize genetic variability and maintain genetic integrity.

Most of this work is included under the General Recovery Program Support Action Plan because it applies to the entire Upper Basin.  Subbasin-specific activities of augmenting or restoring species are placed under the subbasin Action Plans.  Augmentation or restoration plans are being implemented, fish produced, and river reaches restored and augmented with those fish.  The effects of these augmentation efforts need to be monitored and evaluated.

Four basic documents are used to plan, implement, and coordinate genetics management and artificial propagation for the endangered fishes.  These are the Genetics Management Guidelines (Williamson and Wydowski 1994), Genetics Management Plan (Czapla 1999), Coordinated Hatchery Facility Plan (Wydowski 1994), and the Revised Integrated Stocking Plan (Integrated Stocking Plan Revision Committee 2015).  All four of these plans have been developed and will be revised or updated as needed.

The Genetics Management Guidelines document provides the rationale, genetics concepts, and genetic risks to be considered in genetics-management planning and implementation.  For example, it indicates that a fish population is the fundamental unit of genetics management and that its definition and characterization, relative to other populations, are important.  Genetic surveys have been part of the identification and characterization process.  Further, the prioritization and genetics management required for each population is determined by its relative population status, demographic trends, and genetics data derived from the surveys.

The Genetics Management Plan is the operational document.  It tells the "what, who, when, where" of implementation.  It identifies specific objectives, tasks, activities, and type of facilities necessary to accomplish Recovery Program goals, i.e., protect population genetic integrity or restore a self-sustaining population in the wild.  It is the action plan developed for implementation, directed by the Recovery Program goals, and structured along the format presented in the Genetics Management Planning Guidelines document.

Facilities are required to meet long-term (5 years or more) augmentation and restoration stocking needs.  The plans for these facilities are the Coordinated Hatchery Facility Plan and the Facilities Plan.  These plans, in accordance with the Genetics Management Plan, define facilities required to meet propagation needs, identify fish needs that can be met by existing facilities, and recommend expansion or modification of existing facilities.   Genetics management requires a great deal of operational activity.  Refugia and propagation facilities have been planned, built, and are now operated in a coordinated fashion.  The State of Colorado operates the J. W. Mumma Native Aquatic Species Restoration Facility in Alamosa, Colorado.  The State of Utah raises bonytail at

16

BLM_0067561

the Wahweap State Fish Hatchery in Big Water, Utah.  The U.S. Fish and Wildlife Service operates the Ouray National Fish Hatchery with units near Grand Junction, Colorado (Grand Valley Unit) and Vernal, Utah (Randlett Unit).  With a few exceptions, these facilities have achieved their stocking targets for the past six years

The Integrated Stocking Plan (Nesler et al. 2003) provided specific annual numbers of fish and their sizes to be produced at Recovery Program hatcheries and stocked into Upper Colorado River Basin river reaches.  This plan has been implemented for over 10 years and has been revised based on recent estimates of survival of the stocked fish. The revised stocking plan (Integrated Stocking Plan Revision Committee 2015) recommends stocking larger bonytail and razorback suckers and releasing bonytail in floodplain habitats instead of canyon-bound reaches, since new information suggests floodplains may be more suitable habitat.  Revisions to augmentation and restoration stocking (primarily for razorback sucker and bonytail) are intended to directly aid in recovery of the species and to establish fish in the system to be able to demonstrate that habitat and instream flow activities are having an effect on endangered fish recovery.

Humpback chub are not currently being stocked; however, augmentation of existing small populations is being considered and additional brood fish from wild populations are being brought into hatcheries.  An ad hoc group reviewed the population and known genetics information from all the humpback populations and concluded that the Recovery Program should: 1) use a decision tree to guide choices in creating a refuge population and potentially stocking fish into the wild; and 2) genetically test, and if appropriate, use humpback chub collected from Westwater Canyon and Black Rocks and potentially Desolation Canyon to develop a refugia for Upper Colorado River Basin genetics.  Those populations have been shown to genetically represent most populations in the upper basin (Douglas and Douglas 2007, W. Wilson, Southwestern Native Aquatic Resources & Recovery Center, personal communication).

## 2.5   V.  MONITOR POPULATIONS AND HABITAT AND CONDUCT RESEARCH TO SUPPORT RECOVERY ACTIONS

This category consists primarily of research and monitoring activities that have application to more than one of the foregoing elements.  In the General Recovery Program Support Action Plan, this element includes: monitoring populations and habitat and annually assessing changes in habitat and population parameters (i.e., population estimates); determining gaps in existing life-history information and recommending and conducting research to fill those gaps; and improving scientific research and sampling techniques.  Research activities are identified for each subbasin only to the extent that such activities are related to another recovery action in that subbasin.  Such identification does not preclude further research in that subbasin that may be identified later or that is identified in the General Recovery Program Support Action Plan.

The Recovery Program is updating data management to track individual fish via passive integrated transponder tags implanted in endangered fish handled by Recovery

BLM_0067562

Program hatchery and research personnel. In recent years, tag and re-sight events have greatly increased, primarily from increased number and survival of stocked fish, increased sampling associated with nonnative fish activities, and detections from several remote antennas installed in locations throughout the Upper Basin.  Antennas have significantly increased tag detections and researchers have now begun to incorporate these data into demographic analyses.  The Recovery Program has contracted with Colorado Natural Heritage Program to design and implement a web-based database that will store and query the large amount of tag data the Recovery Program now manages. The database will allow Recovery Program partners to input data more easily and effectively, and will allow outside researchers and the general public to interact with the data under various permission levels.  In 2014, Colorado Natural Heritage Program performed initial design of the database using examples of Recovery Program data. The database is planned for phased implementation that began in 2015. As of 2016, the STReaMS (www.streamsystem.org) has launched and is available to all Program partners.  Improvements and  full implementation will occur in FY 2017.

## 2.6   VI.  INCREASE PUBLIC AWARENESS AND SUPPORT FOR THE ENDANGERED FISHES AND THE RECOVERY PROGRAM

Public information and education is crucial to the Recovery Program's success.  A strategic, multi-faceted information and education program is being implemented to:
- develop public involvement strategies at the beginning of projects as warranted;
- educate target audiences (including media, the public and elected officials) about endangered fish and increase their understanding of and support for the recovery of these fish at local, state and national levels;
- provide opportunities for the public to participate in activities that support recovery; and
- improve communication and cooperation among members of the Recovery Program and their constituents.

Numerous site-specific activities are undertaken to promote understanding of, and support for, Recovery Program actions and to involve the public in decisions which may impact specific locations in the Upper Basin.  These include public meetings, presentations, communications (e-mails, newsletters, etc.), exhibits and distribution of Recovery Program publications.

In recent years, the Program has begun to place additional emphasis on educating the public regarding the gravity of illegal stocking. CPW and UDWR have placed signs warning the public not to transplant fish at various fisheries in western Colorado. Colorado, Wyoming, and Utah fishing regulations call special attention to the problem of and penalties for illegal stocking. Colorado's Nonnative Fish Management Work Group will consider illicit introductions as a component of a strategy to respond to Service's sufficient progress assessment.

18

BLM_0067563

The information and education element continues to develop a number of products including an annual *Field Report* (print and digital editions); up-to-date fact sheets; interpretive signs and displays; bookmarks; annual *Program Highlights* and other briefing documents; and a website.  In addition, the Recovery Program actively seeks news media coverage of its activities.  Special educational publications are produced as needed.  The Recovery Program also integrates social media into outreach strategies as appropriate.

Because funding for capital construction and ongoing operation and maintenance (O&M) for the Upper Colorado River and San Juan River Basin Recovery Programs is tied together in Federal legislation (Public Laws 106-392, 107-375, 109-183, 111-11 and 112-270), an annual publication is produced that highlights accomplishments of both recovery programs.  The *Program Highlights* publication serves as a briefing document for use by the non-Federal partners' annual visit to Washington, D.C., and is used for numerous other purposes throughout the year.

