# COLORADO RIVER ACTION PLAN

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| >* | III.A.6. | Develop and implement program to identify required level of smallmouth bass control. | FWS/CPW | Ongoing | X | X | X | X | X | X | X | X | Monitor and continue removal actions at appropriate levels | Crews removed 482 smallmouth bass in 2016.  Catches of age-0 smallmouth bass indicate a weak year class (< 100 mm) was produced in 2016 in the Grand Valley reaches of the Upper Colorado. The catch rate for YOY and juvenile size smallmouth bass < 100 mm increased (48%) from 2015. The catch rate for adult smallmouth bass > 200 mm increased (3%) from 2015. |
| >* | III.A.7. | Develop and implement program to identify required level of northern pike control. | FWS/CPW | Ongoing | X | X | X | X | X | X | X | X | Monitor and continue removal actions at appropriate levels | Northern pike are not common in Colorado River removal efforts. Seven adult northern pike were removed by CPW and USFWS crews in 2016, all greater than 600mm. |
| >* | III.A.8. | Walleye in the middle and lower Green River | Program | Ongoing | X | X | X | X | X | X | X | X | Mmonitor and continue removal actions at appropriate levels | X Walleye captures in the Colorado River went from being 'rare' during 2003-2009 to 'common' in 2010, and then increased dramatically by 2013. Distribution within the lower reach in 2010 appeared to be restricted to the lowest 80 miles of the study area (ending at the Green River confluence); however, by 2013, captures extended upstream to RM 112 at the top of the lower reach, indicating upstream range expansion. Unlike smallmouth and largemouth bass, whose primary distribution is in the upper reach, walleye directly overlap with small size classes of both Colorado pikeminnow and razorback sucker.\nIn 2016, field crews removed a total of 56 adult walleye throughout the upper Colorado River, primarily under targeted walleye removal efforts. Targeted efforts to remove walleye were split fairly evenly between spring and fall and concentrated on the reach between Cottonwood Wash (RM 112.3) below Westwater Canyon to Potash, UT (RM 47.2). While spring walleye catch rates remained relatively unchanged, between 2015 and 2016, our fall catch rates declined from 1.04 fish/hr. (2015) to 0.45 fish/hr. (2016). |
| | III.A.9 | Other emerging nonnative fishes. | Program | Ongoing | X | X | X | X | X | X | X | X | Monitor fish community of the Colorado River and respond appropriately to any new introductions or proliferation of nonnative species. | Gizzard shad populations expanded upstream of Lake Powell during the mid 2000s, invading both the Green and Colorado Rivers. This expansion may be exacerbating the increase in walleye numbers.\nLarval grass carp were confirmed from Lake Powell in 2015, representing the first instance of this species reproducing in the UCR basin. All grass carp stocking in the upper basin states is required to be with triploid (sterile) fish. |
| >* | III.A.10. | Upstream of Grand Valley Project dam: Determine and implement an adequate level of mechanical removal in the main channel.  More importantly, use all techniques available to eradicate northern pike (and other nonnative species of concern) from floodplain habitats. | CPW/Program | Ongoing | X | X | X | X | X | X | X | X | Monitor fish community of the Colorado River and respond appropriately to any new introductions or proliferation of nonnative species. | CPW removed fish from Silt to Beaverfall.  Catch rates were low for problematic predators (3 northern pike and 9 smallmouth bass), but substantial numbers of green sunfish were removed.\nNon-native fish removal in Grand Valley gravel pit ponds resulted in the removal of 4,852 fish. These removal efforts resulted in capture of 445 razorback sucker and 4 bonytail which were released to the Colorado and Gunnison rivers. |
| | III.B. | Reduce negative impacts to endangered fishes from sportfish management activities. | | | | | | | | | | | | |
| >* | III.B.1. | Evaluate control options and implement measures to control nonnative fish escapement from Highline Reservoir. | CDOW/ CRWCD | Complete | | | | | | | | | | |
| | III.B.1.a. | Operate and maintain Highline Reservoir net. | CPW | Ongoing | X | X | X | X | X | X | X | X | CPW will maintain Highline Reservoir net (and  it will  need to be replaced periodically). | The net was replaced for the second time on March 14, 2014, is currently in good shape and performing as designed. CPW performed 4 net cleanings in 2016. Gizzard shad were first discovered in Highline Lake during standard annual sampling in October, 2015, and continue to be very abundant. Possible sources include the Government Highline Canal, illegal introductions and/or illegal use of live fish as bait. No gizzard shad were collected in Mack Wash downstream of Highline Lake in 2015 or 2016, suggesting the net has been effective in preventing escapement from Highline Lake. |
| | III.B.1.b. | Evaluate Highline Reservoir net. | CDOW | Complete | | | | | | | | | | |
| | III.B.2. | Remove bag and possession limits on warmwater nonnative sportfishes within critical habitat in Colorado. | CDOW | Complete | | | | | | | | | | |
| | III.B.3. | Develop basinwide aquatic management plan to reduce nonnative fish impacts while providing sportfishing opportunities. | CDOW | Complete | | | | | | | | | | |
| >* | III.B.3.a. | Implement CPW's Colorado River Aquatic Management Plan. | CPW | Ongoing | X | X | X | X | X | X | X | X | | |
| | IV. | MANAGE GENETIC INTEGRITY AND AUGMENT OR RESTORE POPULATIONS (STOCKING ENDANGERED FISHES) | | | | | | | | | | | | |
| | IV.A. | Augment or restore populations as needed, and as guided by the Genetics Management Plan. | | | | | | | | | | | | |
| | IV.A.1. | Razorback sucker. | | | | | | | | | | | | |
| | IV.A.1.a. | Develop experimental augmentation plan and seek Program acceptance. | FWS-FR | Complete | | | | | | | | | | |
| | IV.A.1.b. | Implement experimental augmentation plan. | | | | | | | | | | | | |
| > | IV.A.1.b.(1) | Stock fish. | FWS-FR | Complete | | | | | | | | | | |
| | IV.A.1.b.(2) | Monitor and evaluate results; make recommendations regarding further augmentation. | FWS-FR | Complete | | | | | | | | | | |
| | IV.A.2. | Monitor the fish community in the upper Colorado River (above Palisade) and develop management action plan, including recommendations for Colorado pikeminnow and razorback sucker augmentation. | CDOW | | | | | | | | | | | | |

BLM_0067618

# COLORADO RIVER ACTION PLAN

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV.A.3. | Develop integrated stocking plan for razorbacks in the Colorado River in Colorado. | CDOW/PD | Complete | | | | | | | | | | | |
| IV.A.3.a. | Program acceptance. | CDOW/PD | Complete | | | | | | | | | | | |
| > IV.A.3.b. | Implement razorback sucker integrated stocking plan. | CPW/PD | Ongoing | X | X | X | X | X | X | X | | | | |
| IV.A.3.c. | Evaluate stocking success as identified in monitoring plan for stocked fish. Zelasko et al. 2009, 2011. | Program | Ongoing | X | X | X | X | X | X | X | | | | |
| IV.A.4. | Develop integrated stocking plan for Colorado pikeminnow in the Colorado River in Colorado. | CDOW/PD | Complete | | | | | | | | | | | |
| IV.A.4.a. | Program acceptance. | CDOW/PD | Complete | | | | | | | | | | | |
| IV.A.5. | Develop integrated stocking plan for bonytail in the Colorado River from Palisade to Loma. | CDOW | Complete | | | | | | | | | | | |
| IV.A.5.a. | Program acceptance. | CDOW/PD | Complete | | | | | | | | | | | |
| > IV.A.5.b. | Implement bonytail integrated stocking plan. | FWS/CPW | Ongoing | X | X | X | X | X | X | X | | | | |
| IV.A.5.c. | Evaluate stocking success as identified in monitoring plan for stocked fish. | Program | Ongoing | X | X | X | X | X | X | X | | | | |
| IV.A.6. | Develop integrated stocking plan for the four endangered fish in the Colorado River in Utah. | | | | | | | | | | | | | |
| IV.A.6.a. | Prepare plan. | UDWR | Complete | | | | | | | | | | | |
| IV.A.6.b. | Program acceptance. | UDWR | Complete | | | | | | | | | | | |
| > IV.A.6.c. | Implement plan. | UDWR | Ongoing | X | X | X | X | X | X | X | | | | |
| IV.A.6.d. | Evaluate stocking success as identified in monitoring plan for stocked fish. Zelasko et al. 2009, 2011. | LFL/FWS/ STATES | Ongoing | X | X | X | X | X | X | X | | | | |
| V. | **MONITOR POPULATIONS AND HABITAT AND CONDUCT RESEARCH TO SUPPORT RECOVERY ACTIONS (RESEARCH, MONITORING, AND DATA MANAGEMENT)** | | | | | | | | | | | | | |
| V.A. | Conduct research to acquire life history information and enhance scientific techniques required to complete recovery actions. | | | | | | | | | | | | | |
| V.A.1. | Determine Colorado pikeminnow larval drift into Lake Powell. | NPS | Complete | | | | | | | | | | | |
| V.B. | Monitor populations per requirements in the 15-Mile Reach PBO. | | | | | | | | | | | | | |
| V.B.1. | Determine initial baselines and indices for Colorado pikeminnow and humpback chub. | PD | Complete | | | | | | | | | | | |
| V.B.1.a. | Evaluate population response, per 15-Mile Reach PBO (every 5 years beginning in FY 05). | FWS | Ongoing | X | X | X | X | X | X | X | | | | |
| V.B.2. | Determine initial baselines and indices for razorback sucker and bonytail. | PD | Complete | | | | | | | | | | | |
| V.B.2.a. | Evaluate population response, per 15-Mile Reach PBO (every 5 years beginning in FY 05). | FWS | Ongoing | X | X | X | X | X | X | X | | | | |
| V.B.3. | Revise population indices to conform to recovery goals. | FWS | Complete | | | | | | | | | | | |
| V.B.4. | Monitor incidental take. | | | | | | | | | | | | | |
| V.B.4.a. | Develop plan to monitor incidental take of endangered fishes in diversion structures. | FWS | Complete | | | | | | | | | | | |
| V.B.4.b. | Implement plan to monitor incidental take of endangered fish in diversion structures. | FWS | Ongoing | X | X | X | X | X | X | X | | | | |
| V.C. | Estimate humpback chub populations. (Sampling occurs in September and October, overlapping fiscal years.) | | | | | | | | | | | | | |
| V.C.1. | Black Rocks. See McAda 2002; Francis and McAda 2011; and Francis et al. 2016. | FWS | Ongoing | X | X | X | X | X | X | X | X | | Continue to estimate abundance of humpback chub in Black Rocks. | In addition to standard trammell netting, baited hoop nets were deployed throughout the Black Rocks reach, capturing 87 adult, 10 juveniles HBC; 12 age-1+ and 85 YOY Gila spp. Three submersible PIT tag antennas (that could only detect 134 kHz [current] tags) were deployed in Black Rocks proper during all four passes, resighting 38 HBC. |
| V.C.2. | Westwater. See Hudson and Jackson 2003, Elverud 2012; Hines et al. 2016. | UDWR | Ongoing | X | X | X | X | X | X | X | X | | Continue to estimate abundance of humpback chub in Westwater Canyon. | The model averaged estimate for humpback chub for 2016 is 2,002 (95% CI 1118-2886, SE=430, CV=0.23). |
| V.C.3. | Cataract Canyon | UDWR | Ongoing | X | X | X | X | X | _X_ | X | X | | Continue to estimate CPUE of humpback chub in Cataract Canyon. | Cataract Canyon monitoring now consists of biennial trips to determine humpback chub CPUE. As lake level drops, UDWR has proposed extending sampling farther downstream and employing a greater variety of gear types. |
| V.D. | Estimate Colorado pikeminnow populations in the upper Colorado River (including Gunnison River). Three years sampling (e.g., FY 13, 14, 15) followed by two years no sampling; data analysis and report write-up in first year of no sampling (e.g., FY 16). See Osmundson and White 2009 and 2014. | FWS | Ongoing | X | X | X | X | X | _X_ | X | X | | Continue to estimate abundance of Colorado pikeminnow in upper Colorado River. | Next 3-year sampling period begins in 2018. |
| V.D.1 | Monitor age-0 Colorado pikeminnow in backwaters | UDWR | Ongoing | X | X | X | X | X | _X_ | X | X | | Continue monitoring age-0 Colorado pikeminnow. | Age-0 pikeminnow monitoring conducted as per protocols identified in Project #138. Annual monitoring has occurred since 1986.  In 2016, UDWR reported an above average catch (n=150 individuals) collected from lower Colorado River backwater habitats. |
| V.E. | Implement razorback sucker monitoring plan.  See Osmundson and Seal 2009. | FWS, UDWR | Ongoing/ pending | X | X | X | X | X | X | X | X | | Continue to estimate abundance of razorback sucker in upper Colorado River. | All life stages being monitored through projects 127, 138, and 163. See General, V.A.1.a. |

BLM_0067619

# COLORADO RIVER ACTION PLAN: GUNNISON RIVER

| | ACTIVITY | WHO | STATUS | FY 17 10/16-9/17 | FY 18 10/17-9/18 | FY 19 10/18-9/19 | FY20 10/19-9/20 | FY21 10/20-9/21 | FY22 10/21-9/22 | FY23 10/22-9/23 | Post-Program | Description of Anticipated Post-Program Activity | Assessment of significant accomplishments (!) and shortcomings (X). (Focused on February 1, 2016 - January 31, 2017) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I. | **PROVIDE AND PROTECT INSTREAM FLOWS (HABITAT MANAGEMENT)** | | | | | | | | | | | | |
| I.A. | Identify fish habitat and flow needs. | | | | | | | | | | | | |
| I.A.1. | Initially identify year-round flows needed for recovery (Flow recommendations will be provided upon completion of Aspinall Unit studies.) | | | | | | | | | | | | |
| I.A.1.a. | Complete draft technical synthesis report. | FWS | Complete | | | | | | | | | | |
| I.A.1.b. | Complete draft biological assessment. | BR | Complete | | | | | | | | | | |
| I.A.1.c. | Complete final technical synthesis report. | FWS | Complete | | | | | | | | | | |
| I.A.1.d. | Complete final biological assessment. | BR | Complete | | | | | | | | | | |
| I.A.1.e. | Complete draft NEPA document . | BR | Complete | | | | | | | | | | |
| I.A.1.f | Complete final NEPA document and record of decision. | BR | Complete | | | | | | | | | | |
| I.A.1.g | Complete ESA Section 7 consultation resulting in a programmatic biological opinion (PBO) for the Gunnison Basin. | FWS/BR/ WAPA | Complete | | | | | | | | | | |
| I.B. | State acceptance of initial flow recommendations (Flow recommendations will be provided upon completion of Aspinall Unit studies.) | | | | | | | | | | | | |
| I.B.1. | Review scientific basis, dependent on development of flow recommendations by FWS. | CWCB/CDOW | Complete | | | | | | | | | | |
| I.B.2. | Assess legal and physical availability of water. | CWCB | Complete | | | | | | | | | | |
| I.B.3. | Assess impacts of depletions on Colorado's Compact allocations. | CWCB | Complete | | | | | | | | | | |
| I.B.4. | CWCB notice of intent to appropriate (in Colorado). | CWCB | On hold | | | | | | | | | | |
| I.C. | Legally protect identified flows. | | | | | | | | | | | | |
| I.C.1. | Acquire (flow recommendations will be provided upon completion of Aspinall Unit studies.) | | | | | | | | | | | | |
| I.C.1.a. | Assess, acquire and convert water rights to instream flows. | CWCB | On hold | | | | | | | | | | |
| I.C.2. | Appropriate (flow recommendations will be provided upon completion of Aspinall Unit studies.) | | | | | | | | | | | | |
| I.C.2.a. | CWCB approval to appropriate. | CWCB | On hold | | | | | | | | | | |
| >* I.C.2.b. | Colorado Attorney General's Office file date. | CWCB | On hold | | | | | | | | | | |
| >* I.C.2.c. | Water court adjudication (litigation dependent). | CWCB | On hold | | | | | | | | | | |
| I.C.3. | Deliver. | | | | | | | | | | | | |
| >* I.C.3.a. | Aspinall Unit supplemental releases to maintain 2,000 cfs minimum flow at Colorado-Utah state line 9 out of 10 years.  Provide annual report. (Through 2001 only.) | BR | Complete | | | | | | | | | | |
| I.C.3.b. | Flows from Aspinall Unit for research studies. | | | | | | | | | | | | |
| >* I.C.3.b.(1) | Deliver flows. | BR | Complete | | | | | | | | | | |
| >* I.C.3.b.(2) | Protect research flows. | FWS/BR/ CWCB | Complete | | | | | | | | | | |
| >* I.C.3.c. | Continue annual coordination meetings. | BR | Ongoing | X | X | X | X | X | X | X | X | USBR will continue coordination & releases. | |
| I.C.3.d. | Flows from Paonia Reservoir in accordance with FWS Horsethief Biological Opinion. | | | | | | | | | | | | |
| >* I.C.3.d.(1) | Deliver flows. | BR | Ongoing | X | X | X | X | X | X | X | X | USBR will continue coordination & releases. | |
| I.C.3.e. | Flows from Aspinall Unit pursuant to Aspinall Biological Opinion and record of decision.. | | | | | | | | | | | | The May 1, 2016, forecast inflow for Blue Mesa Reservoir was an "Average Dry" 525 KAF, corresponding to a target peak flow at the Whitewater gage of 10 days at half bankfull (8,070 cfs), and an Aug-Dec baseflow of 1,050 cfs.  The actual Blue Mesa inflow volume was 602,000 acre-feet (15% greater than forecast), due to late-arriving precipitation. A peak of 9,900 cfs was achieved at the Whitewater gage, with 10 days above half-bankfull.  Baseflow was maintained above 1,050 for the entire Aug-Dec period. |
| I.C.3.e.(1) | Determine if change in water right and/or contract is needed. | BR | Complete | | | | | | | | | | |
| I.C.3.e.(2) | Enter into contract if needed. | BR | Complete | | | | | | | | | | |
| >* I.C.3.e.(3) | Deliver flows. | BR | Ongoing | X | X | X | X | X | X | X | X | USBR will continue coordination & releases. | |
| I.C.3.e.(3)(a) | Study Gunnison River return flows to determine consumptive use to be charged against flow deliveries. | USGS | Complete | | | | | | | | | | |
| I.D. | Evaluate and revise as needed flow regimes to benefit endangered fish populations. (Data series summarizing 2005-2008 daily sediment sampling on Gunnison, Green and Duchesne rivers completed [Williams et al. 2009] and scientific investigations report [Williams et al. 2013] completed) | FWS/Program | Ongoing | X | X | X | X | | | | | | In 2016, USGS repeated proof-of-concept study using hydrophones to capture the ascending limb of hydrograph to understand at what flow bedload begins to move (a "surrogate technology" which may replace more traditional bedload sampling, which is very expensive and can be dangerous). See also Peak Flow Technical Supplement discussion under General, I.A.4.a. Results presented by Toby Minear at 2017 Researchers meeting (Toby is now at CU). |
| I.D.1. | Develop study plan to evaluate flow recommendations / evaluate Selenium Management Program. | FWS/BOR/ WAPA | Complete | | | | | | | | | | |
| I.D.1.a. | Monitor Physical Response in the Gunnison River to the Proposed Action. | | | | | | | | | | | | |
| I.D.1.a.(1) | Reinstate sediment monitoring in the Gunnison River as directed by project 85f. | Program | New start | | | | | | | | | See General I.A.4.a. | |

