*Air Resources Technical Support Document*

## Table 2-3.  Air Quality Alternative Management Actions

| Source Type | Alternative A | Alternatives B and C | Alternative D |
|---|---|---|---|
| Compressor Engines | Engines at field compression facilities would be required to meet applicable CDPHE Air Quality Control Commission (AQCC) regulations and USEPA emission standards. | New and existing natural gas fired reciprocating internal combustion engines at field compression facilities would be required to meet CDPHE AQCC Regulation No. 7 [a] emission standards for new and relocated engines, regardless of when the engines begin operation in the CRVFO. Compliance with applicable USEPA emission standards for all types of engines would also be required. | New engines (and engines relocated into the CRVFO) at field compression facilities would be required to meet CDPHE AQCC Regulation No. 7 [a] emission standards for new and relocated engines.  Compliance with applicable USEPA emission standards for all types of engines would also be required. |
| Glycol Dehydrators, Condensate Tanks | Glycol dehydrators, condensate tanks, and produced water tanks would be required to meet applicable Colorado and USEPA emission standards. | Emission controls would be required for glycol dehydrators, condensate tanks, and produced water tanks, without regard to the location of the equipment or the quantity of uncontrolled volatile organic compound (VOC) emissions from the equipment.  VOC emissions from glycol dehydrators would be reduced by at least 90% from uncontrolled emission levels.  VOC emissions from condensate tanks and produced water tanks would be reduced by at least 95% from uncontrolled emission levels. | Same as Alternatives B and C. |
| Facility Consolidation | At least 60 % of well pads would pipe natural gas and liquids to consolidated facilities where dehydration, temporary tank storage, and truck loading would occur. | Ninety% of well pads would pipe natural gas and liquids to consolidated facilities where dehydration, temporary tank storage, and truck loading would occur. | Eighty% of well pads would pipe natural gas and liquids to consolidated facilities where dehydration, temporary tank storage, and truck loading would occur. |
| Compressor Electrification | No similar action. | At least 100% of gas compression at compressor stations would be powered by electricity.  Any new electricity transmission lines would be buried underground in existing rights-of-way. | At least 50% of gas compression at compressor stations would be powered by electricity.  Any new electricity transmission lines would be buried underground in existing rights-of-way. |
| Produced Water Piping | At least 40% of produced water generated during production operations would be piped from produced water tanks to its final destination. | At least 90% of produced water generated during production operations would be piped from produced water tanks to its final destination. | At least 80% of produced water generated during production operations would be piped from produced water tanks to its final destination. |

[a] AQCC Regulation No. 7 (5 Code of Colorado Regulations [CCR] 1001-9, §XVII.E.2.b) includes state-wide emission standards for new or relocated natural gas fired reciprocating internal combustion engines.  The standards are phased in between January 1, 2007 and January 1, 2011.  New or relocated engines rated at 100 horsepower (hp) or more may not exceed the following emission limits: $NO_x$ 1.0 gram/hp-hr, CO 2.0 g/hp-hr, and VOC 0.7 g/hp-hr.

BLM_0067713

*Air Resources Technical Support Document*

Table 2-4 provides additional description of the Alternative Management Actions shown above, including the pollutants and types of emission control technologies. For each type of source, the table lists pollutants for which emission reductions are expected and indicates which Alternatives require the emission control. In some cases, the Alternatives require a certain percentage of sources to adopt the emission control, as shown at the right side of the table.

**Table 2-4. Emission Controls Associated with Management Actions**

| Source | Criteria Pollutants | | | | | | GHG Pollutants | | | HAPs | Alternative A | B/C | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Compressor Electrification** | CO | NO₂, NOₓ | | | | VOC | CO₂ | CH₄ | N₂O | HAPs | | 100% | 50% |
| | Compressors at compressor stations would be powered by electricity, thereby moving any associated emissions (emissions from the plant that powers the compressors) offsite. The percentages shown for each Alternative indicate the percentages of compressors that would be electrified. | | | | | | | | | | | | |
| **Compressor Engines** | CO | NO₂, NOₓ | | | | VOC | | | | HAPs | | ✓ | ✓ |
| | Early adoption and compliance with CDPHE AQCC Regulation No. 7 for engines rated at 100 hp or more. Engines must meet the following emission limits: 2.0 gram (g) CO per horsepower-hour (hp-hr), 1g NOₓ/hp-hr, and 0.7 g VOC/hp-hr. Although standards for NO₂ and HAPs are not explicitly stated, emissions of these pollutants would also likely decrease. The emission control technologies frequently used to meet these standards include non-selective catalytic reduction (NSCR) for rich-burn engines and oxidation catalyst for lean-burn engines. | | | | | | | | | | | | |
| **Condensate and Produced Water Tanks** | | | | | | VOC | | CH₄ | | HAPs | | ✓ | ✓ |
| | VOC emissions from condensate and produced water tanks would be reduced by 95% or more. Typical control technologies include combustion devices (e.g., flares) or vapor recovery units. | | | | | | | | | | | | |
| **Construction Activities** | | | PM₂.₅ | PM₁₀ | | | | | | | ✓ | ✓ | ✓ |
| | Twice daily watering of disturbed areas would achieve at least 50 percent control. Fugitive dust control plans would also be required. | | | | | | | | | | | | |
| **Drill Rig Engines and Frac Pump Engines** | CO | NO₂, NOₓ | PM₂.₅ | PM₁₀ | | VOC | | | N₂O | HAPs | | ✓ | ✓ |
| | Tier 4 engines would be required earlier than normal turnover. Tier 4 CO and non-methane hydrocarbon (NMHC) standards for engines are 2.6 g CO per brake horsepower-hour (bhp-hr) and 0.14 g NMHC/bhp-hr, regardless of engine size. PM₁₀ and NOx emission limits are based on whether the engine size is greater than 750 bhp. For engines below this threshold, emission limits are 0.30 g NOₓ/bhp-hr and 0.015 g PM₁₀/bhp-hr. For engines above 750 bhp, the limits are 2.6 g NOₓ/bhp-hr (0.5 for generator sets) and 0.03 g PM₁₀/bhp-hr (0.022 for generator sets). Tier 4 standards can be achieved by some existing engines by using selective catalytic reduction catalyst (SCR) and diesel particulate filters or diesel oxidation converter add-on emission control systems. | | | | | | | | | | | | |
| **Facility Consolidation** | CO | NO₂, NOₓ | PM₂.₅ | PM₁₀ | SO₂ | VOC | CO₂ | CH₄ | N₂O | HAPs | 60% | 90% | 80% |
| | Natural gas and liquids are required to be piped to consolidated facilities where dehydration, temporary tanks storage, and truck loading would occur. Consolidation reduces fugitive dust by reducing the number of vehicle trips made to well pads, thereby reducing vehicle miles traveled. The percentages for each Alternative show the proportion of well pads that would pipe gas and liquids to consolidated facilities. | | | | | | | | | | | | |

BLM_0067714

**Table 2-4.  Emission Controls Associated with Management Actions**

| Source | Criteria Pollutants | | | | | | | GHG Pollutants | | | HAPs | Alternative | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | A | B/C | D |
| **Glycol Dehydrators** | | | | | VOC | | | $CH_4$ | | | HAPs | | ✓ | ✓ |
| | VOC emissions from glycol dehydrator vents would be reduced by at least 90%, which would also decrease $CH_4$ and HAP emissions.  Typical technologies to reduce vent emissions include zero-emission dehydrators, combustion devices such as flares, or vapor recovery units. | | | | | | | | | | | | | |
| **Produced Water Piping** | CO | $NO_2$, $NO_x$ | $PM_{2.5}$ | $PM_{10}$ | $SO_2$ | VOC | $CO_2$ | $CH_4$ | $N_2O$ | | HAPs | 40% | 90% | 80% |
| | Produced water would be piped (rather than trucked) from produced water tanks to its final destination.  Vehicle exhaust emissions, truck loading emissions, and fugitive dust emissions would be reduced.  The percentages for each Alternative show the proportion of produced water that is piped to its final destination. | | | | | | | | | | | | | |
| **Unpaved Roads** | | | $PM_{2.5}$ | $PM_{10}$ | | | | | | | | | ✓ | ✓ |
| | A combination of gravelling, chemical suppression, paving, and proper road construction and design would achieve at least 94 percent emission reduction.  Gravelling of roads in conjunction with use of magnesium chloride would achieve 96 percent emission reduction.  Alternatively, paving roads would nearly eliminate fugitive dust. | | | | | | | | | | | | | |
| **Well Completion and Testing** | | | | | VOC | | | $CH_4$ | | | HAPs | | ✓ | ✓ |
| | Green completion technology would be required to capture emissions, unless the oil and gas operator could demonstrate the need for an exemption.  This technology typically captures 90 percent or more of natural gas (VOCs, $CH_4$, and HAPs) and transfers the captured gas into sales lines. | | | | | | | | | | | | | |

## 2.3.4.   Activity and Equipment Data Gathering

To gather equipment and operating parameters needed to estimate emissions, the BLM National Operations Center (NOC) sent surveys to operators of oil and gas facilities in the CRVFO and surrounding Field Offices.  The surveys requested information including items such as:  1) equipment types, fuels, power ratings, capacities, time of operation, and emission control technologies; 2) frequency and volume of natural gas venting; 3) size and duration of land disturbance; and 4) miles traveled to and from facilities for deliveries and worker commuting.  Upon receipt of responses, the NOC analyzed the data and consolidated it in order to identify typical operations and activities for which emissions could be calculated.  The NOC provided consolidated data to URS in June 2008

During July 2009, BLM submitted additional URS-generated data requests to oil and gas operators in the CRVFO and the WRFO.  The data requests addressed information collected during the earlier data request, as well as requesting new data related to activities releasing fugitive VOCs.

## 2.3.5.   Modeled Year

The life of Project (LOP) extends from 2009 through 2028.  The year 2028 was chosen for modeling purposes because this is the year of highest expected combined construction and production emissions for oil and gas sources within the CRVFO.  Although, well pad

BLM_0067715

construction and well drilling within the CRVFO is expected to peak prior to 2028, total emissions are expected to peak in 2028 because maximum operations are expected to occur in 2028.  Certain types of equipment will emit less pollution as future regulations that have already been promulgated become effective and as newer, cleaner equipment replaces older equipment.  However, emission reductions occur relatively early in the LOP and expected increases in activity more than offset the use of certain high-polluting equipment in early years.

## 2.3.6.   CRVFO BLM Emissions Calculations

A variety of emission calculation methods were used to estimate emissions for each of the four CRVFO Alternatives.  Detailed calculations and source data documentation are included in Appendix A.  Many of the calculations were based on appropriate sections of *AP 42 Fifth Edition, Volume 1* (USEPA 1995, 1996, 1998, 2000, 2006a).  The following discussion summarizes calculation approaches and describes emissions differences due to Alternative emissions control levels.

### 2.3.6.1.   Drill Rig Engines

Diesel drilling engine emissions of $NO_x$, $PM_{2.5}$, $PM_{10}$, VOCs, and CO were calculated based on USEPA's non-road engine regulations (http://epa.gov/nonroad-diesel/regulations.htm).  These regulations apply to newly manufactured engines and are structured as a tiered program by horsepower rating and year of manufacture (from 2000 forward).  Tier 1 standards were phased in from 1996 to 2000.  Tier 2 standards took effect from 2001 to 2006, Tier 3 standards (for smaller engines only) took effect from 2006 to 2008, and Tier 4 standards are being phased in from 2008 to 2015.

Since the fleet of drilling engines includes engines manufactured in different years, the distribution of engines according to Tier level was determined based on an assumed turnover rate for Alternative A and based on management actions included in Alternatives B, C, and D, which mandate earlier use of Tier 4 engines.  Table 2-5 shows the expected drill rig population on BLM land for each Alternative.  Depending on the alternative but by at least 2015, all drill rig engines are assumed to meet Tier 4 standards.

#### Table 2-5.  Drill Rig Engine Distribution

| Year | Alt. A | | Alt. B | | Alt. C | | Alt. D | |
|---|---|---|---|---|---|---|---|---|
| | Tier 2 | Tier 4 | Tier 2 | Tier 4 | Tier 2 | Tier 4 | Tier 2 | Tier 4 |
| 2009-2010 | 100% | | 100% | | 100% | | 100% | |
| 2011 | 80% | 20% | | 100% | 80% | 20% | | 100% |
| 2012 | 60% | 40% | | 100% | 60% | 40% | | 100% |
| 2013 | 40% | 60% | | 100% | 40% | 60% | | 100% |
| 2014 | 20% | 80% | | 100% | 20% | 80% | | 100% |
| 2015 | | 100% | | 100% | | 100% | | 100% |
| 2016-2028 | | 100% | | 100% | | 100% | | 100% |

Similarly, $SO_2$ emission estimates for all engines were based on emission factors contained in USEPA's AP 42.  Drilling engine $SO_2$ emissions estimates took into consideration USEPA's diesel fuel regulations, which require a reduction in sulfur content from the current level of 500 ppm to 15 ppm, beginning in June 2010 for nonroad engines.

BLM_0067716

*Air Resources Technical Support Document*

For each Alternative, the number of drilling engines was based on the expected number of well pads to be drilled and assumed a linear increase from current drilling activity over the 20-year LOP.

### 2.3.6.2.   Well Completion, Re-Completion, and Blowdowns

Well Completion

VOCs and $CH_4$ can be released during well completion, recompletion, workovers, and well blowdowns. Based on information collected from oil and gas operators operating in the CRVFO, potential well completion natural gas emissions are currently 1 MMscf per completion. Currently, 50 percent of this volume is being flared and 50 percent is being vented. The natural gas is sweet (negligible levels of sulfur) and has an average heat content of 1,050 BTU/scf.

Alternative A would allow continued use of current well completion venting and flaring practices, in accordance with the Notice to Lessees (NTL-4A). Alternatives B, C, and D would require use of green completion technology for all wells, unless the need for an exemption is documented by the natural gas operator. Green completion technology uses high-strength steel processing units to capture dirty well completion gas and separate saleable natural gas from entrained liquids and sand. The processing units, often called flowback skids, are portable units. Green completion reduces VOC and methane emissions. Based on use of green completion technology in the Piceance Basin, green completion has been demonstrated to achieve 90 percent capture and sale of methane from multiple wells throughout the Basin, with venting and flaring of remaining emissions (MMP-USEPA 2005). Because Alternatives B, C, and D would not allow venting (except in emergency situations), 2 percent of potential emissions from new development in the CRVFO were assumed to be flared with a 98 percent destruction efficiency.

Re-completion

Venting and flaring emissions from well recompletion and well workovers were also estimated. Based on information collected from oil and gas operators operating in the CRVFO, potential well recompletion natural gas emissions are 0.1 MMscf, with 50 percent of this volume currently being flared and 50 percent currently being vented without emission control. In any single year, 1 percent of all operating wells are expected to be recompleted under each Alternative.

Blowdown

With regard to well blowdowns, an average of 3 well blowdowns was assumed for each year for each operating well under all Alternatives. Currently, the average volume of gas emitted per well blowdown is 0.00075 MMscf, with all gas being vented without emission control. The extended natural gas analysis provided by oil and gas operators for the CRVFO was used in conjunction with the vented gas volume approximation to estimate speciated annual emissions.

Engine emissions are also associated with well recompletion and workover activities. Emissions of $NO_x$, $PM_{2.5}$, $PM_{10}$, VOCs, and CO were calculated based on the USEPA's non-road engine regulations (http://epa.gov/nonroad-diesel/regulations.htm). Tier 4 engine emissions factors were applied based on the assumption that all drill rig engines would meet Tier 4 standards by the year 2028.

### 2.3.6.3.   Well Fracing Pump Engines

Emissions from well fracing pump engines were included in the emissions inventory. As with drill rig engines, by 2028, all well fracing pump engines are assumed to meet Tier 4 standards.

BLM_0067717

### 2.3.6.4. Glycol Dehydrators

Based on information provided by CRVFO oil and gas operators, all field gas will be dehydrated at compressor stations before being processed at gas plants. The gas throughput at a typical compressor station glycol dehydrator was calculated based on the annual expected per-well gas recovery for the Project area and assumed that a typical compressor station will process 70 MMscfd. Glycol dehydrator emissions were calculated using two different methods, depending on the Alternative. For Alternative A, emissions were determined based on a typical glycol dehydrator. In contrast, Alternatives B, C, and D include management actions that would reduce VOC and methane emissions.

When determining emissions from a typical dehydrator, the Gas Research Institute (GRI) GLYCalc program was used based on parameter values and the extended natural gas analysis provided by oil and gas operators to estimate glycol dehydrator emissions.

Alternative A emissions calculations did not include any VOC controls on dehydrators. Emissions calculations for Alternatives B, C, and D included 90 percent VOC control for dehydrator vents. Glycol reboiler emissions were assumed to be uncontrolled for all of the Alternatives.

### 2.3.6.5. Condensate and Produced Water Tank Vents and Truck Loading

Alternative A condensate and produced water tank vent emissions were calculated based on an assumption of no VOC control. Although the Colorado Oil and Gas Conservation Commission (COGCC) requires VOC emission controls on larger condensate and produced water tank vents for tanks located close to residences and certain public areas, many of the tanks constructed under Alternative A could be exempt from the COGCC regulations as currently implemented. Consequently, tank VOC emissions may be overestimated under Alternative A. Alternatives B, C, and D include management actions that would require at least 95 percent VOC control efficiency on all condensate and produced water tank vents.

Truck loading emissions calculations for all Alternatives assumed 98 percent control efficiency (based on vapor balancing) for condensate loading. Truck loading activities may occur at well pads, consolidated facilities, or at compressor stations.

### 2.3.6.6. Equipment Leaks Fugitive

Fugitive emissions associated with equipment leaks were calculated based on data collected from oil and gas operators in the CRVFO. Oil and gas operators provided projected valve, pump seal, compressor seal, relief valve, connector, and open ended line counts for future natural gas facilities. Oil and gas production operations average emissions factors from Table 2-4 of the USEPA *1995 Protocol for Equipment Leak Emission Estimates* (USEPA 1995b) were used in conjunction with CRVFO specific gas analysis data to estimate equipment leak emissions.

### 2.3.6.7. Pneumatic Pumps and other Pneumatic Devices

According to data provided by the CRVFO oil and gas operators, there is an average of one pneumatic pump per well and approximately 0.000017 MMscf/year of natural gas is vented per pump. The extended natural gas analysis provided by oil and gas operators was used in conjunction with the vented gas volume approximation to estimate speciated annual emissions.

BLM_0067718

*Air Resources Technical Support Document*

Speciated vented emissions associated with other pneumatic devices including liquid level controllers, pressure regulators, and valve controllers were also calculated.  Survey data from the oil and gas operators indicated that there would be approximately two liquid level controllers, two valve controllers, and one pressure regulator for each well.  All of these pneumatic devices were assumed to have a bleed rate of 0.000006 MMscf/hour/device.

### 2.3.6.8.   Heaters

Six 0.25 MMBtu/hr gas-fired heaters were assumed to be located at each well pad.  Based on information provided by oil and gas operators, heaters were assumed to be operating 2,190 hours per year, with these hours allocated as follows:  50 percent during winter, 25 percent during spring, and 25 percent during fall.  Heater emissions were assumed to be uncontrolled under all Alternatives.

### 2.3.6.9.   Field Compressor Stations

Based on data from a recent field data request, between seven and nine new field compressor stations are expected to be built in the CRVFO, depending on the Alternative.  These compressor stations are expected to include natural gas fired reciprocating internal combustion engines.  Emission estimates for these engines were based on a combination of CDPHE-APCD emission limits imposed under Regulation No. 7 and AP 42 emission factors.  (Note that CDPHE's Regulation No. 7 emission limits are similar to USEPA New Source Performance Standards in 40 *Code of Federal Regulations* Part 60, Subpart JJJJ.)  Due to compressor engine turnover during the LOP, all compressor engines were assumed to meet Regulation No. 7 emission limits by 2028.

### 2.3.6.10.   Gas Processing Facilities

Gas processing capacity assumptions were developed by the BLM NOC.  Due to large gas processing capacity expected to be developed within the WRFO, additional gas produced in the CRVFO is expected to be processed in the WRFO.  Consequently, no new gas processing facilities are expected to be built in the CRVFO.  Emissions from additional gas processing facilities in the WRFO are included as cumulative emissions in this analysis and Appendix B contains detailed emission calculations additional WRFO gas processing capacity.

### 2.3.6.11.   Wind Erosion

Particulate matter emissions due to wind erosion during production operations were calculated for the total disturbed area per well pad.  The total wind erosion area per well pad is estimated to be 2.5 acres for the well pad, 0.25 acres for a portion of compressor station and central treating facility, 2.8 acres for resource road and portion of local road area, and 1 acre for a portion of the pipeline area.  For emissions estimation and modeling purposes, the total disturbed area is expected to be reclaimed within 2 years.  Emissions associated with all well pads and associated infrastructures constructed within the last two years of the Project were modeled as area sources for the far-field analysis.  For the near-field analysis, emissions produced by wind erosion were modeled for the disturbed areas at well pads and roads within the near-field modeling domain.

BLM_0067719

### 2.3.6.12. Construction Activity Fugitive Dust

$PM_{10}$ and $PM_{2.5}$ emissions were estimated for well pad and road construction activities. The following assumptions, which were provided by the BLM NOC and oil and gas operators in the CRVFO, were used in emission calculations.

- Well pad and associated infrastructure disturbs 10.1 acres.

- Road and well pad construction would occur over five 10-hour days.

- Disturbed soils would average 37 percent silt content according to CRVFO soil test data.

- $PM_{10}$ would constitute 25 percent of total suspended particulate emissions calculated based on AP 42 emission factors.

- $PM_{2.5}$ would constitute 10 percent of $PM_{10}$ emissions (MRI 2005).

- A fugitive dust control efficiency of 50 percent was assumed for construction activities based on twice-daily watering or other methods.

- Fugitive dust emissions were adjusted to account for 4.3 percent of annual hours having measurable precipitation.

- Ultra-low sulfur content diesel fuel (15 parts per million [ppm] sulfur) would be used to fuel all heavy construction equipment.

In addition, specific assumptions concerning the number and type of construction equipment and the number of operating hours are included in detailed emission calculation spreadsheets in Appendix A.

### 2.3.6.13. Unpaved Road Fugitive Dust

Fugitive dust emissions from vehicle travel over unpaved roads were estimated for construction and production activities. The following types of vehicles were included when estimating emissions.

- Heavy-duty construction equipment

- Drill rig trucks

- Water tankers (produced water and water suppression trucks)

- Fuel tankers

- Delivery trucks and vehicles

- Commuter trucks and cars

Travel to well pads on unpaved roads assumed a 4-mile round trip on local roads and a 1-mile round trip on resource roads. Heavy equipment would travel at a maximum speed of 25 miles per hour (mph), while light-duty trucks and commuter vehicles would travel at a maximum speed of 35 mph. Silt content on unpaved roads was assumed to be 37 percent and a minimum fugitive dust control effectiveness of 50 percent was assumed for all Alternative A unpaved road emissions calculations. Alternatives B, C, and D require 94 percent fugitive dust control on local and resource roads. Appendix A provides detailed descriptions of the number of trips for each vehicle type.

Because primary road traffic is expected to occur during day and night (particularly during well drilling), emissions from vehicle traffic were distributed over a 24-hour period. Fugitive dust

emissions from roads were modeled as adjacent volume sources representing the total length of the road inside the AERMOD domain for near-field modeling, and were distributed evenly across area sources for the high potential development areas for CALPUFF far-field modeling. The effective height and the initial sigma Z (vertical plume spread) for each source was set to that of a medium area source at 4m height (BLM 2005b).

The high-elevation CRVFO oil and gas areas remain relatively frozen due to cold temperatures, snowfall, and slow snowpack melt during the fall, winter, and spring months. During the months when unpaved roads are frozen, dust from unpaved roads is well-controlled. CRVFO personnel and other nearby Field Offices stated that no noticeable unpaved road related fugitive dust emissions occur during November through April. Therefore, fugitive dust emissions from unpaved roads did not occur during the six-month cold-weather period.

### *2.3.6.14.  Vehicle Exhaust*

Vehicle exhaust emissions were calculated for all vehicles listed above. Ultra-low sulfur diesel fuel use was assumed for all heavy construction equipment, tanker trucks, and large delivery vehicles. The fuel type for light-duty vehicles (such as pickup trucks) was split between diesel fuel (60 percent of vehicles) and gasoline (40 percent). Emissions for heavy-duty construction vehicles were calculated based on the number of hours of operation during construction activities, while emissions from vehicle travel for all types of vehicles were based on the number of vehicle miles traveled (VMT). Detailed emission calculations are provided in Appendix A. Except for activity levels, consistent emission calculations were used for all Alternatives.

## 2.3.7.    CRVFO BLM Emissions Summary

Table 2-6 summarizes year 2028 criteria pollutant and HAP emissions for BLM sources (excluding Roan Plateau sources) associated with each Alternative. It shows CRVFO BLM RFD Project emissions only (i.e. non-Forest Service, non-state, non-private, and non-BLM Roan).

**Table 2-6.  2028 CRVFO BLM Criteria Pollutant and HAP Emissions**

| Pollutant | Emissions (tpy) | | | |
|---|---|---|---|---|
| | Alt. A | Alt. B | Alt. C | Alt. D |
| **Criteria Pollutants** | | | | |
| CO | 805 | 103 | 103 | 726 |
| $NO_x$ | 423 | 60 | 60 | 383 |
| $PM_{10}$ | 1,950 | 66 | 66 | 177 |
| $PM_{2.5}$ | 200 | 10 | 10 | 25 |
| $SO_2$ | 1 | 1 | 1 | 1 |
| VOCs | 3,382 | 1,268 | 1,268 | 2,599 |
| **Hazardous Air Pollutants** | | | | |
| Benzene | 73 | 21 | 21 | 41 |
| Ethylbenzene | 0 | 0 | 0 | 0 |
| Formaldehyde | 55 | 0 | 0 | 44 |
| Hexane | 210 | 122 | 122 | 234 |
| Toluene | 52 | 22 | 22 | 43 |
| Xylenes | 28 | 17 | 17 | 32 |

tpy = short tons per year

BLM_0067721

## 2.3.8. CRVFO Non-BLM Emissions Calculations and Emissions Summary

Field Wide emissions estimates account for BLM and non-BLM RFD activities (i.e., RFD projected oil and gas development on BLM, Forest Service, state and private lands). Appendix A (pages A-46, A-47, A-48 and A-49) includes the Full CRVFO RFD / Field Wide cumulative inventories, including BLM and non-BLM emissions for the CRVFO RFD oil and gas projections. These are considered "Field Wide" Productions for Year 2028 Emissions Summaries. Emissions for sources expected to be located on non-BLM land were calculated using methods similar to those used for sources on BLM land. Specifically, Alternative A levels of emission control were assumed when calculating emissions for non-BLM sources. As described earlier, Alternative A management actions were based on current practices within the CRVFO. The Alternative A management actions also reference CDPHE and USEPA emission control requirements. Due to less stringent emission controls for some sources, per-well, emissions from certain types of non-BLM CRVFO sources are greater than emissions from similar sources located on non-BLM land based on Alternative B, C, or D scenarios.

Emissions from RFD sources on non-BLM land are not considered to be Project emissions. Instead, they are considered to be cumulative emissions for the purposes of this air quality assessment.

## 2.3.9. CRVFO GHG Emissions

Emissions of GHGs, including $CO_2$, $CH_4$, and $N_2O$, were calculated for CRVFO BLM Project sources and CRVFO non-BLM sources. GHG emissions factors were obtained from USEPA AP 42, where available, and also from guidance provided by the Intergovernmental Panel on Climate Change (IPCC 2000, 2006) as well as the American Petroleum Institute (API 2004). Appendix A contains detailed WRFO GHG emissions calculations.

Table 2-7 provides total Project GHG emission for each of the three estimated GHGs, as well as total emissions in terms of carbon dioxide equivalent emissions ($CO_2e$). Table 2-7 reports emissions in metric tons per year (mtpy) for year 2028. $CO_2e$ is calculated based on the global warming potential (GWP) of each GHG relative to $CO_2$. According to USEPA's GHG mandatory reporting regulations in 40 *Code of Federal Regulations* (*CFR)* Part 98, GWPs are 1.0 for $CO_2$, 21 for $CH_4$, and 310 for $N_2O$ (GPO 2010b).

It is important to note that the IPCC, an international scientific organization created by the United Nations to assess climate change, has published GWPs that differ from those used by USEPA. The IPCC GWPs are 1.0 for $CO_2$, 25 for $CH_4$, and 298 for $N_2O$. While the IPCC GWPs are more universal and more recent that USEPA's GWPs, this document uses the USEPA values in order to achieve better consistency with past and future U.S. GHG emission inventories. For example, U.S. industries will begin reporting GHG emissions in March 2011 based on USEPA GWPs that are codified in 40 CFR Part 98.

Additional discussion of GHG emissions and climate change is provided in Chapter 6.0.