In addition to the *Program Highlights* document, the *Swimming Upstream* field report and freestanding exhibits (in both small and large formats) promote both the Upper Colorado and San Juan recovery programs.  Shared outreach efforts help ensure accurate, consistent information about the endangered fish species and efforts to recover them.  They have also proved more cost-effective by sharing publication production costs and exhibit fees.

The Upper Colorado and San Juan recovery programs will continue to work with other organizations throughout the Colorado River Basin to ensure that information about the endangered fishes is consistent, current, and accurate.

## 2.7   VII.  PROVIDE PROGRAM PLANNING AND SUPPORT

This work also is placed entirely under the General Recovery Program Support Action Plan.  Recovery Program planning and support includes planning and tracking recovery activities, participation in Recovery Program committees, and managing, directing, and coordinating the overall Recovery Program.  Another important program support activity involves securing the funding necessary to implement the Recovery Program.

BLM_0067564

## 3.0  DISCUSSION OF SUBBASIN RECOVERY ACTIONS

Following is a summary of the importance of the various subbasins in the Upper Colorado River Basin to the endangered fishes and a brief discussion of the major actions directed at recovering the endangered fishes in these subbasins.  Critical habitat in each of these subbasins is shown on the map on page 2. A more detailed accounting of the activities is found in Section 4.0.

### 3.1  GREEN RIVER

#### 3.1.1  Importance

The Green River system supports wild populations of humpback chub and Colorado pikeminnow and historically supported populations of bonytail and razorback sucker. Colorado pikeminnow abundance in the Green River has declined over the past decade, but wild spawning and recruitment are still occurring. Humpback chub are found in Desolation and Gray Canyons in the Green River; populations are apparently stable and continuing to reproduce and recruit in this location.  Razorback sucker became functionally extirpated in the Green River in the late 1990's, but have been reestablished through augmentation stocking.  Spawning aggregations are now found in the middle and lower Green river.  Collections of wild produced larval razorback have been on the increase in the Middle Green since 2007; wild produced Age 1+ juveniles were collected in the lower Green and Colorado rivers in 2013 and in the middle Green River in 2015. Bonytail are stocked in large numbers in the Green River, but are not surviving at high rates, although wild bonytail reproduction was confirmed in middle Green River wetlands (Stewart Lake and Johnson Bottom) in 2015 and 2016.

The importance of the Green River to the endangered fishes has been established in Recovery Program planning.  The Colorado Squawfish [Pikeminnow] Recovery Plan (U.S. Fish and Wildlife Service 1991) listed the Green River as the highest priority area for recovery of the species, and the recovery goals (U.S. Fish and Wildlife Service 2002c) consider the Green River subbasin as the center of the Upper Basin Colorado pikeminnow metapopulation.  Habitat in Desolation and Gray canyons supports a self-sustaining humpback chub population, and the last known riverine concentration of wild bonytail was in the Green River within Dinosaur National Monument (U.S. Fish and Wildlife Service 1990a, 1990b, 2002a, 2002b).  Recovery plans for humpback chub (U.S. Fish and Wildlife Service 1990a) and bonytail (U.S. Fish and Wildlife Service 1990b) identified the Green River in Desolation and Gray canyons and in Dinosaur National Monument as important to recovery.  Until recently, the Green River supported the last known riverine concentration of wild razorback sucker (Lanigan and Tyus 1989; U.S. Fish and Wildlife Service 1998, 2002d).

#### 3.1.2  Recovery Actions

Recovery actions in the Green River have focused on refining the operation of Flaming

20

Gorge dam to enhance habitat conditions for the endangered fishes, acquiring and restoring floodplain habitats for endangered fish use, and managing populations of nonnative fish species.  Flows in the Green River are influenced by tributary inputs, especially the Yampa River, as well as Flaming Gorge dam releases.  A biological opinion was issued on the operation of Flaming Gorge Dam in 1992.  This opinion contained seasonal flow recommendations for the Green River at Jensen, Utah, and called for additional research under a specific set of research flows to collect information needed to refine the flow recommendations (particularly flow recommendations for spring and winter) and to develop flow recommendations for other areas of the Green River. The effects of the test flows on the endangered fishes and their habitat were evaluated through a variety of studies through 1997, and a final report including revised flow recommendations was completed (Muth et al. 2000).  National Environmental Policy Act (NEPA) compliance on reoperation of Flaming Gorge Dam and a Record of Decision were completed in 2006.  A new biological opinion was completed in 2005.  A study plan for the implementation and evaluation of flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam was completed in 2007 (Green River Study Plan ad hoc Committee 2007). Following the 2006 Record of Decision, Reclamation provided peak flows that met or exceeded the Muth et al (2000) recommendations.  Reclamation achieved these peak flow magnitudes and durations by timing Flaming Gorge releases to match peak Yampa River flow, thus minimizing releases needed to achieve the targets. A 2011 synthesis by Bestgen et al. showed that after 1993, releases to match the Yampa peak occurred prior to larval razorback sucker drift and suggested that this approach may not be providing for successful razorback sucker recruitment.  In response, the Recovery Program proposed that Reclamation use the occurrence of razorback sucker larvae in channel margin habitats (an indication that larval drift is occurring in the river) as the "trigger" to determine when peak releases should occur from Flaming Gorge Dam (rather than trying to match the Yampa peak). A Larval Trigger Study Plan (LTSP; Larval Trigger Study Plan ad hoc Committee. 2012), consistent with the Muth et al. (2000) flow recommendations, is being implemented for an experimental period of about six years beginning in 2012. To date, LTSP operations have proven hugely successful, resulting in an autumn release of wild-produced Age-0 razorback sucker from floodplains to the Green River main channel; 2013-2015. In spring 2015, the Green River Evaluation and Assessment Team (GREAT) was convened to evaluate: 1) the Program's performance meeting the Muth et al. flow and temperature since the 2006 ROD; 2) the results of studies identified in the Green River Study Plan (e.g. Floodplain Synth; BW-Synth; and Nonnative studies); and 3) the need for revision of the recommendations.

Flow recommendations also have been developed for some tributaries to the Green River, such as the Yampa, White (interim flow recommendations; currently under revision),and Duchesne rivers.  In 2012, the PDO developed a position paper on minimum flow management in the Price River (Chart and Mohrman 2012).   Tributary and mainstem flow recommendations will be carefully coordinated to address recovery needs from an Upper Basin wide perspective.

21

BLM_0067566

An element of the 1992 Flaming Gorge Dam biological opinion identified the need to protect dam releases from possible diversion in the occupied habitat of the endangered fishes.  The initial focus of this effort was to legally protect Flaming Gorge releases in the Green River down to the confluence of the Duchesne River for the months of July through October.  In 2010, Utah identified a legal and technical process and schedule to protect recommended year-round flows for the endangered fishes on the Green River in Utah, which is scheduled to culminate with  legal streamflow protection in 2019 (Utah Department of Natural Resources 2010; Mike Styler and Henry Maddux, UDNR, personal communication).

Other Green River activities involve restoration of bottomlands adjacent to the Green River that flood in the spring and provide important habitat for razorback sucker and Colorado pikeminnow.  Levees have been breached to restore 9 sites (574 acres) and six perpetual easements were acquired (1008 acres). Speas et al. (2017) reviewed the Recovery Program's floodplain management activities and provided recommendations for how to proceed (see Section 2.2. above)

Projects to identify nonnative fish management strategies for the Green River have been implemented.  Active management of northern pike (*Esox lucius)* began in 2001. Active management of smallmouth bass began in 2004.  Walleye also are emerging as a threat in the Green River and active management began in 2013.  White sucker removal also is occurring to reduce hybridization with native suckers (Skorupski et al. 2012).  Gizzard shad, green sunfish, and burbot are other species of concern, but active management of these species has not been proposed by the Recovery Program.

Increased catches of walleye in the middle Green River are likely linked to escapement of individuals from Starvation Reservoir and an illegally introduced population in Red Fleet Reservoir (Johnson et al. 2014).  UDWR completed a rotenone treatment of Red Fleet Reservoir in the fall of 2015 to eliminate this source population. The treatment was followed by stocking of compatible sport fish under an approved lake management plan, with plans for a downstream screening structure. UDWR is also planning an escapement solution for Starvation Reservoir (see Duchesne River); a temporary solution has been in place the last three years.  Lake Powell may be a source of walleye in the lower Green River; however, a solution to prevent their escapement has not yet been developed.