Final, March 17, 2017

## COLORADO RIVER ACTION PLAN: GUNNISON RIVER

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.D.1.a.(2) | Collect aerial photography during the peak flows to determine area of floodplain inundation at Escalante SWA and other sites. | Program | Pending | | | | | | | | See General I.A.4.a. |
| I.D.1.a.(3) | Collect aerial photography during base flows to monitor channel width and complexity and to serve as base maps for habitat mapping. | BR | Pending | | | | | | | | |
| I.D.1.a.(4) | Repeat depth-to-embeddedness (DTE) surveys in the Escalante area. | BR | New start | | | | | | | | |
| I.D.1.a.(5) | Evaluate the effect of operations to meet the Proposed Action on the Gunnison River thermal regime. | BR | New start | | | | | | | | |
| I.D.1.b. | Monitor Biological Responses in the Gunnison River to the Proposed Action. | | | | | | | | | | |
| I.D.1.b.(1) | Initiate a fish community monitoring study in Gunnison River main channel and floodplain habitats. | CPW/FWS | Ongoing | X | X | X | X | | | | |
| I.D.1.b.(2) | Assess primary and secondary productivity in cobble bars (runs and riffles). | TBD | Pending | | | | | | | | |
| I.D.1.c. | Support Reclamation's Selenium Management Program. | | | | | | | | | | |
| I.D.1.c.(1) | Collect tissues from endangered fish (or surrogate species) as directed by FWS (coordinated with fish community monitoring, I.D.1.b.(1)). | CPW/FWS | Ongoing | X | X | X | X | | | | For contaminants evaluation, muscle plugs collected again in 2016 from endangered fish and surrogate species (evaluation funded outside of Program). Results from this selenium study will be used in the new Selenium Management Program (SMP) to determine baseline selenium concentrations and evaluate effectiveness of selenium remediation efforts. |
| I.D.1.c.(2) | Investigate selenium toxicity in razorback sucker. | FWS | New start | X | X | X | X | | | | From 2010-2012; muscle plugs were collected and analyzed in native fish, including 4 bonytail and 4 Colorado pikeminnow and analyzed for selenium. Bonytail concentrations ranged from 0.8 to 8.6 ug/g, which may be a function of how long they reside in the Gunnison River or Butch Craig pond after hatchery release. Selenium in one of the three Colorado pikeminnow exceeded the toxicity guideline of 8 ug/g DW. One pikeminnow captured July 2012 was recaptured October 2012 and its selenium load had increased from 2.9 to 5.1 ug./g DW. Selenium in recently-released hatchery-reared razorback sucker had <2 ug/g DW, but a razorback later caught in the Gunnison River had 7.3 ug/g DW, approaching the 8 ug/g DW toxicity guideline. Final report was to have been completed in 2016. |
| I.D.2. | Integrate and synthesize information to evaluate and recommend necessary revision of the proposed action (implement flow recommendation). | Program | New start | | X | X | | | | | The 2016 checkpoint may need to be deferred based on limited range of flow conditions evaluated to date. |
| I.D.3. | Evaluate bed-load transport in gravel and cobble-bed portions of the Gunnison River below Hartland Dam (Peak Flow Tech Supplement priority). | Program | New start | X | | | | | | | Toby Minnear conducted pilot hydrophone study in 2014 and 2016; report anticipated in 2017. |
| I.E. | Initiate investigations of the feasibility of modifying releases from Aspinall Unit dams to increase water temperatures that would allow for upstream expansion of Colorado pikeminnow in the Gunnison River. | BR/Contract | Complete | | | | | | | | |
| II. | RESTORE HABITAT (HABITAT DEVELOPMENT AND MAINTENANCE) | | | | | | | | | | |
| II.A. | Restore and manage flooded bottomland habitat. | | | | | | | | | | |
| II.A.1. | Develop management plan for Escalante State Wildlife Area. | | Complete 5/94 | | | | | | | | |
| II.A.2. | Develop and implement levee removal strategy at high-priority sites. | | | | | | | | | | |
| II.A.2.a. | Preconstruction (contaminants screening, floodability assessments, environmental compliance, design & engineering). | BR | Complete | | | | | | | | |
| >* II.A.2.b. | Construction (levee removal) | BR | Complete | | | | | | | | |
| II.A.2.c. | Operate and maintain. | BR/FWS | Complete | | | | | | | | |
| II.A.2.d. | Evaluation. | FWS | Complete | | | | | | | | |
| II.A.3. | Acquire interest in high-priority flooded bottomland habitats. | | | | | | | | | | |
| II.A.3.a. | Identify and evaluate sites. | FWS | Complete | | | | | | | | |
| II.A.3.b. | Pre-acquisition planning and identification of acquisition options. | PD | Complete | | | | | | | | |
| II.A.3.c. | Conduct appraisal/NEPA compliance. | PD | Complete | | | | | | | | |
| >* II.A.3.d. | Negotiate & acquire. | PD | Complete | | | | | | | | |
| II.A.3.e. | Evaluate effectiveness of land acquisition activities and provide recommendations. | PD | Complete | | | | | | | | |
| >* II.A.4. | Develop and implement Colorado River Subbasin Floodplain Management Plan (Valdez and Nelson 2004b). | Program | Ongoing | X | X | X | X | | | | |
| II.B. | Restore native fish passage at instream barriers. | | | | | | | | | | |
| II.B.1. | Restore passage at Redlands. | | | | | | | | | | |
| II.B.1.a. | Assess and make recommendations for fish passage. | FWS | Complete | | | | | | | | |
| II.B.1.b. | Implement viable options to restore fish passage. | | | | | | | | | | |
| II.B.1.b.(1) | Design passage, conduct NEPA compliance. | BR | Complete | | | | | | | | |
| >* II.B.1.b.(2) | Construct fish ladder. | BR | Complete | | | | | | | | |

# COLORADO RIVER ACTION PLAN: GUNNISON RIVER

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| >* II.B.1.c. | Operate and maintain fish ladder. | FWS-FR/BR | Ongoing | X | X | X | _X_ | X | X | X | X | The Redlands fish ladder will need to be maintained and operated in perpetuity. | ƒ In 2016, the Redlands fish passageway was operational from 25 April to 14 October.  This was the 21st year of operation.  An annual record 33 Colorado pikeminnow were captured this year, bringing the total captured at this site since 1996 to 180. One razorback sucker was captured, bringing the 21-year total to 35.  Thirty-three bonytail were captured, the second-highest of any year of operation.<br><br>A total of 10,347 fish of all species were handled at the Redlands fish passage between 25 April and 14 Oct.  Native fishes composed 72% of the total in 2016. Overall, native fish account for about 82% of all fish processed during the 21 years of this passageway's operation.<br><br>All 33 pikeminnow and 17 of the bonytail were translocated to the Gunnison River at Escalante, river mile 42.7. One of these fish was detected on a PIT antenna at Roubideau Creek in summer 2016. |
| II.B.1.d. | Monitor and evaluate success. | FWS-FR/BR | Complete | | | | | | | | | | |
| II.B.1.e | Identify minimum flows below Redlands Diversion Dam. | FWS-FR | Complete | | | | | | | | | | |
| >* II.B.1.f. | Deliver flows below Redlands. | BR | Ongoing | X | X | X | X | X | X | X | X | USBR will continue to provide flows for passage operation. | |
| II.B.1.g. | Screen Redlands diversion structure to prevent endangered fish entrainment. | | | | | | | | | | | | |
| II.B.1.g.(1) | Design. | BR | Complete | | | | | | | | | | |
| >* II.B.1.g.(2) | Construct. | BR | Complete | | | | | | | | | | |
| >* II.B.1.h. | Operate and maintain fish screen. | Redlands | Ongoing | X | X | X | X | X | X | X | X | The Redlands fish screen will need to be maintained and operated in perpetuity. | ƒ The Redlands fish screen was put online 02 May 2016 and was taken off line at the end of the irrigation season on 24 Oct 2016. The screen was bypassed only for a portion of one day in May (stuck activator switch) and for 5 days in July (broken trash rake).  The Redlands screen was operational for 96.6% of the entire 2016 irrigation season. |
| II.B.2. | Restore passage at Hartland. | | | | | | | | | | | | |
| II.B.2.a. | Assess and make recommendations for fish passage.  (Passage at Hartland not identified as necessary for recovery in species' recovery goals). | FWS-FR | Complete | | | | | | | | | | |
| II.B.2.b. | Evaluate viable options to restore fish passage. | BR | Complete | | | | | | | | | | |
| II.B.2.c. | Support local interests in efforts to pursue removal of the Hartland Diversion dam. [NOTE: These efforts will be conducted independently of and funded outside of the Recovery Program] | BR/FWS/PD | Complete | | | | | | | | | | |
| II.B.2.d. | Screen Hartland diversion to prevent endangered fish entrainment, if warranted. | | Complete | | | | | | | | | | |
| II.B.2.d.(1) | Assess need. | BR/FWS/PD | Complete | | | | | | | | | | |
| III. | REDUCE NEGATIVE IMPACTS OF NONNATIVE FISHES AND SPORTFISH MANAGEMENT ACTIVITIES (NONNATIVE AND SPORTFISH MANAGEMENT) | | | | | | | | | | | | |
| III.A. | Reduce negative interactions between nonnative and endangered fishes. | | | | | | | | | | | | |
| >* III.A.1. | Reclaim ponds in critical habitat. | CDOW | Complete | | | | | | | | | | |
| III.A.1.a. | Evaluate and make recommendations. | CDOW | Complete | | | | | | | | | | |
| III.A.2. | Develop basinwide aquatic management plan to reduce nonnative fish impacts while providing sportfishing opportunities. | CDOW | Complete | | | | | | | | | | |
| >* III.A.2.a. | Implement CPW's Gunnison River Aquatic Management Plan. | CPW | Ongoing | X | X | X | X | X | X | X | X | CPW will continue to implement plan. | |
| III.A.3. | Preclude new nonnative species introductions, tranalocations or invasions to preserve native species dominance within critical habitat. | Program | Ongoing | X | X | X | X | X | X | X | X | Monitor and implement appropriate actions. | Riverine habitats in the Gunnison River drainage remain a native fish stronghold. All manner of prevention needs to take place to prevent nonnative fish from colonizing the Gunnison River. |
| >* III.A.3.a | Install and maintain net to prevent escapement of smallmouth bass at Ridgway Reservoir. | CPW / BR | Ongoing | X | X | X | X | X | X | X | X | Stakeholders will continue to operate and maintain net per agreements (in development).<br>CPW will continue to implement revised LMP (in draft). | Illegal introduction of smallmouth bass in Ridgway Reservoir was confirmed in 2013. Sampling demonstrated multiple size classes, but low densities of adult fish, indicating the population may be expanding from initial introduction. Densities of smallmouth bass near the spillway were high, indicating a high risk of escarpment from reservoir spilling.<br>ƒ CPW implemented an unlimited harvest of smallmouth bass beginning on April 1, 2015.<br>ƒ TriCounty Water Conservancy District successfully avoided spills from 2014 through 2016.<br>A working group focused on installing a nonnative fish escapement solution (likely a net) last met in January 2017. USBR will purchase a net once design criteria are finalized, with design criteria the same as Elkhead.<br>ƒ CPW conducted a harvest tournament for smallmouth bass in summer 2015 and 2016. They estimate that 35% and 24% of the smallmouth bass population was removed during the tournament in 2015 and 2016, respectively. |

BLM_0067622

## COLORADO RIVER ACTION PLAN: GUNNISON RIVER

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III.A.3.b | Implement control measures to prevent escapement of northern pike at Crawford Reservoir. | CPW | Ongoing | X | X | X | X | X | X | X | X | | | Northern pike removal in Crawford Reservoir continues. In 2008, a pilot project was conducted to determine if mechanical removal of northern pike would be effective. The project showed that 24% of the pike population could be removed with gill netting during the spawning season. In 2014-2015 the mechanical removal project was continued with 68% of the adult pike population removed in 2015.  CPW has drafted a possible water management strategy to further limit the pike production at Crawford, however USBR analyzed the water management interests at the reservoir and determined that the pike suppression strategies would likely limit storage and delivery capabilities. |
| IV. | **MANAGE GENETIC INTEGRITY AND AUGMENT OR RESTORE POPULATIONS (STOCKING ENDANGERED FISHES)** | | | | | | | | | | | | | |
| IV.A. | Augment or restore populations as needed and as guided by the Genetics Management Plan. | | | | | | | | | | | | | |
| IV.A.1. | Razorback sucker. | | | | | | | | | | | | | |
| IV.A.1.a. | Develop experimental augmentation plan and seek Program acceptance. | FWS-FR | Complete | | | | | | | | | | | |
| IV.A.1.b. | Implement experimental augmentation plan.  (Goal: 10 adults/river mile.) | | | | | | | | | | | | | |
| > IV.A.1.b.(1) | Stock fish. | FWS-FR | Complete | | | | | | | | | | | |
| IV.A.1.b.(2) | Monitor and evaluate results; make recommendations regarding further augmentation. | FWS-FR | Complete | | | | | | | | | | | |
| IV.A.2. | Develop integrated stocking plan for Colorado pikeminnow in the Gunnison River. | | | | | | | | | | | | | |
| IV.A.2.a. | Program acceptance. | | Complete | | | | | | | | | | | |
| > IV.A.2.b. | Implement Colorado pikeminnow integrated stocking plan. | CPW/FWS | On hold | | | | | | | | | | | |
| IV.A.2.c. | Evaluate stocking success as identified in monitoring plan for stocked fish. | FWS/CPW | On hold | | | | | | | | | | | |
| IV.A.3. | Develop integrated stocking plan for razorback sucker in the Gunnison River. | | | | | | | | | | | | | |
| IV.A.3.a. | Program acceptance. | | Complete | | | | | | | | | | | |
| > IV.A.3.b. | Implement razorback sucker integrated stocking plan. | CPW/FWS | Ongoing | X | X | X | X | | | | | | | |
| IV.A.3.c. | Evaluate stocking success as identified in monitoring plan for stocked fish. | LFL/FWS/ STATES/PD | Ongoing | X | X | X | X | | | | | | | All life stages being monitored through project 163. See General, V.A.1.a. |
| V. | **MONITOR POPULATIONS AND HABITAT AND CONDUCT RESEARCH TO SUPPORT RECOVERY ACTIONS (RESEARCH, MONITORING, AND DATA MANAGEMENT)** | | | | | | | | | | | | | |
| V.A. | Conduct research to acquire life history information and enhance scientific techniques required to complete recovery actions. | | | | | | | | | | | | | |
| V.A.1. | Conduct Colorado pikeminnow and razorback sucker inventory in Gunnison River above Redlands. | FWS-FR | Complete | | | | | | | | | | | |
| V.A.2. | Identify additional spawning sites of endangered fishes on the Gunnison River. | FWS-FR | Ongoing | X | X | X | X | | | | | | | Gunnison River fish community monitoring ongoing (Project #163). |

Final, March 17, 2017

## COLORADO RIVER ACTION PLAN: DOLORES RIVER

| | ACTIVITY | WHO | STATUS | FY 17 10/16-9/17 | FY 18 10/17-9/18 | FY 19 10/18-9/19 | FY20 10/19-9/20 | FY21 10/20-9/21 | FY22 10/21-9/22 | FY23 10/22-9/23 | Post-Program | Description of Anticipated Post-Program Activity | Assessment of significant accomplishments (!) and shortcomings (X), (Focused on February 1, 2016 - January 31, 2017) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| III. | REDUCE NEGATIVE IMPACTS OF NONNATIVE FISHES AND SPORTFISH MANAGEMENT ACTIVITIES (NONNATIVE AND SPORTFISH MANAGEMENT) | | | | | | | | | | | | |
| III.A. | Reduce negative interactions between nonnative and endangered fishes. | | | | | | | | | | | | |
| III.A.1. | Assess need and options to control nonnative fish escapement from McPhee Reservoir. | BR | Complete | | | | | | | | | | |
| III.B. | Reduce negative impacts to endangered fishes from sportfish management activities. | | | | | | | | | | | | |
| III.B.1. | Identify potential conflicts between present fish management practices in McPhee Reservoir and endangered fishes and formulate an alternative management plan. | CDOW | Complete | | | | | | | | | | |
| III.B.2. | Recovery Program needs to determine If nonnative fishes in the Dolores River basin pose a threat to endangered fishes and determine appropriate response. | CPW | | | | | | | | | | | | X Persistence and increasing numbers of smallmouth bass in the upper Dolores River raise concern that the Dolores may become an additional source for this invasive species in the Colorado River. Walleye are in McPhee Reservoir, but have not been captured downstream in the Dolores River in more than two decades of sampling. (Catches of walleye in the Colorado River are high near the confluence with the Dolores, but their origin is unknown.) In 2012, response options discussed with CPW, USBR and others to consider possible smallmouth bass removal action in 2012 or beyond (and propose action item(s) to be added to the RIPRAP in 2013). Lower Dolores River Monitoring, Implementation & Evaluation Plan (see O7), which contains objectives for nonnative fish monitoring and removal. Otoliths have been collected for analysis of spawning chronology (to relate to flow manipulation). FWS Grand Junction and USGS Lakewood will analyze walleye otoliths to ensure that no walleye from the lower Colorado demonstrate McPhee markers. |
| >* III.B.2.a. | Reclaim Miramonte Reservoir. | CPW | Complete 2013 | | | | | | | | | | |
| V. | MONITOR POPULATIONS AND HABITAT AND CONDUCT RESEARCH TO SUPPORT RECOVERY ACTIONS (RESEARCH, MONITORING, AND DATA MANAGEMENT) | | | | | | | | | | | | |
| V.A. | Survey native and nonnative fish in Dolores River (UDWR funding outside of Program). | UDWR/USBR/CPW | Complete | | | | | | | | | | Installation of two PIT antennas in the Dolores River near Disappointment Creek and upstream of confluence with the Colorado River to monitor native fishes completed in 2014. |

Final, March 27, 2017

BLM_0067624



# 5.0 2017 RIPRAP Flow Management Assessment



Flow Management Assessment Graphics - 1

BLM_0067625

# GENERAL

Flow Management Assessment Graphics - 2

BLM_0067626



Just like Miracle May in 2015, large precipitation events occurred late in May of 2016 and the May 1st forecast limited flows for the Recovery Program in Flaming Gorge and the Aspinall Units
https://www.cbrfc.noaa.gov/wsup/wsup.php

BLM_0067627

**General**

# 2016 Spring Peak Flows

| River | Location | Annual Peak Mean Daily Flow | | % of Avg Peak |
|---|---|---|---|---|
| | | Long-term Mean | 2016 | |
| Yampa | *Deerlodge Park* | 12,500 | 15,600 | 125% |
| Green | *Jensen* | 16,500 | 20,500 | 124% |
| White | *Watson* | 2,400 | 2,320 | 96% |
| Green | *Green River* | 18,500 | 24,200 | 131% |
| Colorado | *Cameo* | 19,000 | 19,200 | 101% |
| Colorado | *Palisade* | 17,363 | 17,600 | 101% |
| Gunnison | *Grand Junction* | 8,000 | 9,920 | 124% |
| Colorado | *Cisco* | 23,000 | 24,500 | 107% |
| San Juan | *Bluff* | 11,730 | 8,140 | 69% |

Flow Management Assessment Graphics - 4

BLM_0067628

**General**

# 2016 Base Flow Targets

| River | Location | % Aug-Oct Avg | Minimum |
|---|---|---|---|
| Yampa | *Maybell* | 58% | 83 |
| Yampa | *Deerlodge Park* | 60% | 138 |
| Green | *Jensen* | 97% | 1,770 |
| White | *Watson* | 82% | 145 |
| Green | *Green River* | 99% | 1,940 |
| Colorado | *Cameo* | 93% | 2,010 |
| Colorado | *Palisade* | 80% | 657 |
| Gunnison | *Grand Junction* | 139% | 1,580 |
| Colorado | *Cisco* | 104% | 3,470 |
| San Juan | *Bluff* | 48% | 500 |

Flow Management Assessment Graphics - 5

BLM_0067629

**General 2015 vs 2016**
**(somewhat similar)**



Seasonal Precipitation, October 2014 - September 2015
(Averaged by Hydrologic Unit)

Seasonal Precipitation, October 2015 - September 2016
(Averaged by Hydrologic Unit)

% Average

| | |
|---|---|
| | > 150% |
| | 129 - 150% |
| | 110 - 129% |
| | 100 - 109% |
| | 90 - 99% |
| | 70 - 89% |
| | 50 - 69% |
| | < 50% |
| | Not Reported |

Prepared by
NOAA, National Weather Service
Colorado Basin River Forecast Center
Salt Lake City, Utah
www.cbrfc.noaa.gov
Flow Management Assessment Graphics - 6

BLM_0067630

**Upper Colorado River Basin Hydrology**
**The water year 2016 unregulated inflow volume to Lake Powell was 9.62 maf (89 percent of average). The period 2000-2016 is the lowest 17-year period since the closure of Glen Canyon Dam in 1963, with an average unregulated inflow of 8.57 maf, or 79 percent of the 30-year average (1981-2010). At the beginning of water year 2017, total system storage in the Colorado River Basin was 30.7 maf (51 percent of 59.6 maf total system capacity). This is nearly the same as the total storage at the beginning of water year 2016 which began at 30.8 maf (52 percent of capacity). (USBR 2016)**

**CRSP System Storage   2016**

Observed April-July Inflow
Percent o Average Volume

- Fontenelle – 106%
- Flaming Gorge – 106%
- Blue Mesa – 105%
- Navajo – 84%
- Lake Powell – 94%



Data Current as of:
12/26/2016

## Upper Colorado River Drainage Basin

Drainage Area 279,300 Square Kilometers

BLM_0067631

**General**



Figure 4. Statewide April 1 snow water equivalent as measured by the NRCS from 1968-2015 shows a decreasing trendline. Data Source: nrcs.usda.gov/wps/portal/nrcs/detail/co/snow/products/?cid=nrcs144p2_063325

nrcs.usda.gov/wps/portal/nrcs/detail/co/snow/products/?cid=nrcs144p2_063325

Flow Management Assessment Graphics - 8

BLM_0067632

# GREEN RIVER

Flow Management Assessment Graphics - 9

BLM_0067633



Flow Management Assessment Graphics - 10

BLM_0067634



BLM_0067635





FIGURE 1. Upper Green River Basin Snotel Tracking. 1981-2010 percent of median compared against 2016 YTD Snow Water Equivalent (SWE) and 1995, 2005 and 2015 percent of average SWE

Flow Management Assessment Graphics - 12

BLM_0067636

# YAMPA RIVER

Flow Management Assessment Graphics - 13

BLM_0067637



**Yampa River**

# Summer 2016 Yampa River at Maybell with Elkhead Reservoir Fish Releases

The estimated delivery loss is 35%. This number should be examined more closely. The few times the group looked at it the loss seemed more like 25% or less.