**Table 2-7.  2028 CRVFO Project GHG Emissions**

| GHG | Alternative | | | |
|---|---|---|---|---|
| | **A** | **B** | **C** | **D** |
| | **Emissions (mtpy)** | | | |
| $CO_2$ | 181,592 | 60,682 | 60,682 | 198,240 |
| $CH_4$ | 13,974 | 9,801 | 9,801 | 19,588 |
| $N_2O$ | 2 | 1 | 1 | 3 |
| | **Emissions (mtpy)** | | | |
| $CO_2e$ | 475,859 | 266,907 | 266,907 | 610,576 |

mtpy = metric tons per year

## 2.3.10.   RFD Emissions Calculations for Other Field Offices

RFD emissions for three additional BLM Field Offices were estimated.  Emissions for the WRFO and VFO were estimated using methods similar to those used for the WRFO, while emissions for the LSFO were based on information contained in the *Air Quality Impact Assessment Technical Support Document, Little Snake Resource Management Plan, Moffat, Routt, and Rio Blanco Counties, Colorado* (2008c).  Emissions calculation spreadsheets for each of these Field Offices are included in Appendix B.  Due to the larger quantities of emissions associated with the WRFO and VFO, additional description of the emission estimation methods are included below.

### 2.3.10.1.  White River Field Office

As described in *Reasonable Foreseeable Development Scenario for Oil and Gas Activities in the White River Field Office: Rio Blanco, Moffat and Garfield Counties* (BLM 2007c), the BLM estimates that between 4,603 and 21,200 wells may be developed during the next 20 years on 550 to up to 2,556 new well pads.  At the time of this analysis, the WRFO had not yet selected a preferred alternative.  Therefore, the alternative with the most wells (Alternative D) was selected for the cumulative CRVFO modeling effort.  During the 2028 modeled year, WRFO activity assumptions included drilling 1,661 new wells with up to 108 drill rigs.  Gas production from the 21,200 wells expected to be developed over the LOP was assumed for the entire year.

Emission calculations for WRFO sources were performed similar to the CRVFO methodology and procedures.  Assumptions that were provided in the WRFO RMP Alternatives descriptions were used to derive emissions for WRFO Alternatives A, B, C and D.

Just as for the CRVFO, a detailed Field Office specific survey was obtained from BLM personnel and the oil and gas operators within the WRFO.  Data and assumptions specific to the WRFO were used when estimating WRFO emissions, though emission calculation procedures were identical to those used to develop the WRFO emissions.  Detailed emissions calculations for the WRFO are included in Appendix B.  Several notable differences in data and assumptions for the WRFO are summarized below.

- Soil within the WRFO has a lower silt content of approximately 20 percent compared to 37 percent for the CRVFO.

- Gas plants are expected to be built in the WRFO.  These gas plants will process natural gas from development in the WRFO and the CRVFO gas that is expected to be transported to the WRFO gas processing and sales/pipeline compression facilities.

- Compressor engine electrification is assumed for 50 percent of compression needed for WRFO Alternative D.

### 2.3.10.2. Vernal Field Office

The BLM estimates that approximately 5,400 natural gas and oil wells with associated ancillary facilities could be developed over the next 20 years in the VFO. Individual natural gas well pads would include separation and dehydration units, and gas would be transported to centralized gas processing and sales/pipeline compression facilities. Estimates provided by the VFO show that approximately 1,000 wells would be drilled using 20 drill rigs during the year 2028. When shut-in wells are considered, the estimated numbers of operating natural gas and oil wells in the year 2028 are 2,154 and 2,055, respectively.

## 2.4.   RFFA SOURCES

RFFA sources were included in the cumulative emission inventory that was used for far-field modeling. As discussed earlier, RFFA sources include sources located within the CALPUFF modeling domain (see Map 4-1) whose emissions were not reflected in monitored ambient pollutant concentrations. Emissions inventory data for RFFA sources was obtained from Utah Department of Environmental Quality (UDEQ) and CDPHE state inventories and permit records. The monitoring date of the baseline background concentration data was used to determine whether a source's emissions were already reflected in background concentrations. Ambient concentration monitoring data for the WRFO analysis was available for the year 2006 for the relevant criteria pollutants ($NO_2$, $PM_{10}$, $PM_{2.5}$, and $SO_2$). Therefore, the RFFA emissions inventory included emission increases that occurred between January 1, 2006 and December 31, 2007.

If an existing source began operation before the background monitoring date, this source's emissions were usually assumed to be included in background concentrations and its emissions were not modeled directly. However, if emissions at an existing source increased more than 1 tpy between the years 2006 and 2007 for Colorado and Utah sources, the emissions increases were modeled.

In addition to those RFFA sources identified by reviewing the state inventories for existing sources, new or planned RFFA sources were identified through a review of air permit actions during year 2007. Facilities that received air quality construction permits prior to January 1, 2008 or that submitted air quality construction permit applications before that date were included in the RFFA inventory. Appendix C provides source identification and emissions for RFFA sources.

### 2.4.1.   RFFA Emission Calculations

Long-term (annual) emission rates were used for both short-term averaging periods (i.e., 1-hour, 3-hour, 8-hour, and 24-hour) and long-term averaging periods (i.e., annual). Sources identified in the permit review were conservatively modeled at maximum emission rates based on the permit limits.

For facilities for which UDEQ or CDPHE did not have a $PM_{2.5}$ emissions inventory, fine particulate speciated emissions were estimated from $PM_{10}$ emissions using emission data provided in NPS particulate matter speciation procedures. Table 2-8 summarizes the $PM_{2.5}$ calculation assumptions for key sources.

**Table 2-8.  PM$_{2.5}$ Emission Calculation Assumptions**

| Source Description | PM$_{2.5}$ Emission Rate |
|---|---|
| Natural Gas Combustion (AP 42 Sections 1.3 and 3.0) | PM$_{2.5}$ = 100% of PM$_{10}$ emissions |
| Fugitive Particulates (AP 42 Section 13.2) | PM$_{2.5}$ = 10% of PM$_{10}$ emissions |
| Coal Combustion (AP 42 Section 1.1) | PM$_{2.5}$ = 50% of PM$_{10}$ emissions |

If the location and stack parameters for two or more sources were identical, they were represented by one source with an emission rate equal to the sum of the combined sources. Sources with an emission rate or emission increase of less than one ton per year were excluded from the modeling analysis as their emissions are considered de minimis.  Using this filtering method resulted in a negligible loss in total RFFA emissions.

## 2.4.2.   RFFA Stack Parameters

Stack parameters for existing or planned cumulative point sources were taken directly from the state inventories or permit records.  Missing stack parameters were filled using realistic assumptions based on the type of equipment identified.  The assumptions were based on similar equipment within the inventory for which stack parameters were reported.  For a group of stacks representing a facility, the stack with the highest "M" value was used as the representative stack for that particular facility.  The "M" value is calculated as the product of the release temperature, exit velocity, and stack height, and then divided by the emission rate.

If the location of the source was not provided in either UTM or latitude and longitude coordinates, the coordinates were filled based on the street address provided, or based on information from the source operator.  In any instance where a source was placed within 10 km of a Class I area, additional steps were taken to scrutinize the location data and to ensure appropriate placement of the source.

Emissions associated with future projected RFFA oil shale development operations and the nearby South Taylor Mine were modeled as area sources.  An effective height of 7.0 meters and an initial sigma-z of 3.26 meters were used as release parameter inputs for the RFFA area sources.

BLM_0067725

*[This page intentionally left blank.]*

BLM_0067726

# 3.0   AERMOD NEAR-FIELD MODELING

A near-field ambient air quality impact assessment was performed to quantify and evaluate maximum pollutant impacts within the vicinity of the Project Area resulting from construction and production emissions.  The near-field analysis predicted impacts that would occur within 50 km of a CRVFO sub-Project Area resulting from emissions due to the construction and production of oil and gas facilities within the sub-Project Area.  USEPA's recommended guideline model, AERMOD (version 07026), was used to assess near-field impacts.  Near-field modeling followed the procedures explained in *Glenwood Springs Field Office Air Quality Assessment Protocol* (BLM-URS 2008b), except where noted below.

Near-field modeling predicted long-term and short-term averaged ambient concentrations for the following criteria pollutants: CO, $NO_2$, $SO_2$, $PM_{10}$, and $PM_{2.5}$.  In addition, HAP concentrations and potential human health risk were estimated for benzene, ethylbenzene, formaldehyde, n-hexane, toluene, and xylenes.  Near-field modeling was not performed for each Alternative.  Rather, modeling was performed based on reasonable, but conservative, emissions that could conceivably occur under the least restrictive combination of emissions scenarios and during early years when more stringent emission reduction requirements would not yet be effective.  This approach was used for all pollutants except for $PM_{10}$ and $PM_{2.5}$.  For example, Tier 2 drill rig engine emission rates were assumed for all near-field modeling scenarios, even though use of cleaner Tier 4 engines would be mandated under Alternatives B, C, and D soon after approval of the ROD and all drill rig engines in the CRVFO would likely meet Tier 4 standards by the year 2028.  Consequently, the near-field predicted air quality impacts are conservative.

There is one exception to this conservative emissions modeling approach.  For near-field modeling, $PM_{2.5}$ and $PM_{10}$ were modeled using emissions representing Alternatives B, C, and D. Because initial near-field modeling results based on Alternative A emissions controls indicated high particulate impacts, AERMOD was re-run based on more stringent $PM_{2.5}$ and $PM_{10}$ emissions controls included in the management actions associated with Alternatives B, C, and D.

Ozone modeling was performed using CAMx and is described in Chapter 5.0 of the ARTSD for this RMP revision.

## 3.1.   MODELING INPUTS AND METHODOLOGY

### 3.1.1.   Meteorology

Meteorological data processing differed from the methods described in the modeling protocol in order to use data provided by the CDPHE-APCD.  Model ready meteorology data for the years 2001 through 2003 was supplied by the CDPHE, along with documentation that described the raw surface meteorology collection origins and provided other meteorology monitoring information (Machovec 2008).  Three years of surface meteorological data collected at the Garfield County Regional Airport (near Rifle, Colorado) from January 2004 through December of 2006 had been processed with National Weather Service upper-air profile meteorological data collected near Grand Junction, Colorado for the same years.  Data collected at the surface meteorological station for the creation of the modeling dataset included numerous parameters such as wind speed, wind direction, temperature, relative humidity, cloud cover, atmospheric pressure, visibility, and precipitation.

BLM_0067727

*Air Resources Technical Support Document*

The wind rose shown in Figure 3-1 illustrates the 2000, 2003-2006 five-year compilation of wind direction and speed frequencies for the Garfield County Regional Airport surface meteorological station. The average wind speed over the five year period was approximately 2.4 meters per second. Winds most frequently blow from the west (approximately 9 percent of the time from due west), south, south-southwest, and west-northwest. The complete aggregation of raw monitored meteorological data values was processed by AERMET (version 06341) with monthly values for albedo, Bowen ratio, and surface roughness length derived specifically for the Garfield County Regional Airport to produce a model ready dataset.



**Figure 3-1.  Garfield County Regional Airport Windrose**

## 3.1.2.   Terrain

A variety of terrain is found within the CRVFO's high potential oil and gas development area. High potential development areas in which well pads will be located are mainly in the southwestern area of the Field Office. Most of the current and future oil and gas development is located along the Colorado River valley floor, which is up to several miles wide, or on large, flat-topped mesas and broad secondary valleys along its flanks. This terrain is more reflective of flat terrain than complex terrain. Where oil and gas developments do or could occur in narrow valleys extending into adjacent uplands, these are typically short and open quickly onto the main valley floor. More rugged terrain farther from the valley floor is overwhelmingly on federal land with no residential receptors. In addition to the lack of specificity regarding precise locations of

BLM_0067728

**Air Resources Technical Support Document**

future emission sources, the BLM concluded that the assumption of flat terrain, in combination with the conservative assumptions used in the model, was the most appropriate method, and it satisfactorily ensures that near-field impacts are not underestimated.

## 3.1.3.   Ambient Concentration Data

CDPHE-APCD provided representative background pollutant concentration data collected at regional monitoring sites.  Table 3-1 provides the background criteria pollutant concentrations and describes the location of each concentration value.  Pollutant concentrations in micrograms per cubic meter ($\mu g/m^3$) are shown for all pollutants, while gaseous pollutant concentrations are also shown in parts per million (ppm).  Concentrations shown in square brackets indicate the NAAQS and CAAQS.  Due to the CRVFO's remote location and lack of monitors operating during 2006 near the CRVFO area, some of the monitoring sites selected by CDPHE-APCD were located in the Colorado Springs area.  These urban locations provided conservative estimates of $NO_2$ and $SO_2$ ambient concentrations.  For most pollutants, these background concentrations were added to near-field modeled concentrations to produce cumulative predicted near-field concentrations for comparison to applicable air quality standards.

**Table 3-1.  Background Ambient Air Quality Concentrations and Standards**

| Pollutant / Units | Monitored Concentrations and Ambient Air Quality Standards | | | | | Monitoring Station Location [a] |
|---|---|---|---|---|---|---|
| | Annual | 24-Hour | 8-Hour | 3-Hour | 1-Hour | |
| **CO** ($\mu g/m^3$) | - | - | 2,328.2[b] [10,000] | - | 4,656.4[b] [40,000] | Grand Junction, Mesa Co. (Average of 2004-06) |
| **CO** (ppm) | - | - | 4 [9] | - | 6 [35] | |
| **$NO_2$** ($\mu g/m^3$) | 30.6 [100] | - | - | - | 32.08[d] [189] | Woodmen and Colorado College stations, Colorado Springs, El Paso Co.  (2005-06) |
| **$NO_2$** (ppm) | 0.018 [53] | - | - | - | 17[d] [100] | |
| **$NO_2$** ($\mu g/m^3$) | - | - | - | - | 70.75[h] | Holcim/Golden (2005-06) |
| **$NO_2$** (ppm) | - | - | - | - | .037[h] | |
| **$PM_{10}$** ($\mu g/m^3$) | 30[f] [50] | 56[b] [150] | - | - | - | Rifle, Garfield Co. (2006 data) |
| **$PM_{2.5}$** ($\mu g/m^3$) | 9 [15.0] | 24[e] [35] | - | - | - | Grand Junction, Mesa Co. (Average of 2003-2006) |
| **$SO_2$** ($\mu g/m^3$) | 5.3[f] [80] | 34.6[b, f] [365] | - | 66.6[b, f] [1,300 NAAQS] [700 CAAQS] | 80.82[e] [195.5] | Colorado College, Colorado Springs, El Paso Co. (2005-06) |
| **$SO_2$** (ppm) | 0.004[f] [0.030] | 0.015[f] [0.14] | - | 0.0254[f] [0.267 CAAQS] | 0.031[e] [0.075] | |
| **$SO_2$** ($\mu g/m^3$) | - | - | - | - | 31.95[h] | Holcim/Golden (2005-06) |
| **$SO_2$** (ppm) | - | - | - | - | 0.012 | |
| **$O_3$** (ppm) | | | 0.065 | | | Rifle, Garfield Co. (2008-10) |
| **$O_3$** (ppm) | | | 0.067[g] | | | Gothic Station, GTH 161, Gunnison Co. (2007-09) |
| **$O_3$** (ppm) | | | 0.072[g] | | 0.082[g] | Greasewood (In Piceance Basin, north of CRVFO Area) |
| **$O_3$** (ppm) | | | 0.064[g] | | 0.073[g] | Palisade, Mesa Co. (2009) |
| **$O_3$** (ppm) | | | 0.063[g] | | 0.072[g] | Colorado Nat. Mon. (2008-09) |

BLM_0067729

*Air Resources Technical Support Document*

CO = carbon monoxide
$\mu g/m^3$ = micrograms per cubic meter
$NO_2$ = nitrogen dioxide
$PM_{10}$ / $PM_{2.5}$ = particulate matter less than or equal to 10 microns / 2.5 microns in size
$SO_2$ = sulfur dioxide
[a] Background concentrations were recommended by Nancy Chick of CDPHE for use in the Colorado River Valley and White River Field Office Resource Management Plans (CDPHE-APCD 2008b) for all pollutants and averaging times except for the 1-hour $NO_2$ concentration.  Values for CO, $NO_2$, and $SO_2$ were supplied in ppm and have been converted to $\mu g/m^3$.
[b] Based on second maximum monitored value.
[c] Based on 98th percentile.
[d] Based on 98th percentile of 1-hour $NO_2$ data from a U.S. Forest Service monitor (ID 08-067-1004) located in Bayfield, Colorado in La Plata County.
[e] Based on year 2006 99th percentile 1-hr $SO_2$ data from a monitor located in Denver, Colorado.
[f] This standard is being phased out by USEPA.
[g] Concentrations provided by Nancy Chick in a memo to URS, dated August 4, 2011.  1-Hour concentrations are based on the second highest maximum.  Eight-hour concentrations are based on the 4th highest maximum 8-hour average.  Concentrations provided by Nancy Chick in a memo to URS, dated August 4, 2011.
[h] Reported as the first hour maximum.  Concentration provided by Nancy Chick in a memo to URS.

Table 3-2 provides HAP concentration data obtained from the USEPA Urban Air Toxics Pilot Project and reflects concentrations monitored in the City of Grand Junction during 2006 and 2007 (CDPHE-APCD 2008a).  The HAP concentrations were adjusted by CDPHE to compensate for non-detect values.  Concentrations equal to one-half the minimum detection limit were substituted for non-detect values.

### Table 3-2.  HAP Background Concentrations

| Averaging Time | Year | Concentration, ppbv ($\mu g/m^3$) | | | | |
|---|---|---|---|---|---|---|
| | | Benzene | Ethylbenzene | Formaldehyde | Toluene | Xylenes |
| Annual Mean | 2006 | 0.58 (1.85) | 0.15 (0.66) | 3.27 (4.02) | 1.08 (4.06) | 0.72 (3.12) [a] |
| | 2007 | 0.46 (1.46) | 0.14 (0.61) | 3.27 (4.02) | 1.12 (4.22) | 0.64 (2.78) [a] |
| 24-Hour Maximum | 2006 | 1.21 (3.87) | 0.44 (1.91) | 6.12 (7.52) | 2.27 (8.56) | 2.12 (9.21) [a] |
| | 2007 | 1.32 (4.22) | 0.35 (1.53) | 5.14 (6.32) | 7.72 (29.10) | 1.69 (7.35) [a] |

Source:  CDPHE-APCD 2008a.

$\mu g/m^3$ = micrograms per cubic meter
ppbv = parts per billion by volume
[a] The xylenes concentration represents the sum of *m-*, *p-*, and *o*-xylene.

## 3.1.4.   Near-Field Modeling Setup

Near-field ambient air models of criteria pollutants and HAPs were created with AERMOD to assess potential impacts from construction and production activities.  To conservatively estimate potential near-field emissions, five facilities within a one mile by one mile (one square mile) area were grouped together for AERMOD modeling.  Figure 3-2 shows a composite modeling layout.  This modeling layout includes all possible emission sources for all pollutants.  However, only sources emitting relevant pollutants were modeled for individual emission scenarios.  For example, when modeling $SO_2$, only sources of $SO_2$ emissions were included in the modeling run.



**Figure 3-2.  Near-Field Well Pad Cluster Layout**

A compressor station is shown at the center of the modeling layout.  Four well pads (with eight wells each) and associated roadways are clustered around the compressor station.  For symmetry, the roads to the well pads are oriented in different directions relative to the.  This grouping of sources and activities is a conservative estimate of the quantity and close proximity of emissions and potential impacts that could occur within the CRVFO.  This near-field modeling approach differs from the modeling protocol (BLM-URS 2008b) in several respects.  These changes were approved by BLM and were more conservative approaches or simplified the modeling approach.

BLM_0067731

- Based on more recent information, eight wells are assumed for each well pad rather than the seven wells per pad described in the modeling protocol. At each well pad, emissions were based on six producing wells, one well being completed, and one well being drilled.

- Deposition was included for particulate matter modeling to better represent large particle fallout within short distances from emissions sources. Two size categories were specified for the modeling: PM fine ($\leq$2.5 micrometers [$\mu$m]) and PM coarse (>2.5 $\mu$m and less than 10 $\mu$m). The ratios of emissions rates determined the mass fractions for each source. The mean particle diameters were set at 1.0 $\mu$m and 7 $\mu$m for the PM fine and PM coarse particles, respectively. Particle density was set at 1 g/cm$^3$ for both particle sizes.

- Fugitive dust emissions caused by vehicle travel on unpaved roads were modeled during warm weather months (May – October). Fugitive dust emissions from unpaved roads were assumed to be insignificant during the cold-weather season when roads are muddy or frozen. The BLM approved using these assumptions for fugitive dust modeling.

In order to estimate the potential maximum impacts for each pollutant and applicable averaging period scenario (i.e., PM$_{10}$ 24-hour average), the magnitude and frequency of emissions for activities were determined and the maximum reasonable estimates were modeled for each scenario. To be conservative, a flare was included at the well pad since Alternative A allows flaring and flaring could occur during emergency situations for Alternatives B, C, and D. In accordance with averaging periods for which ambient standards exist, pollutant concentrations for the following averaging times were predicted.

- PM$_{10}$ and PM$_{2.5}$ 24-hour and annual averaged concentrations
- NO$_x$ 1-hour and annual averaged concentrations
- SO$_2$ 3-hour, 24-hour, and annual averaged concentrations
- CO 1-hour and 8-hour averaged concentrations

The emission source scenario for the PM$_{10}$ and PM$_{2.5}$ 24-hour averaged models accounted for concurrent construction of two of the four well pads and associated roads while active drilling and completion activities were assumed to occur at the other two well pads. Emissions associated with each of these activities (e.g., fugitive dust due to light duty truck travel and rig moving) were accounted for in the AERMOD modeling.

A compressor station was located in the center of the pad cluster and surrounded by four well pads. For short-term averaging modeling, emissions were based on the following at each well pad: six producing wells, one well being completed, and one well being drilled. Emissions from stationary and mobile equipment were included. For long-term averaging modeling, annual emissions of CO, NO$_2$, SO$_2$, and HAPs for all activities were modeled at consistent rates over the course of a year (8,760 hours). For PM$_{10}$ and PM$_{2.5}$, emissions from construction activities, wind erosion, and combustion (stationary source and motor vehicle) were modeled at consistent rates over the course of an entire year; however, fugitive dust emissions from unpaved roads occurred during the warm weather months (May – October) and were modeled only for this time period. For annual average modeling runs, all construction and production activities were assumed to occur over a one year period (i.e. eight wells were considered to be constructed and all were producing for an entire year).

Compressor station emissions were based on 180 MMscfd throughput capacity of natural gas, which corresponds to operating engines with a total of 23,400 horsepower. The emission source

input stack parameter values for the compressor station matched those for an existing facility in the Piceance Basin. The emission source scenarios for the $SO_2$ and CO short-term averaged models were similar to the model for the $PM_{10}$, $PM_{2.5}$, $NO_x$, and $SO_2$ annual averaged models, except that maximum short-term emission rates were used. Maximum short-term emissions were determined by analyzing possible concurrent activities (i.e. maximum number of large vehicle trips per day as opposed to average number of trips per day). Drill rig engines and other sources that emit constantly 24 hours a day, 7 days a week do not have temporal variation.

Emissions from the compressor station and drill rig engines were modeled as point sources in AERMOD. For most modeling, volume sources represented emissions associated with vehicle exhaust emissions, well pad activities (including venting, equipment leaks, glycol dehydrators, well pad construction), and mobile source fugitive dust emissions. However, for the 1-hour $NO_2$ modeling scenario, flares used for emission control during well completion (allowed under Alternative A or during emergencies under Alternatives B, C, or D) were modeled as point sources. Wind erosion fugitive particulate matter emissions were distributed over area sources. Receptors were placed according to the spacing shown in Table 3-3 and are shown in Figure 3-2. The ambient boundary was set 250 meters from the center of the well pad and from the centerline of volume sources.

**Table 3-3. Receptor Spacing for Near-Field Modeling**

| Receptor Location | Receptor Spacing |
|---|---|
| Along fence line / ambient boundary | 50 meters |
| Out to 2400 meters | 100 meters |

## 3.1.5.   HAP Emissions Modeling

AERMOD was used to determine near-field HAP impacts for formaldehyde, benzene, toluene, ethylbenzene, n-hexane, and xylenes in the immediate vicinity of the Project for both short-term and long-term exposure. Sources of HAPs included condensate tank vents, glycol dehydrators, well-site fugitive emissions, drill rig emissions, venting, flaring, and compressor station combustion emissions. For this analysis, the AERMOD setup was similar to the near-field configurations created for the criteria pollutants. For short term exposure impacts, AERMOD predicted ambient concentrations based on emissions from six producing wells, one well being completed, one well being drilled, and operation of associated equipment (including mobile sources) at the well pads. For all annual average models, all construction and production activities were assumed to occur over a one year period and emissions were divided and emitted equally per hour over the course of an entire year (8,760 hours).

## *3.2.   NEAR-FIELD ASSESSMENT OF AIR QUALITY IMPACTS*

### 3.2.1.   Criteria Pollutants

The predicted criteria pollutant concentrations were compared with applicable NAAQS and to any applicable Colorado Ambient Air Quality Standards that are more stringent or have different averaging times than the NAAQS, as shown in Table 3-4. The NAAQS include standards for $NO_2$, $SO_2$, $PM_{2.5}$, $PM_{10}$, $O_3$, CO, and lead. Given the insignificant levels of potential lead emissions, lead standards were not addressed in this analysis. Comparisons to the $O_3$ standard are described in Section 5.0 of this air quality assessment.

BLM_0067733

*Air Resources Technical Support Document*

Operational impacts from near-field modeling results were compared to applicable PSD Class II increments. However, all comparisons to PSD increments are made to identify potential significance, and do not represent a Regulatory Increment Consumption analysis. Regulatory PSD increments analysis is generally required only for individual major stationary sources at the time that a specific facility applies for a PSD permit prior to facility construction. Under the PSD Program, a major stationary source is a source that has the potential to emit 100 tons per year (tpy) or 250 tpy of a criteria pollutant (depending on the type of facility).

**Table 3-4.  Applicable Ambient Air Quality Standards and PSD Increments**

| Pollutant | Averaging Period | NAAQS ($\mu g/m^3$ [ppm]) | State Ambient Air Quality Standards ($\mu g/m^3$ [ppm]) | PSD Increments ($\mu g/m^3$) | |
|---|---|---|---|---|---|
| | | | | Class I | Class II |
| CO | 1-Hour [b] | 40,000 [35] | | | |
| | 8-Hour [b] | 10,000 [9] | | | |
| $NO_2$ | 1-Hour [d] | 189 [100] | | | |
| | Annual [a] | 100 [53] | | 2.5 | 25 |
| $PM_{10}$ | 24-Hour [b] | 150 | | 8 | 30 |
| | Annual [a] | -- | 50 [c] | 4 | 17 |
| $PM_{2.5}$ [d] | 24-Hour [b] | 35 | | 2 | 9 |
| | Annual [a] | 15 | | 1 | 4 |
| $SO_2$ | 1-Hour [e] | 195.5 [0.075] | | | |
| | 3-Hour [b] | 1,300 [0.50] [f] | 700 [0.267] [c] | 25 | 512 |
| | 24-Hour [b] | 365 [0.14] [g] | | 5 | 91 |
| | Annual [a] | 80 [0.030] [g] | | 2 | 20 |
| $O_3$ | 1-Hour | -- | 235 [0.12] [c] | | |
| | 8-Hour | 147 [0.075] | | | |

$\mu g/m^3$ = micrograms per cubic meter

ppm = parts per million

[a] Annual arithmetic mean not to be exceeded.

[b] Not to be exceeded more than once per year.

[c] This is a Colorado standard that is more stringent than the NAAQS or has a different averaging time.

[d] To comply with the 1-hour $NO_2$ standard, the three-year average of the annual 98th percentile of the daily maximum 1-hour average concentration must be less than or equal to 188.7 $\mu g/m^3$ (100 ppb).

[e] The new 1-hour $SO_2$ standard became effective on August 23, 2010. To comply with the 1-hour $SO_2$ standard, the three-year average of the annual 99th percentile of the 1-hour daily maximum concentration must be less than or equal to 195.5 $\mu g/m^3$ (75 ppb).

[f] As of August 23, 2010, this standard transitioned from a primary standard (protecting human health) to a secondary standard (protecting environment) at the federal level. However, state air quality agencies have discretion to continue enforcing this standard as a primary standard. The 3-hour standard will become obsolete at the federal level once attainment/nonattainment designations under the new 1-hour $SO_2$ standard are promulgated by USEPA.

[g] The 24-hour and annual standard will become obsolete at the federal level once attainment/nonattainment designations under the new 1-hour $SO_2$ standard are promulgated by USEPA.