Refuge (captive) populations of razorback sucker collected from the Green River are being maintained at the Ouray National Fish Hatchery, Ouray, Utah, with backup broodstock being maintained at Wahweap State Fish hatchery, Big Water, Utah.  A plan for augmenting razorback sucker in the Green River using hatchery propagated fish is being implemented.  Stocking of bonytail at Echo Park was initiated in 2000 in accordance with a stocking plan developed by the State of Colorado.  The Revised Integrated Stocking Plan requires stocking of bonytail and razorback sucker in the Green River near Jensen and Green River, Utah.  Bonytail stocking sites were

22

BLM_0067567

evaluated as part of revision of  the integrated stocking plan (Integrated Stocking Plan Revision Committee 2015).

Population estimates are conducted in the Green River subbasin for Colorado pikeminnow, humpback chub, and most recently for razorback sucker, but not for bonytail. Population estimates for Colorado pikeminnow in the entire Green River subbasin began in 2001 (Bestgen et al. 2005).  These estimates are conducted on a 3-year on, 2-year off cycle, with the first three-year sampling period having occurred from 2001 to 2003.  The second 3-year "on" period was completed during 2006–2008 and showed an increase in the numbers of adult fish in the Green River population (Bestgen et al. 2010).  A third 3-year sampling period was completed in 2013.  Preliminary analyses of the most recent data indicates that population has declined throughout the sub-basin, especially in the Yampa River basin.  Population estimates for humpback chub in Desolation and Gray canyons were conducted in 2001 and 2002, and expanded in 2003 (Jackson and Hudson 2005).  In the mid-2000's, this population appeared to decline and recommendations were made to secure the genetics by bringing fish into captivity (Badame 2012).  In 2009, twenty-five adult humpback chub were captured and taken to the Ouray National Fish Hatchery, Randlett Unit; of these 25, 11 remain. UDWR resumed humpback chub population estimation in Desolation and Gray Canyons in 2014; specific site estimates were extrapolated to canyon(s)-wide estimate of 1,863 adult humpback chub (Howard 2014).  There are no significant trends in site-specific population estimates between 2006 and 2015.

Selenium contamination of water and soil in Stewart Lake and Ashley Creek near Jensen, Utah, may adversely affect endangered fishes.  The Bureau of Reclamation and Utah Division of Wildlife Resources manages ongoing remediation of Stewart Lake, in the form of fill, drain, and dry.   Historic selenium levels in bottom sediments exceeded 15 ppm but the goal is 4 ppm or less (USGS 2003). The most recent sediment samples, taken in 2012, average less than 9 ppm and  indicate that selenium concentrations decline substantially following high flow years on the Green River. Despite elevated selenium levels,  UDWR has documented rapid growth of razorback sucker larvae entrained into Stewart Lake under the LTSP  suggesting it can play an important role in recovery of razorback sucker (Breen and Skorupski 2012, 2013, Schelly et al. 2014). Continued coordination with the selenium remediation team is necessary to maximize secondary benefits (periods of inundation) to endangered fish.

## 3.2  YAMPA RIVER AND LITTLE SNAKE RIVER

### 3.2.1  Importance

The Yampa River is the largest remaining substantially unregulated river in the Upper Colorado River Basin, and its inflow into the Green River, 65 miles downstream of Flaming Gorge Dam, ameliorates some effects of dam operation on river flow, sediment load, and temperature (Muth et al. 2000).  Holden (1980) concluded that flows from the Yampa River, especially spring peak flows, were crucial to the maintenance of the Green River's "large-river" characteristics and, therefore, very important to maintaining

BLM_0067568

suitable conditions in the Green River downstream of the confluence.  The Yampa River supports resident subadult and adult Colorado pikeminnow, contains one of the primary Colorado pikeminnow spawning areas in the Upper Basin, and was a major producer of endangered fishes for the entire Green River subbasin (Tyus and Karp 1989).  A small population of humpback chub historically existed in the Yampa River in Dinosaur National Monument (Tyus and Karp 1989; U.S. Fish and Wildlife Service 1990a, 2002a), but is now believed to be extirpated. .  Historically, spawning aggregations of adult razorback sucker were observed near the mouth of the Yampa River, and adult razorback sucker were captured upstream to the mouth of the Little Snake River (Tyus and Karp 1989).  The lower portion of the Yampa River was part of the historic range of bonytail and was associated with some of the last captures of wild fish.  The Bonytail Recovery Plan (U.S. Fish and Wildlife Service 1990b) identified the Yampa River within Dinosaur National Monument as a high priority recovery and/or restoration site.  As discussed earlier, the number of adult Colorado pikeminnow residing in the Yampa River has been greatly reduced, largely because of persistent high densities of nonnative predators, and perhaps also because of extended drought.

The Little Snake River provides approximately 28% of the Yampa River's flow and 60% of the Yampa River's sediment supply.  The sediment supply of the Little Snake River is believed to be important to the maintenance of backwater nursery areas utilized by young Colorado pikeminnow in the Green River (Smith and Green 1991).  Adult Colorado pikeminnow have been captured in the Little Snake River upstream to near Baggs, Wyoming, and humpback chub have been captured in the lower 10 miles of the Little Snake River (U.S. Fish and Wildlife Service 2002a, 2002c).

### 3.2.2  Recovery Actions

Recovery actions in the Yampa River are focused on control of nonnative fishes and maintaining and legally protecting the flow regime required to recover the endangered fishes.

Colorado filed for a junior instream-flow water right for the Yampa River between the confluences of the Williams Fork and Little Snake rivers in December 1995.  Forty-eight statements of opposition were filed against these filings in State water court.

As a result of concerns expressed by the Service and other Recovery Program participants, CWCB withdrew the baseflow and recovery flow instream-flow filings on the Yampa and Colorado rivers.  With the approval of the PBO for the upper Colorado River upstream of the Gunnison River confluence, CDOW staff was instructed by CWCB to develop new methodologies and flow recommendations.

To achieve flow protection objectives, the Recovery Program developed the Yampa River Management Plan with extensive local input.  The Plan identifies management actions necessary to provide and protect the needs of the endangered fishes while existing depletions for human use continue and water resources are developed to serve foreseeable future human needs in the Yampa River basin (Roehm 2004).  A

24

cooperative agreement implementing the Yampa River Management Plan and a PBO were completed for the Yampa River in 2005.

The Yampa River Management Plan proposed to augment Yampa River base flows in accordance with the Yampa River flow recommendations (Modde et al. 1999). Of thirteen alternatives identified and evaluated in the Plan, enlargement of Elkhead Reservoir provided the most reliable water supply at a moderate cost. Construction of enlargement for human and endangered fish water supplies is complete and water releases for the endangered fish began in 2007. The Recovery Program funded a 5,000 af pool of permanent storage out of the 12,000 af Elkhead enlargement and has the option to lease up to an additional 2,000 af on an as-needed basis from the Colorado River Water Conservation District. In 2016, the Recovery Program agreed to partner with the Colorado River Water Conservation District, Maybell Irrigation District, and the Yampa-White River Roundtable to install an automated gate in the Maybell Canal to return Elkhead fish releases, enhancing flows to ten mile reach of the Yampa River.

The Recovery Program and CWCB reevaluate the need for instream-flow filings or other protective mechanisms at least every 5 years and document their findings. The Recovery Program determined in November 2011 that additional permanent protection in the form of instream flow filings was not deemed necessary at that time. As part of the pending Yampa River depletion accounting report, CWCB will make an estimate of current and projected future depletions and will recommend whether or not additional instream flow filings or other flow protection mechanisms should be considered.

Flow contributions from the Little Snake River, as they assist in recovery in the Yampa River, were identified after estimated future depletions were accounted for in the Yampa River Management Plan and Environmental Assessment (Roehm 2004).