Flow Management Assessment Graphics - 14

—— Gage   —— EH Release
—— Gage-35%   —— Target

**Yampa River**



Flow Management Assessment Graphics - 15

BLM_0067639





FIGURE 6. Yampa River above Deerlodge SNOTEL Group, 1981-2010 percent of average SWE compared against 2016 YTD, and analog years 2000, 2010 and 2015 percent of median SWE

Flow Management Assessment Graphics - 16

BLM_0067640

# WHITE RIVER

Flow Management Assessment Graphics - 17

BLM_0067641

**White River**



## USGS 09306500 WHITE RIVER NEAR WATSON, UTAH



- Median daily statistic (86 years) — Estimated discharge
- Data temporarily unavailable — Period of approved data
- Discharge — Period of provisional data

### Colorado Basin River Forecast Center
### White Group



Created 01/18. 17:29 G MT
NOAA/CBRFC, 2017

Flow Management Assessment Graphics - 18

Median 1981-2010 — Average 1981-2010 — 2016 — 2015 —

BLM_0067642

# DUCHESNE RIVER

Flow Management Assessment Graphics - 19

BLM_0067643

**Duchesne River**



## WY 2016

### USGS 09302000 DUCHESNE RIVER NEAR RANDLETT, UT



- — Discharge
- — Period of approved data
- ▲ Equipment malfunction
- ● Flow at station affected by ice
- — Period of provisional data
- ▨ Period of flow augmentation



Flow Management Assessment Graphics - 20



**Duchesne River**

Duchesne River Near Randlett
Number of Days below 50-CFS Target (Priority 1, 2, and 3)

Duchesne River Near Randlett
Number of Days below 115-CFS Target (Priority 4)

Flow Management Assessment Graphics - 21

BLM_0067645

**Duchesne River**

## WY 2016 Water Supply:

| | |
|---|---|
| Daniels Replacement Project (Starvation) | 2,900 A-F |
| DOI Section 207 (Starvation) (899 Banked + 430)^ | 1,329 A-F |
| Rediverted "44,400" Water (Starvation)* | 0 A-F |
| DOI Section 207 (Big Sand Wash)^ | 1,500 A-F |
| | 5,729 A-F |

*Value as of October 1, 2015
*Subject to Spill
^Temporary 207 Contracts to be Renewed for 5 Years
   for 2016-2020 Delivery Seasons

## WY 2016 Water Supply:

| | |
|---|---|
| Daniels Replacement Project (Starvation) | 2,900 A-F |
| DOI Section 207 (Starvation) (899 Banked + 430) | 1,329 A-F |
| Rediverted "44,400" Water (Starvation)* | 4,879 A-F |
| DOI Section 207 (Big Sand Wash) | 1,500 A-F |
| | 10,608 A-F |

*Value as of April 1, 2016
*Subject to Spill

## WY 2016 Deliveries:

| | |
|---|---|
| Daniels Replacement Project (Starvation) | 2,900 A-F |
| DOI Section 207 (Starvation) | 825 A-F |
| Rediverted "44,400" Water (Starvation)* | 0 A-F |
| DOI Section 207 (Big Sand Wash) | 1,500 A-F |
| | 5,225 A-F |

| | |
|---|---|
| Remaining DOI Section 207 (Starvation)* | 504 A-F |
| Remaining DOI Section 207 (Big Sand Wash)* | 0 A-F |
| * 4,879 A-F Spilled from Starvation Reservoir | |

## WY 2017 Water Supply:

| | |
|---|---|
| Daniels Replacement Project (Starvation) | 2,900 A-F |
| DOI Section 207 (Starvation) (504 Banked + 430)^ | 934 A-F |
| Rediverted "44,400" Water (Starvation)* | 0 A-F |
| DOI Section 207 (Big Sand Wash)^ | 1,500 A-F |
| | 5,334 A-F |

*Value as of October 1, 2016
*Subject to Spill
^Temporary 207 Contracts were Renewed for 5 Years
   for the 2016-2020 Delivery Seasons

Flow Management Assessment Graphics - 22

BLM_0067646

# COLORADO RIVER

Flow Management Assessment Graphics - 23

BLM_0067647

**Colorado River**

Coordinated Reservoir Operations (CROS)

Augmentation of peak flows in the 15-mile reach for endangered fish (AF)

| Reservoir | Home-stake | Lake Granby | Green Mtn | Ruedi | Williams Fork | Willow Ck | Windy Gap | Wolford Mtn | Moffat | Total AF |
|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | | | 3,568 | 693 | 946 | | | 10,635 | | 15,842 |
| 1998 | | | 12,482 | 5,106 | 1,672 | | | 4,431 | | 23,691 |
| 1999 | | 8,515 | 11,010 | 3,602 | 1,543 | 6,631 | | 8,555 | | 39,856 |
| 2006 | | | 6,788 | 6,297 | 6,625 | | | 9,007 | | 28,717 |
| 2008 | | | 2,101 | 4,848 | | | | | | 6,949 |
| 2009 | | | 14,113 | 5,858 | 5,044 | 2,638 | 2,061 | 13,069 | | 42,783 |
| 2010 | | | 34,666 | 10,050 | 19,982 | | | 9,273 | | 73,971 |
| 2015 | | 18,002 | 11,292 | 4,599 | 2,733 | 8,000 | 906 | 4,587 | | 32,117 |
| 2016 | 1,430 | | 8,832 | 4,007 | 4,893 | | | 8,452 | 1,960 | 29,374 |
| Sum | 1,430 | 26,517 | 104,652 | 45,060 | 43,438 | 17,269 | 2,967 | 68,009 | 1,960 | 311,302 |

Average AF over all years, 1997-2016   15,565
Average AF in CROS years only   34,589

Augmentation of baseflows in the 15-mile reach for endangered fish (AF)

| Reservoir | Lake Granby | Green Mtn | Palisade Bypass | Ruedi | Williams Fork | Willow Ck | Windy Gap | Wolford Mtn | Total AF |
|---|---|---|---|---|---|---|---|---|---|
| 1998 | | 31,736 | | 20,803 | | | | 11,516 | 64,054 |
| 1999 | 26,914 | 29,277 | | 20,418 | 1,825 | 649 | | 4,939 | 84,022 |
| 2000 | | 47,187 | | 19,064 | 3,858 | | | 11,072 | 81,181 |
| 2001 | | 34,656 | | 21,345 | 5,369 | | | 8,577 | 69,947 |
| 2002 | | - | 2,053 | 10,975 | 3,757 | | | 308 | 17,093 |
| 2003 | | 47,526 | 10,161 | 20,434 | 3,757 | | | 285 | 82,164 |
| 2004 | | 119 | 13,654 | 15,981 | 2,678 | | | - | 32,431 |
| 2005 | | 31,200 | 19,143 | 17,163 | 3,814 | | | 1,000 | 72,321 |
| 2006 | | 25,358 | 10,812 | 20,045 | 5,712 | | | 10,842 | 72,769 |
| 2007 | | 32,745 | 10,525 | 14,650 | 2,624 | | | 7,037 | 67,681 |
| 2008 | 849 | 61,433 | 15,997 | 20,423 | 9,389 | | 764 | | 108,855 |
| 2009 | 3,144 | 56,290 | 18,302 | 20,822 | 5,411 | | | 8,747 | 112,716 |
| 2010 | 992 | 57,813 | 20,617 | 20,825 | 5,113 | | 893 | 8,413 | 114,666 |
| 2011 | | 37,132 | 20,466 | 15,251 | 5,412 | | | 8,413 | 86,674 |
| 2012 | | - | 14,616 | 20,596 | 5,412 | | | 5,320 | 45,944 |
| 2013 | 5,412 | 2,514 | 15,937 | 10,412 | | | | 1,501 | 35,776 |
| 2014 | 5,413 | 59,342 | 19,317 | 15,413 | | | | 3,000 | 102,485 |
| 2015 | 5,415 | 54,610 | 8,162 | 24,412 | 1,289* | | | 4,712 | 97,311 |
| 2016 | 5,413 | 55,390 | 12,210 | 27,413 | 234* | | | 5,766 | 106,192 |
| Sum | 53,552 | 664,329 | 212,072 | 356,444 | 64,131 | 649 | 1,657 | 101,449 | 1,454,282 |

Average AF   76,541

Total AF   1,454,282

* When Williams Fork Reservoir trades water, when Wolford can't, Wolford pays it back later in the same year.
Williams Fork no longer has a pool for fish after the permanent 5412.5 acft moved to Granby.

BLM_0067648

**Colorado River**



Impact of Spring Reservoir Releases for the 15-Mile Reach
(at Colorado River near Palisade Gage)
2016 CROS Release

| CROS 2016 | ACFT |
|---|---|
| Williams Fk | 4,893 |
| Wolford | 8,452 |
| Green Mtn | 8,632 |
| Moffat Tunnel | 1,960 |
| Homestake | 1,430 |
| Ruedi | 4,007 |
| 2016 Total | 29,374 |

— Flows without CROS releases at the Palisade gage

— Flows with CROS releases at the Palisade gage

Flow Management Assessment Graphics - 25

BLM_0067649



**Colorado River**

## Summer 2016 Flows in the 15-Mile Reach of the Colorado River

1240 cfs Target

— WITH Reservoir Releases

— WITHOUT Reservoir Releases

— USFWS Mean Monthly Target

Flow Management Assessment Graphics - 26

**Colorado River**







Flow Management Assessment Graphics - 27

BLM_0067651

# GUNNISON RIVER

Flow Management Assessment Graphics - 28

BLM_0067652





# Baseflow Targets

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 |
| **Mod Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 |
| **Avg Wet** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 | 1050 |
| **Avg Dry** | 1050 | 1050 | 1050 | 1050 | 1050 | 1500 | 1500 | 1050 | 1050 | 1050 | 1050 | 1050 |
| **Mod Dry\*** | 750 | 750 | 750/790 | 750/890 | 750/890 | 1050 | 1050 | 1050 | 750/890 | 750/790 | 750/790 | 750 |
| **Dry\*** | 750 | 750 | 750/790 | 750/890 | 750/890 | 1050 | 1050 | 750/890 | 750/890 | 750/790 | 750/790 | 750 |

*During March through November in Moderately Dry and Dry type years, additional releases will be made as necessary to provide flows above the 750 cfs anticipated to be diverted by the Redlands Water and Power Company, for the fish ladder and fish screen as shown.

BLM_0067653

# Gunnison River







Flow Management Assessment Graphics - 30

BLM_0067654

# 6.0  LITERATURE CITED

Alder, L.H., and T.A. Crowl. 1995.  The role of introduced fishes in the Green River: Exotic predators in nursery habitats of the endangered Colorado squawfish.  Honors Thesis, Utah State University, Logan.

Alexander, C.A.D., E. Olson, J. Carron. 2013. Integrated Water Management in the Colorado River Basin: Evaluation of Decision Support Platforms and Tools. Final Report. Prepared by ESSA Technologies Ltd. and Hydros Consulting for the Colorado River Program of The Natural Conservancy. Boulder, Colorado. 107 pp + appendices.

Anderson, R.M.  1997.  An Evaluation of Fish Community Structure and Habitat Potential for Colorado Squawfish and Razorback Sucker in the Unoccupied Reach (Palisade to Rifle) of the Colorado River, 1993-1995.  Final Report of Colorado Division of Wildlife, Fort Collins, Colorado to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Andrews, E. D., et al. (1996). Highlights of a Peer review and Roundtable Discussion on the Relationship of Streamflow, Geomorphology, and Food Web Studies in Recovery of the Endangered Fishes in the Upper Colorado River Basin, Grand Junction, Colorado, February 6-7, 1995.  Final Report.

Aspinall Unit Study Plan *ad hoc* Committee. (2011) Study Plan to Evaluate Effects of Aspinall Unit Operations to Benefit Habitat and Recovery of Endangered Fishes in the Gunnison and Colorado Rivers. Coordinated by the Upper Colorado River Endangered Fish Recovery Program.

Ayres Associates.  1999.  Yampa River research final synthesis report.  Project No. 34-0683.00.  Fort Collins, CO.

Badame, P.  2012.  Population estimates for humpback chub (*Gila cypha*) in Desolation and Gray Canyons, Green River, Utah 2006-2007.  Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BBC Research & Consulting. 1998. Yampa Valley water demand study, final report. Prepared for Recovery Program for Endangered Fishes of the Upper Colorado River, Denver.

Bestgen, K.R. 1997.  Interacting effects of physical and biological processes on recruitment of Colorado squawfish.  Colorado State University Doctoral Dissertation to Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bestgen, K.R., and L.W. Crist. 2000.  Response of the Green River fish community to construction and re-regulation of Flaming Gorge Dam, 1962–1996.  Final Report of

BLM_0067655

Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bestgen, K. R., J. A. Hawkins, G. C. White, K. Christopherson, M. Hudson, M. H. Fuller, D. C. Kitcheyan, R. Brunson, P. Badame, G. B. Haines, J. Jackson, C. D. Walford, T. A. Sorensen, and T. B. Williams.  2005.  Population status of Colorado pikeminnow in the Green River Basin, Utah and Colorado.  Final Report of Larval Fish Laboratory, Colorado State University to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bestgen, K. R., and A. A. Hill. 2016a. Reproduction, abundance, and recruitment dynamics of young Colorado pikeminnow in the Green and Yampa rivers, Utah and Colorado, 1979-2012. Final report to the Upper Colorado River Endangered Fish Recovery Program, Project FW BW-Synth, Denver, CO. Department of Fish, Wildlife, and Conservation Biology, Colorado State University, Fort Collins. Larval Fish Laboratory Contribution 183.

Bestgen, K. R., and A. A. Hill. 2016b. River regulation affects reproduction, early growth, and suppression strategies for invasive smallmouth bass in the upper Colorado River basin. Final report submitted to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. Department of Fish, Wildlife, and Conservation Biology, Colorado State University, Fort Collins. Larval Fish Laboratory Contribution 187.

Bestgen, K. R., G. B. Haines, and A. A. Hill. 2011. Synthesis of flood plain wetland information: Timing of razorback sucker reproduction in the Green River, Utah, related to stream flow, water temperature, and flood plain wetland availability. Final Report to the Upper Colorado River Endangered Fish Recovery Program, Denver. Larval Fish Laboratory Contribution 163.

Bestgen, K.R., J.A. Hawkins, G.C. White, C.D. Walford, P. Badame, and L. Monroe. 2010.  Population status of Colorado pikeminnow in the Green River Basin, Utah and Colorado, 2006-2008.  Final Report of the Larval Fish Laboratory, Colorado State University to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bestgen K.. C. Walford, A. Hill, and J. Hawkins. 2015. Evaluating effects of non-native predator removal on native fishes in the Yampa River, Colorado. Annual Report of Project 140 for  Upper Colorado River Endangered Fish Recovery Program. 9 pages.

Bestgen, K. R., K. A. Zelasko, and R. I Compton.  2006.  Response of the Green River Fish Community to Changes in Flow and Temperature Regimes from Flaming Gorge Dam since 1996 based on sampling conducted from 2002 to 2004. Final Report of Larval Fish Laboratory, Colorado State University to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067656

Bestgen, K. R., K. A. Zelasko, R. I. Compton, and T. E. Chart. 2008. Survival, condition, habitat use, and predation on stocked bonytails (*Gila elegans*) in the Green River, Colorado and Utah. Southwestern Naturalist 53:488-494.

Bestgen, K. R., K. A. Zelasko, and G. C. White. 2012. Monitoring Reproduction, Recruitment, and population status of razorback suckers in the Upper Colorado River Basin. Final Report of Larval Fish Laboratory, Colorado State University to Upper Colorado Endangered Fish Recovery Program, Denver, Colorado.

Bezzerides, N. and K. Bestgen. 2002. Status review of roundtail chub *Gila robusta*, flannelmouth sucker *Catostomus latipinnis*, and bluehead sucker *Catostomus discobolus* In the Colorado River basin. Final Report to U.S. Bureau of Reclamation. Larval Fish Lab Contribution 118.

Bidelspach and Fairley. 2015. "Feasibility of Yampa River Walton Creek Confluence Reconstruction." Stantec Consulting. Steamboat Springs, CO.

Birchell et al. 2002. The levee removal project: assessment of floodplain habitat restoration in the middle Green River. Final Report of Levee Removal Evaluation Group to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Bissonette, G., and T. A. Crowl. 1995. Habitat preference of juvenile bonytail (*Gila elegans*) and spatial competition with the exotic red shiner. Honors Thesis, Utah State University, Logan.

Boyer, J. M. and A. Cutler. 2004. Gunnison River/Aspinall Unit Temperature Study - Phase II. Final Report of Hydrosphere Resource Consultants and U.S. Bureau of Reclamation to Upper Colorado River Endangered Fish Recovery Program.

Breen, M. J. and T. N Hedrick. 2009. Status of bluehead sucker, flannelmouth sucker, and roundtail chub populations in three drainages of northeastern Utah. 2008 Statewide Monitoring Summary, Publication No. 09-27. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Breen, M.J. and Hedrick, T.N. 2010. Conservation Activities for Bluehead Sucker, Flannelmouth Sucker, and Roundtail Chub in Four Drainages of Northeastern Utah. Pages 2-1 to 2-52 in Three Species Monitoring Summary Statewide 2009. Utah Division of Wildlife Resources, Publication Number 10-25.

Breen, M.J., M. Swasey, P. Badame, K. Creighton. 2011. Upper Colorado River basin young-of-year Colorado pikeminnow (Ptychocheilus lucius) monitoring: Summary report 1986-2009. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067657

Breen, M. J. and J. A. Skorupski. 2012. Use of the Stewart Lake floodplain by larval and adult endangered fishes: Annual report to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Breen, M. J. and J. A. Skorupski. 2013. Use of the Stewart Lake floodplain by larval and adult endangered fishes: Annual report to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Breton, A. R., J. A. Hawkins, K. R. Bestgen, D. L. Winkelman, and G. C. White. 2013. Escapement rates of translocated smallmouth bass (*Micropterus dolomieu*) from Elkhead Reservoir to the Yampa River – Final Report. Upper Colorado River Endangered Fish Recovery Program, Project 16, Bureau of Reclamation Agreement # 9-FC-81-0143 09FC402885, Larval Fish Laboratory Contribution 168

Breton, A. R, D. L. Winkelman, J. A. Hawkins, and K. R. Bestgen. 2014. Population trends of smallmouth bass in the upper Colorado River basin with an evaluation of removal effects. Final report to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado. Larval Fish Laboratory Contribution 169.

Brown and Caldwell. 2003. Phase 2 coordinated facilities water availability study for the endangered fishes of the Upper Colorado River. Final Report. Prepared for the Colorado Water Conservation Board. Denver.

Brunson, R.E., and K.D. Christopherson. 2005. Larval razorback sucker and bonytail survival and growth in the presence of nonnative fish in the Baeser floodplain wetland of the middle Green River. Final Report of Utah Division of Wildlife Resources, Vernal, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Brunson, R.E., K.D. Christopherson, and T.N. Hedrick. 2007. Evaluation of nonnative fish escapement from Starvation Reservoir. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D. 1994. Conceptual management plan for habitat enhancement in flooded bottomlands: Escalante State Wildlife Area, Gunnison River downstream of Delta, Colorado. U.S. Fish and Wildlife Service Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D. 1994. Conceptual management plan for habitat enhancement in flooded bottomlands: gravel pit at 29-5/8 Road near Grand Junction, Colorado. U.S. Fish and Wildlife Service Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D. 1995. Ichthyofaunal studies of the Gunnison River, Colorado, 1992–1994. Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067658

Burdick, B.D. 1997.  Minimum flow recommendation for passage of Colorado squawfish and razorback sucker in the 2.3-mile reach of the lower Gunnison River: Redlands Diversion Dam to the Colorado River confluence.

Burdick, B.D. 1999.  Evaluation of fish passage at the Grand Valley Irrigation Company Diversion Dam on the Colorado River near Palisade, Colorado.  U.S. Fish and Wildlife Service Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.  D.  2001.  Five-year evaluation of fish passage at the Redlands Diversion Dam on the Gunnison River near Grand Junction, Colorado: 1996-2000.  U. S. Fish and Wildlife Service Project Number CAP-4b Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D. 2002.  Evaluating the use of sloped gravel-pit ponds by listed and non-listed native fishes and removal of nonnative fishes from sloped gravel-pit ponds in the upper Colorado River near Grand Junction, Colorado.  U.S. Fish and Wildlife Service Project Number C-6-GP Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D.  2003.  Monitoring and evaluating various sizes of domestic-reared razorback sucker stocked in the Upper Colorado and Gunnison rivers: 1995–2001.  Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D., and L.R. Kaeding. 1990.  Biological merits of fish passage as part of recovery of Colorado squawfish in the upper Colorado River basin.  U.S. Fish and Wildlife Service Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D., and F.K. Pfeifer. 1996.  Discussion of the merits for fish passage at Hartland Diversion Dam on the Gunnison River near Delta, Colorado.  U.S. Fish and Wildlife Service Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Burdick, B.D., R.S. Wydoski, and C.W. McAda.  1995.  Stocking plan for razorback sucker in the Upper Colorado and Gunnison rivers.  Final Report of U.S. Fish and Wildlife Service, Grand Junction, Colorado to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Carlson, C. A., and R. T. Muth. 1989. Colorado River: lifeline of the American southwest. Pages 220-239 In: Proceedings of the International Large Rivers Symposium. D. P. Dodge, editor. Special Publication 106. Canadian Fisheries Aquatic Sciences, Ottawa, Ontario, Canada.