Table 3-5 provides the maximum modeled concentration for each pollutant, averaging time, and modeled year using Alternative A emission rates (the most conservative case with the greatest emissions on a per well basis) for all non-fugitive dust emission sources and using Alternative B, C, and D emission rates for $PM_{2.5}$ and $PM_{10}$ fugitive dust emissions. With the exception of the 1-hour $NO_2$ predicted total concentrations, the maximum modeled concentrations were added to

BLM_0067734

the background concentration (from Table 3-1), and the total concentrations were compared to the NAAQS and CAAQS.  For all near-field modeled criteria pollutants and averaging times except for the $PM_{10}$ 24-hour modeling run, predicted near-field concentrations are below the NAAQS and CAAQS when Alternative A emission rates are modeled.  With regard to the 24-hour $PM_{10}$ modeling results, the predicted total concentration (modeled plus background) was 173 $\mu g/m^3$ based on the maximum highest-second-highest result over the three-year period.  Because this result for Alternative A was greater than the 150 $\mu g/m^3$ NAAQS, the $PM_{2.5}$ and $PM_{10}$ modeling runs were repeated with fugitive dust emissions representing the more stringent fugitive emission controls associated with Alternatives B, C, and D (which are identical).  The $PM_{2.5}$ and $PM_{10}$ results shown in Table 3-5 provide modeled concentrations based on Alternative B, C, and D fugitive dust emission controls.

The 1-hour $NO_2$ modeled concentration of 139.5 $\mu g/m^3$ (73.81 ppm) approaches the new 189 $\mu g/m^3$ (100 ppm) NAAQS that became effective on April 12, 2010 (GPO 2010a).  This standard is in the early stages of implementation and USEPA is beginning to develop modeling guidance addressing this standard, which has a complex multi-year averaging format.  Compliance with the standard is determined based on the three-year average of the 98th percentile (eighth-highest) maximum daily 1-hour $NO_2$ concentration.  In accordance with February 22, 2010 USEPA AERMOD modeling guidance, the three-year average of the eighth-highest daily maximum 1-hour modeled $NO_2$ concentration was determined on a receptor-by-receptor basis (USEPA 2010c).  USEPA's procedure does not include addition of background $NO_2$ concentration to the AERMOD result.

**Table 3-5.  Near-Field Criteria Pollutant Predicted Concentrations**

| Criteria Pollutant | Avg. Period | Year | Concentration ($\mu g/m^3$ [ppm]) | | | Ambient Standard ($\mu g/m^3$ [ppm]) | | Percent of NAAQS |
|---|---|---|---|---|---|---|---|---|
| | | | Modeled | Back-ground | Total [a] | NAAQS | CAAQS | |
| CO | 1-hour | 2004 | 335 | 4,656 | **4,991 [4.367]** | 40,000 [35] | 40,000 [35] | 12% |
| | | 2005 | 353 | 4,656 | **5,009 [4.383]** | | | 13% |
| | | 2006 | 334 | 4,656 | **4,990 [4.366]** | | | 12% |
| CO | 8-hour | 2004 | 165 | 2,328 | **2,493 [2.244]** | 10,000 [9] | 10,000 [9] | 25% |
| | | 2005 | 149 | 2,328 | **2,477 [2.229]** | | | 25% |
| | | 2006 | 138 | 2,328 | **2,466 [2.219]** | | | 25% |
| $NO_2$ | 1-hour | 2004 | | | | 189 [100] | N/A | |
| | | 2005 | 139.5 | Not Incl. [b] | **139.5 [73.81] [b, d]** | | | 74% [b] |
| | | 2006 | | | | | | |
| $NO_2$ | Annual | 2004 | 8.32 | 30.6 | **38.92 [20.63]** | 100 [53] | 100 [53] | 39% |
| | | 2005 | 8.06 | 30.6 | **38.66 [20.49]** | | | 39% |
| | | 2006 | 7.71 | 30.6 | **38.31 [20.30]** | | | 38% |
| $PM_{10}$ | 24-hour | 2004 | 15.5 | 56 | **71.5 [c]** | 150 | 150 | 48% |
| | | 2005 | 15.0 | 56 | **71.0 [c]** | | | 47% |
| | | 2006 | 16.8 | 56 | **72.8 [c]** | | | 49% |
| $PM_{10}$ | Annual | 2004 | 0.73 | 30 | **30.73 [c]** | Revoked | 50 | N/A |
| | | 2005 | 0.78 | 30 | **30.78 [c]** | | | N/A |
| | | 2006 | 0.83 | 30 | **30.83 [c]** | | | N/A |

BLM_0067735

*Air Resources Technical Support Document*

## Table 3-5.  Near-Field Criteria Pollutant Predicted Concentrations

| Criteria Pollutant | Avg. Period | Year | Concentration ($\mu$g/m$^3$ [ppm]) | | | Ambient Standard ($\mu$g/m$^3$ [ppm]) | | Percent of NAAQS |
| | | | Modeled | Back-ground | Total [a] | NAAQS | CAAQS | |
|---|---|---|---|---|---|---|---|---|
| PM$_{2.5}$ | 24-hour | 2004 | | 24 | | 35 | N/A | 77% |
| | | 2005 | 2.85 | 24 | 26.85 [c, d] | | | |
| | | 2006 | | 24 | | | | |
| PM$_{2.5}$ | Annual | 2004 | 0.37 | 9 | 9.37 [c] | 15 | N/A | 62% |
| | | 2005 | 0.36 | 9 | 9.36 [c] | | | 62% |
| | | 2006 | 0.36 | 9 | 9.36 [c] | | | 62% |
| SO$_2$ [e] | 1-hour | 2004 | | 80.82 | | 196 [0.075] | N/A | 43% |
| | | 2005 | 3.21 | 80.82 | 84.03 [0.0322] [d] | | | |
| | | 2006 | | 80.82 | | | | |
| SO$_2$ [f] | 3-hour | 2004 | 2.01 | 66.6 | 68.61 [0.1409] | 1,300 [0.50] | 700 [0.267] | 5% |
| | | 2005 | 1.97 | 66.6 | 68.57 [0.1408] | | | 5% |
| | | 2006 | 1.90 | 66.6 | 68.50 [0.1407] | | | 5% |
| SO$_2$ [g] | 24-hour | 2004 | 0.85 | 34.6 | 35.45 [0.0136] | 365 [0.14] | N/A | 10% |
| | | 2005 | 0.78 | 34.6 | 35.38 [0.0136] | | | 10% |
| | | 2006 | 0.63 | 34.6 | 35.23 [0.0136] | | | 10% |
| SO$_2$ [g] | Annual | 2004 | 0.27 | 5.3 | 5.57 [0.0209] | 80 [0.030] | N/A | 7% |
| | | 2005 | 0.26 | 5.3 | 5.56 [0.0209] | | | 7% |
| | | 2006 | 0.25 | 5.3 | 5.55 [0.0208] | | | 7% |

CAAQS = Colorado Ambient Air Quality Standards
$\mu$g/m$^3$ = micrograms per cubic meter
N/A = not applicable
NAAQS = National Ambient Air Quality Standards

[a] For short-term (non-annual) averaging times, compliance with the CO, PM$_{10}$, and SO$_2$ NAAQS is based on the highest-second-highest (H2H) short-term concentration, while compliance with the short-term PM$_{2.5}$ and NO$_2$ NAAQS is based on the highest 3-year average eighth-highest short-term concentration.  Short-term modeled concentrations reported here are highest-second-highest for CO, PM$_{10}$, and SO$_2$, and highest-eighth-highest for PM$_{2.5}$ and NO$_2$.  Annual (long-term) modeled concentrations are highest concentrations which are required for an annual average NAAQS compliance demonstration.

[b] The 1-hour NO$_2$ background concentration was not added to the modeled concentration.  February 22, 2010 USEPA guidance describes identification of the 3-year average of the eighth-highest modeled concentration on a receptor-by-receptor basis (USEPA 2010c).  Inclusion of background concentration is not included in the procedure for comparing AERMOD modeling results with the 1-hour NO$_2$ NAAQS.

[c] PM$_{2.5}$ and PM$_{10}$ modeling results are shown for Alternatives B, C, and D fugitive dust emission rates (which are identical) and for Alternative A non-fugitive dust emission rates.

[d] Due to 1-hour NO$_2$, 24-hour PM$_{2.5}$, and 1-hour SO$_2$ NAAQS standard formats that use a three-year average to determine compliance, only one total concentration is reported for the three-year modeling period.

[e] The new 1-hour SO$_2$ standard became effective on August 23, 2010.  To comply with the 1-hour SO$_2$ standard, the three-year average of the annual 99th percentile of the 1-hour daily maximum concentration must be less than or equal to 195.5 $\mu$g/m$^3$ (75 ppb).

[f] As of August 23, 2010, this standard transitioned from a primary standard (protecting human health) to a secondary standard (protecting environment) at the federal level.  However, state air quality agencies have discretion to continue enforcing this standard as a primary standard. The 3-hour standard will become obsolete at the federal level once attainment/nonattainment designations under the new 1-hour SO$_2$ standard are promulgated by USEPA.

[g] The 24-hour and annual standard will become obsolete at the federal level once attainment/nonattainment designations under the new 1-hour SO$_2$ standard are promulgated by USEPA.

BLM_0067736

The above near-field predicted $NO_2$ concentrations are based on a conservative multi-facility scenario involving four closely spaced well pads and a compressor station within a one square mile area. Because the scenario is based on Alternative A emission control parameters for $NO_2$ (the least stringent) and assumes use of Tier 2 drill rig engines, this modeling scenario includes greater $NO_2$ emissions on a per well pad basis than will likely occur at most facilities constructed in the future. For example, Tier 4 drill rig engines and low $NO_x$-emitting compressor engines will be required due to federal and state regulations, as well as applicable BLM management actions.

Depending on the level of the 1-hour $NO_2$ background concentration determined to be representative of the CRVFO oil and gas development area, near-field modeling results for the 1-hour $NO_2$ standard indicate that compliance with the standard may be difficult for some facilities or at some locations. Determining whether 1-hour $NO_2$ exceedances might occur in the future will largely depend on the following three factors: 1) facility-specific equipment and emissions, 2) site-specific topography, and 3) ambient 1-hour $NO_2$ concentrations at or near the site. Prior to constructing high $NO_2$-emitting facilities, site-specific modeling that demonstrates compliance with the 1-hour $NO_2$ standard will be required by CDPHE and air quality permits will be required for stationary sources whose $NO_2$ emissions exceed permitting thresholds.

### 3.2.2.   Hazardous Air Pollutants

All near-field HAP modeling was based on conservative Alternative A emission rates. Short-term (1-hour) HAP concentrations were compared to acute Reference Exposure Levels (RELs), shown in Table 3-6. RELs are defined as concentrations at or below which no adverse health effects are expected. No RELs are available for ethylbenzene and n-hexane; instead, the available Immediately Dangerous to Life or Health divided by 10 (IDLH/10) values were used. These IDLH values were determined by the National Institute for Occupational Safety and Health (NIOSH) and were obtained from USEPA's Air Toxics Database (USEPA 2005a). These values approximate pollutant concentrations likely to produce mild effects during 1-hour exposures.

As shown in Table 3-6, all HAP maximum 1-hour concentrations (with inclusion of background concentrations) are well below the REL or IDLH/10 reference concentrations. For most modeled HAPs, the maximum total concentrations are less than 0.5 percent of the applicable thresholds. However, benzene and formaldehyde maximum concentrations are approximately 13-27 percent of their respective RELs.

**Table 3-6.  1-Hour HAP Maximum Concentration Comparison to RELs**

| HAP | Year | Maximum 1-Hour Modeled Concentration ($\mu g/m^3$) | Background Concentration ($\mu g/m^3$) [a] | Maximum Total Concentration ($\mu g/m^3$) | REL ($\mu g/m^3$) | Percent of REL (%) |
|---|---|---|---|---|---|---|
| Benzene | 2004 | 161.87 | 10.11 | 171.98 | 1,300 [b] | 13% |
| | 2005 | 154.18 | 10.11 | 164.29 | | 13% |
| | 2006 | 154.51 | 10.11 | 164.62 | | 13% |

BLM_0067737

*Air Resources Technical Support Document*

**Table 3-6.  1-Hour HAP Maximum Concentration Comparison to RELs**

| HAP | Year | Maximum 1-Hour Modeled Concentration ($\mu$g/m$^3$) | Background Concentration ($\mu$g/m$^3$) [a] | Maximum Total Concentration ($\mu$g/m$^3$) | REL ($\mu$g/m$^3$) | Percent of REL (%) |
|---|---|---|---|---|---|---|
| Ethylbenzene | 2004 | 0.00542 | 4.30 | 4.31 | 350,000 [c] | 0.0012% |
| | 2005 | 0.00665 | 4.30 | 4.31 | | 0.0012% |
| | 2006 | 0.00656 | 4.30 | 4.31 | | 0.0012% |
| Formaldehyde | 2004 | 6.48 | 17.30 | 23.77 | 94 [b] | 25% |
| | 2005 | 7.94 | 17.30 | 25.24 | | 27% |
| | 2006 | 7.83 | 17.30 | 25.13 | | 27% |
| n-Hexane | 2004 | 1,120 | N/A [d] | 1,120.47 | 390,000 [c] | 0.29% |
| | 2005 | 1,067 | N/A [d] | 1,067.23 | | 0.27% |
| | 2006 | 1,070 | N/A [d] | 1,069.56 | | 0.27% |
| Toluene | 2004 | 133.79 | 47.08 | 180.87 | 37,000 [b] | 0.49% |
| | 2005 | 127.44 | 47.08 | 174.51 | | 0.47% |
| | 2006 | 127.71 | 47.08 | 174.79 | | 0.47% |
| Xylene | 2004 | 89.28 | 20.70 | 109.98 | 22,000 [b] | 0.50% |
| | 2005 | 85.04 | 20.70 | 105.74 | | 0.48% |
| | 2006 | 85.22 | 20.70 | 105.92 | | 0.48% |

$\mu$g/m$^3$ = micrograms per cubic meter

REL = Reference Exposure Level

[a]  Background concentrations are values averaged for years 2006 and 2007, based on monitored 24-hour maximum values collected in Grand Junction, Colorado (CDPHE-APCD 2008a) that are divided by 0.4 to adjust to a 1-hour average concentration.

[b]  USEPA Air Toxics Database, Table 2 (USEPA 2005a).

[c]  No REL available for these HAPs.  Values shown are from Immediately Dangerous to Life or Health (IDLH/10), USEPA Air Toxics Database, Table 2 (USEPA 2005a).

[d]  Monitored data was not available for this pollutant.

Long-term maximum potential exposure to HAPs and to diesel particulate matter (PM) are compared to Reference Concentrations for Chronic Inhalation (RfCs) in Table 3-7.  An RfC is defined by USEPA as the daily inhalation concentration at which no long-term adverse health effects are expected.  RfCs exist for both non-carcinogenic and carcinogenic effects on human health (USEPA 2005b).  Annual modeled HAP concentrations for each modeled HAP are compared directly to the non-carcinogenic RfCs shown in Table 3-7.  For all HAPs except benzene and formaldehyde, the maximum total concentration is less than 7 percent of the RfC.  The maximum modeled formaldehyde concentration is approximately 43 percent of its respective RfC.

Of the above HAPs, only benzene and formaldehyde are suspected to be carcinogenic.  RfCs for these HAPs are expressed as unit risk factors (URFs) and are shown in Table 3-8.  Accepted methods for risk assessment were used to evaluate the incremental cancer risk for these pollutants.  Based on the Superfund National Oil and Hazardous Substances Pollution Contingency Plan, a cancer risk range of 1 in a million to 100 in a million ($10^{-6}$ to $10^{-4}$ risk) is generally acceptable (USEPA 1990).  Cancer risks for each individual HAP and for combined

BLM_0067738

exposure to both HAPs for both MEI and MLE are within or below this range. A detailed explanation of this determination follows.

Annual total concentrations (modeled plus background) were multiplied by USEPA's URF (based on 70-year exposure) for those pollutants, and then the product was multiplied by an adjustment factor that represents the ratio of projected exposure time to 70 years. The adjustment factors represent two scenarios: a most likely exposure (MLE) scenario and one reflective of the maximally exposed individual (MEI).

The MLE duration was assumed to be 9 years, which corresponds to the mean duration that a family remains at a residence (USEPA 1993). This duration corresponds to an adjustment factor of 9/70 = 0.13. The duration of exposure for the MEI was assumed to be 20 years (i.e., the LOP), corresponding to an adjustment factor of 20/70 = 0.29.

**Table 3-7.  Annual Average Predicted Concentrations Compared to RfCs**

| Pollutant | Year | Annual Modeled Concentration ($\mu$g/m$^3$) | Background Concentration ($\mu$g/m$^3$) [a] | Maximum Total Concentration ($\mu$g/m$^3$) | RfC [b] ($\mu$g/m$^3$) |
|---|---|---|---|---|---|
| Benzene | 2004 | 0.197 | 1.66 | 1.85 | |
| | 2005 | 0.206 | 1.66 | 1.87 | 30 |
| | 2006 | 0.216 | 1.66 | 1.88 | |
| Ethylbenzene | 2004 | 0.000 | 0.64 | 0.64 | |
| | 2005 | 0.000 | 0.64 | 0.64 | 1,000 |
| | 2006 | 0.000 | 0.64 | 0.64 | |
| Formaldehyde | 2004 | 0.162 | 4.02 | 4.18 | |
| | 2005 | 0.153 | 4.02 | 4.17 | 9.8 |
| | 2006 | 0.145 | 4.02 | 4.17 | |
| n-Hexane | 2004 | 0.971 | NA [c] | 0.97 | |
| | 2005 | 1.059 | NA [c] | 1.06 | 200 |
| | 2006 | 1.144 | NA [c] | 1.14 | |
| Toluene | 2004 | 0.131 | 4.14 | 4.27 | |
| | 2005 | 0.137 | 4.14 | 4.28 | 400 |
| | 2006 | 0.145 | 4.14 | 4.28 | |
| Xylene | 2004 | 0.077 | 2.95 | 3.03 | |
| | 2005 | 0.082 | 2.95 | 3.03 | 100 |
| | 2006 | 0.087 | 2.95 | 3.04 | |
| Diesel PM [d] | 2004 | 0.313 | NA [c] | 0.31 | |
| | 2005 | 0.303 | NA [c] | 0.30 | 5 |
| | 2006 | 0.287 | NA [c] | 0.29 | |

$\mu$g/m$^3$ = micrograms per cubic meter

RfC = Reference Concentration for Chronic Inhalation

[a]  Background concentrations are values averaged for years 2006 and 2007, based on annual average values from data collected in Grand Junction, Colorado (CDPHE-APCD 2008a).

[b]  USEPA Air Toxics Database, Table 1 (USEPA, 2005b).

[c]  Monitored data was not available for this pollutant.

[d]  USEPA 2007a.

A second adjustment was made for time spent at home versus time spent elsewhere. For the MLE scenario, the at-home time fraction is 0.64 (USEPA 1993), and it was assumed that during the rest of the day the individual would remain in an area where annual HAP concentrations would be one-quarter as large as the maximum annual average concentration.

BLM_0067739

*Air Resources Technical Support Document*

Therefore, the MLE adjustment factor was $(0.13) \times [(0.64 \times 1.0) + (0.36 \times 0.25)] = 0.095$. The MEI scenario assumed that the individual is at home 100 percent of the time, for a final adjustment factor of $(0.29 \times 1.0) = 0.29$. USEPA URFs and adjustment factors are shown in Table 3-8.

Cancer risk from benzene, formaldehyde, and the combined HAPs are shown in Table 3-8. For the MLE, an individual could encounter a maximum cancer risk due to benzene of up to 0.16 in one million. The greatest predicted MLE risk due to formaldehyde is 0.00009 in a million. Cancer risks are greater for an MEI, with a predicted risk of up to 0.45 due to benzene exposure and up to 0.00026 for formaldehyde exposure.

### Table 3-8.  Cancer Risk From Long-Term Exposure

| HAP | Year | Analysis | Carcinogenic RfC URF[a] $1/(\mu g/m^3)$ | Exposure Adjustment Factor | Cancer Risk (per million) |
|---|---|---|---|---|---|
| Benzene | 2004 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.15 |
|  |  | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.45 |
|  | 2005 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.15 |
|  |  | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.47 |
|  | 2006 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.16 |
|  |  | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.49 |
| Formaldehyde | 2004 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00009 |
|  |  | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00026 |
|  | 2005 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00008 |
|  |  | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00024 |
|  | 2006 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00008 |
|  |  | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00023 |
| Total Combined | 2004 - 2006 | MLE |  |  | 0.16 |
|  |  | MEI |  |  | 0.49 |

MEI = maximally exposed individual
$\mu g/m^3$ = micrograms per cubic meter
MLE = most likely exposure
URF = unit risk factor
[a]  USEPA Air Toxics Database, Table 1 (USEPA 2005b).

BLM_0067740

# 4.0   CALPUFF FAR-FIELD (NON-OZONE) ANALYSIS

## 4.1.   MODELING METHODOLOGY

The far-field ambient air quality impact assessment was performed to quantify maximum pollutant impacts in the vicinity of the CRVFO resulting from construction and production emissions.  Receptors for the far-field domain extend up to 250 km from CRVFO oil and gas development area and include multiple Class I and sensitive Class II areas.  Modeling and analyses were conducted in accordance with the following recent and major guidance sources.

- Direct guidance provided by representatives of the BLM, USFWS, CDPHE, the National Park Service, and U.S. Department of Agriculture (USDA) Forest Service

- *Guideline on Air Quality Models*, 40 *Code of Federal Regulations* (CFR), Part 51, Appendix W (GPO 2005)

- *Interagency Work Group on Air Quality Modeling (IWAQM) Phase 2 Summary Report and Recommendations for Modeling Long Range Transport Impacts*, EPA-454/R-98-019, Office of Air Quality Planning and Standards, December 1998 (IWAQM 1998)

- *Federal Land Managers - Air Quality Related Values Workgroup (FLAG), Phase I Report*, December 2000 (FLAG 2000)

- *CALPUFF Reviewer's Guide (Draft)*, USDA Forest Service and National Park Service, September 2005 (USFS-NPS 2005)

- *Colorado Modeling Guidance for Air Quality Permits*, CDPHE – Air Pollution Control Division, December 27, 2005 (CDPHE-APCD 2005b)

The most recent "regulatory" versions of the CALMET/CALPUFF modeling system (CALMET Version 5.8 dated June 22, 2007, CALPUFF Version 5.8 dated June 27, 2007) were used to develop meteorological variable data fields and calculate both ambient concentrations and AQRV impacts (USEPA 2008c).

The modeling domain for this analysis, along with other regional features, is shown in Map 4-1.

The CALPUFF dispersion model was run with CALMET processed 2001–2003 MM5 wind field data (provided by the CDPHE) to predict the transport and dispersion of pollutants.  The MM5 wind field data was processed through CALMET as an "initial guess" wind field and then adjusted with actual observation surface and vertical profile data that was collected throughout the modeling domain.  The CALMET output product (CALPUFF input) is a three dimensional spatially and temporally varying meteorological dataset which includes terrain and land use variations.  The CALPUFF model then uses the CALMET derived data set to estimate chemical transformations, wet removals of species due to precipitation, dry depositions of species, and pollutant transports in order to calculate ambient concentrations and deposition rates at discrete locations (receptors) that are input to the model.

Emissions of $NO_x$, CO, $SO_2$, $PM_{10}$, and $PM_{2.5}$ from wells from various alternatives and cumulative emission sources, including currently operating, proposed, and RFD emissions sources within the modeling domain, were modeled.  A description of the emissions inventory procedures is included in Chapter 2.0.

BLM_0067741

*Air Resources Technical Support Document*

---

CALPUFF output was post-processed with POSTUTIL and CALPOST to derive concentrations for comparison to ambient standards and Class I and II increments; deposition rates for comparison to sulfur (S) and nitrogen (N) deposition thresholds, and to calculate ANC for sensitive water bodies; and speciated aerosols/light extinction for comparison to visibility impact thresholds in Class I and other sensitive areas. A discussion of the post-processing methodology and predicted results is provided in Section 4.2.

## 4.1.1.    Model Input

### 4.1.1.1.    Model Domain and Control File Settings

The CRVFO CALPUFF model domain is identical to the model domain used for the WRFO RMPA air quality analysis. As shown in Map 4-1, the emissions domain includes four major oil and gas production areas (shown with gray shading) in northwestern Colorado and eastern Utah. The area within the dashed rectangle is the meteorological domain, while the area within the purple rectangle comprises the emissions domain. Multiple Class I and sensitive Class II areas are included in the emissions domain, including the following.

- Class I areas
  - Arches National Park
  - Eagles Nest WA
  - Flat Tops WA
  - Maroon Bells-Snowmass WA
  - Mount Zirkel WA
  - West Elk WA (partially within emissions domain)
- Sensitive Class II areas
  - Colorado NM
  - Dinosaur NM

All Class I areas (except for the West Elk WA) and the listed Class II areas were modeled with receptors provided by Federal Land Managers (FLMs). Additional information on receptor locations is provided in Section 4.1.3.

The uniform horizontal grid was processed to 3 km resolution, based on a Lambert Conformal Projection defined with a central longitude/latitude at (-108.55°, 39.75°) and first and second latitude parallels at 38.65°N and 40.85°N. The 3 km modeling grid is a finer grid than the receptor grid (at 4 km and 10 km) in order to better resolve meteorology in complex terrain. The modeling domain covered the Project Area and Class I and other sensitive areas with a 50 km buffer zone, which allowed for potential recirculation or flow reversal effects to be evaluated. Ten vertical layers existed at heights of 0, 20, 40, 80, 160, 300, 600, 1000, 1500, 2200 and 3500 m. The extents of the horizontal grid, which form the extents of the cumulative study area, are shown in Map 4-1.

Chemical transformation was based on the MESOPUFF II chemistry for conversion of $SO_2$ to $SO_4$ and $NO_x$ to $HNO_3$ and $NO_3$. $HNO_3$ and all gases except for CO were modeled with gaseous deposition and $SO_4$, $NO_3$, $PM_{10}$, and $PM_{2.5}$ were modeled using particle deposition. Default CALPUFF particle size data to characterize $SO_4$, $NO_3$, $PM_{2.5}$ and $PM_{10}$ (filterable) were used.

---

BLM_0067742

### 4.1.1.2.   Meteorological Data

National Weather Service (NWS) surface and upper air meteorological data available for the CALMET meteorological modeling domain were included in the meteorological data set. A search of meteorological stations using the National Climatic Data Center identified surface and precipitation meteorological stations within or near the modeling domain. From these stations a subset of stations were selected based on an annual data count of at least 6,000 hours and their distance from the CRVFO and WRFO. A list of surface and precipitation stations used in this analysis is provided in Appendix O. For upper air vertical profile meteorology, data from the Grand Junction, Colorado, station were used. The meteorological data sets for these stations were evaluated for quality and completeness prior to use in the modeling analysis. Standard USEPA recommended procedures for assuring a complete data set were implemented. Map 4-2 shows the location surface, upper air, and precipitation stations included in the meteorology data set.

In addition, a Mesoscale Meteorological Model (MM5) (UCAR 2002) data set was used to initialize the CALMET model. The required MM5 data were extracted from the 2001, 2002, and 2003 datasets available from CDPHE. The MM5 data were available in 36 km grid format for 2001 and 2003, and 12 km grid format for 2002. These data were adjusted with the actual observation surface and vertical profile data by the CALMET model to produce a three dimensional spatially and temporally varying meteorological dataset to use in the CALPUFF modeling analysis.

To illustrate that the meteorological model depicted air flows reasonably well, plots of wind vector fields were generated to show that the CALMET system was properly characterizing wind flow patterns, particularly in complex terrain. Two examples of these wind plots are provided in Appendix N.

BLM_0067743

*Air Resources Technical Support Document*



**Map 4-1. CALPUFF Model Domain**

BLM_0067744

*Air Resources Technical Support Document*



**Map 4-2.  Meteorological Station Locations**

BLM_0067745

## 4.1.2.   Emissions

### 4.1.2.1.   Project Emissions

Pollutant emission rates estimated as described in Section 2.0 were input to CALPUFF to predict air quality impacts from each of the Alternative emission scenarios.  Emissions from construction and production activities throughout the LOP were examined to determine the annual period representing maximum annual emissions.  The year 2028 was selected based on the greatest emissions occurring during this year for each of the Alternatives.  To be conservative, the 2028 emissions inventory for each Alternative assumed that emissions representing full production were emitted for the entire year, even though the wells drilled during that year would actually emit pollutants over a shorter time period.

Emissions associated with sources located on well pads (other than drill rigs) and unpaved roads were modeled as area sources within the specific area of the CRVFO in which they were projected to be located based on information provided by the CRVFO.  Area sources were positioned and emissions were allocated based on the locations of projected well development. Seasonal adjustment factors were applied to compensate for increased gas well-heater use in the winter months.  In addition, for fugitive sources, adjustments were made to account for precipitation and other meteorological factors.  Fugitive dust particulate emissions due to vehicle travel on unpaved roads were not released for the cold and damp months of November through April.  CRVFO personnel provided guidance that recommended no unpaved fugitive dust emissions occurred during that period because the unpaved CRVFO roads are frozen and snow packed or wet due to slow snow melt during the colder months.