The Recovery Program has evaluated several low-head agricultural-water diversion dams on the Yampa River for Colorado pikeminnow passage. A variety of existing diversions between Craig, Colorado, and Dinosaur National Monument were inventoried in 1994–1995. Disturbance of fish habitat related to maintenance of diversion structures was evaluated and found to be minimal based on the limited area and duration of the disturbance. Several diversions were identified as possible barriers to fish migration under certain conditions (Hydrosphere 1995a). However, due to uncertainties about whether these diversions were in fact barriers to Colorado pikeminnow movement during the migration period, a study was conducted to determine threshold flows for adult Colorado pikeminnow passage on the Yampa River between Craig and Dinosaur National Monument (Masslich 1993). It was determined that these barriers present little if any problem to fish movement during the periods when Colorado pikeminnow migrate to and from spawning habitats downstream. Evaluation of entrainment of Colorado pikeminnow in the larger Maybell diversion began in 2007 and continued in 2011 and 2012. Only one endangered fish, a Colorado pikeminnow, was detected in 2012 (Speas et al. 2014). The Service's 2014 Sufficient Progress memo concluded that due to

BLM_0067570

relatively low rates of entrainment, an exclusion device would not be cost effective. The Service recommended that the Recovery Program should strive to offset impacts at the Maybell Canal by completing the Yampa River nonnative fish control actions identified in the RIPRAP addendum included in their 2013 memo.

The Recovery Program began removing nonnative sportfish from certain reaches of the Yampa River and, where feasible, relocating them to more acceptable waters in 1999. Active management of channel catfish in Yampa Canyon began in 2001, but the Recovery Program discontinued this work in 2007 (except for incidental removal of very large fish) to focus on the control of smallmouth bass, whose population expanded dramatically in the early 2000s coincident with the abrupt decline in small-bodied and juvenile native fishes and a rapid increase in virile crayfish (*Orconectes virilis*) (Martinez 2012).  Active removal of northern pike downstream of Hayden began in 2003.  The Recovery Program now removes smallmouth bass and northern pike at some level of intensity from Steamboat Springs downstream to the confluence with the Green River.

Northern pike distribution in the Yampa River extends from reservoirs in the upper reaches downstream to the Green River, but pike numbers are highest in the cooler upstream reaches. CPW has undertaken remediation projects to reduce northern pike spawning habitat in the upper Yampa River.  Active removal of northern pike downstream of Hayden began in 2003.  In 2004, the Recovery Program began tagging northern pike in the Yampa River upstream of the Hayden Bridge to determine if it is a significant upstream source of northern pike moving downstream into critical habitat.  In 2005, CPW began work to determine sources of northern pike that may gain access to endangered fish critical habitat in the Yampa River.  Prior to the 2011 sampling season, the Recovery Program recommended and CPW agreed to discontinuing the pike marking pass in the Yampa River buffer zone between Hayden and Craig. Translocation of pike to off-channel waters was discontinued in 2014.  In 2015, Colorado State University completed an investigation of northern pike abundance and population dynamics in the Yampa River during the removal period of 2004 to 2010 (Zelasko et al., 2015). Northern pike abundance was highest in upstream reaches, but survival was highest in downstream reaches. Combined immigration and recruitment from river and reservoir sources were determined to offset northern pike removal rates; therefore northern pike removal rates in the Yampa River were deemed insufficient to reach removal targets without reducing reproduction and escapement.

Northern pike were illegally introduced into Stagecoach Reservoir and subsequently spread downstream into the privately owned Catamount Reservoir.  Catamount is known to contribute northern pike downstream into the Yampa River, including in critical habitat (Orabutt 2006; Finney and Haines 2008; Martin and Wright 2010).  CPW conducts intensive mechanical removal of northern pike from Catamount Reservoir and is working with the Catamount Ranch and Club (CRC) to restore the trout fishery there. CRC has implemented must-kill for northern pike in the reservoir.  Pike numbers and the size of captured pike have been reduced, but individuals can reinvade the reservoir from Stagecoach Reservoir upstream; however, only one pike confirmed to have

BLM_0067571

escaped from Stagecoach Reservoir has been captured in Catamount Reservoir in the last 5 years.

Unlike northern pike, smallmouth bass densities in the Yampa River are higher in the lower, warmer portions of the river.  Active removal of smallmouth bass in a 12-mile treatment reach in Little Yampa Canyon, a 5-mile treatment reach in Lily Park, and in the lower Yampa River in Yampa Canyon began in 2004.  The 12-mile treatment was expanded to 24 miles in 2006 in order to geographically include a greater portion of the targeted population.  Removal was also expanded in 2006 to include the South Beach reach immediately upstream of the Little Yampa Canyon treatment reach in order to focus control on concentration areas.  In 2009, smallmouth bass removal was expanded throughout critical habitat on the Yampa River.  Prior to the 2011 sampling season, the Recovery Program recommended and CDOW agreed to cease translocation of adult smallmouth bass from the Yampa River into Elkhead Reservoir due to concerns about the rate of escapement of translocated and resident smallmouth bass from the reservoir and the propagule pressure and proliferative capacity of these escapees within critical habitat.  The Recovery Program's multi-year assessment of smallmouth bass escapement from Elkhead Reservoir is complete (Breton et al. 2013) and demonstrated that a solution for nonnative fish escapement was needed.  In 2016, Program partners completed installation of  a net across the spillway to eliminate further escapement. The net is supported by an updated lake management plan that describes in-reservoir actions to disadvantage the existing populations of northern pike and smallmouth bass.

The programmatic synthesis of smallmouth bass (Breton et al. 2014) populations in the upper Colorado River basin is also completed.  In general, abundant year classes of young smallmouth bass produced in low flow and warm years such as 2007 have potential to overwhelm removal efforts, and the year class persists for one or more years. Nonetheless, it appears that increased electrofishing removal efforts from 2007 to 2011 resulted in sustained reductions in density of smallmouth bass sub-adults and adults throughout the upper basin despite environmental conditions that favored smallmouth bass reproduction in some years (e.g. 2007 and 2009) (Breton et al. 2014).

The Recovery Program's Integrated Stocking Plan (Nesler et al. 2003) outlines plans for stocking bonytail in the middle Green River which includes the confluence of the Yampa River.  Stocking bonytail at the confluence of the Yampa and Green rivers was initiated in 2000.  The Integrated Stocking Plan was revised (Integrated Stocking Plan Revision Committee 2015) and more and larger bonytail are currently being stocked at Echo Park and/or Deerlodge.

## 3.3  DUCHESNE RIVER

### 3.3.1  Importance

Colorado pikeminnow and razorback sucker regularly utilize the mouth of the Duchesne River especially during spring runoff.  Fishery surveys conducted in 1993 documented the use of the lower 15 miles of the Duchesne River by Colorado pikeminnow and

27

BLM_0067572

razorback sucker (Cranney 1994).  More recently, limited fish surveys have been conducted in the lower 33 miles of the Duchesne River and have documented presence of  razorback sucker and bonytail (Groves and Fuller 2009).  And most recently, in 2010 one Colorado pikeminnow was found near the town of Randlett by the Ute Indian Tribe (Fuller and Groves 2010).

3.3.2  Recovery Actions

Initial flow recommendations were developed for the Duchesne River in 1995 to address immediate concerns of several proposed water projects being considered in the Duchesne River basin.  A follow-up study to evaluate and refine these flow recommendations began in 1997 and was completed in 2003 (Modde and Keleher 2003).  A water availability study was completed that identified sources of water to meet the flow recommendations.  A coordinated reservoir operations study was completed in 2004.  The Duchesne Biological Opinion issued in 1998 was updated in 2005. The 2005 update set targets for maintaining 50 cfs of baseflows year-round and 115 cfs of baseflows during periods of fish migration.  It also formalized high flow recommendations  based on an evaluation of the high flows that occurred during the 1977-2002 period of record and the response of sediment and other channel characteristics to these flows.  Agreements were developed to provide flows in the Duchesne River for the endangered fishes, primarily based on voluntary cooperation between water managers, water users, and government agencies.  Since 2005, the local Duchesne River Workgroup has improved water operations and provides baseflows for native fish at increasingly better frequencies (Central Utah Water Conservancy District, 2013).