Citations - 5

BLM_0067659

Carpenter, J.  2005.  Competition for food between an introduced crayfish and two fishes endemic to the Colorado River Basin.  Environmental Biology of Fishes 72:335-342.

Cavalli, P. A. 1999. Fish community investigations in the lower Price River, 1996-1997. Utah Division of Wildlife Resources: 53.  Salt Lake City.

Cavalli, P.A. 2000.  An evaluation of the effects of Tusher Wash Diversion Dam on movement and survival of juvenile and subadult native fish.  Utah Division of Wildlife Resources Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

CDOW. 1998.  Aquatic wildlife management plan: Yampa River basin, Colorado. Colorado Division of Wildlife, Denver, Colorado.

CDOW. 2002.  Draft Upper Colorado River Basin aquatic wildlife management plan. Colorado Division of Wildlife Draft Report, Denver, Colorado.

CDOW. 2003a. Colorado River Basin aquatic wildlife management plan.  Colorado Division of Wildlife, Denver.

CDOW. 2003b. Gunnison River Basin aquatic wildlife management plan.  Colorado Division of Wildlife, Denver.

CDOW. 2007. Elkhead Reservoir Final Lake Management Plan.  Colorado Division of Wildlife, Grand Junction, Colorado.

CDOW. 2010.  Yampa River Basin Aquatic Wildlife Management Plan.  Colorado Division of Wildlife, Denver, Colorado.

Central Utah Water Conservancy District. 2013. 2004 – 2011 Water Management Report Duchesne River Working Group, Duchesne, Utah, 40p.

CH2MHill.  1997.  Duchesne River hydrology and water availability study.  Report to the Upper Colorado River Endangered Fish Recovery Program.  U.S. Fish and Wildlife Service.  Denver.

Chafin, D.T. 2002.  Evaluation of trends in pH in the Yampa River, northwestern Colorado, 1950–2000.  U.S. Geological Survey Water Resources Investigation Report 02–4038, Denver, Colorado.

Chart, T.E., and J. L. Mohrman. 2012. The Upper Colorado River Endangered Fish Recovery Program's position on the role of the Price River in recovery of endangered fish and the need for minimum flow management.  Prepared for U.S. Fish and Wildlife Service, Ecological Service, Utah Field Office. 42 p.

BLM_0067660

Chart, T.E., D.P. Svendson, and L. Lentsch. 1999. Investigation of Potential Razorback Sucker (Xyrauchen texanus) and Colorado Pikeminnow (Ptychocheilus lucius: Spawning in the Lower Green River, 1994 and 1995. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Christopherson, K.D., G.J. Birchell, and T. Modde. 2004. Larval razorback sucker and bonytail survival and growth in the presence of nonnative fish in the Stirrup floodplain. Final Report of Utah Division of Wildlife Resources, Salt Lake City, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Colorado Water Conservation Board. 2008. Colorado River: 15-Mile Reach Programmatic Biological Opinion Depletion Accounting Pursuant to Appendix B Report Period 2001-2005.

Cranney, S.J. 1994. Lower Duchesne River fishery investigations - 1993. Draft Report. Utah Division of Wildlife Resources, Vernal, UT.

Crowl, T.A., and L. Lentsch. 1996. Estimating northern pike predation on Colorado squawfish in the middle Green River: A bioenergetics approach. Project Number F-47-R Final Report of Utah State University and Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Crowl, T.A., and S. Rivera. 2000. The importance of flow training for the successful stocking of bonytail. Chapter 4, Draft 1998 Annual Report, February 2000, Ecology Center, Department of Fisheries and Wildlife, Utah State University, Logan, Utah.

Czapla, T.E. 1999. Genetics management plan. Upper Colorado River Endangered Recovery Program, Denver, Colorado.

Denver Water and Colorado River Water Conservation District. 2002. Comparison of water supply alternatives associated with the Upper Colorado River Endangered Fish Recovery Program. Draft report.

Douglas, M.E. 1995. Gila Taxonomy Project - Morphology. Draft Final Report of Arizona State University to Bureau of Reclamation, Salt Lake City, Utah.

Douglas, M.R., and M.E. Douglas. 2007. Genetic structure of humpback chub Gila cypha and roundtail chub G. robusta in the Colorado River Ecosystem. Final Report of Department of Fish Wildlife and Conservation Biology, Colorado state University, Fort Collins, Colorado to Grand Canyon Monitoring and Research Center, U.S. Geological Station, Flagstaff, Arizona.

Dowling, T.E. No Date. Genetic diversity of the Gila complex as determined by analysis of mitochondrial DNA. Draft Final Report of Arizona State University to Bureau of Reclamation, Salt Lake City, Utah.

BLM_0067661

Elmblad, W.R.  1997.  The outcome of an experimental stocking of Colorado squawfish in Kenney Reservoir near Rangely, Colorado.  Final Report of Colorado Division of Wildlife to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Elmblad, W. R. 1998. Evaluation of Stocking Channel Catfish in Kenney Reservoir, Colorado. Grand Junction, CO, Colorado Division of Wildlife: 29.

Elverud, D., 2012 Population Estimate for Humpback Chub (*Gila cypha*) and Roundtail Chub (*Gila robusta*) in Westwater Canyon, Colorado River, Utah 2007-2008.

Finney, S. T., and G. B. Haines.  2008.  Northern pike removal, smallmouth bass monitoring, and native fish monitoring in the Yampa River, Hayden to Craig Reach, 2004-2006.  Upper Colorado River Endangered Fish Recovery Program, Project 143, Synthesis Report.  U. S. Fish and Wildlife Service, Lakewood, Colorado.  37 pp.

Francis, T.A., and C.W. McAda.  2011.  Population size and structure of humpback chub, Gila cypha and roundtail chub, G. robusta, in Black Rocks, Colorado River, Colorado, 2007–2008.  Final Report of U.S. Fish and Wildlife Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Francis, T.A., and D. Ryden. 2014. Removal of Smallmouth Bass in the Upper Colorado River between Price-Stubb Dam near Palisade, Colorado, and Westwater, Utah. Annual report to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Francis, T., K. R. Bestgen and G. C. White.  2016.  Population Status of Humpback Chub, Gila cypha, and Catch Indices and Population Structure of Sympatric Roundtail Chub, Gila robusta, in Black Rocks, Colorado River, Colorado, 1998-2012.  Final Report to the Upper Colorado River Endangered Fish Recovery Program, Denver Colorado.

Fuller, M. H. and Jay Groves. 2010. Duchesne River Fishery Survey. Ute Indian Tribe. Project 154 Annual Report.

Gardunio, E. I., Myrick, C. A., Ridenour, R. A., Keith, R. M. and Amadio, C. J. (2011), Invasion of illegally introduced Burbot in the upper Colorado River Basin, USA. Journal of Applied Ichthyology, 27: 36–42.

Grand River Consulting Co. 2009. Selected alternative for 10,825 acre-feet per year of water for the Upper Colorado River Endangered Fish Recovery Program. Prepared for 10825 Water Supply Stakeholders. Glenwood Springs, Colorado.

Green River Study Plan ad hoc Committee. 2007. Study plan for the implementation and evaluation of flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam.  Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067662

Groves, J. and M. Fuller.  2009 Native fish monitoring and nonnative fish monitoring and control in the lower Green River and associated tributaries within the Uintah and Ouray Indian Reservation, Utah. Project 154 Annual Report.

Haines, G.B., D.W. Beyers, and T. Modde.  1998.  Estimation of winter survival, movement and dispersal of young Colorado squawfish in the Green River, Utah.  Final Report of U.S. Fish and Wildlife Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Haines, G. B. and T. Modde 1996. "Evaluation of Marking Techniques to Estimate Population Size and First-Year Survival of Colorado Squawfish." North American Journal of Fisheries Management 16: 905-912.

Hamilton, S.J., K.M. Holley, K.J. Buhl, F.A. Bullard, L.K. Weston, and S.F. McDonald. 1996.  The evaluation of contaminant impacts on razorback sucker held in flooded bottomland sites near Grand Junction, Colorado - 1996.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hamilton, S.J., K.M. Holley, K.J. Buhl, F.A. Bullard, L.K. Weston, and S.F. McDonald. 1997.  The evaluation of contaminant impacts on razorback sucker held in flooded bottomland sites near Grand Junction, Colorado - 1997.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hamilton, S.J., K.M. Holley, K.J. Buhl, F.A. Bullard, L.K. Weston, and S.F. McDonald. 2003.  Evaluation of flushing of a backwater channel: concentrations of selenium and other inorganic elements in water, sediment, invertebrates, forage fish, and Colorado pikeminnow.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hansen, J.D.  2004.  Duchesne River coordinated reservoir operations.  Bureau of Reclamation, Provo, Utah.

Hawkins, J.A. 2009. An evaluation of fish entrainment into the Maybell Ditch on the Yampa River, Colorado, 2007 and 2008. Project No. 146 Final Report for the Upper Colorado River Endangered Fish Recovery Program. Contribution 151 of the Larval Fish Laboratory, Colorado State University, Fort Collins, Colorado.

Hawkins, J., T. Modde, and J. Bundy.  2001.  Ichthyofauna of the Little Snake River, Colorado, 1995 with notes on movements of humpback chub.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver.

Hawkins, J.A., and T.P. Nesler. 1991.  Nonnative fishes of the upper Colorado River basin: an issue paper.  Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067663

Hawkins, J. A., and J. O'Brien.  2001.  Research plan for developing flow recommendations in the Little Snake River, Colorado and Wyoming, for endangered fishes of the Colorado River Basin.  Colorado State University, Larval Fish Laboratory, final report to the Upper Colorado River Endangered Fish Recovery Program.  Denver.

Hawkins, J., C. Walford, and T. Sorensen. 2005. Northern pike management studies in the Yampa River, Colorado,1999–2002. Final Report of Colorado State University to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hedrick, T.N., et al, 2009. Entrainment of Semi-Buoyant Beads and Razorback Sucker, Xyrauchen texanus, Larvae into Flood Plain Wetlands of the Middle Green River, Utah.

Hedrick, T.N., Breton, A.R., and Keddy, S.P. 2012. Razorback Sucker survival and emigration from the Stirrup floodplain, Middle Green River, Utah 2007-2010. Publication Number 12-10. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hill, C. G. 2004. Dynamics of northern pike spawning and nursery habitat in the Yampa River, Colorado. Colorado State University final report of project C-31 to the Upper Colorado River Endangered Fish Recovery Program.

Hines, B. A., K. R. Bestgen, and G. C. White. 2016. Abundance estimates for humpback chub (Gila cypha) and roundtail chub (Gila robusta) in Westwater Canyon, Colorado River, Utah 2011–2012. Final Report, Project 132. Upper Colorado River Endangered Fish Recovery Program, Lakewood, Colorado. Larval Fish Laboratory Contribution 198.

Holden, P.B.  1980.  The relationship between flows in the Yampa River and success of rare fish populations in the Green River system.  Final Report of BIO/WEST, Inc., to U.S. National Park Service, Denver, Colorado.

Howard, J. 2014. Project 129: Humpback chub population estimates for Desolation/Gray Canyons, Green River Utah. 2014 Annual Report.

Hydrosphere. 1995a.  Reconnaissance evaluation of Yampa River diversions structures: River mile 53 to river mile 179.  Hydrosphere Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Hydrosphere Resource Consultants.  1995b.  Yampa River Basin recommended alternative detailed feasibility study.  Final Report.  Boulder, CO.

Integrated Stocking Plan Revision Committee.  2015.  Revised Integrated Stocking Plan for Razorback Sucker and Bonytail.  Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Irving, D.B. 1997.  A discussion of providing fish passage for adult Colorado squawfish at Taylor Draw Dam on the White River, Colorado.  U.S. Fish and Wildlife Service

BLM_0067664

Project Number 32 Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Irving, D.B. 2003.  Northern Ute Indian Tribe's nonnative stocking policy.  Memo to Bob Muth, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Irving, D. B. and B. D. Burdick.  1995. Reconnaissance inventory and prioritization of existing and potential bottomlands in the upper Colorado River basin, 1993-1994.  Final report of U.S. Fish and Wildlife Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Irving, D., B. Haines, and T. Modde. 2004. White River base flow study, Colorado and Utah, 1995–1996. U.S. Fish and Wildlife Service, Project Number 5D  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Irving, D., and M. Montoya. 2002.  Bottle Hollow Reservoir nonnative fish control structure.  FY-02 Annual Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Jackson, J. A.  2010.  Population Estimate for Humpback Chub (Gila cypha) and Roundtail Chub (Gila robusta) in Westwater Canyon, Colorado River, Utah 2003-2005. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Jackson, J. A., and P. V. Badame. 2002.  Centrarchid and channel catfish control in the middle and lower Green River; 1997 and 1998.  Utah Division of Wildlife Resources Project #59 to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Jackson, J.A., and J.M. Hudson.  2005.  Population Estimate for Humpback Chub (*Gila cypha*) in Desolation and Gray Canyons, Green River, Utah 2001-2003.  Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program.

Johnson, B. M., P. J. Martinez, J. A. Hawkins, and K. R. Bestgen.  2008.  Ranking predatory threats by nonnative fishes in the Yampa River, Colorado, via bioenergetics modeling.  North American Journal of Fisheries Management 28:1941-1953.

Johnson, B.M., B. Wolf, and P.J. Martinez. 2014. Chemically Fingerprinting Nonnative Fish in Reservoirs. Final Report of Project C18/19 to the Upper Colorado River Endangered Fish Recovery Program.

Keeler-Foster, C.  2010. A genetic management plan for captive and translocated humpback chub in the lower Colorado River Basin.  Dexter National Fish Hatchery and Technology Center, Dexter, New Mexico, to Grand Canyon Monitoring and Research Center, U.S. Geological Station, Flagstaff, Arizona.

BLM_0067665

Kidd, G. T.  1977.  An investigation of endangered and threatened fish species in the upper Colorado River as related to Bureau of Reclamation projects.  Final Report to U.S. Bureau of Reclamation, Northwest Fishery Research, Clifton, Colorado.

Kitcheyan, D. C., G.B. Haines, M.H. Fuller, and D.R. Beers. 2001.  The presence of non-native and native fishes in the raceway and Green River canal below the Tusher Wash Diversion Dam.  U.S. Fish and Wildlife Service Final Report

Kitcheyan, D.C., and M. Montagne.  2005.  Movement, Migration, and Habitat Use by Colorado Pikeminnow (*Ptychocheilus lucius*) in a Regulated River below Flaming Gorge Dam, Utah.  Draft Final Report of U.S. Fish and Wildlife Service to Dinosaur National Monument and Central Utah Project.

Kuhn, G. and C. A. Williams.  2004.  Evaluation of streamflow losses along the Gunnison River from Whitewater downstream to the Redlands Canal Diversion Dam, near Grand Junction, Colorado, water years 1995–2003.  U.S.G.S. Scientific Investigations Report 2004-5095.

LaGory, K., T. Chart, and J. Mohrman. 2015. A strategy to evaluate peak flow recommendations for sediment transport and habitat maintenance in the upper Colorado River basin: a technical supplement to the Green River and Aspinall study plans. Upper Colorado River Endangered Fish Recovery Program.

LaGory, K. E.; J. W. Hayse; and D. Tomasko.  2003.  Recommended priorities for geomorphology research in endangered fish habitats of the Upper Colorado River Basin. Final Report.  Upper Colorado River Endangered Fish Recovery Program Project 134.  Argonne National Laboratory.  Argonne, IL.

Lanigan, S.H., and H.M. Tyus. 1989.  Population size and status of razorback sucker in the Green River basin, Utah and Colorado.  North American Journal of Fisheries Management 9:68–73.

Larval Trigger Study Plan *ad hoc* Committee. 2012. Study Plan to Examine the Effects of Using Larval Razorback Sucker Occurrence in the Green River as a Trigger for Flaming Gorge Dam Peak Releases.  Coordinated by the Upper Colorado River Endangered Fish Recovery Program.

Lentsch, L.D., Y. Converse, P.D. Thompson, T.A. Crowl, and C.A. Toline. 1996a. Bonytail reintroduction plan for the upper Colorado River basin.  Project Number 25 Final Report to Upper Colorado Endangered Fish Recovery Program.

Lentsch, L. D., B. G. Hoskins, and L. M. Lubomudrov. 1998. The White River and endangered fish recovery: a hydrological, physical and biological synopsis. Final Report Prepared for the Colorado River Recovery Implementation Program, Project No. 21. Utah Division of Wildlife Resources, Salt Lake City Utah. 46p.

BLM_0067666

Lentsch, L.D., L.M. Lubomudrov and B.G. Hoskins. 2000. The White River and endangered fish recovery: a hydrological, physical and biological synopsis. Final Report 1998, updated and edited 2000, to the Upper Colorado River Endangered Fish Recovery Program. Project No. 21. Utah Division of Wildlife Resources, Publication No. 00-37. Salt Lake City.

Lentsch, L.D., R.T. Muth, P.D. Thompson, B.G. Hoskins, and T.A. Crowl. 1996b. Options for selective control of nonnative fishes in the upper Colorado River basin. Utah Division of Wildlife Resources Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Lentsch, L.D., C.A. Toline, T.A. Crowl, and Y. Converse. 1998. Endangered fish interim management objectives for the Upper Colorado River Basin Recovery and Implementation Program. Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Martin, L. M., and F. B. Wright. 2010. Middle Yampa River northern pike and smallmouth bass removal and evaluation; Colorado pikeminnow and roundtail chub evaluation: 2004-2007. Project 98a Synthesis Report of Colorado Division of Wildlife to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Martinez, A.M. 2004. An evaluation of nonnative fish control treatments in ponds along the Colorado and Gunnison rivers. Project Number C-18/19 Final Draft Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Martinez, P. J. 2001. Westslope warmwater fisheries. Colorado Division of Wildlife, Federal Aid in Sport Fish Restoration, Project F-325-R6, Progress Report, Fort Collins

Martinez, P.J. 2002. Westslope warmwater fisheries. Colorado Division of Wildlife Federal Aid Project F-325-R7, Job 1, Segment Objective 2, Grand Junction, Colorado.

Martinez, P. J. 2012. Invasive crayfish in a high desert river: implications of concurrent invaders and climate change. Aquatic Invasions 7:219-234.

Martinez, P. J., T. E. Chart, M. A. Trammel, J. G. Wullschleger, and E. P. Bergersen. 1994. Fish species composition before and after construction of a main stem reservoir on the White River, Colorado. Environmental Biology of Fishes, 40:227-239.

Martinez, P.J., and N.P. Nibbelink. 2004. Colorado nonnative fish stocking regulation evaluation. Final Report of Colorado Division of Wildlife and Wyoming Geographic Information Science Center to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Masslich, W.J. 1993. City of Craig, Colorado, Yampa River diversion fish passage study. Final Report of Bio/West, Inc., Logan, Utah, to City of Craig, Colorado.

BLM_0067667

McAda, C. W.  2000.  Flow recommendations to benefit endangered fishes in the Colorado and Gunnison rivers.  Draft Report to the Upper Colorado River Endangered Fish Recovery Program.  Colorado River Fishery Project: 54.  U.S. Fish and Wildlife Service, Grand Junction, CO.

McAda, C. W.  2003.  Flow recommendations to benefit endangered fishes in the Colorado and Gunnison rivers.  Final Report to the Upper Colorado River Endangered Fish Recovery Program.  Colorado River Fishery Project: 54.  U.S. Fish and Wildlife Service, Grand Junction, CO.

McAda, C.W., and R.J. Ryel. 1999.  Distribution, relative abundance, and environmental correlates for age-0 Colorado pikeminnow and sympatric fishes in the Colorado River. Project Number 45 Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Miller, W.J., D.E. Rees, and J.A. Ptacek. 2005. Investigation of nonnative fish escapement from Elkhead Reservoir. Miller Ecological Consultants, Inc., Fort Collins, Colorado.

Minckley, W. L. 1991. Native fishes of the Grand Canyon: an obituary? Pages 124-177, In: Colorado River Ecology and Dam Management, Proceedings of a Symposium May 24-25, 1990, Santa Fe, New Mexico. National Academy Press, Washington, D.C.

Modde, T., and G.B. Haines. 2005. Survival and growth of stocked razorback sucker and bonytail in multiple floodplain wetlands of the middle Green River under reset conditions. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T. and C. Keleher.  2003.  Flow recommendations for the Duchesne River with a synopsis of information regarding endangered fishes.  Report to the Upper Colorado River Endangered Fish Recovery Program, Project No. 84-1.  U.S. Fish and Wildlife Service.  Vernal, Utah.

Modde, T., W. J. Miller, and R. Anderson.  1999.  Determination of habitat availability, habitat use, and flow needs of endangered fishes in the Yampa River between August and October.  Final Report to Upper Colorado River Endangered Fish Recovery Program.  Denver.

Modde, T. and G. Smith.  1995.  Flow recommendations for endangered fish in the Yampa River.  Final report of the U.S. Fish and Wildlife Service to the Upper Colorado River Endangered Fish Recovery Program.  Denver.

Mohrman, J. 2016. Geomorphology Work. Annual Report of Project 86 for Upper Colorado River Endangered Fish Recovery Program. 2 pages.