Compressor station and drill rig sources were input as point sources with actual expected stack parameters at locations that were provided by the BLM NOC. The effective height of 4.0 meters and an initial sigma-z of 3.26 meters were release parameter inputs for the CRVFO Project area sources.

### 4.1.2.2.   Cumulative Source Emissions

A cumulative emissions inventory included emissions from non-Project sources within the CALPUFF emissions domain.  The methods used to develop the cumulative emissions inventory are described in Section 2.0.

Emissions from cumulative sources were modeled as point sources or as area sources in the CALPUFF model.  For facilities with point sources, multiple stacks were combined into a single stack to reduce model run-time.  Conservative stack parameters were selected based on the potential for the greatest long-range impacts (i.e., greater stack height, greater exhaust flow rate). RFFA stationary sources, which include Colorado and Utah permitted sources and well development during the inventory extraction period, were modeled as point sources, with the exception of several nearby research and development projects, such as the nearby South Taylor Mine, and high density oil and gas well operations clusters.  The RFFA sources that were not modeled as point sources were modeled as area sources that encompassed the projected and / or current development for the expected project (i.e. South Taylor Mine extension).  The RFD emissions inventory accounts for actions associated with planned oil and gas well development by the BLM or other entities.  The following are the RFD source types that were modeled as

BLM_0067746

point sources: drill rig engines, compressor stations, and gas plants. Area sources were used to model several types of emissions for other RFD sources. For oil and gas emissions sources, these emission releases were either modeled at specific locations (when known) or distributed across the high development clustered regions. Initial dispersion modeling input parameter values (e.g., effective height and sigma-z) for all RFD source types were the same as CRVFO Project sources modeling input values.

The following sources were considered to be included in ambient air background concentrations and were not explicitly modeled.

- Regional paved and unpaved roadway travel not associated with any specific regional well development field
- Biogenic sources

## 4.1.3.   Receptors

Model receptors were input to CALPUFF for a gridded Cartesian Class II receptor grid and discrete receptors (lakes, scenic views, and Class I and sensitive Class II Areas). For the Class II receptor grid, 4 km gridded receptors were defined for areas inside the CRVFO, WRFO and VFO high clustered oil and gas operations development areas and extended 20 km beyond the outer boundary of the clustered development areas. Beyond the 4 km receptor grid, 10 km receptor spacing was used to extend the receptor grid 50 km or more beyond the 4 km grid. No receptors were placed in some areas of the emissions domain. Map 4-3 shows gridded receptor locations and the locations of Class I and sensitive Class II areas. The receptor grids differ from the GSFO Modeling Protocol (BLM-URS 2008b) as follows.

- Based on the results from initial modeling showing negligible impacts in the areas of the emissions domain farthest removed from the CRVFO, WRFO, and VFO oil and gas development areas, some Class II gridded receptors were removed in order to speed modeling runs.

- The following Class I areas were removed from the CALPUFF domain:  Rawah WA, RMNP, and West Elk WA. The Rawah WA and RMNP are beyond the Class II receptor grid and emissions domain and are located within the 50 km meteorological buffer in which receptors are not generally placed due to concerns about modeling accuracy near the edges of the meteorological domain. RMNP is approximately 145 km, and Rawah is approximately 169 km, from the eastern edge of the oil and gas development area, respectively. Because these Class I areas border to the east of the field office, and because the area of concern which includes nearly all of the oil and gas development activity is located in the western area of the Field Office, and because there are several Class I areas that were modeled that are in much closer proximity to the oil and gas development area, Rawah and RMNP were removed from the domain because it any potential impacts from the project activity would be greater at the closer Class I areas. Since potential impacts from the project activity were not significant, it was not necessary to include the farther Class I areas. The West Elk WA lies nearly completely within the Class II receptor grid and was modeled with nine Class II (evenly spaced gridded) receptors.

BLM_0067747

*Air Resources Technical Support Document*



**Map 4-3.  CALPUFF Receptor Locations**

BLM_0067748

Table 4-1 lists the Class I and sensitive Class II areas included in this analysis and provides the approximate distance of each from the nearest CRVFO boundary.  Though not shown on Map 4-3, FLM designated receptors specific to each Class I and sensitive Class II area were included in the analysis.  For example, Arches NP was included in the analysis and was modeled with a set of FLM-approved receptors in addition to the mix of 4 km and 10 km receptors shown on Map 4-3.

AQRV impact assessments were not mandatory at sensitive Class II areas located within the modeling domain, but were included.  Colorado NM and Dinosaur NM, as well as several Colorado scenic views were included as sensitive Class II areas.

**Table 4-1.  Distance and Direction to Class I and Sensitive Class II Areas**

| Class I Area | Distance From CRVFO (km) | Direction From CRVFO |
|---|---|---|
| **Class I Areas** | | |
| Arches NP | 121 | Southwest |
| Eagles Nest WA | On boundary | East end |
| Flat Tops WA | On boundary | North end |
| Maroon Bells-Snowmass WA | On boundary | South end |
| Mount Zirkel WA | 60 | North |
| Rocky Mountain National Park | 169 | Northeast |
| Rawah Wilderness Area | 145 | North-Northeast |
| **Sensitive Class II Areas** | | |
| Colorado NM | 60 | Southwest |
| Dinosaur NM | 100 | Northwest |
| View 57 - Big Mountain | 2 | Northwest |
| View 71 - Mt Of The Holy Cross Overlook | Within boundary | N/A |
| View 73 - Holy Cross Wilderness | Within boundary | N/A |
| View 82 - Rabbit's Ear Trail Overlook | 85 | West |
| View 85 - Roan Cliffs Overlook | Within boundary | N/A |

km = kilometer
N/A = Not applicable.

In addition, discrete receptors were placed at the sensitive lakes listed in Table 4-2, which were identified as potentially most sensitive to acid deposition.

**Table 4-2.  Distance and Direction to Sensitive Lakes**

| Sensitive Lake | Area | Distance From CRVFO (km) | Direction from CRVFO |
|---|---|---|---|
| Avalanche Lake | Maroon Bells WA | Within boundary | N/A |
| Moon Lake | Maroon Bells WA | Within boundary | N/A |
| Ned Wilson Lake | Flat Tops WA | 10 | North |
| Seven Lakes | Mount Zirkel WA | 95 | North |
| Summit Lake | Mount Zirkel WA | 56 | North |
| Trappers Lake | Flat Tops WA | 7 | North |
| Upper Ned Wilson Lake | Flat Tops WA | 10 | North |

km = kilometer
N/A = Not applicable.

BLM_0067740

## 4.1.4.    Background Data

### 4.1.4.1.    Criteria Pollutants

Ambient air concentration data collected at monitoring sites in the region provided a measure of background conditions in existence at the time that modeling began.  Background values for criteria pollutants ($PM_{10}$, $PM_{2.5}$, CO, $NO_x$, and $SO_2$) were collected at the monitoring sites presented in Table 4-3.  Ambient air background concentrations were added to modeled pollutant concentrations (expressed in micrograms per cubic meter [$\mu g/m^3$]) to arrive at total ambient air quality impacts for comparison to NAAQS and Colorado Ambient Air Quality Standards (CAAQS).  Utah Ambient Air Quality Standards do not differ from the NAAQS.

### 4.1.4.2.    Chemical Species for Secondary Formation

The CALPUFF chemistry algorithms required hourly estimates of background ammonia ($NH_3$) and ozone concentrations in order to predict the conversion of $SO_2$ and $NO/NO_2$ to sulfates and nitrates, respectively.  While ammonia concentrations are thought to be fairly uniform spatially and temporally, ozone concentrations vary significantly over time and space.  Hourly ozone data from the four ozone monitoring stations shown in Table 4-3 were input to CALPUFF.  A default value of 80 parts per billion (ppb) (7 a.m.-7 p.m. mean) was used for missing hours (BLM 2005b).

### Table 4-3.  Ozone Monitoring Stations

| Station | County | State | Station ID | Station Type | Latitude | Longitude |
|---|---|---|---|---|---|---|
| Centennial | Albany | WY | CNT169 | CASTNET | 41.36 | 106.24 |
| Gothic | Gunnison | CO | GTH161 | CASTNET | 38.96 | 106.99 |
| Mesa Verde NP | Montezuma | CO | MEV405 | CASTNET | 37.19 | 108.49 |
| Rocky Mountain NP | Larimer | CO | ROM406 | CASTNET | 40.28 | 105.55 |

CASTNET = Clean Air Status and Trends Network, available on http://www.epa.gov/castnet/.

The IWAQM Phase II Report recommends a background $NH_3$ concentration of 0.5 ppb for forested land and 10 ppb for grassland (IWAQM 1998).  For this modeling analysis, a background $NH_3$ concentration of 5 ppb was used during the growing season between April and September.  During the dormant season between October and March, a 1 ppb background $NH_3$ concentration was used.

### 4.1.4.3.    Visibility

Visibility is affected by plume impairment (heterogeneous) or regional haze (homogeneous).  Since potential air pollutant emission sources include many small sources spread over a very large area, discrete visible plumes are not likely to impact distant sensitive areas.  At this preliminary resource planning stage, the emission sources in this analysis consist of sources that do not have a defined location.  In addition, the U.S. Congress has delegated implementation of the Clean Air Act (including the determination of "visual impacts of plumes from present and future coal-fired power plants in the Coal Bed Methane emphasis area") to applicable local, state and tribal air quality regulatory agencies (with USEPA oversight).  These agencies are able to determine the visual impact of the plume from individual emission sources during the air quality New Source Review (NSR) permitting process.

Regional haze degradation is caused by fine particles and gases scattering and absorbing light.  The first level screening analysis for visibility followed the recommendations in the FLAG 2000

document, method 2  Specifically, this analysis compares daily modeled primary ($PM_{2.5}$ and $PM_{10}$), and secondary (sulfate and nitrate) particulate matter concentrations to estimated western U.S. existing "natural" background conditions.  Seasonal and daily refined (BLM daily refined method) analyses were also conducted based on Class I (or Class II) area specific seasonal average natural background light extinction data and actual daily monitored data measurements respectively.  The BLM daily refined method compares potential visibility impairment against daily monitored background conditions, i.e., "current conditions."

Default natural background light extinction values presented in FLAG 2000 are shown in Table 4-4 below.

**Table 4-4.  FLAG 2000 Report Background Values**

| Site | Season | Hygroscopic [a] (Mm$^{-1}$) | Non-hygroscopic [a] (Mm$^{-1}$) |
|---|---|---|---|
| Arches NP | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Eagles Nest WA | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Flat Tops WA | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Maroon Bells-Snowmass WA | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Mount Zirkel WA | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Colorado NM | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |
| Dinosaur NM | Winter | 0.6 | 4.5 |
| | Spring | 0.6 | 4.5 |
| | Summer | 0.6 | 4.5 |
| | Fall | 0.6 | 4.5 |

[a] FLAG (2000).

### 4.1.4.4.   Lake Chemistry

The most recent lake chemistry background ANC data have been obtained from the U.S. Forest Service for each sensitive lake listed in Table 4-2.  The 10th-percentile lowest ANC values were calculated following the January 2000, USFS Rocky Mountain Region's *Screening Methodology for Calculating ANC Change to High Elevation Lakes, User's Guide* (USDA Forest Service 2000).  The ANC values proposed for use in this analysis are provided in Table 4-5.

BLM_0067751

*Air Resources Technical Support Document*

**Table 4-5. Background ANC Values for Acid Sensitive Lakes**

| Wilderness Area | Maroon Bells WA | | Flat Tops WA | | | Mt. Zirkel WA | |
|---|---|---|---|---|---|---|---|
| Lake | Moon Lake | Avalanche | Ned Wilson Lake | Upper Ned Wilson Lake | Trappers Lake | Summit Lake | Seven Lakes |
| ANC (μeq/l) | 132 | 282 | 0.07 [a] | 0.09 [a] | 646.7 [b] | 0.10 [a] | 0.10 [a] |
| Watershed area (mi$^2$) | 0.622 | 1.506 | 0.033 | 0.012 | 0.463 | 0.033 | 0.233 |
| Watershed area (ha) | 161 | 390 | 8.5 | 3.1 | 120 | 8.5 | 60.35 |
| Precipitation (in) | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Precipitation (m) | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 |
| Et | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 |
| ANC(o) (eq) | 5.64E+04 | 4.51E+05 | 2.24E+03 | 2.71E+02 | 5.28E+05 | 2.86E+03 | 1.51E+04 |
| Hdep (eq) | 9.00 | 17.53 | 1.51 | 0.55 | 19.96 | 0.66 | 3.95 |

Source:  Unless otherwise specified, data was provided by Barbara Gauthier of USFS on July 14, 2008.

eq = equivalent
ha = hectare
in = inch
μeq/l = microequivalents per liter
m = meter
mi = mile

[a] Units for this lake's ANC are given as ANC, water, unfiltered, Gran titration, milligrams per liter as calcium carbonate.

[b] Background ANC data was obtained on January 25, 2007 from http://www.fs.fed.us/waterdata.


## *4.2.   POST-PROCESSING TOOLS AND APPLICATIONS*

### 4.2.1.   CALPOST

CALPOST was used to process the CALPUFF concentration output files to compute maximum concentration values for $SO_2$ (3-hour, 24-hour, and annual average), $PM_{2.5}$ (24-hour and annual average), $PM_{10}$ (24-hour and annual average), $NO_2$ (1-hour and annual average), nitrate and sulfate ions (24-hour).  CALPOST was also used to calculate predicted extinction values and the resulting change in visibility according to procedures in FLAG 2000, to produce daily average maximum concentrations values data sets for input to the BLM Refined Visibility Analysis Workbooks, and to calculate annual S and N deposition values from the POSTUTIL program.

### 4.2.2.   POSTUTIL

The POSTUTIL utility provided with the CALPUFF modeling system was used primarily to perform two important processing tasks prior to CALPOST processing.  The first was to create cumulative concentration and deposition data files by combining Project, regional RFD and RFFA CALPUFF output files.  The other task was to process CALPUFF concentration and deposition output files in order to create new species files by assigning factors to pollutants.  Specifically, POSTUTIL was used to calculate S and N concentrations using predicted species concentrations containing S and N respectively.  CALPOST was used to summarize the annual S and N deposition values from the POSTUTIL program.  Since particulate matter emissions were speciated and broken out separately prior to modeling for visibility processing purposes, the POSTUTIL utility was used to combine several pollutants to form one that is used for NAAQS (or CAAQS) comparison prior to the CALPOST processing.  For example, $PM_{10}$ was released as

BLM_0067752

a combination of coarse particulate matter (PMC), elemental carbon (EC), organic carbon (SOA), soils (SOIL), and other fine particulate matter (PMF). Therefore, all predicted speciated pollutants concentrations were combined to form predicted ambient $PM_{10}$ concentrations.

### 4.2.3.   BLM Seasonal and Daily Refined Visibility Analysis Workbooks

The Seasonal FLAG Screening Spreadsheet (Archer 2003) was used as a screening method to calculate predicted extinction values and the resulting change in visibility from estimated natural background conditions. The Seasonal FLAG Screening tool uses Class I area (or Class II) specific seasonal average natural background light extinction and assumed monthly background average f(RH) values to produce representative daily natural background visibility conditions for that area. Maximum daily average concentrations of $PM_{10}$, $PM_{2.5}$, $NO_2$, $SO_4^=$, and $NO_3^-$ that were calculated at Arches, Eagles Nest, Flat Tops, Maroon Bells-Snowmass, and Mount Zirkel PSD Class I areas, and Colorado NM and Dinosaur NM Class II areas by CALPUFF were input to the Seasonal FLAG Refined Analysis tool to estimate refined visibility changes relative to the estimated natural background conditions.

Daily FLAG Refined Spreadsheets (Archer 2008a through 2008e) were also used as a refined method to calculate predicted extinction values and the resulting change in visibility. Daily speciated PM data were collected at aerosol sampling sites or daily light extinction measurements were recorded at monitors. CALPUFF-predicted maximum daily average concentrations of $PM_{10}$, $PM_{2.5}$, $NO_2$, $SO_4^=$, and $NO_3^-$ for Arches, Eagles Nest, Flat Tops, Maroon Bells-Snowmass, and Mount Zirkel PSD Class I areas were input into the Daily FLAG Refined Analysis tool to estimate refined visibility changes relative to the collected background data.

## 4.3.   FAR-FIELD ASSESSMENT OF AIR QUALITY IMPACTS

Far-field assessments of air quality impacts included assessments of $NO_2$, CO, $PM_{10}$, $PM_{2.5}$, and $SO_2$, as well as assessments of AQRVs. Criteria pollutant assessments are described first, followed by the following AQRVs: visibility, deposition, and lake chemistry.

Seven far-field assessment scenarios are presented in the following results. The first three assessment scenarios provide predicted air quality impacts from CRVFO BLM sources (Project only sources) for each of the three distinct Alternatives (A, B/C, and D). On a Project-level basis, emissions from Alternatives B and C are identical and so are their Project impacts. Detailed results for these Alternatives are presented in Appendix G. A summary of the levels of development associated with each Alternative is provided in Table 2-2, while air quality management actions associated with these Alternatives are presented in Table 2-3.

A second set of assessment scenarios analyze air quality impacts attributable to emissions from each CRVFO BLM Alternative combined with cumulative emissions. Each of these four scenarios includes emissions for a single CRVFO Alternative paired with a similar WRFO Alternative, as well as RFFA and VFO and LSFO emissions. CRVFO and WRFO Alternative pairings were determined jointly by CRVFO and WRFO personnel and are shown below.

BLM_0067753

*Air Resources Technical Support Document*

Appendix H Representation:
- Alternative A:  CRVFO Alternative A with WRFO Alternative A
- Alternative B:  CRVFO Alternative B/C with WRFO Alternative B
- Alternative C:  CRVFO Alternative B/C with WRFO Alternative C
- Alternative D:  CRVFO Alternative D with WRFO Alternative D

Appendix H provides a summary of the air quality impacts associated with each CRVFO Alternative and associated cumulative emissions.

CALPUFF output concentrations from multiple modeling runs were post-processed with POSTUTIL and CALPOST to determine concentrations for comparison to the NAAQS, PSD increments, and AQRVs.

## 4.3.1.  Criteria Pollutants

Predicted criteria pollutant concentrations were compared with applicable NAAQS and with CAAQS when the Colorado standards are more stringent or have different averaging times than the NAAQS, as shown in Table 3-4.  Comparisons to the $O_3$ standard were performed using CAMx modeling results and are described in Section 5.0 of this air quality assessment.

Far-field modeling results were also compared to applicable PSD Class I or Class II increments. However, all comparisons to PSD increments were made to identify potential significance, and do not represent a Regulatory Increment Consumption analysis.

For each criteria pollutant modeled with CALPUFF, two tables are included in Appendices G and H.  One table presents maximum predicted concentrations and NAAQS (and PSD increment, when applicable) comparisons based on air quality impacts resulting from CRVFO BLM source emissions, while the other table presents impacts resulting from combined CRVFO BLM and cumulative emissions.  In each table, maximum concentrations modeled applicable to the NAAQS during each year (2001 through 2003) are provided for each Alternative and for each Class I and sensitive Class II area included in the analysis.  Of these values, the maximum CALPUFF modeled concentration during the three-year period is identified and compared to the PSD increment.  The maximum CALPUFF modeled concentration is summed with the background concentration prior to comparison with the NAAQS.

In addition, predicted concentrations are also provided for the extensive set of gridded receptors (with 4 km spacing) shown in Map 4-3.  The gridded receptor grouping shown at the bottom of each table includes many receptors within the WRFO area where WRFO natural gas drilling, construction, and production sources will be located.  The gridded receptors are also located throughout the high natural gas development area within the WRFO and VFO.

In order to provide a brief summary of air quality impacts within the main text of this AQTSD, the maximum of the maximum Class I, sensitive Class II, and gridded Class II air quality impacts are summarized below.  This maximum is the maximum impact over the three-year period at any receptor in each type of area (Class I, sensitive Class II, and gridded Class II) for the Alternative with the greatest predicted impact.  Typical air quality impacts are much lower.  Readers are encouraged to review the referenced tables in the Appendices G and H to see the range of estimated air quality impacts.

BLM_0067754

### 4.3.1.1.   NO$_2$

**1-Hour Impacts**

Table 4-6 provides a summary of the maximum predicted 1-hour NO$_2$ air quality impacts.  As mentioned earlier, the 1-hour NO$_2$ NAAQS is a new standard and USEPA and state air quality agencies are currently developing modeling guidance.  As of May 2010, detailed modeling guidance for 1-hour NO$_2$ CALPUFF modeling had not been developed by USEPA. Furthermore, ambient monitoring data had not been provided in a format specific to the new standard.  The following total 1-hour NO$_2$ concentrations were calculated by summing the three-year average of the eighth-highest modeled concentration (identified on a receptor-by-receptor basis) with the eighth-highest 1-hour background concentration based on data from a monitor in southwestern Colorado.

**Project Only:**  Project impacts due to CRVFO BLM sources result in small increases in NO$_2$ concentrations at Class I and sensitive Class II areas.  At these receptors, total Project concentrations are less than 20 percent of the NAAQS.

With regard to Class II gridded receptors, the predicted total Project concentration for all Alternatives are below the NAAQS at all receptors.  Alternative A has the greatest Class II gridded receptor concentration, which is 42 percent of the NAAQS.

**Cumulative:**  Cumulative 1-hour NO$_2$ predicted concentrations at Class I and sensitive Class II areas are also well below the NAAQS.  However, the maximum predicted concentrations at gridded Class II receptors are significantly above the 1-hour NO$_2$ standard.  All four Alternatives have nearly identical predicted 1-hour concentrations for receptors with the greatest modeled concentrations.  The lack of variation among the Alternatives indicates that Project source impacts are relatively insignificant compared to other sources in the cumulative analysis.  The eighth-highest predicted total concentration is approximately 873 $\mu g/m^3$; this concentration and other high predicted concentrations are largely attributable to RFFA sources.  Figure 4-1 shows a contour plot for Alternative D as an example; this Alternative is similar to contour plots for the other three cumulative Alternative scenarios.  The contour plot shows the extent of high NO$_2$ concentrations, which are usually located near high NO$_2$-emitting RFFA sources (shown as red dots with black text indicating NO$_2$ emission rates).  Modeled locations of future compressor stations associated with oil and gas development in the CRVFO are also shown.  Specific siting of future compressor stations will be determined by a variety of factors, including air quality modeling to demonstrate NAAQS compliance.

The new 1-hour NO$_2$ NAAQS is considered to be a stringent standard that some existing facilities such as power plants and compressor stations may currently be exceeding.  State and local air quality agencies will likely review existing facilities with high NO$_2$ emission rates and may request new modeling from these facilities to demonstrate compliance with the new standard.  Existing facilities determined to exceed the new standard will be required to reduce NO$_2$ emissions, which will reduce NO$_2$ emissions and ambient concentrations in future years. New facilities with significant NO$_2$ emissions, including those associated with CRVFO oil and gas development, will be required to demonstrate compliance with the 1-hour NO$_2$ standard prior to construction.

BLM_0067755

**Air Resources Technical Support Document**

### Table 4-6.  Maximum 1-Hour NO$_2$ Air Quality Impacts

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$ [ppm]) | PSD Increment [a] ($\mu$g/m$^3$ [ppm], %) | Back-ground Conc. ($\mu$g/m$^3$ [ppm]) | Max. Total Conc. ($\mu$g/m$^3$ [ppm]) | NAAQS [b] ($\mu$g/m$^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *None* | | | *189 [100]* |
| Maroon Bells-Snowmass WA / A | Project | 1.23 [0. 652] | N/A | 32.08 [17.0] | 33.31 [17.65] | 18% |
| Flat Tops WA /D | Cumulative | 2.46 [1.30] | N/A | 32.08 [17.0] | 34.54 [18.30] | 18% |
| *Sensitive Class II* | | | *None* | | | *189 [100]* |
| Dinosaur NM/ A | Project | 0.06 [0.03] | N/A | 32.08 [17.0] | 32.14 [17.03] | 18% |
| Dinosaur NM / D | Cumulative | 4.08 [2.16] | N/A | 32.08 [17.0] | 36.16 [19.16] | 19% |
| *Gridded Class II* | | | *None* | | | *189 [100]* |
| A | Project | 46.75 [24.8] | N/A | 32.08 [17.0] | 78.83 [41.78] | 42% |
| A, B, C, D | Cumulative | 841.13 [445.8] | N/A | 32.08 [17.0] | 873.21 [462.8] | 462% |

Conc. = concentration$\mu$g/m$^3$ = micrograms per cubic meter
ppm = parts per million
[a] No PSD increments have been set for the 1-hour NO$_2$ NAAQS.
[b] The NAAQS is the same for all areas and is shown in italics.

BLM_0067756

*Air Resources Technical Support Document*



**Figure 4-1.  CRVFO Cumulative Alternative D 1-Hour NO$_2$ Total Concentration (NAAQS = 189 $\mu$g/m$^3$)**

BLM_0067757

*Air Resources Technical Support Document*

**Annual Impacts**

**Project Only:**  Table 4-7 provides a summary of the maximum annual $NO_2$ air quality impacts. Project impacts due to CRVFO BLM sources result in small increases in $NO_2$ concentrations and have little impact on total concentrations when added to background concentrations.  All Project impacts are well below PSD increments and the NAAQS.  The Alternative A Project emissions scenario results in the largest $NO_2$ impacts at Class I and sensitive Class II areas, which occur in the Flat Tops WA and the Dinosaur NM, respectively.

**Cumulative:**   Cumulative annual $NO_2$ impacts at Class I and sensitive Class II areas are also well under the PSD increment and the NAAQS.  However, the maximum cumulative impact at a Class II gridded receptor is 32 percent above the PSD Class II increment, though still well below the NAAQS.

**Table 4-7.  Maximum Annual $NO_2$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$ [ppm]) | PSD Increment [a] ($\mu g/m^3$ [ppm], %) | Back-ground Conc. ($\mu g/m^3$ [ppm]) | Max. Total Conc. ($\mu g/m^3$ [ppm]) | NAAQS [b] ($\mu g/m^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *2.5 [1.33]* | | | *100 [53]* |
| Flat Tops WA / A | Project | 0.03 [0.02] | 1% | 30.6 [16.22] | 30.63 [16.24] | 31% |
| Flat Tops WA / D | Cumulative | 0.13 [0.07] | 5% | 30.6 [16.22] | 30.73 [16.29] | 31% |
| *Sensitive Class II* | | | *2.5 [1.33]* | | | *100 [53]* |
| Dinosaur NM / A | Project | 0.002 [0.0011] | 1% | 30.6 [16.22] | 30.60 [16.22] | 31% |
| Dinosaur NM / D | Cumulative | 0.27 [0.14] | 11% | 30.6 [16.22] | 30.87 [16.36] | 31% |
| *Gridded Class II* | | | *25 [13.3]* | | | *100 [53]* |
| D | Project | 0.76 [0.40] | 30% | 30.6 [16.22] | 31.36 [16.62] | 31% |
| C, D | Cumulative | 33.0 [17.49] | 132% | 30.6 [16.22] | 63.59 [33.71] | 64% |

Conc. = concentration

$\mu g/m^3$ = micrograms per cubic meter

ppm = parts per million

[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.

[b] The NAAQS is the same for all areas and is shown in italics.

### 4.3.1.2.    $PM_{10}$

**24-Hour Impacts**

**Project Only:**  Table 4-8 provides a summary of the maximum 24-hour $PM_{10}$ air quality impacts.  Project impacts due to CRVFO BLM sources result in increases in $PM_{10}$ concentrations.  All Project impacts are well under the applicable PSD increment and the NAAQS at Class I and sensitive Class II areas, though Class II gridded receptor impacts are above the Class II PSD increment.  The Alternative A emissions scenario results in the largest

BLM_0067758

$PM_{10}$ impacts at Class I and sensitive Class II areas, which occur in the Flat Tops WA and the Dinosaur NM, respectively.

**Table 4-8.  Maximum 24-Hour $PM_{10}$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment [a] ($\mu g/m^3$, %) | Back-ground Conc. ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS [b] ($\mu g/m^3$, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *8* | | | *150* |
| Flat Tops WA / A | Project | 1.49 | 19% | 56 | 57.49 | 38% |
| Flat Tops WA / D | Cumulative | 2.00 | 25% | 56 | 58.00 | 39% |
| *Sensitive Class II* | | | *8* | | | *150* |
| Dinosaur NM / A | Project | 0.19 | 2% | 56 | 56.19 | 37% |
| Dinosaur NM / C | Cumulative | 3.81 | 48% | 56 | 59.81 | 40% |
| *Gridded Class II* | | | *30* | | | *150* |
| A | Project | 48.93 | 163% | 56 | 104.93 | 70% |
| A | Cumulative | 205.33 | 684% | 56 | 261.33 | 365% |

Conc. = concentration

$\mu g/m^3$ = micrograms per cubic meter

[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.