The Recovery Program participated in rehabilitation of the Myton Townsite Diversion Dam on the Duchesne River (completed in 2009) to help implement the flow recommendations for the endangered fish.  More recently, the Ute Tribe, Utah Division of Wildlife Resources, Bureau of Reclamation, and the U.S. Fish and Wildlife Service funded and constructed a selective fish passage structure on this diversion to allow fish passage and to increase available habitat for endangered and other native fishes.  In addition, a Candidate Conservation Agreement with Assurances (CCAA) and Safe Harbor Agreement (SHA) were finalized for the portions of the Duchesne River between the Myton and Knight diversions and the Strawberry River below Starvation Reservoir. These agreements between the State of Utah, U.S. Fish and Wildlife Service, and the Associated Water Users of the Strawberry and Duchesne Rivers, formalizes the agreement to allow water from Starvation Reservoir to reach the Myton Diversion without being claimed by irrigators in return for guarantees for no future Endangered Species Act requirements from the Service. UDWR operated the Myton Fish Passage in 2016 but did not document any endangered species.
Nonnative fish management has occurred intermittently in the Duchesne River since the mid-2000s, but is not currently being conducted. Nonnative fish escapement from reservoirs in the Duchesne River basin is considered a priority and solutions are being developed.  In 2011, isotopic analyses indicated that Starvation Reservoir and/or Lake

28

BLM_0067573

Powell are a source of walleye entering the Green River; therefore, preventative escapement measures were re-evaluated. UDWR has funded the design of a permanent screening solution for the Starvation Reservoir spillway stilling basin. A temporary barrier has been in place and operated the last three years. A working group of Program partners and stakeholders met in January 2017 and plan to construct the permanent barrier in fall of 2017.

## 3.4   WHITE RIVER

### 3.4.1   Importance

Construction of Taylor Draw Dam in 1984 blocked native fish passage in the White River, including Colorado pikeminnow migration. However, adult Colorado pikeminnow occupy the White River downstream of Taylor Draw Dam near Rangely, Colorado, in relatively high numbers.  Adult Colorado pikeminnow residing in the White River are known to spawn in the Green and Yampa rivers.  However, in 2011, researchers documented for the first time razorback suckers and Colorado pikeminnow spawning in the White River (Webber et al. 2013).  Juvenile and subadult Colorado pikeminnow also utilize the White River on a year-round basis.  Incidental captures of razorback sucker have been recorded in the lower White River.  A passive integrated antenna array near the Bonanza Bridge (installed September 2012) demonstrated that razorback sucker and Colorado pikeminnow use the Utah portion of the White River in higher numbers than previously thought.  The White River within Utah appears to be a stronghold for native fishes and management efforts in this basin should strive to preserve this feature of the river (Breen and Hedrick 2009, 2010).  However, a recent expansion of smallmouth bass in the White River is a cause for concern for this native fish stronghold.

### 3.4.2   Recovery Actions

A work plan for the White River (Lentsch et al., 2000) was developed to synthesize current information about the endangered fish and provide recommendations for specific recovery actions, including the merits of providing fish passage at Taylor Draw Dam.  Interim flow recommendations for the White River were completed in 2004 (Irving et al. 2004) and a review began in 2009.  A White River management plan is being drafted in 2017, will ultimately serve as the basis for a White River programmatic biological opinion (expected completion date of 2018).  This management plan will include flow recommendations. Instream-flow filings are on hold pending reevaluation of how flows will be legally protected in Colorado.

In 2011, researchers reported increasing abundance of smallmouth bass and evidence of reproduction.  The Recovery Program began intensive removal of smallmouth bass from the White River in 2012 and has increased effort in this subbasin in subsequent years. The clear, warm water below Taylor Draw Dam provides ideal spawning habitat for smallmouth bass, even in years in which other basins see reduced reproduction. The population is apparently increasing in distribution downstream into Utah, with multiple

29

age-classes present. Further efforts need to investigate how to sufficiently disadvantage this emerging population in a native fish stronghold.

## 3.5  COLORADO RIVER

### 3.5.1  Importance

The mainstem Colorado River from Rifle, Colorado, to Lake Powell, Utah, supports populations of humpback chub and Colorado pikeminnow, and is recognized as important to the recovery of all four endangered fishes (U.S. Fish and Wildlife Service 1990a, 1990b, 1991, 1998, 2002a, 2002b, 2002c, 2002d).  Relatively large populations of humpback chub occur at Black Rocks and Westwater canyons near the Utah-Colorado state line.  However, both populations appear to have experienced a decline around the year 2000 and have remained low since that time (Elverud 2012; Francis and McAda 2011).  Population estimates began again in 2011 and the Recovery Program will consider results and recommendations from Francis et al. and Hines et al. 2016 in deciding what steps need to be taken.  A smaller humpback chub population occurs in Cataract Canyon where some of the last wild bonytail in the Colorado River were collected.  All life stages of Colorado pikeminnow occur in the section of river from Palisade, Colorado, downstream to Lake Powell.  Numbers of adult Colorado pikeminnow have remained stable since 1992 (Osmundson and White 2009). However, the most recent (preliminary) population estimates (collected in 2013 - 2015) indicate the adult population has declined to about 400 individuals, among the lowest estimates on record.  However, researchers report strong numbers of subadults and record high catch of age-0 Colorado pikeminnow in 2015.  Since 2008, with the completion of the Price-Stubb fish passage structure (the third of three such capital projects), the endangered fish have regained access to historically occupied reaches of the Colorado River upstream of Palisade, Colorado.   Wild razorback sucker populations in the mainstem Colorado River declined precipitously in the early years of the Recovery Program, but stocked individuals have been accumulating over the past decade.   Wild-produced Age 1+ and 2+ juveniles were collected in the lower Colorado River in 2013.

### 3.5.2  Recovery Actions

A variety of recovery actions are planned, ongoing, or completed for the Colorado River. Numerous approaches are being taken to restore flows in the 15-mile reach immediately upstream from the confluence of the Gunnison River to levels recommended by the Service.  Reclamation has made available 5,000 acre-feet of water annually plus an additional 5,000 acre-feet in four of every five years from Ruedi Reservoir to augment flows in the 15-mile reach during July, August, and September. In addition, water is available from the permanent commitment of 10,825 acre-feet/year from East and West slope water users.  East and West slope 10-year commitments were secured in 2000 by Memoranda of Agreement (MOA) with the Colorado River Water Conservation District (CRWCD) and Denver Water for delivery of 5,412 acre-feet of water from Wolford Mountain Reservoir and 5,412 acre-feet from Williams Fork Reservoir, respectively (extended through 2013).  To replace these interim sources of

30

BLM_0067575

water and meet their obligations to provide 10,825 af of water to the 15-mile reach on a permanent basis, East and West slope water users cooperatively analyzed a wide range of alternatives, reaching consensus on the "Lake Granby-Ruedi" option.  A contract to provide Ruedi Reservoir water by water user agreement to provide a permanent source of water was completed in 2012.  The Lake Granby contracts/agreements were  completed in 2013.  Implementation of the permanent sources occurred during the 2013 irrigation season.  The Service's average monthly summer base flow recommendation of 810cfs continues to be difficult to achieve / maintain during dry years.  However, the summer base flow augmentation program often increases instantaneous flows in the 15-mile reach by 200 cfs or more. The Program is working to improve the overall strategy for flow augmentation in the 15 mile reach to be considered each spring and adjusted as the year progresses, addressing all possible sources of water, priorities, antecedent conditions, projected flows and supplies, including OMID, Grand Valley Project, CFOPS, etc. In August 2015, the CWCB entered into a one-year lease agreement with Ute Water Conservancy District for water stored in Ruedi Reservoir to supplement flows for existing instream water rights on the Colorado.  That agreement allowed CWCB to lease between 6,000 acre-feet and 12,000 acre-feet of water from Ruedi for instream flow use in the 15-Mile Reach.  9,000 acre-feet were leased in 2015.  In 2016, another lease (yield = 12,000 acre-feet) was signed with future options.