BLM_0067668

Moyle, P.B.  1976.  Fish introductions in California: history and impact on native fishes. Biological Conservation 9:101–118.

Muth, R.T., L.W. Crist, K.E. LaGory, J.W. Hayse, K.R. Bestgen, T.P. Ryan, J.K. Lyons, R.A. Valdez.  2000.  Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Muth, R. T., G. B. Haines, S. M. Meismer, E. J. Wick, T. E. Chart, D. E. Snyder, and J. M. Bundy.  1998. Reproduction and early life history of razorback sucker in the Green River, Utah and Colorado, 1992–1996. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Muth, R. T. and T. P. Nesler 1989. "Marking Colorado Squawfish Embryos and Newly Hatched Larvae with Tetracycline." The Southwestern Naturalist 34: 431-436.

Muth, R.T., and E.J. Wick.  1996.  Sampling for juvenile Colorado squawfish in the Colorado River inflow to Lake Powell, 1995 and 1996.  Final Report of Colorado State University Larval Fish Laboratory to the U.S. National Parks Service, Fort Collins, Colorado.

Muth, R.T., and E.J. Wick.  1997.  Sampling for larval razorback sucker in the lower Green and Colorado rivers (Canyonlands National Park) and Colorado inflow to Lake Powell (Glen Canyon Dam Recreation Area), 1993–1995.  Final Report of Colorado State University Larval Fish Laboratory to the U.S. National Parks Service, Fort Collins, Colorado.

Nelson, P. 1998.  Floodplain protection issue paper - Phase 1.  Colorado River Recovery Program Project No. 75.  Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Nesler, T.P., K. Christopherson, J.M. Hudson, C.W. McAda, F. Pfeifer, and T.E. Czapla. 2003.  An integrated stocking plan for razorback sucker, bonytail, and Colorado pikeminnow for the Upper Colorado River Endangered Fish Recovery Program (Addendum to State Stocking Plans).  Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Nonnative Fish *ad hoc* Committee. 2014. Upper Colorado River Basin Nonnative and Invasive Aquatic Species Prevention and Control Strategy. Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Orabutt, D. E.  2006.  Northern pike in selected Colorado trout reservoirs.  Master's Thesis.  Colorado State University, Fort Collins, Colorado.  63 pp.

BLM_0067669

Osmundson, D. B. 2001. Flow regimes for restoration and maintenance of sufficient habitat to recover endangered razorback sucker and Colorado pikeminnow in the Upper Colorado River. Colorado River Fishery Project: 63. U.S. Fish and Wildlife Service, Grand Junction, CO.

Osmundson, D.B. 2003. Removal of non-native centrarchids from upper Colorado River backwaters, 1999–2001: summary of results. U.S. Fish and Wildlife Service Project Number 89 Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B. and L. R. Kaeding. 1991. Recommendations for flows in the 15-mile reach during October-June for maintenance and enhancement of endangered fish populations in the Upper Colorado River. Colorado River Fishery Project: 82. U.S. Fish and Wildlife, Grand Junction, CO.

Osmundson, D.B., and S.C. Seal. 2009. Successful Spawning by Stocked Razorback Sucker in the Gunnison and Colorado Rivers, as Evidenced by Larval Fish Collections, 2002-2007. Final Report of U.S. Fish and Wildlife Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D.B., and G.C. White. 2009. Population status and trends of Colorado pikeminnow of the upper Colorado River, 1991-2005. Final Report of U.S. Fish and Wildlife Service to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Osmundson, D. B., and G. C. White. 2014. Population structure, abundance and recruitment of Colorado pikeminnow of the upper Colorado River, 1991–2010. Final Report. U. S. Fish and Wildlife Service, Grand Junction, Colorado.

Roehm, G.W. 2004. Management plan for endangered fishes in the Yampa River Basin and environmental assessment. U.S. Fish and Wildlife Service, Mountain-Prairie Region. Denver.

Scheer, B.K. 1998. Walter Walker State Wildlife Area Ichthyofaunal survey, 1994–1998. U.S. Fish and Wildlife Service Final Report, Grand Junction, Colorado.

Schelly, R.C., Herdmann, J.T., and M.J. Breen. 2014. Use of Stewart Lake floodplain by larval and adult endangered fishes. Annual report to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Schoenherr, A.A. 1981. The role of competition in the replacement of native species by introduced species. Pages 173–203 *in* R.J. Naiman and D.L. Soltz, eds. Fishes in North American deserts. John Wiley and Sons. New York.

BLM_0067670

Secretary of the Interior. 2010. Utilization of Power Revenues for Annual Base Funding of the Upper Colorado River and San Juan River Basin Recovery Implementation Programs:  A Report to Congress.

Secretary of the Interior. 2016. Report to Congress: Utilization of Power Revenues for Annual Base Funding of the Upper Colorado River and San Juan River Basin Recovery Implementation Programs.

Skorupski, J. A., M. J. Breen, and L. Monroe. 2012. Native Fish Response to Nonnative Fish Removal from 2005-2008 in the Middle Green River, Utah. Utah Department of Natural Resources Final Report Project 144 to the Upper Colorado River Endangered Fish Recovery Program.

Smith, G.R., and R.G. Green. 1991.  Flaming Gorge consolidated hydrology report. U.S. Fish and Wildlife Service, Division of Water Resources, Denver, Colorado.

Snyder, D.E.  2003.  Electrofishing and its harmful effects on fish.  Information and Technology Report USGS/BRD/ITR-2003-0002: U.S. Government Printing Office, Denver, Colorado.

Speas, D. W., J.A. Hawkins, P.D. Mackinnon, K.R. Bestgen and C. W. Walford. 2014 Entrainment of Native Fish in the Maybell Ditch, 2011-2012. U.S. Bureau of Reclamation, Salt Lake City, UT, final report for Upper Colorado River Endangered Fish Recovery Program.

Speas, D.W., M. Breen, T. Jones, and R. Schelly. 2017. A memo the to the Biology Committee entitled, Updated floodplain wetland priorities for recovery of endangered fish in the Middle Green River

Tetra Tech.  2000.  Concept development report: Hartland Diversion Dam fish passage structure, Delta, Colorado.  Draft Report prepared for U.S.B.R., Grand Junction.

Tetra Tech. 2000.  Floodplain protection issue paper - Phase II.  Colorado River Recovery Program Project No. 75.  Final Draft Report of Tetra Tech ISG Engineering, Inc., to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tetra Tech. 2005. Floodplain habitat restoration 2005 monitoring final report, Green River, Utah. Final Report of Tetra Tech, Inc., Breckenridge, Colorado, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Trammell, M., S. Meismer, and D. Speas. 2005. Nonnative cyprinid removal in the lower Green and Colorado rivers, Utah. Utah Division of Wildlife Resources Project Number 87a Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

BLM_0067671

Trammell, M., R. Valdez, H. Johnstone, and L. Jonas. 2002. Nonnative fish control in backwater habitats in the Colorado River. SWCA, Inc., Project Number 87b Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H.M. 1984. Loss of stream passage as a factor in the decline of the endangered Colorado squawfish. Pages 138–144 in Issues and technology in the management of impacted western wildlife. Proceedings of a National Symposium. Thorne Ecological Institute Technical Publication Number 14, Boulder, Colorado.

Tyus. H.M., and C.A. Karp. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado and Utah. U.S. Fish and Wildlife Service Biological Report 89:1–27.

Tyus, H. M., and I. James F. Saunders. 1996. Nonnative fishes in the upper Colorado River basin and a strategic plan for their control. Final Report of the University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Tyus, H.M. and J.F. Saunders, III. 2001. An evaluation of the role of tributary streams for recovery of endangered fishes in the Upper Colorado River Basin, with recommendations for future actions. Draft report to the Upper Colorado River Endangered Fish Recovery Program. Center for Limnology, University of Colorado at Boulder.

Upper Colorado River Endangered Fish Recovery Program. 2002. Protocols for Colorado pikeminnow and humpback chub population estimates. Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Upper Colorado River Endangered Fish Recovery Program. 2004. Nonnative Fish Management Policy. Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Upper Colorado River Endangered Fish Recovery Program. 2006. Evaluation of population estimates for Colorado pikeminnow and humpback chub in the Upper Colorado River Basin. Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

U.S. Bureau of Reclamation. 2005. Operation of Flaming Gorge Dam Environmental Impact Statement. U.S. Bureau of Reclamation, Provo, Utah.

U.S. Bureau of Reclamation. 2006. Record of Decision, Operation of Flaming Gorge Dam, Final Environmental Impact Statement.

U.S. Fish and Wildlife Service. 1990a. Humpback chub recovery plan. U. S. Fish and Wildlife Service, Denver, Colorado. 43 pp.

BLM_0067672

U.S. Fish and Wildlife Service.  1990b.  Bonytail chub recovery plan.  U. S. Fish and Wildlife Service, Denver, Colorado.

U.S. Fish and Wildlife Service.  1991.  Colorado squawfish recovery plan.  U. S. Fish and Wildlife Service, Denver, Colorado.

U.S. Fish and Wildlife Service.  1992.  Final biological opinion on operation of Flaming Gorge Dam.  U.S. Fish and Wildlife Service, Mountain-Prairie Region.  Denver.

U.S. Fish and Wildlife Service.  1995.  Final biological opinion – round II water sale from Ruedi Reservoir.  U.S. Fish and Wildlife Service, Mountain-Prairie Region.  Denver.

U.S. Fish and Wildlife Service. 1996a.  Procedures for stocking nonnative fish species in the Upper Colorado River Basin.  Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.  Also Finding of no significant impact *in* 1996 Stocking Procedures.

U.S. Fish and Wildlife Service. 1998. Formal Section 7 Consultation for the Middle Green River Basin Study, Stewart Lake Wildlife Management Area, National Irrigation Water Quality Program.  U.S. Fish and Wildlife Service. Utah Field Office, Salt Lake City, UT.

U.S. Fish and Wildlife Service. 2009.  Procedures for stocking nonnative fish species in the Upper Colorado River Basin.  Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

U.S. Fish and Wildlife Service. 1996b.  Final Environmental Assessment for Procedures for stocking nonnative fish species in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Ecological Services, Grand Junction, Colorado.

U.S. Fish and Wildlife Service.  1998.  Razorback sucker recovery plan.  U. S. Fish and Wildlife Service, Denver, Colorado.

U.S. Fish and Wildlife Service.  1999a.  Final amendment to the biological opinion – round II water sale from Ruedi Reservoir.  U.S. Fish and Wildlife Service, Mountain-Prairie Region.  Denver.

U.S. Fish and Wildlife Service.  1999b.  Final programmatic biological opinion for Bureau of Reclamation's operations and depletions, other depletions, and funding and implementation of Recovery Program actions in the Upper Colorado River above the confluence with the Gunnison River, December 1999.  Mountain-Prairie Region, Denver.

U.S. Fish and Wildlife Service. 2001.  Ute Tribal Elder fishing pond construction and Bottle Hollow Reservoir fish screen installation.  Draft Environmental Assessment prepared for the Uintah and Ouray Indian Reservation Ute Tribe Fish and Wildlife Department, Fort Duchesne, Utah.

BLM_0067673

U.S. Fish and Wildlife Service.  2002a.  Humpback chub (*Gila cypha*) recovery goals: amendment and supplement to the Humpback Chub Recovery Plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

U.S. Fish and Wildlife Service.  2002b.  Bonytail (*Gila elegans*) recovery goals: amendment and supplement to the Bonytail Chub Recovery Plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

U.S. Fish and Wildlife Service.  2002c.  Colorado pikeminnow (*Ptychocheilus lucius*) recovery goals: amendment and supplement to the Colorado Squawfish Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

U.S. Fish and Wildlife Service.  2002d.  Razorback sucker (*Xyrauchen texanus*) recovery goals:  amendment and supplement to the Razorback Sucker Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

U.S. Fish and Wildlife Service.  2009.  Final Gunnison River Basin Programmatic Biological Opinion.  U.S. Fish and Wildlife Service, Denver, Colorado.  123 pp.

U.S. Fish and Wildlife Service.  2011a.  Humpback chub (*Gila cypha*) 5-Year Review: Summary and Evaluation.  U.S. Fish and Wildlife Service, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.  26 pp.

U.S. Fish and Wildlife Service.  2011b.  Colorado pikeminnow (*Ptychocheilus lucius*) 5-Year Review: Summary and Evaluation.  U.S. Fish and Wildlife Service, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.  25 pp.

U.S. Fish and Wildlife Service.  2012a.  Bonytail (*Gila elegans*) 5-Year Review: Summary and Evaluation.  U.S. Fish and Wildlife Service, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.  26 pp.

U.S. Fish and Wildlife Service.  2012b.  Razorback sucker (*Xyrauchen texanus*) 5-Year Review: Summary and Evaluation.  U.S. Fish and Wildlife Service, Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.  35 pp.

USGS. 2003. Selenium Contamination and Remediation at Stewart Lake Waterfowl Management Area and Ashley Creek, Middle Green River Basin, Utah. 6 pages.

Utah Department of Natural Resources.  2010.  Utah Work Plan – 2010: Green River Flow Protection for Endangered Fishes, Submitted to the U.S. Fish And Wildlife Service, Upper Colorado River  Endangered Fish Recovery Program.  Utah Department of Natural Resources. Salt Lake City, Utah. 7 pp.

Utah Division of Water Resources.  2000.  State Water Plan, West Colorado River Basin, Utah Board of Water Resources, Salt Lake City, Utah.

BLM_0067674

Utah Division of Water Resources. 2012. San Rafael River and Muddy Creek Watersheds Study. Utah Division of Water Resources, Salt Lake City, Utah.

Utah Division of Water Rights. 1994. Policy regarding applications to appropriate water and change applications which divert water from the Green River between Flaming Gorge Dam, downstream to the Duchesne River. Policy adopted on November 30, 1994, State Water Engineer, Robert L. Morgan.

Utah Division of Wildlife Resources. 2014. Positive Barriers to Sportfish Escapement from Starvation Reservoir. August 2014. UDWR Publication Number 16-22. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Utah Division of Wildlife Resources. 2016. Starvation Lake Fishery Management Plan. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Valdez, R. A. P. Mangan, M. McInerny, and R. P. Smith. 1982. Colorado River Fishery Project, Tributary Report (Gunnison and Dolores River) Final Report, U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Valdez, R.A., W.J. Masslich, and A. Wasowicz. 1991. Dolores River native fish habitat suitability study: Annual Summary Report, 1990. BIO/WEST Inc., Logan, Utah.

Valdez, R.A., and P. Nelson. 2004a. Green River Subbasin Floodplain Management Plan. Final Report of R.A. Valdez and Associates, Inc., to Upper Colorado Endangered Fish Recovery Program.

Valdez, R.A., and P. Nelson. 2004b. Colorado River Subbasin Floodplain Management Plan. Final Report of R.A. Valdez and Associates, Inc., to Upper Colorado Endangered Fish Recovery Program.

Valdez, R.A., T. Chart, T. Nesler, D. Speas, and M. Trammell. 2008. Yampa River Nonnative Fish Control Strategy. Upper Colorado River Endangered Fish Recovery Program.

Valdez, R.A., A. Widmer, K. Bestgen. 2011. Research Framework for the Upper Colorado River Basin. Final Report of SWCA Environmental Consultants and Larval Fish Laboratory, Colorado State University Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Vaske, J. J. (1995). Knowledge, Beliefs, and Attitudes Toward the Endangered Fish of the Upper Colorado River Basin. Ft. Collins, Colorado State University: 91.

Webber, P.A., and D. Beers. 2014. Detecting razorback suckers using passive integrated transponder tag antennas in the Green River, Utah. Journal of Fish and Wildlife Management 5(1):191–196.

BLM_0067675

Webber, P.A., K.R. Bestgen, and G.B. Haines. 2013. Tributary Spawning by Endangered Colorado River Basin Fishes in the White River. North American Journal of Fisheries Management 33:1166–1171.

Whitledge, G. W., B. M. Johnson, P. J. Martinez, and A. M. Martinez. 2007. Sources of nonnative centrarchids in the upper Colorado River revealed by stable isotope and microchemical analyses of otoliths. Transactions of the American Fisheries Society 136:1263–1275.

Williams, C.A., Gerner, S.J., and J.G. Elliott. 2009. Summary of fluvial sediment collected at selected sites on the Gunnison River in Colorado and the Green and Duchesne Rivers in Utah, water years 2005–2008: U.S. Geological Survey Data Series 409, 123 p.

Williams, C.A., Schaffrath, K.R., Elliott, J.G., and Richards, R.J., 2013. Application of sediment characteristics and transport conditions to resource management in selected main-stem reaches of the Upper Colorado River, Colorado and Utah, 1965–2007: U.S. Geological Survey Scientific Investigations Report 2012–5195, 82 p.

Williamson, J.H., D.C. Morizot, and G.J. Carmichael. 1999. Biochemical genetics of endangered Colorado pikeminnow from the Green, Yampa, Colorado, and San Juan rivers. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Williamson, J.H., and R.S. Wydoski. 1994. Genetic Management Guidelines. Upper Colorado River Endangered Recovery Program, Denver, Colorado.
Wydoski, R. S. 1994. Coordinated Hatchery Facility Plan: Need for Captive-Reared Endangered Fish and Propagation Facilities. Denver, CO, US Fish and Wildlife Service.

Wydowski, R.S. 1994. Coordinated Hatchery Facility Plan. Report to the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin.

Wydowski, R.S. 1995. Genetics management plan. Upper Colorado River Endangered Recovery Program, Denver, Colorado.

Zelasko, K.A., K.R. Bestgen and G.C. White. 2009. Survival rate estimation and movement of hatchery-reared razorback suckers Xyrauchen texanus in the Upper Colorado River Basin, Utah and Colorado. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Zelasko, K.A., K.R. Bestgen and G.C. White. 2011. Survival rate estimation of hatchery-reared razorback suckers Xyrauchen texanus stocked in the Upper Colorado River Basin, Utah and Colorado, 2004-2007. Final Report of Colorado State University

BLM_0067676

Larval Fish Laboratory, Department of Fish, Wildlife, and Conservation Biology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Zelasko. K. A., K. R. Bestgen, J. A. Hawkins, G. C. White. 2015. Abundance and population dynamics of invasive Northern Pike, Yampa River, Colorado, 2004–2010. Final Report to the Upper Colorado River Endangered Fish Recovery Program, Project 161b, Denver.  Larval Fish Laboratory Contribution 185.

BLM_0067677

**APPENDIX:  CRITICAL HABITAT ANALYSIS**
**September 8, 1994**

## BACKGROUND

The final rule determining critical habitat for the four endangered fishes was published in the Federal Register on March 21, 1994, and the final designation became effective on April 20, 1994.  As stated in the Section 7 Agreement and in the RIPRAP, the Recovery Program is intended to serve as the reasonable and prudent alternative to avoid the likely destruction or adverse modification of critical habitat, as well as to avoid the likelihood of jeopardy to the continued existence of the endangered fishes resulting from depletion impacts of new projects and all existing or past impacts related to historic water projects with the exception of the discharge by historic projects of pollutants such as trace elements, heavy metals, and pesticides.  Once critical habitat was designated, the Service reviewed the RIPRAP, and in coordination with the Recovery Program's Management Committee, developed modifications to fulfill this intent.

The Service's review concluded that many of the actions in the existing RIPRAP would not only contribute to allowing the Recovery Program to continue to serve as the reasonable and prudent alternative to avoid the likelihood of jeopardy to the continued existence of the endangered fishes, but also would avoid the likely destruction or adverse modification of critical habitat for the endangered fishes.  Specifically, the RIPRAP already included several of the following kinds of habitat-related actions for each subbasin (except the Dolores River): instream-flow acquisition, legal protection, and delivery from modified reservoir operations; fish passage restoration; and flooded bottomland restoration.  Thus, the critical habitat modifications to the RIPRAP were not extensive.  They were primarily intended to provide further definition to recovery actions already in the RIPRAP and to provide increased certainty that the Recovery Program can continue to serve as the reasonable and prudent alternative for projects subject to Section 7 consultations.  Since many historic projects will be required to reinitiate Section 7 consultation with the Service due to the critical habitat designation, the Service encouraged Recovery Program participants to complete these RIPRAP actions as quickly as possible to facilitate fish recovery.

Destruction or adverse modification of critical habitat is defined at 50 CFR 402.02 as a direct or indirect alteration that appreciably diminishes the value of critical habitat for both the survival and recovery of a listed species.  Section 7 consultation is initiated by a Federal agency when its action may affect critical habitat by impacting any of the primary constituent elements or reducing the potential of critical habitat to develop those elements.  The primary constituent elements defined in the final rule are necessary for survival and recovery of the four Colorado River endangered fishes include, but are not limited to, 1) water (quantity and quality), 2) physical habitat (areas inhabited or potentially habitable, including river channel, bottom lands, side channels, secondary channels, oxbows, backwaters, and other areas); and 3) biological environment (food supply, predation, and competition).  The Service reviewed the RIPRAP to determine if

A - 1

it addressed these constituent elements and to identify existing and new actions that will contribute to the RIPRAP serving as a reasonable and prudent alternative to the likely destruction or adverse modification of critical habitat. Then, in coordination with the Management Committee, the Service recommended additions needed to address all of the constituent elements, to better define the expected result of the recovery action, and to increase the certainty that the constituent elements of critical habitat would be protected.