[b] The NAAQS is the same for all areas and is shown in italics.  Compliance with the 24-hour $PM_{10}$ NAAQS is based on the second-highest annual maximum.

**Cumulative:**  Cumulative impacts at Class I, sensitive Class II, and gridded Class II areas are above the PSD increments.  While cumulative Class I and sensitive Class II impacts are well below the NAAQS, the maximum cumulative gridded Class II impact for Alternative A is well above the NAAQS.  This is also true for Alternatives B, C, and D.  Figure 4-2 provides an illustration of high predicted $PM_{10}$ areas, which are shown in rose and white colors, for Alternative A and cumulative emissions.  Within the modeling domain, 24-hour $PM_{10}$ concentrations at several gridded receptors are predicted to exceed the NAAQS.

Figure 4-3 shows predicted total 24-hour $PM_{10}$ concentrations for Alternative B; plots for Alternatives C and D are similar to the Alternative B plot.  As shown in Figure 4-3, the extent of high $PM_{10}$ concentrations is reduced in comparison to Alternative A (the maximum second highest modeled concentration is at least 29 ug/m$^3$ lower than Alternative A).  Alternatives B, C, and D include management actions designed to reduce fugitive dust emissions and total $PM_{10}$ emissions from these Alternatives are less than $PM_{10}$ emissions from Alternative A.  It is important to note that, for Alternatives B, C, and D, concentrations above the NAAQS are predicted only in an area near the South Taylor Mine.  This mine is located along the border of the White River and the Little Snake Field Offices and is not within the jurisdiction or decision-space of the CRV Field Office.  Therefore, since the significant impacts occurred at a localized area not within or affected by the CRV FO area and activities for Alternative B, C, and D, no additional mitigation is required.  No 24-hour $PM_{10}$ exceedances are predicted within the CRVFO.

BLM_0067759

*Air Resources Technical Support Document*



**Figure 4-2.  CRVFO Cumulative Alternative A 24-Hour PM$_{10}$ Total Concentration (NAAQS = 150 $\mu$g/m$^3$)**

BLM_0067760

*Air Resources Technical Support Document*



**Figure 4-3.  CRVFO Cumulative Alternative B 24-Hour PM$_{10}$ Total Concentration (NAAQS = 150 $\mu$g/m$^3$)**

BLM_0067761

*Air Resources Technical Support Document*

**Annual Impacts**

**Project:**  Table 4-9 provides a summary of the maximum annual $PM_{10}$ air quality impacts. Project impacts due to CRVFO BLM sources result in small increases in $PM_{10}$ concentrations at Class I and sensitive Class II areas, though the maximum increase is more significant at Class II gridded areas.  All Project impacts are well below the applicable PSD increment in all areas. The Alternative A emissions scenario results in the largest annual $PM_{10}$ impacts at Class I and sensitive Class II areas, which occur in the Flat Tops WA and the Dinosaur NM, respectively.

**Cumulative:**  Maximum cumulative annual impacts at Class I and sensitive Class II areas are well below the PSD increments, although the maximum Class II gridded concentration is above the PSD increment.  While cumulative Class I and sensitive Class II impacts are well below the NAAQS, the maximum predicted cumulative annual gridded Class II impact for Alternative D is above the NAAQS.  This is also true for Alternatives A, B, and C.  The greatest cumulative annual $PM_{10}$ concentrations do not vary perceptibly from one another, indicating that differences among the Alternatives have little impact on cumulative impacts.

**Table 4-9.  Maximum Annual $PM_{10}$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment [a] ($\mu g/m^3$, %) | Back-ground Conc. ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | CAAQS [b] ($\mu g/m^3$, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *4* | | | *50* |
| Flat Tops WA / A | Project | 0.09 | 2% | 30 | 30.09 | 60% |
| Maroon Bells-Snowmass WA / A | Cumulative | 0.46 | 11% | 30 | 30.46 | 61% |
| *Sensitive Class II* | | | *4* | | | *50* |
| Dinosaur NM / A | Project | 0.02 | 1% | 30 | 30.02 | 60% |
| Dinosaur NM / D | Cumulative | 0.74 | 19% | 30 | 30.74 | 61% |
| *Gridded Class II* | | | *17* | | | *50* |
| A | Project | 13.18 | 78% | 30 | 43.18 | 86% |
| D | Cumulative | 50.50 | 297% | 30 | 80.50 | 161% |

Conc. = concentration
$\mu g/m^3$ = micrograms per cubic meter
[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.
[b] The NAAQS is the same for all areas and is shown in italics.

### 4.3.1.3.  $PM_{2.5}$

**24-Hour Impacts**

Table 4-10 provides a summary of the maximum 24-hour $PM_{2.5}$ air quality impacts.

**Project:**  Project impacts due to CRVFO BLM sources result in increases in $PM_{2.5}$ concentrations.  All Project impacts are well below the applicable NAAQS at Class I, sensitive Class II, and gridded receptor Class II areas.  All Project impacts are below the applicable PSD increment in all areas.  The Alternative A Project emissions scenarios result in the largest 24-hour $PM_{2.5}$ impacts at Class I and sensitive Class II areas, which occur in the Flat Tops WA and the Dinosaur NM, respectively.

BLM_0067762

**Table 4-10.  Maximum 24-Hour PM$_{2.5}$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$) | PSD Increment [a] ($\mu$g/m$^3$, %) | Back-ground Conc. ($\mu$g/m$^3$) | Max. Total Conc. ($\mu$g/m$^3$) | NAAQS [b] ($\mu$g/m$^3$, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *2* | | | *35* |
| Flat Tops WA / A | Project | 0.13 | 6% | 24 | 24.13 | 69% |
| Flat Tops WA / D | Cumulative | 0.83 | 41% | 24 | 24.83 | 71% |
| *Sensitive Class II* | | | *2* | | | *35* |
| Dinosaur NM / A | Project | 0.04 | 2% | 24 | 24.04 | 69% |
| Dinosaur NM / D | Cumulative | 1.65 | 82% | 24 | 25.65 | 73% |
| *Gridded Class II* | | | *9* | | | *35* |
| A | Project | 5.80 | 64% | 24 | 29.80 | 85% |
| D | Cumulative | 38.26 | 425% | 24 | 62.26 | 178% |

Conc. = concentration

$\mu$g/m$^3$ = micrograms per cubic meter

[a] USEPA has not set 24-hour PM$_{2.5}$ PSD increments, though the agency proposed a Class I increment of 2 $\mu$g/m$^3$ and a Class II increment of 9 $\mu$g/m$^3$ (USEPA, 2006).

[b] The NAAQS is the same for all areas and is shown in italics.  Compliance with the 24-hour PM$_{2.5}$ NAAQS is based on the eighth-highest three year average maximum.

**Cumulative:**  While cumulative Class I and sensitive Class II 24-hour PM$_{2.5}$ impacts are below the NAAQS, the maximum cumulative total concentration for each Alternative is predicted to be above the NAAQS for gridded Class II receptors, and above the PSD increment at gridded Class II receptors.  The highest predicted PM$_{2.5}$ concentration for each Alternative occurs in an area surrounding a coal mine, as shown in Figure 4-4.  Areas shown shaded in rose and white have predicted concentrations above the NAAQS.

BLM_0067763

*Air Resources Technical Support Document*



**Figure 4-4.  CRVFO Cumulative Alternative D 24-Hour PM$_{2.5}$ Total Concentration (NAAQS = 35 $\mu$g/m$^3$)**

BLM_0067764

*Air Resources Technical Support Document*

**Annual Impacts**
**Project:** Table 4-11 provides a summary of the maximum annual $PM_{2.5}$ air quality impacts. Project impacts due to CRVFO BLM sources result in small increases in $PM_{2.5}$ concentrations at Class I and sensitive Class II areas, though the maximum increase is more significant at Class II gridded areas. The Alternative A emissions scenario results in the largest Project $PM_{2.5}$ impacts at Class I and sensitive Class II areas, which occur in the Flat Tops WA and the Dinosaur NM, respectively. All Project impacts are below the applicable PSD increment in all areas.

**Cumulative:** While cumulative Class I and sensitive Class II impacts are well below the NAAQS for all Alternatives, the maximum cumulative gridded Class II impacts for all Alternatives are above the NAAQS, and above the PSD increment at gridded Class II receptors. The greatest cumulative annual $PM_{2.5}$ concentrations do not vary more than 0.01 $\mu g/m^3$ from one another, indicating that differences among the Alternatives have little impact on cumulative concentrations.

**Table 4-11.  Maximum Annual $PM_{2.5}$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment ($\mu g/m^3$, %) | Back-ground Conc. ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS [b] ($\mu g/m^3$, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *1* | | | *15* |
| Flat Tops WA / A | Project | 0.02 | 2% | 9 | 9.02 | 60% |
| Flat Tops WA / D | Cumulative | 0.18 | 9% | 9 | 9.18 | 61% |
| *Sensitive Class II* | | | *1* | | | *15* |
| Dinosaur NM / A | Project | 0.01 | 1% | 9 | 9.01 | 60% |
| Dinosaur NM / D | Cumulative | 0.44 | 44% | 9 | 9.45 | 63% |
| *Gridded Class II* | | | *4* | | | *15* |
| A | Project | 1.78 | 44% | 9 | 10.78 | 72% |
| D | Cumulative | 8.66 | 216% | 9 | 17.66 | 118% |

Conc. = concentration
$\mu g/m^3$ = micrograms per cubic meter
[b] The NAAQS is the same for all areas and is shown in italics.

### 4.3.1.4.   SO₂

Four averaging times were analyzed when determining $SO_2$ air quality impacts: 1-hour, 3-hour, 24-hour, and annual averages. The $SO_2$ NAAQS is in transition due to the new 1-hour $SO_2$ standard, which became effective on August 23, 2010 (GPO 2010g). The 1-hour standard replaces the 3-hour, 24-hour, and annual primary $SO_2$ standards. However, the 3-hour standard remains effective at the federal level as a secondary NAAQS. The 1-hour standard is set at 75 ppb, which is equivalent to 195.5 $\mu g/m^3$. Compliance with the 1-hour standard is determined using the three-year average of the 99[th] percentile of 1-hour daily maximum $SO_2$ concentrations. The 3-hour, 24-hour, and annual primary standards remain in effect until USEPA promulgates attainment/nonattainment designations for the new 1-hour $SO_2$ standard. Consequently, modeling results are shown for these older standards. Furthermore, the 24-hour and annual $SO_2$ PSD increments still remain in effect.

**Project:** For all averaging times, maximum Project impacts are below the NAAQS and the more stringent 700 $\mu g/m^3$ 3-hour CAAQS. Maximum Project impacts are also less than 1 percent of the PSD increments for applicable areas and applicable averaging times. Table 4-12, Table 4-13, Table 4-14, and Table 4-15 provide summaries of the maximum impacts for the 1-hour, 3-hour,

BLM_0067765

*Air Resources Technical Support Document*

24-hour, and annual averaging times, respectively.  Tables G-7 through G-10 of Appendix G provide detailed results.

**Cumulative:**  With regard to cumulative impacts, $SO_2$ modeled concentrations for all averaging times are below the PSD increments and the NAAQS and CAAQS.  However, predicted maximum concentrations for cumulative impacts for Alternatives A, B, C, and D are nearly identical and are approximately 95 percent of the NAAQS.  Tables H-7 through H-10 of Appendix H provide detailed results.

**Table 4-12.  Maximum 1-Hour $SO_2$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$ [ppm]) | PSD Increment [a] ($\mu g/m^3$ [ppm], %) | Back-ground Conc. ($\mu g/m^3$ [ppm]) | Max. Total Conc. ($\mu g/m^3$ [ppm]) | NAAQS [b] ($\mu g/m^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *None* | | | *195 [0.075]* |
| Maroon Bells-Snowmass WA / A | Project | 0.0118 [4.54E–06] | N/A | 80.82 [0.0311] | 80.83 [0.0311] | 42% |
| Flat Tops WA / D | Cumulative | 0.0911 [3.50E–05] | N/A | 80.82 [0.0311] | 80.91 [0.0311] | 41% |
| *Sensitive Class II* | | | *None* | | | *195 [0.075]* |
| Dinosaur NM / D | Project | 0.0005 [1.92E–07] | N/A | 80.82 [0.0311] | 80.82 [0.0311] | 41% |
| Dinosaur NM / D | Cumulative | 0.4262 [1.64E–04] | N/A | 80.82 [0.0311] | 81.25 [0.0311] | 42% |
| *Gridded Class II* | | | *None* | | | *195 [0.075]* |
| D | Project | 0.3836 [1.48E–04] | N/A | 80.82 [0.0311] | 81.20 [0.0311] | 42% |
| D | Cumulative | 105.74 [4.07E–02] | N/A | 80.82 [0.0311] | 186.56 [0.0718] | 95% |

Conc. = concentration

$\mu g/m^3$ = micrograms per cubic meter

ppm = parts per million

[a] No PSD increment has been promulgated for the 1-hour $SO_2$ standard.  However, the 24-hour and annual $SO_2$ PSD increments are still effective.

[b] The NAAQS is the same for all areas and is shown in italics.  Compliance with the 1-hour $SO_2$ NAAQS is based on the three-year average of the 99th percentile of 1-hour daily maximum $SO_2$ concentrations.

BLM_0067766

### Table 4-13.  Maximum 3-Hour $SO_2$ Air Quality Impacts

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu g/m^3$ [ppm]) | PSD Increment [a] ($\mu g/m^3$ [ppm], %) | Back-ground Conc. ($\mu g/m^3$ [ppm]) | Max. Total Conc. ($\mu g/m^3$ [ppm]) | NAAQS [b] ($\mu g/m^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *25 [0.0096]* | | | *1300 [0.5] (700 [0.27])* |
| Maroon Bells-Snowmass WA / A | Project | 0.010 [3.85E–06] | 0.04% | 66.6 [0.0256] | 66.61 [0.0256] | 5% (10%) |
| Flat Tops WA / D | Cumulative | 0.091 [3.50E–06] | 0.37% | 66.6 [0.0256] | 66.69 [0.0256] | 5% (10%) |
| *Sensitive Class II* | | | *25 [0.0096]* | | | *1300 [0.5] (700 [0.27])* |
| Colorado NM / D | Project | 0.001 [3.85E–07] | 0.004% | 66.6 [0.0256] | 66.60 [0.0256] | 5% (10%) |
| Dinosaur NM / D | Cumulative | 0.389 [1.50E–04] | 1.55% | 66.6 [0.0256] | 66.99 [0.0257] | 5% (10%) |
| *Gridded Class II* | | | *512 [0.197]* | | | *1300 [0.5] (700 [0.27])* |
| D | Project | 0.26 [1.00E–04] | 0.05% | 66.6 [0.0256] | 66.86 [0.0257] | 5% (10%) |
| D | Cumulative | 92.76 [3.57E–02] | 18.12% | 66.6 [0.0256] | 159.36 [0.0613] | 12% (23%) |

Conc. = concentration

$\mu g/m^3$ = micrograms per cubic meter

ppm = parts per million

[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.

[b] The NAAQS is the same for all areas and is shown in italics.  The CAAQS is more stringent than the NAAQS and is set at 700 $\mu g/m^3$.  Compliance with the 3-hour $SO_2$ NAAQS is based on the second-highest annual maximum.

BLM_0067767

*Air Resources Technical Support Document*

Table 4-14.  Maximum 24-Hour SO$_2$ Air Quality Impacts

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$ [ppm]) | PSD Increment [a] ($\mu$g/m$^3$ [ppm], %) | Back-ground Conc. ($\mu$g/m$^3$ [ppm] | Max. Total Conc. ($\mu$g/m$^3$ [ppm] | NAAQS [b] ($\mu$g/m$^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| ***Class I*** | | | *5 [0.0019]* | | | *365 [0.140]* |
| Maroon Bells-Snowmass WA / A | Project | 0.002 [7.69E–07] | 0.04% | 34.6 [0.0133] | 34.60 [0.0133] | 9% |
| Flat Tops WA / D | Cumulative | 0.025 [9.62E–06] | 0.50% | 34.6 [0.0133] | 34.62 [0.0133] | 9% |
| ***Sensitive Class II*** | | | *5 [0.0019]* | | | *365 [0.140]* |
| Colorado NM / D | Project | 0.0003 [1.15E–07] | 0.006% | 34.6 [0.0133] | 34.60 [0.0133] | 9% |
| Dinosaur NM / D | Cumulative | 0.077 [2.96E–05] | 1.53% | 34.6 [0.0133] | 34.68 [0.0133] | 9% |
| ***Gridded Class II*** | | | *91 [0.035]* | | | *365 [0.140]* |
| D | Project | 0.042 [1.62E–05] | 0.05% | 34.6 [0.0133] | 34.64 [0.0133] | 9% |
| D | Cumulative | 23.365 [8.99E–03] | 25.68% | 34.6 [0.0133] | 57.97 [0.0223] | 16% |

Conc. = concentration

$\mu$g/m$^3$ = micrograms per cubic meter

ppm = parts per million

[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.

[b] The NAAQS is the same for all areas and is shown in italics.  Compliance with the 24-hour SO$_2$ NAAQS is based on the second-highest annual maximum.

BLM_0067768

*Air Resources Technical Support Document*

**Table 4-15.  Maximum Annual SO$_2$ Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$ [ppm]) | PSD Increment [a] ($\mu$g/m$^3$ [ppm], %) | Back-ground Conc. ($\mu$g/m$^3$ [ppm]) | Max. Total Conc. ($\mu$g/m$^3$ [ppm]) | NAAQS [b] ($\mu$g/m$^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *2 [0.0008]* | | | *80 [0.030]* |
| Maroon Bells-Snowmass WA / A, D | Project | 0.0002 [7.69E–08] | 0.01% | 5.3 [0.0020] | 5.30 [0.0020] | 7% |
| Flat Tops WA / D | Cumulative | 0.0039 [1.50E–06] | 0.20% | 5.3 [0.0020] | 5.30 [0.0020] | 7% |
| *Sensitive Class II* | | | *2 [0.0008]* | | | *80 [0.030]* |
| Both NMs / All Alternatives | Project | 0.0000 [Negl.] | Negl. | 5.3 [0.0020] | 5.30 [0.0020] | 7% |
| Dinosaur NM / D | Cumulative | 0.0151 [5.81E–06] | 7.55% | 5.3 [0.0020] | 5.32 [0.0020] | 7% |
| *Gridded Class II* | | | *20 [0.0077]* | | | *80 [0.030]* |
| A | Project | 0.0040 [1.54E–06] | 0.02% | 5.3 [0.0020] | 5.30 [0.0020] | 7% |
| D | Cumulative | 3.1017 [1.19E–03] | 15.51% | 5.3 [0.0020] | 8.40 [0.0032] | 10% |

Conc. = concentration

$\mu$g/m$^3$ = micrograms per cubic meter

ppm = parts per million

[a] The PSD increments are provided in italics for each type of area.  Predicted concentrations for sensitive Class II areas are compared to the PSD increment for a Class I area.

[b] The NAAQS is the same for all areas and is shown in italics.

### 4.3.1.5.   CO

**1-Hour Impacts**

**Project:**  Table 4-16 provides a summary of the maximum 1-hour CO air quality impacts. Project impacts due to CRVFO BLM sources result in small increases in CO concentrations and have little impact on total concentrations when added to background concentrations.  All Project impacts are well under the NAAQS.

**Cumulative:**  Cumulative 1-hour CO impacts at Class I and sensitive Class II areas are also well under the NAAQS.

BLM_0067769

**Table 4-16.  Maximum 1-Hour CO Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$ [ppm]) | PSD Increment [a] ($\mu$g/m$^3$ [ppm], %) | Back-ground Conc. ($\mu$g/m$^3$ [ppm]) | Max. Total Conc. ($\mu$g/m$^3$ [ppm]) | NAAQS [b] ($\mu$g/m$^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *None* | | | *40,000 [35]* |
| Maroon Bells-Snowmass WA/ A | Project | 5.14 [0.004] | N/A | 4,656 [4.074] | 4,662 [4.078] | 12% |
| Maroon Bells-Snowmass WA / D | Cumulative | 14.84 [0.013] | N/A | 4,656 [4.074] | 4,671 [4.087] | 12% |
| *Sensitive Class II* | | | *None* | | | *40,000 [35]* |
| Colorado NM / A | Project | 0.80 [0.001] | N/A | 4,656 [4.074] | 4,657 [4.075] | 12% |
| Dinosaur NM / C | Cumulative | 20.97 [0.018] | N/A | 4,656 [4.074] | 4,677 [4.092] | 12% |
| *Gridded Class II* | | | *None* | | | *40,000 [35]* |
| A | Project | 290.9 [0.255] | N/A | 4,656 [4.074] | 4,947 [4.329] | 12% |
| C | Cumulative | 1,424 [1.246] | N/A | 4,656 [4.074] | 6,081 [5.320] | 15% |

Conc. = concentration
$\mu$g/m$^3$ = micrograms per cubic meter
ppm = parts per million
[a] No PSD increments have been set for the 1-hour CO NAAQS.
[b] The NAAQS is the same for all areas and is shown in italics.

**8-Hour Impacts**

**Project:**  Table 4-17 provides a summary of the maximum 8-hour CO air quality impacts. Project impacts due to CRVFO BLM sources result in small increases in CO concentrations and have little impact on total concentrations when added to background concentrations.  All Project impacts are well under the NAAQS.  The Alternative A Project emissions scenario results in the largest CO impacts at Class I and sensitive Class II areas, which occur in the Maroon Bells-Snowmass WA and the Colorado NM, respectively.

**Cumulative:**  Cumulative 8-hour CO impacts at Class I, sensitive Class II, and gridded Class II areas are also well under the NAAQS.

BLM_0067770

**Table 4-17.  Maximum 8-Hour CO Air Quality Impacts**

| Area and Alternative with the Greatest Predicted Impact | Assessment | Max. Modeled Conc. ($\mu$g/m$^3$ [ppm]) | PSD Increment [a] ($\mu$g/m$^3$ [ppm], %) | Background Conc. ($\mu$g/m$^3$ [ppm]) | Max. Total Conc. ($\mu$g/m$^3$ [ppm]) | NAAQS [b] ($\mu$g/m$^3$ [ppm], %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *None* | | | *10,000 [9]* |
| Maroon Bells-Snowmass WA / A | Project | 1.83 [1.60E–03] | N/A | 2,328 [2.037] | 2,330 [2.039] | 23% |
| Flat Tops WA / D | Cumulative | 6.16 [5.39E–03] | N/A | 2,328 [2.037] | 2,334 [2.042] | 23% |
| *Sensitive Class II* | | | *None* | | | *10,000 [9]* |
| Colorado NM / A | Project | 0.27 [2.36E–04] | N/A | 2,328 [2.037] | 2,328 [2.037] | 23% |
| Dinosaur NM / D | Cumulative | 9.65 [8.44E–03] | N/A | 2,328 [2.037] | 2,338 [2.045] | 23% |
| *Gridded Class II* | | | *None* | | | *10,000 [9]* |
| A | Project | 48.4 [4.24E–02] | N/A | 2,328 [2.037] | 2,377 [2.079] | 24% |
| C, D | Cumulative | 281 [2.46E–01] | N/A | 2,328 [2.037] | 2,609 [2.283] | 26% |

Conc. = concentration
$\mu$g/m$^3$ = micrograms per cubic meter
ppm = parts per million
[a] No PSD increments have been set for the 8-hour CO NAAQS.
[b] The NAAQS is the same for all areas and is shown in italics.

## 4.3.2.   Visibility

Visibility is affected by plume impairment (heterogeneous) or regional haze (homogeneous). Since potential air pollutant emission sources include many small sources spread over a large area, discrete visible plumes are not likely to impact distant sensitive areas. At this preliminary resource planning stage, the emission sources in this analysis consist of sources that do not have a defined location.  In addition, the U.S. Congress has delegated implementation of the Clean Air Act (including the determination of "visual impacts of plumes from present and future coal-fired power plants in the Coal Bed Methane emphasis area") to applicable local, state and tribal air quality regulatory agencies (with USEPA oversight).  These agencies are able to determine the visual impact of the plume from individual emission sources during the NSR air quality permitting process.  Therefore, this analysis focuses on visibility impairment due to regional haze.  Visibility changes are assessed at Class I areas, sensitive Class II areas, and at some Colorado Scenic Views.  Map 4-4 illustrates the locations of the Colorado Scenic Views.

BLM_0067771

*Air Resources Technical Support Document*



Map 4-4.  Colorado Scenic Views Included in Visibility Analysis

BLM_0067772

Regional haze is caused by fine particles and gases scattering and absorbing light. Potential changes to regional haze were calculated in terms of the level of perceptible change in visibility when compared to background conditions. A 1.0 deciview (dv) change is considered potentially significant in mandatory Federal PSD Class I areas as described in the USEPA Regional Haze Regulations (40 *CFR* §51.300 et seq.), and originally presented in Pitchford and Malm (1994). A 1.0-dv change is defined as approximately a 10 percent change in the extinction coefficient (corresponding to a 2 to 5 percent change in contrast, for a black target against a clear sky, at the most optically sensitive distance from an observer), which is a small but noticeable change in haziness under most circumstances when viewing scenes in mandatory Federal Class I areas.

The FLAG established a recommended procedure for identifying and evaluating potential visibility impairment primarily in mandatory Federal PSD Class I Areas (FLAG 2000). According to the FLAG procedure, predicted changes in visibility are directly related to percent changes in extinction (or change in dv); a 10 percent change in extinction corresponds to 1.0 dv change. Using CALPUFF modeled concentrations resulting from RFFA and RFD proposed sources, light extinction change values were computed in accordance with the FLAG 2000 method by using estimated background light extinction values derived from western U.S. natural background conditions and hourly relative humidity (f[RH]) values as a reference base. The resulting change in dv was then determined for each Class I area, sensitive Class II area, and Colorado Scenic View. The number of days with visibility changes greater than 0.5 dv and greater than 1.0 dv is reported based on impacts from CRVFO BLM Project emission sources in Appendix G. The number of days with visibility changes greater than 1.0 dv is reported based on impacts from CRVFO and cumulative emission sources in Appendix H. The 0.5-dv reporting threshold is recommended by FLAG when analyzing impacts from an individual source, and a 1.0 dv change when analyzing for cumulative impacts. The BLM uses a 1.0-dv threshold as an indicator of just noticeable change for both project and multiple-source impacts.

Three FLAG 2000 compliant visibility methods were used (FLAG 2000). The first level screening analysis for visibility used daily modeled primary particulate matter ($PM_{2.5}$ and $PM_{10}$), secondary (sulfate and nitrate) particulate matter, and $NO_2$ concentrations with assumed western U.S. "natural" background conditions and hourly relative humidity (f[RH]) values developed by CALPUFF to calculate a potential change in visibility extinction. In addition, two refined visibility analyses were performed. The seasonal refined analysis used seasonal average natural background light extinction and assumed monthly background average f(RH) values. In contrast, the daily refined analysis used actual aerosol or light extinction monitoring data measurements as baseline data (i.e., a background reference level).

Since visibility change values exceed the 1.0-dv limit of acceptable change (LAC) using the screening procedure, a Seasonal FLAG Screening Analysis Tool (Archer, 2003) was used to perform a seasonal analysis. The Seasonal FLAG Screening tool uses Class I area (or Class II) specific seasonal average natural background light extinction and assumed monthly background average f(RH) values to produce representative daily natural background visibility conditions for that area. Maximum daily average predicted CALPUFF concentrations of $PM_{10}$, $PM_{2.5}$, $NO_2$, $SO_4^=$, and $NO_3^-$ that were calculated at the Arches, Eagles Nest, Flat Tops, Maroon Bells-Snowmass, and Mount Zirkel PSD Class I areas, and Colorado NM and Dinosaur NM Class II areas were input into the Season FLAG Refined Analysis tool to estimate refined visibility changes relative to the estimated natural background conditions.

BLM_0067773

*Air Resources Technical Support Document*

Because seasonal visibility change values exceed the 1.0-dv LAC, analyses using Daily FLAG Refined Spreadsheets (Archer 2008a through 2008e) were also performed. The Daily FLAG Refined Analysis extinction estimation tool utilized daily atmospheric extinction data that was either constructed from daily speciated PM data that was collected at aerosol sampling sites or directly measured at monitors. Speciated aerosol concentrations data from the White River National Forest IMPROVE aerosol sampling site were used for the Eagles Nest, Flat Tops, Maroon Bells-Snowmass, Colorado NM, and Dinosaur NM. Nephelometer data from Canyonlands NP collection site were used for Arches NP and transmissometer collected data from Mount Zirkel WA were used for that area.

Maximum daily average predicted CALPUFF concentrations of $PM_{10}$, $PM_{2.5}$, $NO_2$, $SO_4^=$, and $NO_3^-$ that were calculated at each Class I and sensitive Class II area were input into the Daily FLAG Refined Analysis tool to estimate refined visibility changes relative to the collected background data. The Daily FLAG Refined Spreadsheet daily f(RH) values were determined based on FLAG guidance and missing f(RH) values were estimated using linear interpolation. In addition, since reconstructed extinction estimates are not reliable above 90 percent relative humidity, f(RH) values were limited to 4.7 (the 90 percent relative humidity value).