In April 2013, below average snowpack, low runoff conditions, and early onset of the irrigation season resulted in predictions of flows less than 200 cfs in the 15 Mile Reach. In light of potential extreme low flows in the summer of 2013, consensus was reached to conserve upstream storage for late summer flow augmentation. Subsequently, cold temperatures further curtailed runoff, resulting in flows in the range of 50 cfs or less in the 15 Mile Reach.  In the future, water users and the Service will address the potential for this situation to recur as part of the normal HUP calls regarding water management for the 15 Mile Reach and determine what measures if any should be taken based on current conditions.  This should avoid a repeat of the extreme low flows in the spring. The Service and water users will formalize and implement more specific recommendations to deal with the situation should it recur in the future.

In 1992, Colorado filed an application in State water court for a 581 cubic feet per second (cfs) instream-flow right in the 15-mile reach for the months of July, August, and September.  In 1994, Colorado filed for a 300 cubic feet per second instream flow right on the return flows available in the 15-mile reach during the same months.  Final decrees for both of these water rights were issued in 1997.  Colorado filed for junior instream-flow rights on additional base flows and recovery goals in the 15-mile reach in December 1995, which was opposed in State water court.

As a result of concerns expressed by the Service and other Recovery Program participants, CWCB withdrew the baseflow and recovery flow instream-flow filings on the Colorado and Yampa rivers.  With the approval of the PBO for the upper Colorado River upstream of the Gunnison River confluence, CDOW staff was instructed by CWCB to develop new methodologies and flow recommendations.  The Recovery

BLM_0067576

Program and CWCB will reevaluate the need for instream-flow filings or other protective mechanisms at least every 5 years and document their findings.

Water is being provided to the 15-mile reach through an MOA with CRWCD for delivery of up to 6,000 acre-feet of water from Wolford Mountain Reservoir.  Other sources of water for the 15-mile reach include construction of the Grand Valley Water Management Project and operation of Federal and private projects.  A study of options for providing additional water primarily to augment spring peak flows was completed in 2003.  Water users are exploring ways to increase participation in expanded coordinated reservoir operations as recommended in the study report.  Earlier coordinated reservoir operations for the 15-mile reach began in 1997.  From 1997 to 2015, 1,742,037 acre-feet of water has been released from reservoirs in the upper reaches of the mainstem (including Green Mountain, Ruedi, Wolford Mountain Williams Fork, Granby Windy Gap, Willow Creek, and the Palisade Bypass) to enhance spring and summer flows to improve habitat in the 15-mile reach near Grand Junction.  Reclamation and the municipalities of Grand Junction, Palisade, and Fruita have signed municipal-recreation agreements to deliver additional Orchard Mesa Check Settlement water and Grand Valley Water Management Plan water to benefit endangered fish. In 2000, Reclamation entered a 5-year contract to deliver Green Mountain surplus water to the city of Grand Junction for municipal/recreational purposes and that contract was renewed on 8/29/2007 through 12/31/2012.  In 2015, Reclamation and the municipalities signed a 40-year agreement that can accommodate as much as 66,000 af – the entire Green Mountain Historic Users Pool.  Under the previous agreements, Reclamation has delivered as much as 61,000 af/year.

The Service completed their Gunnison River Basin Programmatic Biological Opinion (PBO) in December, 2009.  In April 2012, Reclamation signed their Record of Decision on an EIS to re-operate the Aspinall Unit to provide flows for endangered fish in the Gunnison and Colorado rivers.  The Recovery Program will conduct monitoring under the PBO and the Aspinall Unit Study Plan (2011) to assess how well the operation of the Aspinall Unit contributes to meeting target flows in the Gunnison and Colorado rivers and to help determine if managed flows from the Gunnison and the Colorado rivers are sufficient for recovery in the Colorado River from the Gunnison River to the confluence of the Green and Colorado rivers.  After this monitoring and assessment are completed, the Service's flow recommendations for the Colorado River at the Utah-Colorado state line (McAda 2003) may be revised, or others may be developed, as necessary.

Reclamation has constructed fish passage at the GVIC and GVP diversion dams on the upper Colorado River. Construction of passage at the Price-Stubb diversion dam was completed in 2008.  The Price-Stubb passage was retrofitted with PIT tag antennas in 2010 and has detected bonytail, razorback sucker, Colorado pikeminnow and other native fish.  Fish passage at these diversion dams benefits all four species of endangered fish (as well as other non-listed, native species) by providing access to approximately 50 miles of the river that was used historically by these fishes.

BLM_0067577

To prevent entrainment of endangered fishes into diversion canals, fish screens have been constructed at GVIC and at the Grand Valley Project.  The Recovery Program also salvages fish from these canals when the screens cannot be operated full-time throughout the irrigation season. Salvage has been necessary every year since screens were completed.  From 2009-2013, the GVIC screen was operating, on average, 60% of the days during the irrigation season; during 2015, it was operational 84% of the season.  During 2012 and 2013, the GVP screen was operating 77% of the days during the irrigation season; during 2015 it was operational approximately 95% of the season.

To restore floodplain habitats, levees have been breached at 3 sites (46 acres) and ten properties acquired in perpetual easement or fee title to protect 394 acres. Other off-channel ponds are managed to reduce the threat of nonnative inputs. In 2015, Colorado Parks and Wildlife installed a Merwin trap net at a connected pond near Rifle, CO to prevent northern pike from reaching the Colorado River.

Nonnative fish are also a threat to recovery in the Colorado River drainage. Active removal of smallmouth bass began in 2004, and largemouth bass, northern pike, white sucker, and walleye also are targeted.  A CSU/CDOW study to determine the source of centrarchid fishes suggested that floodplain pond contributions to riverine nonnative fish populations fluctuate with the interannual variations in flow regime and river–pond connectivity (Whitledge et al. 2007). Recovery Program projects remove nonnative fish from selected streamside ponds in order to limit the escape of these individuals into the river when they connect.  Recovery Program concerns about increasing collections of northern pike in the Colorado River near Rifle led to increased removal efforts beginning in 2011. In 2013, CPW installed a fish screen to prevent nonnative fish escapement from Rifle Gap Reservoir in 2013.  Expansion of walleye numbers in the lower reaches observed in 2013 has raised concerns (these fish may be coming from Lake Powell) (Francis and Ryden 2014).  Specifically, walleye catches have greatly increased in the lower reaches of the Colorado River, overlapping with nursery habitat for Colorado pikeminnow. Documented predation on juvenile Colorado pikeminnow (~250mm) in this reach demonstrates the impact that predatory walleye can have on recruitment of the long-lived pikeminnow.

Operation of the fish barrier net at Highline Reservoir has been ongoing since 1999; the net was replaced in March 2006 and again in March 2014.  Annual maintenance at Highline Reservoir to flush sediment requires unscreened releases from the outlet works.  These releases are carefully timed in late summer when released waters are anoxic so as to minimize escapement of smallmouth bass and largemouth bass which occur in Highline Reservoir.

Razorback sucker and bonytail are being stocked in the Colorado River in accordance with the revised Integrated Stocking Plan (Integrated Stocking Plan Revision Committee 2015).

BLM_0067578

Razorback sucker spawning activity was documented in the Colorado River inflow of Lake Powell in 2014-2016 (near Trachyte Creek and Castle Butte). Biologists collected 954 adult razorback sucker between 2 and 14 years old from 2014-2016; 8% were without a PIT tag.  In 2014, 811 larvae were collected and in 2015 biologists identified 3 spawning areas in the Lake Powell inflow area.