<u>MODIFICATIONS</u>

1.   <u>Instream Flow Protection</u>:  Modifications were made under this recovery element to protect the water quantity constituent element.

    a.   Adjudication of the instream-flow appropriations to be filed by the Colorado Water Conservation Board (on the Yampa, Little Snake, White, Colorado, and Gunnison rivers) was added since these instream-flow appropriation filings will not be legally protected until they are adjudicated in water court. Adjudication may take up to three years after filing, depending on the amount of litigation.

    b.   To provide more immediate habitat improvements in the Grand Valley area via instream flows, a modification was made under water acquisition for the 15-mile reach to enter into an interim agreement for uncommitted water remaining in Ruedi Reservoir after Round II water sales are completed or commitments to contracts are agreed to.  If flow recommendations for the 15-mile reach are met from other sources during this interim agreement (thereby causing the additional water from Ruedi to exceed the flow recommendations), Ruedi would be relieved of this additional obligation.  At the end of the interim agreement (whether the flow recommendations have been met or not), Reclamation may pursue additional water sales; however, these sales would be subject to review under Section 7 of the Endangered Species Act.

2.   <u>Habitat Restoration</u>:  Modifications were made under this recovery element to protect the physical habitat constituent element.

    a.   Access to historically inundated floodplain habitats is believed to be very important to recovery of the razorback sucker and Colorado pikeminnow. Although the Recovery Program has begun a program to evaluate and restore flooded bottomland areas, the fish's riverine habitat has been and continues to be so channelized by levees, dikes, rip-rap, and tamarisk, that broader floodplain restoration and protection (e.g., through mechanisms such as landowner incentives, conservation easements, and perhaps zoning) is needed.  Recovery Program participants were not sure exactly how such mechanisms might be implemented, so an issue paper on restoration and protection of the floodplain has been developed.  The issue

A - 2

BLM_0067679

paper first addressed what restoration and protection measures are needed and then how they might be accomplished.  After completion of the issue paper, viable options were identified and a restoration strategy developed for selected geographic areas (e.g. Grand Valley and Ashley Valley).  Floodplain restoration activities may be implemented by the Recovery Program or by Recovery Program participants individually.  Responsibilities of other agencies were identified in the issue paper, and actions were implemented consistent with authorities outside the Recovery Program.

b.    The Recovery Program has been evaluating agricultural diversion structures in the Yampa River and has discovered that although not all of these structures impede Colorado pikeminnow passage, annual bulldozing in critical habitat in the river required to maintain many of these structures may destroy or adversely modify fish habitat.  Upgrading these structures so that they are more secure would eliminate the need for annual bulldozing and consequent adverse modification of critical habitat.

c.    Fish passage structures are planned for a number of diversion dams in the Upper Basin in the current RIPRAP.  However, without screens or "entrainment preclusion structures," adult fish, especially razorback sucker, may go into the diversion canals.  To keep fish in the more secure river habitat, a modification was made to include an entrainment preclusion structure on the proposed passage structure at the Grand Valley Project diversion (Roller Dam).  Also, the need for an entrainment preclusion structure at Redlands diversion dam will be evaluated after construction of the fish ladder there.

3.    <u>Reduction of Negative Impacts of Nonnative Fishes and Sportfish Management Activities</u>:  Modifications were made under this recovery element to protect the constituent element of the fishes' biological environment.

a.    Competition with and predation by introduced species is widely assumed to have played a role in the decline of the endangered fishes.  The Recovery Program has been and continues to assess options to reduce negative impacts of problematic nonnative species, sportfish management, and angling mortality.  Although we cannot yet fully predict the results of implementing some of these management options, we need to begin to implement the most viable ones.  Therefore, actions have been added to implement (in cooperation with the States) viable measures which will decrease negative impacts of certain nonnative fishes, sportfish management, and angling mortality.  Specific actions were added to selectively remove northern pike from the Yampa River and northern pike and centrarchids from the Gunnison River and possibly Paonia Reservoir.

A - 3

BLM_0067680

FINAL
COLORADO RIVER VALLEY FIELD OFFICE
RESOURCE MANAGEMENT PLAN REVISION

# AIR RESOURCES TECHNICAL SUPPORT DOCUMENT

REVISED AUGUST 2011

BLM

Colorado River Valley Field Office

Public Lands USA: Use, Share, Appreciate

BLM_0067681

*[This page intentionally left blank.]*

BLM_0067682

# AIR RESOURCES
# TECHNICAL SUPPORT DOCUMENT

## Colorado River Valley Field Office
## Resource Management Plan Revision

*Prepared for:*

**Bureau of Land Management**
Colorado River Valley Field Office
2300 River Frontage Road
Silt, CO 81652

*and*

**Bureau of Land Management**
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215-7093

*Prepared by:*



**URS Group Inc.**
8181 Tufts Avenue
Denver, CO 80237

URS Project 22240410

**Revised August 2011**

BLM_0067683

*[This page intentionally left blank.]*

BLM_0067684

# TABLE OF CONTENTS

**1.0 INTRODUCTION** ................................................................................................ **1-1**
  1.1. ARTSD SCOPE AND GOALS ........................................................................ 1-1
  1.2. STUDY AREA ................................................................................................... 1-1
  1.3. RELATIONSHIP TO EXISTING PLANS AND DOCUMENTS ..................... 1-3
  1.4. AIR QUALITY MODELING OVERVIEW ....................................................... 1-5
     1.4.1. Pollutants and AQRVs Included in Analysis ..................................... 1-5
     1.4.2. Air Quality Models ............................................................................. 1-7
     1.4.3. Emissions Inventory Development Tasks ............................................ 1-8
     1.4.4. Air Quality Assessments .................................................................... 1-8
  1.5. DOCUMENT ORGANIZATION ...................................................................... 1-9

**2.0 EMISSIONS INVENTORIES** .......................................................................... **2-1**
  2.1. EMISSIONS INVENTORIES INTRODUCTION .............................................. 2-1
  2.2. EMISSIONS INVENTORY TYPES .................................................................. 2-1
  2.3. CRVFO RFD EMISSIONS INVENTORY DEVELOPMENT ........................... 2-2
     2.3.1. Emissions Background Information .................................................... 2-2
     2.3.2. Source Locations ................................................................................ 2-4
     2.3.3. Alternative Descriptions ..................................................................... 2-5
     2.3.4. Activity and Equipment Data Gathering ............................................ 2-9
     2.3.5. Modeled Year ..................................................................................... 2-9
     2.3.6. CRVFO BLM Emissions Calculations ................................................ 2-10
     2.3.7. CRVFO BLM Emissions Summary ...................................................... 2-15
     2.3.8. CRVFO Non-BLM Emissions Calculations and Emissions Summary .....2-16
     2.3.9. CRVFO GHG Emissions ..................................................................... 2-16
     2.3.10. RFD Emissions Calculations for Other Field Offices ....................... 2-17
  2.4. RFFA SOURCES .............................................................................................. 2-18
     2.4.1. RFFA Emission Calculations ............................................................. 2-18
     2.4.2. RFFA Stack Parameters ...................................................................... 2-19

**3.0 AERMOD NEAR-FIELD MODELING** ........................................................... **3-1**
  3.1. MODELING INPUTS AND METHODOLOGY ................................................. 3-1
     3.1.1. Meteorology ....................................................................................... 3-1
     3.1.2. Terrain ............................................................................................... 3-2
     3.1.3. Ambient Concentration Data .............................................................. 3-3
     3.1.4. Near-Field Modeling Setup ................................................................ 3-4
     3.1.5. HAP Emissions Modeling ................................................................... 3-7
  3.2. NEAR-FIELD ASSESSMENT OF AIR QUALITY IMPACTS ........................... 3-7
     3.2.1. Criteria Pollutants ............................................................................. 3-7
     3.2.2. Hazardous Air Pollutants ................................................................... 3-11

**4.0 CALPUFF FAR-FIELD (NON-OZONE) ANALYSIS** ................................... **4-1**
  4.1. MODELING METHODOLOGY ....................................................................... 4-1
     4.1.1. Model Input ........................................................................................ 4-2
     4.1.2. Emissions ........................................................................................... 4-6
     4.1.3. Receptors ............................................................................................ 4-7
     4.1.4. Background Data ................................................................................. 4-10
  4.2. POST-PROCESSING TOOLS AND APPLICATIONS ..................................... 4-12
     4.2.1. CALPOST ........................................................................................... 4-12
     4.2.2. POSTUTIL ........................................................................................... 4-12

BLM_0067685

4.2.3.   BLM Seasonal and Daily Refined Visibility Analysis Workbooks ..........4-13
4.3.   FAR-FIELD ASSESSMENT OF AIR QUALITY IMPACTS .............................. 4-13
4.3.1.   Criteria Pollutants........................................................................4-14
4.3.2.   Visibility .....................................................................................4-31
4.3.3.   Deposition ...................................................................................4-35
4.3.4.   Lake Chemistry ...........................................................................4-37

**5.0   PHOTOCHEMICAL GRID MODELING OZONE ANALYSIS............................. 5-1**
5.1.   PGM OVERVIEW ................................................................................... 5-1
5.1.1.   PGM Model Selection ....................................................................5-1
5.1.2.   CAMx Regional Photochemical Model Description...................................5-1
5.1.3.   MM5 Model Description.................................................................5-3
5.1.4.   SMOKE Model Description..............................................................5-4
5.2.   MODELING DOMAIN AND VERTICAL LAYERS ............................................ 5-5
5.3.   METEOROLOGICAL DATA ..................................................................... 5-8
5.3.1.   Meteorological Inputs and MM5 Modeling ..........................................5-8
5.3.2.   MM5 Performance Evaluation and Quality Assurance..............................5-9
5.4.   CAMx PERFORMANCE EVALUATION AND EPISODE SELECTION .......... 5-12
5.4.1.   Ozone Monitor Locations and Data ..................................................5-12
5.4.2.   Episode Selection ........................................................................5-15
5.4.3.   Model Performance Evaluation Methodology .........................................5-19
5.4.4.   Model Performance Evaluation Conclusion..............................................5-26
5.5.   EMISSIONS INVENTORY DEVELOPMENT AND PROCESSING.................. 5-27
5.5.1.   2006 Base Case Emissions Inventory ..................................................5-28
5.5.2.   2018 Base Case Non-Oil and Gas Emissions Inventory ..........................5-29
5.5.3.   Integrating BLM Oil and Gas Emissions Growth With Future Year
Inventories......................................................................................5-29
5.5.4.   Oil and Gas Emissions Inventory Processing.........................................5-31
5.5.5.   SMOKE Processing and Quality Assurance ........................................5-38
5.6.   PHOTOCHEMICAL GRID MODELING METHODOLOGY...........................5-39
5.6.1.   Modeling Parameters......................................................................5-39
5.6.2.   External Model Inputs ...................................................................5-39
5.6.3.   Modeling Periods ........................................................................5-41
5.7.   ASSESSMENT OF PREDICTED OZONE IMPACTS ...................................... 5-42
5.7.1.   Ozone Analysis Approach................................................................5-42
5.7.2.   Existing Regional Ozone Levels ......................................................5-46
5.7.3.   Predicted CRVFO Project Ozone Impacts ...........................................5-48
5.7.4.   Predicted Cumulative Ozone Impacts .................................................5-54
5.7.5.   Ozone Conclusions........................................................................5-76

**6.0   CLIMATE CHANGE ANALYSIS.......................................................... 6-1**
6.1.   Climate Change Science........................................................................ 6-1
6.2.   CRVFO Climate Change Assessment ....................................................... 6-2
6.3.   Current and Future GHG Regulation ......................................................... 6-3
6.4.   Quantity of GHG Emissions From BLM Project Activity........................................ 6-4
6.5.   GHG Efficiency of CRVFO Project Gas Production ................................... 6-5
6.6.   Potential Displacement of Other Fuels....................................................... 6-6

**7.0   SUMMARY.................................................................................... 7-1**
7.1.   Emissions and Alternative Comparisons..................................................... 7-2
7.2.   Near-Field Results .................................................................................. 7-3

7.3.   Far-Field Criteria Pollutant Results..................................................................... 7-3
   7.3.1.   NO$_2$ Impacts..........................................................................7-3
   7.3.2.   Ozone Impacts...........................................................................7-4
7.4.   AQRV Results........................................................................................... 7-5
7.5.   Climate Change ........................................................................................ 7-5
7.6.   Additional Monitoring.............................................................................. 7-6

**8.0   REFERENCES................................................................................................. 8-1**

**List of Appendices**

Appendix A    WRFO Emissions Inventory
Appendix B    Nearby Field Office Emissions Inventories
Appendix C    Reasonably Foreseeable Future Action (RFFA) Cumulative Emissions
              Inventories
Appendix D    CALMET Input Data
Appendix E    Sample CALPUFF Model Control File
Appendix F    Sample CALPOST Model Control File
Appendix G    Project Only CALPUFF Detailed Results
Appendix H    Cumulative CALPUFF Detailed Results
Appendix I    Ozone Monitor Locations and Descriptions
Appendix J    SMOKE Modeling Report
Appendix K    Future Ozone Design Values for 4 km Monitors
Appendix L    Time Series Plots
Appendix M    WRFO Alternative D 8 Hour Ozone Maximum and Difference Plots
Appendix N    Wind Quality Assurance Plots
Appendix O    Surface Meteorological and Precipitation Stations

**List of Tables**

Table 1-1.    CRVFO Mineral Ownership of High Potential Leased  and Lease-Available
              Areas................................................................................................. 1-2
Table 1-2.    GHGs Regulated by USEPA and Global Warming Potentials ............................ 1-7
Table 1-3.    Models, Pollutants, and Assessed Impacts................................................. 1-8
Table 2-1.    Emissions Inventories Used for Each Model ................................................ 2-2
Table 2-2.    Projected Facilities and Gas Production for CRVFO BLM and
              Non-BLM Sources ............................................................................... 2-3
Table 2-3.    Air Quality Alternative Management Actions ..................................................2-6
Table 2-4.    Emission Controls Associated with Management Actions ................................2-8
Table 2-5.    Drill Rig Engine Distribution ...............................................................2-10
Table 2-6.    2028 CRVFO BLM Criteria Pollutant and HAP Emissions ............................2-15
Table 2-7.    2028 CRVFO Project GHG Emissions ...................................................2-17
Table 2-8.    PM$_{2.5}$ Emission Calculation Assumptions .......................................2-19
Table 3-1.    Background Ambient Air Quality Concentrations and Standards ......................3-3
Table 3-2.    HAP Background Concentrations .........................................................3-4
Table 3-3.    Receptor Spacing for Near-Field Modeling ............................................3-7

BLM_0067687

**List of Tables (cont.)**

| | | |
|---|---|---|
| Table 3-4. | Applicable Ambient Air Quality Standards and PSD Increments | 3-8 |
| Table 3-5. | Near-Field Criteria Pollutant Predicted Concentrations | 3-9 |
| Table 3-6. | 1-Hour HAP Maximum Concentration Comparison to RELs | 3-11 |
| Table 3-7. | Annual Average Predicted Concentrations Compared to RfCs | 3-13 |
| Table 3-8. | Cancer Risk From Long-Term Exposure | 3-14 |
| Table 4-1. | Distance and Direction to Class I and Sensitive Class II Areas | 4-9 |
| Table 4-2. | Distance and Direction to Sensitive Lakes | 4-9 |
| Table 4-3. | Ozone Monitoring Stations | 4-10 |
| Table 4-4. | FLAG 2000 Report Background Values | 4-11 |
| Table 4-5. | Background ANC Values for Acid Sensitive Lakes | 4-12 |
| Table 4-6. | Maximum 1-Hour $NO_2$ Air Quality Impacts | 4-16 |
| Table 4-7. | Maximum Annual $NO_2$ Air Quality Impacts | 4-18 |
| Table 4-8. | Maximum 24-Hour $PM_{10}$ Air Quality Impacts | 4-19 |
| Table 4-9. | Maximum Annual $PM_{10}$ Air Quality Impacts | 4-22 |
| Table 4-10. | Maximum 24-Hour $PM_{2.5}$ Air Quality Impacts | 4-23 |
| Table 4-11. | Maximum Annual $PM_{2.5}$ Air Quality Impacts | 4-25 |
| Table 4-12. | Maximum 1-Hour $SO_2$ Air Quality Impacts | 4-26 |
| Table 4-13. | Maximum 3-Hour $SO_2$ Air Quality Impacts | 4-27 |
| Table 4-14. | Maximum 24-Hour $SO_2$ Air Quality Impacts | 4-28 |
| Table 4-15. | Maximum Annual $SO_2$ Air Quality Impacts | 4-29 |
| Table 4-16. | Maximum 1-Hour CO Air Quality Impacts | 4-30 |
| Table 4-17. | Maximum 8-Hour CO Air Quality Impacts | 4-31 |
| Table 4-18. | Maximum Visibility Air Quality Impacts at Class I and Sensitive Class II Areas | 4-35 |
| Table 4-19. | Maximum Annual N Deposition | 4-36 |
| Table 4-20. | Maximum Annual S Deposition | 4-37 |
| Table 4-21. | Maximum Changes to Lake ANC | 4-38 |
| Table 5-1. | CAMx Domain Projection and Coordinates | 5-5 |
| Table 5-2. | Vertical Layer Structure for MM5 Modeling (Left Five Columns) and CAMx Modeling (Right Five Columns) | 5-7 |
| Table 5-3. | USEPA Modeling Performance Goals | 5-20 |
| Table 5-4. | April 2006 Nearby 8-hr Daily Maximum Predicted Concentrations | 5-24 |
| Table 5-5. | July 2006 Nearby 8-hr Daily Maximum Predicted Concentrations | 5-24 |
| Table 5-6. | April 2006 1st Through 4th Highest Daily Maximum 8-hour Ozone Concentration Differences (Co-Located) | 5-25 |
| Table 5-7. | July 2006 1st Through 4th Highest Daily Maximum 8-hour Ozone Concentration Differences (Co-Located) | 5-26 |
| Table 5-8. | 2006 Base Case Emissions Inventory Categories | 5-28 |
| Table 5-9. | 2028 CRVFO Project Emissions | 5-30 |
| Table 5-10. | 2028 Oil and Gas Cumulative Emissions | 5-30 |
| Table 5-11. | 2018 CRVFO and WRFO Oil and Gas Emissions for Future Year Modeling | 5-38 |
| Table 5-12. | CAMx Modeling Parameters | 5-39 |
| Table 5-13. | Summary of CAMx Input Data | 5-40 |
| Table 5-14. | CAMx 2006 Base Case Modeling Periods | 5-41 |
| Table 5-15. | CAMx 2018 Alternatives Modeling Periods | 5-41 |
| Table 5-16. | Data Availability for 4 km Domain Monitors | 5-44 |
| Table 5-17. | Summary of Maximum Differences Between Alternatives in 4 km Domain | 5-54 |
| Table 5-18. | Future Design Values for Rural Monitors in 4 km Domain | 5-57 |

BLM_0067688

**List of Tables (cont.)**

Table 5-19.   Summary of Predicted Absolute 8-hour Daily Maximum Concentrations In 4 km Domain ....................................................................................... 5-63
Table 5-20.   Example Calculation for Metric 1:  Percent Change in  Ozone Concentration >75 ppb ..................................................................... 5-71
Table 5-21.   Absolute Concentration Metrics for April Episode ............................ 5-72
Table 5-22.   Absolute Concentration Metrics for July Episode ............................. 5-73
Table 6-1.   2028 Project GHG Emissions As Percentage of Colorado Annual Inventory ...... 6-5
Table 6-2.   CRVFO Project Natural Gas Production GHG Emission Efficiency .................. 6-5
Table 6-3.   Comparison of GHG Emissions From Fossil Fuel Combustion .......................... 6-6
Table 7-1.   Summary of Far-field Potential NAAQS Impacts ................................. 7-1
Table 7-2.   Summary of Far-field Potential AQRV Impacts ................................... 7-2

**List of Maps**

Map 1-1.   Colorado River Valley Field Office Planning Area ................................ 1-4
Map 4-1.   CALPUFF Model Domain ........................................................... 4-4
Map 4-2.   Meteorological Station Locations .............................................. 4-5
Map 4-3.   CALPUFF Receptor Locations .................................................... 4-8
Map 4-4   Colorado Scenic Views Included in Visibility Analysis ........................ 4-32
Map 5-1.   CAMx Model Domains ............................................................ 5-6
Map 5-2.   Ozone Monitors In and Near the 4 km Domain ................................... 5-14
Map 5-3.   Current Ozone Nonattainment and Maintenance Areas (0.08 ppm Standard) ...... 5-47
Map 5-4.   Denver-Boulder-Greeley-Ft. Collins-Loveland Ozone Nonattainment Area (0.08 ppm Standard) ....................................................... 5-48
Map I-1   Ozone Monitors in the 4 km and 12 km Domains ................................. I-8