Table 4-18 provides a summary of the maximum visibility air quality impacts for each Class I area, sensitive Class II area, and Colorado Scenic View based on a 1-dv threshold over the three-year modeling period. The table reports the number of days in a single year (the year with maximum impacts during 2001, 2002, or 2003) for which impacts are expected to equal or exceed 1 dv visibility change from estimated natural conditions. Project impacts are much less than cumulative impacts. Project impacts are slight (one or zero days per year with predicted impacts of 1 dv or more) for all Class I and sensitive Class II areas. However, one Colorado Scenic View, the Roan Cliffs View, was predicted to have significant impacts.

Visibility impacts are conservatively estimated using CALPUFF because the model does not have the capability to account for emission decreases expected to occur at existing sources included in the RFFA emissions inventory. Additional regulatory controls on $NO_x$ emissions from engines and diesel particulate from non-road engines will significantly decrease these emissions over the next 20 years. Use of ultra-low sulfur fuel will also substantially decrease ambient concentrations of sulfates.

Tables G-16 through G-19 (Project results) provide detailed data for all three years and report the number of days exceeding both the 0.5 dv and 1.0 dv visibility change thresholds. Tables H-16 and H-17 (cumulative results) provide detailed data for all three years and provide the number of days exceeding 1.0 dv visibility change threshold. These thresholds are not regulatory requirements. Instead, they are thresholds used for disclosure purposes only.

USEPA's Regional Haze Rule implements the "national goal of preventing any future, and remedying any existing, impairment of visibility in mandatory Class I Federal areas which impairment results from manmade air pollution . . . " (40 CFR §51.300). Air quality regulations designed to achieve this goal require: (1) emission reductions at certain older stationary sources, (2) review of predicted visibility impacts from certain new stationary sources under the NSR Program, and (3) development of long-term State Implementation Plans (SIPs) to reduce emissions of haze-producing pollutants. Federal agencies such as the NPS and USFS monitor visibility and review NSR air quality permit applications to determine potential visibility impacts. State air quality agencies identify and implement emission reductions within their

BLM_0067774

jurisdictions that are needed to reduce visibility impairment.  USEPA set a goal of attaining natural visibility in Class I areas by the year 2064.

**Table 4-18.  Maximum Visibility Air Quality Impacts at Class I and Sensitive Class II Areas**

| Area | Maximum Number of Days In Year With Greatest Impacts of 1.0 dv or More | | | | | |
| | Project | | | Cumulative | | |
| | FLAG 2000 | Seasonal FLAG | Daily FLAG | FLAG 2000 | Seasonal FLAG | Daily FLAG |
|---|---|---|---|---|---|---|
| *Class I* | | | | | | |
| Arches NP | 0 | 0 | 0 | 7 | 9 | 0 |
| Eagles Nest WA | 0 | 0 | 0 | 16 | 10 | 13 |
| Flat Tops WA | 1 | 0 | 0 | 68 | 64 | 43 |
| Maroon Bells-Snowmass WA | 0 | 0 | 0 | 24 | 23 | 21 |
| Mount Zirkel WA | 0 | 0 | 0 | 29 | 16 | 14 |
| West Elk WA | 0 | 0 | 0 | 10 | 13 | 10 |
| *Sensitive Class II* | | | | | | |
| Colorado NM | 0 | 0 | 0 | 31 | 32 | 30 |
| Dinosaur NM | 0 | 0 | 0 | 209 | 195 | 146 |
| *Colorado Scenic Views* | | | | | | |
| Big Mountain View | 1 | 1 | 1 | 208 | 176 | 138 |
| Holy Cross View | 0 | 0 | 0 | 8 | 3 | 3 |
| Holy Cross Wilderness View | 0 | 0 | 0 | 7 | 3 | 1 |
| Rabbit's Ear View | 0 | 0 | 0 | 26 | 31 | 24 |
| Roan Cliffs View | 69 | 43 | 20 | 331 | 350 | 342 |

## 4.3.3.    Deposition

The maximum annual N and S deposition rates were estimated based on three years of meteorology for CALPUFF runs for Project only emissions and cumulative emissions.  The POSTUTIL program was used to estimate total N and S fluxes from CALPUFF predicted wet and dry fluxes of $NO_x$, $NO_3$, $HNO_3$, $SO_2$, and $SO_4$.  CALPOST was used to summarize annual N and S deposition values from the POSTUTIL program.

For disclosure purposes only, Project impacts were compared to the NPS screening deposition analysis thresholds (DATs), which are defined as 0.005 kilogram per hectare per year (kg/ha/yr) in the western United States for both N and S.  A DAT is the additional amount of N or S deposition within a Class I area, below which estimated impacts from a proposed new or modified source are considered to be insignificant. The DAT is a screening threshold that was developed primarily to assess impacts from a single stationary source.  If a DAT is exceeded, cumulative modeling is required to demonstrate that cumulative deposition is below the level of

BLM_0067775

*Air Resources Technical Support Document*

concern.  Modeling results showing deposition greater than a DAT do not indicate the need for mitigation.

Full cumulative modeling was performed as part of this analysis.  Project and cumulative impacts were compared to the level of concern, which is defined by the NPS and USFS as 3 kg/ha/yr for N and 5 kg/ha/yr for S (Fox 1989).  Deposition rates that are below the level of concern are believed to cause no adverse impacts.

At the areas and for the Alternatives with the highest maximum N deposition rates, the N DAT is exceeded at the Flat Tops WA and at the Maroon Bells-Snowmass WA.  For a large aggregate project that includes thousands of sources (such as oil and gas development in the WRFO), deposition greater than the DAT is typical.  Total deposition for Project sources is approximately half of the level of concern while total deposition from cumulative sources is slightly more than half of the level of concern, as shown in Table 4-19.  Because project and cumulative N deposition are less than the level of concern, no mitigation is necessary.  Table G-12 and Table H-12 provide detailed N deposition results for Project and cumulative impacts, respectively.

### Table 4-19.  Maximum Annual N Deposition

| Area and Alternative with the Greatest Predicted Impact | Assess-ment | Max. Modeled Deposition (kg/ha/yr) | DAT [a] (kg/ha/yr, %) | Back-ground Deposition (kg/ha/yr) | Max. Total Deposition (kg/ha/yr) | Level of Concern [b] (kg/ha/yr, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *0.005* | | | *3.0* |
| Flat Tops WA / A | Project | 0.007 | 136% | 1.5 | 1.51 | 50% |
| Flat Tops WA / D | Cumulative | 0.064 | N/A [c] | 1.5 | 1.56 | 52% |
| *Sensitive Class II* | | | *0.005* | | | *3.0* |
| Dinosaur NM / A | Project | 0.001 | 20% | 1.9 | 1.50 | 50% |
| Dinosaur NM / D | Cumulative | 0.096 | N/A [c] | 1.5 | 1.60 | 53% |

DAT = deposition analysis threshold

kg/ha/yr = kilogram per hectare per year

N = nitrogen

[a] The DAT is shown in italics, while the maximum modeled deposition is provided as a percentage of the DAT.

[b] The Level of Concern is shown in italics, while the maximum total deposition is shown as a percentage of the Level of Concern.

[c] Cumulative impacts are not compared to DATs.

At the areas and for the Alternatives with the highest maximum S deposition rates, total deposition for Project impacts is less than the DATs at all Class I and sensitive Class II areas. Project and cumulative S deposition is less than 15 percent of the level of concern, as shown in Table 4-20.  Low Project S emissions are due to the use of ultra-low sulfur diesel fuel.  Table G-13 and Table H-13 provide detailed S deposition results for Project and cumulative impacts, respectively.

BLM_0067776

**Table 4-20.  Maximum Annual S Deposition**

| Area and Alternative with the Greatest Predicted Impact | Assess-ment | Max. Modeled Deposition (kg/ha/yr) | DAT [a] (kg/ha/yr, %) | Back-ground Deposition (kg/ha/yr) | Max. Total Deposition (kg/ha/yr) | Level of Concern [b] (kg/ha/yr, %) |
|---|---|---|---|---|---|---|
| *Class I* | | | *0.005* | | | *5.0* |
| Flat Tops WA / A, D | Project | 0.0001 | <1% | 0.73 | 0.7301 | 15% |
| Flat Tops WA / D | Cumulative | 0.0028 | N/A [c] | 0.73 | 0.7328 | 15% |
| *Sensitive Class II* | | | *0.005* | | | *5.0* |
| All Areas / A–D | Project | <0.0001 | <1% | 0.73 | 0.7301 | 15% |
| Dinosaur NM / D | Cumulative | 0.0079 | N/A [c] | 0.73 | 0.7379 | 15% |

DAT = deposition analysis threshold

kg/ha/yr = kilogram per hectare per year

S = sulfur

[a] The DAT is shown in italics, while the maximum modeled deposition is provided as a percentage of the DAT.

[b] The Level of Concern is shown in italics, while the maximum total deposition is shown as a percentage of the Level of Concern.

[c] Cumulative impacts are not compared to DATs.

## 4.3.4.   Lake Chemistry

An analysis of potential changes to lake ANC was performed.  Annual deposition fluxes of S and N predicted by CALPUFF at sensitive lake receptors were used in conjunction with baseline ANC values to estimate the change in ANC.  Lake chemistry baseline ANC data were obtained from the USFS for each sensitive lake included in the analysis and are included in Table 4-5.

The maximum ANC change values were calculated in accordance with procedures included in the USFS Rocky Mountain Region's *Screening Methodology for Calculating ANC Change to High Elevation Lakes, User's Guide* (USFS 2000).  Table 4-21 provides a summary of the calculated changes in ANC; additional data is provided in Appendices G and H.  Potential lake chemistry impacts were calculated for CRVFO Project source emissions and for combined CRVFO and cumulative emissions.

The USFS considers lake chemistry changes to be potentially significant if the screening methodology predicts decreases in ANC of more than the LAC.  A lake's LAC depends on its baseline ANC value.  The LAC is 10 percent change for lakes with baseline ANC values greater than 25 microequivalents per liter (μeq/L) or "no more than 1 ueq/L cumulative loss in Acid Neutralizing Capacity is acceptable" for lakes with ANC baseline values less than 25 μeq/l.  Only Upper Ned Wilson Lake has a baseline ANC value less than 25 μeq/l.  Consequently, a decrease in ANC of more than 1 ueq/liter at this lake is considered to be a significant impact.

Maximum changes to each lake's ANC are shown in Table 4-21.  Values for each Alternative and for each modeled year are included in Tables G-15 and H-15.  Maximum acid deposition (shown as Maximum H Deposition in the table) is well below the LAC for each lake for Project Alternatives and cumulative impacts for all seven lakes.  For six of the seven lakes, the maximum ANC change due to Project emissions is less than 0.1 percent.  When cumulative changes are considered at these six lakes, the maximum ANC change is less than 4.0 percent. Modeling predicts small decreases in ANC at Upper Ned Wilson Lake for each Alternative.  The maximum predicted change at Upper Ned Wilson Lake is 0.3 percent when modeling Project

BLM_0067777

*Air Resources Technical Support Document*

emissions and approximately 3.6 percent when modeling Project and cumulative emissions. Because Upper Ned Wilson Lake is extremely sensitive to acidic deposition, the LAC for Upper Ned Wilson Lake is <1 ueq/liter.  The total LAC is 21.2 equivalents.  Maximum cumulative predicted change for Upper Ned Wilson is 10.5 equivalents, which is insignificant.

### Table 4-21.  Maximum Changes to Lake ANC

| Lake and Alternative With the Greatest Predicted Impact | Assess-ment | Baseline ANC [a] (eq) | LAC [b] (eq) | Max. H Deposition (eq) | Max. ANC Change (%) | Max. Percent of LAC (%) |
|---|---|---|---|---|---|---|
| Avalanche Lake / A | Project | 360,941 | 36.094 | 69.7 | 0.02 | 0.19 |
| Avalanche Lake / D | Cumulative | | | 565.4 | 0.15 | 1.57 |
| Moon Lake / A | Project | 37,444 | 3,744 | 23.3 | 0.06 | 0.62 |
| Moon Lake / D | Cumulative | | | 180.7 | 0.48 | 4.82 |
| Ned Wilson Lake / A | Project | 13,833 | 1,388 | 12.5 | 0.09 | 0.90 |
| Ned Wilson Lake / D | Cumulative | | | 165.9 | 1.19 | 11.95 |
| Seven Lakes / A | Project | 7,647 | 765 | 1.0 | 0.01 | 0.13 |
| Seven Lakes / D | Cumulative | | | 35.1 | 0.46 | 4.59 |
| Summit Lake / A | Project | 3,024 | 302 | 0.4 | 0.01 | 0.14 |
| Summit Lake / D | Cumulative | | | 12.7 | 0.42 | 4.19 |
| Trappers Lake / A | Project | 61,501,904 | 6,150,190 | 2,860 | 0.00 | 0.05 |
| Trappers Lake / D | Cumulative | | | 49,679 | 0.08 | 0.81 |
| Upper Ned Wilson Lake / A | Project | 288 | 21.2 | 0.8 | 0.27 | N/A |
| Upper Ned Wilson Lake / D | Cumulative | | | 10.5 | 3.64 | N/A |

ANC = acid neutralizing capacity
eq = equivalents
H deposition = acid deposition
LAC = limit of acceptable change
N/A = not applicable

[a] Baseline ANC values were provided by Jeff Sorkin (USFS 2011).

[b] The LAC change is 10 percent change for lakes with baseline ANC values greater than 25 μeq/L.  For lakes with lower baseline ANC values, the LAC is no more than 1 ueq/L cumulative loss in Acid Neutralizing Capacity is acceptable (USFS, http://www.fs.fed.us/air/technical/class_1/wilds.php?recordID=53).  Upper Ned Wilson Lake has a baseline ANC value of 12.92 μeq/L; therefore, the LAC is 0,1 ueq/L.  The LAC would be equivalent to less than 21.2 eq.

BLM_0067778

# 5.0   PHOTOCHEMICAL GRID MODELING OZONE ANALYSIS

## 5.1.   PGM OVERVIEW

Photochemical grid modeling (PGM) programs were used to assess impacts to ambient ground-level ozone resulting from air emissions associated with the CRVFO RMPA/EIS.  Ozone impacts were quantified and compared to the NAAQS, which is currently set at 0.075 ppm (equivalent to 75 ppb).  Modeling was performed using a 2006 base case year and emissions growth projections with data reflecting 2018 and 2028 emissions inventories.  The ozone assessment focused on impacts throughout the state of Colorado and nearby surrounding states, although ozone concentrations were predicted for the contiguous United States.

Ozone modeling predicts compliance with the current 0.075 ppm standard, based on calculation of future design values (DVFs) at multiple ozone monitor locations. At the Gothic monitor, (the monitor closest to the WRFO with full-year ozone data), DVFs are predicted to be 66 ppb during the April modeling episode and 64 ppb during the July episode. At the two RMNP ozone monitors (which are treated as rural monitors in this analysis even though they are influenced by metropolitan Denver and Front Range emissions), the DVFs are predicted to be between 67 ppb and 74 ppb, depending on the month and the specific monitor. DVFs at all ozone monitors within the 4km domain indicate ozone concentrations that are less than or equal to ozone concentrations during the 2006 base year.

Although compliance with the current ozone standard is predicted, high ozone concentrations are predicted on a few days at a variety of rural and Front Range locations. These results are illustrated and discussed in Section 5.7.  This chapter begins with a discussion of the modeling and emissions processing methods used to assess ozone impacts. PGM modeling was performed in accordance with the ozone modeling protocol (BLM-URS 2008b).

### 5.1.1.   PGM MODEL SELECTION

Three models were used in the CRVFO RMP ozone assessment.  The CAMx photochemical grid model predicted ambient ozone concentrations based on meteorological data inputs prepared using MM5 and emissions data prepared using the SMOKE modeling system.  Each of these models is discussed below.

### 5.1.2.   CAMx Regional Photochemical Model Description

CAMx is an Eulerian photochemical dispersion model that allows for an integrated "one-atmosphere" assessment of gaseous and particulate air pollution over many scales ranging from sub-urban to continental.  The model is designed to unify all of the technical features required of "state-of-the-science" air quality models into a single system that is computationally efficient, easy to use, and publicly available.  The model code has a highly modular and well documented structure which eases the insertion of new or alternate algorithms and features.  The input/output file formats are based on the Urban Airshed Model and are compatible with many existing pre- and post-processing tools.

CAMx simulates the emission, dispersion, chemical reaction, and removal of pollutants in the troposphere by solving the pollutant continuity equation for each chemical species on a system of

BLM_0067779

nested three-dimensional grids. The Eulerian continuity equation describes the time dependency of the average species concentration within each grid cell volume as a sum of all of the physical and chemical processes operating on that volume. Chemistry is treated by simultaneously solving a set of reaction equations defined from specific chemical mechanisms. Pollutant removal includes both dry surface uptake (deposition) and wet scavenging by precipitation.

CAMx can perform simulations on three types of Cartesian map projections: Universal Transverse Mercator, Rotated Polar Stereographic, and Lambert Conic Conformal. Furthermore, the vertical grid structure is defined externally, so layer interface heights may be specified as any arbitrary function of space and/or time. This flexibility in defining the horizontal and vertical grid structures allows CAMx to be configured to match the grid of any meteorological model that is used to provide environmental input fields (Environ 2006).

In addition to the attributes it shares with most photochemical grid models, some of the most notable features of CAMx are summarized below.

Two-Way Nested Grid Structure: This feature allows CAMx to be run with coarse grid spacing over a wide regional domain in which high spatial resolution is not particularly needed while, within the same run, applying fine grid nests in specific areas where high resolution is needed.

Flexi-Nesting: CAMx offers the ability for users to arbitrarily introduce and/or remove various nested grids at any point during the course of a simulation. Upon model restart, CAMx automatically diagnoses any changes to the grid system. Users can supply complete information for new grids (emissions, land use, and meteorology) or allow CAMx to interpolate any or all of these inputs from parent grids. Example applications of flexi-nesting include running spin-up days with a single coarse master grid and introducing nests just for episode days, or evaluating sensitivity to grid configuration when designing a model application.

Multiple Photochemical and Gas Phase Chemistry Mechanism Options: Users can select among three versions of Carbon Bond IV (CB4) chemistry (CAMx Mechanisms 1, 3, and 4); the 2005 version of Carbon Bond (CB05) chemistry (CAMx Mechanism 6); or the 1999 version of SAPRC chemistry (CAMx Mechanism 5).

Chemical Kinetics Solver Options: CAMx utilizes a fast and highly efficient chemistry solver known as the Chemical Mechanism Compiler (CMC) that is based on an "adaptive-hybrid" approach. Relative to the standard chemistry solvers for the CB4 mechanism, this approach results in about a ten-fold speedup in the chemistry solution and an overall model speedup by a factor of 3 to 4. Alternatively, the Implicit-Explicit Hybrid (IEH) chemical solver of Sun, Chock and Winkler (1994) may be used. The IEH solver accuracy is comparable to reference methods such as LSODE. The accuracies of the IEH and CMC solvers are very similar during the day with the IEH solver being more accurate than the CMC solver at night. However, the IEH solver is several times slower than the CMC solver. Both solvers may be used to integrate the CB4 and SAPRC99 mechanisms. The model also includes LSODE as a chemistry solver option for gas-phase chemistry, in addition to CMC and IEH. It can be used to "benchmark" a simulation to evaluate the performance of CMC or IEH.

Plume-in-Grid (PiG) Module: CAMx features a PiG sub-model to treat the chemistry and dispersion of point source emission plumes at sub-grid scales; individual plume segments are tracked by the Lagrangian module while undergoing dispersion and chemical evolution, until

BLM_0067780

such time as their pollutant mass should be represented within the grid model framework. Plume dispersion is determined using a second-order closure puff spread calculation.

Horizontal Advection Solver Options:  The Area Preserving Flux-Form advection solver of Bott (1989) and the Piecewise Parabolic Method (PPM) of Colella and Woodward (1984) are available in CAMx. These schemes possess high-order accuracy, little numerical diffusion, and are sufficiently quick for applications on very large grids. Either of these solvers may be selected via the CAMx run control file.

Advanced Photolysis Model:  The TUV radiative transfer and photolysis model, developed at NCAR, is used as a CAMx preprocessor to provide the air quality model with a multi-dimensional lookup table of photolytic rates by surface albedo, total ozone column, haze turbidity, altitude, and zenith angle (Environ 2006).

## 5.1.3.   MM5 Model Description

MM5 is a limited-area, nonhydrostatic or hydrostatic (Version 2 only), terrain-following sigma-coordinate model designed to simulate or predict mesoscale and regional-scale atmospheric circulation. It was developed at Penn State and NCAR as a community mesoscale model and is continuously being improved by contributions from users at several universities and government laboratories.

MM5 is the latest in a series that developed from a mesoscale model used by Anthes at Penn State in the early 70s that was later documented by Anthes and Warner (1978). Since that time, it has undergone many changes designed to broaden its usage. These include (1) a multiple-nest capability, (2) nonhydrostatic dynamics, which allows the model to be used at a few-kilometer scale, (3) multitasking capability on shared- and distributed-memory machines, (4) a four-dimensional data-assimilation capability, and (5) more physics options.

MM5 is supported by several auxiliary programs, which are referred to collectively as the MM5 modeling system.

Terrestrial and isobaric meteorological data are horizontally interpolated (using programs TERRAIN and REGRID) from a latitude-longitude mesh to a variable high-resolution domain on either a Mercator, Lambert conformal, or polar stereographic projection. Since the interpolation does not provide mesoscale detail, the interpolated data may be enhanced (program RAWINS or little_r) with observations from the standard network of surface and rawinsonde stations using either a successive-scan Cressman technique or multiquadric scheme. Program INTERPF performs the vertical interpolation from pressure levels to the sigma coordinate system of MM5. Sigma surfaces near the ground closely follow the terrain, and the higher-level sigma surfaces tend to approximate isobaric surfaces. Since the vertical and horizontal resolution and domain size are variable, the modeling package programs employ parameterized dimensions requiring a variable amount of core memory. Some peripheral storage devices are also used.

Since MM5 is a regional model, it requires an initial condition as well as lateral boundary condition to run. To produce lateral boundary condition for a model run, gridded data to cover the entire time period that the model is integrated is needed (PSU/NCAR 2007). The MM5 Model includes the following physics options (PSU/NCAR 2007).

BLM_0067781

- Precipitation physics
- Cumulus parameterization schemes:
  - Anthes-Kuo
  - Grell
  - Kain-Fritsch
  - New Kain-Fritsch (including shallow convection physics)
  - Betts-Miller
  - Arakawa-Schubert
- Resolvable-scale microphysics schemes:
  - Removal of supersaturation
  - Hsie's warm rain scheme
  - Dudhia's simple ice scheme
  - Reisner's mixed-phase scheme
  - Reisner's mixed-phase scheme with graupel
  - NASA/Goddard microphysics with hail/graupel
  - Schultz mixed-phase scheme with graupel
- Planetary boundary layer process parameterization:
  - Bulk formula
  - Blackadar scheme
  - Burk-Thompson (Mellor-Yamada 1.5-order/level-2.5 scheme)
  - Eta TKE scheme (Janjic 1990, 1994)
  - MRF scheme (Hong and Pan 1996)
  - Gayno-Seaman scheme (Gayno 1994)
- Surface layer process parameterization:
  - Fluxes of momentum, sensible and latent heat
  - Ground temperature prediction using energy balance equation
  - Variable land use categories (defaults are 13, 16 and 24)
  - 5-layer soil model
  - OSU land-surface model (V3.1 - V3.5)
  - Noah land-surface model (since V3.6)
  - Pleim-Xiu land-surface model (V3 only)
- Atmospheric radiation schemes:
  - Simple cooling
  - Dudhia's long- and short-wave radiation scheme
  - NCAR/CCM2 radiation scheme
  - RRTM long-wave radiation scheme (Mlawer et al. 1997) (V3 only)

## 5.1.4.    SMOKE Model Description

The SMOKE (Sparse Matrix Operator Kernal Emissions) modeling system is a set of programs that is used by the USEPA, Regional Planning Organizations (RPOs), and state environmental

BLM_0067782

agencies to prepare emissions inventory data for input to an air quality model such as CAMx. SMOKE converts annual or daily estimates of emissions at the state or county level to hourly emissions fluxes on a uniform spatial grid that are formatted for input to an air quality model. SMOKE integrates annual county-level emissions inventories with source-based temporal, spatial, and chemical allocation profiles to create hourly emissions fluxes on a predefined model grid. For elevated sources that require allocation of the emissions to the vertical model layers, SMOKE integrates meteorology data to derive dynamic vertical profiles. In addition to its capacity to simulate emissions from stationary area, stationary point, and on-road mobile sectors, SMOKE is also instrumented with the Biogenic Emissions Inventory System, version 3 (BEIS3) model for estimating biogenic emissions fluxes (USEPA 2004) and the MOBILE6 model for estimating on-road mobile emissions fluxes from county-level vehicle activity data. The BEIS3 model was used rather than the more recent MEGAN biogenic emissions model because the MEGAN model was not yet fully compatible with SMOKE at the time that modeling began. SMOKE can additionally be used to calculate future-year emissions estimates, if the user provides data about how the emissions will change in the future.

## 5.2.  MODELING DOMAIN AND VERTICAL LAYERS

CRVFO ozone assessment modeling included the three nested domains shown in Map 5-1. The domains were defined using projection information included in Table 5-1 and are similar in geographic scope to the domains used for the Rocky Mountain Atmospheric Nitrogen and Sulfur Study (RoMANS). The RoMANS is a collaborative effort among the NPS Air Resources Division (NPS-ARD), the CDPHE-APCD, and other partners to identify the origins of emissions currently affecting ecosystems and visibility in the Rocky Mountain region of Colorado (NPS, CDPHE 2006). The CRVFO modeling domain and vertical layers are also identical to the WRFO RMPA and Oil and Gas EIS.

**Table 5-1.  CAMx Domain Projection and Coordinates**

| Lambert-Conformal Projection Information | Grid | Domain | | |
|---|---|---|---|---|
| | | D01 | D02 | D03 |
| Alpha: 33° | Dx Dy (km) | 36 | 12 | 4 |
| Beta: 45° | Xorig (km) | -2,736 | -1,416 | -1,048 |
| Gamma: -97° | Yorig (km) | -2,088 | -696 | -256 |
| Central longitude: -97° | # Columns | 148 | 98 | 146 |
| Central latitude: 40° | # Rows | 112 | 110 | 101 |

The three nested CRVFO PGM domains are based on the Lambert-Conformal projection used by the Western Regional Air Partnership (WRAP) and are 3:1 nested grids of 36:12:4 km resolution. The 4 km domain, which is the focus of the ozone assessment, encompasses the majority of the state of Colorado. To ensure consistency in meteorological parameters, the horizontal projection of the CAMx modeling domain matched that of the MM5 modeling domain.

BLM_0067783

*Air Resources Technical Support Document*



**Map 5-1.  CAMx Model Domains**

BLM_0067784

The vertical structure of the MM5 modeling domain included 34 vertical layers with 19 layers approximately within the planetary boundary layer (below ~2500m) and 15 layers above the planetary boundary layer (PBL). The top of the modeling domain was set at the 100 millibar (mb) level (~15,000 meters). The CAMx domains have 19 vertical layers. Most regulatory modeling exercises employ this type of layer collapsing. Testing performed by the WRAP found negligible differences in modeling results between runs with 34 and 19 layers (Environ 2007). To ensure consistency in meteorological parameters, the vertical structure of the CAMx modeling domain matched that of the MM5 layer structure in the first 8 layers (Table 5-2).