## 3.6  GUNNISON RIVER

### 3.6.1  Importance

The Gunnison River is currently occupied by Colorado pikeminnow and is historic habitat for razorback sucker and presumably bonytail.  Several adult Colorado pikeminnow were captured in the Gunnison River in fishery surveys conducted in 1992 and 1993.  Unrestricted upstream migration of fish had been limited by the 10-foot high Redlands diversion dam located 2 miles upstream from the mouth of the Gunnison River.  Several Colorado pikeminnow larvae have been collected in the Gunnison River upstream and downstream of the Redlands diversion dam.  Kidd (1977) reported that adult razorback sucker were collected frequently by commercial anglers near Delta, Colorado, between 1930 and 1950.  Razorback sucker larvae were collected in the Gunnison River (Osmundson and Seal 2009), and the reach near Delta is considered a priority razorback sucker restoration site.  The native fish assemblage in the Gunnison River is presently less impacted, compared to other rivers, by nonnative fishes (particularly piscivorous species). CPW management efforts are emphasizing preserving this feature of the river.

### 3.6.2  Recovery Actions

Recovery activities on the Gunnison River are focused on operating and evaluating a fish ladder at the Redlands diversion dam, re-operating the Aspinall Unit to improve flow/habitat conditions in the Gunnison River, and restoring flooded bottomland habitats near Delta.  Perpetual easements have been acquired on three properties (198 acres) for bottomland habitat.  Construction of a fish ladder at the Redlands diversion dam was completed in 1996 and has provided for passage of all four endangered fishes and other native fishes (as well as allowing exclusion of nonnative fishes).  In 2016, a record annual catch of 33 Colorado pikeminnow and 17 bonytail used the Redlands fish ladder and were transported upstream to Delta at river mile 57.1 to help encourage retention of these fish in the Gunnison River. One of these fish was detected on a PIT antenna at Roubideau Creek in summer 2016.In 2010, the first humpback chub (previously captured in Westwater Canyon, Utah) used the ladder. To prevent entrainment of adult and subadult endangered fish into diversion canals, a fish screen was installed at Redlands in 2005.  In 2016,  the Redlands screen was in operation 96% of the days during the irrigation season.

A 5-year research plan to evaluate the effects of reoperation of the Aspinall Unit on the endangered fishes and their habitat was completed in 1997.  During this research period, Reclamation and Western Area Power Administration provided test flows.  The

34

BLM_0067579

research culminated with the Service's flow recommendations in 2003 (McAda 2003). The Service completed their Gunnison River Basin Programmatic Biological Opinion (PBO) in December, 2009.  In April 2012, Reclamation signed their Record of Decision on an EIS to re-operate the Aspinall Unit to provide flows for endangered fish in the Gunnison and Colorado rivers.  A study plan to evaluate effects of Aspinall Unit operations to benefit habitat and recovery of endangered fishes in the Gunnison and Colorado rivers was completed in 2011 (Aspinall Unit Study Plan *ad hoc* Committee 2011). A Gunnison River fish community monitoring study was initiated in 2011 to evaluate Aspinall reoperation. A team of geomorphology experts convened in 2013 and 2014 to review the findings of the USGS sediment transport study (Williams et al., 2013) and recommend methodologies the Recovery Program should consider to further evaluate the physical habitat expectations of the peak flow recommendations for the Gunnison and Colorado rivers. Recommendations from the resulting Peak Flow Technical Supplement (LaGory et al. 2015) were incorporated into the RIPRAP.  The supplement offers a range of study approaches and prioritizes river reaches to evaluate the peak flow aspects of the Program's flow recommendations.  High priority is placed on collecting suspended sediment data and investigating bed load transport within ongoing programs of NPS and USGS. The Service's flow recommendations for the Gunnison River (McAda 2003) may be revised and then legal protection of Aspinall releases and State protection of instream flows in the Gunnison River will be addressed.

The 2009 Gunnison Basin PBO included a requirement for Reclamation to "develop and implement a Selenium Management Program (SMP), in cooperation with the State of Colorado and Gunnison River basin water users to reduce adverse effects of selenium on endangered fish species in the Gunnison and Colorado rivers…"  An SMP Action Plan was developed and is updated regularly to reduce the existing selenium load from existing sources and prevent, minimize, or mitigate potential new selenium loading from new activities.  Muscle plugs have been collected from endangered and surrogate species to determine baseline selenium concentrations and evaluate effectiveness of selenium remediation.

Beginning in 1995, the Service experimentally stocked razorback sucker in the Gunnison River near Delta.  The State of Colorado stocking plan for razorback sucker was revised in 2003 to stock fewer but larger fish (as was the Program's Integrated Stocking Plan, Integrated Stocking Plan Revision Committee 2015).  Stocking of razorback sucker continues in the Gunnison River, in accordance with the revised integrated stocking plan.

In 2012, CPW treated Paonia Reservoir to remove a source population of nonnative northern pike.  Actions like this are consistent with the Basinwide Strategy.  CPW has reported that illegally introduced smallmouth bass in Ridgway Reservoir on the Uncompahgre River (a tributary to the Gunnison) are increasing and occupying habitats near the spillway.  CPW, the reservoir owners, and the Recovery Program are working together to develop short and long-term solutions to prevent these fish from escaping the reservoir.  CPW implemented an unlimited harvest of smallmouth bass beginning

BLM_0067580

April 1, 2015 and conducted a harvest tournament at the reservoir in summer of 2015 and 2016, removing an estimated 35% and 24% of the reservoir's smallmouth bass population, respectively. Tri-County Water has avoided using the spillway since 2014, when the problem of smallmouth bass escapement was recognized. Stakeholders are working together to design and install a net, like the Elkhead Reservoir net, at Ridgway.

## 3.7 DOLORES RIVER

### 3.7.1 Importance

The Dolores River is historic habitat for Colorado pikeminnow; both adult and young-of-the-year fish were captured in the 1950's and 1960's. Valdez et al. (1991) documented the use of the lower 1 mile of river by Colorado pikeminnow. Uranium processing facilities operated during the late 1940's through the 1960's severely impacted the river and may have contributed to the decline of Colorado pikeminnow in the Dolores River drainage (Valdez et al., 1982).

### 3.7.2 Recovery Actions

Recovery actions for the Dolores River drainage have been limited to efforts independent of the Recovery Program to try to prevent/limit escapement of nonnative sport fish (e.g., smallmouth bass, yellow perch, and kokanee salmon) from McPhee Reservoir. However, smallmouth bass have become established in the Dolores River and may be an additional source for this invasive species in the Colorado River. Walleye also are in the reservoir, but have not been captured downstream. Therefore, the Recovery Program needs to determine if nonnative fishes in the Dolores River basin pose a threat to endangered fishes and determine appropriate response. In 2013, CPW treated Miramonte Reservoir to remove a source population of nonnative smallmouth bass. Actions like this are consistent with the Basinwide Strategy.

Environmental contaminant clean-up is being pursued by State and Federal agencies independent of the Recovery Program. It is unknown if stocked bonytail are using the Dolores River. Utah conducted surveys on the Dolores in 2005 and 2013 and detected bluehead suckers, roundtail chub, and flannelmouth sucker (no bonytail were captured). The Recovery Program will consider the need for additional recovery actions in the Dolores River as new information becomes available. The Bureau of Reclamation funded the installation of PIT antenna in the lower Dolores River in 2013 and 2014. The Dolores River Working Group is exploring opportunities for improving the viability of native fishes in the Dolores River below McPhee Dam. The Lower Dolores River Monitoring, Implementation & Evaluation Plan contains objectives for nonnative fish monitoring and removal.

In efforts to determine better locations to stock bonytail such as quiet still waters, flooded bottom lands, and tributaries, bonytail were stocked 8 miles above the confluence with the Colorado River in 2014. This stocking location is upstream of the PIT-tag antenna arrays.

BLM_0067581

## 4.0  RECOVERY ACTION PLANS

The tasks in these Recovery Action Plans are prioritized by their schedules.  Schedules are shown where they have been identified (if all the year columns for an activity are blank, then the activity has not yet been scheduled).  If a completion date has been identified, it is shown under the appropriate fiscal year.  Where specific dates have not been identified, but an action is ongoing, beginning, or ending in a year, an "X" appears in that year's column.  The "who" column identifies the lead responsible agency (listed first) and any cooperating agencies.  The status column is used where additional narrative is needed to explain the duration, status, etc. of an activity.  The caret ">" identifies those recovery actions which are expected to result in a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction.  An asterisk (*) identifies those activities which will contribute to the RIPRAP serving as a reasonable and prudent alternative to the likely destruction or adverse modification of critical habitat.