**List of Figures**

Figure 2-1.   Number of Wells Drilled by Year ............................................. 2-4
Figure 2-2.   Number of Producing Wells by Year .......................................... 2-4
Figure 3-1.   Garfield County Regional Airport Windrose .................................. 3-2
Figure 3-2.   Near-Field Well Pad Cluster Layout ......................................... 3-5
Figure 4-1.   CRVFO Cumulative Alternative D 1-Hour $NO_2$ Total Concentration (NAAQS = 189 $\mu g/m^3$) ................................................ 4-17
Figure 4-2.   CRVFO Cumulative Alternative A 24-Hour $PM_{10}$ Total Concentration (NAAQS = 150 $\mu g/m^3$) ................................................ 4-20
Figure 4-3.   CRVFO Cumulative Alternative B 24-Hour $PM_{10}$ Total Concentration (NAAQS = 150 $\mu g/m^3$) ................................................ 4-21
Figure 4-4.   CRVFO Cumulative Alternative D 24-Hour $PM_{2.5}$ Total Concentration (NAAQS = 35 $\mu g/m^3$) ................................................. 4-24
Figure 5-1.   Gothic Historical Daily Maximum 8-hour Ozone ............................. 5-17
Figure 5-2.   RMNP Historical Daily Maximum 8-hour Ozone .............................. 5-17
Figure 5-3.   MVNP Historical Daily Maximum 8-hour Ozone .............................. 5-18
Figure 5-4.   Arvada Historical Daily Maximum 8-hour Ozone ........................... 5-18
Figure 5-5.   Example of Nearby Values Used in Model Performance Analysis ............ 5-20
Figure 5-6.   8-hour Daily Maximum Ozone Soccer Plots ................................. 5-21
Figure 5-7.   CRVFO Project and Cumulative Emissions Development for SMOKE Input ..... 5-33

BLM_0067689

*Air Resources Technical Support Document*

**List of Figures (cont.)**

Figure 5-8.    2018 WOG Area Source Emissions Revision for SMOKE Input ..................... 5-35
Figure 5-9.    2018 WOG Point Source Emissions Revision for SMOKE Input..................... 5-36
Figure 5-10.   2018 Oil and Gas Emissions Input Into SMOKE for One Alternative.............. 5-37
Figure 5-11.   Northern Geographic Extent of Alternative D Project Impacts
               (8-hour daily max) ............................................................................. 5-49
Figure 5-12.   Eastern Geographic Extent of Alternative D Project Impacts
               (8-hour daily max) ............................................................................. 5-49
Figure 5-13.   Southern and Western Geographic Extent of Alternative D Project Impacts
               (8-hour daily max) ............................................................................. 5-50
Figure 5-14.   April 2 Greatest Extent of Ozone Impacts Toward DMA and the RMNP
               Due to CRVFO Project Emissions..................................................... 5-51
Figure 5-15.   Greatest 8-hour Daily Max Ozone Concentrations Due to CRVFO Project
               Emissions ........................................................................................... 5-52
Figure 5-16.   Geographic Extent of Ozone Impacts Due to CRVFO Project Emissions on
               Highest CRVFO Ozone Day................................................................ 5-53
Figure 5-17.   8-hour Daily Max Ozone Concentrations In CRVFO on July 17 From
               CRVFO18aAltD .................................................................................. 5-60
Figure 5-18.   Difference Plot Showing July 17 Project and Cumulative Ozone Impacts
               Compared to Base2006c ..................................................................... 5-61
Figure 5-19.   Typical 8-hour Daily Max Ozone Concentrations in the CRVFO
               (April 21 and July 3).......................................................................... 5-62
Figure 5-20.   April 28 Predicted 8-hour Daily Maximum Ozone and Difference Plots ......... 5-64
Figure 5-21.   April 18 Predicted 8-hour Daily Maximum Ozone and Difference Plots ......... 5-65
Figure 5-22.   July 17 Predicted 8-hour Daily Maximum Ozone and Difference Plots .......... 5-66
Figure 5-23.   July 15 Predicted 8-hour Daily Maximum Ozone and Difference Plots .......... 5-67
Figure 5-24.   Model Over-Prediction on April 28, 2006....................................................... 5-68
Figure 5-25.   Model Over-Prediction on April 19, 2006....................................................... 5-69
Figure 5-26.   Model Under-prediction on July 17, 2006....................................................... 5-69
Figure 5-27.   Model Under-Prediction on July 13, 2006....................................................... 5-70
Figure 5-28.   Time Series Plots Comparing April CRVFO18aAltD and Base2006c
               Predicted Concentrations at the Gothic Monitor ............................... 5-74
Figure 5-29.   Time Series Plots Comparing July CRVFO18aAltD and Base2006c
               Predicted Concentrations at the Gothic Monitor ............................... 5-75
Figure 5-30.   Time Series Plots Comparing April CRVFO18aAltD and Base2006c
               Predicted Concentrations at RMNP................................................... 5-76
Figure 5-31.   Time Series Plots Comparing July CRVFO18aAltD and Base2006c
               Predicted Concentrations at RMNP................................................... 5-76

BLM_0067690

## ACRONYMS

| | |
|---|---|
| **AERMET** | AERMOD Meteorological Preprocessor |
| **AERMOD** | AERMOD Modeling System developed by the American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee |
| **AHOMAP** | Albedo/haze/ozone mapping |
| **APD** | Application for Permit to Drill |
| **API** | American Petroleum Institute |
| **APPA** | Average paired peak accuracy |
| **AQRV** | Air Quality Related Value |
| **AQS** | Air Quality System |
| **ARTSD** | Air Resources Technical Support Document |
| **BACT** | Best available control technology |
| **BEIS3** | Biogenic Emissions Inventory System, version 3 |
| **BLM** | Bureau of Land Management |
| **BTEX** | Benzene, toluene, ethylbenzene, and xylenes |
| **bhp** | Brake horsepower |
| **CAAQS** | Colorado Ambient Air Quality Standards |
| **CALPUFF** | California Puff Model |
| **CAMx** | Comprehensive Air Quality Model with Extensions |
| **CASTNet** | Clean Air Status and Trends Network |
| **CB** | Baseline (predicted) concentration |
| **CF** | Future (predicted) concentration |
| **CDPHE-APCD** | Colorado Department of Public Health and Environment-Air Pollution Control Division |
| **CFR** | *Code of Federal Regulations* |
| **CH$_4$** | Methane |
| **CO** | Carbon monoxide |
| **CO$_2$** | Carbon dioxide |
| **CO$_2$e** | Carbon dioxide equivalent |
| **COA** | Condition of Approval |
| **COGCC** | Colorado Oil and Gas Conservation Commission |
| **CRVFO** | Colorado River Valley Field Office |
| **DAT** | Deposition analysis threshold |
| **DMA** | Denver Metropolitan Area |
| **dv** | Deciview |
| **DV** | Design values |

BLM_0067691

*Air Resources Technical Support Document*

## ACRONYMS (cont.)

| | |
|---|---|
| **DVB** | Baseline design value |
| **DVC** | Current design value |
| **DVF** | Future design value |
| **EC** | Elemental carbon |
| **EIS** | Environmental Impact Statement |
| **eq** | Equivalents |
| **FDDA** | Four-dimensional data assimilation |
| **FLAG** | Federal Land Managers' Air Quality Related Values Workgroup |
| **FLM** | Federal Land Managers |
| **FR** | *Federal Register* |
| **g** | Gram |
| **GEOS-CHEM** | Goddard Earth Observing System Chemistry Model |
| **GHG** | Greenhouse gas |
| **GPO** | Government Printing Office |
| **GRI** | Gas Research Institute |
| **GSFO** | Glenwood Springs Field Office |
| **GWP** | Global warming potential |
| **ha** | Hectare |
| **HAP** | Hazardous air pollutant |
| **HFC** | Hydrofluorocarbon |
| **HNO₃** | Nitric acid |
| **hp** | Horsepower |
| **hr** | Hour |
| **IDLH** | Immediately Dangerous to Life or Health |
| **IPAMS** | Independent Petroleum Association of Mountain States |
| **IPCC** | Intergovernmental Panel on Climate Change |
| **IWAQM** | Interagency Workgroup on Air Quality Modeling |
| **kg/ha/yr** | Kilograms per hectare per year |
| **km** | Kilometers |
| **LAC** | Limit of Acceptable Change |
| **LOP** | Life of Project |
| **LSFO** | Little Snake Field Office |
| **m** | Meters |
| **mb** | Millibars |
| **MEI** | Maximally exposed individual |
| **µeq/L** | Microequivalents per liter |
| **µg/m³** | Micrograms per cubic meter |

BLM_0067692

*Air Resources Technical Support Document*

## ACRONYMS (cont.)

| | |
|---|---|
| **MLE** | Most likely exposure |
| **MM5** | Mesoscale Meteorological Model |
| **MMscfd** | Million standard cubic feet per day |
| **MNB** | Mean normalized bias |
| **MNGE** | Mean normalized gross error |
| **MOZART** | Model for Ozone and Related Tracers |
| **MPE** | Model performance evaluation |
| **mph** | Miles per hour |
| **mtpy** | Metric tons per year |
| **MVNP** | Mesa Verde National Park |
| **N** | Nitrogen |
| **$N_2O$** | Nitrous oxide |
| **NAAQS** | National Ambient Air Quality Standards |
| **NAMS** | National Air Monitoring Station |
| **NCEP** | National Centers for Environmental Prediction |
| **NEPA** | *National Environmental Policy Act* |
| **NMHC** | Non-methane hydrocarbon |
| **$NH_3$** | Ammonia |
| **NIOSH** | National Institute for Occupational Safety and Health |
| **NM** | National Monument |
| **$NO_2$** | Nitrogen dioxide |
| **$NO_3$** | Nitrate ion |
| **NOC** | National Operations Center (BLM) |
| **$NO_x$** | Oxides of nitrogen |
| **NP** | National Park |
| **NPS** | National Park Service |
| **NSCR** | Non-selective catalytic reduction |
| **NSR** | New Source Review |
| **NWS** | National Weather Service |
| **$O_3$** | Ozone |
| **PAVE** | Package for Analysis and Visualization of Environmental data |
| **PBL** | Planetary boundary layer |
| **PFC** | Perfluorocarbon |
| **PGM** | Photochemical grid modeling |
| **$PM_{10}$** | Particulate matter less than or equal to 10 microns in diameter |
| **$PM_{2.5}$** | Particulate matter less than or equal to 2.5 microns in diameter |
| **PMC** | Coarse particulate matter |

BLM_0067693

*Air Resources Technical Support Document*

## ACRONYMS (cont.)

| | |
|---|---|
| **PMF** | Fine particulate matter |
| **POMS** | Portable ozone monitoring stations |
| **ppb** | Parts per billion |
| **ppm** | Parts per million |
| **Project** | Colorado River Valley Field Office gas expansion Project |
| **Protocol** | Air Quality Impact Assessment Protocol |
| **PSD** | Prevention of Significant Deterioration |
| **REL** | Reference exposure level |
| **RfC** | Reference Concentrations for Chronic Inhalation |
| **RFD** | Reasonably foreseeable development |
| **RFFA** | Reasonably foreseeable future actions |
| **RMNP** | Rocky Mountain National Park |
| **RMP** | Resource Management Plan |
| **RMPA** | Resource Management Plan Amendment |
| **ROD** | Record of Decision |
| **RoMANS** | Rocky Mountain Atmospheric Nitrogen and Sulfur Study |
| **RPO** | Regional Planning Organization |
| **RRF** | Relative response factor |
| **S** | Sulfur |
| **SCC** | Source classification code |
| **SCR** | Selective catalytic reduction |
| **SF$_6$** | Sulfur hexafluoride |
| **SIP** | State Implementation Plan |
| **SLAMS** | State and Local Air Monitoring Stations |
| **SMOKE** | Sparse Matrix Operator Kernel Emissions |
| **SO$_2$** | Sulfur dioxide |
| **SO$_4$** | Sulfate ion |
| **SOA** | Organic carbon |
| **TOMS** | Total ozone mapping spectrometer |
| **tpy** | Tons per year (short) |
| **TSD** | Technical Support Document |
| **TUV** | Tropospheric Ultraviolet and Visible Radiation Model |
| **UAA** | Unmonitored area analysis |
| **UDEQ** | Utah Department of Environmental Quality |
| **UPPA** | Unpaired peak accuracy |
| **URF** | Unit risk factors |
| **URS** | URS Group Inc. or URS Corporation |

BLM_0067694

## ACRONYMS (cont.)

| | |
|---|---|
| **USDA** | U.S. Department of Agriculture |
| **USEPA** | U.S. Environmental Protection Agency |
| **USFS** | U.S. Forest Service |
| **VFO** | Vernal Field Office |
| **VMT** | Vehicle miles traveled |
| **VOC** | Volatile organic compound |
| **WA** | Wilderness Area |
| **WOG** | WRAP oil and gas |
| **WRAP** | Western Regional Air Partnership |
| **WRFO** | White River Field Office |
| **WRRA** | White River Resource Area |

BLM_0067695

*Air Resources Technical Support Document*

*[This page intentionally left blank.]*

BLM_0067696

# 1.0   INTRODUCTION

## 1.1.   ARTSD SCOPE AND GOALS

This Air Resources Technical Support Document (ARTSD) explains the data and methodologies used to analyze potential air quality impacts resulting from future oil and gas development in the Colorado Bureau of Land Management (BLM) Colorado River Valley Field Office (CRVFO) Planning Area, formerly known as the Glenwood Springs Field Office (GSFO).  This effort included atmospheric dispersion and photochemical grid modeling to predict concentrations of specific pollutants in and around the CRVFO.  Specifically included in this document are descriptions of the following air resource and climate change assessment methods.

- Data-gathering efforts
- Activity and equipment assumptions
- Emissions inventory development and processing
- Meteorological data processing
- Photochemical grid model performance evaluation
- Air quality modeling methods and input data
- Climate change analysis

The goals of the study are to predict air quality impacts using appropriate models, explain the modeling results, and identify any significant differences among potential oil and gas development Alternatives.  Additionally, GHG emissions are estimated and compared to existing GHG inventories.

## 1.2.   STUDY AREA

For air quality assessment purposes, the study area focuses on the CRVFO and, when analyzing regional air quality impacts, extends beyond the CRVFO.  The CRVFO is located in west-central Colorado and incorporates all or part of Eagle, Garfield, Mesa, Pitkin, and Routt Counties and includes the cities of Glenwood Springs, Rifle, Aspen, and Vail in addition to several other communities along the Colorado River and major tributaries (see Map 1-1).  The CRVFO boundary includes approximately 568,055 acres of BLM-administered lands within a total area of 2,906,461 acres of Federal, State, and private land.  The CRVFO includes a large portion of the White River National Forest.

This air quality assessment focuses on emissions and potential air quality impacts due to oil and gas Reasonably Foreseeable Development (RFD) within the CRVFO.  According to the *Reasonable Foreseeable Development:  Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary* (BLM 2008), up to 5,768 new natural gas wells on 824 well pads could be drilled on BLM mineral estate during the next 20 years.  Development of up to 9 additional natural gas compressor stations may also occur in the CRVFO.  These numbers reflect the maximum level of development that can be expected during this time period.  Emissions from non-oil and gas activities in the CRVFO are not included in this analysis.

As shown in Map 1-1, the CRVFO includes lands owned by the federal government, the state of Colorado, local governments, and private parties.  With regard to federally owned lands, the

BLM_0067697

BLM, Department of Energy Bureau of Reclamation, and the U.S. Department of Agriculture (USDA) Forest Service (USFS) manage lands within the CRVFO. Land management affects whether emission control actions are applied. BLM management actions apply to oil and gas emission sources only on BLM-managed land. For example, oil and gas facilities located on BLM land and oil and gas facilities withdrawing resources from BLM mineral rights would be subject to BLM management actions that may reduce emissions from individual sources. In contrast, facilities located on private land and withdrawing resources from privately owned mineral resources would not be subject to BLM jurisdiction. When analyzing air resource impacts from project impacts, this TSD estimates effects from BLM-managed lands only; it estimates air quality effects from Federal, State, and private oil and gas development when analyzing for cumulative effects.

Table 1-1 provides the mineral ownership breakdown for high potential lands that are leased or are available for lease. The percentages are based on all high potential lands within the CRVFO, including the Roan Plateau. As shown in the table, only 34.3 percent of the high potential land involves BLM surface and mineral ownership. The CRVFO RFD includes future development on all lands within the CRVFO (including development on the Roan Plateau and on USFS land), regardless of ownership. BLM air quality management actions are expected to be applied to oil and gas facilities located on USFS land. Regardless of the plan amendment adopted at the conclusion of the RMP revision process, existing surface stipulations for existing oil and gas leases would continue to apply to these leases. New or additional surface stipulations developed in the RMP revision process would apply only to new lands leased pursuant to this RMP revision. Management actions included in the RMP revision would be used to develop conditions of approval (COAs) that would apply to new Applications for Permits to Drill (APDs).

### Table 1-1.  CRVFO Mineral Ownership of High Potential Leased and Lease-Available Areas

| Ownership | Acreage Percentage |
|---|---|
| BLM (split estate) | 8.6 |
| BLM (surface + mineral) | 25.7 |
| **BLM Total** | **34.3** |
| USFS | 30.1 |
| DOE | 0.03 |
| State | 0.6 |
| Private | 35.0 |
| **TOTAL** | **100.0** |

Source: *Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary* (BLM 2008).

In addition to emissions increases associated with CRVFO RFD, this air quality assessment considers emissions and potential impacts of expected growth in oil and gas development for nearby BLM Field Offices, including the White River Field Office (WRFO), Vernal Field Office (VFO), and the Little Snake Field Office (LSFO). The assessment includes emission increases in

BLM_0067698

northwest Colorado and northeast Utah for most criteria pollutants. The ozone analysis includes expected emission increases across the contiguous United States.

Air quality impacts are assessed at numerous receptors. Within the CRVFO high potential gas development area and other nearby oil and gas fields, air quality impacts are assessed at Class II receptors. In addition, impacts are assessed at Federal Class I areas, which are afforded special protection under the Clean Air Act (CAA) in order to preserve good air quality and visibility. This study includes the following Class I areas, which were selected due to their close proximity to the CRVFO. Map 4-1 illustrates the locations of these Class I areas.

- Arches National Park (NP)
- Eagles Nest Wilderness Area (WA)
- Flat Tops WA
- Maroon Bells-Snowmass WA
- Mount Zirkel WA

Sensitive Class II areas do not receive special protection under the CAA, but were designated by Colorado Department of Public Health and Environment Air Pollution Control Division (CDPHE-APCD) and include Dinosaur National Monument (NM) and Colorado NM. For visibility analysis only, sensitive Class II areas also include specific scenic and/or important views designated by CDPHE. Impacts to air quality and Air Quality Related Values (AQRVs) at sensitive Class II areas are included in the analysis for disclosure purposes only.

## 1.3.   RELATIONSHIP TO EXISTING PLANS AND DOCUMENTS

Activities in the CRVFO and surrounding area are diverse and can affect a number of different resources, including air quality. The most recent documents describing activities in the area are the *Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary* (BLM 2008) and *Analysis of the Management Situation Glenwood Springs Field Office* (BLM 2007). Among other activities discussed by these documents, oil and gas development is expected to grow significantly over the next few years. BLM decisions related to resource development are guided by relevant programmatic National Environmental Policy Act (NEPA) actions, including the existing *Glenwood Springs Resource Area Oil and Gas Leasing and Development ROD and RMPA* (BLM 1999).

In addition, a number of other recent and imminent actions in the vicinity of the Study Area have been considered during the development of the CRVFO RMP Revision, particularly from the standpoint of cumulative air quality impacts. Most significantly, the *Roan Plateau Resource Management Plan and Environmental Impact Statement* (BLM 2006) and the *Vernal Draft Resource Management Plan and Draft Environmental Impact Statement* (BLM 2005a) are related to the planning activities in the CRVFO. In addition, several nearby Resource Areas are anticipated to update their RMPs in the near future. RFDs associated with these planning activities have been addressed in the air quality assessment to the extent feasible given the evolving nature of the RMPs.

BLM_0067699

*Air Resources Technical Support Document*



**Map 1-1.  Colorado River Valley Field Office Planning Area**

BLM_0067700

The CRVFO air quality assessment is occurring nearly simultaneously with an air quality assessment for the WRFO Resource Management Plan Amendment (RMPA) and Oil and Gas EIS. The WRFO is located adjacent to the CRVFO, and shares much of the CRVFO's northwestern boundary. In addition to close proximity, the two Field Offices share similar types of resource development, including expected increases in oil and gas development.

Due to these commonalities, the modeling methodology and much of the data for the CRVFO air quality assessment are similar, and in some cases identical, to the WRFO air quality effort. The CRVFO used the same California Puff Model (CALPUFF) and Comprehensive Air Quality Model with Extensions (CAMx) far-field modeling domains and meteorological data as those used for the WRFO analysis.

## 1.4.  AIR QUALITY MODELING OVERVIEW

This air quality assessment includes comprehensive air quality modeling to predict potential ambient air quality impacts resulting from projected emissions within and beyond the CRVFO. The air quality assessment quantifies ambient concentrations of most criteria air pollutants and several hazardous air pollutants (HAPs), as well as impacts to AQRVs such as visibility, deposition, and lake chemistry. The assessment also quantifies GHG emissions, but does not model their potential impacts.

### 1.4.1.  Pollutants and AQRVs Included in Analysis

Criteria pollutants addressed in this analysis include the following.

- Carbon monoxide (CO)
- Nitrogen dioxide ($NO_2$)
- Ozone ($O_3$) and ozone precursors (nitrogen oxides [$NO_x$] and volatile organic compounds [VOCs])
- Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
- Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
- Sulfur dioxide ($SO_2$)

Although lead (Pb) is a criteria pollutant, it is not included in this analysis due to extremely low lead emissions from the emission sources included in this analysis.