**Table 5-2. Vertical Layer Structure for MM5 Modeling (Left Five Columns) and CAMx Modeling (Right Five Columns)**

| MM5 | | | | | CAMx | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Layer | Sigma | Pressure (mb) | Height (m) | Depth (m) | Layer | Sigma | Pressure (mb) | Height (m) | Depth (m) |
| 34 | 0.000 | 100 | 14662 | 1841 | 19 | 0.000 | 100 | 14662 | 6536 |
| 33 | 0.050 | 145 | 12822 | 1466 | | 0.050 | 145 | | |
| 32 | 0.100 | 190 | 11356 | 1228 | | 0.100 | 190 | | |
| 31 | 0.150 | 235 | 10127 | 1062 | | 0.150 | 235 | | |
| 30 | 0.200 | 280 | 9066 | 939 | | 0.200 | 280 | | |
| 29 | 0.250 | 325 | 8127 | 843 | 18 | 0.250 | 325 | 8127 | 2966 |
| 28 | 0.300 | 370 | 7284 | 767 | | 0.300 | 370 | | |
| 27 | 0.350 | 415 | 6517 | 704 | | 0.350 | 415 | | |
| 26 | 0.400 | 460 | 5812 | 652 | | 0.400 | 460 | | |
| 25 | 0.450 | 505 | 5160 | 607 | 17 | 0.450 | 505 | 5160 | 1712 |
| 24 | 0.500 | 550 | 4553 | 569 | | 0.500 | 550 | | |
| 23 | 0.550 | 595 | 3984 | 536 | | 0.550 | 595 | | |
| 22 | 0.600 | 640 | 3448 | 506 | 16 | 0.600 | 640 | 3448 | 986 |
| 21 | 0.650 | 685 | 2942 | 367 | | 0.650 | 685 | | |
| 20 | 0.700 | 730 | 2462 | 367 | 15 | 0.700 | 730 | 2462 | 633 |
| 19 | 0.740 | 766 | 2095 | 266 | | 0.740 | 766 | | |
| 18 | 0.770 | 793 | 1828 | 259 | 14 | 0.770 | 793 | 1828 | 428 |
| 17 | 0.800 | 820 | 1569 | 169 | | 0.800 | 820 | | |
| 16 | 0.820 | 838 | 1400 | 166 | 13 | 0.820 | 838 | 1400 | 329 |
| 15 | 0.840 | 856 | 1235 | 163 | | 0.840 | 856 | | |
| 14 | 0.860 | 874 | 1071 | 160 | 12 | 0.860 | 874 | 1071 | 160 |
| 13 | 0.880 | 892 | 911 | 158 | 11 | 0.880 | 892 | 911 | 158 |
| 12 | 0.900 | 910 | 753 | 78 | 10 | 0.900 | 910 | 753 | 155 |
| 11 | 0.910 | 919 | 675 | 77 | | 0.910 | 919 | | |
| 10 | 0.920 | 928 | 598 | 77 | 9 | 0.920 | 928 | 598 | 153 |
| 9 | 0.930 | 937 | 521 | 76 | | 0.930 | 937 | | |
| 8 | 0.940 | 946 | 445 | 76 | 8 | 0.940 | 946 | 445 | 76 |
| 7 | 0.950 | 955 | 369 | 75 | 7 | 0.950 | 955 | 369 | 75 |
| 6 | 0.960 | 964 | 294 | 74 | 6 | 0.960 | 964 | 294 | 74 |
| 5 | 0.970 | 973 | 220 | 74 | 5 | 0.970 | 973 | 220 | 74 |
| 4 | 0.980 | 982 | 146 | 37 | 4 | 0.980 | 982 | 146 | 37 |
| 3 | 0.985 | 986.5 | 109 | 37 | 3 | 0.985 | 986.5 | 109 | 37 |
| 2 | 0.990 | 991 | 73 | 36 | 2 | 0.990 | 991 | 73 | 36 |
| 1 | 0.995 | 995.5 | 36 | 36 | 1 | 0.995 | 995.5 | 36 | 36 |
| 0 | 1.000 | 1000 | 0 | 0 | 0 | 1.000 | 1000 | 0 | 0 |

BLM_0067785

## 5.3.  METEOROLOGICAL DATA

Meteorological modeling was performed by the NPS-ARD using the MM5 modeling system, as part of the RoMANS modeling. The NPS-ARD developed MM5 inputs for the RoMANS modeling. MM5CAMx, a program that generates CAMx meteorological input files from MM5 output files, was used to map the meteorological fields to the format required by CAMx. The meteorological fields that were generated include three-dimensional winds, temperatures, turbulence parameters, water vapor, and cloud coverage.

The input data, physics options, and quality assurance steps are detailed below.

### 5.3.1.   Meteorological Inputs and MM5 Modeling

MM5 modeling requires the following inputs.

#### 5.3.1.1.   Fixed Inputs

Terrestrial data was horizontally interpolated from USGS data to the MM5 grid using the TERRAIN program. The data available for input to TERRAIN included terrain elevation, land use/vegetation, land-water mask, soil types, vegetation fraction, and soil moisture. NPS-ARD used 10-minute data (approximately 19 km) for the 36 km domain, 5-minute data (approximately 9 km) for the 12 km domain, and 2-minute data (approximately 4 km) for the 4 km domain.

#### 5.3.1.2.   Variable Data Inputs

MM5 data were read into gridded meteorological analyses and interpolated to the horizontal grid defined by the TERRAIN program. This task was handled by the REGRID program. NPS-ARD used North American Regional Reanalysis (NARR) data. The NARR data were created using the Eta 32 km/45-layer model, a mesoscale numerical prediction model used by the National Centers for Environmental Prediction (NCEP). The data provided included: air temperature, cloud top pressure, cloud bottom pressure, hydrostatic pressure, potential temperature, surface pressure, and tropopause.

Objective analyses were performed by the little_r program. NPS-ARD used the NCEP Automated Data Processing (ADP) Global Surface Observations and the NCEP ADP Global Upper Air Observations datasets to perform the objective analysis with the little_r program. These data provided air temperature, cloud amount and frequency, dew point temperature, precipitation amount, station height, surface pressure, surface winds, visibility, atmospheric pressure measurements, tropopause, and upper level winds. These data were incorporated into the meteorological analysis output from REGRID.

The INTERPF program took the outputs from REGRID and little_r and interpolated the data from pressure coordinates to the sigma levels of the MM5 domain. Outputs from this program included a model initial file, lateral boundary condition file, and a lower boundary condition file.

#### 5.3.1.3.   Multi-Scale FDDA

Because the MM5 model was applied retrospectively (i.e., for historical episodes) four-dimensional data assimilation (FDDA) was used to blend model predictions and observational data to yield temporally and spatially complete data sets that are grounded by actual observations. Specifically, model predications were blended with three-dimensional wind,

*Air Resources Technical Support Document*

temperature, and humidity analysis fields (as opposed to individual observations) generated on a 3-hourly basis from the National Weather Service. This practice is referred to as "analysis nudging" and it helps prevent model predictions from widely diverging from actual observations. In order to ensure that terrain features are the dominate influence for wind fields in the 4 km domain, analysis nudging was used only for the 36 km MM5 domain. Observational nudging was used on the 4 km MM5 domain only. The analysis nudging "strengths" were $2.5 \times 10^{-4}$ for winds and temperatures and $1.0 \times 10^{-5}$ for humidity. The observational nudging "strength" was $4.0 \times 10^{-4}$ for winds.

### 5.3.1.4.   *Physics Options*

The following physics options were used by the NPS-ARD in the MM5 simulations.

- Precipitation physics
    - Cumulus parameterization schemes:
        - Kain-Fritsch 2 – uses a sophisticated cloud-mixing scheme to determine entrainment/detrainment. It also predicts both updraft and downdraft properties and detrains cloud and precipitation. Shear effects on precipitation efficiency are also considered. Shallow convection is also included in this scheme.
    - Resolvable-scale microphysics schemes:
        - Reisner's mixed-phase scheme with graupel – Adds graupel to the mixed-phase scheme which adds super cooled water and allows for snow melt
- Planetary boundary layer process parameterization
    - MRF – This is an efficient scheme suitable for high resolution in the PBL.
- Surface layer process parameterization
    - Noah land-surface model – This is a land-surface model that represents soil moisture and temperature at the surface and in the ground, as well as the canopy.
- Atmospheric radiation schemes
- RRTM long-wave radiation scheme – This is the Rapid Radiative Transfer Model. It employs a correlated-k model to represent the effects of the detailed absorption spectrum.

## 5.3.2.   MM5 Performance Evaluation and Quality Assurance

This CRVFO analysis used the same MM5 data that was used for the WRFO RMPA/EIS air quality analysis. A report, *MM5 Performance Evaluation and Quality Assurance Review for the White River Field Office Ozone Assessment* (BLM-URS 2008a) describes the results of the MM5 quality assurance review. The review determined that the meteorological datasets were acceptable for use in air quality modeling studies that are focused on the State of Colorado.

### 5.3.2.1.   *MM5 QA Methods*

Statistical methods and visual aids (such as Bakergrams) were used to assess the MM5 output data. The quality assurance procedures are summarized below.

BLM_0067787

*Air Resources Technical Support Document*

### 5.3.2.1.1.   Statistics

The first step in the quality assurance process was to generate statistics comparing modeled and actual meteorological characteristics.  The modeled value in a grid cell was compared with the observational data for that cell.  The values compared were paired in time.  Statistics were generated for temperature, moisture, wind speed, and wind direction.  URS calculated the following statistical measures; mean bias, gross error, root mean squared error, and index of agreement, slope, normalized bias, and gross error.  Bakergram plots of these measures were created and are included in the MM5 QA Report (BLM-URS 2008a).

### 5.3.2.1.2.   Time-series Plots

Plots were created comparing the model values with observations at selected meteorological monitoring sites in the 4 km domain.  These plots were created for temperature and moisture.

### 5.3.2.1.3.   Tile Plots

URS also created tile plots of model values with the observational values overlaid on them.  These plots were created for temperature, moisture, precipitation, and winds.

### 5.3.2.1.4.   Skew-T Plots

Thermodynamic diagrams were also created for each upper air meteorological monitoring site in the 4 km domain.  The model data was displayed alongside the observed values.  These plots included vertical profiles of temperature, dew point temperature, and winds.

### 5.3.2.1.5.   Wind Rose Plots

As a final quality assurance step, wind rose plots were created at selected monitoring sites in the 4 km domain.  A plot was also created from the modeling data in the grid cell that contains each monitoring site.  This allowed for comparison of the surface wind speed and direction.

## 5.3.2.2.   *MM5 Performance Evaluation Conclusions*

This analysis of MM5 modeling results included a variety of statistical, surface, upper air, and precipitation analyses.  Results of these analyses appeared to be within acceptable ranges, with some seasonal and location-based variations.

While additional MM5 runs could potentially improve MM5 model performance, resources and time were limited.  Analysis of MM5 results typically identifies imperfections in MM5 predictions.  These imperfections are expected to be greater in areas with complex terrain, such as Colorado.  The 4 km meteorological datasets are deemed acceptable for use in air quality modeling studies focused on the State of Colorado.  The conclusions from the MM5 QA Report are included below (BLM-URS 2008a).

### 5.3.2.2.1.   Temperature

The surface statistical evaluation reveals that the model has a warm bias for most of the year.  The greatest gross error occurs during winter months, and relatively high temperature bias exists in all months except for April through May.  Specifically, the model over-predicts the daily highs in the late spring and summer and over-predicts the daily lows in the late fall and winter.  However, the model under-predicts some daily highs in the high mountains during the winter months.

BLM_0067788

Warm bias will increase several types of weather-dependent emissions, including biogenic emissions (particularly isoprene), mobile emissions, and certain point source emissions. The increased emissions, coupled with increased temperatures, are likely to over-predict ozone impacts. Consequently, CAMx results would likely be conservative.

### 5.3.2.2.2.   Humidity and Precipitation

There is very low bias for humidity all year round. The time-series plots reveal that the model usually over-predicts humidity, but not by a large margin.

The precipitation evaluation revealed what was expected. Good agreement occurred during cooler months when precipitation is more widespread and worse agreement occurred in the warm months when convective precipitation is dominant. The complex terrain of Colorado also plays an important role in the development of precipitation and this can be difficult for the model to resolve. Precipitation has a greater impact on visibility predictions than on ozone predictions. Because the CRVFO air quality analysis focuses on ozone impacts, the level of over-prediction with regard to precipitation is not likely to significantly skew predicted ozone impacts during CAMx modeling.

### 5.3.2.2.3.   Wind Speed and Direction

The statistics show that the wind speed is under-predicted in the warm months and over-predicted in the colder months. The wind direction bias is low year-round, but the acceptable margin is quite wide. The daily average wind directions do agree well with observations, with only a few instances of model winds and observational winds diverging by 90 degrees or more. Most of these instances occurred in areas of complex terrain.

URS looked at MM5 model performance from both a terrain-following perspective and a statistical perspective. As seen on detailed terrain maps in Appendix D of the MM5 QA Report (BLM-URS 2008a), predicted wind vectors indicate excellent terrain-following performance. However, in some locations and on some days, observed wind directions differ significantly from predicted directions. When viewed against a detailed terrain background (as shown in example plots included in Appendix D of the MM5 QA Report), differences in observed and predicted wind vectors frequently occur in areas where wind direction is shifting due to major nearby terrain features. URS believes that, in some locations, MM5's 4 km grid resolution may not be fine enough to capture terrain-induced wind patterns at the location of the meteorological monitoring station.

### 5.3.2.2.4.   Upper Air Evaluation

The upper air evaluation returned very good results. Good agreement was found between the winds, temperature, and mixing ratio at both radiosonde sites in Colorado for all parameters. The warm bias can also be seen in the upper air plots

### 5.3.2.2.5.   Winter Month Predictions

Winter months generally show poorer model performance, particularly from December through February. Ozone monitoring results indicate high ozone concentrations during spring and summer months, particularly during April and July, as shown below in Figure 5-1 through Figure 5-4. Consequently, good MM5 model performance during April and July is needed in order to predict future ozone concentrations during these high-ozone periods.

BLM_0067789

*Air Resources Technical Support Document*

Although high winter ozone concentrations have been monitored in some oil and gas areas in Wyoming and Utah, winter ozone monitoring at the Gothic monitor near the CRVFO boundary does not indicate high winter ozone concentrations. From December 1 through March 31 (Julian days 335–365 and 1–90), the greatest 8-hour daily monitored ozone concentration over a 5-year period did not exceed 71 ppb. During this 5-year period, ozone concentrations exceeded 60 ppb approximately 10 times.

### 5.3.2.2.6.   Comparison of 36 km, 12 km, and 4 km Plots

The MM5 output data shows better performance in the 36 km and 12 km domains than in the 4 km domain. This is contrary to the expectations that higher resolution should yield better model performance. Therefore, URS believes that it is important to view the data at the 4 km level with the following in mind.

- To be aware of MM5 model limitations due to 4 km grid cell resolution in extremely complex terrain.
- To be aware of potential impacts of the MM5 data on the White River air quality analysis.

## 5.4.   CAMx PERFORMANCE EVALUATION AND EPISODE SELECTION

A model performance evaluation (MPE) was performed to determine how well the CAMx model is able to replicate observed concentrations of ozone in the troposphere. Model performance was limited to an assessment of ozone performance. Model performance with regard to visibility was not assessed because potential visibility impacts related to the CRVFO RMP revision were modeled with CALPUFF rather than CAMx.

A common MPE was sufficient for both the CRVFO and WRFO RMPA/EIS ozone analyses. A separate report, *White River Field Office Oil and Gas Resource Management Plan Amendment / Environmental Impact Statement CAMx Model Performance Evaluation and Episode Selection* (BLM-URS 2009), provides detailed descriptions of the methods used to evaluate performance and the findings of the evaluation. The following information, which is contained in the MPE Report, is presented here to provide context for the remainder of this document.

### 5.4.1.   Ozone Monitor Locations and Data

Ozone monitor locations and their data play two crucial roles in this air quality assessment, as follows.

- For the MPE, the monitors' data are used to determine how well the 2006 base case CAMx runs replicate monitored ozone concentrations.
- For the ozone impacts analysis, ozone design values (DVs) from these monitors were used to calculate future design values (DVFs) for use in determining compliance with the NAAQS.

Observational data used for the MPE included data from ozone monitors in several monitoring networks (described below). Of the 24 ozone monitors operating in the 4 km domain during 2006, the majority were State and Local Air Monitoring Stations (SLAMS). There were also several monitors in the National Air Monitoring Station (NAMS) network. Additional monitors

BLM_0067790

within the 4 km domain were operated by the Clean Air Status and Trends Network (CASTNet), the National Park Service (NPS), and the United States Forest Service (USFS). Map 5-2 shows the location of the monitors in the 4 km domain. Two new ozone monitors are now being operated by BLM in the WRFO, one in Rangely and one in Meeker. At the time of the ozone model runs, data were not available from these monitors. However, in the future, monitoring data from these sites will help inform evaluation of future air quality conditions and could be used to support decisions regarding emission controls during the RMP implementation phases.

**SLAMS** – This network is a collection of monitors run by State and local governments; each monitor must meet USEPA measurement and siting requirements. Data from this network is reported to USEPA's Air Quality System (AQS). SLAMS monitors are typically located in urban areas. All monitors in the SLAMS network are continuous monitors that meet strict performance and quality assurance requirements. SLAMS monitors are used to determine whether an area should be designated attainment or nonattainment for the ozone NAAQS. SLAMS monitors are identified by unique 8-digit numbers, as shown in Map 5-2 and Figure I-1.

**NAMS** – This network is a collection of monitors operated by USEPA and is similar to the SLAMS network. These monitors are also used to determine the attainment status of an area and are also identified by unique 8-digit numbers.

**Special purpose monitors** – These monitors are not part of a network, but do report data to the AQS. These monitors are usually used by State or local governments for a variety of reasons. Some are used to help determine siting for a permanent monitor, while others are used to investigate certain areas of importance within an agency's domain. Special purpose monitors are categorized as "other" monitors in Maps 5-2 and I-1.

**CASTNet** – Four CASTNet monitors are located in the 4 km domain. The USEPA-operated Gothic monitor (GTH161) is 8 km south of the CRVFO and is located near Aspen and approximately 70 km southeast of Glenwood Springs. Two CASTNET monitors are co-located in RMNP. One of these is operated by the NPS and the other is operated by USEPA. The USEPA monitor (ROM206) is located approximately 60 meters higher in elevation than the NPS monitor (080690007 and also designated as ROM406). The RMNP monitors are approximately 90 km northeast of the CRVFO. The fourth CASTNet monitor is located in Mesa Verde National Park (MVNP), approximately 236 km southwest of the CRVFO. All four of the CASTNet monitors have data for the entire year of 2006 and are continuous monitors. Data from the monitors operated by the NPS are reported to the AQS and use 8-digit numerical identifiers. Data from the USEPA monitors are not reported to the AQS and use a six-character identifier.

**NPS** – The NPS operates two portable ozone monitors within the 4 km domain. One is at the Colorado National Monument (COLM), which is just west of Grand Junction, Colorado. The other is at the Dinosaur National Monument (DINO), approximately 16 km east of Vernal, Utah. These portable ozone monitoring stations (POMS) are very small monitoring stations that take samples only during the summer season. During 2006, the COLM monitor operated from May through September, while the DINO monitor operated from March through September.

BLM_0067791

*Air Resources Technical Support Document*



**Map 5-2.  Ozone Monitors In and Near the 4 km Domain**

BLM_0067792

**USFS/BLM** – The USFS/BLM operate a continuous ozone monitor in the San Juan National Forest near Shamrock (SHAM). The agency also operates two passive ozone monitors in the White River National Forest. The Sunlight Mountain monitor is the only USFS/BLM monitor in the CRVFO; it is approximately 15 km southwest of Glenwood Springs, Colorado. The Ripple Creek Pass monitor is located within the WRFO and is approximately 50 km east of Meeker, Colorado. The Ripple Creek Pass and Sunlight Mountain monitors have partial data for 2006 because they were operated only during June–August 2006.

A full list of ozone monitors that operated during 2006 in the 4 km and 12 km domains is provided in Appendix I. As shown in Map 5-2 and Figure I-1, some ozone monitors share sites. There is a NPS-CASTNet site and a USEPA-CASTNet site at the same location in RMNP. When all monitors in the 4 km domain are included in statistical measures or graphs, both RMNP monitors are included. However, when rural monitors are grouped together, only the NPS-CASTNet RMNP monitor is included in the grouping in order to represent ozone impacts in RMNP without skewing the results due to inclusion of two co-located RMNP monitors in a small group of monitors containing seven western slope monitors (with July data) or four western slope monitors (with April data).

## 5.4.2. Episode Selection

Two episodes, the month of April and the month of July, were selected for future year base case and Alternatives modeling. As described below, these two months were selected because they exhibit historically high ozone concentrations. It is important to note, however, that in the time since the model episodes were selected and the subsequent analysis performed, information has come to light regarding the phenomena of springtime stratospheric intrusion of ozone Each year in the springtime, and most specifically during the month of April, it is relatively common for ozone that is present in the upper atmosphere (the stratosphere) to 'intrude' or break through to the ground level. The ozone that intrudes is not attributable to activities occurring on the ground; yet it is common to have higher monitored ozone values during the month of April due to this phenomenon.

The April episode was selected for this model run because of the historically higher monitored values during that month. Since it is now known that those higher values in April may partially be attributable to stratospheric intrusion, it is likely that the ozone modeled predictions in this analysis during the month of April may be attributable to or skewed by stratospheric intrusion. To be conservative, BLM is choosing to include the April episodes in this analysis; however it should be duly noted that the July episode and model predictions should be considered more representative of potential ozone formulation associated with local and regional activities than the April episode.

### 5.4.2.1. Historically High Ozone Periods in Region

Monitored ozone concentrations vary throughout the year, and depend on the specific area within Colorado. Figure 5-1 through Figure 5-4 provide graphical compilations of monitored ozone concentrations from 2003–2007 for the following sites: Gothic, RMNP, MVNP, and Arvada. The dark blue data points in the graphs are most important because they reflect monitored ozone concentrations during 2006, which is the meteorological data year that will be modeled to determine potential future-year ozone impacts for the CRVFO Alternatives. Brief summaries of high ozone time periods at several monitoring locations are provided below.

BLM_0067793

**Gothic** — At the Gothic site, high monitored ozone peak concentrations greater than 0.060 ppm began in mid-March (Day 71 for year 2006), as shown in Figure 5-1.  For 2006, the daily maximum 8-hour ozone concentrations at Gothic were highest during April (Days 91–120).  The bulk of the data points for all five years indicate that the greatest ozone concentrations occurred during the April–July time period (Days 91–212) for all years.

**RMNP** — At the RMNP NPS-CASTNet site (Figure 5-2), high monitored ozone concentrations began in the spring, and continued through the end of August (Day 243).  The bulk of the data points for all five years indicate that the greatest ozone concentrations occurred during the April–August (Days 91–243) time period for all years.  For 2006, the daily maximum 8-hour ozone concentrations at RMNP were highest during July (Days 182–212).

**MVNP** — At MVNP (Figure 5-3), monitored ozone concentrations exceeding 0.070 ppm began in mid-April (Day 110 in 2006) and continued through the end of August (Day 243), with a few high monitored values in early September.  The bulk of the data points for all five years indicate that the greatest ozone concentrations occur during the April–August (Days 91–243) time period.  During 2006, the daily maximum 8-hour ozone concentrations at MVNP occurred in April and July.

**Arvada** — The Arvada site (Figure 5-4) is included as a representative site for the Denver Metropolitan Area (DMA).  During 2006, monitored ozone concentrations exceeded 0.060 ppm in late April and continued through early September (Day 249 in 2006).  Maximum 2006 monitoring concentrations occurred during July.

Based on the above summaries, monitors located in rural areas west of the Continental Divide indicated high ozone concentrations in April and July, while monitors east of the Divide had maximum 2006 concentrations during July, but not April.

BLM_0067794



**Figure 5-1.  Gothic Historical Daily Maximum 8-hour Ozone**



**Figure 5-2.  RMNP Historical Daily Maximum 8-hour Ozone**

*Air Resources Technical Support Document*



**Figure 5-3.  MVNP Historical Daily Maximum 8-hour Ozone**



**Figure 5-4.  Arvada Historical Daily Maximum 8-hour Ozone**

BLM_0067796

#### *5.4.2.2.   Episode Length*

The specific episodes modeled for this ozone analysis were the full months of April and July.

- Episode 1: April 1 – April 30, 2006
- Episode 2: July 1 – July 31, 2006

Episode one was selected primarily because the rural area monitors, such as Gothic, show high ozone values in April, particularly during 2006. Base case 2006 modeling also predicted high ozone concentrations during this time period. The July episode was chosen to reflect high summer temperatures that can contribute to increased ozone formation. This time period also captures the time period in which high ozone concentrations were observed at Sunlight Mountain, MVNP, RMNP, and Arvada monitors.

A full month was selected for each episode in order to model high ozone days for monitors in a wide variety of locations. The two month-long episodes are longer than episodes typically selected for nonattainment modeling (often several days to a week or slightly more than a week of modeled days). The shorter time periods used in nonattainment modeling provide faster model run times when performing a large number of sensitivity runs to determine the effects of various combinations of emission control options.

Longer modeling episodes were selected for this analysis in order to account for wider temporal variability in ozone concentrations among the geographically dispersed ozone monitors. While high ozone days in rural Colorado were clustered in mid-April and mid-July, high ozone days were spread throughout July for several Front Range monitors. Modeling somewhat longer episodes should also improve the stability of RRF calculations. With regard to ozone nonattainment modeling, USEPA states that "the range of mean RRFs varies widely for a small sample size (3 days) and is relatively stable for a large sample size (25 days)." (USEPA 2007b) Consequently, each of the two episodes was selected to be one month long.

### 5.4.3.   Model Performance Evaluation Methodology

The model performance evaluation consisted of a detailed operational evaluation and a limited diagnostic evaluation. An operational model evaluation compares ozone concentration predictions to observed (monitored) concentrations. A diagnostic evaluation attempts to determine the causes behind mismatch between modeled predictions and observed data.

#### *5.4.3.1.   Operational Evaluation*

The operational model performance evaluation was largely based on statistical measures and graphical tools that help visualize how well the model predicted observed (monitored) ground-level ozone. Statistical measures included the following.

- Mean Normalized Bias (MNB)
- Mean Normalized Gross Error (MNGE)
- Unpaired Peak Accuracy (UPPA)
- Average Paired Peak Accuracy (APPA)

The above statistical measures were compared to USEPA *Guidance for Regulatory Application of the Urban Airshed Model (UAM)* (USEPA 1991). These guidelines are goals for model performance, rather than absolute requirements. The guidelines are shown in Table 5-3.

BLM_0067797

*Air Resources Technical Support Document*

**Table 5-3.  USEPA Modeling Performance Goals**

| Statistical Measure | Goal |
|---|---|
| Unpaired Peak Accuracy (UPPA) | ≤ ±20% |
| Mean Normalized Bias (MNB) | ≤ ±15% |
| Mean Normalized Gross Error (MNGE) | ≤ 35% |
| Average Paired Peak Accuracy (APPA) | (no EPA guideline) |

MNB and MNGE were calculated using observed value thresholds greater than or equal to 40 ppb and 60 ppb.  The MNB, MNGE, and APPA values were computed using model values from the grid cell in which the monitor is located.  UPPA values were computed using the peak value from grid cells that are "nearby" a monitor site.  USEPA defines nearby as within an approximate 15 km radius from the center of the grid cell containing the monitor.  Therefore, in the 4 km domain, the modeled value or values were selected from a 7×7 grid of cells centered on the cell containing the monitor (USEPA 2007b).

For some analyses, model performance is assessed by reviewing three different types of "nearby" predicted values: co-located value, closest value, and the maximum value.  Figure 5-5 provides an illustration of these values.  In this example, the observed (monitored) value is 65 ppb ozone as shown in green text at the center of the 7×7 grid.  The co-located predicted value is shown in blue; it is the modeled value for the grid cell that contains the monitor.  The "closest" predicted value is the numerical value within the 7x7 grid that most closely approximates the monitored value.  In this case, three values of 66 ppb (shown in orange) are closest to the observed value of 65 ppb.  Finally, the maximum value is the greatest numerical value within the grid.  In this case, two maximum values of 67 ppb are shown in red.



Observed Value = 65 ppb
Co-Located Predicted Value = 61 ppb
Closest Predicted Value = 66 ppb
Maximum Predicted Value = 67 ppb

**Figure 5-5.  Example of Nearby Values Used in Model Performance Analysis**

BLM_0067798

Graphs illustrating how statistical measures compare to USEPA guidelines are included in the MPE Report, which also provides scatter plots and Bakergrams (BLM-URS 2009).

The following soccer plots distill MNB and MNGE statistical metrics on a month-by-month basis for the April – July 2006 time period. A soccer plot is provided for each of the six rural monitoring sites (with one of the plots based on the RMNP monitor). Each month that meets both the MNB metric and the MNGE metric is shown with a data point within the blue box. Model performance at Gothic, Ripple Creek Pass, Sunlight Mountain, and Shamrock meets these metrics for all months when ozone measurements were obtained. [Note that only two data points are shown for the Ripple Creek Pass and Sunlight Mountain monitors because these monitors were not active during April and May 2006.] At RMNP, the month of April does not meet the metric due to MNB above 15 percent. For MVNP, MNB for the month of July is slightly less than -15 percent.



**Figure 5-6.  8-hour Daily Maximum Ozone Soccer Plots**

BLM_0067799

*Air Resources Technical Support Document*



**Figure 5-6 (cont).  8-hour Daily Maximum Ozone Soccer Plots**



**Figure 5-6 (cont).  8-hour Daily Maximum Ozone Soccer Plots**

In addition to USEPA's modeling performance goals shown in Table 5-3, the agency also issued draft guidance that allows for a less stringent performance goal based on most days demonstrating nearby daily 8-hour maximum ozone values within ±20 percent of observed values (USEPA 1991).  Table 5-4 provides a summary of the percentage of days for which predicted ozone concentrations are more than 20 percent below the monitored values, within 20 percent of monitored values, and more than 20 percent above monitored values.  These percentages are provided for aggregated rural sites and for individual rural sites during the April episode.  In addition, the table shows the number of days (for all rural monitors) within each of the three ranges.