The Recovery Action Plans are formatted in stepdown-outline tables.  This is reflected in the numbering system and indenting.  Some actions which assess options or the feasibility of a recovery action are followed by a subsequent implementation step, and others are not, depending on how feasible the implementation step is considered to be at this time.

The following abbreviations are used to identify lead/cooperating agencies:

ANL       Argonne National Laboratory
BR    U.S. Bureau of Reclamation
CO        State of Colorado
CDA       Colorado Department of Agriculture
CDOPR     Colorado Division of Parks and Outdoor Recreation (See also CPW)
CDOW      Colorado Division of Wildlife (See also CPW)
CPW       Colorado Parks and Wildlife (CDOPR & CDOW merged in 2011)
CRWCD     Colorado River Water Conservation District
CWCB      Colorado Water Conservation Board
FWS       U.S. Fish and Wildlife Service
          -ES      Ecological Services
          -FAC    Fish and Aquatic Conservation
          -RW      Refuges and Wildlife
          -WR      Water Resources
LFL       Larval Fish Laboratory
NWCD      Northern Water Conservancy District
PD/PDO    Recovery Program Director
TBD       To be determined
UT        State of Utah
UDWR      Utah Division of Wildlife Resources

BLM_0067582

| | |
|---|---|
| UTWR | Utah Division of Water Resources |
| WAC | Water Acquisition Committee |
| WYGF | Wyoming Game and Fish Department |

BLM_0067583

# GENERAL RECOVERY PROGRAM SUPPORT ACTION PLAN

General Table Page 1

| | | ACTIVITY | WHO | STATUS | FY 17 10/16-9/17 | FY 18 10/17-9/18 | FY 19 10/18-9/19 | FY20 10/19-9/20 | FY21 10/20-9/21 | FY22 10/21-9/22 | FY23 10/22-9/23 | Post-Program | Description of Anticipated Post-Program Activity | Assessment of significant accomplishments (!) and shortcomings (X), (Focused on February 1, 2016 - January 31, 2017) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I. | | **PROVIDE AND PROTECT INSTREAM FLOWS (HABITAT MANAGEMENT)** | | | | | | | | | | | | |
| | I.A. | Evaluate methods for defining habitat-flow needs and select methods most appropriate to specific stream reaches. | | | | | | | | | | | | |
| | I.A.1. | Review Instream flow methodologies and assess the technical adequacy of current flow recommendations. | PD | Complete | | | | | | | | | | |
| | I.A.2. | Develop recommendations for integrating geomorphology and food web studies into Recovery Program. | PD | Complete | | | | | | | | | | |
| | I.A.3. | Evaluate CDOW's instream flow methodologies and flow recommendations for warmwater native fishes (Anderson) as they relate to flows needed for endangered fishes. | FWS/PD | Complete | | | | | | | | | | |
| | I.A.4. | Develop strategic plan for geomorphic research and monitoring. | Program | Complete | | | | | | | | | | |
| | I.A.4.a. | Develop strategy and design for studies to address geomorphic research priorities.  Peak Flow Technical Supplement (LaGory et al. 2015) approved in January 2016. | Geo. Work Group | Complete | | | | | | | | | We anticipate that endangered fish flow recommendations will be in final form by 2023. Ongoing geomorphic research is anticipated, but needs to be identified. | A Peak Flow Technical Supplement (LaGory et al. 2015) was approved in January 2016. Implementing a high priority recommendation from that report, the Recovery Program approved a SOW in late 2016 establishing a collaborative effort with USGS-GCMRC to expand the Colorado River Basin suspended sediment monitoring network to include sediment transport gaging at the Jensen and Ouray streamflow gage sites on the Green River. These sampling sites will complement ongoing sediment monitoring in Dinosaur National Monument funded by NPS. The Recovery Program's current funding commitment to this sediment transport monitoring is for 5 years.  The Recovery Program recognizes that to understand  the habitat implications of sediment transport it may be necessary to augment existing Green River channel transects information (currently conducted outside the Recovery Program) as well as procure periodic aerial photography, etc. In 2016, the Recovery Program also collaborated with USGS to explore the utility of using hydrophones to determine flow-triggered bed load transport on the Gunnison River (Mohrman 2016). The BC and WAC will need to determine how to interpret the existing hydrophone data and determine if the Recovery Program should pursue this technology further. Results of Toby Minear's hydrophone work in the San Joaquin River can be accessed at https://acwi.gov/scs/pubs/3rdJFIC/Contents/4B-Marineau.pdf. |
| | I.A.4.b. | Conduct needed geomorphic research and monitoring.  See Williams et al. 2013 and I.A.4.a, above. | | | | | | | | | | | | |
| | I.A.4.b.(1) | Periodically monitor future channel narrowing and compare to historic rates using aerial or satellite imagery in the Green River (between Yampa and White rivers), Gunnison River (Hartland Dam to Colorado River), and the Colorado River downstream of the Gunnison River (Peak Flow Tech Supplement priority). | Program | Ongoing | X | X | X | X | X | X | X | X | | |
| | I.A.4.b.(2) | Monitor sediment mass balance in the middle Green River at Jensen and Ouray gages, Gunnison River downstream of Hartland Dam at Delta and Whitewater gages, and the Colorado River at Cameo and State Line gages above and below the confluence with the Gunnison River (Peak Flow Tech Supplement priority). | Program | Ongoing | X | X | X | X | X | X | X | X | | |
| I.B. | | Develop and select methods for modifiable protection of instream flows in Colorado. | | | | | | | | | | | | |
| | I.B.1. | Develop, evaluate and select, as appropriate, options for interim protection of instream flows until uncertainty concerning habitat needs and water availability can be resolved. | | | | | | | | | | | | PDO drafted a spreadsheet identifying current and needed protections for instream flow needs defined for critical habitat. Flow Protection work group reviewing. |
| | I.B.1.a. | Colorado Attorney General review. | CO | Complete | | | | | | | | | | |
| | I.B.1.b. | CWCB approval/recommended action. | CWCB | Complete | | | | | | | | | | |
| | I.B.1.c. | Adopt legislation or regulation, if necessary. | CWCB | Complete | | | | | | | | | | |
| | I.B.2. | Evaluate options for allocating Colorado's compact entitlement among the five subbasins, the implications for water available to recover the endangered fishes, and implications of full protection of recovery flow recommendations on development of Colorado's compact entitlement. | CWCB | Complete | | | | | | | | | | |
| | I.B.3. | Assess need for retirement of senior conditional water rights. | CWCB/FWS | Dropped | | | | | | | | | | |
| I.C. | | Develop an enforcement agreement between the Service and appropriate State agencies to protect instream flows acquired under the Recovery Program for the endangered fishes. | | | | | | | | | | | | |
| >* | I.C.1. | Colorado. | FWS/CWCB | Complete | | | | | | | | | | |
| I.D. | | Develop tributary management plans (based in part on the tributary report, see V.F., pg. 23). | | | | | | | | | | | | |
| | I.D.1. | Assess need for tributary management plans on a site specific basis. | PD | Complete | | | | | | | | | | |
| I.E. | | Develop strategies for long-term flow protection | States/PD/Env Groups | In progress | X | X | X | X | X | X | X | X | Implement strategies via cooperative agreement. See General, VII.A.6. | Flow protection work group began review and developed matrix of long-term flow protection in 2016; ongoing. |
| II. | | **RESTORE HABITAT (HABITAT DEVELOPMENT AND MAINTENANCE)** | | | | | | | | | | | | |
| | II.A. | Restore flooded bottomland habitats. | | | | | | | | | | | | |
| | II.A.1. | Conduct inventory of flooded bottomland habitat for potential restoration. | FWS-FR | Complete | | | | | | | | | | |

Final, March 27, 2017

BLM_0067584