HAP analysis focused on substances emitted from the types of equipment and activities common to oil and gas development, such as engines and natural gas venting and processing. Emissions of formaldehyde and benzene, toluene, ethylbenzene, and xylenes (BTEX) were quantified and ambient concentrations were predicted for these pollutants.

Visibility was assessed by quantifying particulate and gaseous precursors that play a role in regional haze formation, including the following substances.

BLM_0067701

- Particulate matter
  - $PM_{10}$
  - $PM_{2.5}$
    - Elemental carbon
    - Organic carbon
    - Soils
- Gaseous precursors
  - Nitric acid ($HNO_3$)
  - $NO_2$
  - Nitrate ($NO_3$)
  - $SO_2$
  - Sulfate ($SO_4$)

Atmospheric deposition was assessed by quantifying deposition of total nitrogen and total sulfur, while lake chemistry impacts were determined by assessing predicted changes to acid neutralizing capacity (ANC).

Greenhouse gas (GHG) emissions and potential climate change impacts are also addressed in this analysis. As defined by the U.S. Environmental Protection Agency (USEPA), GHGs include the following six pollutants.

- Carbon dioxide ($CO_2$)
- Methane ($CH_4$)
- Nitrous oxide ($N_2O$)
- Hydrofluorocarbons (HFCs)
- Perfluorocarbons (PFCs)
- Sulfur hexafluoride ($SF_6$)

Of these pollutants, $CO_2$, $CH_4$, and $N_2O$ are commonly emitted by oil and gas sources, while the remaining three GHGs are emitted in extremely small quantities or are not emitted at all. As the major component of natural gas, $CH_4$ emissions from oil and gas exploration, production, and transportation are considerable.

Aggregate GHG emissions are discussed in terms of carbon dioxide equivalent ($CO_2e$). Each GHG has a global warming potential (GWP). As defined by USEPA, the GWP provides a "ratio of the time-integrated radiative forcing from the instantaneous release of one kilogram of a trace substance relative to that of one kilogram of $CO_2$" (GPO 2010b). In other words, the GWP accounts for the intensity of each GHG's heat trapping effect and its longevity in the atmosphere. The GWP provides a method to quantify the cumulative effect of multiple GHGs released into the atmosphere by calculating $CO_2e$ for the GHGs. USEPA's GWPs are provided in Table 1-2 and were determined on a 100-year basis. These GWPs are set forth in USEPA regulations within Title 40 of the *Code of Federal Regulations*, Part 98.

BLM_0067702

**Table 1-2.  GHGs Regulated by USEPA and
Global Warming Potentials**

| Air Pollutant | Chemical Symbol or Acronym | Global Warming Potential |
|---|---|---|
| Carbon dioxide | $CO_2$ | 1 |
| Methane | $CH_4$ | 21 |
| Nitrous oxide | $N_2O$ | 310 |
| Hydrofluorocarbons | HFCs | Varies |
| Perfluorocarbons | PFCs | Varies |
| Sulfur hexafluoride | SF6 | 23,900 |

Sources:  GPO 2009; GPO 2010b, Table A-1.

This analysis quantifies emissions of $CO_2$, $CH_4$, and $N_2O$ and describes management actions to reduce emissions of these three GHGs.    In order to create a meaningful analysis of GHG emissions associated with each of the WRFO oil and gas development Alternatives, these emissions are compared to state and national GHG emission inventories.  Modeling to predict climate change impacts is beyond the scope of this air resource analysis.

To date, USEPA has not mandated stationary source GHG emission reductions or set National Ambient Air Quality Standards (NAAQS) for these pollutants.  However, the agency requires certain GHG emission sources and some GHG suppliers to report GHG emissions.  Beginning in 2011, large stationary sources of GHGs will be required to obtain air quality permits from local, state, or federal air quality agencies (GPO 2010f).

## 1.4.2.    Air Quality Models

In order to provide a comprehensive assessment of air quality impacts, air quality modeling was performed using three primary models:  AERMOD, CALPUFF (California Puff Model), and CAMx (Comprehensive Air Quality Model with Extensions).  Each of these models shown in Table 1-3 is approved by USEPA and is well suited to its specific task in predicting ambient pollutant concentrations for certain types of pollutants and modeling situations.  Analyzed impacts included comparisons to the NAAQS and state ambient air quality standards as well as to Prevention of Significant Deterioration (PSD) Class I and Class II increments.  PSD increment demonstrations are for informational purposes only, and are not regulatory PSD increment consumption analyses.

BLM_0067703

*Air Resources Technical Support Document*

**Table 1-3.  Models, Pollutants, and Assessed Impacts**

| Model | Model Type | Pollutants Modeled | Analyzed Impacts |
|---|---|---|---|
| AERMOD | Near-Field Gaussian | $CO$, $NO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$ | NAAQS |
| | | $NO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$ | PSD Class I and Class II Increment Consumption (non-regulatory) |
| | | HAPs (Formaldehyde, BTEX) | HAP Risk |
| CALPUFF | Far-Field Lagrangian Puff | $NO_2$, $CO$, $PM_{10}$, $PM_{2.5}$, $SO_2$ | NAAQS |
| | | $NO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$ | PSD Class I and Class II Increment Consumption |
| | | Elemental Carbon, Organic Carbon, Soils, $PM_{10}$, $PM_{2.5}$, $HNO_3$, $NO_2$, $NO_3$, $SO_2$, $SO_4$ | Class I Visibility (includes sensitive Class II areas) |
| | | Total Sulfur Total Nitrogen | Deposition |
| | | Acid Neutralizing Capacity | Lake Chemistry |
| CAMx | Far-Field Eulerian | $O_3$ | NAAQS |

AERMOD, CALPUFF and CAMx meteorological data and modeling methodologies are described in more detail within this ARTSD.  Before discussing the modeling methodologies, a discussion of emission inventory development is included in Section 2.0.

## 1.4.3.    Emissions Inventory Development Tasks

Emissions inventory development for the air quality assessments included estimating the following emissions.

- Project-related emissions inventories for criteria pollutants, HAPs, and GHGs
- Cumulative emissions inventories for criteria pollutants from nearby oil and gas development
- Cumulative emissions from point sources included in Colorado and Utah state emissions inventories

## 1.4.4.    Air Quality Assessments

Outputs from the air quality models were used to assess the potential impacts on near- and far-field air quality and AQRVs.  The following assessments were conducted.

- AERMOD modeling to predict near-field Project future air pollutant concentrations resulting from reasonably foreseeable oil and gas development emissions.
- CALPUFF modeling to predict far-field Project and cumulative future air pollutant concentrations resulting from reasonably foreseeable oil and gas development emissions, as well as cumulative emissions from oil and gas and other types of stationary sources.
- Sparse Matrix Operator Kernel Emissions (SMOKE) and CAMx modeling to predict future regional emissions and ozone concentrations from extensive oil and gas and non-oil and gas cumulative inventories, such as stationary source, vehicle, and biogenic emission inventories.

BLM_0067704

- Comparison of potential Project and cumulative predicted air pollutant concentrations to applicable NAAQS and to State Ambient Air Quality Standards that are more stringent than the NAAQS.

- Comparison of potential Project and cumulative air quality impact to PSD Class I and Class II increments. These demonstrations are for informational purposes only, and are not regulatory PSD increment consumption analyses.

- Prediction of future visibility changes within mandatory Federal Class I areas and sensitive Class II areas listed above.

- Prediction of future atmospheric deposition of total sulfur and nitrogen within mandatory Federal Class I areas and sensitive Class II areas.

- Prediction of future ANC changes to sensitive lakes.

## *1.5. DOCUMENT ORGANIZATION*

The remainder of this document is organized as follows. Section 2.0 describes the data sources and methods used to develop project-specific and regional emissions inventories (Section 5.5 includes specific emissions inventory processing information for SMOKE and CAMx modeling). Sections 3.0, 4.0, and 5.0 explain the modeling methodologies specific to AERMOD, CALPUFF, and SMOKE/CAMx modeling, respectively. Section 6.0 includes a discussion of climate change and GHG emissions associated with this Project. Finally, Section 7.0 summarizes air resource impacts identified during this assessment.

BLM_0067705

*[This page intentionally left blank.]*

BLM_0067706

# 2.0   EMISSIONS INVENTORIES

## 2.1.   EMISSIONS INVENTORIES INTRODUCTION

Development of the comprehensive emissions inventory was a critical first step for the CRVFO air quality assessment.  This section describes the data sources and methods that were used to develop the multiple emission inventories needed for this analysis.

## 2.2.   EMISSIONS INVENTORY TYPES

The following three types of emissions inventories were developed for the WRFO air quality assessment.

- RFD Inventories:
  - o  CRVFO RFD Inventories — These emissions inventories (one for each Alternative) included Project-specific emissions of criteria pollutants, HAPs, and GHGs associated with future oil and gas development in the CRVFO.  In particular, CRVFO RFD emissions include emissions related to oil and gas development sources: drilling engines, well venting, gas dehydration, central treatment facilities, engines for gas compression, produced water, and fugitive dust and exhaust emissions from construction activity and vehicle traffic.  The WRFO CRVFO inventories include separate emissions inventory totals for sources located on BLM land and for sources located on non-BLM land.
  - o  Nearby Field Office RFD Inventories — These emissions inventories include emissions from future oil and gas development.  The inventories included emissions from sources located in the following BLM Field Offices near the CRVFO:  WRFO, LSFO, and the VFO.
- Reasonably Foreseeable Future Actions (RFFA) Inventory — This emissions inventory included recent or future permitted emissions from sources whose emissions were not reflected in monitored ambient pollutant concentrations, and were not included in RFD inventories because they are not oil and gas sources.  RFFA sources included existing sources whose emissions began or increased after the baseline ambient monitored concentration data was collected.  Emissions increases between January 1, 2007 and January 1, 2008 were included in the analysis. This emissions inventory is used only for CALPUFF modeling.
- Photochemical Grid Modeling (PGM) Emissions Inventories – These emissions inventories are developed specifically for PGM.  Separate emissions inventories exist for a large number of diverse source categories, including electric utilities, mobile sources, and biogenic sources.  The PGM emissions inventories are described in more detail in Section 5.5 and Appendix J because they are integral to the SMOKE emissions modeling description.

Projected CRVFO RFD activities include oil and gas development on all lands within the CRVFO boundary, regardless of land ownership.  However, BLM management actions apply only to activities occurring at locations in which BLM or the USFS owns the surface land and/or mineral rights.  RFD emissions inventory calculations took the expected location (BLM and USFS ownership or non-BLM / non-USFS ownership) of future emission sources into account

BLM_0067707

when calculating emissions.  This is also true for the WRFO.  The effect of land ownership on emission calculations is discussed in more detail below.

Specific emissions inventories are included for certain types of modeling, depending primarily on the extent of the modeling domain and potential overlap with other emissions inventories. Emissions inventory applicability to each model is shown in Table 2-1.

**Table 2-1.  Emissions Inventories Used for Each Model**

| Emissions Inventory | Model Type and Model | | |
|---|---|---|---|
| | Near Field | Far Field | |
| | AERMOD | CALPUFF | CAMx |
| CRVFO RFD | * | * | * |
| Nearby Field Offices RFD | | * | * |
| RFFA | | * | |
| PGM Emissions Inventories[1] | | | * |

[1] Oil and gas emissions in these data sets were reviewed and were included only to the extent that their emissions were not included in the RFD for the CRVFO and other nearby Field Offices.

As shown in Table 2-1, far-field modeling includes cumulative (i.e., non-Project) emissions inventories.  For CALPUFF modeling, cumulative emissions include emissions from RFD for nearby Field Offices and from RFFA.  For CAMx modeling, cumulative emissions include emissions from RFD for nearby Field Offices and PGM emissions inventories.

## 2.3.   CRVFO RFD EMISSIONS INVENTORY DEVELOPMENT

RFD emissions inventories for the CRVFO were based on BLM's estimates of the number of additional oil and gas wells, compressor stations, and central treatment facilities expected during the next 20 years.  Estimates of future oil and gas activity were developed, in part, from information contained in RFD documents, including the *Reasonable Foreseeable Development: Oil and Gas in the Glenwood Springs Field Office (GSFO) Administrative Boundary* (BLM 2008).  When needed, additional information was obtained from the CRVFO.

### 2.3.1.   Emissions Background Information

As part of the CRVFO RMP revision, the BLM developed four alternatives.  These alternatives include differing levels of oil and gas development with Alternative D having the greatest level of development and Alternatives B and C having the lowest level of development.  Table 2-2 provides the maximum expected number of new wells to be developed for each Alternative over a 20-year period beginning in the year 2009 and extending to the year 2028.  The table also indicates the estimated number of these wells to be developed on land with BLM surface or mineral right ownership.  Projected natural gas production rates and the number of associated facilities, including compressor stations and gas plants, are also provided in the table.

"Project" emissions include emissions from oil and gas facilities and operations on BLM mineral estate whose air quality impacts have not yet been assessed under NEPA.  Project emissions do

BLM_0067708

not include emissions from oil and gas development on BLM mineral estate located on the Roan Plateau, since a NEPA analysis for this development was assessed in the *Roan Plateau Planning Area Resource Management Plan Amendment and Environmental Impact Statement* (BLM 2006a).  However, emissions and impacts from oil and gas sources on the Roan Plateau and from 872 wells on USFS land are included as part of the cumulative analysis described in this report.

Field Wide emissions estimates account for BLM and non-BLM RFD activities (i.e., RFD projected oil and gas development on BLM, Forest Service, state, and private lands).  Appendix A (pages A-46, A-47, A-48 and A-49) includes the Full CRVFO RFD / Field Wide cumulative inventories, including BLM and non-BLM emissions for the CRVFO RFD oil and gas projections.  These are considered "Field Wide" Productions for Year 2028 Emissions Summaries.  Table 2-6 in Section 2.3.7 below shows CRVFO BLM RFD Project emissions only (i.e. non-Forest Service, non-state, non-private, and non-BLM Roan).

**Table 2-2.  Projected Facilities and Gas Production for CRVFO BLM and Non-BLM Sources**

| Mineral Estate Ownership | Number of Facilities or Production Capacity | | | |
|---|---|---|---|---|
| | Alt. A | Alt. B | Alt. C | Alt. D |
| **Wells** | | | | |
| BLM (Project) | 2,664 | 2,206 | 2,206 | 4,198 |
| BLM (Non-Project, Roan Plateau) | 1,570 | 1,570 | 1,570 | 1,570 |
| Non-BLM Federal, State, and Private | 7,838 | 7,189 | 7,189 | 9,896 |
| **Number of Wells** | **12,072** | **10,965** | **10,965** | **15,664** |
| **Compressor Stations** | | | | |
| BLM (Project) | 2 | 1 | 1 | 2 |
| BLM (Non-Project, Roan Plateau) | 1 | 1 | 1 | 1 |
| Non-BLM Federal, State, and Private | 4 | 4 | 4 | 6 |
| **Number of Compressor Stations** | **7** | **6** | **6** | **9** |
| **Gas Processing Plants [a]** | | | | |
| BLM (Project) | 0 | 0 | 0 | 0 |
| BLM (Non-Project, Roan Plateau) | 0 | 0 | 0 | 0 |
| Non-BLM Federal, State, and Private | 0 | 0 | 0 | 0 |
| **Number of Gas Plants** | **0** | **0** | **0** | **0** |
| **Maximum Gas Production (in MMscfd)** | | | | |
| BLM (Project) | 266 | 221 | 221 | 420 |
| BLM (Non-Project, Roan Plateau) | 157 | 157 | 157 | 157 |
| Non-BLM Federal, State, and Private | 784 | 719 | 719 | 989 |
| **Total Gas Production (MMscfd)** | **1,207** | **1,097** | **1,097** | **1,566** |

[a] Gas processing of CRVFO produced gas is expected to occur in gas processing plants located in the WRFO.

The following figures illustrate the projected linear development of wells over the 20 year LOP. Figure 2-1 illustrates the total number of wells drilled over 20 years within the CRVFO, while Figure 2-2 illustrates the total number of CRVFO producing wells.

*Air Resources Technical Support Document*



Figure 2-1.  Number of Wells Drilled by Year



Figure 2-2.  Number of Producing Wells by Year

## 2.3.2.  Source Locations

Emission source locations within the CRVFO play a role in emission calculations.  Emission source locations are important for two reasons.  First, the location determines whether the emissions are included in Project or cumulative emissions.  Second, the location determines the level of emission control that is assumed for certain types of sources.  For example, sources

BLM_0067710

located outside of CRVFO jurisdiction would not be subject to management actions associated with the Alternatives.

Emission source locations were estimated by CRVFO personnel. Factors considered when identifying potential emission source locations included expected well spacing, existing wells, and topography. For the CRVFO emissions inventory, the BLM estimated year 2028 locations for future well pads, drill rigs, compressor stations, and gas plants. These locations were compared to surface ownership data to determine the number of well pads and drill rigs likely to be located on BLM land and non-BLM land in 2028. Because the exact locations of the 20-year projected emission sources are not known, the source locations used in modeling runs may not represent the actual locations of potential future emission sources.

Emissions associated with well drilling, well pad construction, well operation, and field compression were included in Project emissions if the well pad or compressor station was expected to be located on land with BLM surface or mineral right ownership (referred to as "BLM land"). Emissions associated with road construction and traffic were apportioned in accordance with the relevant facility locations.

BLM air quality management actions in Alternatives B, C, and D include several emission provisions that are more stringent than those imposed by CDPHE-APCD or USEPA air quality regulations (such as state and federal engine emission standards and state VOC emission reduction standards). Inclusion of these management actions allowed assessment of emission reduction strategies on air quality impacts. BLM management actions apply to emission sources that are located on land for which the BLM has jurisdiction over surface or underground activities. Sources expected to be located on USFS lands or accessing USFS mineral rights were assumed to also be subject to management actions similar to those imposed by the BLM. In contrast, emission sources on lands owned by the state of Colorado or private parties would not be subject to BLM management actions. The following general principles were used when determining the level of emission control.

- For activities and sources on CRVFO BLM or USFS land — Emission calculations were based on the degree of emission control required by BLM Alternative-specific management actions. If no management actions applied, calculations were based on emission factors in *AP 42 Fifth Edition, Volume 1* (USEPA 1995, 1996, 1998, 2000, 2006) and applicable CDPHE and USEPA requirements promulgated as of January 1, 2008.

- For activities and sources on non-BLM and non-USFS land — Emission calculations were based on AP 42 emission factors and applicable CDPHE and USEPA requirements promulgated as of January 1, 2008.

## 2.3.3.   Alternative Descriptions

The air quality Alternatives are summarized in Table 2-3. The air quality management actions included in these Alternatives would apply only to activities located on lands subject to BLM or USFS jurisdiction.

*Air Resources Technical Support Document*

## Table 2-3.  Air Quality Alternative Management Actions

| Source Type | Alternative A | Alternatives B and C | Alternative D |
|---|---|---|---|
| Road Surfacing | No similar action. | In the Roan Plateau and Lower Colorado Landscape Units, proper road design, construction, and surfacing on BLM authorized roads would be required to achieve at least 94% reduction from uncontrolled fugitive dust emissions (using gravel, paving, or other control measures).  The calculated control efficiency was 96%; however, to be conservative, an efficiency measure of 94% was used.  This control level is based on use of gravel (achieving 80% control) combined with magnesium chloride (80% control).  When multiple methods are used, the calculation results in a total of 96% control:  80% control for gravel, plus 80% control (magnesium chloride) of the remaining 20% of those emissions, or $(0.8 + 0.8 \times 0.2) = 0.96$. | Same as Alternatives B and C. |
| Drill Rig Engines | Drill rig and frac pump engines would meet Colorado and USEPA requirements. | Within one year of the Record of Decision (ROD), all new and existing drill rig and frac pump engines would meet USEPA Tier 4 Nonroad Diesel Engine Emission Standards or meet equivalent emission standards, regardless of when they begin operation in the CRVFO. | Within one year of the ROD, all new and existing drill rig and frac pump engines would meet USEPA Tier 2 Nonroad Diesel Engine Emission Standards or meet equivalent emission standards.  By 2015, all new and existing drill rig and frac pump engines would meet USEPA Tier 4 or equivalent (or more stringent) emission standards. |
| Well Completion and Testing | Venting would be allowed in accordance with Notice to Lessees (NTL-4A). | Green completions, involving recovery and clean-up of natural gas, would be required unless the need for an exemption can be documented.  During well completions that do not use green completion technology, flaring of natural gas would be required.  Venting of natural gas would not be allowed, except during emergency situations. | Same as Alternatives B and C. |
| Construction Activities | During construction activities, twice-daily watering of construction areas and associated resource roads would be required.  In addition, fugitive dust control plans would be required. | During construction activities, twice daily watering (or equivalent) of construction areas and associated resource roads would be required to prevent fugitive dust from vehicular traffic, equipment operations, or wind events.  The authorized officer may direct the operator to change the level and type of treatment if dust abatement measures are observed to be insufficient to prevent fugitive dust.  In addition, fugitive dust control plans would be required. | Same as Alternatives B and C. |

BLM_0067712