Performance at RMNP is relatively poor, with a third or more of predicted values exceeding observed values by more than 20 percent.  Accurate modeling of RMNP is difficult due to a number of factors including its high elevation monitor locations, complex terrain, and proximity to the DMA.  In contrast, performance at MVNP is very good, with no more than 10 percent of days experiencing significant over-prediction.  Performance at Dinosaur NM, Shamrock, and Gothic is also good, especially for co-located and closest values.

BLM_0067801

*Air Resources Technical Support Document*

**Table 5-4.  April 2006 Nearby 8-hr Daily Maximum Predicted Concentrations**

| Percent Difference | Number of Days — All Rural Sites [1] | Percentage of Days | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | All Rural Sites [1] | Gothic | Ripple Creek Pass | Sunlight Mountain | RMNP | Colorado NM | Dinosaur NM | Shamrock | MVNP |
| **Co-Located Value** | | | | | | | | | | |
| <-20% | 0 | 0 | 0 | NA | NA | 0 | NA | 0 | 0 | 0 |
| -20% to +20% | 117 | 78 | 83 | NA | NA | 53 | NA | 70 | 90 | 93 |
| >20% | 33 | 22 | 17 | NA | NA | 47 | NA | 30 | 10 | 7 |
| **Closest Value** | | | | | | | | | | |
| <-20% | 0 | 0 | 0 | NA | NA | 0 | NA | 0 | 0 | 0 |
| -20% to +20% | 128 | 85 | 93 | NA | NA | 67 | NA | 80 | 93 | 93 |
| >20% | 22 | 15 | 7 | NA | NA | 33 | NA | 20 | 7 | 7 |
| **Maximum Value** | | | | | | | | | | |
| <-20% | 0 | 0 | 0 | NA | NA | 0 | NA | 0 | 0 | 0 |
| -20% to +20% | 101 | 67 | 70 | NA | NA | 33 | NA | 60 | 83 | 90 |
| >20% | 49 | 33 | 30 | NA | NA | 67 | NA | 40 | 17 | 10 |
| **Total Monitor Days** | 150 | | | | | | | | | |

[1] These sites include the western rural sites and the RMNP USEPA-CASTNet site.

Table 5-5 provides these percentages for aggregated rural sites and for individual rural sites for the July episode.  Model performance at Sunlight Mountain, Gothic, and Dinosaur is very good, with 94–100 percent of days within ±20 percent of observed values.  Performance at all other monitor locations is good, with the exception of Colorado NM.  Based on this metric, performance at RMNP is better than has been seen in many other statistics.

**Table 5-5.  July 2006 Nearby 8-hr Daily Maximum Predicted Concentrations**

| Percent Difference | Number of Days — All Rural Sites [1] | Percentage of Days | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | All Rural Sites [1] | Gothic | Ripple Creek Pass | Sunlight Mountain | RMNP | Colorado NM | Dinosaur NM | Shamrock | MVNP |
| **Co-Located Value** | | | | | | | | | | |
| <-20% | 34 | 14 | 0 | 0 | 3 | 13 | 48 | 7 | 23 | 18 |
| -20% to +20% | 201 | 83 | 94 | 83 | 97 | 87 | 52 | 94 | 77 | 82 |
| >20% | 7 | 3 | 7 | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Closest Value** | | | | | | | | | | |
| <-20% | 20 | 8 | 0 | 0 | 0 | 3 | 36 | 3 | 13 | 11 |
| -20% to +20% | 216 | 89 | 94 | 86 | 100 | 97 | 65 | 97 | 87 | 89 |
| >20% | 6 | 2 | 7 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Maximum Value** | | | | | | | | | | |
| <-20% | 20 | 8 | 0 | 0 | 0 | 3 | 36 | 3 | 13 | 11 |
| -20% to +20% | 205 | 85 | 94 | 69 | 100 | 81 | 65 | 94 | 87 | 89 |
| >20% | 17 | 7 | 7 | 31 | 0 | 16 | 0 | 3 | 0 | 0 |
| **Total Monitor Days** | 242 | | | | | | | | | |

[1] These sites include the western rural sites and the RMNP NPS-CASTNet site.

BLM_0067802

Another important comparison of daily maximum 8-hour ozone predicted values relates to the form of the ozone NAAQS. Violations of the standard are based on a three-year average of the fourth highest daily maximum 8-hour monitored value in each year. The first, second, third, and fourth highest absolute predicted values during 2006 base case modeling were compared to observed values. Although the NAAQS is based on the fourth highest value monitored during a full year, the preponderance of high ozone values during April at many rural monitoring sites makes this a useful comparison.

First through fourth highest predicted ozone concentrations closely track observed values at the Gothic, Shamrock, and MVNP monitors, as shown in Table 5-6. The first through fourth highest predicted ozone concentrations indicate a tendency toward over prediction. At Shamrock, the differences on a percentage basis were no more than 6 percent. The largest difference at MVNP was only 7 percent. Performance at the Gothic monitor was reasonably good, with no difference for the second-highest value and up to 14 percent over-prediction for the third highest value. Performance at the RMNP and Dinosaur sites was typically off by more than 20 percent.

**Table 5-6. April 2006 1st Through 4th Highest Daily Maximum 8-hour Ozone Concentration Differences (Co-Located)**

| Ozone Concentration (ppb) | Gothic | RMNP | Dinosaur | Shamrock | MVNP |
|---|---|---|---|---|---|
| **1st High** | | | | | |
| Observed | 87 | 70 | 63 | 77 | 79 |
| Predicted | 80 | 85 | 77 | 78 | 78 |
| Difference | -8% | 21% | 22% | 1% | -1% |
| **2nd High** | | | | | |
| Observed | 79 | 67 | 61 | 76 | 72 |
| Predicted | 79 | 80 | 77 | 77 | 75 |
| Difference | 0% | 19% | 26% | 1% | 4% |
| **3rd High** | | | | | |
| Observed | 69 | 63 | 60 | 74 | 72 |
| Predicted | 79 | 79 | 76 | 76 | 74 |
| Difference | 14% | 25% | 27% | 3% | 3% |
| **4th High** | | | | | |
| Observed | 69 | 61 | 60 | 69 | 69 |
| Predicted | 77 | 77 | 69 | 73 | 74 |
| Difference | 12% | 26% | 15% | 6% | 7% |

Table 5-7 provides data for the July episode. A tendency toward under-prediction is shown in the table, particularly with regard to the first high ozone predictions. When comparing first though fourth daily maximum 8-hour ozone predicted values, model performance at Gothic and Ripple Creek Pass was quite good, with all differences at 5 percent or less except for the Gothic 1st high ozone prediction (12 percent under-prediction). For these two monitors some over-prediction and some under-prediction occurs.

BLM_0067803

**Table 5-7.   July 2006 1st Through 4th Highest Daily Maximum 8-hour Ozone Concentration Differences (Co-Located)**

| Ozone Concentration (ppb) | Gothic | Ripple Creek | Sunlight Mountain | RMNP | Colorado NM | Dinosaur NM | Shamrock | MVNP |
|---|---|---|---|---|---|---|---|---|
| **1st High** | | | | | | | | |
| Observed | 69 | 65 | 78 | 91 | 78 | 63 | 75 | 84 |
| Predicted | 61 | 62 | 62 | 75 | 68 | 77 | 66 | 67 |
| Difference | -12% | -5% | -21% | -18% | -13% | 22% | -12% | -20% |
| **2nd High** | | | | | | | | |
| Observed | 64 | 60 | 72 | 77 | 76 | 61 | 68 | 74 |
| Predicted | 61 | 62 | 61 | 74 | 66 | 75 | 62 | 65 |
| Difference | -5% | 3% | -15% | -4% | -13% | 23% | -9% | -12% |
| **3rd High** | | | | | | | | |
| Observed | 63 | 58 | 72 | 76 | 74 | 60 | 67 | 71 |
| Predicted | 61 | 61 | 61 | 66 | 62 | 75 | 58 | 65 |
| Difference | -3% | 5% | -15% | -13% | -16% | 25% | -13% | -8% |
| **4th High** | | | | | | | | |
| Observed | 59 | 57 | 68 | 74 | 72 | 60 | 67 | 69 |
| Predicted | 60 | 58 | 59 | 64 | 62 | 67 | 57 | 62 |
| Difference | 2% | 2% | -13% | -14% | -14% | 12% | -15% | -10% |

### 5.4.3.2.   Diagnostic Evaluation

A diagnostic evaluation determines how certain inputs and model parameters can affect model outputs and is often used to attempt to identify the cause or causes of differences between modeled and observed concentrations.  A limited diagnostic evaluation was performed to gain further insight into model performance.  The diagnostic evaluation focused on the effects of fire emissions and sensitivity runs using different sets of boundary conditions, as described in the MPE Report (BLM-URS 2009).  The effect of fire emissions could potentially affect model performance.  In order to assess ozone concentrations that are more typical of any individual future year, typical (rather than actual 2006) fire emissions were modeled.  Model performance appeared to be skewed slightly on some days due to the difference in emissions between the typical fire emission set and actual year 2006 fires.  With regard to boundary conditions, model performance was improved by using MOZART boundary conditions, as discussed in the MPE Report (BLM-URS 2009).

Due to a lack of monitored concentration data for ozone precursors in western Colorado, a precursor analysis was not performed.

### 5.4.4.   Model Performance Evaluation Conclusion

The MPE indicated that the model is performing within USEPA's modeling guidelines most of the time, and particularly during the high ozone months of April and July.  Rural sites near the CRVFO and throughout western Colorado experience ozone peak concentrations during spring months, with the month of April having the highest historical concentrations.  In contrast, urban sites near Denver and along the Front Range experience maximum ozone concentrations in the

summer. During 2006, maximum Front Range ozone concentrations occurred in July. In order to address both of these phenomena, two episodes were selected for future-year modeling. The month of April and the month of July were modeled to predict impacts from four Alternatives associated with future CRVFO oil and gas development.

Hourly ozone statistics showed that most days during the April–July time period fall within USEPA statistical guidelines. Model performance improved when looking at 8-hour daily maximum ozone concentrations, which is important since these values are compared to the ozone NAAQS when determining potential future-year impacts from CRVFO alternatives.

Model performance is reasonably good at several of the rural monitors near the CRVFO. For a large majority of days, model performance based on co-located monitors and closest monitors was within ±20 percent of observed values. In April 2006, particularly good results are seen at the Gothic, Shamrock, and MVNP monitors. Model performance during April 2006 could not be assessed at the Ripple Creek Pass, Sunlight Mountain, or Colorado NM sites, since these monitors did not operate during April. Model performance for July 2006 was particularly good at the Gothic, Ripple Creek Pass, Sunlight Mountain, and Dinosaur NM sites. Model performance at RMNP was variable.

The model consistently over-predicted ozone during April and under-predicted ozone during July. The reasons for these trends have not been determined.

The MPE demonstrated that the model performs adequately to predict future year ozone concentrations within a reasonable margin of error, in accordance with USEPA guidelines and performance goals.

## 5.5.   EMISSIONS INVENTORY DEVELOPMENT AND PROCESSING

Emissions inventory development involved development and processing of multiple emissions sets. One set of emissions represented year 2006 base case emissions. Five additional emissions sets represented year 2028 future year emissions scenarios. The five future year emissions sets included a future year base case emissions scenario, which excluded CRVFO Project emissions and included year 2018 and 2028 cumulative emissions, and one future year emissions scenario for each of four CRVFO Alternatives. Year 2006 base case emissions were built from existing PGM emissions inventories, while future year emissions inventories blended BLM-specific future year emissions inventories with existing future year inventories used in other PGM studies. The future year base case inventory enables assessment of the incremental ozone concentrations associated with each Alternative by comparing these concentrations to future year base case ozone concentrations without CRVFO oil and gas development.

Most PGM emissions inventories input into the SMOKE model were built from the WRAP Regional Modeling Center (WRAP-RMC), other regional planning organization emission sets, and the RoMANS emissions databases. Emissions inventories representing years 2006 and 2018 were used to represent current (base case) emissions and future year emissions, respectively. The 2018 future year PGM emissions inventories do not align with the 20-year time frame of the CRVFO LOP. However, the 2018 emissions inventories provide the best available estimates of future year emissions for many source categories. Year 2018 emissions sets were increased to include year 2028 emissions for the CRVFO and nearby BLM Field Offices.

BLM_0067805

*Air Resources Technical Support Document*

The following sections provide a brief description of emissions sets included in the 2006 and 2018 emissions inventories. Detailed information on these emissions sets is included in the SMOKE *Emissions Modeling Final Report* (BLM-URS-UNC 2008) included in Appendix J.

## 5.5.1.   2006 Base Case Emissions Inventory

Four types of sources were included in the 2006 base case emissions inventory: stationary area sources, mobile sources, point sources, and biogenic sources. These general source types are distributed among the 20 source categories listed in Table 5-8. Note that the WRAP oil and gas (WOG) inventories reflect the year 2005 and were assumed to be a reasonable representation of year 2006 emissions.

### Table 5-8.  2006 Base Case Emissions Inventory Categories

| Inventory Type and Abbreviation | Spatial Coverage | Description |
|---|---|---|
| ar | U.S., Canada, Mexico | Stationary area, including dust and county-level fires |
| bg | North America and Caribbean | Biogenic, calculated with BEIS3.12 using BELD3 1-km land-use |
| mb | WRAP | On-road mobile, county-level emissions |
| mbv | MWRPO, MANE-VU, VISTAS | On-road mobile, county-level activities and speeds, emissions calculated with MOBILE6 |
| mbv1, mbv2 | CENRAP | On-road mobile, county-level activities and speeds, emissions calculated with MOBILE6 |
| nusm | Canada, Mexico | On-road mobile, county-level emissions |
| nrm | WRAP, CENRAP, MWRPO | Non-road mobile, monthly and seasonal inventories |
| nry | U.S., Canada, Mexico | Non-road mobile, annual inventories |
| nwf | CENRAP, VISTAS | Point fires with pre-computed plume rise |
| wnwf | WRAP | Point fires with pre-computed plume rise, does not include wildfires |
| wwf | WRAP | Point fires with pre-computed plume rise, wildfires only |
| pt | U.S., Tribes, Canada, Mexico | Stationary point, including Gulf of Mexico offshore |
| cm | Pacific Ocean, Atlantic Ocean, Gulf of Mexico | Gridded commercial shipping lane emissions |
| ofsar | Gulf of Mexico | Offshore drilling area sources |
| wbd | U.S., Canada, Mexico | Windblown dust |
| wnh3 | WRAP | Agricultural $NH_3$ |
| nh3 | CENRAP, MWRPO | Agricultural $NH_3$ |
| ptwog | WRAP | Point oil and gas |
| wog | WRAP, Tribes | Area oil and gas |

CENRAP = Central Regional Air Planning Association
MANE-VU = Mid-Atlantic/Northeast Visibility Union
MWRPO = Midwest Regional Planning Organization
VISTAS = Visibility Improvement – State and Tribal Association of the Southeast
WRAP = Western Regional Air Partnership

BLM_0067806

## 5.5.2.   2018 Base Case Non-Oil and Gas Emissions Inventory

The 2018 future year emissions inventory includes emissions growth due to projected population increases and other emissions-producing activity growth.  The 2018 emissions inventory also accounts for emissions decreases due to implementation of "on the books" emissions standards and replacement of older high-emitting equipment with newer equipment incorporating better emissions controls.  For example, the 2018 emissions inventory accounts for emissions reductions associated with cleaner reciprocating engines.  Appendix J provides detailed information describing the data sets used for the 2018 base case emissions inventory.

## 5.5.3.   Integrating BLM Oil and Gas Emissions Growth With Future Year Inventories

Each of the five future year CRVFO Alternative emissions sets required combination of the following four types of emissions.

- Year 2018 non-oil and gas emissions sets (e.g., mobile, biogenic, etc.)
- Year 2018 Phase II and WRAP / Independent Petroleum Association of Mountain States (IPAMS) oil and gas emissions
- Year 2018 Four Corners Air Quality Task Force / Southern Ute Indian Tribe oil and gas emissions for the Piceance, Denver-Julesburg, and North San Juan Basins
- Year 2028 WRFO Project and/or Cumulative emissions

Phase II and Phase III oil and gas emissions inventories have been developed by the WRAP and IPAMs to foster visibility and ozone studies throughout the western states.  While the Phase II oil and gas emissions inventories included many VOC emissions sources, the Phase III inventories expanded the VOC emissions inventories to include more VOC sources, with a particular focus on inclusion of fugitive VOC emissions sources.  Phase III inventories provide more comprehensive emissions inventories; however, they have not been developed for all areas or for as many future years as the Phase II inventories.  This air quality analysis includes Phase III oil and gas inventories when sufficient Phase III data exist to achieve needed baseline to future year consistency.  For areas in which insufficient Phase III data are available, Phase II data were used.  Because both 2006 and 2018 emissions data were available, Phase III data were used for the following Colorado oil and gas basins:  Piceance Basin, Denver-Julesburg Basin, and the North San Juan Basin.  Due to the unavailability of 2018 Phase III data, year 2006 and 2018 Phase II data were used for oil and gas activities in portions of Colorado outside the three basins mentioned above, Utah, Wyoming, and other states.

Regional and national photochemical grid modeling emissions inventories were obtained and non-oil and gas emissions inventories were input into the SMOKE model without revision.  However, oil and gas emissions within Colorado and Utah required special handling in order to properly integrate future year CRVFO, WRFO, and VFO oil and gas emissions with WRAP/IPAMS emissions sets without double counting emissions (see Section 5.5.4).

### 5.5.3.1.   CRVFO BLM Oil and Gas Emissions Summary

The 2028 CRVFO Alternative emissions inventories used in the ozone assessment are derived from the emissions inventory included in Appendix A.  The emissions were processed using

BLM_0067807

SMOKE to speciate VOCs and also to geographically distribute emissions among the CAMx grid cells. For consistency, the CRVFO emissions inventories include emissions for all major VOC emission source categories included in the Piceance Basin WRAP/IPAMS Phase III inventory. Table 5-9 summarizes emissions for pollutants involved in ozone-forming atmospheric reactions, including CO, $NO_x$, and VOC emissions for CRVFO Project sources associated with each Alternative during 2028. For the ozone analysis, Project sources are defined to include emissions from sources located on BLM mineral estate. Emissions calculation spreadsheets for these source groups are included in Appendix A.

**Table 5-9.  2028 CRVFO Project Emissions**

| Pollutant | Emissions (tpy) | | | |
|---|---|---|---|---|
|  | Alt. A | Alt. B | Alt. C | Alt. D |
| CO | 1,279 | 176 | 176 | 997 |
| $NO_x$ | 672 | 103 | 103 | 526 |
| VOC | 5,375 | 2,171 | 2,171 | 3,571 |

tpy = short tons per year

### *5.5.3.2.   Cumulative Oil and Gas Emissions Summary*

Oil and gas emissions for two additional Field Offices and for CRVFO non-Project sources (those on non-BLM land) were also estimated for the year 2028 ozone modeling. Emissions for these source groups are shown in Table 5-10 and were estimated using methods consistent with those used for the CRVFO, based on available data. Emissions calculation spreadsheets for CRVFO non-Project (non-BLM) emissions are included in Appendix A, while emissions calculation spreadsheets for the WRFO and VFO are included in Appendix B. Oil and gas sources included in the WRFO emissions inventories were assumed to be subject to emissions control based on management actions included in the WRFO RMPA/EIS air quality analysis. Oil and gas sources included in the VFO emissions inventory were assumed to be subject to less stringent emissions control because they would not be subject to CRVFO or WRFO management actions associated with Alternatives B, C, or D. In some cases, this assumption may be conservative. Year 2028 oil and gas VFO emissions may overestimate future emissions if CDPHE and/or USEPA issue new regulations to further strengthen emissions controls on oil and gas sources.

**Table 5-10.  2028 Oil and Gas Cumulative Emissions**

| Pollutant | Emissions (tpy) | Emissions (tpy) | Emissions (tpy) | Emissions (tpy) |
|---|---|---|---|---|
|  | Alt. A | Alt. B | Alt. C | Alt. D |
| **CO** |  |  |  |  |
| CRVFO Non-BLM | 2,367 | 1,949 | 1,949 | 2,877 |
| WRFO | 4,545 | 8,322 | 13,388 | 13,116 |
| VFO | 4,869 | 4,869 | 4,869 | 4,869 |
| **CO Cumulative Total** | **11,781** | **15,140** | **20,206** | **20,862** |
| **$NO_x$** |  |  |  |  |
| CRVFO Non-BLM | 1,243 | 1,027 | 1,027 | 1,511 |
| WRFO | 2,468 | 4,285 | 6,780 | 6,610 |
| VFO | 3,805 | 3,805 | 3,805 | 3,805 |
| **$NO_x$ Cumulative Total** | **7,516** | **9,117** | **11,612** | **11,926** |

BLM_0067808

**Table 5-10.  2028 Oil and Gas Cumulative Emissions**

| Pollutant | Emissions (tpy) Alt. A | Emissions (tpy) Alt. B | Emissions (tpy) Alt. C | Emissions (tpy) Alt. D |
|---|---|---|---|---|
| **VOC** | | | | |
| CRVFO Non-BLM | 9,949 | 8,544 | 8,544 | 12,019 |
| WRFO | 19,295 | 14,073 | 21,926 | 27,373 |
| VFO | 5,092 | 5,092 | 5,092 | 5,092 |
| **VOC Cumulative Total** | **34,336** | **27,709** | **35,562** | **44,484** |

tpy = short tons per year

Note:  The Phase III 2018 WRAP Oil & Gas emissions inventory provided LSFO estimated emissions to reflect future growth in the LSFO.

The Project oil and gas emissions and cumulative oil and gas emissions shown in Table 5-9 and Table 5-10, respectively, were processed with SMOKE to prepare CAMx-ready inputs reflecting future oil and gas activity.

For the LSFO, the 2018 WRAP / IPAMS Phase III oil and gas inventory (the farthest future year available) was used without revision.  This decision was made after reviewing available data from the *Air Quality Impact Assessment Technical Support Document, Little Snake Resource Management Plan, Moffat, Routt, and Rio Blanco Counties, Colorado* (BLM 2008c).  The 2018 WRAP / IPAMS Phase III data were more recent and included comprehensive VOC emissions that were estimated in a manner consistent with the 2006 Phase III base case emissions inventory.

### *5.5.3.3.   Summary of Future Year Scenario Emissions*

CRVFO and nearby Field Office oil and gas emissions for the five future year scenarios are summarized below.

- Future Year Base Case (CRVFOBase18A):  This emissions scenario includes cumulative emissions consisting of WRFO Alternative D emissions (the least stringent emissions scenario) and VFO RFD emissions.

- Alternative A (CRVFO18aAltA):  This emissions scenario includes CRVFO Alternative A, WRFO Alternative A, and VFO RFD emissions.

- Alternative B (CRVFO18aAltB):  This emissions scenario includes CRVFO Alternative B/C, WRFO Alternative B, and VFO RFD emissions.

- Alternative C (CRVFO18aAltC):  This emissions scenario includes CRVFO Alternative B/C, WRFO Alternative C, and VFO RFD emissions.

- Alternative D (CRVFO18aAltD):  This emissions scenario includes CRVFO Alternative D, WRFO Alternative D, and VFO RFD emissions.

## 5.5.4.   Oil and Gas Emissions Inventory Processing

As mentioned earlier, oil and gas emissions within Colorado and Utah required special handling in order to properly integrate Project and cumulative oil and gas emissions with 2018 emissions

BLM_0067809

sets that could potentially include duplicative emissions. The four primary SMOKE modeling goals of the CRVFO Alternative modeling scenarios are listed below.

- Account for oil and gas emissions associated with the CRVFO Alternatives and with updated RFD for the WRFO, and VFO.
- Place Alternative and cumulative emissions within high potential natural gas development areas within these BLM Field Offices.
- Avoid double counting emissions included in the 2018 WOG inventory.
- Avoid double counting oil and gas emission sources that may be included in the Colorado point source inventory category and consolidate oil and gas emission sources into the appropriate oil and gas emission source categories.

Because the CRVFO Project / cumulative emissions inventories and the WRAP inventories were created at different times and with different types of data sources and data collection methods, the two raw inventories differ significantly. However, each of these emissions inventories plays a useful role in this ozone analysis, as follows.

- The CRVFO Project and cumulative (WRFO and VFO) emissions inventories were used to represent future year emissions for year 2018 modeling in relevant areas of Colorado and Utah. These inventories reflect updated RFD information and also include additional VOC sources such as well completion activities. Furthermore, the CRVFO Project emissions reflect differences in development and emissions control that are specific to each of the four Alternatives for the CRVFO and for the WRFO.
- 2018 WOG emissions were used to represent oil and gas emissions in areas outside of the CRVFO, WRFO, and VFO.

Both the 2018 WOG and the 2018 CRVFO Project and cumulative emissions inventories account for emissions growth between 2006 and 2018. However, the CRVFO Project and cumulative emissions inventories address only a subset of the geographic area included in the WOG. Consequently, only those 2018 WOG emissions located within the CRVFO, WRFO, and VFO were replaced with CRVFO Project and cumulative emissions inventories.

The following sections describe the steps for integrating the oil and gas emissions inventories for Colorado and Utah.

### 5.5.4.1.   *Organizing CRVFO Project and Cumulative Emissions*

The first step in integrating oil and gas emissions involved parsing the CRVFO Project and cumulative emissions into source classification codes (SCCs) and separating them into point and area source groups. This effort aligned and organized the emissions that were developed for CALPUFF modeling into appropriate groupings for comparison with the WOG emissions structure. As shown in Figure 5-7, each CRVFO Alternative's emissions were separated into area and point source groups. Area sources included well pad construction and production emissions, including drill rig emissions. Point sources included compressor stations and gas processing plants.

Case No. 1:20-cv-02484-MSK Document 49-6 filed 04/28/21 USDC Colorado pg 99 of 103

In addition to providing emissions for input to SMOKE, two shape files were provided to indicate the locations of well pads and drill rigs. Well numbers, rather than production numbers, were used to spatially allocate emissions.

**Figure 5-7. CRVFO Project and Cumulative Emissions Development for SMOKE Input**

BLM_0067811

### 5.5.4.2.   Revised 2018 WOG Area Source Emissions

The 2018 WOG area source emissions inventories for Colorado and Utah were revised to prevent over counting of emissions growth due to increased development in the CRVFO, WRFO, and VFO.

Figure 5-8 illustrates the process used to revise 2018 WOG area source emissions.  The revised emissions inventory is a combination of 2006 WOG data (representing current oil and gas emissions) and 2018 WOG data (representing future growth outside of the RFD areas).  The first step in the process was to delete all drill rig emissions from the 2006 and 2018 WOG area source emissions inventories for the WRFO, CRVFO, and VF.  This change reflected the fact that all drill rig engines operating during 2028 within the CRVFO, WRFO, and VFO are accounted for in the CRVFO Alternative and cumulative emissions inventories.  In order to include oil and gas emissions from existing sources, year 2006 oil and gas emissions replaced 2018 WOG emissions within the CRVFO, WRFO, and VFO.  By adding existing 2006 and future 2028 emissions, all emissions are accounted for in the CRVFO, WRFO, and VFO cumulative emissions sets.  For all other geographic areas within Colorado and Utah (and for all other states), 2018 emissions are included in the revised 2018 WOG inventory.

Shape files were created to allocate revised WOG area source emissions to the proper locations.

BLM_0067812



**Figure 5-8.  2018 WOG Area Source Emissions Revision for SMOKE Input**

BLM_0067813

### 5.5.4.3.   *Revised 2018 WOG Point Source Emissions*

2018 WOG point source emissions within Colorado and Utah were also revised to prevent over counting of emissions growth in the CRVFO, WRFO, and VFO.  Figure 5-9 illustrates the process used to revise 2018 WOG point source emissions.  The revised emissions inventory is a combination of 2006 WOG data and 2018 WOG data.  For the geographic areas within the CRVFO, WRFO, and VFO, the 2018 WOG includes oil and gas emissions for year 2006.  For all other geographic areas within Colorado and Utah (and for all other states), 2018 emissions are included in the revised WOG inventory.



**Figure 5-9.  2018 WOG Point Source Emissions Revision for SMOKE Input**

### 5.5.4.4.   *Oil and Gas Emissions Inventories Input to SMOKE*

After removing duplicative oil and gas emissions from the WOG area and point source inventories, all oil and gas emissions for 2018 were input into SMOKE.  Figure 5-10 illustrates the oil and gas emissions data sets and shape files that accounted for 2018 oil and gas emissions.

BLM_0067814



**Figure 5-10.  2018 Oil and Gas Emissions Input Into SMOKE for One Alternative**

BLM_0067815