5380330) (147086, 5380656) (146665,
5380669) (146228, 5380038) (146471,
5379356) (146322, 5379105) (145402,
5378841) (145426, 5378323) (144511,
5378379) (144489, 5378724) (144153,
5378828) (144157, 5379236) (144549,
5379545) (145050, 5380405) (144279,
5380605) (143576, 5380476) (143333,
5380747) (143713, 5381448) (144062,
5381686) (144221, 5382284) (144919,
5382616) (145517, 5382535) (145396,
5383067) (145918, 5383678) (145444,
5383539) (145188, 5383725) (144900,
5383512) (144404, 5383672) (144203,
5383468) (143880, 5383566) (142859,
5382947) (143359, 5384046) (143939,
5384738) (143885, 5385164) (144347,
5385369) (144072, 5386135) (143777,
5385846) (143075, 5385650) (142181,
5384586) (141921, 5384927) (141903,
5385521) (142602, 5386489) (141988,
5386350) (141821, 5386514) (141446,
5386355) (141301, 5386809) (140887,
5386526) (140311, 5387245) (139818,
5387594) (139416, 5388531) (139883,
5388573) (140073, 5388820) (140407,
5388466) (140778, 5388507) (140845,
5388821) (141273, 5388741) (141745,
5388869) (141860, 5388535) (142151,
5388421) (142327, 5388481) (142308,
5388845) (142473, 5389060) (142732,
5388909) (142957, 5389078) (143271,
5389055) (143411, 5388727) (143905,
5389033) (144200, 5388800) (144322,
5389201) (144596, 5389237) (145372,
5389140) (145480, 5388978) (145831,
5389225) (146226, 5389263) (146523,
5389211) (146742, 5388932) (147287,
5389055) (146767, 5389386) (146830,
5389665) (146108, 5389718) (146019,
5390080) (145574, 5389820) (144835,
5389976) (144852, 5390181) (145319,
5390616) (145486, 5391282) (144650,
5390688) (144378, 5391292) (144192,
5390685) (144256, 5390409) (144009,
5390200) (143740, 5390230) (143397,
5390847) (143081, 5390292) (142756,
5390347) (142511, 5390607) (142532,
5390910) (142250, 5390989) (142473,
5391514) (142940, 5391718) (142349,
5392084) (141956, 5392062) (141661,
5391764) (141515, 5391800) (141385,
5392222) (140919, 5392691) (140832,
5393391) (141281, 5393826) (141683,
5393806) (141652, 5394014) (141168,
5394305) (140725, 5394033) (140340,
5394304) (140604, 5394856) (140206,
5395339) (140205, 5396234) (140721,
5396281) (140938, 5396745) (141583,
5396518) (141893, 5396625) (142044,
5397013) (142394, 5396854) (142553,
5396962) (143487, 5396894) (143757,
5396562) (144256, 5396773) (144607,
5396740) (144645, 5397073) (144054,
5397357) (144101, 5397925) (143603,
5397673) (143043, 5398214) (142792,
5398086) (142165, 5398447) (142108,
5398625) (142345, 5398998) (142213,

5399521) (142664, 5399524) (142982,
5399701) (142588, 5400456) (142830,
5400859) (142703, 5401230) (143628,
5401808) (144044, 5401477) (144076,
5400901) (144419, 5400763) (144600,
5400383) (144942, 5400894) (145114,
5399628) (145679, 5400689) (146252,
5400309) (146441, 5400784) (147723,
5400111) (147098, 5398860) (148460,
5399259) (148723, 5398887) (148760,
5398436) (149238, 5398304) (149097,
5397787) (149862, 5397936) (150289,
5397610) (150630, 5397736) (151371,
5397585) (152000, 5397943) (152180,
5398676) (152019, 5398921) (151804,
5398871) (151580, 5399081) (151262,
5398878) (151023, 5399007) (150493,
5399825) (150125, 5399726) (150119,
5399892) (150055, 5400440) (150512,
5400831) (151483, 5400533) (152491,
5401026) (152697, 5401400) (152976,
5401504) (153149, 5401400) (153357,
5401897) (152920, 5401669) (152478,
5401685) (152124, 5401402) (151889,
5401569) (151399, 5401378) (150582,
5401634) (150528, 5401819) (150894,
5402577) (150500, 5402581) (150352,
5402997) (150083, 5402261) (149865,
5402173) (149656, 5402609) (149360,
5402654) (149281, 5401947) (148835,
5401721) (148578, 5402907) (148841,
5403335) (148515, 5403395) (148153,
5402999) (148298, 5402498) (147781,
5402498) (147160, 5403199) (147379,
5403695) (147292, 5403936) (147044,
5403849) (146822, 5403969) (146393,
5403623) (146203, 5403884) (145922,
5403763) (145604, 5404325) (145286,
5404115) (144884, 5404374) (144443,
5404121) (143671, 5404259) (143816,
5405036) (143756, 5405794) (144041,
5405903) (144465, 5405795) (145429,
5405446) (145185, 5406261) (144874,
5406150) (144387, 5406552) (144102,
5407050) (143486, 5406890) (143175,
5407144) (143113, 5408160) (143261,
5408359) (143980, 5408560) (144300,
5408417) (144985, 5408701) (145155,
5408403) (145702, 5408241) (145797,
5409162) (146168, 5409557) (146941,
5409481) (147161, 5409754) (147340,
5409516) (147678, 5409220) (147900,
5409359) (149005,
5408794) (148852, 5409334) (149294,
5409758) (148974, 5409600) (148138,
5409700) (147316, 5410354) (146888,
5410283) (146386, 5410487) (146325,
5411131) (146756, 5411579) (146241,
5411629) (145747, 5411151) (145413,
5411182) (145416, 5410811) (144818,
5410399) (144500, 5410568) (144239,
5410317) (143588, 5410474) (142494,
5410042) (142305, 5411013) (142004,
5411048) (141756, 5411371) (141932,
5412021) (141672, 5412165) (141003,
5412080) (140234, 5412877) (140299,
5413656) (140063, 5413925) (139533,
5413988) (139368, 5414514) (139922,

5415189) (140768, 5415598) (141405,
5415682) (141431, 5416062) (141217,
5416296) (141617, 5416687) (143423,
5417154) (143955, 5416792) (145100,
5417017) (145356, 5416825) (145870,
5416846) (146114, 5416428) (146037,
5415971) (146422, 5416006) (146389,
5415375) (146550, 5415164) (146712,
5415688) (147129, 5415769) (146908,
5416028) (146891, 5416782) (147551,
5416793) (147645, 5416964) (147450,
5417552) (147642, 5417959) (147407,
5418369) (148344, 5418787) (148798,
5418319) (148793, 5417992) (149066,
5417998) (149561, 5417506) (149378,
5417006) (149757, 5416717) (149839,
5416459) (149746, 5416014) (149943,
5415456) (149887, 5414888) (150463,
5415024) (150664, 5414224) (150599,
5413470) (150799, 5413636) (151067,
5413593) (151182, 5413906) (151500,
5414098) (151326, 5414292) (151345,
5415315) (151799, 5416756) (152450,
5416434) (152856, 5415759) (152912,
5415101) (153152, 5414868) (153438,
5414998) (153763, 5414144) (154214,
5414486) (154197, 5414940) (154447,
5415161) (154495, 5415594) (154899,
5416150) (155101, 5416206) (155322,
5415905) (155588, 5414769) (155694,
5413556) (155418, 5413186) (155776,
5412931) (155918, 5412029) (155367,
5411570) (155164, 5411660) (154251,
5411175) (154033, 5411306) (154037,
5410914) (154203, 5410720) (153958,
5409866) (154171, 5408583) (154048,
5408019) (154113, 5407893) (154478,
5407942) (154719, 5407557) (154719,
5408178) (154854, 5408288) (155069,
5409654) (155317, 5410090) (155621,
5410159) (156080, 5409915) (156224,
5410204) (156662, 5410339) (156622,
5410650) (156900, 5410759) (157101,
5410310) (156750, 5409947) (156846,
5409698) (157102, 5409496) (157250,
5409845) (157874, 5408863) (157869,
5408382) (157667, 5408367) (157867,
5407960) (157822, 5407391) (157631,
5406803) (157309, 5406678) (157589,
5406058) (157451, 5405515) (157710,
5405532) (158021, 5404332) (158259,
5404674) (158161, 5404923) (158408,
5406170) (159012, 5406409) (158861,
5406767) (159154, 5407617) (160291,
5407678) (159883, 5408078) (159287,
5408165) (159117, 5408369) (159398,
5409569) (159553, 5409665) (159485,
5410002) (159765, 5410191) (159127,
5410334) (158921, 5410770) (158972,
5411233) (159654, 5411495) (159058,
5411964) (159399, 5412630) (159012,
5412902) (159132, 5413436) (158890,
5413848) (159015, 5413875) (159175,
5413610) (159751, 5413656) (159060,
5414093) (159917, 5414367) (160487,
5414895) (161328, 5415016) (161056,
5415302) (160372, 5415413) (160064,
5415718) (159828, 5415650) (159766,

5415976) (160350, 5417165) (160721, 5417347) (161257, 5418842) (161721, 5419522) (161964, 5419548) (162623, 5419119) (162180, 5419891) (162312, 5420114) (162006, 5420084) (162102, 5420526) (161804, 5420194) (161339, 5420643) (161315, 5421542) (161629, 5421786) (162286, 5421717) (162622, 5422151) (163097, 5422070) (163872, 5422337) (164617, 5421847) (165017, 5421958) (165481, 5421700) (165244, 5422162) (164253, 5422401) (164329, 5422657) (164901, 5423162) (164785, 5423572) (164308, 5423642) (164421, 5423236) (164138, 5423422) (163598, 5423065) (163396, 5423176) (163300, 5423484) (163004, 5423434) (162898, 5423736) (162019, 5423289) (161558, 5423558) (161264, 5423274) (160825, 5423314) (160949, 5425103) (160748, 5425451) (160664, 5426241) (161052, 5426987) (161237, 5427116) (161615, 5426943) (162196, 5427178) (162534, 5427750) (163346, 5427881) (163812, 5426590) (164668, 5425980) (164697, 5425704) (165003, 5425696) (165070, 5426184) (164548, 5426928) (164495, 5427271) (164606, 5428430) (165380, 5430026) (166493, 5431111) (166565, 5430866) (167554, 5431170) (168288, 5430941) (168239, 5430312) (167460, 5428927) (168009, 5429155) (168380, 5429803) (168801, 5429654) (168795, 5430087) (169185, 5430056) (169311, 5430430) (169719, 5430573) (169734, 5430930) (169960, 5431119) (170579, 5430828) (170853, 5430376) (170701, 5430117) (170749, 5429669) (171147, 5429638) (171479, 5429224) (171324, 5428558) (171808, 5428581) (171802, 5427408) (172056, 5427144) (172521, 5427349) (173238, 5426417) (173374, 5426440) (173351, 5426894) (172816, 5428172) (172852, 5429374) (174291, 5429503) (173339, 5430030) (172406, 5430015) (172220, 5430840) (171742, 5430999) (171686, 5431885) (170954, 5432146) (171346, 5433229) (171565, 5433449) (171627, 5433902) (171300, 5433498) (170930, 5433413) (170364, 5432729) (169241, 5432674) (169181, 5432949) (169360, 5433266) (169076, 5433319) (168748, 5434074) (168496, 5433577) (168350, 5433648) (168268, 5434257) (168432, 5434609) (168141, 5434784) (168136, 5435081) (167613, 5435390) (167558, 5435793) (167559, 5435068) (167783, 5434780) (167623, 5434037) (167924, 5433049) (167863, 5432788) (167451, 5432531) (166552, 5432595) (165901, 5433124) (165365, 5433202) (164923, 5433709) (164733, 5433604) (164272, 5433851) (164122, 5434344) (164248, 5434967) (164026, 5435256) (164134, 5435789) (163405, 5436902) (163589, 5437735) (186659, 5436276).

(iv) Polygon bounded by the following coordinates: (193179, 5416168) (193676, 5416062) (194257, 5415360) (194821, 5415599) (195250, 5415309) (195594, 5415314) (195216, 5414695) (194447, 5414472) (194506, 5414157) (194961, 5413857) (194895, 5413368) (194609, 5413302) (194327, 5412626) (194849, 5412184) (194763, 5411525) (195100, 5411167) (195012, 5410815) (195501, 5410860) (195909, 5410709) (196762, 5409671) (197234, 5410683) (197573, 5410775) (198101, 5410418) (200227, 5407397) (200125, 5407035) (200347, 5406144) (200294, 5404425) (200672, 5404944) (200907, 5406463) (201792, 5405717) (201272, 5405698) (202392, 5405899) (202546, 5407056) (202088, 5407950) (202242, 5408958) (201808, 5410699) (202078, 5410856) (202265, 5410574) (202349, 5410985) (202837, 5411054) (203205, 5410256) (203337, 5409400) (203903, 5408552) (203632, 5408324) (202446, 5407513) (204113, 5407232) (204183, 5407061) (203801, 5406783) (204037, 5406305) (203752, 5405890) (204330, 5404956) (204090, 5404236) (204187, 5403698) (205046, 5404689) (205485, 5404796) (205701, 5404237) (206179, 5403654) (206481, 5403672) (206639, 5404036) (206913, 5404140) (207172, 5403889) (207048, 5403751) (207312, 5402582) (206913, 5402034) (208939, 5401315) (208604, 5400220) (208031, 5399499) (207462, 5399837) (207490, 5399600) (207345, 5399536) (207521, 5399148) (206941, 5398486) (206797, 5397797) (5397922) (207473, 5396863) (207775, 5396363) (208164, 5396228) (208778, 5396544) (209302, 5396138) (208905, 5395458) (209068, 5395267) (209108, 5393867) (208647, 5392765) (208446, 5392600) (208225, 5393521) (207028, 5394330) (206740, 5393737) (207216, 5392558) (206902, 5391412) (205864, 5391906) (205478, 5391867) (204724, 5392155) (204545, 5392449) (204036, 5392137) (203502, 5392824) (202276, 5391288) (201966, 5391161) (201958, 5390807) (201730, 5390732) (201096, 5390908) (200747, 5390725) (201048, 5390491) (201695, 5390487) (201963, 5390221) (202649, 5390034) (203077, 5388234) (202837, 5387361) (202584, 5387398) (202850, 5387361) (202950, 5387597) (203197, 5387683) (203453, 5388334) (203732, 5388505) (203906, 5388917) (203696, 5389586) (204056, 5390446) (205290, 5389860) (206070, 5390050) (206691, 5390866) (206913, 5389228) (206779, 5388533) (205797, 5387598) (207919, 5386933) (207351, 5386882) (207163, 5386371) (207535, 5385911) (207662, 5384870) (207891, 5384485) (207649, 5386387) (207830, 5383249) (207753, 5382914) (207648, 5382701) (207374, 5382686) (207197,

5382132) (207637, 5381606) (207773, 5381696) (207967, 5381459) (208043, 5381268) (209064, 5381903) (208783, 5382422) (208818, 5383882) (208636, 5384619) (209233, 5384810) (208684, 5385037) (208518, 5385367) (208720, 5385704) (209196, 5385533) (209380, 5385651) (209536, 5385874) (209566, 5386740) (209372, 5388034) (208774, 5388398) (208912, 5389064) (208602, 5389516) (208585, 5389930) (208820, 5390325) (209313, 5389716) (210219, 5389637) (210327, 5390013) (209937, 5390470) (209959, 5390641) (210133, 5390694) (210596, 5390353) (210977, 5390318) (211091, 5390535) (210980, 5390831) (211300, 5391523) (211489, 5391545) (211905, 5390762) (212482, 5390131) (212705, 5388991) (213253, 5390120) (212845, 5392185) (214116, 5391742) (213680, 5392718) (213577, 5393362) (212715, 5393776) (213212, 5393894) (213608, 5393606) (214272, 5393642) (215151, 5393281) (215160, 5393842) (214710, 5394184) (214657, 5394542) (215106, 5394702) (215151, 5395023) (215405, 5395161) (216075, 5394770) (216284, 5394855) (216305, 5395630) (216502, 5395850) (216593, 5396335) (215324, 5396349) (216074, 5397001) (216309, 5396823) (216851, 5397137) (217568, 5396984) (217128, 5397617) (217218, 5398302) (217646, 5398534) (217931, 5397897) (218480, 5397773) (218236, 5398053) (218326, 5398228) (218054, 5398331) (217815, 5398725) (218365, 5398594) (218931, 5398151) (219189, 5397822) (219217, 5397446) (219956, 5397045) (220064, 5396662) (221198, 5396427) (221339, 5395948) (221707, 5395720) (222017, 5395873) (222536, 5395721) (222837, 5395094) (222716, 5394712) (222994, 5393972) (222566, 5394041) (222231, 5393512) (221752, 5393314) (222411, 5392934) (222817, 5392492) (222653, 5392384) (222823, 5391974) (222545, 5391758) (222668, 5391436) (222405, 5390565) (222608, 5390082) (222690, 5390349) (223375, 5390942) (223203, 5391152) (223710, 5391651) (223853, 5392118) (224611, 5392032) (225222, 5391580) (224545, 5391613) (225230, 5391579) (225699, 5390926) (225719, 5391069) (226019, 5391098) (226495, 5390777) (226588, 5390287) (227219, 5389715) (227275, 5389377) (227069, 5388937) (226848, 5388909) (226890, 5388786) (227544, 5388407) (227822, 5387869) (227818, 5387405) (227399, 5387016) (227398, 5386777) (227732, 5386319) (227711, 5385638) (228006, 5385787) (228550, 5385451) (230219, 5383425) (230217, 5383148) (229739, 5383339) (229834, 5382503) (230249, 5381908) (230304, 5380480) (229679, 5379970) (229809, 5379328) (228798, 5377403) (228625, 5377238) (228329,

5377281) (228481, 5376856) (228730, 5337606) (224310, 5338028) (223968, 5331193) (197752, 5331101) (197850,
5376818) (229566, 5377029) (229860, 5338770) (224095, 5339076) (223970, 5330889) (197706, 5330708) (197519,
5377568) (230309, 5377718) (230305, 5338935) (223828, 5339000) (223591, 5330955) (197720, 5331095) (197566,
5377898) (230989, 5377297) (231381, 5340330) (223340, 5340723) (222720, 5332060) (197083, 5332062) (197218,
5377508) (231691, 5376388) (231569, 5340643) (222927, 5340260) (222833, 5331863) (197099, 5331848) (197111,
5375256) (231840, 5374986) (231895, 5339733) (222687, 5339707) (222777, 5331510) (196905, 5331404) (196651,
5374666) (231757, 5374359) (231597, 5339286) (222112, 5339117) (222930, 5331576) (196559, 5331127) (196147,
5374628) (231462, 5374568) (231417, 5338896) (222822, 5338657) (222400, 5331081) (196273, 5332070) (196140,
5374838) (231251, 5374743) (231352, 5338798) (222122, 5339116) (222102, 5332353) (195779, 5332392) (196288,
5374593) (231237, 5374537) (231171, 5338894) (221787, 5338807) (221977, 5332686) (195823, 5333200) (195491,
5373017) (230967, 5372978) (230729, 5338484) (221788, 5338479) (221490, 5333126) (195467, 5333432) (194354,
5373475) (230846, 5372942) (230527, 5338093) (221970, 5337216) (221697, 5333992) (193995, 5333975) (193729,
5371839) (230574, 5371311) (229763, 5336882) (221497, 5336859) (221379, 5334690) (193887, 5334807) (193946,
5370288) (229991, 5369786) (229859, 5336413) (221258, 5336612) (221211, 5335327) (194415, 5334464) (194878,
5369192) (229951, 5368808) (229799, 5336166) (221636, 5335540) (221816, 5334455) (194279, 5335769) (194276,
5368626) (230070, 5368807) (230062, 5335512) (221722, 5335391) (222088, 5335896) (194609, 5335924) (194674,
5369222) (230238, 5369521) (231109, 5335192) (221737, 5334933) (221734, 5336216) (194429, 5336882) (195086,
5369216) (232112, 5369468) (232410, 5334655) (221412, 5334272) (221312, 5336904) (195723, 5337519) (195677,
5369223) (232589, 5368572) (233391, 5333394) (222094, 5333499) (222298, 5337757) (194680, 5337601) (194283,
5368536) (233823, 5367694) (234391, 5333121) (222109, 5333406) (223042, 5337923) (194039, 5338444) (194106,
5367788) (234810, 5367455) (235532, 5332385) (222649, 5332052) (222327, 5338877) (193919, 5339305) (194248,
5367306) (236190, 5366364) (236382, 5331368) (222507, 5331428) (222755, 5339497) (195254, 5339375) (195346,
5365244) (237149, 5364736) (237119, 5330678) (222344, 5330319) (222396, 5339651) (195155, 5340102) (195448,
5364183) (237872, 5362549) (238102, 5330209) (223013, 5330465) (223163, 5340367) (196468, 5340343) (196019,
5362448) (238316, 5362765) (238266, 5330264) (223614, 5330140) (224098, 5340867) (195973, 5341610) (197365,
5363060) (239208, 5362217) (239827, 5329333) (223877, 5328539) (222921, 5342407) (197849, 5342377) (198505,
5361987) (240265, 5361615) (240929, 5327079) (222884, 5327524) (222730, 5342142) (199045, 5341688) (199705,
5360375) (240957, 5359896) (240428, 5327197) (222521, 5327345) (222274, 5341603) (199978, 5341058) (200547,
5360227) (240347, 5359823) (240117, 5326986) (222059, 5327200) (221972, 5340697) (200905, 5340967) (201745,
5359716) (240178, 5359271) (239217, 5327016) (221681, 5327307) (221609, 5340607) (202185, 5340633) (202409,
5358457) (239215, 5358114) (239069, 5327040) (221152, 5326980) (220678, 5340216) (202587, 5340278) (203187,
5358013) (239898, 5357003) (238709, 5327105) (220799, 5327460) (220648, 5339736) (203758, 5339469) (203519,
5357073) (238684, 5356257) (235473, 5327559) (220451, 5327018) (220303, 5338510) (203627, 5338387) (204158,
5356416) (235442, 5355605) (234245, 5327101) (220261, 5326927) (219845, 5338472) (204628, 5338262) (204478,
5355669) (234044, 5354754) (233773, 5327105) (219209, 5326805) (218855, 5337847) (204628, 5337798) (204434,
5354588) (233673, 5352470) (235277, 5326930) (218657, 5326732) (218188, 5337530) (204867, 5337067) (204814,
5352385) (235137, 5349258) (235345, 5326836) (218128, 5327077) (218248, 5337320) (205039, 5337119) (205173,
5349385) (235609, 5349209) (235909, 5327154) (217863, 5327169) (217689, 5336854) (204983, 5336794) (205064,
5348316) (236305, 5348308) (236273, 5326858) (217297, 5326809) (216950, 5336392) (206942, 5334511) (207532,
5347461) (236639, 5347080) (237793, 5326543) (216314, 5326663) (215712, 5334334) (207556, 5334782) (207731,
5346529) (238158, 5346139) (239268, 5326319) (214921, 5326708) (214656, 5334984) (207512, 5335097) (207493,
5346119) (239398, 5345379) (238947, 5327590) (214986, 5328447) (214724, 5335332) (207801, 5335365) (208073,
5344815) (238934, 5344484) (238147, 5329221) (214495, 5328496) (214002, 5336135) (208554, 5335657) (209036,
5342889) (237694, 5342367) (236437, 5328349) (213775, 5328592) (213298, 5335481) (209269, 5335281) (209185,
5343000) (236124, 5343518) (235536, 5328272) (211771, 5328453) (211688, 5334940) (208867, 5334726) (208744,
5343783) (235426, 5344100) (234877, 5329205) (211688, 5328612) (211503, 5334360) (208236, 5334335) (208173,
5344217) (234311, 5343807) (233297, 5328303) (210929, 5328154) (210750, 5334191) (208522, 5333133) (209279,
5344038) (232586, 5344469) (231930, 5328205) (210817, 5328305) (210633, 5332925) (209505, 5333374) (210314,
5344091) (231739, 5343806) (231545, 5328090) (209535, 5327775) (209035, 5333332) (210299, 5333528) (210482,
5339652) (231897, 5339029) (231764, 5327914) (209053, 5327695) (208686, 5333585) (210509, 5332956) (210819,
5338797) (232195, 5338373) (232359, 5327527) (208817, 5327715) (208198, 5332301) (210868, 5331277) (211020,
5337967) (232637, 5337932) (232751, 5327705) (208267, 5328095) (207797, 5331186) (211231, 5331396) (211289,
5337499) (233011, 5337247) (232814, 5327780) (207914, 5327907) (207484, 5330885) (211558, 5330583) (212161,
5336841) (232977, 5336544) (232645, 5327957) (207307, 5328101) (206483, 5331246) (212461, 5330944) (213842,
5336166) (232618, 5335887) (231867, 5327791) (205819, 5327312) (205242, 5330675) (214157, 5330454) (214394,
5335895) (230676, 5336526) (230584, 5327389) (204830, 5328220) (205108, 5330580) (214920, 5329804) (215204,
5336378) (230098, 5336469) (229835, 5328782) (204477, 5328247) (204656, 5329749) (215745, 5330002) (215940,
5336169) (228858, 5336106) (228830, 5327242) (203159, 5326824) (202800, 5329866) (216122, 5330706) (216991,
5335640) (228380, 5335819) (228122, 5327444) (202887, 5327540) (202427, 5329746) (217470, 5330017) (217767,
5335498) (227934, 5335699) (227608, 5328023) (202508, 5328137) (202313, 5329720) (218823, 5330317) (220075,
5335261) (227289, 5335394) (227294, 5328196) (202057, 5328788) (201607, 5330216) (220402, 5330436) (220446,
5335612) (227094, 5335627) (227103, 5329261) (201716, 5329524) (201420, 5330255) (220593, 5330258) (221236,
5335773) (226667, 5335447) (226169, 5329613) (201362, 5329868) (200997, 5330526) (221337, 5330857) (220794,
5335839) (225282, 5335545) (224819, 5330105) (200553, 5330839) (199380, 5331190) (220423, 5331097) (220335,
5336409) (224777, 5336318) (224608, 5331668) (199365, 5331498) (198739, 5331273) (220039, 5331287) (219989,
5336649) (224579, 5336464) (224402, 5331250) (198857, 5331711) (199229, 5331847) (219463, 5331966) (219387,
5336584) (224522, 5337038) (224385, 5331786) (198893, 5332098) (198496, 5331757) (219208, 5331969) (218105,
5337193) (224429, 5337461) (224218, 5331877) (198371, 5332028) (198092, 5332208) (217198, 5332808) (216361,

5333136) (216057, 5333166) (215576, 5332866) (215099, 5333297) (214650, 5333435) (214348, 5333799) (214289, 5334367) (214992, 5334550) (215758, 5334429) (216134, 5334759) (216651, 5334615) (216799, 5334268) (217139, 5334156) (217734, 5334336) (217898, 5333890) (218159, 5333766) (218470, 5334040) (219868, 5334447) (219819, 5334834) (219579, 5334989) (219486, 5334877) (218091, 5336117) (217613, 5336107) (217603, 5336767) (217218, 5336365) (217021, 5336605) (216869, 5336526) (216497, 5336694) (215880, 5337247) (214799, 5337270) (214950, 5337306) (214796, 5337550) (214771, 5338287) (214546, 5338396) (213808, 5338118) (213394, 5337444) (214271, 5337344) (212156, 5337666) (211945, 5337548) (211405, 5338029) (210979, 5337937) (210411, 5338751) (210091, 5338855) (209754, 5338717) (208138, 5339520) (208023, 5340576) (207571, 5340295) (207399, 5339864) (207084, 5339737) (206278, 5340766) (205984, 5341495) (206277, 5342048) (207285, 5341657) (207458, 5342247) (207871, 5342678) (208550, 5342604) (209348, 5342312) (209395, 5341628) (209789, 5341354) (210394, 5341359) (210811, 5341626) (211710, 5339577) (212043, 5339227) (212742, 5339917) (213388, 5339090) (213544, 5339168) (214349, 5340186) (214406, 5340577) (214681, 5340757) (215159, 5339976) (215745, 5340036) (216233, 5339416) (216841, 5339826) (217050, 5339544) (217022, 5338870) (217470, 5338745) (217527, 5338236) (217758, 5337966) (218086, 5338118) (218416, 5338544) (219504, 5337927) (220297, 5337877) (220372, 5338671) (220137, 5338597) (219718, 5338958) (219328, 5339727) (219138, 5340532) (219314, 5340799) (219812, 5340607) (220725, 5340727) (220919, 5340968) (220680, 5341046) (220792, 5341322) (220139, 5341896) (219984, 5342369) (218397, 5342918) (217945, 5342769) (217451, 5343089) (217517, 5343407) (218449, 5344138) (218338, 5344736) (217511, 5344815) (216904, 5344622) (215877, 5345076) (215760, 5344422) (215239, 5344386) (214954, 5344157) (214919, 5343906) (214608, 5343824) (213265, 5344687) (212774, 5343896) (212235, 5344277) (211945, 5344208) (211950, 5344416) (211010, 5345539) (211050, 5345858) (211712, 5345980) (212042, 5346462) (212038, 5346231) (212553, 5346667) (212913, 5346639) (213300, 5346970) (213329, 5347239) (212804, 5347480) (212587, 5347788) (212673, 5349652) (212821, 5349538) (212906, 5349662) (212684, 5349889) (212801, 5352705) (212352, 5352577) (211854, 5352859) (211722, 5353113) (211242, 5353199) (211324, 5354690) (211573, 5354442) (212060,

5354504) (212498, 5354332) (212996, 5353769) (213084, 5353975) (212930, 5354318) (213339, 5354252) (212960, 5354690) (212736, 5353937) (212140, 5356277) (211034, 5357538) (210143, 5358928) (209748, 5358821) (209362, 5359282) (209114, 5359188) (208499, 5359393) (208222, 5360023) (207415, 5360941) (206928, 5360491) (206625, 5360564) (206653, 5359657) (205851, 5360367) (205366, 5359692) (205258, 5359075) (204911, 5358976) (204637, 5359305) (204631, 5359623) (204190, 5359925) (204331, 5360865) (203802, 5360957) (203538, 5361299) (203169, 5361339) (202850, 5362191) (202883, 5362598) (203502, 5362508) (203880, 5363109) (204255, 5362122) (204514, 5361967) (205368, 5362107) (205988, 5361568) (206602, 5362855) (206178, 5363972) (206559, 5364243) (207282, 5363851) (208066, 5363951) (207736, 5364784) (208162, 5365202) (208125, 5365386) (207857, 5365467) (208179, 5365910) (208539, 5366066) (208828, 5366457) (209234, 5366476) (209670, 5367040) (209898, 5366900) (210162, 5366022) (210446, 5366563) (211000, 5366661) (211047, 5366877) (210760, 5367530) (211515, 5368149) (211968, 5368139) (212585, 5367737) (213263, 5367541) (213512, 5367259) (213766, 5367563) (213561, 5368091) (213700, 5368351) (213222, 5368552) (211931, 5369555) (209363, 5369656) (209012, 5369405) (208628, 5369493) (207727, 5368549) (207118, 5368286) (206212, 5368645) (205837, 5368470) (205196, 5368649) (205605, 5368233) (205791, 5367737) (205585, 5367116) (205025, 5366947) (204644, 5367467) (204156, 5367392) (203803, 5367881) (203234, 5366770) (202695, 5367575) (201905, 5366719) (201267, 5367399) (200464, 5369535) (200050, 5369560) (199558, 5369051) (198651, 5369941) (198469, 5370304) (197742, 5370345) (197744, 5368911) (198445, 5367380) (197949, 5367261) (197528, 5367362) (196111, 5368883) (195910, 5368633) (196092, 5367776) (195160, 5367521) (195010, 5368222) (195262, 5366909) (195523, 5366344) (195342, 5366109) (196519, 5365192) (196326, 5365260) (196150, 5365107) (196039, 5365240) (196519, 5364864) (195205, 5364835) (194216, 5363828) (193913, 5362633) (194357, 5361642) (194940, 5361051) (194556, 5360583) (193753, 5360045) (193517, 5360122) (193250, 5359984) (193126, 5359640) (192761, 5359392) (192688, 5359032) (192397, 5359290) (191490, 5359239) (190694, 5359957) (189822, 5359420) (188807, 5359651) (188289, 5360043) (187542, 5359625) (187039, 5359104) (186652, 5359195) (185492, 5358157) (184250, 5358189) (184346, 5359942) (184647, 5359999) (184632,

5360211) (185216, 5360767) (184914, 5360923) (184393, 5360745) (184432, 5361402) (186044, 5361296) (186168, 5363568) (184900, 5365110) (183660, 5365454) (183250, 5365913) (183151, 5367413) (182532, 5367479) (182908, 5367726) (182856, 5368157) (183549, 5367646) (183624, 5367218) (183448, 5366901) (183873, 5366536) (183696, 5366100) (184021, 5366044) (184184, 5365826) (184612, 5365908) (185104, 5365645) (186600, 5364560) (187844, 5363332) (188217, 5363478) (188511, 5363347) (188835, 5362923) (189130, 5362054) (189378, 5363152) (190800, 5362998) (191817, 5362475) (191901, 5362924) (191750, 5363151) (189762, 5364351) (189500, 5364046) (188701, 5364652) (188619, 5365019) (188910, 5365500) (188321, 5365565) (187520, 5366016) (186550, 5366928) (186552, 5367139) (186952, 5367499) (186895, 5368024) (186212, 5368166) (186269, 5368857) (185313, 5369466) (185093, 5369807) (184694, 5369941) (184446, 5370400) (184158, 5370476) (184002, 5370794) (183734, 5370915) (183571, 5371349) (184223, 5371686) (185661, 5370767) (186123, 5370571) (186992, 5370507) (187467, 5370035) (187892, 5370377) (183841, 5370425) (190634, 5369326) (190936, 5369324) (190694, 5369946) (189918, 5370606) (189704, 5371139) (190220, 5371176) (190726, 5371420) (190373, 5371538) (189643, 5372410) (189407, 5372501) (189032, 5373090) (188690, 5372575) (187601, 5372893) (186688, 5373468) (186852, 5373908) (186603, 5373994) (186483, 5374387) (185730, 5375216) (186064, 5375419) (187711, 5375191) (188165, 5375967) (188934, 5375988) (189610, 5374520) (190322, 5374553) (190640, 5374389) (191356, 5374533) (191003, 5375314) (191314, 5375678) (191245, 5376108) (191496, 5376467) (191928, 5376208) (192375, 5376170) (193013, 5375450) (193286, 5375857) (193193, 5376286) (193303, 5376609) (194212, 5376140) (194910, 5375973) (194955, 5376664) (194150, 5376903) (194156, 5377174) (193913, 5377370) (192737, 5377399) (192725, 5377975) (191995, 5377770) (191449, 5378533) (190992, 5378447) (190067, 5378951) (190228, 5378384) (189551, 5378950) (189025, 5379747) (189211, 5379967) (190090, 5379599) (190519, 5379749) (191454, 5379668) (192167, 5380017) (192660, 5379774) (192952, 5380039) (193302, 5379895) (193643, 5380023) (194461, 5379941) (194053, 5380638) (194052, 5380924) (193585, 5380811) (192845, 5380983) (192620, 5381121) (192604, 5381364) (192108, 5381185) (191745, 5381546) (191339, 5381360) (190833, 5381824) (190459, 5381664) (189832, 5382502) (188879, 5382644) (188653,

5382916) (189494, 5382803) (190155,
5383020) (190552, 5382843) (191289,
5383019) (191970, 5382875) (192469,
5383025) (193023, 5382865) (193999,
5383018) (195138, 5382564) (197318,
5382122) (197146, 5381728) (197440,
5381344) (197462, 5380709) (197902,
5380946) (198510, 5380778) (198108,
5381502) (198252, 5381882) (198748,
5381951) (199146, 5382206) (199657,
5382160) (199737, 5382442) (200226,
5382916) (200432, 5382850) (200672,
5382444) (201109, 5382923) (201090,
5383083) (200786, 5383142) (200618,
5383377) (200410, 5384487) (200172,
5384142) (199684, 5384071) (199403,
5384322) (199121, 5384183) (198624,
5384377) (198561, 5383902) (197979,
5383864) (197326, 5383959) (196983,
5384189) (196785, 5383954) (195499,
5384089) (193541, 5384846) (193504,
5385208) (194410, 5385498) (194016,
5385740) (194264, 5386142) (194280,
5386583) (193586, 5386185) (193364,
5386431) (193111, 5386273) (192733,
5386473) (192177, 5385885) (191535,
5386149) (191119, 5385845) (190379,
5386008) (190373, 5386207) (190984,
5387002) (190514, 5388033) (191260,
5388668) (190776, 5388826) (190467,
5389272) (190485, 5390052) (191403,
5389700) (191381, 5390194) (191777,
5390371) (191577, 5390841) (192593,
5392318) (192964, 5392585) (192913,
5392815) (192491, 5392936) (192491,
5393319) (191984, 5393129) (191777,
5392769) (190599, 5392058) (189734,
5392343) (189367, 5392284) (189041,
5392729) (188675, 5392332) (187969,
5392595) (187626, 5392832) (187494,
5393363) (187088, 5393630) (186967,
5393942) (187523, 5394497) (187059,
5394717) (186948, 5395228) (186304,
5395086) (185969, 5395411) (185802,
5395815) (185949, 5396135) (185741,
5396332) (186035, 5396640) (185635,
5396908) (185309, 5396914) (185255,
5397062) (184655, 5397110) (184349,
5397799) (183518, 5398145) (183588,
5398369) (183164, 5398463) (183006,
5398867) (183486, 5399756) (184004,
5399903) (183297, 5400772) (183533,
5401584) (183976, 5401467) (184353,
5401668) (184836, 5401250) (185527,
5401278) (185888, 5400892) (186346,
5400818) (186792, 5400121) (186945,
5400183) (187466, 5399883) (187801,
5399933) (187076, 5400600) (187026,
5400960) (186628, 5401505) (186286,
5401713) (186425, 5402272) (185803,
5402261) (185905, 5402916) (185403,
5402761) (185029, 5403018) (184941,
5403386) (184407, 5403108) (183939,
5403313) (183940, 5403862) (184261,
5404010) (184010, 5404331) (184179,
5404890) (184076, 5405109) (184441,
5405682) (184461, 5406073) (184687,
5406235) (184374, 5406533) (184402,

5406892) (184729, 5407163) (184957,
5407781) (185480, 5408055) (186122,
5408020) (185990, 5408728) (186525,
5408959) (188333, 5408589) (188524,
5408373) (188676, 5407588) (189264,
5408254) (189486, 5408307) (191363,
5407639) (190544, 5408514) (190374,
5409190) (189981, 5409279) (189954,
5409534) (189640, 5409700) (189648,
5410027) (188984, 5409967) (187861,
5410344) (187187, 5410858) (186312,
5410840) (185602, 5410999) (185260,
5411281) (185089, 5411778) (185365,
5412297) (184990, 5412899) (185067,
5413277) (185410, 5413619) (185391,
5413863) (186194, 5414497) (186812,
5414470) (187251, 5414722) (189019,
5414980) (189638, 5415750) (190158,
5415525) (190850, 5414713) (190646,
5415283) (190887, 5416026) (191650,
5415873) (193179, 5416168).
  (v) Polygon bounded by the following
coordinates: (221712, 5434467) (245873,
5433273) (246431, 5432687) (246553,
5432083) (247460, 5431710) (247345,
5431173) (247888, 5430247) (248505,
5429746) (248858, 5429384) (249387,
5428799) (249063, 5428555) (249187,
5428103) (249428, 5427857) (249888,
5427881) (250174, 5427706) (250313,
5426593) (250932, 5426491) (251265,
5426232) (251554, 5425158) (252000,
5424829) (251823, 5424379) (251910,
5423953) (252792, 5423627) (252776,
5423468) (252137, 5423297) (252043,
5423034) (252192, 5422868) (252736,
5422806) (252157, 5421647) (252960,
5421213) (252897, 5420695) (253295,
5420118) (253106, 5419934) (252483,
5419878) (252371, 5419467) (252649,
5419058) (253288, 5418969) (253581,
5418421) (253042, 5417105) (253316,
5416955) (253066, 5417083) (254452,
5416798) (254442, 5416583) (254109,
5416498) (254030, 5416259) (254369,
5415729) (254597, 5414707) (255201,
5414515) (255065, 5413802) (254759,
5413315) (254775, 5412911) (255030,
5412527) (255594, 5412436) (255682,
5411489) (256175, 5411001) (256237,
5410328) (256730, 5410071) (257023,
5410164) (257262, 5409842) (257598,
5409821) (257844, 5409444) (258267,
5409427) (259033, 5408384) (259171,
5406044) (259519, 5405269) (259940,
5405194) (260266, 5404724) (259958,
5403219) (260062, 5406510) (260510,
5402837) (260676, 5402663) (260846,
5402202) (260734, 5401800) (261090,
5401378) (262591, 5400715) (263422,
5400713) (263908, 5400333) (264137,
5399350) (264095, 5398623) (263918,
5398285) (264429, 5397996) (264537,
5397543) (265437, 5397199) (264859,
5396551) (265306, 5396084) (265277,
5395660) (265704, 5395053) (266336,
5394446) (266404, 5393823) (267205,

5393093) (267691, 5392984) (267734,
5392750) (267472, 5392647) (267279,
5392186) (268424, 5391173) (268759,
5389989) (268441, 5389797) (267981,
5389882) (267522, 5389076) (266488,
5388998) (266248, 5388854) (266233,
5388628) (266412, 5388378) (266868,
5388230) (266998, 5387970) (266946,
5387683) (266493, 5387250) (267682,
5386923) (267576, 5386703) (267153,
5386238) (267260, 5385534) (267638,
5385305) (268433, 5385184) (269234,
5384414) (269269, 5383566) (269411,
5383323) (269327, 5382959) (269499,
5382532) (269359, 5381990) (269700,
5381684) (269835, 5381218) (270169,
5381089) (270165, 5380787) (269788,
5380532) (270083, 5379844) (269427,
5379475) (269484, 5379029) (268598,
5377800) (267786, 5377961) (267237,
5377800) (267196, 5377247) (268114,
5376511) (268380, 5375662) (268557,
5374209) (268260, 5374003) (266957,
5373829) (266213, 5373363) (265633,
5372097) (265658, 5370742) (265268,
5370082) (265277, 5369580) (263924,
5369455) (263621, 5369550) (263156,
5370295) (262506, 5370133) (261933,
5370223) (262147, 5375090) (261551,
5375347) (259870, 5374854) (259392,
5375081) (258913, 5375082) (258808,
5372668) (258413, 5372662) (258428,
5373130) (257624, 5373162) (257607,
5372719) (258003, 5372703) (257991,
5372347) (257584, 5372365) (257569,
5371964) (257172, 5371982) (257188,
5372379) (256385, 5372414) (256401,
5372815) (257201, 5372779) (257234,
5373587) (255630, 5373659) (255670,
5374464) (255268, 5374482) (255279,
5374887) (254883, 5374903) (254917,
5375707) (249133, 5375969) (249152,
5376360) (242761, 5376011) (238800,
5376117) (238673, 5376427) (237082,
5376509) (237000, 5376754) (236626,
5376990) (236405, 5377555) (236417,
5378042) (235722, 5379190) (234884,
5380076) (235199, 5386264) (230816,
5386483) (230896, 5388088) (232260,
5388021) (232241, 5388187) (231671,
5388811) (231069, 5388939) (231136,
5389369) (230589, 5389898) (230528,
5390374) (229079, 5391856) (229057,
5394637) (226796, 5396554) (226766,
5396974) (226948, 5397377) (225688,
5399257) (225299, 5400209) (225615,
5400861) (225672, 5401342) (225479,
5401533) (225573, 5402041) (225435,
5401947) (225303, 5400973) (224846,
5400644) (224528, 5400644) (224527,
5400219) (223712, 5400373) (223334,
5400713) (223472, 5400972) (223401,
5401208) (222848, 5401831) (222357,
5402329) (221741, 5402634) (221318,
5403255) (220421, 5403943) (219553,
5405188) (219284, 5405854) (218730,
5406392) (218808, 5406581) (218440,
5408478) (218014, 5409506) (218000,

5410177) (218402, 5410633) (220048,
5411458) (219614, 5411555) (218370,
5411365) (217010, 5412066) (216440,
5412691) (216134, 5413360) (216212,
5413738) (216824, 5413546) (218040,
5414058) (218434, 5414280) (218876,
5414845) (219272, 5415683) (219871,
5418305) (220136, 5418562) (220848,
5418800) (220407, 5418925) (220314,
5419269) (220967, 5419920) (221185,
5421047) (221610, 5421811) (222354,
5422445) (221734, 5422397) (221487,
5422610) (220619, 5420324) (220331,
5420000) (219563, 5419603) (218985,
5418960) (218593, 5418409) (218033,
5416922) (217429, 5415983) (217000,
5415946) (216707, 5416171) (216334,
5415716) (215510, 5415951) (215301,
5416543) (215397, 5416986) (215268,
5417848) (214837, 5418548) (215092,
5418933) (214616, 5418924) (214488,
5419310) (214463, 5420036) (214719,
5420850) (215226, 5421176) (214914,
5421627) (214861, 5422308) (213992,
5421893) (213939, 5423112) (213226,
5421932) (212506, 5422041) (212020,
5422659) (211872, 5423270) (211450,
5423449) (210982, 5424201) (211193,
5425067) (210310, 5425026) (209914,
5425266) (208018, 5427301) (207664,
5427999) (207509, 5429235) (207155,
5429574) (206991, 5430089) (207103,
5430353) (206650, 5432422) (206681,
5433356) (205964, 5435215) (221712,
5434467).

(vi) Polygon bounded by the following
coordinates: (269457, 5371783) (269786,
5371447) (269854, 5371083) (269453,
5370783) (269365, 5370196) (269677,
5369776) (270514, 5369467) (270870,
5369048) (270717, 5367427) (271258,
5366990) (272141, 5366782) (272428,
5366399) (272372, 5365999) (272094,
5365892) (271788, 5365235) (271529,
5365116) (271288, 5365261) (271066,
5364956) (269594, 5364442) (268983,
5365201) (268825, 5365775) (268239,
5366570) (267810, 5366858) (267298,
5369524) (266918, 5370662) (266995,
5370802) (266787, 5371069) (267644,
5371736) (267591, 5371745) (268105,
5372525) (268659, 5372453) (269457,
5371783).

(vii) Polygon bounded by the
following coordinates: (247372,
5433204) (247373, 5433069) (247561,
5433194) (290409, 5431217) (309103,
5430543) (308865, 5423261) (317266,
5406552) (320872, 5402670) (321867,
5400760) (322070, 5397708) (321814,
5396212) (323229, 5392963) (329640,
5375469) (334120, 5364583) (357329,
5344950) (357236, 5341628) (356476,
5342206) (356151, 5341976) (356086,
5341596) (356100, 5341196) (357172,
5339352) (357086, 5336382) (358212,
5336115) (358637, 5335663) (358855,
5335810) (359345, 5335610) (359326,
5334752) (359004, 5334470) (359304,

5333847) (359278, 5332750) (360501,
5332635) (362597, 5330637) (363942,
5328776) (364008, 5328508) (363775,
5328082) (364043, 5327116) (363692,
5326447) (363773, 5325869) (364126,
5325616) (365513, 5325464) (365664,
5324305) (366175, 5323280) (366088,
5322404) (366514, 5321646) (367397,
5321371) (368164, 5321354) (368702,
5321019) (369649, 5319812) (369870,
5319192) (370359, 5318511) (371875,
5317957) (372643, 5316635) (372779,
5314420) (373219, 5311516) (372728,
5306097) (372790, 5305390) (373107,
5304553) (373153, 5302395) (373508,
5303286) (373489, 5302151) (373178,
5301910) (372913, 5300993) (372971,
5300704) (373457, 5300138) (373261,
5291900) (372871, 5292012) (372784,
5291571) (373195, 5290062) (373010,
5289451) (372514, 5289043) (372372,
5287971) (372808, 5287610) (373170,
5287551) (373076, 5280937) (372179,
5279993) (371068, 5279537) (370143,
5280651) (370033, 5281303) (369667,
5281422) (369347, 5280832) (368885,
5278468) (368593, 5278987) (368243,
5278569) (367995, 5278627) (367566,
5277998) (367598, 5279758) (367344,
5280287) (366285, 5280725) (365944,
5280493) (365642, 5279847) (365162,
5280008) (364594, 5279747) (363385,
5281017) (361786, 5282153) (361383,
5282087) (361363, 5281781) (360723,
5281759) (360657, 5280158) (360109,
5278631) (359658, 5279297) (359266,
5281675) (359015, 5281322) (358502,
5279719) (358212, 5278207) (357768,
5278450) (357246, 5276002) (357451,
5274357) (357899, 5273225) (358336,
5272608) (359379, 5272236) (360094,
5272380) (360371, 5271348) (360586,
5271118) (360807, 5271284) (361358,
5273292) (362373, 5274030) (363469,
5273466) (364616, 5272597) (365300,
5271957) (365487, 5271544) (366398,
5270867) (367150, 5269684) (367956,
5266336) (368293, 5265690) (368712,
5266238) (369226, 5267836) (369853,
5269054) (370719, 5268690) (371669,
5268706) (372543, 5269358) (372732,
5269288) (372621, 5264952) (371828,
5265057) (371459, 5264857) (371345,
5263869) (370930, 5263798) (370662,
5263443) (370623, 5262469) (369741,
5262278) (369619, 5261931) (368729,
5261566) (368491, 5261262) (368215,
5262115) (367646, 5262586) (365339,
5262779) (364706, 5262194) (364467,
5261306) (363430, 5261281) (363108,
5261069) (363156, 5260795) (363956,
5259868) (364087, 5258961) (364884,
5258260) (365234, 5257710) (365959,
5254050) (366714, 5252999) (367124,
5251889) (367735, 5250964) (369424,
5250961) (369826, 5250862) (371418,
5250622) (372255, 5249652) (372953,
5249329) (372936, 5245451) (378334,

5245315) (378850, 5244912) (379356,
5244820) (379553, 5243443) (380061,
5242963) (380376, 5242779) (382684,
5242355) (382535, 5235613) (384799,
5235565) (385197, 5235030) (385911,
5234678) (388107, 5235500) (391127,
5235450) (391646, 5234775) (391979,
5234648) (391778, 5234288) (391689,
5233193) (391728, 5232814) (391917,
5232608) (391426, 5232395) (391403,
5232246) (392104, 5231698) (391980,
5225784) (393801, 5225745) (393695,
5216129) (399675, 5216032) (399664,
5215118) (400064, 5215112) (400059,
5214710) (401258, 5214689) (401250,
5213881) (401654, 5213874) (401642,
5213068) (402450, 5213053) (402446,
5212654) (402838, 5212643) (402824,
5211430) (401607, 5211460) (401579,
5209856) (403203, 5209814) (403188,
5209004) (402376, 5209023) (402373,
5208616) (401563, 5208638) (401555,
5208241) (399952, 5208271) (399925,
5206662) (401872, 5206629) (401849,
5205033) (401503, 5205039) (401475,
5203430) (402231, 5203418) (402214,
5201813) (401454, 5201818) (401388,
5198597) (398187, 5198655) (398202,
5199459) (397404, 5199477) (397366,
5197463) (396967, 5197478) (396963,
5197287) (395649, 5197312) (395621,
5195688) (391617, 5195764) (391527,
5184025) (390721, 5184041) (390695,
5182809) (389893, 5182822) (389896,
5183224) (389089, 5183239) (389073,
5182031) (388267, 5182044) (388260,
5181641) (390689, 5181608) (390633,
5179184) (393829, 5179129) (393804,
5177527) (395424, 5177489) (395384,
5175863) (396991, 5175832) (396954,
5174243) (400180, 5174170) (400208,
5175775) (401824, 5175748) (401831,
5176203) (402620, 5176194) (402538,
5171374) (401766, 5171386) (401705,
5167876) (402509, 5167866) (402486,
5166233) (404180, 5166216) (404172,
5165428) (407353, 5165433) (407327,
5163024) (408937, 5163035) (408932,
5159753) (402517, 5159747) (402511,
5159415) (401616, 5158785) (401368,
5158935) (400476, 5158626) (399939,
5157984) (399914, 5157517) (399619,
5157245) (398285, 5156733) (398376,
5161355) (399977, 5161327) (400073,
5166162) (388852, 5166360) (388882,
5167970) (387243, 5168014) (387278,
5169621) (385706, 5169636) (385718,
5171249) (383273, 5171292) (383300,
5172900) (382597, 5172914) (382631,
5174621) (381020, 5174646) (381049,
5176259) (379437, 5176293) (379467,
5177922) (377079, 5177981) (377084,
5178385) (376676, 5178397) (376686,
5179208) (376281, 5179218) (376324,
5182032) (375508, 5182099) (375108,
5181972) (375109, 5182855) (374710,
5182864) (374721, 5183303) (373519,
5183320) (373535, 5184516) (373187,

5184525) (373216, 5186143) (372842,
5186155) (372851, 5186569) (373224,
5186561) (373241, 5187383) (372056,
5187400) (372065, 5187810) (371661,
5187819) (371645, 5187001) (370012,
5187043) (370040, 5187832) (365154,
5187972) (365128, 5186555) (363560,
5186392) (363598, 5188007) (359843,
5188088) (359860, 5188499) (358210,
5188539) (358201, 5188139) (356605,
5188178) (356648, 5189778) (357467,
5189758) (357496, 5190963) (356678,
5190983) (356698, 5191807) (356277,
5191818) (356320, 5193429) (356736,
5193421) (356775, 5194218) (355957,
5194236) (356010, 5196243) (355209,
5196274) (355264, 5199497) (356854,
5199468) (356830, 5198670) (356031,
5198682) (356009, 5197889) (358407,
5197834) (358431, 5198634) (358835,
5198623) (358847, 5199021) (359649,
5199001) (359661, 5199398) (360064,
5199391) (360075, 5199785) (361675,
5199752) (361625, 5197725) (363280,
5197701) (363281, 5197293) (364509,
5197260) (364506, 5196458) (363700,
5196463) (363691, 5195654) (363246,
5195657) (363208, 5194049) (364848,
5194022) (364872, 5194822) (365706,
5194804) (365720, 5195620) (366525,
5195600) (366484, 5193972) (368067,
5193959) (368096, 5194773) (366991,
5194731) (369660, 5193918) (372497,
5193887) (372500, 5194285) (372909,
5194284) (372921, 5195074) (372520,
5195082) (372508, 5194682) (372104,
5194686) (372096, 5194286) (371287,
5194290) (371328, 5195499) (372932,
5195474) (372936, 5196132) (373916,
5196112) (373933, 5197073) (373127,
5197092) (373117, 5196933) (372954,
5196937) (372969, 5197499) (373758,
5197483) (373766, 5197880) (374546,
5197858) (374540, 5197462) (375336,
5197449) (375330, 5197043) (382530,
5196882) (382567, 5200115) (380969,
5200142) (381000, 5201754) (380217,
5201768) (380220, 5202161) (381008,
5202156) (381012, 5202357) (382618,
5202333) (382635, 5203342) (383009,
5203334) (383016, 5203740) (383218,
5203736) (383222, 5203939) (383829,
5204026) (383829, 5204135) (385034,
5204115) (385050, 5204919) (385850,
5204907) (385866, 5205736) (386663,
5205696) (386670, 5206098) (387475,
5206088) (387461, 5205283) (388264,
5205271) (388257, 5204869) (389463,
5204848) (389448, 5204044) (390253,
5204029) (390246, 5203627) (390648,
5203620) (390641, 5203217) (391049,
5203225) (391062, 5204022) (392262,
5203996) (392280, 5204780) (393488,
5204768) (393480, 5204366) (395079,
5204333) (395074, 5203933) (395875,
5203918) (395881, 5204319) (396279,
5204312) (396285, 5204713) (396683,
5204706) (396689, 5205107) (395090,

5205136) (395098, 5205539) (393900,
5205563) (393895, 5205161) (393495,
5205169) (393507, 5205971) (392315,
5205993) (392330, 5208010) (390723,
5208036) (390765, 5209641) (389139,
5209662) (389167, 5211269) (387554,
5211294) (387650, 5216545) (384436,
5216631) (384409, 5214981) (384007,
5214988) (384001, 5214587) (383197,
5214603) (383210, 5215404) (382854,
5215411) (382887, 5216691) (379680,
5216673) (379663, 5215439) (380851,
5215412) (380857, 5214630) (381201,
5214637) (379619, 5213036) (381201,
5213003) (381149, 5211398) (379585,
5211442) (379555, 5209826) (381148,
5209799) (381122, 5208194) (379520,
5208220) (379486, 5206614) (377887,
5206641) (377858, 5206244) (377068,
5206265) (377061, 5205059) (376264,
5205082) (376290, 5206680) (366735,
5206879) (366644, 5203634) (366215,
5203654) (365809, 5202047) (366215,
5202039) (366200, 5201237) (366599,
5201219) (366558, 5199626) (365763,
5199647) (365764, 5199767) (364374,
5200288) (363238, 5200005) (363061,
5200178) (363050, 5200939) (361684,
5200972) (361698, 5201376) (362111,
5201361) (362143, 5202570) (361734,
5202576) (361763, 5204219) (360173,
5204240) (360160, 5204644) (358575,
5204654) (358587, 5205886) (357799,
5205900) (357817, 5206694) (357014,
5206714) (357057, 5207529) (356232,
5207556) (356269, 5208763) (356666,
5208750) (356678, 5209147) (355856,
5209168) (355865, 5209581) (355470,
5209591) (355560, 5213241) (356524,
5213274) (355472, 5213537) (354934,
5214066) (355240, 5215825) (354819,
5216061) (354970, 5216534) (354831,
5217137) (353695, 5217297) (352964,
5217089) (352506, 5216670) (352333,
5215678) (351586, 5215627) (351102,
5216003) (351106, 5216894) (350812,
5217453) (350457, 5217592) (349061,
5217623) (348610, 5217391) (348518,
5217134) (348625, 5215642) (348118,
5215595) (347451, 5215908) (347238,
5217153) (346924, 5217548) (345023,
5217393) (342490, 5217575) (340183,
5219301) (339432, 5219348) (338895,
5219838) (338649, 5220422) (338712,
5220919) (338222, 5220511) (338282,
5221743) (338911, 5222323) (337830,
5222957) (337362, 5223716) (336730,
5224283) (336385, 5224150) (336381,
5223638) (336090, 5223230) (335145,
5224385) (334790, 5224499) (334426,
5224398) (334346, 5224049) (334911,
5222237) (335032, 5221345) (334789,
5221085) (334155, 5221088) (333565,
5220861) (332180, 5221748) (330892,
5223449) (330507, 5223452) (329698,
5223083) (329154, 5221682) (328489,
5221367) (327844, 5221729) (327216,
5221830) (326794, 5222574) (325050,

5222886) (319959, 5222758) (319086,
5222907) (318693, 5223222) (318953,
5223588) (318948, 5224675) (319072,
5225934) (318579, 5226319) (318410,
5226913) (317521, 5226986) (317386,
5227173) (317578, 5227777) (318172,
5228437) (318411, 5229019) (318293,
5229379) (317703, 5229863) (317447,
5230299) (317238, 5231545) (317019,
5231628) (316160, 5231402) (315508,
5231742) (315065, 5232466) (314603,
5231900) (314138, 5231692) (313293,
5230966) (312732, 5231247) (312310,
5232306) (311924, 5232321) (311788,
5232525) (311457, 5232392) (311282,
5232081) (310915, 5231973) (310550,
5232076) (309717, 5232844) (308735,
5232609) (308107, 5232709) (307945,
5233561) (308418, 5234838) (307895,
5235390) (307554, 5236335) (306050,
5237252) (305666, 5239633) (305192,
5240674) (304974, 5240774) (304527,
5240330) (304342, 5239729) (303806,
5238880) (303765, 5237989) (303409,
5236896) (303835, 5236276) (303891,
5235445) (303607, 5234736) (303917,
5234187) (303182, 5233504) (303115,
5233263) (304383, 5231685) (305054,
5229376) (306879, 5227815) (307781,
5226581) (307912, 5225321) (307283,
5224922) (306269, 5224999) (305738,
5225311) (305085, 5226526) (303825,
5227071) (305221, 5226622) (300878,
5226872) (300645, 5226476) (300970,
5226089) (303210, 5225356) (302662,
5224836) (302618, 5223948) (302130,
5222248) (303873, 5222189) (305022,
5221239) (306012, 5221433) (306128,
5220120) (308012, 5219175) (308360,
5218250) (308699, 5217958) (308994,
5217880) (309429, 5218069) (310042,
5218537) (311286, 5219957) (312152,
5220208) (313633, 5219808) (313919,
5219452) (314112, 5218452) (315503,
5217361) (315571, 5216630) (318412,
5216643) (318518, 5216512) (318602,
5215851) (317460, 5214698) (317459,
5214392) (317159, 5214035) (317176,
5213736) (316942, 5213897) (317066,
5213683) (316802, 5213236) (316862,
5212799) (316585, 5212780) (316320,
5212085) (316473, 5211911) (316293,
5211829) (316293, 5211579) (316918,
5211287) (316857, 5210256) (317035,
5210013) (317600, 5210014) (317819,
5209863) (317786, 5209519) (317578,
5209287) (317898, 5208918) (317446,
5208349) (316739, 5208817) (317311,
5208160) (316807, 5206250) (316672,
5205964) (316152, 5206147) (315818,
5205994) (315830, 5206232) (315689,
5206079) (315790, 5205827) (316193,
5205729) (316379, 5205453) (316620,
5204673) (316499, 5204371) (316205,
5204223) (316048, 5204557) (315695,
5204373) (315617, 5204477) (315824,
5204717) (315389, 5204706) (315541,
5204853) (315360, 5204888) (315550,

5205301) (315329, 5205604) (314969,
5205450) (315071, 5205203) (314728,
5204640) (315047, 5203967) (314456,
5203863) (313963, 5204432) (314002,
5203988) (313858, 5204072) (313518,
5203429) (313255, 5203537) (313260,
5203291) (313020, 5203232) (312899,
5203383) (312677, 5203357) (312746,
5203622) (312295, 5203353) (312062,
5204043) (312178, 5203636) (312051,
5203447) (311856, 5203532) (311828,
5204432) (311742, 5204176) (311007,
5203833) (310708, 5204074) (310602,
5203983) (310557, 5204222) (310826,
5204672) (310289, 5204222) (310137,
5205003) (310015, 5204463) (309807,
5204883) (309567, 5204761) (309444,
5204283) (309358, 5204794) (308992,
5204386) (308370, 5204611) (308425,
5205053) (308275, 5204440) (308056,
5205123) (308102, 5204613) (307842,
5204973) (307788, 5204751) (307648,
5204823) (307485, 5204661) (306747,
5204912) (306342, 5204256) (305848,
5204191) (305584, 5204325) (305698,
5204603) (305481, 5204523) (305387,
5204973) (305161, 5204605) (305218,
5204147) (305036, 5204100) (305036,
5203814) (304834, 5203773) (304404,
5204077) (304493, 5204365) (304724,
5204313) (304918, 5204539) (304647,
5204910) (304775, 5205147) (304347,
5205362) (304618, 5205544) (304487,
5205543) (304406, 5205864) (303927,
5205423) (303778, 5205664) (304175,
5205927) (303657, 5205903) (303478,
5206384) (303581, 5206565) (303417,
5206562) (303118, 5206884) (303298,
5206947) (303058, 5207043) (303075,
5206208) (304018, 5204149) (303955,
5204068) (303326, 5204042) (303508,
5203679) (303281, 5203553) (303748,
5203171) (303107, 5203053) (302841,
5203262) (302697, 5203023) (302578,
5203355) (302729, 5203743) (302519,
5203777) (302340, 5204044) (302155,
5203926) (302248, 5204276) (301855,
5204013) (301595, 5204272) (301455,
5204200) (301557, 5203726) (301062,
5204012) (300835, 5203743) (300573,
5204372) (300446, 5203748) (300281,
5203713) (299817, 5204252) (299783,
5203263) (299547, 5203352) (299487,
5202961) (299070, 5202973) (299122,
5202685) (298318, 5203110) (298403,
5202863) (298235, 5202921) (298017,
5202722) (298018, 5202933) (297762,
5203112) (297837, 5202852) (297697,
5202947) (297448, 5202753) (297544,
5202550) (297386, 5202183) (296876,
5202814) (296965, 5203231) (296688,
5203178) (296785, 5203442) (296639,
5203367) (296608, 5203833) (296217,
5204162) (296114, 5203962) (295996,
5204939) (296014, 5205792) (296428,
5206228) (295954, 5205995) (295888,
5205003) (296069, 5204612) (295988,
5204094) (296413, 5203734) (296349,

5203533) (296053, 5203698) (296557,
5202312) (296420, 5202271) (296333,
5201794) (296367, 5202171) (296139,
5202661) (295915, 5202407) (295319,
5202181) (294810, 5202143) (294604,
5202276) (294657, 5202111) (294513,
5202027) (294463, 5202197) (294190,
5202226) (294168, 5201946) (293428,
5202153) (293191, 5201944) (293111,
5202597) (292862, 5202847) (292942,
5202123) (292602, 5202182) (292511,
5202047) (292923, 5200709) (292825,
5200622) (291981, 5200930) (292028,
5200698) (292467, 5200330) (292309,
5200262) (291238, 5200499) (292619,
5199751) (292372, 5199506) (292265,
5198973) (291713, 5199936) (291065,
5200108) (291026, 5199659) (290578,
5199551) (290720, 5199363) (290445,
5198894) (290045, 5198768) (290099,
5198405) (289917, 5198039) (289015,
5197638) (288626, 5197563) (288550,
5197719) (288367, 5197459) (288009,
5197372) (287732, 5197427) (287672,
5198758) (286707, 5199655) (286340,
5199583) (285968, 5198921) (285395,
5198679) (284686, 5198889) (284507,
5199998) (284231, 5200222) (281751,
5198951) (279926, 5199380) (279677,
5199662) (279568, 5200286) (279811,
5201900) (279451, 5202233) (278654,
5201907) (277990, 5200674) (277513,
5200264) (276503, 5200172) (275944,
5200998) (276484, 5201614) (276301,
5202274) (276983, 5202586) (277348,
5203100) (278204, 5203288) (278405,
5203614) (278895, 5203751) (279121,
5204007) (280321, 5203737) (280683,
5203867) (282580, 5205327) (283682,
5205639) (284057, 5206147) (284135,
5206641) (283770, 5206699) (282633,
5206132) (281871, 5206049) (281437,
5205442) (280970, 5205249) (280760,
5205349) (280906, 5205706) (280758,
5205884) (280288, 5205655) (279668,
5205767) (278793, 5205592) (278178,
5205748) (277367, 5205160) (276186,
5205864) (274551, 5205781) (273683,
5205961) (273239, 5208916) (273265,
5209675) (273675, 5210144) (273394,
5211113) (272979, 5211393) (272352,
5211336) (271415, 5210938) (270605,
5210354) (269794, 5211142) (269352,
5211312) (269762, 5212364) (270681,
5213081) (271351, 5213414) (271661,
5213760) (272316, 5213902) (272722,
5213782) (272964, 5213996) (273307,
5214792) (273700, 5215142) (273729,
5215536) (274090, 5215917) (274618,
5215840) (274973, 5216127) (275335,
5216028) (275722, 5216252) (276034,
5216832) (276028, 5218365) (276271,
5218543) (276966, 5218346) (277155,
5218786) (277073, 5218987) (277901,
5219228) (278154, 5220184) (278592,
5220467) (278827, 5221235) (279234,
5221118) (279694, 5221206) (279654,
5221013) (280009, 5220428) (280372,

5220115) (281221, 5219912) (281388,
5219633) (281790, 5219500) (282199,
5218809) (282890, 5218349) (283122,
5218395) (283227, 5219071) (284062,
5219478) (284134, 5219180) (284531,
5218921) (285116, 5218974) (286245,
5219661) (287676, 5219913) (288209,
5219654) (288665, 5219065) (289532,
5218988) (290532, 5219138) (290695,
5218852) (290623, 5218172) (290845,
5217751) (291502, 5217335) (293388,
5216840) (294208, 5217286) (294178,
5218035) (293650, 5217989) (292827,
5218537) (293255, 5218994) (293376,
5219880) (292873, 5220934) (293178,
5221916) (294031, 5221979) (295176,
5221652) (295847, 5221711) (296933,
5221196) (297589, 5222457) (296993,
5223769) (296369, 5224365) (295797,
5224367) (295281, 5224586) (294975,
5225044) (294645, 5225124) (294349,
5225478) (294330, 5225935) (293977,
5226848) (293343, 5227431) (293649,
5227646) (293527, 5228110) (295163,
5228957) (295589, 5229435) (295632,
5230920) (295911, 5231690) (295399,
5232178) (294018, 5232507) (293704,
5232738) (293382, 5233375) (292822,
5233521) (292345, 5234086) (292599,
5234811) (292828, 5234867) (293463,
5235588) (293674, 5235619) (293449,
5236068) (293510, 5237405) (293322,
5237995) (293518, 5238227) (293618,
5238809) (293412, 5239166) (293598,
5239392) (293622, 5240016) (293445,
5240201) (292224, 5240317) (291878,
5241083) (291099, 5240322) (290689,
5240350) (290100, 5240663) (290143,
5241118) (289289, 5240418) (288728,
5239688) (287624, 5239401) (287343,
5239496) (286810, 5239247) (286369,
5239538) (285827, 5239509) (285393,
5239295) (284785, 5239311) (284658,
5240047) (284307, 5240080) (284212,
5240724) (283367, 5241292) (282895,
5241206) (282684, 5241421) (282559,
5242823) (282353, 5243180) (280983,
5243578) (280725, 5243902) (281302,
5244398) (281837, 5244592) (281752,
5244982) (281924, 5246272) (282312,
5246838) (282031, 5247160) (281947,
5248109) (281586, 5248983) (282008,
5249373) (281941, 5249747) (282085,
5250098) (282919, 5250350) (282893,
5250658) (283347, 5251978) (283369,
5252617) (282788, 5253716) (282405,
5254090) (281977, 5255201) (281905,
5255598) (282139, 5256085) (282108,
5256858) (281238, 5258877) (280355,
5259276) (280165, 5259595) (279038,
5260163) (279246, 5261074) (278609,
5261678) (277682, 5262220) (277898,
5262530) (278276, 5262644) (278399,
5263077) (278656, 5263227) (278383,
5264036) (278907, 5264615) (279327,
5264812) (280091, 5264652) (280514,
5264837) (280699, 5265855) (281022,
5266362) (279622, 5267102) (280098,

5267966) (279975, 5268296) (280079,
5268733) (279596, 5269242) (279833,
5269677) (280114, 5269788) (280078,
5270099) (280378, 5270522) (280329,
5271257) (280065, 5271604) (280161,
5272115) (279502, 5273395) (279887,
5274359) (279688, 5274746) (279903,
5275434) (279809, 5275734) (279443,
5275920) (278939, 5275622) (278493,
5275810) (277381, 5276975) (277557,
5278110) (277145, 5279014) (277264,
5280050) (277584, 5280380) (277253,
5280764) (277298, 5282255) (277391,
5282882) (277860, 5283433) (277308,
5284303) (277448, 5284664) (277820,
5284982) (277915, 5285347) (278523,
5285919) (278426, 5287728) (277700,
5287876) (277485, 5288219) (277574,
5288930) (277275, 5289185) (277194,
5289494) (277632, 5290844) (278386,
5291328) (278732, 5292305) (278473,
5292704) (278597, 5293392) (279999,
5293265) (280319, 5293381) (280795,
5293292) (280918, 5293420) (281034,
5295067) (280527, 5296362) (280941,
5297067) (280948, 5297500) (281230,
5298029) (281102, 5298670) (281281,
5299045) (281054, 5299461) (280944,
5301927) (280803, 5302233) (280061,
5302519) (279949, 5303143) (279418,
5303893) (279740, 5304185) (279646,
5304370) (279974, 5305440) (280931,
5305957) (281269, 5306513) (281471,
5307685) (274369, 5307875) (274426,
5309108) (274027, 5309129) (274164,
5312735) (274570, 5312720) (274604,
5313518) (274192, 5313535) (274201,
5313947) (273793, 5313961) (273801,
5314360) (274611, 5314331) (274623,
5315143) (274217, 5315156) (274057,
5316774) (273855, 5316782) (274123,
5321664) (272509, 5321735) (272641,
5324961) (278685, 5324686) (278300,
5324499) (277967, 5324001) (278039,
5323556) (277812, 5323145) (277889,
5322134) (278514, 5321369) (278303,
5321350) (278896, 5321161) (279117,
5320741) (279859, 5320201) (281236,
5318708) (281528, 5318099) (281858,
5318049) (281802, 5317703) (282036,
5317053) (283261, 5316014) (283604,
5315535) (284056, 5315362) (284026,
5315125) (284646, 5314238) (284578,
5314043) (284809, 5313416) (284658,
5313449) (284681, 5313182) (284478,
5313288) (284446, 5313159) (284775,
5312419) (283995, 5311507) (284472,
5310265) (284416, 5308676) (285176,
5309141) (285306, 5308234) (285216,
5306982) (284441, 5305830) (284698,
5304243) (285286, 5303231) (285202,
5301637) (287473, 5301794) (287677,
5303048) (291085, 5303225) (290892,
5307429) (290275, 5310032) (290250,
5311396) (289435, 5312404) (287815,
5313966) (285901, 5313113) (285594,
5313629) (285269, 5314789) (284608,
5315377) (284444, 5315726) (283410,

5316442) (283310, 5316813) (282728,
5317266) (281962, 5318865) (281606,
5319119) (281665, 5319364) (281417,
5319713) (282081, 5319684) (282345,
5326143) (280771, 5326210) (280961,
5332659) (279347, 5332733) (279415,
5336066) (277819, 5336120) (277924,
5338528) (276299, 5338567) (276362,
5340168) (275576, 5340203) (275610,
5341002) (271618, 5341104) (271819,
5345918) (270608, 5345988) (270705,
5348391) (269089, 5348466) (269169,
5350867) (268368, 5350913) (268438,
5352124) (268037, 5352151) (268061,
5352561) (267658, 5352581) (268052,
5362259) (268843, 5362234) (268860,
5362566) (269071, 5362570) (270005,
5363642) (271262, 5363564) (272276,
5363030) (273163, 5362044) (273390,
5361557) (274168, 5360912) (274110,
5360721) (274589, 5360109) (274828,
5359316) (274176, 5358790) (274289,
5358607) (275162, 5358907) (276150,
5358397) (276235, 5358194) (276721,
5358206) (276569, 5357823) (277123,
5357711) (277474, 5357436) (277389,
5357168) (277061, 5357137) (277796,
5356866) (278018, 5356871) (278489,
5356144) (278430, 5355933) (278962,
5355432) (277796, 5353894) (276518,
5353172) (276798, 5353081) (278699,
5353835) (278823, 5354324) (279468,
5354826) (279419, 5353626) (279089,
5352986) (279269, 5352456) (279363,
5353046) (279810, 5353479) (280160,
5354826) (281309, 5352905) (282040,
5352682) (282119, 5352514) (281939,
5352007) (281280, 5351289) (281154,
5350738) (280794, 5350533) (280257,
5349607) (280199, 5348880) (280426,
5347573) (280124, 5346802) (280894,
5347601) (280624, 5349520) (281495,
5350300) (281863, 5350938) (282766,
5351917) (283099, 5351712) (283026,
5352298) (283477, 5352327) (283704,
5352108) (283872, 5351509) (283736,
5351103) (283857, 5350509) (283992,
5351136) (284200, 5351092) (285825,
5350042) (286064, 5349442) (286529,
5348980) (286685, 5347600) (287217,
5347749) (287424, 5347492) (287492,
5346820) (287224, 5346613) (287461,
5346429) (286498, 5344607) (287215,
5345162) (287846, 5346185) (288084,
5346191) (288536, 5344203) (288380,
5344267) (288868, 5344776) (289132,
5344417) (289177, 5345016) (289287,
5345018) (289644, 5344549) (289687,
5344681) (290352, 5344622) (290518,
5344776) (290699, 5344659) (290878,
5344057) (291025, 5344206) (291211,
5344048) (291394, 5342719) (290992,
5341924) (291358, 5341925) (291486,
5342287) (291862, 5342408) (292173,
5341768) (292717, 5341313) (292462,
5340863) (292726, 5340953) (292947,
5340732) (293063, 5339962) (292079,
5339681) (292228, 5339573) (292109,

5338686) (292498, 5337186) (293204,
5336636) (293549, 5336085) (293191,
5335839) (293658, 5335557) (293764,
5334887) (293368, 5334247) (292579,
5334231) (290371, 5335025) (290164,
5335224) (289726, 5336383) (288503,
5337641) (288284, 5337442) (289305,
5336054) (289706, 5334993) (289466,
5334700) (289093, 5334592) (288425,
5334674) (289523, 5333901) (289732,
5334072) (290070, 5334037) (291927,
5333375) (292921, 5333233) (294322,
5333421) (295343, 5333796) (295679,
5333014) (295936, 5333004) (296161,
5332451) (296016, 5332353) (295556,
5332496) (295446, 5332031) (294703,
5331742) (295500, 5331696) (295532,
5331397) (295946, 5331401) (296340,
5330072) (296241, 5329877) (295051,
5329326) (294568, 5328880) (294273,
5328187) (293889, 5327743) (292948,
5327454) (293219, 5327225) (293906,
5327342) (294292, 5327608) (294569,
5328159) (295163, 5328767) (296093,
5329383) (296449, 5329398) (296757,
5329860) (297265, 5329966) (297327,
5330225) (297928, 5329610) (298317,
5328033) (298655, 5327831) (298646,
5327594) (299067, 5326879) (299099,
5326078) (298468, 5325035) (298172,
5323628) (297796, 5323069) (297463,
5322731) (294785, 5322310) (294615,
5322111) (297511, 5322269) (297738,
5321857) (298004, 5320188) (297502,
5320236) (298074, 5320070) (298504,
5319253) (298614, 5318946) (298305,
5318660) (298653, 5318875) (298901,
5318729) (299997, 5317625) (300030,
5317865) (299017, 5319023) (298676,
5319717) (298328, 5320511) (298206,
5321290) (298283, 5322060) (298834,
5322576) (299686, 5324344) (300278,
5324300) (300521, 5324095) (300647,
5324161) (301878, 5323668) (302197,
5323252) (302258, 5323445) (302712,
5323223) (303052, 5322955) (303074,
5322320) (303331, 5323234) (303490,
5323197) (304638, 5322549) (304684,
5322200) (305023, 5322192) (306088,
5321566) (306026, 5321370) (306456,
5320840) (306973, 5318802) (306874,
5318586) (306747, 5318649) (306194,
5318180) (306884, 5318168) (307289,
5317597) (307799, 5316142) (307588,
5315974) (307467, 5315403) (307610,
5315406) (307705, 5315916) (307992,
5315999) (308107, 5315844) (307937,
5314871) (308339, 5313515) (308838,
5312527) (308880, 5311712) (309183,
5311501) (309469, 5310692) (309404,
5310502) (309686, 5310148) (309533,
5310002) (309661, 5309643) (310111,
5309854) (309917, 5309321) (310274,
5309402) (310198, 5309255) (310357,
5308974) (310829, 5308713) (310979,
5308958) (310768, 5309351) (310817,
5309764) (311726, 5309262) (311909,
5308324) (312316, 5307638) (313742,

5306525) (313722, 5306174) (313913, 5306364) (314253, 5306195) (314531, 5306313) (314896, 5305548) (315952, 5305260) (316692, 5304655) (316994, 5304176) (317479, 5303998) (317598, 5303195) (318128, 5303219) (318432, 5302064) (318511, 5300910) (318600, 5300733) (318818, 5300785) (318721, 5300402) (318959, 5300143) (318735, 5299907) (317877, 5299963) (316719, 5299499) (315823, 5298885) (315407, 5298096) (314430, 5297707) (315024, 5297623) (315135, 5297958) (315960, 5298094) (317314, 5298876) (318256, 5299139) (318959, 5299805) (319053, 5299742) (319262, 5299347) (319287, 5298742) (319018, 5297994) (319229, 5297302) (318859, 5296270) (318904, 5295965) (319398, 5295525) (319788, 5294508) (320186, 5293959) (320131, 5293545) (320519, 5292782) (320070, 5292421) (320231, 5291764) (320217, 5292439) (320584, 5292829) (320215, 5293558) (320175, 5294145) (319835, 5294586) (319752, 5294951) (319926, 5295214) (319717, 5295045) (319377, 5295727) (318992, 5296082) (319318, 5297151) (319171, 5298281) (319499, 5298703) (319347, 5300359) (319833, 5300606) (319559, 5300669) (318729, 5301118) (318568, 5301592) (318914, 5302354) (319225, 5302206) (319350, 5301664) (319498, 5302007) (319296, 5302677) (320249, 5302419) (319650, 5302765) (319709, 5302421) (319410, 5303161) (319349, 5303586) (317805, 5305282) (317260, 5305609) (317017, 5305559) (316349, 5305864) (315393, 5306459) (315262, 5306863) (314706, 5307356) (313801, 5307777) (313849, 5308096) (314029, 5308183) (313710, 5308398) (313779, 5308703) (313471, 5309134) (313366, 5308393) (313143, 5308323) (312626, 5309320) (312680, 5309706) (312929, 5309701) (312688, 5310304) (313064, 5310230) (313131, 5310514) (313439, 5310356) (312788, 5311236) (313856, 5311876) (314176, 5312282) (314400, 5312160) (315437, 5312553) (316409, 5312210) (317326, 5312230) (317787, 5312069) (317885, 5311460) (318742, 5311044) (319516, 5310927) (319649, 5310539) (319688, 5310744) (321225, 5310529) (319683, 5311161) (318922, 5311175) (318244, 5311616) (318134, 5311550) (318168, 5312103) (318337, 5312135) (317750, 5312555) (316847, 5312877) (316800, 5312970) (317299, 5313031) (317183, 5313245) (315974, 5314054) (315739, 5313791) (315605, 5314264) (315407, 5313769) (315539, 5313551) (314748, 5313608) (314608, 5314248) (314160, 5314580) (314303, 5314810) (314223, 5315090) (313742, 5315407) (313641, 5315668) (312823, 5316163) (313020, 5316480) (312945, 5316735) (314209, 5317148) (314488, 5317439) (314504,

5317700) (314164, 5317236) (312891, 5316874) (312779, 5316482) (311963, 5316335) (311658, 5316528) (311610, 5317177) (311511, 5316788) (311003, 5316908) (310652, 5317615) (310245, 5317963) (309000, 5318231) (310365, 5319270) (311043, 5320392) (311294, 5321300) (310910, 5320364) (310314, 5319656) (309511, 5319093) (309062, 5318884) (308891, 5318956) (308551, 5319964) (308092, 5320490) (308041, 5320808) (308178, 5320873) (307918, 5321440) (308039, 5321958) (307644, 5322584) (307591, 5323030) (307352, 5323020) (306955, 5323327) (306660, 5323716) (306114, 5324090) (306120, 5324201) (305711, 5324232) (305662, 5324440) (305295, 5324562) (304936, 5325023) (304867, 5325625) (303135, 5326311) (302807, 5326582) (302714, 5326779) (302828, 5326993) (303063, 5326983) (302840, 5327195) (302627, 5327082) (302548, 5327527) (302799, 5327645) (303013, 5327532) (302484, 5327769) (302280, 5328559) (302583, 5329298) (301924, 5329520) (301544, 5330312) (301315, 5330232) (300836, 5330469) (301439, 5330529) (301049, 5331151) (300756, 5331199) (300715, 5331459) (299882, 5332489) (299973, 5332662) (300185, 5332564) (299789, 5332742) (299515, 5333945) (299520, 5334074) (299911, 5334186) (299533, 5334289) (299050, 5335300) (299010, 5335493) (299730, 5335445) (299940, 5335566) (300157, 5335996) (300419, 5336140) (299975, 5336094) (299660, 5336374) (298936, 5336262) (298609, 5336454) (298029, 5336377) (297484, 5336818) (296418, 5338348) (296624, 5338641) (296304, 5338537) (295324, 5339440) (295234, 5340102) (295410, 5340183) (295595, 5340846) (295888, 5340095) (296738, 5339377) (296924, 5339556) (297388, 5339345) (297630, 5339467) (297914, 5339227) (298393, 5339673) (298259, 5339769) (298011, 5339510) (297262, 5340119) (296577, 5341522) (296659, 5342082) (296938, 5342199) (296087, 5342766) (295862, 5343729) (295703, 5343737) (295298, 5344191) (294797, 5345066) (294254, 5345613) (294387, 5345943) (293850, 5346989) (294000, 5346935) (294045, 5347249) (294395, 5347294) (294030, 5347873) (293102, 5348721) (292926, 5349231) (293098, 5349436) (292748, 5349572) (293068, 5349671) (292318, 5349938) (291764, 5350349) (291720, 5350699) (292085, 5350782) (292069, 5351053) (292510, 5351263) (292593, 5352046) (293354, 5352262) (292596, 5352488) (292143, 5353079) (291928, 5353132) (291539, 5354587) (291269, 5354444) (291111, 5354564) (290696, 5355102) (290776, 5355429) (290542, 5355428) (290219, 5355788) (289978,

5354975) (290067, 5354095) (289890, 5354038) (289979, 5353686) (289723, 5353040) (289859, 5352514) (289207, 5351809) (288804, 5351827) (288166, 5352249) (287579, 5353238) (286749, 5353414) (286256, 5353719) (286260, 5353918) (286500, 5353957) (285935, 5354095) (286061, 5354646) (286409, 5355024) (286317, 5355159) (285296, 5355425) (285539, 5354521) (285259, 5354527) (283929, 5355592) (283889, 5355759) (284058, 5355756) (283859, 5356164) (283965, 5356319) (283020, 5357439) (283862, 5357736) (284556, 5357362) (284969, 5357986) (284519, 5358250) (284862, 5358781) (285275, 5358817) (285239, 5359210) (285494, 5359334) (286578, 5359593) (286919, 5359508) (286949, 5359296) (287879, 5359087) (288306, 5358831) (288494, 5358189) (288819, 5358442) (289274, 5358082) (288666, 5358884) (289020, 5359087) (288565, 5359298) (288352, 5359679) (288360, 5360382) (288073, 5360767) (288132, 5360661) (287660, 5359830) (286981, 5359820) (286946, 5360039) (286183, 5360017) (286139, 5360173) (286408, 5360782) (287012, 5361362) (287006, 5361032) (287236, 5361576) (287039, 5361426) (287008, 5361645) (286778, 5361586) (286413, 5361253) (286178, 5361397) (286229, 5360999) (285811, 5360588) (286553, 5359917) (285059, 5359777) (284575, 5359417) (284277, 5359477) (284122, 5358987) (283360, 5358727) (283533, 5360343) (283810, 5360449) (283246, 5361695) (283513, 5362777) (284514, 5363887) (284762, 5363946) (285182, 5363707) (285542, 5363167) (285323, 5363943) (284757, 5364264) (283650, 5365777) (283648, 5365387) (284183, 5364584) (284156, 5363973) (283222, 5363196) (282747, 5363477) (282606, 5363429) (282658, 5363207) (282058, 5363137) (282822, 5362916) (282898, 5362716) (282401, 5361879) (281579, 5361935) (281792, 5361487) (281984, 5361586) (282599, 5361271) (282599, 5360765) (281999, 5360468) (282030, 5360223) (282346, 5360226) (282599, 5360008) (282536, 5359576) (281930, 5359410) (281989, 5358910) (281168, 5358952) (280349, 5360322) (280530, 5360496) (280439, 5360858) (280169, 5361069) (280559, 5361129) (280471, 5361309) (280264, 5361310) (279497, 5361978) (279390, 5362644) (279944, 5362732) (279584, 5363668) (280018, 5363959) (279901, 5364194) (280055, 5364367) (280644, 5364529) (280343, 5364703) (280534, 5364969) (280244, 5365161) (280331, 5365900) (279790, 5365554) (279818, 5365195) (279589, 5364725) (279212, 5364543) (278870, 5364644) (278820, 5364829) (278994, 5364978) (278760, 5365282) (278703, 5366595) (278424, 5367305) (278775,

```
5368174) (278490, 5368592) (278620,
5368900) (278444, 5368972) (278465,
5369210) (279776, 5370196) (279959,
5371204) (280688, 5372472) (279920,
5373312) (279061, 5373597) (279052,
5374099) (280186, 5375224) (280187,
5376154) (281199, 5375989) (281900,
5375546) (282272, 5375841) (282512,
5376323) (283416, 5376321) (283915,
5375831) (284426, 5375989) (284580,
5375478) (285034, 5375220) (286146,
5375331) (286630, 5375599) (287379,
5375029) (287891, 5375111) (288952,
5374879) (289337, 5374402) (289925,
5374325) (290476, 5373995) (290832,
5373397) (291253, 5373235) (291378,
5372770) (292028, 5372022) (292104,
5371453) (292707, 5370965) (292910,
5370370) (292449, 5369177) (293117,
5368267) (293472, 5367397) (295177,
5367270) (296099, 5366591) (297776,
5366614) (298077, 5366494) (298447,
5366079) (298637, 5366060) (298651,
5365618) (299044, 5365394) (299314,
5364753) (299678, 5364543) (299693,
5364045) (299944, 5363753) (299892,
5363354) (300240, 5363465) (300464,
5363216) (300790, 5363372) (300981,
5363096) (301409, 5363047) (301207,
5362582) (301525, 5362213) (301496,
5361400) (301749, 5361410) (301887,
5361882) (302119, 5361898) (302276,
5361599) (302137, 5361148) (302216,
5360846) (302959, 5360877) (303094,
5360240) (303079, 5360188) (304361,
5359539) (304022, 5359288) (304380,
5359026) (304167, 5358782) (304262,
5358037) (304496, 5357622) (304267,
5357017) (304318, 5356701) (304784,
5355712) (305047, 5355907) (305321,
5355842) (305289, 5355629) (305002,
5355490) (305118, 5355322) (305339,
5355337) (305230, 5354986) (305749,
5354713) (306514, 5353583) (306226,
5353051) (306639, 5352865) (306847,
5352281) (307233, 5352221) (307582,
5351566) (307331, 5351052) (306908,
5350984) (306629, 5350697) (306764,
5350304) (306685, 5349503) (306954,
5349156) (307466, 5348954) (308070,
5349047) (308292, 5348528) (308660,
5348531) (308753, 5348020) (309097,
5347889) (308834, 5346779) (309343,
5346623) (309061, 5346144) (309137,
5345736) (309387, 5345449) (309467,
5345643) (309287, 5346029) (309449,
5345983) (309384, 5346296) (309535,
5346720) (309369, 5346761) (309508,
5346944) (309105, 5348073) (308159,
5349186) (307242, 5349217) (306929,
5349574) (307438, 5350323) (307359,
5350565) (307734, 5350596) (306403,
5350176) (309554, 5350881) (308790,
5350613) (308419, 5350628) (307949,
5350958) (307320, 5350845) (307583,
5351106) (307860, 5351136) (307680,
5352097) (307533, 5352132) (306780,
5353481) (307233, 5353994) (307224,

5354216) (307645, 5354364) (307986,
5354951) (308755, 5354903) (309710,
5355166) (311353, 5356568) (311975,
5357498) (311026, 5357108) (309482,
5355666) (307196, 5355217) (306718,
5354869) (306188, 5354959) (305896,
5355426) (305728, 5356231) (305840,
5357197) (306150, 5357317) (305072,
5359147) (303887, 5360374) (304389,
5360991) (305003, 5361222) (305804,
5361922) (304609, 5361243) (304296,
5361188) (304245, 5361395) (304141,
5361086) (303593, 5360647) (301877,
5363498) (301274, 5363840) (300539,
5364973) (300768, 5365198) (301781,
5365540) (304829, 5365658) (305549,
5365567) (306298, 5365070) (306922,
5364866) (308523, 5364817) (309749,
5365236) (309657, 5365327) (310225,
5365597) (309366, 5365439) (309151,
5365221) (307777, 5365307) (306980,
5365479) (305008, 5366560) (303092,
5366646) (302099, 5366857) (301820,
5366767) (300921, 5367057) (301052,
5367220) (300809, 5367254) (301002,
5367439) (302193, 5368090) (302438,
5368422) (302493, 5368680) (302127,
5368217) (300941, 5367826) (300329,
5367367) (300294, 5367152) (299798,
5367092) (299087, 5367216) (298752,
5367007) (298647, 5367216) (298448,
5367128) (298409, 5367487) (298156,
5367257) (297692, 5367487) (297867,
5366913) (296963, 5367009) (296604,
5367407) (296436, 5367833) (296516,
5367989) (296125, 5368396) (296284,
5369142) (296613, 5369287) (296940,
5369074) (296935, 5369313) (297119,
5369347) (297120, 5369800) (297659,
5370157) (296256, 5372120) (302594,
5375136) (302974, 5375765) (303383,
5376088) (303509, 5376727) (304027,
5377587) (305950, 5379481) (306869,
5380031) (306765, 5380129) (307019,
5380200) (306784, 5380257) (307013,
5380348) (306641, 5380476) (306117,
5379917) (305451, 5379572) (305025,
5378856) (304020, 5378473) (303329,
5377358) (303131, 5376523) (302351,
5375756) (301049, 5375377) (299765,
5374472) (298435, 5373784) (298049,
5373727) (297952, 5373328) (297179,
5372918) (296560, 5372242) (295815,
5371892) (295355, 5371916) (295310,
5371780) (294492, 5371478) (293768,
5371776) (293637, 5371116) (293121,
5370967) (292919, 5371182) (293081,
5371499) (292940, 5371603) (293009,
5372023) (292879, 5372274) (292649,
5372227) (292560, 5372696) (293161,
5373025) (293196, 5373265) (291792,
5374354) (291516, 5374751) (291640,
5375057) (292666, 5375572) (293429,
5375647) (294209, 5375947) (295259,
5376546) (295769, 5377238) (296699,
5377837) (298210, 5379232) (299549,
5381438) (297572, 5379579) (296565,
5378812) (295676, 5378436) (295139,

5377958) (294469, 5376895) (293824,
5376662) (293241, 5376792) (292466,
5376698) (292173, 5376920) (291744,
5376363) (290787, 5376188) (290300,
5376409) (290006, 5376127) (289813,
5376341) (289226, 5376367) (288599,
5376730) (288652, 5377257) (288179,
5377812) (288302, 5378266) (288864,
5378126) (288873, 5378503) (289147,
5378497) (289386, 5378248) (289749,
5378410) (289429, 5378446) (289349,
5378623) (289349, 5379025) (289560,
5379269) (288958, 5379216) (288595,
5379404) (288570, 5379669) (289661,
5381006) (289897, 5381141) (290639,
5381136) (290248, 5381326) (290226,
5382343) (290827, 5383177) (290302,
5382964) (289920, 5382550) (289581,
5381548) (289382, 5381498) (289000,
5381797) (289132, 5381471) (288514,
5380650) (287937, 5380145) (287577,
5380392) (287696, 5380622) (287202,
5381826) (287159, 5380941) (287015,
5380728) (286588, 5380852) (286592,
5380550) (286139, 5380156) (286738,
5379536) (285588, 5379538) (285688,
5379277) (286311, 5378874) (286592,
5379067) (287054, 5378690) (286619,
5378052) (287000, 5377072) (287039,
5376128) (285056, 5375798) (284881,
5376173) (284466, 5376483) (284005,
5376318) (283799, 5376700) (282958,
5376669) (282901, 5377057) (282420,
5377299) (282416, 5377301) (282420,
5377500) (282209, 5377431) (281430,
5377839) (280742, 5377294) (280377,
5377238) (280085, 5377534) (280158,
5378468) (280879, 5379559) (282510,
5380538) (282822, 5381086) (283422,
5381414) (284160, 5381128) (284098,
5381379) (283907, 5381414) (283920,
5381829) (284460, 5381647) (284669,
5381876) (284309, 5382190) (286280,
5383971) (287909, 5386208) (288490,
5386667) (288629, 5387230) (288931,
5387468) (289119, 5387966) (289589,
5388055) (289298, 5388240) (289232,
5388509) (289598, 5389683) (289499,
5389751) (290341, 5391110) (291353,
5392178) (291509, 5392960) (291980,
5393864) (292849, 5394727) (292952,
5394817) (293955, 5394159) (294766,
5392553) (295202, 5392207) (294542,
5392216) (294629, 5393585) (294358,
5394460) (294478, 5394864) (294115,
5394788) (293109, 5395803) (293011,
5397336) (293590, 5397906) (294060,
5397958) (294902, 5398358) (295674,
5399016) (296614, 5399533) (298049,
5400001) (297658, 5400098) (297568,
5400293) (297510, 5401568) (297153,
5401888) (296736, 5402000) (296396,
5402715) (295938, 5403073) (294206,
5403699) (292841, 5404552) (292911,
5405273) (293671, 5406128) (293580,
5406267) (293730, 5406608) (293459,
5406489) (292671, 5405296) (292380,
5405244) (292336, 5404577) (291801,
```

**8684**   **Federal Register**/Vol. 74, No. 36/Wednesday, February 25, 2009/Rules and Regulations

5404470) (291505, 5404571) (289114, 5406546) (288153, 5406968) (288084, 5406625) (288238, 5406488) (291179, 5404298) (291547, 5403763) (292602, 5403121) (292919, 5402733) (292799, 5402466) (293382, 5402727) (295152, 5402427) (295952, 5402021) (296537, 5401425) (296669, 5401037) (296519, 5400788) (294554, 5399353) (293255, 5398845) (292763, 5398432) (291011, 5394672) (291345, 5394525) (290761, 5392962) (290108, 5392868) (288615, 5391860) (287315, 5391387) (285702, 5390213) (284712, 5388478) (284445, 5387411) (283808, 5386500) (282686, 5385254) (280950, 5384078) (280395, 5383127) (279621, 5382991) (279098, 5382491) (278624, 5381624) (278564, 5380396) (278038, 5380142) (277888, 5379362) (278185, 5378795) (277633, 5378600) (277709, 5378433) (277076, 5377746) (276264, 5377721) (275682, 5378205) (275497, 5378646) (274589, 5379185) (274770, 5378885) (274739, 5378344) (275091, 5378185) (275159, 5377686) (274452, 5376493) (274797, 5375272) (274514, 5375032) (274282, 5375111) (273667, 5375861) (273625, 5376547) (273313, 5376457) (273059, 5376999) (272609, 5377388) (272602, 5376727) (272279, 5377205) (272671, 5378209) (272595, 5378617) (271613, 5377568) (270689, 5378370) (270838, 5379178) (270451, 5378918) (270268, 5378981) (270274, 5379276) (270610, 5379798) (270779, 5380808) (270563, 5382514) (270659, 5382613) (270387, 5382608) (270198, 5382368) (270028, 5382937) (270479, 5383349) (269940, 5384558) (269308, 5385130) (268260, 5386505) (267172, 5388656) (268053, 5389034) (268286, 5389508) (269011, 5389793) (269177, 5389707) (269605, 5389918) (269173, 5389173) (270886, 5389916) (277608, 5390270) (279236, 5390668) (279759, 5391127) (279501, 5391620) (278905, 5391517) (276869, 5391608) (276475, 5391246) (276290, 5391249) (275481, 5392017) (275429, 5392181) (275809, 5392417) (275767, 5393080) (275887, 5393238) (275578, 5393289) (275427, 5393654) (275489, 5394338) (275909, 5394758) (276240, 5394849) (276330, 5394728) (276869, 5395064) (276239, 5395150) (276629, 5396081) (276872, 5396330) (277348, 5396455) (277106, 5396573) (276669, 5396421) (275848, 5395777) (275038, 5395447) (274799, 5395569) (274689, 5395219) (274319, 5395389) (274284, 5395039) (273696, 5395358) (273652, 5394998) (273234, 5394514) (272558, 5394921) (272372, 5394727) (272131, 5394732) (271967, 5394353) (271579, 5394070) (271468, 5394220) (271559, 5394968) (273005, 5397202) (274050, 5398418) (273568, 5398329) (273425, 5398672) (273673, 5399495) (273600,

5399802) (273779, 5400011) (273597, 5400008) (272931, 5399174) (272348, 5399558) (272157, 5399227) (271639, 5399131) (271738, 5398528) (271368, 5398049) (271256, 5397449) (270567, 5396797) (270317, 5396795) (269776, 5397161) (269457, 5397673) (269461, 5398256) (268865, 5398621) (268316, 5398359) (267510, 5398929) (267304, 5398899) (266902, 5399347) (266910, 5399742) (267326, 5400816) (267834, 5401417) (268799, 5401838) (269060, 5402182) (269742, 5402394) (270542, 5402891) (270922, 5403395) (272309, 5404058) (272994, 5404115) (274981, 5405229) (276474, 5405613) (278191, 5406698) (279624, 5408017) (280200, 5409578) (280203, 5410232) (280076, 5410418) (279814, 5410213) (279753, 5409584) (279662, 5409429) (279583, 5409651) (279149, 5408468) (277812, 5407417) (275609, 5406669) (275518, 5406517) (273283, 5405633) (272843, 5405285) (270388, 5404509) (269264, 5403608) (268258, 5403189) (267707, 5402763) (267111, 5402704) (266621, 5402453) (265703, 5401246) (265526, 5401239) (265111, 5401490) (264337, 5402150) (264239, 5402530) (264493, 5403279) (265411, 5403430) (266539, 5404827) (266970, 5405768) (266945, 5406097) (266609, 5405346) (266221, 5404989) (266157, 5405441) (265824, 5405319) (265311, 5405392) (264919, 5405176) (264701, 5405337) (264491, 5404915) (263970, 5404537) (263231, 5404336) (262888, 5405231) (262920, 5406005) (262729, 5406060) (260963, 5409111) (261012, 5409539) (261961, 5410179) (262902, 5411352) (263647, 5411528) (263773, 5411847) (263730, 5412089) (263607, 5412128) (263127, 5411589) (262917, 5411738) (262422, 5411383) (262233, 5411448) (261740, 5410772) (261168, 5410472) (260999, 5410632) (261137, 5410899) (260594, 5410544) (260426, 5410301) (260126, 5411386) (260053, 5412218) (260268, 5412477) (260088, 5412610) (259589, 5413361) (259810, 5413663) (259284, 5413600) (258417, 5414549) (258756, 5415995) (259304, 5416944) (258655, 5416448) (258343, 5415861) (257939, 5416064) (257750, 5415853) (257640, 5416367) (257852, 5416538) (257377, 5416827) (257396, 5416264) (256996, 5416293) (256556, 5416935) (256155, 5418640) (255142, 5420069) (255481, 5420858) (255329, 5421009) (254837, 5420859) (254428, 5421731) (254148, 5421905) (254001, 5421820) (253467, 5422396) (253433, 5422792) (253708, 5423219) (253590, 5423507) (253810, 5423560) (253863, 5422292) (254382, 5425235) (254660, 5425333) (254725, 5425549) (254546, 5425414) (254640, 5425386) (254314, 5425313) (253888, 5424879) (253533, 5424219) (253200,

5424426) (253410, 5424997) (253337, 5425328) (252834, 5424519) (252180, 5424878) (251880, 5425475) (252044, 5426033) (251759, 5425845) (251861, 5427788) (251687, 5427449) (251668, 5426674) (251453, 5426409) (251229, 5426966) (251252, 5427549) (251015, 5427668) (250973, 5428059) (251166, 5428965) (251924, 5430593) (251495, 5430382) (250738, 5428827) (250176, 5428390) (250245, 5429947) (250110, 5429607) (250197, 5429195) (249858, 5429170) (249589, 5429783) (249556, 5430536) (249302, 5430159) (248371, 5431627) (248359, 5431927) (248069, 5431952) (247988, 5432381) (247711, 5432437) (247231, 5433003) (247219, 5433212) (247372, 5433204), excluding the island polygons bounded by the following coordinates: (289728, 5296719) (287436, 5297700) (285628, 5297666) (286024, 5294148) (285732, 5291528) (285682, 5288116) (286591, 5288133) (286606, 5287337) (286973, 5285979) (289243, 5280109) (290182, 5278535) (291698, 5276517) (291954, 5275043) (291861, 5273905) (292665, 5273465) (293262, 5271998) (293071, 5270061) (294239, 5268378) (295509, 5267378) (296804, 5265015) (297875, 5262534) (298201, 5257310) (298100, 5256625) (298921, 5255277) (299400, 5254035) (299537, 5252787) (301306, 5255435) (303208, 5257063) (303528, 5258206) (302400, 5257730) (301508, 5256804) (299903, 5257455) (300216, 5258940) (299920, 5262572) (300583, 5263608) (299151, 5267220) (296826, 5275931) (294813, 5280214) (294077, 5283043) (293565, 5286103) (293435, 5293036) (291919, 5295055) (289728, 5296719).

(viii) Polygon bounded by the following coordinates: (326871, 5210120) (327424, 5209899) (327295, 5209641) (327488, 5209523) (328236, 5209476) (328997, 5209807) (329431, 5209438) (330142, 5209852) (330788, 5209174) (331487, 5209014) (331418, 5207714) (331705, 5207425) (332150, 5207259) (332509, 5208096) (332990, 5208145) (333602, 5207675) (333839, 5207184) (334566, 5207011) (334800, 5206680) (335436, 5206304) (335664, 5206282) (335773, 5206900) (336698, 5206851) (337026, 5206509) (337182, 5206057) (337652, 5205999) (339219, 5204579) (338270, 5204452) (338378, 5202256) (338777, 5202555) (339018, 5202445) (338860, 5201497) (338506, 5201615) (338404, 5201416) (338806, 5200500) (339318, 5200343) (339056, 5199944) (339093, 5199623) (339606, 5199216) (340049, 5198272) (339423, 5196824) (337813, 5196477) (337387, 5196235) (337028, 5195697) (337429, 5195494) (337987, 5195465) (340078, 5196167) (341546, 5195996) (342161,

5196156) (341894, 5195705) (340373,
5195393) (339781, 5195118) (339351,
5194748) (338074, 5192733) (336664,
5191832) (337701, 5191686) (338855,
5192481) (340309, 5192259) (340985,
5192328) (342117, 5193289) (342857,
5194286) (344480, 5195538) (345485,
5195151) (345197, 5194854) (345325,
5194417) (344883, 5193614) (343523,
5192265) (342396, 5191482) (342219,
5189728) (341160, 5189555) (341840,
5188464) (341997, 5187287) (343361,
5185678) (343434, 5183343) (343883,
5182132) (343578, 5181248) (343558,
5180535) (343768, 5179878) (344841,
5178317) (346229, 5177538) (343613,
5177563) (340338, 5175860) (338988,
5175747) (338002, 5175928) (336332,
5177086) (334682, 5177555) (335281,
5176288) (334989, 5175850) (333748,
5175542) (332764, 5174920) (331752,
5174630) (330840, 5173381) (327612,
5172007) (327162, 5172722) (324259,
5175167) (323118, 5175710) (322244,
5175774) (321621, 5176187) (321407,
5175875) (321146, 5176231) (320691,
5176117) (320517, 5175929) (320605,
5175613) (320225, 5175485) (320356,
5175211) (320080, 5174566) (319807,
5174611) (319554, 5175306) (318742,
5175661) (318140, 5175605) (317880,
5176202) (317714, 5175608) (316986,
5175467) (316795, 5175631) (316797,
5175388) (315957, 5175213) (315775,
5174818) (315053, 5174523) (314962,
5174716) (314753, 5174673) (313918,
5175213) (313025, 5174959) (312751,
5175139) (312740, 5175531) (312662,
5175365) (311909, 5175577) (311638,
5175404) (311465, 5175495) (310796,
5175333) (310924, 5176037) (310816,
5175684) (310294, 5175491) (309967,
5175166) (309778, 5175425) (309392,
5175455) (309113, 5175883) (308884,
5175723) (308857, 5175949) (308568,
5175954) (308557, 5176499) (308348,
5176879) (307650, 5176641) (307902,
5177411) (307052, 5176774) (307130,
5177171) (306664, 5177157) (307003,
5178407) (306322, 5177602) (305458,
5177915) (305148, 5177736) (304944,
5178125) (304778, 5178125) (304753,
5178767) (304416, 5178272) (304062,
5179052) (303866, 5178751) (303684,
5178693) (303553, 5178829) (302694,
5178412) (302848, 5179756) (303062,
5180112) (303055, 5180452) (303307,
5180536) (303211, 5180861) (304377,
5181843) (305067, 5182074) (304765,
5182172) (303682, 5181477) (303454,
5181367) (303308, 5181466) (302696,
5180822) (301588, 5181604) (301558,
5181461) (302489, 5180455) (302512,
5179735) (302303, 5179382) (302098,
5179448) (302277, 5179215) (302217,
5178539) (301858, 5178536) (302059,
5178343) (301886, 5178093) (301596,
5178440) (301017, 5178754) (300776,

5178453) (300528, 5178629) (300576,
5178488) (300326, 5178302) (300088,
5178576) (300176, 5178932) (299957,
5178612) (299608, 5178873) (298965,
5178774) (298763, 5179202) (298703,
5178888) (298288, 5179053) (298109,
5178977) (298078, 5179232) (297626,
5179083) (297114, 5179442) (296424,
5179173) (296246, 5179122) (296715,
5179053) (295965, 5179181) (295767,
5178781) (295176, 5178479) (294655,
5178513) (294351, 5178670) (294178,
5178984) (294468, 5179552) (294655,
5179773) (294307, 5180061) (295131,
5180299) (296157, 5180194) (295888,
5180433) (295536, 5180426) (295491,
5180610) (295254, 5180493) (294925,
5180643) (294929, 5180824) (294684,
5180795) (294687, 5180520) (294501,
5180490) (294057, 5180490) (293658,
5180771) (293641, 5181131) (293970,
5181447) (294147, 5182085) (293981,
5182458) (294657, 5182534) (294414,
5182533) (293723, 5182955) (293668,
5183222) (293470, 5183322) (293562,
5183598) (293940, 5183672) (294118,
5183551) (294261, 5183700) (294440,
5183565) (294679, 5183882) (294888,
5183733) (295066, 5183965) (295738,
5183912) (296727, 5184084) (296128,
5184453) (295734, 5184440) (295588,
5184633) (295386, 5184453) (295192,
5184634) (294840, 5184551) (294688,
5184993) (294349, 5184651) (293627,
5184784) (293746, 5184959) (293366,
5185127) (293548, 5185549) (293188,
5185362) (293509, 5186042) (292673,
5185502) (292078, 5185893) (291576,
5185921) (291921, 5186700) (292613,
5187032) (291717, 5186942) (291084,
5186130) (290519, 5186413) (290531,
5186882) (290364, 5186639) (290098,
5186581) (289162, 5187063) (289203,
5187301) (288988, 5187498) (289377,
5187724) (289173, 5187789) (289750,
5188663) (291088, 5188892) (291463,
5189207) (290932, 5189003) (290187,
5189282) (290149, 5189522) (289858,
5189191) (289544, 5189157) (289485,
5188968) (288867, 5188623) (288428,
5187846) (288230, 5187717) (288088,
5188035) (288638, 5188392) (288927,
5189433) (289437, 5189896) (289057,
5189874) (288753, 5190107) (288718,
5190365) (288589, 5190303) (288715,
5189577) (288565, 5189354) (288417,
5189434) (288312, 5189047) (288189,
5189114) (288049, 5188893) (287853,
5188981) (287572, 5188473) (287037,
5189166) (286798, 5189188) (286909,
5189642) (286485, 5189463) (286436,
5189620) (286238, 5189608) (286422,
5190237) (285983, 5190244) (285869,
5190538) (286044, 5191193) (286290,
5191323) (285907, 5191355) (285823,
5191572) (285470, 5191173) (285250,
5191924) (284542, 5191925) (284352,
5192341) (284052, 5192261) (283708,

5193033) (283587, 5192818) (283180,
5192953) (282778, 5193389) (282896,
5193769) (282559, 5193633) (281788,
5194469) (282359, 5194556) (282317,
5194956) (282535, 5195042) (282920,
5194773) (283114, 5195107) (283349,
5195145) (283380, 5195607) (283744,
5195645) (283534, 5196055) (284053,
5196362) (285092, 5196404) (286190,
5196812) (286235, 5196435) (286467,
5196181) (286635, 5196130) (286559,
5196520) (286717, 5196511) (287173,
5196253) (287676, 5196391) (287850,
5196044) (288493, 5195988) (288270,
5196375) (288372, 5196614) (288994,
5196610) (289490, 5196990) (290152,
5196959) (290601, 5197411) (291373,
5196797) (291058, 5197822) (292161,
5197778) (292616, 5197532) (293381,
5198282) (294214, 5198445) (294747,
5198315) (294598, 5198134) (294823,
5198069) (294809, 5197800) (295185,
5198102) (295436, 5198024) (295349,
5197591) (295144, 5197395) (295379,
5197264) (294942, 5196828) (295613,
5197036) (295655, 5196912) (295378,
5196620) (295557, 5196530) (295171,
5195797) (294806, 5195613) (294928,
5195432) (294849, 5195115) (294568,
5194924) (294687, 5194893) (294613,
5194428) (295040, 5195307) (295448,
5195453) (296487, 5194681) (296879,
5194771) (296924, 5194921) (297230,
5194877) (297898, 5194379) (298075,
5194393) (297583, 5193738) (298183,
5194141) (298724, 5194292) (298586,
5193542) (299016, 5193162) (298904,
5192631) (299232, 5192784) (299232,
5192470) (299508, 5192651) (299593,
5192357) (299999, 5192645) (300503,
5192557) (300867, 5191960) (300829,
5191752) (300326, 5191536) (300624,
5191535) (300854, 5191053) (301647,
5191236) (301531, 5190798) (301736,
5190667) (302006, 5189523) (302060,
5190463) (302506, 5191050) (302683,
5191098) (302675, 5190858) (303196,
5192009) (304201, 5192937) (304186,
5193308) (304495, 5194886) (302923,
5195325) (303480, 5195244) (304999,
5193718) (306222, 5192979) (302821,
5191603) (308490, 5191456) (307769,
5192882) (307081, 5193694) (306593,
5194845) (307653, 5194590) (307337,
5195091) (307424, 5195459) (309864,
5197250) (310588, 5198161) (311168,
5197569) (311434, 5197535) (311847,
5197753) (312469, 5198628) (312970,
5199711) (313140, 5201050) (313986,
5201443) (314550, 5201917) (315607,
5202047) (316121, 5201947) (316723,
5201679) (317038, 5201161) (317823,
5200883) (318283, 5201038) (318903,
5201781) (319024, 5203075) (318926,
5203755) (320073, 5204935) (320340,
5205634) (320752, 5205764) (321254,
5205615) (322375, 5205612) (322730,
5206191) (322599, 5206664) (323600,

5207231) (323491, 5207838) (323604, 5208291) (323433, 5208958) (324007, 5210163) (324344, 5210352) (324726, 5210140) (325212, 5210235) (325668, 5209963) (326364, 5210500) (326597, 5210456) (326871, 5210120).

(ix) Polygon bounded by the following coordinates: (357993, 5186542) (358588, 5186497) (358871, 5186031) (360577, 5185555) (360879, 5185024) (361640, 5184800) (362405, 5184016) (363210, 5183674) (363621, 5183121) (364250, 5182825) (365117, 5181822) (366636, 5181373) (367466, 5179604) (367825, 5179177) (368586, 5178758) (369478, 5178811) (370031, 5178210) (371351, 5178001) (372069, 5177310) (372578, 5176486) (372957, 5176340) (373247,

5175934) (373328, 5174761) (373791, 5174547) (373779, 5173325) (374004, 5173224) (375044, 5173561) (375291, 5172786) (371111, 5170010) (370266, 5169667) (369025, 5168425) (368398, 5168168) (366531, 5166825) (366401, 5166867) (366143, 5167665) (365454, 5167556) (365199, 5167370) (364949, 5167797) (364426, 5168020) (363899, 5168036) (362118, 5167250) (361594, 5166882) (362607, 5166108) (362429, 5165422) (361785, 5164897) (361029, 5163916) (359727, 5163547) (358418, 5162900) (357403, 5163114) (356835, 5163523) (357138, 5164361) (357289, 5167116) (356686, 5168938) (356102, 5172573) (356206, 5173440) (357265,

5175133) (357357, 5176012) (357142, 5176794) (356741, 5177146) (355315, 5176927) (354095, 5176935) (353213, 5176580) (352149, 5175335) (351829, 5175187) (351668, 5175470) (351597, 5176455) (349894, 5179318) (349596, 5180421) (347834, 5181333) (347090, 5182790) (347205, 5183258) (347813, 5184035) (348549, 5184582) (349154, 5185854) (349356, 5186755) (352291, 5185545) (353879, 5184126) (354386, 5186198) (354377, 5187871) (355288, 5188953) (355398, 5188632) (356922, 5187832) (357993, 5186542).

(x) Map of Unit 3, Northern Rocky Mountains, follows:

**BILLING CODE 4310–55–P**



Critical Habitat for *Lynx canadensis* (Canada Lynx),Unit 3 - Northern Rockies

**8688**   **Federal Register** / Vol. 74, No. 36 / Wednesday, February 25, 2009 / Rules and Regulations

(8) *Unit 4: North Cascades; Chelan and Okanogan Counties, Washington.*

(i) Coordinate Projection: UTM, NAD83, Zone 11, Meters. Coordinate Definition: (easting, northing).

(ii) Polygon bounded by the following coordinates: (239064, 5432329) (238496, 5430989) (238302, 5430996) (238270, 5430456) (237707, 5430517) (237259, 5430317) (236754, 5429705) (236835, 5429367) (236342, 5429208) (236345, 5428870) (236229, 5428831) (236544, 5428756) (237137, 5429537) (237176, 5429806) (239232, 5430709) (239382, 5430915) (239476, 5430696) (239344, 5430438) (239667, 5429882) (239498, 5430526) (239624, 5430680) (239546, 5431800) (239836, 5432293) (240094, 5432301) (240013, 5432464) (240301, 5433596) (277837, 5431840) (289213, 5431440) (289203, 5431218) (289597, 5431194) (289549, 5429980) (290340, 5429962) (290074, 5421926) (293294, 5421803) (292993, 5413808) (285580, 5414099) (285568, 5413700) (285162, 5413715) (284999, 5409261) (285808, 5409231) (285547, 5402800) (286337, 5402823) (286159, 5397155) (288401, 5397077) (288344, 5396247) (291556, 5396144) (291485, 5394505) (293928, 5394435) (293858, 5392837) (296268, 5392725) (296212, 5390927) (296092, 5390883) (296206, 5390737) (296166, 5389517) (296953, 5389502) (296911, 5388045) (297638, 5388013) (297794, 5387734) (298056, 5387642) (298295, 5387886) (298810, 5387900) (298625, 5387691) (298725, 5386848) (289165, 5387051) (299664, 5385819) (300228, 5385316) (300368, 5384391) (300070, 5384249) (299998, 5384762) (299607, 5384867) (299714, 5385116) (299405, 5385067) (299226, 5385277) (298853, 5385124) (298695, 5384547) (297846, 5385028) (297662, 5384778) (297428, 5384920) (297311, 5385480) (297488, 5385822) (296821, 5385916) (296744, 5386717) (296234, 5386707) (296197, 5387262) (295862, 5387400) (295718, 5387674) (295732, 5388035) (296313, 5388390) (296097, 5388659) (296497, 5389122) (295338, 5388657) (295279, 5389042) (294636, 5389313) (294396, 5389723) (294084, 5389770) (293663, 5390173) (293805, 5390640) (294833, 5390749) (295317, 5391132) (294811, 5390868) (293536, 5390932) (293116, 5390625) (292816, 5390678) (292342, 5391798) (291467, 5391798) (290807, 5392206) (291098, 5391556) (290667, 5390812) (291384, 5391156) (291863, 5391025) (291964, 5390816) (291712, 5390163) (292088, 5390110) (292954, 5389202) (292118, 5388804) (292421, 5388345) (292721, 5388492) (293342, 5388398) (292989, 5387403) (293348, 5387583) (293951, 5387556) (294135, 5387400) (294119, 5387047) (294341, 5387022) (294477, 5386806) (294387,

5386536) (293472, 5386406) (293191, 5385784) (293813, 5385693) (294277, 5385185) (294938, 5385309) (294966, 5385173) (294431, 5384724) (294598, 5384366) (294933, 5384239) (295030, 5383459) (294324, 5383159) (294195, 5382674) (293665, 5382669) (293204, 5383022) (292917, 5382672) (292066, 5383305) (291831, 5383285) (291544, 5383865) (291811, 5384464) (291328, 5383688) (291451, 5383412) (291177, 5383428) (290353, 5384081) (290394, 5386212) (289590, 5386243) (289574, 5385841) (289976, 5385826) (289930, 5384542) (289733, 5384880) (289800, 5385156) (289459, 5385353) (288978, 5384396) (288741, 5383346) (288494, 5383550) (288317, 5384747) (287857, 5385248) (287388, 5384628) (287199, 5384668) (287615, 5383312) (287517, 5382998) (287239, 5382969) (287113, 5383462) (286746, 5383676) (286606, 5383517) (286359, 5383746) (286168, 5383537) (285796, 5383491) (286283, 5382927) (286306, 5382301) (286932, 5381816) (286794, 5381544) (286098, 5382147) (285575, 5382291) (285771, 5381773) (285667, 5381625) (286018, 5381093) (285625, 5380857) (285830, 5380529) (286375, 5380377) (286530, 5380847) (286618, 5380910) (286866, 5380742) (286597, 5380125) (286123, 5379917) (286110, 5379625) (286472, 5379438) (286441, 5379196) (286561, 5379164) (287246, 5379148) (287427, 5379195) (287633, 5379527) (288115, 5379611) (288172, 5379254) (288935, 5378541) (289062, 5377676) (289376, 5377407) (289468, 5376693) (289968, 5376362) (289774, 5375777) (289835, 5375511) (290293, 5375559) (291135, 5375120) (291157, 5373607) (290942, 5372975) (290987, 5372528) (290772, 5372221) (290937, 5372236) (291169, 5372585) (291054, 5371824) (291459, 5372538) (292078, 5372987) (292668, 5373357) (291379, 5373274) (293090, 5371246) (292288, 5371280) (292240, 5369670) (291435, 5369170) (291373, 5368074) (288174, 5368206) (288144, 5367414) (287347, 5367446) (287309, 5366632) (286547, 5366674) (286381, 5361711) (286073, 5362037) (285781, 5361920) (285616, 5362140) (285773, 5362552) (285680, 5362901) (286179, 5363400) (285839, 5363197) (285899, 5363655) (285424, 5363935) (285391, 5363716) (284819, 5363482) (284821, 5363208) (284260, 5362765) (283848, 5362726) (283728, 5362941) (283188, 5362346) (283078, 5362663) (281890, 5362755) (282252, 5363107) (282147, 5363525) (282551, 5364374) (281801, 5363969) (281633, 5364104) (281753, 5364596) (281557, 5364752) (281557, 5364469) (281285, 5364534) (281213, 5363779) (280789, 5363448) (280797, 5362923) (280358, 5363144) (280795,

5363782) (280644, 5364438) (280385, 5364352) (280216, 5363985) (279590, 5364378) (279214, 5363804) (278827, 5364405) (278501, 5364220) (278249, 5364322) (277898, 5364943) (279611, 5365137) (279386, 5365193) (279295, 5365584) (279035, 5365466) (278791, 5365789) (278813, 5366184) (278384, 5365844) (277933, 5365981) (278148, 5366335) (277877, 5366629) (277533, 5366508) (277401, 5366632) (277136, 5366474) (277005, 5367027) (277993, 5367048) (278001, 5367233) (277738, 5367369) (277766, 5367688) (277374, 5367602) (277350, 5367823) (276943, 5367915) (276879, 5368093) (277867, 5368414) (278431, 5368986) (278936, 5368997) (279086, 5368686) (279375, 5368910) (279633, 5368744) (280078, 5368852) (280166, 5368635) (280420, 5368829) (280832, 5368698) (280897, 5368534) (281076, 5368698) (281684, 5368499) (282277, 5368563) (281530, 5368746) (280917, 5369161) (280468, 5369208) (280446, 5369354) (279775, 5369282) (279810, 5369517) (280260, 5369691) (280445, 5370111) (280841, 5370220) (280743, 5370281) (280359, 5370274) (280162, 5369941) (279688, 5370012) (279177, 5369723) (278205, 5369943) (278883, 5370819) (279453, 5370942) (279877, 5371348) (280473, 5371283) (280131, 5371781) (280363, 5372180) (280371, 5372864) (280179, 5372354) (279807, 5372256) (279825, 5372069) (279554, 5371766) (279316, 5371658) (278878, 5371775) (278517, 5371556) (277964, 5373316) (276666, 5373536) (277915, 5374495) (277846, 5373667) (277662, 5373571) (277711, 5370968) (277487, 5370779) (277090, 5370984) (276889, 5370762) (276622, 5371892) (276372, 5371717) (276245, 5371807) (276359, 5372097) (276240, 5372381) (276438, 5372751) (275941, 5372312) (275714, 5372404) (275836, 5372043) (275552, 5371639) (275720, 5371186) (275401, 5370850) (275583, 5370579) (275460, 5370497) (274975, 5370677) (274744, 5370505) (274378, 5370632) (274178, 5371001) (274364, 5371248) (274152, 5371481) (273806, 5371293) (273431, 5371513) (273316, 5372001) (272990, 5371833) (272750, 5371905) (272583, 5372575) (272831, 5372923) (272079, 5373394) (272198, 5373511) (272119, 5373856) (272506, 5373917) (272345, 5374205) (272641, 5374639) (271780, 5374615) (271990, 5375728) (271350, 5376017) (271964, 5376552) (272557, 5376448) (272859, 5376638) (272460, 5376778) (273544, 5377716) (272927, 5377638) (272817, 5377800) (272691, 5377516) (272382, 5377335) (272166, 5377726) (271967, 5377343) (271621, 5377395) (271247, 5378281) (270912, 5377905) (270905, 5377581) (270713, 5377737) (270236,

```
5377757) (270584, 5378105) (270937,     5398112) (273435, 5398300) (273744,     5398213) (262949, 5398190) (263031,
5379152) (271764, 5379261) (271120,     5398205) (274202, 5398376) (274839,     5398396) (262876, 5398347) (262437,
5379678) (270744, 5379651) (270477,     5399360) (274798, 5398507) (275386,     5398627) (262626, 5398237) (263378,
5379383) (270313, 5379456) (270076,     5399053) (274671, 5398383) (273591,     5397872) (263429, 5397345) (263883,
5379179) (269718, 5379580) (269959,     5398944) (273463, 5399222) (273573,     5396843) (264364, 5395517) (264589,
5379922) (269950, 5380221) (270170,     5399906) (272611, 5399116) (271906,     5395346) (264673, 5395009) (264926,
5380358) (270639, 5380302) (271070,     5399758) (271787, 5400310) (271404,     5394963) (265150, 5394621) (265050,
5380675) (271732, 5380790) (271219,     5400965) (271935, 5401694) (271262,     5394210) (265469, 5394070) (265454,
5381142) (270942, 5381068) (270879,     5401732) (270756, 5401987) (271171,     5392953) (265097, 5392623) (265442,
5381375) (270525, 5380956) (270329,     5402492) (270503, 5402547) (270213,     5391648) (264913, 5391694) (264440,
5381882) (269952, 5381285) (269797,     5403332) (270190, 5403620) (270513,     5392424) (264063, 5392424) (264003,
5381385) (269313, 5381237) (269059,     5404178) (271138, 5404803) (270841,     5393191) (263474, 5393181) (262942,
5381763) (269246, 5382368) (268976,     5405595) (271161, 5405745) (270970,     5393664) (262610, 5393367) (262330,
5382603) (269340, 5383319) (268945,     5406003) (271298, 5406306) (271625,     5393512) (262160, 5394161) (262247,
5382931) (268360, 5383204) (268581,     5407104) (271880, 5407292) (272155,     5394984) (262461, 5395365) (262134,
5383922) (268409, 5384200) (268537,     5407159) (272459, 5407569) (273515,     5395794) (262172, 5396316) (261792,
5385150) (269450, 5384036) (269573,     5407734) (273662, 5407413) (274490,     5396365) (261731, 5396644) (261551,
5384988) (270201, 5384648) (270370,     5408136) (274775, 5408121) (274903,     5396664) (260542, 5398025) (260486,
5385182) (270699, 5385286) (270971,     5407915) (274951, 5408401) (275416,     5398876) (259523, 5400703) (258017,
5384805) (271322, 5384880) (271551,     5408686) (276078, 5408697) (276701,     5404578) (257761, 5405637) (257474,
5384724) (271262, 5384125) (271834,     5408987) (277496, 5409832) (278550,     5405903) (258068, 5402234) (258323,
5384172) (271939, 5383679) (272175,     5410602) (278811, 5410513) (278712,     5401722) (258562, 5400460) (258840,
5383826) (272629, 5384665) (272747,     5411411) (278825, 5411888) (279023,     5400004) (258857, 5399516) (258590,
5384632) (272748, 5384092) (272235,     5411999) (279121, 5412645) (278977,     5399281) (258803, 5399208) (258947,
5384647) (274390, 5384552) (273405,     5412470) (278576, 5413017) (278671,     5398916) (259034, 5397606) (259930,
5385109) (273450, 5385397) (272990,     5413511) (278405, 5413716) (278491,     5395914) (259808, 5395638) (259517,
5385245) (272961, 5385839) (272534,     5413901) (278327, 5414188) (278358,     5395578) (258899, 5396442) (258917,
5385549) (272255, 5385733) (272161,     5415968) (278049, 5416353) (277917,     5395325) (259198, 5394829) (260211,
5386011) (272394, 5386394) (272360,     5416342) (278110, 5415924) (277866,     5394505) (260380, 5394013) (260213,
5386621) (273097, 5386715) (273173,     5414506) (278081, 5413156) (278040,     5393893) (259619, 5394089) (259389,
5387295) (273849, 5387155) (273561,     5411981) (277892, 5411924) (278019,     5393938) (259135, 5394214) (258813,
5387710) (273444, 5387810) (273934,     5411603) (277850, 5411098) (276830,     5394193) (259003, 5393638) (258541,
5388331) (274510, 5388532) (275280,     5410567) (276099, 5409772) (275038,     5393267) (259451, 5393255) (259721,
5388528) (275463, 5388263) (275543,     5409567) (274104, 5409201) (273669,     5392841) (260440, 5392548) (260498,
5388574) (275944, 5388495) (275324,     5408833) (273154, 5408843) (272347,     5392312) (260145, 5392266) (260076,
5388934) (275420, 5389057) (275266,     5408596) (272068, 5408761) (272218,     5391955) (260435, 5391626) (260379,
5389191) (273973, 5389181) (273877,     5409259) (271759, 5408965) (271572,     5391216) (260151, 5390971) (260279,
5389864) (274476, 5390946) (274551,     5409037) (270340, 5410106) (269613,     5390692) (260688, 5390718) (260877,
5391374) (274293, 5391004) (274021,     5411253) (269561, 5410879) (269835,     5390971) (261581, 5391061) (261549,
5390911) (273466, 5389923) (272952,     5410033) (271031, 5408422) (269968,     5390512) (261767, 5390072) (261747,
5390514) (272789, 5390387) (272431,     5407099) (269467, 5406874) (268788,     5389719) (261505, 5389598) (261660,
5390477) (272566, 5390124) (273167,     5408140) (268112, 5408563) (268433,     5389050) (261960, 5388909) (262251,
5389648) (273031, 5389270) (273185,     5409342) (268191, 5409695) (265107,     5389010) (262431, 5388771) (262821,
5388883) (273077, 5388634) (272662,     5413121) (263684, 5414135) (264713,     5388842) (262887, 5388998) (263254,
5388706) (272582, 5388410) (272380,     5413069) (265120, 5412891) (265123,     5388841) (262739, 5387154) (262398,
5388447) (272207, 5387787) (271915,     5412318) (265832, 5411172) (266762,     5388036) (261934, 5387849) (261690,
5388014) (271301, 5387417) (271278,     5410339) (267318, 5409512) (267385,     5388698) (261333, 5388580) (260978,
5388005) (271018, 5388685) (270657,     5409198) (267007, 5408429) (266657,     5389017) (260757, 5389057) (260371,
5388358) (270500, 5387698) (270002,     5408269) (267915, 5407161) (268005,     5388268) (260160, 5388580) (259903,
5387963) (269758, 5387623) (269345,     5406142) (267439, 5405662) (266858,     5388477) (260015, 5389470) (259622,
5388213) (268982, 5387952) (268741,     5405491) (267861, 5404979) (267897,     5389003) (259314, 5388990) (259208,
5388095) (269033, 5388863) (269321,     5402833) (267636, 5402488) (267858,     5389296) (258865, 5389441) (258904,
5389145) (268993, 5389553) (269020,     5402393) (268027, 5401437) (267858,     5389844) (258600, 5389910) (258036,
5389859) (269934, 5389940) (269843,     5402011) (268623, 5401441) (268859,     5390810) (257658, 5390893) (257511,
5390044) (269984, 5390256) (269702,     5401230) (268586, 5400262) (269007,     5391150) (257429, 5390984) (257187,
5390443) (269694, 5390852) (269899,     5399508) (268881, 5399032) (268633,     5390973) (257627, 5390380) (257581,
5391465) (270247, 5391782) (269933,     5399090) (268439, 5398921) (267706,     5390148) (258009, 5389512) (258088,
5392024) (269939, 5392307) (270070,     5397609) (267451, 5398142) (267312,     5388982) (258065, 5388874) (257407,
5392686) (270639, 5392846) (270316,     5398149) (267141, 5398242) (266773,     5388894) (257980, 5387956) (257509,
5392895) (270397, 5393198) (270207,     5397611) (266827, 5397179) (267223,     5387584) (258280, 5387347) (258371,
5393129) (270004, 5393295) (269892,     5396851) (267014, 5396320) (267205,     5386804) (258249, 5386411) (257594,
5394137) (270154, 5394756) (271009,     5395770) (267015, 5395022) (266478,     5386498) (257558, 5385960) (257976,
5394574) (271053, 5394929) (270831,     5395120) (266248, 5395621) (266300,     5385589) (257840, 5385251) (257972,
5394936) (270776, 5395193) (270841,     5395840) (265940, 5396413) (265858,     5384706) (257728, 5384074) (257291,
5396460) (271532, 5396237) (272136,     5396378) (265194, 5396432) (264819,     5384271) (257093, 5384102) (256649,
5396401) (271876, 5396924) (272572,     5396966) (264747, 5397490) (264575,     5384488) (256179, 5385003) (255348,
5396893) (272045, 5397328) (271577,     5397359) (264343, 5397536) (264184,     5385767) (254837, 5385797) (255417,
5398150) (272724, 5398068) (273204,     5397980) (264024, 5397889) (263500,     5386446) (254964, 5386543) (254943,
```

**8690**      **Federal Register** / Vol. 74, No. 36 / Wednesday, February 25, 2009 / Rules and Regulations

5386842) (254654, 5386808) (254489,
5387738) (254054, 5387032) (253726,
5387066) (253601, 5386776) (253098,
5386697) (252774, 5387166) (253303,
5387687) (253178, 5388297) (252935,
5388561) (252573, 5388290) (252374,
5388685) (252477, 5389160) (252884,
5389520) (252946, 5389894) (252675,
5389821) (252454, 5389986) (252750,
5390733) (252861, 5391797) (253915,
5392689) (253957, 5392976) (254296,
5393241) (254631, 5393860) (254972,
5395404) (254422, 5394411) (254252,
5394388) (253910, 5393595) (253178,
5392829) (252741, 5393278) (252809,
5392750) (251900, 5391671) (251432,
5391880) (251366, 5392227) (250950,
5392481) (251110, 5391475) (251542,
5391052) (250963, 5390654) (250837,
5390224) (250335, 5390173) (249568,
5390336) (249490, 5390489) (249307,
5390332) (248789, 5390482) (246851,
5390564) (246295, 5390925) (245855,
5391626) (246267, 5392154) (245840,
5392031) (245558, 5392217) (245427,
5392140) (245143, 5392608) (246053,
5393633) (246491, 5394506) (246294,
5394370) (246028, 5394824) (245948,
5394258) (245194, 5393310) (244718,
5393340) (244455, 5393636) (244473,
5393944) (244260, 5394036) (244061,
5394966) (243810, 5395063) (243385,
5395681) (243508, 5396101) (244158,
5396477) (243608, 5396890) (243512,
5397235) (243593, 5397773) (243950,
5397893) (243631, 5398096) (243591,
5398388) (243858, 5398875) (243749,
5399695) (243967, 5399862) (243908,
5400088) (244257, 5400798) (244828,
5401059) (244698, 5401228) (244759,
5401603) (245264, 5402106) (246113,
5402232) (246355, 5402636) (246931,
5402013) (246975, 5402393) (246727,
5402740) (246687, 5403214) (246869,
5403437) (247558, 5403607) (248059,
5404391) (248475, 5404190) (248890,
5403678) (248344, 5404908) (248512,
5405050) (248783, 5404905) (249308,
5404991) (248959, 5405167) (249944,
5406650) (250250, 5407622) (250758,
5407894) (251209, 5409360) (250672,
5409089) (250446, 5409270) (250211,
5409661) (250031, 5410656) (249347,
5411644) (249278, 5412059) (250132,
5413271) (249227, 5416045) (249104,
5416046) (249113, 5415603) (250060,
5413230) (249925, 5412978) (249155,
5412520) (249028, 5411944) (249205,
5411318) (249805, 5410519) (249923,
5409865) (249828, 5409647) (250064,
5409318) (250337, 5408288) (249817,
5407962) (249082, 5406370) (249140,
5406164) (248757, 5405621) (248404,
5405673) (248004, 5405427) (247729,
5404829) (247293, 5404575) (247151,
5404020) (246537, 5404058) (246384,
5404682) (245874, 5405595) (245853,
5406298) (245679, 5406635) (245579,

5404972) (246130, 5403778) (246072,
5403262) (245820, 5403198) (245636,
5402924) (245305, 5402934) (245245,
5402732) (244902, 5402836) (244733,
5402420) (244234, 5402206) (243401,
5401393) (243124, 5400747) (242922,
5400702) (242736, 5400788) (242501,
5401331) (242355, 5402509) (242688,
5403327) (242354, 5401947) (241649,
5405979) (241173, 5406097) (241110,
5406387) (240417, 5406719) (241161,
5405728) (241386, 5404755) (241668,
5404559) (242023, 5403806) (242084,
5403435) (241554, 5401719) (241737,
5401019) (241589, 5400767) (241963,
5400591) (241874, 5400239) (242065,
5400135) (242072, 5399865) (242608,
5399834) (242258, 5398726) (242026,
5398485) (242138, 5398325) (242006,
5397703) (241438, 5398780) (240981,
5396460) (241070, 5395997) (240734,
5396017) (240027, 5396569) (240072,
5397119) (239916, 5397600) (239634,
5398018) (239314, 5398084) (239211,
5398997) (238804, 5399500) (237367,
5400442) (237087, 5400430) (237827,
5399407) (238343, 5399065) (238605,
5398649) (238796, 5397050) (237951,
5396108) (237448, 5396292) (237415,
5395768) (236915, 5395347) (236579,
5395370) (235987, 5396180) (235608,
5396261) (236250, 5394739) (235901,
5394069) (235045, 5394186) (234718,
5394799) (233328, 5395591) (232118,
5397030) (232941, 5395472) (233980,
5394617) (234076, 5394349) (231960,
5394907) (229484, 5394287) (228254,
5394291) (227139, 5394647) (226582,
5394278) (228541, 5393427) (228851,
5393072) (229030, 5393308) (230148,
5393588) (230619, 5393526) (230830,
5393302) (231125, 5393747) (232006,
5393833) (233608, 5393369) (233906,
5393188) (233941, 5392995) (234334,
5393218) (234872, 5393160) (235149,
5392942) (235408, 5393055) (235912,
5392970) (236034, 5392811) (236338,
5393180) (236948, 5393300) (237812,
5393423) (238144, 5393207) (238225,
5393913) (239123, 5394756) (239308,
5394765) (239740, 5394130) (241737,
5392895) (242082, 5392335) (241936,
5391676) (242736, 5391778) (243431,
5391095) (243650, 5390512) (243453,
5390202) (243974, 5389877) (244098,
5389658) (244358, 5389484) (244289,
5388846) (243806, 5388732) (243648,
5388538) (243171, 5388765) (242954,
5388188) (242687, 5388646) (241612,
5389482) (241139, 5389569) (240582,
5389937) (240422, 5389728) (239688,
5389665) (239431, 5389817) (238758,
5389725) (237493, 5389913) (235093,
5389657) (234672, 5389499) (233555,
5388560) (231897, 5387071) (232019,
5386174) (231679, 5385332) (232081,
5384997) (232216, 5384541) (232970,
5386585) (233842, 5387798) (234814,

5388468) (235704, 5388395) (235778,
5388552) (237057, 5388736) (237524,
5388501) (237654, 5388592) (237902,
5388422) (239035, 5388296) (239418,
5387672) (239554, 5387944) (239818,
5387945) (241443, 5386779) (241457,
5386124) (241972, 5386360) (243049,
5385827) (243247, 5385213) (243096,
5384495) (242717, 5384209) (241748,
5384109) (241455, 5383861) (243067,
5383789) (243954, 5384315) (244418,
5383791) (244202, 5384985) (244289,
5385293) (244504, 5385347) (244470,
5385794) (244787, 5385811) (245064,
5386109) (245469, 5386110) (245941,
5385758) (246454, 5386066) (246794,
5386060) (247100, 5385928) (247311,
5385568) (247984, 5385476) (248045,
5385131) (248638, 5384648) (248508,
5384346) (248035, 5384446) (247572,
5384326) (248336, 5383516) (248170,
5383405) (248145, 5383065) (247781,
5382968) (247702, 5382596) (248502,
5382712) (248998, 5382956) (248808,
5382144) (249663, 5382309) (249928,
5381734) (249827, 5381491) (250246,
5381268) (250485, 5381434) (250562,
5382084) (250744, 5382205) (250566,
5382530) (250704, 5382938) (251274,
5382649) (251604, 5382198) (251641,
5381839) (251469, 5381565) (251686,
5381486) (251718, 5381260) (252012,
5381322) (252097, 5380914) (252658,
5380484) (252359, 5380140) (251653,
5380022) (251506, 5379856) (251855,
5379576) (252960, 5379356) (252926,
5379226) (252162, 5378962) (252031,
5378805) (252191, 5378566) (252350,
5378547) (252393, 5378322) (252852,
5378406) (252998, 5378116) (253281,
5378041) (253518, 5378089) (253746,
5378453) (254015, 5378130) (254034,
5377784) (254654, 5377528) (255034,
5377718) (255031, 5377353) (255475,
5376841) (255585, 5376246) (255529,
5376373) (255364, 5376232) (255175,
5376294) (254623, 5376748) (254252,
5376487) (253872, 5377037) (253595,
5376971) (253642, 5376660) (253469,
5376533) (252724, 5376294) (252234,
5376806) (251726, 5376758) (251458,
5377145) (251257, 5377018) (250825,
5377238) (250309, 5376856) (249778,
5377339) (250162, 5376652) (251069,
5376737) (251830, 5375938) (251364,
5376023) (251361, 5375583) (251205,
5375374) (250779, 5375534) (250495,
5375219) (248262, 5374735) (249526,
5374609) (249751, 5374432) (250791,
5374526) (251480, 5374238) (251817,
5374636) (252354, 5374281) (252300,
5374841) (252543, 5375117) (253017,
5374964) (253081, 5375276) (253848,
5375266) (254199, 5375139) (254186,
5374848) (254640, 5374497) (255041,
5374743) (255368, 5374439) (255333,
5373987) (254674, 5373683) (254006,
5373673) (254468, 5373122) (254441,

5372670) (254669, 5372679) (254894,
5372934) (255444, 5372409) (255880,
5372492) (255539, 5371916) (255687,
5371591) (256514, 5371903) (257007,
5372519) (256993, 5372879) (257498,
5372781) (257284, 5372495) (257407,
5372170) (257128, 5371971) (257320,
5371675) (257132, 5371625) (256933,
5371215) (257374, 5371016) (256925,
5370889) (256636, 5371038) (256492,
5370714) (256160, 5370614) (256516,
5370241) (257099, 5370325) (257413,
5370216) (257437, 5370052) (257102,
5369880) (257235, 5369405) (257706,
5369439) (257543, 5369196) (257367,
5369222) (257536, 5368036) (257111,
5367781) (256882, 5367843) (256808,
5368121) (256992, 5368669) (256734,
5368595) (256643, 5368948) (256348,
5368522) (255935, 5368523) (255859,
5368968) (255560, 5368973) (255565,
5369499) (255078, 5369285) (254686,
5369524) (254651, 5369001) (254280,
5369114) (254195, 5369341) (254474,
5369704) (254464, 5370002) (254773,
5370284) (254644, 5370460) (254850,
5370610) (254457, 5371033) (254473,
5370679) (254314, 5370673) (254237,
5370385) (253718, 5370187) (253409,
5369698) (253707, 5370646) (253251,
5370429) (253080, 5370160) (252927,
5370163) (252812, 5370557) (252705,
5370313) (252147, 5370242) (252087,
5370674) (252433, 5371007) (252577,
5371679) (251981, 5371287) (251972,
5371679) (251685, 5371512) (251332,
5371813) (251203, 5371579) (250763,
5371702) (250584, 5371973) (250419,
5371865) (250343, 5372271) (250032,
5371814) (249440, 5372278) (249215,
5372264) (249471, 5371850) (249395,
5371232) (249703, 5371492) (249989,
5371202) (250790, 5370896) (250904,
5370499) (250062, 5370670) (250296,
5370022) (249945, 5369625) (250083,
5369530) (249938, 5369370) (250645,
5369389) (250616, 5369190) (250172,
5368977) (250252, 5368544) (250432,
5368645) (250905, 5368537) (251079,
5368206) (251032, 5367832) (250756,
5367364) (250541, 5367533) (250247,
5367388) (250513, 5367229) (250555,
5366978) (250927, 5366937) (250962,
5366744) (251290, 5366538) (251387,
5365999) (250804, 5366319) (250634,
5366124) (250728, 5365736) (250488,
5365516) (250173, 5365365) (249712,
5365432) (250809, 5365035) (251222,
5365141) (251514, 5364809) (249754,
5364603) (250483, 5363954) (250454,
5363652) (250812, 5363793) (251070,
5363566) (251013, 5363208) (250609,
5363382) (250418, 5362764) (249623,
5363483) (249460, 5362840) (249336,
5362876) (248851, 5363794) (248457,
5364013) (248471, 5364330) (248149,
5364659) (247875, 5364456) (247631,
5364481) (247317, 5364810) (247431,

5365208) (246797, 5365269) (246284,
5365866) (246236, 5366157) (245859,
5366110) (245183, 5366690) (245194,
5367295) (244860, 5367460) (244726,
5367795) (244475, 5367034) (244209,
5367059) (243319, 5367670) (243323,
5367975) (243012, 5368031) (242747,
5368396) (242600, 5369339) (241881,
5369646) (241428, 5370179) (241460,
5370446) (241138, 5370409) (240725,
5370628) (240364, 5371280) (240175,
5371146) (239761, 5371364) (237738,
5372835) (237230, 5373473) (237015,
5374343) (236756, 5373835) (234508,
5374123) (234215, 5373974) (235144,
5373695) (235446, 5373051) (236369,
5372590) (237697, 5370981) (237566,
5370679) (236148, 5370295) (235713,
5369896) (238170, 5370163) (239238,
5369382) (239429, 5368429) (239345,
5368439) (240538, 5368357) (241138,
5367327) (240622, 5366819) (240401,
5366609) (240590, 5366466) (241432,
5366575) (241986, 5366085) (242027,
5365863) (242768, 5365463) (242503,
5364974) (243359, 5365065) (244889,
5363924) (245487, 5363220) (245499,
5362957) (245323, 5362827) (245598,
5362683) (245986, 5362494) (246326,
5361706) (246167, 5361551) (245150,
5361743) (244130, 5361723) (243444,
5362044) (243104, 5362041) (244371,
5361187) (244098, 5360582) (244665,
5361085) (245292, 5361033) (245871,
5360599) (247015, 5360756) (246705,
5359542) (246361, 5358963) (246573,
5358921) (246636, 5358730) (247136,
5359153) (247740, 5360120) (248430,
5359671) (249298, 5359529) (248914,
5359109) (248863, 5358732) (249377,
5358854) (249907, 5358380) (249984,
5358835) (250296, 5358697) (250558,
5359546) (250790, 5359504) (250938,
5358805) (251131, 5358874) (251390,
5358724) (251427, 5359183) (251673,
5359262) (251726, 5359656) (252089,
5359607) (252350, 5359749) (252855,
5359622) (253214, 5360194) (253563,
5359325) (253990, 5359412) (254034,
5358841) (253197, 5358396) (252597,
5357473) (252301, 5357273) (252679,
5357179) (252193, 5355767) (252464,
5355947) (253351, 5355259) (254476,
5357631) (254374, 5356688) (254718,
5356579) (254579, 5356142) (255029,
5356217) (255161, 5355600) (255199,
5354802) (254994, 5354450) (255318,
5354553) (256052, 5355751) (256769,
5355406) (257728, 5355423) (257573,
5355591) (256873, 5355587) (256029,
5356866) (256526, 5356875) (256510,
5357295) (256711, 5357472) (256417,
5357728) (256403, 5358002) (257045,
5357966) (257510, 5358087) (256958,
5358394) (257177, 5358724) (257451,
5358552) (258122, 5358588) (258558,
5358788) (258473, 5359047) (258848,
5359101) (259160, 5359518) (259536,

5359674) (259649, 5359503) (259259,
5359202) (259300, 5359031) (259064,
5358893) (258874, 5358280) (258628,
5358483) (258318, 5358215) (258046,
5358302) (257743, 5358135) (257515,
5357634) (257906, 5357534) (257835,
5357200) (257435, 5356982) (257845,
5356322) (258506, 5356491) (258819,
5356222) (259161, 5356193) (259433,
5356283) (259734, 5356897) (259977,
5356634) (259869, 5356312) (260388,
5356071) (260545, 5356167) (260608,
5357007) (260852, 5356274) (261042,
5356530) (261580, 5356645) (261684,
5356902) (261509, 5357253) (261633,
5357356) (262045, 5357300) (262224,
5357037) (262512, 5357062) (262755,
5356821) (262991, 5357114) (263335,
5356979) (263335, 5357279) (263745,
5357570) (263103, 5357690) (262952,
5357865) (263044, 5358032) (263603,
5357893) (264312, 5358277) (263981,
5359507) (264451, 5359793) (264614,
5359486) (264584, 5358423) (264767,
5358251) (264439, 5357947) (264558,
5357577) (264213, 5356818) (265239,
5356068) (265166, 5355921) (265044,
5356038) (264621, 5355840) (264551,
5355459) (264754, 5354991) (264365,
5354883) (264129, 5354555) (264246,
5354263) (263940, 5354118) (264114,
5353539) (263459, 5353401) (263502,
5353214) (263190, 5353087) (263081,
5353494) (262704, 5353590) (262752,
5353958) (262974, 5354098) (262687,
5354334) (263416, 5355033) (262833,
5355059) (262624, 5355333) (262416,
5354957) (261966, 5355241) (261866,
5355476) (261488, 5355099) (261580,
5354865) (261271, 5354771) (261325,
5354364) (261147, 5354277) (261099,
5353858) (260927, 5353722) (260684,
5354330) (260653, 5355000) (260352,
5355081) (260340, 5354831) (260046,
5354550) (260095, 5354265) (259873,
5354100) (259654, 5353039) (259296,
5353024) (259110, 5353446) (259244,
5353701) (259089, 5355508) (258218,
5355776) (258087, 5355682) (258680,
5355422) (258700, 5355285) (258265,
5354698) (257821, 5354750) (258093,
5354148) (257409, 5354079) (257595,
5353547) (257942, 5353347) (257522,
5352672) (256890, 5352178) (256881,
5351840) (256631, 5351426) (257152,
5351243) (256953, 5350870) (257354,
5350605) (257392, 5350219) (257657,
5350212) (257799, 5349901) (258249,
5349942) (258384, 5349633) (258857,
5349528) (258926, 5349188) (259345,
5348907) (260854, 5349419) (260664,
5348665) (260944, 5348423) (261511,
5348561) (261243, 5348329) (261187,
5348013) (261510, 5347243) (262523,
5346661) (261817, 5346533) (261704,
5346260) (261455, 5346448) (261097,
5346354) (261087, 5346799) (260827,
5347106) (260465, 5347263) (260178,

5347189) (260390, 5347539) (259795,
5347847) (259716, 5348010) (259850,
5348254) (259554, 5348586) (259274,
5348313) (258479, 5349113) (258369,
5348991) (258654, 5348659) (258732,
5348277) (258461, 5347830) (258880,
5347932) (259070, 5347494) (258716,
5347139) (258114, 5347060) (258484,
5346922) (258499, 5346717) (258822,
5346768) (258757, 5346465) (259309,
5346279) (259470, 5345916) (259277,
5345752) (258823, 5345810) (258645,
5345580) (258234, 5345655) (258072,
5345444) (257000, 5345359) (257473,
5344999) (257909, 5344936) (257966,
5344781) (257695, 5344343) (258181,
5344569) (258650, 5344131) (259178,
5344305) (259280, 5344682) (259752,
5344701) (260786, 5344340) (260753,
5344063) (260047, 5344002) (259947,
5343544) (259663, 5343232) (258929,
5343405) (258635, 5343056) (258767,
5342515) (258499, 5342372) (258662,
5342132) (258191, 5341732) (257934,
5341846) (257945, 5341568) (256701,
5340629) (257470, 5340487) (258828,
5341202) (259082, 5340989) (259169,
5341312) (259764, 5341467) (259903,
5341719) (260074, 5341653) (260639,
5342320) (261030, 5342533) (261135,
5342369) (261743, 5342274) (262008,
5342355) (262240, 5342700) (262462,
5342595) (262751, 5342743) (262891,
5342098) (261954, 5342024) (261477,
5341635) (261446, 5341360) (261795,
5341129) (261338, 5340620) (260502,
5340838) (260634, 5340291) (260444,
5340108) (260473, 5339566) (260034,
5339299) (260527, 5338579) (260024,
5337803) (260760, 5337465) (261010,
5337544) (261206, 5337929) (261425,
5337967) (262034, 5338730) (262020,
5338072) (261633, 5337698) (261440,
5337709) (261397, 5337040) (261675,
5336932) (261485, 5336613) (261238,
5336769) (260377, 5336750) (259932,
5336502) (260486, 5336249) (260263,
5336073) (260466, 5336004) (260400,
5335813) (260795, 5335445) (261533,
5335557) (261841, 5334999) (262255,
5335162) (262178, 5334839) (261683,
5334575) (261534, 5334187) (260854,
5334178) (260872, 5333534) (260958,
5333369) (261467, 5333560) (261835,
5333107) (261786, 5332790) (262311,
5332445) (262363, 5332093) (262530,
5333377) (262742, 5333445) (263020,
5333114) (263415, 5333538) (263436,
5333103) (263621, 5332950) (264395,
5333169) (264268, 5332774) (264632,
5332282) (264828, 5332385) (264916,
5332265) (264622, 5331993) (264732,
5331826) (264653, 5331474) (265030,
5330964) (264974, 5330700) (265688,
5331086) (265624, 5330898) (266209,
5330427) (266159, 5329864) (266549,
5329769) (266211, 5329191) (266773,
5329097) (266751, 5328638) (266962,

5328618) (267051, 5328333) (267405,
5328338) (267596, 5328138) (268242,
5328202) (268396, 5328062) (268451,
5327875) (267920, 5326941) (268211,
5326948) (268209, 5326724) (267804,
5326402) (268462, 5326181) (268261,
5325448) (268470, 5325065) (268422,
5324595) (268576, 5324478) (269188,
5324300) (270184, 5324861) (270250,
5324164) (270633, 5324205) (270416,
5323626) (270810, 5323187) (271087,
5323472) (271359, 5323344) (271636,
5323653) (271891, 5323636) (272630,
5324199) (272527, 5323576) (272631,
5323320) (272387, 5322917) (272904,
5323023) (273008, 5323213) (273239,
5323084) (273340, 5323475) (274180,
5323765) (274368, 5323582) (274232,
5322811) (274594, 5322750) (274633,
5322392) (274951, 5322516) (275429,
5322287) (275679, 5322433) (275801,
5322953) (276547, 5323064) (276516,
5323327) (276891, 5323314) (276734,
5323799) (276360, 5324102) (276541,
5324542) (276312, 5324941) (276613,
5325399) (276541, 5325978) (276748,
5325995) (277110, 5325342) (277610,
5325488) (277620, 5325211) (277977,
5325100) (278053, 5324796) (277800,
5324504) (277925, 5324215) (278285,
5324064) (278159, 5323575) (278404,
5323465) (278219, 5323035) (278846,
5322754) (278416, 5322485) (278759,
5322020) (278708, 5321810) (278894,
5321504) (278781, 5320885) (278352,
5321687) (277984, 5321457) (278121,
5321207) (277927, 5320736) (277586,
5320826) (277279, 5320945) (277061,
5320701) (277166, 5321123) (276928,
5321175) (276761, 5321000) (276741,
5321261) (276613, 5321246) (276373,
5321109) (276243, 5320596) (275996,
5320394) (275498, 5320530) (275201,
5319969) (274938, 5320126) (274711,
5320038) (274726, 5320478) (274913,
5320729) (274812, 5320851) (274987,
5321108) (274726, 5321017) (274162,
5321460) (274375, 5320945) (273922,
5321169) (273952, 5320677) (273505,
5320826) (273602, 5320385) (273393,
5320247) (273010, 5320436) (272883,
5320272) (272656, 5320360) (272514,
5320497) (271888, 5320361) (272330,
5320183) (272285, 5319993) (272491,
5320020) (272486, 5319711) (272846,
5319623) (272743, 5319192) (273151,
5319324) (273347, 5319249) (273156,
5318983) (273671, 5318996) (273423,
5318409) (273915, 5318336) (274031,
5318148) (273772, 5317576) (273205,
5317720) (273064, 5318115) (272505,
5317728) (272264, 5317742) (272137,
5318027) (272000, 5317779) (272271,
5317347) (272088, 5316946) (272177,
5316576) (271971, 5316475) (271299,
5316722) (270639, 5315901) (270467,
5315918) (270406, 5316167) (270713,

5316612) (270644, 5316902) (270137,
5316679) (269790, 5316731) (270041,
5317065) (269811, 5317177) (270467,
5317724) (270610, 5318302) (270386,
5318281) (270247, 5318478) (270037,
5318059) (269597, 5318200) (269281,
5318490) (269273, 5318696) (269603,
5319187) (268952, 5319073) (268789,
5319331) (268536, 5318680) (268030,
5318760) (268206, 5318270) (267818,
5318217) (267834, 5317937) (267643,
5317817) (267510, 5318017) (267806,
5318483) (267439, 5318553) (267502,
5319037) (267022, 5318954) (266751,
5318629) (266590, 5318774) (266242,
5318646) (266169, 5318769) (266731,
5319381) (266759, 5319751) (266448,
5319585) (266354, 5319707) (266127,
5319626) (266013, 5319903) (265822,
5319925) (265435, 5319806) (265329,
5319578) (264912, 5319694) (265017,
5320013) (266190, 5320309) (266069,
5320613) (266387, 5320670) (266354,
5320926) (266685, 5321139) (266955,
5321034) (267534, 5321151) (267832,
5320457) (268285, 5320371) (268332,
5320493) (268033, 5320732) (268006,
5321202) (268251, 5321514) (268601,
5321504) (268437, 5321660) (268521,
5321879) (267908, 5321875) (267909,
5322141) (267689, 5322215) (267795,
5322688) (267529, 5322450) (267236,
5322510) (267239, 5322961) (267083,
5323149) (266981, 5322766) (266782,
5322821) (266774, 5322359) (266417,
5322502) (266269, 5322754) (265779,
5322487) (265630, 5321995) (265570,
5322649) (265640, 5323215) (265496,
5323158) (265464, 5323266) (265573,
5323545) (265995, 5323771) (265566,
5324105) (265433, 5323827) (265116,
5324009) (264918, 5323457) (264422,
5323443) (264445, 5323150) (264692,
5322919) (264070, 5322654) (264238,
5322333) (263962, 5322181) (264008,
5321899) (263684, 5321920) (263405,
5321390) (263097, 5321415) (262768,
5321142) (262666, 5321344) (262253,
5321305) (262369, 5321611) (262277,
5321793) (263026, 5322446) (262711,
5322664) (262706, 5322878) (262171,
5322971) (262153, 5323099) (262474,
5323598) (262915, 5323583) (262769,
5323986) (263345, 5324406) (263136,
5324422) (262908, 5324935) (263626,
5325987) (262647, 5325310) (262416,
5325564) (262376, 5324582) (262084,
5324565) (261747, 5324287) (261510,
5324538) (261232, 5324016) (260861,
5323746) (260485, 5323931) (260828,
5324934) (260671, 5325106) (260842,
5325252) (260654, 5325491) (260459,
5325420) (260391, 5325613) (260769,
5327209) (260510, 5326990) (260418,
5327134) (260294, 5326752) (260026,
5326658) (259935, 5326217) (259598,
5326264) (259808, 5325884) (259693,
5325442) (259509, 5325314) (259609,

5325053) (259295, 5324644) (258522, 5324778) (258533, 5326128) (258156, 5326668) (258266, 5327662) (257764, 5327163) (257607, 5326418) (257386, 5326368) (257262, 5327872) (257399, 5328504) (257074, 5329222) (257169, 5328890) (257013, 5327945) (256661, 5326829) (256307, 5326318) (256144, 5326273) (255660, 5327080) (255255, 5327130) (254928, 5327558) (254981, 5327047) (254636, 5326926) (254508, 5327132) (254748, 5327917) (254172, 5328426) (254056, 5328748) (254139, 5329160) (253947, 5329004) (253631, 5329150) (253240, 5328877) (252264, 5328720) (252475, 5329746) (252744, 5330184) (252367, 5330885) (252396, 5330380) (252091, 5330281) (251947, 5329831) (251620, 5329580) (250337, 5329367) (250615, 5330875) (249926, 5332799) (249429, 5333299) (249478, 5332710) (249258, 5332211) (248667, 5332147) (249134, 5331643) (249081, 5330794) (248533, 5330509) (248193, 5330008) (247599, 5328840) (247350, 5328974) (246673, 5328778) (246364, 5328998) (246097, 5328907) (246031, 5329375) (245645, 5329477) (245381, 5329792) (244995, 5329706) (244819, 5330157) (245051, 5330619) (244937, 5330942) (245034, 5331270) (244453, 5331096) (244399, 5331317) (244272, 5331305) (244064, 5330930) (243607, 5330784) (243499, 5331581) (243716, 5331732) (243697, 5331962) (243534, 5331965) (243515, 5332170) (243152, 5332005) (242841, 5332061) (242663, 5332442) (243084, 5332891) (243440, 5333736) (244050, 5334551) (243789, 5334694) (242947, 5334392) (242565, 5333853) (242004, 5333516) (242073, 5334078) (241506, 5334341) (241527, 5335798) (241879, 5336047) (242457, 5336087) (242431, 5336332) (242839, 5336356) (242814, 5336524) (243270, 5336941) (242887, 5337278) (242340, 5337151) (242118, 5337162) (242065, 5337394) (241548, 5337338) (241457, 5337661) (241658, 5338013) (241429, 5338322) (241874, 5338687) (242505, 5338672) (242538, 5338961) (243198, 5339205) (243033, 5339468) (243600, 5340339) (244767, 5340092) (245112, 5340233) (244311, 5340830) (244379, 5341149) (244073, 5341192) (243753, 5342057) (243754, 5343234) (244244, 5344545) (243114, 5343639) (242870, 5343173) (242959, 5342783) (242513, 5342134) (242749, 5341935) (242744, 5341583) (241915, 5340778) (240768, 5340551) (240341, 5340867) (240333, 5341377) (239438, 5341468) (239336, 5342002) (240262, 5342561) (239762, 5342865) (239786, 5343288) (239154, 5343188) (239282, 5344101) (239035, 5344278) (238584, 5344260) (238186, 5344597) (238954, 5344989) (239294, 5345434) (239031, 5345577) (238738,

5345441) (238230, 5345546) (238212, 5345783) (237672, 5345804) (237230, 5346037) (237170, 5346276) (237829, 5346465) (237747, 5364754) (237354, 5347083) (237329, 5347279) (236567, 5347426) (236652, 5348134) (236366, 5349038) (236503, 5349814) (237136, 5350352) (238146, 5350422) (237035, 5351001) (237080, 5351682) (236593, 5351384) (236525, 5351088) (235332, 5350368) (234789, 5350328) (234739, 5350625) (233873, 5350585) (233774, 5351102) (233255, 5351357) (233013, 5352026) (232681, 5353056) (233255, 5353352) (232747, 5353759) (232648, 5354176) (233000, 5354383) (233594, 5354332) (233389, 5354791) (233656, 5355085) (233729, 5356952) (232818, 5355283) (231805, 5355401) (231464, 5355663) (231381, 5356272) (231637, 5356674) (231085, 5357068) (231021, 5357358) (231600, 5357902) (231104, 5358184) (230393, 5357953) (230150, 5358222) (230196, 5358615) (229870, 5358621) (229218, 5359153) (229187, 5359334) (229636, 5359871) (229189, 5359919) (228087, 5360248) (229444, 5361216) (230487, 5361409) (230870, 5361656) (230918, 5361937) (231249, 5362274) (231915, 5362713) (230948, 5362560) (230863, 5362671) (230737, 5362436) (230259, 5362259) (229544, 5362378) (229080, 5362677) (228974, 5362452) (227865, 5361645) (227308, 5361655) (227226, 5362415) (227435, 5362551) (227274, 5362830) (227284, 5363283) (227505, 5363507) (227274, 5363848) (227211, 5362832) (226650, 5365079) (226384, 5364988) (226560, 5364678) (226493, 5363823) (226062, 5362829) (225867, 5362746) (225530, 5363188) (224713, 5363742) (224631, 5364255) (224081, 5364763) (223416, 5364859) (223272, 5365337) (222887, 5365648) (222920, 5365894) (222476, 5366157) (221789, 5366182) (221677, 5366512) (221149, 5366316) (221677, 5366793) (220471, 5366598) (219903, 5366713) (219783, 5366873) (219599, 5366747) (219177, 5366854) (218502, 5366711) (217185, 5367328) (216973, 5367855) (216295, 5368556) (216436, 5368928) (216109, 5368665) (215701, 5369523) (215806, 5369822) (215621, 5370194) (216046, 5370508) (215400, 5370857) (215520, 5371297) (215098, 5372275) (215271, 5372837) (215842, 5373305) (217129, 5373591) (217531, 5373312) (217886, 5373863) (218389, 5373978) (219141, 5373714) (219361, 5373820) (219573, 5373410) (219948, 5373942) (220810, 5374421) (221243, 5373720) (221526, 5373219) (221818, 5371554) (221669, 5370505) (222034, 5370108) (222403, 5372287) (222346, 5373340) (222019, 5374279) (224078, 5374312) (225354, 5374598) (226354, 5374055) (225731, 5374972) (226147,

5375842) (226124, 5376748) (225719, 5375797) (225382, 5375480) (224524, 5375132) (223504, 5375115) (221832, 5375443) (221601, 5375271) (220972, 5375472) (219585, 5375052) (218722, 5375037) (218340, 5375202) (218881, 5375674) (217237, 5375241) (217092, 5375322) (216778, 5376761) (216569, 5376790) (215984, 5377559) (215158, 5379045) (215093, 5379501) (215377, 5380188) (214791, 5380236) (214406, 5379235) (212085, 5379944) (210595, 5379962) (210732, 5379588) (211432, 5379225) (211968, 5379255) (212397, 5378720) (212966, 5378634) (214164, 5377670) (214386, 5377321) (214219, 5377025) (214473, 5376772) (214821, 5376714) (215438, 5375823) (215500, 5374834) (214213, 5374206) (213596, 5374323) (213578, 5373679) (213183, 5373283) (212993, 5372821) (211759, 5372290) (211517, 5372341) (211523, 5373185) (210848, 5374314) (209851, 5375124) (209168, 5375330) (208040, 5376768) (207939, 5376678) (208763, 5375187) (210127, 5374362) (210890, 5373009) (210792, 5372715) (210524, 5372621) (210157, 5373104) (209574, 5373421) (209076, 5373937) (208346, 5374124) (208096, 5374570) (206859, 5374638) (206617, 5374919) (206504, 5374780) (205339, 5374818) (205159, 5375074) (205019, 5374788) (204540, 5374770) (203586, 5375489) (202991, 5376398) (202763, 5376078) (201507, 5375992) (201412, 5375807) (201518, 5375635) (202094, 5375589) (202623, 5375311) (200311, 5374757) (203599, 5374385) (204615, 5373218) (204944, 5373158) (205310, 5373495) (206513, 5373365) (206796, 5373058) (207141, 5373147) (207463, 5372953) (207436, 5372751) (207758, 5372718) (208554, 5372254) (206763, 5371870) (208503, 5371588) (207300, 5371071) (207014, 5370796) (206230, 5370653) (205770, 5370337) (205227, 5370559) (205092, 5370833) (204882, 5370639) (204080, 5370986) (203172, 5370958) (202921, 5370763) (203893, 5370379) (204913, 5369592) (204836, 5369240) (204388, 5368688) (204051, 5368671) (204124, 5368484) (204243, 5367489) (202622, 5367675) (202531, 5367418) (201628, 5366872) (200909, 5366964) (200361, 5367533) (200225, 5367899) (200261, 5368615) (200092, 5369177) (200268, 5369981) (200540, 5369838) (200994, 5369908) (200649, 5370773) (200992, 5372058) (201406, 5372308) (201195, 5373736) (200146, 5374286) (199833, 5374658) (199634, 5375384) (200539, 5377813) (201838, 5379224) (204427, 5378966) (205159, 5379504) (205619, 5379304) (206245, 5379524) (206844, 5379498) (207151, 5379312) (207705, 5379491) (208089, 5379335) (208376, 5380321) (208295, 5381260) (208045,

5381916) (208367, 5382703) (209260, 5382691) (210390, 5382112) (211721, 5381870) (211891, 5382264) (211824, 5382951) (212252, 5382861) (212549, 5383189) (212869, 5383178) (213220, 5383412) (213845, 5383081) (214182, 5382569) (214812, 5382428) (215232, 5383030) (215052, 5383751) (215237, 5384252) (215609, 5384503) (215824, 5384421) (216296, 5384634) (216742, 5384644) (216846, 5384451) (217793, 5383944) (217589, 5383616) (218262, 5383108) (218782, 5382067) (218135, 5381378) (218181, 5381091) (219234, 5380020) (220242, 5379596) (221899, 5379712) (222934, 5380110) (223354, 5380591) (224514, 5380585) (225464, 5381081) (226122, 5381117) (226576, 5381436) (226714, 5382007) (226344, 5382609) (226282, 5383166) (226826, 5384172) (226978, 5385050) (227871, 5385412) (228080, 5385829) (227941, 5386868) (227325, 5387502) (226811, 5388520) (226287, 5388692) (225910, 5389224) (225550, 5389254) (225378, 5388461) (224879, 5387746) (223867, 5387410) (222685, 5387904) (222321, 5388618) (221756, 5389106) (221079, 5390112) (220976, 5390484) (221033, 5390993) (221253, 5391314) (220865, 5392712) (221461, 5393259) (222185, 5394598) (222585, 5394772) (223269, 5394773) (223798, 5395754) (223721, 5396123) (223890, 5396368) (224762, 5396705) (225157, 5397077) (226050, 5396777) (226307, 5396835) (226264, 5397947) (226705, 5398795) (226828, 5399412) (227506, 5400384) (229217, 5400010) (229416, 5400791) (229186, 5401833) (229474, 5402618) (230039, 5402899) (230839, 5402750) (231152, 5403263) (230315, 5404337) (229911, 5404312) (229569, 5404532) (229439, 5405251) (228660, 5406010) (228638, 5406916) (228123, 5407079) (227434, 5408731) (226297, 5408962) (225640, 5410453) (225776, 5411116) (225558, 5411499) (225741, 5412372) (225289,

5413235) (225310, 5414304) (225711, 5414815) (225896, 5415449) (225595, 5416801) (225867, 5416902) (226354, 5417920) (225986, 5418421) (226077, 5419108) (225139, 5419430) (224140, 5420166) (223755, 5420678) (223611, 5421174) (224168, 5421896) (223968, 5422420) (224259, 5423113) (223988, 5423259) (223608, 5423946) (223946, 5424455) (223676, 5425054) (223724, 5426146) (224701, 5426450) (224985, 5426723) (225013, 5427791) (224037, 5429342) (222065, 5429908) (221795, 5429842) (221751, 5429266) (220706, 5428986) (220747, 5428463) (220381, 5428298) (220287, 5427949) (219567, 5427652) (219333, 5427705) (219154, 5427802) (218865, 5429005) (218175, 5429754) (217684, 5429813) (217358, 5430223) (216682, 5430435) (216068, 5430936) (215869, 5431224) (216027, 5431471) (215981, 5431729) (215683, 5431979) (215960, 5432269) (217293, 5432490) (218306, 5433919) (218209, 5434403) (218319, 5434640) (239526, 5433632) (239064, 5432329).

(iii) Polygon bounded by the following coordinates: (298693, 5429619) (298783, 5429239) (299366, 5429079) (299127, 5428455) (298722, 5427998) (298993, 5426901) (298951, 5426659) (298631, 5426408) (298627, 5425843) (299386, 5425828) (299579, 5425569) (299627, 5424953) (299821, 5424801) (300581, 5424737) (300552, 5424337) (300905, 5424324) (301239, 5423934) (301352, 5421464) (300889, 5421487) (300912, 5422300) (300076, 5422341) (300071, 5421934) (299672, 5421955) (299665, 5421552) (299247, 5421569) (299259, 5421966) (298846, 5421968) (298854, 5422367) (299679, 5422356) (299787, 5424749) (298256, 5424783) (298452, 5431123) (298809, 5431111) (299124, 5430554) (298591, 5429919) (298693, 5429619).

(iv) Polygon bounded by the following coordinates: (294912, 5414454) (294614,

5414228) (294066, 5414639) (294105, 5414925) (294503, 5414901) (294912, 5414454).

(v) Polygon bounded by the following coordinates: (300905, 5410752) (300704, 5410477) (301063, 5410205) (301253, 5410196) (301422, 5410412) (301704, 5410304) (301936, 5410506) (301998, 5410266) (301599, 5410280) (301589, 5409883) (300793, 5409915) (300782, 5409507) (299160, 5409581) (299184, 5410362) (299588, 5410346) (299597, 5410764) (300006, 5410751) (300017, 5411298) (300695, 5411358) (300905, 5410752).

(vi) Polygon bounded by the following coordinates: (300219, 5400249) (300262, 5400081) (299974, 5399808) (300209, 5399451) (299250, 5399479) (299206, 5400251) (300075, 5400248) (300068, 5400640) (300462, 5400643) (300176, 5400403) (300219, 5400249).

(vii) Polygon bounded by the following coordinates: (300474, 5399028) (300384, 5398810) (299815, 5398831) (299892, 5398239) (299453, 5398251) (299447, 5398125) (299217, 5398224) (298927, 5397671) (298836, 5397890) (298445, 5397902) (298435, 5397644) (298204, 5397774) (297744, 5397618) (297668, 5398704) (299256, 5398659) (299267, 5399077) (300474, 5399028).

(viii) Polygon bounded by the following coordinates: (298728, 5391979) (298693, 5391159) (297893, 5391191) (297938, 5392018) (298728, 5391979) (299017, 5366509) (290903, 5366121) (290646, 5366286) (290715, 5365684) (290529, 5365525) (290092, 5365787) (290099, 5366123) (289706, 5366139) (289733, 5366950) (290530, 5366926) (290516, 5366521) (290917, 5366509).

(ix) Map of Unit 4, North Cascades, follows:

BILLING CODE 4310–55–P

Case No. 1:20-cv-02484-MSK   Document 50-4   filed 04/28/21   USDC Colorado   pg 23 of 288



Critical Habitat for *Lynx canadensis* (Canada Lynx), Unit 4 - North Cascades

BLM_0071231

(9) *Unit 5: Greater Yellowstone Area; Gallatin, Park, Sweetgrass, Stillwater, and Carbon Counties in Montana; Park, Teton, Fremont, Sublette, and Lincoln Counties, Wyoming.*

(i) Coordinate Projection: UTM, NAD83, Zone 12, Meters; Coordinate Definition: (easting, northing).

(ii) Polygon bounded by the following coordinates: (595623, 4836739) (595482, 4836735) (595623, 4836739) (595623, 4836739) (597176, 4842498) (595646, 4842468) (597176, 4842499) (597176, 4842498) (583329, 5057658) (583373, 5054409) (587627, 5054464) (587632, 5054204) (587885, 5054060) (587993, 5053401) (587826, 5052890) (587374, 5052447) (586926, 5052346) (586782, 5052069) (587378, 5051132) (587135, 5050819) (587508, 5049923) (587422, 5049625) (587582, 5049307) (587373, 5048884) (587413, 5047799) (586922, 5047377) (587042, 5047203) (586806, 5046744) (586885, 5046449) (586570, 5046127) (586287, 5045465) (585919, 5044467) (585979, 5044255) (587400, 5044468) (587686, 5045021) (588022, 5045044) (589008, 5045679) (589054, 5045989) (589262, 5046117) (589583, 5045981) (590048, 5046310) (590883, 5045676) (591872, 5045844) (592189, 5046408) (592891, 5046612) (593065, 5035475) (586635, 5035373) (586569, 5038605) (584962, 5038577) (585021, 5035364) (583422, 5035362) (583481, 5030527) (588290, 5036509) (588308, 5028959) (599577, 5029108) (599600, 5027498) (601216, 5027537) (601244, 5025910) (602859, 5025934) (602913, 5022698) (604471, 5022728) (604478, 5022301) (604883, 5022312) (604887, 5021912) (604484, 5021907) (604499, 5021101) (604119, 5021091) (604147, 5019885) (605742, 5019917) (605800, 5017917) (606588, 5017930) (606606, 5016313) (612249, 5016408) (612277, 5014799) (612634, 5014806) (612646, 5013576) (612300, 5013570) (612316, 5012351) (621949, 5012575) (622079, 5009427) (628461, 5009570) (628540, 5007933) (630160, 5007951) (630187, 5007140) (630592, 5007148) (630606, 5006742) (632994, 5006792) (633008, 5006385) (633398, 5006401) (633445, 5003111) (633825, 4997494) (638679, 4997525) (639089, 4985303) (614021, 4984515) (614829, 4984027) (615139, 4983462) (617102, 4982466) (618016, 4981119) (618618, 4981492) (618389, 4981204) (618504, 4980897) (618408, 4980206) (618220, 4979681) (617711, 4979026) (617770, 4978623) (617192, 4977715) (617199, 4977153) (616439, 4977220) (616029, 4977423) (615269, 4976300) (614061, 4976047) (613265, 4975194) (612776, 4975204) (612345, 4974596) (611855, 4974636) (610854, 4973696) (610832, 4973075) (611040, 4972888) (611286, 4972088) (611062, 4971673) (611052, 4970293) (610471,

4969556) (610267, 4969073) (610406, 4968800) (610022, 4968707) (610243, 4968224) (609922, 4967557) (609443, 4967169) (608559, 4966991) (608750, 4966016) (609236, 4965115) (608947, 4964033) (609186, 4963575) (609394, 4962269) (609583, 4962132) (609062, 4961625) (608399, 4961736) (607914, 4961141) (607930, 4960343) (607532, 4960167) (607380, 4959864) (607019, 4958348) (605216, 4958356) (605014, 4957940) (604535, 4957938) (603591, 4957598) (603426, 4957155) (602368, 4955871) (601908, 4954571) (601194, 4953677) (600498, 4952132) (599875, 4951517) (599831, 4950949) (599510, 4950667) (598303, 4950467) (597632, 4948884) (596272, 4949332) (595896, 4949892) (595618, 4949889) (594564, 4949927) (594035, 4949547) (593374, 4949960) (592944, 4950767) (592095, 4949929) (591739, 4949233) (591728, 4948792) (591267, 4948407) (590776, 4948232) (590614, 4948316) (590171, 4947888) (590011, 4947388) (590648, 4946643) (591055, 4946614) (591393, 4945973) (591608, 4945157) (591526, 4944621) (591775, 4944115) (591992, 4944041) (593117, 4944574) (593764, 4944316) (594085, 4946409) (594752, 4944775) (595560, 4943554) (596184, 4943636) (596489, 4944159) (597148, 4944109) (597228, 4943652) (597945, 4943118) (597794, 4942915) (597776, 4948232) (590614, 4948316) (590171, 4947888) (590001, 4947388) (590648, 4946643) (591055, 4946614) (591393, 4945973) (591608, 4945157) (591526, 4944621) (591775, 4944115) (591992, 4944041) (593117, 4944574) (593764, 4944316) (594085, 4946409) (594752, 4944775) (595560, 4943554) (596184, 4943636) (596489, 4944159) (597148, 4944109) (597228, 4943652) (597945, 4943118) (597794, 4942915) (597776, 4942196) (597087, 4941807) (596972, 4941592) (597135, 4941156) (597001, 4940479) (596320, 4939951) (596549, 4938810) (596184, 4938267) (596008, 4938319) (595618, 4938166) (595516, 4937928) (595535, 4937568) (595903, 4937124) (596034, 4936188) (595567, 4935056) (594939, 4934715) (594669, 4934252) (593864, 4933861) (593510, 4933314) (592799, 4933056) (592685, 4932676) (592452, 4932504) (592003, 4932270) (591240, 4932287) (590619, 4931750) (590021, 4931937) (589650, 4931580) (589451, 4931576) (587746, 4929188) (585131, 4927839) (584808, 4927349) (584962, 4926966) (583688, 4925873) (583400, 4925747) (583688, 4925839) (582286, 4925561) (581796, 4925544) (580309, 4924848) (580054, 4924227) (579244, 4923695) (578602, 4922691) (577585, 4921680) (577341, 4921083) (577377, 4920435) (576435, 4919681) (575862, 4920007) (575177, 4919324) (574733, 4919258) (574669, 4918615) (574223, 4917381) (573640, 4916753) (574064, 4916526) (574209, 4914279) (573863, 4914047) (574080, 4913048) (573792, 4912335) (573786, 4911610) (574008, 4911081) (573950, 4910520) (574662, 4909832) (574733, 4909455) (576380, 4909071) (576536, 4908624) (577188, 4908413) (577514, 4908136) (578730, 4908875) (580217, 4908342) (580982, 4908263) (581446, 4908633) (581710, 4908439) (582604, 4908546) (582709, 4908053) (583101,

4907458) (582831, 4907119) (583047, 4906719) (583014, 4906348) (583241, 4906123) (583070, 4905392) (582873, 4905208) (583091, 4904952) (584000, 4905063) (584717, 4904455) (585115, 4904454) (585640, 4904152) (585994, 4904218) (586317, 4903832) (586324, 4903441) (587100, 4903045) (587603, 4902903) (588396, 4903084) (589039, 4902733) (589417, 4901791) (589843, 4901362) (590877, 4901646) (591106, 4901348) (591600, 4901126) (592029, 4900409) (593227, 4899742) (593553, 4898846) (594123, 4898339) (594685, 4898181) (594690, 4897638) (596169, 4897337) (596449, 4896867) (596771, 4896879) (597346, 4896454) (597786, 4895223) (598350, 4895162) (598109, 4894560) (598285, 4894430) (598337, 4893909) (598536, 4893646) (598278, 4892786) (598664, 4892060) (598692, 4891489) (599013, 4891005) (599362, 4890807) (599466, 4890230) (599770, 4889909) (599481, 4888860) (599591, 4888007) (599761, 4887583) (600001, 4887415) (599881, 4887079) (599438, 4886826) (598706, 4885252) (598673, 4883812) (599014, 4883502) (598883, 4883160) (599546, 4882202) (600507, 4882084) (600934, 4881436) (601359, 4881235) (601353, 4880439) (602234, 4880036) (601868, 4879735) (601677, 4878994) (602217, 4878070) (602036, 4877549) (601054, 4877254) (601008, 4876109) (600803, 4875717) (600171, 4875181) (599753, 4875253) (599338, 4875666) (597726, 4875045) (597239, 4874925) (596995, 4875048) (596843, 4874371) (596146, 4873997) (595687, 4873500) (595671, 4872818) (595451, 4872614) (595353, 4872160) (594629, 4871691) (594326, 4871237) (593045, 4870671) (593087, 4870093) (593317, 4869681) (593154, 4869279) (592554, 4869129) (592325, 4868849) (592259, 4868345) (591883, 4868318) (591497, 4868071) (591812, 4867231) (591557, 4866998) (591563, 4866335) (590932, 4866021) (590301, 4865334) (590523, 4864674) (591723, 4864400) (592101, 4864559) (591910, 4864286) (592309, 4863940) (592268, 4863027) (592469, 4862577) (591549, 4861701) (592487, 4861667) (593334, 4861067) (593699, 4861106) (593900, 4860405) (594171, 4860230) (594502, 4860235) (595022, 4859673) (594279, 4858923) (593890, 4858817) (593813, 4858475) (594052, 4857992) (594685, 4858008) (595230, 4857380) (594266, 4856697) (593478, 4856646) (593083, 4856395) (592475, 4856397) (591915, 4855797) (591876, 4855131) (592363, 4854673) (592002, 4854484) (591871, 4853701) (592227, 4853267) (593080, 4852684) (593918, 4853067) (594005, 4853276) (594216, 4853269) (594388, 4852349) (595067, 4852313) (595697, 4851643) (596328,

4851546) (597492, 4850728) (597573, 4836103) (619127, 4835622) (619161, 4803524) (589448, 4803208) (589497,
4851141) (598014, 4851409) (598088, 4834782) (607975, 4834571) (608000, 4802630) (589186, 4802270) (588456,
4851942) (599003, 4852269) (599345, 4833373) (608403, 4833382) (608410, 4802504) (587086, 4802199) (587507,
4852926) (599892, 4852542) (600261, 4832983) (606801, 4832944) (606763, 4801926) (587260, 4801055) (587905,
4852608) (600976, 4853660) (601600, 4834553) (605133, 4834514) (605133, 4801299) (589497, 4800888) (589725,
4853708) (601915, 4854357) (602640, 4835324) (605131, 4834519) (605132, 4801045) (590211, 4800932) (590726,
4854344) (602853, 4854858) (603086, 4835324) (602762, 4835283) (602777, 4801827) (593350, 4801280) (593465,
4854914) (603746, 4854670) (604227, 4834864) (601975, 4834871) (601960, 4801038) (593826, 4801001) (594011,
4855264) (604864, 4855071) (605273, 4835286) (601966, 4835098) (601958, 4800575) (594574, 4800371) (594913,
4855115) (605555, 4855632) (606288, 4835286) (601151, 4835238) (601132, 4800492) (596347, 4799617) (597046,
4855482) (606709, 4855772) (607179, 4836057) (599587, 4835984) (599598, 4799556) (597488, 4799169) (597915,
4855842) (607161, 4857095) (606863, 4836387) (600385, 4836403) (600427, 4799064) (598472, 4798478) (598622,
4857386) (606607, 4858339) (606975, 4837206) (599619, 4837193) (599630, 4798096) (597796, 4797751) (597288,
4859080) (607031, 4859684) (607570, 4837596) (600044, 4837603) (600027, 4797913) (595891, 4797243) (595354,
4859518) (607858, 4859733) (608108, 4837995) (599689, 4837989) (600027, 4797160) (595493, 4795789) (595198,
4860348) (607904, 4861402) (607990, 4837995) (600042, 4837675) (600030, 4795090) (594636, 4794496) (594825,
4862585) (608516, 4863415) (608839, 4838001) (599625, 4837988) (599599, 4794214) (594679, 4793648) (593718,
4864326) (609355, 4864401) (609870, 4838390) (599237, 4838381) (599599, 4793130) (592607, 4791978) (592108,
4864860) (610255, 4864928) (610586, 4838396) (599184, 4838391) (599167, 4791664) (590968, 4791661) (590725,
4864779) (611182, 4864966) (611874, 4838792) (599583, 4838790) (599168, 4791374) (590516, 4790623) (591039,
4866296) (611665, 4866902) (611852, 4839196) (597944, 4839190) (597950, 4789948) (590847, 4789682) (590962,
4867295) (612216, 4867381) (612750, 4839993) (597174, 4839482) (597196, 4789176) (590748, 4788753) (590756,
4866968) (613251, 4866280) (613629, 4842505) (593980, 4842450) (593185, 4788368) (591066, 4787837) (590834,
4866180) (614160, 4866666) (614985, 4842426) (593174, 4840761) (593577, 4787589) (591202, 4786569) (590971,
4868130) (615517, 4868093) (616051, 4840767) (593589, 4839986) (593994, 4786474) (591152, 4786117) (591021,
4868742) (616863, 4868846) (616972, 4839992) (594046, 4837529) (595229, 4785806) (591099, 4785237) (591352,
4868503) (617492, 4868080) (617836, 4837539) (595236, 4836727) (595629, 4784687) (591619, 4784709) (591637,
4867446) (619335, 4866373) (620152, 4836727) (595633, 4836319) (595239, 4784204) (591387, 4783876) (591460,
4866460) (620978, 4867163) (621173, 4836315) (595244, 4835498) (594454, 4783525) (592216, 4783149) (592407,
4867513) (622230, 4867554) (622703, 4835472) (594063, 4835066) (594454, 4783419) (593023, 4783540) (593202,
4866467) (622512, 4865909) (622605, 4835075) (594447, 4834646) (592475, 4783936) (593922, 4784038) (594007,
4865672) (623721, 4865217) (624028, 4834658) (592487, 4834260) (590968, 4783821) (594345, 4784189) (594815,
4865257) (624263, 4865500) (625037, 4834272) (590967, 4833869) (590565, 4784105) (595061, 4784458) (595265,
4865512) (625313, 4864372) (625715, 4833861) (590565, 4834263) (587761, 4784433) (596171, 4783378) (596115,
4863694) (626581, 4863262) (627325, 4834188) (587757, 4833398) (588157, 4783031) (596735, 4783059) (596782,
4863248) (627559, 4862678) (628020, 4833407) (588159, 4833804) (588559, 4782687) (597235, 4782882) (597475,
4862439) (627917, 4862193) (628312, 4833814) (588558, 4833417) (590162, 4782807) (597538, 4782499) (597971,
4861317) (628251, 4860956) (628631, 4833451) (590162, 4833049) (590563, 4782156) (598848, 4782278) (598818,
4860465) (629390, 4860310) (630032, 4833057) (590564, 4833459) (590966, 4781346) (599281, 4780896) (599339,
4860372) (630565, 4859784) (630614, 4833466) (591076, 4826223) (594162, 4780496) (599141, 4780195) (598901,
4859384) (630434, 4859035) (630509, 4826168) (594146, 4824555) (600582, 4780148) (600171, 4779495) (600422,
4858427) (630720, 4857777) (630942, 4824641) (600621, 4823060) (600246, 4779104) (600027, 4778546) (599264,
4857563) (630765, 4857092) (630868, 4823100) (603433, 4822704) (602219, 4778417) (599137, 4778226) (598787,
4856820) (631150, 4856720) (631169, 4822679) (602235, 4821472) (603857, 4778410) (598681, 4778035) (598259,
4856034) (630787, 4855866) (630419, 4821504) (603908, 4819898) (607091, 4777872) (598072, 4777517) (597769,
4856079) (630063, 4855870) (629738, 4819962) (607121, 4817630) (606409, 4777765) (597239, 4777632) (597745,
4855962) (629463, 4855762) (628914, 4817578) (605693, 4817116) (605407, 4777124) (597529, 4776747) (598358,
4855494) (628373, 4854704) (627829, 4817104) (604997, 4815995) (604558, 4776212) (598422, 4775820) (598587,
4854745) (627748, 4854449) (626949, 4815999) (603775, 4815565) (602960, 4775838) (598517, 4775214) (598025,
4853607) (627091, 4853386) (627134, 4815744) (601635, 4815391) (601107, 4775182) (597780, 4774642) (598205,
4852536) (627361, 4853204) (627152, 4815590) (600446, 4815202) (599411, 4774284) (597875, 4774162) (598235,
4852051) (627332, 4851272) (626921, 4815138) (599323, 4814469) (598622, 4773984) (598187, 4773750) (598406,
4850846) (626539, 4849851) (626245, 4813776) (598512, 4813350) (598712, 4773377) (599112, 4773090) (598936,
4849754) (626124, 4849310) (625335, 4812620) (599038, 4812240) (599193, 4772895) (599067, 4772697) (598936,
4849012) (625142, 4848153) (624901, 4811365) (599669, 4810789) (599816, 4772293) (599183, 4771821) (599300,
4847871) (624196, 4847544) (624089, 4810220) (600034, 4809985) (600011, 4771935) (599575, 4771794) (599843,
4847272) (623619, 4847017) (623393, 4809404) (599245, 4808755) (599969, 4772445) (600112, 4772539) (600423,
4846581) (622795, 4846313) (622201, 4808086) (599745, 4808013) (599913, 4772014) (600273, 4771215) (600405,
4845281) (621284, 4844795) (621011, 4807055) (599671, 4806999) (599026, 4771007) (600335, 4770476) (600083,
4843949) (620714, 4843725) (620417, 4806162) (598715, 4806157) (598499, 4770327) (600266, 4769483) (599878,
4843815) (620126, 4844175) (619925, 4806500) (598067, 4806620) (598216, 4769126) (599530, 4768459) (599628,
4844043) (619983, 4843458) (619747, 4805181) (598508, 4804588) (597274, 4768186) (599411, 4767950) (599336,
4843076) (619729, 4842572) (619348, 4804874) (596482, 4804444) (595881, 4767332) (598747, 4765942) (598094,
4842152) (619082, 4841364) (618752, 4804347) (595561, 4803967) (594888, 4765618) (597568, 4764128) (596578,
4841063) (618772, 4840519) (618616, 4803802) (594285, 4803995) (593998, 4762613) (596654, 4762355) (596378,
4840205) (618841, 4839219) (618674, 4803784) (592821, 4804227) (592038, 4761897) (596380, 4761501) (596121,
4839457) (618907, 4838021) (618630, 4803780) (591286, 4803672) (590939, 4761226) (596226, 4760732) (596086,
4837771) (618577, 4836724) (618753, 4803441) (589526, 4803951) (589228, 4760178) (596413, 4759930) (596005,

**8698**   **Federal Register** / Vol. 74, No. 36 / Wednesday, February 25, 2009 / Rules and Regulations

4759339) (596534, 4759307) (596618,
4759161) (596020, 4758534) (596124,
4758273) (596979, 4758248) (596468,
4757580) (596286, 4756498) (595627,
4755340) (595315, 4753699) (595084,
4753435) (594888, 4752582) (594617,
4752885) (594475, 4751273) (594452,
4754952) (595272, 4754969) (595239,
4759848) (589608, 4759769) (589591,
4760570) (588813, 4760555) (588819,
4762135) (589620, 4762153) (589599,
4762959) (591216, 4762975) (591165,
4766278) (590271, 4766259) (590207,
4768639) (583063, 4768479) (582999,
4775525) (582046, 4775511) (581969,
4786093) (579553, 4786068) (579535,
4784433) (577138, 4784420) (577133,
4783540) (576338, 4783234) (576330,
4781900) (570768, 4781825) (570792,
4778614) (567564, 4778582) (567589,
4776992) (565196, 4776932) (565206,
4775339) (554222, 4775220) (554288,
4765688) (549528, 4765682) (549581,
4757669) (550391, 4757660) (550401,
4755248) (551953, 4755268) (551968,
4754464) (552775, 4754470) (552807,
4752874) (549603, 4752835) (549614,
4751242) (548005, 4751196) (548018,
4749586) (546399, 4749588) (546442,
4744760) (544796, 4744766) (544835,
4741537) (542425, 4741504) (542475,
4736667) (542853, 4736670) (542973,
4730572) (543144, 4699953) (547056,
4699956) (547115, 4690764) (537565,
4690588) (537733, 4671026) (532911,
4670990) (532915, 4669388) (536142,
4669412) (536177, 4664587) (531355,
4664548) (531312, 4667766) (529717,
4667754) (529736, 4666148) (523315,
4666120) (523306, 4668522) (516908,
4668510) (516911, 4667709) (515311,
4667707) (515300, 4671068) (513390,
4671065) (513329, 4699714) (509146,
4699718) (509147, 4699489) (496135,
4699497) (496329, 4721874) (498982,
4721863) (498985, 4720257) (500601,
4720233) (500632, 4718640) (501463,
4718638) (501424, 4717116) (502228,
4717117) (502236, 4716309) (503852,
4716282) (503856, 4715479) (507019,
4715427) (507023, 4714627) (507815,
4714621) (507828, 4709011) (510211,
4708994) (510208, 4713835) (508616,
4713814) (508655, 4717490) (509909,
4716806) (510745, 4715412) (510818,
4714724) (511705, 4714713) (511945,
4714213) (512269, 4714096) (512826,
4714167) (513043, 4714447) (514249,
4715039) (514589, 4715045) (515426,
4715574) (515990, 4716305) (516997,
4716842) (518137, 4716922) (518292,
4717595) (518735, 4717932) (518841,
4718373) (518746, 4718879) (518852,
4719310) (518667, 4719687) (518588,
4720683) (518698, 4722069) (517963,
4722601) (517924, 4723977) (517602,
4724382) (517710, 4724673) (517476,
4724854) (517427, 4725607) (517060,

4725924) (517194, 4726906) (517636,
4727107) (517827, 4728518) (518280,
4728898) (518097, 4729329) (518307,
4730196) (518112, 4730638) (518078,
4731537) (518305, 4732020) (517982,
4732557) (517836, 4733555) (517565,
4733706) (517387, 4734134) (517346,
4734886) (517075, 4735339) (517139,
4735722) (516795, 4736585) (516164,
4736907) (515914, 4737318) (516070,
4738103) (515727, 4738812) (515902,
4739096) (515691, 4739888) (515854,
4740594) (515665, 4740950) (515821,
4741443) (515340, 4742637) (515406,
4743126) (515278, 4743469) (515436,
4743883) (515630, 4743922) (516226,
4744632) (516634, 4745379) (517425,
4746054) (517242, 4746336) (517230,
4747806) (517032, 4748365) (517130,
4748675) (517397, 4748778) (517727,
4749335) (517697, 4750558) (517877,
4750938) (517441, 4751295) (516827,
4752694) (516009, 4752911) (515783,
4753425) (515294, 4753793) (515382,
4754262) (514571, 4756160) (513999,
4756057) (513732, 4754786) (513491,
4754402) (513006, 4754387) (512726,
4754682) (512124, 4754451) (511922,
4754773) (511763, 4755362) (510869,
4756811) (511043, 4757547) (510494,
4758374) (510315, 4759312) (510090,
4759505) (510031, 4759881) (508220,
4759930) (507556, 4760364) (506832,
4761901) (506967, 4762363) (506745,
4762841) (506945, 4763260) (506540,
4764218) (506497, 4765271) (506009,
4765714) (506178, 4766233) (505954,
4766545) (506077, 4767357) (506392,
4767911) (506109, 4768397) (506165,
4768734) (505907, 4769210) (505768,
4770203) (505555, 4770575) (505618,
4771093) (505417, 4771510) (504288,
4772230) (504284, 4772625) (504629,
4773309) (504464, 4763637) (504481,
4774209) (503409, 4774401) (502856,
4774706) (502585, 4774409) (502053,
4774250) (501098, 4774945) (500732,
4774527) (500664, 4774926) (499785,
4774922) (499338, 4775560) (499417,
4775964) (499258, 4776781) (499112,
4777067) (498649, 4777284) (498645,
4778275) (498771, 4778508) (499424,
4778506) (500525, 4777546) (501710,
4777061) (501360, 4777351) (500982,
4777297) (500989, 4777583) (500575,
4777500) (500322, 4778200) (499929,
4778289) (500233, 4778823) (499800,
4779089) (499356, 4779735) (499021,
4779875) (500281, 4780593) (501211,
4780521) (502513, 4781160) (502879,
4781011) (503189, 4781093) (503883,
4781973) (504341, 4781925) (504701,
4782195) (505879, 4782296) (506298,
4782858) (506893, 4782584) (507715,
4782956) (510253, 4782575) (510581,
4782730) (510626, 4783185) (511093,
4783241) (511377, 4783580) (512606,
4783833) (514171, 4783502) (515094,

4784393) (515590, 4784348) (515958,
4784640) (516895, 4784586) (517598,
4784790) (517498, 4785674) (517604,
4786134) (518301, 4787174) (518513,
4787934) (518438, 4788976) (518176,
4789171) (517297, 4791189) (516826,
4791590) (517213, 4792664) (517085,
4793442) (517873, 4794510) (518394,
4794264) (519759, 4794396) (520345,
4794763) (520669, 4795410) (521177,
4795496) (521369, 4795776) (522236,
4798991) (522809, 4799753) (523048,
4800372) (522901, 4800663) (522522,
4801173) (521923, 4801769) (521087,
4802422) (520793, 4803091) (524753,
4803103) (524745, 4804712) (520715,
4804695) (520706, 4805102) (520300,
4805101) (520305, 4805910) (519916,
4805915) (519911, 4806316) (519112,
4806312) (519109, 4806714) (518705,
4806714) (518683, 4807529) (518273,
4807527) (518270, 4808733) (517475,
4808727) (517467, 4809540) (517072,
4809542) (517066, 4812771) (517534,
4812776) (517536, 4813178) (520751,
4813177) (520759, 4814344) (521552,
4814357) (521535, 4815176) (521934,
4815193) (521910, 4816007) (522716,
4816002) (522750, 4817209) (525550,
4817145) (525556, 4817546) (525957,
4817558) (525955, 4817974) (526358,
4817982) (526357, 4818399) (526760,
4818406) (526761, 4818802) (527156,
4818809) (527155, 4820030) (527562,
4820032) (527563, 4820436) (528768,
4820440) (528757, 4822470) (530379,
4822470) (530348, 4824916) (531149,
4824915) (531153, 4824513) (531903,
4824520) (532386, 4824534) (532382,
4824939) (532790, 4824943) (532783,
4825350) (532379, 4825345) (532378,
4825733) (531960, 4825729) (531957,
4825324) (531152, 4825314) (531155,
4825716) (531150, 4825722) (531153,
4826923) (531940, 4826922) (531926,
4828933) (532331, 4828953) (532334,
4830554) (533152, 4830583) (533153,
4831434) (533551, 4831437) (533451,
4836287) (531843, 4836260) (531834,
4836692) (530608, 4836650) (530541,
4837870) (530173, 4837861) (530131,
4839508) (530549, 4839498) (530542,
4840308) (530935, 4840308) (530902,
4841530) (531716, 4841539) (531705,
4841950) (532512, 4841950) (532487,
4843172) (533303, 4843194) (533289,
4843765) (533971, 4843782) (533970,
4844173) (534769, 4844182) (534760,
4844989) (535561, 4844988) (535557,
4846584) (536359, 4846594) (536353,
4847401) (542786, 4847436) (542788,
4847035) (544369, 4847037) (544366,
4847445) (545961, 4847437) (545962,
4851980) (546355, 4851982) (546321,
4855097) (545848, 4854860) (545396,
4854861) (545211, 4854436) (544966,
4854378) (544855, 4853943) (545262,
4853704) (544531, 4853445) (544845,

4853177) (544564, 4852898) (544231,
4852906) (544026, 4853233) (543985,
4852844) (543354, 4853079) (543174,
4852830) (542727, 4852867) (542648,
4864398) (541779, 4864393) (541777,
4864548) (530408, 4864484) (530383,
4872484) (527172, 4872478) (527139,
4877305) (525285, 4877301) (525278,
4878335) (527198, 4881200) (526463,
4881745) (526147, 4882188) (525957,
4883075) (526020, 4883708) (526843,
4884785) (527142, 4885503) (527477,
4888205) (528522, 4889767) (528300,
4890802) (528997, 4891689) (528997,
4891942) (528680, 4892385) (528902,
4893335) (530200, 4893589) (530770,
4893462) (531024, 4893209) (531277,
4893525) (531530, 4894792) (530517,
4896882) (530264, 4898465) (529694,
4900112) (529739, 4900980) (531530,
4902645) (531467, 4903152) (530327,
4903532) (531087, 4904356) (531530,
4904356) (532164, 4904609) (532290,
4905052) (533114, 4905242) (533747,
4905052) (533874, 4904672) (534380,
4904546) (535204, 4904799) (535520,
4905306) (535964, 4905623) (535774,
4906066) (535989, 4906418) (536534,
4906636) (536724, 4906193) (538307,
4906129) (538877, 4905876) (539954,
4904799) (541094, 4904419) (540904,
4903849) (539764, 4903786) (539764,
4899669) (539130, 4899226) (538624,
4898339) (538497, 4896313) (538497,
4895616) (539004, 4895426) (539384,
4892892) (540397, 4890992) (540777,
4890739) (540967, 4890296) (540524,
4890042) (540017, 4889029) (539067,
4888839) (537294, 4888966) (536154,
4888649) (535710, 4888269) (536217,
4887762) (536268, 4886926) (536724,
4887129) (540524, 4887129) (541284,
4887889) (541511, 4887928) (541768,
4888778) (541748, 4889094) (541551,
4889232) (541630, 4889509) (542124,
4890122) (542440, 4890240) (542550,
4891056) (542170, 4891309) (541790,
4892132) (542044, 4893336) (542094,
4894925) (541179, 4894920) (540731,
4895633) (540601, 4896309) (540777,
4896883) (542614, 4897643) (543184,
4898973) (543944, 4899289) (544704,
4899099) (544577, 4898466) (544134,
4897769) (544197, 4897136) (544704,
4896566) (546034, 4896946) (547427,
4898339) (547491, 4898973) (546667,
4898529) (545971, 4899099) (546034,
4899859) (548314, 4902709) (548757,
4902836) (548884, 4903406) (549201,
4903786) (549961, 4904166) (550531,
4904166) (552051, 4903533) (553001,
4903406) (553824, 4903026) (554901,
4903026) (555344, 4902583) (556168,
4902519) (556813, 4902658) (557244,
4903089) (557751, 4902519) (556928,
4899669) (556294, 4898783) (554838,
4897516) (554711, 4896946) (554964,
4896313) (554964, 4895806) (555471,

4894539) (555471, 4893272) (555788,
4892829) (556738, 4892829) (558384,
4894222) (559398, 4894032) (559778,
4894286) (560031, 4894322) (560348,
4893209) (560284, 4892829) (560854,
4891816) (561361, 4891816) (561614,
4892196) (562565, 4892746) (562945,
4893272) (564056, 4894173) (563261,
4894539) (562881, 4894269) (562121,
4896503) (561931, 4897579) (561488,
4897706) (560918, 4897389) (560538,
4897579) (560475, 4898656) (560665,
4899099) (560475, 4899047) (559651,
4899669) (559208, 4899733) (558701,
4900049) (558448, 4900493) (558574,
4902013) (558448, 4903279) (559018,
4904356) (559778, 4905053) (560031,
4906003) (560791, 4906129) (561108,
4905686) (561868, 4905496) (562311,
4905623) (562185, 4906319) (562375,
4906509) (562375, 4906826) (562818,
4906889) (563388, 4907713) (563413,
4908840) (562058, 4909486) (561805,
4909866) (561790, 4910906) (561286,
4913649) (561298, 4914110) (561805,
4914616) (561868, 4915186) (562311,
4915376) (562881, 4914933) (563008,
4915756) (563388, 4916073) (563451,
4916706) (562881, 4917530) (562375,
4917530) (560981, 4916833) (560475,
4917150) (559145, 4918860) (559208,
4919493) (559588, 4920000) (560095,
4920126) (560728, 4922786) (561108,
4922153) (560601, 4922786) (561108,
4922850) (562121, 4923483) (561488,
4924053) (560728, 4923990) (560475,
4923293) (559841, 4923293) (559588,
4923673) (559588, 4924243) (558955,
4925130) (558765, 4925890) (559271,
4927157) (559841, 4927853) (559968,
4928360) (559651, 4928677) (558638,
4928170) (557561, 4928487) (557371,
4928803) (557245, 4930450) (556611,
4931020) (555851, 4931147) (556168,
4931970) (556231, 4932667) (555788,
4933680) (554585, 4933997) (554141,
4934313) (554049, 4934947) (554746,
4934701) (554711, 4934947) (553508,
4934947) (553251, 4934390) (553445,
4935833) (553761, 4936023) (553508,
4936593) (552558, 4936563) (552146,
4937487) (552565, 4937650) (553074,
4938644) (553761, 4939466) (554205,
4938050) (555218, 4939633) (555788,
4939570) (556295, 4940267) (556105,
4940710) (556548, 4941534) (556611,
4942484) (556421, 4942737) (555915,
4942927) (555281, 4942864) (555028,
4943054) (554922, 4943601) (555393,
4944588) (555281, 4945144) (555028,
4945650) (554331, 4946094) (554268,
4946537) (554711, 4946407) (555471,
4947297) (554901, 4947614) (554331,
4947677) (553571, 4947360) (553065,
4947677) (553318, 4948184) (553191,
4948754) (551418, 4950047) (551291,
4951350) (550278, 4952174) (550312,
4952325) (546737, 4952811) (545461,

4953310) (545123, 4953244) (544470,
4953452) (544531, 4954455) (544153,
4955168) (543869, 4955335) (543915,
4955881) (543073, 4956501) (542786,
4956452) (542291, 4957125) (542196,
4957762) (541927, 4957723) (541753,
4957966) (541097, 4957985) (541040,
4957429) (540445, 4957795) (539537,
4957016) (540542, 4956595) (540802,
4956238) (540121, 4954714) (539894,
4954682) (539699, 4954163) (538569,
4953917) (537981, 4952574) (537338,
4952176) (537916, 4951277) (537624,
4950596) (537397, 4950563) (536781,
4951504) (536143, 4952019) (536165,
4952282) (536781, 4953222) (537462,
4953903) (538370, 4954422) (538499,
4954243) (538953, 4954357) (538586,
4955752) (537721, 4956011) (537591,
4955687) (537202, 4955492) (536586,
4955622) (536327, 4955071) (536358,
4954695) (535905, 4955038) (535095,
4954844) (535192, 4955265) (535516,
4955265) (535678, 4955622) (535386,
4956043) (534641, 4956562) (533668,
4957924) (533571, 4959157) (533234,
4958898) (532421, 4958980) (531297,
4959920) (531056, 4960321) (530425,
4963372) (530004, 4962821) (530101,
4961653) (529355, 4961491) (529128,
4961232) (529063, 4960810) (528577,
4961070) (528415, 4960551) (528674,
4960064) (528568, 4959791) (528301,
4959896) (528090, 4960972) (528302,
4961475) (529323, 4962529) (529690,
4964281) (529579, 4964769) (529343,
4964659) (528923, 4964889) (528722,
4965516) (528329, 4965453) (528802,
4966868) (528706, 4968042) (528903,
4968288) (528982, 4969647) (529841,
4968787) (530263, 4969598) (531139,
4969047) (531593, 4969177) (532371,
4968950) (532436, 4969112) (533473,
4968755) (533765, 4969404) (534414,
4970182) (535257, 4969987) (535614,
4969695) (535905, 4969760) (536359,
4970441) (536003, 4970830) (536035,
4971544) (536457, 4971609) (536554,
4971803) (535938, 4971900) (535841,
4972095) (535841, 4972387) (536165,
4972938) (535873, 4973652) (536068,
4973976) (536054, 4974692) (537657,
4974170) (538175, 4974689) (539635,
4973943) (540802, 4974624) (541256,
4975143) (541451, 4975727) (540802,
4977154) (540964, 4977381) (541775,
4977413) (542845, 4977024) (543234,
4976732) (543558, 4976375) (543785,
4975694) (544239, 4975403) (544142,
4975014) (543574, 4974560) (545277,
4974397) (544596, 4974268) (543785,
4973716) (544045, 4973457) (543818,
4973068) (543915, 4972452) (543785,
4972322) (543915, 4972030) (544401,
4971836) (544434, 4971155) (545309,
4970798) (546477, 4971349) (547839,
4971414) (548131, 4971057) (548001,
4970830) (548293, 4970603) (547741,

4970214) (547547, 4969825) (548001,
4969274) (547385, 4969112) (547093,
4968820) (546671, 4969047) (546347,
4968820) (546315, 4968301) (545212,
4966777) (545407, 4966485) (546704,
4965934) (546898, 4965545) (548682,
4965220) (549520, 4965383) (550975,
4966107) (551672, 4965854) (552178,
4965284) (553002, 4964904) (553508,
4964904) (553762, 4965664) (554078,
4965727) (553888, 4966804) (553572,
4967501) (553698, 4967817) (554078,
4968261) (554332, 4968261) (554775,
4968894) (555472, 4969084) (555408,
4970351) (556295, 4971047) (557182,
4971237) (559208, 4970034) (559525,
4969527) (559398, 4968894) (558955,
4968641) (559525, 4967172) (561108,
4966171) (563199, 4966234) (563452,
4965601) (563959, 4965791) (564465,
4965664) (564529, 4965284) (565035,
4965284) (565352, 4965664) (566365,
4965664) (566682, 4965411) (566781,
4964729) (567189, 4964904) (568392,
4964777) (569785, 4963954) (569975,
4963131) (569659, 4962877) (567511,
4963958) (569152, 4961294) (569722,
4960597) (570165, 4960344) (570399,
4959659) (571495, 4959711) (575485,
4958697) (576214, 4959536) (576119,
4959774) (575549, 4960027) (574535,
4959964) (574219, 4960407) (573015,
4960977) (572932, 4961309) (571885,
4961595) (571622, 4962054) (571495,
4962814) (570355, 4963321) (570165,
4963891) (570482, 4964714) (571749,
4965411) (573205, 4967121) (573269,
4968071) (573015, 4968324) (572319,
4968514) (571812, 4968957) (571609,
4969445) (571196, 4968628) (570477,
4967911) (568601, 4967238) (567459,
4967040) (567134, 4967135) (567313,
4968387) (567671, 4968626) (568685,
4968865) (568864, 4969342) (569460,
4969938) (569997, 4971608) (569818,
4971787) (568744, 4971131) (568446,
4971370) (568387, 4972145) (568088,
4972264) (566239, 4972562) (565762,
4972264) (565460, 4972727) (564702,
4972441) (563015, 4972776) (562691,
4973003) (562788, 4973327) (563793,
4973554) (563923, 4974008) (564020,
4974397) (563826, 4974430) (563631,
4974106) (563339, 4974268) (563599,
4974981) (563242, 4975078) (562626,
4974657) (562204, 4974657) (562204,
4974397) (561329, 4974624) (561004,
4974203) (560875, 4974397) (560940,
4974916) (560615, 4974949) (560615,
4975727) (561329, 4975986) (561329,
4976311) (560842, 4976602) (560518,
4976570) (559513, 4975889) (558605,
4975824) (558540, 4976246) (559059,
4977024) (558183, 4977024) (557535,
4976700) (556594, 4977089) (556627,
4977381) (556335, 4977575) (555913,
4977154) (555524, 4977121) (554584,
4977737) (554324, 4977154) (554065,

4977121) (554324, 4979067) (553773,
4979294) (553384, 4979229) (551730,
4977932) (550368, 4977705) (550044,
4977121) (550238, 4977056) (550044,
4976765) (549785, 4976829) (549590,
4977089) (549687, 4977705) (550012,
4978127) (550141, 4978613) (550012,
4978872) (549541, 4979424) (548487,
4979132) (547742, 4979715) (548033,
4980364) (548066, 4980753) (547904,
4980980) (546944, 4980643) (546922,
4981941) (547682, 4982068) (547682,
4982701) (545475, 4983801) (545845,
4983588) (546542, 4983841) (546605,
4984601) (544832, 4985044) (544198,
4984664) (542847, 4984716) (541731,
4986428) (522683, 4986320) (522677,
4986683) (521675, 4986712) (521027,
4987856) (520196, 4987922) (518892,
4988995) (518595, 4989636) (518258,
4989864) (517942, 4990402) (516981,
4989919) (516190, 4989726) (515796,
4989302) (515311, 4989075) (513926,
4989113) (513973, 4988430) (513574,
4988214) (513524, 4987882) (513840,
4986637) (513807, 4986205) (514338,
4985956) (514853, 4985010) (514919,
4984379) (514736, 4983947) (514753,
4983416) (514412, 4983200) (515600,
4984014) (515982, 4984146) (516297,
4983947) (516380, 4983582) (516662,
4983632) (516911, 4983217) (516994,
4982669) (517243, 4982685) (517526,
4982918) (517360, 4983051) (517858,
4983632) (518422, 4983798) (518870,
4983200) (520116, 4982486) (519900,
4982237) (519784, 4981656) (520082,
4981374) (520404, 4982359) (519551,
4980261) (519465, 4980752) (519070,
4980892) (518854, 4981175) (518638,
4981291) (518123, 4981125) (517891,
4980544) (518273, 4980925) (518306,
4980095) (518123, 4980012) (518372,
4979714) (518273, 4979758) (519319,
4979498) (519601, 4978933) (518937,
4978850) (518842, 4979072) (518522,
4978917) (517708, 4978917) (517373,
4979076) (517144, 4978684) (516314,
4979348) (516496, 4979813) (516114,
4979730) (515384, 4979946) (515002,
4980361) (515085, 4980676) (514735,
4980880) (514803, 4980178) (515517,
4979564) (516533, 4979083) (516264,
4978651) (516098, 4978535) (516363,
4978070) (516015, 4978077) (516015,
4978203) (515832, 4978252) (515733,
4978003) (515849, 4977771) (516065,
4977721) (516214, 4977306) (516480,
4976011) (516264, 4975596) (516596,
4975281) (516081, 4974035) (516031,
4974467) (516081, 4974035) (516330,
4973770) (516480, 4972707) (516131,
4972209) (516247, 4971628) (516563,
4971562) (516947, 4971715) (516695,
4971213) (515816, 4970665) (515782,
4970134) (515586, 4970067) (514936,
4970516) (514637, 4970482) (515234,
4968756) (515002, 4968374) (514255,

4967992) (514089, 4967245) (513856,
4967095) (514222, 4966497) (514371,
4966464) (514902, 4966913) (515035,
4966747) (514653, 4966298) (514952,
4965468) (515367, 4965419) (515915,
4965850) (516297, 4965618) (516513,
4965053) (516297, 4964505) (515915,
4964090) (515566, 4964372) (515118,
4964206) (514869, 4963558) (514886,
4963044) (515234, 4963077) (515135,
4962878) (513740, 4961848) (513308,
4961334) (513059, 4961865) (512412,
4961782) (512263, 4961915) (511781,
4961516) (511781, 4961317) (512213,
4961068) (511748, 4960769) (512096,
4960354) (512910, 4959922) (513308,
4960188) (513391, 4959972) (513192,
4958694) (513773, 4958362) (513308,
4958146) (513159, 4957449) (512893,
4957349) (512205, 4957628) (511435,
4958183) (511557, 4957850) (511039,
4957980) (510743, 4959109) (510151,
4959460) (510521, 4959664) (510502,
4960460) (510688, 4960552) (510336,
4960737) (510373, 4960959) (510132,
4961126) (509744, 4961182) (509522,
4961885) (508374, 4963421) (508152,
4963477) (507907, 4963825) (507689,
4963680) (507726, 4960663) (507190,
4960719) (506838, 4960441) (506856,
4960219) (507171, 4959960) (507061,
4959738) (507282, 4959146) (507171,
4958739) (506357, 4958276) (506190,
4957813) (505579, 4957184) (503618,
4956147) (503173, 4956184) (502877,
4956407) (503118, 4956573) (504136,
4956666) (504321, 4956869) (504247,
4957091) (502359, 4957387) (502118,
4957573) (502674, 4957813) (502526,
4957961) (501341, 4957998) (501119,
4958572) (500878, 4958572) (499620,
4957554) (499268, 4957591) (498713,
4957369) (498380, 4957499) (499139,
4958368) (498917, 4958998) (498158,
4959738) (498047, 4960201) (497899,
4961348) (498250, 4961977) (498213,
4962514) (497343, 4963217) (497695,
4963477) (497899, 4963847) (497823,
4964042) (496369, 4963286) (495581,
4963227) (494973, 4963447) (494489,
4963208) (493861, 4962422) (493144,
4960389) (492698, 4959398) (492287,
4958931) (492253, 4973196) (492451,
4975539) (492493, 4979836) (492377,
4985423) (492187, 4985682) (491777,
4985766) (491279, 4986130) (491115,
4986586) (490530, 4986928) (490533,
4987242) (489738, 4987640) (489483,
4987959) (488823, 4988151) (487824,
4988759) (487206, 4989401) (486815,
4989494) (486754, 4989758) (486406,
4989756) (485682, 4990147) (485590,
4990372) (484695, 4990791) (484174,
4991481) (483712, 4991718) (483114,
4993707) (482546, 4994820) (482611,
4995189) (482383, 4995968) (481679,
4997274) (481397, 4998505) (480711,
4999221) (480771, 5000333) (480470,

5000806) (481006, 5001567) (480952, 5002550) (481540, 5003989) (481376, 5004280) (481495, 5004682) (481031, 5006055) (480619, 5006527) (480682, 5007363) (480420, 5007977) (480429, 5008329) (480667, 5008625) (480523, 5008812) (480602, 5009505) (480421, 5009757) (480561, 5010325) (480378, 5010684) (480456, 5011421) (480147, 5012369) (480322, 5012530) (480329, 5013583) (481073, 5013553) (481086, 5013943) (481889, 5013946) (481902, 5014961) (482164, 5015332) (482176, 5015914) (482720, 5016424) (483614, 5016774) (484491, 5016762) (484502, 5017109) (485239, 5017903) (485267, 5021889) (485470, 5021919) (485447, 5023570) (485993, 5024709) (486361, 5024948) (486219, 5025082) (485191, 5025207) (484884, 5025415) (484424, 5026272) (484037, 5026335) (483738, 5026861) (483155, 5027188) (482653, 5028174) (482347, 5028151) (482157, 5028780) (481831, 5029191) (481704, 5029894) (481851, 5030685) (481800, 5031635) (482117, 5031721) (482083, 5032088) (481606, 5032765) (481511, 5033302) (480950, 5033545) (480446, 5034314) (479029, 5035386) (478889, 5036482) (480528, 5036506) (480572, 5038138) (479309, 5038159) (479308, 5038982) (479748, 5038980) (479753, 5039387) (480162, 5039383) (480162, 5038962) (480573, 5038966) (480581, 5039792) (483836, 5039777) (483840, 5040568) (484616, 5040566) (484631, 5040959) (485440, 5040954) (485438, 5041350) (488610, 5041342) (488620, 5042951) (490209, 5042968) (490223, 5043754) (491780, 5043766) (491819,

5044561) (492632, 5044560) (492676, 5046198) (493467, 5046194) (493484, 5047816) (498281, 5047858) (498283, 5049413) (499908, 5049392) (499886, 5047818) (506256, 5047799) (506324, 5054207) (509483, 5054240) (509493, 5052644) (511076, 5052678) (511168, 5051048) (513098, 5051064) (514029, 5049654) (515824, 5047750) (514387, 5047760) (514364, 5041518) (519144, 5041535) (519235, 5041339) (519223, 5034917) (517615, 5034883) (517655, 5026801) (516066, 5026790) (516074, 5025210) (514464, 5025214) (514438, 5022021) (511258, 5022001) (511264, 5020400) (508075, 5020345) (508056, 5014012) (506519, 5013997) (506521, 5012143) (504953, 5012137) (504897, 5005826) (503305, 5005800) (503310, 5004195) (501716, 5004185) (501708, 5002565) (497955, 5002563) (497946, 5000607) (496365, 5000590) (496356, 4997324) (498127, 4997332) (498483, 4997829) (499326, 4998306) (499545, 4998126) (499591, 4997330) (502748, 4997392) (502749, 4998978) (505971, 4999016) (505968, 5002546) (506548, 5002552) (506539, 5004162) (507736, 5004047) (507928, 5004182) (508009, 5004005) (508348, 5003998) (508351, 5003595) (509157, 5003603) (509155, 5005614) (513964, 5005616) (513976, 5007224) (515587, 5007272) (515605, 5008065) (517169, 5008090) (517166, 5008885) (517562, 5008910) (517517, 5012228) (518705, 5012248) (518731, 5013041) (520352, 5013051) (520341, 5013854) (520739, 5013860) (520747, 5014258) (521145, 5014271) (521147, 5015471) (521990, 5015470) (521983,

5017064) (522782, 5017074) (522782, 5017884) (523591, 5017904) (523582, 5019943) (523982, 5019949) (523989, 5020350) (533177, 5020385) (533168, 5022011) (533851, 5022114) (533797, 5029848) (533988, 5029884) (533795, 5029975) (533779, 5033366) (535307, 5033411) (535315, 5036607) (536926, 5036625) (536888, 5041518) (538517, 5041529) (538247, 5051033) (544713, 5051065) (544714, 5050774) (549611, 5050883) (549610, 5050575) (550414, 5050579) (550436, 5049775) (551226, 5049783) (551262, 5047790) (552872, 5047796) (552875, 5046982) (552074, 5046979) (552078, 5046189) (552495, 5046191) (552500, 5044571) (571035, 5044830) (571042, 5044023) (573851, 5044060) (573759, 5053096) (574157, 5052926) (574199, 5052222) (574636, 5051974) (574780, 5051540) (575142, 5051164) (574872, 5050594) (575057, 5049809) (575485, 5049471) (575961, 5048756) (576562, 5048473) (576032, 5047010) (576164, 5046493) (576405, 5046711) (577360, 5046694) (577545, 5046830) (577536, 5047241) (577761, 5047783) (577572, 5049101) (577708, 5049316) (577426, 5049936) (577459, 5050304) (577678, 5050493) (577705, 5051142) (578545, 5051890) (578330, 5052550) (578358, 5053440) (578953, 5054377) (579362, 5054567) (579839, 5054454) (579823, 5055204) (580304, 5056095) (580862, 5056730) (580928, 5057592) (583329, 5057658).

(iii) Map of Unit 5, Greater Yellowstone Area, follows:

BILLING CODE 4310–55–P

**8702**    **Federal Register** / Vol. 74, No. 36 / Wednesday, February 25, 2009 / Rules and Regulations



Dated: February 12, 2009.

**Jane Lyder,**

*Assistant Deputy Secretary, Department of the Interior.*

[FR Doc. E9–3512 Filed 2–24–09; 8:45 am]

**BILLING CODE 4310–55–C**

BLM_0071238

 

# United States Department of the Interior

## FISH AND WILDLIFE SERVICE
## ECOLOGICAL SERVICES
## COLORADO FIELD OFFICES

P.O. Box 25486 – DFC
Denver, Colorado 80225
Phone 303-236-4773

764 Horizon Drive, Bld. B
Grand Junction, Colorado 81502
Phone 970-243-2778

## THREATENED, ENDANGERED, CANDIDATE, AND PROPOSED SPECIES BY COUNTY
### Updated March 2010

Symbols:
\* Water depletions in the Upper Colorado River and San Juan River Basins, may affect the species and/or critical habitat in downstream reaches in other states.

▲ Water depletions in the South Platte River may affect the species and/or critical habitat in downstream reaches in other states.

© There is designated critical habitat for the species within the county.

\# Recent genetic tests identified cutthroat population as GB linage, therefore, consultation is an interim measure until genetic and taxonomic issues are resolved.

§ This applies only to white-tailed or Gunnison's prairie dog habitats. All black-tailed prairie dog habitats within Colorado have been block-cleared from the requirements of ferret surveys.

T   Threatened
E   Endangered
P   Proposed
X   Experimental
C   Candidate

*For additional information contact: U.S. Fish and Wildlife Service, Colorado Field Office, PO Box 25486 DFC (MS 65412), Denver, Colorado 80225-0486, telephone 303-236-4773*
*U.S. Fish and Wildlife Service, Western Colorado Field Office, 764 Horizon Drive, Building B, Grand Junction, Colorado 81506, telephone 970-243-2778*

| Species | Scientific Name | Status |
| --- | --- | --- |
| **ADAMS** | | |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover ▲ | Charadrius melodus | T |
| Preble's meadow jumping mouse | Zapus hudsonius preblei | T |
| Ute ladies'-tresses orchid | Spiranthes diluvialis | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |

BLM_0071239

| Rio Grande cutthroat trout | Oncorhynchus clarki virginalis | C |
|---|---|---|
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **COSTILLA** | | |
| Black-footed ferret | Mustela nigripes | E |
| Canada lynx | Lynx canadensis | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Mexican spotted owl | Strix occidentalis lucida | T |
| New Mexico meadow jumping mouse | Zapus hudsonius luteus | C |
| Rio Grande cutthroat trout | Oncorhynchus clarki virginalis | C |
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **CROWLEY** | | |
| Arkansas darter | Etheostoma cragini | C |
| Least tern (interior population) | Sternula antillarum | E |
| Lesser prairie chicken | Tympanuchus pallidicinctus | C |
| Piping plover | Charadrius melodus | T |
| | | |
| **CUSTER** | | |
| Canada lynx | Lynx canadensis | T |
| Greenback cutthroat trout | Oncorhynchus clarki stomias | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Mexican spotted owl | Strix occidentalis lucida | T |
| | | |
| **DELTA** | | |
| Black-footed ferret | Mustela nigripes | E |
| Bonytail | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Clay-loving wild buckwheat© | Eriogonum pelinophilum | E |
| Colorado Basin hookless cactus | Sclerocactus glaucus | T |
| Colorado pikeminnow© | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Humpback chub | Gila cypha | E |
| Razorback sucker© | Xyrauchen texanus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **DENVER** | | |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover ▲ | Charadrius melodus | T |
| Preble's meadow jumping mouse | Zapus hudsonius preblei | T |
| Ute ladies'-tresses orchid | Spiranthes diluvialis | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |

BLM_0071240

| | | |
|---|---|---|
| Whooping crane ▲ | Grus americana | E |
| | | |
| **GRAND** | | |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Humpback chub* | Gila cypha | E |
| Osterhout milkvetch | Astragalus osterhoutii | E |
| Penland beardtongue | Penstemon penlandii | E |
| Razorback sucker* | Xyrauchen texanus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **GUNNISON** | | |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Humpback chub* | Gila cypha | E |
| Razorback sucker* | Xyrauchen texanus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **HINSDALE** | | |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Humpback chub* | Gila cypha | E |
| Razorback sucker* | Xyrauchen texanus | E |
| Rio Grande cutthroat trout | Oncorhynchus clarki virginalis | C |
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| **HUERFANO** | | |
| Arkansas darter | Etheostoma cragini | C |
| Canada lynx | Lynx canadensis | T |
| Greenback cutthroat trout | Oncorhynchus clarki stomias | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Mexican spotted owl | Strix occidentalis lucida | T |
| | | |
| **JACKSON** | | |
| Canada lynx | Lynx canadensis | T |
| Least tern (interior population) ▲ | Sternula antillarum | E |

BLM_0071241

| | | |
|---|---|---|
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **LARIMER** | | |
| Black-footed ferret § | Mustela nigripes | E |
| Canada lynx | Lynx canadensis | T |
| Colorado butterfly plant | Gaura neomexicana spp. coloradensis | T |
| Greenback cutthroat trout | Oncorhynchus clarki stomias | T |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| North Park phacelia | Phacelia formosula | E |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover ▲ | Charadrius melodus | T |
| Preble's meadow jumping mouse© | Zapus hudsonius preblei | T |
| Ute ladies'-tresses orchid | Spiranthes diluvialis | T |
| Western prairie fringed orchid▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **LAS ANIMAS** | | |
| Arkansas darter | Etheostoma cragini | C |
| Black-footed ferret § | Mustela nigripes | E |
| Canada lynx | Lynx canadensis | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Mexican spotted owl | Strix occidentalis lucida | T |
| New Mexico meadow jumping mouse | Zapus hudsonius luteus | C |
| | | |
| **LINCOLN** | | |
| Arkansas darter | Etheostoma cragini | C |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Lesser prairie chicken | Tympanuchus pallidicinctus | C |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover ▲ | Charadrius melodus | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **LOGAN** | | |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover | Charadrius melodus | T |
| Western prairie fringed orchid▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **MESA** | | |
| Bonytail© | Gila elegans | E |

| Canada lynx | Lynx canadensis | T |
| Colorado Basin hookless cactus | Sclerocactus glaucus | T |
| Colorado pikeminnow© | Ptychocheilus lucius | E |
| De Beque phacelia | Phacelia submutica | C |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Humpback chub© | Gila cypha | E |
| Razorback sucker© | Xyrauchen texanus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **MINERAL** | | |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Razorback sucker* | Xyrauchen texanus | E |
| Rio Grande cutthroat trout | Oncorhynchus clarki virginalis | C |
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **MOFFAT** | | |
| Black-footed ferret | Mustela nigripes | E |
| Bonytail© | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow© | Ptychocheilus lucius | E |
| Humpback chub© | Gila cypha | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Razorback sucker© | Xyrauchen texanus | E |
| Ute ladies'-tresses orchid (Yampa River floodplain) | Spiranthes diluvialis | T |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **MONTEZUMA** | | |
| Black-footed ferret | Mustela nigripes | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Mancos milkvetch | Astragalus humillimus | E |
| Mesa Verde cactus | Sclerocactus mesae-verdae | T |
| Mexican spotted owl | Strix occidentalis lucida | T |
| New Mexico meadow jumping mouse | Zapus hudsonius luteus | C |
| Razorback sucker* | Xyrauchen texanus | E |
| Sleeping Ute milkvetch | Astragalus tortipes | C |
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |

| | | |
|---|---|---|
| **MONTROSE** | | |
| Black-footed ferret | Mustela nigripes | E |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Clay-loving wild buckwheat | Eriogonum pelinophilum | E |
| Colorado Basin hookless cactus | Sclerocactus glaucus | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Humpback chub* | Gila cypha | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Razorback sucker* | Xyrauchen texanus | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **MORGAN** | | |
| Least tern (interior population) | Sternula antillarum | E |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover | Charadrius melodus | T |
| Preble's meadow jumping mouse | Zapus hudsonius preblei | T |
| Ute ladies'-tresses orchid | Spiranthes diluvialis | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **OTERO** | | |
| Arkansas darter | Etheostoma cragini | C |
| Least tern (interior population) | Sternula antillarum | E |
| Piping plover | Charadrius melodus | T |
| | | |
| **OURAY** | | |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Humpback chub* | Gila cypha | E |
| Razorback sucker* | Xyrauchen texanus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **PARK** | | |
| Canada lynx | Lynx canadensis | T |
| Greenback cutthroat trout | Oncorhynchus clarki stomias | T |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Mexican spotted owl | Strix occidentalis lucida | T |

| | | |
|---|---|---|
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **SAN MIGUEL** | | |
| Black-footed ferret | Mustela nigripes | E |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Humpback chub* | Gila cypha | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Razorback sucker* | Xyrauchen texanus | E |
| Southwestern willow flycatcher | Empidonax traillii extimus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **SEDGWICK** | | |
| Least tern (interior population) | Sternula antillarum | E |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Piping plover | Charadrius melodus | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **SUMMIT** | | |
| Bonytail* | Gila elegans | E |
| Canada lynx | Lynx canadensis | T |
| Colorado pikeminnow* | Ptychocheilus lucius | E |
| Greenback cutthroat trout# | Oncorhynchus clarki stomias | T |
| Humpback chub* | Gila cypha | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Penland alpine fen mustard | Eutrema penlandii | T |
| Razorback sucker* | Xyrauchen texanus | E |
| Uncompahgre fritillary butterfly | Boloria acrocnema | E |
| Yellow-billed cuckoo | Coccyzus americanus | C |
| | | |
| **TELLER** | | |
| Gunnison's prairie dog | Cynomys gunnisoni | C |
| Least tern (interior population) ▲ | Sternula antillarum | E |
| Mexican spotted owl | Strix occidentalis lucida | T |
| Pallid sturgeon ▲ | Scaphirhynchus albus | E |
| Pawnee montane skipper | Hesperia leonardus montana | T |
| Piping plover ▲ | Charadrius melodus | T |
| Preble's meadow jumping mouse© | Zapus hudsonius preblei | T |
| Western prairie fringed orchid ▲ | Platanthera praeclara | T |
| Whooping crane ▲ | Grus americana | E |
| | | |
| **WASHINGTON** | | |

**RECOVERY OUTLINE**
**for the**
**Colorado hookless cactus**
(*Sclerocactus glaucus*)

**Colorado Ecological Services Field Office**

**April 2010**



G. Glenne, U.S. Fish and Wildlife Service

## I. INTRODUCTION

This document provides an overview of the known information for Colorado hookless cactus (*Sclerocactus glaucus*) and serves to guide recovery efforts and inform consultation and permitting activities until a comprehensive recovery plan for the species is approved. While this species has been protected under the Endangered Species Act (Act) since 1979 (44 FR 58868, October 11, 1979), until recently it was considered a part of *S. glaucus* (Uinta Basin hookless cactus). On September 15, 2009 (74 FR 47112), we officially recognized the taxonomic split of this species into three distinct species: *S. brevispinus* (Pariette cactus), *S. glaucus* (Colorado hookless cactus), and *S. wetlandicus* (Uinta Basin hookless cactus). As a newly listed species under the Act, the recovery needs of each species are being considered separately. This document supersedes all prior recovery planning documents.[1]

- LISTING AND CONTACT INFORMATION:

| | |
|---|---|
| Scientific Name: | *Sclerocactus glaucus* |
| Common Name: | Colorado hookless cactus |
| Listing Classification: | Threatened |
| Original Listing: | 44 FR 58868, October 11, 1979 |
| Revised Listing: | 74 FR 47112, September 15, 2009 |
| Lead Agency, Region: | U.S. Fish and Wildlife Service, Region 6 |
| Lead Field Office: | Colorado Field Office |
| Contact Biologist: | Collin Ewing, 970-243-2778, Collin_Ewing@fws.gov |

---

[1] A recovery plan for Uinta Basin Hookless Cactus (*S. glaucus*) was completed in 1990, prior to taxonomic revision of this species complex into three distinct species: *S. glaucus*, *S. brevispinus*, and *S. wetlandicus* (74 FR 47112, September 15, 2009). This recovery plan is neither sufficient nor up-to-date enough to direct the current and future recovery of *S. brevispinus*.

BLM_0071246

## II.    RECOVERY STATUS ASSESSMENT

A.    <u>BIOLOGICAL ASSESSMENT</u>

<u>Taxonomy</u>:  The original listing rule for *S. glaucus* (44 FR 58868, October 11, 1979) included all hookless (straight central spines) *Sclerocactus* populations in western Colorado and northeastern Utah, and referred to them as *S. glaucus* per Benson (1966, pp. 50-57; 1982, pp. 728-729).  This taxonomic classification is not supported by the results of more recent genetic and morphological research.

Genetic studies (Porter et al. 2000), common garden experiments (Hochstätter 1993; Welsh et al. 2003), and a reevaluation of the morphological characteristics of *S. glaucus* have led to separating this species into three distinct species:  *S. brevispinus*, *S. glaucus*, and *S. wetlandicus* (Hochstätter 1993; Heil and Porter 2004).  The *Flora of North America* recognizes 15 species in the genus *Sclerocactus*, including these 3 species (Heil and Porter 2004).  Comparative DNA sequences (Porter et al. 2000) infer common ancestry between *S. brevispinus* and *S. wetlandicus*, but infer *S. glaucus* is more closely related to *S. parviflorus* (Devil's claw cactus) and *S. whipplei* (Whipple's fishhook cactus).

The common name for *S. glaucus* was changed to Colorado hookless cactus as the species is endemic to western Colorado.  *S. wetlandicus* is now known as the Uinta Basin hookless cactus as this species occurs across Utah's Uinta Basin.  *S. brevispinus* is now known as the Pariette cactus as it is limited to the Pariette Draw of the Central Uinta Basin.

Throughout the remainder of this document we will refer to the Colorado hookless cactus' common name to avoid confusion with a scientific name that, until recently, applied to all three species.  The Uinta Basin hookless cactus complex will be used to refer to the combination of all three species previously listed as a single entity.

<u>Description, Habitat, and Life History</u>:  The Colorado hookless cactus is a barrel-shaped cactus that ranges from 1.2 to 4.8 inches (in.) (3 to 12 centimeters (cm)) tall, with exceptional plants up to 12 in. (30 cm) tall.  Stems range from 1.6 to 3.6 in. (4 to 9 cm) in diameter.  The stems have 8 to 15 (typically 12 or 13) ribs that extend from the ground to the tip of the plant.  Along the ribs are areoles (small, cushion-like areas) with hooked spines radiating out (Heil and Porter 2004).  There are two types of spines, radial and central, defined by the size and position on the plant (see Figure 1) (74 FR 47112, September 15, 2009).  The 2 to 12 radial spines are located around the margin of the areole, extending in a plane parallel to the body of the plant.  The radial spines are white or gray to light brown. They are up to 0.67 in. (17 millimeters (mm)) long, and less than 0.04 in. (1 mm) in diameter.  The one to five central spines (usually three) are 0.5 to 2.0 in. (12 to 50 mm) long, are generally longer than radial spines, and extend from the center of the areole.  The central spines include abaxial and lateral forms.  Abaxial spines are typically single, point toward the top of the plant, and are noticeably bent at the tip at an angle usually less than 90 degrees.  Lateral spines are usually present in pairs on either side of the abaxial spine, but are more or less straight and diverge from the abaxial spine at an acute angle (usually 20 to 50 degrees).

2

FIGURE 1. *Sclerocactus glaucus* (Colorado hookless cactus) Spine Types



The flowers are usually funnel-shaped, but sometimes bell-shaped. They usually have pink to violet tepals (petal-like flower parts not differentiated into petals and sepals) with yellow stamens (the male reproductive organ of the flower), and are 1.2 to 2.4 in. (3 to 6 cm) long and 1.2 to 2 in. (3 to 5 cm) in diameter (74 FR 47112, September 15, 2009). The fruit is short, barrel-shaped 0.31 to 0.47 in. (8 to 12 mm) wide, and 0.35 to 1.2 in. (9 to 30 mm) long.

Populations of Colorado hookless cactus occur primarily on alluvial benches (soils deposited by water) along the Colorado and Gunnison Rivers and their tributaries. Colorado hookless cactus generally occurs on gravelly or rocky surfaces on river terrace deposits and lower mesa slopes. Exposures vary, but Colorado hookless cactus is more abundant on south-facing slopes (Colorado Natural Heritage Program (CNHP) 2010a). Soils are usually coarse, gravelly river alluvium above the river flood plains, usually consisting of Mancos shale with volcanic cobbles and pebbles on the surface. Elevations range from 3,900 to 6,000 feet (ft) (1,400 to 2,000 meters (m)) (Heil and Porter 2004).

Associated desert shrubland vegetation includes shadscale (*Atriplex confertifolia*), galleta grass (*Pleuraphis jamesii*), black-sage (*Artemisia nova*), and Indian rice grass (*Achnatherum hymenoides*) (U.S. Fish and Wildlife Service (Service) 1990). Populations also exist in big sagebrush (*Artemisia tridentata*) dominated sites and in the transition zone from sagebrush to pinyon-juniper (*Pinus edulis* and *Juniperus osteosperma*) communities (CNHP 2010b).

Relative size of individual plants within a population is considered to be primarily a function of the age of the plant and secondarily a function of relative site quality (Service 1990). Pollination is likely carried out by a broad assemblage of native bees and other insects, including ants and beetles (Service 1990).

BLM_0071248

<u>Distribution, Abundance, and Trends</u>:  Colorado hookless cactus is an endemic plant found in Delta, Montrose, Mesa, and Garfield Counties, Colorado.  There are two population centers of Colorado hookless cactus:  (1) on alluvial river terraces of the Gunnison River from near Delta, Colorado, to southern Mesa County, Colorado; and (2) on alluvial river terraces of the Colorado River and in the Plateau and Roan Creek drainages in the vicinity of DeBeque, Colorado (Service 1990).  These populations may be morphologically and genetically discrete from each other (Porter 2008).  Introgression with *S. parviflorus* may play a role in these differences.  This issue is being researched by the Denver Botanic Gardens (2009b).

The species has been documented at 98 element occurrences (EOs) totaling approximately 13,300 individuals (CNHP 2010b).  Forty-two of the EOs have not been observed in over 20 years (see Table 1 below).

TABLE 1. Element Occurrence Ranks (CNHP 2010a; 2010b).

| Rank | Viability | # of EOs | % of EOs | Comment |
|---|---|---|---|---|
| A | Excellent | 2 | 2.0 | 500 or more plants, high quality site, little or no fragmentation |
| AB | Excellent or good | 2 | 2.0 | |
| B | Good | 14 | 14.3 | 50 to 499 plants, may be somewhat fragmented but ecological processes intact |
| BC | Good or Fair | 4 | 4.1 | |
| C | Fair | 10 | 10.2 | 10 to 49 plants, fragmented but ecological processes intact |
| CD | Fair or Poor | 1 | 1.0 | |
| D | Poor | 5 | 5.1 | Fewer than 10 plants, highly fragmented |
| E | Extant | 4 | 4.1 | Insufficient information to assign an EO rank |
| H | Historic | 42 | 42.9 | Have not been observed in over 20 years |
| U | Unrankable | 13 | 13.3 | Many were impacted by transplantation |
| X | Extirpated | 1 | 1.0 | No longer exists |

Over 6,000 additional individuals were located recently in field surveys for a proposed electric transmission line and a proposed oil and gas wastewater evaporation facility north of Delta, Colorado (Bio-Logic 2008; 2009).  These newly discovered individuals have not yet been incorporated into the CNHP database.  Therefore, by combining the new survey data and the CNHP data, we estimate the total known population of Colorado hookless cactus at over 19,000 plants.

4

The species is found in an estimated area of 1,700 square miles (square mi) (4,400 square kilometers (square km)) (Service 2010b). Eighty occurrences exist fully or partially on Bureau of Land Management (BLM) land (CNHP 2010b). Forty-five occurrences exist fully or partially on private land (CNHP 2010b). Nine occurrences exist fully or partially on lands owned by the State of Colorado (CNHP 2010b). In addition, the recent discoveries north of Delta occur on BLM and private lands (Bio-Logic 2008, 2009).

Colorado hookless cactus individuals are extremely difficult to locate in the field. Surveys are most effective during flowering. Most surveys have been associated with ground disturbing projects proposed for BLM lands. There are large expanses of potential habitat within the known range that have not been surveyed.

We have limited rangewide long-term status or trend population data for Colorado hookless cactus. In the northeastern corner of the species' range, the BLM Colorado River Valley Field Office conducted periodic monitoring from 1985 to present. This data suggests a downward trend at several locations. The BLM attributes these trends to cheatgrass (*Bromus tectorum*) invasion (BLM 2009a).

In the southern portion of the species' range, the BLM Uncompahgre Field Office conducted periodic monitoring between 1983 and 1993. These surveys detected no significant changes in the overall numbers of individuals. The Uncompahgre Field Office has conducted numerous other surveys, mostly related to projects, but there is little associated trend data (BLM 2009b).

From 2007 to 2009, the Denver Botanic Gardens and the BLM Colorado State Office established a total of six permanent plots on BLM lands for long-term demographic monitoring of the species. Additional monitoring plots may be established in 2010. As these efforts remain in their early years, they have not yet demonstrated trends (Denver Botanic Garden 2009a).

B.   VULNERABILITY AND THREATS ASSESSMENT

At the time of the original listing of the Uinta Basin hookless cactus complex, ongoing and foreseeable threats included mineral and energy development, illegal collection, recreational off-road vehicle (ORV) use, and grazing. Since that time, additional threats have been realized for the Colorado hookless cactus, while some threats no longer apply to the species. The following briefly summarizes threats to Colorado hookless cactus as we now view them.

The total range of the Colorado hookless cactus comprises approximately 1,700 square mi (4,400 square km), within which possible habitat (between 3,900 and 6,600 ft (1,400 and 2,000 m) in elevation) covers approximately 758,000 acres (ac) (307,000 hectares (ha)) (CNHP 2010a; Service 2010b). Approximately 18 percent (139,000 ac/56,000 ha) of the possible habitat is covered by rivers, ponds, wetland vegetation, or has been converted to agricultural, residential and urban development. The remaining potential habitat comprises approximately 618,000 ac (250,000 ha). Twenty-seven percent of this

5

total is in private ownership (Service 2010b).  Less than 1 percent of the potential habitat occurs on State or local government lands.  Approximately 73 percent of potential habitat occurs on Federal (public) land (Service 2010b).  Plants receive virtually no protections on private, State, or local government lands (Service 2010b).  Destruction of plants and habitat is likely occurring in these areas and will likely continue.  Plants and their habitat receive some protections on Federal lands.

Mineral and Energy Development:  The 1990 Recovery Plan identified threats associated with mineral and energy development including:  oil and gas, oil shale and tar sands, sand and gravel quarrying, gold dredging, and building stone collecting and quarrying.

Several of these issues are of minor or no concern to Colorado hookless cactus.  Oil shale and tar sand mining and processing is a threat to *S. wetlandicus*, and *S. brevispinus*, but is not a threat to Colorado hookless cactus.  We also have no information to indicate that building stone collecting is a threat to Colorado hookless cactus.  A gravel mining project proposed near Whitewater, Colorado, poses a threat to several Colorado hookless cactus individuals (BLM 2010).  The BLM recently closed an area where recreational gold panners were causing disturbance in close proximity to a Colorado hookless cactus occurrence (BLM 2009b).  We have no other record of sand and gravel quarrying or gold dredging impacting Colorado hookless cactus.

Oil and gas development remains a meaningful factor in the long-term conservation of the Colorado hookless cactus.  Thirty-six percent of the federally-owned potential habitat approximately 164,000 ac (66,000 ha) is leased for oil and gas development (Service 2010b).  Increased surface disturbance from wells, roads and pipelines for oil and gas projects can result in the following impacts to *S.* and habitat:

- Oil and gas development fragments and destroys *S.* habitat (BLM 2005, 2008a).  Each well disturbs approximately 1.5 ac (0.6 ha) of surface area (74 FR 47112, September 15, 2009).  Roads, pipelines, and associated infrastructure can disturb individuals and habitat.  Habitat loss and fragmentation modify plants' interactions with other individuals of the same species, exacerbating edge effects and potentially affecting the genetic composition of local populations (Debinski and Holt 2000).

- Increased erosion, soil compaction, and sedimentation can kill cacti (BLM 2005).  Cactus seeds can be buried and lost due to erosion runoff from well-field facilities (BLM 2005).

- Increased surface disturbance increases airborne dust.  Dust accumulation on cacti increases tissue temperature and reduces photosynthesis, thus decreasing plant growth, vigor, and water use efficiency (Farmer 1993; Sharifi et al. 1997).  Dust effects can extend up to 300 m from roads (Everett 1980).

- Energy development requires the addition of access roads in previously undeveloped areas.  In most cases, these access roads are open to the public.  The ORV trail use increases erosion, fugitive dust, soil compaction, sedimentation, and can crush cactus (Service 1990; BLM 2008a).

BLM_0071251

- Human access can result in illegal collection and the direct loss of individual plants (Service 1990; BLM 2005). Collection is an ongoing threat to listed *Sclerocactus* species (see discussion below).

- Oil and gas development increases weed invasions because of the associated surface disturbance. Increased invasive weeds alter the ecological characteristics of cactus habitat, making it less suitable for the species (Service 1990; BLM 2008a).

From 2006 through 2009, 11 oil and gas related consultations took place due to potential impacts to Colorado hookless cactus (Service 2010). Conservation measures were designed so that these projects would not result in direct impacts to individual Colorado hookless cactus plants. Approximately 620 wells have been drilled within the potential habitat of Colorado hookless cactus. An additional 83 drilling permits have been approved in potential habitat (Service 2010). In 2009, the Service was informed of two new proposed oil and gas wastewater evaporation facilities within Colorado hookless cactus potential habitat. Preliminary survey information provided by the applicant suggests that one of these projects may result in the future destruction of over 400 Colorado hookless cactus individuals on private land (BioLogic 2009).

The BLM is monitoring or requiring project proponents to conduct post-project monitoring of Colorado hookless cactus, *S. wetlandicus* and *S. brevispinus* populations, including impacts associated with oil and gas development and utility corridors. Initial results show that there may be indirect impacts from oil and gas development (i.e., roads and well pads) on the survival and reproductive success of *S. brevispinus* (74 FR 47112, September 15, 2009). Similar effects could be expected for Colorado hookless cactus.

Utility Corridors: A BLM and Department of Energy designated Westwide Energy Corridor covers 70,142 ac (28,385 ha) of BLM land that is potential habitat for Colorado hookless cactus (Service 2010b; BLM 2008b). The BLM identified preferred corridors to limit the proliferation of additional rights-of-way across the landscape, but utilities are not limited to these corridors (BLM 2008b). Twenty-nine of the species' 98 occurrences are at least partially located within this energy corridor (Service 2010b; BLM 2008b). Specific pipeline and transmission line routes within the energy corridor are not yet identified. The TransColorado (TransCO) gas pipeline resides in this corridor. Many of the 29 aforementioned occurrences were discovered during surveys for this project. The TransCO project resulted in transplantation of approximately 1,200 Colorado hookless cactus individuals. Monitoring documented a 19-percent mortality rate for the 129 monitored individuals between 1999 and 2003 (Bio-Logic 2008).

Surveys for a new powerline north of Delta, Colorado (not in the designated energy corridor), located approximately 5,200 Colorado hookless cactus individuals (Bio-Logic 2008). Up to 100 individuals may be transplanted or destroyed during construction of this powerline in 2010 (Bio-Logic 2008).

Invasive Species: Invasive weeds, including *Bromus tectorum* (cheatgrass) and *Halogeton glomeratus* (halogeton), are prevalent on BLM and private lands within the range of Colorado hookless cactus (CNHP 2010b). Invasive weeds alter the ecological

7

characteristics of cactus habitat, making it less suitable for the species (Service 1990; BLM 2008a). In addition, invasive weeds are often able to out-compete native species under drought conditions (Everard et al. 2010). Several EO records include cheatgrass invasion as a threat, and BLM attributes downward trend at several locations to cheatgrass invasion (CNHP 2010b; BLM 2009a).

Off Road Vehicle Use:  Despite ORV use being common within Colorado hookless cactus habitat, there have been few documented impacts to the plants. Observers documented ORV use as a threat to 3 of the 98 EOs (CNHP 2010b). Additionally, illegal off road driving damaged Colorado hookless cactus individuals during construction of the Collbran pipeline (WestWater Engineering 2009). The ORV use is expected to increase along with expected human population increases in the region in which Colorado hookless cactus is native and with increasing popularity and availability of improved ORVs. This is expected to result in an increase in damage to Colorado hookless cactus individuals and habitat (Service 1990).

Water Development:  The 1990 Recovery Plan identified water development as a threat to the species. It is likely that reservoir and irrigation canal development have impacted Colorado hookless cactus occurrences in the past; however, we have no documentation of those impacts.

Two water reservoir projects known as Roan Creek and Sulphur Gulch have been proposed within potential and occupied habitat of Colorado hookless cactus. These potential reservoirs could permanently destroy plants and their habitat through project construction and inundation. After evaluation of numerous alternatives, the Roan Creek and Sulphur Gulch projects are no longer being considered (Bray and Drager pers. comm. 2008; Grand River Consulting Corporation 2009). Since the proposals have been withdrawn, these threats are not imminent.

Collection:  The original listing of the Uinta Basin hookless cactus complex concluded that the cactus is prized among collectors and threatened by unregulated commercial trade (44 FR 58869, October 11, 1979). Collectors prefer larger, reproductive age individuals, leaving behind a younger, less reproductively fit population. We are not aware of illegal removal of *Sclerocactus* in Colorado prior to 2009. Three Colorado hookless cactus individuals were removed illegally in 2009 from sites proposed for a natural gas pipeline and a sewer pipeline in Mesa County, Colorado (Service 2010a; Glenne 2009). It did not appear that these plants were removed by collectors, but rather these were acts of vandalism. Additional damage to cacti occurred during project construction on the same natural gas pipeline (WestWater Engineering 2009). These incidents show that additional development increases risk to cacti of vandalism and removal by increasing human presence in areas previously rarely visited by humans.

Livestock Grazing and Trampling:  Of the 450,000 ac (182,000 ha) of Colorado hookless cactus potential habitat on Federal lands, approximately 94 percent, 424,000 ac (172,000 ha) falls within grazing allotments. Moderate to heavy domestic livestock grazing has been observed to cause physical damage to *Sclerocactus* plants through

8

BLM_0071253

trampling, but we have no evidence to suggest that cattle browse on individual *Sclerocactus* plants (Service 1990). A study on another federally listed cactus, *S. wrightiae*, found that cacti density increased more rapidly in a fenced plot excluded from cattle grazing than in an unfenced plot with a reduced cattle stocking rate (Clark and Clark 2007). Overgrazing (the continued heavy grazing beyond the recovery capacity of forage plants) by domestic livestock can have a negative impact on North American xeric ecosystems (Jones 2000; Vallentine 1990). For example, overgrazing can facilitate the establishment of invasive species like *Bromus tectorum* (Masters and Sheley 2001), which are difficult to eradicate and tend to outcompete native vegetation, including cacti.

Predation: Another source of mortality is lagomorph and rodent browsing on Colorado hookless cactus. While there have been numerous observations of *S. glaucus* individuals being removed by desert cottontail rabbits (*Sylvilagus audubonii*) and unknown rodents (CNHP 2010b; BioLogic 2008; Clayton 2006), some of these plants have re-sprouted in subsequent years (Clayton 2010). Browsing likely goes unnoticed unless a marked individual is revisited within a 1- to 2-year period. We know very little about the magnitude of this threat.

Parasitism by the cactus-borer beetle (*Moneilema semipunctatum*) is a significant but localized source of mortality to all *Sclerocactus* species on the Colorado Plateau, especially in larger, mature, reproducing individuals (Service 1990; 74 FR 47112, September 15, 2009). Additional studies are needed to determine the long-term, population-level effects of the cactus-borer beetle to Colorado hookless cactus.

Herbicides and Pesticides: Colorado hookless cactus lives in or near areas that receive herbicide and pesticide treatments to remove undesirable species, such as cheatgrass and crop harming insects (Service 1990). Individual cacti are likely to be directly affected by herbicide use, and indirectly by effects of pesticides on pollinators (Service 1990). However, we cannot fully assess the magnitude of this threat, since the specific species that pollinate Colorado hookless cactus are currently unknown.

Hybridization: Extinction due to hybridization, both natural and human influenced, can be a major concern for rare and endangered species (Denver Botanic Gardens 2009b). Colorado hookless cactus may hybridize with *S. parviflorus* (Heil & Porter 1987; Woodruff 2009; CNHP 2010b). The extent to which hybridization is occurring is unknown. Genetic research investigating this issue is essential for planning management and recovery efforts. The Denver Botanic Gardens has begun collecting floral tissue to examine the population genetic structure within and among the two population centers of Colorado hookless cactus and investigate the potential threat of introgression with *S. parviflorus* (Denver Botanic Gardens 2009b).

Climate Change, Drought, and Impacts to the Vegetative Community: Climate change is likely to affect long-term survival of native species, including *Sclerocactus*, especially if longer or more frequent droughts occur. For the southwestern region of the United States, warming is occurring more rapidly than elsewhere in the country with an increase of 1.5°F (0.8°C) since 1979 (Karl et al. 2009). Under lower emission scenarios

9

BLM_0071254

temperature is expected to increase 5°F (2.8°C) and under higher emission scenarios temperature is expected to increase 10°F (5.6°C) by the end of the century, from the 1979 baseline (Karl et al. 2009). Other future projections for the southwest include more intense and longer-lasting heat waves, an increased probability of droughts that are worsened by higher temperatures, heavier downpours, increased flooding, and increased erosion (Karl et al. 2009, pp. 129-134). The levels of aridity of recent drought conditions and perhaps those of the 1950s drought years may become the new climatology for the southwestern United States (Seager et al. 2007).

Effects related to climate change (e.g., persistent or prolonged drought conditions, changes in community assemblages and the ability of nonnative species to succeed) may affect long-term persistence of Colorado hookless cactus. While the potential impacts of climate change could be significant, improved localized projections are needed to better understand this potential threat.

In addition, invasive weeds are often able to out-compete native species under drought conditions (Everard et al. 2010). Drought conditions could further hinder BLM's efforts to control invasive weeds and restore native vegetation, which is already difficult due to the extreme environment of the Colorado and Gunnison River basins (Service 1990; BLM 2005, 2008a).

Inadequacy of Existing Regulatory Mechanisms: We are not aware of any city, county or State laws, ordinances or zoning that provide for protection or conservation of Colorado hookless cactus or its habitat. Removal, damage or destruction of plants on private lands is not prohibited under the Act. Removal from Federal lands is prohibited without a permit, but can be allowed through consultation with the Service. The BLM sometimes authorizes adverse effects to Colorado hookless cactus, if it will not jeopardize the continued existence of the species. The BLM has instituted some protections for the plants through Resource Management Plan designations such as No Surface Occupancy; however, these designations often allow for exceptions and impacts, and do not apply to actions associated with preexisting mineral leases. Establishment of consistent guidance and Resource Management Plan designations that provide adequate regulatory mechanisms over the longer term is needed to protect large portions of the range of Colorado Hookless cactus.

## III.   PRELIMINARY RECOVERY STRATEGY

### A.   RECOVERY PRIORITY NUMBER WITH RATIONALE

The Colorado hookless cactus is currently assigned a recovery priority of 14C. This ranking was assigned to the Uinta basin hookless cactus complex. We recommend changing the ranking of the Colorado hookless cactus to 8C. This ranking recognizes that:
(1)   The Colorado hookless cactus is a distinct species;
(2)   It faces a moderate degree of threat;
(3)   It has a high potential for recovery; and
(4)   It is in conflict with development activities or other forms of economic activities.

10

TABLE 2.  Recovery Priorities

| Degree of Threat | Recovery Potential | Taxonomy | Priority | Conflict |
|---|---|---|---|---|
| High | High | Monotypic Genus | 1 | 1C |
|  |  | Species | 2 | 2C |
|  |  | Subspecies/DPS | 3 | 3C |
|  | Low | Monotypic Genus | 4 | 4C |
|  |  | Species | 5 | 5C |
|  |  | Subspecies/DPS | 6 | 6C |
| **Moderate** | **High** | Monotypic Genus | 7 | 7C |
|  |  | **Species** | 8 | **8C** |
|  |  | Subspecies/DPS | 9 | 9C |
|  | Low | Monotypic Genus | 10 | 10C |
|  |  | Species | 11 | 11C |
|  |  | Subspecies/DPS | 12 | 12C |
| Low | High | Monotypic Genus | 13 | 13C |
|  |  | Species | 14 | 14C |
|  |  | Subspecies/DPS | 15 | 15C |
|  | Low | Monotypic Genus | 16 | 16C |
|  |  | Species | 17 | 17C |
|  |  | Subspecies/DPS | 18 | 18C |

The change from 14 to 8C recognizes the change from a low degree of threat to the Uinta Basin hookless cactus complex to a moderate degree of threat to the more range-limited Colorado hookless cactus.

The moderate degree of threat is linked to its occurrence within a relatively limited range, the threat of habitat destruction through energy development and transmission corridors, and inadequacy of existing regulatory mechanisms.  Recovery potential is high because of the potential for protection of known populations, and likelihood of discovery of new populations.  Climate change also may be an issue in the species' recovery, but improved projections are needed to better understand this potential threat.

Further information from future studies, including genetics, reproductive/pollinator biology, rangewide surveys, and long-term demographic and monitoring studies, could influence the recovery priority number.  Therefore, this recovery priority number will be reviewed during the upcoming recovery planning process by the Service and as new data are made available.

B.   RECOVERY VISION

We envision recovery for the Colorado hookless cactus includes sizable, stable populations maintained on conserved suitable habitat, with acceptable levels of connectivity between subpopulations for pollinator movement, gene flow, and seed dispersal.  Populations will be maintained to provide sufficient representation, resiliency,

11

and redundancy to ensure a high probability of survival for the foreseeable future. Meeting these goals will require that threats be sufficiently understood and abated. Range-wide monitoring will be necessary.

C.     INITIAL ACTION PLAN

Recovery needs for Colorado hookless cactus include:  (1) survey to accurately document populations and suitable habitat; (2) protect and restore habitat including pollinator habitat and corridors to provide connectivity; and (3) protect individual plants and populations from direct and indirect threats.  Specific actions include:

**Surveys and Monitoring**

- Completion of a comprehensive survey throughout the species' range.  This would include areas that are not likely to be disturbed.  Survey results will provide an accurate population estimate and allow us to identify core population areas so we can more effectively protect the species.  This will require evaluation of habitat components likely to support Colorado hookless cactus.

- Surveys also should more accurately delineate the Colorado hookless cactus range relative to other *Sclerocactus* species.

- Locate possible population connectivity corridors.

- Continue ongoing monitoring efforts and expand monitoring to include a larger and more representative sample of occupied sites.  This data should improve our understanding of trends.

**Threats Abatement**

- Identify sites in urgent need of habitat protection, set protection priorities, and implement protective measures.  In the long run, land management agencies should establish formal land management designations to provide for long-term protection of important populations and habitat.

- Oil and gas leasing and other mineral extraction activities should avoid occupied sites and other important habitat.

- Develop and implement standard conservation measures to minimize future project and use impacts.

- Coordinate with land management agencies, project proponents, and other partners early in the planning process to limit direct and indirect impacts of planned activities.

- Prevent the collection of Colorado hookless cactus plants from natural populations.

**Research**

- Resolve the taxonomic status of Colorado hookless cactus regarding the species relationship with *S. parviflorus*.  Secondarily, this study would assess genetic differences between Colorado hookless cactus populations.

- Continue research into Colorado hookless cactus life history and ecology, including pollinators.

BLM_0071257

- Study population dynamics and conduct a population viability analysis.
- Encourage investigations that project *Sclerocactus* species' vulnerability and response to climate change.
- Improve our understanding of livestock and native (e.g., rodent) grazing impacts.
- Monitor cactus-borer beetle (*Moneilema semipunctatum*) infestations, and study the relationship of episodic infestations with drought and other environmental factors.
- Monitor changes in invasive species prevalence and impacts on Colorado hookless cactus. Additionally, continue to explore approaches to minimize the risk posed by invasives and associated remediation actions.

## IV. PREPLANNING DECISIONS

### A. PLANNING APPROACH

A recovery plan will be prepared for the Colorado hookless cactus pursuant to Section 4(f) of the Act. The recovery plan will include objective, measurable criteria which, when met, will result in a determination that the species be removed from the Federal List of Endangered and Threatened Plants. Recovery criteria will address all threats meaningfully impacting the species. The recovery plan also will estimate the time required and the cost to carry out those measures needed to achieve the goal for recovery and delisting. This plan will be a single species plan.

Plan preparation will be under the stewardship of the Western Colorado Ecological Services Field Office. At the present time, this species does not warrant the appointment of a recovery team. The Service will coordinate recovery efforts with an informal network of experts and involved parties (see Stakeholder Involvement below). A recovery team may be formally appointed, if deemed necessary. Periodically, meetings among these parties may be convened for the purpose of sharing information and ideas about advancing Colorado hookless cactus recovery.

### B. INFORMATION MANAGEMENT

**General:** All information relevant to recovery of Colorado hookless cactus will be housed in administrative files in our Western Colorado Ecological Services Field Office in Grand Junction, Colorado. The lead botanist will be responsible for maintaining the official record for the recovery planning and implementation process. Copies of new

study findings, survey results, records of meetings, comments received, and other relevant information should be forwarded to this office (see Listing and Contact Information section above).

**Reporting Requirements:** Information needed for annual accomplishment reports, the Recovery Report to Congress, expenditures reports, and implementation tracking should be forwarded to this office (see Listing and Contact Information section above). Copies of the completed reports can then be disseminated to all contributors upon request.

13

BLM_0071258

C.    RECOVERY PLAN PRODUCTION SCHEDULE

The following dates are dependent on personnel and funding being available to complete the recovery planning process:

- Internal review draft:          December 2011
- Public review draft:            April 2012
- Public comment period ends:     July 2012
- Final plan:                     December 2012

D.    STAKEHOLDER INVOLVEMENT IN THE RECOVERY PROCESS

**Possible Stakeholders:**

- Public land managers with Colorado hookless cactus occurrences on their lands, including representatives of BLM (Grand Junction, Uncompahgre, and Colorado River Valley Field Offices);
- Academic and Federal researchers including the Denver Botanic Gardens;
- Town/county officials for Mesa, Delta, Montrose, and Garfield Counties, Colorado;
- State agencies (Colorado Natural Heritage Program, Colorado Natural Areas Program);
- Energy organizations; and,
- Individuals with cattle grazing leases containing cactus habitat and affiliated cattle industry organizations.

**Stakeholder Involvement Strategy:**  Early in the recovery planning process, we will hold a meeting of individuals with an interest in Colorado hookless cactus to exchange status information and identify recovery issues.  The information emanating from this discussion will help shape the initial draft recovery plan.  We will reach out to the above potential stakeholder groups to facilitate involvement of all interested parties.  When needed, additional meetings and/or conference calls will be held to discuss particular issues.  Targeted stakeholders will be invited to participate in these calls when relevant for the purposes of recovery planning.  We will take advantage of all opportunities to interact with stakeholders in a productive and meaningful way.  Stakeholders also may be asked to contribute directly in developing implementation strategies for planned recovery actions.

Approve: _Richard A Coleman_____     Date _4/14/10_

**Acting**  Regional Director, Region 6

14

## References Cited

Benson, L.  1966.  A revision of *Sclerocactus*—I-II.  Cactus and Succulent Journal 38: 50-57.

Benson, L.  1982.  The Cacti of the United States and Canada.  Stanford University Press, Stanford, California.  1044 pp.

Bio-Logic.  2008.  Tri-State Generation and Transmission Association, Inc. Delta County Transmission Improvement Project Colorado Hookless Cactus Conservation Plan. Montrose, Colorado.  November 25, 2008.

Bio-Logic.  2009.  Wells Gulch Evap, Incorporated Wells Gulch Water Treatment and Impoundment System Project Survey for the Federally Threatened Colorado Hookless Cactus.  Montrose, Colorado.  September 21, 2009.

Bray, T., and J. Drager.  2008.  Email message from Denver Water and Northern Colorado Water Conservancy District regarding the proposed Sulphur Gulch Reservoir.

Bureau of Land Management.  2005.  Final Environmental Impact Statement and Record of Decision—Castle Peak and Eightmile Flat Oil and Gas Expansion Project—Newfield Rocky Mountains Incorporated, Bureau of Land Management, Vernal, Utah.  421 pp. and appendices.

Bureau of Land Management.  2008a.  Record of Decision and Approved Management Plan— Vernal Field Office.  Bureau of Land Management, Vernal, Utah.  201 pp. + maps, figures, and appendices.

Bureau of Land Management.  2008b.  Energy Corridors Record of Decision Press Release. Bureau of Land Management, Washington, D.C.  2 pp.

Bureau of Land Management.  2009a.  *Sclerocactus glaucus* data provided by Colorado River Valley Field Office, Silt, Colorado.

Bureau of Land Management.  2009b.  *Sclerocactus glaucus* data provided by Uncompahgre Field Office, Montrose, Colorado.

Bureau of Land Management.  2010.  *Sclerocactus glaucus* data provided by Grand Junction Field Office, Grand Junction, Colorado.

Clark, T.O., and D.J. Clark.  2007.  *Sclerocactus wrightiae* monitoring in Capitol Reef National Park.  23 pp.

Clayton, J.C.  2006.  Documentation of rabbit browsing on *Sclerocactus glaucus*.  U.S. Fish and Wildlife Service, Silt, Colorado.

15

BLM_0071260

Clayton, J.C.  2010.  Documentation of rabbit browsing and resprouting of *Sclerocactus glaucus*.  U.S. Fish and Wildlife Service, Silt, Colorado.

Colorado Natural Heritage Program.  2010a.  *Sclerocactus glaucus* Element Global Rank Report 44168.  Fort Collins, CO.  5 pp.

Colorado Natural Heritage Program.  2010b.  *Sclerocactus glaucus* Element Occurrence Reports, and summary spreadsheet (created by U.S. Fish and Wildlife Service).  Fort Collins, CO.  4 pp.

Denver Botanic Gardens.  2009a.  Population Monitoring data submitted to the U.S. Fish and Wildlife Service by Denver Botanic Gardens.  December 11, 2009.  Denver, Colorado.

Denver Botanic Gardens.  2009b.  Proposal for Funding Submitted by the Denver Botanic Gardens and the University of Northern Colorado, A Genetic Investigation of *Sclerocactus glaucus* (Colorado Hookless Cactus) Genetic Diversity and Taxonomic Relations in Western Colorado.  Denver, Colorado.  8 pp.

Debinski, D.M., and R.D. Holt.  2000.  A survey and overview of habitat fragmentation experiment.  Conservation Biology 14:342-355.

Everard, K., E.W. Seabloom, W.S. Harpole, and C. deMazancourt.  2010.  Plant water use affects competition for nitrogen: why drought favors invasive species in California.  The American Naturalist 175:85-97.

Everett, K.R.  1980.  Distribution and properties of road dust along the northern portion of the Haul Road.  Pages 101–128 in J. Brown and R. Berg, editors.  Environmental engineering and ecological baseline investigations along the Yukon River–Prudhoe Bay Haul Road.  CRREL Report 80-19.  U.S. Army Cold Regions Research and Engineering Laboratory, Hanover, New Hampshire, USA.

Farmer, A.M.  1993.  The effects of dust on vegetation—a review.  Environmental Pollution 79:63-75.

Glenne, G.  2009.  Email message between G. Glenne and L. England of the U.S. Fish and Wildlife Service discussing *Sclerocactus* collection.  August 4, 2010

Grand River Consulting Corporation.  2009.  Summary of Preferred Alternative – 10825 Water from Granby and Ruedi Reservoirs.  Glenwood Springs, Colorado.  15 pp.

Heil, K.D., and J.M. Porter.  1987.  A Taxonomic Evaluation of *Sclerocactus glaucus* and its Relationship to *Sclerocactus parviflorus*.  Farmington, New Mexico.  44 pp.

Heil, K.D., and J.M. Porter.  2004.  *Sclerocactus*.  In: Flora of North America Editorial Committee, eds.  1993+.  Flora of North America North of Mexico.  15+ volumes New York and Oxford.  Vol. 4, pp. 197-207.

16

BLM_0071261

Hochstätter, F.  1993.  The Genus *Sclerocactus* (Revised).  Published by the author, Manheim, Germany.  128 pp.

Jones, A.  2000.  Effects of Cattle Grazing on North American Arid Ecosystems:  A Quantitative Review.  Western North American Naturalist 60 (2).  pp. 155-164.

Karl, T.R., J.M. Melillo, and T.C. Peterson, (eds.).  2009.  Global Climate Change Impacts in the United States.  Cambridge University Press.

Masters, R.A., and R.L. Sheley.  2001.  Principles and practices for managing rangeland invasive plants.  Journal of Range Management 54(5):502-517.

Porter, J.M.  2008.  Email message regarding differences in Colorado *Sclerocactus glaucus* populations.  April 11, 2008.

Porter, J.M., M.S. Kinnery, and K.D. Heil.  2000.  Relationships between *Sclerocactus* and *Toumeya* (Cactaceae) based on chloroplast trnL-trnF sequences.  Haseltonia 7:8-23.

Seager, R., T. Mingfang, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H. Huang, N. Harnik, A. Leetmaa, N. Lau, C. Li, J. Velez, and N. Naik.  2007.  Model projections of an imminent transition to a more arid climate in southwestern North America.  Science Express Report.  8 pp.

Sharifi, M.R., A.C. Gibson, and P.W. Rundel.  1997.  Surface dust impacts on gas exchange in Mojave desert shrubs.  The Journal of Applied Ecology 34:837-846.

U.S. Fish and Wildlife.  1990.  Recovery Plan for the Uinta Basin hookless cactus.  U.S. Fish and Wildlife Service, Region 6, Denver, Colorado.  26 pp.

U.S. Fish and Wildlife Service.  2010a. Biological Opinion for the Whitewater Phase II Sewer Infrastructure Project.  Western Colorado Ecological Services Field Office, Grand Junction, Colorado.

U.S. Fish and Wildlife Service.  2010b.  Geographic Information System and Tracking and Integrated Logging System Data Compiled by Western Colorado Ecological Services Field Office, Grand Junction, Colorado.

Vallentine, J.F.  1990.  Grazing management.  Academic Press, San Diego, California.  659 pp.

Welsh, S.L., N.D. Atwood, S. Goodrich, and L.C. Higgins.  2003.  A Utah Flora, 3rd Edition, revised.  Brigham Young University, Provo, Utah.  912 pp.

WestWater Engineering.  2009.  Cactus vandalism report.  Grand Junction, Colorado.  September 11, 2009.

Woodruff , D.  2009.  Email message regarding *Sclerocactus* characteristics.  October 27, 2009.

17

**University of Nebraska - Lincoln**
## DigitalCommons@University of Nebraska - Lincoln

US Fish & Wildlife Publications                                      US Fish & Wildlife Service

1-1-2010

# 50 CFR Part 17: Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-grouse as a Threatened or Endangered Species; Proposed Rule

Allan Pfister
*U.S. Fish and Wildlife Service*

Follow this and additional works at: http://digitalcommons.unl.edu/usfwspubs

Pfister, Allan, "50 CFR Part 17: Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-grouse as a Threatened or Endangered Species; Proposed Rule" (2010). *US Fish & Wildlife Publications*. Paper 286.
http://digitalcommons.unl.edu/usfwspubs/286

This Article is brought to you for free and open access by the US Fish & Wildlife Service at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in US Fish & Wildlife Publications by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.

BLM_0071263



**Tuesday,
September 28, 2010**

**Part II**

# Department of the Interior

**Fish and Wildlife Service**

**50 CFR Part 17**
**Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-grouse as a Threatened or Endangered Species; Proposed Rule**

## DEPARTMENT OF THE INTERIOR

**Fish and Wildlife Service**

**50 CFR Part 17**

**[DOCKET NO. FWS-R6-ES-2009-0080]**

**MO 92210-0-0008**

**Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-grouse as a Threatened or Endangered Species**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Notice of the results of a status review.

**SUMMARY:** We, the U.S. Fish and Wildlife Service (Service), announce our 12–month finding on whether to list the Gunnison sage-grouse (*Centrocercus minimus*) as threatened or endangered under the Endangered Species Act of 1973, as amended (Act). After reviewing the best available scientific and commercial information, we find that the species is warranted for listing. Currently, however, listing the Gunnison sage-grouse is precluded by higher priority actions to amend the Lists of Endangered and Threatened Wildlife and Plants. Upon publication of this 12-month finding, we will add the Gunnison sage-grouse to our candidate species list. We will develop a proposed rule to list this species as our priorities allow. We will make any determination on critical habitat during development of the proposed listing rule.

**DATES:** The determination announced in this document was made on September 28, 2010.

**ADDRESSES:** This finding is available on the Internet at *http:// www.regulations.gov* at Docket Number FWS-R6-ES-2009-0080. Supporting documentation we used in preparing this finding is available for public inspection, by appointment, during normal business hours at the U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office, U.S. Fish and Wildlife Service, 764 Horizon Drive, Building B, Grand Junction, Colorado 81506-3946. Please submit any new information, materials, comments, or questions concerning this finding to the above address.

**FOR FURTHER INFORMATION CONTACT:** Allan Pfister, Western Colorado Supervisor (see **ADDRESSES** section); by telephone at (970) 243-2778 ext. 29; or by facsimile at (970) 245-6933. If you use a telecommunications device for the deaf (TDD), please call the Federal

Information Relay Service (FIRS) at 800–877–8339.

**SUPPLEMENTARY INFORMATION:**

### Background

Section 4(b)(3)(A) of the Act (16 U.S.C. 1531 *et seq.*) requires that, for any petition to revise the Federal Lists of Threatened and Endangered Wildlife and Plants that contains substantial scientific or commercial information that listing a species may be warranted, we make a finding within 12 months of the date of receipt of the petition. In this finding, we determine whether the petitioned action is: (a) Not warranted, (b) warranted, or (c) warranted, but immediate proposal of a regulation implementing the petitioned action is precluded by other pending proposals to determine whether species are threatened or endangered, and expeditious progress is being made to add or remove qualified species from the Federal Lists of Endangered and Threatened Wildlife and Plants. Section 4(b)(3)(C) of the Act requires that we treat a petition for which the requested action is found to be warranted but precluded as though resubmitted on the date of such finding, that is, requiring a subsequent finding to be made within 12 months. We must publish these 12– month findings in the **Federal Register**.

### Previous Federal Actions

On January 18, 2000, we designated the Gunnison sage-grouse as a candidate species under the Act, with a listing priority number of 5. However, Candidate Notices of Review (CNOR) are only published annually; therefore, the **Federal Register** notice regarding this decision was not published until December 28, 2000 (65 FR 82310). Candidate species are plants and animals for which the Service has sufficient information on their biological status and threats to propose them as endangered or threatened under the Act, but for which the development of a proposed listing regulation is precluded by other higher priority listing activities. A listing priority of 5 is assigned to species with high magnitude threats that are non-imminent.

On January 26, 2000, American Lands Alliance, Biodiversity Legal Foundation, and others petitioned the Service to list the Gunnison sage-grouse (Webb 2000, pp. 94-95). In 2003, the U.S. District Court ruled that the species was designated as a candidate by the Service prior to receipt of the petition, and that the determination that a species should be on the candidate list is equivalent to a 12-month finding (*American Lands Alliance* v. *Gale A. Norton*, C.A. No. 00-

2339, D. D.C.). Therefore, we did not need to respond to the petition.

In the 2003 CNOR, we elevated the listing priority number for Gunnison sage-grouse from 5 to 2 (69 FR 24876; May 4, 2004), as the imminence of the threats had increased. In the subsequent CNOR (70 FR 24870; May 11, 2005), we maintained the listing priority number for Gunnison sage-grouse as a 2. A listing priority number of 2 is assigned to species with high magnitude threats that are imminent.

Plaintiffs amended their complaint in May 2004, to allege that the Service's warranted but precluded finding and decision not to emergency list the Gunnison sage-grouse were in violation of the Act. The parties filed a stipulated settlement agreement with the court on November 14, 2005, which included a provision that the Service would make a proposed listing determination by March 31, 2006. On March 28, 2006, the plaintiffs agreed to a one-week extension (April 7, 2006) for this determination.

In April 2005, the Colorado Division of Wildlife (CDOW) applied to the Service for an Enhancement of Survival Permit for the Gunnison sage-grouse pursuant to section 10(a)(1)(A) of the Act. The permit application included a proposed Candidate Conservation Agreement with Assurances (CCAA) between CDOW and the Service. The standard that a CCAA must meet is that the "benefits of the conservation measures implemented under a CCAA, when combined with those benefits that would be achieved if it is assumed that conservation measures were also to be implemented on other necessary properties, would preclude or remove any need to list the species." The CCAA, the permit application, and the Environmental Assessment were made available for public comment on July 6, 2005 (70 FR 38977). The CCAA and Environmental Assessment were finalized in October 2006, and the associated permit was issued on October 23, 2006. Landowners with eligible property in southwestern Colorado who wish to participate can voluntarily sign up under the CCAA and associated permit through a Certificate of Inclusion by providing habitat protection or enhancement measures on their lands. If the Gunnison sage-grouse is listed under the Act, the permit authorizes incidental take of Gunnison sage-grouse due to otherwise lawful activities in accordance with the terms of the CCAA (e.g., crop cultivation, crop harvesting, livestock grazing, farm equipment operation, commercial/residential development, etc.), as long as the participating landowner is performing

BLM_0071265

activities identified in the Certificate of Inclusion. Four Certificates of Inclusion have been issued by the CDOW and Service to private landowners to date.

On April 11, 2006, the Service determined that listing the Gunnison sage-grouse as a threatened or endangered species was not warranted and published the final listing determination in the **Federal Register** on April 18, 2006 (71 FR 19954). Consequently, we removed Gunnison sage-grouse from the candidate species list at the time of the final listing determination. On November 14, 2006, Plaintiffs (the County of San Miguel, Colorado; Center for Biological Diversity; WildEarth Guardians; Public Employees for Environmental Responsibility; National Audubon Society; The Larch Company; Center for Native Ecosystems; Sinapu; Sagebrush Sea Campaign; Black Canyon Audubon Society; and Sheep Mountain Alliance) filed a Complaint for Declaratory and Injunctive relief, pursuant to the Act, and on October 24, 2007, filed an amended Complaint for Declaratory and Injunctive relief, alleging that the 12–month finding on the Gunnison sage-grouse violated the Act. On August 18, 2009, a stipulated settlement agreement and Order was filed with the court, with a June 30, 2010, date by which the Service shall submit to the **Federal Register** a 12–month finding, pursuant to 16 U.S.C. § 1533(b)(3)(B), that listing the Gunnison sage-grouse under the Act is (a) warranted; (b) not warranted; or (c) warranted but precluded by higher priority listing actions. We published a notice of intent to conduct a status review of Gunnison sage-grouse on November 23, 2009 (74 Fr 61100). The Court approved an extension of the June 30, 2010, deadline for the 12–month finding to September 15, 2010.

Additional Special Status Considerations

The Gunnison sage-grouse has an International Union for Conservation of Nature (IUCN) Red List Category of "endangered" (Birdlife International 2009). NatureServe currently ranks the Gunnison sage-grouse as G1—Critically Imperiled (Nature Serve 2010, entire). The Gunnison sage-grouse is on the National Audubon Society's WatchList 2007 Red Category which is "for species that are declining rapidly or have very small populations or limited ranges, and face major conservation threats."

## Biology and Ecology of Gunnison Sage-grouse

### Gunnison Sage-grouse Species Description

Sage-grouse are the largest grouse in North America. Sage-grouse (both greater and Gunnison) are most easily identified by their large size, dark brown color, distinctive black bellies, long pointed tails, and association with sagebrush habitats. They are dimorphic in size, with females being smaller. Both sexes have yellow-green eye combs, which are less prominent in females. Sage-grouse are known for their elaborate mating ritual where males congregate on strutting grounds called leks and "dance" to attract a mate. During the breeding season, males have conspicuous filoplumes (specialized erectile feathers on the neck), and exhibit yellow-green apteria (fleshy bare patches of skin) on their breasts (Schroeder et al. 1999, p. 2, 18). Gunnison sage-grouse are smaller in size, have more white barring in their tail feathers, and have more filoplumes than greater sage-grouse.

Since Gunnison and greater sage-grouse were only recognized as separate species in 2000, the vast majority of the research relative to the biology and management of the two species has been conducted on greater sage-grouse. Gunnison sage-grouse and greater sage-grouse have similar life histories and habitat requirements (Young 1994, p. 44). In this finding, we use information specific to the Gunnison sage-grouse where available but still apply scientific management principles found relevant for greater sage-grouse to Gunnison sage-grouse management needs and strategies, a practice followed by the wildlife agencies that have responsibility for management of both species and their habitat.

### Taxonomy

Gunnison sage-grouse and greater sage-grouse are members of the Phasianidae family. For many years, sage-grouse were considered a single species. Gunnison sage-grouse (*Centrocercus minimus*) were identified as a distinct species based on morphological (Hupp and Braun 1991, pp. 257-259; Young et al. 2000, pp. 447-448), genetic (Kahn et al. 1999, pp. 820-821; Oyler-McCance et al. 1999, pp. 1460-1462), and behavioral (Barber 1991, pp. 6-9; Young 1994; Young et al. 2000, p. 449-451) differences and geographical isolation (Young et al. 2000, pp. 447-451). Based on these differences, the American Ornithologist's Union (2000, pp. 849-850) accepted the Gunnison sage-grouse

as a distinct species. The current ranges of the two species do not overlap (Schroeder et al. 2004, p. 369). Due to the several lines of evidence separating the two species cited above, we determined that the best available information indicates that the Gunnison sage-grouse is a valid taxonomic species and a listable entity under the Act.

### Life History Characteristics

Gunnison and greater sage-grouse depend on a variety of shrub-steppe habitats throughout their life cycle and are considered obligate users of several species of sagebrush (Patterson 1952, p. 42; Braun et al. 1976, p. 168; Schroeder et al. 1999, pp. 4-5; Connelly et al. 2000a, pp. 970-972; Connelly et al. 2004, p. 4-1, Miller et al. in press, p. 10). Dietary requirements of the two species are also similar, being composed of nearly 100 percent sagebrush in the winter, and forbs and insects as well as sagebrush in the remainder of the year (Wallestad et al. 1975, p. 21; Schroeder et al. 1999, p. 5; Young et al. 2000, p. 452). Gunnison and greater sage-grouse do not possess muscular gizzards and, therefore, lack the ability to grind and digest seeds (Leach and Hensley 1954, p. 389).

In addition to serving as a primary year-round food source, sagebrush also provides cover for nests (Connelly et al. 2000a, pp. 970-971). Thus, sage-grouse distribution is strongly correlated with the distribution of sagebrush habitats (Schroeder et al. 2004, p. 364). Connelly et al. (2000a, p. 970-972) segregated habitat requirements into four seasons: (1) breeding (2) summer - late brood-rearing (3) fall and (4) winter. Depending on habitat availability and proximity, some seasonal habitats may be indistinguishable. The Gunnison Sage-grouse Rangewide Steering Committee (GSRSC) (2005, p. 27-31) segregated habitat requirements into three seasons: (1) breeding (2) summer– late fall and (3) winter. For purposes of this finding, the seasons referenced in GSRSC (2005) are used because that publication deals specifically with Gunnison sage-grouse.

Sage-grouse exhibit strong site fidelity (loyalty to a particular area) to seasonal habitats, which includes breeding, nesting, brood rearing, and wintering areas, even when the area is no longer of value (Connelly et al. 2000a, p. 3-1). Adult sage-grouse rarely switch among these habitats once they have been selected, limiting their adaptability to changes. Sage-grouse distribution is associated with sagebrush (Schroeder et al. 2004 p. 364), although sagebrush is more widely distributed than sage-grouse because sagebrush does not

always provide suitable habitat due to fragmentation and degradation (Schroeder *et al.* 2004, pp. 369, 372). Very little of the extant sagebrush in North America is undisturbed, with up to 50 to 60 percent having altered understories (forb and grass vegetative composition under the sagebrush) or having been lost to direct conversion (Knick *et al.* 2003, p. 612 and references therein). Mapping altered and depleted understories is challenging, particularly in semi-arid regions, so maps depicting only sagebrush as a dominant cover type are deceptive in their reflection of habitat quality and, therefore, use by sage-grouse (Knick *et al.* 2003, p. 616 and references therein). As such, variations in the quality of sagebrush habitats for sage-grouse (from either abiotic or anthropogenic events) are better reflected by sage-grouse distribution and densities, rather than by broad geographic scale maps of the distribution of sagebrush.

Sage-grouse exhibit a polygamous mating system where a male mates with several females. Males perform courtship displays and defend their leks (Patterson 1952, p. 83). Lek displaying occurs from mid-March through late May, depending on elevation (Rogers 1964, p. 21; Young *et al.* 2000, p. 448). Numerous researchers have observed that a relatively small number of dominant males account for the majority of copulations on each lek (Schroeder *et al.* 1999, p. 8). However, an average of 45.9 percent (range 14.3 to 54.5 percent) of genetically identified males in a population fathered offspring in a given year (Bush 2009, p. 106). This more recent work suggests that males and females likely engage in off-lek copulations. Males do not incubate eggs or assist in chick rearing.

Lek sites can be located on areas of bare soil, wind-swept ridges, exposed knolls, low sagebrush, meadows, and other relatively open sites with good visibility and low vegetation structure (Connelly *et al.* 1981, pp. 153-154; Gates 1985, pp. 219-221; Klott and Lindzey 1989, pp. 276-277; Connelly *et al.* 2004, pp. 3-7 and references therein). In addition, leks are usually located on flat to gently sloping areas of less than 15 percent grade (Patterson 1952, p. 83; Giezentanner and Clark 1974, p. 218; Wallestad 1975, p. 17; Autenrieth 1981, p. 13). Leks are often surrounded by denser shrub-steppe cover, which is used for escape, and thermal and feeding cover. Leks can be formed opportunistically at any appropriate site within or adjacent to nesting habitat (Connelly *et al.* 2000a, p. 970). Lek habitat availability is not considered to be a limiting factor for sage-grouse

(Schroeder 1997, p. 939). However, adult male sage-grouse demonstrate strong yearly fidelity to lek sites (Patterson 1952, p. 91; Dalke 1963 *et al.*, pp. 817-818), and some Gunnison sage-grouse leks have been used since the 1950s (Rogers 1964, pp. 35-40).

The pre-laying period is from late-March to April. Pre-laying habitats for sage-grouse need to provide a diversity of vegetation including forbs that are rich in calcium, phosphorous, and protein to meet the nutritional needs of females during the egg development period (Barnett and Crawford 1994, p. 117; Connelly *et al.* 2000a, p. 970). During the pre-egg laying period, female sage-grouse select forbs that generally have higher amounts of calcium and crude protein than sagebrush (Barnett and Crawford 1994, p. 117).

Nesting occurs from mid-April to June. Average earliest nest initiation was April 30, and the average latest nest initiation was May 19, in the western portion of the Gunnison Basin (Childers 2009, p. 3). Radio-tracked Gunnison sage-grouse nest an average of 4.3 kilometers (km) (2.7 miles (mi)) from the lek nearest to their capture site, with almost half nesting within 3 km (2 mi) of their capture site (Young 1994, p. 37). Nest sites are selected independent of lek locations, but the reverse is not true (Bradbury *et al.* 1989, p. 22; Wakkinen *et al.* 1992, p. 382). Thus, leks are indicative of nesting habitat. Eighty-seven percent of all Gunnison sage-grouse nests were located less than 6 km (4 mi) from the lek of capture (Apa 2004, p. 21). While earlier studies indicated that most greater sage-grouse hens nest within 3 km (2 mi) of a lek, more recent research indicated that many hens actually move much further from leks to nest based on nesting habitat quality (Connelly *et al.* 2004, p. 4-4). Female greater sage-grouse have been documented to travel more than 20 km (13 mi) to their nest site after mating (Connelly *et al.* 2000a, p. 970). Female Gunnison sage-grouse exhibit strong fidelity to nesting locations (Young 1994, p. 42; Lyon 2000, p. 20, Connelly *et al.* 2004, p. 4-5; Holloran and Anderson 2005, p. 747). The degree of fidelity to a specific nesting area appears to diminish if the female's first nest attempt in that area was unsuccessful (Young 1994, p. 42). However, there is no statistical indication that movement to new nesting areas results in increased nesting success (Connelly *et al.* 2004, p. 3-6; Holloran and Anderson 2005, p. 748).

Gunnison sage-grouse typically select nest sites under sagebrush cover with some forb and grass cover (Young 1994,

p. 38), and successful nests were found in higher shrub density and greater forb and grass cover than unsuccessful nests (Young 1994, p. 39). The understory of productive sage-grouse nesting areas contains native grasses and forbs, with horizontal and vertical structural diversity that provides an insect prey base, herbaceous forage for pre-laying and nesting hens, and cover for the hen while she is incubating (Schroeder *et al.* 1999, p. 11; Connelly *et al.* 2000a, p. 971; Connelly *et al.* 2004, pp. 4-5–4-8). Shrub canopy and grass cover provide concealment for sage-grouse nests and young, and are critical for reproductive success (Barnett and Crawford 1994, pp. 116-117; Gregg *et al.* 1994, pp. 164-165; DeLong *et al.* 1995, pp. 90-91; Connelly *et al.* 2004, p. 4-4). Few herbaceous plants are growing in April when nesting begins, so residual herbaceous cover from the previous growing season is critical for nest concealment in most areas (Connelly *et al.* 2000a, p. 977).

Nesting success for Gunnison sage-grouse is highest in areas where forb and grass covers are found below a sagebrush canopy cover of 15 to 30 percent (Young *et al.* 2000, p. 451). These numbers are comparable to those reported for the greater sage-grouse (Connelly *et al.* 2000a, p. 971). Nest success for greater sage-grouse is greatest where grass cover is present (Connelly *et al.* 2000a, p. 971). Because of the similarities between these two species, we believe that increased nest success in areas of forb and grass cover below the appropriate sagebrush canopy cover is likely the case for Gunnison sage-grouse as well.

Mean clutch size for Gunnison sage-grouse is $6.8 \pm 0.7$ eggs (Young 1994, p. 37). The mean clutch size for Gunnison sage-grouse in the Gunnison Basin was 6.3, with 94 percent of eggs in successful nests hatching (Childers 2009, p. 3). Despite average clutch sizes of 7 eggs (Connelly *et al.* in press, p. 15), little evidence exists that populations of sage-grouse produce large annual surpluses (Connelly *et al.* in press, p. 15, 24). The inability of sage-grouse to produce large annual surpluses limits their ability to respond under favorable environmental conditions to make up for population declines. Re-nesting rates following the loss of the original nest appear very low in Gunnison sage-grouse, with one study reporting re-nesting rates of 4.8 percent (Young 1994, p. 37). Only one instance of re-nesting was observed over a 5–year period during which a total of 91 nesting Gunnison sage-grouse hens were monitored (Childers 2009, p. 3).

Most sage-grouse eggs hatch in June, with a peak between June 10 and June

20 (GSRSC, 2005, p. 24). Chicks are precocial (mobile upon hatching) and leave the nest with the hen shortly after hatching. Forbs and insects are essential nutritional components for sage-grouse chicks (Klebenow and Gray 1968, pp. 81-83; Peterson 1970, pp. 149-151; Johnson and Boyce 1991, p. 90; Connelly *et al.* 2004, p. 3-3). Therefore, early brood-rearing habitat for females with chicks must provide adequate cover adjacent to areas rich in forbs and insects to assure chick survival during this period (Connelly *et al.* 2000, p. 971; Connelly *et al.* 2004, p. 4-11). Gunnison sage-grouse chick dietary requirements of insects and forbs also are expected to be similar to greater sage-grouse and other grouse species (Apa 2005, pers. comm.).

The availability of food and cover are key factors that affect chick and juvenile survival. During the first 3 weeks after hatching, insects are the primary food of chicks (Patterson 1952, p. 201; Klebenow and Gray 1968, p. 81; Peterson 1970, pp. 150-151; Johnson and Boyce 1990, pp. 90-91; Johnson and Boyce 1991, p. 92; Drut *et al.* 1994b, p. 93; Pyle and Crawford 1996, p. 320; Fischer *et al.* 1996a, p. 194). Diets of 4- to 8-week-old greater sage-grouse chicks were found to have more plant material as the chicks matured (Peterson 1970, p. 151). Succulent forbs are predominant in the diet until chicks exceed 3 months of age, at which time sagebrush becomes a major dietary component (Klebenow 1969, pp. 665-656; Connelly and Markham 1983, pp. 171-173; Fischer *et al.* 1996b, p. 871; Schroeder *et al.* 1999, p. 5).

Early brood-rearing habitat is found close to nest sites (Connelly *et al.* 2000a, p. 971), although individual females with broods may move large distances (Connelly 1982, as cited in Connelly *et al.* 2000a, p. 971). Young (1994, pp. 41-42) found that Gunnison sage-grouse with broods used areas with lower slopes than nesting areas, high grass and forb cover, and relatively low sagebrush cover and density. Broods frequently used the edges of hay meadows, but were often flushed from areas found in interfaces of wet meadows and habitats providing more cover, such as sagebrush or willow-alder (*Salix-Alnus*).

By late summer and into the early fall, individuals become more social, and flocks are more concentrated (Patterson 1952, p. 187). Intermixing of broods and flocks of adult birds is common, and the birds move from riparian areas to sagebrush-dominated landscapes that continue to provide green forbs. During this period, Gunnison sage-grouse can be observed in atypical habitat such as agricultural fields (Commons 1997, pp.

79-81). However, broods in the Gunnison Basin typically do not use hay meadows further away than 50 meters (m) (150 feet (ft)) of the edge of sagebrush stands (Colorado Sage Grouse Working Group (CSGWG) 1997, p. 13).

As fall approaches, sage-grouse move from riparian to upland areas and start to shift to a winter diet (GSRSC 2005, p. 25). Movements to winter ranges are slow and meandering (Connelly *et al.* 1988, p. 119). The extent of movement varies with severity of winter weather, topography, and vegetation cover. Sage-grouse may travel short distances or many miles between seasonal ranges. In response to severe winters, Gunnison sage-grouse move as far as 27 km (17 mi) (Root 2002, p. 14). Flock size in winter is variable (15 to 100+), and flocks frequently consist of a single sex (Beck 1977, p. 21).

From late autumn through early spring, greater and Gunnison sage-grouse diet is almost exclusively sagebrush (Rasmussen and Griener 1938, p. 855; Batterson and Morse 1948, p. 20; Patterson 1952, pp. 197-198; Wallestad *et al.* 1975, pp. 628-629; Young *et al.* 2000, p. 452). Many species of sagebrush can be consumed (Remington and Braun 1985, pp. 1056-1057; Welch *et al.* 1988, p. 276, 1991; Myers 1992, p. 55). Characteristics of sage-grouse winter habitats are also similar through the range of both species (Connelly *et al.* 2000a, p. 972). In winter, Gunnison sage-grouse are restricted to areas of 15 to 30 percent sagebrush cover, similar to the greater sage-grouse (Connelly *et al.* 2000a, p. 972; Young *et al.* 2000, p. 451). However, they may also use areas with more deciduous shrubs during the winter (Young *et al.* 2000, p. 451).

Sagebrush stand selection in winter is influenced by snow depth (Patterson 1952, pp. 188-189; Connelly 1982 as cited in Connelly *et al.* 2000a, p. 980) and in some areas, topography (Beck 1977, p. 22; Crawford *et al.* 2004, p. 5). Winter areas are typically characterized by canopy cover greater than 25 percent and sagebrush greater than 30 to 41 cm (12 to 16 in) tall (Shoenberg 1982, p. 40) associated with drainages, ridges, or southwest aspects with slopes less than 15 percent (Beck 1977, p. 22). Lower flat areas and shorter sagebrush along ridge tops provide roosting areas. In extreme winter conditions, greater sage-grouse will spend nights and portions of the day burrowed into "snow burrows" (Back *et al.* 1987, p. 488).

Hupp and Braun (1989, p. 825) found that most Gunnison sage-grouse feeding activity in the winter occurred in drainages and on slopes with south or west aspects in the Gunnison Basin. During a severe winter in the Gunnison

Basin in 1984, less than 10 percent of the sagebrush was exposed above the snow and available to sage-grouse (Hupp, 1987, pp. 45-46). In these conditions, the tall and vigorous sagebrush typical in drainages was an especially important food source.

Sage-grouse typically live between 3 and 6 years, but individuals up to 9 years of age have been recorded in the wild (Connelly *et al.* 2004, p. 3-12). Adult female Gunnison sage-grouse apparent survival rates from April through September averaged 57 percent, and adult male survival averaged 45 percent (Childers 2009, p. 2). From October through March, adult female Gunnison sage-grouse apparent survival rates averaged 79 percent, and adult male survival averaged 96 percent (Childers 2009, p.2). In one study, Gunnison sage-grouse survival from April 2002 through March 2003 was 48 (± 7) percent for males and 57 (± 7) percent for females (Apa 2004, p. 22). Preliminary results from the Gunnison and San Miguel populations indicate potential important temporal and spatial variation in demographic parameters, with apparent annual adult survival rates ranging from approximately 65 to 80 percent (CDOW 2009a, p. 8). Gunnison sage-grouse female survival in small isolated populations was 52 (± 8) percent, compared to 71 (± 11) percent survival in the Gunnison Basin, the only population with greater than 500 individuals (Apa 2004, p. 22). Higher adult survival has been observed in a lower elevation and warmer area (Dry Creek Basin of the San Miguel population – 90 percent) than in a higher elevation and colder, snowier, area (Miramonte portion of the San Miguel population – 65 percent) (CDOW 2009a, p.8). Other factors affecting survival rates include climatic differences between years and age (Zablan 1993, pp. 5-6).

Apparent chick survival from hatch to the beginning of fall (30 September) averaged 7 percent over a 5–year period in the western portion of the Gunnison Basin (Childers 2009, pp. 4-6). Apparent chick survival to 90 days of age has ranged from approximately 15 to 30 percent in the Gunnison Basin, with no juvenile recruitment observed over several years in the San Miguel population (CDOW 2009a, p. 8). Based on a review of many field studies, juvenile survival rates range from 7 to 60 percent (Connelly *et al.* 2004, p. 3-12). The variation in juvenile survival rates may be associated with sex, weather, harvest rates (no harvesting of Gunnison sage-grouse is currently permitted), age of brood female (broods with adult females have higher

survival), and with habitat quality (rates decrease in poor habitats) (Schroeder *et al.* 1999, p. 14; Connelly *et al.*, in press, p. 20).

Greater sage-grouse require large, interconnected expanses of sagebrush with healthy, native understories (Patterson 1952, p. 9; Knick *et al.* 2003, p. 623; Connelly *et al.* 2004, pp. 4-15; Connelly *et al.* in press, p. 10; Pyke in press, p. 7; Wisdom *et al.* in press, p. 4). However, little information is available regarding minimum sagebrush patch sizes required to support populations of greater or Gunnison sage-grouse. Gunnison sage-grouse have not been observed to undertake the large seasonal and annual movements observed in greater sage-grouse. However, movements of up to 24 km (15 mi) have been observed in individual Gunnison sage-grouse in the Gunnison Basin population only (Phillips 2010, pers. comm.).

Sage-grouse typically occupy large expanses of sagebrush-dominated habitats composed of a diversity of sagebrush species and subspecies. Use of other habitats intermixed with sagebrush, such as riparian meadows, agricultural lands, steppe dominated by native grasses and forbs, scrub willow (*Salix spp.*), and sagebrush habitats with some conifer or quaking aspen (*Populus tremuloides*), is not uncommon (Connelly *et al* 2004, p. 4-18 and references therein). Sage-grouse have been observed using human-altered habitats throughout their range.

However, the use of non-sagebrush habitats by sage-grouse is dependent on the presence of sagebrush habitats in close proximity (Connelly *et a.lal* 2004, p. 4-18 and references therein).

*Historic Range and Distribution of Gunnison Sage-grouse*

Based on historical records, museum specimens, and potential habitat distribution, Gunnison sage-grouse historically occurred in southwestern Colorado, northwestern New Mexico, northeastern Arizona, and southeastern Utah (Schroeder *et al.* 2004, pp. 370-371). Accounts of Gunnison sage-grouse in Kansas and Oklahoma, as suggested by Young *et al.* (2000, pp. 446-447), are not supported with museum specimens, and Schroeder *et al.* (2004, p. 371) found inconsistencies with the historical records and the sagebrush habitat currently available in those areas. Applegate (2001, p. 241) found that none of the sagebrush species closely associated with sage-grouse occurred in Kansas. He attributed historical, anecdotal reports as mistaken locations or misidentification of lesser prairie chickens. For these reasons,

southwestern Kansas and western Oklahoma are not considered within the historic range of Gunnison sage-grouse (Schroeder *et al.* 2004, p. 371).

The GSRSC (2005) modified the historic range from Schroeder *et al.* (2004), based on more complete information on historic and current habitat and the distribution of the species (GSRSC 2005, pp. 34-35). Based on this information, the maximum Gunnison sage-grouse historical (presettlement) range is estimated to have been 55,350 square kilometers (km²) (21,370 square miles (mi²)) (GSRSC 2005, p. 32). To be clear, only a portion of the historical range would have been occupied at any one time, while all of the current range is considered occupied. Also, we do not know what portion of the historical range was simultaneously occupied, or what the total population was.

Much of what was once Gunnison sage-grouse sagebrush habitat was already lost prior to 1958. A qualitative decrease in sagebrush was attributed to overgrazing from the 1870s until about 1934 (Rogers 1964, p. 13). Additional adverse effects occurred as a result of newer range management techniques implemented to support livestock by the Bureau of Land Management (BLM), Soil Conservation Service, and U.S. Forest Service (USFS) (Rogers 1964, p. 13). In the 1950s, large areas of sagebrush within the range of Gunnison sage-grouse were eradicated by herbicide spraying or burning (Rogers 1964, pp. 12-13, 22-23, 26).

About 155,673 hectares (ha) (384,676 ac) of sagebrush habitat was lost from 1958 to 1993 within southwestern Colorado (Oyler-McCance *et al.* 2001, p. 327). Sagebrush loss was lower in the Gunnison Basin (11 percent) compared to all other areas in southwestern Colorado (28 percent) (Oyler-McCance *et al.* 2001, p. 328). Considerable fragmentation of sagebrush vegetation was also quantitatively documented during that same time period (Oyler-McCance *et al.* 2001, p. 329). Sage-grouse habitat in southwestern Colorado (the majority of the range of Gunnison sage-grouse) has been more severely impacted than sagebrush habitat elsewhere in Colorado.

The Colorado River Storage Project (CRSP) resulted in construction of three reservoirs within the Gunnison Basin in the mid-late 1960s (Blue Mesa and Morrow) and mid-1970s (Crystal). Several projects associated with CRSP were constructed in this same general timeframe to provide additional water storage and resulted in the loss of an unquantified, but likely small, amount of sagebrush habitat. These projects

provide water storage and, to a certain extent, facilitate agricultural activities that maintain the fragmentation and habitat lost historically throughout the range of Gunnison sage-grouse.

In summary, a substantial amount of sagebrush habitat within the range of the Gunnison sage-grouse had been lost prior to 1960. The majority of the remaining habitat is highly fragmented, although to a lesser extent in the Gunnison Basin than in the remainder of the species habitat.

*Current Distribution and Population Estimates*

The historic and current geographic ranges of Gunnison's and greater sage-grouse were quantitatively analyzed to determine the species' response to habitat loss and detrimental land uses (Wisdom *et al.*, in press, 2009, entire). A broad spectrum of biotic, abiotic, and anthropogenic conditions were found to be significantly different between extirpated and occupied ranges (Wisdom *et al.*, in press, 2009, p. 1.). Sagebrush area is one of the best landscape predictors of sage-grouse persistence (Wisdom *et al.*, in press, 2009, p. 17 and references therein). Because of the loss and fragmentation of habitat within its range, no expansive, contiguous areas that could be considered strongholds (areas of occupied range where the risk of extirpation appears low) are evident for Gunnison sage-grouse (Wisdom *et al.*, in press, 2009, p. 24). We do not know the minimum amount of sagebrush habitat needed by Gunnison sage-grouse to ensure long-term persistence. However, based on Wisdom *et al.*, in press, we do know that landscapes containing large and contiguous sagebrush patches and sagebrush patches in close proximity increase the likelihood of sage-grouse persistence.

Gunnison sage-grouse currently occur in seven widely scattered and isolated populations in Colorado and Utah, occu2pying 3,795 km² (1,511mi²) (GSRSC 2005, pp. 36-37; CDOW 2009b, p. 1). The seven populations are Gunnison Basin, San Miguel Basin, Monticello–Dove Creek, Piñon Mesa, Crawford, Cerro Summit–Cimarron–Sims Mesa, and Poncha Pass (Figure 1). A comparative summary of the land ownership and recent population estimates among these seven populations is presented in Table 1 and Table 2, respectively. Population trends over the last nine years indicate that six of the populations are in decline. The Gunnison Basin population, while showing variation over the years, has been relatively stable through the period (CDOW 2009a p. 2). Six of the

**Federal Register** / Vol. 75, No. 187 / Tuesday, September 28, 2010 / Proposed Rules **59809**

populations are very small and fragmented (all with less than 40,500 ha (100,000 acres) of habitat likely used by grouse and less than 50 males counted on leks) (CDOW 2009a, p. 5). The San Miguel population, the second largest, comprises six fragmented subpopulations.

Figure 1. Locations of Current Gunnison Sage-grouse Populations.



TABLE 1. PERCENT SURFACE OWNERSHIP OF TOTAL GUNNISON SAGE-GROUSE OCCUPIED[A] HABITAT (FROM GSRSC[B] 2005, PP. D-3-D-6; CDOW[C] 2009B, P. 1)

| Population | hectares | acres | Gunnison Sage-grouse Occupied Habitat Management and Ownership | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | BLM[d] | NPS[e] | USFS[f] | CDOW | CO State Land Board | State of UT | Private |
| | | | % | % | % | % | % | % | % |
| Gunnison Basin | 239,953 | 592,936 | 51 | 2 | 14 | 3 | <1 | 0 | 29 |
| San Miguel Basin | 41,022 | 101,368 | 36[g] | 0 | 1 | 11 | 3[g] | 0 | 49[g] |
| Monticello–Dove Creek (Combined) | 45,275 | 111,877 | 7 | 0 | 0 | 3 | 0 | <1 | 90 |
| Dove Creek | 16,706 | 41,282 | 11 | 0 | 0 | 8 | 0 | 0 | 81 |
| Monticello | 28,569 | 70,595 | 4 | 0 | 0 | 0 | 0 | 1 | 95 |
| Piñon Mesa | 15,744 | 38,904 | 28 | 0 | 2 | 19 | 0 | 0 | 51 |
| Cerro Summit–Cimarron–Sims Mesa | 15,039 | 37,161 | 13 | <1 | 0 | 11 | 0 | 0 | 76 |
| Crawford | 14,170 | 35,015 | 63 | 12 | 0 | 2 | 0 | 0 | 23 |

BLM_0071270

TABLE 1. PERCENT SURFACE OWNERSHIP OF TOTAL GUNNISON SAGE-GROUSE OCCUPIED[A] HABITAT (FROM GSRSC[B] 2005, PP. D-3-D-6; CDOW[C] 2009B, P. 1)—Continued

| Population | hectares | acres | Gunnison Sage-grouse Occupied Habitat Management and Ownership | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | BLM[d] | NPS[e] | USFS[f] | CDOW | CO State Land Board | State of UT | Private |
| | | | % | % | % | % | % | % | % |
| Poncha Pass | 8,262 | 20,415 | 48 | 0 | 26 | 0 | 2 | 0 | 23 |
| Rangewide | 379,464 | 937,676 | 42 | 2 | 10 | 5 | <1 | <1 | 41 |

[a]Occupied Gunnison sage-grouse habitat is defined as areas of suitable habitat known to be used by Gunnison sage-grouse within the last 10 years from the date of mapping, and areas of suitable habitat contiguous with areas of known use, which have no barriers to grouse movement from known use areas (GSRSC 2005, p. 54).
[b]Gunnison Sage-grouse Rangewide Steering Committee
[c]Colorado Division of Wildlife
[d]Bureau of Land Management
[e]National Park Service
[f]United States Forest Service
[g]Estimates reported in San Miguel Basin Gunnison Sage-grouse Conservation Plan (2009 p. 28) vary by up to 2 percent in these categories from those reported here. We consider these differences insignificant.

TABLE 2. GUNNISON SAGE-GROUSE POPULATION ESTIMATES BY YEAR DERIVED FROM THE FORMULA PRESENTED IN THE GUNNISON SAGE-GROUSE RANGEWIDE CONSERVATION PLAN (GSRSC[A] 2005, PP. 44-45) APPLIED TO HIGH MALE COUNTS ON LEKS (CDOW[B] 2009A, P. 2).

| Population | Estimated Population | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Year | | | | | | | | | |
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Gunnison Basin | 3,493 | 3,027 | 2,453 | 2,443 | 4,700 | 5,205 | 4,616 | 3,669 | 3,817 | 3,655 |
| San Miguel Basin | 392 | 383 | 250 | 255 | 334 | 378 | 324 | 216 | 162 | 123 |
| Monticello–Dove Creek (Combined) | 363 | 270 | 186 | 162 | 196 | 191 | 245 | 245 | 191 | n/a[c] |
| Monticello | 231 | 172 | 147 | 152 | 162 | 118 | 216 | 216 | 182 | n/a[c] |
| Dove Creek | 132 | 98 | 39 | 10 | 34 | 74 | 29 | 29 | 10 | 44 |
| Piñon Mesa | 152 | 132 | 123 | 142 | 167 | 152 | 123 | 108 | 78 | 74 |
| Cerro Summit–Cimarron–Sims Mesa | 59 | 39 | 29 | 39 | 25 | 49 | 34 | 10 | 39 | 5 |
| Crawford | 137 | 206 | 118 | 128 | 191 | 201 | 113 | 103 | 78 | 20 |
| Poncha Pass | 25 | 44 | 34 | 39 | 44 | 44 | 25 | 25 | 20 | 15 |
| Totals | 4,621 | 4,101 | 3,194 | 3,208 | 5,656 | 6,220 | 5,480 | 4,376 | 4,386 | n/a[c] |

[a]Gunnison Sage-grouse Rangewide Steering Committee
[b]Colorado Division of Wildlife
[c]2010 lek count data for the Monticello group was not available at the time of publication

*Gunnison Basin Population* – The Gunnison Basin is an intermontane basin that includes parts of Gunnison and Saguache Counties, Colorado. The current Gunnison Basin population is distributed across approximately 240,000 ha (593,000 ac), roughly centered on the town of Gunnison. Elevations in the area range from 2,300 to 2,900 m (7,500 to 9,500 ft). Approximately 70 percent of the land area is managed by Federal agencies (67 percent) and CDOW (3 percent), and the remaining 30 percent comprises primarily private lands. Big sagebrush (*Artemesia tridentata*) dominates the upland vegetation and has a highly variable growth form depending on local site conditions. In 2009, 83 leks were surveyed for breeding activity in the Gunnison Basin, and 42 of these leks were active (at least two males in attendance during at least two of four 10–day count periods), 6 inactive

(inactive for at least 5 consecutive years), 9 historic (inactive for at least 10 consecutive years), and 26 were of unknown status (variability in counts resulted in lek not meeting requirements for active, inactive, or historic) (CDOW 2009d, pp. 28-30). Approximately 45 percent of leks in the Gunnison Basin occur on private land and 55 percent on public land, primarily BLM (GSRSC 2005, p. 75). The 2010 population estimate for the Gunnison Basin was 3,655 (CDOW 2010a, p. 2). Rogers (1964, p. 20) stated that Gunnison County was one of five counties containing the majority of sage-grouse in Colorado in 1961. The vast majority (87 percent) of Gunnison sage-grouse are now found only in the Gunnison Basin population.

*San Miguel Basin Population* – The San Miguel Basin population is in Montrose and San Miguel Counties in Colorado, and is composed of six small subpopulations using different areas— (Dry Creek Basin, Hamilton Mesa, Miramonte Reservoir, Gurley Reservoir, Beaver Mesa, and Iron Springs) occupying a total of approximately 41,000 ha (101,000 ac). Some of these six areas are used year-round by sage-grouse, and others are used seasonally. The overall acreage figure for this population is heavily skewed by the large percentage (approximately 62 percent) of land in the Dry Creek Basin (San Miguel Basin Gunnison Sage-grouse Working Group 2009, p. 28). The Dry Creek Basin area contains some of the poorest habitat and smallest grouse populations in the San Miguel population (San Miguel Basin Gunnison sage-grouse Conservation Plan 2009, pp. 28, 36). Gunnison sage-grouse in the San Miguel Basin move widely between these areas (Apa 2004, p. 29; Stiver and Gibson 2005, p. 12). The area encompassed by this population is believed to have once served as critical migration corridors between populations to the north (Cerro Summit–Cimarron–Sims Mesa) and to the south (Monticello-Dove Creek) (San Miguel Basin Gunnison Sage-grouse Working Group 2009, p. 9).

Sagebrush habitat in the Dry Creek Basin area is patchily distributed, and the understory is either lacking in grass and forb diversity or nonexistent. Where irrigation is possible, private lands in the southeast portion of Dry Creek Basin are cultivated. Sagebrush habitat on private land has been heavily thinned or removed entirely (GSRSC 2005, p. 96). Gunnison sage-grouse use the Hamilton Mesa area (1,940 ha (4,800 ac)) in the summer, but use of Hamilton Mesa during other seasons is unknown. Gunnison sage-grouse occupy approximately 4,700 ha (11,600 ac)

around Miramonte Reservoir (GSRSC 2005, p. 96). Sagebrush stands there are generally contiguous with a mixed grass and forb understory. Occupied habitat at the Gurley Reservoir area (3,305 ha (7,500 ac)) is heavily fragmented by urban development, and the understory is a mixed grass and forb community. Farming attempts in the early 20th century led to the removal of much of the sagebrush, although agricultural activities are now restricted primarily to the seasonally irrigated crops (hay meadows), and sagebrush has reestablished in most of the failed pastures. However, grazing pressure and competition from introduced grasses have kept the overall sagebrush representation low (GSRSC 2005, pp. 96-97). Sagebrush stands in the Iron Springs and Beaver Mesa areas (2,590 ha and 3,560 ha (6,400 ac and 8,800 ac respectively)) are contiguous with a mixed grass understory. The Beaver Mesa area has numerous scattered patches of oakbrush (*Quercus gambelii*). Rogers (1964, p. 9) reported that all big sagebrush-dominated habitats in San Miguel and Montrose Counties were historically used by Gunnison sage-grouse.

The 2010 population estimate for the entire San Miguel Basin was 123 individuals on nine leks (CDOW 2010d, p. 3). With the exception of 2007, CDOW has been translocating Gunnison sage-grouse from the Gunnison Basin to Dry Creek Basin on a yearly basis since the spring of 2006 (CDOW 2009a, p. 133). In the spring of 2006, six individuals were released near the Desert Lek. An additional two individuals were released in the fall. Nine individuals were translocated in the spring of 2008. An additional 30 individuals were translocated in the fall of 2009. A 40 to 50 percent mortality rate has been observed within the first year after release, compared to an average annual mortality rate of approximately 20 percent for radiomarked adult sage-grouse (CDOWa 2009, p. 9).

*Monticello–Dove Creek Population* – This population is divided into two disjunct subpopulations of Gunnison sage-grouse. Currently, the largest group is near the town of Monticello, in San Juan County, Utah. Gunnison sage-grouse in this subpopulation inhabit a broad plateau on the northeast side of the Abajo Mountains, with fragmented patches of sagebrush interspersed with large grass pastures and agricultural fields. The Utah Division of Wildlife Resources (UDWR) estimated population numbers between 583 and 1,050 individuals in 1972 and between 178 and 308 individuals in 2002 (UDWR

2009, 29.21 p. 1). The UDWR estimates that Gunnison sage-grouse currently occupy about 24,000 ha (60,000 ac) in the Monticello area. The 2009 population estimate for Monticello was 182 individuals with three active and one inactive leks (UDWR 2009, p. 5).

The Dove Creek subpopulation is located primarily in western Dolores County, Colorado, north and west of Dove Creek, although a small portion of occupied habitat extends north into San Miguel County. Habitat north of Dove Creek is characterized as mountain shrub habitat, dominated by oakbrush interspersed with sagebrush. The area west of Dove Creek is dominated by sagebrush, but the habitat is highly fragmented. Lek counts in the Dove Creek area were over 50 males in 1999, suggesting a population of about 245 birds, but declined to 2 males in 2009 (CDOW 2009a, p. 71), suggesting a population of 10 birds. A new lek was found in 2010, and the 2010 population estimate was 44 individuals on 2 leks (CDOW 2010, p. 1). Low sagebrush canopy cover, as well as low grass height, exacerbated by drought, may have led to nest failure and subsequent population declines (Connelly *et al.* 2000a, p. 974; Apa 2004, p. 30). Rogers (1964, p. 9) reported that all sagebrush-dominated habitats in Dolores and Montezuma Counties within Gunnison sage-grouse range in Colorado were historically used by Gunnison sage-grouse.

*Piñon Mesa Population* – The Piñon Mesa population occurs on the northwest end of the Uncompahgre Plateau in Mesa County, about 35 km (22 mi) southwest of Grand Junction, Colorado. The 2010 population estimate for Piñon Mesa was 74 (CDOW 2010, p. 2). Of the ten known leks, only four were active in 2009 (CDOW, 2009a, p. 3). The Piñon Mesa area may have additional leks, but the high percentage of private land, a lack of roads, and heavy snow cover during spring make locating additional leks difficult. Gunnison sage-grouse likely occurred historically in all suitable sagebrush habitat in the Piñon Mesa area, including the Dominguez Canyon area of the Uncompaghre Plateau, southeast of Piñon Mesa proper (Rogers 1964, p. 114). Their current distribution has been substantially reduced from historic levels to 15,744 ha (38,904 ac) (GSRSC 2005, p. 87).

*Crawford Population* – The Crawford population of Gunnison sage-grouse is in Montrose County, Colorado, about 13 km (8 mi) southwest of the town of Crawford and north of the Gunnison River. Basin big sagebrush (*Artemisia tridentata tridentata*) and black

sagebrush (*A. nova*) dominate the mid-elevation uplands (GSRSC 2005, p. 62). The 2010 population estimate for Crawford was 20 individuals (CDOW 2010, p. 1) in 14,170 ha (35,015 ac) of occupied habitat. Four active leks are currently on BLM lands in sagebrush habitat adjacent to an 11-km (7-mi) stretch of road. This area represents the largest contiguous sagebrush-dominated habitat within the Crawford boundary (GSRSC 2005, p. 64).

*Cerro Summit–Cimarron–Sims Mesa Population* – This population is divided into two geographically separated subpopulations, both in Montrose County, Colorado. The Cerro Summit–Cimarron subpopulation is centered about 24 km (15 mi) east of Montrose. The habitat consists of 15,039 ha (37,161 ac) of patches of sagebrush habitat fragmented by oakbrush and irrigated pastures. Five leks are currently known in the Cerro Summit–Cimarron group, but only one individual was observed on one lek in 2010 resulting in a population estimate of 5 individuals for the population (CDOW 2010, p. 1). Rogers (1964, p. 115) noted a small population of sage-grouse in the Cimarron River drainage, but did not report population numbers. He noted that lek counts at Cerro Summit in 1959 listed four individuals.

The Sims Mesa area, about 11 km (7 mi) south of Montrose, consists of small patches of sagebrush that are heavily fragmented by pinyon-juniper, residential and recreational development, and agriculture. The one known lek in Sims Mesa has lacked Gunnison sage-grouse attendance for the last six years, which indicates this population is likely extirpated (CDOW 2009a, p. 43). In 2000, the CDOW translocated six Gunnison sage-grouse from the Gunnison Basin to Sims Mesa (Nehring and Apa 2000, p. 12). Rogers (1964, p. 95) recorded eight males in a lek count at Sims Mesa in 1960. We do not know if sage-grouse move between the Cerro Summit–Cimarron and Sims Mesa subpopulations.

*Poncha Pass Population* – The Poncha Pass Gunnison sage-grouse population is located in Saguache County, approximately 16 km (10 mi) northwest of Villa Grove, Colorado. This population was established through the reintroduction of 30 birds from the Gunnison Basin in 1971 and 1972 during efforts to reintroduce the species to the San Luis Valley (GSRSC 2005, p. 94). The known population distribution is in 8,262 ha (20,415 ac) of sagebrush habitat from the summit of Poncha Pass extending south for about 13 km (8 mi) on either side of U.S. Highway 285.

Sagebrush in this area is continuous with little fragmentation; sagebrush habitat quality throughout the area is adequate to support the species (Nehring and Apa 2000 p. 25). San Luis Creek runs through the area, providing a year-round water source and lush, wet meadow riparian habitat for brood-rearing.

A high male count of 3 males was made in 2010 (CDOW 2009a, p. 121), resulting in an estimated population size of 15 for the Poncha Pass population (CDOW 2010, p. 3). The only current lek is located on BLM-administered land. In 1992, a CDOW effort to simplify hunting restrictions inadvertently opened the Poncha Pass area to sage-grouse hunting, and at least 30 grouse were harvested from this population. Due to declining population numbers since the 1992 hunt, CDOW translocated 24 additional birds from the Gunnison Basin (Nehring and Apa 2000, p. 11). In 2001 and 2002, an additional 20 and 7 birds, respectively, were moved to Poncha Pass by the CDOW (GSRSC 2005, p. 94). Translocated females have bred successfully (Apa 2004, pers. comm.), and display activity resumed on the historic lek in spring 2001.

## Summary of Information Pertaining to the Five Factors

Section 4 of the Act (16 U.S.C. 1533), and implementing regulations (50 CFR 424), set forth procedures for adding species to the Federal Lists of Endangered and Threatened Wildlife and Plants. Under section 4(a)(1) of the Act, a species may be determined to be endangered or threatened based on any of the following five factors: (1) The present or threatened destruction, modification, or curtailment of its habitat or range; (2) overutilization for commercial, recreational, scientific, or educational purposes; (3) disease or predation; (4) the inadequacy of existing regulatory mechanisms; or (5) other natural or manmade factors affecting its continued existence. In making this finding, information pertaining to the Gunnison sage-grouse, in relation to the five factors provided in section 4(a)(1) of the Act, is discussed below.

In considering what factors might constitute threats to a species, we must look beyond the exposure of the species to a factor to evaluate whether the species may respond to the factor in a way that causes actual impacts to the species. If there is exposure to a factor and the species responds negatively, the factor may be a threat and we attempt to determine how significant a threat it is. The threat is significant if it drives, or contributes to, the risk of extinction

of the species such that the species warrants listing as endangered or threatened as those terms are defined in the Act.

The Gunnison Basin contains 87 percent of the current rangewide Gunnison sage-grouse population and 62 percent of the area occupied by the species. The remaining six populations cumulatively and individually have substantially smaller population sizes and occupy substantially less habitat than the Gunnison Basin population (see Table 2).

## A. The Present or Threatened Destruction, Modification, or Curtailment of Its Habitat or Range

Sagebrush habitats within the range of Gunnison sage-grouse are becoming increasingly fragmented as a result of various changes in land uses and the expansion in the density and distribution of invasive plant species (Oyler-McCance *et al.* 2001, pp. 329-330; Schroeder *et al.* 2004, p. 372). Habitat fragmentation is the separation or splitting apart of previously contiguous, functional habitat components of a species. Fragmentation can result from direct habitat losses that leave the remaining habitat in non-contiguous patches, or from alteration of habitat areas that render the altered patches unusable to a species (i.e., functional habitat loss). Functional habitat losses include disturbances that change a habitat's successional state or remove one or more habitat functions; physical barriers that preclude use of otherwise suitable areas; or activities that prevent animals from using suitable habitat patches due to behavioral avoidance.

A variety of human developments including roads, energy development, and other factors that cause habitat fragmentation have contributed to or been associated with Gunnison and greater sage-grouse extirpation (Wisdom *et al.* in press, p. 18). Based on a quantitative analysis of environmental factors most closely associated with extirpation, no strongholds (areas where the risk of Gunnison sage-grouse extirpation is low) exist (Wisdom *et al.* in press, p. 26). Estimating the impact of habitat fragmentation on sage-grouse is complicated by time lags in response to habitat changes (Garton *et al.*, in press, p. 71), particularly since these relatively long-lived birds will continue to return to altered breeding areas (leks, nesting areas, and early brood-rearing areas) due to strong site fidelity despite nesting or productivity failures (Rogers 1964, pp. 35-40; Wiens and Rotenberry 1985, p. 666; Young 1994, p. 42; Lyon

BLM_0071273

Case No. 1:20-cv-02484-MSK   Document 50-4   filed 04/28/21   USDC Colorado   pg 65 of 288

2000, p. 20, Connelly *et al.* 2004, p. 45; Holloran and Anderson 2005, p. 747).

Habitat fragmentation can have an adverse effect on Gunnison sage-grouse populations. Many of the factors that result in fragmentation may be exacerbated by the effects of climate change, which may influence long-term habitat and population trends. The following sections examine factors that can contribute to habitat fragmentation to determine whether they threaten Gunnison sage-grouse and their habitat.

*Historic Modification of Gunnison Sage-grouse Habitat*

The historic and current distribution of the Gunnison sage-grouse closely matches the distribution of sagebrush. Potential Gunnison sage-grouse range is estimated to have been 5,536,358 ha (13,680,640 ac) historically (GSRSC 2005, p. 32). Gunnison sage-grouse currently occupy approximately 379,464 ha (937,676 ac) in southwestern Colorado and southeastern Utah (CDOW 2009b, p. 1; GSRSC 2005, p. 81), an area that represents approximately 7 percent of the species' potential historic range. The following describes the factors affecting Gunnison sage-grouse and Gunnison sage-grouse habitat within the current range of the species.

The onset of EuroAmerican settlement in the late 1800s resulted in significant alterations to sagebrush ecosystems throughout North America (West and Young 2000, pp. 263-265; Miller *et al.* in press, p. 6), primarily as a result of urbanization, agricultural conversion, and irrigation projects. Areas that supported basin big sagebrush (*Artemisia tridentata* ssp. *tridentata*) were among the first sagebrush community types converted to agriculture because their typical soils and topography are well suited for agriculture (Rogers 1964, p. 13).

In southwestern Colorado, Oyler-McCance *et al.* (2001, p. 326) found that, between 1958 and 1993, 20 percent (155,673 ha (384,676 ac)) of sagebrush was lost in Colorado, and 37 percent of sagebrush plots examined were fragmented. In another analysis, it was estimated that approximately 342,000 ha (845,000 ac) of sagebrush, or 13 percent of the pre-EuroAmerican settlement sagebrush extent, were lost in Colorado, which includes both greater sage-grouse and Gunnison sage-grouse habitat (Boyle and Reeder 2005, p. 3-3). However, the authors noted that the estimate of historic sagebrush area used in their analyses was conservative, possibly resulting in a substantial underestimate of historic sagebrush losses (Boyle and Reeder 2005, p. 3-4). Within the range of Gunnison sage-

grouse, the principal areas of sagebrush loss were in the Gunnison Basin, San Miguel Basin, and areas near Dove Creek, Colorado. The authors point out that the rate of loss in the Gunnison Basin was lower than other areas of sagebrush distribution in Colorado. The Gunnison Basin contains approximately 250,000 ha (617,000 ac) of sagebrush; this area partially comprises other habitat types such as riparian areas and patches of non-sagebrush vegetation types, including aspen forest, mixed-conifer forest, and oakbrush (Boyle and Reeder 2005, p. 3-3). Within the portion of the Gunnison Basin currently occupied by Gunnison sage-grouse, 170,000 ha (420,000 ac) comprises exclusively sagebrush vegetation types, as derived from Southwest Regional Gap Analsis Project (SWReGAP) landcover data (multi-season satellite imagery acquired between 1999 and 2001) (USGS 2004, entire).

*Conversion to Agriculture*

While sage-grouse may forage on agricultural croplands, they avoid landscapes dominated by agriculture (Aldridge *et al.* 2008, p. 991). Influences resulting from agricultural activities extend into adjoining sagebrush, and include increased predation and reduced nest success due to predators associated with agriculture (Connelly *et al.* 2004, p. 7-23). Agricultural conversion can provide some limited benefits for sage-grouse. Some crops, such as alfalfa (*Medicago sativa*) and young bean sprouts (*Phaseolus* spp.), are eaten or used for cover by Gunnison sage-grouse (Braun 1998, pers. comm.). However, crop monocultures do not provide adequate year-round food or cover (GSRSC 2005, pp. 22-30).

*Current Agriculture in All Gunnison Sage-grouse Population Areas* – The following estimates of land area dedicated to agriculture (including grass/forb pasture) were derived from SWReGAP landcover data (USGS 2004, entire). Habitat conversion to agriculture is most prevalent in the Monticello–Dove Creek population area where approximately 23,220 ha (57,377 ac) or 51 percent of Gunnison sage-grouse occupied range is currently in agricultural production. In the Gunnison Basin, approximately 20,754 ha (51,285 ac) or 9 percent of the occupied range is currently in agricultural production. Approximately 6,287 ha (15,535 ac) or 15 percent of the occupied range in the San Miguel Basin is currently in agricultural production. In the Cerro Summit–Cimarron–Sims Mesa population, approximately 14 percent (5,133 ha (2,077 ac)) of the occupied range is currently in

agricultural production. Habitat conversion due to agricultural activities is limited in the Crawford, Piñon Mesa, and Poncha Pass populations, with 3 percent or less of the occupied range currently in agricultural production in each of the population areas.

Other than in Gunnison County, total area of harvested cropland has declined over the past two decades in all counties within the occupied range of Gunnison sage-grouse (USDA NASS 2010, entire). Information on the amount of land area devoted to cropland was not available for Gunnison County, most likely because the majority of agricultural land use in the county is for hay production. However, total area in hay production has correspondingly declined in Gunnison County over the past two decades (USDA NASS 2009, p. 1). Because of this long-term trend in reduced land area devoted to agriculture, we do not expect a significant amount of Gunnison sage-grouse habitat to be converted to agricultural purposes in the future.

*Conservation Reserve Program* – The loss of Gunnison sage-grouse habitat to conversion to agriculture has been mitigated somewhat by the Conservation Reserve Program (CRP). The CRP is administered by the United States Department of Agriculture (USDA) Farm Service Agency (FSA) and provides incentives to agricultural landowners to convert certain cropland to more natural vegetative conditions. Except in emergency situations, CRP-enrolled lands are not hayed or grazed.

Lands within the occupied range of Gunnison sage-grouse enrolled into the CRP are limited to Dolores and San Miguel counties in Colorado, and San Juan County in Utah (USDA FSA 2010, entire). From 2000 to 2008, CRP-enrollment averaged 10,622 ha (26,247 ac) in Dolores County, 1,350 ha (3,337 ac) in San Miguel County, and 14,698 ha (36,320 ac) in San Juan County (USDA FSA 2010, entire). These CRP enrolled areas potentially constitute approximately 56 percent of the Monticello–Dove Creek population and 3 percent of the San Miguel population; however, we are unsure of the proportion of these CRP lands that are within Gunnison sage-grouse habitat. Approximately 735 ha (1,816 ac) of leases on these CRP-enrolled lands expired on September 30, 2009, and 10,431 ha (25,778 ac) are due to expire on September 30, 2010 (UDWR 2009, p. 7).

In San Juan County, Gunnison sage-grouse use CRP lands in proportion to their availability (Lupis *et al.* 2006, p. 959). The CRP areas are used by grouse primarily as brood-rearing habitat, but

these areas vary greatly in plant diversity and forb abundance, and generally lack any shrub cover (Lupis *et al.* 2006, pp. 959-960). In response to a severe drought, four CRP parcels totaling 1,487 ha (3,674 ac) in San Juan County, UT, were emergency grazed for a duration of 1 to 2 months in the summer of 2002 (Lupis 2006, p. 959).

Largely as a result of agricultural conversion, sagebrush patches in the Monticello–Dove Creek subpopulation area have progressively become smaller and more fragmented, which has limited the amount of available nesting and winter habitat (GSRSC 2005, pp. 82, 276). Overall, the CRP has protected a portion of the Monticello–Dove Creek population from more intensive agricultural use and development. However, the overall value of CRP lands is limited because they largely lack sagebrush cover required by Gunnison sage-sage grouse throughout most of the year. The CRP was renewed under the Food, Conservation, and Energy Act of 2008. A new CRP sign-up for individual landowners is not anticipated until 2012 and the extent to which existing CRP lands will be re-enrolled is unknown (UDWR 2009, p. 4).

Summary of Conversion to Agriculture

Throughout the range of Gunnison sage-grouse there is a declining trend in the amount of land area devoted to agriculture. Therefore, although we expect a large proportion of land currently in agricultural production to remain so indefinitely, we do not expect significant additional, future habitat conversion to agriculture within the range of Gunnison sage-grouse. The loss of sagebrush habitat from 1958 to 1993 was estimated to be approximately 20 percent throughout the range of Gunnison sage-grouse (Oyler-McCance *et al.* 2001, p. 326). The exception is the Monticello–Dove Creek population where more than half of the occupied range is currently in agriculture or other land uses incompatible with Gunnison sage-grouse conservation. This habitat loss is being somewhat mitigated by the current enrollment of lands in the CRP. Even so, this relative scarcity of sagebrush cover indicates a high risk of population extirpation (Wisdom *et al.* in press, p. 19) for this population. Because of its limited extent, we do not consider the conversion of sagebrush habitats to agriculture alone to be a current or future significant threat to Gunnison sage-grouse and its habitat. However, we recognize lands already converted to agriculture are located throughout all Gunnison sage-grouse populations and are, therefore,

contributing to the fragmentation of remaining habitat.

*Water Development*

*Water Development in All Population Areas* – Irrigation projects have resulted in loss of sage-grouse habitat (Braun 1998, p. 6). Reservoir development in the Gunnison Basin flooded 3,700 ha (9,200 ac), or 1.5 percent of likely sage-grouse habitat (McCall 2005, pers. comm.). Three other reservoirs inundated approximately 2 percent of habitat in the San Miguel Basin population area (Garner 2005, pers. comm.). We are unaware of any plans for additional reservoir construction. Because of the small amount of Gunnison sage-grouse habitat lost to water development projects and the unlikelihood of future projects, we do not consider water development alone to be a current or future significant threat to the Gunnison sage-grouse. However, we expect these existing reservoirs to be maintained indefinitely, thus acting as another source of fragmentation of Gunnison sage-grouse habitat.

*Residential Development*

Human population growth in the rural Rocky Mountains is driven by the availability of natural amenities, recreational opportunities, aesthetically desirable settings, grandiose viewscapes, and perceived remoteness (Riebsame 1996, p. 396, 402; Theobald 1996, p. 408; Gosnell and Travis 2005, pp. 192-197; Mitchell *et al.* 2002, p. 6; Hansen *et al.* 2005, pp. 1899-1901). This human population growth is occurring throughout much of the range of Gunnison sage-grouse. The human population in all counties within the range of Gunnison sage-grouse averaged a 70 percent increase since 1980 (Colorado Department of Local Affairs (CDOLA) 2009a, pp. 2-3). The year 2050 projected human population for the Gunnison River basin (an area that encompasses the majority of the current range of Gunnison sage-grouse) is expected to be 2.3 times greater than the 2005 population (CWCB 2009, p. 15). The population of Gunnison County, an area that supports over 80 percent of all Gunnison sage-grouse, is predicted to more than double to approximately 31,100 residents by 2050 (CWCB 2009, p. 53).

The increase in residential and commercial development associated with the expanding human population is different from historic land use patterns (Theobald 2001, p. 548). The allocation of land for resource-based activities such as agriculture and livestock production is decreasing as the

relative economic importance of these activities diminishes (Theobald 1996, p. 413; Sammons 1998, p. 32; Gosnell and Travis 2005, pp. 191-192). Currently, agribusiness occupations constitute approximately 3 percent of the total job base in Gunnison County (CDOLAb 2009, p. 4). Recent conversion of farm and ranch lands to housing development has been significant in Colorado (Odell and Knight 2001, p. 1144). Many large private ranches in the Rocky Mountains, including the Gunnison Basin, are being subdivided into both high-density subdivisions and larger, scattered ranchettes with lots typically greater than 14 ha (35 ac), which encompass a large, isolated house (Riebsame 1996, p. 399; Theobald 1996, p. 408).

The resulting pattern of residential development is less associated with existing town sites or existing subdivisions, and is increasingly exurban in nature (Theobald *et al.* 1996, pp. 408, 415; Theobald 2001, p. 546). Exurban development is described as low-density growth outside of urban and suburban areas (Clark *et al.* 2009, p. 178; Theobald 2004, p.140) with less than one housing unit per 1 ha (2.5 ac) (Theobald 2003, p. 1627; Theobald 2004, p. 139). The resulting pattern is one of increased residential lot size and the diffuse scattering of residential lots in previously rural areas with a premium placed on adjacency to federal lands and isolated open spaces (Riebsame *et al.* 1996, p. 396, 398; Theobald 1996, pp. 413, 417; Theobald 2001, p. 546; Brown *et al.* 2005, p. 1858). The residential subdivision that results from exurban development causes landscape fragmentation (Gosnell and Travis 2005, p. 196) primarily through the accumulation of roads, buildings, (Theobald 1996, p. 410; Mitchell *et al.* 2002, p. 3) and other associated infrastructure such as power lines, and pipelines. In the East River Valley of Gunnison County, residential development in the early 1990s increased road density by 17 percent (Theobald *et al.* 1996, p. 410). The habitat fragmentation resulting from this development pattern is especially detrimental to Gunnison sage-grouse because of their dependence on large areas of contiguous sagebrush (Patterson 1952, p. 48; Connelly *et al.* 2004, p. 4-1; Connelly *et al.* in press a, p. 10; Wisdom *et al.* in press, p. 4).

*Residential Development in the Gunnison Basin Population Area* – Nearly three quarters (approximately 71 percent) of the Gunnison Basin population of Gunnison sage-grouse occurs within Gunnison County, with the remainder occurring in Saguache

County. Within Gunnison County, approximately 30 percent of the occupied range of this species occurs on private lands. We performed a GIS analysis of parcel ownership data that was focused on the spatial and temporal pattern of human development within occupied Gunnison sage-grouse habitat. Some of our analyses were limited to the portion of occupied habitat in Gunnison County because parcel data was only available for Gunnison County and not for Saguache County. The cumulative number of human developments has increased dramatically in Gunnison County, especially since the early 1970s (USFWS 2010a, p. 1). The number of new developments averaged approximately 70 per year from the late 1800s to 1969, increasing to approximately 450 per year from 1970 to 2008 (USFWS 2010a, pp. 2-5). Furthermore, there has been an increasing trend toward development away from major roadways (primary and secondary paved roads) into areas that had previously undergone very limited development in occupied Gunnison sage-grouse habitat (USFWS 2010b, p. 7). Between 1889 and 1968, there were approximately 51 human developments located more than 1.6 km (1 mi) from a major road in currently occupied Gunnison sage-grouse habitat. Between 1969 and 2008, this number increased to approximately 476 developments (USFWS 2010b, p. 7).

In order to assess the impacts of existing residential development, we relied on two evaluations of Gunnison sage-grouse response and habitat availability in relation to development. The first was a landscape-scale spatial model predicting Gunnison sage-grouse nesting probability in the Gunnison Basin (Aldridge *et al.* 2010, entire). The model indicated that Gunnison sage-grouse select nest sites in areas with moderate shrub cover, and avoid residential development within a radius of 1.5 km (0.9 mi) (Aldridge *et al.* 2010, p. 18). The model was applied to the entire Gunnison Basin population area to predict the likelihood of Gunnison sage-grouse nesting based on data from the western portion (Aldridge *et al.* 2010, p. 16). We used Aldridge *et al.* (2010)'s radius of 1.5 km (0.9 mi) avoidance distance to calculate the indirect effects likely from the current level of development within occupied Gunnison sage-grouse habitat in Gunnison County. We found that 49 percent of the land area within the range of Gunnison sage-grouse has at least one housing unit within a radius of 1.5 km (0.9 mi) (USFWS 2010b, p. 7). This

residential development is currently compromising the likelihood of use by Gunnison sage-grouse for nesting habitat in these areas.

Furthermore, since early brood-rearing habitat is often in close proximity to nest sites (Connelly *et al.* 2000a, p. 971), the functional loss of nesting habitat is closely linked with the loss of early brood-rearing habitat. Limitations in the quality and quantity of nesting and early brood-rearing habitat are particularly problematic because Gunnison sage-grouse population dynamics are most sensitive during these life-history stages (GSRSC 2005, p. G-15). We recognize that the potential percentages of habitat loss mentioned above, whether direct or functional, will not necessarily correspond to the same percentage loss in sage-grouse numbers. The recent efforts to conserve Gunnison sage-grouse and their habitat within the Basin provide protection for the foreseeable future for several areas of high-quality habitat (see discussion in Factor D). Nonetheless, given the large landscape-level needs of this species, we expect this current level of habitat loss, degradation, and fragmentation, from residential development, as described above, to substantially limit the probability of persistence of Gunnison sage-grouse in the Gunnison Basin.

We also calculated a "lower" development impact scenario using the smaller impact footprint hypothesized by the GSRSC (2005, pp. 160-161). This analysis assumed that residential density in excess of one housing unit per 1.3 km² (0.5 mi²) could cause declines in Gunnison sage-grouse populations. Within Gunnison County, 18 percent of the land area within the range of Gunnison sage-grouse currently has a residential density greater than one housing unit per 1.3 km² (0.5 mi²) (USFWS 2010b, p. 8). Therefore, according to the GSRSC estimate of potential residential impacts, human residential densities in the Gunnison Basin population area are such that we expect they are limiting the Gunnison sage-grouse population in at least 18 percent of the population area.

We expect the density and distribution of human residences to expand in the future. Based on our GIS analysis, we estimate that approximately 20,236 ha (50,004 ac) of private lands on approximately 1,190 parcels not subject to conservation easements currently lack human development in occupied Gunnison sage-grouse habitat in Gunnison County (USFWS 2010b, p. 11). These lands are scattered throughout occupied

Gunnison sage-grouse habitat in the Gunnison Basin. We used the 20,236 ha (50,004 ac) as an initial basis to assess the potential impacts of future development. A lack of parcel data availability from surrounding counties precluded expanding this analysis beyond Gunnison County; however, the analysis area constitutes 71 percent of the Gunnison Basin population area. Approximately 93 percent of occupied Gunnison sage-grouse habitat in Gunnison County consists of parcels greater than 14.2 ha (35 ac), allowing exemptions from some county land development regulations. Applying a 1.7 percent average annual population increase under a "middle" growth scenario (CWCB 2009, p. 56) and an average 2.29 persons per household (CDOLA 2009b, p. 6) to the 2008 Gunnison County human population estimate results in the potential addition of nearly 7,000 housing units to the county by 2050.

Currently, approximately two-thirds of the human population in Gunnison County occurs within the currently mapped occupied range of Gunnison sage-grouse. Assuming this pattern will continue, two-thirds of the population increase will occur within occupied Gunnison sage-grouse habitat. The above projection could potentially result in the addition of approximately 4,630 housing units and the potential for 25,829 ha (63,824 ac) of new habitat loss, whether direct or functional, on parcels that currently have no development. Based on the estimated area of impact determined by Aldridge *et al.* (2010), this potential functional habitat loss constitutes an additional impact of 15 percent of the current extent of the Gunnison Basin population area (USFWS 2010b, p. 14). When combined with the existing loss, whether direct or functional, of 49 percent of Gunnison sage-grouse nesting habitat, the total amount of habitat subject to the indirect effects of residential development now and in the foreseeable future increases to 64 percent.

Using the same methodology as discussed above, but applying the estimated area of impact determined by GSRSC (2005, p. F-3), results in a future potential functional habitat loss of 9 percent. When combined with the existing loss, whether direct or functional, of 18 percent of Gunnison sage-grouse habitat, an estimated 27 percent of habitat will be functionally lost for Gunnison sage-grouse under this minimum impact scenario. We believe that impacts to Gunnison sage-grouse implicit in even the lower or more conservative estimates of direct and

BLM_0071276

functional habitat loss are limiting the persistence of the species.

We also anticipate increased housing density in many areas of occupied Gunnison sage-grouse habitat because the anticipated number of new housing units will exceed the number of undeveloped parcels by nearly four times (USFWS 2010b, p. 16). Some of this anticipated development and subsequent functional habitat loss will undoubtedly occur on parcels that currently have existing human development, which could lessen the effects to Gunnison sage-grouse. However, the above calculation of an increase in future housing units is likely an underestimate because it does not take into account the expected increase in second home development (CDOLA 2009b, p. 7), which could increase negative effects to Gunnison sage-grouse. The U.S. Census Bureau only tallies the inhabitants of primary residences in population totals. This methodology results in an underestimate of the population, particularly in amenity communities, because of the increased number of part-time residents inhabiting second homes and vacation homes in these areas (Riebsame 1996, p. 397; Theobald 2001, p. 550, Theobald 2004, p. 143). In Gunnison County, approximately 90 percent of vacant housing units were seasonal-use units (CDOLA 2009c, p. 1). The housing vacancy rate, which is computed by dividing the number of vacant housing units by the total housing units, was 42.5 percent in Gunnison County over the last two decades (CDOLA 2009d, p. 2).

We expect some development to be moderated by the establishment of additional voluntary landowner conservation easements such as those currently facilitated by the CDOW and land trust organizations. While conservation easements can minimize the overall impacts to Gunnison sage-grouse, because less than 5 percent of occupied Gunnison sage-grouse habitat in the Gunnison Basin has been placed in conservation easements to date, we do not expect the amount of land potentially placed in future easements will significantly offset the overall affects of human development.

Our analyses, based on the evaluations of impacts to Gunnison sage-grouse discussed above, result in estimates of existing functional habitat loss of 18 to 49 percent of the Gunnison Basin population area. Future estimates of functional habitat loss result in an increase of 9 to 15 percent, for a cumulative total of 27 and 64 percent loss of the Gunnison Basin population area. We believe that impacts within

these ranges limit the persistence of Gunnison sage-grouse.

*Residential Development in All Other Population Areas* – In 2004, within the Crawford Population area, approximately 951 ha (2,350 ac), or 7 percent of the occupied Gunnison sage-grouse habitat, was subdivided into 48 parcels ranging in size from 14.2 ha (35 ac) to 28.3 ha (70 ac) (CDOW 2009a, p. 59). Local landowners and the National Park Service (NPS) have ongoing efforts to protect portions of the subdivided area through conservation easements. Residential subdivision continues to occur in the northern part of the Poncha Pass population area, and the CDOW considers this to be the highest priority threat to this population (CDOW 2009a, p. 124). The rate of residential development in the San Miguel Basin population increased between 2005 and 2008 but slowed in 2009 (CDOW 2009a, p. 135). However, a 429 ha (1,057 ac) parcel north of Miramonte Reservoir is currently being developed as a retreat. The CDOW reports that potential impacts to Gunnison sage-grouse resulting from the development may be reduced by possibly placing a portion of the property into a conservation easement and the relocation of a proposed major road to avoid occupied habitat (CDOW 2009a, p. 136). No recent or planned residential developments are known for the Cerro Summit–Cimarron–Sims Mesa population area (CDOW 2009a, p. 45), Monticello–Dove Creek population area (CDOW 2009a, p. 73), or Piñon Mesa population area (CDOW 2009a, p. 109). The remaining limited amounts of habitat, the fragmented nature of this remaining habitat, and the anticipated increases in exurban development within each of the six smaller populations pose a significant threat to these six populations.

Summary of Residential Development

Because Gunnison sage-grouse are dependent on expansive, contiguous areas of sagebrush habitat to meet their life-history needs, the development patterns described above have resulted in the direct and functional loss of sagebrush habitat and have negatively affected the species by limiting already scarce habitat, especially within the six smaller populations. The collective influences of fragmentation and disturbance from human activities around residences and associated roads reduce the effective habitat around these areas, making them inhospitable to Gunnison sage-grouse (Aldridge *et al.* 2010, pp. 24-25; Knick, *et al.* 2009, in press, p. 25 and references therein; Aldridge and Boyce 2007, p.520). Human population growth that results

in a dispersed exurban development pattern throughout sagebrush habitats will reduce the likelihood of sage-grouse persistence in these areas. Human populations are increasing throughout the range of Gunnison sage-grouse, and we expect this trend to continue. Given the current demographic trends described above, we believe the rate of residential development in Gunnison sage-grouse habitat will continue at least through 2050, and likely longer. The resulting habitat loss and fragmentation from residential development is a significant threat to Gunnison sage-grouse now and in the foreseeable future.

*Fences*

The effects of fencing on sage-grouse include direct mortality through collisions, creation of raptor and corvid (Family Corvidae: crows, ravens, magpies, etc.) perch sites, the potential creation of predator corridors along fences (particularly if a road is maintained next to the fence), incursion of exotic species along the fencing corridor, and habitat fragmentation (Call and Maser 1985, p. 22; Braun 1998, p. 145; Connelly *et al.* 2000a, p. 974; Beck *et al.* 2003, p. 211; Knick *et al.* 2003, p. 612; Connelly *et al.* 2004, p. 1-2). Corvids are significant sage-grouse nest predators and were responsible for more than 50 percent of nest predations in Nevada (Coates 2007, pp. 26-30). Sage-grouse frequently fly low and fast across sagebrush flats, and fences can create a collision hazard resulting in direct mortality (Call and Maser 1985, p. 22). Not all fences present the same mortality risk to sage-grouse. Mortality risk appears to be dependent on a combination of factors including design of fencing, landscape topography, and spatial relationship with seasonal habitats (Christiansen 2009). This variability in fence mortality rate and the lack of systematic fence monitoring make it difficult to determine the magnitude of impacts to sage-grouse populations; however, in some cases the level of mortality is likely significant to localized areas within populations. Fences directly kill greater sage grouse (Call and Maser 1985, p. 22; Christiansen 2009, pp. 1-2); we assume that Gunnison sage-grouse are also killed by fences but do not have species-specific data. Although the effects of direct strike mortality on populations are not fully analyzed, fences are ubiquitous across the landscape. Fence collisions continue to be identified as a source of mortality for Gunnison and greater sage-grouse and we expect this source of mortality to continue into the foreseeable future (Braun 1998, p. 145;

Connelly *et al.* 2000a, p. 974; Oyler-McCance *et al.* 2001, p. 330; Connelly *et al.* 2004, p. 7-3).

Fence posts create perching places for raptors and corvids, which may increase their ability to prey on sage-grouse (Braun 1998, p. 145; Oyler-McCance *et al.* 2001, p. 330; Connelly *et al.* 2004, p. 13-12). We anticipate that the effect on sage-grouse populations through the creation of new raptor perches and predator corridors into sagebrush habitats is similar to that of powerlines discussed below (Braun 1998, p. 145; Connelly *et al.* 2004, p. 7-3). Fences and their associated roads also facilitate the spread of invasive plant species that replace sagebrush plants upon which sage-grouse depend (Braun 1998, p. 145; Connelly *et al.* 2000a, p. 973; Gelbard and Belnap 2003, p. 421; Connelly *et al.* 2004, p. 7-3). Greater sage-grouse avoidance of habitat adjacent to fences, presumably to minimize the risk of predation, effectively results in habitat fragmentation even if the actual habitat is not removed (Braun 1998, p. 145). Because of similarities in behavior and habitat use, we believe the response of Gunnison sage-grouse is similar to that observed in greater sage-grouse.

At least 1,540 km (960 mi) of fence are on BLM lands within the Gunnison Basin (Borthwick 2005a, pers. comm.; BLM 2005a, 2005e) and an unquantified amount of fence on land owned or managed by other landowners. Fences are present within all other Gunnison sage-grouse population areas, but we have no quantitative information on the amount or types of fencing in these areas.

Summary of Fences

While fences contribute to habitat fragmentation and increase the potential for loss of individual grouse through collisions or enhanced predation, such effects have been ongoing since the first agricultural conversions occurred in sage-grouse habitat. We expect that the majority of existing fences will remain on the landscape indefinitely. However, because we do not expect a major increase in the number of fences, particularly 3-wire range fencing, we do not believe fencing, on its own, is a significant threat to Gunnison sage-grouse at the species level. In the smaller Gunnison sage-grouse populations, the impacts of fencing could become another source of mortality that cumulatively affects the species. We also recognize that fences are located throughout all Gunnison sage-grouse populations and are, therefore, contributing to the fragmentation of remaining habitat.

*Roads*

Impacts from roads may include direct habitat loss, direct mortality, barriers to migration corridors or seasonal habitats, facilitation of predation and spread of invasive vegetative species, and other indirect influences such as noise (Forman and Alexander 1998, pp. 207-231). Greater sage-grouse mortality resulting from collisions with vehicles does occur, but mortalities are typically not monitored or recorded (Patterson 1952, p. 81). Therefore, we are unable to determine the importance of this factor on sage-grouse populations. We have no information on the number of direct mortalities of Gunnison sage-grouse resulting from vehicles or roads; however, because of similarities in their habitat and habitat use, we expect similar effects as those observed in greater sage-grouse. Roads within Gunnison sage-grouse habitats have been shown to impede movement of local populations between the resultant patches, with road avoidance presumably being a behavioral means to limit exposure to predation (Oyler-McCance *et al.* 2001, p. 330).

The presence of roads increases human access and resulting disturbance effects in remote areas (Forman and Alexander 1998, p. 221; Forman 2000, p. 35; Connelly *et al.* 2004, pp. 7-6 to 7-25). In addition, roads can provide corridors for predators to move into previously unoccupied areas. For some mammalian species known to prey on sage-grouse, such as red fox (*Vulpes vulpes*), raccoons (*Procyon lotor*), and striped skunks (*Mephitis mephitis*), dispersal along roads has greatly increased their distribution (Forman and Alexander 1998, p. 212; Forman 2000, p. 33; Frey and Conover 2006, pp. 1114-1115). Corvids also use linear features such as primary and secondary roads as travel routes, expanding their movements into previously unused regions (Knight and Kawashima 1993, p. 268; Connelly *et al.* 2004, p. 12-3). Corvids are significant sage-grouse nest predators and were responsible for more than 50 percent of nest predations in Nevada (Coates 2007, pp. 26-30). Ravens were documented following roads in oil and gas fields while foraging (Bui 2009, p. 31).

The expansion of road networks contributes to exotic plant invasions via introduced road fill, vehicle transport, and road maintenance activities (Forman and Alexander 1998, p. 210; Forman 2000, p. 32; Gelbard and Belnap 2003, p. 426; Knick *et al.* 2003, p. 619; Connelly *et al.* 2004, p. 7-25). Invasive species are not limited to roadsides, but

also encroach into surrounding habitats (Forman and Alexander 1998, p. 210; Forman 2000, p. 33; Gelbard and Belnap 2003, p. 427). In their study of roads on the Colorado Plateau of southern Utah, Gelbard and Belnap (2003, p. 426) found that improving unpaved four-wheel drive roads to paved roads resulted in increased cover of exotic plant species within the interior of adjacent plant communities. This effect was associated with road construction and maintenance activities and vehicle traffic, and not with differences in site characteristics. The incursion of exotic plants into native sagebrush systems can negatively affect Gunnison sage-grouse through habitat losses and conversions (see further discussion below in Invasive Plants).

Additional indirect effects of roads may result from birds' behavioral avoidance of road areas because of noise, visual disturbance, pollutants, and predators moving along a road. The landscape-scale spatial model predicting Gunnison sage-grouse nest site selection showed strong avoidance of areas with high road densities of roads classed 1 through 4 (primary paved highways through primitive roads with 2-wheel drive sedan clearance) within 6.4 km (4 mi)) of nest sites (Aldridge *et al.* 2010, p. 18). The occurrence of Gunnison sage-grouse nest sites also decreased with increased proximity to primary and secondary paved highways (roads classes 1 and 2) (Aldridge *et al.* 2010, p. 27). Male greater sage-grouse lek attendance was shown to decline within 3 km (1.9 mi) of a methane well or haul road with traffic volume exceeding one vehicle per day (Holloran 2005, p. 40). Male sage-grouse depend on acoustical signals to attract females to leks (Gibson and Bradbury 1985, p. 82; Gratson 1993, p. 692). If noise interferes with mating displays, and thereby female attendance, younger males will not be drawn to the lek and eventually leks will become inactive (Amstrup and Phillips 1977, p. 26; Braun 1986, pp. 229-230).

In a study on the Pinedale Anticline in Wyoming, greater sage-grouse hens that bred on leks within 3 km (1.9 mi) of roads associated with oil and gas development traveled twice as far to nest as did hens that bred on leks greater than 3 km (1.9 mi) from roads. Nest initiation rates for hens bred on leks close to roads also were lower (65 versus 89 percent), affecting population recruitment (33 versus 44 percent) (Lyon 2000, p. 33; Lyon and Anderson 2003, pp. 489-490). Lyon and Anderson (2003, p. 490) suggested that roads may be the primary impact of oil and gas

development to sage-grouse, due to their persistence and continued use even after drilling and production have ceased. Lek abandonment patterns suggested that daily vehicular traffic along road networks for oil wells can impact greater sage-grouse breeding activities (Braun *et al.* 2002, p. 5). We believe the effects of vehicular traffic on Gunnison sage-grouse, regardless of its purpose (e.g., in support of energy production or local commuting and recreation), are similar to those observed in greater sage-grouse.

Aldridge *et al.* (2008, p. 992) did not find road density to be an important factor affecting greater sage-grouse persistence or rangewide patterns in sage-grouse extirpation. However, the authors did not consider the intensity of human use of roads in their modeling efforts. They also indicated that their analyses may have been influenced by inaccuracies in spatial road data sets, particularly for secondary roads (Aldridge *et al.* 2008, p. 992). Historic range where greater and Gunnison sage grouse have been extirpated has a 25 percent higher density of roads than occupied range (Wisdom *et al.* in press, p. 18). Wisdom *et al.*'s (in press) greater and Gunnison sage-grouse rangewide analysis supports the findings of numerous local studies showing that roads can have both direct and indirect impacts on sage-grouse distribution and individual fitness (reproduction and survival) (e.g., Lyon and Anderson 2003 p. 490 , Aldridge and Boyce 2007, p. 520).

Recreational activities including off highway vehicles (OHV), all-terrain vehicles (ATV), motorcycles, mountain biking and other mechanized methods of travel have been recognized as a potential direct and indirect threat to Gunnison sage-grouse and their habitat (BLM 2009, p. 36). In Colorado, the number of annual off highway vehicle (OHV) registrations has increased from 12,000 in 1991 to 131,000 in 2007 (BLM 2009, p. 37). Four wheel drive, OHV, motorcycle, specialty vehicle, and mountain bike use is expected to increase in the future based on increased population in general and increased population density in the area (as discussed above). Numerous off-road routes and access points to habitat used by Gunnison sage-grouse combined with increasing capabilities for mechanized travel and increased human population further contribute to habitat fragmentation.

*Roads in the Gunnison Basin Population Area* – On BLM lands in the Gunnison Basin there are currently 2,050 km (1,274 mi) of roads within 6.4 km (4 mi) of Gunnison sage-grouse leks.

Eighty-seven percent of all Gunnison sage-grouse nests were located less than 6.4 km (4 mi) from the lek of capture (Apa 2004, p. 21). However, the BLM proposes to reduce road length to 1,157 km (719 mi) (BLM 2010, p. 147). Currently, 1,349 km (838 mi) of roads accessible to 2-wheel drive passenger cars exist in occupied Gunnison sage-grouse habitat in the Gunnison Basin. Four-wheel-drive vehicle roads, as well as motorcycle, mountain bike, horse, and hiking trails are heavily distributed throughout the range of Gunnison sage-grouse (BLM 2009, pp. 27, 55, 86), which further increases the overall density of roads and their direct and indirect effects on Gunnison sage-grouse. User-created roads and trails have increased since 2004 (BLM 2009, p. 33), although we do not know the percentage increase.

Using a spatial dataset of roads in the Gunnison Basin we performed GIS analyses on the potential effects of roads to Gunnison sage-grouse and their habitat. To account for secondary effects from invasive weed spread from roads (see discussion below in Invasive Plants), we applied a 0.7 km (0.4 mi) buffer (Bradley and Mustard 2006, p. 1146) to all roads in the Gunnison Basin. Results of these analyses indicate that approximately 85 percent of occupied habitat in the Gunnison Basin has an increased likelihood of current or future road-related invasive weed invasion. When all roads in the Gunnison basin are buffered by 6.4 km (4 mi) or 9.6 km (6 mi) to account for nesting avoidance (Aldridge *et al.* 2010, p. 27) and secondary effects from mammal and corvid foraging areas (Knick *et al* in press, p. 113), respectively, all occupied habitat in the Gunnison Basin is indirectly affected by roads.

*Roads in All Other Population Areas* – Approximately 140 km (87 mi), 243 km (151 mi), and 217 km (135 mi) of roads (all road classes) occur on BLM lands within the Cerro Summit–Cimarron–Sims Mesa, Crawford, and San Miguel Basin population areas, respectively, all of which are managed by the BLM (BLM 2009, p. 71). We do not have information on the total length of roads within the Monticello–Dove Creek, Piñon Mesa, or Poncha Pass Gunnison sage-grouse populations. However, several maps provided by the BLM show that roads are widespread and common throughout these population areas (BLM 2009, pp. 27, 55, 86).

Summary of Roads

As described above in the 'Residential Development' section, the human

population is increasing throughout the range of Gunnison sage-grouse (CDOLA 2009a, pp. 2-3; CWCB 2009, p. 15), and we have no data indicating this trend will be reversed. Gunnison sage-grouse are dependent on large contiguous and unfragmented landscapes to meet their life-history needs (GSRSC 2005, pp. 26-30), and the existing road density throughout much of the range of Gunnison sage-grouse has negatively affected the species. The collective influences of fragmentation and disturbance from roads reduce the effective habitat around these areas making them inhospitable to sage-grouse (Aldridge *et al.* 2010, pp. 24-25; Aldridge and Boyce 2007, p. 520; Knick *et al.* 2009, in press, p. 25 and references therein). Given the current human demographic and economic trends described above in the Residential Development section, we believe that increased road use and increased road construction associated with residential development will continue at least through 2050, and likely longer. The resulting habitat loss, degradation, and fragmentation from roads is a significant threat to Gunnison sage-grouse now and in the foreseeable future.

*Powerlines*

Powerlines can directly affect greater sage-grouse by posing a collision and electrocution hazard (Braun 1998, pp. 145-146; Connelly *et al.* 2000a, p. 974), and can have indirect effects by decreasing lek recruitment (Braun *et al.* 2002, p. 10), increasing predation (Connelly *et al.* 2004, p. 13-12), fragmenting habitat (Braun 1998, p. 146), and facilitating the invasion of exotic annual plants (Knick *et al.* 2003, p. 612; Connelly *et al.* 2004, p. 7-25). Proximity to powerlines is associated with Gunnison and greater sage-grouse extirpation (Wisdom *et al.* in press, p. 20). Due to the potential spread of invasive species and predators as a result of powerline construction and maintenance, the impact from a powerline is greater than its actual footprint. We believe the effects to Gunnison sage-grouse are similar to those observed in greater sage-grouse and that the impact from a powerline is greater than its footprint.

In areas where the vegetation is low and the terrain relatively flat, power poles provide an attractive hunting and roosting perch, as well as nesting stratum for many species of raptors and corvids (Steenhof *et al.* 1993, p. 27; Connelly *et al.* 2000a, p. 974; Manville 2002, p. 7; Vander Haegen *et al.* 2002, p. 503). Power poles increase a raptor's range of vision, allow for greater speed during attacks on prey, and serve as

BLM_0071279

territorial markers (Steenhof *et al.* 1993, p. 275; Manville 2002, p. 7). Raptors may actively seek out power poles where natural perches are limited. For example, within 1 year of construction of a 596-km (3–2 -mi) transmission line in southern Idaho and Oregon, raptors and common ravens began nesting on the supporting poles (Steenhof *et al.* 1993, p. 275). Within 10 years of construction, 133 pairs of raptors and ravens were nesting along this stretch (Steenhof *et al.* 1993, p. 275). Raven counts increased by approximately 200 percent along the Falcon-Gondor transmission line corridor in Nevada within 5 years of construction (Atamian *et al.* 2007, p. 2). The increased abundance of raptors and corvids within occupied greater and Gunnison sage-grouse habitats can result in increased predation. Ellis (1985, p. 10) reported that golden eagle (*Aquila chrysaetos*) predation on sage-grouse on leks increased from 26 to 73 percent of the total predation after completion of a transmission line within 200 meters (m) (220 yards (yd)) of an active sage-grouse lek in northeastern Utah. The lek was eventually abandoned, and Ellis (1985, p. 10) concluded that the presence of the powerline resulted in changes in sage-grouse dispersal patterns and caused fragmentation of the habitat. Golden eagles are found throughout the range of Gunnison sage-grouse (USGS 2010, p. 1), and golden eagles were found to be the dominant species recorded perching on power poles in Utah in Gunnison sage-grouse habitat (Prather and Messmer 2009, p. 12).

Leks within 0.4 km (0.25 mi) of new powerlines constructed for coalbed methane development in the Powder River Basin of Wyoming had significantly lower growth rates, as measured by recruitment of new males onto the lek, compared to leks further from these lines, presumably resulting from increased raptor predation (Braun *et al.* 2002, p. 10). Within their analysis area, Connelly *et al.* (2004, p. 7-26) assumed a 5 to 6.9-km (3.1 to 4.3-mi) radius buffer around the perches, based on the average foraging distance of these corvids and raptors, and estimated that the area potentially influenced by additional perches provided by powerlines was 672,644 to 837,390 km² (259,641 to 323,317 mi²), or 32 to 40 percent of their assessment area. The actual impact on an area would depend on corvid and raptor densities within the area (see discussion in Factor C, below).

The presence of a powerline may fragment sage-grouse habitats even if raptors are not present. The use of otherwise suitable habitat by sage-grouse near powerlines increased as distance from the powerline increased for up to 600 m (660 yd) (Braun 1998, p. 8). Based on those unpublished data, Braun (1998, p. 8) reported that the presence of powerlines may limit Gunnison and greater sage-grouse use within 1 km (0.6 mi) in otherwise suitable habitat. Similar results were recorded for other grouse species. For example, lesser and greater prairie-chickens (*Tympanuchus pallidicinctus* and *T. cupido*, respectively) avoided otherwise suitable habitat near powerlines (Pruett *et al.* 2009, p. 6). Additionally, both species also crossed powerlines less often than nearby roads, which suggests that powerlines are a particularly strong barrier to movement (Pruett *et al.* 2009, p. 6).

Sage-grouse also may avoid powerlines as a result of the electromagnetic fields present (Wisdom *et al.* in press, p. 19). Electromagnetic fields have been demonstrated to alter the behavior, physiology, endocrine systems and immune function in birds, with negative consequences on reproduction and development (Fernie and Reynolds 2005, p. 135). Birds are diverse in their sensitivities to electromagnetic field exposures, with domestic chickens being very sensitive. Many raptor species are less affected (Fernie and Reynolds 2005, p. 135). No studies have been conducted specifically on sage-grouse. Therefore, we do not know the impact to the Gunnison sage-grouse from electromagnetic fields.

Linear corridors through sagebrush habitats can facilitate the spread of invasive species, such as cheatgrass (*Bromus tectorum*) (Gelbard and Belnap 2003, pp. 424-426; Knick *et al.* 2003, p. 620; Connelly *et al.* 2004, p. 1-2). However, we were unable to find any information regarding the amount of invasive species incursion as a result of powerline construction.

*Powerlines in the Gunnison Basin Population Area* – On approximately 121,000 ha (300,000 ac) of BLM land in the Gunnison Basin, 36 rights-of-way for power facilities, power lines, and transmission lines have resulted in the direct loss of 350 ha (858 ac) of occupied habitat (Borthwick 2005b, pers comm.). As discussed above, the impacts of these lines likely extend beyond their actual footprint. We performed a GIS analysis of transmission line location in relation to overall habitat area and Gunnison sage-grouse lek locations in the Gunnison Basin Population area to obtain an estimate of the potential effects in the Basin. Results of these analyses indicate that 68 percent of the Gunnison Basin

population area is within 6.9 km (4.3 mi) of an electrical transmission line and is potentially influenced by avian predators utilizing the additional perches provided by transmission lines. This area contains 65 of 109 active leks (60 percent) in the Gunnison Basin population. These results suggest that potential increased predation resulting from transmission lines have the potential to affect a substantial portion of the Gunnison Basin population.

*Powerlines in All Other Population Areas* – A transmission line runs through the Dry Creek Basin group in the San Miguel Basin population, and the Beaver Mesa group has two transmission lines. None of the transmission lines in the San Miguel Basin have raptor proofing, nor do most distribution lines (Ferguson 2005, pers comm.) so their use by raptors and corvids as perch sites for hunting and use for nest sites is not discouraged. One major electric transmission line runs east-west in the northern portion of the current range of the Monticello group (San Juan County Gunnison Sage-grouse Working Group (GSWG) 2005, p. 17). Powerlines do not appear to be present in sufficient density to pose a significant threat to Gunnison sage-grouse in the Piñon Mesa population at this time. One transmission line parallels Highway 92 in the Crawford population, and distribution lines run from there to homes on the periphery of the current range (Ferguson 2005, pers. comm.).

Summary of Powerlines

The projected human population growth rate in and near most Gunnison sage-grouse populations is high (see discussion under Residential Development). As a result, we expect an associated increase in distribution powerlines. Powerlines are likely negatively affecting Gunnison sage-grouse as they contribute to habitat loss and fragmentation and facilitation of predators of Gunnison sage-grouse. Given the current demographic and economic trends described above, we believe that existing powerlines and anticipated distribution of powerlines associated with residential development will continue at least through 2050, and likely longer. The resulting habitat loss and fragmentation from powerlines, and the effects of avian predators that use them, is a significant threat to Gunnison sage-grouse now and in the foreseeable future.

*Fire*

The nature of historical fire patterns in sagebrush communities, particularly in Wyoming big sagebrush (*Artemisia*

tridentata var. wyomingensis), is not well understood, and a high degree of variability likely occurred (Miller and Eddleman 2000, p. 16; Zouhar et al. 2008, p. 154; Baker in press, p. 16). In general, mean fire return intervals in low-lying, xeric (dry) big sagebrush communities range from more than 100 to 350 years, and return intervals decrease from 50 to more than 200 years in more mesic (wet) areas, at higher elevations, during wetter climatic periods, and in locations associated with grasslands (Baker 2006, p. 181; Mensing et al. 2006, p. 75; Baker, in press, pp. 15-16; Miller et al., in press, p. 35).

Mountain big sagebrush (Artemisia tridenata var. vaseyana), the most important and widespread sagebrush species for Gunnison sage-grouse, is killed by fire and can require decades to recover. In nesting and wintering sites, fire causes direct loss of habitat due to reduced cover and forage (Call and Maser 1985, p. 17). While there may be limited instances where burned habitat is beneficial, these gains are lost if alternative sagebrush habitat is not readily available (Woodward 2006, p. 65).

Herbaceous understory vegetation plays a critical role throughout the breeding season as a source of forage and cover for Gunnison sage-grouse females and chicks. The response of herbaceous understory vegetation to fire varies with differences in species composition, pre-burn site condition, fire intensity, and pre- and post-fire patterns of precipitation. In general, when not considering the synergistic effects of invasive species, any beneficial short-term flush of understory grasses and forbs is lost after only a few years and little difference is apparent between burned and unburned sites (Cook et al. 1994, p. 298; Fischer et al. 1996, p. 196; Crawford 1999, p. 7; Wrobleski 1999, p. 31; Nelle et al. 2000, p. 588; Paysen et al. 2000, p. 154; Wambolt et al. 2001, p. 250).

In addition to altering plant community structure, fires can influence invertebrate food sources (Schroeder et al. 1999, p. 5). However, because few studies have been conducted and the results of those available vary, the specific magnitude and duration of the effects of fire on insect communities is still uncertain.

A clear positive response of Gunnison or greater sage-grouse to fire has not been demonstrated (Braun 1998, p. 9). The few studies that have suggested fire may be beneficial for greater sage-grouse were primarily conducted in mesic areas used for brood-rearing (Klebenow 1970, p. 399; Pyle and Crawford 1996,

p. 323; Gates 1983, in Connelly et al. 2000c, p. 90; Sime 1991, in Connelly et al. 2000a, p. 972). In this type of habitat, small fires may maintain a suitable habitat mosaic by reducing shrub encroachment and encouraging understory growth. However, without available nearby sagebrush cover, the utility of these sites is questionable, especially within the six small Gunnison sage-grouse populations where fire could further degrade and fragment the remaining habitat. Sagebrush loss as a result of fire is likely to have proportionally more individual bird and population level impacts as the amount of sagebrush declines within each of the remaining populations. As the amount of sagebrush remaining within a population declines, the greater the potential impact is to that population.

The invasion of the exotic cheatgrass increases fire frequency within the sagebrush ecosystem (Zouhar et al. 2008, p. 41; Miller et al. in press, p. 39). Cheatgrass readily invades sagebrush communities, especially disturbed sites, and changes historical fire patterns by providing an abundant and easily ignitable fuel source that facilitates fire spread. While sagebrush is killed by fire and is slow to reestablish, cheatgrass recovers within 1 to 2 years of a fire event (Young and Evans 1978, p. 285). This annual recovery leads to a readily burnable fuel source and ultimately a reoccurring fire cycle that prevents sagebrush reestablishment (Eiswerth et al. 2009, p. 1324). The extensive distribution and highly invasive nature of cheatgrass poses substantial increased risk of fire and permanent loss of sagebrush habitat, as areas disturbed by fire are highly susceptible to further invasion and ultimately habitat conversion to an altered community state. For example, Link et al. (2006, p. 116) show that risk of fire increases from approximately 46 to 100 percent when ground cover of cheatgrass increases from 12 to 45 percent or more. We do not have a reliable estimate of the amount of area occupied by cheatgrass in the range of Gunnison sage-grouse. However, cheatgrass is found at numerous locations throughout the Gunnison Basin (BLM 2009, p. 60).

Fire in the Gunnison Basin Population Area – Six prescribed burns have occurred on BLM lands in the Gunnison Basin since 1984, totaling approximately 409 ha (1,010 ac) (BLM 2009, p. 35). The fires created large sagebrush-free areas that were further degraded by poor post-burn livestock management (BLM 2005a, p. 13). As a result, these areas are no longer suitable as Gunnison sage-grouse habitat.

Approximately 8,470 ha (20,930 ac) of prescribed burns occurred on Forest Service lands in the Gunnison Basin since 1983 (USFS 2009, p. 1). A small wildfire on BLM lands near Hartman Rocks burned 8 ha (20 ac) in 2007 (BLM 2009, p. 35). The total area of occupied Gunnison sage-grouse habitat burned in recent decades is approximately 8,887 ha (21,960 ac), which constitutes 1.5 percent of the occupied Gunnison sage-grouse habitat area. Cumulatively, this equates to a relatively small amount of habitat burned over a period of nearly three decades. This information suggests that there has not been a demonstrated change in fire cycle in the Gunnison Basin population area to date.

Fire in All Other Population Areas – Two prescribed burns conducted in 1986 (105 ha (260 ac)) and 1992 (140 ha (350 ac)) on BLM land in the San Miguel Basin on the north side of Dry Creek Basin had negative impacts on sage-grouse. The burns were conducted for big game forage improvement, but the sagebrush died and was largely replaced with weeds (BLM 2005b, pp. 7-8). The Burn Canyon fire in the Dry Creek Basin and Hamilton Mesa areas burned 890 ha (2,200 ac) in 2000. Three fires have occurred in Gunnison sage-grouse habitat since 2004 on lands managed by the BLM in the Crawford, Cerro Summit–Cimarron–Sims Mesa, and San Miguel Basin population areas. There have been no fires since 2004 on lands managed by the BLM within the Monticello–Dove Creek population. Because these fires were mostly small in size, we do not believe they resulted in substantial impacts to Gunnison sage-grouse.

Several wildfires near or within the Pinon Mesa population area have occurred in the past 20 years. One fire burned a small amount of occupied Gunnison sage-grouse habitat in 1995, and several fires burned in potential Gunnison sage-grouse habitat. Individual burned areas ranged from 3.6 ha (9 ac) to 2,160 ha (5,338 ac). A wildfire in 2009 burned 1,053 ha (2,602 ac), predominantly within vacant or unknown Gunnison sage-grouse habitat (suitable habitat for sage-grouse that is separated from occupied habitats that has not been adequately inventoried, or without recent documentation of grouse presence) near the Pinon Mesa population. Since 2004, a single 2.8 ha (7 ac) wildfire occurred in the Cerro Summit–Cimarron–Sims Mesa population area, and two prescribed fires, both less than 12 ha (30 ac), were implemented in the San Miguel population area. There was no fire activity within occupied Gunnison sage-grouse habitat in the last two decades in

the Poncha Pass population area (CDOW 2009a, pp. 125-126) or the Monticello–Dove Creek population area (CDOW 2009a, p. 75; UDWR 2009, p. 5).

Summary of Fire

Fires can cause the proliferation of weeds and can degrade suitable sage-grouse habitat, which may not recover to suitable conditions for decades, if at all (Pyke in press, pp. 18-19). Recent fires in Gunnison sage-grouse habitat were mostly small in size and did not result in substantial impacts to Gunnison sage-grouse, and there has been no obvious change in fire cycle in any Gunnison sage-grouse population area. Therefore, we do not consider fire to be a significant threat to Gunnison sage-grouse or its habitat at this time. It is not currently possible to predict the extent or location of future fire events. However, existing data indicates that climate change has the potential to alter changes in the distribution and extent of cheatgrass and sagebrush and associated fire frequencies. The best available data indicates that fire frequency may increase in the foreseeable future (which we consider to be indefinite) because of increases in cover of cheatgrass (Zouhar et al. 2008, p. 41; Miller et al. in press, p. 39; Whisenant 1990, p. 4) and the projected effects of climate change (Miller et al. in press, p. 47; Prevey et al. 2009, p. 11) (see Invasive Plants and Climate Change discussions below). Therefore, fire is likely to become an increasingly significant threat to the Gunnison sage-grouse in the foreseeable future.

Invasive Plants

For the purposes of this finding, we define invasive plants as those that are not native to an ecosystem and that have a negative impact on Gunnison sage-grouse habitat. Invasive plants alter native plant community structure and composition, productivity, nutrient cycling, and hydrology (Vitousek 1990, p. 7) and may cause declines in native plant populations through competitive exclusion and niche displacement, among other mechanisms (Mooney and Cleland 2001, p. 5446). Invasive plants reduce and, in cases where monocultures of them occur, eliminate vegetation that sage-grouse use for food and cover. Invasive plants do not provide quality sage-grouse habitat. Sage-grouse depend on a variety of native forbs and the insects associated with them for chick survival, and sagebrush, which is used exclusively throughout the winter for food and cover.

Along with replacing or removing vegetation essential to sage-grouse,

invasive plants fragment existing sage-grouse habitat. They can create long-term changes in ecosystem processes, such as fire-cycles (see discussion under Fire above) and other disturbance regimes that persist even after an invasive plant is removed (Zouhar et al. 2008, p. 33). A variety of nonnative annuals and perennials are invasive to sagebrush ecosystems (Connelly et al. 2004, pp. 7-107 and 7-108; Zouhar et al. 2008, p. 144). Cheatgrass is considered most invasive in Artemisia tridentata ssp. wyomingensis communities (Connelly et al. 2004, p. 5-9). Other invasive plants found within the range of Gunnison sage-grouse that are reported to take over large areas include: spotted knapweed (Centaurea maculosa), Russian knapweed (Acroptilon repens), oxeye daisy (Leucanthemum vulgare), yellow toadflax (Linaria vulgaris), and field bindweed (Convolvulus arvensis) (BLM 2009, p. 28, 36; Gunnison Watershed Weed Commission (GWWC) 2009, pp. 4-6). Although not yet reported to create large expanses in the range of Gunnison sage-grouse, the following weeds are also known from the species' range and do cover large expanses in other parts of western North America: diffuse knapweed (Centaurea diffusa), whitetop (Cardaria draba), jointed goatgrass (Aegilops cylindrica) and yellow starthistle (Centaurea solstitialis). Other invasive plant species present within the range of Gunnison sage-grouse that are problematic yet less likely to overtake large areas include: Canada thistle (Cirsium arvense), musk thistle (Carduus nutans), bull thistle (Cirsium vulgare), houndstongue (Cynoglossum officinale), black henbane (Hyoscyamus niger), common tansy (Tanacetum vulgare), and absinth wormwood (Artemisia biennis) (BLM 2009, p. 28, 36; GWWC 2009, pp. 4-6).

Cheatgrass impacts sagebrush ecosystems by potentially shortening fire intervals from several decades, depending on the type of sagebrush plant community and site productivity, to as low as 3 to 5 years, perpetuating its own persistence and intensifying the role of fire (Whisenant 1990, p. 4). Connelly et al. (2004, p. 7-5) suggested that cheatgrass shortens fire intervals to less than 10 years. As discussed under the discussion of climate change below, temperature increases may increase the competitive advantage of cheatgrass in higher elevation areas where its current distribution is limited (Miller et al. in press, p. 47). Decreased summer precipitation reduces the competitive advantage of summer perennial grasses, reduces sagebrush cover, and

subsequently increases the likelihood of cheatgrass invasion (Bradley 2009, pp. 202-204; Prevey et al. 2009, p. 11). This could increase the susceptibility of sagebrush areas in Utah and Colorado to cheatgrass invasion (Bradley 2009, p. 204).

A variety of restoration and rehabilitation techniques are used to treat invasive plants, but they can be costly and are mostly unproven and experimental at a large scale. In the last approximately 100 years, no broad-scale cheatgrass eradication method has been developed. Habitat treatments that either disturb the soil surface or deposit a layer of litter increase cheatgrass establishment in the Gunnison Basin when a cheatgrass seed source is present (Sokolow 2005, p. 51). Therefore, researchers recommend using habitat treatment tools, such as brush mowers, with caution and suggest that treated sites should be monitored for increases in cheatgrass emergence (Sokolow 2005, p. 49).

Invasive Plants in the Gunnison Basin Population Area – Quantifying the total amount of Gunnison sage-grouse habitat impacted by invasive plants is difficult due to differing sampling methodologies, incomplete sampling, inconsistencies in species sampled, and varying interpretations of what constitutes an infestation (Miller et al., in press, p. 19). Cheatgrass has invaded areas in Gunnison sage-grouse range, supplanting sagebrush habitat in some areas. However, we do not have a reliable estimate of the amount of area occupied by cheatgrass in the range of Gunnison sage-grouse. While not ubiquitous, cheatgrass is found at numerous locations throughout the Gunnison Basin (BLM 2009, p. 60). Cheatgrass infestation within a particular area can range from a small number of individuals scattered sparsely throughout a site, to complete or near-complete understory domination of a site. Cheatgrass has increased throughout the Gunnison Basin in the last decade and is becoming increasingly detrimental to sagebrush community types (BLM 2009, p. 7). Currently in the Gunnison Basin, cheatgrass attains site dominance most often along roadways; however, other highly disturbed areas have similar cheatgrass densities. Cheatgrass is currently present in almost every grazing allotment in Gunnison sage-grouse occupied habitat and other invasive plant species, such as Canada thistle, black henbane, spotted knapweed, Russian knapweed, Kochia, bull thistle, musk thistle, oxeye daisy, yellow toadflax and field bindweed, are found in riparian areas and roadsides

BLM_0071282

throughout the Gunnison Basin (BLM 2009, p. 7).

Although disturbed areas most often contain the highest cheatgrass densities, cheatgrass can readily spread into less disturbed and even undisturbed habitat. A strong indicator for future cheatgrass locations is the proximity to current locations (Bradley and Mustard 2006, p. 1146) as well as summer, annual, and spring precipitation, and winter temperature (Bradley 2009, p. 196). Although we lack the information to make a detailed determination on the actual extent or rate of increase, given its invasive nature, we believe cheatgrass and its negative influence on Gunnison sage-grouse will increase in the Gunnison Basin in the future because of potential exacerbation from climate change interactions and the limited success of broad-scale control efforts.

*Invasive Plants in All Other Population Areas* – Cheatgrass is present throughout much of the current range in the San Miguel Basin (BLM 2005c, p. 62005d), but is most abundant in the Dry Creek Basin group (CDOW 2005a, p. 101), which comprises 62 percent of the San Miguel Basin population. It is present in the five Gunnison sage-grouse subpopulations east of Dry Creek Basin although at much lower densities and does not currently pose a serious threat to Gunnison sage-grouse (CDOW 2005a, p. 101). Invasive species are present at low levels in the Monticello group (San Juan County GSGWG 2005, p. 20). However, there is no evidence that they are affecting the population. Cheatgrass dominates 10–15 percent of the sagebrush understory in the current range of the Piñon Mesa population (Lambeth 2005, pers comm.). It occurs in the lower elevation areas below Piñon Mesa that were formerly Gunnison sage-grouse range. Cheatgrass invaded two small prescribed burns in or near occupied habitat conducted in 1989 and 1998 (BLM 2005d, p. 62005a), and continues to be a concern with new ground-disturbing projects. Invasive plants, especially cheatgrass, occur primarily along roads, other disturbed areas, and isolated areas of untreated vegetation in the Crawford population. The threat of cheatgrass may be greater to sage-grouse than all other nonnative species combined and could be a significant limiting factor when and if disturbance is used to improve habitat conditions, unless mitigated (BLM 2005c, p. 6). No current estimates of the extent of weed invasion are available (BLM 2005c, p. 82005d).

Within the Piñon Mesa Gunnison sage-grouse population area, 520 ha (1,284 ac) of BLM lands are currently mapped with cheatgrass as the dominant species (BLM 2009, p. 3). This is not a comprehensive inventory of cheatgrass occurrence, as it only includes areas where cheatgrass dominates the plant community and does not include areas where the species is present at lower densities. Cheatgrass distribution has not been comprehensively mapped for the Monticello–Dove Creek population area; however, cheatgrass is beginning to be assessed on a site-specific and project-level basis. No significant invasive plant occurrences are currently known in the Poncha Pass population area.

Summary of Invasive Plants

Invasive plants negatively impact Gunnison sage-grouse primarily by reducing or eliminating native vegetation that sage-grouse require for food and cover, resulting in habitat loss and fragmentation. Although invasive plants, especially cheatgrass, have affected some Gunnison sage-grouse habitat, the impacts do not currently appear to be threatening individual populations or the species rangewide. However, invasive plants continue to expand their range, facilitated by ground disturbances such as fire, grazing, and human infrastructure. Climate change will likely alter the range of individual invasive species, increasing fragmentation and habitat loss of sagebrush communities. Even with treatments, given the history of invasive plants on the landscape, and our continued inability to control such species, we anticipate invasive plants will persist and will likely continue to spread throughout the range of the species. Therefore, invasive plants and associated fire risk will be on the landscape for the foreseeable future. Although currently not a significant threat to the Gunnison sage-grouse at the species level, we anticipate invasive species to become an increasingly significant threat to the species in the foreseeable future, particularly when considered in conjunction with future climate projections and potential changes in sagebrush plant community composition and dynamics.

*Piñon-Juniper Encroachment*

Piñon-juniper woodlands are a native habitat type dominated by Piñon pine (*Pinus edulis*) and various juniper species (*Juniperus* spp.) that can encroach upon, infill, and eventually replace sagebrush habitat. Piñon-juniper extent has increased 10-fold in the Intermountain West since EuroAmerican settlement, causing the loss of many bunchgrass and sagebrush-

bunchgrass communities (Miller and Tausch 2001, pp. 15-16). Piñon-juniper woodlands have also been expanding throughout portions of the range of Gunnison sage-grouse (BLM 2009, pp. 14, 17, 25). Piñon-juniper expansion has been attributed to the reduced role of fire, the introduction of livestock grazing, increases in global carbon dioxide concentrations, climate change, and natural recovery from past disturbance (Miller and Rose 1999, pp. 555-556; Miller and Tausch 2001, p. 15; Baker, in press, p. 24). In addititon, Gambel oak invasion as a result of fire suppression also has been identified as a potential threat to Gunnison sage-grouse (CDOW 2002, p. 139).

Similar to powerlines, trees provide perches for raptors, and as a consequence, Gunnison sage-grouse avoid areas with Piñon-juniper (Commons *et al.* 1999, p. 239). The number of male Gunnison sage-grouse on leks in southwest Colorado doubled after Piñon-juniper removal and mechanical treatment of mountain sagebrush and deciduous brush (Commons *et al.* 1999, p. 238).

*Piñon-Juniper Encroachment in All Population Areas* – We have no information indicating that the Gunnison Basin population area is currently undergoing significant Piñon-juniper encroachment. A significant portion of the Piñon Mesa population is undergoing Piñon-juniper encroachment. Approximately 9 percent (1,140 ha [3,484 ac]) of occupied habitat in the Piñon Mesa population area have Piñon-juniper coverage, while 7 percent (4,414 ha [10,907 ac]) of vacant or unknown and 13 percent (7,239 ha [17,888 ac]) of potential habitat (unoccupied habitats that could be suitable for occupation of sage-grouse if practical restoration were applied) have encroachment (BLM 2009, p. 17).

Some areas on lands managed by the BLM are known to be undergoing Piñon-juniper invasion. However, the extent of the area affected has not been quantified (BLM 2009, p. 74; BLM 2009, p. 9). Approximately 9 percent of the 1,300 ha (3,200 ac) of the current range in the Crawford population is classified as dominated by Piñon-juniper (GSRSC 2005, p. 264). However, BLM (2005d, p. 8) estimates that as much as 20 percent of the population area is occupied by Piñon-juniper. Piñon and juniper trees have been encroaching in peripheral habitat on Sims Mesa, and to a lesser extent on Cerro Summit, but not to the point where it is a serious threat to the Cerro Summit–Cimarron–Sims Mesa population area (CDOW 2009a, p. 47). Piñon and juniper trees are reported to be encroaching throughout the current

**Federal Register** / Vol. 75, No. 187 / Tuesday, September 28, 2010 / Proposed Rules   **59823**

range in the Monticello group, based on a comparison of historical versus current aerial photos, but no quantification or mapping of the encroachment has occurred (San Juan County GSWG 2005, p. 20). A relatively recent invasion of Piñon and juniper trees between the Dove Creek and Monticello groups appears to be contributing to their isolation from each other (GSRSC 2005, p. 276).

Within the range of Gunnison sage-grouse, approximately 5,341 ha (13,197 ac) of Piñon-juniper have been treated with various methods designed to remove Piñon and juniper trees since 2005, and nearly half of which occurred in the Piñon Mesa population (CDOW 2009c, entire). Mechanical treatment of areas experiencing Piñon-juniper encroachment continues to be one of the most successful and economical habitat treatments for the benefit of Gunnison sage-grouse.

Summary of Piñon-Juniper Encroachment

Most Gunnison sage-grouse population areas are experiencing low to moderate levels of Piñon-juniper encroachment; however, Piñon-juniper encroachment in the Piñon Mesa population has been significant. The encroachment of Piñon-juniper into sagebrush habitats contributes to the fragmentation of Gunnison sage-grouse habitat. However, Piñon-juniper treatments, particularly when completed in the early stages of encroachment when the sagebrush and forb understory is still intact, have the potential to provide an immediate benefit to sage-grouse. Approximately 5,341 ha (13,197 ac) of Piñon-juniper encroachment within the range of Gunnison sage-grouse has been treated. We expect Piñon-juniper encroachment and corresponding treatment efforts to continue into the foreseeable future, which we consider to be indefinite for this threat. Although Piñon-juniper encroachment is contributing to habitat fragmentation in a limited area, the level of encroachment is not sufficient to pose a significant threat to Gunnison sage-grouse at a population or rangewide level either now or in the foreseeable future. Piñon-juniper encroachment may become an increasingly significant threat to the Gunnison sage-grouse if mechanical treatment of areas experiencing Piñon-juniper encroachment declines, and if suitable habitat continues to be lost due to other threats such as residential and associated infrastructure development.

*Domestic Grazing and Wild Ungulate Herbivory*

At least 87 percent of occupied Gunnison sage-grouse habitat on Federal lands is currently grazed by domestic livestock (USFWS 2010c, entire). We lack information on the proportion of Gunnison sage-grouse habitat on private lands that is currently grazed. Excessive grazing by domestic livestock during the late 1800s and early 1900s, along with severe drought, significantly impacted sagebrush ecosystems (Knick et al. 2003, p. 616). Although current livestock stocking rates in the range of Gunnison sage-grouse are substantially lower than historical levels (Laycock et al. 1996, p. 3), long-term effects from this overgrazing, including changes in plant communities and soils, persist today (Knick et al. 2003, p.116).

Although livestock grazing and associated land treatments have likely altered plant composition, increased topsoil loss, and increased spread of exotic plants, the impacts on Gunnison sage-grouse are not clear. Few studies have directly addressed the effect of livestock grazing on sage-grouse (Beck and Mitchell 2000, pp. 998-1000; Wamboldt et al. 2002, p. 7; Crawford et al. 2004, p. 11), and little direct experimental evidence links grazing practices to Gunnison sage-grouse population levels (Braun 1987, pp. 136-137, Connelly and Braun 1997, p. 7-9). Rowland (2004, p. 17-18) conducted a literature review and found no experimental research that demonstrates grazing alone is responsible for reduction in sage-grouse numbers.

Despite the obvious impacts of grazing on plant communities within the range of the species, the GSRSC (2005, p. 114) could not find a direct correlation between historic grazing and reduced Gunnison sage-grouse numbers. While implications on population-level impacts from grazing can be made based on impacts of grazing on individuals, no studies have documented (positively or negatively) the actual impacts of grazing at the population level.

Sage-grouse need significant grass and shrub cover for protection from predators, particularly during nesting season, and females will preferentially choose nesting sites based on these qualities (Hagen et al. 2007, p. 46). In particular, nest success in Gunnison sage-grouse habitat is related to greater grass and forb heights and shrub density (Young 1994, p. 38). The reduction of grass heights due to livestock grazing in sage-grouse nesting and brood-rearing areas has been shown to negatively affect nesting success when cover is reduced below the 18 cm (7 in.) needed

for predator avoidance (Gregg et al. 1994, p. 165). Based on measurements of cattle foraging rates on bunchgrasses both between and under sagebrush canopies, the probability of foraging on under-canopy bunchgrasses depends on sagebrush size and shape and, consequently, the effects of grazing on nesting habitats might be site specific (France et al. 2008, pp. 392-393).

Several authors have noted that grazing by livestock could reduce the suitability of breeding and brood-rearing habitat, negatively affecting sage-grouse populations (Braun 1987, p. 137; Dobkin 1995, p. 18; Connelly and Braun 1997, p. 231; Beck and Mitchell 2000, pp. 998-1000). Domestic livestock grazing reduces water infiltration rates and the cover of herbaceous plants and litter, compacts the soil, and increases soil erosion (Braun 1998, p. 147; Dobkin et al. 1998, p. 213). These impacts change the proportion of shrub, grass, and forb components in the affected area, and facilitate invasion of exotic plant species that do not provide suitable habitat for sage-grouse (Mack and Thompson 1982, p. 761; Miller and Eddleman 2000, p. 19; Knick et al., in press, p. 41).

Livestock may compete directly with sage-grouse for rangeland resources. Cattle are grazers, feeding mostly on grasses, but they will make seasonal use of forbs and shrub species like sagebrush (Vallentine 1990, p. 226), a primary source of nutrition for sage-grouse. A sage-grouse hen's nutritional condition affects nest initiation rate, clutch size, and subsequent reproductive success (Barnett and Crawford 1994, p. 117; Coggins 1998, p. 30). Other effects of direct competition between livestock and sage-grouse depend on condition of the habitat and the grazing practices. Thus, the effects vary across the range of Gunnison sage-grouse. For example, poor livestock management in mesic sites results in a reduction of forbs and grasses available to sage-grouse chicks, thereby affecting chick survival (Aldridge and Brigham 2003, p. 30). Chick survival is one of the most important factors in maintaining Gunnison sage-grouse population viability (GSRSC 2005, p. 173).

Livestock can trample sage-grouse and its habitat. Although the effect of trampling at a population level is unknown, outright nest destruction has been documented, and the presence of livestock can cause sage-grouse to abandon their nests (Rasmussen and Griner 1938, p. 863; Patterson 1952, p. 111; Call and Maser 1985, p. 17; Holloran and Anderson 2003, p. 309; Coates 2007, p. 28). Coates (2007, p. 28) documented nest abandonment

BLM_0071284

**59824**   **Federal Register** / Vol. 75, No. 187 / Tuesday, September 28, 2010 / Proposed Rules

following partial nest depredation by a cow. In general, all recorded encounters between livestock and grouse nests resulted in hens flushing from nests, which could expose the eggs to predation. Visual predators like ravens likely use hen movements to locate sage-grouse nests (Coates 2007, p. 33). Livestock also may trample sagebrush seedlings, thereby removing a source of future sage-grouse food and cover (Connelly *et al.* 2004, pp. 7-31). Trampling of soil by livestock can reduce or eliminate biological soil crusts making these areas susceptible to cheatgrass invasion (Mack 1981, pp. 148-149; Young and Allen 1997, p. 531).

Livestock grazing may have positive effects on sage-grouse under some habitat conditions. Evans (1986, p. 67) found that sage-grouse used grazed meadows significantly more during late summer than ungrazed meadows because grazing had stimulated the regrowth of forbs. Greater sage-grouse sought out and used openings in meadows created by cattle grazing in northern Nevada (Klebenow 1981, p. 121). Also, both sheep and goats have been used to control invasive weeds (Mosley 1996 *in* Connelly *et al.* 2004, pp. 7-49; Merritt *et al.* 2001, p. 4; Olsen and Wallander 2001, p. 30) and woody plant encroachment (Riggs and Urness 1989, p. 358) in sage-grouse habitat.

Sagebrush plant communities are not adapted to domestic grazing disturbance. Grazing changed the functioning of systems into less resilient, and in some cases, altered communities (Knick *et al.*, in press, p. 39). The ability to restore or rehabilitate areas depends on the condition of the area relative to the ability of a site to support a specific plant community (Knick *et al.*, in press, p. 39). For example, if an area has a balanced mix of shrubs and native understory vegetation, a change in grazing management can restore the habitat to its potential historic species composition (Pyke, in press, p. 11). Wambolt and Payne (1986, p. 318) found that rest from grazing had a better perennial grass response than other treatments. Active restoration would be required where native understory vegetation is much reduced (Pyke, in

press, p. 15). But, if an area has soil loss or invasive species, returning the site to the native historical plant community may be impossible (Daubenmire 1970, p. 82; Knick *et al.*, in press, p. 39; Pyke, in press, p. 17). Aldridge *et al.* (2008, p. 990) did not find any relationship between sage-grouse persistence and livestock densities. However, the authors noted that livestock numbers do not necessarily correlate with range condition. They concluded that the intensity, duration, and distribution of livestock grazing are more influential on rangeland condition than the livestock density values used in their modeling efforts (Aldridge *et al.* 2008, p. 990). Currently, there is little direct evidence linking grazing practices to population levels of Gunnison or greater sage-grouse. Although grazing has not been examined at large spatial scales, as discussed above, we do know that grazing can have negative impacts to individuals, nests, breeding productivity, and sagebrush and, consequently, to sage-grouse at local scales.

*Public Lands Grazing in the Gunnison Basin Population Area* – Our analysis of grazing is focused on BLM lands because nearly all of the information available to us regarding current grazing management within the range of Gunnison sage-grouse was provided by the BLM. However, this information is pertinent to over 40 percent of the land area currently occupied by Gunnison sage-grouse. A summary of domestic livestock grazing management on BLM and USFS lands in occupied Gunnison sage-grouse habitat is provided in Table 3. The BLM manages approximately 122,376 ha (301,267 ac), or 51 percent of the area currently occupied by Gunnison sage-grouse in the Gunnison Basin, and approximately 98 percent of this area is actively grazed. The USFS manages approximately 34,544 ha (85,361 ac) or 14 percent of the occupied portion of the Gunnison Basin population area. In 2009, within the occupied range in the Gunnison Basin population, 13 of 62 (21 percent) active BLM grazing allotments and 3 of 35 (9 percent) of USFS grazing allotments had Gunnison sage-grouse habitat objectives incorporated into the allotment

management plans or Records of Decision for permit renewals (USFWS 2010c, pp. 1-2). Habitat objectives for Gunnison sage-grouse within allotment management plans were designed such that they provide good habitat for the species when allotments are managed in accordance with the objectives. In 2009, 57 percent of the area of occupied habitat in active BLM grazing allotments (45 percent of the entire Gunnison Basin population area) had a recently completed land health assessment (LHA), and 94 percent of the area in occupied habitat in active allotments was deemed by the BLM as not meeting LHA objectives specific to Gunnison sage-grouse. The remainder of the LHA-monitored allotments were deemed to be meeting objectives or as "unknown". LHAs are assessments of the on-the-ground condition and represent the best available information on the status of the habitat. We are uncertain of habitat conditions on the remaining 55 percent of BLM lands in the Gunnison Basin. Based on the assumption that the same proportion of these lands are also not meeting LHA objectives results in an estimate of 94 percent of BLM lands in the Gunnison Basin not meeting LHA objectives specific to Gunnison sage-grouse habitat. This analysis indicates that, without taking into account habitat conditions on private lands and other Federal and State lands, up to 48 percent of the entire Gunnison Basin population area is not providing optimal habitat conditions for Gunnison sage-grouse.

The fact that most grazing allotments are not meeting LHA objectives indicates that grazing is a factor that is likely contributing to Gunnison sage-grouse habitat degradation. In addition, grazing has negatively impacted several Gunnison sage grouse treatments (projects aimed at improving habitat condition) in the Gunnison Basin (BLM 2009, p. 34). Although these areas are generally rested for 2 years after treatment, several have been heavily used by cattle shortly after the treatment, and the effectiveness of the treatments decreased (BLM 2009, p. 34) and reduced the potential benefits of the treatments.

BLM_0071285

TABLE 3. SUMMARY OF DOMESTIC LIVESTOCK GRAZING MANAGEMENT ON BLM AND USFS LANDS IN OCCUPIED HABITAT FOR EACH OF THE GUNNISON SAGE-GROUSE POPULATIONS (FROM USFWS[A] 2010C, COMPILATION OF DATA PROVIDED BY BLM[B] AND USFS[C]).

| Population | Number of Active USFS Allotments | Number of Active BLM Allotments | Percent | | |
|---|---|---|---|---|---|
| | | | Active Allotments with GUSG[d] Objectives | BLM Allotments with Completed LHA[e] | Assessed BLM Allotments Meeting LHA Objectives |
| Gunnison | 34 | 62 | 21 | 66 | 22 |
| San Miguel Basin | *no data* | 13 | 0 | 77 | 40 |
| Monticello–Dove Creek: | | | | | |
|   Dove Creek | *n/a* | 3 | 0 | 0 | 0 |
|   Monticello | *n/a*[f] | 6 | 100 | 83 | 80 |
| Piñon Mesa | *no data* | 15 | 53 | 27 | 100 |
| Cerro Summit–Cimarron–Sims Mesa | *n/a*[f] | 10 | 10 | 50 | 40 |
| Crawford[g] | *n/a*[f] | 7 | 71 | 100 | 86 |
| Poncha Pass | *no data* | 8 | 13 | 100 | 100 |
| Rangewide Averages | | | 34 | 63 | 59 |

[a]United States Fish and Wildlife Service
[b]Bureau of Land Management
[c]United States Forest Service
[d]Gunnison sage-grouse
[e]Land Health Assessments
[f]No United States Forest Service Land in occupied habitat in this population area.
[f]Includes allotments on National Park Service lands but managed by the Bureau of Land Management.

*Public Lands Grazing in All Other Population Areas* – The BLM manages approximately 36 percent of the area currently occupied by Gunnison sage-grouse in the San Miguel Basin, and approximately 79 percent of this area is actively grazed. Within the occupied range in the San Miguel population, no active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 9). In 2009, 10 of 15 (77 percent) active allotments had LHAs completed in the last 15 years; 4 of 10 allotments (40 percent) were deemed by the BLM to meet LHA objectives. Gunnison sage-grouse habitat within the 60 percent of allotments not meeting LHA objectives and the 5 allotments with no LHAs completed are likely being adversely impacted by grazing. Therefore, it appears that grazing in a large portion of this population area is a factor that is likely contributing to Gunnison sage-grouse habitat degradation.

The BLM manages 11 percent of the occupied habitat in the Dove Creek group, and 41 percent of this area is actively grazed. Within the occupied range in the Dove Creek group of the Monticello–Dove Creek population, no

active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 3). In 2009, no active allotments in occupied habitat had completed LHAs. Gunnison sage-grouse are not explicitly considered in grazing management planning, and the lack of habitat data limits our ability to determine the impact to the habitat on public lands.

The BLM manages on 4 percent of the occupied habitat in the Monticello group, and 83 percent of this area is grazed. Within the occupied range in the Monticello group, 6 of 6 active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 6). In 2009, 88 percent of the area of occupied habitat in active allotments had a recently completed LHA. Approximately 60 percent of the area in occupied habitat in active allotments were deemed by the BLM to meet LHA objectives. This information suggests that grazing the majority of lands managed by the BLM is not likely significantly contributing to Gunnison sage-grouse habitat

degradation in the Monticello population group.

The BLM manages 28 percent of occupied habitat in the Piñon Mesa population area, and approximately 97 percent of this area is grazed. Over 50 percent of occupied habitat in this population area is privately owned and, while grazing certainly occurs on these lands, we have no information on its extent. Within the occupied range in the Piñon Mesa population, 8 of 15 (53 percent) active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 5). In 2009, 23 percent of the area of occupied Gunnison sage-grouse habitat in active allotments in the Piñon Mesa population area had LHAs completed in the last 15 years, and all of these were deemed by the BLM to meet LHA objectives. Therefore, for the portion of the Piñon Mesa population area for which we have information, it appears that grazing is not likely significantly contributing to Gunnison sage-grouse habitat degradation.

The BLM manages on 13 percent of the occupied habitat in the Cerro Summit–Cimarron–Sims Mesa population area, and 83 percent of this area is grazed. Within the occupied

range in the Cerro Summit–Cimarron–Sims Mesa population, 1 of 10 (10 percent) active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 7). In 2009, 5 of the 10 active allotments had LHAs completed in the last 15 years and 3 (60 percent) of these were deemed by the BLM as not meeting LHA objectives. Therefore, for the small portion of the Cerro Summit–Cimarron–Sims Mesa population area for which we have information, it appears that grazing is a factor that is likely contributing to some Gunnison sage-grouse habitat degradation.

Lands administered by the BLM and NPS comprise over 75 percent of occupied habitat in the Crawford population, and 96 percent of this area is actively grazed. Grazing allotments on NPS lands in this area are administered by the BLM. Within occupied range in the Crawford population, 1 of 7 (14 percent) active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 8). In 2009, all of the active allotments had LHAs completed in the last 15 years, and 86 percent were deemed by the BLM to meet LHA objectives. Seasonal forage utilization levels were below 30 percent in most Crawford Area allotments, although a small number of allotments had nearly 50 percent utilization (BLM 2009x, p. 68). Based on this information, it appears that grazing is not likely significantly contributing to Gunnison sage-grouse habitat degradation in the majority of the Crawford population area.

The BLM manages nearly half of occupied habitat in the Poncha Pass population area, and approximately 98 percent of this area is actively grazed. Within the occupied range in the Poncha Pass population, 1 of 8 (13 percent) active BLM grazing allotments have Gunnison sage-grouse habitat objectives incorporated into the allotment management plans or Records of Decision for permit renewals (USFWS 2010c, p. 4). In 2009, all active allotments in occupied habitat had completed LHAs, and all were meeting LHA objectives. Based on this information it appears that grazing is not likely significantly contributing to Gunnison sage-grouse habitat degradation in the majority of the Poncha Pass population area.

*Non-federal Lands Grazing in All Population Areas* –Livestock grazing on private and other non-federal lands,

where present, has the potential to impact Gunnison sage-grouse, but we lack sufficient information to make an assessment. Table 1 summarizes the percentage of land area potentially available to grazing within each of the populations.

As discussed earlier, some private lands are enrolled in the CRP program and provide some benefits to Gunnison sage-grouse. The CRP land in the Monticello group has provided a considerable amount of brood-rearing habitat because of its forb component. Grazing of CRP land in Utah occurred in 2002 under emergency Farm Bill provisions due to drought and removed at least some of the grass and forb habitat component thus likely negatively affecting Gunnison sage-grouse chick survival. Radio-collared males and non-brood-rearing females exhibited temporary avoidance of grazed fields during and after grazing (Lupis *et al.* 2006, pp. 959-960), although one hen with a brood continued to use a grazed CRP field. This indicates that when CRP lands are grazed, negative impacts to their habitat and behavior may result. Since we have very little information on the status of Gunnison sage-grouse habitat on non-federal lands, we cannot assess whether the impacts that are occurring rise to the level of being a threat.

*Wild Ungulate Herbivory in All Population Areas* – Overgrazing by deer and elk may cause local degradation of habitats by removal of forage and residual hiding and nesting cover. Hobbs *et al.* (1996, pp. 210-213) documented a decline in available perennial grasses as elk densities increased. Such grazing could negatively impact nesting cover for sage-grouse. The winter range of deer and elk overlaps the year-round range of the Gunnison sage-grouse. Excessive but localized deer and elk grazing has been documented in the Gunnison Basin (BLM 2005a, pp. 17-18; Jones 2005, pers. comm.).

Grazing by deer and elk occurs in all Gunnison sage-grouse population areas. Although we have no information indicating that competition for resources is limiting Gunnison sage-grouse in the Gunnison Basin, BLM observed that certain mountain shrubs were being browsed heavily by wild ungulates (BLM 2009, p. 34). Subsequent results of monitoring in mountain shrub communities indicated that drought and big game were having large impacts on the survivability and size of mountain mahogany (*Cercocarpus utahensis*), bitterbrush (*Purshia tridentata*), and serviceberry (*Amelanchier alnifolia*) in the Gunnison

Basin (Jupuntich *et al.* 2010, pp. 7-9). The authors raised concerns that observed reductions in shrub size and vigor will reduce drifting snow accumulation, resulting in decreased moisture availability to grasses and forbs during the spring melt. Reduced grass and forb growth could negatively impact Gunnison sage-grouse nesting and early brood-rearing habitat.

Grazing Summary

Livestock management and domestic grazing have the potential to seriously degrade Gunnison sage-grouse habitat. Grazing can adversely impact nesting and brood-rearing habitat by decreasing vegetation available for concealment from predators. Grazing also has been shown to compact soils, decrease herbaceous abundance, increase erosion, and increase the probability of invasion of exotic plant species.

The impacts of livestock operations on Gunnison sage-grouse depend upon stocking levels and season of use. We recognize that not all livestock grazing result in habitat degradation and many livestock operations within the range of Gunnison sage-grouse are employing innovative grazing strategies and conservation actions (Gunnison County Stockgrowers 2009, entire). However, available information suggests that LHA objectives specific to Gunnison sage-grouse are not being met on more than 50 percent of BLM-managed occupied Gunnison sage-grouse habitat in the Gunnison Basin, San Miguel Basin, and the Cerro Summit–Cimarron–Sims Mesa population areas. Cumulatively, the BLM-managed portion of these populations constitutes approximately 33 percent of the entire range of the species. Reduced habitat quality, as reflected in unmet LHA objectives is likely to negatively impact Gunnison sage-grouse, particularly nesting and early brood-rearing habitat, and chick survival is one of the most important factors in maintaining Gunnison sage-grouse population viability (GSRSC 2005, p. 173).

We know that grazing can have negative impacts to sagebrush and consequently to Gunnison sage-grouse at local scales. Available data indicates that impacts to sagebrush are occurring on a significant portion of the range of the species. Given the widespread nature of grazing within the range of Gunnison sage-grouse, the potential for population-level impacts is highly likely. Further, we expect grazing to persist throughout the range of Gunnison sage-grouse for the foreseeable future. Effects of domestic livestock grazing are likely being exacerbated by intense browsing of

woody species by wild ungulates in portions of the Gunnison Basin. We conclude that habitat degradation that can result from improper grazing is a significant threat to Gunnison sage-grouse now and in the foreseeable future.

*Nonrenewable Energy Development*

Energy development on Federal (BLM and USFS) lands is regulated by the BLM and can contain conservation measures for wildlife species (see Factor D for a more thorough discussion). The BLM (1999, p. 1) classified the area encompassing all Gunnison sage-grouse habitat for its gas and oil potential. Three of the populations have areas with high (San Miguel Basin, Monticello group) or medium (Crawford) oil and gas potential. San Miguel County, where much oil and gas activity has occurred in the last few years, ranked 9 out of 39 in Colorado counties producing natural gas in 2009 (Colorado Oil and Gas Conservation Commission 2010, p. 1) and 29 of 39 in oil production in 2009 (Colorado Oil and Gas Conservation commission 2010, p. 2).

Energy development impacts sage-grouse and sagebrush habitats through direct habitat loss from well pad construction, seismic surveys, roads, powerlines and pipeline corridors, and indirectly from noise, gaseous emissions, changes in water availability and quality, and human presence. The interaction and intensity of effects could cumulatively or individually lead to habitat fragmentation (Suter 1978, pp. 6-13; Aldridge 1998, p. 12; Braun 1998, pp. 144-148; Aldridge and Brigham 2003, p. 31; Knick *et al.* 2003, pp. 612, 619; Lyon and Anderson 2003, pp. 489-490; Connelly *et al.* 2004, pp. 7-40 to 7-41; Holloran 2005, pp. 56-57; Holloran 2007 *et al.,,* pp. 18-19; Aldridge and Boyce 2007, pp. 521-522; Walker *et al.* 2007a, pp. 2652-2653; Zou *et al.* 2006, pp. 1039-1040; Doherty *et al.* 2008, p. 193; Leu and Hanser, in press, p. 28). Increased human presence resulting from oil and gas development can impact sage-grouse either through avoidance of suitable habitat, or disruption of breeding activities (Braun *et al.* 2002, pp. 4-5; Aldridge and Brigham 2003, pp. 30-31; Aldridge and Boyce 2007, p. 518; Doherty *et al.* 2008, p. 194).

The development of oil and gas resources requires surveys for economically recoverable reserves, construction of well pads and access roads, subsequent drilling and extraction, and transport of oil and gas, typically through pipelines. Ancillary facilities can include compressor stations, pumping stations, electrical generators and powerlines (Connelly *et al.* 2004, p. 7-39; BLM 2007, p. 2-110). Surveys for recoverable resources occur primarily through noisy seismic exploration activities. These surveys can result in the crushing of vegetation. Well pads vary in size from 0.10 ha (0.25 ac) for coal-bed natural gas wells in areas of level topography to greater than 7 ha (17.3 ac) for deep gas wells and multiwell pads (Connelly *et al.* 2004, pp. 7-39; BLM 2007, pp. 2-123). Pads for compressor stations require 5–7 ha (12.4–17.3 ac) (Connelly *et al.* 2004, pp. 7-39).

The amount of direct habitat loss within an area is ultimately determined by well densities and the associated loss from ancillary facilities. Roads associated with oil and gas development were suggested to be the primary impact to greater sage-grouse due to their persistence and continued use even after drilling and production ceased (Lyon and Anderson 2003, p. 489). Declines in male greater sage-grouse lek attendance were reported within 3 km (1.9 mi) of a well or haul road with a traffic volume exceeding one vehicle per day (Holloran 2005, p. 40). Because of reasons discussed previously, we believe the effects to Gunnison sage-grouse are similar to those observed in greater sage-grouse. Sage-grouse also may be at increased risk for collision with vehicles simply due to the increased traffic associated with oil and gas activities (Aldridge 1998, p. 14; BLM 2003, p. 4-222).

Habitat fragmentation resulting from oil and gas development infrastructure, including access roads, may have greater effects on sage-grouse than the associated direct habitat losses. Energy development and associated infrastructure works cumulatively with other human activity or development to decrease available habitat and increase fragmentation. Greater sage-grouse leks had the lowest probability of persisting (40–50 percent) in a landscape with less than 30 percent sagebrush within 6.4 km (4 mi) of the lek (Walker *et al.* 2007a, p. 2652). These probabilities were even less in landscapes where energy development also was a factor.

*Nonrenewable Energy Development in All Population Areas* – Approximately 33 percent of the Gunnison Basin population area ranked as low oil and gas potential with the remainder having no potential for oil and gas development (GSRSC 2005, p. 130). Forty-three gas wells occur on private lands within the occupied range of the Gunnison sage-grouse. Of these, 27 wells occur in the San Miguel population, 8 in the Gunnison Basin population, 6 in the Dove Creek group of the Monticello–

Dove Creek population, and 1 in each of the Crawford and Cerro Summit–Cimarron–Sims Mesa populations (derived from Colorado Oil and Gas Commission 2010, GIS dataset).

No federally leased lands exist within the Gunnison Basin population area (BLM and USFS 2010). The Monticello group is in an area of high energy potential (GSRSC 2005, p. 130); however, less than two percent of the population area contains Federal leases upon which production is occurring, and no producing leases occur in currently occupied Gunnison sage-grouse habitat (BLM Geocommunicator, 2010). No oil and gas wells or authorized Federal leases are within the Piñon Mesa population area (BLM 2009, p. 1; BLM Geocommunicator), and no potential for oil or gas exists in this area except for a small area on the eastern edge of the largest habitat block (BLM 1999, p. 1; GSRSC 2005, p. 130). The Crawford population is in an area with high to medium potential for oil and gas development (GSRSC 2005, p. 130). A single authorized Federal lease (BLM Geocommunicator) constitutes less than 1 percent of the Crawford population area.

Energy development is occurring primarily in the San Miguel Basin Gunnison sage-grouse population area in Colorado. The entire San Miguel Basin population area has high potential for oil and gas development (GSRSC 2005, p. 130). Approximately 13 percent of occupied habitat area within the San Miguel Basin population has authorized Federal leases; of that, production is occurring on approximately 5 percent (BLM National Integrated Lands System (NILS) p. 1). Currently, 25 gas wells are active within occupied habitat of the San Miguel Basin, and an additional 18 active wells occur immediately adjacent to occupied habitat (San Miguel County 2009, p. 1). All of these wells are in or near the Dry Creek group. The exact locations of any future drill sites are not known, but because the area is small, they will likely lie within 3 km (2 mi) of one of only three leks in this group (CDOW 2005a, p. 108).

Although the BLM has deferred (temporarily withheld from recent lease sales) oil and gas parcels nominated for leasing in occupied Gunnison sage-grouse habitat in Colorado since 2005, we expect energy development in the San Miguel Basin on public and private lands to continue over the next 20 years based on the length of development and production projects described in existing project and management plans. Current impacts from gas development may exacerbate Gunnison sage-grouse imperilment in the Dry Creek group

because this area contains some of the poorest habitat and smallest grouse populations within the San Miguel population (San Miguel Basin Gunnison sage-grouse Working Group, 2009 pp. 28 and 36).

The San Miguel Basin population area is the only area within the Gunnison sage-grouse range with a high potential for oil and gas development. However, the immediate threat to Gunnison sage-grouse is limited because the BLM is deferring leases until they can be considered within Land Use Plans (BLM 2009, p. 78). We anticipate energy development activities to continue over the next 20 years. However, because nonrenewable energy activities are limited to a small portion of the range, primarily the Dry Creek portion of the San Miguel Basin population of Gunnison sage-grouse, we do not consider nonrenewable energy development to be a significant threat to the species.

*Renewable Energy – Geothermal, Solar, Wind*

Geothermal energy production is similar to oil and gas development in that it requires surface exploration, exploratory drilling, field development, and plant construction and operation. Wells are drilled to access the thermal source and could take from 3 weeks to 2 months of drilling occurring on a continuous basis (Suter 1978, p. 3), which may cause disturbance to sage-grouse. The ultimate number of wells, and therefore potential loss of habitat, depends on the thermal output of the source and expected production of the plant (Suter 1978, p. 3). Pipelines are needed to carry steam or superheated liquids to the generating plant, which is similar in size to a coal- or gas-fired plant, resulting in further habitat destruction and indirect disturbance. Direct habitat loss occurs from well pads, structures, roads, pipelines and transmission lines, and impacts would be similar to those described previously for oil and gas development. The development of geothermal energy requires intensive human activity during field development and operation. Geothermal development could cause toxic gas release. The type and effect of these gases depends on the geological formation in which drilling occurs (Suter 1978, pp. 7-9). The amount of water necessary for drilling and condenser cooling may be high. Local water depletions may be a concern if such depletions result in the loss of brood-rearing habitat.

*Renewable Energy in the Gunnison Basin Population Area* – Approximately 87 percent of the occupied range of Gunnison sage-grouse is within a region of known geothermal potential (BLM Geocommunicator 2010, p. 1). We were unable to find any information on the presence of active geothermal energy generation facilities; however, we are aware of three current applications for geothermal leases within the range of Gunnison sage-grouse. All of the applications are located in the same general vicinity on private, BLM, USFS, and Colorado State Land Board lands near Tomichi Dome and Waunita Hot Springs in southeastern Gunnison County. The cumulative area of the geothermal lease application parcels is approximately 4,061 ha (10,035 ac), of which approximately 3,802 ha (9,395 ac) is occupied Gunnison sage-grouse habitat, or approximately 2 percent of the Gunnison Basin population area. One active lek and two inactive leks are located within the lease application parcels. In addition, six active leks and four inactive leks are within 6.4 km (4 mi) of the lease application parcels indicating that over 80 percent of Gunnison sage-grouse seasonal use occurs within the area associated with these leks (GSRSC 2005, p. J-4). There are 74 active leks in the Gunnison Basin population, so approximately 10 percent of active leks may be affected. A significant amount of high-quality Gunnison sage-grouse nesting habitat exists on and near the lease application parcels (Aldridge *et al.* 2010, in press). This potential geothermal development would likely negatively impact Gunnison sage-grouse through the direct loss of habitat and the functional loss of habitat resulting from increased human activity in the area; however, we cannot determine the potential extent of the impact at this time because the size and location of potential geothermal energy generation infrastructure and potential resource protection conditions are unknown at this time.

*Renewable Energy in All Other Population Areas* – We could find no information on the presence of existing, pending, or authorized wind energy sites, solar energy sites, nor any solar energy study areas within the range of Gunnison sage-grouse. A 388-ha (960-ac) wind energy generation facility is authorized on BLM lands in San Juan County, UT. However, the authorized facility is approximately 12.9 km (8 mi) from the nearest lek in the Monticello group of the Monticello–Dove Creek Gunnison sage-grouse population. Therefore, we conclude that wind and solar energy development are not a significant threat to the Gunnison sage-grouse and we do not expect these

activities to become significant threats in the foreseeable future.

The only existing or proposed renewable energy project we are aware of is located in the Gunnison Basin. A portion of the Gunnison Basin population will likely be adversely affected by proposed geothermal development if it is implemented. Because of the current preliminary status of geothermal development, we lack the specific project details to evaluate the extent to which this activity will affect the population's overall viability. Therefore, we do not consider renewable energy development to be a threat to the Gunnison sage-grouse at this time. Geothermal energy development could become a future threat to the species, but we do not know to what extent future geothermal energy development will occur. Future geothermal development could be encouraged by a new Colorado State law, signed April 30, 2010, that will facilitate streamlining of the State permitting process.

Summary of Nonrenewable and Renewable Energy Development

The San Miguel Basin population area is the only area within the Gunnison sage-grouse range with a high potential for oil and gas development. However, the immediate threat to Gunnison sage-grouse is limited because the BLM is temporarily deferring leases until they can be considered within Land Use Plans. We anticipate energy development activities to continue over the next 20 years. Although we recognize that the Dry Creek portion of the San Miguel Basin population may be impacted by nonrenewable energy development, we do not consider nonrenewable energy development to be a significant threat to the species now or in the foreseeable future, because its current and anticipated extent is limited throughout the range of Gunnison sage-grouse. Similarly, we do not consider renewable energy development to be a significant threat to Gunnison sage-grouse now or in the foreseeable future. However, geothermal energy development could increase in the future and could (depending on the level of development and minimization and mitigation measures) substantially influence the overall long-term viability of the Gunnison Basin population.

*Climate Change*

According to the Intergovernmental Panel on Climate Change (IPCC), "Warming of the climate system in recent decades is unequivocal, as is now evident from observations of increases in global average air and ocean

temperatures, widespread melting of snow and ice, and rising global sea level" (IPCC 2007, p. 1). Average Northern Hemisphere temperatures during the second half of the 20th century were very likely higher than during any other 50–year period in the last 500 years and likely the highest in at least the past 1,300 years (IPCC 2007, p. 30). Over the past 50 years cold days, cold nights, and frosts have become less frequent over most land areas, and hot days and hot nights have become more frequent. Heat waves have become more frequent over most land areas, and the frequency of heavy precipitation events has increased over most areas (IPCC 2007, p. 30). For the southwestern region of the United States, including western Colorado, warming is occurring more rapidly than elsewhere in the country (Karl *et al.* 2009, p. 129). Annual average temperature in west-central Colorado increased 3.6 °C (2 °F) over the past 30 years, but high variability in annual precipitation precludes the detection of long-term trends (Ray *et al.* 2008, p. 5).

Under high emission scenarios, future projections for the southwestern United States show increased probability of drought (Karl *et al.* 2009, pp. 129-134) and the number of days over 32 °C (90 °F) could double by the end of the century (Karl *et al.* 2009, p. 34). Climate models predict annual temperature increase of approximately 2.2 °C (4 °F) in the southwest by 2050, with summers warming more than winters (Ray *et al.* 2008, p. 29). Projections also show declines in snowpack across the West, with the most dramatic declines at lower elevations (below 2,500 m (8,200 ft)) (Ray *et al.*, p. 29).

Localized climate projections are problematic for mountainous areas because current global climate models are unable to capture this topographic variability at local or regional scales (Ray *et al.* 2008, pp. 7, 20). To obtain climate projections specific to the range of Gunnison sage-grouse, we requested a statistically downscaled model from the National Center for Atmospheric Research for a region covering western Colorado. The resulting projections indicate the highest probability scenario is that average summer (June through September) temperature could increase by 2.8 °C (5.1 °F), and average winter (October through March) temperature could increase by 2.2 °C (4.0 °F) by 2050 (University Corporation for Atmospheric Research (UCAR) 2009, pp. 1-15). Annual mean precipitation projections for Colorado are unclear; however, multi-model averages show a shift towards increased winter precipitation and decreased spring and

summer precipitation (Ray *et al.* 2008, p. 34; Karl *et al.* 2009, p. 30). Similarly, the multi-model averages show the highest probability of a five percent increase in average winter precipitation and a five percent decrease in average spring-summer precipitation in 2050 (UCAR 2009, p. 15).

While it is unclear at this time whether or not the year 2050 predicted changes in precipitation and temperature will be of significant magnitude to alter sagebrush plant community composition and dynamics, we believe climate change is likely to alter fire frequency, community assemblages, and the ability of nonnative species to proliferate. Increasing temperature as well as changes in the timing and amount of precipitation will alter the competitive advantage among plant species (Miller *et al.* in press, p. 44), and may shift individual species and ecosystem distributions (Bachelet *et al.* 2001, p. 174). For sagebrush, spring and summer precipitation comprises the majority of the moisture available to the species; thus, the interaction between reduced precipitation in the spring-summer growing season and increased summer temperatures will likely decrease growth of mountain big sagebrush (*Artemisia tridentata* ssp. *vaseyana*). This could result in a significant long-term reduction in the distribution of sagebrush communities (Miller *et al.* in press, pp. 41-45). In the Gunnison Basin, increased summer temperature was strongly correlated with reduced growth of mountain big sagebrush (Poore *et al.* 2009, p. 558). Based on these results and the likelihood of increased winter precipitation falling as rain rather than snow, Poore *et al.* (2009, p. 559) predict decreased growth of mountain big sagebrush, particularly at the lower elevation limit of the species. Because Gunnison sage-grouse are sagebrush obligates, loss of sagebrush would result in a reduction of suitable habitat and negatively impact the species. The interaction of climate change with other stressors likely has impacted and will impact the sagebrush steppe ecosystem within which Gunnison sage-grouse occur.

Temperature increases may increase the competitive advantage of cheatgrass in higher elevation areas where its current distribution is limited (Miller *et al.* in press, p. 47). Decreased summer precipitation reduces the competitive advantage of summer perennial grasses, reduces sagebrush cover, and subsequently increases the likelihood of cheatgrass invasion (Prevey *et al.* 2009, p. 11). This impact could increase the susceptibility of areas within Gunnison

sage-grouse range to cheatgrass invasion (Bradley 2009, p. 204), which would reduce the overall cover of native vegetation, reduce habitat quality, and potentially decrease fire return intervals, all of which would negatively affect the species.

Summary of Climate Change

Climate change predictions are based on models with assumptions, and there are uncertainties regarding the magnitude of associated climate change parameters such as the amount and timing of precipitation and seasonal temperature changes. There is also uncertainty as to the magnitude of effects of predicted climate parameters on sagebrush plant community dynamics. These factors make it difficult to predict the effects of climate change on Gunnison sage-grouse. We recognize that climate change has the potential to alter Gunnison sage-grouse habitat by facilitating an increase in the distribution of cheatgrass and concurrently increase the potential for wildfires, which would have negative effects on Gunnison sage-grouse. However, based on the best available information on climate change projections into the next 40 years, we do not consider climate change to be a significant threat to the Gunnison sage-grouse at this time. Existing data indicates that climate change has the potential to alter changes in the distribution and extent of cheatgrass and sagebrush and associated fire frequencies and therefore is likely to become an increasingly important factor affecting Gunnison sage-grouse and its habitat in the foreseeable future.

*Summary of Factor A*

Gunnison sage-grouse require large, contiguous areas of sagebrush for long-term persistence, and thus are affected by factors that occur at the landscape scale. Broad-scale characteristics within surrounding landscapes influence habitat selection, and adult Gunnison sage-grouse exhibit a high fidelity to all seasonal habitats, resulting in low adaptability to habitat changes. Fragmentation of sagebrush habitats has been cited as a primary cause of the decline of Gunnison and greater sage-grouse populations (Patterson 1952, pp. 192-193; Connelly and Braun 1997, p. 4; Braun 1998, p. 140; Johnson and Braun 1999, p. 78; Connelly *et al.* 2000a, p. 975; Miller and Eddleman 2000, p. 1; Schroeder and Baydack 2001, p. 29; Johnsgard 2002, p. 108; Aldridge and Brigham 2003, p. 25; Beck *et al.* 2003, p. 203; Pedersen *et al.* 2003, pp. 23-24; Connelly *et al.* 2004, p. 4-15; Schroeder *et al.* 2004, p. 368; Leu *et al.* in press,

p. 19). Documented negative effects of fragmentation include reduced lek persistence, lek attendance, population recruitment, yearling and adult annual survival, female nest site selection, and nest initiation rates, as well as the loss of leks and winter habitat (Holloran 2005, p. 49; Aldridge and Boyce 2007, pp. 517-523; Walker et al. 2007a, pp. 2651-2652; Doherty et al. 2008, p. 194).

We examined several factors that result in habitat loss and fragmentation. Historically, losses of sagebrush habitats occurred due to conversion for agricultural croplands; however, this trend has slowed or slightly reversed in recent decades. Currently, direct and functional loss of habitat due to residential and road development in all populations, including the largest population in the Gunnison Basin, is the principal threat to Gunnison sage-grouse. Functional habitat loss also contributes to habitat fragmentation as sage-grouse avoid areas due to human activities, including noise, even when sagebrush remains intact. The collective disturbance from human activities around residences and roads reduces the effective habitat around these areas, making them inhospitable to Gunnison sage-grouse. Human populations are increasing in Colorado and throughout the range of Gunnison sage-grouse. This trend is expected to continue at least through 2050. The resulting habitat loss and fragmentation will continue to negatively affect Gunnison sage-grouse and its habitat.

Other threats from human infrastructure such as fences and powerlines may not individually threaten the Gunnison sage-grouse. However, the cumulative presence of all these features, particularly when considered in conjunction with residential and road development, does constitute a significant threat to Gunnison sage-grouse as they collectively contribute to habitat loss and fragmentation. This impact is particularly of consequence in light of the decreases in Gunnison sage-grouse population sizes observed in the six smallest populations. These infrastructure components are associated with overall increases in human populations and thus we expect them to continue to increase in the foreseeable future.

Several issues discussed above, such as fire, invasive species, and climate change, may not individually threaten the Gunnison sage-grouse. However, the documented synergy among these issues result in a high likelihood that they will threaten the species in the future. Nonnative invasive plants, including cheatgrass and other noxious weeds,

continue to expand their range, facilitated by ground disturbances such as fire, grazing, and human infrastructure. Invasive plants negatively impact Gunnison sage-grouse primarily by reducing or eliminating native vegetation that sage-grouse require for food and cover, resulting in habitat loss (both direct and functional) and fragmentation. Cheatgrass is present at varying levels in nearly all Gunnison sage-grouse population areas, but there has not yet been a demonstrated change in fire cycle in the range of Gunnison sage-grouse. However, climate change may alter the range of invasive plants, intensifying the proliferation of invasive plants to the point that they and their effects on Gunnison sage-grouse habitat will likely become a threat to the species. Even with aggressive treatments, invasive plants will persist and will likely continue to spread throughout the range of Gunnison sage-grouse in the foreseeable future.

Livestock management has the potential to degrade sage-grouse habitat at local scales by causing the loss of nesting cover and decreases in native vegetation, and by increasing the probability of incursion of invasive plants. Given the widespread nature of grazing within the range of Gunnison sage-grouse, the potential for population-level impacts is highly likely. Effects of domestic livestock grazing are likely being exacerbated by intense browsing of woody species by wild ungulates in portions of the Gunnison Basin. We conclude that habitat degradation that can result from improper grazing is a significant threat to Gunnison sage-grouse now and in the foreseeable future.

Threats identified above, particularly residential development and associated infrastructure such as fences, roads, and powerlines, are cumulatively causing significant habitat fragmentation that is negatively affecting Gunnison sage-grouse. We have evaluated the best available scientific information available on the present or threatened destruction, modification or curtailment of the Gunnison sage-grouse's habitat or range. Based on the current and anticipated habitat threats identified above, and their cumulative effects as they contribute to the overall fragmentation of Gunnison sage-grouse habitat, we have determined that the present or threatened destruction, modification, or curtailment of Gunnison sage-grouse habitat poses a significant threat to the species throughout its range.

The species is being impacted by several other factors, but their significance is not at a level that they

cause the species to become threatened or endangered in the foreseeable future. We do not consider nonrenewable energy development to be a significant threat to the species because its current and anticipated extent is limited throughout the range of Gunnison sage-grouse. Similarly, we do not consider renewable energy development to be a significant threat to the Gunnison sage-grouse at this time. However, geothermal energy development could increase in the future. Piñon-juniper encroachment does not pose a significant threat to Gunnison sage-grouse at a population or rangewide level because of its limited distribution throughout the range of Gunnison sage-grouse and the observed effectiveness of treatment projects.

A review of a database compiled by the CDOW that included local, State, and Federal ongoing and proposed Gunnison sage-grouse conservation actions (CDOW 2009c, entire) revealed a total of 224 individual conservation efforts. Of these 224 efforts, a total of 165 efforts have been completed and were focused on habitat improvement or protection. These efforts resulted in the treatment of 9,324 ha (23,041 ac), or approximately 2.5 percent of occupied Gunnison sage-grouse habitat. A monitoring component was included in 75 (45 percent) of these 165 efforts, although we do not have information on the overall effectiveness of these efforts. Given the limited collective extent of these efforts, they do not ameliorate the effects of habitat fragmentation at a sufficient scale range-wide to effectively reduce or eliminate the most significant threats to the species. We recognize ongoing and proposed conservation efforts by all entities across the range of the Gunnison sage-grouse, and all parties should be commended for their conservation efforts. Our review of conservation efforts indicates that the measures identified are not adequate to address the primary threat of habitat fragmentation at this time in a manner that effectively reduces or eliminates the most significant contributors (e.g., residential development) to this threat. All of the conservation efforts are limited in size and the measures provided to us were simply not implemented at the scale (even when considered cumulatively) that would be required to effectively reduce the threats to the species across its range. Although the ongoing conservation efforts are a positive step toward the conservation of the Gunnison sage-grouse, and some have likely reduced the severity of some threats to the species (e.g., Piñon-juniper invasion), on the whole we find

that the conservation efforts in place at this time are not sufficient to offset the degree of threat posed to the species by the present and threatened destruction, modification, or curtailment of its habitat.

## B. Overutilization for Commercial, Recreational, Scientific, or Educational Purposes

### Hunting

Hunting for Gunnison sage-grouse does not currently occur. Hunting was eliminated in the Gunnison Basin in 2000 due to concerns with meeting Gunnison sage-grouse population objectives (CSGWG 1997, p. 66). Hunting has not occurred in the other Colorado populations of Gunnison sage-grouse since 1995 when the Piñon Mesa area was closed (GSRSC 2005, p. 122). Utah has not allowed hunting of Gunnison sage-grouse since 1989 (GSRSC 2005, p. 82).

Both Colorado and Utah will only consider hunting of Gunnison sage-grouse if populations can be sustained (GSRSC 2005, pp. 5, 8, 229). The Gunnison Basin Plan calls for a minimum population of 500 males counted on leks before hunting would occur again (CSGWG 1997, p. 66). The minimum population level has been exceeded in all years since 1996, except 2003 and 2004 (CDOW 2009d, pp. 18–19). However, the sensitive State regulatory status and potential political ramifications of hunting the species has precluded the States from opening a hunting season. If hunting does ever occur again, harvest will likely be restricted to only 5 to 10 percent of the fall population, and will be structured to limit harvest of females to the extent possible (GSRSC 2005, p. 229). However, the ability of these measures to be implemented is in question, as adequate means to estimate fall population size have not been developed (Reese and Connelly in press, p. 21) and limiting female harvest may not be possible (WGFD 2004, p. 4; WGFD 2006, pp. 5, 7). Despite these questions, we believe that the low level of hunting that could be allowed in the future would not be a significant threat to the Gunnison sage-grouse.

One sage-grouse was known to be illegally harvested in 2001 in the Poncha Pass population (Nehring 2010, pers. comm.), but based on the best available information we do not believe that illegal harvest has contributed to Gunnison sage-grouse population declines in either Colorado or Utah. We do not anticipate hunting to be opened in the Gunnison Basin or smaller populations for many years, if ever.

Consequently, we do not consider hunting to be a significant threat to the species now or in the foreseeable future.

### Lek Viewing

The Gunnison sage-grouse was designated as a new species in 2000 (American Ornithologists' Union 2000, pp. 847–858), which has prompted increased interest by bird watchers to view the species on their leks (Pfister 2010, pers. comm.). Daily human disturbances on sage-grouse leks could cause a reduction in mating, and some reduction in total population (Call and Maser 1985, p. 19). Human disturbance, particularly if additive to disturbance by predators, could reduce the time a lek is active, as well as reduce its size by lowering male attendance (Boyko *et al.* 2004, *in* GSRSC 2005, p. 125). Smaller lek sizes have been hypothesized to be less attractive to females, thereby conceivably reducing the numbers of females mating. Disturbance during the peak of mating also could result in some females not breeding (GSRSC 2005, p. 125). Furthermore, disturbance from lek viewing might affect nesting habitat selection by females (GSRSC 2005, p. 126), as leks are typically close to areas in which females nest. If females move to poorer quality habitat farther away from disturbed leks, nest success could decline. If chronic disturbance causes sage-grouse to move to a new lek site away from preferred and presumably higher quality areas, both survival and nest success could decline. Whether any or all of these have significant population effects would depend on timing and degree of disturbance (GSRSC 2005, p. 126).

Throughout the range of Gunnison sage-grouse, public viewing of leks is limited by a general lack of knowledge in the public of lek locations, seasonal road closures in some areas, and difficulty in accessing many leks. Furthermore, 52 of 109 active Gunnison sage-grouse leks occur on private lands, which further limits access by the public. The BLM closed a lek in the Gunnison Basin to viewing in the late 1990s due to declining population counts, which were perceived as resulting from recreational viewing, although no scientific studies were conducted (BLM 2005a, p. 13; GSRSC 2005, pp. 124, 126). The Waunita lek east of Gunnison is the only lek in Colorado designated by the CDOW for public viewing (CDOW 2009a, p. 86). Since 1998, a comparison of male counts on the Waunita lek versus male counts on other leks in the Doyleville zone show that the Waunita lek's male counts generally follow the same trend as the others (CDOW 2009d, pp. 31-32).

In fact, in 2008 and 2009 the Waunita lek increased in the number of males counted along with three other leks, while seven leks decreased in the Doyleville zone (CDOW 2009d, pp. 31-32). These data suggest that lek viewing on the Waunita lek has not impacted the Gunnison sage-grouse. Two lek-viewing tours per year are organized and led by UDWR on a privately owned lek in the Monticello population. The lek declined in males counted in 2009, but 2007 and 2008 had the highest counts for several years, suggesting that lek viewing is also not impacting that lek. Data collected by CDOW on greater sage-grouse viewing leks also indicates that controlled lek visitation has not impacted greater sage-grouse at the viewed leks (GSRSC 2005, p. 124).

A lek viewing protocol has been developed and has largely been followed on the Waunita lek, likely reducing impacts to sage-grouse using the lek (GSRSC 2005, p. 125). During 2004-2009, the percentage of individuals or groups of people in vehicles following the Waunita lek viewing protocol in the Gunnison Basin ranged from 71–92 percent (CDOW 2009a, p. 86, 87; Magee *et al.* 2009, p. 7, 10). Violations of the protocol, such as showing up after the sage-grouse started to display and creating noise, caused one or more sage-grouse to flush from the lek (CDOW 2009a, pp. 86, 87). Despite the protocol violations, the percentage of days from 2004 to 2009 that grouse were flushed by humans was relatively low, ranging from 2.5 percent to 5.4 percent (Magee *et al.* 2009, p.10). Nonetheless, the lek viewing protocol is currently being revised to make it more stringent and to include considerations for photography, research, and education related viewing (CDOW 2009a, p. 86). Maintenance of this protocol should preclude lek viewing from becoming a threat to this lek.

The CDOW and UDWR will continue to coordinate and implement lek counts to determine population levels. We expect annual lek viewing and lek counts to continue indefinitely. However, all leks counted will receive lower disturbance from counters than the Waunita lek received from public viewing, so we do not consider lek counts and viewing a threat to the Gunnison sage-grouse now or in the foreseeable future.

### Scientific Research

Gunnison sage-grouse have been the subject of scientific research studies, some of which included the capture and handling of the species. Most of the research has been conducted in the Gunnison Basin population, San Miguel

Basin population, and Monticello portion of the Monticello–Dove Creek population. Between zero and seven percent mortality of handled adults or juveniles and chicks has occurred during recent Gunnison sage-grouse studies where trapping and radio-tagging was done (Apa 2004, p. 19; Childers 2009, p. 14; Lupis 2005, p. 26; San Miguel Basin Working Group 2009, p. A-10). Additionally, one radio-tagged hen was flushed off a nest during subsequent monitoring and did not return after the second day, resulting in loss of 10 eggs (Ward 2007, p. 52). The CDOW does not believe that these losses or disturbance have any significant impacts on the sage-grouse (CDOW 2009a, p. 29).

Some of the radio-tagged sage-grouse have been translocated from the Gunnison Basin to other populations. Over a 5–year period (2000–2002 and 2006–2007), 68 sage-grouse were translocated from the Gunnison Basin to the Poncha Pass and San Miguel Basin populations (CDOW 2009a, p. 9). These experimental translocations were conducted to determine translocation techniques and survivorship in order to increase both size of the receiving populations and to increase genetic diversity in populations outside of the Gunnison Basin. However, the translocated grouse experienced 40–50 percent mortality within the first year after release, which is double the average annual mortality of non-translocated sage-grouse (CDOW 2009a, p. 9). Greater sage-grouse translocations have not appeared to fare any better. Over 7,200 greater sage-grouse were translocated between 1933 and 1990, but only five percent of the translocation efforts were considered to be successful in producing sustained, resident populations at the translocation sites (Reese and Connelly 1997, pp. 235-238, 240). More recent translocations from 2003 to 2005 into Strawberry Valley, Utah, resulted in a 40 percent annual mortality rate (Baxter *et al.* 2008, p. 182). We believe the lack of success of translocations found in greater sage-grouse is applicable to Gunnison sage-grouse since the two species exhibit similar behavior and life-history traits, and are managed accordingly.

Because the survival rate for translocated sage-grouse has not been as high as desired, the CDOW started a captive-rearing program in 2009 to study whether techniques can be developed to captively rear and release Gunnison sage-grouse and enhance their survival (CDOW 2009a, pp. 9-12). The Gunnison Sage-grouse Rangewide Steering Committee conducted a review of captive-rearing attempts for both

greater sage-grouse and other gallinaceous birds and concluded that survival will be very low, unless innovative strategies are developed and tested (GSRSC 2005, pp. 181-183). However, greater sage-grouse have been captively reared, and survival of released chicks was similar to that of wild chicks (CDOW 2009a, p. 10). Consequently, the CDOW decided to try captive rearing. Of 40 Gunnison sage-grouse eggs taken from the wild, only 11 chicks (about 25 percent) survived through October 2009. Although chick survival was low, the CDOW believes they have gained valuable knowledge on Gunnison sage-grouse rearing techniques. As techniques improve, the CDOW intends to develop a captive-breeding manual (CDOW 2009a, p. 11). Although adults or juveniles have been captured and moved out of the Gunnison Basin, as well as eggs, the removal of the grouse only accounts for a very small percentage of the total population of the Gunnison Basin sage-grouse population (about 1 percent).

The CDOW has a policy regarding trapping, handling, and marking techniques approved by their Animal Use and Care Committee (San Miguel Basin Working Group 2009, p. A-10, Childers 2009, p. 13). Evaluation of research projects by the Animal Use and Care Committee and improvement of trapping, handling, and marking techniques over the last several years has resulted in fewer mortalities and injuries. In fact, in the San Miguel Basin, researchers have handled over 200 sage-grouse with no trapping mortalities (San Miguel Basin Working Group (SMBWG) 2009, p. A-10). The CDOW has also drafted a sage-grouse trapping and handling protocol, which is required training for people handling Gunnison sage-grouse, to minimize mortality and injury of the birds (CDOW 2002, pp. 1-4 in SMBWG 2009, pp. A-22-A-25). Injury and mortality does occasionally occur from trapping, handling, marking, and flushing off nests. However, research-related mortality is typically below three percent of handled birds and equates to one half of one percent or less of annual population estimates (Apa 2004, p. 19; Childers 2009, p. 14; Lupis 2005, p. 26; San Miguel Basin Working Group 2009, p. A-10).

Research needs may gradually dwindle over the years but annual or occasional research is expected to occur for at least 50 years constituting the foreseeable future for this potential threat. Short-term disturbance effects to individuals occur as does injury and mortality, but we do not believe these effects cause a threat to the Gunnison

sage-grouse population as a whole. Based on the available information, we believe scientific research on Gunnison sage-grouse has a relatively minor impact that does not rise to the level of a threat to the species now or is it expected to do so in the foreseeable future.

*Summary of Factor B*

We have no evidence suggesting that hunting, when it was legal, resulted in overutilization of Gunnison sage-grouse. If hunting is allowed again, future hunting may result in additive mortality due to habitat degradation and fragmentation, despite harvest level restrictions and management intended to limit impacts to hens. Nonetheless, we do not expect hunting to be reinstated in the foreseeable future. Illegal hunting has been documented only once in Colorado and is not considered a threat to the species. Lek viewing has not affected the Gunnison sage-grouse, and lek viewing protocols designed to reduce disturbance have generally been followed. CDOW is currently revising their lek viewing protocol to make it more stringent and to include considerations for photography, research, and education-related viewing. Mortality from scientific research is low (2 percent) and is not considered a threat. We know of no overutilization for commercial or educational purposes. Thus, based on the best scientific and commercial data available, we have concluded that overutilization for commercial, recreational, scientific, or educational purposes does not constitute a significant threat to the Gunnison sage-grouse.

**C. Disease or Predation**

*Disease*

No research has been published about the types or pathology of diseases in Gunnison sage-grouse. However, multiple bacterial and parasitic diseases have been documented in greater sage-grouse (Patterson 1952, pp. 71-72; Schroeder *et al.* 1999, p. 14, 27). Some early studies have suggested that greater sage-grouse populations are adversely affected by parasitic infections (Batterson and Morse 1948, p. 22). However, the role of parasites or infectious diseases in population declines of greater sage-grouse is unknown based on the few systematic surveys conducted (Connelly *et al.* 2004, p. 10-3). No parasites have been documented to cause mortality in Gunnison sage-grouse, but the protozoan, *Eimeria* spp., which causes coccidiosis, has been reported to cause

BLM_0071293

death in greater sage-grouse (Connelly *et al.* 2004, p. 10-4). Infections tend to be localized to specific geographic areas, and no cases of greater sage-grouse mortality resulting from coccidiosis have been documented since the early 1960s (Connelly *et al.* 2004, p. 10-4).

Parasites have been implicated in greater sage-grouse mate selection, with potentially subsequent effects on the genetic diversity of this species (Boyce 1990, p.263; Deibert 1995, p. 38). These relationships may be important to the long-term ecology of greater sage-grouse, but they have not been shown to be significant to the immediate status of populations (Connelly *et al.* 2004, p. 10-6). Although diseases and parasites have been suggested to affect isolated sage-grouse populations (Connelly *et al.* 2004, p. 10-3), we have no evidence indicating that parasitic diseases are a threat to Gunnison sage-grouse populations.

Greater sage-grouse are subject to a variety of bacterial, fungal, and viral pathogens. The bacterium *Salmonella* sp. has caused a single documented mortality in the greater sage-grouse and studies have shown that infection rates in wild birds are low (Connelly *et al.* 2004, p. 10-7). The bacteria are apparently contracted through exposure to contaminated water supplies around livestock stock tanks (Connelly *et al.* 2004, p. 10-7). Other bacteria found in greater sage-grouse include *Escherichia coli*, botulism (*Clostridium* spp.), avian tuberculosis (*Mycobacterium avium*), and avian cholera (*Pasteurella multocida*). These bacteria have never been identified as a cause of mortality in greater sage-grouse and the risk of exposure and hence, population effects, is low (Connelly *et al.* 2004, p. 10-7 to 10-8). We have no reason to expect that mortality and exposure risk are different in Gunnison sage-grouse; therefore, we do not believe these bacteria to be a threat to the species.

West Nile virus was introduced into the northeastern United States in 1999 and has subsequently spread across North America (Marra *et al.* 2004, p.394). In sagebrush habitats, West Nile virus transmission is primarily regulated by environmental factors, including temperature, precipitation, and anthropogenic water sources, such as stock ponds and coal-bed methane ponds that support the mosquito vectors (Reisen *et al.* 2006, p. 309; Walker and Naugle in press, pp. 10-12). The virus persists largely within a mosquito-bird-mosquito infection cycle (McLean 2006, p. 45). However, direct bird-to-bird transmission of the virus has been documented in several species (McLean 2006, pp. 54, 59) including the greater

sage-grouse (Walker and Naugle in press, p. 13; Cornish 2009, pers. comm.). The frequency of direct transmission has not been determined (McLean 2006, p. 54). Cold ambient temperatures preclude mosquito activity and virus amplification, so transmission to and in sage-grouse is limited to the summer (mid-May to mid-September) (Naugle *et al.* 2005, p. 620; Zou *et al.* 2007, p. 4), with a peak in July and August (Walker and Naugle in press, p. 10). Reduced and delayed West Nile virus transmission in sage-grouse has occurred in years with lower summer temperatures (Naugle *et al.* 2005, p. 621; Walker *et al.* 2007b, p. 694). In non-sagebrush ecosystems, high temperatures associated with drought conditions increase West Nile virus transmission by allowing for more rapid larval mosquito development and shorter virus incubation periods (Shaman *et al.* 2005, p. 134; Walker and Naugle in press, p. 11). Additional details on the impacts of West Nile virus on greater sage-grouse can be found in our recent finding (75 FR 13910; March 23, 2010).

Greater sage-grouse congregate in mesic habitats in the mid-late summer (Connelly *et al.* 2000, p. 971), thereby increasing their risk of exposure to mosquitoes. If West Nile virus outbreaks coincide with drought conditions that aggregate birds in habitat near water sources, the risk of exposure to West Nile virus will be elevated (Walker and Naugle in press, p. 11). Greater sage-grouse inhabiting higher elevation sites in summer (similar to the northern portion of the Gunnison Basin) are likely less vulnerable to contracting West Nile virus than birds at lower elevation (similar to Dry Creek Basin of the San Miguel population) as ambient temperatures are typically cooler (Walker and Naugle in press, p. 11).

West Nile Virus has caused population declines in wild bird populations on the local and regional scale (Walker and Naugle in press, p. 7) and has been shown to affect survival rates of greater sage-grouse (Naugle *et al.* 2004, p. 710; Naugle *et al.* 2005, p. 616). Experimental results, combined with field data, suggest that a widespread West Nile virus infection has negatively affected greater sage-grouse (Naugle *et al.* 2004, p. 711; Naugle *et al.* 2005, p. 616). Summer habitat requirements of sage-grouse potentially increase their exposure to West Nile virus. Greater sage-grouse are considered to have a high susceptibility to West Nile virus, with resultant high levels of mortality (Clark *et al.* 2006, p. 19; McLean 2006, p. 54). Data collected on greater sage-grouse suggest that sage-grouse do not

develop a resistance to the disease, and death is certain once an individual is exposed (Clark *et al.* 2006, p. 18).

To date, West Nile virus has not been documented in Gunnison sage-grouse despite the presence of West Nile virus-positive mosquitoes in nearly all counties throughout their range (Colorado Department of Public Health 2004, pp. 1-5; U.S. Centers for Disease Control and Prevention 2004, entire). We do not know whether this is a result of the small number of birds that are marked, the relatively few birds that exist in the wild, or unsuitable conditions in Gunnison sage-grouse habitat for the virus to become virulent. West Nile virus activity within the range of Gunnison sage-grouse has been low compared to other parts of Colorado and the western United States. A total of 77 wild bird (other than Gunnison sage-grouse) deaths resulting from West Nile virus have been confirmed from counties within the occupied range of Gunnison sage-grouse since 2002 when reporting began in Colorado (USGS 2009, entire). Fifty-two (68 percent) of these West-Nile-virus-caused bird deaths were reported from Mesa County (where the Piñon Mesa population is found). Only San Miguel, Dolores, and Hinsdale Counties had no confirmed avian mortalities resulting from West Nile virus.

Walker and Naugle (in press, p. 27) predict that West Nile virus outbreaks in small, isolated, and genetically depauperate populations could reduce sage-grouse numbers below a threshold from which recovery is unlikely because of limited or nonexistent demographic and genetic exchange from adjacent populations. Thus, a West Nile virus outbreak in any Gunnison sage-grouse population, except perhaps the Gunnison Basin population, could limit the persistence of these populations.

Although West Nile virus is a potential threat, the best available information suggests that it is not currently a significant threat to Gunnison sage-grouse, since West Nile virus has not been documented in Gunnison sage-grouse despite the presence of West Nile virus-positive mosquitoes in nearly all counties throughout their range. No other diseases or parasitic infections are considered to be threatening the Gunnison sage-grouse at this time.

*Predation*

Predation is the most commonly identified cause of direct mortality for sage-grouse during all life stages (Schroeder *et al.* 1999, p. 9; Connelly *et al.* 2000b, p. 228; Connelly *et al.* in press a, p. 23). However, sage-grouse

have co-evolved with a variety of predators, and their cryptic plumage and behavioral adaptations have allowed them to persist despite this mortality factor (Schroeder *et al.* 1999, p. 10; Coates 2008 p. 69; Coates and Delehanty 2008, p. 635; Hagen in press, p. 3). Until recently, little published information has been available that indicates predation is a limiting factor for the greater sage-grouse (Connelly *et al.* 2004, p. 10-1), particularly where habitat quality has not been compromised (Hagen in press, p. 3). Although many predators will consume sage-grouse, none specialize on the species (Hagen in press, p. 5). Generalist predators have the greatest effect on ground-nesting birds because predator numbers are independent of the density of a single prey source since they can switch to other prey sources when a given prey source (e.g., Gunnison sage-grouse) is not abundant (Coates 2007, p. 4). We believe that the effects of predation observed in greater sage-grouse are applicable to the effects anticipated in Gunnison sage-grouse since overall behavior and life-history traits are similar for the two species.

Major predators of adult sage-grouse include many species including golden eagles (*Aquila chrysaetos*), red foxes (*Vulpes fulva*), and bobcats (*Felis rufus*) (Hartzler 1974, pp. 532-536; Schroeder *et al.* 1999, pp. 10-11; Schroeder and Baydack 2001, p. 25; Rowland and Wisdom 2002, p. 14; Hagen in press, pp. 4-5). Juvenile sage-grouse also are killed by many raptors as well as common ravens (*Corvus corax*), badgers (*Taxidea taxus*), red foxes, coyotes (*Canis latrans*) and weasels (*Mustela* spp.) (Braun 1995, entire; Schroeder *et al.* 1999, p. 10). Nest predators include badgers, weasels, coyotes, common ravens, American crows (*Corvus brachyrhyncos*) and magpies (*Pica* spp.), elk (*Cervus canadensis*) (Holloran and Anderson 2003, p.309), and domestic cows (*Bovus* spp.) (Coates *et al.* 2008, pp. 425-426). Ground squirrels (*Spermophilus* spp.) also have been identified as nest predators (Patterson 1952, p. 107; Schroeder *et al.* 1999, p. 10; Schroder and Baydack 2001, p. 25), but recent data show that they are physically incapable of puncturing eggs (Holloran and Anderson 2003, p. 309; Coates *et al.* 2008, p. 426; Hagen in press, p. 6). Several other small mammals visited sage-grouse nests in Nevada, but none resulted in predation events (Coates *et al.* 2008, p. 425). The most common predators of Gunnison sage-grouse eggs are weasels, ground squirrels, coyotes, and corvids (Young 1994, p. 37). Most raptor predation of sage-grouse is on

juveniles and older age classes (GSRSC 2005, p. 135). Golden eagles were found to be the dominant species recorded perching on power poles in Utah in Gunnison sage-grouse habitat (Prather and Messmer 2009, p. 12). Twenty-two and 40 percent of 111 adult mortalities were the result of avian and mammalian predation, respectively (Childers 2009, p. 7). Twenty-five and 35 percent of 40 chick mortalities were caused by avian and mammalian predation, respectively (Childers 2009, p. 7). A causative agent of mortality was not determined in the remaining depredations observed in the western portion of the Gunnison Basin from 2000 to 2009 (Childers 2009, p. 7).

Adult male Gunnison sage-grouse are very susceptible to predation while on the lek (Schroeder *et al.* 1999, p. 10; Schroeder and Baydack 2001, p. 25; Hagen in press, p. 5), presumably because they are conspicuous while performing their mating displays. Because leks are attended daily by numerous grouse, predators also may be attracted to these areas during the breeding season (Braun 1995, p. 2). Connelly *et al.* (2000b, p. 228) found that among 40 radio-collared males, 83 percent of the mortality was due to predation and 42 percent of those mortalities occurred during the lekking season (March through June). Adult female greater sage-grouse are susceptible to predators while on the nest, but mortality rates are low (Hagen in press, p. 6). Hens will abandon their nest when disturbed by predators (Patterson 1952, p. 110), likely reducing this mortality (Hagen in press, p. 6). Among 77 adult hens, 52 percent of the mortality was due to predation and 52 percent of those mortalities occurred between March and August, which includes the nesting and brood-rearing periods (Connelly *et al.* 2000b, p. 228). Sage-grouse populations are likely more sensitive to predation upon females given the highly negative response of Gunnison sage-grouse population dynamics to adult female reproductive success and chick mortality (GSRSC, 2005, p. 173). Predation of adult sage-grouse is low outside the lekking, nesting, and brood-rearing season (Connelly *et al.* 2000b, p. 230; Naugle *et al.* 2004, p. 711; Moynahan *et al.* 2006, p. 1536; Hagen in press, p. 6).

Estimates of predation rates on juveniles are limited due to the difficulties in studying this age class (Aldridge and Boyce 2007, p. 509; Hagen in press, p. 8). For greater sage-grouse, chick mortality from predation ranged from 10 to 51 percent in 2002 and 2003 on three study sites in Oregon (Gregg *et al.* 2003a, p. 15; 2003b, p. 17). Mortality due to predation during the

first few weeks after hatching was estimated to be 82 percent (Gregg *et al.* 2007, p. 648). Survival of juveniles to their first breeding season was estimated to be low (10 percent). It is reasonable, given the sources of adult mortality, to assume that predation is a contributor to the high juvenile mortality rates (Crawford *et al.* 2004, p. 4).

Sage-grouse nests are subject to varying levels of predation. Predation can be total (all eggs destroyed) or partial (one or more eggs destroyed). However, hens abandon their nests in either case (Coates, 2007, p. 26). Gregg *et al.* (1994, p. 164) reported that over a 3–year period in Oregon, 106 of 124 nests (84 percent) were preyed upon (Gregg *et al.* 1994, p. 164). Patterson (1952, p.104) reported nest predation rates of 41 percent in Wyoming. Holloran and Anderson (2003, p. 309) reported a predation rate of 12 percent (3 of 26) in Wyoming. Moynahan *et al.* (2007, p. 1777) attributed 131 of 258 (54 percent) nest failures to predation in Montana. Studies have shown that re-nesting rates are low in Gunnison sage-grouse (Young, 1994, p. 44; Childers, 2009, p. 7), suggesting that re-nesting is unlikely to offset losses due to predation. Losses of breeding hens and young chicks to predation potentially can influence overall greater and Gunnison sage-grouse population numbers, as these two groups contribute most significantly to population productivity (GSRSC, 2005, p. 29, Baxter *et al.* 2008, p. 185; Connelly *et al,* in press a, p. 18).

Nesting success of greater sage-grouse is positively correlated with the presence of big sagebrush and grass and forb cover (Connelly *et al.* 2000, p. 971). Females actively select nest sites with these qualities (Schroeder and Baydack 2001, p. 25; Hagen *et al.* 2007, p. 46). Nest predation appears to be related to the amount of herbaceous cover surrounding the nest (Gregg *et al.* 1994, p. 164; Braun 1995, pp. 1-2; DeLong *et al.* 1995, p. 90; Braun 1998; Coggins 1998, p. 30; Connelly *et al.* 2000b, p. 975; Schroeder and Baydack 2001, p. 25; Coates and Delehanty 2008, p. 636). Loss of nesting cover from any source (e.g., grazing, fire) can reduce nest success and adult hen survival. However, Coates (2007, p. 149) found that badger predation was facilitated by nest cover as it attracts small mammals, a badger's primary prey. Similarly, habitat alteration that reduces cover for young chicks can increase their rate of predation (Schroeder and Baydack 2001, p. 27).

In a review of published nesting studies, Connelly *et al.* (in press, p. 14) reported that nesting success was greater in unaltered habitats versus

Case No. 1:20-cv-02484-MSK Document 50-4 filed 04/28/21 USDC Colorado pg 87 of 288

habitats affected by anthropogenic activities. Where greater sage-grouse habitat has been altered, the influx of predators can decrease annual recruitment into a population (Gregg et al. 1994, p. 164; Braun 1995, pp. 1-2; Braun 1998; DeLong et al. 1995, p. 91; Schroeder and Baydack 2001, p. 28; Coates 2007, p. 2; Hagen in press, p. 7). Agricultural development, landscape fragmentation, and human populations have the potential to increase predation pressure on all life stages of greater sage-grouse by forcing birds to nest in less suitable or marginal habitats, increasing travel time through altered habitats where they are vulnerable to predation, and increasing the diversity and density of predators (Ritchie et al. 1994, p. 125; Schroeder and Baydack 2001, p. 25; Connelly et al. 2004, p. 7-23; and Summers et al. 2004, p. 523). We believe the aforementioned is also applicable to Gunnison sage-grouse because overall behavior and life-history traits are similar for the two species (Young 1994, p. 4).

Abundance of red fox and corvids, which historically were rare in the sagebrush landscape, has increased in association with human-altered landscapes (Sovada et al. 1995, p. 5). In the Strawberry Valley of Utah, low survival of greater sage-grouse may have been due to an unusually high density of red foxes, which apparently were attracted to that area by anthropogenic activities (Bambrough et al. 2000). The red fox population has increased within the Gunnison Basin (BLM, 2009, p. 37). Ranches, farms, and housing developments have resulted in the introduction of nonnative predators including domestic dogs (Canis domesticus) and cats (Felis domesticus) into greater sage-grouse habitats (Connelly et al. 2004, p. 12-2). We believe this is also applicable to Gunnison sage-grouse because of the habitat similarities of the two species and similar patterns of human development. Local attraction of ravens to nesting hens may be facilitated by loss and fragmentation of native shrublands, which increases exposure of nests to potential predators (Aldridge and Boyce 2007, p. 522; Bui 2009, p. 32). The presence of ravens was negatively associated with greater sage-grouse nest and brood fate in western Wyoming (Bui 2009, p. 27).

Raven abundance has increased as much as 1,500 percent in some areas of western North America since the 1960s (Coates 2007, p. 5). Breeding bird survey trends from 1966 to 2007 indicate increases throughout Colorado and Utah (USGS, 2009, pp. 1-2). Increases in raven numbers are suggested in the

Piñon Mesa population, though data have not been collected (CDOW 2009a, p. 110). Human-made structures in the environment increase the effect of raven predation, particularly in low canopy cover areas, by providing ravens with perches (Braun 1998, pp.145-146; Coates 2007, p. 155; Bui 2009, p. 2). Reduction in patch size and diversity of sagebrush habitat, as well as the construction of fences, powerlines and other infrastructure also are likely to encourage the presence of the common raven (Coates et al. 2008, p. 426; Bui 2009, p. 4). For example, raven counts have increased by approximately 200 percent along the Falcon-Gondor transmission line corridor in Nevada (Atamian et al. 2007, p. 2). Atamian et al. (2007, p. 2) found that ravens contributed to lek disturbance events in the areas surrounding the transmission line. However, cause of decline in surrounding sage-grouse population numbers could not be separated from other potential impacts. Holloran (2005, p. 58) attributed increased sage-grouse nest depredation to high corvid abundances, which resulted from anthropogenic food and perching subsidies in areas of natural gas development in western Wyoming. Bui (2009, p. 31) also found that ravens used road networks associated with oil fields in the same Wyoming location for foraging activities. Holmes (2009, pp. 2-4) also found that common raven abundance increased in association with oil and gas development in southwestern Wyoming. Raven abundance was strongly associated with sage-grouse nest failure in northeastern Nevada, with resultant negative effects on sage-grouse reproduction (Coates 2007, p. 130). The presence of high numbers of predators within a sage-grouse nesting area may negatively affect sage-grouse productivity without causing direct mortality. Coates (2007, pp. 85-86) suggested that ravens may reduce the time spent off the nest by female sage-grouse, thereby potentially compromising their ability to secure sufficient nutrition to complete the incubation period.

As more suitable grouse habitat is converted to exurban development, agriculture, or other non-sagebrush habitat types, grouse nesting and brood-rearing become increasingly spatially restricted (Bui 2009, p. 32). As discussed in Factor A, we anticipate a substantial increase in the distribution of residential development throughout the range of Gunnison sage-grouse. This increase will likely cause additional restriction of nesting habitat within the species' range, given removal of

sagebrush habitats and the strong selection for sagebrush by the species. Additionally, Gunnison sage-grouse avoid residential development, resulting in functional habitat loss (Aldridge et al. 2010, p. 24). Ninety-one percent of nest locations in the western portion of the Gunnison Basin population occur within 35 percent of the available habitat (Aldridge et al. 2010, p. 25-26). Unnaturally high nest densities which result from habitat fragmentation or disturbance associated with the presence of edges, fencerows, or trails may increase predation rates by making foraging easier for predators (Holloran 2005, p. C37). Increased nest density could negatively influence the probability of a successful hatch (Holloran and Anderson, 2005, p. 748). The influence of the human footprint in sagebrush ecosystems may be underestimated (Leu and Hanser, in press, pp. 24-25) since it is uncertain how much more habitat sage-grouse (a large landscape-scale species) need for persistence in increasingly fragmented landscapes (Connelly et al., in press, pp. 28-34). Therefore, the influence of ravens and other predators associated with human activities may be underestimated.

Ongoing studies in the San Miguel population suggest that the lack of recruitment in Gunnison sage-grouse is likely due to predation (CDOW 2009a, p. 31). In this area, 6 of 12 observed nests were destroyed by predation, with none of the chicks from the remaining nests surviving beyond two weeks (CDOW 2009a, p. 30). In small and declining populations, small changes to habitat abundance or quality, or in predator abundance, could have large consequences.

Predator removal efforts have sometimes shown short-term gains that may benefit fall populations, but not breeding population sizes (Cote and Sutherland 1997, p. 402; Hagen in press, p. 9; Leu and Hanser in press, p. 27). Predator removal may have greater benefits in areas with low habitat quality, but predator numbers quickly rebound without continual control (Hagen in press, p. 9). Red fox removal in Utah appeared to increase adult greater sage-grouse survival and productivity, but the study did not compare these rates against other non-removal areas, so inferences are limited (Hagen in press, p. 11).

Slater (2003, p. 133) demonstrated that coyote control failed to have an effect on greater sage-grouse nesting success in southwestern Wyoming. However, coyotes may not be an important predator of sage-grouse. In a coyote prey base analysis, Johnson and

Hansen (1979, p. 954) showed that sage-grouse and bird egg shells made up a very small percentage (0.4–2.4 percent) of analyzed scat samples. Additionally, coyote removal can have unintended consequences resulting in the release of smaller predators, many of which, like the red fox, may have greater negative impacts on sage-grouse (Mezquida *et al.* 2006, p. 752).

Removal of ravens from an area in northeastern Nevada caused only short-term reductions in raven populations (less than one year), as apparently transient birds from neighboring sites repopulated the removal area (Coates 2007, p. 151). Additionally, badger predation appeared to partially compensate for decreases due to raven removal (Coates 2007, p. 152). In their review of literature regarding predation, Connelly *et al.* (2004, p. 10-1) noted that only two of nine studies examining survival and nest success indicated that predation had limited a sage-grouse population by decreasing nest success, and both studies indicated low nest success due to predation was ultimately related to poor nesting habitat. Bui (2009, pp. 36-37) suggested removal of anthropogenic subsidies (e.g., landfills, tall structures) may be an important step to reducing the presence of sage-grouse predators. Leu and Hanser (in press, p. 27) also argue that reducing the effects of predation on sage-grouse can only be effectively addressed by precluding these features.

Summary of Predation

Predation has a strong relationship with anthropogenic factors on the landscape, and human presence on the landscape will continue to increase for the foreseeable future.

Gunnison sage-grouse are adapted to minimize predation by cryptic plumage and behavior. Gunnison sage-grouse may be increasingly subject to levels of predation that would not normally occur in the historically contiguous unaltered sagebrush habitats. The impacts of predation on greater sage-grouse can increase where habitat quality has been compromised by anthropogenic activities (exurban development, road development, etc.) (e.g., Coates 2007, p. 154, 155; Bui 2009, p. 16; Hagen in press, p. 12). Landscape fragmentation, habitat degradation, and human populations have the potential to increase predator populations through increasing ease of securing prey and subsidizing food sources and nest or den substrate. Thus, otherwise suitable habitat may change into a habitat sink for grouse populations (Aldridge and Boyce 2007, p. 517).

Anthropogenic influences on sagebrush habitats that increase suitability for ravens may also limit sage-grouse populations (Bui 2009, p. 32). Current land-use practices in the intermountain West favor high predator (in particular, raven) abundance relative to historical numbers (Coates *et al.* 2008, p. 426). The interaction between changes in habitat and predation may have substantial effects to the Gunnison sage-grouse at the landscape level (Coates 2007, p. 3-5). Since the Gunnison and greater sage-grouse have such similar behavior and life-history traits, we believe the current impacts on Gunnison sage-grouse are at least as significant as those documented in greater sage-grouse and to date in Gunnison sage-grouse. Given the small population sizes and fragmented nature of the remaining Gunnison sage-grouse habitat, we believe that the impacts of predation will likely be even greater as habitat fragmentation continues.

The studies presented above for greater sage-grouse suggest that, in areas of intensive habitat alteration and fragmentation, sage-grouse productivity and, therefore, populations could be negatively affected by increasing predation. Nest predation may be higher, more variable, and have a greater impact on the small, fragmented Gunnison sage-grouse populations, particularly the six smallest populations (GSRSC 2005, p. 134). Unfortunately, except for the relatively few studies presented here, data are lacking that link Gunnison sage-grouse population numbers and predator abundance. However, in at least six of the seven populations (Gunnison Basin potentially excluded), where habitats have been significantly altered by human activities, we believe that predation could be limiting Gunnison sage-grouse populations. As more habitats face development, even dispersed development such as that occurring throughout the range of Gunnison sage-grouse, we expect this threat to spread and increase. Studies of the effectiveness of predator control have failed to demonstrate a long-term inverse relationship between the predator numbers and sage-grouse nesting success or population numbers. Therefore, we believe that predation is currently a threat to the Gunnison sage-grouse and will continue to be a threat to the species within the foreseeable future.

Summary of Factor C

We have reviewed the available information on the effects of disease and predation on the Gunnison sage-grouse. The only disease that currently presents

a potential impact to the Gunnison sage-grouse is West Nile virus. This virus is distributed throughout most of the species' range. However, despite its near 100 percent lethality, disease occurrence is sporadic in other taxa across the species' range and has not been detected to date in Gunnison sage-grouse. While we have no evidence of West Nile virus acting on the Gunnison sage-grouse, because of its presence within the species' range and the continued development of anthropogenic water sources in the area, the virus may pose a future threat to the species. We anticipate that West Nile virus will persist within the range of Gunnison sage-grouse indefinitely and will be exacerbated by any factor (e.g., climate change) that increases ambient temperatures and the presence of the vector on the landscape.

We believe that existing and continued landscape fragmentation will increase the effects of predation on this species, particularly in the six smaller populations, resulting in a reduction in sage-grouse productivity and abundance in the future.

We have evaluated the best available scientific information regarding disease and predation and their effects on the Gunnison sage-grouse. Based on the information available, we have determined that predation is a significant threat to the species throughout all or a significant portion of its range. Furthermore, we determine that disease is not currently a significant threat but has the potential to become a significant threat at any time.

D. The Inadequacy of Existing Regulatory Mechanisms

Under this factor, we examine whether threats to the Gunnison sage-grouse are adequately addressed by existing regulatory mechanisms. Existing regulatory mechanisms that could provide some protection for Gunnison sage-grouse include: (1) local land use laws, processes, and ordinances; (2) State laws and regulations; and (3) Federal laws and regulations. An example of a regulatory mechanism is the terms and conditions attached to a grazing permit that describe how a permittee will manage livestock on a BLM allotment. They are non-discretionary and enforceable, and are considered a regulatory mechanism under this analysis. Other examples include city or county ordinances, State governmental actions enforced under a State statute or constitution, or Federal action under statute. Actions adopted by local groups, States, or Federal entities that are discretionary or are not enforceable, including conservation

strategies and guidance, are typically not regulatory mechanisms.

Regulatory mechanisms, if they exist, may preclude the need for listing if such mechanisms are judged to adequately address the threat to the species such that listing is not warranted. Conversely, threats on the landscape are exacerbated when not addressed by existing regulatory mechanisms, or when the existing mechanisms are not adequate (or not adequately implemented or enforced). We cannot predict when or how local, State, and Federal laws, regulations, and policies will change; however, most Federal land use plans are valid for at least 20 years. In this section we review actions undertaken by local, State, and Federal entities designed to reduce or remove threats to Gunnison sage-grouse and its habitat.

*Local Laws and Regulations*

Rangewide approximately 41 percent of occupied Gunnison sage-grouse habitat is privately owned (calculation from Table 1). Gunnison County and San Miguel County, Colorado, are the only local or County entities that have regulations and policy, respectively, that provide a level of conservation consideration for the Gunnison sage-grouse or its habitats on private land (Dolores County 2002; Mesa County 2003; Montrose County 2003). In 2007, the Gunnison County, Colorado Board of County Commissioners approved Land Use Resolution (LUR) Number 07-17 to ensure all applications for land use change permits, including building permits, individual sewage disposal system permits, Gunnison County access permits, and Gunnison County Reclamation permits be reviewed for impact to Gunnison sage-grouse habitat within 1 km (0.6 mile) of an active lek. If impacts are determined to result from a project, impacts are to be avoided, minimized, and/or mitigated. Approximately 79 percent of private land occupied by the Gunnison Basin population is in Gunnison County, and thereby under the purview of these regulations. The remaining 21 percent of the private lands in the Gunnison Basin population is in Saguache County where similar regulations are not in place or applicable. Actions outside the 1 km (0.6 mi) buffer are not subject to Gunnison County LUR 07-17.

Colorado State statute (C.R.S. 30-28-101) exempts parcels of land of 14 ha (35 ac) or more per home from regulation, so county zoning laws in Colorado such as LUR 07-17 only apply to properties with housing densities greater than one house per 14 ha (35 ac). This statute allows these parcels to be exempt from county regulation and may

negatively affect Gunnison sage-grouse by allowing for further development, degradation, and loss of the species' habitat. A total of 1,190 parcels, covering 16,351 ha (40,405 ac), within occupied habitat in Gunnison County currently contain development. Of those 1,190 parcels, 851 are less than 14 ha (35 ac) in size and subject to County review. However, those 851 parcels encompass only 13.1 percent of private land area with existing development in occupied habitat within Gunnison County. Parcels greater than 14 ha (35 ac) in size (339 of the 1,190) encompass 86.9 of the existing private land area within occupied habitat within Gunnison County. Cumulatively, 91 percent of the private land within the Gunnison County portion of the Gunnison Basin population that either has existing development or is potentially developable land is allocated in lots greater than 14 ha (35 ac) in size and therefore not subject to Gunnison County LUR 07-17. This situation limits the effectiveness of LUR 07-17 in providing protection to Gunnison sage-grouse in Gunnison County.

The only required review by Gunnison County under LUR 07-17 pertains to the construction of roads, driveways, and individual building permits. Of the 79 percent of area occupied by the Gunnison Basin population that falls within Gunnison County, 37 percent of the private land is not subject to the County LUR because the action would not be within 1 km (0.6 mi) of a lek. Gunnison County reviewed 231 projects from July 2006 through November 2009 under the LUR for impacts to Gunnison sage-grouse. All but one project was within the overall boundary of the Gunnison Basin population's occupied habitat, with most of the activity focused in the northern portion of this population. All of these projects were approved and allowed to proceed. The majority of these projects were within established areas of development, and some were for activities such as outbuildings or additions to existing buildings; nonetheless, these projects provide an indication of further encroachment and fragmentation of the remaining occupied habitat. Nineteen percent (44) of the projects were within 1 km (0.6 mi) of a lek. Nineteen percent (45) of the projects contained language within the permit that established conditions for control of pets. The use of the 1-km (0.6-mi) buffer around the lek provides some conservation benefit to the grouse. This buffer is not as large as that recommended by GSRSC (2005 entire) to meet all the species' year-round life-

history needs (6.4 km (4 mi)). Because research summarized in GSRSC (2005 entire) has shown that impacts occur up to 6.4 km (4 mi) from the point of disturbance, these minimally or unregulated negative impacts will continue to fragment the habitat and thus have substantial impacts on the local, as well as landscape, conservation of the species. In summary, Gunnison County is to be highly commended for the regulatory steps they have implemented. However, the scope and implementation of that regulatory authority is limited in its ability to effectively and collectively conserve Gunnison sage-grouse due to the County's limited authority within the Gunnison Basin portion of the species' range.

In 2005, San Miguel County amended its Land Use Codes to include consideration and implementation, to the extent possible, of conservation measures recommended in GSRSC (2005, entire) for the Gunnison sage-grouse when considering land use activities and development located within its habitat (San Miguel County 2005). The County is only involved when there is a request for a special use permit, which limits their involvement in review of projects adversely affecting Gunnison sage-grouse and their habitat and providing recommendations. Conservation measures are solicited from the CDOW and a local Gunnison sage-grouse working group. Implementation of the conservation measure is dependent on negotiations between the County and the applicant. Some positive measures (e.g., locating a special use activity outside grouse habitat, establishing a 324-ha (800-ac) conservation easement; implementing speed limits to reduce likelihood of bird/vehicle collisions) have been implemented as a result of the policy. Typically, the County has not been involved with residential development, and most measures that result from discussions with applicants result in measures that the Service considers minimization, not mitigation measures, but which the County considers mitigation (Henderson 2010, pers. comm.). The San Miguel County Land Use Codes provide some conservation benefit to the species through some minimization of impacts and encouraging landowners to voluntarily minimize/mitigate impacts of residential development in grouse habitat. However, the codes allow for limited regulatory authority but are not sufficient to prevent or mitigate for the continued degradation and

fragmentation of Gunnison sage-grouse habitat.

In addition to the county regulations, Gunnison County hired a Gunnison Sage-grouse Coordinator (2005 to present) and organized a Strategic Committee (2005 to present) to facilitate implementation of conservation measures in the Gunnison Basin under both the local Conservation Plan and Rangewide Conservation Plan (RCP) (GSRSC 2005). San Miguel County hired a Gunnison Sage-grouse Coordinator for the San Miguel Basin population in March 2006. The Crawford working group hired a Gunnison sage-grouse coordinator in December 2009. Saguache County has applied for a grant to hire a part-time coordinator for the Poncha Pass population (grant status still pending). These efforts facilitate coordination relative to sage-grouse management and reflect positively on these Counties' willingness to conserve Gunnison sage-grouse, but have no regulatory authority. None of the other Counties with Gunnison sage-grouse populations have regulations, or staff, that implement regulation or policy review that consider the conservation needs of Gunnison sage-grouse. The inadequacy of existing regulatory mechanisms that address habitat loss, fragmentation, and degradation, in the other populations constitutes a threat to those populations.

Conservation measures that have regulatory authority that have been implemented as a result of the aforementioned collective efforts include: closing of shed antler collection in the Gunnison Basin by the Colorado Wildlife Commission due to its disturbance of Gunnison sage-grouse during the early breeding season; and a BLM/USFS/Gunnison County/CDOW collective effort to implement and enforce road closures during the early breeding season (March 15 to May 15). These regulatory efforts have provided benefits to Gunnison sage-grouse during the breeding season. However, these measures do not adequately address the primary threat to the species of fragmentation of the habitat.

Habitat loss is not regulated or monitored in Colorado counties where Gunnison sage-grouse occur. Therefore, conversion of agricultural land from one use to another, such as native pasture containing sagebrush converted to another use, such as cropland, would not normally come before a county zoning commission. Based on the information we have available for the range of the species, we do not believe that habitat loss from conversion of sagebrush habitat to agricultural lands is occurring at a level that makes it a

threat. The permanent loss, and associated fragmentation and degradation, of sagebrush habitat is considered the largest threat to Gunnison sage-grouse (GSRSC 2005, p. 2). The minimally regulated residential/ exurban development found throughout the vast majority of the species range is a primary cause of this loss, fragmentation, and degradation of Gunnison sage-grouse habitat. We are not aware of any existing local regulatory mechanisms that adequately address this threat.

We recognize that county or city ordinances in San Juan County, Utah, that address agricultural lands, transportation, and zoning for various types of land uses have the potential to influence sage-grouse. However, we are not aware of any existing County regulations that provide adequate regulatory mechanisms to address threats to the Gunnison sage-grouse and its habitat.

Each of the seven populations of Gunnison sage-grouse has a Conservation Plan written by the respective local working group with publication dates of 1999 to 2009. These plans provide recommendations for management of Gunnison sage-grouse and have been the basis for identifying and prioritizing local conservation efforts, but do not provide regulatory protection for Gunnison sage-grouse or its habitat.

*State Laws and Regulations*

State laws and regulations provide specific authority for sage-grouse conservation over lands that are directly owned by the State, provide broad authority to regulate and protect wildlife on all lands within their borders, and provide a mechanism for indirect conservation through regulation of threats to the species (e.g., noxious weeds).

Colorado Revised Statutes, Title 33, Article 1 gives CDOW responsibility for the management and conservation of wildlife resources within State borders. Title 33 Article 1-101, Legislative Declaration requires a continuous operation of planning, acquisition, and development of wildlife habitats and facilities for wildlife-related opportunities. The CDOW is required by statute (C.R.S. 106-7-104) to provide counties with information on "significant wildlife habitat," and provide technical assistance in establishing guidelines for designating and administering such areas, if asked. The CDOW also has authority to regulate possession of the Gunnison sage-grouse, set hunting seasons, and issue citations for poaching. These

authorities provide individual Gunnison sage-grouse with protection from direct human-caused mortality to the level that hunting is not considered a threat to the species (see Factor B discussion, above). The Colorado Wildlife Commission is currently considering whether to include the Gunnison sage-grouse as an endangered or threatened species in accordance with Administrative Directive W-7 (State of Colorado, 2007, entire). These authorities do not regulate the primary threat to the species of fragmentation of habitat as described in Factor A.

The Wildlife Resources Code of Utah (Title 23) provides UDWR the powers, duties, rights, and responsibilities to protect, propagate, manage, conserve, and distribute wildlife throughout the State. Section 23-13-3 declares that wildlife existing within the State, not held by private ownership and legally acquired, is property of the State. Sections 23-14-18 and 23-14-19 authorize the Utah Wildlife Board to prescribe rules and regulations for the taking and/or possession of protected wildlife, including Gunnison sage-grouse. These authorities provide adequate protection to individual Gunnison sage-grouse from direct, human-caused mortality to the level that hunting is not considered a threat to the species (see Factor B discussion, above). However, these laws and regulations do not provide the regulatory authority needed to conserve sage-grouse habitats from the threats described in Factor A.

Gunnison sage-grouse are managed by CDOW and UDWR on all lands within each State as resident native game birds. In both States this classification allows the direct human taking of the bird during hunting seasons authorized and conducted under State laws and regulations. In 2000, CDOW closed the hunting season for Gunnison sage-grouse in the Gunnison Basin, the only area then open to hunting for the species. The hunting season for Gunnison sage-grouse in Utah has been closed since 1989. The Gunnison sage-grouse is listed as a species of special concern in Colorado, as a sensitive species in Utah, and as a Tier I species under the Utah Wildlife Action Plan, providing heightened priority for management (CDOW 2009a, p. 40; UDWR 2009, p. 9). The Colorado Wildlife Commission is currently considering a proposal from CDOW to list the Gunnison sage-grouse as a State endangered or threatened species. State listed species will be the focus of conservation actions such as monitoring, research, enhancement, restoration, or inventory, and will receive preferential consideration in the

BLM_0071299

annual budget development process (State of Colorado, 2007, p. 1). Hunting and other State regulations that deal with issues such as harassment provide adequate protection for individual birds (see discussion under Factor B), but do not protect the habitat. While we strongly support the use of regulatory mechanisms to control hunting of the species, the protection afforded through the aforementioned State regulatory mechanisms is limited.

Easements that prevent long-term or permanent habitat loss by prohibiting development are held by CDOW, UDWR, Natural Resources Conservation Service (NRCS), NPS, and non-governmental organizations (Table 4). Although the decision of whether to enter into a conservation easement is voluntary on the part of the landowner, conservation easements are legally binding documents. Therefore, we have determined that perpetual conservation easements offer some level of regulatory protection to the species. Some of the easements include conservation measures that are specific for Gunnison sage-grouse, while many are directed at other species, such as big game (GSRSC 2005, pp. 59-103). Some of these easements protect existing Gunnison sage-grouse habitat. Sixty-nine percent of the area under conservation easements have land cover types other than agricultural (covering 31 percent) that provide habitat for Gunnison sage-grouse. However, considering that the total easements recorded to date cover only 5.1 percent of private lands rangewide, that not all easements have sage-grouse specific habitat or conservation measures, and their scattered distribution throughout the range of the species, we believe that while easements provide some level of protection from future development, they are not sufficient to ameliorate the threat of loss and fragmentation of Gunnison sage-grouse habitat. We believe this to be true now and into the future, especially considering the costs of purchasing easements when compared to the cost paid for development of those lands, and money available through all sources to purchase easements. In addition, because entering into a conservation easement is voluntary on the part of the landowner, we cannot be sure that any future conservation easements will occur in such a configuration and magnitude that they will offer the species or its habitat substantial protection.

TABLE 4. AREA OF CONSERVATION EASEMENTS IN HECTARES (HA) AND ACRES (AC) BY POPULATION AND PERCENTAGE OF OCCUPIED HABITAT IN CONSERVATION EASEMENTS AS OF SEPTEMBER 2009.

| Population | hectares | acres | Percent of Occupied Habitat in Respective Population |
|---|---|---|---|
| Gunnison Basin | 11,334 | 28,008 | 4.7 |
| Piñon Mesa | 4,270 | 10,551 | 27.1 |
| Cerro Summit-Cimarron-Sims Mesa | 1,395 | 3,447 | 9.3 |
| Monticello | 1,036 | 2,560 | 3.6 |
| San Miguel Basin | 843 | 2,084 | 2.1 |
| Dove Creek Group | 330 | 815 | 2.0 |
| Crawford | 249 | 616 | 1.8 |
| Poncha Pass | 0 | 0 | 0 |
| Rangewide | 19,457 | 48,081 | 5.1 |

The CDOW has been implementing the CCAA referenced earlier in this document. As of February 2010, 4 landowners have completed Certificates of Inclusion (CI) for their properties enrolling 2,581 ha (6,377 ac). Because the Service issues a permit to applicants with an approved CCAA, we have some regulatory oversight over the implementation of the CCAA. However, permit holders and landowners can voluntarily opt out of the CCAA at any time. Thus, the CCAA provides important conservation measures that assist the species, and provides regulatory protection to enrolled landowners, but due to its voluntary nature, provides no regulatory protection. An additional 38 landowners (totaling approximately 18,211 ha (45,000 ac) within Gunnison sage-grouse occupied habitat), have worked with the CDOW to complete baseline reports in preparation for issuance of CIs. The reports describe property infrastructure and number of acres of Gunnison sage-grouse seasonal habitat. A CDOW review of all these reports and the condition of the habitat is pending. The CCAA/CI efforts described in this paragragh will provide conservation benefits to Gunnison sage-grouse throughout their range where they are in place (27 in the Gunnison Basin, 3 in San Miguel, 2 in Crawford, 5 in Piñon Mesa, 1 in Dove Creek). Even assuming the area of all landowners expressing interest and with completed baselines will ultimately be covered under CIs, the fact remains that these properties constitute only 13 percent of the total private land throughout the species range and that they are scattered throughout the species range. Therefore, we do not believe the CCAA/CI efforts would provide adequate regulatory coverage to ensure the long-term conservation of the species on private lands.

On April 22, 2009, the Governor of Colorado signed into law new rules (House Bill 1298) for the Colorado Oil and Gas Conservation Commission (COGCC), which is the entity responsible for permitting oil and gas well development in Colorado (COGCC 2009, entire). The rules went into effect on private lands on April 1, 2009, and on Federal lands July 1, 2009. The new rules require that permittees and

operators determine whether their proposed development location overlaps with "sensitive wildlife habitat," or is within a restricted surface occupancy (RSO) area. For Gunnison sage-grouse, areas within 1 km (0.6 mi) of an active lek can be designated as RSOs (CDOW 2009a, p. 27), and surface area occupancy will be avoided except in cases of economic or technical infeasibility (CDOW 2009a, p. 27). Areas within approximately 6.4 km (4 mi) of an active lek are considered sensitive wildlife habitat (CDOW 2009a, p. 27) and the development proponent is required to consult with the CDOW to identify measures to (1) avoid impacts on wildlife resources, including sage-grouse; (2) minimize the extent and severity of those impacts that cannot be avoided; and (3) mitigate those effects that cannot be avoided or minimized (COGCC 2009, section 1202.a). The COGCC will consider CDOW's recommendations in the permitting decision, although the final permitting and conditioning authority remains with COGCC. As stated in Section 1202.d of the new rules, consultation with CDOW is not required under certain circumstances such as, the issuance of a variance by the Director of the COGCC, the existence of a previously CDOW-approved wildlife mitigation plan, and others. Other categories for potential exemptions also can be found in the new rules (e.g., 1203.b).

Because the new rules have only been in place for less than a year and their implementation is still being discussed, it remains to be seen what level of protection will be afforded to Gunnison sage-grouse. The new rules could provide for greater consideration of the conservation needs of the species. It should be noted that leases that have already been approved but not drilled (e.g., COGCC 2009, 1202.d(1)), or drilling operations that are already on the landscape, may continue to operate without further restriction into the future. We are not aware of any situations where RSOs have been effectively applied or where conservation measures have been implemented for potential oil and gas development impacts to Gunnison sage-grouse on private lands underlain with privately owned minerals, which are regulated by the appropriate governing bodies.

Colorado and Utah have laws that directly address the priorities for use of State school section lands, which require that management of these properties be based on maximizing financial returns. State school section lands account for only one percent of

occupied habitat in Colorado and one percent in Utah, so impacts may be considered negligible. We are not aware of any conservation measures that will be implemented under regulatory authority for Gunnison sage-grouse on State school section lands, other than a request to withdraw or apply "no surface occupancy" and conservation measures from the RCP (GSRSC 2005) to four sections available for oil and gas leasing in the San Miguel Basin population (see Factor A for further discussion). The State Land Board (SLB) recently purchased the Miramonte Meadows property (approximately 809 ha (2,000 ac) next to the Dan Noble State Wildlife Area (SWA). Roughly 526 ha (1,300 ac) is considered prime Gunnison sage-grouse habitat (Garner 2010, pers. comm.). Discussions with the SLB have indicated a willingness to implement habitat improvements (juniper removal) on the property. They have also accepted an application to designate the tract as a "Stewardship Trust" parcel. The Stewardship Trust program is capped at 119,383 to 121,406 ha (295,000 to 300,000 ac), and no more property can be added until another tract is removed from the program. Because of this cap, it is unknown if or when the designation of the tract as a Stewardship Trust parcel may occur. The scattered nature of State school sections (single sections) across the landscape and the requirement to conduct activities to maximize financial returns minimize the likelihood of implementation of measures that will benefit Gunnison sage-grouse. Thus, mechanisms present on State trust lands are inadequate to minimize degradation and fragmentation of habitat and thus ensure conservation of the species.

Some States require landowners to control noxious weeds, a potential habitat threat to sage-grouse (as discussed in Factor A). The types of plants considered to be noxious weeds vary by State. Cheatgrass is listed as a Class C species in Colorado (Colorado Department of Agriculture 2010, p. 3). The Class C designation delegates to local governments the choice of whether or not to implement activities for the control of cheatgrass. Gunnison, Saguache, and Hinsdale Counties target cheatgrass with herbicide applications (GWWC 2009, pp. 2- 3). The CDOW annually sprays for weeds on SWAs (CDOW 2009a, p. 106). The State of Utah does not consider cheatgrass as noxious within the State (Utah Department of Agriculture 2010, p. 1) nor in San Juan County (Utah Department of Agriculture 2010a, p. 1). The laws dealing with other noxious

and invasive weeds may provide some protection for sage-grouse in local areas by requiring some control of the invasive plants, although large-scale control of the most problematic invasive plants is not occurring. Rehabilitation and restoration techniques for sagebrush habitats are mostly unproven and experimental (Pyke in press, p. 25). Regulatory authority has not been demonstrated to be effective in addressing the overall impacts of invasive plants on the degradation and fragmentation of sagebrush habitat within the species range.

*Federal Laws and Regulations*

Gunnison sage-grouse are not covered or managed under the provisions of the Migratory Bird Treaty Act (16 U.S.C. 703-712) because they are considered resident game species. Federal agencies are responsible for managing 54 percent of the total Gunnison sage-grouse habitat. The Federal agencies with the most sagebrush habitat are BLM, an agency of the Department of the Interior, and USFS, an agency of the Department of Agriculture. The NPS in the Department of the Interior also has responsibility for lands that contain Gunnison sage-grouse habitat.

BLM

About 42 percent of Gunnison sage-grouse occupied habitat is on BLM-administered land (Table 1 details percent ownership within each population). The Federal Land Policy and Management Act of 1976 (FLPMA) (43 U.S.C. 1701 *et seq.*) is the primary Federal law governing most land uses on BLM-administered lands. Section 102(a)(8) of FLPMA specifically recognizes wildlife and fish resources as being among the uses for which these lands are to be managed. Regulations pursuant to FLPMA and the Mineral Leasing Act (30 U.S.C. 181 *et seq.*) that address wildlife habitat protection on BLM-administered land include 43 CFR 3162.3-1 and 43 CFR 3162.5-1; 43 CFR 4120 *et seq.*; and 43 CFR 4180 *et seq.*

Gunnison sage-grouse have been designated as a BLM Sensitive Species since they were first identified and described in 2000 (BLM 2009, p. 7). The management guidance afforded sensitive species under BLM Manual 6840 – Special Status Species Management (BLM 2008, entire) states that "Bureau sensitive species will be managed consistent with species and habitat management objectives in land use and implementation plans to promote their conservation and to minimize the likelihood and need for listing under the ESA" (BLM 2008, p. 05V). BLM Manual 6840 further requires

that Resource Management Plans (RMPs) should address sensitive species, and that implementation "should consider all site-specific methods and procedures needed to bring species and their habitats to the condition under which management under the Bureau sensitive species policies would no longer be necessary" (BLM 2008, p. 2A1). As a designated sensitive species under BLM Manual 6840, sage-grouse conservation must be addressed in the development and implementation of RMPs on BLM lands.

RMPs are the basis for all actions and authorizations involving BLM-administered lands and resources. They establish allowable resource uses, resource condition goals and objectives to be attained, program constraints and general management practices needed to attain the goals and objectives, general implementation sequences, and intervals and standards for monitoring and evaluating the plan to determine its effectiveness and the need for amendment or revision (43 CFR 1601.0-5(k)).

The RMPs provide a framework and programmatic guidance for activity plans, which are site-specific plans written to implement decisions made in a RMP. Examples include Allotment Management Plans that address livestock grazing, oil and gas field development, travel management (motorized and mechanized road and trail use), and wildlife habitat management. Activity plan decisions normally require additional planning and National Environmental Policy Act (NEPA) analysis. If an RMP contains specific direction regarding sage-grouse habitat, conservation, or management, it represents an enforceable regulatory mechanism to ensure that the species and its habitats are considered during permitting and other decision-making on BLM lands.

The BLM manages Gunnison sage-grouse habitat under five existing RMPs. These RMPs contain some specific measures or direction pertinent to management of Gunnison sage-grouse or their habitats. Three of these RMPs (San Juan, Grand Junction, and Uncompahgre– covering all or portions of the San Miguel, Piñon Mesa, Crawford, and Cerro Summit–Cimarron–Sims Mesa populations, and the Dove Creek group) are in various stages of revision. All RMPs currently propose some conservation measures (measures that if implemented should provide a level of benefit to Gunnison sage-grouse) outlined in GSRSC (2005, entire) or local Gunnison sage-grouse Conservation Plans through project- or activity-level NEPA reviews (BLM 2009,

p. 6). In addition, several offices have undergone other program-level planning, such as travel management, that incorporate some conservation measures to benefit the species (BLM 2009, p. 6). However, the information provided to us by the BLM in Colorado did not specify what requirements, direction, measures, or guidance will ultimately be included in the revised Colorado RMPs to address threats to sage-grouse and sagebrush habitat. Additionally we do not know the effectiveness of these proposed measures.

We do not have information on RMP implementation by Utah BLM. Therefore, we cannot assess the future value of BLM RMPs as regulatory mechanisms for the conservation of the Gunnison sage-grouse. Current BLM RMPs provide some limited regulatory authority as they are being implemented through project-level planning (e.g., travel management (the management of the motorized and nonmotorized use of public lands) and grazing permit renewals). We do not know the final measures that will be included in the revised RMPs and therefore what will be implemented, so we cannot evaluate their effectiveness. Based on modeling results demonstrating the effects of roads on Gunnison sage-grouse (Aldridge and Saher 2010 entire – discussed in detail in Factor A), we believe that implementation of even the most restrictive travel management alternatives proposed by the BLM and USFS will still result in further degradation and fragmentation of Gunnison sage-grouse habitat in the Gunnison Basin.

In addition to land use planning, BLM uses Instruction Memoranda (IM) to provide instruction to district and field offices regarding specific resource issues. Instruction Memoranda are guidance that require a process to be followed but do not mandate results. Additionally, IMs are of short duration (1 to 2 years) and are intended to address resource concerns by providing direction to staff until a threat passes or the resource issue can be addressed in a long-term planning document. BLM issued IM Number CO-2005-038 on July 12, 2005, stating BLM's intent and commitment to assist with and participate in the implementation of the RCP. Although this IM has not been formally updated or reissued, it continues to be used for BLM-administered lands in the State (BLM 2009, p. 6).

The BLM has regulatory authority for oil and gas leasing on Federal lands and on private lands with a severed Federal mineral estate, as provided at 43 CFR

3100 et seq., and they are authorized to require stipulations as a condition of issuing a lease. The BLM's planning handbook has program-specific guidance for fluid minerals (which include oil and gas) that specifies that RMP decisions will identify restrictions on areas subject to leasing, including closures, as well as lease stipulations (BLM 2000, Appendix C, p.16). The handbook also specifies that all stipulations must have waiver, exception, or modification criteria documented in the plan, and notes that the least restrictive constraint to meet the resource protection objective should be used (BLM 2000, Appendix C, p. 16). The BLM has regulatory authority to condition "Application for Permit to Drill" authorizations, conducted under a lease that does not contain specific sage-grouse conservation stipulations, but utilization of conditions is discretionary and we are uncertain as to how this authority will be applied. Also, oil and gas leases have a 200-m (650-ft) stipulation, which allows movement of the drilling area by that distance to avoid sensitive resources. Many of the BLM field offices work with the operators to move a proposed drilling site farther or justify such a move through the site-specific NEPA process.

For existing oil and gas leases on BLM land in occupied Gunnison sage-grouse habitat, oil and gas companies can conduct drilling operations if they wish, but are always subject to permit conditions. The BLM has stopped issuing new drilling leases in occupied sage-grouse habitat in Colorado at least until the new RMPs are in place. All occupied habitat in the Crawford Area and Gunnison Basin populations are covered by this policy. However, leases already exist in 17 percent of the Piñon Mesa population, and 49 percent of the San Miguel Basin population. Given the already small and fragmented nature of the populations where oil and gas leases are likely to occur, additional development within occupied habitat would negatively impact those populations by causing additional actual and functional habitat loss and fragmentation. Since we do not know what minimization and mitigation measures might be applied, we cannot assess the overall conservation impacts to those populations.

The oil and gas leasing regulations authorize BLM to modify or waive lease terms and stipulations if the authorized officer determines that the factors leading to inclusion of the term or stipulation have changed sufficiently to no longer justify protection, or if proposed operations would not cause unacceptable impacts (43 CFR 3101.1-

BLM_0071302

4). The Service has no information indicating that the BLM has granted any waivers of stipulations pertaining to the Gunnison sage-grouse and their habitat.

The Energy Policy and Conservation Act of 2000 included provisions requiring the Secretary of the Department of the Interior to conduct a scientific inventory of all onshore Federal lands to identify oil and gas resources underlying these lands and the nature and extent of any restrictions or impediments to the development of such resources (U.S.C. Title 42, Chapter 77, §6217(a)). On May 18, 2001, President Bush signed Executive Order 13212-Actions to Expedite Energy-Related Projects (66 FR 28357, May 22, 2001), which states that the executive departments and agencies shall take appropriate actions, to the extent consistent with applicable law, to expedite projects that will increase the production, transmission, or conservation of energy. The Executive Order specifies that this includes expediting review of permits or taking other actions as necessary to accelerate the completion of projects, while maintaining safety, public health, and environmental protections. Due to the relatively small amount of energy development activities occurring within Gunnison sage-grouse habitat (with the exception of the Dry Creek Basin subpopulation of the San Miguel population), we believe that energy development activities are not a significant threat. However, given scenarios such as Dry Creek Basin, if the level of energy development activities should increase, current regulations and policies do not provide adequate regulatory protection to prevent oil and gas development from becoming a threat to this subpopulation.

As stated previously, Gunnison sage-grouse are considered a BLM Sensitive Species and therefore receive Special Status Species management considerations. The BLM regulatory authority for grazing management is provided at 43 CFR 4100 (Regulations on Grazing Administration Exclusive of Alaska). Livestock grazing permits and leases contain terms and conditions determined by BLM to be appropriate to achieve management and resource condition objectives on the public lands and other lands administered by BLM, and to ensure that habitats are, or are making significant progress toward being, restored or maintained for BLM special status species (43 CFR 4180.1(d)). The State or regional standards for grazing administration must address habitat for endangered, threatened, proposed, candidate, or special status species, and habitat

quality for native plant and animal populations and communities (43 CFR 4180.2(d)(4) and (5)). The guidelines must address restoring, maintaining, or enhancing habitats of BLM special status species to promote their conservation, as well as maintaining or promoting the physical and biological conditions to sustain native populations and communities (43 CFR 4180.2(e)(9) and (10). The BLM is required to take appropriate action not later than the start of the next grazing year upon determining that existing grazing practices or levels of grazing use are significant factors in failing to achieve the standards and conform with the guidelines (43 CFR 4180.2(c)).

The BLM agreed to work with their resource advisory councils to expand the rangeland health standards required under 43 CFR 4180 so that there are public land health standards relevant to all ecosystems, not just rangelands, and that they apply to all BLM actions, not just livestock grazing (BLM Manual 180.06.A). Both Colorado and Utah have resource advisory councils. Within the Gunnison Basin population, 16 percent of the BLM and USFS allotment management plans in occupied habitat currently have incorporated Gunnison sage-grouse habitat objectives (USFWS, 2010c, entire). Rangewide, of the offices providing information specific to allotment management plans, only 24 percent of 148 BLM and USFS grazing allotments have thus far incorporated Gunnison sage-grouse habitat objectives into the allotment management plans or in permit renewals. Land health objectives were being met in 37 of the 80 (46 percent) BLM active allotments for which data were reported. Land Health Assessments (LHAs) were not conducted in an additional 32 allotments.

The BLM Gunnison Field Office conducted Gunnison sage-grouse habitat assessments in two major occupied habitat locations in the Gunnison Basin population quantifying vegetation structural characteristics and plant species diversity. Data were collected and compared to Gunnison sage-grouse Structural Habitat Guidelines (GSRSC, 2005, Appendix H) during optimal growing conditions in these two major occupied areas. Guidelines for sage cover, grass cover, forb cover, sagebrush height, grass height, and forb height were met in 45, 30, 25, 75, 81, and 39 percent, respectively, of 97 transects (BLM 2009, pp. 31-32). Using the results of the two assessments along with results from LHAs, habitat conditions are not being adequately managed to meet the life history requirements of Gunnison sage-grouse in the majority of

the Gunnison Basin. Only 40 percent of the allotments in the San Miguel population were meeting LHA objectives. This data suggests that regulatory mechanisms applied within livestock grazing permits and leases are not being implemented such that they ensure that habitats within two of the largest Gunnison sage-grouse populations are making significant progress toward being restored or maintained for Gunnison sage-grouse.

## USFS

The USFS manages 10 percent of the occupied Gunnison sage-grouse habitat (Table 1). Management of National Forest System lands is guided principally by the National Forest Management Act (NFMA) (16 U.S.C. 1600-1614, August 17, 1974, as amended). The NFMA specifies that all National Forests must have a Land and Resource Management Plan (LRMP) (16 U.S.C. 1600) to guide and set standards for all natural resource management activities on each National Forest or National Grassland. The NFMA requires USFS to incorporate standards and guidelines in LRMPs (16 U.S.C. 1600). USFS conducts NEPA analysis on its LRMPs, which include provisions to manage plant and animal communities for diversity, based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives. The USFS planning process is similar to that of BLM.

The Gunnison sage-grouse is a USFS sensitive species in both Region 2 (Colorado) and Region 4 (Utah). USFS policy provides direction to analyze potential impacts of proposed management activities to sensitive species in a biological evaluation. The forests within the range of sage-grouse provide important seasonal habitats for the species, particularly the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests. The 1991 Amended Land and Resource Management Plan for the GMUG National Forests has not directly incorporated Gunnison sage-grouse conservation measures or habitat objectives. The Regional Forester signed the RCP and as such has agreed to follow and implement those recommendations. Three of the 34 grazing allotments in occupied grouse habitat have incorporated Gunnison sage-grouse habitat objectives. To date USFS has not deferred or withdrawn oil and gas leasing in occupied habitat, but sage-grouse conservation measures can be included at the "Application for Permit to Drill" stage. The BLM, which regulates oil and gas leases on USFS lands, has the authority to defer leases.

BLM_0071303

However, the only population within USFS lands that is in areas of high or even medium potential for oil and gas reserves is the San Miguel Basin, and USFS lands only make up 1.4 percent of that population (GSRSC 2005, D-8). While consideration as a sensitive species and following the recommendations contained in the Gunnison sage-grouse Rangewide Conservation Plan (GSRSC 2005, entire) can provide some conservation benefits, they are voluntary in nature. Considering the aforementioned, the USFS has minimal regulatory authority that has been implemented to provide for the long-term conservation of Gunnison sage-grouse and its habitat.

NPS

The NPS manages two percent of occupied Gunnison sage-grouse habitat (Table 1), which means that there is little opportunity for the agency to affect range-wide conservation of the species. The NPS Organic Act (39 Stat. 535; 16 U.S.C. 1, 2, 3, and 4) states that NPS will administer areas under their jurisdiction "by such means and measures as conform to the fundamental purpose of said parks, monuments, and reservations, which purpose is to conserve the scenery and the natural and historical objects and the wild life therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations." Lands in the Black Canyon of the Gunnison National Park and the Curecanti National Recreation Area include portions of occupied habitat of the Crawford and Gunnison Basin populations. The 1993 Black Canyon of the Gunnison Resource Management Plan (NPS 1993, entire) and the 1995 Curecanti National Recreation Area Resource Management Plan (NPS 1995, entire) do not identify any specific conservation measures for Gunnison sage-grouse. However, these Resource Management Plans are outdated and will be replaced with Resource Stewardship Strategies, which will be developed in the next five to seven years. In the mean time, NPS ability to actively manage for species of special concern is not limited by the scope of their management plans.

NPS completed a Fire Management Plan in 2006 (NPS 2006, entire). Both prescribed fire and fire use (allowing wildfires to burn) are identified as a suitable use in Gunnison sage-grouse habitat. However, Gunnison sage-grouse habitat is identified as a Category C area, meaning that while fire is a desirable component of the ecosystem, ecological constraints must be observed. For Gunnison sage-grouse, constraints include limitation of acreage burned per year and limitation of percent of project polygons burned. The NPS is currently following conservation measures in the local conservation plans and the RCP (Stahlnecker 2010, pers. comm.).

In most cases, implementation of NPS fire management policies should result in minimal adverse effects since emphasis is placed on activities that will minimize, or ideally benefit, impacts to Gunnison sage-grouse habitat. Overall, implementation of NPS regulations should minimize impacts to Gunnison sage-grouse. Certain activities, such as human recreation activities occurring within occupied habitat, may have adverse effects, although we believe the limited nature of such activities on NPS lands would limit their impacts on the species and thus not be considered a threat to Gunnison sage-grouse. Grazing management activities on NPS lands are governed by BLM regulations and their implementation.

Summary of Factor D

Gunnison sage-grouse conservation has been addressed in some local, State, and Federal plans, laws, regulations, and policies. Gunnison County has implemented regulatory authority over development within their area of jurisdiction, for which they are to be highly commended. No other counties within the range of the species have implemented such regulations. While regulations implemented in Gunnison County have minimized some impacts, it has not curtailed the habitat loss, fragmentation, and degradation occurring within the County's jurisdictional boundary. Due to the limited scope and applicability of these regulations throughout the range of the species and within all populations, the current local land use or development planning regulations do not provide adequate regulatory authority to protect sage-grouse from development or other harmful land uses that result in habitat loss, degradation, and fragmentation. The CDOW and UDWR have implemented and continue to pursue conservation easements in Colorado and Utah, respectively, to conserve Gunnison sage-grouse habitat and meet the species' needs. These easements provide protection for the species where they occur, but do not cover enough of the landscape to provide for long-term conservation of the species. State wildlife regulations provide protection for individual Gunnison sage-grouse from direct mortality due to hunting but do not protect its habitat from the main threat of loss and fragmentation. Our assessment of the implementation of regulations and associated stipulations guiding exurban development indicates that current regulatory measures do not adequately ameliorate impacts to sage-grouse and its habitat.

Energy development is only considered a threat in the Dry Creek Basin subpopulation of the San Miguel population. For the BLM and USFS, RMPs and LRMPs are mechanisms through which adequate and enforceable protections for Gunnison sage-grouse could be implemented. However, the extent to which appropriate measures to reduce or eliminate threats to sage-grouse resulting from the various activites the agencies manage have been incorporated into those planning documents, or are being implemented, vary across the range. As evidenced by the discussion above, and the ongoing threats described under Factor A, BLM and the USFS are not fully implementing the regulatory mechanisms available to conserve Gunnison sage-grouse and their habitats on their lands.

We have evaluated the best available scientific information on the adequacy of regulatory mechanisms to address threats to Gunnison sage-grouse and its habitats. While 54 percent of Gunnison sage-grouse habitat is managed by Federal agencies, these lands are interspersed with private lands, which do not have adequate regulatory mechanisms to ameliorate the further loss and fragmentation of habitat in all populations. This interspersion of private lands throughout Federal and other public lands extends the negative influence of those activities beyond the actual 41 percent of occupied habitat that private lands overlay. While we are unable to quantify the extent of the impacts on Federal lands resulting from activities on private lands, we have determined that the inadequacy of regulatory mechanisms on private lands as they pertain to human infrastructure development and the inadequate implementation of Federal authorities on some Federal lands pose a significant threat to the species throughout its range. Further, the threat of inadequate regulatory mechanisms is expected to continue or even increase in the future.

E. Other Natural or Manmade Factors Affecting Its Continued Existence

Other factors potentially affecting the Gunnison sage-grouse's continued existence include genetic risks, drought, recreational activities, pesticides and herbicides, and contaminants.

BLM_0071304

**59844**   **Federal Register** / Vol. 75, No. 187 / Tuesday, September 28, 2010 / Proposed Rules

*Genetics and Small Population Size*

Small populations face three primary genetic risks: inbreeding depression; loss of genetic variation; and accumulation of new mutations. Inbreeding can have individual and population consequences by either increasing the phenotypic expression of recessive, deleterious alleles (the expression of harmful genes through the physical appearance) or by reducing the overall fitness of individuals in the population (GSRSC 2005, p.109 and references therein). At the species level, Gunnison sage-grouse have low levels of genetic diversity particularly when compared to greater sage-grouse (Oyler-McCance *et al.* 2005, p. 635). There is no consensus regarding how large a population must be in order to prevent inbreeding depression. However, the San Miguel Basin Gunnison sage-grouse effective population size was below the level at which inbreeding depression has been observed to occur (Stiver *et al.* 2008, p. 479). Lowered hatching success is a well documented correlate of inbreeding in wild bird populations (Stiver *et al.* 2008, p. 479 and references therein). Stiver *et al.* (2008, p. 479) suggested the observed lowered hatching success rate of Gunnison sage-grouse in their study may be caused by inbreeding depression. Similarities of hatchability rates exist among other bird species that had undergone genetic bottlenecks. The application of the same procedures of effective population size estimation as used for the San Miguel Basin to the other Gunnison sage-grouse populations indicated that all populations other than the Gunnison Basin population may have population sizes low enough to induce inbreeding depression; and all populations could be losing adaptive potential (Stiver *et al.* 2008, p. 479).

Population structure of Gunnison sage-grouse was investigated using mitochondrial DNA sequence (mtDNA, maternally inherited DNA located in cellular organelles called mitochondria) and nuclear microsatellite data from seven geographic areas (Cerro Summit–Cimarron–Sims Mesa, Crawford, Gunnison Basin, Curecanti area of the Gunnison Basin, Monticello–Dove Creek, Piñon Mesa, and San Miguel Basin) (Oyler-McCance *et al.* 2005, entire). The Cerro Summit–Cimarron–Sims Mesa population was not included in the analysis due to inadequate sample sizes. The Poncha Pass population also was not included as it is composed of individuals transplanted from Gunnison Basin. Oyler-McCance *et al.* (2005, entire) found that levels of genetic diversity were highest in the Gunnison Basin, which consistently had more alleles and most of the alleles present in other populations. All other populations had much lower levels of diversity.

The lower diversity levels are linked to small population sizes and a high degree of geographic isolation. Collectively, the smaller populations contain 24 percent of the genetic diversity of the species. Individually, each of the small populations may not be important genetically to the survival of the species, but collectively it is likely that 24 percent of the genetic diversity is important to future rangewide survival of the species. Some of the genetic makeup contained within the smaller populations (with the potential exception of the Poncha Pass population since it consists of birds from the Gunnison Basin) may be critical to maintaining adaptability in the face of issues such as climate change or other environmental change. All populations sampled were found to be genetically discrete units (Oyler-McCance *et al.* 2005, p. 635), so the loss of any of them would result in a decrease in genetic diversity of the species. In addition, multiple populations across a broad geographic area provide insurance against a single catastrophic event (such as the effects of a significant drought even), and the aggregate number of individuals across all populations increases the probability of demographic persistence and preservation of overall genetic diversity by providing an important genetic reservoir (GSRSC 2005, p. 179). Consequently, the loss of any one population would have a negative effect on the species as a whole.

Historically, the Monticello–Dove Creek, San Miguel, Crawford, and Piñon Mesa populations were larger and were connected through more contiguous areas of sagebrush habitat. A 20 percent loss of habitat and 37 percent fragmentation of sagebrush habitat was documented in southwestern Colorado between the late 1950s and the early 1990s (Oyler-McCance *et al.* 2001, p.), which led to the current isolation of these populations and is consistent with the documented low amounts of gene flow and isolation by distance (Oyler-McCance *et al.* 2005, p. 635). However, Oyler-McCance *et al.* (2005, p. 636) noted that a few individuals in their analysis appeared to have the genetic characteristics of a population other than their own, suggesting they were dispersers from a different population. Two probable dispersers were individuals moving from San Miguel into Monticello–Dove Creek and Crawford. The San Miguel population itself appeared to have a mixture of individuals with differing probabilities of belonging to different clusters. This information suggests that the San Miguel population may act as a conduit of gene flow among the satellite populations surrounding the larger Gunnison Basin population. Additionally, another potential disperser into Crawford was found from the Gunnison Basin (Oyler-McCance *et al.* 2005, p. 636). This result is not surprising given their close geographic proximity.

Effective population size (Ne) is an important parameter in conservation biology. It is defined as the size of an idealized population of breeding adults that would experience the same rate of (1) loss of heterozygosity (the amount and number of different genes within individuals in a population), (2) change in the average inbreeding coefficient (a calculation of the amount of breeding by closely related individuals), or (3) change in variance in allele (one member if a pair or series of genes occupying a specific position in a specific chromosome) frequency through population drift (the fluctuation in gene frequency occurring in an isolated population) as the actual population. The effective size of a population is often much less than its actual size or number of individuals. As effective population size decreases, the rate of loss of allelic diversity via genetic drift increases. Two consequences of this loss of genetic diversity, reduced fitness through inbreeding depression and reduced response to sustained directional selection ("adaptive potential"), are thought to increase extinction risk (Stiver *et al.*, 2008, p. 472 and references therein). While no consensus exists on the population size needed to retain a level of genetic diversity that maximizes evolutionary potential (i.e., the ability to adapt to local changes), up to 5,000 greater sage-grouse may be necessary to maintain an effective population size of 500 birds (Aldridge and Brigham, 2003, p. 30). Other recent recommendations also suggest populations of at least 5,000 individuals to deal with evolutionary and demographic constraints (Trail *et al.* 2009, in press, p. 3, and references therein). While the persistence of wild populations is usually influenced more by ecological rather than by genetic effects, once they are reduced in size, genetic factors become increasingly important (Lande 1995, p. 318).

The CDOW contracted for a population viability analysis (PVA) for the Gunnison sage-grouse (GSRSC 2005, Appendix G). The purpose of the Gunnison sage-grouse PVA was to assist

the CDOW in evaluating the relative risk of extinction for each population under the conditions at that time (i.e., the risk of extinction if nothing changed), to estimate relative extinction probabilities and loss of genetic diversity over time for various population sizes, and to determine the sensitivity of Gunnison sage-grouse population growth rates to various demographic parameters (GSRSC 2005, p. 169). The PVA was used as a tool to predict the relative, not absolute or precise, probability of extinction for the different populations under various management scenarios based on information available at that time and with the understanding that no data were available to determine how demographic rates would be affected by habitat loss or fragmentation. The analysis indicated that small populations (< 50 birds) are at a serious risk of extinction within the next 50 years (assuming some degree of consistency of environmental influences in sage-grouse demography). In contrast, populations in excess of 500 birds had an extinction risk of less than 5 percent within the same time period. These results suggested that the Gunnison Basin population is likely to persist long term in the absence of threats acting on it. In the absence of intervention, the Cerro Summit–Cimarron–Sims Mesa and Poncha Pass populations and the Dove Creek group of the Monticello–Dove Creek population were likely to become extirpated (GSRSC 2005, pp. 168-179). Based on 2009 population estimates and an overall declining population trend, the same three populations may soon be extirpated. Additionally, Gunnison sage-grouse estimates in the Crawford and Piñon Mesa populations have declined by over 50 percent since the PVA was conducted (Table 2), so they too are likely trending towards extirpation. The San Miguel population has declined by 40 percent since 2004, so cumulative factors may be combining to cause its future extirpation also.

The lack of large expanses of sagebrush habitat required by Gunnison sage-grouse in at least six of the seven Gunnison sage-grouse populations (as discussed in Factor A), combined with the results of the PVA and current population trends suggest that at least five, and most likely six, of the seven Gunnison sage-grouse populations are at high risk of extirpation. The loss of genetic diversity from the extirpation of the aforementioned populations would result in a loss of genetic diversity of the species as a whole and thus contribute to decreased functionality of these remaining populations in maintaining viability and adaptability, as well as the contribution of these populations to connectivity and the continued existence of the entire species.

Six of the seven Gunnison sage-grouse populations may have effective sizes low enough to induce inbreeding depression and all seven could be losing adaptive potential, with the assumption that the five populations smaller than the San Miguel population are exhibiting similar demography to the San Miguel population (Stiver *et al.* 2008, p. 479) and thus trending towards extirpation. Stiver (2008, p. 479) suggested that long-term persistence of the six smaller populations would require translocations to supplement genetic diversity. The only population currently providing individuals to be translocated is the Gunnison Basin population, but because of substantial population declines such as those observed between the 2001 and 2004 lek counts (Stiver *et al.*, 2008, p. 479), significant questions arise as to whether this population would be able to sustain the loss of individuals required by translocations. Lek counts, and consequently population estimates, especially in the San Miguel Basin and Gunnison Basin populations, have undergone substantial declines (Table 2) since peaks observed in the annual 2004 and 2005 counts, thus making inbreeding depression even more likely to be occurring within all populations except the Gunnison Basin. While we recognize that sage-grouse population sizes are cyclical, and that there are concerns about the statistical reliability of lek counts and the resulting population estimates (CDOW 2009a, pp. 1-3), we nonetheless believe that the overall declining trends of 6 of the 7 Gunnison sage-grouse populations, and for the species as a whole, are such that they are having a significant impact on the species' ability to persist.

In summary, the declines in estimates of grouse numbers since 2005 are likely to contribute to even lower levels of genetic diversity and higher levels of inbreeding depression than previously considered, thus making the species as a whole less adaptable to environmental variables and more vulnerable to extirpation. Based on the information presented above, we have determined that genetic risks related to the small population size of Gunnison sage-grouse are a threat to the species now and in the foreseeable future.

*Drought*

Drought is a common occurrence throughout the range of the Gunnison and greater sage-grouse (Braun 1998, p. 148) and is considered a universal ecological driver across the Great Plains (Knopf 1996, p.147). Infrequent, severe drought may cause local extinctions of annual forbs and grasses that have invaded stands of perennial species, and recolonization of these areas by native species may be slow (Tilman and El Haddi 1992, p. 263). Drought reduces vegetation cover (Milton *et al.* 1994, p. 75; Connelly *et al.* 2004, p. 7-18), potentially resulting in increased soil erosion and subsequent reduced root depths, decreased water infiltration, and reduced water storage capacity. Drought also can exacerbate other natural events such as defoliation of sagebrush by insects. For example, approximately 2,544 km² (982 mi²) of sagebrush shrublands died in Utah in 2003 as a result of drought and infestations with the *Aroga* (webworm) moth (Connelly *et al.* 2004, p. 5-11). Sage-grouse are affected by drought through the loss of vegetative habitat components, reduced insect production (Connelly and Braun 1997, p. 9), and potential increased risk of virus infections, such as the West Nile virus. These habitat component losses can result in declining sage-grouse populations due to increased nest predation and early brood mortality associated with decreased nest cover and food availability (Braun 1998, p. 149; Moynahan *et al.* 2007, p. 1781).

Greater sage-grouse populations declined during the 1930s period of drought (Patterson 1952, pp. 68-69; Braun 1998, p. 148). Drought conditions in the late 1980s and early 1990s also coincided with a period when sage-grouse populations were at historically low levels (Connelly and Braun 1997, p. 8). Although drought has been a consistent and natural part of the sagebrush-steppe ecosystem, drought impacts on sage-grouse can be exacerbated when combined with other habitat impacts, such as human developments, that reduce cover and food (Braun 1998, p. 148).

Aldridge *et al.* (2008, p. 992) found that the number of severe droughts from 1950 to 2003 had a weak negative effect on patterns of greater sage-grouse persistence. However, they cautioned that drought may have a greater influence on future sage-grouse populations as temperatures rise over the next 50 years, and synergistic effects of other threats affect habitat quality (Aldridge *et al.* 2008, p. 992). Populations on the periphery of the range may suffer extirpation during a severe and prolonged drought (Wisdom *et al.* in press, p. 22).

Gunnison sage-grouse are capable of enduring moderate or severe, but relatively short-term, drought as observed from persistence of the

populations during drought conditions from 1999-2003 throughout much of the range. The drought that began by at least 2001 and was most severe in 2002 had varying impacts on Gunnison sage-grouse habitat and is discussed in detail in our April 18, 2006, finding (71 FR 19954). Habitat appeared to be negatively affected by drought across a broad area of the Gunnison sage-grouse's range. However, the reduction of sagebrush density in some areas, allowing for greater herbaceous growth and stimulating the onset of sagebrush seed crops may have been beneficial to sagebrush habitats over the long term. Six of the seven grouse populations (except for the Gunnison Basin population) have decreased in number since counts were conducted during the drought year of 2002 (Table 2). Data are not available to scientifically determine if the declines are due to the drought alone. The current status of the various populations throughout the species' range make it highly susceptible to stochastic factors such as drought, particularly when it is acting in conjunction with other factors such as habitat fragmentation, small population size, predation, and low genetic diversity. We believe that the available information is too speculative to conclude that drought alone is a threat to the species at this time; however, based on rapid species decline in drought years, it is likely that drought exacerbates other known threats and thus is an indirect threat to the species.

*Recreation*

Studies have determined that nonconsumptive recreational activities can degrade wildlife resources, water, and the land by distributing refuse, disturbing and displacing wildlife, increasing animal mortality, and simplifying plant communities (Boyle and Samson 1985, pp. 110-112). Sage-grouse response to disturbance may be influenced by the type of activity, recreationist behavior, predictability of activity, frequency and magnitude, timing, and activity location (Knight and Cole 1995, p. 71). We have not located any published literature concerning measured direct effects of recreational activities on Gunnison or greater sage-grouse, but can infer potential impacts on Gunnison sage-grouse from studies on related species and from research on nonrecreational activities. Baydack and Hein (1987, p. 537) reported displacement of male sharp-tailed grouse at leks from human presence resulting in loss of reproductive opportunity during the disturbance period. Female sharp-tailed grouse were observed at undisturbed

leks while absent from disturbed leks during the same time period (Baydack and Hein 1987, p. 537). Disturbance of incubating female sage-grouse could cause displacement from nests, increased predator risk, or loss of nests. Disruption of sage-grouse during vulnerable periods at leks, or during nesting or early brood rearing could affect reproduction or survival (Baydack and Hein 1987, pp. 537-538).

Recreational use of off-highway vehicles (OHVs) is one of the fastest-growing outdoor activities. In the western United States, greater than 27 percent of the human population used OHVs for recreational activities between 1999 and 2004 (Knick *et al.*, in press, p. 19). Knick *et al.* (in press, p. 1) reported that widespread motorized access for recreation facilitated the spread of predators adapted to humans and the spread of invasive plants. Any high-frequency human activity along established corridors can affect wildlife through habitat loss and fragmentation (Knick *et al.* in press, p. 25). The effects of OHV use on sagebrush and sage-grouse have not been directly studied (Knick *et al.* in press, p. 25). However, local working groups considered recreational uses, such as off-road vehicle use and biking, to be a risk factor in many areas.

Recreation from OHVs, hikers, mountain bikes, campers, snowmobiles, bird watchers, and other sources has affected many parts of the range, especially portions of the Gunnison Basin and Piñon Mesa population (BLM 2005a, p. 14; BLM 2005d, p. 4; BLM 2009, p. 36). These activities can result in abandonment of lekking activities and nest sites, energy expenditure reducing survival, and greater exposure to predators (GSRSC 2005).

Recreation is a significant use on lands managed by BLM (Connelly *et al.* 2004, p. 7-26). Recreational activities within the Gunnison Basin are widespread, occur during all seasons of the year, and have expanded as more people move to the area or come to recreate (BLM 2009, pp. 36-37). Four wheel drive, OHV, motorcycle, and other means of mechanized travel have been increasing rapidly. The number of annual OHV registrations in Colorado increased from 12,000 in 1991 to 131,000 in 2007 (BLM 2009, p. 37). Recreational activities are recognized as a direct and indirect threat to the Gunnison sage-grouse and their habitat (BLM 2009, p. 36). The Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forest is the fourth most visited National Forest in the Rocky Mountain Region of the USFS (Region 2) (Kocis *et al.*, 2004 in Draft

Environmental Impact Statement for Gunnison Basin Federal Lands Travel Management (2009, p. 137)). The GMUG is the second most heavily visited National Forest on the western slope of Colorado (DEIS Gunnison Basin Federal Lands Travel Management 2009, p. 137). However, it is unknown what percentage of the visits occur within Gunnison sage-grouse habitat on the Gunnison Ranger District ((DEIS Gunnison Basin Federal Lands Travel Management 2009, p. 137). With human populations expected to increase in towns and cities within and adjacent to the Gunnison Basin and nearby populations (see Factor A), we believe the impacts to Gunnison sage-grouse from recreational use will continue to increase.

The BLM and Gunnison County have 38 closure points within the Basin from March 15 to May 15 each year (BLM 2009, p. 40). While road closures may be violated in a small number of situations, we believe that road closures are having a beneficial effect on Gunnison sage-grouse through avoidance and/or minimization of impacts during the breeding season.

Dispersed camping occurs at a low level on public lands in all of the populations, particularly during the hunting seasons for other species. However, we have no information indicating that these camping activities are adversely affecting Gunnison sage-grouse.

Domestic dogs accompanying recreationists or associated with residences can disturb, harass, displace, or kill Gunnison sage-grouse. Authors of many wildlife disturbance studies concluded that dogs with people, dogs on leash, or loose dogs provoked the most pronounced disturbance reactions from their study animals (Sime 1999 and references within). The primary consequences of dogs being off leash is harassment, which can lead to physiological stress as well as the separation of adult and young birds, or flushing incubating birds from their nest. However, we have no data indicating that this activity is adversely affecting Gunnison sage-grouse population numbers such that it can be considered a rangewide or population-level threat.

Recreational activities as discussed above do not singularly pose a significant threat to Gunnison sage-grouse now or are expected to do so in the foreseeable future. However, there may be certain situations where recreational activities are impacting local concentrations of Gunnison sage-grouse, especially in areas where habitat is already fragmented such as in the six

small populations and in certain areas within the Gunnison Basin.

*Pesticides and Herbicides*

Insects are an important component of sage-grouse chick and juvenile diets (GSRSC 2005, p.132 and references therein). Insects, especially ants (Hymenoptera) and beetles (Coleoptera), can comprise a major proportion of the diet of juvenile sage-grouse and are important components of early brood-rearing habitats (GSRSC 2005, p. 132 and references therein). Most pesticide applications are not directed at control of ants and beetles. Pesticides are used primarily to control insects causing damage to cultivated crops on private lands and to control grasshoppers (Orthoptera) and Mormon crickets (*Mormonius sp.*) on public lands.

Few studies have examined the effects of pesticides to sage-grouse, but at least two have documented direct mortality of greater sage-grouse from use of these chemicals. Greater sage-grouse died as a result of ingestion of alfalfa sprayed with organophosphorus insecticides (Blus *et al.* 1989, p. 1142; Blus and Connelly 1998, p. 23). In this case, a field of alfalfa was sprayed with methamidophos and dimethoate when approximately 200 greater sage-grouse were present; 63 of these sage-grouse were later found dead, presumably as a result of pesticide exposure (Blus *et al.* 1989; p. 1142, Blus and Connelly 1998, p. 23). Both methamidophos and dimethoate remain registered for use in the United States (Christiansen and Tate in press, p. 21), but we found no further records of sage-grouse mortalities from their use. In 1950, rangelands treated with toxaphene and chlordane bait to control grasshoppers in Wyoming resulted in game bird mortality of 23.4 percent (Christian and Tate in press, p. 20). Forty-five greater sage-grouse deaths were recorded, 11 of which were most likely related to the pesticide (Christiansen and Tate in press, p. 20, and references therein). Greater sage-grouse who succumbed to vehicle collisions and mowing machines in the same area also were likely compromised from pesticide ingestion (Christian and Tate in press, p. 20). Neither of these chemicals has been registered for grasshopper control since the early 1980s (Christiansen and Tate in press, p. 20, and references therein).

Infestations of Russian wheat aphids (*Diuraphis noxia*) have occurred in Gunnison sage-grouse occupied range in Colorado and Utah (GSRSC 2005, p. 132). Disulfoton, a systemic organophosphate extremely toxic to wildlife, was routinely applied to over 400,000 ha (million ac) of winter wheat

crops to control the aphids during the late 1980s. We have no data indicating there were any adverse effects to Gunnison sage-grouse (GSRSC 2005, p. 132). More recently, an infestation of army cutworms (*Euxoa auxiliaries*) occurred in Gunnison sage-grouse habitat along the Utah-Colorado State line. Thousands of ha (thousands of ac) of winter wheat and alfalfa fields were sprayed with insecticides such as permethrin by private landowners to control them (GSRSC 2005, p. 132) but again, we have no data indicating any adverse effects to Gunnison sage-grouse.

Game birds that ingested sublethal levels of pesticides have been observed exhibiting abnormal behavior that may lead to a greater risk of predation (Dahlen and Haugen 1954, p. 477; McEwen and Brown 1966, p. 609; Blus *et al.* 1989, p. 1141). McEwen and Brown (1966, p. 689) reported that wild sharp-tailed grouse poisoned by malathion and dieldrin exhibited depression, dullness, slowed reactions, irregular flight, and uncoordinated walking. Although no research has explicitly studied the indirect levels of mortality from sublethal doses of pesticides (e.g., predation of impaired birds), it has been assumed to be the reason for mortality among some study birds (McEwen and Brown 1966 p. 609; Blus *et al.* 1989, p. 1142; Connelly and Blus 1991, p. 4). Both Post (1951, p. 383) and Blus *et al.* (1989, p. 1142) located depredated sage-grouse carcasses in areas that had been treated with insecticides. Exposure to these insecticides may have predisposed sage-grouse to predation. Sage-grouse mortalities also were documented in a study where they were exposed to strychnine bait used to control small mammals (Ward *et al.* 1942 as cited in Schroeder *et al.* 1999, p. 16). While we do not have specific information of these effects occurring in Gunnison sage-grouse, we believe the effects observed in greater sage-grouse can be expected if similar situations arise within Gunnison sage-grouse habitat.

Cropland spraying may affect populations that are not adjacent to agricultural areas, given the distances traveled by females with broods from nesting areas to late brood-rearing areas (Knick *et al.* in press, p. 17). The actual footprint of this effect cannot be estimated, because the distances sage-grouse travel to get to irrigated and sprayed fields is unknown (Knick *et al.* in press, p. 17). Similarly, actual mortalities from pesticides may be underestimated if sage-grouse disperse from agricultural areas after exposure.

Much of the research related to pesticides that had either lethal or

sublethal effects on greater sage-grouse was conducted on pesticides that have been banned or have had their use further restricted for more than 20 years due to their toxic effects on the environment (e.g., dieldrin). We currently do not have any information to show that the banned pesticides are having negative impacts to sage-grouse populations through either illegal use or residues in the environment. For example, sage-grouse mortalities were documented in a study where they were exposed to strychnine bait used to control small mammals (Ward *et al.* 1942 as cited in Schroeder *et al.* 1999, p. 16). According to the U.S. Environmental Protection Agency (EPA), above-ground uses of strychnine were prohibited in 1988 and those uses remain temporarily cancelled today. We do not know when, or if, above-ground uses will be permitted to resume. Currently, strychnine is registered for use only below-ground as a bait application to control pocket gophers (*Thomomys* sp.; EPA 1996, p. 4). Therefore, the current legal use of strychnine baits is unlikely to present a significant exposure risk to sage-grouse. No information on illegal use, if it occurs, is available. We have no other information regarding mortalities or sublethal effects of strychnine or other banned pesticides on sage-grouse.

Although a reduction in insect population levels resulting from insecticide application can potentially affect nesting sage-grouse females and chicks (Willis *et al.* 1993, p. 40; Schroeder *et al.* 1999, p. 16), there is no information as to whether insecticides are impacting survivorship or productivity of the Gunnison sage-grouse.

Herbicide applications can kill sagebrush and forbs important as food sources for sage-grouse (Carr 1968 *in* Call and Maser 1985, p. 14). The greatest impact resulting from a reduction of either forbs or insect populations is to nesting females and chicks due to the loss of potential protein sources that are critical for successful egg production and chick nutrition (Johnson and Boyce 1991, p. 90; Schroeder *et al.* 1999, p. 16). A comparison of applied levels of herbicides with toxicity studies of grouse, chickens, and other gamebirds (Carr 1968, *in* Call and Maser 1985, p. 15) concluded that herbicides applied at recommended rates should not result in sage-grouse poisonings.

Use of insecticides to control mosquitoes is infrequent and probably does not have detrimental effects on sage-grouse. Available insecticides that kill adult mosquitoes include synthetic pyrethroids such as permethrin, which

are applied at very low concentrations and have very low vertebrate toxicity (Rose 2004). Organophosphates such as malathion have been used at very low rates to kill adult mosquitoes for decades, and are judged relatively safe for vertebrates (Rose 2004).

In summary, historically insecticides have been shown to result in direct mortality of individuals, and also can reduce the availability of food sources, which in turn could contribute to mortality of sage-grouse. Despite the potential effects of pesticides, we could find no information to indicate that the use of these chemicals, at current levels, negatively affects Gunnison sage-grouse population numbers. Schroeder *et al.*'s (1999, p. 16) literature review found that the loss of insects can have significant impacts on nesting females and chicks, but those impacts were not detailed. Many of the pesticides that have been shown to have an effect on sage-grouse have been banned in the United States for more than 20 years. We currently do not have any information to show that either the illegal use of banned pesticides or residues in the environment are presently having negative impacts to sage-grouse populations. While the reduction in insect availability via insecticide application has not been documented to affect overall population numbers in sage-grouse, we believe that insect reduction, because of its importance to chick production and survival, could be having as yet undetected negative impacts in populations with low population numbers. There is no information available to indicate that either herbicide or insecticide applications pose a threat to the species now or in the foreseeable future.

### Contaminants

Gunnison sage-grouse exposure to various types of environmental contaminants may potentially occur as a result of agricultural and rangeland management practices, mining, energy development and pipeline operations, and transportation of materials along highways and railroads.

We expect that the number of sage-grouse occurring in the immediate vicinity of wastewater pits associated with energy development would be small due to the small amount of energy development within the species' range, the typically intense human activity in these areas, the lack of cover around the pits, and the fact that sage-grouse do not require free water. Most bird mortalities recorded in association with wastewater pits are water-dependent species (e.g., waterfowl), whereas dead ground-dwelling birds (such as sage-grouse)

are rarely found at such sites (Domenici 2008, pers. comm.). However, if the wastewater pits are not appropriately screened, sage-grouse may have access to them and could ingest water and become oiled while pursing insects. If these birds then return to sagebrush cover and die, their carcasses are unlikely to be found as only the pits are surveyed.

A few gas and oil pipelines occur within the San Miguel population. Exposure to oil or gas from pipeline spills or leaks could cause mortalities or morbidity to Gunnison sage-grouse. Similarly, given the network of highways and railroad lines that occur throughout the range of the Gunnison sage-grouse, there is some potential for exposure to contaminants resulting from spills or leaks of hazardous materials being conveyed along these transportation corridors. We found no documented occurrences of impacts to Gunnison sage-grouse from such spills, and we do not expect they are a significant source of mortality and a threat to the species because these types of spills occur infrequently and may involve only a small area within the occupied range of the species.

### Summary of Factor E

Although genetic consequences of low Gunnison sage-grouse population numbers have not been definitively detected to date, the results from Stiver *et al.* (2008, p. 479) suggest that six of the seven populations may have effective sizes low enough to induce inbreeding depression and all seven could be losing adaptive potential. While some of these consequences may be ameliorated by translocations, we believe the long-term viability of Gunnison sage-grouse is compromised by this situation, particularly when combined with threats discussed under other Factors, and we have determined that genetics risks related to the small population size of Gunnison sage-grouse are a threat to the species now and in the foreseeable future.

While sage-grouse have evolved with drought, population numbers suggest that drought is at least correlated with, and potentially an underlying cause of, the declines. Although we cannot determine whether drought alone is a threat to the species, we believe it is an indirect threat exacerbating other threat factors such as predation or habitat fragmentation. Based on the available information, insecticides are being used infrequently enough and in accordance with manufacturer labeling such that they are not adversely affecting populations of the Gunnison sage-grouse. The most likely impact of

pesticides on Gunnison sage-grouse is the reduction of insect prey items. However, we could find no information to indicate that use of pesticides, in accordance with their label instructions, is a threat to Gunnison sage-grouse.

Thus, based on the best scientific and commercial data available, we have concluded that other natural or manmade factors are a significant threat to the Gunnison sage-grouse.

### Finding

We have carefully assessed the best scientific and commercial information available regarding the present and future threats to the Gunnison sage-grouse. We have reviewed the information available in our files, information received during the comment period, and other published and unpublished information, and consulted with recognized Gunnison-sage grouse and sagebrush habitat experts. On the basis of the best scientific and commercial information available, we find that listing of the Gunnison sage-grouse is warranted throughout all of its range.

Gunnison sage-grouse, a sagebrush obligate, are a landscape-scale species requiring large, contiguous areas of sagebrush for long-term persistence. Gunnison sage-grouse occur in seven isolated and fragmented populations, primarily in southwestern Colorado, with a small portion of its range extending into southeastern Utah. Populations have been declining since the 1960s, with the Gunnison Basin population the only relatively stable population. Six of the seven remaining populations are now small enough to be vulnerable to extirpation (Stiver *et al.* 2008, p. 479). Specific issues identified under Factors A, C, D, and E are threats to the Gunnison sage-grouse. These threats are exacerbated by small population sizes, the isolated and fragmented nature of the remaining sagebrush habitat, and the potential effects of climate change.

Current and future direct and functional loss of habitat due to residential and road development in all populations (as discussed in Factor A) is the principal threat to the Gunnison sage-grouse. Other threats from human infrastructure such as fences and powerlines (as discussed in Factor A) may not individually threaten the Gunnison sage-grouse; however, the cumulative presence of these features, particularly when considered with residential and road development, do constitute a threat to the continued existence of the Gunnison sage-grouse as they collectively contribute to habitat loss and fragmentation. These impacts

BLM_0071309

exacerbate the fragmentation that has already occurred in Gunnison sage-grouse habitat from past agricultural conversion and residential development. Gunnison sage-grouse are sensitive to these forms of habitat fragmentation because they require large areas of contiguous, suitable habitat. Given the increasing human population trends in Gunnison sage-grouse habitat, we expect urban and exurban development and associated roads and infrastructure to continue to expand. Likewise, we expect direct and indirect effects from these activities, including habitat loss, degradation and fragmentation, to increase in sage-grouse habitats.

Invasive species, fire, and climate change (as discussed in Factor A) may not individually threaten the Gunnison sage-grouse; however, the documented synergy among these factors result in a high likelihood that they will threaten the species in the future. Noxious and invasive plant incursions into sagebrush ecosystems, which are facilitated by human activities and fragmentation, are likely to increase wildfire frequencies, further contributing to direct loss of habitat and fragmentation. Climate change may alter the range of invasive plants, intensifying the proliferation of invasive plants to the point that they become a threat to the species. While recent local climatic moderations may have produced some improved habitat quality (increased forb and grass growth providing enhanced grouse productivity and survival). Habitat conservation efforts have been implemented to benefit local habitat conditions, but they have not cumulatively resulted in local population recoveries because unfragmented sagebrush habitats on the scale required that contain the necessary ecological attributes (e.g., connectivity and landscape context) have been lost. Sagebrush habitats are highly fragmented due to anthropogenic impacts, and in most cases are not resilient enough to return to native vegetative states following disturbance from fire, invasive species, and the effects of climate change. We expect these threats to continue and potentially increase in magnitude in the future.

We found no evidence that the threats summarized above, which contribute to habitat loss, degradation and fragmentation will subside within the foreseeable future. Six populations are extremely small and compromised by existing fragmentation. The one remaining relatively contiguous patch of habitat (Gunnison Basin) for the species is somewhat compromised by existing fragmentation. Based on the current and anticipated habitat threats and their

cumulative effects as they contribute to the overall fragmentation of Gunnison sage-grouse habitat, we have determined that threats identified under Factor A pose a significant threat to the species throughout its range. We find that the present or threatened destruction, modification, or curtailment of Gunnison sage-grouse habitat is a threat to the species future existence.

We believe that existing and continued landscape fragmentation will increase the effects of predation (discussed in Factor C above) on this species, particularly in the six smaller populations, resulting in a reduction in sage-grouse productivity and abundance in the future. Predation has a strong relationship with anthropogenic factors on the landscape, and human presence on the landscape will continue to increase in the future. We find that predation is a significant threat to the species.

West Nile virus (discussed in Factor C above) is the only disease that currently presents a potential threat to the Gunnison sage-grouse. While we have no evidence of West Nile virus acting on the Gunnison sage-grouse, because of the virus's presence within the species' range and the continued development of anthropogenic water sources in the area, the virus may pose a future threat to the species. We have determined that disease is not currently a threat to the species. However, we anticipate that West Nile virus will persist within the range of Gunnison sage-grouse indefinitely and will be exacerbated by factors such as climate change that could increase ambient temperatures and the presence of the vector on the landscape.

An examination of regulatory mechanisms (discussed in Factor D above) for both the Gunnison sage-grouse and sagebrush habitats revealed that while limited mechanisms exist, they are not broad enough in their potential conservation value throughout the species range, and are not being implemented consistent with our current understanding of the species' biology and reaction to disturbances, to be effective at ameliorating threats. This is particularly true on private lands, which comprise 41 percent of the species' extant range and are highly dispersed throughout all populations. Inadequate regulation of grazing practices on public land is occurring in some locations within the species' range. Public land management agencies should continue to improve habitat conditions to be compatible with Gunnison sage-grouse life-history requirements. Some local conservation efforts are effective and should be

continued, but to date have occurred on a scale that is too small to remove threats at a range-wide level. Many conservation efforts lacked sufficient monitoring to demonstrate their overall effectiveness in minimizing or eliminating the primary threat of habitat loss, fragmentation, and degradation. Therefore, we find the existing regulatory mechanisms are ineffective at ameliorating habitat-based threats.

Small population size and genetic factors (discussed in Factor E above) subject at least six of the seven populations to a high risk of extirpation from stochastic events. All populations are currently isolated as documented by low amounts of gene flow (Oyler-McCance *et al.* 2005, p. 635). The loss of connectivity and the concomitant isolation of the populations also increase the species' extinction risk. Fitness and population size are strongly correlated, and smaller populations are more subject to environmental and demographic stochasticity. When coupled with mortality stressors related to human activity and significant fluctuations in annual population size, long-term persistence of small populations is always problematic. Given the species' relatively low rate of growth and strong site fidelity, recovery and repopulation of extirpated, or nearly extirpated areas, will be extremely challenging. Translocation of Gunnison sage-grouse is difficult and to date has not been demonstrated to be successful in maintaining and improving population and species viability. Given the limited number of source individuals, sustainable, successful translocation efforts involving large numbers of individuals are unlikely at this time. Recent captive-rearing efforts by CDOW have provided some optimistic results. Nonetheless, even assuming CDOW captive-rearing and tranlocation efforts prove to be successful in the long-term, the existing condition of the habitat throughout the species' range will need to be improved, before captive rearing and translocation can be relied on to maintain population and species viability.

The existing and continuing loss, degradation, and fragmentation of sage-grouse habitat; extremely small population sizes; occupancy of extremely small, isolated, and fragmented sagebrush areas; increased susceptibility to predation; lack of interconnectivity; low genetic diversity; and the potential for catastrophic stochastic (random) events, combined with the inadequacy of existing regulations to manage habitat loss (either direct or functional), endanger all Gunnison sage-grouse populations

and the species as a whole. Threat factors affecting the Gunnison sage-grouse are summarized in Table 5 below. As required by the Act, we have reviewed and taken into account efforts being made to protect Gunnison sage-grouse. Although some local conservation efforts have been implemented and are effective in small areas, they are not at a scale that is sufficient to ameliorate threats to the species as a whole. Other conservation efforts (such as habitat treatments, establishment of conservation easements, improved grazing practices, additional travel management efforts that benefit Gunnison sage-grouse) are being planned, but there is substantial uncertainty as to whether, where, and when they will be implemented, and whether they will be effective.

BLM_0071311

TABLE 5. THREAT SUMMARY FOR FACTORS AFFECTING GUNNISON SAGE-GROUSE. A "+" INDICATES HIGHER LEVEL OF THREAT.

| Listing Factor | Threat or Impact | Magnitude | | | Imminence | | Species' Response | Foreseeable Future | Overall Threat |
|---|---|---|---|---|---|---|---|---|---|
| | | Overall Magnitude | Intensity | Exposure (percent) | Overall Imminence | Likelihood | | | |
| A | Conversion to Agriculture | Moderate | Moderate | 40% | Non-Imminent | Low | Past conversion contributes to current habitat fragmentation and degradation. | Year 2050[a] | Low |
| A | Water Development | Low | Low | <20% | Non-Imminent | Low | Past development contributes to habitat fragmentation and degradation | Year 2050 | Low |
| A | Residential Development | High+ | High | 70% | Imminent | High | Habitat loss, fragmentation and degradation; increased predation | Year 2050 | High |
| A | Fences | Moderate | Low | 75% | Imminent | High | Habitat fragmentation and degradation; increased predation; direct mortality | Year 2050 | Moderate |
| A | Roads | High+ | High | 90% | Imminent | High | Habitat loss, fragmentation and degradation; increased predation; direct mortality | Year 2050 | High |
| A | Powerlines | Moderate | Moderate | 60% | Imminent | High | Habitat loss, fragmentation and degradation; increased predation | Year 2050 | Moderate+ |
| A | Fire | Low | Low | 10% | Non-Imminent | Low | Habitat loss, fragmentation, and degradation | Likely to increase indefinitely with cheatgrass invasion | Low+ |
| A | Invasive Plants | Moderate | Moderate | 65% | Imminent | Moderate | Habitat loss, fragmentation, and degradation | Likely to increase indefinitely due to increased human presence and climate change | Moderate+ |
| A | Piñon-Juniper Encroachment | Low | Low | 15% | Imminent | Moderate | Habitat fragmentation and degradation; increased predation | Indefinitely | Low |
| A | Domestic and Wild Ungulate Herbivory | High | Low | 85% | Imminent | Moderate | Habitat degradation | Indefinitely | Moderate |

Federal Register / Vol. 75, No. 187 / Tuesday, September 28, 2010 / Proposed Rules

BLM_0071312

TABLE 5. THREAT SUMMARY FOR FACTORS AFFECTING GUNNISON SAGE-GROUSE. A "+" INDICATES HIGHER LEVEL OF THREAT.—Continued

| Listing Factor | Threat or Impact | Magnitude | | | Imminence | | Species' Response | Foreseeable Future | Overall Threat |
|---|---|---|---|---|---|---|---|---|---|
| | | Overall Magnitude | Intensity | Exposure (percent) | Overall Imminence | Likelihood | | | |
| A | Non-renewable Energy Development | Low+ | Moderate | 10% | Imminent | Low | Habitat fragmentation and degradation; increased predation | Year 2050 | Low |
| A | Renewable Energy Development | Low+ | Low+ | 15% | Non-Imminent | Moderate | Habitat fragmentation and degradation; increased predation | Year 2050 | Low |
| A | Climate Change | Low | Moderate | 100% | Imminent | Moderate | Unknown, but could facilitate increase in invasive plants and corresponding increased fire frequency | Climate models predict out to 40 years | Low |
| B | Hunting | Low | Low | 0% | Non-Imminent | Low | None | Year 2050 | Low |
| B | Lek Viewing | Low | Low | 10% | Imminent | Moderate | Harassment; avoidance | Year 2050 | Low |
| B | Scientific Research | Low+ | Low+ | 50% | Imminent | Moderate | Harassment; direct mortality | Year 2050 | Low |
| C | Disease | Low | Low | 100% | Non-Imminent | Moderate | Direct mortality | Indefinitely | Low |
| C | Predation | High | Moderate+ | 90% | Imminent | High | Direct mortality | Indefinitely | Moderate+ |
| D | Inadequacy of Local Laws and Regulations | High | Moderate | 50% | Imminent | High | Habitat loss, fragmentation, and degradation | Year 2050 | High |
| D | Inadequacy of State Laws and Regulations | Moderate | High | 60% | Imminent | High | Habitat loss, fragmentation, and degradation | Year 2050 | Moderate |
| D | Inadequacy of Federal Laws and Regulations | High | High | 75% | Imminent | High | Habitat loss, fragmentation, and degradation | Year 2050 | High |
| E | Genetic Complications | High | Moderate+ | 70% | Imminent | High | Inbreeding depression; loss of adaptive potential | Indefinitely | High |
| E | Small Population Size | Moderate+ | Moderate+ | 60% | Imminent | High | Population vulnerability to stochastic events | Indefinitely | Moderate+ |
| E | Drought | Moderate+ | High | 100% | Imminent | Moderate | Habitat degradation; decline in species reproductive potential | Indefinitely | Moderate |
| E | Recreation | Low | Low+ | 50% | Imminent | Moderate | Harassment; avoidance | Year 2050 | Low |
| E | Pesticides and Herbicides | Low | Low | 10% | Non-Imminent | Low | Direct mortality; habitat degradation | Year 2050 | Low |
| E | Contaminants | Low | Low | <5% | Non-Imminent | Low | Direct mortality | Year 2050 | Low |

a The foreseeable future date of 2050 was determined for threats or impacts directly related to anthropogenic activities based on the furthest population projection from CWCB (2009, p. 53).

Listing factors include: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence.

We have carefully assessed the best scientific and commercial information available regarding the present and future threats to the Gunnison sage-grouse. We have reviewed petitions, information available in our files, and other published and unpublished information, and consulted with recognized Gunnison sage-grouse and greater sage-grouse experts. We have considered and taken into account efforts being made to conserve protect the species. On the basis of the best scientific and commercial information available, we find that listing of the Gunnison sage-grouse is warranted throughout all of its range. However, listing the Gunnison sage-grouse is precluded by higher priority listing actions at this time, as discussed in the **Preclusion and Expeditious Progress** section below.

**Listing Priority Number**

The Service adopted guidelines on September 21, 1983 (48 FR 43098), to establish a rational system for utilizing available resources for the highest priority species when adding species to the Lists of Endangered or Threatened Wildlife and Plants or reclassifying species listed as threatened to endangered status. These guidelines, titled "Endangered and Threatened Species Listing and Recovery Priority Guidelines" address the immediacy and magnitude of threats, and the level of taxonomic distinctiveness by assigning priority in descending order to monotypic genera (genus with one species), full species, and subspecies (or equivalently, distinct population segments of vertebrates).

As a result of our analysis of the best available scientific and commercial information, we assigned the Gunnison sage-grouse an LPN of 2 based on our finding that the species faces threats that are of high magnitude and are imminent. These threats include the present or threatened destruction, modification, or curtailment of its habitat; predation; the inadequacy of existing regulatory mechanisms; and other natural or man-made factors affecting its continued existence. Our rationale for assigning the Gunnison sage-grouse an LPN 2 is outlined below.

Under the Service's LPN Guidance, the magnitude of threat is the first criterion we look at when establishing a listing priority. The guidance indicates that species with the highest magnitude of threat are those species facing the greatest threats to their continued existence. These species receive the highest listing priority. We consider the threats that the Gunnison sage-grouse faces to be high in magnitude because the major threats (exurban development, inadequacy of regulatory mechanisms, genetic issues, roads) occur throughout all of the species range. Based on an evaluation of biotic, abiotic, and anthropogenic factors, no strongholds are believed to exist for Gunnison sage-grouse (Wisdom *et al.*, in press, entire). All seven populations are experiencing habitat degradation and fragmentation due to exurban development and roads. Six of the seven populations of Gunnison sage-grouse currently contain so little occupied habitat that continued degradation and fragmentation will place their continued existence in question. The remaining population (Gunnison Basin) is so interspersed with development and roads that it is likely to degrade and fragment the habitat (Aldridge and Saher, in press, entire). We believe it is not functional for a species that requires large expanses of sagebrush. Six of the seven populations of Gunnison sage-grouse have population sizes low enough to induce inbreeding depression, and all seven may be losing their adaptive potential (Stiver 2008, p. 479). Predation is exerting a strong influence on all populations, but especially the six smaller populations. Invasive weeds are likely to exert a strong influence on all populations in the future. Adequate regulations are not in place at the local, State, or Federal level to adequately minimize the threat of habitat degradation and fragmentation resulting from exurban development. Regulatory mechanisms are not being appropriately implemented such that land use practices result in habitat conditions that adequately support the life-history needs of the species. Adequate regulations are also not in place to ameliorate the threats resulting from predation, genetic issues, or invasive weeds. Due to the impacts resulting from the issues described above and the current small population sizes and habitat areas, impacts from other stressors such as fences, recreation, grazing, powerlines, and drought/weather are likely acting cumulatively to further decrease the likelihood of at least the six small populations, and potentially all seven, persisting into the

future. We believe the ability of all remaining populations and habitat areas to retain the attributes required for long-term sustainability of this landscape-scale species are highly diminished indicating that the magnitude of threats is high.

Under our LPN Guidance, the second criterion we consider in assigning a listing priority is the immediacy of threats. This criterion is intended to ensure that the species facing actual, identifiable threats are given priority over those for which threats are only potential or that are intrinsically vulnerable but are not known to be presently facing such threats. We consider the threats imminent because we have factual information that the threats are identifiable and that the species is currently facing them in many portions of its range. These actual, identifiable threats are covered in great detail in Factors A, C, D, and E of this finding and currently include habitat degradation and fragmentation from exurban development and roads, inadequate regulatory mechanisms, genetic issues, predation, invasive plants, and drought/weather. In addition to their current existence, we expect these threats to continue and likely intensify in the foreseeable future.

The third criterion in our LPN guidance is intended to devote resources to those species representing highly distinctive or isolated gene pools as reflected by taxonomy. The Gunnison sage-grouse is a valid taxon at the species level, and therefore receives a higher priority than subspecies or DPSs, but a lower priority than species in a monotypic genus.

We will continue to monitor the threats to the Gunnison sage-grouse, and the species' status on an annual basis, and should the magnitude or the imminence of the threats change, we will re-visit our assessment of LPN.

Currently, work on a proposed listing determination for the Gunnison sage-grouse is precluded by work on higher priority listing actions with absolute statutory, court-ordered, or court-approved deadlines and final listing determinations for those species that were proposed for listing with funds from FY 2009. Additionally, remaining listing funding from FY 2010 has been directed to work on listing determinations for species at significantly greater risk of extinction than the Gunnison sage-grouse faces. Because of the large number of high-priority species, we further ranked the candidate species with an LPN of 2. The resulting "Top 40" list of candidate species have the highest priority to receive funding to work on a proposed

listing determination (see the **Preclusion and Expeditious Progress** section below). This work includes all the actions listed in the tables below under expeditious progress.

*Preclusion and Expeditious Progress*

Preclusion is a function of the listing priority of a species in relation to the resources that are available and competing demands for those resources. Thus, in any given fiscal year (FY), multiple factors dictate whether it will be possible to undertake work on a proposed listing regulation or whether promulgation of such a proposal is warranted but precluded by higher-priority listing actions.

The resources available for listing actions are determined through the annual Congressional appropriations process. The appropriation for the Service Listing Program is available to support work involving the following listing actions: Proposed and final listing rules; 90–day and 12–month findings on petitions to add species to the Lists of Endangered and Threatened Wildlife and Plants (Lists) or to change the status of a species from threatened to endangered; annual determinations on prior "warranted but precluded" petition findings as required under section 4(b)(3)(C)(i) of the Act; critical habitat petition findings; proposed and final rules designating critical habitat; and litigation-related, administrative, and program-management functions (including preparing and allocating budgets, responding to Congressional and public inquiries, and conducting public outreach regarding listing and critical habitat). The work involved in preparing various listing documents can be extensive and may include, but is not limited to: Gathering and assessing the best scientific and commercial data available and conducting analyses used as the basis for our decisions; writing and publishing documents; and obtaining, reviewing, and evaluating public comments and peer review comments on proposed rules and incorporating relevant information into final rules. The number of listing actions that we can undertake in a given year also is influenced by the complexity of those listing actions; that is, more complex actions generally are more costly. The median cost for preparing and publishing a 90–day finding is $39, 276; for a 12–month finding, $100,690; for a proposed rule with critical habitat, $345,000; and for a final listing rule with critical habitat, the median cost is $305,000.

We cannot spend more than is appropriated for the Listing Program without violating the Anti-Deficiency

Act (see 31 U.S.C. 1341(a)(1)(A)). In addition, in FY 1998 and for each fiscal year since then, Congress has placed a statutory cap on funds which may be expended for the Listing Program, equal to the amount expressly appropriated for that purpose in that fiscal year. This cap was designed to prevent funds appropriated for other functions under the Act (for example, recovery funds for removing species from the Lists), or for other Service programs, from being used for Listing Program actions (see House Report 105-163, 105th Congress, 1st Session, July 1, 1997).

Since FY 2002, the Service's budget has included a critical habitat subcap to ensure that some funds are available for other work in the Listing Program ("The critical habitat designation subcap will ensure that some funding is available to address other listing activities" (House Report No. 107 - 103, 107th Congress, 1st Session, June 19, 2001)). In FY 2002 and each year until FY 2006, the Service has had to use virtually the entire critical habitat subcap to address court-mandated designations of critical habitat, and consequently none of the critical habitat subcap funds have been available for other listing activities. In FY 2007, we were able to use some of the critical habitat subcap funds to fund proposed listing determinations for high-priority candidate species. In FY 2009, while we were unable to use any of the critical habitat subcap funds to fund proposed listing determinations, we did use some of this money to fund the critical habitat portion of some proposed listing determinations so that the proposed listing determination and proposed critical habitat designation could be combined into one rule, thereby being more efficient in our work. In FY 2010, we are using some of the critical habitat subcap funds to fund actions with statutory deadlines.

Thus, through the listing cap, the critical habitat subcap, and the amount of funds needed to address court-mandated critical habitat designations, Congress and the courts have in effect determined the amount of money available for other listing activities. Therefore, the funds in the listing cap, other than those needed to address court-mandated critical habitat for already listed species, set the limits on our determinations of preclusion and expeditious progress.

Congress also recognized that the availability of resources was the key element in deciding, when making a 12–month petition finding, whether we would prepare and issue a listing proposal or instead make a "warranted but precluded" finding for a given species. The Conference Report

accompanying Public Law 97-304, which established the current statutory deadlines and the warranted-but-precluded finding, states (in a discussion on 90–day petition findings that by its own terms also covers 12–month findings) that the deadlines were "not intended to allow the Secretary to delay commencing the rulemaking process for any reason other than that the existence of pending or imminent proposals to list species subject to a greater degree of threat would make allocation of resources to such a petition [that is, for a lower-ranking species] unwise."

In FY 2010, expeditious progress is that amount of work that can be achieved with $10,471,000, which is the amount of money that Congress appropriated for the Listing Program (that is, the portion of the Listing Program funding not related to critical habitat designations for species that are already listed). However these funds are not enough to fully fund all our court-ordered and statutory listing actions in FY 2010, so we are using $1,114,417 of our critical habitat subcap funds in order to work on all of our required petition findings and listing determinations. This brings the total amount of funds we have for listing actions in FY 2010 to $11,585,417. Our process is to make our determinations of preclusion on a nationwide basis to ensure that the species most in need of listing will be addressed first and also because we allocate our listing budget on a nationwide basis. The $11,585,417 is being used to fund work in the following categories: compliance with court orders and court-approved settlement agreements requiring that petition findings or listing determinations be completed by a specific date; section 4 (of the Act) listing actions with absolute statutory deadlines; essential litigation-related, administrative, and listing program-management functions; and high-priority listing actions for some of our candidate species. In 2009, the responsibility for listing foreign species under the Act was transferred from the Division of Scientific Authority, International Affairs Program, to the Endangered Species Program. Starting in FY 2010, a portion of our funding is being used to work on the actions described above as they apply to listing actions for foreign species. This has the potential to further reduce funding available for domestic listing actions. Although there are currently no foreign species issues included in our high-priority listing actions at this time, many actions have statutory or court-

approved settlement deadlines, thus increasing their priority. The allocations for each specific listing action are identified in the Service's FY 2010 Allocation Table (part of our administrative record).

Based on our September 21, 1983, guidance for assigning an LPN for each candidate species (48 FR 43098), we have a significant number of species with a LPN of 2. Using this guidance, we assign each candidate an LPN of 1 to 12, depending on the magnitude of threats (high vs. moderate to low), immediacy of threats (imminent or nonimminent), and taxonomic status of the species (in order of priority: monotypic genus (a species that is the sole member of a genus); species; or part of a species (subspecies, distinct population segment, or significant portion of the range)). The lower the listing priority number, the higher the listing priority (that is, a species with an LPN of 1 would have the highest listing priority). Because of the large number of high-priority species, we have further ranked the candidate species with an LPN of 2 by using the following extinction-risk type criteria: International Union for the Conservation of Nature and Natural Resources (IUCN) Red list status/rank, Heritage rank (provided by NatureServe), Heritage threat rank (provided by NatureServe), and species currently with fewer than 50 individuals, or 4 or fewer populations. Those species with the highest IUCN rank (critically endangered), the highest Heritage rank (G1), the highest Heritage threat rank (substantial, imminent threats), and currently with fewer than 50 individuals, or fewer than 4 populations, originally comprised a

group of approximately 40 candidate species ("Top 40"). These 40 candidate species have had the highest priority to receive funding to work on a proposed listing determination. As we work on proposed and final listing rules for those 40 candidates, we apply the ranking criteria to the next group of candidates with an LPN of 2 and 3 to determine the next set of highest priority candidate species.

To be more efficient in our listing process, as we work on proposed rules for the highest priority species in the next several years, we are preparing multi-species proposals when appropriate, and these may include species with lower priority if they overlap geographically or have the same threats as a species with an LPN of 2. In addition, available staff resources are also a factor in determining high-priority species provided with funding. Finally, proposed rules for reclassification of threatened species to endangered are lower priority, since as listed species, they are already afforded the protection of the Act and implementing regulations.

We assigned the Gunnison sage-grouse an LPN of 2, based on our finding that the species faces immediate and high magnitude threats from the present or threatened destruction, modification, or curtailment of its habitat; predation; the inadequacy of existing regulatory mechanisms; and other natural or man-made factors affecting its continued existence. One or more of the threats discussed above occurs in each known population. These threats are ongoing and, in some cases, considered irreversible. Under our 1983 Guidelines, a "species" facing imminent high-magnitude threats is assigned an LPN of 1, 2, or 3 depending on its

taxonomic status. Because the Gunnison sage-grouse is a species, we assigned it an LPN of 2 (the highest category available for a species). Therefore, work on a proposed listing determination for the Gunnison sage-grouse is precluded by work on higher priority candidate species; listing actions with absolute statutory, court ordered, or court-approved deadlines; and final listing determinations for those species that were proposed for listing with funds from previous fiscal years. This work includes all the actions listed in the tables below under expeditious progress.

As explained above, a determination that listing is warranted but precluded must also demonstrate that expeditious progress is being made to add or remove qualified species to and from the Lists of Endangered and Threatened Wildlife and Plants. (Although we do not discuss it in detail here, we are also making expeditious progress in removing species from the Lists under the Recovery program, which is funded by a separate line item in the budget of the Endangered Species Program. As explained above in our description of the statutory cap on Listing Program funds, the Recovery Program funds and actions supported by them cannot be considered in determining expeditious progress made in the Listing Program.) As with our "precluded" finding, expeditious progress in adding qualified species to the Lists is a function of the resources available and the competing demands for those funds. Given that limitation, we find that we are making progress in FY 2010 in the Listing Program. This progress included preparing and publishing the following determinations:

## FY 2010 COMPLETED LISTING ACTIONS

| Publication Date | Title | Actions | FR Pages |
|---|---|---|---|
| 10/08/2009 | Listing *Lepidium papilliferum* (Slickspot Peppergrass) as a Threatened Species Throughout Its Range | Final Listing Threatened | 74 FR 52013-52064 |
| 10/27/2009 | 90-day Finding on a Petition To List the American Dipper in the Black Hills of South Dakota as Threatened or Endangered | Notice of 90–day Petition Finding, Not substantial | 74 FR 55177-55180 |
| 10/28/2009 | Status Review of Arctic Grayling *(Thymallus arcticus)* in the Upper Missouri River System | Notice of Intent to Conduct Status Review | 74 FR 55524-55525 |
| 11/03/2009 | Listing the British Columbia Distinct Population Segment of the Queen Charlotte Goshawk Under the Endangered Species Act: Proposed rule. | Proposed Listing Threatened | 74 FR 56757-56770 |

FY 2010 COMPLETED LISTING ACTIONS—Continued

| Publication Date | Title | Actions | FR Pages |
|---|---|---|---|
| 11/03/2009 | Listing the Salmon-Crested Cockatoo as Threatened Throughout Its Range with Special Rule | Proposed Listing Threatened | 74 FR 56770-56791 |
| 11/23/2009 | Status Review of Gunnison sage-grouse (Centrocercus minimus) | Notice of Intent to Conduct Status Review | 74 FR 61100-61102 |
| 12/03/2009 | 12-Month Finding on a Petition to List the Black-tailed Prairie Dog as Threatened or Endangered | Notice of 12–month petition finding, Not warranted | 74 FR 63343-63366 |
| 12/03/2009 | 90-Day Finding on a Petition to List Sprague's Pipit as Threatened or Endangered | Notice of 90–day Petition Finding, Substantial | 74 FR 63337-63343 |
| 12/15/2009 | 90-Day Finding on Petitions To List Nine Species of Mussels From Texas as Threatened or Endangered With Critical Habitat | Notice of 90–day Petition Finding, Substantial | 74 FR 66260-66271 |
| 12/16/2009 | Partial 90-Day Finding on a Petition to List 475 Species in the Southwestern United States as Threatened or Endangered With Critical Habitat | Notice of 90–day Petition Finding, Not substantial and Subtantial | 74 FR 66865-66905 |
| 12/17/2009 | 12–month Finding on a Petition To Change the Final Listing of the Distinct Population Segment of the Canada Lynx To Include New Mexico | Notice of 12–month petition finding, Warranted but precluded | 74 FR 66937-66950 |
| 1/05/2010 | Listing Foreign Bird Species in Peru and Bolivia as Endangered Throughout Their Range | Proposed Listing Endangered | 75 FR 605-649 |
| 1/05/2010 | Listing Six Foreign Birds as Endangered Throughout Their Range | Proposed Listing Endangered | 75 FR 286-310 |
| 1/05/2010 | Withdrawal of Proposed Rule to List Cook's Petrel | Proposed rule, withdrawal | 75 FR 310-316 |
| 1/05/2010 | Final Rule to List the Galapagos Petrel and Heinroth's Shearwater as Threatened Throughout Their Ranges | Final Listing Threatened | 75 FR 235-250 |
| 1/20/2010 | Initiation of Status Review for Agave eggersiana and Solanum conocarpum | Notice of Intent to Conduct Status Review | 75 FR 3190-3191 |
| 2/09/2010 | 12–month Finding on a Petition to List the American Pika as Threatened or Endangered | Notice of 12–month petition finding, Not warranted | 75 FR 6437-6471 |
| 2/25/2010 | 12-Month Finding on a Petition To List the Sonoran Desert Population of the Bald Eagle as a Threatened or Endangered Distinct Population Segment | Notice of 12–month petition finding, Not warranted | 75 FR 8601-8621 |
| 2/25/2010 | Withdrawal of Proposed Rule To List the Southwestern Washington/ Columbia River Distinct Population Segment of Coastal Cutthroat Trout (Oncorhynchus clarki clarki) as Threatened | Withdrawal of Proposed Rule to List | 75 FR 8621-8644 |
| 3/18/2010 | 90-Day Finding on a Petition to List the Berry Cave salamander as Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 13068-13071 |

BLM_0071317

FY 2010 COMPLETED LISTING ACTIONS—Continued

| Publication Date | Title | Actions | FR Pages |
|---|---|---|---|
| 3/23/2010 | 90-Day Finding on a Petition to List the Southern Hickorynut Mussel (Obovaria jacksoniana) as Endangered or Threatened | Notice of 90-day Petition Finding, Not substantial | 75 FR 13717-13720 |
| 3/23/2010 | 90-Day Finding on a Petition to List the Striped Newt as Threatened | Notice of 90–day Petition Finding, Substantial | 75 FR 13720-13726 |
| 3/23/2010 | 12-Month Findings for Petitions to List the Greater Sage-Grouse (Centrocercus urophasianus) as Threatened or Endangered | Notice of 12–month petition finding, Warranted but precluded | 75 FR 13910-14014 |
| 3/31/2010 | 12-Month Finding on a Petition to List the Tucson Shovel-Nosed Snake (Chionactis occipitalis klauberi) as Threatened or Endangered with Critical Habitat | Notice of 12–month petition finding, Warranted but precluded | 75 FR 16050-16065 |
| 4/5/2010 | 90-Day Finding on a Petition To List Thorne's Hairstreak Butterfly as or Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 17062-17070 |
| 4/6/2010 | 12–month Finding on a Petition To List the Mountain Whitefish in the Big Lost River, Idaho, as Endangered or Threatened | Notice of 12–month petition finding, Not warranted | 75 FR 17352-17363 |
| 4/6/2010 | 90-Day Finding on a Petition to List a Stonefly (Isoperla jewetti) and a Mayfly (Fallceon eatoni) as Threatened or Endangered with Critical Habitat | Notice of 90–day Petition Finding, Not substantial | 75 FR 17363-17367 |
| 4/7/2010 | 12-Month Finding on a Petition to Re-classify the Delta Smelt From Threatened to Endangered Throughout Its Range | Notice of 12–month petition finding, Warranted but precluded | 75 FR 17667-17680 |
| 4/13/2010 | Determination of Endangered Status for 48 Species on Kauai and Designation of Critical Habitat | Final ListingEndangered | 75 FR 18959-19165 |
| 4/15/2010 | Initiation of Status Review of the North American Wolverine in the Contiguous United States | Notice of Initiation of Status Review | 75 FR 19591-19592 |
| 4/15/2010 | 12-Month Finding on a Petition to List the Wyoming Pocket Gopher as Endangered or Threatened with Critical Habitat | Notice of 12–month petition finding, Not warranted | 75 FR 19592-19607 |
| 4/16/2010 | 90-Day Finding on a Petition to List a Distinct Population Segment of the Fisher in Its United States Northern Rocky Mountain Range as Endangered or Threatened with Critical Habitat | Notice of 90–day Petition Finding, Substantial | 75 FR 19925-19935 |
| 4/20/2010 | Initiation of Status Review for Sacramento splittail (Pogonichthys macrolepidotus) | Notice of Initiation of Status Review | 75 FR 20547-20548 |
| 4/26/2010 | 90-Day Finding on a Petition to List the Harlequin Butterfly as Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 21568-21571 |
| 4/27/2010 | 12-Month Finding on a Petition to List Susan's Purse-making Caddisfly (Ochrotrichia susanae) as Threatened or Endangered | Notice of 12–month petition finding, Not warranted | 75 FR 22012-22025 |

BLM_0071318

FY 2010 COMPLETED LISTING ACTIONS—Continued

| Publication Date | Title | Actions | FR Pages |
|---|---|---|---|
| 4/27/2010 | 90–day Finding on a Petition to List the Mohave Ground Squirrel as Endangered with Critical Habitat | Notice of 90–day Petition Finding, Substantial | 75 FR 22063-22070 |
| 5/4/2010 | 90-Day Finding on a Petition to List Hermes Copper Butterfly as Threatened or Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 23654-23663 |
| 6/1/2010 | 90-Day Finding on a Petition To List *Castanea pumila* var. *ozarkensis* | Notice of 90–day Petition Finding, Substantial | 75 FR 30313-30318 |
| 6/1/2010 | 12–month Finding on a Petition to List the White-tailed Prairie Dog as Endangered or Threatened | Notice of 12–month petition finding, Not warranted | 75 FR 30338-30363 |
| 6/9/2010 | 90-Day Finding on a Petition To List van Rossem's Gull-billed Tern as Endangered orThreatened. | Notice of 90–day Petition Finding, Substantial | 75 FR 32728-32734 |
| 6/16/2010 | 90-Day Finding on Five Petitions to List Seven Species of Hawaiian Yellow-faced Bees as Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 34077-34088 |
| 6/22/2010 | 12-Month Finding on a Petition to List the Least Chub as Threatened or Endangered | Notice of 12–month petition finding, Warranted but precluded | 75 FR 35398-35424 |
| 6/23/2010 | 90-Day Finding on a Petition to List the Honduran Emerald Hummingbird as Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 35746-35751 |
| 6/23/2010 | Listing *Ipomopsis polyantha* (Pagosa Skyrocket) as Endangered Throughout Its Range, and Listing *Penstemon debilis* (Parachute Beardtongue) and *Phacelia submutica* (DeBeque Phacelia) as Threatened Throughout Their Range | Proposed Listing Endangered Proposed Listing Threatened | 75 FR 35721-35746 |
| 6/24/2010 | Listing the Flying Earwig Hawaiian Damselfly and Pacific Hawaiian Damselfly As Endangered Throughout Their Ranges | Final Listing Endangered | 75 FR 35990-36012 |
| 6/24/2010 | Listing the Cumberland Darter, Rush Darter, Yellowcheek Darter, Chucky Madtom, and Laurel Dace as Endangered Throughout Their Ranges | Proposed Listing Endangered | 75 FR 36035-36057 |
| 6/29/2010 | Listing the Mountain Plover as Threatened | Reinstatement of Proposed Listing Threatened | 75 FR 37353-37358 |
| 7/20/2010 | 90-Day Finding on a Petition to List *Pinus albicaulis* (Whitebark Pine) as Endangered or Threatened with Critical Habitat | Notice of 90–day Petition Finding, Substantial | 75 FR 42033-42040 |
| 7/20/2010 | 12-Month Finding on a Petition to List the Amargosa Toad as Threatened or Endangered | Notice of 12–month petition finding, Not warranted | 75 FR 42040-42054 |
| 7/20/2010 | 90-Day Finding on a Petition to List the Giant Palouse Earthworm *(Driloleirus americanus)* as Threatened or Endangered | Notice of 90–day Petition Finding, Substantial | 75 FR 42059-42066 |
| 7/27/2010 | Determination on Listing the Black-Breasted Puffleg as Endangered Throughout its Range; Final Rule | Final Listing Endangered | 75 FR 43844-43853 |

BLM_0071319

## FY 2010 COMPLETED LISTING ACTIONS—Continued

| Publication Date | Title | Actions | FR Pages |
|---|---|---|---|
| 7/27/2010 | Final Rule to List the Medium Tree-Finch *(Camarhynchus pauper)* as Endangered Throughout Its Range | Final Listing Endangered | 75 FR 43853-43864 |
| 8/3/2010 | Determination of Threatened Status for Five Penguin Species | Final ListingThreatened | 75 FR 45497- 45527 |
| 8/4/2010 | 90-Day Finding on a Petition To List the Mexican Gray Wolf as an Endangered Subspecies With Critical Habitat | Notice of 90–day Petition Finding, Substantial | 75 FR 46894- 46898 |
| 8/10/2010 | 90-Day Finding on a Petition to List *Arctostaphylos franciscana* as Endangered with Critical Habitat | Notice of 90–day Petition Finding, Substantial | 75 FR 48294-48298 |
| 8/17/2010 | Listing Three Foreign Bird Species from Latin America and the Caribbean as Endangered Throughout Their Range | Final Listing Endangered | 75 FR 50813-50842 |
| 8/17/2010 | 90-Day Finding on a Petition to List Brian Head Mountainsnail as Endangered or Threatened with Critical Habitat | Notice of 90–day Petition Finding, Not substantial | 75 FR 50739-50742 |
| 8/24/2010 | 90-Day Finding on a Petition to List the Oklahoma Grass Pink Orchid as Endangered or Threatened | Notice of 90–day Petition Finding, Substantial | 75 FR 51969-51974 |
| 9/1/2010 | 12-Month Finding on a Petition to List the White-Sided Jackrabbit as Threatened or Endangered | Notice of 12–month petition finding, Not warranted | 75 FR 53615-53629 |
| 9/8/2010 | Proposed Rule To List the Ozark Hellbender Salamander as Endangered | Proposed Listing Endangered | 75 FR 54561-54579 |
| 9/8/2010 | Revised 12-Month Finding to List the Upper Missouri River Distinct Population Segment of Arctic Grayling as Endangered or Threatened | Notice of 12–month petition finding, Warranted but precluded | 75 FR 54707-54753 |
| 9/9/2010 | 12-Month Finding on a Petition to List the Jemez Mountains Salamander *(Plethodon neomexicanus)* as Endangered or Threatened with Critical Habitat | Notice of 12–month petition finding, Warranted but precluded | 75 FR 54822-54845 |

Our expeditious progress also includes work on listing actions that we funded in FY 2010 but have not yet been completed to date. These actions are listed below. Actions in the top section of the table are being conducted under a deadline set by a court. Actions in the middle section of the table are being conducted to meet statutory timelines, that is, timelines required under the Act. Actions in the bottom section of the table are high-priority listing actions. These actions include work primarily on species with an LPN of 2, and selection of these species is partially based on available staff resources, and when appropriate, include species with a lower priority if they overlap geographically or have the same threats as the species with the high priority. Including these species together in the same proposed rule results in considerable savings in time and funding, as compared to preparing separate proposed rules for each of them in the future.

## ACTIONS FUNDED IN FY 2010 BUT NOT YET COMPLETED

| Species | Action |
|---|---|
| Actions Subject to Court Order/Settlement Agreement | |
| 6 Birds from Eurasia | Final listing determination |

ACTIONS FUNDED IN FY 2010 BUT NOT YET COMPLETED—Continued

| Species | Action |
|---|---|
| African penguin | Final listing determination |
| Flat-tailed horned lizard | Final listing determination |
| Mountain plover[4] | Final listing determination |
| 6 Birds from Peru | Proposed listing determination |
| Sacramento splittail | 12–month petition finding |
| Pacific walrus | 12–month petition finding |
| Gunnison sage-grouse | 12–month petition finding |
| Wolverine | 12–month petition finding |
| *Agave eggergsiana* | 12–month petition finding |
| *Solanum conocarpum* | 12–month petition finding |
| Sprague's pipit | 12–month petition finding |
| Desert tortoise – Sonoran population | 12–month petition finding |
| Pygmy rabbit (rangewide)[1] | 12–month petition finding |
| Thorne's Hairstreak butterfly[3] | 12–month petition finding |
| Hermes copper butterfly[3] | 12–month petition finding |
| Actions with Statutory Deadlines | |
| Casey's june beetle | Final listing determination |
| Georgia pigtoe, interrupted rocksnail, and rough hornsnail | Final listing determination |
| 7 Bird species from Brazil | Final listing determination |
| Southern rockhopper penguin – Campbell Plateau population | Final listing determination |
| 5 Bird species from Colombia and Ecuador | Final listing determination |
| Queen Charlotte goshawk | Final listing determination |
| 5 species southeast fish (Cumberland darter, rush darter, yellowcheek darter, chucky madtom, and laurel dace) | Final listing determination |
| Salmon crested cockatoo | Proposed listing determination |
| CA golden trout | 12–month petition finding |
| Black-footed albatross | 12–month petition finding |
| Mount Charleston blue butterfly | 12–month petition finding |
| Mojave fringe-toed lizard[1] | 12–month petition finding |
| Kokanee – Lake Sammamish population[1] | 12–month petition finding |
| Cactus ferruginous pygmy-owl[1] | 12–month petition finding |
| Northern leopard frog | 12–month petition finding |
| Tehachapi slender salamander | 12–month petition finding |
| Coqui Llanero | 12–month petition finding |
| Dusky tree vole | 12–month petition finding |
| 3 MT invertebrates (mist forestfly (*Lednia tumana*), *Oreohelix* sp.3, *Oreohelix* sp. 31) from 206 species petition | 12–month petition finding |

ACTIONS FUNDED IN FY 2010 BUT NOT YET COMPLETED—Continued

| Species | Action |
|---|---|
| 5 UT plants *(Astragalus hamiltonii, Eriogonum soredium, Lepidium ostleri, Penstemon flowersii, Trifolium friscanum)* from 206 species petition | 12–month petition finding |
| 2 CO plants *(Astragalus microcymbus, Astragalus schmolliae)* from 206 species petition | 12–month petition finding |
| 5 WY plants *(Abronia ammophila, Agrostis rossiae, Astragalus proimanthus, Boechere (Arabis) pusilla, Penstemon gibbensii)* from 206 species petition | 12–month petition finding |
| Leatherside chub (from 206 species petition) | 12–month petition finding |
| Frigid ambersnail (from 206 species petition) | 12–month petition finding |
| Gopher tortoise – eastern population | 12–month petition finding |
| Wrights marsh thistle | 12–month petition finding |
| 67 of 475 southwest species | 12–month petition finding |
| Grand Canyon scorpion (from 475 species petition) | 12–month petition finding |
| *Anacroneuria wipukupa* (a stonefly from 475 species petition) | 12–month petition finding |
| Rattlesnake-master borer moth (from 475 species petition) | 12–month petition finding |
| 3 Texas moths *(Ursia furtiva, Sphingicampa blanchardi, Agapema galbina)* (from 475 species petition) | 12–month petition finding |
| 2 Texas shiners *(Cyprinella* sp.*, Cyprinella lepida)* (from 475 species petition) | 12–month petition finding |
| 3 South Arizona plants *(Erigeron piscaticus, Astragalus hypoxylus, Amoreuxia gonzalezii)* (from 475 species petition) | 12–month petition finding |
| 5 Central Texas mussel species (3 from 474 species petition) | 12–month petition finding |
| 14 parrots (foreign species) | 12–month petition finding |
| Berry Cave salamander[1] | 12–month petition finding |
| Striped Newt[1] | 12–month petition finding |
| Fisher – Northern Rocky Mountain Range[1] | 12–month petition finding |
| Mohave Ground Squirrel[1] | 12–month petition finding |
| Puerto Rico Harlequin Butterfly | 12–month petition finding |
| Western gull-billed tern | 12–month petition finding |
| Ozark chinquapin *(Castanea pumila* var. *ozarkensis)* | 12–month petition finding |
| HI yellow-faced bees | 12–month petition finding |
| Giant Palouse earthworm | 12–month petition finding |
| Whitebark pine | 12–month petition finding |
| OK grass pink *(Calopogon oklahomensis)*[1] | 12–month petition finding |
| Southeastern pop snowy plover & wintering pop. of piping plover[1] | 90–day petition finding |
| Eagle Lake trout[1] | 90–day petition finding |
| Smooth-billed ani[1] | 90–day petition finding |
| Bay Springs salamander[1] | 90–day petition finding |
| 32 species of snails and slugs[1] | 90–day petition finding |
| 42 snail species (Nevada & Utah) | 90–day petition finding |

ACTIONS FUNDED IN FY 2010 BUT NOT YET COMPLETED—Continued

| Species | Action |
| --- | --- |
| Red knot *roselaari* subspecies | 90–day petition finding |
| Peary caribou | 90–day petition finding |
| Plains bison | 90–day petition finding |
| Spring Mountains checkerspot butterfly | 90–day petition finding |
| Spring pygmy sunfish | 90–day petition finding |
| Bay skipper | 90–day petition finding |
| Unsilvered fritillary | 90–day petition finding |
| Texas kangaroo rat | 90–day petition finding |
| Spot-tailed earless lizard | 90–day petition finding |
| Eastern small-footed bat | 90–day petition finding |
| Northern long-eared bat | 90–day petition finding |
| Prairie chub | 90–day petition finding |
| 10 species of Great Basin butterfly | 90–day petition finding |
| 6 sand dune (scarab) beetles | 90–day petition finding |
| Golden-winged warbler | 90–day petition finding |
| Sand-verbena moth | 90–day petition finding |
| 404 Southeast species | 90–day petition finding |
| High-Priority Listing Actions[3] | |
| 19 Oahu candidate species[2] (16 plants, 3 damselflies) (15 with LPN = 2, 3 with LPN = 3, 1 with LPN =9) | Proposed listing |
| 19 Maui-Nui candidate species[2] (16 plants, 3 tree snails) (14 with LPN = 2, 2 with LPN = 3, 3 with LPN = 8) | Proposed listing |
| Dune sagebrush lizard (formerly Sand dune lizard)[3] (LPN = 2) | Proposed listing |
| 2 Arizona springsnails[2] *(Pyrgulopsis bernadina* (LPN = 2), *Pyrgulopsis trivialis* (LPN = 2)) | Proposed listing |
| New Mexico springsnail[2] *(Pyrgulopsis chupaderae* (LPN = 2) | Proposed listing |
| 2 mussels[2] (rayed bean (LPN = 2), snuffbox No LPN) | Proposed listing |
| 2 mussels[2] (sheepnose (LPN = 2), spectaclecase (LPN = 4),) | Proposed listing |
| Altamaha spinymussel[2] (LPN = 2) | Proposed listing |
| 8 southeast mussels (southern kidneyshell (LPN = 2), round ebonyshell (LPN = 2), Alabama pearlshell (LPN = 2), southern sandshell (LPN = 5), fuzzy pigtoe (LPN = 5), Choctaw bean (LPN = 5), narrow pigtoe (LPN = 5), and tapered pigtoe (LPN = 11)) | Proposed listing |

[1] Funds for listing actions for these species were provided in previous FYs.
[2] Although funds for these high-priority listing actions were provided in FY 2008 or 2009, due to the complexity of these actions and competing priorities, these actions are still being developed.
[3] Partially funded with FY 2010 funds; also will be funded with FY 2011 funds.

We have endeavored to make our listing actions as efficient and timely as possible, given the requirements of the relevant law and regulations, and constraints relating to workload and personnel. We are continually considering ways to streamline processes or achieve economies of scale, such as by batching related actions together. Given our limited budget for implementing section 4 of the Act, these actions described above collectively constitute expeditious progress.

The Gunnison sage-grouse will be added to the list of candidate species upon publication of this 12–month finding. We will continue to monitor the status of this species as new information becomes available. This review will determine if a change in status is

BLM_0071323

Case No. 1:20-cv-02484-MSK   Document 50-4   filed 04/28/21   USDC Colorado   pg 116 of 288

warranted, including the need to make prompt use of emergency listing procedures.

We intend that any proposed listing action for the Gunnison sage-grouse will be as accurate as possible. Therefore, we will continue to accept additional information and comments from all concerned governmental agencies, the scientific community, industry, or any other interested party concerning this finding.

**References Cited**

A complete list of references cited is available on the Internet at *http://www.regulations.gov* and upon request from the Western Colorado Ecological Services Field Office (see **ADDRESSES** section).

**Author(s)**

The primary authors of this notice are the staff members of the Western Colorado Ecological Services Field Office.

**Authority**

The authority for this section is section 4 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*).

Dated: September 7, 2010

**Paul R. Schmidt,**

*Acting Director, Fish and Wildlife Service.*

[FR Doc. 2010–23430 Filed 9–27–10; 8:45 am]

**BILLING CODE 4310–55–S**

BLM_0071324

# U.S. FISH AND WILDLIFE SERVICE SPECIES ASSESSMENT AND LISTING PRIORITY ASSIGNMENT FORM

**Scientific Name:**

Coccyzus americanus

**Common Name:**

Yellow-Billed Cuckoo

**Lead region:**

Region 8 (California/Nevada Region)

**Information current as of:**

04/28/2011

**Status/Action**

\_\_\_\_ Funding provided for a proposed rule. Assessment not updated.

\_\_\_\_ Species Assessment - determined species did not meet the definition of the endangered or threatened under the Act and, therefore, was not elevated to the Candidate status.

\_\_\_\_ New Candidate

\_X\_ Continuing Candidate

\_\_\_\_ Candidate Removal

        \_\_\_\_ Taxon is more abundant or widespread than previously believed or not subject

        \_\_\_\_ Taxon not subject to the degree of threats sufficient to warrant issuance of

        \_\_\_\_ Range is no longer a U.S. territory

        \_\_\_\_ Insufficient information exists on biological vulnerability and threats to s\

        \_\_\_\_ Taxon mistakenly included in past notice of review

        \_\_\_\_ Taxon does not meet the definition of "species"

        \_\_\_\_ Taxon believed to be extinct

        \_\_\_\_ Conservation efforts have removed or reduced threats

## Petition Information

\_\_\_\_ Non-Petitioned

\_X\_ Petitioned - Date petition received: 02/02/1998

BLM_0071325

90-Day Positive:

12 Month Positive:

Did the Petition request a reclassification? **No**

**For Petitioned Candidate species:**

Is the listing warranted(if yes, see summary threats below) **Yes**

To Date, has publication of the proposal to list been precluded by other higher priority listing? **Yes**

Explanation of why precluded:

Higher priority listing actions, including court-approved settlements, court-ordered and statutory deadlines for petition findings and listing determinations, emergency listing determinations, and responses to litigation, continue to preclude the proposed and final listing rules for the species. We continue to monitor populations and will change its status or implement an emergency listing if necessary. The Progress on Revising the Lists section of the current CNOR (http://endangered.fws.gov/) provides information on listing actions taken during the last 12 months.

## Historical States/Territories/Countries of Occurrence:

- **States/US Territories**: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Texas, Utah, Washington, Wyoming
- **US Counties**: Del Norte, CA, Humboldt, CA, Mendocino, CA, Siskiyou, CA, Trinity, CA
- **Countries**: Canada, Mexico

## Current States/Counties/Territories/Countries of Occurrence:

- **States/US Territories**: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Texas, Utah, Washington, Wyoming
- **US Counties**: Apache, AZ, Cochise, AZ, Coconino, AZ, Gila, AZ, Graham, AZ, Greenlee, AZ, La Paz, AZ, Maricopa, AZ, Mohave, AZ, Navajo, AZ, Pima, AZ, Pinal, AZ, Santa Cruz, AZ, Yavapai, AZ, Yuma, AZ, Del Norte, CA, Humboldt, CA, Mendocino, CA, Siskiyou, CA, Trinity, CA, Alamosa, CO, Archuleta, CO, Conejos, CO, Costilla, CO, Delta, CO, Dolores, CO, Eagle, CO, Garfield, CO, Grand, CO, Gunnison, CO, Hinsdale, CO, La Plata, CO, Mesa, CO, Mineral, CO, Moffat, CO, Montezuma, CO, Montrose, CO, Ouray, CO, Pitkin, CO, Rio Blanco, CO, Rio Grande, CO, Routt, CO, Saguache, CO, San Juan, CO, San Miguel, CO, Summit, CO, Ada, ID, Bannock, ID, Benewah, ID, Bingham, ID, Blaine, ID, Boise, ID, Bonneville, ID, Butte, ID, Canyon, ID, Caribou, ID, Clark, ID, Custer, ID, Elmore, ID, Franklin, ID, Fremont, ID, Gem, ID, Gooding, ID, Jefferson, ID, Jerome, ID, Kootenai, ID, Lemhi, ID, Lewis, ID, Lincoln, ID, Madison, ID, Minidoka, ID, Oneida, ID, Owyhee, ID, Payette, ID, Power, ID, Shoshone, ID, Teton, ID, Valley, ID, Washington, ID, Missoula, MT, Ravalli, MT, Bernalillo, NM, Catron, NM, Cibola, NM, Dona Ana, NM, Grant, NM, Los Alamos, NM, Luna, NM, McKinley, NM, Mora, NM, Rio Arriba, NM, San Juan, NM, San Miguel, NM, Sandoval, NM, Santa Fe, NM, Sierra, NM, Socorro, NM, Taos, NM, Valencia, NM, Clark, NV, Elko, NV, Lincoln, NV, Lyon, NV, Mineral, NV, Nye, NV, Deschutes, OR, Harney, OR, Malheur, OR, Brewster, TX, Culberson, TX, El Paso, TX, Hudspeth, TX, Jeff Davis, TX, Presidio, TX, Beaver, UT, Box Elder, UT, Cache, UT, Carbon, UT, Daggett, UT, Davis, UT, Duchesne, UT, Emery, UT, Garfield, UT, Grand, UT, Iron, UT, Juab, UT, Kane, UT, Millard, UT, Morgan, UT, Piute, UT, Salt Lake, UT, San

Juan, UT, Sanpete, UT, Sevier, UT, Summit, UT, Tooele, UT, Uintah, UT, Utah, UT, Wasatch, UT, Washington, UT, Wayne, UT, Weber, UT, Benton, WA, Chelan, WA, Douglas, WA, Grant, WA, Kittitas, WA, Klickitat, WA, Okanogan, WA, Yakima, WA, Carbon, WY, Fremont, WY, Lincoln, WY, Sublette, WY, Sweetwater, WY, Teton, WY, Uinta, WY

- **Countries**: Canada, Mexico, United States

## Land Ownership:

Occurs in western United States west of the Rocky Mountains. Major Federal landownership includes Bureau of Land Management and U.S. Forest Service.

## Lead Region Contact:

Asst Regional Dir-Ecological Services, Jeff Waters, 916-414-6724, Jeff_Waters@fws.gov

## Lead Field Office Contact:

Sacramento Fish & Wildl Ofc, Karen Leyse, 916 414-6641, karen_leyse@fws.gov

# Biological Information

## Species Description:

The yellow billed cuckoo (*Coccyzus americanus*) is a member of the avian family Cuculidae and order Cuculiformes. The approximate 128 members of Cuculidae share the common feature of a zygodactyl foot, in which two toes point forwards and two toes point backwards. Most species have moderate to heavy bills, somewhat elongated bodies, a ring of colored bare skin around the eye, and loose plumage. Six species of Cuculidae breed in the United States; two of these species breed west of the Continental Divide - the yellow billed cuckoo and the greater roadrunner.

The yellow billed cuckoo is a medium-sized bird of about 12 inches (in.) (30 centimeters (cm)) in length, and weighing about 2 ounces (oz) (60 grams (g)). The species has a slender, long-tailed profile, with a fairly stout and slightly down-curved bill, which is blue-black with yellow on the basal half of the lower mandible. Plumage is grayish-brown above and white below, with rufous primary flight feathers. The tail feathers are boldly patterned with black and white below. The legs are short and bluish-gray, and adults have a narrow, yellow eye ring. Juveniles resemble adults, except the tail patterning is less distinct, and the lower bill may have little or no yellow. Males and females differ slightly. Males tend to have a slightly larger bill, and the white in the tail tends to form oval spots, whereas in females the white spots tend to be connected and less distinct (Hughes 1999, pp. 2–3).

BLM_0071327



## Taxonomy:

Ridgway (1887, p. 273) separated the yellow billed cuckoo into eastern and western subspecies, based on western birds being "larger, with proportionately larger and stouter bill." Wetmore (1968, pp. 325–326) added that western birds are slightly more gray above, and eastern birds more brown. Ridgway assigned birds from the area north and west from extreme west Texas to the Pacific Coast to the subspecies *C. a. occidentalis*, and other cuckoos in North America to *C. a. americanus*. Ridgway's western subspecies included birds from the Great Basin portions of Colorado and Wyoming, west and north to the Pacific Coast and southwestern British Columbia. The two subspecies were generally included in ornithological treatments through the 1960s (e.g., American Ornithologist's Union (AOU 1957, pp. 269–270); Oberholser and Kincaid 1974, pp. 434–435). Many ornithologists, however, have questioned the separation of the species into two subspecies (Todd and Carriker 1922, pp. 209–213; Swarth 1929, pp. 297–298; Van Tyne and Sutton 1937, p. 35; Bent 1940, p. 67), citing the small magnitude and inconsistency of differences between eastern and western cuckoos, and the broad overlap in the size of eastern and western individuals. During this time, however, there was no systematic analysis of geographic variation and the yellow billed cuckoo subspecies question. Since 1983, AOU checklists (the recognized authority for taxonomy of North American birds) have not used subspecies names for any of the bird species in the checklist, stating practical grounds and that the validity of many described avian subspecies needs to be evaluated, as does the potential for unrecognized subspecies (AOU 1983, p. 284; AOU 1998, pp. 1–19). The AOU Checklist Committee (which makes taxonomic decisions for North American birds) has begun the process of reviewing the taxonomic status of subspecies for the North American families of birds, a task that is expected to take at least several years (Banks 1999, pp. 1–2).

Yellow billed cuckoo taxonomy was first reviewed in the late 1980s, when the Service requested that Dr. Banks, an avian taxonomist, evaluate the validity of the cuckoo subspecies. This request was in response to the 1986 petition to list the cuckoo in the States of California, Washington, Oregon, Idaho, and Nevada. Banks compared three morphological characteristics (bill length, depth of upper mandible, and wing length)

of almost 700 adult specimens of yellow billed cuckoos and visually examined the colors of specimens. He found: (1) no pattern of geographic variation in color; (2) substantial overlap between eastern and western birds in wing length, bill length and mandible depth; and (3) no significant differences for these three characteristics. He concluded that the data did not justify the separation into eastern and western subspecies (Banks 1988, pp. 473–477). Subsequently, statistical errors were discovered in Banks' study (Spiller 1988, pp. 1–3), and a reanalysis of the same data indicated statistically significant differences between eastern and western cuckoos (p less than 0.001), for the three characteristics measured by Banks. Banks published a correction to his earlier paper (Banks 1990, p. 538), acknowledging the computational error, and stating that the "statistical difference cannot be equated to a biological or practical difference." In support of this, he cited the small differences between mean measurements, the large degree of overlap between eastern and western birds in the ranges of measurements for the three characteristics he measured, and the sensitivity of the statistical procedure to detect very small differences as "significant," given the large sample sizes. Banks concluded that his fundamental finding remained unchanged, that is, separation into subspecies was not warranted by the morphological data, and that all yellow billed cuckoos in North America should be classified simply as Coccyzus americanus.

Banks provided his data to two avian ecologists (Franzreb and Laymon 1993, pp. 17–28) who analyzed the same data set, supplemented by measurements from an additional 41 specimens of western birds and the inclusion of a fourth characteristic, tail length, for the supplemental specimens and from Banks's data when tail length had been measured. Franzreb and Laymon (1993, pp. 17–28) noted statistical errors by Banks (1988, pp. 473–477), finding that western birds are larger than eastern birds, and that one could separate a majority of western cuckoos from eastern cuckoos using discriminant analysis. Franzreb and Laymon (1993, pp. 17–28) also considered behavioral and ecological differences between western and eastern birds, and found evidence of differences in the timing of migration and breeding. They concluded that: (1) "the recognition of subspecies on the basis of measurements of existing specimens is equivocal"; (2) study of geographical variation in vocalizations, bill color, and genetics was warranted; (3) the two subspecies should be retained pending the above studies; and (4) "because the western cuckoo is so critically endangered . . . changes in its classification should be made only after the best possible study." Banks did not respond in print to their paper, but has stated that his conclusion remains unchanged (Banks 1999, pp. 1–2). A genetic study funded by the Service was not able to detect any diagnostic differences, reciprocal monophyly, or significant divergence between the eastern and western subspecies, after analyzing variation at two regions of the mitochondrial DNA (Fleischer 2001, pp. 14–16). However, another genetic study that examined a different region of the mitochondrial DNA determined that the eastern and western subspecies diverged approximately 205,000-465,000 years ago, with the two subspecies having four fixed base changes, supporting the recognition of the western subspecies as a distinct population segment (Pruett *et al.* 2000, p. 229).

## Habitat/Life History:

Western cuckoos breed in large blocks of riparian habitats, particularly woodlands with cottonwoods (*Populus fremontii*) and willows (*Salix sp.*), while eastern cuckoos breed in a wider range of habitats, including deciduous woodlands and parks (Ehrlich *et al.* 1988, p. 286). Dense understory foliage appears to be an important factor in nest site selection, while cottonwood trees are an important foraging habitat in areas where the species has been studied in California (Hughes 1999, p. 6). Johnson et al. (2010, p.47) found that yellow-billed cuckoos along the Lower Colorado River occupied riparian areas that had higher canopies, denser cover in the upper layers of the canopy, and sparser shrub layers when compared to unoccupied sites. At the landscape level, the amount of cottonwood-willow-dominated vegetation cover in the landscape and the width of riparian habitat appeared to influence cuckoo distribution and abundance. McNeil *et al.* (2010, p. 65) found that, of four cuckoos fitted with radio transmitters, two nested in Goodding's willow, one in Fremont cottonwood, and one in tamarisk. Clutch size is usually two or three eggs, and development of the young is very rapid, with a breeding cycle of 17 days from egg-laying to fledging of young. Although yellow billed cuckoos usually raise their own young, they are facultative brood parasites, occasionally laying eggs in the nests of other yellow billed cuckoos or of other bird species (Hughes 1999, pp. 16–17).

## Historical Range/Distribution:

We consider the yellow billed cuckoos that occur in the western United States as a distinct population segment (DPS). The area for the western DPS of the yellow-billed cuckoo is west of the crest of the Rocky Mountains. For the northern tier of Rocky Mountain states (Montana, Wyoming, northern and central Colorado), the crest coincides with the Continental Divide. In the southern tier of Colorado and New Mexico, the crest coincides with the eastern boundary of the upper Rio Grande drainage, including the Sangre de Cristo Mountains and excluding the drainage of the Pecos River. In west Texas, the DPS boundary is the line of mountain ranges that form a southeastern extension of the Rocky Mountains to the Big Bend area of west Texas, and that form the western boundary of the Pecos River drainage.

Based on historic accounts, the species was widespread and locally common in California and Arizona, locally common in a few river reaches in New Mexico, locally common in Oregon and Washington, generally local and uncommon in scattered drainages of the arid and semiarid portions of western Colorado, western Wyoming, Idaho, Nevada, and Utah, and probably uncommon and local in British Columbia. Hughes (1999, pp. 1–4) summarizes the species' historical range and distribution in these areas, which are described in detail below.

In California prior to the 1930s, the species was widely distributed in suitable river bottom habitats, and was locally common (Grinnell and Miller 1944, pp. 186–187; Small 1994, 130–131). Yellow billed cuckoos nested primarily in coastal counties from San Diego County near the Mexico border to Sonoma County in the San Francisco Bay region, in the Central Valley from Kern County through Shasta County, and along the lower Colorado River (Dawson 1923, pp.2–7; Grinnell and Miller 1944, pp. 186–187; Gaines and Laymon 1984, pp. 53–58; Small 1994, 130–131). Cuckoos also bred locally elsewhere in the State, including in Inyo, San Bernardino, and Siskiyou Counties (Grinnell and Miller 1944, pp. 186–187).

In the Pacific Northwest, the species was formerly fairly common locally in willow bottoms along Willamette and Columbia Rivers in Oregon, and in the Puget Sound lowlands and along the lower Columbia River in Washington (Gabrielson and Jewett 1970, pp. 329–330; Jewett *et al.* 1953, pp. 342–343; Roberson 1980, pp. 225–226; Marshall 1996). The species was also found locally in southeast British Columbia (Hughes 1999), but the available data are not adequate to determine historic abundance. The species was rare east of the Cascade Mountains in these States and provinces. The last confirmed breeding records were in the 1930s in Washington. The species occurred in southwest British Columbia (Victoria, Kamloops, Chilliwack) (Bent 1940, p. 64), but was apparently never common; the last confirmed breeding was in the 1920s.

In Arizona the species was historically widespread and locally common (Phillips *et al.* 1964, pp. 1-212; Groschupf 1987, p. 7). In Colorado west of the Continental Divide, the species was probably never common (Bailey and Niedrach 1965, pp. 404–406). There are very limited data for the area west of the Continental Divide in Montana. Three specimens of the yellow-billed cuckoo have been collected since the early 1960s, and there are few recorded sightings of the yellow-billed cuckoo since the early 1900s (Saunders 1921, p. 174). In Idaho, the species was considered a rare and local summer resident (Burleigh 1972, p. 159) with only three records for the State over the previous 100 years. In northern and central Idaho, there are only four records of yellow-billed cuckoo over the last century.

In New Mexico, the species was historically rare Statewide, but common in riparian areas along Pecos and Rio Grande, as well as uncommon to common locally along portions of the Gila, San Francisco and San Juan rivers (Bailey 1928, pp. 307–309; Hubbard 1978, p. 32). In Utah, the species was historically uncommon to rare along river bottoms. The historical status of the yellow-billed cuckoo on Nevada is poorly documented although there is evidence it was nesting in western Nevada along the lower Truckee and Carson Rivers and in southern Nevada along the Colorado and Virgin Rivers (Linsdale 1951, p. 235; Neel 1999, pp. 118–120).

## Current Range Distribution:

California

The early literature relating to the cuckoo in California has been summarized and evaluated by Gaines (1974a, p. 204 and 1974b, pp. 2–4), Gaines and Laymon (1984, pp. 53–58), and Hughes (1999, p. 4). Collectively, they report dozens of locations where the species was historically reported and/or collected, sometimes in apparent abundance, but not subsequently found. Laymon and Halterman (1987b, p. 24) estimate that in California the species' range is now about 30 percent of its historical extent. Hughes (1999, p. 2) provides an estimate of 15,000 pairs of breeding birds for the California breeding population during the late 19th century. Gaines (1974, p. 208a) believed that pre-development cuckoo populations in California were even greater than implied by the early literature, due to the species' inconspicuous behavior and the fact that large tracts of floodplain riparian habitat had already been removed for development before the first records and accounts of the species began appearing in literature. There is clearly a broad unanimity among modern investigators that a catastrophic decline of the cuckoo in California occurred following the start of the major era of development beginning about the mid-1800s (Gaines and Laymon 1984, p. 73; Laymon and Halterman 1987b, p. 19; Launer *et al.* 1990, pp. 2–3).

Based on a 1986–87 statewide survey, only three areas in the State support more than about five breeding pairs on a regular basis: the Sacramento River (roughly between Colusa and Red Bluff); the South Fork of the Kern River upstream of Lake Isabella; and the lower Colorado River (Laymon and Halterman 1987a, pp. 1–18). Laymon and Halterman (1987a, p. 7) estimated 31 to 42 breeding pairs in the State, a decline of 66-81 percent from a 1977 survey (Gaines and Laymon 1984, pp. 59–72).

The lower Colorado River, on the California-Arizona border, supported an estimated 180-240 pairs in 1976-1977, a number which had declined by an estimated 80-90 percent in 1986 (Laymon and Halterman 1987a, pp. 34–35); one study (Rosenberg *et al.* 1991, p. 203) estimated a decline of 93 percent over this period, from an initial 242 pairs in 1976-1977. These declines coincided with habitat losses resulting from high water levels of long duration in 1983-1984 and 1986 (Laymon and Halterman 1987b, p. 22; Rosenberg *et al.* 1991, p. 203). Final results from a Service-funded 1999 statewide survey indicate that cuckoo numbers in the Sacramento Valley and along the Kern River are comparable to numbers from the 1980s, while only two pairs were located on the California side of the Colorado River. No pairs were found in the part of the state west of the Colorado River and south of the Kern River (Halterman 1999, p. 1). In 2006, surveys were conducted at various sites throughout the Lower Colorado River Multi-Species Conservation Plan Boundary area for the yellow billed cuckoo (Johnson *et al.* 2007, pp. 1–220). Two survey areas were on the California side of the Lower Colorado River, the Picacho State Recreation Area and the Imperial National Wildlife Reserve (Imperial paradise area). Only one bird was detected in the Picacho State Recreation Area (Johnson *et al.* 2007, p. 25). The 3,300 acre (ac) (1,335 hectare (ha)) riparian forest in the South Fork Kern River Valley is one of the largest remaining contiguous tracts of riparian habitat in California.

The species has declined greatly in the San Joaquin Valley in California. Cuckoos had been recorded from every county in the San Joaquin Valley region except Kings County and were locally common as a breeding bird at least in San Joaquin, Kern, Fresno, and Stanislaus Counties (Gaines and Laymon 1984, p. 66). Surveys between 1985 and 2000 at the South Fork of the Kern River have documented an average of 10.5 pairs; however, the number of pairs ranged from a low of 2 pairs in 1990 to a high of 24 pairs in 1992 (Whitfield and Stanek 2011, p. 2). These drastic year to year population fluctuations are thought to be influenced by inter-annual water-level fluctuations at Lake Isabella, which is located at the western end of the Valley. However, the actual mechanism influencing population fluctuations is not known (Henneman 2010, p. 12–14). In 2008 and 2009, presence-absence surveys for yellow-billed cuckoos were conducted along the South Fork of the Kern River in the Valley, yielding detections of 20 (2008) and 21 birds (2009), and indicating that the area continues to be an important breeding area for the species (Henneman 2010, p. 2, 3, 8, 14). There were 71 detections during 2010 surveys, which likely represented 20 individual birds, the maximum detected during any one survey period (Whitfield and Stanek 2011, p. 10). Nest monitoring was

not an objective in 2010; however, one confirmed nest and one potential nest were located. Although the species is documented to still breed at the South Fork Kern River, the number of breeding pairs is very small (Whitfield and Stanek 2011, p. 10; Gaines and Laymon 1984, p. 66).

In contrast, a 10-year study on songbird population, health, management, and riparian restoration efforts in the Sacramento Valley documented that, of 20 avian riparian habitat species in the study, only one, Lazuli bunting (*Passerine amoena*), showed a decline and 11 showed an increase in population (Gardali et al. 2005, p. 13–15). However, surveys in 2010 along the Sacramento River from Red Bluff to Colusa detected 18 individual cuckoos, but did not observe any breeding behavior (Dettling and Howell 2011, p. 3). The population is believed to have declined since surveys were last conducted in 2000 (Dettling and Howell 2011, p. 3).

Yellow-billed cuckoos were considered accidental in coastal Northern California. During surveys from 2005 through 2009 in Humboldt County, from the mouth of the Eel River to approximately 15 miles upstream, cuckoos were detected and breeding was probable during two of those years (McAllister *et al.* 2010, p. 64). If breeding is confirmed, this would document a new breeding site in California.

Pacific Northwest

The yellow-billed cuckoo may now be extirpated from Washington. The Washington Department of Fish and Wildlife rank the species as having historical occurrences only, but still being expected to occur in Washington and it is currently a state candidate species (Washington Natural Heritage Program 2009, p. 9, 35; Washington Department of Fish and Wildlife 2007, p. 4). Although several surveys have been conducted in Okanogan and Yakima Counties in the last several years to check locations of previous sightings (Okanogan County) and potential habitat (Yakima County), no cuckoos were detected, despite a small number of statewide accounts in recent years (Salzer 2010, p. 1–3).

In Oregon, the last confirmed breeding records were in the 1940s in Oregon. However, four cuckoo sightings were made west of the Cascade Mountains between 1970 and 1994, and at least 20 records east of the Cascades (Gilligan 1994, pp. 162–163). A few pairs may nest very locally east of Cascades in Oregon. A 1988 survey in eastern Oregon and Klamath County located no birds, but identified potential breeding habitat along the lower Owyhee River (Littlefield 1988, p. 34). Most recent records were from May and June of 1999 (Johnson and O'Neil 2001, pp. 460–461) and a single yellow-billed cuckoo was sited during the breeding season (June 26-27 1999) along Bonita Road in Malheur County. This species is considered a rare visitor at the Malheur National Wildlife Refuge each year (Service 2009, p. 2).

The species has been recorded twice in British Columbia since the 1920s (Siddle 1992, p. 1169), and is considered extirpated (British Columbia Conservation Data Centre 1999, p. 5; Hughes 1999, p. 2).

Arizona

Arizona probably contains the largest remaining cuckoo population among States west of the Rocky Mountains. Losses of riparian habitats from historic levels have been substantial in Arizona (Rosenberg *et al.* 1991, pp. 18–23; Ohmart 1994, p. 273; Noss *et al.* 1995, p. 47). Losses have been greatest at lower elevations (below about 3,000 feet (ft) (914 meters (m))) along the Lower Colorado River and its major tributaries, which have been strongly affected by upstream dams, flow alterations, channel modification, and clearing of land for agriculture (Ohmart 1994, pp. 273–285). As habitat has declined, cuckoo numbers have likely declined, as has been documented for the lower Colorado River (Rosenberg *et al.* 1991, pp. 202–205), and described above for California. Following the high water levels of 1983-1984 and 1986, cuckoo numbers also declined by 70-75 percent on the Bill Williams River delta, which abuts the lower Colorado River (Rosenberg *et al.* 1991, p. 203). Habitat has since recovered on the Bill Williams River delta, but cuckoo numbers remain low (Halterman 1999, p. 1).

In some Arizona areas, such as the San Pedro Riparian National Conservation Area along about 40 mi (65 km) of the upper San Pedro River, ongoing conservation efforts may improve habitat conditions for the species. The species is considered a Species of Concern by the Arizona Game and Fish Department, a designation that does not provide protection to the species (Corman 1999, p. 1). One hundred and sixty-eight cuckoo pairs and 80 single birds were located in Arizona in 1999, based on preliminary results from a state-wide survey which covered 265 miles (mi) (426 kilometers (km)) of river and creek bottoms (Magill 1999, pp. 1–2). From these results, it is evident that cuckoo numbers in 1999 were substantially less than some previous estimates for Arizona, including a 1976 estimate of 846 pairs for the lower Colorado River and five major tributaries 1976 (Groschupf 1987, pp. 20–28).

Surveys conducted in 2004 and 2005 at 37 sites within the Verde River watershed were done at historic sites (16) with previous detections in 1998-1999 and at random sites (21) with appropriate riparian forest (Holmes *et al.* 2008, p. 6, 7). In the two years of surveys, 59 percent of sites had detections; 75 percent of historic sites had detections and 48 percent of random sites had detections (Holmes *et al.* 2008, p. v). Holmes *et al.* (2008, p. 20) found evidence of breeding at 14 sites, but confirmed breeding at only 5 sites. The maximum number of detections during any one survey period was 23 in 2004 and 31 in 2005. Occupied sites within the Verde River watershed had deciduous riparian habitat that was at least 100 m wide; were dominated mainly by Fremont cottonwood, Gooding's willow, Arizona alder, and Arizona sycamore; and were adjacent to patches of mesquite over 5 ha in size (Holmes *et al.* 2008, p. 27).

In 2006 and 2007, surveys were conducted at various sites throughout the Lower Colorado River Multi-Species Conservation Plan Boundary area for the yellow billed cuckoo (Johnson *et al.* 2007, pp. 1–220; Johnson *et al.* 2008. pp. 1). In 2006, there was a high of 117 detections during any one survey period along the Bill Williams River in the Bill Williams River National Wildlife Refuge; in 2007, the high was 139 also at the Bill Williams River National Wildlife Refuge (Johnson *et al.* 2008). Bill Williams River National Wildlife Refuge is considered the largest, highest quality stand of suitable habitat for the cuckoo along the lower Colorado River (Johnson *et al.* 2008, p. 106). In addition to the Bill Williams River National Wildlife Refuge, other sites in Arizona in which Johnson *et al.* (2008) detected cuckoos in 2006 or 2007 (or both) include: the Grand Canyon National Park and the Lake Mead National Recreation Area; Havasu National Wildlife Refuge; Cibola National Wildlife Refuge; Imperial National Wildlife Refuge; the Gila-Colorado River confluence; Limitrophe Division; and Quigely Pond Wildlife Management Area (Johnson *et al.* 2008. pp. 107). Breeding was detected at the Bill Williams River National Wildlife Refuge in 2006 and 2007, and the Grand Canyon National Park and Lake Mead National Recreation Area in 2006; breeding status of most birds was classified as unknown (Johnson *et al.* 2008. pp. 1, 107).

In 2009, surveys were conducted in the Tumacacori National Historic Park to assess the effects of a 2008 fire on riparian broadleaf forest along the Santa Cruz River (Krebbs and Moss 2009, pp. 7, 8). Surveys detected an estimated four pairs of birds, but no evidence of nesting, although a nest was located by other researchers working in the area. Cuckoos were not detected in the burn area, where more that 50 percent of the trees were destroyed. Managers are implementing several actions, including restriction of livestock grazing, to meet recommended conservation measures that are expected to slow the decline of the yellow-billed cuckoo (Krebbs and Moss 2009, pp. 7, 8). Additional recent data for Arizona is being compiled by yellow-billed cuckoo working group partners.

Colorado

In Colorado west of the Continental Divide, the species is now extremely rare (Kingery 1998, pp. 1–636). The yellow-billed cuckoo is an uncommon summer resident of Colorado. Within the species western DPS west of the Rocky Mountains, yellow-billed cuckoos were found along the Colorado River in Palisade, near Grand Junction (Mesa County) annually through the 1950s and 1960s (Righter *et al.* 2004, pp. 1–214). Cuckoos were also regularly detected as recently as the mid-1980s along the Uncompahgre and Gunnison Rivers near Delta (Delta County) (Rich Levad 2010, p. 1). In 1998, the Colorado Breeding Atlas (1998, pp. 1–636), gave the general status of the yellow-billed cuckoo in Colorado as nearly extirpated in the West with

once common eastern populations becoming uncommon to rare. During the 1987 to 1994 period covered by the Atlas, only three cuckoos were recorded on the western slope, with one confirmed nesting observation that occurred along the Yampa River near Hayden in 1988. Other confirmed nesting records (mid-1980s) were associated with outbreaks of caterpillar infestations in box elders in the Four Corners Region/Durango area, although subsequent actions were taken to limit box elder infestations (Colyer 2001, pp. 1-6). National Park Service surveys in southwest Colorado from 1988 through 1995 for the Colorado Bird Breeding Atlas provided no records of yellow-billed cuckoo. In 1998, biologists surveyed 242 mi (389 km) of lowland river riparian habitat along six rivers in west-central Colorado for cuckoos. They found one cuckoo, representing a probable nesting pair (Dexter 1998, p. 3).

Since 2000, detections of the western yellow-billed cuckoo DPS have been limited in western Colorado. Consistent cuckoo observations have been recorded at only two locations in the range of the western DPS of the yellow-billed cuckoo in western Colorado. They have been detected annually in the San Luis Valley of south-central Colorado since 2001 in Conejos County; breeding is suspected, but not confirmed (Banks and Lucero 2004, Beason 2010a, p.1). Since 2003 they have also been detected annually at the North Fork of the Gunnison River valley of west-central Colorado in Delta County; breeding was confirmed in 2008 near Hotchkiss (Beason 2010b, p. ii).

Reports of single yellow-billed cuckoos have come primarily from the Grand Junction area and Mesa County in 2001, 2002, 2005, and 2008, with a report of more than one cuckoo at Orchard Mesa Wildlife Area in 2006 (Arnold 2010, p. 1; Beason 2010a, p. 1; Wright 2010, p. 1). Additional reports include a cuckoo south of Montrose in Montrose County near the Uncompahgre River in 2009, a cuckoo along the Gunnison River near Gunnison in 2007 (Hicks 2010, p. 1), and detections by the Rocky Mountain Bird Observatory along the Yampa River near Craig in 2007 and 2008, and in far western Colorado near Nucla in 2005 and 2008 (Beason 2010a, p. 1; Beason 2010b, p.1; Dexter 2010, p. 1). The detections near Craig and Nucla in 2008 resulted from surveys completed by the Rocky Mountain Bird Observatory in five western Colorado counties. However, surveys repeated in two of the counties in 2009 failed to detect birds. Surveys by the Rocky Mountain Bird Observatory in 2010 were conducted near historical detections and at sites with suitable habitat in Archuleta, Conejos, Montezuma, and Rio Grande counties in south-central and southwest Colorado; no cuckoos were detected (Beason 2010b, p. ii). Survey results to date are insufficient to determine population size or trend.

Wyoming

The summer breeding range for the yellow-billed cuckoo is located along the boundary between the eastern and western population segments of the species, with the western DPS occurring on the western side of the Rocky Mountains along the Lower Green River Basin from the Seedskadee National Wildlife Refuge to the Flaming Gorge Reservoir and west to the Bear River Drainage. Prior to 2001, the distribution of summer records of yellow-billed cuckoos from the Wyoming Natural Heritage Database showed a few scattered sightings, with potentially three records from the western range. Although breeding habitat is limited, most riparian habitat is located along rivers east of the Rocky Mountains (Bennett and Keinath 2001, pp. 3 – 5, 8, 9). In 2005 surveys were done on the Green River. One of the routes was surveyed in 2006, but no cuckoos were detected although one cuckoo was reported downriver from the surveyed transect, at the Seedskadee National Wildlife Refuge. No other recent surveys have occurred to date (Orabona 2010, p. 2, 3).

Montana

There are very limited data for the area west of the Continental Divide in Montana. Local records for the species around the Flathead River area are scarce. A few records indicate that yellow-billed cuckoos do occur in this area, but no confirmed breeding information exists (Lenard 2001, pp. 1–3). Yellow-billed cuckoos occur locally in the southern portion of the state along the larger stream corridors that run from Montana into northeastern Wyoming (Nordstrom 2001, p. 1).

Idaho

The most recent record for this area comes from the South Fork of the Snake River in 1992 (Stephens and Sturts 1997, p. 36). In southwestern Idaho, the yellow-billed cuckoo has been considered a rare, sometimes erratic, visitor and breeder in the Snake River valley. Numerous sightings have been recorded in the southwestern part of the state during the past 25 years. The yellow-billed cuckoo appears to be hanging on precariously in Idaho and could easily become extirpated from the State in the near future. Therefore, available information is inadequate to judge population or distributional trends. The breeding population in Idaho is likely limited to a few breeding pairs at most. A recent survey of yellow-billed cuckoo continues to show the majority of sightings are in the Snake River corridor in southeast Idaho with other areas where the cuckoo has been historically observed having few or no sightings (Reynolds and Hinckley 2004, pp. 6–7). However, a survey in 2009 located a singing male in a location that was previously unknown, and additional surveys in Idaho were planned for 2010 (Carlisle 2010, pp. 2, 3) but reports have not been received yet.

New Mexico

In New Mexico, the species is found in riparian zones with dense understory vegetation, most commonly in the south and along major drainages (New Mexico Partners in Flight 2007, pp. 1–5). Current information is inadequate to judge trends, but the species was fairly common in the mid-1980s along the Rio Grande between Albuquerque and Elephant Butte Reservoir, and along the Pecos River in southeastern New Mexico. Numbers may have increased there in response to salt cedar (*Tamarix* spp.) colonization of riparian areas formerly devoid of riparian vegetation (Howe 1986, pp. 12–13). A review on the status of the species in New Mexico concluded that the species would likely decline in the future due to loss of riparian woodlands (Howe 1986, pp. 14–15). In the eastern third of the state, nonnative salt cedar has provided habitat for approximately 1000 pairs of yellow-billed cuckoos in historically unforested areas. The broad-scale clearing of exotic vegetation, such as salt cedar along the Pecos River, will likely result in additional loss of nesting habitat for the yellow-billed cuckoo (New Mexico Partners in Flight 2007, pp. 1–5). In the western portion of the state, damage to native riparian habitat is occurring. Along the Rio Grande, understory is being removed to reduce fire risk, and land is being converted to agriculture. Throughout New Mexico, grazing is impacting the quality of riparian habitat available to yellow-billed cuckoos (Howe 1986, pp. 12–13).

Surveys were conducted by the U.S. Bureau of Reclamation (Reclamation) from 2006 through 2009 along the middle Rio Grande, from Highway 60 downstream to Elephant Butte Reservoir (Ahlers *et al.* 2010, p. 4). The area covered by the surveys increased from 35.5 river miles in 2006 to 89.6 river miles in 2009. There were an estimated 28 territories detected in 2006, 36 in 2007, 45 in 2008, and 56 in 2009; however, these estimates are not directly comparable due to variation in survey efforts and protocols (Ahlers 2010, pp. i, 3, 12, 17). These surveys have documented a sizable population that is potentially increasing. In 2007 and 2008, Reclamation used radio telemetry to determine home range and habitat use. Home range estimates were variable, ranging from 5 to 282 ha, with an average size of 81.6 ha; nest monitoring was not a part of the study, but breeding was documented (Sechrist *et al.* 2009 p. vii).

Texas

The portion of Texas west of the Pecos River has been identified as within the range of the historic western subspecies (Oberholser and Kincaid 1974, pp. 434–435), but other authors consider birds from this area more similar to eastern cuckoos (Hughes 1999, pp. 4–5). The species still occurs in this area but information on its status is lacking (Groschupf 1987, p. 30). Population reports of the yellow-billed cuckoo in the Trans-Pecos area of western Texas near Big Bend National Park support scattered populations of yellow-billed cuckoo (Wauer 1971, pp. 18, 27). These populations tend to be associated with areas of springs and developed wells or earthen ponds supporting mesic vegetation such as cottonwood and willow. The bird checklist of Guadalupe Mountains National Park on the New Mexico border lists the yellow-billed cuckoo as a rare summer and fall breeder. Yellow-billed cuckoo population trends from 1966 to 1998 for the entire state of Texas are showing a decline (U.S. Geological Survey-Biological Resources Division 1999, p. 1).

Yellow-billed cuckoo call studies from the University of Texas at El Paso, conducted from 1988 to 1998, found a significant decline in response calls over numerous sites in southern New Mexico and western Texas. Average response percentages went from 30 percent in 1988 to 5 percent in 1998. The study concluded that the yellow-billed cuckoo is a rare and highly vulnerable species in the Rio Grande Valley of Southern New Mexico and extreme west Texas (Sproul 2000, p. 5). The Texas Parks and Wildlife Department (TPWD) currently does not separate the eastern and western populations of the yellow-billed cuckoo and identifies the species as globally abundant and State secure since the State ranking was last revised in 1994. However, subsequent publications by the TPWD indicate the species is becoming increasingly rare and declining due to urban development and reduction of habitat (Shackelford and Lockwood 2000, p. 1). The species is considered to be fairly common at elevations of 3,000–7,500 ft (900–2,200 m) in El Paso, Hudspeth, Culberson, and Presidio Counties; and widespread and uncommon to common in central and eastern Texas (Oberholser and Kincaid 1974, pp. 434–435; Rappole and Blacklock 1994, pp. 125–126), although Peterson and Zimmer (1998, p. 66) reported that the yellow-billed cuckoo might be declining due to habitat destruction in El Paso County.

Utah

There are at least two recent breeding records (Ouray National Wildlife Refuge on the Green River, and the Matheson Wetland Preserve near Moab) and reports from at least five other areas where breeding has been suspected (Owens 1998, pp. 3–6). Recent avian surveys of riparian habitats within the historic range (the Salt Lake Valley) recorded three cuckoos in 7,000 survey hours (Owens 1998, pp. 3–6). Threats to yellow-billed cuckoos and their habitat along the Green River in Utah include habitat loss and fragmentation from flooding and dewatering, encroachment by nonnative tamarisk, grazing, and oil and gas development (Howe and Hanberg 2000, p. 1.7). Management of flow regimes was identified as a major impact on habitat with extremely high flows removing habitat and extended periods of low flows likely drying up native riparian habitat which could result in the loss of suitable habitat and invasion by tamarisk. Cattle grazing has also been identified as a possible threat to patches of yellow-billed cuckoo habitat by contributing to the loss of subcanopy vegetation and cottonwood regeneration by grazing and trampling. Another potential threat to yellow-billed cuckoo habitat was attributed to recreational impacts by river users (e.g., use of cottonwood stands for campsites and "lunch spots"). The Utah Division of Wildlife Resources (1998, p. 10) stated that the yellow-billed cuckoo is threatened by habitat loss from agricultural, water, road and urban development, and has declined significantly across its range.

Nevada

The only set of persistent sightings along the Carson River has occurred on portions near Lahontan Reservoir (Neel 1999, pp. 118–120), where the persistent sightings of single birds year after year suggested long-term occupancy for the period from 1986–1997, although limited information was found after that period (Tomlinson 2010, p. 1). Surveys using call-playback techniques were completed along the Truckee, Carson, and Walker rivers in the early 1970s. In surveys of the six remaining habitats able to support yellow-billed cuckoos, as described by Gaines (1974a, p. 206), no birds were heard or seen (Oakleaf 1974, pp. 18–19). Early documentation of yellow-billed cuckoo nesting in Nevada was a pair at Beaver Dam Wash, Lincoln County in 1979 (Neel 1999, p. 119). Between 1990 and 1999, Neel (1999, p. 119) reported only sporadic sightings of single birds throughout the State.

Beginning in 2000, annual survey efforts became more consistent in the southern portion of the state. The Nevada Division of Wildlife (NDW) (2001, pp. 1–8) conducted surveys in 2000 in southern Nevada and documented 19 yellow-billed cuckoos, comprising 4 pairs and 11 unpaired birds with no nests being found. NDW surveys in 2000 and 2001 detected more birds (19 and 28, respectively) than in succeeding years, with a general decline in detections from 2002 to 2009, although lack of access to private lands may have factored in results (Tomlinson 2010, p. 1). Surveys conducted at the Warm Springs Natural Area on the Muddy River documented a nesting record for the species in 2000, but also indicated a general decline in bird numbers from 2002 to 2009 (Tomlinson 2010, p. 1). Surveys conducted by the San Bernardino County Museum at

sites along the Virgin and Muddy Rivers between 2000 and 2007 provided total detections of 6 and 10 in 2000 and 2001, respectively, total detections between 0 and 3 from 2002 to 2005, 6 an 12 detections in 2006 and 2007, respectively, and 3 detections in 2008 (Braden *et al*. 2009, pp. 1–58), although the number of sites surveyed generally increased in the last 4 years. These surveys were resumed by the Southern Sierra Research Station in 2009 and detected one bird at each of two locations; Pahranagat Valley and the Key Pittman Wildlife Area (Tomlinson 2010, p. 2). In 2006, surveys were conducted for the yellow billed cuckoo at four Nevada sites within the Lower Colorado River Multi-Species Conservation Plan Boundary area (Johnson *et al*. 2007, pp. 1–220), resulting in detection of eight birds (Johnson et al. 2007, pp. 13-16). Fairly extensive surveys of potential habitat at the Ash Meadows NWR resulted in detection of single cuckoos in 2008 and 2009 (Tomlinson 2010, p. 2).

Suitable habitat for the yellow-billed cuckoo is very limited in Nevada due to the fragmentation of most areas of cottonwood riparian forests (Nevada Division of Wildlife 2001, pp. 1–8). National Park Service studies from Great Basin National Park (National Park Service 2001, pp. 1-2) in the South Snake Mountain Range determined that of the 469 ac (190 ha) of existing riparian habitat only 8 ac (3.2 ha) was suitable for supporting yellow-billed cuckoo. Most of the suitable habitat along the Truckee, Carson, and Walker rivers has been modified or destroyed (Nevada Division of Wildlife 1985, pp. 1–4 and 1990, pp. 1–2), leaving limited stands of cottonwood and willow. A 145,500 dollar grant from the Service for tribal entities was given in 2005 for restoration activities for a 20-mile stretch of the Truckee River to remove fish barriers and restore riparian habitat (Service 2006, p. 35). The scattered cottonwoods on the Colorado River tributaries (Virgin, Muddy, and Pahranagat) are the last places in Nevada where the yellow-billed cuckoo can reliably be expected to occur (Draft Nevada Comprehensive Wildlife Conservation Strategy 2005, p. 155). However, conservation planning, land acquisition, and riparian restoration efforts currently underway at various sites, including the lower Virgin River, lower Truckee River, Muddy River, Ash Meadows, and Pahranagat Valley are expected to benefit the species in Nevada (Tomlinson 2010, pp. 5–7). Additional surveys were planned for 2010 in southern Nevada along the lower Colorado and the Virgin Rivers, in the Pahranagat Valley, and at the Ash Meadows National Wildlife Refuge, Warm Springs Natural Area, and several other locations; reports have not been received yet.

Mexico

The yellow-billed cuckoo breeds locally in Mexico and is a widespread transient during migration (Howell and Webb 1995, pp. 346–347). The species has been recorded as a summer resident (presumably breeding) locally within several regions of Mexico, including the state of Baja California Sur; northwest Mexico from Sonora and Chihuahua south to Zacatecas; northeast Mexico on the Atlantic slope from Coahuila to Tamaulipas; and in the northern Yucatan Peninsula (Howell and Webb 1995, pp. 346–347). The species has been recorded as locally common in the State of Sonora (Russell and Monson 1998, p. 131). Surveys of 16 secondary watersheds (4 primary watersheds) in northern Sonora between 2000 and 2007 indicated that the yellow-billed cuckoo was rare or uncommon in all but one secondary watershed. In one watershed the species had been observed in earlier studies, but was not observed during the 2000–2007 study (Flesch 2008, p. 35). Within these watersheds, broadleaf and riparian woodland and gallery forest occurred along valleys bottoms and in canyons. Although large areas of the Sonora-Arizona borderlands are managed with conservation objectives, significant threats to riparian areas exist due to agriculture, loss of groundwater, and unsustainable grazing practices. Cottonwood forests have been declining along the Magdalena River, while riparian forests throughout much of the Santa Cruz Valley have been highly degraded and are also declining locally along the Altar River (Flesch 2008, pp. 29, 32, 44). The Fish and Wildlife Service has also conducted yellow-billed cuckoo and riparian bird surveys in Sonora (Mesta 2010, p. 1).

Range East of Continental Divide (outside the range of the western DPS)

In the United States east of the Rocky Mountains, the yellow billed cuckoo is uncommon to common as a breeding bird. The species' habitat in this region, riparian and other broad-leaved woodlands (Ehrlich *et al*. 1988, p. 286), occupies a significant area of the region (Service 1981, p. 6). This is in sharp contrast to the

west; where suitable habitat is limited to narrow and often widely separated riparian zones that occupy a fraction of 1 percent of the western landscape (Service 1981, p. 6; Knopf and Samson 1994, p. 670). Trend data based on detections by the Breeding Bird Survey (BBS) program (BBS 1999, pp. 1–7) indicate significant population declines between 1966 and 1996 in 12 of 29 eastern and central States; the average annual decline during this period was 1.9 percent. Most of these declines have occurred since 1980. The average number of detections of cuckoos increased in these 29 States for the interval from 1966 to 1979; however, the average number of detections decreased in all 29 States between 1980 and 1996. In 15 of these States, the decline between 1980 and 1996 is statistically significant, and the average annual decline during this period was 2.8 percent. Trends vary widely between states, ranging from a decline of 15.8 percent (Connecticut, 1966-1996) to an increase of 17 percent (Nebraska, 1966-1979). Bird survey data are insufficient to evaluate population trends in regions west of the Continental Divide, but for two Service regions that span both sides of the Divide, the BBS data indicate declines of 2.7 percent in Region 2 (Arizona, Oklahoma, Texas, and New Mexico; 1980-1996), and 4.7 percent in Region 6 (Kansas, Nebraska, the Dakotas, Montana, Colorado, Utah, and Wyoming; 1980-1996).



Yellow-Billed Cuckoo
Delineation of Eastern and Western
Distinct Population Segments

## Population Estimates/Status:

Since 1980, state-wide surveys from New Mexico, Arizona, and California, indicate an overall estimated 52 percent decline with numbers too low to establish trends from Idaho, Montana, Utah, Nevada and Colorado. Trend information is also lacking from west Texas and Mexico. However, we believe yellow-billed cuckoos exist in large enough numbers to be surveyed. The yellow-billed cuckoo has been extirpated as a breeding bird in Washington, Oregon, and British Columbia. Studies in California along the Sacramento River were initiated by the Service in 2008 to determine presence, abundance and habitat use by the yellow-billed cuckoo in the Sacramento Valley. The information gathered during these studies is still under analysis and no results have been finalized.

## Distinct Population Segment (DPS):

Pursuant to the Act, we must consider for listing any species, subspecies, or, for vertebrates, any distinct population segment (DPS) of these taxa if sufficient information indicates that such action may be warranted. The Service along with NOAA Fisheries adopted the interagency policy and published it in the Federal Register on February 7, 1996 (61 FR 4722). The policy allows for more refined application of the Act that better reflects the biological needs of the taxon being considered, and avoids the inclusion of entities that do not require its protective measures. Under our DPS policy, three elements are considered in a decision regarding the status of a possible DPS as endangered or threatened under the Act. These are applied similarly for additions to the list of endangered and threatened species, reclassification, and removal from the list. They are: (1) discreteness of the population segment in relation to the remainder of the taxon; (2) the significance of the population segment to the taxon to which it belongs; and (3) the population segment's conservation status in relation to the Act's standards for listing (i.e., is the population segment, when treated as if it were a species, endangered or threatened?). A systematic application of the above elements is appropriate, with discreteness criteria applied first, followed by significance analysis to determine if the standard is met. Discreteness refers to the isolation of a population from other members of the species and we evaluate this based on specific criteria. We determine significance by using the available scientific information to determine the DPS's importance to the taxon to which it belongs. If we determine that a population segment is discrete and significant, we then evaluate it for endangered or threatened status based on the Act's standards.

Discreteness

Under our Policy Regarding the Recognition of Distinct Vertebrate Population Segments, a population segment of a vertebrate species may be considered discrete if it satisfies either one of the following conditions:
(1) It is markedly separated from other populations of the same taxon as a consequence of physical, physiological, ecological, or behavioral factors. Quantitative measures of genetic or morphological discontinuity may provide evidence of this separation; and
(2) It is delimited by international governmental boundaries within which differences in control of exploitation, management of habitat, conservation status, or regulatory mechanisms exist that are significant in light of section 4(a)(1)(D) of the Act.

Below, we evaluate the population segment of yellow billed cuckoos that occurs in the western United States under our DPS policy. The area for this DPS would be the area west of the crest of the Rocky Mountains. For the northern tier of Rocky Mountain states (Montana, Wyoming, northern and central Colorado), the crest coincides with the Continental Divide. In southern Colorado and New Mexico the crest coincides with the eastern boundary of the upper Rio Grande drainage, including the Sangre de Cristo Mountains and excluding the drainage of the Pecos River. In west Texas the DPS boundary is the line of mountain ranges that form a southeastern extension of the Rocky Mountains to the Big Bend area of west Texas, and which form the western boundary of the Pecos River drainage. The DPS for the yellow-billed cuckoo is based primarily on the first of the two conditions cited above; the population segment is markedly separated from other populations. In addition, the northern and southern boundaries of the proposed DPS are the international boundaries with Canada and with Mexico since the DPS policy allows us to delimit the boundaries of a DPS along international boundaries.

We recognize that cuckoos within the described DPS are not wholly isolated from eastern cuckoo populations by the Rocky Mountain crest in west Texas, and to a lesser extent, farther north. As discussed above, morphologic data and recent genetic data do not support separation of the yellow billed cuckoo into eastern and western subspecies. However, our DPS policy explicitly states that complete reproductive isolation is not

BLM_0071339

required to recognize discreteness of a DPS, and DPS recognition can be appropriate where differences between populations are not sufficiently large to merit recognition of subspecies.

Yellow billed cuckoos breed on both sides of the crest of the Rocky Mountains, where suitable habitat occurs (Johnsgard 1986, pp. 1–504). Although the Rocky Mountains may not wholly prevent movement of cuckoos across the Rocky Mountain crest, the available information indicates that the Rocky Mountains substantially separate cuckoo populations occurring east and west of their crest. Physical factors also interact with ecological factors, as altitudinal, topographic, and climatic factors influence the distribution of suitable habitat for nesting cuckoos.

Along most of the DPS boundary, nesting birds are separated physically from nesting cuckoo populations east of the Rocky Mountains. In the northern Rocky Mountains and northern Great Plains, from the Canada border south through Colorado, the cuckoo is extremely rare and local as a breeding bird (Hughes 1999, p. 3). While the species breeds locally in southeast Montana, southern Idaho, northeast and southwest Wyoming, west Colorado, and Utah ), it is quite rare or absent within the higher Rocky Mountains (Hughes 1999, p. 3). An examination of the distributional records for the Rocky Mountain region indicate that within this area of few cuckoos, the species is even more scarce at elevations above approximately 2,000 m (6,700 ft). Most sources describe the species range as extending up to this elevation (often described as occurring in the Sonoran Life Zones in older works) (Bailey 1928, p. 308; Bailey and Niedrach 1965, p. 404; Phillips *et. al.* 1964, pp. 1–220; Johnsgard 1986, pp. 1–504; Long 2001, pp. 1–8). Most of the Rocky Mountain crest exceeding 2,000 m (6,700 ft) includes a wide region. In Colorado and Wyoming the region above 2,000 m (6,700 ft) is typically at least 240 km (150 mi) wide on an east-west axis (USGS 1970, p. 59).

Within western Montana and southern Wyoming the crest is less marked. In western Montana, the unoccupied region includes the area west of the Continental Divide, and extends into the panhandle of northern Idaho. The high elevation zone in western Montana narrows to 80 km (50 mi) width and sometimes less, where deep river valleys of the Columbia River drainage cut through the high mountains. However, the scarcity of records from this region indicates that nesting west of the Continental Divide in Montana is at most very limited and sporadic, and the region of effective separation in Montana may be as wide as 800 km (500 mi) (Hughes 1999, p. 3; Laymon 2000, pp. 1, 29; Hendricks 2001, p. 1). Coupled with the rarity of cuckoos in adjacent areas to the west and east, the available information indicates that the Rocky Mountain region in Montana and northern Idaho forms a wide break between cuckoo populations to the east and west.

The band of unoccupied habitat in Wyoming includes Park, Fremont, western Hot Springs, and central and eastern Sweetwater counties (Deibert 2001, p. 2). In southern Wyoming, the crest of the Rocky Mountains dips to near 2,300 meters (7,500 feet) to the southeast of the Wind River Range. In this area, the Great Divide Basin forms a high, internal basin which separates the Snake River drainage from the Missouri River drainage. This basin, while not a physical barrier topographically, it is a high desert lacking in cuckoo habitat (Deibert 2001, p. 1). The basin consists mostly of rolling plains, extensive playas and dune fields that receives 2.25 cm (0.8 in.) of precipitation annually (Reiners and Thurston 1996, pp. 11, 14). Although this lower area may be less of a physical barrier to birds, reported yellow billed cuckoo sites to the east and west in this area are separated by about 240 km (150 mi) of similar unsuitable habitat, as is true for the rest of the Rocky Mountain crest from the Montana to Colorado border (Reiners and Thurston 1996, pp. 10–15; Wyoming Game & Fish 2001, pp. 2–3). Therefore, we find that the appropriate DPS boundary is that which encompasses the Snake River basin, which is, following the southern and western edge of the Great Divide Basin.

In Colorado, the band of high-elevation is over 150 km (100 mi) wide along the entire north-south axis of the Rocky Mountains. The available data indicate that cuckoos do not nest within this broad highlands region, and reveal few records of cuckoos at all in the mountainous region of the state; as noted above, the species was probably never common and is now extremely rare (Bailey and Niedrach 1965, pp. 404–406; Kingery

1998, pp. 204–205). Based on the available information, the Rocky Mountains in Colorado form a substantial break between cuckoo populations east and west of the crest, a break which is accentuated by the species' current extreme rarity in Colorado west of the Great Plains.

The separation of western and eastern populations of yellow billed cuckoo continues south along the Rocky Mountain crest into Southern Colorado, eastern New Mexico and southwest Texas, terminating at the Rio Grande River in the Big Bend National Park. Thus, the western yellow billed cuckoo DPS includes the upper and middle portions of the Rio Grande hydrological basin, and excludes the Pecos River drainage.

The inclusion of the Rio Grande basin within the DPS deviates from the rest of the DPS in that it includes an area, which drains to the Gulf of Mexico, but is consistent in several other respects. First, it follows the crest of the southeastern extent of the Rocky Mountains. This crest includes highlands above 2,000 m (6,700 ft) which separate the Rio Grande and Pecos River drainages for all of New Mexico except in the extreme south. Cuckoos are limited to nesting in riparian areas at lower to middle elevations, and thus the crest is expected to separate eastern and western populations here as it would farther north. Second, ecologically, the portion of the Upper Rio Grande basin with the DPS has greater affinity with the western United States than with the area east of the Rocky Mountains (Graham 1992, pp. 23, 83; U.S. North American Bird Conservation Initiative (NABCI) 2000, pp. 17–21; Pashley *et al.* 2000. pp. 65, 75), whereas regions east of the DPS (lower Rio Grande) have greater affinity for the Great Plains and other eastern ecological regions. The riparian habitats in the Upper Rio Grande of New Mexico and west Texas are similar to those occupied by cuckoos in other western regions, being dominated by Fremont cottonwood and willows, whereas most cuckoo habitat along the Pecos River in New Mexico historically lacked cottonwood forests, and today is dominated by non-native tamarisk trees (Howe 2004, pp. 1–6; Hunter *et al.* 1988, pp. 113–114; Ellis 1994, pp. 339-341). For these reasons, the crest of the Rocky Mountains presents a clearer geographic and biologic separation in New Mexico and west Texas, than does the continental divide.

In the western Great Plains, yellow billed cuckoos nest in riparian corridors that extend westward towards the Rocky Mountains along watercourses draining into the Missouri and Mississippi Rivers. These corridors no doubt lessen the separation of eastern and western cuckoos by providing corridors across otherwise unsuitable habitat in the Great Plains. The taxonomic identity of yellow billed cuckoos nesting along the eastern edge of the Rocky Mountains from central Montana south to eastern New Mexico throughout this area have traditionally been attributed to eastern cuckoo origins (Bailey and Niedrach 1965, p. 404; Laymon 2000, p. 1). Not all evidence supports this view; recent data from an ongoing study suggests that cuckoos from the South Platte River in Nebraska may be more similar to western cuckoos based on morphologic measurements (Scharf 2001, p. 3). As already noted, however, the crest of the Rocky Mountains still presents a wide band of unsuitable habitat between Great Plains cuckoos and cuckoos in the western DPS.

In west Texas and southern New Mexico, the physical separation is less marked, where the Rocky Mountains become a series of relatively low, isolated ranges within a high plateau, stretching between the Guadalupe Mountains on the Texas-New Mexico border to the Chisos Mountains in the Big Bend National Park, on the border with Mexico. In this region the DPS boundary and the separation between eastern and western birds may be less complete than for the rest of the DPS. Our 90-day administrative finding noted the lack of a barrier between the Rio Grande and Gila River drainages in southern New Mexico. This problem is addressed by the DPS boundary, which includes both of these drainages, for reasons described above. The affinity of cuckoos from west Texas is still problematic, however, in that the Pecos River drainage is not strongly separated from the Rio Grande drainage upstream of the Big Bend, and cuckoo movement and interchange across the DPS boundary is expected to be greater in this region than along the rest of the DPS boundary. Such interchange and resulting diffusing of differences may be the reason why west Texas cuckoos have been reported to be morphologically aligned with eastern cuckoo populations (Hughes 1999, pp. 4–5) and with western cuckoos. The majority of the available information, including timing of nesting, indicates that birds from Texas west of the Pecos River and from the Big Bend upstream exhibit greater similarity to western cuckoos (Wauer 1973, p. 96; Oberholser and Kincaid 1974, pp. 434–435; Franzreb and Laymon 1993, pp. 17–26). Considering these factors along with the information on physical factors, we have included

BLM_0071341

west Texas within the western DPS. This inclusion would be reconsidered during preparation of a listing proposal, should new information become available.

In our 90-day administrative finding (Federal Register (65 FR 8104-8107) February 17, 2000), we discussed the fact that the cuckoo is a mobile species, migrating to South America during the non-breeding season. This mobility raises the question of whether 150 miles of mountains poses a barrier to movement between populations east and west of the crest of the Rocky Mountains. We are unaware of scientific data which would allow us to directly address the effectiveness of the mountains as a physical separation between cuckoo populations, but some evidence bears on the question. We have already described the observation that a broad area of unsuitable habitat largely separates suitable, occupied habitat east and west of the crest of the Rocky Mountains. Also, many other bird species migrate between Central/South America and North America and have maintained discrete populations or subspecies that are separated by the Rocky Mountains (Pitelka 1947, pp. 113–136; Udvardy 1963, pp. 1153ï–1158; Johnsgard 1986, pp. 10ï–11).

Data from movements of banded cuckoos provide no evidence of movement between eastern and western cuckoo populations, across the Rocky Mountain crest. We received banding information from the U.S. Geological Survey-Biological Resources Division, Bird Banding Laboratory (BBL). Of a total of 8,673 banded cuckoos, of which 26 bands were recovered, no western birds were found east of the Rocky Mountain crest, nor eastern birds recovered west of the crest. While the data provide no evidence for movement between eastern and western cuckoo populations, the sample size is too small to adequately test the hypothesis that movement is limited between eastern and western regions. Only 251 cuckoos were banded in western states, with only one band recovery. Eight of the 26 recovered birds were found in a state different from where banded. Of these, only one significant displacement occurred on an east to west axis, for a bird banded in Iowa and recovered in Pennsylvania.

The extent to which cuckoos nesting in different regions of North America commingle during migration, or while overwintering, is unknown. Data provided by the U.S. Geological Survey-Biological Resources Division, Bird Banding Laboratory (BBL), from bird band returns to date is insufficient to determine migration or wintering patterns (BBL 1998, pp. 1–3). Some scientists have provided information supporting the hypothesis that yellow billed cuckoos breeding in the western United States winter in different regions of South America than do cuckoos nesting east of the Rocky Mountains (Ridgely 2000, pers comm.; Hughes 2000, pers comm.; Laymon 2000, pp. 19ï–20). The fact that statements by several ornithologists favor this hypothesis lends it credence, although the information available is not sufficient to test the hypothesis.

Western cuckoos have historically occurred and/or still occur in several distinct ecoregions including the Great Basin, Sonoran Desert, Sonoran and Mohave Deserts, Northern Pacific Rainforest, Northern Rockies, Southern Rockies/Colorado Plateau, Coastal California, and Sierra Madre Occidental ecoregions (Graham 1992, pp. 23–27, 84–99; U.S. NABCI 2000, pp. 7, 9, 12, 19–-22; Pashley et al. 2000, pp. 64–-65, 75–79). While these western ecoregions differ in many respects, they are joined by common factors, which also distinguish them from most eastern ecoregions within which yellow billed cuckoos occur. Foremost among these is the fact that western cuckoo populations, and the vast majority of yellow billed cuckoos, occur along narrow and patchy riparian corridors which provide relatively suitable moist deciduous woodlands within arid landscapes otherwise dominated vegetation types unable to support cuckoos. By contrast, east of the Rocky Mountains, the yellow billed cuckoo occurs in extensive bottomland forests in the Mississippi River and other drainages, as well in deciduous woodlands in non-riparian situations, including deciduous forests such as oak hickory forests, parks, and some suburban areas (Wilson 1999, pp. 31–33; Amundson et al. 2000, p. 3).

Data collected from publications and other sources demonstrate, to varying degrees of certainty, the existence of morphological, physiological and behavioral differences between eastern and western yellow billed cuckoos exist.

Based on the available information, the best evidence of behavioral/physiological differences between

BLM_0071342

cuckoo populations west and east of the Rocky Mountain crest is differences in the timing of arrival during the spring migration, and the timing of nesting. Several authors have observed that western cuckoos arrive and nest substantially later than do eastern cuckoos (Franzreb and Laymon 1993, pp. 24–26; Hughes 1999, pp. 5–6; Laymon 2000, pp. 15–17), while an Arizona study found less of a pattern, but noted that Arizona cuckoos appeared to nest several weeks later than California cuckoos (Hamilton and Hamilton 1965, pp. 427–429). Franzreb and Laymon (1993, pp. 24–-26;) and Hughes (1999, pp. 5–6) concluded that the nesting season in western states begins a full three to four weeks later than it does east of the Rocky Mountains, and that western cuckoos arrive on their breeding grounds four to eight weeks later than do eastern cuckoos at similar latitudes. One scientist has also suggested that breeding season of western birds is shorter than for eastern birds, due to later spring arrival and earlier fall departure, and that is evidence of evolved behavioral differences between eastern and western cuckoos (Hughes 2000, pers comm.).

We have conducted our own analysis of the timing of arrival on breeding grounds and conclude that there is at least a three to four week difference in the peak of migration and onset of nesting season with eastern yellow-billed cuckoos being the earliest (Franzreb and Laymon 1993, pp. 24–26; Hughes 1999, pp. 5--6; Laymon 2000, pp. 15–17). In our 90-day finding published February 17, 2000, in the Federal Register (65 FR 8104-8107), we speculated that differences in timing of arrival on breeding grounds and in breeding could be the result of genetically similar birds responding to local environmental cues. We believe this remains as one hypothesis for timing of breeding, although the difference could also reflect genetic based differences. In the case of timing of arrival on breeding grounds, comments received in response to the 90-day finding (Laymon 2000, pp. 15–17; Hughes 2000, pers comm.; Amundson *et al.* 2000, p. 3) provide a persuasive argument that timing of arrival is more likely the result of an evolved response to east-west differences, via mechanisms likely under genetic control.

Other behavior differences between cuckoos in the proposed western DPS and eastern cuckoos exist, and provide additional evidence of discreteness. These differences include: Larger egg size and weight (mass in grams) with thicker egg shells in western birds (Hughes 1999, p. 14) which may correlate with potential higher egg water loss from hotter, dryer conditions in the west than the east (Ar *et al.* 1974, pp. 153–158; Rahn and Ar 1974, pp. 147–152).

Eastern juveniles have been reported to have yellow bills (Oberholser and Kincaid 1974, p. 435) while California juveniles western are reported to have all black bills (Franzreb and Laymon 1993, p. 26). Because bill color in juveniles changes from grayish to yellow and black around the age of 60 days (Hughes 1999, p. 22), this reported difference needs to be verified, taking into account juvenile age.

Western adult cuckoos have been reported to have an orange lower mandible, while eastern adults have a yellow lower mandible (Franzreb and Laymon 1993, p. 26; Laymon 2000, p. 14). Western adults, on average, are larger and heavier than eastern adult birds (Banks 1988, p. 475, 1990, p. 538; Franzreb and Laymon 1993, pp. 19–23; Oberholser and Kincaid 1974, p. 435), and are evidence of some degree of physical isolation, although, as discussed by Banks (1988, pp. 475–476, 1990, p. 538), the differences are not strong, and may be clinal.

From the analysis of two different mtDNA genes (control region and ATP8) totaling 736 base pair sequences, Dr. Fleischer concluded that the mitochondrial DNA results do not support the hypothesis that the western populations of the yellow-billed cuckoo are a separate subspecies from the eastern populations. There was, however, significant divergence in haplotype frequencies between eastern and western samples which suggests that they may not currently be exchanging many migrants and that selection of more variable markers with higher mutation rates may reveal significant genetic structure (Fleischer 2001, pp. 15–16).

In view of the above information, and considering that our DPS policy does not require complete barriers, we find that the available information supports the recognition of a western DPS of the yellow billed cuckoo, as described, based on the physical, ecological, and behavioral discreteness of the population segment.

BLM_0071343

Significance

If we determine a population segment is discrete, we next consider available scientific evidence of its significance to the taxon to which it belongs. Our policy states that this consideration may include, but is not limited to: 1) Persistence of the discrete population segment in an ecological setting unusual or unique for the taxon, 2) Evidence that loss of the discrete population segment would result in a significant gap in the range of the taxon, 3) Evidence that the discrete population segment represents the only surviving natural occurrence of a taxon that may be more abundant elsewhere as an introduced population outside its historic range, or 4) Evidence that the discrete population segment differs markedly from other populations of the species in its genetic characteristics We address these significance factors below as they relate to the population segment of yellow billed cuckoos that occurs west of the Rocky Mountain crest. We focus primarily on the significant gap in the range of taxon that would result from the loss of this population segment in demonstrating significance of the DPS, and secondarily on ecological setting.

Persistence in an unusual or unique ecological setting

We discussed above the manner in which the western yellow billed cuckoo DPS differs fundamentally from eastern cuckoos, because of its strong association with non-montane riparian woodlands, contrasting sharply with states east of the Rocky Mountains, where cuckoos nest across a much broader range of habitat conditions. In the western states, the cuckoo occurs primarily in arid regions, where riparian woodlands, particularly those which include cottonwood trees as a dominant, provide ecological conditions which are unique for the region. These conditions are essential to the survival of yellow billed cuckoo in the west, as well as to the survival of many other riparian-dependent species (Hunter *et al*. 1987, p. 17; Sanders and Edge 1998, pp. 469–470; Knopf and Samson 1994, p. 672).

The western yellow billed cuckoo populations have persisted over long periods, despite the small number of breeding pairs, which breed in relatively isolated areas. Although site fidelity and dispersal patterns have not been studied, a limited number of banding returns from the cuckoo population on the South Fork Kern River in California indicate that adult birds return to the same nesting areas in subsequent years (Laymon 2000, p. 18). Although the species is reported to have nomadic tendencies (Hughes 1999, p. 5), the repeated return from South America each spring to relatively isolated breeding sites, is strongly suggestive of site fidelity. A scenario of strong breeding site fidelity, and often isolated breeding population, and combined with most river reaches supporting very few (less than 20) breeding pairs, suggests that local western populations may constitute important isolated units. Under this same scenario, these units may contain important genetic and phenotypic diversity.

Evidence that the discrete population segment differs markedly from other population segments in its genetic characteristics

Many subspecies of birds have their taxonomic origins based on their physical and behavioral differences; however they may not show corresponding significant genetic differences. Among 111 subspecies of song (passerine) birds only 26 percent demonstrated significant genetic differences when using mitochondrial DNA (mtDNA) gene sequence data (Zink *et al*. 2000, p). Dr. Fleischer did not find significant genetic differences among the 66 yellow billed cuckoos samples from across North America and Mexico to separate western birds from eastern cuckoos at the subspecies level (Fleischer 2001, pp. 15–16).

In a genetic study by the University of Alaska Museum, mtDNA from a 978 base pair section of the cytochrome b gene was analyzed from a substantially small data set of four birds, two of which were vagrants (migrating) from Alaska and two were birds from Minnesota. They found the eastern and western haplotypes differed by five fixed base pair changes and conclude that they diverged 410,000- 460,000 years ago (Pruett *et al*. 2000, p. 230).

Evidence that loss of the discrete population segment would result in a significant gap in the range of the

taxon

The potential loss of the western yellow billed cuckoo population would constitute a significant gap in the range of the yellow billed cuckoo in the continental United States in North America. We recognize that this conclusion is contrary to our conclusion drawn in our 90-day findings which was based on: (1) the fact that the species is dependent upon riparian ecosystems in the western United States, and occurs both in riparian ecosystems and other habitats in the eastern United States; and (2) data on the extent of riparian ecosystems, which indicate that the area of potential habitat available to yellow-billed cuckoos west of the continental divide represents less than five percent of the available cuckoo habitat in its United States range. However, excluding Washington and Oregon where the cuckoo has been extirpated already, the western population would represent about 22.5 percent of the species range. Including Washington and Oregon, the proposed DPS would represent about 28 percent of the species range, based on the area of the states where the species occurs or formerly occurred as a breeding bird. We have evaluated all the information available. After consideration of the information, including the ecological distinctness of the western DPS, the western cottonwood-willow riparian woodlands upon which the western DPS depends, and other factors discussed above, we conclude that the loss of the species from the United States west of the Rocky Mountain crest would represent a significant gap in the species range.

Summary of Discreteness and Significance Evaluations

Based on the above consideration of the western U.S. population of the yellow-billed cuckoo's discreteness and its significance to the remainder of the taxon, we find that it is a distinct population segment. The population's discreteness is due to its separation from other populations of the same taxon as a consequence of physical factors, banding return information, as well as ecological, physiological, behavioral, morphological, biogeographical patterns and genetic information and differences from the remainder of the taxon. The population segment's significance to the remainder of the taxon is due principally to the significant gap that its loss would represent in the range of the taxon and also on ecological setting with western cuckoos having a strong association with non-montane riparian woodlands.

# Threats

## A. The present or threatened destruction, modification, or curtailment of its habitat or range:

Principal causes of riparian habitat losses are conversion to agricultural and other uses, dams and river flow management, stream channelization and stabilization, and livestock grazing. Available breeding habitats for cuckoos have also been substantially reduced in area and quality by groundwater pumping and the replacement of native riparian habitats by invasive non-native plants, particularly tamarisk (Groschupf 1987, p. 29; Rosenberg *et al.* 1991, pp. 18–23). Estimates of riparian habitat losses include 90-95 percent for Arizona, 90 percent for New Mexico, 90-99 percent for California, and more than 70 percent nationwide (Ohmart 1994, pp. 276–281; U.S. Department of Interior (DOI) 1994, p. 215; Noss *et al.* 1995, pp. 37, 46). Much of the remaining habitat is in poor condition and heavily affected by human use (Almand and Krohn 1978, p. 359; U.S. Department of Interior 1994, p. 215). Fragmentation effects include the loss of patches large enough to sustain local populations, leading to local extinctions, and the potential loss of migratory corridors, affecting the ability to recolonize habitat patches (Hunter 1996, pp. 179–187).

Dahl (1990, p. 6) reviewed estimated losses of wetlands between 1780 and the 1980s in the Southwest: California is estimated to have lost 91 percent, Nevada 52 percent, Utah 30 percent, Arizona 36 percent, New Mexico 33 percent, and Texas 52 percent. As much as 90 percent of major lowland riparian habitat has been lost or modified in Arizona (State of Arizona 1990, p. 4). Franzreb (1987, p. 4) noted that "[B]ottomland riparian forests are the most highly modified of natural landscapes in California."

Much of the substantial decline of the cuckoo in California has been directly attributed to breeding habitat loss from clearing and removal of huge areas of riparian forest for agriculture, urban development and flood control (Gaines 1974b, pp. 2–4; Gaines and Laymon 1984, p. 73; Laymon and Halterman 1987b, p. 19; Launer *et al.* 1990, p. 3; Hughes 1999, p. 4). Losses in the Central Valley alone have been huge, especially along the Valley's formerly free-flowing rivers such as the Sacramento, where under pristine conditions, broad overflow plains and dense riparian forests extended for up to 4 mi (6 km) from both banks (Thompson 1961, p. 307; Franzreb 1987, p. 4). Katibah (1984, pp. 26–27) estimated the presettlement riparian vegetation for the entire Central Valley at more than 373,000 ha (924,000 ac), and that as of 1979, about 41,300 ha (102,000 ac) of riparian forest remained in the Central Valley, an 87 percent loss. Of the remaining habitat, approximately 85 percent is considered in a disturbed or degraded condition (Katibah 1984, pp. 26–27). Similar losses of riparian habitat have been documented throughout the U.S. (Noss *et al.*1977, pp. 37, 46).

A study of the San Joaquin River between Friant Dam and Merced River confluence found that between 1937 and 1993, the area of riparian forest and scrub decreased 28 percent, from 6,787 to 4,914 ac (2,727 to 1,989 ha) and the herbaceous riparian vegetation decreased from 4,076 to 780 ac (1,650 to 316 ha) (Jones and Stokes Associates, Inc. 1998, p. 5–1).

Suitable habitat for the yellow-billed cuckoo is very limited in Nevada with most areas of cottonwood riparian forests being fragmented (NDW 2001, pp. 2–-8). National Park Service studies from Great Basin National Park (National Park Service 2001, pp. 1–2) in the South Snake Mountain Range determined that of the 469 ac (190 ha) of existing riparian habitat only 8 ac (3.3 ha) was suitable for supporting yellow-billed cuckoo. Most of the suitable habitat along the Truckee, Carson, and Walker Rivers has been modified or destroyed (NDW 1990, pp. 1–-2 and 1985, pp. 1–4).

Loss and modification of southwestern riparian habitats have occurred from urban and agricultural development, water diversion and impoundment, channelization, livestock grazing, off-road vehicle and other recreational uses, and hydrological changes resulting from these and other land uses. Rosenberg *et al.* (1991, p. 33) noted "it is the cottonwood-willow plant community that has declined most with modern river management." Loss of the cottonwood-willow riparian forests has had widespread impact on the distribution and abundance of bird species associated with that forest type (Hunter *et al.* 1987, pp. 10–18; Hunter *et al* .1988, p. 113; Rosenberg *et al.* 1991, pp. 31–34).

Overuse by livestock has been a major factor in the degradation and modification of riparian habitats in the western United States. The effects include changes in plant community structure and species composition and in relative abundance of species and plant density. These changes are often linked to more widespread changes in watershed hydrology (Rea 1983, p. 40; Belsky *et al.* 1999, pp. 419–431). Livestock grazing and other alterations in stream flow in riparian habitats typically results in reduction of plant species diversity and density, especially of palatable broadleaf plants like willows and cottonwood saplings, and is one of the most common causes of riparian degradation (Carothers 1977, p; Rickard and Cushing 1982, pp. 2–4; Cannon and Knopf 1984, p. 236; Klebenow and Oakleaf 1984, p. 202; Clary and Webster 1989, pp. 1–2; Schultz and Leininger 1990, pp. 298–299; Bock *et al.* 1993, p. 300).

Increases in abundance of riparian bird species have followed reduction, modification, or removal of cattle ( *Bos* sp.) grazing. Krueper (1993, pp. 322–323) found the following increases in birds associated with cottonwood-willow habitat on Arizona's San Pedro River 4 years after the removal of livestock: yellow warbler – 606 percent; common yellow-throat (*Geothlypis trihas*) – 2,128 percent; yellow-breasted chat ( *Icteria virens*) – 423 percent. Bock et al. (1993, pp. 300–301) found that 40 percent of the riparian bird species they examined were negatively affected by livestock grazing.

The Service believes that documentation of livestock impacts on willow flycatcher subspecies is relevant to yellow-billed cuckoo because linear riparian habitats in the arid range of the yellow-billed cuckoo are especially vulnerable to fragmentation and destruction by livestock. As shady, cool, wet areas providing abundant forage, they are disproportionately preferred by livestock over the surrounding xeric uplands (Ames

1977, p. 49; Valentine *et al.* 1988, p. 111; Johnson 1989, pp. 38–39). Harris *et al.* (1986, p. 22) believed that termination of grazing along portions of the South Fork of the Kern River in California was responsible for increases in riparian vegetation.

Another likely factor in the loss and modification of yellow-billed cuckoo habitat is the invasion by the exotic tamarisk (*Tamarisk* sp.). Tamarisk was introduced into western North America from the Middle East in the late 1800s as an ornamental windbreak and for erosion control. It has spread rapidly along southwestern watercourses, typically at the expense of native riparian vegetation, especially cottonwood/willow communities. Although tamarisk is present in nearly every southwestern riparian community, its dominance varies. It has replaced some communities entirely, but occurs at a low frequency in others.

The spread and persistence of tamarisk has resulted in significant changes in riparian plant communities. In monotypic tamarisk stands, the most striking change is the loss of community structure. The multi-layered community of herbaceous understory, small shrubs, middle-layer willows, and over-story deciduous trees is often replaced by one monotonous layer. Plant species diversity has declined in many areas and relative species abundance has shifted in others. Other effects include changes in percent cover, total biomass, fire cycles, thermal regimes, and perhaps insect fauna (Kerpez and Smith 1987, pp. 1–5; Rosenberg *et al.* 1991, pp. 18–23; Busch and Smith 1993, pp. 186–194).

Disturbance regimes imposed by humans (e.g., grazing, water diversion, flood control, woodcutting, and vegetation clearing) have facilitated the spread of tamarisk (Kerpez and Smith 1987, pp. 1–5; Hunter *et al.* 1988, p. 113; Rosenberg *et al.* 1991, pp. 18–23). Cattle find tamarisk unpalatable. However, they eat the shoots and seedlings of cottonwood and willow, acting as a selective agent to shift the relative abundance of these species (Kerpez and Smith 1987, pp. 1–5). Degradation and, in some cases loss of native riparian vegetation, lowered the water table and resulted in the loss of perennial flows in some streams. With its deep root system and adaptive reproductive strategy, tamarisk thrives or persists where surface flow has been reduced or lost. Further, tamarisk establishment often results in a self-perpetuating regime of periodic fires, which were uncommon in native riparian woodlands (Busch and Smith 1993, pp. 186–194).

Manipulation of perennial rivers and streams has resulted in habitats that tend to allow tamarisk to out-compete native vegetation. Construction of dams created impoundments that destroyed native riparian communities. Dams also eliminated or changed flood regimes, which were essential in maintaining native riparian ecosystems (Vogl 1980, pp. 84–86; Rosenberg *et al.* 1991, pp. 18–23). Changing (usually eliminating) flood regimes provided a competitive edge to tamarisk. In contrast to native phreatophytes, tamarisk does not need floods and is intolerant of submersion when young (Kerpez and Smith 1987, pp. 1–5). Diversion of water caused the lowering of near-surface groundwater and reduced the relative success of native species in becoming established. Irrigation water containing high levels of dissolved salts also favors tamarisk, which is more tolerant of high salt levels than most native species (Kerpez and Smith 1987, pp. 1–5; Busch and Smith 1993, pp. 186–194).

Conversion to tamarisk typically coincides with reduction or complete loss of bird species strongly associated with cottonwood-willow habitat including the yellow-billed cuckoo (Hunter *et al.* 1987; Hunter *et al.* 1988, pp. 118–119; Rosenberg *et al.* 1991, p. 32). While Brown and Trosset (1989, pp. 268–269) believed tamarisk may serve as an "ecological equivalent" to native vegetation, they noted that their study occurred where a tamarisk community became established where no native equivalent existed before. This is especially evident along the Pecos River in Texas (Hunter *et al.* 1988, p. 113).

Water developments also likely reduced and modified yellow-billed cuckoo habitat. The series of dams along most major southwestern rivers (Colorado, Gila, Salt, Verde, Rio Grande, Kern, San Diego, and Mojave) have altered riparian habitats downstream of dams through hydrological changes, vegetational changes, and inundated habitats upstream. New habitat is sometimes created along the shoreline of reservoirs, but this habitat (often tamarisk) is often unstable because of fluctuating levels of regulated reservoirs (Rosenberg *et al*. 1991, pp. 22–23). Diversion and channelization of natural watercourses are also likely to have reduced

yellow-billed cuckoo habitat. Diversion results in diminished surface flows and increased salinity of residual flows. Consequent reductions and composition changes in riparian vegetation are likely. Channelization often alters stream banks and fluvial dynamics necessary to maintain native riparian vegetation (Vogl 1980, pp. 84–86).

River channelization, construction of levees close to the river, and rock riprap armoring along the levees have caused the Sacramento River to exhibit habitat fragmentation and disconnection from ecological processes which both renew and restore riparian and aquatic habitats (Laymon and Halterman 1987a, pp. 11–14; Halterman 1991, pp. 1–2). More than one-half of the Sacramento River's banks within the lowermost 194 mi (312 km) of river have now been rip-rapped by four decades of bank protection under U.S. Army Corps of Engineers' auspices (Service 2000b, pp.26–29). The result is that much of the river's remaining riparian habitat now occurs in narrow disconnected linear strips (Service 2000b, pp. 26–29; Halterman *et al.* 2001, p. 4), which are not utilized by the cuckoo for nesting (Gaines 1974a, p. 204). This may be due to the loss of continuous migration corridors, lack of patches of adequate size for nesting, and the species inability to use highly isolated patches (Halterman 1991, pp. 33–38). Exacerbating such problems is the fact that the cuckoo now, for unknown reasons, utilizes a narrower range of habitat in California, now predominantly cottonwood-willow complex, than it did historically (Laymon and Halterman 1987b, pp. 19–25).

The yellow-billed cuckoo is considered very vulnerable to tropical deforestation on its wintering grounds (Morton 1992, pp. 582–583), and while losses of neotropical forests and woodlands have been substantial and ongoing, particularly in Central America and northern South America (Hartshorn 1992, pp. 13–18; Brown and Lomolino 1998, pp. 558–561), the relationship between over-wintering habitat and yellow billed cuckoo populations has not been studied.

## B. Overutilization for commercial, recreational, scientific, or educational purposes:

The Service is unaware of threats resulting from overutilization

## C. Disease or predation:

West Nile virus is spreading throughout portions of the western United States and poses a threat to bird species. The National Wildlife Health Center of the U.S. Geological Survey (USGS) has identified the yellow-billed cuckoo as a species that may be affected by West Nile virus (USGS, 2005, p. 2).

Predation is also a potential threat to the cuckoo. Adults have been preyed upon by falcons (Hector 1985, p. 338), and nestlings have been taken by hawks, jays, grackles (*Quiscalus quiscala*) (Nolan and Thompson 1975, p. 498; Launer *et al.* 1990, pp. 9–10; Hughes 1999, p. 11) and by various snake and mammal species (Nolan 1963, pp. 311–312). From a study done by Wilson on 252 nests of yellow-billed cuckoos in Arkansas, predation accounted for 91 percent of all nest failures, with small mammals, birds, and reptiles depredating the greatest proportion (Wilson 1999, p. 12).

## D. The inadequacy of existing regulatory mechanisms:

The Migratory Bird Treaty Act (MBTA) (16 U.S.C. Sec. 703-712) is the only current Federal protection provided for the yellow-billed cuckoo. The MBTA prohibits "take" of any migratory bird, which is defined as: "to pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to pursue, hunt, shoot, wound, kill, trap, capture, or collect." However, there are no provisions in the MBTA preventing habitat destruction unless direct mortality or destruction of active nests occurs.

The majority of the occupied areas west of the Continental Divide for the yellow-billed cuckoo lie within California, Arizona, and New Mexico (Hughes 1999, p. 1). Only California classifies the yellow-billed

cuckoo as endangered (California Department of Fish and Game (CDFG) 2008, p. 9). In Arizona, it was listed as threatened by the Arizona Department of Game and Fish; however, it is now listed as a species of concern (Arizona Game and Fish Department 2002, p. 3). The bird has no special protective status in Wyoming, New Mexico, Colorado, Idaho, or Texas (Groschupf 1987, p. 2), and habitat protection or protection of individuals in not provided beyond existing regulations on capture, handling, transportation, and take of native wildlife. Utah considers the cuckoo as threatened. In Nevada, the cuckoo is identified as critically imperiled due to extreme rarity, imminent threats or biological factors and is proposed for protection as threatened. The California Endangered Species Act (CESA) prohibits unpermitted possession, purchase, sale, or take of listed species. However, the CESA definition of take does not include harm, which under the Act can include destruction of habitat that actually kills or injures wildlife by significantly impairing essential behavioral patterns (50 CFR 17.3). CESA does require consultation between the CDFG and other State agencies to ensure that activities of State agencies will not jeopardize the continued existence of State-listed species. Yellow-billed cuckoos have no State status in Oregon because it has not been considered an active breeding species since the 1940s (Oregon Department of Fish and Wildlife 2005, p. 3). In Washington, the yellow-billed cuckoo is considered critically imperiled (five or fewer occurrences); however no active nesting has been documented since the 1930s. The Service believes that these and other regulatory mechanisms are inadequate to ensure the continued existence of the yellow-billed cuckoo.

## E. Other natural or manmade factors affecting its continued existence:

Environmental, demographic, and genetic vulnerability to random extinction are recognized as interacting factors that might contribute to a population's extinction (Hunter 1996, pp. 189–190). Environmental random extinction refers to random events, climate, nutrients, water, cover, pollutants, and relationships with other species such as prey, predators, competitors, or pathogens, which may affect habitat quality.

The riparian habitat of the yellow-billed cuckoo has always been rare throughout the western continental U.S. and has become more so. Its habitat rarity and small, isolated populations make the remaining cuckoo populations in this region increasingly susceptible to local extirpation through stochastic events such as floods, fire, brood parasitism, predation, depredation, and land development.

The disjunct nature of habitats and small breeding populations impede the flow of genetic material and reduce the chance of demographic rescue from migration for adjacent populations. The resulting constraints on the gene pool intensify the external threats to the species.

Brood parasitism by the brown-headed cowbird (Molothurus ater) has been documented only six times (Friedmann 1971, pp. 241–242; Wilson 1999, p. 7), and less so by the bronzed cowbird (*Molothurus aeneus*) (Clotfelter and Brush 1995, pp. 814–815). With the incubation period of 10-13 days and fledgling 10-11 days, the brown-headed cowbird requires more development time before fledging than the yellow-billed cuckoo. Therefore, successful parasitism of yellow-billed cuckoo nest by brown-headed cowbird is unlikely (Ehrlich *et al*. 1988, p. 286).

In addition to destruction and degradation of riparian habitats, pesticides may affect cuckoo populations (Groschupf 1987, p. 29; Hughes 1999, p. 2), although the evidence is too limited to evaluate this effect. It warrants further study. In areas where riparian habitat borders agricultural lands, e.g., in California's Central Valley, pesticide use may indirectly affect cuckoos by reducing prey numbers, or by poisoning nestlings if sprayed directly in areas where the birds are nesting (Laymon and Halterman 1987b, p. 23). Accumulation of chlorinated hydrocarbon pesticides, particularly dichlorodiphenyltrichloroethylane (DDT), has affected other bird species, particularly top predators (Robinson and Bolen 1989, pp. 269–275). Pesticides may affect behavior (e.g., loss of balance) or cause death by direct contact. Laymon (1980, pp. 11–12) reported sublethal poisoning of young caused by spraying active nests in walnut orchards. Pesticide use may also contaminate preferred prey items, particularly lepidopteran larva, other invertebrates and food sources next to areas adjoining agricultural land (Laymon and Halterman 1987b, p. 23).

BLM_0071349

Although DDT use has been banned in the United States since 1972, cuckoos may be exposed to DDT on wintering grounds where DDT use has not been banned. Analysis of two eggs collected in California in 1979 showed very low levels of dichlorodiphenyldichloroethylene (DDE), a stable metabolite of DDT, but eggshell fragments collected in 1985 from three nests along the South Fork of the Kern River in California averaged 19 percent thinner than pre-DDT era eggshells (Laymon and Halterman 1987b, pp. 22–23). DDT has caused eggshell thinning in other bird species, but its role in the Kern River observations is unknown.

## Conservation Measures Planned or Implemented :

State Wildlife action plans that include the yellow-billed cuckoo as a species of conservation concern are: California, Washington, Arizona, Colorado, Montana, Idaho, New Mexico, Utah, Texas, Nevada, and Wyoming. In southeastern Arizona, a Federal, State and Private cooperative effort was able to purchase and protect in perpetuity 2,628 ac (1064 ha) of land for numerous threatened species as well as the yellow-billed cuckoo. The land will be managed by the Arizona Game and Fish Department (Arizona Game and Fish Department 2005, pp. 3–4). In New Mexico, over $787,000 in grants were given to Tribal entities for the monitoring and restoration of riparian habitats and species including both the southwestern willow flycatcher and yellow-billed cuckoo; and in Nevada $145,500 was given to the Tribes for restoration of approximately 20 miles of the Truckee River as part of the Tribal Landowner Incentives Program (TLIP) and Tribal Wildlife Grant Program (TWG) (Service 2005, pp.1–3). In California, over $151,000 in Federal grants were given to the State for neotropical bird habitat and overwintering site studies, and approximately 400 agricultural ac (162 ha) in the Colusa region are or are being planned to be restored to native riparian habitat adjacent to known occurrences of the yellow-billed cuckoo (Golet *et al.* 2008, p. 20). We are also directly funding three status survey and habitat assessment studies in 2008 along the Sacramento River and along the South Fork of the Kern River in California. In Colorado, over $120,000 in Federal grants were given to the State for developing conservation plans for neotropical bird species (Service 2005b, pp. 1–9). Several states have also implemented or are planning exotic plant removal projects and riparian area restoration (e.g. McLaughlin Reserve – California; Virgin River –Utah, Arizona, Nevada; 10-year plan submitted to Governor in 2004 – Colorado). A group comprised of Federal, State, and non-governmental agencies organized by the Service (Region 8, Sacramento Fish and Wildlife Office) is currently in the process of completing a rangewide conservation assessment and strategy for the western yellow-billed cuckoo. Researchers have used the group to develop a consistent survey protocol for use by the various partners within the species range. The conservation assessment is in early stages of development with work projected to begin on a conservation strategy in 2011.

## Summary of Threats :

The threats facing the western U.S. population of the yellow-billed cuckoo continue as a result of habitat loss from clearing and removal, or alteration and fragmentation of riparian forest for agriculture, urban development, flood control, and as a result of invasion of habitat by exotic species. The majority of the habitat for the cuckoo is on private lands and continues to be lost or significantly altered. The threats affecting the species and its habitat are ongoing and riparian habitat is continuing to be destroyed through land use conversion and grazing. We find that the western United States distinct population segment of the yellow-billed cuckoo is warranted for listing throughout all its range, and, therefore, find that it is unnecessary to analyze whether it is threatened or endangered in a significant portion of its range.

### For species that are being removed from candidate status:

_____ Is the removal based in whole or in part on one or more individual conservation efforts that you determined met the standards in the Policy for Evaluation of Conservation Efforts When Making Listing Decisions(PECE)?

## Recommended Conservation Measures :

Conservation recommendations include: determine numbers and locations of remnant populations; acquire and improve riparian habitats; eliminate pesticide spraying in orchards adjacent to riparian areas; restore hydrologic functioning of riparian areas in managed river systems and investigate feasibility reintroduction to naturally regenerated or reforested habitat. In addition, habitat and ecological requirements on migratory routes and wintering grounds in Central and South America should be investigated. Brood parasitism by the yellow-billed cuckoo requires further study to identify the physiological and behavioral controls associated with the production of extra eggs. Furthermore, comprehensive nest surveys should be undertaken to quantify the frequency of parasitism and the overall success rates of parasitically laid eggs. In addition, baseline population estimates and wintering habitat monitoring and evaluation are required in Mexico and Central America to determine conservation status in these areas. We should continue to work with Federal and State wildlife and land management agencies to determine population status of the species throughout the western DPS range.

# Priority Table

| Magnitude | Immediacy | Taxonmomy | Priority |
|-----------|-----------|-----------|----------|
| **High** | **Imminent** | Monotypic genus | 1 |
| | | Species | 2 |
| | | **Subspecies/Population** | **3** |
| | Non-imminent | Monotypic genus | 4 |
| | | Species | 5 |
| | | Subspecies/Population | 6 |
| Moderate to Low | Imminent | Monotype genus | 7 |
| | | Species | 8 |
| | | Subspecies/Population | 9 |
| | Non-Imminent | Monotype genus | 10 |
| | | Species | 11 |
| | | Subspecies/Population | 12 |

## Rationale for Change in Listing Priority Number:

## Magnitude:

The magnitude of threats to the yellow-billed cuckoo was determined to be high. Much of the decline of the cuckoo is due to huge habitat loss from clearing and removal of large areas of riparian forest for agriculture, urban development and flood control, and the invasion by the exotic tamarisk and salt cedar. The majority of the habitat for the cuckoo is on private lands and continues to be lost or significantly altered.

## Imminence :

Threats affecting the species and its habitat are ongoing, and are therefore considered imminent. Riparian habitat is continuing to be destroyed through land use conversion and grazing and altered through flood control and hydrological changes. However, active restoration of riparian habitat is occurring throughout the range of the yellow-billed cuckoo.

BLM_0071351

__Yes__ Have you promptly reviewed all of the information received regarding the species for the purpose of determination whether emergency listing is needed?

## Emergency Listing Review

__No__ Is Emergency Listing Warranted?

After reviewing the current status and distribution of the yellow-billed cuckoo and the threats associated with the species we have determined that an emergency listing of the species is not warranted at this time. Monitoring throughout the range of the species shows that the species, although found in small numbers and in fragmented habitats, continues to persist. Large scale habitat loss is not occurring as was in the past and other federally listed species, such as the southwestern willow flycatcher and least bell's vireo, co-occur in habitats used by the yellow-billed cuckoo. Protections afforded for these species under the Endangered Species Act may provide some protections for the yellow-billed cuckoo.

## Description of Monitoring:

Monitoring of the western continental DPS of the yellow-billed cuckoo includes reviewing the current scientific literature, and contacting species experts and State agencies regarding yellow-billed cuckoo status and threats. We work with private and public land owner staff on identifying yellow-billed cuckoo status and threats. These efforts will be ongoing throughout the monitoring period and occur as information becomes available or on a 6 month basis. Due to the wide-ranging nature of the species and its distribution within areas often managed by Federal agencies (e.g. U.S. Forest Service, Park Service, Bureau of Land Management, Department of Defense), it is our opinion that such a level of monitoring is appropriate to update the status of the species, given the biology of the species and the threats it faces. In California, a monitoring report on songbird population, health, management, and riparian restoration efforts determined that of 20 species in the study only one showed a decline and 11 showed an increase in population (Gardali *et al.* 2005, pp. 13–15). We have funded three status surveys, one for the Sacramento River and two for the South Fork of the Kern River in California for 2008/2009.

**Indicate which State(s) (within the range of the species) provided information or comments on the species or latest species assessment:**

Arizona,California,Montana

**Indicate which State(s) did not provide any information or comment:**

## State Coordination:

We received information from a variety of Federal agency staff and researchers conducting work on the species, including staff in Arizona, California, Montana, New Mexico, and Colorado. We were in direct contact with State agency staff from Arizona, California, and Montana.

## Literature Cited:

Ahlers, D., D. Moore, and V. Johason. 2010. Yellow-billed Cuckoo Study Results – 2009, Presence/Absence Surveys within the Middle Rio Grande, NM. U.S. Department of the Interior, Bureau of Reclamation, Fisheries and Wildlife Resources Group, Denver, Colorado, Albuquerque Area Office.

Almand, J.D. and W.B. Krohn. 1978. The position of the Bureau of Land Management on the protection and

BLM_0071352

management of riparian ecosystems. Pp. 359-361 in Strategies for protection and management of floodplain wetlands and other riparian ecosystems: proceedings of the symposium (R.R. Johnson and J.F. McCormick, technical coordinators). USDA Forest Service Gen. Tech. Report WO-12, Washington, DC.

American Ornithologists Union. 1957. Checklist of North American birds. 5th ed. American Ornithologists' Union, Baltimore, MD.

American Ornithologists Union. 1983. Checklist of North American birds. 6th ed. American Ornithologists' Union, Washington, D.C.

American Ornithologists Union. 1998. Checklist of North American birds. 7th ed. American Ornithologists' Union, Washington, D.C.

Ames, C.R. 1977. Wildlife conflicts in riparian management: grazing. in R.R. Johnson and D.A. Jones (eds.), Importance preservation, and management of riparian habitats: a symposium. Gen. Tech. Rep. RM-43. USDA Forest Service, Denver, CO.

Amundson, Robert G. et al. 2000. Letter to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, regarding comments on status of yellow-billed cuckoo in western Colorado. April 14, 2000.

Ar, A., C.V. Paganelli, R.B. Reeves, D.G. Greene, and H. Rahn. 1974. The avian egg: water vapor conductance, shell thickness, and functional pore area. The Condor 76:153-158.

Arizona Game and Fish Department. 2000. Arizona Game and Fish: status, definitions, priority ranking definitions. From www.azgfd.com . July 24. 2000.

Arizona Game and Fish Department. 2005. News Release dated March 7, 2005, outlining information on purchase of Coal Mine Canyon area.

Arnold, L. 2010. Personal communication in report from Jason Beason, Rocky Mountain Bird Observatory, to U.S. Fish and Wildlife Service, Sacramento, California. Attachment in email to Karen Leyse April 20, 2010. 3 pp.

Austin M. L. 2001. Comments to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Idaho.

Bailey, F.M. 1928. Birds of New Mexico. New Mexico Department of Game and Fish, Santa Fe, NM.

Bailey, A.M. and R.J. Niedrach. 1965. Birds of Colorado. Denver Museum of Natural History, Denver, CO.

Banks, R.C. 1988. Geographic variation in the yellow billed cuckoo. Condor 90:473-477.

Banks, R.C. 1990. Geographic variation in the yellow billed cuckoo: corrections and comments. Condor 92:538.

Banks, R. 1999. U.S. National Museum of Natural History, phone conversation, January 7, 1999.

Banks, A. and J. Lucero. 2004. Yellow-billed Cuckoos in Southern Colorado. Colorado Birds: The Colorado Field Ornithologists' Quarterly 38:67-68.

Beason, J.P. 2010a. Colorado and Wyoming cuckoo assessment update (sic). Electronic mail and attachment from Jason Beason, Rocky Mountain Bird Observatory, to Karen Leyse, U.S. Fish and Wildlife Service, Sacramento, California. April 20, 2010.

BLM_0071353

Beason, J.P. 2010b. 2010 Surveys for yellow-billed cuckoos in Western Colorado. Technical Report R-YBCU-USFWS-09-2. Rocky Mountain Bird Observatory, Brighton, Colorado. 30 pp.

Behle, W. H. and H.G. Higgins. 1959. The birds of Glenn Canyon. Division of Biological Sciences, Arizona State University. pp. 107-133.

Belsky, A. J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation. 54(1): 419-431.

Bent, A.C. 1940. Life histories of North American cuckoos, goatsuckers, hummingbirds, and their allies. Smithsonian Institution United States National Museum, Bulletin 176. 1989 reprint by Dover Publications, New York, NY. Bird Banding Laboratory (BBL), US Geological Survey - Biological Resources Discipline. 1999. Note to file from Gary Falxa, US Fish and Wildlife Service, providing BBL band recovery data for yellow-billed cuckoo. April 28. 3 pp.

Bock, C.E., V.A. Saab, T.D. Rich, and D.S. Dobkin. 1993. Effects of livestock grazing on neotropical migratory landbirds in western North America. Pages 296-309 in D. Finch and P. Stangel, eds., Status and management of neotropical Migratory birds. Gen Tech. Rep. RM-229. USDA Forest Service, Rocky Mountain Range and Experiment Station, Fort Collins, CO. 422 pp.

Braden, G. T., M. Rathbun, T. Hoggan, A. Davenport, and K. Carter. 2009. The status of Yuma Clapper Rail and Yellow-billed Cuckoo along portions of the Virgin River and Muddy River in southern Nevada, with Incidental Observations of the Southwestern Willow Flycatcher: 2008 Final. Biological Sciences Division, San Bernardino County Museum, Redlands, California. Report to the Southern Nevada Water Authority. October 2008. 58 pp.

Breeding Bird Survey (BBS). 1999. Breeding bird survey: yellow billed cuckoo *Coccyzus americanus* trend results. Data obtained from BBS Internet site (http://www.mbr-pwrc.usgs.gov/cgi-bin/atlasa99.pl), March 20, 1999.

British Columbia Conservation Data Centre. 1999. 1999 Provincial vertebrate animal tracking list. British Columbia Ministry of Environment, Lands, and Parks. Obtained from Web Site: http://www.elp.gov.bc.ca/rib/wis/cdc/vertebrates.htm, October 19, 1999.

Brown, B.T. and M.W. Trosset. 1989. Nesting-habitat relationships of riparian birds along the Colorado River in Grand Canyon, AZ. Southwestern Naturalist 34(2):260-270.

Brown, J.H. and M.V. Lomolino. 1998. Biogeography, second edition. Sinauer Associates, Sunderland, MA. Pages 558-562.

Burleigh, T. 1972. Birds of Idaho. Caxton Printers. Caldwell, Idaho. in Austin, M.L. 2001. Comments: "Western Yellow-billed Cuckoo". Idaho Watersheds Project. February 2001.

Busch, D.E. and S.D. Smith. 1993. Effects of fire on water salinity relations of riparian woody taxa. Oecologia 94a: 186-194

California Department of Fish and Game. 2001. State and Federally endangered and threatened animals of California. PDF file from www.dfg.ca.gov. April 2001.

Cannon, R.W. and F.L. Knopf. 1984. Species composition of a willow community relative to seasonal grazing histories in Colorado. Southwestern Nat. 29:234-237.

Carlisle, J. 2010. Re: Yellow-billed Cuckoo surveys in Idaho. Email from Idaho Bird Observatory to Karen

Leyse, U.S. Fish and Wildlife Service, Sacramento, California.

Carothers, S.W. 1977. Importance, preservation, and management of riparian habitats: an overview. in R.R. Johnson and D.A. Jones (eds.), Importance, preservation, and management of riparian habitats: a Symposium. Gen Tech. Rep. RM-43. USDA Forest Service, Denver, CO.

Carothers, S.W. and B.T. Brown. 1991. The Colorado River through Grand Canyon: natural history and human change. University of Arizona Press. Tucson, AZ. 235 pp.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of the riparian areas in the Intermountain Region. Gen. Tech. Rep. INT-263. Ogden UT. USDA Forest Service, Intermountain Region Research Station. 11 pp.

Clotfelter, E.D. and T. Brush. 1995. Unusual parasitism by the bronzed cowbird. Condor 97:814-815. in Hughes, J.M. 1999. Yellow billed Cuckoo (*Coccyzus americanus*) in The Birds of North America, No. 418 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA. 28 pp.

Colyer, M. 2001. Letter to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in western Colorado.

Corman, T. 1999. Arizona Game and Fish Department, Phoenix, AZ, phone conversation, November 19, 1999.

Corman, T.E. and R.T. Magill. 2000. Western yellow-billed cuckoo in Arizona: 1998-1999 Survey Report. Arizona Game and Fish, Technical Report 150. March 10, 2000.

Dahl, T.E. 1990. Wetland Losses in the United States, 1780s to 1980s. U.S. Department of the Interior, Fish and Wildlife Service, Washington, D.C. 13 pp.

Dawson, W.L. 1923. The birds of California. Vol. 3 of 4. South Moulton Co., San Diego, CA.

Dexter, C. 1998. River survey of west-central Colorado, for yellow billed cuckoo and riparian weeds. Report prepared for the Bureau of Land Management. 26 pp.

Dexter, C. 2010. Personal communication in report from Jason Beason, Rocky Mountain Bird Observatory, to U.S. Fish and Wildlife Service, Sacramento, California. Attachment in email to Karen Leyse April 20, 2010. 3 pp.

Deibert, P. 2001. Fax to Jim Browning, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Wyoming.

Deibert, P. 2001. Phone conversation with Dwight Harvey, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Wyoming.

Detting, M.D., and C.A. Howell. 2011. Status of the yellow-billed cuckoo along the Sacramento River in 2010. Report to California Department of Fish and Game. Point Reyes Bird Observatory Contribution #1794. 49 pp.

Ehrlich, P.R., D.S. Dobkin, and D. Wheye. 1988. The birder's handbook: a field guide to the natural history of North American birds. Simon and Schuster, New York, NY.

Ellis, L.M. 1994. Bird use of saltcedar and cottonwood vegetation in Middle Rio Grande Valley of New Mexico, USA. Journal of Arid environments (1995) 30: 339-349.

Fleischer, R.C. 2001. Taxonomic and evolutionary significant (ESU) status of western yellow-billed cuckoos (*Coccyzus americanus*). Report to U.S. Fish and Wildlife Service April 22, 2001. Molecular Genetics Laboratory, Smithsonian Institution, Washington D.C.

Flesch, A. 2008. Distribution and status of breeding landbirds in northern Sonora, Mexico. Studies in Avian Biology 37: 28-45.

Franzreb, K.E. 1987. Perspectives on managing riparian ecosystems for endangered species. Western Birds 18:3-9.

Franzreb, K.E. and S.A. Laymon. 1993. A reassessment of the taxonomic status of the yellow billed cuckoo. Western Birds 24:17-28.

Friedmann, H. 1971. Further information on the host relations of the parasitic cowbirds. The Auk, 88: 239-255.

Gabrielson, I.N. and S.G. Jewett. 1940. Birds of the Pacific Northwest, with special reference to Oregon. Oregon State College. 1970 reprint by Dover Publications, New York, NY.

Gaines, D. 1974a. Review of the status of the yellow billed cuckoo in California: Sacramento Valley populations. Condor 76:204-209.

Gaines, D. 1974b. Distribution, density and habitat requirements of the California yellow-billed cuckoo in the Sacramento Valley: 1972-73. Report to California Department of Fish and Game. 20 pp.

Gaines, D. and S.A. Laymon. 1984. Decline, status and preservation of the yellow billed cuckoo in California. Western Birds 15:49-80.

Gardali, T., S. Small, N. Nur, G. Geupel, G. Ballard, and A. Holmes. 2005. Monitoring Songbirds in the Sacramento Valley (1993-2003): population health, management information, and restoration evaluation.

General Accounting Office. 1988. Public Rangelands: Some riparian areas restored but widespread improvement will be slow. General Accounting Office, U.S. Government . Washington, D.C.

Gilligan, J. (ed.). 1994. Birds of Oregon: status and distribution. Cinclus Publications, McMinnville, OR.

Graham, G.L. 1992. Texas wildlife viewing guide. Falcon Press Publishing. Helena, MT. pp.160

Grinnell, J. 1914. An account of mammals and birds of the lower Colorado valley with special reference to the distributional problems presented. University of California Publications in Zoology. 12:51-294.

Grinnell, J. and A.H. Miller. 1944. The distribution of the birds of California. Cooper Ornithological Club, Berkeley, CA. 1986 reprint by Artemisia Press, Lee Vining, CA.

Groschupf, K. 1987. Status of the yellow billed cuckoo (*Coccyzus americanus occidentalis*) in Arizona and west Texas. Report prepared for the U.S. Fish and Wildlife Service, under contract no. 20181-86-00731. 34 pp.

Halterman, M.D. 1991. Distribution and habitat use of the yellow billed cuckoo (*Coccyzus americanus occidentalis*) on the Sacramento River, California, 1987-90. M.S. Thesis, California State University, Chico, CA. 49 pp.

Halterman, M. 1999. Kern River Research Center, CA, phone conversation, July 15, 1999; e-mail August 24,

1999.

Hamilton, W.J. III and M.E. Hamilton. 1965. Breeding characteristics of yellow billed cuckoos in Arizona. Proc. California Academy of Sciences, 4th Series, 32:405-432.

Harris, J.H., S.D. Sanders, and M.A. Flett. 1986. The status and distribution of the willow flycatcher (*Empidonax trailli*) in California. California Department of Fish and Game, Wildlife Management Branch Administrative Report 88-1.

Hartshorn, G.S. 1992. Forest loss and future options in Central America. Pages 13-19 in J.M. Hagan, III and D.W. Johnston, eds. Ecology and conservation of neotropical migrant landbirds. Smithsonian Institution Press, Washington, DC. 19 pp.

Hays, L. 1999. U.S. Fish and Wildlife Service, Carlsbad, CA, phone conversation, January 28, 1999.

Hector, D.P. 1985. The diet of the aplomado falcon in eastern Mexico. Condor 87:336-342. in Hughes, J.M. 1999. Yellow billed cuckoo (*Coccyzus americanus*) in The birds of North America, No. 418 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA. 28 pp.

Hendricks, P. 2001. Letter to Dwight Harvey, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in western Montana.

Henneman, C. 2010. Yellow-billed cuckoo surveys in the South Fork Kern River Valley in 2009. Final Report. Prepared for the U.S. Fish and Wildlife Service, Sacramento, California. February 18, 2010. 17 pp.

Hicks, T. 2010. Personal communication in report from Jason Beason, Rocky Mountain Bird Obsevatory, to U.S. Fish and Wildlife Service, Sacramento, California. Attachment in email to Karen Leyse April 20, 2010. 3 pp.

Holmes, J.A., C. Calvo, and M.J. Johnson. 2008. Yellow-billed cuckoo distribution, abundance, habitat use, and breeding ecology in the Verde River watershed of Arizona, 2004-2005 Final Report. February 14, 2008. 34 pp.

Howe, F.P. and M. Hanberg. 2000. Willow flycatcher and yellow-billed cuckoo surveys along the Green and San Juan Rivers in Utah, 2000. Utah Division of Wildlife Resources Publication Number 00-31.

Howe, W.H. 1986. Status of the yellow billed cuckoo (*Coccyzus americanus*) in New Mexico. Final Report, Contract No. 516.6-75-09, New Mexico Dept. of Game and Fish. Santa Fe, NM. 16 pp + appendices.

Howe, W. 2004. U.S. Fish and Wildlife Service, Albuquerque, NM, phone message, September 8, 2004.

Howell, S.N.G.,and S. Webb. 1995. A guide to the birds of Mexico and northern Central America. Oxford University Press, New York, NY.

Hubbard, J.P. 1978. Revised checklist of the birds of New Mexico. New Mexico Ornithological Society Publication no. 6.

Hughes, J.M. 1997. Taxonomic significance of host-egg mimicry by facultative brood parasites of the avian genus *Coccyzus* (Cuculidae). Canadian J. Zoology 75:1380-1386.

Hughes, J.M. 1999. Yellow billed cuckoo (*Coccyzus americanus*). in The birds of North America, No. 418 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA. 28 pp.

Hughes, J. 2000. E-mail from Steve Laymon regarding message from Janice Hughes to Kieran Suckling yellow-billed cuckoo listing.

Hunter, M.L., Jr. 1996. Fundamentals of conservation biology. Blackwell Science, Inc., Cambridge, MA.

Hunter, W.C., R.D. Ohmart, and B.W. Anderson. 1987. Status of breeding riparian-obligate birds in southwestern riverine systems. Western Birds 18:10-18.

Hunter, W.C., R.D. Ohmart, and B.W. Anderson. 1988. Use of exotic saltcedar (*Tamarix chinensis*) by birds in arid riparian systems. Condor 90:113-123.

Jewett, S.G., W.P. Taylor, W.T. Shaw, and J.W. Aldrich. 1953. Birds of Washington State. University of Washington Press, Seattle, WA.

Johnsgard, P.A. 1986. Birds of the Rocky Mountains. Colorado Associated University Press, Boulder CO. 504 pp.

Johnson, A.S. 1989. The thin green line: riparian corridors and endangered species in Arizona and New Mexico. Pp. 35-46 in Preserving Communities and Corridors. Defenders of Wildlife, Washington, D.C. 20036.

Johnson, D.H. and T.A. O'Neil. 2001. Wildlife-habitat relationships in Oregon and Washington. Oregon State University Press. 736 pp.

Johnson, M.J., Holmes, J.A., C. Calvo, I.. Samuels, S. Krantz, and M. K. Sogge, M.K. 2007. Yellow-billed cuckoo distribution, abundance, and habitat use along the lower Colorado and tributaries, 2006 annual report: U.S. Geological Survey Open-File Report 2007-1097. 219 pp. Available at http://pubs.usgs.gov/of/2007/1097/.

Johnson, M.J., S.L. Durst, C.M. Calvo, L. Steward, M.K. Sogge, G. Bland, and T. Arundel. 2008. Yellow-billed cuckoo distribution, abundance, and habitat use along the lower Colorado River and its tributaries, 2007 annual report: U.S. Geological Survey Open-File Report 2008-1177. 284 pp.

Johnson, M.J., Holmes, J.A., Mattson, D., Arundel, T., and J.R. Hatton. 2010. Yellow-billed cuckoo habitat use at two vegetation scales and its implication for riparian conservation. Page 47 in Cooper Ornithological Society, American Ornithologists' Union, and Society of Canadian Ornithologists 2010 Joint Meeting Abstract Book, San Diego, California. 112 pp.

Jones and Stokes and Associates. 1998. Historical riparian habitat conditions of the San Joaquin River, Friant Dam to Merced River. April. (JSA 97-302.) Sacramento California. Prepared for U.S. Bureau of Reclamation, Fresno, CA.

Katibah, E.F. 1984. A brief history of riparian forests in Central Valley of California. Pp. 23-29 in California riparian systems: ecology, conservation, and productive management (R.E. Warner and K.M. Hendrix, eds.). University of California Press, Berkeley, CA. 1034 pp.

Kerpez, T.A. and N.S. Smith. 1987. Saltcedar control for wildlife habitat improvement in the southwestern United States. USDI Fish and Wildlife Service, Resource Publication 169, Washington D.C. 17 pp.

Kingery, H.E. (ed.). 1998. Colorado breeding bird atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife, Denver, CO.

Klebenow, D.A. and R.J. Oakleaf. 1984. Historical Avifaunal changes in the riparian zone of the Truckee

River, Nevada. Pages 203-209 in California Riparian Systems: Ecology, Conservation, and Productive Management. R.E. Warner and K.M. Hendrix (eds). University of California Press. Berkeley, CA.

Knopf, F.L. and F.B. Samson. 1994. Scale perspectives on avian diversity in western riparian ecosystems. Conservation Biology 8:669-676.

Krebbs, K. and J. Moss. 2009. Continued surveys for the yellow-billed cuckoo (*Coccyzus americanus occidentalis*) at Tumacacori National Historic Park, final report for the 2009 fieldwork. Prepared for the National Park Service, Tumacacori National Historic Park, Desert Southwest Cooperative Ecosystems Study Unit, and the Arizona-Sonora Desert Museum. 25 pp.

Krueper, D.J. 1993. Efforts of land use practices on western riparian ecosystems. Pages 321-330 in D. Finch and P. Stangel, eds., Status and Management of Neotropical Migratory Birds. Gen Tech Rep. RM-229. USDA Forest Service, Rocky Mountain Range and Experiment Station, Fort Collins, CO. 422 pp.

Launer, A.E. D.D. Murphy, S.A. Laymon, and M.D. Halterman. 1990. 1990 Distribution and habitat requirements of the yellow-billed cuckoo in California. Center for Conservation Biology Stanford University. Stanford, CA. 26 pp.

Laymon, S.A. 2000. Supporting information for listing of the Western Yellow-billed cuckoo to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, CA. April 17, 2000.

Laymon, S.A. and M.D. Halterman. 1987a. Distribution and status of the yellow billed cuckoo in California. Final report to the California Department of Fish and Game, Contract #C-1845. Sacramento, CA. 35 pp.

Laymon, S.A. and M.D. Halterman. 1987b. Can the western subspecies of the yellow billed cuckoo be saved from extinction? Western Birds 18:19-25.

Laymon, S.A., P.L. Williams, and M.D. Halterman. 1993. Breeding status of the yellow billed cuckoo in the South Fork Kern River Valley, Kern County, California: summer 1992. Unpublished report prepared for U.S.D.A. Forest Service, Sequoia National Forest, CA. 36 pp. + figures.

Lenard, S. 2001. Electronic mail to Arnold Roessler, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in western Montana.

Littlefield, C.D. 1988. Status of the California yellow billed cuckoo in Klamath County and eastern Oregon. Oregon Department of Fish and Wildlife, Nongame Wildlife Program, Technical Report no. 89-5-01. Sacramento, CA. 34 pp.

Linsdale, J. M. 1951. A list of the birds of Nevada. The Condor, Cooper Ornithological Club Pacific Coast Avifauna Vol. 53. Berkeley, CA. pp 228-249.

Long. M. 2001. Memorandum to Dwight Harvey, US Fish and Wildlife Service, Sacramento, California, regarding yellow-billed cuckoo in Wyoming. February 16.

Magill, R. 1999. Arizona Game and Fish Department, Phoenix, AZ, facsimile, July 19, 1999; electronic mail August 25, 1999.

Marshall, D.B. 1996. Species at risk: sensitive, threatened and endangered vertebrates of Oregon, 2nd ed. Prepared for Wildlife Diversity Program, Oregon Department of Fish and Wildlife, Portland, OR. 2 pp.

McAllister, S.E. and G.A. Falxa. 2010. A new breeding site for yellow-billed cuckoo in coastal Northern California? Page 64 in Cooper Ornithological Society, American Ornithologists' Union, and Society of

Canadian Ornithologists 2010 Joint Meeting Abstract Book, San Diego, California. 112 pp.

McNeil, S.E., D. Tracy, and E.T. Rose. 2010. Yellow-billed cuckoo telemetry at riparian restoration sites on the Lower Colorado River, 2009. Page 65 in Cooper Ornithological Society, American Ornithologists' Union, and Society of Canadian Ornithologists 2010 Joint Meeting Abstact Book, San Diego, California. 112 pp.

Mesta, R. 2010. Email on Sonoran surveys conducted by the U.S. Fish and Wildlife Service to Sherry Barrett, U.S. Fish and Wildlife Service, Tucson, AZ. 2 pp.

Monson, G. and A.R. Phillips. 1981. Annotated checklist of the birds of Arizona, second edition. Univ. of Arizona Press, Tucson, AZ.

Morton, E.S. 1992. What do we know about the future of migrant landbirds? Pages 579-589 in J.M. Hagan, III and D.W. Johnston, editors. Ecology and conservation of neotropical migrant landbirds. Smithsonian Institution Press, Washington, DC.

National Park Service. 2001. Letter to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Nevada.

Neel, L. A. 1999. The Nevada partners in flight bird conservation plan. The Nevada Partners In Flight Working Group, Reno, NV. 335 p.

Nevada Division of Wildlife. 2001. Letter to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Nevada.

Nevada Division of Wildlife. 1990. Memorandum in Response to U.S. Fish and Wildlife Service Reno Field Station request for information on status of yellow-billed cuckoo in Nevada.

Nevada Division of Wildlife. 1985. Letter to William F. Shake, Assistant Regional Director, U.S. Fish and Wildlife Service, Portland, Oregon, regarding information on status of yellow-billed cuckoo in Nevada.

Nevada Division of Wildlife. February 2003. Breeding status and surveys for the southwestern willow flycatcher and yellow-billed cuckoo at various sites in southern Nevada: Program Activities Report January 1, 2002 through December 31, 2002. Prepared by B. Furtek, C.R. Tomlinson, and J.A. Williams; edited by S. Canning and L.A. Neel.

Nevada Division of Wildlife. October 2003. Breeding status and surveys for the southwestern willow flycatcher and yellow-billed cuckoo at various sites in southern Nevada: Program Activities Report January 1, 2003 through December 31, 2003. Prepared by B. Furtek and C.R. Tomlinson; edited by S. Canning and L.A. Neel.

Nolan, V. Jr. 1963. Reproductive success of birds in a deciduous scrub habitat. Ecology 44:305-313. in Hughes, J.M. 1999. Yellow billed cuckoo (*Coccyzus americanus*). in The birds of North America, No. 418 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA. 28 pp.

Nolan, V. Jr. and C.F. Thompson. 1975. The occurrence and significance of anomalous reproductive activities in two North American non-parasitic cuckoos Coccyzus spp. IBIS 117. pp. 496-503.

Nordstrom, L. 2001. Personal communication with Terry Ireland, U.S. Fish and Wildlife Service, Helena, MT, to Dwight Harvey, U.S. Fish and Wildlife Service, Sacramento, CA.

Noss, R.F., E.T. LaRoe III, and J.M. Scott. 1995. Endangered ecosystems of the United States: a preliminary

assessment of loss and degradation. U.S. Geological Survey, Biological Resources Division (National Biological Service), Biological Survey Report no. 9501, Washington, DC.

Oakleaf, R. J. 1974. Species distribution and key habitats of selected non-game species. Nevada Department of Fish and Game, Reno, NV. pp 17-21.

Oberholser, H.C. and E.B. Kincaid, Jr. 1974. The bird life of Texas, volume 1. University of Texas Press, Austin, TX.

Ohmart, R.D. 1994. The effects of human-induced changes on the avifauna of western riparian habitats. Studies in Avian Biology 15:273-285.

Orabona, A. 2010. Personal communication in report from Jason Beason, Rocky Mountain Bird Observatory, to U.S. Fish and Wildlife Service, Sacramento, California. Attachment in email to Karen Leyse April 20, 2010. 3 pp.

Owens, E. 1998. U.S. Fish and Wildlife Service, Salt Lake City, UT. Fax to Gary Falxa November 20 (received), 1998. 2 pp.

Oxford. 1995. Oxford Atlas of North America, 1995.

Pashley, D.N., C.J. Beardmore, J.A. Fitzgerald, R.P. Ford, W.C. Hunter, M.S. Morrison, K.V. Rosenberg. 2000. Partners in Flight - Conservation of the birds of the United States. The Plains, VA. pp. 92

Peterson J.B. and R. Zimmer. 1998. Birds of the Trans-Pecos. University of Texas Press, Austin, TX.

Phillips, A.R., J. Marshall, and G. Monson. 1964. The birds of Arizona. Univ. of Arizona Press, Tucson, AZ.

Pitelka, F. A. 1947. Distribution of birds in relation to major biotic communities. Contribution No. 562 from the Zoological Laboratory of the University of Illinois. Pages 133-137 in American Midland Naturalist - Distribution of Birds.

Pruett, C.L., D.D. Gibson, and K. Winker. 2000. Molecular "cuckoo clock" suggests listing of western yellow-billed cuckoos may be warranted. Wilson Bulletin 113:228-231.

Rahn, H. and A. Ar. 1974. The avian egg: Incubation time and water loss. The Condor 76:147-152.

Rappole, J.H. and G.W. Blacklock. 1994. A Field Guide: Birds of Texas. Texas A&M Press, College Station, TX.

Rea, A.M. 1983. Once a river: bird life and habitat changes on the middle Gila. University of Arizona press, Tucson, AZ. 285 pp.

Reiners, W.A. and R.C. Thurston. 1996. Delineations of landtype associations for southwest Wyoming final report. Bureau of Land Management. University of Wyoming. 49 pp.

Reynolds, T.D. 2004. 2003 Summary Report, A survey for yellow-billed cuckoo in recorded historic and other likely locations in Idaho.

Rickard, W.H. and C.E. Cushing. 1982. Recovery of streamside woody vegetation after exclusion of livestock grazing. J. Range Mgt. 35:360-361.

Ridgely, R. 2000. Electronic mail from Steve Laymon to Robert Ridgely on information of wintering

yellow-billed cuckoo in South America. 3 pp.

Ridgway, R. 1887. A manual of North American birds. Lippincott Press, Philadelphia, PA.

Righter, R., R. Levad, C. Dexter, and K. Potter. 2004. Birds of Western Colorado Plateau and Mesa Country. Grand Valley Audubon Society. 214 pp.

Roberson D. 1980. Rare birds of the west coast of North America. Pacific Grove, Calif. : Woodcock Publications. Pacific Grove, CA. 496 pp.

Robinson, W.T. and E.G. Bolen. 1989. Wildlife Ecology and Management. MacMillian Pub. Corp., N.Y., N.Y. 574 pp.

Rosenberg, K.V., R.D. Ohmart, W.C. Hunter, and B.W. Anderson. 1991. Birds of the lower Colorado River Valley. University of Arizona, Tucson, AZ.

Roy, R. 2004. Personal communication with Rick Roy, Malheur National Wildlife Refuge, to Amy Welsh, U.S. Fish and Wildlife Service, Sacramento, California.

Russell, S.M. and G. Monson. 1998. The birds of Sonora. University of Arizona Press, Tucson, AZ.

Salzer, L. 2010. Email from Washington Department of Fish and Wildlife to Karen Leyse, U.S. Fish and Wildlife Service, Sacramento, California.

Sanders, T.A. and W.E. Edge. 1998. Breeding bird community composition in relation to riparian vegetation structure in the western United States. Journal of Wildlife Management 62(2):1998. pp 461-471

Saunders, A.A. 1921. A distributional list of birds of Montana, with notes on the migration and nesting of the better known species. Cooper Ornithological Club. Berkeley, CA. 194 pp.

Scharf, W. C. 2001. Yellow-billed Cuckoo Subspecies Designation Along the North Platte River and Other Locations in Nebraska, a New Endangered Taxon? Eleventh Platte River Basin Ecosystem Symposium February 27, 2001, Kearney, Nebraska. Abstract. 3 pp.

Schultz, T.T. and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. J. Range Mgt. 43:295-299.

Shackelford, C. E. and M.W. Lockwood. 2000. Rare and declining birds of Texas: conservation needed, Second Edition. Texas Parks and Wildlife Department, Austin Texas. 12 pp.

Siddle, C. 1992. British Columbia/Yukon Region. American Birds 46:1167-1170.

Sechrist, J., V. Johason, and D. Ahlers. 2009 Western yellow-billed cuckoo radio telemetry study results, Middle Rio Grande, New Mexico 2007-2008. U.S. Department of the Interior, Bureau of Reclamation, Fisheries and Wildlife Resources Group, Denver, Colorado, Albuquerque Area Office.

Small, A. 1994. California birds: their status and distribution. Ibis Publishing Co.

Spiller, S.F. 1988. Taxonomic status of the western yellow billed cuckoo--a review. Memo dated December 8, 1988, to Regional Director, Fish and Wildlife Service, Albuquerque, New Mexico, from Field Supervisor, Phoenix Ecological Services Offices, U.S. Fish and Wildlife Service, Phoenix, AZ. 3 pp.

Sproul, J. A., Jr. 2000. Letter to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California,

regarding information on status of yellow-billed cuckoo in southern New Mexico and Far Western Texas.

State of Arizona. 1990. Final report and recommendations of the Governor's riparian habitat task force. Executive Order 89-16. Streams and riparian resources. Phoenix, Arizona. October 1990. 28 pp.

Stephens D. A. and S.H. Sturts. 1997. Idaho bird distribution. Idaho Museum of Natural History, Pocatello and Idaho Department of Fish and Game. Boise, ID.

Swarth, H.S. 1929. The faunal areas of southern Arizona: a study in animal distribution. Proceedings California Acad. Sciences, 4th Series 18:267-383. in Laymon, S.A. 2000. Supporting information for listing of the western yellow-billed cuckoo to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, April 17, 2000.

SWCA, Inc. 2002. Southwestern willow flycatcher (*Empidonax trallii extimus*) and yellow-billed cuckoo (*Coccyzus americanus*) surveys in the Tres Rios study area, Maricopa County Arizona. Unpublished report prepared for the City of Phoenix Office of Environmental Programs, Phoenix, Arizona. 35 pp. + appendices.

Todd, W.E.C. and M.A. Carriker, Jr. 1922. The birds of the Santa Marta region of Colombia: a study in altitudinal distribution. Annals of the Carnegie Museum 14:1-611. in Laymon, S.A. 2000. Supporting information for listing of the western yellow-billed cuckoo to Wayne S. White, U.S. Fish and Wildlife Service, Sacramento, California, April 17, 2000.

Tomlinson, C. 2010. Yellow-billed cuckoo (*Coccyzus americanus*) – Candidate Species Assessment – Nevada – April 14, 2010. Attachment in email to Karen Leyse, U.S. Fish and Wildlife Service, Sacramento, California. April 14, 2010. 12 pp.

U.S. Department of Agriculture. 2003. 2003 Yellow-billed cuckoo (*Coccyzus americanus*) inventory, a summary report with geo-referenced locations. Surveys in the Prescott National Forest. 8 pp.

U.S. Department of Interior. 1994. The impact of Federal programs on wetlands, Vol. II, a report to Congress by the Secretary of the Interior, Washington, DC, March 1994. Pages 1,5,13-18,213-225.

U.S. Fish and Wildlife Service. 1981. Riparian ecosystems: their ecology and status. U.S. Fish and Wildlife Service publication no. FWS/OBS-81-17, by the Eastern Energy and Land Use Team, Kearneysville, WV.

U.S. Fish and Wildlife Service. 1996. Notice of Policy. Federal Register 61:4722-4725.

U.S. Fish and Wildlife Service. 2000a. Notice of 90-day petition finding. Federal Register 65:8104-8107.

U.S. Fish and Wildlife Service. 2000b. Impacts of riprapping to ecosystem functioning, lower Sacramento River, California. U.S. Fish and Wildlife Service, Region 1. Dated June 2000. Sacramento, CA. 40 pp.

U.S. Fish and Wildlife Service. 2005. Summary Report of Native American Federal Grants Report for Nevada. Accessed on 11-8-05 (http://faims.fws.gov).

U.S. Fish and Wildlife Service. 2005b. Summary Report of Neotropical Grants for California and Colorado. Accessed on 11-8-05 (http://faims.fws.gov).

U.S. Fish and Wildlife Service. 2005c. News Release, U.S. Fish and Wildlife Service, Region 2. August 26, 2004. Information on Tribal Grant Information.

U.S. Geological Survey. 1999. North American breeding bird survey 1966-1998-trend analysis. www.mbr pwrc.usgs.gov/bbs/trend/trenpif98.html.

BLM_0071363

U.S. Geological Survey. 2004. Species affected by West Nile virus. www.nwhc.usgs.gov/research/west_nile/SpeciesAffected2004.pdf

U.S. North American Bird Conservation Initiative. 2000. U.S. Fish and Wildlife Service, Arlington, VA.

Utah Division of Wildlife Resources. 1998. Utah sensitive species list, dated February 1998. Obtained from Internet Web Site: http://www.nr.state.ut.us/dwr/sensppl.htm, November 5, 1999.

Udvardy, M. D. F. 1963. Birds faunas of North America. Proceedings of the XIII Inter. Ornithological Congress. pp. 1147-1167

Valentine, B.A., T.A. Roberts, S.P. Boland, and A.P. Woodman. 1988. Livestock management and productivity of willow flycatchers in the central Sierra Nevada. Trans W. Sec. Wild. 24:105-114.

Van Tyne, J. and G.M. Sutton. 1937. The birds of Brewster County, Texas. Miscellaneous Publications No. 37, Museum of Zoology, Univ. of Michigan. Ann Arbor, MI.

Vogl, R.J. 1980. The ecological factors that produce perturbation-dependant ecosystems. in The Recovery Process in Damaged Ecosystems, J. Cairns (ed). Ann Arbor Science Publishers, MI. pp. 63-94

Washington Department of Fish and Wildlife. 2007. Washington State Candidate Species list - October 23, 2007. Obtained from (http://wdfw.wa.gov/wlm/diversity/soc/candidat.htm)

Washington Natural Heritage Program. 2009. Washington animal species list - April 2009. Obtained from (http://www1.dnr.wa.gov/nhp/refdesk/lists/animal_ranks.html), operated by State of Washington, 6 November 1999. Accessed April 27, 2010.

Wauer R. H. 1971. Ecological distribution of birds of the Chisos Mountains, Texas. The Southwestern Naturalist. 16(1):1-29.

Wauer R. H. 1973. Birds of Big Bend National Park and vicinity. University of Texas Press. p 96.

Werner, G. 2007. Personal communication with Greg Werner, The Nature Conservancy, Chico, CA, to Michelle Tovar, U.S. Fish and Wildlife Service, Sacramento, CA.

Wetmore, A. 1968. Additions to the list of birds recorded from Colombia. Wilson Bull. 80:325-326.

Whitfield, M. and J. Stanek. 2011. Yellow-billed cuckoo surveys in the South Fork Kern River valley in 2010, Final Report. Prepared for the U.S. Fish and Wildlife Service, Sacramento Field Office. Southern Sierra Research Station. March 30, 2011. 18 pp.

Wilson, J.K. 1999. Breeding biology of the yellow-billed cuckoo relative to timber harvest in a bottomland hardwood forest. PhD Thesis, University of Georgia. 107 pp.

Wright, D. 2010. Personal communication in report from Jason Beason, Rocky Mountain Bird Observatory, to U.S. Fish and Wildlife Service, Sacramento, California. Attachment in email to Karen Leyse April 20, 2010. 3 pp.

Wyoming Game and Fish Department. 2001. Memorandum from Field Supervisor, U.S. Fish and Wildlife Service, Cheyenne, Wyoming to Dwight Harvey, U.S. Fish and Wildlife Service, Sacramento, California, regarding information on status of yellow-billed cuckoo in Wyoming.

BLM_0071364

**Approval/Concurrence:**

Lead Regions must obtain written concurrence from all other Regions within the range of the species before recommending changes, including elevations or removals from candidate status and listing priority changes; the Regional Director must approve all such recommendations. The Director must concur on all resubmitted 12-month petition findings, additions or removal of species from candidate status, and listing priority changes.

Approve: _____ 05/31/2011
                                                          Date

Concur: _____ 10/07/2011
                                                          Date

Did not concur: _____ _____
                                                          Date

Director's Remarks:



# United States Department of the Interior

FISH AND WILDLIFE Service
Ecological Services
764 Horizon Drive, Building B
Grand Junction, Colorado 81506-3946



IN REPLY REFER TO:
ES/GJ-6-CO-12-F-006
TAILS 06E24100-2012-F-0020

November 15, 2012

Memorandum

To:        Northwest District Manager, Bureau of Land Management, Grand Junction,
           Colorado

From:      Western Colorado Supervisor, Fish and Wildlife Service, Ecological Services,
           Grand Junction, Colorado

Subject:   Biological Opinion for Livestock Grazing Program Effects on Three Listed Plants
           in the Bureau of Land Management Grand Junction, Colorado River Valley, and
           Uncompahgre Field Offices

In accordance with section 7 of the Endangered Species Act of 1973 (ESA), as amended (16
U.S.C. 1531 et seq.), and the Interagency Cooperation Regulations (50 CFR 402), this document
transmits the Fish and Wildlife Service's (Service) biological opinion (BO) for impacts to three
federally listed plant species resulting from livestock grazing programs in the Bureau of Land
Management (BLM) Grand Junction (GJFO), Colorado River Valley (CRVFO), and
Uncompahgre Field Offices (UFO). We received your request for formal Endangered Species
Act (ESA), section 7 consultation on May 16, 2012.

This BO is based on information provided in the May 16, 2012, Biological Assessment (BA);
various discussions between our staffs; field visits; and other resources. A complete
administrative record of this consultation is on file at this office.

SPECIES ADDRESSED
The BLM determined that grazing programs in the three Field Offices may affect, are likely to
adversely affect the federally threatened *Sclerocactus glaucus* (Colorado hookless cactus),
endangered *Eriogonum pelinophilum* (clay-loving wild buckwheat) and its critical habitat, and
threatened *Phacelia submutica* (DeBeque phacelia) and its designated critical habitat.

The BA did not evaluate the effects of the BLM's livestock grazing program, operations, or
trailing on other federally listed or proposed species; therefore, this consultation only addresses
the three listed plants. Other federally listed and proposed species across the three Field Offices
potentially affected by ongoing and future grazing programs and activities include the bonytail
chub (*Gila elegans*), razorback sucker (*Xyrauchen texanus*), humpback chub (*Gila cypha*),
Colorado pikeminnow (*Ptychocheilus lucius*), GB lineage cutthroat trout, black-footed ferret

(*Mustela nigripes*), Canada lynx (*Lynx canadensis*), Uncompahgre fritillary butterfly (*Boloria acrocnema*), Gunnison sage-grouse (*Centrocercus minimus*), Mexican spotted owl (*Strix occidentalis lucida*), Southwestern willow flycatcher (*Empidonax traillii extimus*), Ute ladies'-tresses (*Spiranthes diluvialis*), and Parachute beardtongue (*Penstemon debilis*). The BLM will address effects on these species from livestock grazing programs, operations, and trailing, under separate section 7 consultations.

Federal candidate species potentially affected by ongoing and future grazing programs and activities include Gunnison's prairie dog (*Cynomys gunnisoni*), greater sage-grouse (*Centrocercus urophasianus*), yellow-billed cuckoo (*Coccyzus americanus*), and North American wolverine (*Gulo gulo luscus*). Federal candidates for listing as threatened or endangered have no legal protection under the ESA of 1973, as amended, although it is within the spirit of the ESA to consider project impacts to these species. While section 7 consultation is not required for these species, we encourage the BLM to consider and implement appropriate measures to advance the conservation of these species.

Spring developments, stock ponds, and other water developments associated with the BLM's livestock grazing program result in water depletions to the Upper Colorado River Basin. We have determined that water depletions adversely affect the Colorado River endangered fish, including the bonytail, Colorado pikeminnow, humpback chub, and razorback sucker, and their critical habitats. In accordance with the Service's *Programmatic Biological Opinion (PBO) for Water Depletions Associated with BLM Projects (Excluding Fluid Mineral Development) Within the Upper Colorado River Basin in Colorado* (# ES/GJ-6-CO-08-F-0010; TAILS 65413-2009-F-0042), specified conservation measures therein will be implemented, and water depletion amounts will be tracked and reported annually. Only water depletions impacts are addressed under the above PBO; any other direct or indirect effects on Colorado River endangered fishes (e.g., water quality impacts), or other listed or proposed species, associated with livestock water developments would be addressed under separate section 7 consultation. All other water depletions not meeting the requirements and conditions of the PBO, or the Service's *de minimis* water depletion policy, will require separate section 7 consultation.

The remainder of this BO addresses livestock grazing effects on Colorado hookless cactus, clay-loving wild buckwheat and its critical habitat, and DeBeque phacelia and its critical habitat.

CONSULTATION HISTORY

Three previous consultations occurred between BLM and the Service regarding effects from BLM-authorized grazing on the three listed plants, including a statewide Resource Management Plan (RMP) consultation, the BLM UFO Colona Land Health Assessment (LHA) grazing permit renewal consultation, and the Escalante LHA grazing permit renewal consultation. Details of those consultations are described in the BA for this project. The remainder of this section includes discussions and correspondence specific to the grazing programmatic consultation.

September 26-28, 2011- Email correspondence (Alison Graff, Consultant): We discussed using the species' section 7 range models to define the action area for the BA. We provided electronic data to assist in this effort.

BLM_0071367

September 28, 2011- Phone conversation (Collin Ewing, BLM): The BLM and Service discussed the action area.

October 26, 2011- Email correspondence: We provided recommendations for defining the action area for the project and BA. We suggested that Service's section 7 range models for each species be used to represent the full extent of potential impacts from livestock grazing programs, and to maximize the area covered under the consultation for streamlining purposes. Also, we recommended that the BA address effects on all other listed and proposed species in the action area, per BLM Manual 6840 policy and in furtherance of the purposes of section 7 consultation under the ESA.

October 31, 2011- Phone conversation (Collin Ewing, BLM): The BLM agreed to use the species' section 7 range models to define the action area (Note: Section 7 range models were not used for the analysis, however; see *Action Area* section). The BLM stated that livestock trailing would be analyzed as interrelated activities and that, in the future, they plan to address livestock trailing activities and impacts on a programmatic level across the state. The BLM also indicated that the BA would focus on listed plants only and not evaluate other listed or proposed species.

November 8 and 9, 2011- Email correspondence: Related to including other listed and proposed species in the section 7 consultation, BLM indicated that the BA would focus on just the three listed plants and that future, separate section 7 consultation would occur for other species affected by livestock grazing programs.

January 5, 2012- Email correspondence (Alison Graff, Consultant): We discussed possible effects determinations for the three listed plants, in terms of significant, discountable, and beneficial criteria. Based on the nature of the proposed action, we suggested that adverse effects (formal section 7 consultation) would be the most likely scenario for the three listed plants.

January 9, 2012- Phone conversation (Alison Graff, Consultant): We discussed a conferencing framework for DeBeque phacelia proposed critical habitat, and how to evaluate effects of the action such that a conference opinion could be confirmed once and if the proposed critical habitat was designated. We also discussed the organization and contents of the BA including effects determinations.

January 30, 2012- Phone conversation and email correspondence (Collin Ewing, BLM): We discussed timeframe for review of the Draft BA. BLM agreed that effects for each species would likely be adverse and would be analyzed as such in the BA. A Draft BA was submitted for review by our office.

February 16, 2012- Email correspondence: We provided comments and suggestions to the BLM on the Draft BA. Our comments included, but were not limited to, recommendations for implementing a species inventory and monitoring plan (e.g., a series of treatment-control studies) to guide adaptive management, including limits or thresholds and triggers; expanding the BA content and specifics for the scope of the proposed action, environmental baseline for affected

3

species, and effects analyses for those species; defining project design criteria related to weed treatments and programmatic consultations covering those activities; and other suggestions.

February 22, 2012- Email correspondence:  We requested that the BLM provide us one more opportunity to review the BA prior to submitting a final version.  We also recommend that the agencies meet in person to further discuss the BA.

February 23, 2012- Phone conversation (Anna Lincoln, BLM):  We discussed some of BLM's concerns related to our February 16, 2012, comments on the Draft BA.

March 28, 2012- Email correspondence:  We provided environmental baseline condition information to the consultant for clay-loving wild buckwheat critical habitat.

April 17 and 18, 2012- Phone conversation and email correspondence (Alison Graff, Consultant):  We discussed and provided recommendations for a conferencing framework for DeBeque phacelia proposed critical habitat.

May 16, 2012- Official correspondence:  We received the Final BA for the project.  The BLM also emailed an electronic version of the Final BA and responses to our February 16, 2012, comments on the Draft BA.  The BLM denied our February 22, 2012, request to review the Draft BA again prior to submitting a Final BA.  The BLM made minor edits to the BA in response to our comments on the Draft BA.

June 19, 2012- Phone conversation (Ken Holsinger, BLM):  BLM called our office to check on the status of the consultation.  I replied that we had just begun to review the Final BA and responses to our comments, and indicated that we anticipated needing the full 135-day consultation period in order to develop a BO.

July 9, 2012- Meeting (Collin Ewing, BLM; Anna Lincoln, BLM; Ken Holsinger, BLM):  We discussed the need for additional conservation measures in the BA, pursuant to ESA Section 7(a)(1).  The BLM cited a lack of funding and resources necessary to commit to monitoring of grazing effects on the listed plants under consideration or establishing triggers under an adaptive management approach.  We proposed the concept of a plant conservation strategy and cooperative approach that would advance plant conservation and improve communication between offices.  The BLM asked that we outline the components of such a strategy in writing and stated that the proposal would be presented to BLM managers.

July 16, 2012- Email correspondence:  Per discussions on the July 9, 2012, meeting, we emailed a Draft Plant Conservation Strategy for BLM's consideration.  The strategy included conservation measures such as identifying priority conservation areas for plants, developing a streamlined process for future actions covered under the umbrella of the programmatic consultation, expanding inventory efforts, developing a species' monitoring plan and schedule to detect grazing effects, implementing an adaptive management approach based on inventory and monitoring data, attending regular coordination meetings, and reporting grazing activities related to the programmatic consultation.

4

July 25, 2012- Email correspondence (Collin Ewing, BLM): The BLM responded to our July 16, 2012, recommendation to incorporate a plant conservation strategy and conservation measures. The BLM agreed to establish regular coordination meetings with us to review past and pending actions related to the programmatic consultation.

August 13, 2012- Critical habitat was designated for DeBeque phacelia, with an effective date of September 12, 2012 (77 FR 48368).

August 7, 2012- Meeting (BLM specialists and managers): We discussed options for improving conservation measures such as monitoring, adaptive management and triggers, inventory, and future coordination meetings. We suggested that the consultation be deferred until the ongoing Field Office RMPs are complete and addressed under section 7 consultation. We felt this would be advantageous to the BLM since important conservation measures (e.g., special area designations, grazing allotment closures, stipulations and standards, etc.) would be adopted, accounted for, and evaluated as part of the species' environmental baselines. The BLM expressed that they did not wish to postpone the consultation. However, they felt they could strengthen certain conservation measures in the BA. Associated with this effort, we requested a 30-day extension of the section 7 consultation period.

August 9, 2012- Email correspondence: We offered assistance in developing conservation measures for listed plants, as related to recent discussions.

August 22, 2012- Email correspondence (Wayne Werkmeister, BLM): The BLM agreed to our August 7, 2012, request to extend the section 7 consultation period. This extended the consultation period to September 13, 2012, with an additional 45 days to issue a BO, with a due date of October 29, 2012. Also, in response to our August 7, 2012, discussion, the BLM submitted proposed conservation measures to amend the BA. In summary, these included coordinating with us; depending on resources, inventorying for listed and other rare plants across the three species' ranges; providing us with ongoing trend monitoring data; cooperating to develop a monitoring strategy; and reporting conservation actions and adaptive management on an annual basis.

September 5, 2012- Email correspondence: We suggested edits and additions to BLM's August 22, 2012, conservation measures list. Specifically, we emphasized the need for a plant conservation strategy, thresholds and triggers to guide adaptive management, identification of problem areas and priority areas for conservation for plants, quantitative studies of the effects of livestock grazing on listed plants (in addition to trend monitoring), reporting BLM actions and decisions covered under the programmatic consultation, and addressing known impacts to listed plants through coordination meetings under the framework of a plant conservation strategy.

September 21, 2012- Official correspondence (BLM Northwest and Southwest Colorado Districts): The BLM responded to our September 5, 2012, recommendations related to proposed conservation measures. The BLM declined to amend their proposed conservation measures beyond the list established as of August 22, 2012 (see above). Also, based on the lack of

5

BLM_0071370

quantitative data on livestock grazing impacts to the listed plants, BLM felt that they cannot identify legally defensible impact thresholds, or triggers, for the species.

# BIOLOGICAL OPINION

## DESCRIPTION OF THE PROPOSED ACTION

The proposed action is continuation of the livestock grazing program administered by the BLM CRVFO, GJFO, and UFO within the known range of the Colorado hookless cactus, DeBeque phacelia, and clay-loving wild buckwheat. The BLM administers their livestock grazing program as part of its multiple use and sustained yield mandate established under the Federal Land Policy and Management Act (FLPMA) of 1976 (43 USC 1752). The program includes grazing and related operational and monitoring activities such as range improvement construction and maintenance (fences, corrals, reservoirs, unimproved access routes, etc.), livestock trailing, watering, salting, bedding, and utilization and trend monitoring.

Public grazing land is divided into allotments which may include both public and private land. Allotment use is managed under a permitting program that is designed to meet the mandates of the Taylor Grazing Act of 1934 (43 USC 315, as amended). Allotments are assigned a class of livestock, stocking rate, and use period, and are permitted at a given number of animal unit months (AUMs). The terms and conditions of each allotment are set forth in the grazing permit, and permittees are assessed a grazing fee. Routine trailing of livestock onto, off of, or within an allotment, and other activities secondary to grazing are regulated via terms and conditions of the grazing permit. Trailing by one livestock operator across allotments for which he/she does not hold the grazing permit is managed separately under a trailing permit program, and is referred to as permitted trailing. Permitted trails on BLM surface are shown in Appendix I, Figure 1, of the BA. The BLM requests that the newly identified trailing be included under the umbrella of this programmatic consultation (i.e., for effects on the three listed plants only).

The BLM has the authority to issue grazing permits for a period not to exceed 10 years. Grazing permit renewal must undergo environmental review under the National Environmental Policy Act (NEPA). According to the Taylor Act, "during periods of range depletion due to severe drought or other natural causes", the BLM may "remit, reduce, refund in whole or part, or postpone payment of grazing fees" for the duration of the emergency (§ 315b).

The *Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado* became effective for all BLM lands in Colorado on February 12, 1997. There are five Public Land Health standards that prescribe the resource conditions needed to sustain public land health and apply to all uses of public lands including livestock grazing. Standard 4 applies specifically to special status, threatened, and endangered species and their habitats. The *Guidelines for Livestock Grazing Management* set forth the best management practices that BLM routinely employs to maintain or achieve the Public Land Health Standards.

Grazing allotments are managed to meet or exceed the Public Land Health Standards. As part of the planning and permitting process, allotments are evaluated to determine whether rangeland

6

BLM_0071371

health meets standards, meets with problems, or does not meet the five standards. LHAs are typically conducted on a landscape or watershed scale via sampling, but where threatened or endangered species are of concern, site-specific assessments are made whenever feasible. If a standard is not met on an allotment or a portion of an allotment, BLM then determines the causal factors for not meeting the standard. If existing livestock grazing management or level of use is determined to be a significant causal factor for not achieving standards or not making significant progress toward achieving rangeland health, the authorized officer must take appropriate action as soon as practicable but no later than the beginning of the next grazing year to bring grazing activities into conformance with grazing guidelines or to modify them so that significant progress can be made towards achieving Land Health Standards (BLM 4180 Manual, Sec IIID). Management actions may include reductions in AUMs, change of season, change in pasture rotation system, movement of water and salt blocks, fencing, or construction of additional water developments. These measures are included as terms and conditions of the renewed grazing permit.

Inventory and monitoring data is collected on a regular basis as needed to determine achievement of Land Health Standards, or progress toward achieving those standards (BLM 4180 Manual, Sec IIIG). Monitoring methods include utilization and vegetation trend monitoring. Utilization monitoring is conducted to monitor forage use and livestock distribution.

Trend monitoring is used to assess changes in cover and composition in the plant communities over time (BLM1999b, 1999c). For example, BLM-authorized monitoring aimed specifically at quantifying effects from livestock grazing to clay-loving wild buckwheat is underway. Results from this monitoring program and any other similar programs implemented in the future will be used to inform BLM management of livestock grazing in occupied habitat for the three focal species.

### Action Area

The action area includes all lands that may be affected by the BLM grazing program within *occupied habitat* or *reasonably certain to be occupied habitat* for the three focal species, as described below. Our section 7 range models for these species were not used by the BLM in defining the action area (see Consultation History). Therefore, potential habitat or newly discovered populations of these species outside the defined action area are not covered under this BO. Additional areas or proposed actions (such as water developments or new fences) associated with grazing that are not covered by this consultation can be tiered to this programmatic consultation. That is, these actions will require a separate consultation but these documents will tier to this document, thereby reducing the amount of needed paperwork. For these tiered documents, new areas and projects descriptions must include: 1) an updated consultation history, 2) a description of the proposed action or new area, 3) an update to the species' status, 4) an overview or update to the environmental baseline, 5) and an updated analysis of the effects of the action. We would then prepare a tiered BO for these areas or actions.

7

BLM lands affected by the grazing program include grazing allotments, unallotted lands on which trailing or allotment operation and maintenance activities occur, and unallotted lands which may be indirectly affected by grazing or maintenance activities on nearby allotments. Non-federal lands that may sustain effects from interdependent actions, as described above, are also included in the action area. The locations of these activities on non-federal land remain largely unknown. The action area on BLM land for each of the three focal species is shown in Tables 1-3 and Figures 1-3 here. *Occupied and reasonably certain to be occupied habitat* is described below for each species.

*Clay-loving wild buckwheat*
*Occupied* and *reasonably certain to be occupied habitat* includes our warranted but precluded (WBP) revised critical habitat for the species, plus potentially occupied areas within one mile of the WBP revised critical habitat. The WBP revision to critical habitat was drafted in response to a petition to amend critical habitat for this species (CNE et al. 2006), but is yet to be proposed in a rule making. It is defined by minimum convex polygons around all known occurrences (populations), plus a 100-meter buffer outside of the polygons. For allotments that fall partially inside our WBP revised critical habitat and one-mile buffer, BLM lands inside the entire allotment were included in the action area. Private lands in grazing allotments are also included in the action area. Although designated critical habitat for clay-loving wild buckwheat occurs entirely on private land, it is included in the action area because it may be subject to effects related to interdependent activities. Allotments covered by this BO for clay-loving wild buckwheat are included in Table 1 below.

**Table 1. Allotments included for clay-loving wild buckwheat.**

| Allotment Name | Allotment Number | Field Office |
|---|---|---|
| Adobe South | 05030 | UFO |
| Brush Point | 05008 | UFO |
| Dry Cedar | 05537 | UFO |
| Middle Peach Valley | 03276 | UFO |
| Rock Ditch | 05538 | UFO |
| Selig Canal | 05003 | UFO |
| Shamrock | 05024 | UFO |
| Shinn Park | 05534 | UFO |
| Smith Mountain | 05001 | UFO |
| Sulphur Gulch | 05023 | UFO |
| Upper Peach Valley | 05007 | UFO |

*Colorado hookless cactus*
*Occupied* and *reasonably certain to be occupied habitat* includes the Colorado hookless cactus *Recovery Outline* potential habitat (FWS 2010), plus potentially occupied areas in the following UFO grazing allotments: Milk Creek (14544), Stingley Gulch (14503), Dry Creek (14549), South Dry Creek (14548), Wilbanks (14502), Oak Mesa (14506), Juniper Knob (14505), Leroux (14550), Leroux Creek (14504), Fire Mountain Canal (14508), Roatcap/Jay Creek (14507), and

8

Canal (14012). For allotments that fall partially inside the *Recovery Outline* potential habitat, BLM lands inside the entire allotment were included in the action area. Private lands in grazing allotments are also included in the action area. Allotments covered by this BO for Colorado hookless cactus are included in Table 2 below.

**Table 2. Allotments included for Colorado hookless cactus.**

| Allotment Name | Allotment Number | Field Office |
|---|---|---|
| Alkali Creek Common | 08130 | CRVFO |
| Alkali Flats | 14017 | UFO |
| Alkali Gulch | 08131 | CRVFO |
| Antelope | 14020 | UFO |
| B. Hawkins | 16825 | GJFO |
| Baldridge Mesa | 06851 | GJFO |
| Baker Canyon | 06731 | GJFO |
| Bangs | 06116 | GJFO |
| Bean | 16206 | GJFO |
| Beehive | 16807 | GJFO |
| Bevan | 16206 | GJFO |
| Berry Homestead | 06702 | GJFO |
| Big Gulch - 40 | 05036 | UFO |
| Big Park | 06843 | GJFO |
| Black Ridge | 05020 | UFO |
| Boulder Canyon | 06157 | GJFO |
| Brink Pedigo Gulch | 06703 | GJFO |
| Brown Place | 06850 | GJFO |
| Burdick E of Ranch | 06706 | GJFO |
| Cactus Park / Club Gulch | 03278 | UFO |
| Canal | 14012 | UFO |
| Chalk Mountain | 06845 | GJFO |
| Clarks Bench | 16122 | GJFO |
| Coon Cr/McCurdy | 06702 | GJFO |
| Coon Creek | 16804 | GJFO |
| Coon Hollow Common | 06712 | GJFO |
| County Line | 08923 | CRVFO |
| Davis | 16818 | GJFO |
| Davis Amp | 16201 | GJFO |
| Dead Horse | 16119 | GJFO |
| Dedication Site | 05002 | UFO |
| Deer Basin / Midway | 14019 | UFO |
| Delta Pipeline | 03277 | UFO |
| Dominguez Ind | 14001 | UFO |

9

BLM_0071374

| Allotment Name | Allotment Number | Field Office |
|---|---|---|
| Dry Creek | 14549 | UFO |
| Dry Fork | 06715 | GJFO |
| Dry Mesa | 14006 | UFO |
| Ervin | 06819 | GJFO |
| Escalante Flats | 14003 | UFO |
| Fetters | 16821 | GJFO |
| Fire Mountain Canal | 14508 | UFO |
| Gibbler Common | 26301 | GJFO |
| Halfway House | 16823 | GJFO |
| Heely | 16837 | GJFO |
| Highway 50 | 16204 | GJFO |
| Homestead | 06740 | GJFO |
| I.A. East of Ranch | 06727 | GJFO |
| Jerry Gulch | 06847 | GJFO |
| Juniper Knob | 14505 | UFO |
| Kannah Creek Common | 16212 | GJFO |
| Kannah Creek Ind | 06207 | GJFO |
| Kimball Creek | 06724 | GJFO |
| Ladder Canyon | 06158 | GJFO |
| Leroux | 14550 | UFO |
| Leroux Creek | 14504 | UFO |
| Lloyd | 16835 | GJFO |
| Logan End Common | 06732 | GJFO |
| Logan Gulch | 06733 | GJFO |
| Logan Wash | 06734 | GJFO |
| Lower Escalante | 14002 | UFO |
| Lower Rapid / Cottonwood | 06844 | GJFO |
| Lower Roubideau Canyon | 05000 | UFO |
| Lyons/Anderson | 16811 | GJFO |
| Middle Peach Valley | 03276 | UFO |
| Milholland | 06840 | GJFO |
| Milk Creek | 14544 | UFO |
| Molina Place | 06853 | GJFO |
| Mormon Mesa | 06857 | GJFO |
| Mt Garfield | 16509 | GJFO |
| NE Spear | 06718 | GJFO |
| North East Creek | 06156 | GJFO |
| North Fork Kannah Creek | 06209 | GJFO |
| Notch Spring | 16121 | GJFO |
| Oak Mesa | 14506 | UFO |

10

BLM_0071375

| Allotment Name | Allotment Number | Field Office |
|---|---|---|
| Petrie Mesa | 14022 | UFO |
| Plateau Creek | 16810 | GJFO |
| Point Creek | 14021 | UFO |
| Rabbit Gulch | 05022 | UFO |
| Red Rock | 06745 | GJFO |
| Roatcap / Jap Creek | 14507 | UFO |
| Round Knob | 06152 | GJFO |
| Sawmill Mesa | 14007 | UFO |
| SE Spear | 06739 | GJFO |
| Selig Canal | 05003 | UFO |
| Shamrock | 05024 | UFO |
| Shavano Mesa | 05511 | UFO |
| Smith Gulch | 08922 | CRVFO |
| Smith Mountain | 05001 | UFO |
| South Dry Creek | 14548 | UFO |
| Stingley Gulch | 14503 | UFO |
| Sulphur Gulch | 05023 | UFO |
| Sunnyside Common | 06801 | GJFO |
| Tater Hills | 06747 | GJFO |
| Thompson | 06148 | GJFO |
| Twenty-Five Mesa North | 14008 | UFO |
| Wagon Park Amp | 26302 | GJFO |
| Ward Creek Doughspoon | 14025 | UFO |
| Wells Gulch | 14016 | UFO |
| West Logan Wash | 06752 | GJFO |
| West Spears | 06753 | GJFO |
| White Mountain | 16808 | GJFO |
| Whitewater Common | 16203 | GJFO |
| Whitewater Hill | 16205 | GJFO |
| Wilbanks | 14502 | UFO |
| Wild Country | 16809 | GJFO |
| Wildhorse | 06799 | GJFO |
| Winter Flats - Deer Park | 06713 | GJFO |
| Winter/Monitor Mesa | 14010 | UFO |

*DeBeque phacelia*
*Occupied* and *reasonably certain to be occupied habitat* includes designated critical habitat, plus any potentially occupied areas identified in the CRVFO's Alkali Creek Common (08130) Allotment.  Critical habitat is defined by minimum convex polygons around all known populations, plus a 100-meter buffer outside of the polygons.  When an allotment falls partially

11

BLM_0071376

inside critical habitat, BLM lands inside the entire allotment are included in the action area. Private lands in grazing allotments are also included in the action area. Allotments covered by this BO for DeBeque phacelia are included in Table 3 below.

**Table 1. Allotments included for DeBeque phacelia.**

| Allotment Name | Allotment Number | Field Office |
|---|---|---|
| Alkali Creek Common | 08130 | CRVFO |
| Baldridge Mesa | 06851 | GJFO |
| Berry Homestead | 06702 | GJFO |
| Big Park | 06843 | GJFO |
| Brown Place | 06850 | GJFO |
| Coon Hollow Common | 06712 | GJFO |
| County Line | 08923 | CRVFO |
| Halfway House | 16823 | GJFO |
| Jerry Gulch | 06847 | GJFO |
| Logan Gulch | 06733 | GJFO |
| Lyons/Anderson | 16811 | GJFO |
| NE Spear | 06718 | GJFO |
| SE Spear | 06739 | GJFO |
| Sunnyside Common | 06801 | GJFO |
| West Spears | 06753 | GJFO |
| Winter Flats - Deer Park | 06713 | GJFO |

*Allotted Lands in the Action Area*

Approximately 110 allotments (710,438 acres) occur in Colorado hookless cactus habitat; 11 allotments (54,578 acres) in clay-loving wild buckwheat habitat; and 16 allotments (107,680 acres) in DeBeque phacelia habitat (Table 4). Many allotments contain habitat for more than one of the three plant species. A complete list of allotments in the action area is provided in Tables 1-3, and Figures 1-3 here. Appendix II, Table A in the BA provides details on listed plant species occurring in allotments and authorized uses.

**Table 4. Livestock grazing in the action area.**

| Species | BLM Land Allotted (acres) | Number of Allotments | Livestock Class and Season of Use |
|---|---|---|---|
| Clay-loving wild buckwheat | 54,578 | 11 | 8 allotments sheep; 2 allotment cattle; 1 allotment cattle and sheep; mostly winter and spring |
| Colorado hookless cactus | 710,438 | 110 | Mostly cattle and sheep; variously over the 4 seasons |
| DeBeque phacelia | 107,680 | 16 | Cattle only; mostly in the spring and winter, with fall usage in 2 allotments |

12

BLM_0071377

**Interrelated and Interdependent Activities**

Interrelated and interdependent actions include grazing, trailing, or other operational activities on non-federal lands that would not occur if BLM did not authorize grazing or trailing in their allotments. The locations where these activities occur are not all known. These activities can be summarized as follows:

1. Straying of BLM-authorized livestock onto adjacent non-federal or other Federal land that is not controlled by the permittee is as an interdependent action. Not all BLM allotments are fenced from adjacent ungrazed private, local, U.S. Forest Service, or State land, or the fences are not always maintained in a manner that absolutely prevents livestock from straying onto adjacent land. Colorado is an open range, or "fence out" state, meaning that landowners who do not want livestock on their property are required by law to fence them out.

2. Livestock trailing across non-federal lands that occurs as a result of permitted trailing activities on BLM land is another interdependent action. In order for an operator to trail across a BLM allotment for which he/she does not hold the grazing permit, it is sometimes necessary to move stock across non-federal land. This trailing across private, local, or state land would not occur but for the permit to trail across BLM land. Permitted trails on BLM land are provided in Appendix I, Figure 1, in the BA.

3. Any grazing operation or activity conducted by a permittee on non-Federal land that would not occur but for the permittee's livestock operation on BLM land is considered an interdependent action.

**Conservation Measures**

Conservation measures are non-discretionary actions that the BLM agrees to implement to further the conservation and recovery of listed species. The beneficial effects of conservation measures are taken into consideration for determining both jeopardy and adverse modification analyses. (Note: The following list reflects various agreements made following receipt of the BA for this project, as described in the *Consultation History* section.)

The terms and conditions of grazing permits that include habitat occupied by Colorado hookless cactus, clay-loving wild buckwheat, or DeBeque phacelia will include conservation measures designed to avoid, minimize, and/or remediate effects to species in mapped occupied habitat. Some measures are specific to individual allotments. Conservation measures to be implemented include, but are not limited to, the following:

1. In areas where there is a concern that Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia may be present, a survey will be conducted prior to any livestock management actions such as range improvements or maintenance, or weed management. The BLM Threatened, Endangered, and Sensitive species specialist will determine the need for a survey and survey scope and intensity.

13

2. Maps will be provided to permittees that identify sensitive areas where restrictions may apply to particular grazing-related activities for the Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia (individual occurrences or populations plus a 200-meter [656 feet] buffer). As new information becomes available, and as necessary, maps will be updated by the BLM and provided to permittees each year if new occurrences are found. (Note: Maps provided to permittees will include sufficient buffers and randomized perimeters to avoid disclosing exact species locations.)

3. The permittee is required to notify the BLM Rangeland Management Specialist prior to any surface disturbing range project maintenance activity (fences, stock ponds, spring developments, etc.) in any allotment (standard condition for all BLM allotments). Surveys and avoidance measures will be required where effects to listed plants may occur.

- Construction of new range developments (e.g., fences, ponds, water troughs) would be designed to avoid impacts to listed species whenever feasible. New range developments that may affect listed species would not be permitted until completion of an additional tiered consultation.

4. If a permittee wishes to apply an herbicide treatment, they must obtain prior approval from the BLM. Appropriate applicator licenses must be obtained, copies of the appropriate *Pesticide Use Proposal* must be obtained from the BLM, and a *Pesticide Application Record* must be completed and returned to BLM no later than 10 days after herbicide application (standard condition for all BLM allotments).

- The permittee must consult with the BLM Rangeland Management Specialist and Biologist/Ecologist prior to applying herbicides or pesticides within 200 meters (656 feet) of individual plants or populations. Such treatments may be restricted or modified to avoid effects to the three listed species. Depending on the Field Office and weed program restrictions (see following point), additional section 7 consultation may be required prior to applying herbicides. Based on existing consultations, treatments near occupied habitat may not be covered under section 7.
- All treatments will comply with the approved *Integrated Weed Management Plan* (IWMP) and section 7 consultation (completed for GJFO and CRVFO, in progress for UFO). Not all treatments are covered under those consultations and would, therefore, require separate section 7 consultation. The three field offices' IWMPs differ slightly in their requirements for avoidance distances and triggers for reinitiation of consultation. Please refer to those documents for details.

5. Within 200 meters (656 feet) of listed plants, motorized access for livestock grazing operations will be limited to existing roads and routes. Any additional access proposed for grazing operations would require additional surveys and section 7 consultation.

6. As a standard permit term and condition within occupied habitat, seasonal utilization levels on palatable perennial forage will be limited to 40 percent to the extent possible, and average utilization will not exceed 50 percent (currently the approximate level of forage utilization in

BLM_0071379

most areas on public lands). These areas will be monitored by the BLM Rangeland Management Specialist and Biologist/Ecologist to ensure compliance.

7. Permits for trailing through occupied habitat will only be issued for existing livestock trailing areas identified in Appendix I, Figure 1, of the BA.

- Where trailing occurs, minimization measures such as the following will be implemented to reduce impacts:
  - o BLM will encourage the avoidance of known individuals or populations during livestock herding and trailing activities on BLM administered lands. Maps would be provided to permittees to facilitate avoidance.
  - o In areas where trailing activities cannot be avoided (e.g., Escalante Canyon) monitoring of affected populations will be established. Where monitoring suggests population decline then the following measures will be considered by BLM to achieve appropriate protection:
    - ▪ Use additional herders/cowboys to direct livestock away from populations.
    - ▪ Trail smaller herds through at any given time.
    - ▪ Use temporary fencing/barricades to inhibit livestock from trailing through populations during trailing activities.
    - ▪ Should all other attempts to reduce impacts from trailing not be successful, permanent drift fences may be considered.
  - o Permittee will be required to notify the BLM office at least 24 hours in advance of the trailing activity.
  - o Require that trailing activity be concentrated within existing road corridors as much as practicable and in a timely and efficient manner. Overnighting of livestock within occupied habitat is prohibited unless the area has been cleared for threatened, endangered, and special status species prior to overnight activity.
  - o Trailing will not be allowed during flowering or germination periods where possible.
- Any future identified trailing activities through occupied habitat will be managed according to the above stated conservation measures.

8. No concentrations of livestock activities including but not limited to herding, routine trailing, bedding, salt or supplement, portable watering, and new stock ponds will be allowed within 200 meters (656 feet) of individual plants or populations, except as provided below:

- Concentration may be allowed where separated by a fence or topographic feature (cliff) that will render the impacts to listed plants insignificant, discountable, or if impacts are wholly beneficial (distribute livestock away from listed plants).
- In allotments in which sheep bedding must occur within the 200 meter (656 feet) buffer, only dispersed bedding will be allowed. Dispersed bedding allows sheep to bed however the band has dispersed throughout the day, rather than gathering or congregating the band in any one common locale.
- To minimize sheep grazing impacts in allotments containing clay-loving wild buckwheat, limit sheep grazing within 200 meters (656 feet) of occupied habitat to 5 nights per use area.

15

- The BLM Rangeland Management Specialist will collaborate with the permittee to develop and employ appropriate grazing strategies for the allotment pastures and use areas to meet Colorado Public Land Health Standards, specifically standard 3 for upland plant communities and standard 4 for Threatened, Endangered Species (TES) species. Where possible, grazing should be limited to 15 days or less in each pasture or use area during the germination, flowering, and fruiting period for the three focus species to ensure reproduction and recruitment.

9. Monitoring will be conducted (e.g., LHAs, utilization, trend, Ecological Site Inventory) to evaluate rangeland health. If monitoring/LHAs conclude that an allotment with occupied habitat is not meeting the standards for special status plants, vegetation, or soils, and livestock grazing is identified as a significant causal factor in not meeting those standards, grazing permit modifications, mitigation, or other prescriptive measures will be required by BLM, such as:

- The BLM Rangeland Management Specialist will work with the permittee to pursue opportunities to allow portions of the allotment(s) to receive yearlong rest or deferment in order to increase plant vigor.
- Exclosures or drift fences may be considered in certain areas where individual plants or populations require special protections from livestock grazing or associated activities, as determined by the BLM.
- Permit terms and conditions may be modified to minimize impacts to listed plants (e.g., improved distribution, changes in season of use/class of livestock).

10. The BLM will seek to implement monitoring programs to assess grazing-related impacts to the species. Results from the monitoring will be used to inform future grazing management.

- BLM Field Offices will continue to partner with the BLM Colorado State Office and other organizations (e.g., the Service, Denver Botanic Gardens [DBG], Colorado Natural Heritage Program [CNHP], Colorado Native Plant Society, Colorado Natural Areas Program [CNAP]) to monitor listed plants.
- In areas where grazing has been identified as a threat to individuals or populations, the BLM will explore opportunities to modify existing monitoring and develop new monitoring to assess grazing-related impacts to the species.

11. To ensure the conservation of the three listed species, the BLM will coordinate with the Service to identify important areas for species conservation. This coordination may result in actions to improve species conservation, initiate adaptive management strategies to reduce grazing impacts to the three listed species, or place greater management emphasis on their conservation through BLM's planning and decision process.

12. The BLM intends to continue a similar annual inventory effort as in recent years (between 2,000 and 10,000 acres) across the three species' ranges, consistent with funding and priorities. Results will be submitted to the CNHP to ensure data is compiled in a centralized database.

BLM_0071381

13. The BLM will provide the Service with monitoring data collected and will work with the Service to develop a cooperative monitoring strategy that will capitalize on partnerships to augment existing monitoring studies and data. With the Service's assistance, the BLM will work on creating partnership opportunities to design and carry out additional monitoring needs.

14. The BLM will report conservation actions taken annually to the Service highlighting the adaptive management occurring in the grazing programs. Future BLM actions, monitoring (trend, grazing utilization, and LHA), and decisions covered under or related to this programmatic consultation will be reported annually to the Service.

15. BLM Field Offices will individually schedule coordination meetings throughout the year with the Service and will work to address grazing impacts to listed plants.

If impacts to any of the three plant species occur that were not analyzed in this consultation, or are found likely to occur due to future grazing-related activities, further section 7 consultation will occur.

## STATUS OF THE SPECIES AND CRITICAL HABITAT

**Colorado Hookless Cactus**

Colorado hookless cactus is a small ball or barrel-shaped cactus endemic to Montrose, Delta, Mesa, and Garfield Counties in western Colorado. Current data indicate that this species is currently known from about 98 occurrences totaling approximately 19,000 individuals (FWS 2010). These occurrences cover approximately 1,700 square miles, with an estimated 618,000 acres of potential habitat (FWS 2010). This species has two population centers, one associated with the Gunnison River and its tributaries near the City of Delta, and the other with the Colorado River and its tributaries near DeBeque, Colorado. Colorado hookless cactus was originally listed as threatened on October 11, 1979 (44 FR 58868), with revised listing due to taxonomic changes published on September 15, 2009 (74 FR 47112). Critical habitat has not been proposed for this species. The *Recovery Outline* (FWS 2010) presents an updated and thorough review of the species' status.

*Habitat*
Colorado hookless cactus grows primarily in the salt desert shrub community on alluvial terraces associated with the Gunnison and Colorado Rivers. Soils are commonly derived from Mancos shale often with a thin over layer of alluvium, and range from fine silty clay to coarse gravel with volcanic cobbles and boulders scattered on the surface. The dominant co-occurring plant species include *Atriplex confertifolia, Artemisia nova, Opuntia* spp., *Echinocereus triglochidiatus, Pleuraphis jamesii,* and *Acnatherum hymenoides*. Populations also occur in big sagebrush and the transition zone with pinyon-juniper woodland. Within these communities, Colorado hookless cactus is often found under small nurse shrubs, especially *Atriplex confertifolia*. In many Colorado hookless cactus populations, exotics occur, especially *Bromus tectorum* and/or *Halogeton glomeratus*, and *Acroptilon repens* along drainages. Typical elevations for the species range from 4,593 to 6,562 feet (1,400 to 2000 meters) above mean sea level (Heil and

17

Porter 2004).  According to the North Delta LHA report, BLM considers the Mancos shale communities that the cactus occurs in to have little resilience to disturbance due to soil chemistry and structure and the small amount of available moisture (BLM 2002).

*Species Description and Life History*
Colorado hookless cactus grows from a taproot and typically has a single stem that can grow to about 5 inches (12 cm) tall, with large individuals attaining heights of 11 inches (28 cm).  Mature stem diameter may reach to 3.5 inches (9 cm) (Heil and Porter 2004), with large individuals growing to 4 or 5 inches (12-13 cm) (in CRVFO, some individuals are 12-13 cm) in girth. Tubercles are arranged into prominent longitudinal ribs.  On the apex of each tubercle is an areole from which clusters of spines radiate.  The central spine in each cluster is typically hookless.  The large, funnel-shaped, pink flowers bloom from late April to May, with the small barrel-shaped fruits maturing in May and June.  Flowers are hermaphroditic.  Based upon preliminary breeding system studies by Tepedino, this species is believed to be primarily outcrossing (Heil and Porter 1994).  Outcrossing presumably requires an insect vector for pollen transfer.  Seed longevity in the ground, germination cues, and seed dispersal mechanisms for this species remain unstudied.

In addition to reproducing sexually, Colorado hookless cactus can produce new stems vegetatively by budding.  New stem buds appear from beneath the main stem base, and may number from one to many.  Field observations indicate that mild to moderate tissue damage, including herbivory by rodents and rabbits and crushing by vehicles, can stimulate budding (Conner 2011, pers. comm.).  Presumably if the caudex is sufficiently damaged, no new buds can sprout and an individual dies.  Individual cactus stems also appear to be able to sustain physical damage.  Partially uprooted cacti and those with apparent herbivore or crushing damage have been observed to heal over and survive (BLM 2009b; Conner 2011, pers. comm.).

*Abundance and Viability*
For each occurrence in their database, CNHP assesses the estimated viability of a species or ecological integrity of its community using ranks from A to D for excellent to poor.  Of the 98 CNHP occurrences of Colorado hookless cactus, approximately 22 percent are ranked excellent to good (A, B, or BC), 10 percent fair (C), and 6 percent fair to poor (CD or D).  The remainder are either considered historic because they have not been confirmed in over 20 years (42 percent, H rank), extirpated (1 percent, E rank), or they could not be ranked for a variety of reasons.  The 21 occurrences ranked A or B represent at least 1,000 individuals (FWS 2010).

In addition to the known 98 occurrences recorded by CNHP, more than 6,000 individuals were recently found during surveys for an electric transmission line and a proposed wastewater evaporation pond facility in Delta County (BIO-Logic 2008, 2009).  These additional 6,000 plants bring the estimated total individuals range-wide to approximately 19,000 (FWS 2010). Those 6,000 individuals would most likely be ranked A-B by CNHP, with the result that at least 37 percent of the estimated known individuals are in occurrences currently considered viable or ecologically intact.

18

BLM_0071383

*Land Ownership and Special Management Designations*
According to the *Recovery Outline*, 80 plus occurrences are fully or partially on land managed by the BLM, 45 are fully or partially on private land, and 9 are fully or partially on lands owned by the State of Colorado (FWS 2010). A number of BLM special management areas provide limited protections to this species, such as no leasing areas for oil and gas development: Dominguez-Escalante National Conservation Area (DENCA) including the Escalante Canyon ACEC and Dominguez Canyon Wilderness; Adobe Badlands Wilderness Study Area; Gunnison Gorge National Conservation Area (GGNCA); and Pyramid Rock ACEC/Research Natural Area (RNA). Pyramid Rock ACEC encompasses the Pyramid Rock Natural Area, which is managed by the Colorado Natural Areas Program for the protection of several special status plant species, including Colorado hookless cactus. Gunnison Gravels RNA, located within the DENCA, and Rough Canyon RNA both occur inside *occupied* and *reasonably certain to be occupied habitat* for this species, but neither are known to support Colorado hookless cactus. Approximately 55 percent of occupied habitat for this species, as defined by the action area, falls inside these special management areas. BLM livestock grazing management within these areas is the same as areas outside.

*Demography*
A large number of site inventories have been conducted over the years for Colorado hookless cactus, mostly as part of environmental clearance for proposed development projects. These have expanded our understanding of the species range and individual abundance. However, very little is known about population trends. Several monitoring efforts have been undertaken to better understand trends for this species. Summarized below, these efforts have been conducted by various groups. In general, monitoring has not occurred long enough to provide trend information.

1. BLM: Inventories conducted by the BLM UFO are summarized in *Sclerocactus glaucus Monitoring Projects and Trends in the BLM Uncompahgre Field Office, 1978 – 2009* (BLM 2009b). Between 1983 and 1986, the UFO inventoried Colorado hookless cactus at 31 sites in Montrose, Delta, and Mesa Counties, and recorded approximately 4,979 plants total. In 1993, they resurveyed 26 of these sites, with data recovered for only 21. Although the estimates of individuals at any given site were not entirely comparable between years due to divergent monitoring methods and the lack of permanent plots, 12 of the sites showed a stable or upward trend, and 9 showed a downward trend. Declines in plant numbers were greater than 50 percent at several sites.

In 1986, the UFO collaborated with CNAP to establish seven square meter monitoring plots in the Escalante Canyon ACEC, with a total of 36 individuals across all plots. When the plots were revisited in 1993, an 11 percent reduction in plant number and a shift towards the seedling and mature size classes was found (immature plants decreased). In 2010, the UFO was unable to relocate these plots (BLM 2009b).

Between 1985 and 1988 the CRVFO conducted extensive surveys for Colorado hookless cactus across potential habitat east of DeBeque (DeYoung 2012a, pers. comm.). A total of 16 sites were identified at that time with a total of 144 plants. Resurveys of some sites began in 1993,

19

2001 and 2004, with all 16 sites revisited by 2009. Cacti were relocated at 13 of the 16 original sites. Although estimates of population size were not entirely comparable between years due to differences in survey intensity and the lack of permanently marked individuals, sites were generally in an upward trend through 2001, and then showed a downward trend at seven of eight sites visited in 2007. Annual monitoring of all sites began in 2008 and all individuals located were permanently marked. Cacti have increased in abundance since the low of 2007, with an all-time high at three sites in 2011. Eight new sites were discovered between 2010 and 2012, increasing the total known numbers within CRVFO to 579 plants. Additional monitoring needs to occur before long-term trends can be determined.

2. Denver Botanic Gardens: The BLM State Office and DBG are working together to establish permanent demographic monitoring plots for Colorado hookless cactus rangewide on lands managed by the BLM (DBG 2007, 2008, 2010b). As of 2010, 10 plots had been established, three in the Escalante Canyon area north of Delta, three near DeBeque, and four in areas leased by Black Hills Exploration and Production in Mesa County. Additional monitoring needs to occur before trend can be determined at these sites.

3. Colorado Natural Heritage Program: Within the DENCA, CNHP inventoried and updated element occurrence records of Colorado hookless cactus in 2009 and 2010. Trends were not assessed.

4. Colorado Natural Areas Program: CNAP began monitoring Colorado hookless cactus at the Pyramid Rock Natural Area in 1998 (CNAP 1999, 2000). Two different populations were visited in 1998, and one of these was revisited in 1999 and found to be "undisturbed" compared to the previous year.

5. Consultants: In 2009, WestWater Engineering, Inc. began a 5-year monitoring effort of 135 individual cactus stems in 5 subpopulations of Colorado hookless cactus along the Collbran natural gas pipeline route in Mesa County, on the north side of Plateau Creek (WWE 2010). Between 2009 and 2010, six of the cactus stems died, resulting in a four percent mortality rate. Sufficient data are not yet available to analyze trends.

Field observations by consultants and agencies indicate that Colorado hookless cactus population size can change rapidly (England 2008, pers. comm., cited in BIO-Logic 2008; Conner 2011, pers. comm.). The North Delta LHA 2002 report (BLM 2002) from the BLM UFO noted that: "Population fluctuations for the Uinta Basin hookless cactus [now Colorado hookless cactus] are much more rapid than originally expected, and in some cases significant recruitment events, such as the one in the early nineties near Escalante Creek, result in substantial increases in the number of individuals in the population. Cactus borers and other mortality factors seem to keep this species' populations in a constant state of change." Monitoring of the federally listed congener *Sclerocactus wrightiae* has also shown extreme fluctuations in mortality rates between years, often correlated with changes in precipitation (Clark and Clark 2007).

BLM_0071385

*Land Health Assessments*

Approximately 81 percent of the action area for Colorado hookless cactus lies within the
following LHA units: North Delta, Escalante, Gunnison Gorge, North Fork, Roubideau, Kannah
Plateau, DeBeque-Roan Creek, Whitewater Common-North Fork Kannah Creek, Northern
DENCA, and Rifle-West Watershed. The remaining 19 percent of the action area occurs in units
that have not yet been assessed. Based on a combination of BLM spatial data and the most
recent available LHA reports, Standard 4 is being met in 95 percent, not meeting in 3 percent,
meeting with problems in 2 percent, and undetermined in less than one percent of the action area
for Colorado hookless cactus.

The most recent assessment of the North Delta LHA unit found that all 74,583 acres met
Standard 4 and that the Colorado hookless cactus populations in the area were in good condition,
with only isolated effects from sheep bedding grounds (BLM 2002).

When last assessed in 2001, the Gunnison Gorge LHA unit met Standard 4. Colorado hookless
cactus populations appeared "to be as healthy as they have been over the last twenty years (BLM
2001)", although insufficient information was available to determine trends. There were minor
differences between the LHA reports and the spatial data provided by the BLM. According to
the spatial data for the North Delta and Gunnison Gorge units, less than one percent of the acres
in each unit that occur inside the Colorado hookless action area met Standard 4 with problems;
all the remaining acreage met the standard. The spatial data does not provide an indication of
causal factors for areas not meeting a standard.

When the Escalante LHA unit was assessed in 1998 and 1999, 100 percent of the area met
Standard 4, and the Colorado hookless population in the area "appear[ed] to be in good
condition" (BLM 1999a). Roughly 107,362 of the 120,000 acres in this unit are inside the action
area for Colorado hookless cactus. When the unit was re-assessed in 2009 and 2010, 28 percent
met, 37 percent "met assumed", 17 percent met with problems, 9 percent did not meet, and 9
percent were not evaluated for Standard 4. The report noted that historic and on-going
monitoring efforts and field visits identified a decline in Colorado hookless cactus abundance
and narrowing of its distribution in the unit (BLM 2010).

Approximately 20,764 acres of the North Fork LHA unit fall inside the Colorado hookless cactus
action area. During the most recent assessment in 2006 and 2007, over 99 percent of that area
met Standard 4. Less than one percent of the area did not meet Standard 4, and that acreage was
all in unallotted areas. The report noted evidence that current management was having an impact
on Colorado hookless populations on public lands. Occupied habitat was characterized by a
combination of poor plant diversity, weed infestations, and soil erosion. Overgrazing by
livestock and wildlife was cited as one of the sources of these problems (BLM 2007b).

In the Roubideau LHA unit, last assessed in 2004 and 2005, 98.5 percent of the 23,995 acres
inside the Colorado hookless action area met Standard 4; the remaining 1.5 percent met the
Standard with problems. The problem areas were all associated with degraded riparian habitat
for special status fish species. According to the BLM, current BLM land management was not
affecting Colorado hookless cactus within the assessment area (BLM 2005b).

BLM_0071386

The Whitewater Common-North Fork Kannah Creek and DeBeque-Roan Creek LHA units were last assessed in 2006 (BLM 2008c, 2010b), and the Northern DENCA LHA unit in 2007 and 2009 (BLM 2010c). At that time, Standard 4 was being met for Colorado hookless cactus in 100 percent all three LHA units. More than 9,000 individuals occur within the Whitewater Common allotment, and although Standard 4 was being met for them, the report noted that poor habitat conditions exist due to exotic invasive plants and surface disturbance. Six of the 34 known Colorado hookless cactus occurrences in the DeBeque-Roan Creek LHA were found to be at risk due to poor habitat conditions, due largely to *Bromus tectorum* infestations.

When the West Rifle Watershed LHA unit was assessed in 2004, the landscape contained 18 known locations of Colorado hookless cactus, all within the County Line (08923) and Smith Gulch (08922) allotments (BLM 2005a). In 2005, population trend inside the unit was considered stable. Standard 4 was being met for this species, although neither allotment was meeting Standard 3 for healthy plant communities. Dominance by *Bromus tectorum*, lack of cool season grasses and perennial forbs, and a reduction in sagebrush and greasewood were contributing to poor habitat conditions. Although mature Colorado hookless cacti appeared to persist in areas with a high percent cover of *Bromus tectorum*, no recruitment of young cacti was observed where infestations were most dense. *Bromus tectorum* appeared to be affecting only a few of the cactus locations. Subsequent monitoring determined that current livestock grazing was a significant contributing factor in the failure to achieve Standard 3, so livestock grazing was indefinitely deferred in the County Line Allotment DeYoung 2012b, pers. comm.).

*Threats*

Primary threats to Colorado hookless cactus identified in the *Recovery Outline* include destruction, modification, fragmentation, or curtailment of habitat and range; species collection; livestock grazing and trampling; predation; herbicides and pesticides; hybridization; and climate change. Factors contributing to habitat destruction and modification include (1) mineral and energy development; (2) utility corridors; (3) invasive species; (4) off-road vehicle (ORV) recreation; (5) water developments; (6) livestock grazing and trampling; and (7) herbicides and pesticides (FWS 2010). The effect of past and present threats on the status of the species is described in the *Environmental Baseline* section.

## Clay-loving Wild Buckwheat

Clay-loving wild buckwheat is a low, slow-growing, and long-lived subshrub known only from Delta and Montrose Counties, Colorado. Thought to be confined to one occurrence at the time of listing, this species is currently known from 14 element occurrences totaling approximately 278,600 individuals. Close to 90 percent of all known individuals are concentrated in a single core population east of the City of Montrose. Occupied habitat totaling over 582 acres is distributed across a range approximately 11.5 miles wide (east to west) and 28.5 miles long (north to south) (FWS 2009b). Clay-loving wild buckwheat was listed as endangered on July 13, 1984, with critical habitat designated concurrently (49 FR 28562). The *5-Year Review* of this species by us (FWS 2009b) presents a thorough review of the species' status.

22

BLM_0071387

*Habitat*

Clay-loving wild buckwheat is endemic to clay soils derived from Mancos shale, locally known as adobe soils. These soils are alkaline due to high concentrations of calcium carbonate, are high in selenium, and highly erosive. Adobe soils have a dramatic shrink-swell capacity, resulting in desiccation cracking and a lumpy, un-compacted surface due to freeze-thaw expansion. They may be particularly sensitive to compaction when wet, but even when dry, any pressure can easily compact the expansion created by freeze-thaw action during colder temperatures. The importance of surface cracking and freeze-thaw expansion of soils to this species is unknown.

Clay-loving wild buckwheat occurs in mat saltbush or black sagebrush dwarf shrublands. *Atriplex corrugata* and *Artemisia nova* are the dominant species associates, with other common species including *Xylorhiza venusta, Atriplex confertifolia, Atriplex gardneri,* and *Picrothamnus desertorum.* Plants are typically found in the basin portions of the adobe badland system of draws and ridges, at elevations ranging from 5,180 to 6,350 feet (1,579 to 1,935 meters) above mean sea level (FWS 2009b). At a finer scale, plants are often concentrated on the north or east face of small hummocks where snow drifts and moisture remain later into the spring than on surrounding flat or exposed areas.

*Species Description and Life History*

Mature clay-loving wild buckwheat plants grow 4 to 8 inches (10 to 20 cm) in height, forming densely branching and low, rounded subshrubs with woody bases. The needle-like, deciduous leaves are very short and narrow, typically less than one centimeter long and several millimeters wide. Flowers are hermaphroditic, with a mixed mating system requiring an insect vector for pollen transfer (Bowlin et al. 1993). Tepedino (2009) reported that flowers are visited by a large array of common bees, wasps, flies, and ants and concluded that pollination service is not a conservation concern for this species. Plants bloom from late May to early September, with fruits maturing from late June through October. Seed longevity, germination cues, and seed dispersal mechanisms have not been studied.

*Abundance and Viability*

In addition to the known 14 element occurrences, there are 7 historic clay-loving wild buckwheat occurrences that have not been revisited recently to determine species presence or status. Based on past estimates, these occurrences may contain 3,500 individuals, which would bring the estimated total number of known plants to roughly 282,100. Roughly 90 percent of all known individuals (250,000 of 278,600 if historic occurrences are not counted) are concentrated in the Fairview South-Wacker Ranch occurrence. The CNHP assigned a viability ranking to 12 of the 14 known occupied occurrences: two of the sites encompassing 38 percent of occupied habitat ranked as A, including the core Fairview South-Wacker Ranch population; six sites representing 39 percent of occupied habitat ranked as B; three representing 21 percent of occupied habitat ranked as C; and one representing 1.4 percent of occupied habitat ranked as D. Geospatial analysis conducted by the service estimated that 12,765 acres of suitable habitat exists for clay-loving wild buckwheat in association with known occupied and historical sites (FWS 2009b).

BLM_0071388

*Land Ownership and Special Management Designations*

According to the *5-Year Review* for clay-loving wild buckwheat, over half (54 percent) of the known occupied acreage is managed by BLM or CNAP, with the remainder on private land (FWS 2009b). Four of the 14 known occurrences have some special protections in place. Conservation easements protect most of the Lawhead Gulch occurrence and a portion of the Selig Canal occurrence on private land in the action area.

The BLM has designated the Fairview North (174 acres) and Fairview South (213 acres) ACECs specifically to protect clay-loving wild buckwheat. Livestock are excluded from the Fairview North ACEC and grazing inside the Fairview South ACEC is currently limited to five nights per year, with grazing prohibited every fourth year. Both ACECs are also designated as CNAP Natural Areas. Adjacent to the Fairview South ACEC, the Wacker Ranch Natural Area (43 acres) is owned by CNAP and managed jointly with The Nature Conservancy (TNC) to protect the species, where livestock are excluded (but livestock trespass has occurred in the past). The Fairview South ACEC and Wacker Ranch Natural Area together contain an estimated at 250,000 plants, or 90 percent of all known individuals (FWS 2009b). The remainder of this occurrence is on private land. A portion of the Selig Canal and Candy Lane/Peach Valley occurrences are located inside the GGNCA. No special restrictions for livestock grazing are in place inside the GGNCA.

*Demography*

A series of clay-loving wild buckwheat monitoring efforts have been concentrated in the Fairview South/Wacker Ranch occurrence. From 1990 to 1994, Carpenter and Schulz of TNC monitored six transects at Wacker Ranch (Lyon 2008). The resulting data do not provide population vital rates. Changes in abundance and recruitment varied between sites, and mortality averaged about six percent over a four-year period. A follow-up study authorized by TNC in 2008 relocated 73 percent of the tags in 5 of the original 6 transects (230 of 314 tags, with one tag per individual). Of the 230 tags relocated, 53 percent were still attached to live individuals, indicating that the species is long-lived. A 59 percent increase in abundance (from 314 in 1990 to 502 in 2008) was evident in the relocated transects (Lyon 2008). When the transects were re-read in 2009, plant numbers appeared to be stable (DBG 2010a).

Two additional monitoring studies are ongoing (Lyon 2008). In 2008, a pair of monitoring transects was established by TNC at Wacker Ranch, where grazing is excluded, and another on adjacent land managed by BLM, where grazing is permitted. Data were collected in 2009 and 2011, but have not yet been analyzed to determine possible effects from grazing. Also in 2008, CNAP established a transect along an access road to Wacker Ranch to monitor potential effects from foot traffic on the species.

Preliminary demographic data from the Fairview South population are available based on recent monitoring studies. The UFO underwent formal consultation with the Service for renewal of the Colona LHA unit grazing permit (BLM 2008a). In accordance with our concurrence letter for the permit renewal (FWS 2008), the UFO began monitoring potential effects from livestock grazing in the Fairview South ACEC which occurs in the Colona LHA unit. Four permanent transects were read annually starting in 2008. Analysis of the 2008 and 2009 data indicated no

BLM_0071389

significant change in the number of individuals, although there was a shift in size class away from mature individuals (those $> 225$ cm$^2$ in canopy cover) (DBG 2010a). Looking at the raw data (BLM 2011), seedling ($> 9$ cm$^2$) abundance totaled across all 4 transects dropped from a high of 2,791 in 2008 to a low of 171 in 2009, rising somewhat again in 2010 to 388. This extreme fluctuation may indicate that germination flushes are episodic in this species. Notes on sheep sign inside the transects are not linked in any quantitative fashion to the monitoring data. Plant vigor in the transects was excellent to good in 2008, and good to fair in 2009 and 2010. The four transects at Fairview South could be paired with older transects with different protocols at the adjacent Wacker Ranch where livestock grazing is not authorized (but where periodic livestock grazing trespass has occurred in the past). Data from these transects have not yet been compared.

*Land Health Assessments*
The action area for clay-loving wild buckwheat lies within the Colona and Gunnison Gorge LHA units. Based on spatial data from UFO, 82 percent of the 55,491-acre action area meets Standard 4 for special status, threatened, and endangered species; 16 percent meets with problems, 2 percent does not meet, and less than one percent remains undetermined. When the Colona LHA unit was last assessed in 2007 and 2008, BLM did not estimate the health of the clay-loving wild buckwheat population except to note that recent inventories had increased the number of known individuals substantially, and recommended that grazing, recreation, and weeds be monitored for effects on the species (BLM 2008b). When the Gunnison Gorge LHA unit was last assessed in 2001, all lands occupied by clay-loving wild buckwheat met Standard 4 and the populations on public land were reported to be stable and healthy, with little exposure to negative impacts (BLM 2001).

*Threats*
The primary threats identified for this species in the *5-Year Review* include destruction, modification, or curtailment of habitat and range; livestock use; herbicide use; and climate change. Factors contributing to habitat loss and modification include: (1) agricultural, urban, and residential development; (2) ORV recreation; (3) non-native invasive plants; (4) livestock use; and (5) oil and gas development (FWS 2009b). The effects of past and present threats on the status of the species are described in the *Environmental Baseline* section.

**Clay-loving Wild Buckwheat Designated Critical Habitat**

Critical habitat for clay-loving wild buckwheat was designated at the time of listing on July 13, 1984 (49 FR 28562). Critical habitat is comprised of approximately 120 acres divided between two parcels of privately held land in Delta County, Colorado. The unit encompasses the type locality for the species, or what was once the species' principal occurrence at the time of designation. In 2006, we received a petition to revise critical habitat for this species (CNE et al. 2006), and on September 29, 2009 we issued a 12-Month Finding concluding that revisions to critical habitat were precluded by other priorities (74 FR 49835).

BLM_0071390

*Status of the Primary Constituent Elements*

The primary constituent elements (PCEs) noted in the 1984 final rule include: (1) alkaline clay soils within (2) sparsely vegetated Mancos shale badlands. In our 2009 12-Month Finding, approximately 65 acres within designated critical habitat are still occupied by about 2,000 plants in what is known as the Lawhead Gulch occurrence (74 FR 49835). About half of the mapped occupied habitat within critical habitat has been lost to an agricultural field, and much of the area west of Lawhead Gulch that supports white Mancos shale soils but does not currently support plants was heavily disturbed at one time (Glenne 2012, in litt.). In 2009, we discussed revising the PCEs of clay-loving wild buckwheat to include appropriate native vegetation, appropriate soils, and features that allow for dispersal within units (such features may include suitable habitat for pollinators, appropriate slopes, depressions, rivulets, and sites where snow banks linger) (74 FR 49835).

During sites visits in 2009 and 2010, we observed that occupied habitat within critical habitat is somewhat weedy, with little biological soil crust, which may be affecting the PCE of sparsely vegetated shale badlands. Despite the weeds, we determined that the PCE of Mancos shale soils appeared to be in reasonable condition (Glenne 2012, in litt.)

*Land Ownership and Special Management Designations*

Critical habitat occurs entirely on private surface. The majority of the extant occurrence within critical habitat is currently protected by a conservation easement with the Black Canyon Regional Land Trust. The terms of the easement provide some protections to the species (74 FR 49835) (Bartlett 2012, pers. comm.).

*Land Health Assessments*

Critical habitat is entirely on private land; therefore, LHA data are unavailable for clay-loving wild buckwheat designated critical habitat.

*Threats*

According to the final rule, the following activities may adversely modify critical habitat: (1) concentrated grazing by horses within fenced pastures and corrals, which has resulted in direct impacts to clay-loving wild buckwheat; and (2) soil compaction due to trampling by horses and the use of vehicles to manage and maintain the livestock operation. We visited designated critical habitat twice in the summer since 2009 and did not observe any sign of livestock grazing within occupied habitat (Glenne 2012, in litt.). The effect of past and present threats on the status of critical habitat is described further in the *Environmental Baseline* section.

**DeBeque Phacelia**

DeBeque phacelia is an herbaceous annual currently known from 22 occurrences distributed among nine populations spanning the Mesa and Garfield County line near DeBeque, Colorado. The total known distribution includes approximately 625.9 acres within an area 19 miles long and 11 miles wide (76 FR 45054). This species was listed as threatened on July 27, 2011 (76 FR 45054). The Final Listing Rule provides a thorough review of the species' status.

26

*Habitat*

DeBeque phacelia is endemic to clay badland soils derived from the Atwell Gulch and Shire members of the Wasatch formation. It occurs in small patches (1 to 100 m$^2$) on uniquely textured soils that differ in an as yet unquantified way from adjacent soils. Preliminary results from studies conducted by the United States Geological Survey indicate that soils in occupied habitat have higher clay content than adjacent unoccupied soils. Soil color ranges from chocolate to purple brown to gray or tan and are alkaline (pH 7 to 8.9), highly erosive, and exhibit dramatic shrink-swell activity due to their high clay content. They are especially susceptible to compaction when wet (76 FR 45054; 76 FR 45078).

The badlands occupied by DeBeque phacelia support stands of salt desert scrub and big sagebrush shrubland within pinyon-juniper woodland. Cover of other plant species is typically less than 10 percent. Associates include *Grindelia fastigiata, Eriogonum gordonii, Monolepis nuttalliana, Oenothera caespitosa,* and *Bromus tectorum.* Occurrences are typically located on moderately steep slopes, benches, and ridge tops adjacent to valley floors at elevations ranging from 5,000 to 7,150 feet (1,524 to 2,179 meters) above mean sea level (76 FR 45054; 76 FR 45078).

*Species Description and Life History*

DeBeque phacelia is a low-growing spring annual establishing from a thin tap root. Stems reach 0.8 to 3 inches (2 to 7.6 cm) in length, and typically branch at the base, with most branches held low to the ground in a rosette pattern. The tubular flowers are hermaphroditic, yellowish-white, and very small in size, with petals generally not exceeding 0.19 inches (4 to 5 mm) in length (76 FR 45054). Preliminary results from a breeding system study indicate that breeding occurs by self-pollination within individual flowers, without the need for an insect vector (Langton 2011, in litt.). The blooming period is from late April to late June, with fruits maturing from mid-May through early July, and seed dispersal complete by early July.

Once the plants have set fruit, they dry in the summer heat and are dislodged or disintegrate, often leaving no trace. Seed dispersal appears to be by gravity and possibly dislodged plants. It is thought that this species depends upon cracks in the soil surface to provide a favorable environment for seed germination. Germination cues remain unknown, but based on research on other rare desert annuals (Levine et al. 2008) may involve interactions between temperature and moisture (76 FR 45054).

DeBeque phacelia depends on its seed bank for long-term survival. By storing viable genetic stock in the ground, individuals can "wait out" unfavorable environmental conditions. The buffering effect of a seed bank depends upon seed and germinant survival rates and how these factors are affected by environmental variation (Doak et al. 2002; Meyer et al. 2006). Seed bank vital rates remain unknown for this species. Given the importance of the seed bank to species health, preventing damage to or destruction of the seed bank is an important management consideration for DeBeque phacelia. Identifying occupied habitat can be challenging since plants may remain dormant underground during certain years and because emerged plants often disappear shortly after the growth period.

27

BLM_0071392

*Abundance and Viability*

New occurrences of this species have been found as recently as 2011. The estimated total number of plants range-wide varies between 7,767 and 68,371 per year. Of the 22 occurrences in the CNHP database, 7 have been ranked as A or B (two of these were ranked as B-C). These seven occurrences account for 66 percent of the known individuals based on counts recorded in good years in which germination rates were high (76 FR 45054).

*Land Ownership and Special Management Designations*

According to the Final Listing Rule, of the 625.9 known occupied acres of DeBeque phacelia, approximately 80.9 percent are on lands managed by BLM, 11.9 percent are on private lands, 6.6 percent are on lands managed by the U.S. Forest Service (USFS), and 0.7 percent are on lands managed by the Colorado Division of Wildlife (now Colorado State Parks and Wildlife [CPW]) (76 FR 45054). The Pyramid Rock occurrence, which supports up to 3,050 individuals (4 percent of all known plants), is within the Pyramid Rock ACEC/ RNA and the Pyramid Rock Natural Area, which provide limited protection for the species by restricting activities that would otherwise impact DeBeque phacelia or its habitat. Livestock grazing management inside the designated areas is the same as in areas outside.

*Demography*

As is typical for annual plant species, the number of DeBeque phacelia individuals in any given occurrence can fluctuate dramatically between years depending upon environmental conditions. According to the final listing rule, individual plant numbers at the Horsethief Mountain population fluctuated from 1,700 plants in 1986, to 50 in 1992, 1,070 in 2003, a few from 2006 to 2008 (76 FR 45054), and no plants in 2012 (Gina Glenne, pers. comm.). A portion of the Pyramid Rock population was monitored annually by CNAP between 1997 and 1999. Numbers varied from 750 in 1997 to zero in 1998 to 6 in 1999 (CNAP 1997, 1999, 2000). Monitoring of DeBeque phacelia adjacent to the Collbran pipeline between 2009 and 2010 identified roughly a 250 percent increase in abundance in one plot, with no change in another plot (WWE 2010).

*Land Health Assessments*

The action area for DeBeque phacelia lies within the DeBeque-Roan Creek (66 percent), Kannah Plateau (21 percent), and Rifle-West Watershed (7 percent) LHA units, with a small portion (6 percent) inside another LHA unit not yet assessed. BLM spatial data from these units are not adequate to determine the status of Standard 4. LHA reports for Rifle-West and DeBeque-Roan Creek units provide more specific information on the status of DeBeque phacelia. The written report for the Kannah Plateau unit has not yet been drafted. The following overview of Standard 4 for the action area is based on a combination of spatial and LHA data.

Within the DeBeque-Roan Creek unit, last assessed in 2006, no determination was made on the status of DeBeque phacelia because no individuals germinated that year (BLM 2008c). The Rifle-West Watershed LHA unit contains two known occurrences of DeBeque phacelia, both in the County Line Allotment (BLM 2005a). When last assessed in 2004, Standard 4 was being met for this species, although the County Line Allotment was not meeting Standard 3 for healthy plant communities. Increased cover by exotics, especially *Bromus tectorum*, lack of diversity and abundance of cool season perennial grasses and perennial forbs, and reduced abundance of

28

sagebrush and greasewood were contributing to the poor habitat conditions. According to spatial data, Standards 3 and 4 combined were meeting in 82 percent, not meeting in 16 percent, meeting with problems in one percent, and undetermined in one percent of the Kannah Plateau LHA unit. Combining all the available sources of information, Standard 4 has not been assessed (or the assessment was inconclusive) across 72 percent, was meeting over 24 percent, was not meeting over 3 percent, and was meeting with problems over less than one percent of the action area.

*Threats*
The primary threats identified for this species in the final listing rule are destruction, modification, fragmentation, or curtailment of habitat and range, and climate change. The factors contributing to habitat loss and fragmentation include: (1) oil and natural gas exploration and development with attendant pipeline, road, and utility line expansions; (2) development of new electricity transmission and distribution facilities within the Westwide Energy Corridor; (3) ORV recreation; (4) trampling from livestock and wild ungulates; and (5) potential water reservoirs. The effect of past and present threats on the status of the species is described in the *Environmental Baseline* section.

## DeBeque Phacelia Designated Critical Habitat

The recent designation of critical habitat for DeBeque phacelia occurred after the BA for this project was submitted by the BLM. In the BA, BLM requested conferencing for proposed critical habitat for the species, with the goal of confirming the conference opinion once the critical habitat was designated. Therefore, the analysis, conclusions, and effects determinations provided by the BLM for proposed critical habitat were carried forward in this BO, but updated to address the current status of critical habitat as designated.

Critical habitat for DeBeque phacelia was proposed on July 27, 2011 (76 FR 45078). The Final Rule for critical habitat for DeBeque phacelia was published on August 13, 2012, with an effective date of September 12, 2012 (77 FR 48368). The Final Rule provides a comprehensive review of the characteristics, extent, and status of critical habitat for the species. Designated critical habitat for the species includes approximately 25,484 acres across 9 units covering Federal, state, and private lands. Critical habitat was defined primarily by a minimum convex polygon around all known and historic populations, plus a 100-meter buffer outside of the polygons. Therefore, critical habitat coincides well with *occupied* and *reasonably certain to be occupied habitat*, as defined in this BA.

*Primary Constituent Elements*
The Final Rule identifies the following PCEs for critical habitat:
1. Suitable soils and geology: Within the Atwell Gulch and Shire members of the Wasatch formation, areas 1 to 100 $m^2$ in size on colorful exposures of chocolate to purple brown to gray or tan soils. These areas have a higher clay content and different texture than adjacent soils. Areas include clay soils that shrink and swell dramatically, and are alkaline, with a pH between 7 and 8.9.

29

BLM_0071394

2. Topography:  Moderately steep slopes (2 to 42 degrees), benches, and ridge tops adjacent to valley floors.
3. Elevation and climate:  Elevations ranging from 4,600 to 7,450 feet, and climatic conditions similar to those around DeBeque, Colorado.
4. Plant community:  Barrens from 1 to 100 m$^2$ in size with less than 20 percent plant cover in the least vegetated portions of the site.  Clay badlands occurring in patches of salt desert scrub and big sagebrush shrubland within pinyon-juniper woodland.  Associates include *Grindelia fastigiata, Eriogonum gordonii, Monolepis nuttalliana, Oenothera caespitosa*, and nonnatives such as *Bromus tectorum*.
5. Maintenance of the seed bank and appropriate disturbance levels:  Within suitable soils and geology, undisturbed areas, and areas with light disturbance when dry, and no disturbance when wet.

*Land Ownership and Special Management Designations*
Of the 25,484 acres of designated critical habitat, approximately 22,013 acres (86 percent) occur on Federal lands (with the majority on BLM), 192 acres (.75 percent) occur on State lands, and 3,278 acres (13 percent) occur on private land.  The Pyramid Rock Unit is the largest of the nine critical habitat units, comprising 61 percent of total designated critical habitat.  The 552-acre Pyramid Rock ACEC/ RNA and the Pyramid Rock Natural Area, both managed for the protection of the species, occupy the southeast corner of this unit.  Livestock grazing management inside these designated areas is managed the same as in areas outside.

*Land Health Assessments*
Critical habitat for DeBeque phacelia occurs inside the DeBeque-Roan Creek, Rifle-West Watershed, and Kannah Plateau LHA units.  PCEs are not directly addressed in the LHA reports or spatial data.  For example, assessment of Standard 1 for upland soils may provide some insight into the status of the soil PCE in the units, but the reports do not specifically address soil texture.  Also, Standard 3 for healthy upland plant communities is not considered useful for assessing the condition of the vegetation-based PCE since the LHA reports did not specifically evaluate barren areas.

Within the Rifle-West Watershed LHA unit, soils falling inside critical habitat all met Standard 1 (BLM 2005a).  Within the DeBeque-Roan Creek LHA unit, which covers the majority of critical habitat, three allotments were assessed that contain critical habitat: Coon Hollow (06712), Logan Gulch (06733), and Winter Flats/Deer Park (06713).  Standard 1 for soils was met throughout the Coon Hollow allotment.  A small portion of Logan Gulch (7 percent) met the standard with problems, and a small area in Winter Flats/Deer Park (0.4 percent) did not meet the standard.  Erosion was cited as a concern in all three allotments, and spring grazing was viewed as an existing or potential causal factor contributing to less than optimal soils conditions (BLM 2008c).  Standard 1 data are not available for the Kannah Plateau LHA unit.

*Threats*
Activities with the potential to alter PCEs include:  (1) oil and natural gas exploration and development with attendant pipeline, road, and utility line expansions; (2) development of new electricity transmission and distribution facilities within the Westwide Energy Corridor; (3) ORV

30

BLM_0071395

recreation; (4) trampling from livestock and wild ungulates; and (5) potential water reservoirs. The final rule designating critical habitat stated that special management practices would be required within all nine critical habitat units to address threats to the PCEs (76 FR 45078). Another threat to critical habitat is invasive weed species, in particular *Bromus tectorum* and *Halogeton glomeratus*. Within the DeBeque Unit, residential and agricultural development is listed as an additional threat. The effect of past and present threats on the status of critical habitat is described in the *Environmental Baseline* section.

## ENVIRONMENTAL BASELINE

The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in an action area, the anticipated impacts of all proposed Federal projects in an action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions that are contemporaneous with the consultation in process (50 CFR §402.02). The implementing regulations for section 7(a)(2) define the "action area" as all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action (50 *CFR* 402.02).

### Past and Current Uses

This section provides an analysis of the past and ongoing human and natural factors that have affected and continue to affect the current status of the three focal species and their habitat, including critical habitat, in the action area. All three species and associated critical habitat are treated together, given that effects to all from the various factors are generally similar.

Past and current human uses of BLM-managed land within the action area include: major utility line rights-of-way (ROW); natural gas development; water developments and pipelines, especially check dams and irrigation projects; military training; road construction and highway expansion; livestock grazing; ORV use and other recreational activities; and illegal collection. Past and current human uses of other lands in the action area include primarily agriculture, both crop- and rangeland, and residential development. Natural factors contributing to the status of the species include herbivory by animals and insects and trampling by wildlife. Effects from climate change are also possible. These anthropogenic and natural factors have undoubtedly contributed to changes in the distribution and abundance of the three focal species and altered important habitat characteristics, including PCEs in critical habitat.

### Utility Lines

Expansion of utility lines has kept pace with population growth in the region. Rights-of-way issued for development of these lines have resulted in both direct and indirect effects to the three focal species and their habitats. Examples of transmission lines in the action area that have undergone section 7 consultation for effects to Colorado hookless cactus include the Xcel Grand Junction Conversion Transmission Line, which passes through eight miles of the action area for Colorado hookless cactus; the Tri-State Starr Nelson-Doughspoon-Garnet Mesa 115kV Transmission Line, which passes through nine miles of the action area for Colorado hookless cactus; and the Public Service Company of Colorado Cameo-Grand Valley Power Line that passes through approximately 3.5 miles of Colorado hookless habitat on BLM land. The

31

BLM_0071396

Tri-State line resulted in transplantation of 78 cacti. The Grand Junction-Montrose 115kV transmission line has also impacted Colorado hookless cactus. The planned East Montrose Transmission Line passes 15 miles through occupied clay-loving wild buckwheat habitat, with no direct take anticipated from construction (BIO-Logic 2011).

In addition to the direct effects that transmission line construction has had on the focal species, transmission line ROWs may promote the spread of noxious weeds, affecting native plant communities and listed plant habitat. Transmission line corridors and associated access roads also provide new access into otherwise roadless areas, indirectly increasing effects to plants and critical habitat from recreation, especially ORV use. Utility ROW also create extensive linear disturbance that fragments habitat; a discussion of fragmentation effects is provided in the *Road Construction and Highway Expansion* section. The most recent Escalante LHA report from UFO indicated that Colorado hookless cactus habitat in the area has been degraded by power and telephone line ROWs (BLM 2010a).

*Natural Gas Development*
Natural gas development has occurred within occupied habitat for Colorado hookless cactus and DeBeque phacelia, with none to date in clay-loving wild buckwheat habitat. Approximately 84 percent of the action area for DeBeque phacelia, 35 percent for Colorado hookless cactus, and 2 percent for clay-loving wild buckwheat are currently leased for oil and gas drilling. Based on current spatial data available from BLM, there are 78 gas wells within the action area for Colorado hookless cactus, and 55 for DeBeque phacelia. The Final Listing Rule for DeBeque phacelia noted that 60 gas wells occur within the same legal section as 18 of the 22 known occurrences, and that gas facilities are found in 11 of the 22 DeBeque phacelia mapped element occurrences (76 FR 45054). According to the Final Rule for critical habitat rule for DeBeque phacelia, the species occurs within the second largest natural gas producing area in Colorado (76 FR 45078). Colorado hookless cactus also occurs in this area.

Effects to DeBeque phacelia and Colorado hookless cactus from oil and gas development have been direct through loss of plants and habitat, and indirect through such factors as changes in drainage patterns and infiltration rates, soil contamination, increased spread of noxious weeds, potential changes in pollinator service (Colorado hookless cactus only), and effects from fugitive dust, pollutants, and erosion. In addition to effects from pads, development of oil and gas service roads and pipelines have created extensive linear disturbance within occupied habitat that has resulted in habitat loss and fragmentation. Examples of large-scale gas pipeline disturbance that underwent section 7 consultation include the TransColorado Pipeline, which traverses 5 and 46 miles, respectively, of the action area for DeBeque phacelia and Colorado hookless cactus, and the Collbran Pipeline, which also travels through the action area for these two species. The TransColorado Pipeline led to transplantation of approximately 1,200 Colorado hookless cacti, with an estimated 19 percent mortality rate over a five-year period (BIO-Logic 2008 and references therein), whereas the Collbran pipeline was expected to have only indirect effects to Colorado hookless cactus and DeBeque phacelia (WWE 2010).

Although surface disturbance from oil and gas development can be viewed as temporary if the life of a gas well is about 30 years, reclamation success on abandoned pads, roads, and pipelines

BLM_0071397

is often poor, and original habitat characteristics are seldom recovered. Pipeline corridors often open otherwise roadless areas to recreational use, especially by ORVs, creating indirect effects to plants and their habitat.

*Water Developments*
The arid Grand and Uncompahgre Valleys, where the majority of Colorado hookless cactus and clay-loving wild buckwheat plants occur, were transformed into major agricultural regions by the Bureau of Reclamation Grand Valley and Uncompahgre Projects during the early part of the 20th century, before the ESA was enacted. Based upon what is known of the current distribution of these two species, it is possible that the extensive system of irrigation canals and ditches may have directly affected plants and altered habitat. Some clay-loving wild buckwheat plants occur directly adjacent to historic canals or lateral lines. Much of the development has occurred on BLM land, although laterals and delivery ditches extend onto private lands in the action area. The South, East, Loutsenhizer, Peach Valley, Selig, and North Canals—all major canals that are part of the Uncompahgre Project—intersect occupied clay-loving wild buckwheat habitat east of Montrose, Colorado. All of these canals, in part or full, are serviced by parallel access roads that pose a threat noxious weed invasion and that may improve access by recreational uses. Recent canal maintenance may have affected at least two clay-loving wild buckwheat occurrences (FWS 2009b), indicating that potential effects from irrigation systems are not just historic.

Four canals serve the DeBeque area, and may have affected DeBeque phacelia and its critical habitat.

In the mid-20th century, BLM undertook watershed improvement projects in occupied Colorado hookless cactus and clay-loving wild buckwheat habitat, including check dams and contour furrows to control erosion and the flow of salts to the Gunnison and Colorado Rivers. According to BLM spatial data, 807 check dams have been recorded within the action area for Colorado hookless cactus, and 1,035 within the action area for clay-loving wild buckwheat. Effects to the species from these improvements likely occurred, although this has not been confirmed.

*Military Training*
Two National Guard artillery ranges were located on BLM lands within the Colorado hookless cactus action area: The Cactus Park Training Area (1,366 acres) and Delta Militia Rifle Range (79 acres). Both sites have since been closed, but operations likely affected cacti. Also, the recent removal of unexploded ordnance from the Delta Militia Site may have affected cacti.

*Road Construction and Highway Expansion*
The proliferation of roads in the action area has affected the three plant species and critical habitat for DeBeque phacelia (Table 2). The expansion of State Highway 50 to four lanes between Montrose and Grand Junction is an example of a road project that underwent section 7 consultation for direct and indirect effects to Colorado hookless cactus on BLM lands. According to the listing rule for DeBeque phacelia, "frequently traveled" roads bisect or otherwise cross nine occurrences (76 FR 45054).

33

BLM_0071398

The deleterious effects to plants from roads are numerous and well-documented. Roads fragment habitat, and fragmentation decreases patch size and increases edge effects, with possible consequences to pollinator behavior and gene flow (Ågren 1996; Bhattacharya et al. 2003; Honnay and Jacquemyn 2007). Roads facilitate the spread of noxious weeds (Hansen and Clevenger 2005; Christen and Matlack 2009) and unpaved roads create dust that can alter soil chemistry (Brown 2009) and interfere with gas exchange (Vardaka et al. 1995; Rasoul Sharif et al. 1997). Roads also promote public access to occupied habitat with attendant effects on plants, soils, and overall habitat quality.

Table 2. Estimated existing roads (miles) in the action area.

| | US Highway and Interstate | County or State Road | Roads | Primitive Roads |
|---|---|---|---|---|
| Colorado hookless cactus | 72 | 328 | 948 | 1,271 |
| Clay-loving wild buckwheat | -- | 23 | 108 | 140 |
| Debeque phacelia | 17 | 41 | 70 | 186 |

Source: BLM spatial data (CRVFO, GJFO, UFO).

*Livestock Grazing*

This section includes a summary of inferred effects from historic grazing in the action area and a discussion of effects from post-FLPMA grazing. Effects from domestic livestock operations on private lands that may be affected by BLM-authorized grazing are also described. Effects from future livestock grazing and grazing operations are discussed in the *Effects Analysis* section.

Since the region was settled in the late 1880s, there has been widespread use of public lands for livestock grazing. It was not until the Taylor Grazing Act became effective in 1934 that grazing on public lands became regulated within a system of allotments with use restrictions. According to BLM, anecdotal accounts of the early history of grazing in the area indicate that grazing intensity was once much greater than it is today, resulting in widespread changes to vegetation communities and soils in the area. Potential effects to vegetation include a lack of cool season grasses and forbs in communities where they would otherwise be expected, and unnatural dominance by annuals, exotics, and woody species (BLM 1999a, 2002, 2005b, 2008b, 2010a). It is possible that such modification of habitat has influenced the abundance and distribution of the three plant species. Historic effects from range improvement projects and management of livestock operations very likely occurred as well. These effects would be similar to those caused by current livestock management activities, as described in the *Effects Analysis* section.

Post-FLPMA rangeland management has likely resulted in on-going effects from livestock grazing to Colorado hookless cactus, clay-loving wild buckwheat, DeBeque phacelia, and critical habitat. Approximately 97 to 99 percent of the action area for each species is currently allocated to grazing. Impacts may be caused by livestock or grazing operations such as trailing, watering, herbicide application, and construction and maintenance of associated range improvement projects (Table 3). These effects are described in the *Effects Analysis* section.

34

BLM_0071399

Domestic livestock operations on private land in BLM allotments or nearby may have also affected the three species. In one case, a livestock operation on private land impacted clay-loving wild buckwheat critical habitat (49 FR 28562). At the time the species was listed and critical habitat designated, the PCE of sparsely vegetated shale badlands had been affected by trampling and grazing from livestock concentrated within corrals and fenced pasture, and an estimated 50 percent of buckwheat individuals had been extirpated (Patterson et al. 1983, cited in FWS 2009). It is likely that other ranching operations occur on private lands inside the action area and that these operations have affected the three species and critical habitat. Effects from future livestock grazing and management on private lands within BLM allotments are discussed in the *Cumulative Effects* section.

Table 3. Estimated existing range improvements on BLM lands in the action area.

| Action Area | Range Improvement | | | |
|---|---|---|---|---|
| | Fence (miles) | Stock Trails (miles) | Water Pipelines (miles) | Water Developments[1] (count) |
| Colorado hookless cactus | 192.4 | 110.1 | 20.4 | 704 |
| Clay-loving wild buckwheat | 3.6 | 5.7 | 0 | 9 |
| Debeque phacelia | 45.6 | 5.5 | 3.7 | 139 |

[1] Water developments include stock ponds, reservoirs, retention dams, and developed springs.
Source: BLM spatial data (CRVFO, GJFO, UFO).

### Agricultural and Residential Development

Agricultural and residential development is identified as a threat to all three species and critical habitat (76 FR 45054; 76 FR 45078; FWS 2009b, 2010). Agricultural and residential development may affect the three species and critical habitat in a myriad of ways, including direct loss of plants and habitat, and indirect effects from fragmentation, herbicide application, proliferation weeds, and an increase in recreational activities.

### Off-road Vehicle (ORV) Use and Other Recreational Activities

Large parts of the action area are open to ORV use. Although use restrictions apply in occupied habitat, ORV use is notoriously difficult to control. Off-road vehicle use in the action area has been observed to affect all three species and their habitats (76 FR 45054; 76 FR 45078; FWS 2009b, 2010) or is identified as a potential threat (BLM 2002, 2007b, 2009b, 2010a). Reveal (2006) noted the near destruction of a clay-loving wild buckwheat occurrence by ORVs. BLM has documented direct effects to Colorado hookless cactus from ORV activity in the North Delta ORV Open Area (Sharp 2012a, pers. comm.). In addition to direct effects to plants from crushing, indirect effects may be induced by soil disturbance and habitat fragmentation (Ouren et al. 2007). In the badland soils in which all three species occur, ORVs break the surface crust created by the high clay content, or damage biological soil crusts if they are present, exposing soils beneath to erosion from wind and water and altering water infiltration (Belnap 1995; Ouren et al. 2007). In addition to the above effects, ORV use can also introduce and promote the spread of noxious weeds.

35

Other examples of recreational activities known to impact Colorado hookless cactus include golfing and panning for gold. The Devil's Thumb Golf Course, which involved the sale of public land to the City of Delta, underwent section 7 consultation for effects to Colorado hookless cactus. Gold panning along the Gunnison River (Rattlesnake Gulch) near a Colorado hookless cactus occurrence was halted by BLM due to observed impacts to habitat adjacent to cacti (approximately 50 cacti were found in the vicinity) (BLM 2009b).

## Illegal Collection of Plants

The listing rule for the Uinta Basin hookless cactus complex states that severe over-collection of the species has already occurred (44 FR 58868). Based on Colorado hookless cactus monitoring results in the 1980s, BLM thought a major decrease in abundance at one site may have been due to illegal collection (BLM 2009b). In the *Recovery Outline*, vandalism of cacti was noted as a concern, but there were no known problems with illegal collection (FWS 2009b). However, there have been several instances more recently that suggest illegal collection may be threatening Colorado hookless cactus in the action area (Gina Glenne, pers. comm.).

## Herbivory and Trampling by Wildlife

Trampling of plants or habitat by big game has been noted at several sites. In 2011, CRVFO documented five mature Colorado hookless cactus plants that had been uprooted. The plants had been kicked out of the ground and the roots exposed, causing all plants to die. Since there was no authorized livestock grazing in these areas in 2011, and since large hoof prints were seen in the vicinity, trampling was attributed to elk (DeYoung 2012b, pers. comm.). Big game may browse clay-loving wild buckwheat to some degree, based upon the species' apparent palatability to domestic sheep (Sharp 2012b, pers. comm.), and heavy trampling by elk has been observed (Gina Glenne, pers. comm.).

Tent caterpillars nest in clay-loving wild buckwheat (BLM 2007c). These animals consume the buckwheat leaves and may cause mortality in some plants (Sharp 2012c, pers. comm.). The cactus borer *(Moneilema semipunctatum)* has widespread effects on Colorado hookless cactus (BLM 2009b; WWE 2010), and herbivory by rodents and lagomorphs (rabbits) has been widely noted (BIO-Logic 2008; FWS 2010 and references therein). The population-level effects to clay-loving wild buckwheat and Colorado hookless cactus from these herbivores remain unstudied. Herbivory may interact with anthropogenic disturbance or stochastic events to tip the balance towards decline in some populations, especially in small habitat patches under fragmented conditions.

## Climate Change

A thorough review of the potential for climate change to affect all three species and their critical habitat can be found in the following documents: 76 FR 45054; 76 FR 45078; FWS 2009b, 2010. Predicted changes in temperature and precipitation patterns are expected to influence plant establishment and survivorship, as well as seed bank dynamics. Related effects to the species' habitats are also expected to affect the distribution and abundance of the three species.

36

EFFECTS OF THE ACTION

**Livestock Grazing Effects on Soils and Terrestrial Vegetation**

Domestic livestock grazing can affect plants and their habitats through physical impact from herbivory and trampling; deposition of nutrient-rich feces and urine; and by dispersal of plant propagules over the landscape on their hooves, hides, and in their guts. Effects may be direct, through herbivory, crushing, or burial of individual plants and their seeds. Effects may also be indirect, through modification of habitat components such as soil, biological soil crusts, and vegetation community. The magnitude and intensity of these effects on rare plants depends on many factors, including grazing intensity and timing, livestock species, plant species' habit and life history, and the nature of the soils and vegetation community the plants grow in. Following is a brief overview of the various ways in which livestock may affect plants and their habitats.

*Herbivory*
Direct damage from grazing herbivory will not kill a plant unless an individual is uprooted or its meristem is destroyed. Low to moderate amounts of herbivory can stimulate new growth, whereas overgrazing can stunt growth and cause hedging in woody species. If grazing occurs during the flowering and fruiting period, reproductive structures may be eaten, causing a decrease in reproductive success or even reproductive failure. Different livestock species target different groups of plants: Cattle consume mostly grass and herbaceous forbs, whereas sheep prefer grasses and forbs, but will also browse on woody plant tissue. Sheep are known to show seasonal preferences, consuming more woody forage in the winter when their preferred herbaceous forage is absent (Pollock et al. 2007; NRC 2008), although there are exceptions. Within the action area cattle have been observed to browse heavily on *Sarcobatus vermiculatus* during the winter (Conner 2012, pers. comm.).

Herbivory can affect rare plant species indirectly by changing vegetation community composition and structure. Livestock preference for some species and age classes can interfere with successional processes and decrease density and biomass of some species (Fleischner 1994), potentially altering the function and value of a site for rare plant species. Such changes may be especially important for species whose presence is correlated with associates or a certain level, or range, of vegetation canopy cover. Livestock and cattle in particular may prefer native vegetation over weeds under certain conditions, leading to changes in vegetation community composition (Belsky and Gelbard 2000).

*Trampling*
Trampling can affect plants through crushing and is thought to bury seeds of one rare annual so deeply that they can no longer germinate (Meyer et al. 2005, 2006). Trampling may also affect plants and their communities indirectly by disturbing soils. Soil compaction and disturbance to physical and biological soil crusts are other potential effects. Soil compaction has been shown to inhibit root growth (Ouren et al. 2007; Potter et al. 1985) and alter hydrologic processes important to plants (Fleischner 1994; Jones 2000). Disturbance to biological soil crusts can increase wind and water erosion of soils (Belnap 2001; Belnap et al. 2009), with resulting loss of nutrients (Belnap 2002; Neff et al. 2005) and decrease in water infiltration (Belnap 1995), both

37

BLM_0071402

of which are likely to have disproportionate effects in arid ecosystems. These effects can alter the function and utility of habitat for rare plant species, especially edaphic endemic species.

Other factors will also determine the level of effects due to trampling. When wet, soils with high clay content are susceptible to compaction and damage. Therefore, the timing of trampling (i.e., spring) is an important factor. Effects from trampling will be greatest in areas where livestock concentrate, such as along trails, at salt licks, and at watering holes and troughs. Sheep congregate in bedding grounds and during herding or trailing. This behavior results in distinctive swaths of heavily trampled soil and vegetation.

*Nutrient Deposition*
Livestock introduce organic matter, nitrogen, and salts to plant communities through their feces and urine. These introductions are typically concentrated in areas that are heavily used, especially in bedding grounds and along trails, and at watering holes and salt licks. Soils amended with nitrogen may promote invasion by annual exotics, including *Bromus tectorum*, and inhibit growth of native or perennial grasses (Kay and Evans 1965; Wilson et al. 1966). Effects may be exacerbated in nutrient-low soils that are typically preferred by rare plants.

*Seed Dispersal and Weed Invasion*
The correlation between livestock grazing and invasion by exotic plant species is well documented, especially in semi-arid environments (Belsky and Gelbard 2000). Mechanisms include not only dispersal of propagules, but disturbance of soils and biological soil crusts, creation of nutrient-rich patches of soil, and preferential grazing of natives over exotics (Belnap 1995; Belsky and Gelbard 2000). Invasion by exotics has been shown to alter ecosystem processes, including nutrient cycling and fire regime (D'Antonio and Vitousek 1992; Ehrenfeld 2003). *Bromus tectorum*, which dominates disturbed sites throughout the action area, has been shown to decrease nitrogen availability to plants following invasion of undisturbed grassland on the Colorado Plateau (Evans et al. 2001) and to increase fire frequency (Knapp 1996; Whisenant 1992).

## Livestock Grazing Operations Effects on Soils and Terrestrial Vegetation

The BLM livestock grazing program involves a number of operational activities secondary to grazing that have the potential to affect Colorado hookless cactus, clay-loving wild buckwheat, DeBeque phacelia, and critical habitat. These activities include the construction and maintenance of range improvements (fences, corrals, water developments, unimproved access routes, cattleguards, etc.), salting and supplementing, livestock trailing and bedding, livestock handling, rangeland treatments, and utilization and trend monitoring. Water developments may include detention dams and stock ponds, developed springs, troughs, and water pipelines. All of these activities have the potential to affect the three focal species and their habitat directly and indirectly.

Direct effects from operation and maintenance activities are possible and include killing or otherwise damaging plants by physical impact or potentially herbicide application and drift. Grazing infrastructure and concentrated use by livestock in occupied habitat have the potential to

BLM_0071403

result in direct loss of habitat, including damage to PCEs within critical habitat. Concentrated livestock use during permitted and routine trailing, bedding (especially sheep), watering, and salting are the most difficult factors to control. Concentrated use has the potential to affect plants, soils, and other habitat features through trampling and nutrient deposition.

Indirect effects would be more varied and may include proliferation of weeds on disturbed surfaces, especially near water developments, and soil degradation, resulting in habitat alteration or loss through changes in vegetation community. Potential effects of soil degradation and invasion by exotic species into rare plant habitat are reviewed above. Indirect effects may also occur if herbicides impact pollinator service of individual plants, resulting in decreased reproductive output.

Unimproved access, livestock trails, and patchy habitat loss from other operational activities may result in fragmentation of habitat for the three focal species. It appears unlikely that the size of these features would interfere in gene dispersal for the three focal species, especially if permitted trailing occurs outside the reproductive period whenever possible. These features will create edge effects, the most significant of which would be an increase in weeds, and possibly episodic, short-term increased exposure to dust along access routes and trails.

**Direct and Indirect Effects from the Proposed Action**

*Colorado Hookless Cactus*

Review of Potential Effects
Physical damage to Colorado hookless cactus individuals from sheep bedding and moderate to heavy trampling by livestock have been observed (BLM 2002, 2009b, 2010a; FWS 2010). Even when direct mortality does not occur, trampling damage may make individual plants more susceptible to desiccation or herbivory from insects or small mammals. No evidence of browsing by livestock on this species has been reported.

Our recent *Recovery Outline* for Colorado hookless cactus identifies livestock grazing as a threat to the species (FWS 2010). No studies have addressed the possible relationship between livestock grazing impacts and habitat function for this species. Over the course of a 20-year study of another federally listed species of *Sclerocactus, S. wrightiae*, scientists observed a more rapid increase in density inside a cattle exclosure compared to a grazed area adjacent to the exclosure (Clark and Clark 2007).

The Escalante LHA report, completed in 2010, states that trampling and occasional mortality to cacti have been attributed to livestock and that grazing activities are likely impacting this species (BLM 2010a). The North Delta LHA, completed in 2002, specifically identifies sheep camps and bedding grounds as affecting local occurrences (BLM 2002). Within the North Fork LHA unit, assessed in 2006 and 2007, grazing contributed to 29 percent of the area not meeting or meeting with problems one or more of Standards 1, 3, and 4 (BLM 2007b). Overgrazing by livestock and wildlife was considered a threat to Colorado hookless cactus. In 2001, the

39

Gunnison Gorge LHA was meeting Standard 4, and grazing was identified as a problem or threat to the species (BLM 2001).

In its northern range, Colorado hookless cactus occurs in two allotments inside the Rifle-West Watershed LHA unit. According to the most recent assessment of the unit in 2004, historic sheep grazing had degraded the plant community in the County Line Allotment to such an extent that the currently stable cactus population was considered at risk (BLM 2005a). Following monitoring that specifically identified current livestock grazing as a factor contributing to the continued downward trend in the state of the vegetation community; the CRVFO suspended grazing indefinitely in the allotment to allow for vegetative recovery (DeYoung 2012b, pers. comm.). No grazing-related mortality or trampling of individual cacti was found in the Colorado hookless cactus occurrences inside the Whitewater Common-North Fork Kannah Creek or Northern DENCA LHA units when last assessed between 2006 and 2009 (BLM 2010b, 2010c).

The *Recovery Outline* noted that individual cacti are likely to be directly affected by herbicide and pesticide use, or indirectly if applications impact pollinators. Likewise, weed treatments associated with livestock grazing programs may affect cacti.

Effects of the Proposed Action

Eighty of the 100 or so documented occurrences of Colorado hookless cactus occur fully or partially on land managed by BLM. Approximately 97 percent of the BLM land in the action area for Colorado hookless cactus is currently allocated to grazing (Table 1). The area is divided among 104 allotments, including use by cattle and sheep with varied use, timing, and rotations (see the BA for details).

Direct effects to plants will occur through trampling, especially during concentrated use from salting, watering, trailing, and bedding. Although trampling and uprooting of Colorado hookless cactus by livestock has been observed, there are no data to indicate that it occurs commonly or has been responsible for detectable landscape-scale changes in abundance or distribution of the species. Not all trampled plants will die. Based on field observations, plants can survive some damage and partial uprooting, and non-lethal damage may be compensated for through budding. However, if damaged plants direct resources towards tissue repair and away from reproduction, and if damage makes them vulnerable to desiccation and/or disease, they may have reduced reproductive output for some length of time and increased mortality compared to undamaged plants.

Physical impacts to cacti from activities secondary to grazing, such as herbicide application or vehicle use for herding or maintenance of range improvements, may also kill or impair plants. Herbicide use may also indirectly affect reproduction if pollinator populations are impacted. Five of the nine herbicides approved for use by BLM in their *Final Vegetation Treatments Using Herbicides Programmatic Environmental Impact Statement* (PEIS) are typically used on rangelands (BLM 2007a). The risk evaluations for all five herbicides presented in the PEIS conclude that the chemicals pose threats to non-target terrestrial plants species, especially from direct spraying at typical application rates, but in some cases also from drift. It is expected that

40

BLM_0071405

implementation of the conservation measures and in accordance with the IWMPs will minimize threats to Colorado hookless cactus from herbicide applications.

Indirect effects to Colorado hookless cactus from grazing program-related changes in habitat may occur. Observations indicate that Mancos shale soils are vulnerable to surface disturbance and, once disturbed, the vegetation community is slow to recover and often becomes dominated by annual weeds (BLM 2002). Mature Colorado hookless cacti do exist in areas with a high percent cover of weedy species such as *Bromus tectorum* and *Halogeton glomeratus.* However, within the CRVFO, no recruitment of cacti has been documented in areas where cheatgrass infestations are dense, possibly because seedlings are unable to compete with weeds for water and nutrients (DeYoung 2012b, pers. comm.).

The deposition of livestock feces and urine in Colorado hookless cactus habitat may result in additional indirect effects to the species from the BLM grazing program. This species is restricted to soils poor in nutrients, making it possible that the introduction of organic matter and nitrogen from livestock feces and urine, especially in concentrated use areas, could alter soil physical and chemical properties in ways that may negatively affect Colorado hookless cactus and its plant associates.

The conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, regulate use of herbicides, and do not authorize rangeland infrastructure maintenance and construction activities that would affect the species without further consultation.

*Clay-loving Wild Buckwheat*

Review of Potential Effects
The primary threat to clay-loving wild buckwheat cited in the listing rule was concentrated grazing from horses. It was reported that all vegetation within a series of corrals and fenced pastures adjacent to occupied habitat had been eliminated, and that half of the plants at the site had been extirpated by grazing (Patterson et al. 1983, cited in FWS 2009b). At that time, the species was known from only this one occurrence on private land, where grazing was managed differently than on BLM. Since the species was listed, livestock grazing and trampling on clay-loving wild buckwheat have been reported, especially from winter and early spring grazing and bedding by sheep, with contrasting opinions on how detrimental these activities might be to species' health and survival (BLM 2007c, 2008b; FWS 1988, 2009a, 2009b).

The 1988 *Recovery Plan* noted that livestock grazing is likely to have little effect except with "season-long grazing, year-long grazing, high-density stocking, and use of sheep bed grounds …", but qualified that statement by saying that long-term studies are needed (FWS 1988). Although such studies have begun at Wacker Ranch and Fairview South ACEC, data analyses are not yet available. In 2008 and 2009, all four transects set out in the Fairview South ACEC contained sheep scat, footprints, and/or evidence of browsing (BLM 2011). No sheep were grazed in the ACEC in 2010. In the last 5 years, observed browsing damage on buckwheat by sheep during monitoring eliminated the previous notion that domestic sheep find the specie

41

unpalatable. In the monitoring area, sheep were thought to preferentially browse clay-loving wild buckwheat compared to *Krascheninnikovia lanata* (Sharp 2012d, pers. comm.), although no quantitative data are available to support this idea. A preliminary review of the monitoring data suggests that a shift in size class from larger to smaller individuals may have occurred over the three-year period, although the data have not been analyzed. A comparison of data from grazed and ungrazed transects at Fairview South and Wacker Ranch (although trespass grazing has occurred in the past) may help determine whether the change in size class is statistically significant and whether grazing is the causative factor in any such change. In February 2009, we documented "extensive trampling and grazing of individual plants" by sheep near the South Canal in the Shinn Park (05534) allotment (FWS 2009a).

When the Colona LHA report was completed in 2008, BLM concluded that current grazing did not cause any upland portion of the unit to not meet Standard 4, and only 960 upland acres to meet it with problems. Monitoring of grazing in clay-loving wild buckwheat habitat was recommended (BLM 2008b). When the Gunnison Gorge LHA unit was last assessed in 2001, the entire analysis area met Standard 4 for clay-loving wild buckwheat and current grazing was not known to be impacting the species or its habitat (BLM 2001). Observations by BLM and Service personnel in 2011 documented significant herbivory and trampling damage by sheep within this LHA unit near the Montrose Model Airplane property. We believe numerous plants were lost to this grazing event. .

Grazing effects on this species vary from no effect following light grazing, to a beneficial effect from competitive release and biological soil crust removal, to elimination of plants in grazed versus ungrazed areas (BLM 2007c; FWS 2009b and references therein). Reported effects of livestock grazing on clay-loving wild buckwheat habitat include soil erosion in a sheep bedding ground that caused pedestaling of plants (BLM 2007c) and terracing from livestock trailing (Neely and O'Kane 1985, cited in FWS 2009b). We documented extensive pock-marking by sheep hooves on moist soils in February (FWS 2009a), when the freeze-thaw cycle often occurs daily in the valley bottoms where this species occurs.

In our *5-Year Review* we considered livestock grazing to be a moderate to high threat to the species on public and private lands. The imminence of the threat was considered moderate or low due to lack of data documenting adverse effects from grazing (FWS 2009b). Although BLM has documented herbicide use as a potential threat to clay-loving wild buckwheat (BLM 2009a), we consider the imminence and magnitude of the threat to be low (FWS 2009b).

Effects of the Proposed Action

A little over half of known clay-loving wild buckwheat occurrences are on land managed by BLM. Approximately 98 percent of the BLM land in the action area for clay-loving wild buckwheat is currently allocated to grazing. This area is divided among 11 allotments, 8 of which are grazed by sheep, two by cattle, and one by both sheep and cattle. Season of use is predominantly winter, with six of the allotments extending into spring by approximately 15 days. Two of the allotments are grazed in the fall. Shinn Park and Dry Cedar, winter allotments, are in a deferred rest rotation strategy and receive yearlong rest from grazing every fourth year. The Shinn Park Allotment contains the South Fairview ACEC, which supports the largest known

BLM_0071407

occurrence of clay-loving wild buckwheat. Under current terms and conditions, the ACEC is only permitted for five nights of use per year. In the Sulphur Gulch allotment, the AUM's allocated are for trailing only in spring and fall. For the remaining allotments that receive annual grazing in the spring, the use areas/pastures are limited to 15 days as a term and condition of the permit. For the Brush Point Allotment, which permits spring use, seasonal use is concentrated on the mid to upper elevations of the allotment not known to support clay-loving wild buckwheat.

Direct effects to plants will occur through browsing and trampling, especially during concentrated use from salting, watering, trailing, and bedding. Although browsing and trampling by BLM-authorized livestock have been observed more frequently in clay-loving wild buckwheat compared to Colorado hookless cactus, there are no data to indicate how commonly these activities affect individuals or whether they are responsible for landscape-scale changes in abundance or distribution of the species. A limited amount of browsing may stimulate new growth, although there are no data to support this idea. It is possible, but remains untested, that most damaged plants would have reduced reproductive output for some length of time and increased mortality compared to undamaged plants. Allotments where the species occurs are generally grazed in the winter, when livestock are moved to lower elevations. Sheep often show seasonal preference for forage species, concentrating more on woody species in the winter if grasses are not available (Pollock et al. 2007; NRC 2008). It is possible, but remains unknown without further study, that sheep browse clay-loving wild buckwheat more readily in the winter than in other seasons when their preferred herbaceous forage is available. Preferential grazing of clay-loving wild buckwheat by sheep is thought to occur (Sharp 2012d, pers. comm.), but this has not been studied.

The effects of grazing on germinants and seedlings are more difficult to assess. Given some evidence of episodic recruitment events (DBG 2010a; BLM 2011), heavy trampling during a recruitment flush could have effects on population growth that would last for years. A decline in growth rate may reduce the resiliency of small occurrences to other forms of disturbance. Spring snowmelt makes it likely that soils will be wet and more vulnerable to compaction during germination. Compaction may indirectly affect germination or emergence rates. Without more study, these potential effects are difficult to evaluate.

Physical impacts to clay-loving wild buckwheat from grazing operations, such as herbicide application or vehicle use, may also kill or impair plants. Herbicide use may indirectly affect reproduction if pollinator populations are impacted. It is expected that implementation of the conservation measures, including conservation measures in the IWMPs, will minimize threats to clay-loving wild buckwheat from herbicide applications.

Indirect effects to clay-loving wild buckwheat from grazing program-related changes in habitat may occur. Concentrated use is likely to degrade clay-loving wild buckwheat habitat through soil compaction and surface modification. Trampling and bedding will break the surface crust common on Mancos shale soils and expose the subsurface to wind and water erosion, with ensuing soil and nutrient loss and changes in water infiltration rates (Belnap 1995; Jones 2000).

BLM_0071408

In Mancos shale communities, soil compaction may stunt plant growth by restricting gas exchange between the roots and soil (Potter et al. 1985).

Of particular concern is the concentration of 90 percent of all known individuals (250,000 of 278,600) in one occurrence at Fairview South-Wacker Ranch. This skewed distribution makes the species especially vulnerable to stochastic disturbances and deleterious effects of all kinds, including BLM-authorized livestock grazing. Seventy-percent of the occurrence is currently allotted to livestock grazing. Protecting core populations is especially important given that larger populations are positively correlated with individual fitness and genetic diversity (Leimu et al. 2006 and references therein), which makes larger populations more resilient to disturbance and environmental variation. As described above, there are grazing restrictions designed to reduce impacts on these populations.

Protecting outlying smaller occurrences from negative influences due to BLM-authorized grazing is also important for maintaining the species range and genetic diversity. Further, peripheral populations are important for species' ability to "migrate" in the face of climate change or other stochastic perturbations.

Proposed conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, restrict use of herbicides, and do not authorize rangeland infrastructure maintenance and construction activities that would affect the species without further consultation. The implementation of these measures will minimize direct and indirect effects to clay-loving wild buckwheat from BLM-authorized grazing and operations. However, effects to the species and its habitat from the grazing program are unavoidable. Effects are expected to be measurable in localized areas where concentrated livestock use cannot be fully avoided and less detectable in areas where dispersed livestock use occurs.

*Clay-loving Wild Buckwheat Critical Habitat*

Review of Potential Effects

Effects to critical habitat from a domestic livestock operations were reported in the listing rule (49 FR 28562), but apply to a private ranching operation only. Critical habitat is currently affected by livestock operations that are interdependent with the BLM grazing program. A BLM trailing permittee currently runs cattle across critical habitat en route to designated trails on the nearby Shamrock Allotment (05024). The edge of the allotment is within approximately 1,500 feet of the eastern edge of critical habitat. However, the allotment fenceline deviates from the public land boundary, passing through critical habitat, making it possible that sheep permitted on the allotment during a one-month period in the spring stray into critical habitat (Holsinger 2012, in litt.).

We visited critical habitat in the summer of 2009 and 2010, but didn't observe any evidence of grazing (Glenne 2012, in litt.). During those visits, we observed that although occupied habitat appeared somewhat weedy, with little biological soil crust, the Mancos shale soils that comprise a PCE of critical habitat appeared to be in reasonable condition. The presence of weeds may

44

BLM_0071409

mean that the various activities that occur on private land inside critical habitat may be affecting the PCE for vegetation community, which consists of sparsely vegetated shale badlands.

## Effects of the Proposed Action

Potential effects to clay-loving wild buckwheat critical habitat from BLM-authorized grazing and attendant activities would be similar to effects to occupied habitat, as described above. Of the two PCEs identified in the final rule, effects would most likely be focused on the sparsely vegetated shale badlands rather than the Mancos shale soils themselves, unless the PCE for soils is expanded to include attributes of surface texture and compaction. Of the PCEs drafted in 2009, livestock use could affect the appropriate native vegetation, appropriate soils, and features that allow for dispersal within units (such features may include suitable habitat for pollinators, appropriate slopes, depressions, rivulets, and sites where snow banks linger) (74 FR 49835). Implementation of conservation measures will minimize direct and indirect effects to clay-loving wild buckwheat critical habitat from BLM-authorized grazing and operational activities. However, some effects to the PCEs from the grazing program will likely be unavoidable. Effects are expected to be measurable in localized areas where concentrated livestock use cannot be fully avoided and less detectable in areas where dispersed livestock use occurs.

*DeBeque Phacelia*

## Review of Potential Effects

Trampling of habitat by cattle has been recorded in element occurrence reports for 14 of the 22 DeBeque phacelia occurrences (CNHP 2010, cited in 76 FR 45054). The final listing rule states that heavy trampling compacts the soil, increases potential for erosion, and alters the surface cracking thought to be important for seedbank longevity and recruitment of the species. No evidence of browsing by livestock on this species has been reported.

There have been no studies of grazing impacts to DeBeque phacelia or its habitat. The Service reviewed documented adverse effects of livestock grazing on another rare annual, *Lepidium papilliferum*, dependent on its seedbank for persistence, and surmised that effects of livestock grazing to DeBeque phacelia are likely to be similar. *Lepidium papilliferum* grows in clay soils in seasonally wet depressions in the sagebrush steppe of Idaho. During 11 years of monitoring, the loss of a subpopulation was documented following intensive trampling by cattle when soils were wet in the spring (Meyer et al. 2005). The authors had evidence that trampling and other forms of disturbance to wet soils damage or bury the seedbank (Meyer et al. 2005) and decrease germinant survival (Meyer et al. 2006). Using simulations, the authors found that even less severe trampling events may contribute to population decline. From the model the authors concluded that trampling may permanently destroy soil structure important to the species' survival and that the long history of grazing inside the species' range may explain why so much potential habitat is unoccupied (Meyer et al. 2006).

Impacts from cattle trampling to DeBeque phacelia may be similar to those observed in *Lepidium papilliferum*. Cattle use of occupied habitat is reported to be more frequent at sites that support non-native populations of *Bromus tectorum* and other annual nonnative grass species (Langton 2011, in litt.). Cattle trampling has been documented in 64 percent of the known occurrences of

45

DeBeque phacelia, but the extent of trampling within each occurrence is unknown. We
identified soil modification and seedbank impacts from livestock trampling as a moderate threat
to the species (76 FR 45054).

Effects of the Proposed Action

Approximately 81 percent of known occupied habitat for DeBeque phacelia is on lands managed
by BLM. Of this, 99 percent is currently allocated to grazing (Table 1). This area is divided
among 14 allotments that are currently grazed by cattle predominantly in the winter and spring;
two are also grazed in the fall.

Direct effects to DeBeque phacelia plants from trampling by BLM-authorized livestock likely
occur given that occupied habitat is grazed in the spring, during the above-ground portion of the
life cycle for the species. Direct effects from browsing are probably minor, given the small size
of the plants and their prostrate nature. Based on study results, it is likely that damage and
destruction of seeds, germinants, and seedlings occur from trampling, especially when soils are
wet during the freeze-thaw cycle in the winter and during snow melt in the spring (Meyer et al.
2005, 2006). Effects would be most pronounced in areas of concentrated use.

Physical impacts to DeBeque phacelia from grazing operations, such as herbicide application or
vehicle use, may also kill or impair plants, although there has been no documentation of such
effects and they were not identified as to the species in our listing rule (76 FR 45054). It is
expected that implementation of the conservation measures will minimize threats to DeBeque
phacelia from herbicide applications.

Indirect effects to DeBeque phacelia from grazing program-related changes in habitat may occur,
especially due to impacts to soils from trampling, although no research exists to confirm such
effects. If surface cracking does provide microsites necessary for survival and germination of
the seedbank, trampling might modify this habitat feature, indirectly affecting the species.
Allotments containing occupied habitat for DeBeque phacelia are grazed by cattle during the
spring and winter when soils may be wet and susceptible to compaction, increasing the potential
for deleterious effects to soil properties or seed banks where trampling occurs. Effects would be
most pronounced in other areas where use is concentrated. As stated above, concentrated
livestock use of DeBeque phacelia habitat is uncommon on the barren slopes occupied by the
species. Activities secondary to grazing, such as vehicle use to maintain allotment infrastructure,
may also result in soil surface modification and compaction.

Other effects to DeBeque phacelia habitat from livestock grazing include erosion and changes in
soil nutrient status. Trampling would break the surface crust common on the clay soils DeBeque
phacelia grows in and expose the subsurface to wind and water erosion, with ensuing soil and
nutrient loss. Increased contributions of organic matter and nitrogen from livestock feces and
urine, especially in concentrated use areas, may alter soil chemistry and hydrology in ways that
may affect DeBeque phacelia and its plant associates, especially given the highly alkaline soils
preferred by the species.

46

Livestock grazing may increase cover of invasive exotics due to surface disturbance and transport of propagules. *Bromus tectorum*, *Halogeton glomeratus*, and *Eremopyrum tritecium* are potential threats in a number of DeBeque phacelia occurrences (76 FR 45054; Langton 2011, in litt.). An increase in percent vegetative cover due to an increase in annual exotics may alter habitat suitability for this species that is typically confined to barrens with less than 10 to 20 percent cover.

The highly restricted habitat requirements of DeBeque phacelia increase its sensitivity to grazing disturbance. The species is confined to small patches of suitable habitat over a very small geographic range. The small patch size of many occurrences increases their vulnerability to habitat modification, as does the fact that occurrences may remain dormant underground during drought years, making them difficult to detect by BLM and permittees.

Proposed conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, restrict use of herbicides, and do not authorize rangeland infrastructure maintenance and construction activities that would affect the species without further consultation. Implementation of conservation measures will minimize some direct and indirect effects to DeBeque phacelia from BLM-authorized grazing and operations. However, some effects to the species and its habitat from the grazing program will be unavoidable. Effects are expected to be measurable in localized areas where concentrated livestock use cannot be fully avoided and less detectable in areas where dispersed livestock use occurs.

*DeBeque Phacelia Critical Habitat*

Review of Potential Effects
Livestock grazing is a potential threat to critical habitat for DeBeque phacelia. Trampling may affect the PCEs of critical habitat by compacting soils, increasing erosion potential, and altering surface cracking thought to be important for seedbank longevity and recruitment (76 FR 45054). BLM data related to effects of livestock grazing to PCEs is limited. The DeBeque-Roan Creek LHA report notes that spring grazing by cattle inside critical habitat may contribute to small areas of upland soils not meeting Public Land Health Standard 1 for Soils (BLM 2008c), but does not directly address potential effects to soil texture. The most recent Rifle-West Watershed LHA report found that the County Line Allotment, which supports two occurrences of DeBeque phacelia, did not meet Standard 3 for healthy plant communities (BLM 2005a). An increase in cover by *Bromus tectorum* was noted and may be affecting the plant community PCE for critical habitat.

The critical habitat Final Rule (77 FR 48368) designating critical habitat for DeBeque phacelia determined that special management practices would be required within all nine units to adequately address threats (including livestock grazing) to the PCEs.

Effects from the Proposed Action
Approximately 85 percent of DeBeque phacelia critical habitat occurs in BLM grazing allotments (14 total allotments). Livestock grazing and operations have the potential to affect the

47

following PCEs: (1) suitable soils and geology, including surface cracks resulting from shrink-swell processes; (2) maintenance of the seed bank and appropriate disturbance levels, which is defined as undisturbed areas with undamaged seed banks, and areas with light disturbance when dry and no disturbance when wet, within suitable soils and geology; and (3) plant community, which is defined as barrens 1 to 100 m$^2$ in size with less than 20 percent plant cover in the least vegetated portions of the site.

Implementation of conservation measures will minimize the potential for direct and indirect effects to DeBeque phacelia critical habitat from BLM-authorized grazing and activities. However, some effects to the PCEs from the grazing program are unavoidable. Effects are expected to be measurable in localized areas where concentrated livestock use cannot be fully avoided and less detectable in areas where dispersed livestock use occurs. Further conservation recommendations are provided for further conservation of DeBeque phacelia.

## Effects from Interrelated and Interdependent Actions

Interrelated and interdependent actions include grazing, trailing, bedding, and other operational activities on non-BLM lands that would not occur if BLM did not authorize grazing or trailing in their allotments. Effects from these interdependent actions to Colorado hookless cactus, clay-loving wild buckwheat, DeBeque phacelia, and associated critical habitat would be the same as effects from the proposed action on BLM.

## Summary of Effects to the Three Species

Greater than 95 percent of occupied habitat for Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia is allocated to BLM-authorized grazing (Table 1), including approximately 85 percent of critical habitat for DeBeque phacelia. A portion of designated critical habitat for clay-loving wild buckwheat is currently affected by BLM-authorized trailing and possibly grazing. BLM livestock grazing programs, therefore, have the potential to affect these species and their critical habitat. We have identified livestock grazing as a threat to all three species and associated critical habitat. There is evidence of impacts from grazing and grazing activities to Colorado hookless cactus and clay-loving wild buckwheat. Trampling of habitat by livestock has been observed in the habitat of all three plants.

Since FLPMA was enacted, BLM has drastically reduced grazing intensity from historic levels and implemented a program for systematically evaluating permits and carrying capacity. Regular monitoring of rangeland health is integral with the livestock grazing program and qualitatively includes monitoring of threatened and endangered species and their habitats. Although a large proportion of occupied and critical habitat is open to livestock grazing, utilization is managed to maintain or remediate rangeland health. With the implementation of the conservation measures, effects from the grazing program to the three focal species will be minimized. Despite a long history of grazing on public lands, Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia still persist, although we do not know how numbers today compare to those before livestock grazing was prevalent on the landscape.

48

While we believe that the conservation measures are adequate to prevent jeopardizing any of the three species, further conservation recommendations are provided to provide a landscape conservation benefit for the three species and to help the BLM to meet its 7(a)(1) requirements.

## CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, tribal, local, or private actions that are reasonably certain to occur in the action area considered in this BA (50 FR § 402.02). Future Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the ESA. In the action area, BLM lands occur in a mixture of private, local, State, and other Federal lands, with private lands dominating. No tribal lands occur inside the action area.

Activities that occur on non-BLM lands within the action area include agriculture and ranching; residential development; oil, gas, and utility line development; road development; and recreation, including hunting, fishing, ORV use, hiking, and mountain biking. The human population in the area has grown tremendously since 1990. This growth is likely to continue at near current rates for the foreseeable future, which will result in increased pressure from development and recreation on private, local, and State lands.

The Grand and Uncompahgre Valleys support a major agricultural industry and growing residential development. These activities will continue to affect the three species through direct loss of plants and habitat, and through habitat modification. New construction, development and maintenance of irrigation systems, use of herbicides, and increased pressure from recreation associated with residential development may affect the species and their critical habitat. Effects are likely to be greater for clay-loving wild buckwheat, which occurs on the Uncompahgre Valley floor within and around the communities of Delta and Montrose. Between 1990 and 2009, these cities grew approximately 144 and 108 percent, respectively (U.S. Census Bureau 2012). Development has been particularly rapid in this region and is expected to expand as area cities continue growing. We estimate that about 40 percent of clay-loving wild buckwheat habitat has already been impacted by development or agriculture (FWS 2009b). As development continues within the action area, recreational activities (e.g., OHVs) are likely to increase on private lands.

Future livestock grazing on private lands will affect the three species. Many of the BLM allotments in the action area include both BLM and private surface. The BLM does not have discretion over grazing or trailing on private land, and this use will continue to occur regardless of BLM's grazing program. Unpermitted trailing across BLM lands is likely occurring along State and county road ROWs. Effects to the three species and their critical habitat from grazing and related activities on private, local, or State lands or ROW would be similar to those described for the proposed action.

Energy development is expected to continue in Colorado hookless cactus and DeBeque phacelia habitat. Although the development of private mineral rights is regulated by the Colorado Oil and Gas Conservation Commission, the Commission has no leverage when it comes to conservation

49

of federally listed plants.  Effects to clay-loving wild buckwheat are expected to increase due to energy transmission projects.  For instance, the projected extension of the East Montrose Transmission Improvement Line south from the planned Miguel Road Substation may be routed through or near clay-loving wild buckwheat populations on private land.  Effects from oil and gas development and utility line projects to the three focal species and their habitats on non-federal lands would be similar to those described for the proposed action.

## CONCLUSION

Based on a review of the current status of the affected species, the environmental baseline for the action area, effects of the proposed action, cumulative effects, and proposed conservation measures, it is our BO that the proposed action is not likely to jeopardize the continued existence of the Colorado hookless cactus, clay-loving wild buckwheat, or DeBeque phacelia.  Further, we find that the proposed action will not result in the destruction or adverse modification of critical habitat for clay-loving wild buckwheat or DeBeque phacelia.

We have reached these conclusions because the BLM has committed to a series of conservation measures designed to avoid or minimize impacts from grazing programs and activities on these species, such that effects would not be expected to reduce, directly or indirectly, the survival or recovery of the species or adversely modify or destroy critical habitat.  Conservation measures proposed by the BLM include clearance surveys, coordination with grazing permittees, herbicide use restrictions, forage utilization standards, livestock trailing restrictions, monitoring, annual reporting, and similar practices.

## INCIDENTAL TAKE STATEMENT

Section 7(b)(4) and 7(0)(2) of the ESA do not apply to listed plant species.  However, limited protection of listed plants is provided to the extent that the ESA prohibits the removal and reduction of possession of federally listed endangered plants or the malicious damage of such plants on areas under Federal jurisdiction, or the destruction of listed plants on non-Federal areas in violation of State law or regulation.

## SECTION 7(a)(1) – REQUIREMENTS TO CONSERVE THREATENED AND ENDANGERED SPECIES

Section 7(a)(1) of the ESA requires Federal agencies to "utilize their authorities in furtherance of the purposes of this ESA by carrying out programs for the conservation of endangered species and threatened species."  The advantage of streamlining consultation and doing programmatic consultations is that a landscape level approach for species conservation can occur.  As outlined, the BA addresses effects that are occurring to the species and the conservation measures are designed to minimize these effects.  However, landscape level conservation is missing in the proposed action and the opportunity to conserve these species through this consultation could be strengthened.  For these reasons, we are strongly encouraging implementation of the

50

conservation recommendations to more effectively conserve clay-loving wild buckwheat, Colorado hookless cactus, and DeBeque phacelia.

CONSERVATION RECOMMENDATIONS

Section 7(a) (1) of the ESA directs Federal agencies to use their authorities to further the purposes of the ESA by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information. We are providing the following conservation recommendations to the BLM for the project, and we strongly encourage implementation of these measures in furtherance of Section 7(a) (1) of the ESA.

To ensure the conservation of the three listed species, BLM will coordinate with the Service to develop a plant conservation strategy. This conservation strategy will identify grazing impact thresholds (or triggers) to guide necessary actions and adjustments to livestock grazing management. By overlaying pastures, plant locations, LHA information, water developments, and other information, the strategy will identify potential problem areas for livestock grazing impacts on listed plants and important areas for conservation. Coordination and the plant conservation strategy should result in actions to improve species conservation, initiate adaptive management strategies, or place greater management emphasis through BLMs planning and decision process. Following are essential components of the plant conservation strategy.

1. The cooperative monitoring strategy (conservation measure 13) should be developed as a long-term monitoring strategy to evaluate and quantify the effects of livestock grazing on these species and their habitats, to supplement LHA monitoring. This strategy should incorporate trend monitoring as well as paired-plot, or treatment-control. This monitoring should be able to detect changes in populations as identified in the reinitiation notice.

2. Based on the cooperative long-term monitoring strategy (conservation measure 13) and other research, identify species' population triggers to guide and inform adaptive management such that livestock grazing impacts to listed plants are avoided or minimized with the goal of advancing the long-term survival and recovery of the species. These triggers would be modified through time as the effects of livestock grazing to these three plants become better understood. Without these triggers, adaptive management may not occur in a timely manner.

3. Identify key population areas where special management and monitoring are needed to ensure the long-term survival and recovery of the species. Key population areas may include relatively intact and large patches of habitat where native plants comprise a majority of the vegetative community, with habitat qualities and quantities sufficient to support relatively large numbers of reproducing Colorado hookless, clay-loving wild buckwheat, or DeBeque phacelia plants. Data that may be useful for identifying these key conservation areas includes:
   - Colorado Natural Heritage Program element occurrence ranks as a preliminary tool for identifying important populations and key conservation areas

51

- Further population assessments that look at numbers of plants, and habitat quality and works to identify important populations and key conservation areas

4. Areas that are most important for species conservation (key conservation areas) and areas where livestock grazing may pose the biggest problems to these key conservation areas should be identified. Various tools may be used but some overlays of grazing metrics with key conservation areas should be done including:
   - AUMs allotted (see Figures 1-3)
   - Actual AUMs
   - LHA monitoring
   - Other habitat monitoring data
   - Water development proximity
   - Fence lines proximity
   - Others

5. Identify problem or high-impact areas where grazing management changes are necessary to ensure the long-term survival and recovery of the species.

6. Further expand species inventory efforts to improve baseline knowledge of the species and their distribution and adjust management accordingly.

7. Because 95 percent of all the known clay-loving wild buckwheat plants are within the Shinn Park grazing allotment, in clay-loving wild buckwheat habitat areas, animals should be permanently removed from this allotment.

8. Retire other livestock grazing allotments or reduce AUMs, to remove unavoidable adverse effects on significant populations known to be important to the long-term survival and recovery of the species.

9. When livestock permits are renewed, the BLM should reevaluate the status of the three species affected by the permit to be renewed and review livestock grazing and operations and determine whether changes in management for that allotment are needed.

In Figures 1-3 (at the end of the document) we have taken a very preliminary step at further analyzing impacts to the species from grazing. We have utilized Element Occurrence ranks for each of the species, which are largely based on the number of individuals in a given population and depicted the grazing allotments included in the BA. The green (A rank), light green (AB rank), and orange (B rank) populations are the largest, and consequently are most important for conservation. This is a very preliminary way to identify areas that are important for conservation of these species. We have then taken the analysis a step further by calculating how many acres each AUM is allowed in various allotments. In theory, those allotments with more acres per AUM would be utilized less heavily than those areas where there are fewer acres per AUM. We recognize that actual AUMs on the ground may make a better assessment as well as multiple analyses utilizing grazing data as identified in 4 above. However, we do not have this data at this time. These analyses would be very useful in developing the recommended conservation

52

BLM_0071417

strategy and further addressing and managing the impacts to the three plants from livestock use, thereby increasing conservation of the three species.

REINITIATION NOTICE

This concludes formal consultation under section 7 of the ESA for the proposed project. Reinitiation of formal consultation is required if: (1) new information reveals effects of the agency action that may adversely affect listed species or critical habitat in a manner or to an extent not considered in this BO; (2) the agency action is subsequently modified in a manner that causes an effect to a listed species or critical habitat that was not considered in this BO; and (3) a new species is listed or any new critical habitat is proposed or designated that may be affected by this action (50 CFR 402.16).

In this BO the positive and negative effects of the proposed action are anticipated and considered in the "Effects of the Action" section. We anticipate implementation of the conservation measures will result in stable plant populations and habitat conditions. It would be considered new information if there is a significant decline in plant populations or habitat conditions. Therefore, reinitiation will be necessary if there is a significant change in any species' status. The cooperative monitoring strategy identified in conservation measure 13 should be designed to detect significant declines in species abundance and status. A significant change in a species status and habitat conditions will be defined as follows:

1. Plant populations exhibit significant declines. These declines would be only long-term declines (over a ten year period or more). The monitoring strategy will be designed to detect significant change (at a minimum a 20 percent decline, and preferably a 10 percent decline) over the long-term, and will identify appropriate power, type I, and type II error rates.

2. Habitat conditions exhibit significant declines of 20 percent or more over the long-term (at least a ten year period), based on vegetation community composition and cover attributes. Again, this monitoring will be designed with acceptable power, type I, and type II error rate or comparable metrics.

During BLM permit renewal process for each allotment the BLM should reevaluate the status of the three species affected by the permit to be renewed and review the proposed livestock grazing and operations and determine whether changes in management or reinitiation of section 7 consultation should occur for that allotment. This evaluation will be tied to monitoring efforts and available information regarding trends in abundance identified above.

At least once every 5 years, the BLM should reevaluate the status of the three species and review the proposed livestock grazing and operations and determine whether changes in management or reinitiation of section 7 consultation should occur. This evaluation will be tied to monitoring efforts and available information regarding trends in abundance identified above. We recognize that in the first ten years, monitoring data will be incomplete to meet this requirement. However, in 15 years, based on monitoring data, this 5 year review should provide a meaningful review.

BLM_0071418

Since the BA only addressed the three listed plants and their critical habitat, separate section 7 consultation is required for BLM livestock grazing program effects on other listed species and critical habitat not addressed in this consultation (see *Species Addressed* section). Only those allotments included in Tables 1-3 (developed from the BA figures) are covered by this BO. Additional areas or proposed actions (such as water developments or new fences) associated with grazing that are not covered by this consultation can be tiered to this programmatic consultation. That is, these actions will require a separate consultation but these documents will tier to this document, thereby reducing the amount of needed paperwork. For these tiered documents, new areas and projects descriptions must include: 1) an updated consultation history, 2) a description of the proposed action or new area, 3) an update to the species' status, 4) an overview or update to the environmental baseline, 5) and an updated analysis of the effects of the action. We would then prepare an abbreviated tiered BO for these areas or actions.

If you have any comments or questions, please contact Gina Glenne of my staff at (970) 243-2778, extension 20.

## LITERATURE CITED

Ågren, J. 1996. Population size, pollinator limitation, and seed set in the self-incompatible herb *Lythrum salicaria*. *Ecology* 77:1779-90.

Bartlett, O. 2012. Personal communication from Olivia Bartlett (Black Canyon Regional Land Trust) to Alison Graff (BIO-Logic) regarding conservation easements protecting the Lawhead Gulch occurrence of clay-loving wild buckwheat.

Bhattacharyam, M., Primack, R.B., and J. Gerwein. 2003. Are roads and railroads barriers to bumblebee movement in a temperate suburban conservation area? *Biological Conservation* 109:37-45.

Belnap, J. 1995. Surface disturbances: Their role in accelerating desertification. *Environmental Monitoring and Assessment* 37:39-57.

Belnap, J. 2001. Biological soil crusts and wind erosion. In: J. Belnap and O.L. Lange, editors. Biological Soil Crusts: Structure, Function, and Management. Ecological Studies, Vol. 150. Berlin Heidelberg: Springer-Verlag.

Belnap, J. 2002. Nitrogen fixation in biological soil crusts from southeast Utah, USA. *Biology and Fertility of Soils* 35:128-135.

Belnap, J., Reynolds, R.L., Reheis, M.C., Phillips, S.L., Urban, F.E., and H.L. Goldstein. 2009. Sediment losses and gains across a gradient of livestock grazing and plant invasion in cool, semi-arid grassland, Colorado Plateau, USA. *Aeolian Research* 1:27-43.

Belsky, A.J. and J.L. Gelbard. 2000. Livestock Grazing and Weed Invasions in the Arid West. Oregon Natural Desert Association (April 2000). Bend and Portland, OR.

BLM_0071419

BIO-Logic, Inc. 2008. Tri-State Generation and Transmission Association. Delta County Transmission Improvement Project Colorado Hookless Cactus Conservation Plan. November 25, 2008. Montrose, CO.

BIO-Logic, Inc. 2009. Wells Gulch Evap, Inc. Wells Gulch Water Treatment and Impoundment System Project. Survey for the Federally Threatened Colorado Hookless Cactus. September 21, 2009. Montrose, CO.

BIO-Logic, Inc. 2011. Biological Assessment East Montrose Electric System Improvement Project. July 21, 2011. Montrose, CO.

Bowlin, W. R., Tepedino, V.J., and T.L. Griswold. 1993. The reproductive biology of *Eriogonum pelinophilum* (Polygaonaceae). Proc. Southwestern Rare and Endangered Plant Conference, R. Sivinski and K. Lightfoot, editors. New Mexico Forestry & Resources Conservation Division, Misc. Publ. #2, Santa Fe, NM.

Brown, W.E. 2009. Impacts of dirt and gravel road dust on roadside organic forest soils and roadside vegetation. Master's Thesis. School of Forest Resources. Pennsylvania State University.

Bureau of Land Management, Uncompahgre Field Office (BLM). 1999a. Escalante Area Land Health Assessment. November 22, 1999. Montrose, CO. 28 pp.

Bureau of Land Management National Applied Resource Sciences Center, ed. (BLM). 1999b. Sampling Vegetation Attributes. Interagency Technical Reference 1734-4 (Cooperative Extension Service, USDA Forest Service, and USDI Bureau of Land Management). Denver, CO.

Bureau of Land Management National Applied Resource Sciences Center, ed. (BLM). 1999c. Utilization Studies and Residual Measurements. Interagency Technical Reference 1734-3 (Cooperative Extension Service, USDA Forest Service, and USDI Bureau of Land Management). Denver, CO.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2001. Land Health Assessment Gunnison Gorge Area. 2001. Montrose, CO. 96 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2002. North Delta Land Health Assessment. 2001-2002. Montrose, CO. 110 pp.

Bureau of Land Management, Gunnison Gorge NCA Office (BLM). 2004. Gunnison Gorge National Conservation Area Approved Resource Management Plan and Record of Decision. November 2004. Montrose, CO. 380 pp.

Bureau of Land Management, Glenwood Springs Field Office (BLM). 2005a. Land Health Assessment Report Rifle-West Watershed. Glenwood Springs, CO. 34 pp.

BLM_0071420

Bureau of Land Management, Uncompahgre Field Office (BLM). 2005b. Roubideau Land Health Assessment 2004-2005. Montrose, CO. 97 pp.

Bureau of Land Management (BLM). 2007a. Final Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement (PEIS). Volumes I-III. Washington Office, Washington, D.C.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2007b. North Fork Land Health Assessment. 2006-2007. Montrose, CO. 110 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2007c. Summer 2007 Clay-Loving Wild Buckwheat (*Eriogonum pelinophilum*) Field Surveys, Including an Assessment of the Potential Effects of Livestock Grazing on this Species within the Colona LHA. (Unpublished report prepared by J.R Ferguson for the Bureau of Land Management, Uncompahgre Field Office, October 30, 2007.) Montrose, CO. 22 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2008a. Biological Assessment for Clay-loving Wild Buckwheat (*Eriogonum pelinophilum* Reveal): Renewal of Grazing Permits Within the Colona Land Health Assessment Area. March 20, 2008. Montrose, CO. 28 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2008b. Colona Land Health Assessment. 2007-2008. Montrose, CO. 122 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2008c. Land Health Assessment Report DeBeque-Roan Creek. 2008. Grand Junction, CO. 43 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2009a. Biological Assessment for Federally Protected Species and Designated Critical Habitat for an Amendment to the Uncompahgre Basin and San Juan-San Miguel Resource Management Plans: Limited Motorized and Mechanized Travel to Existing Routes. May 12, 2009. 41 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2009b. *Sclerocactus glaucus* Monitoring Projects and Trends in the BLM Uncompahgre Field Office, 1978-2009. (Unpublished report prepared by Charlie Sharp in support of the U.S. Fish and Wildlife Service's Revision of the Species Recovery Plan, December 15, 2009.) Montrose, CO. 13 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2010a. Escalante Land Health Assessment. 2009-2010. Montrose, CO. 47 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2010b. Land Health Assessment Report for Whitewater Common and North Fork Kannah Creek Allotments and City of Grand Junction Property within the Allotments. Prepared 2006. Finalized 2010. Grand Junction, CO. 74 pp.

BLM_0071421

Bureau of Land Management, Grand Junction Field Office (BLM). 2010c. Land Health Assessment Report Northern Portion of the Dominguez-Escalante NCA Grand Junction. Grand Junction, CO. 58 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2011. Clay-loving wild buckwheat monitoring data from the Colona Land Health Assessment unit. Unpublished data provided by the Uncompahgre Field Office, Montrose, CO.

Census Bureau. 2012. Population Finder. Available online at: http://factfinder.census.gov/servlet/SAFFPopulation?_event=ChangeGeoContext&geo_id=05000US08085&_geoContext=&_street=&_county=montrose&_cityTown=montrose&_state=04000US08&_zip=&_lang=en&_sse=on&ActiveGeoDiv=&_useEV=&pctxt=fph&pgsl=010&_submenuId=population_0&ds_name=null&_ci_nbr=null&qr_name=null&reg=null%3Anull&_keyword=&_industry=

Center for Native Ecosystems and Colorado Native Plant Society and Uncompahgre Valley Association (CNE et al.). 2006. Petition to Amend the Critical Habitat Designation for the Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) Made Under the Endangered Species Act (16 U.S.C. § 1531, *et. seq.*). July 17, 2006. 52 pp.

Christen, D.C. and G. R. Matlack. 2009. The habitat and conduit functions of roads in the spread of three invasive plant species. *Biological Invasions* 11:453-465.

Clark, T.O. and D.J. Clark. 2007. *Sclerocactus wrightiae* monitoring in Capitol Reef National Park. (Unpublished report submitted to Capitol Reef National Park, Nov. 1, 2007.) Torrey, UT. 23 pp.

Colorado Natural Areas Program (CNAP). 1997. Monitoring Plan Badger Wash, Pyramid Rock, and Rough Canyon ACECs. May 1997. Denver, CO. 5 pp.

Colorado Natural Areas Program (CNAP). 1999. Monitoring Update Areas of Critical Environmental Concern in the Grand Junction Resource Area: Badger Wash, Pyramid Rock, and Rough Canyon. January 1999. Denver, CO. 5 pp.

Colorado Natural Areas Program (CNAP). 2000. Monitoring Update Areas of Critical Environmental Concern in the Grand Junction Resource Area: Badger Wash, Pyramid Rock, and Rough Canyon. May 2000. Denver, CO. 4 pp.

Conner, S. 2011. Personal communication from Shawn Conner (BIO-Logic) to Alison Graff (BIO-Logic) regarding vegetative budding in Colorado hookless cactus and dramatic shifts in population sizes.

Conner, S. 2012. Personal communication from Shawn Conner (BIO-Logic) to Alison Graff (BIO-Logic) regarding cattle browsing on *Sarcobatus vermiculatus*.

BLM_0071422

D'Antonio, C.M., and P.M.Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. *Annual Review of Ecology and Systematics* 13:63-87.

Denver Botanical Gardens (DBG). 2007. *Sclerocactus glaucus* Monitoring. Denver, CO. 6 pp.

Denver Botanic Gardens (DBG). 2008. Demographic Monitoring of *Sclerocactus glaucus*, an Endemic Species of Western Colorado. Population Monitoring 2007-2008. (Unpublished Technical Report prepared for the Bureau of Land Management, U.S. Dept. of Interior, November 2008.) Denver, CO. 17 pp.

Denver Botanic Gardens (DBG). 2010a. Denver Botanic Gardens Monitoring Review – 2010. Review of *Eriogonum pelinophilum*, Fairview South and Wacker Ranch. Denver, CO. 7 pp.

Denver Botanic Gardens. 2010b. Research Report 2010 to Black Hills Exploration & Production. Denver, CO. 4 pp.

DeYoung, C. 2012a. Personal communication from Carla De Young (BLM) to Collin Ewing (BLM) regarding Colorado hookless cactus monitoring conducted by CRVFO.

DeYoung, C. 2012b. Personal communication from Carla De Young (BLM) to Collin Ewing (BLM) regarding impacts from elk trampling and livestock grazing to Colorado hookless cactus.

Doak, D.F., Thomson, D., and E.S. Jules. 2002. PVA for plants: understanding the demographic consequences of seed banks for population persistence and management. In: S.R. Beissinger and D.R. McCullough, editors. Population Viability Analysis. Chicago: University of Chicago Press.

Ehrenfeld, J.G. 2003. Effects of exotic plant invasions on soil nutrient cycling processes. *Ecosystems* 6:503-523.

Evans, R.D., Rimer, R., Sperry, L., and J. Belnap. 2001. Exotic plant invasion alters nitrogen dynamics in an arid grassland. *Ecological Applications* 11:1301-1310.

Fish and Wildlife Service (FWS). 1988. Clay-loving Wild-buckwheat, *Eriogonum pelinophilum* Reveal, Recovery Plan. U.S. Fish and Wildlife Service (November 10, 1988), Denver, CO. 15 pp.

Fish and Wildlife Service (FWS). 1990. Uinta Basin Hookless Cactus, *Sclerocactus glaucus*, Recovery Plan. U.S. Fish and Wildlife Service (September 27, 1990), Denver, CO. 26 pp.

Fish and Wildlife Service (FWS). 2008. Letter of Concurrence on Proposed Colona Land Health Assessment Grazing Permit Renewals on the Endangered Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*). June 19, 2008. Grand Junction, CO.

BLM_0071423

Fish and Wildlife Service (FWS). 2009a. Colorado Natural Heritage Program Field Forms,
Maps, and Photos for Clay-loving Wild Buckwheat Element Occurrences. Unpublished
forms from February 2009. Cited as Ewing and Glenne 2009 in *Eriogonum pelinophilum*
(clay-loving wild buckwheat) 5-Year Review: Summary and Evaluation.

Fish and Wildlife Service (FWS). 2009b. *Eriogonum pelinophilum* (clay-loving wild buckwheat)
5-Year Review: Summary and Evaluation. September 2009. Grand Junction, CO. 48 pp.

Fish and Wildlife Service (FWS). 2010. Recovery Outline for the Colorado hookless cactus
(*Sclerocactus glaucus*). Colorado Ecological Services Field Office (April 2010), Grand
Junction, CO. 17 pp.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America.
*Conservation Biology* 8:629-644.

Hansen, M.J. and A.P. Clevenger. 2005. The influence of disturbance and habitat on the presence
of non-native plant species along transportation corridors. *Biological Conservation*
125:249-59.

Heil, K.D. and J.M. Porter. 1994. *Sclerocactus* (Cactaceae): A revision. *Haseltonia* 2:20-46.

Heil, K.D. and J.M. Porter. 2004. Sclerocactus in Flora of North America. Online at:
http://www.efloras.org/florataxon.aspx?flora_id=1&taxon_id=129764. Accessed Dec. 6,
2011.

Honnay, O. and H. Jacquemyn. 2007. Susceptibility of common and rare plant species to the
genetic consequences of habitat fragmentation. *Conservation Biology* 21:823-31.

Jones, A. 2000. Effects of cattle grazing on North American arid ecosystems: A quantitative
review. *Western North American Naturalist* 60:155-164.

Kay, B.L., and R.A. Evans. 1965. Effects of fertilization on a mixed stand of cheatgrass and
intermediate wheatgrass. *Journal of Range Management* 18:7-11.

Knapp, P.A. 1996. Cheatgrass (*Bromus tectorum* L.) dominance in the Great Basin Desert –
history, persistence, and influences to human activities. *Global Environmental Change*
6:37-52.

Leimu, R., Mutikainen, P., Koricheva J., and M. Fischer. 2006. How general are positive
relationships between plant population size, fitness and genetic variation. *Journal of
Ecology* 94:942-952.

Levine, J.M., McEachern, A.K., and C. Cowan. 2008. Rainfall effects on rare annual plants.
*Journal of Ecology* 96:795-806.

BLM_0071424

Lyon, P. 2008. Monitoring of *Eriogonum pelinophilum* at the Wacker Ranch, Montrose, Colorado, June 2008. (Unpublished report prepared for The Nature Conservancy.) Fort Collins, CO. 49 pp.

Meyer, S.E., Quinney, D., and J. Weaver. 2005. A life history study of the Snake River plains endemic *Lepidium papilliferum* (Brassicaceae). *Western North American Naturalist* 65:11-23.

Meyer, S.E., Quinney, D., and J. Weaver. 2006. A stochastic population model for *Lepidium papilliferum* (Brassicaceae), a rare desert ephemeral with a persistent seed bank. *American Journal of Botany* 93:891-902.

National Research Council (NRC). 2008. Changes in the Sheep Industry in the United States: Making the Transition from Tradition. National Research Council (U.S.), Committee on the Economic Development and Current Status of the Sheep Industry in the United States. Washington, D.C.: National Academies Press. 347 pp.

Neff, J.C., Reynolds, R.L., Belnap, J., and P. Lamothe. 2005. Multi-decadal impacts of grazing on soil physical and biogeochemical properties in southeast Utah. *Ecological Applications* 15:87-95.

Ouren, D.S, Haas, C., Melcher, C.P., Stewart, S.C., Ponds, P.D., Sexton, N.R., Burris, L., Fancher, T., and Z.H. Bowen. 2007. Environmental Effects of Off-highway Vehicles on Bureau of Land Management Lands: A Literature Synthesis, Annotated Bibliographies, Extensive Bibliographies, and Internet Resources. U.S. Geological Survey, Open-File Report 2007-1353. 225 pp.

Pollock, M.L., Legg, C.J., Holland, J. P., and C. M. Theobald. 2007. Assessment of expert opinion: Seasonal sheep preference and plant response to grazing. *Rangeland Ecology and Management* 60:125-135.

Potter, L.D., Reynolds, R.S., and E.T. Louderbough. 1985. Mancos shale and plant community relationships: field observations. *Journal of Arid Environments* 9:137-145.

Rasoul Sharifi, M., Gibson, A.C., and P.W. Rundel. 1997. Surface dust impacts on gas exchange in Mojave Desert shrubs. *Journal of Applied Ecology* 34:837-46.

Reveal, J.L. 2006. On the Status of *Eriogonum pelinophilum* Reveal (*Polygonaceae* Juss.: subf. *Eriogonoideae* Arn.). Appendix B in: Center for Native Ecosystems and Colorado Native Plant Society and Uncompahgre Valley Association, Petitioners, Petition to Amend the Critical Habitat Designation for the Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) Made Under the Endangered Species Act (16 U.S.C. § 1531, *et. seq.*). pp 46-52.

BLM_0071425

Sharp, C. 2012a. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding ORV effects on Colorado hookless cactus.

Sharp, C. 2012b. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding utilization of clay-loving wild buckwheat by big game.

Sharp, C. 2012c. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding tent caterpillar effects on clay-loving wild buckwheat.

Sharp, C. 2012d. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding sheep browsing on clay-loving wild buckwheat.

Tepedino, V.J. 2009. Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) in Highly and Lightly Disturbed Surroundings: Comparative Diversity of Flower Visitors and Their Importance in Pollination. (Submitted to USDI Bureau of Land Management, March 30, 2009). Montrose, CO. 54 pp.

Vardaka, E., Cook, C.M., Lanaras, T., Sgardelis, S.P., and J.D. Pantis. 1995. Effects of dust from a limestone quarry on the photosynthesis of *Quercus coccifera*, an evergreen sclerophyllous shrub. *Bulletin of Environmental Contamination and Toxicology* 54:414-19.

Westwater Engineering, Inc. (WWE). 2010. Enterprise Gas Processing, LLC Collbran Natural Gas Pipeline Special Status Plan Species 2010 Monitoring Report. (Unpublished report prepared for Enterprise Gas Processing, LLC, October 2010.) Grand Junction, CO. 68 pp.

Whisenant, S.G. 1992. Changing fire frequencies on Idaho's Snake River plains: ecological and management implications. In: E.D. McArthur, E.U. Romney, S.D. Smith, and P.Y. Tueller, editors. Proceedings, Symposium on *Bromus* invasion. USDA GTR-INT-276.

Wilson, A.M., Harris, G.A., and D.H. Gates. 1966. Fertilization of mixed cheatgrass-bunchgrass wheatgrass stands. *Journal of Range Management* 19:134-137.

**In Litteris**

Glenne, G. 2012. Biologist, U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office. Subject: Status of clay-loving wild buckwheat critical habitat. Email to Alison Graff, Charles Sharp, and Olivia Bartlett, dated March 28, 2012.

Holsinger, K. 2012. Biologist, Bureau of Land Management, Uncompahgre Field Office. Subject: Potential for the BLM livestock grazing program to affect designated critical habitat for clay-loving wild buckwheat. Email to Collin Ewing, Alison Graff, Anna Lincoln, and Carla DeYoung, dated March 23, 2012.

BLM_0071426

Langton, A. 2011. Biologist, U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office, and graduate student researching the reproductive biology of DeBeque phacelia. Subject: Breeding system of DeBeque phacelia and impacts from cattle grazing to occupied habitat. Email to Alison Graff, dated November 28, 2011.

GGlenne:BLMGrazingBO12F006.docx:111512:KM

BLM_0071427



**Figure 1. Clay-loving wild buckwheat and grazing allotments. A ranked populations have the most individuals and C ranked populations the least.**

BLM_0071428



**Figure 2. Colorado hookless cactus and grazing allotments.  A ranked populations have the most individuals and D have the least.**

64

BLM_0071429



**Figure 3. DeBeque phacelia and BLM grazing allotments. A ranked populations have the most individuals and D have the least.**

BLM_0071430

BLM_0071431

# MEXICAN SPOTTED OWL RECOVERY PLAN, FIRST REVISON
## (*Strix occidentalis lucida*)



Original Approval Date: October 16, 1995

**Southwest Region**
**U.S. Fish and Wildlife Service**
**Albuquerque, New Mexico**

**September 2012**

Approved: *Joy E. Nicholopoulos*
**Acting** Regional Director, Region 2
U.S. Fish and Wildlife Service

Date: SEP 05 2012 _____

BLM_0071432

# RECOVERY PLAN FOR THE MEXICAN SPOTTED OWL, FIRST REVISON
## (*Strix occidentalis lucida*)

Prepared by:
Mexican Spotted Owl Recovery Team

Prepared for:
Region 2, Southwest Region
U.S. Fish and Wildlife Service
Albuquerque, New Mexico

Original Approval Date:  October 16, 1995
Final Approval Date:  November, 2012

II

BLM_0071433

**DISCLAIMER**

The Endangered Species Act of 1973 (ESA), as amended (16 U.S.C. 1531 et seq.), requires the development of recovery plans for listed species, unless such a plan would not promote the conservation of a particular species. In accordance with Section 4(f)(1) of the Act and to the maximum extent practicable, recovery plans delineate actions that the best available science indicates are required to recover and protect listed species. Recovery plans are published by the U.S. Fish and Wildlife Service (FWS), and are sometimes prepared with the assistance of recovery teams, contractors, state agencies, and others. Objectives will be attained and any necessary funds made available subject to budgetary and other constraints affecting the parties involved, as well as the need to address other priorities. Nothing in this plan should be construed as a commitment or requirement that any Federal agency obligate or pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. 1341, or any other law or regulation. Recovery plans do not necessarily represent the views or the official positions or approval of any individuals or agencies involved in the plan formulation, other than the FWS. They represent the official position of FWS only after they have been signed by the Regional Director. Approved recovery plans are subject to modification as dictated by new information, changes in species status, and the completion of recovery actions. Please check for updates or revisions at www.fws.gov/southwest/es/arizona before using.

**LITERATURE CITATION OF THIS DOCUMENT SHOULD READ AS FOLLOWS:**

U.S. Fish and Wildlife Service. 2012. Final Recovery Plan for the Mexican Spotted Owl (*Strix occidentalis lucida*), First Revision. U.S. Fish and Wildlife Service. Albuquerque, New Mexico, USA. 413 pp.

**ADDITIONAL COPIES MAY BE OBTAINED FROM:**

U.S. Fish and Wildlife Service
Arizona Ecological Services Office
2321 West Royal Palm Road, Suite 103
Phoenix, Arizona 85303

U.S. Fish and Wildlife Service
Southwest Region
500 Gold Avenue, S.W.
Albuquerque, New Mexico 87102

On-line: http://www.fws.gov/southwest/es/arizona/ and http://www.fws.gov.

BLM_0071434

## ACKNOWLEDGMENTS

Numerous people helped with the development of this recovery plan. We thank everybody who contributed valuable time, information, and insight. This includes numerous biologists and land managers who shared expertise on Mexican spotted owl ecology and management, and many dedicated field workers who gathered the data upon which the plan is based. Indeed, the Recovery Plan's content would have been far less encompassing without these contributions.

**FWS Policy Review:** Wendy Brown, Brady McGee, and Julie McIntyre provided insightful FWS policy reviews of earlier drafts.

**Past Recovery Team Members:** This revised recovery plan is based heavily on the initial plan which was completed in 1995. Some team members are no longer with the team but deserve recognition, namely Regis Cassiday (Forest Service [FS]), Pat Christgau (Arizona Game and Fish Department [AGFD]), Fernando Clemente (Colegio De Postgraduados, Campus San Luis Potisi), Jerry Craig, (Colorado Division of Wildilfe [CDOW]), James Dick (FS), Alan Franklin (Colorado State University), Wil Moir (Rocky Mountain Research Station [RMRS]), Thomas Spalding (AGFD), Steven Thompson (San Carlos Apache Tribe), Dean Urban (Duke University), and Sartor O. Williams III (New Mexico Department of Game and Fish [NMDGF]).

**Recovery Unit Working Teams:** Since publication of the 1995 Mexican Spotted Owl Recovery Plan, Working Teams representing each of the 6 U.S. Ecological Mangagement Units (EMUs; formerly referred to as Recovery Units) have been instrumental in transferring the spirit and intent of the plan to land managers, noting parts of the plan that were difficult to implement, and reviewing earlier drafts of this revision. Their assistance and feedback has been invaluable. Members of Working Teams are too numerous to list, but we acknowledge each and every one and are grateful for their contributions.

**Technical Assistance:** The following people provided technical and logistical support for fire modeling efforts: Kari Gromatzky (Fish and Wildlife Service [FWS]), Tessa Nicolet (FS), Charles McHugh (RMRS), and Mark Finney (RMRS). John Anhold, Joel McMillin, Ryan Hanavan, and Marylou Fairweather (all Forest Health Protection, FS) provided valuable information on insects and disease. Jim Youtz (FS) provided advice on forest types and forest management. R. J. Gutiérrez (University of Minnesota), Mark Seamans (FWS), and Chris May (The Nature Conservancy) generously shared data critical to developing population monitoring. Dan Spotskey (U.S. Geological Survey [USGS]) and Mary Richardson (FWS) provided ongoing Geographic Information System (GIS) support throughout the process of revising the Recovery Plan. Chris Witt (RMRS) conducted assessments using Forest Inventory an Analysis (FIA) data to quantify the amount of forested and wooded lands subject to Recovery Plan recommendations. Troy Corman (AGFD), Larry Semo (Colorado Field Ornithologists), Clifford Shackelford (Texas Parks and Wildlife Department), John Kendall (Bureau of Land Management [BLM]), Marikay A. Ramsey ( BLM), Tom Watts (Jicarilla Game and Fish Department), William Hornsby and Jennifer Smith (Mescalero Agency – Bureau of Indian Affairs Branch of Natural Resources), Carol Finley (Kirtland Air Force Base), Brian Locke (Fort Bliss Directorate of Public Works – Environmental Division), Charles Hathcock (Los Alamos National Laboratory), James Hirsch (NMDGF), and Steven Cary and Shawn Knox (New Mexico State Parks) provided information for various parts of the plan. Charles van Riper III (USGS) provided timely advice, and RV

IV

BLM_0071435

Ward and Tim Bowden (National Park Service [NPS]) provided feedback and support for canyon work.  Jay Rotella (Montana State University) and Rudy King (RMRS) provided statistical expertise on various topics.

**Editorial Assistance:**  We thank Carly Johnson (Journal of Wildlife Management), Lane Eskew (RMRS), and Melinda Myers (contractor) for editorial assistance.  Citlali Cortés Montaño (Northern Arizona University) and Ana Lilla Reina (FWS) translated various parts of the plan from Spanish to English.

**Reviewers:**  Numerous individuals and organizations provided meaningful and constructive comments on drafts of the Plan, but we would like to specifically acknowledge the following people who provided extensive peer-reviews:  Dr. Michael L. Morrison, Dr. Martin G. Raphael, and Dr. Stanely A. Temple (Ecological Society of America).

**Logistical Support:**  Margie Valenzuela, Margie Ryckman, and Julia Key of (FWS), and Brenda Strohmeyer, Kerry Cobb, and Barbara Walters (RMRS) provided key administrative support.  Don DeLorenzo, Bobbi Barrera, and Ronnie Maes (FS) were instrumental in obtaining financial support for the Recovery Team.  Michael Morrison (Texas A&M) facilitated several team meetings.

BLM_0071436

**EXECUTIVE SUMMARY**

Current Species' Status:  In 1993 the U.S. Fish and Wildlife Service (FWS) listed the Mexican spotted owl (*Strix occidentalis lucida*; "owl") as threatened under the Endangered Species Act (ESA).  Critical habitat for the Mexican spotted owl was designated in 2004, comprising approximately 3.5 million hectares (ha) (8.6 million acres [ac]) on Federal lands in Arizona, Colorado, New Mexico, and Utah (69 FR 53182).  Within the critical habitat boundaries, critical habitat includes protected and restricted habitats as defined in the original Mexican Spotted Owl Recovery Plan, completed in 1995.  The species' recovery priority number is 9C, pursuant to the Endangered and Threatened Species Listing and Recovery Priority Guidelines (48 FR 43098).  The Mexican spotted owl meets the species recovery priority 9C category due to its moderate degree of threat, high recovery potential, taxonomic classification as a subspecies, and conflict with construction or other economic activities.  Surveys since the 1995 Recovery Plan have increased our knowledge of owl distribution but not necessarily of owl abundance.  An owl site is an area with a high probability of being used by a single or a pair of adult or subadult owls for nesting, roosting, or foraging.  For the current revision, the Recovery Team compiled over 1,300 owl sites known today in the U.S. portion of the owl's range (Table II.1; Table B.1 in Appendix B).  The increase in the number of owl sites is mainly a product of new surveys being completed within previously unsurveyed areas (e.g., several National Parks within southern Utah, Grand Canyon in Arizona, Guadalupe National Park in West Texas, Guadalupe Mountains in southeastern New Mexico and West Texas, Dinosaur National Monument in Colorado, and Cibola National Forest in New Mexico), with only a few additions to numbers of sites recorded for previously well-surveyed National Forests.  Thus, an increase in abundance cannot be inferred from these data.

Habitat Requirements and Limiting Factors:  Two primary reasons were cited for the original listing of the Mexican spotted owl in 1993: historical alteration of its habitat as the result of timber-management practices; and, the threat of these practices continuing as evidenced in existing national forest plans.  The danger of stand-replacing wildland fire was also cited as a threat at that time.  Since publication of the 1995 Recovery Plan, we have acquired new information on the biology, threats, and habitat needs of the spotted owl.  The primary threats to its population in the U.S. (but likely not in Mexico) have transitioned from timber harvest to an increased risk of stand-replacing wildland fire.  Recent forest management now emphasizes sustainable ecological function and a return toward pre-settlement fire regimes, both of which are more compatible with maintenance of spotted owl habitat conditions than the even-aged management regime practiced at the time of listing.  Conversely, southwestern forests have experienced larger and more severe wildland fires from 1995 to the present than previous to 1995.  Climate variability combined with current forest conditions may also synergistically result in increased loss of habitat from fire.  The intensification of natural drought cycles and the ensuing stress placed upon forested habitats could result in even larger and more severe wildland fires in owl habitat.

Within the Forest Service's Region 3, Southwest Region (Arizona and New Mexico), National Forest Plans were amended in 1996 to incorporate management recommendations presented in the 1995 Recovery Plan for the Mexican spotted owl.  Since the Recovery Plan was published, our knowledge has increased.  Given these changes and new information, it became timely to

BLM_0071437

revisit and revise the 1995 Recovery Plan.  The recommendations contained within this revised Recovery Plan supersede those provided in the 1995 Recovery Plan.

Recovery Strategy:  This Recovery Plan presents realistic and attainable goals for recovering the owl and its ultimate delisting, involving forest habitat management and vigilant monitoring.  The goals are flexible in that they allow local land managers to make site-specific decisions.  To accomplish the recovery of the Mexican spotted owl, the recovery strategy has five key elements designed to conserve the subspecies throughout its range: 1) protecting existing populations; 2) managing for habitat into the future; 3) managing threats; 4) monitoring population and habitat; and, 5) building partnerships to facilitate recovery.

Recovery Goal:  The ultimate goal of the Recovery Plan is to recover owl populations to the point that the owl can be removed from the Federal list of endangered and threatened species.  Success of the Recovery Plan hinges on the commitment and coordination among the Mexican government, U.S. Federal and state land-management organizations, sovereign Indian nations, and the private sector to ensure that the proposed population and habitat monitoring are implemented.  Without careful and rigorous application of the proposed population monitoring, there would be no objective basis for delisting the owl.  Under the proposed recovery criteria, the owl could be delisted within 10 years of implementing the revised Recovery Plan, though we acknowledge that this is an ambitious goal.

Recovery Objectives:  To support the Mexican spotted owl throughout its range into the foreseeable future, and to maintain habitat conditions necessary to provide roosting and nesting habitat for the Mexican spotted owl.

Recovery Criteria:  Two criteria (addressing Listing Factors A, C, and E) must be met before the Mexican spotted owl can be delisted:

1.  *Owl occupancy rates must show a stable or increasing trend after 10 years of monitoring*.  The study design to verify this criterion must have a power of 90% (Type II error rate $\beta$ = 0.10) to detect a 25% decline in occupancy rate over the 10-year period with a Type I error rate ($\alpha$) of 0.10.  The monitoring approach recommended in Part V.B and in Appendix E describes a framework for accomplishing these study objectives.

2.  *Indicators of habitat conditions (key habitat variables) are stable or improving for 10 years in roosting and nesting habitat* (for key habitat variables, see Table C.2 or C.3 in Appendix C).  Habitat monitoring should be conducted concurrently with owl occupancy monitoring.  Trends in all key habitat variables must be shown stable or increasing with a power of 90% (Type II error rate $\beta$ = 0.10) to detect a 25% decline over the 10-year period with a Type I error rate ($\alpha$) of 0.10.

To delist the owl, we recommend both criteria be met.  Once the two criteria have been met, we would then review the regulations and known distribution of Mexican spotted owls to determine if the delisting process should proceed.  At this time, we cannot describe the future desired distribution of owls across their range.  For example, changes in the species' range may occur due to factors such as climate change which could result in shifts in the owl population to the

VII

BLM_0071438

northern portion of its range. In addition, anthropogenic and non-anthropogenic threats to the Mexican spotted owl must be sufficiently moderated and/or regulated for the foreseeable future, as evidenced by the best scientific information available. The best scientific information is derived from research, management experiments, and monitoring conducted at the appropriate scales and intensity. An analysis of the five ESA listing factors must be conducted to verify that threat levels are acceptable for likely persistence of owl populations into the future.

Actions Needed: Actions required to ensure the recovery of the Mexican spotted owl include:

1. *Management.* Given that the owl is a widespread subspecies with a disjunct and somewhat fragmented distribution, management of the owl and its habitat must be conducted at the landscape scale. Landscape modeling and analysis are critical in evaluating the distribution of owls and habitats, identifying areas where threats are greatest, and then applying Recovery Plan recommendations in such a way as to sustain and improve owl habitat. Three levels of management are recommended in this Recovery Plan:

- Protected Activity Centers (PACs). PACs encompass a minimum of 600 acres surrounding known owl nest/roost sites. Management recommendations are most conservative within PACs, but by no means advocate a "hands-off" approach. The Recovery Team recognizes situations exist where management is needed to sustain or enhance desired conditions for the owl, including fire-risk reduction, as well as monitoring owl response. Mechanical treatments in some PACs may be needed to achieve these objectives; determining which PACs may benefit from mechanical treatments requires a landscape analysis to determine where the needs of fire risk reduction and habitat enhancement are greatest. PACs are the only form of protected habitat included in this revised Plan.

- Recovery habitat. This habitat is primarily ponderosa pine-Gambel oak, mixed-conifer, and riparian forest that either currently is, or has the potential for becoming, nest/roost habitat or does or could provide foraging, dispersal, or wintering habitats. Nesting/roosting habitat typically occurs either in well-structured forests with high canopy cover, large trees, and other late seral characteristics, or in steep and narrow rocky canyons formed by parallel cliffs with numerous caves and/or ledges within specific geologic formations. Ten to 25 percent of forested recovery habitat should be managed as recovery nest/roost habitat varying by forest type and Ecological Management Unit (EMU) (formerly called Recovery Units). This habitat should be managed to replace nest/roost habitat lost due to disturbance (e.g., fire) or senescence and to provide additional nest/roost habitat to facilitate recovery of the owl. The remainder of forested recovery habitat should be managed for other needs (such as foraging, dispersing, or wintering) provided that key habitat elements are retained across the landscape.

- Other forest and woodland types, such as ponderosa pine forest, spruce-fir forest, and pinyon-juniper woodland. No specific management is suggested for these habitat types, recognizing that current emphasis for sustainable and resilient forests should be compatible with needs of the owl.

VIII

BLM_0071439

2. *Monitoring*.  As management proceeds, monitoring assesses the efficacy of management actions.  Thus, it is critically important to monitor owl populations and habitat to determine whether both are stable or improving.  Monitoring population trends provides a real-time assessment of the owl's status, whereas habitat monitoring allows us to predict if there will be adequate habitat to support a viable owl population in the future.  As a surrogate for evaluating trends in actual owl numbers, owl occupancy will be monitored at a sample of fixed sites randomly selected throughout the U.S. range of the Mexican spotted owl.  We also recommend that Mexico undertake a monitoring effort consistent with the one recommended for the U.S.  No specific design is proposed for monitoring habitat, although Forest Inventory and Assessment data might have application to the owl.  Combining owl occupancy and habitat monitoring provides an opportunity to examine relationships between habitat features and owl populations to assess whether a review of current management is warranted.

3. *Research.*  The Recovery Team used available data, published papers, unpublished reports, and scientific expertise covering the U.S. and Mexico when developing the Recovery Plan.  During the process, it became clear that critical knowledge gaps exist.  Four general areas require additional research: 1) habitat relationships, 2) biological interactions, 3) population structure, and 4) ecosystem structure.  Under each of these subjects, the Recovery Team has provided specific research recommendations.  This research would increase our understanding of the effects of the Recovery Plan management recommendations on the owl and ecosystem composition, structure, and function.

4. *Implementation.*  An implementation schedule is provided that details recovery tasks, the entities responsible for implementing them, and the estimated costs.  The Recovery Team recommends that a working team be assembled for each EMU to oversee implementation and to provide feedback on successes and failures of the Recovery Plan.

Estimated Date and Cost to Recovery:

Estimated date:  2022

Total Cost of Recovery (minimum):  $42,628,000

Costs, in thousands of dollars:

| Year | Minimum Cost ($1000s) |
|------|----------------------|
| 2013 | 3,770 |
| 2014 | 3,707 |
| 2015 | 3,687 |
| 2016 | 3,687 |
| 2017 | 3,687 |
| 2018 - 2022 | 24,110 |

Date of Recovery:  The date of recovery for the Mexican spotted owl is estimated at 2022 if actions delineated in this recovery plan are implemented.

IX

**RESUMEN EJECUTIVO**

Estado actual de la especie:  En 1993, el Servicio de Pesca y Vida Silvestre de los Estados Unidos (FWS, por sus siglas en inglés) incluyó al búho moteado mexicano en la categoría de amenazado en el Acta de Especies Amenazadas (ESA, por sus siglas en inglés).  En 2004 se designaron aproximadamente 3.5 millones de hectáreas (8.6 millones de acres) de hábitat crítico para la especie en terrenos federales en Arizona, Colorado, Nuevo México y Utah (69 FR 53182).  Dentro de sus límites, cada hábitat crítico sólo incluye hábitats protegidos y restringidos definidos en el Plan de Recuperación del Búho Moteado Mexicano, concluido en 1995.  El número de prioridad de recuperación de la especie es 9C, de acuerdo a las Directrices para Enlistado y Priorización de la Recuperación de Especies En Peligro y Amenazadas (48 FR 43098).  El búho moteado mexicano tiene la categoría de prioridad de recuperación 9C debido al grado moderado de sus amenazas, su alto potencial de recuperación, su clasificación taxonómica como subespecie, y su conflicto con la construcción y otras actividades productivas.  Estudios elaborados a partir de la elaboración del Plan de Recuperación en 1995 han incrementado nuestro conocimiento sobre la distribución del búho, aunque no necesariamente sobre su abundancia.  Un sitio con presencia de búhos es un área usada repetidamente para anidamiento, perchado o forrajeo por un individuo o una pareja de búhos (Recuadro 1).  Para esta revisión, el Equipo de Recuperación compiló información sobre 1,301 sitios con presencia de búhos registrados a la fecha en la porción estadounidense del rango de distribución de esta especie (Tabla II.1; Tabla B.1 en el Apéndice B).  Este incremento se debe principalmente a los resultados de información generada en áreas no estudiadas previamente (parques nacionales en el sur de Utah, el Gran Cañón en Arizona, Parque Nacional Guadalupe y Montañas de Guadalupe en el sureste de Nuevo México y el oeste de Texas, el Monumento Nacional del Dinosaurio en Colorado, y el Bosque Nacional de Cíbola en Nuevo México), que resultó en la adición de pocos sitios nuevos a los registrados previamente en los bosques nacionales.  Por esta razón, no es posible inferir incrementos en la abundancia a partir de estos datos.

Requisitos de hábitat y factores limitantes:  Las dos razones principales para incluir al búho moteado mexicano en la lista de especies amenazadas en 1993 fueron: alteración histórica de su hábitat como resultado de las prácticas de manejo para producción de madera y la amenaza continua de estas prácticas presentes en los planes de manejo existentes para los bosques nacionales.  El riesgo de incendios catastróficos fue citado como una amenaza en aquel momento.  A partir de la publicación de Plan de Recuperación de 1995, se ha obtenido nueva información sobre la biología, amenazas y requerimientos de hábitat del búho moteado.  Las principales  amenazas a las poblaciones  en Estados Unidos (pero aparentemente no en México) han cambiado al aprovechamiento forestal al incremento del riesgo de incendios forestales catastróficos.  El reciente manejo forestal ahora enfatiza la función ecológica sustentable, y un regreso a los regímenes de fuegos previos a los asentamientos, en ambos casos son más compatibles con el mantenimiento de las condiciones de hábitat de la especie que el régimen de manejo practicado en el momento en que se enlistó.  Desde 1995 hasta la actualidad los bosques del suroeste de los Estados Unidos han experimentado incendios catastróficos más grandes y severos que aquéllos registrados en el pasado.  La variación climática combinada con condiciones no saludables del bosque pueden sinérgicamente resultar en un aumento de efectos negativos en el hábitat debido a incendios.  La intensificación de ciclos de sequia naturales y el estrés resultante en el hábitat de bosque densos podría resultar en incendios aún mas grandes y

X

BLM_0071441

severos en hábitat del búho.

Los Planes de los Bosques Nacionales de la Región 3 fueron editados en 1996 para incorporar recomendaciones de manejo presentadas en el Plan de Recuperación del Búho Moteado Mexicano de 1995. Desde que el Plan de Recuperación fue publicado, nuestro conocimiento se ha incrementado. Dados estos cambios y nueva información, se volvió tiempo para reconsiderar y revisar el Plan de 1995. Las recomendaciones contenidas en esta versión revisada del Plan de Recuperación, deberán sustituir a aquellas establecidas en la versión de 1995.

Estrategia de Recuperación: Este Plan de Recuperación presenta metas realistas y obtenibles para la recuperación del búho y su retiro de la lista de especies en peligro de extinción, a través del manejo del hábitat forestal y el monitoreo continuo. Las metas son flexibles, ya que permiten que los manejadores locales tomen decisiones específicas a nivel de sitio. Para realizar la recuperación del búho moteado mexicano, la estrategia de recuperación tiene cinco elementos claves diseñados para conservar la especie en todo su rango de distribución: 1) proteger poblaciones existentes, 2) manejo por el hábitat en el futuro, 3) manejo de amenazas, 4) de poblaciones y hábitat, y 5) construyendo alianzas para facilitar recuperación.

Meta de Recuperación: La meta final del Plan de Recuperación es que las poblaciones de búho sean sostenibles al punto de que la subespecie pueda ser removida de la lista de especies amenazadas y en peligro de extinción.

Sin embargo, el éxito del plan, depende del compromiso y la coordinación entre el gobierno de México, las agencias de manejo de tierras federales y estatales en los EEUU, las naciones indígenas soberanas, y el sector privado. De acuerdo con los criterios de recuperación propuestos en el Pan, el Búho podria ser removido del Acta de Especies Amenazadas, en un periodo de diez años a partir de la implementación de este Plan de Recuperación revisado, aunque se considera una meta ambiciosa.

Objetivos de Recuperación: Apoyar la conservación del búho moteado mexicano a través de su rango de distribución en un futuro predecible, y mantener las condiciones de hábitat necesarias para proporcionar hábitat de perchado y anidamiento a la especie.

Criterios de Recuperación: Para remover al búho moteado mexicano de la lista de especies en peligro de extinción deben de cumplirse dos criterios (relacionados con los Criterios de Enlistado A, C y E):

1.  *Las tasas de ocupación de los búhos deben de mostrar una tendencia estable o incremento después de 10 años.* El diseño de los estudios para verificar este criterio debe de tener una confiabilidad de 90% (tasa de error Tipo II ó $\beta = 0.10$) para detectar una declinación de 25% en la ocupación con una tasa de error Tipo I ($\alpha$) de 0.10. El enfoque del monitoreo recomendado en la Parte V.2 y el Apéndice F describe un marco de trabajo para alcanzar los objetivos de estos estudios.

2.  *Los indicadores de las condiciones de hábitat (variables clave de hábitat) son estables y mejorando por10 años en el hábitat de perchado y anidamiento (por las variables clave*

XI

BLM_0071442

de hábitat ver Tabla C.2 o C.3 el Apéndice C). El monitoreo de hábitat deberá llevarse a cabo de forma simultánea con el monitoreo de ocupación de hábitat del búho. Las tendencias de todas las variables clave de hábitat deberán de tener valores estables o incrementar con una confiabilidad del 90% (tasa de error Tipo II β = 0.10) para detectar una declinación de 25% con una tasa de error Tipo I (α) de 0.10. .

Para remover el búho de la lista de especies amenazadas y en peligro de extinción, recomendamos que se cumpla con ambos criterios. Al cumplirse los dos criterios, revisaríamos los reglamentos y la distribución conocida del búho moteado mexicano para determinar si la remoción debe proceder. En este momento no podemos describir la futura deseada distribución del búho a través de su rango. Por ejemplo, cambios en la distribución de la especie podrán ocurrir debido a factores como el cambio climático, el cual podría resultar en un desplazamiento en la población del búho hacia la parte norte de su rango. Además, las amenazas para la especie, antropogénicas y no antropogénicas, deberán de ser moderadas o reguladas lo suficiente en el futuro inmediato con base en mejor información científica disponible. Esta información científica deriva de experimentos de investigación, experimentos de manejo y monitoreo conducido a escalas e intensidades adecuadas. Se deberá llevar a cabo un análisis de los cinco factores de la inclusión en el listado de especies amenazadas, para verificar que los niveles de amenaza son aceptables para incrementar la probabilidad de persistencia en el futuro de las poblaciones de búhos moteados mexicanos.

<u>Acciones necesarias</u>: Las acciones requeridas para asegurar la recuperación del búho moteado mexicano incluyen:

1. *Manejo.* Dado que el búho es una especie generalista con una distribución dispersa y algo fragmentada, su manejo debe de tener un enfoque de paisaje. Los modelos y análisis de paisaje son críticos para la evaluación de la distribución del búho y su hábitat, identificando áreas en las que las amenazas son mayores, utilizando las recomendaciones del plan de forma que se mantenga y mejore el hábitat del búho. Tres niveles de manejo son recomendados en el Plan de Recuperación:

- Centros de Actividades de Protección (PACs, por sus siglas en inglés). Estos cubren aproximadamente 600 acres alrededor de sitios con presencia de búhos. Las medidas de manejo son en su mayoría conservadoras, lo cual no significa avocarse a una aproximación "manos fuera". El Equipo de Recuperación reconoce que existen situaciones en las que es necesario desarrollar actividades de manejo para mantener o mejorar las condiciones deseadas para el búho, incluyendo la reducción del riesgo de incendios, y el monitoreo de la respuesta del búho. Tratamientos mecánicos pueden ser requeridos en algunos PAC's para lograr estos objetivos; para determinar cuáles PAC's pueden beneficiarse de estos tratamientos, se requiere efectuar un análisis del paisaje que identifique las zonas donde más se requiere reducción de riesgo de incendios y mejoramiento de hábitat. PACs son el único tipo de hábitat protegido que se incluye en este Plan revisado.

- Hábitat de recuperación. Estos son principalmente bosques de pino Ponderosa-encino de Gambel, coníferas mixtas y bosques riparios que tienen potencial para convertirse en

BLM_0071443

hábitat de anidamiento y perchado o para proporcionar hábitat de forrajeo, dispersión o hibernación.  Hábitat de anidamiento y perchado usualmente ocurre en bosques bien estructurados con una copa alta, árboles grandes, y otras características de sucesiones tardías, o en cañones rocosas muy inclinadas y angostas formados por acantilados paralelos con varias cuevas y/o salientes dentro de formaciones geológicas muy específicas.  De un 10 a 25% del hábitat de bosque de recuperación deberá de ser manejado como reemplazo del hábitat de anidación y perchado, con variaciones de acuerdo al tipo de bosque y la Unidad Ecológica de Manejo (EMU, por sus siglas en inglés).  Este hábitat debe de ser manejado como si fuese un remplazo del hábitat de anidación y percha perdido debido a la perturbación (e.g. por incendios) o a su antigüedad y con el fin de proveer hábitat de anidación y percha adicional, facilitando así la recuperación del búho moteado. El remanente de hábitat del bosque recuperado  puede manejarse para otras necesidades, siempre y cuando se mantengan elementos clave del hábitat a lo largo del paisaje.

- Otros tipos de bosque y vegetación forestal, como bosque de pino ponderosa, picea-abeto y pino piñonero-junípero.  No existen recomendaciones especificas para estos tipos de bosque, reconociendo que el énfasis actual para la restauración ecológica debe de ser compatible con las necesidades de los búhos.

2. *Monitoreo*.  A medida que se avanza en el manejo, el monitoreo permite evaluar la eficacia de las acciones.  El monitoreo del estado de las poblaciones de búhos y su hábitat es critico para determinar si éstas son estables o mejoran.  El monitoreo del estado de la población proporciona una evaluación en tiempo real de la situación del búho, mientras que el monitoreo del hábitat permite determinar a futuro, si habrá hábitat adecuado para mantener poblaciones viables de búhos.  Para sustituir la evaluación de tendencias a través de cifras reales de las poblaciones de búhos, su ocupación será monitoreada a través de una muestra de sitios fijos seleccionados aleatoriamente a lo largo del rango de distribución del búho en los Estados Unidos.  También recomendamos que México inicie un esfuerzo de monitoreo consistente con el recomendado en los Estados Unidos. No se proporciona un diseño específico para el monitoreo de hábitat, aunque los datos de la Evaluación e Inventario Forestal podrá tener aplicaciones para búho.  La combinación de los modelos de ocupación del búho y el monitoreo de su hábitat proporciona una oportunidad para examinar relaciones entre las características del hábitat y las poblaciones de la especie para indicar si se justifica la revisión del manejo actual.

3. *Investigación*.  El Equipo de Recuperación utilizó los datos disponibles, artículos científicos publicados, reportes no publicados e información de expertos científicos en los Estados Unidos y México para el desarrollo del Plan de Recuperación.  Durante el proceso, se determinó que existen vacíos críticos de conocimiento.  Cuatro áreas generales que requieren investigación adicional en los Estados Unidos son: 1) relaciones de hábitat, 2) interacciones biológicas, 3) estructura de las poblaciones, y 4) estructura de los ecosistemas.  Dentro de estas áreas generales existen recomendaciones definidas por el equipo de recuperación, de investigación para entender mejor los efectos de la implementación de las recomendaciones de manejo sobre los búhos y la composición, estructura y función de los ecosistemas.

XIII

BLM_0071444

4. *Implementación*.  Un calendario de implementación es proporcionado con detalles de las tareas de recuperación, las entidades responsables de su implementación y los costos estimados. El Equipo de Recuperación  recomienda que un equipo de trabajo sea conformado para cada EMU, para para supervisar la y proporcionar retroalimentación en los éxitos y fracasos del Plan de Recuperación.

Fecha y Costos Estimados de la Recuperación:

Fecha aproximada:  2022

Costo total de la Recuperación (mínimo):  $42,628,000

Costos, en miles de dólares

| Año | Costo mínimo (miles de USD) |
|---|---|
| 2013 | 3,770 |
| 2014 | 3,707 |
| 2015 | 3,687 |
| 2016 | 3,687 |
| 2017 | 3,687 |
| 2018 - 2022 | 24,110 |

Fecha de recuperación:  La fecha de recuperación del búho moteado mexicano se estimada para el 2022 si las acciones indicadas en este plan de recuperación son implementadas.

XIV

BLM_0071445

# Table of Contents

**DISCLAIMER**.................................................................................................................III
**LITERATURE CITATION OF THIS DOCUMENT SHOULD READ AS FOLLOWS:**...III
**ADDITIONAL COPIES MAY BE OBTAINED FROM:**....................................................III
**ACKNOWLEDGMENTS** .................................................................................................IV
**EXECUTIVE SUMMARY** ............................................................................................... VI
**RESUMEN EJECUTIVO** ................................................................................................. X
**PART I.    RECOVERY PLANS AND PLAN REVISIONS**.................................................. 1
**A. Recovery Plans** .......................................................................................................... 1
**B. Recovery Teams**.......................................................................................................... 1
**C. Recovery Plan Revisions**............................................................................................ 1
**D. Revised Mexican Spotted Owl Recovery Plan** ......................................................... 2
**E. Primary Differences From the 1995 Recovery Plan** ................................................. 2
**F. Final Remarks on this Recovery Plan** ....................................................................... 3
**PART II.    BACKGROUND** ............................................................................................. 4
**A. Taxonomy** ................................................................................................................. 4
**B. Description** ................................................................................................................ 5
1.  Appearance ..................................................................................................................5
2.  Vocalizations...............................................................................................................5
**C. Distribution**.............................................................................................................. 6
1.  Ecological Management Units (EMUs).......................................................................7
    a.  United States ......................................................................................................7
        i.  Colorado Plateau (CP)................................................................................10
        ii.  Southern Rocky Mountains (SRM) ............................................................11
        iii.  Upper Gila Mountains (UGM) ..................................................................12
        iv.  Basin and Range-West (BRW)..................................................................12
        v.  Basin and Range-East (BRE)....................................................................14
    b.  Mexico ..............................................................................................................20
        i.  Sierra Madre Occidental-Norte..................................................................22
        ii.  Sierra Madre Oriental-Norte.....................................................................22
        iii.  Sierra Madre Occidental-Sur ...................................................................23
        iv.  Sierra Madre Oriental-Sur ........................................................................23
        v.  Eje Neovolvanico.......................................................................................23
**D. Habitat Use** ............................................................................................................. 25
1.  Nesting and Roosting Habitat ...................................................................................25
2.  Foraging Habitat ........................................................................................................26
3.  Home Range and Territoriality ..................................................................................26
4.  Juvenile Dispersal .....................................................................................................26
5.  Migration and Wintering Areas .................................................................................27
6.  Key Habitat Variables ...............................................................................................27
**E. Life History** ............................................................................................................. 27
1.  Prey27
2.  Reproductive History .................................................................................................28
3.  Fatality Factors..........................................................................................................29

XV

BLM_0071446

F.  Population Trends ........................................................................................................... 30
G.  Critical Habitat ........................................................................................................... 31
H.  Threats and Threats Assessment ................................................................................ 32
1.  Reasons for Listing ...................................................................................................... 32
    a.  Present or Threatened Destruction, Modification, or Curtailment of the Mexican Spotted Owl's Habitat or Range (Factor A) ...................................................................... 32
    b.  Overutilization for Commercial, Recreational, Scientific, or Educational Purposes (Factor B) ............... 33
    c.  Disease or Predation (Factor C) ....................................................................... 33
    d.  Inadequacy of Existing Regulatory Mechanisms (Factor D) ........................................ 33
    e.  Other Natural or Manmade Factors Affecting the Mexican Spotted Owl's Continued Existence (Factor E) ................................................................................................... 33
2.  Federal Actions Affecting the Mexican Spotted Owl ................................................... 33
3.  Factors Affecting the Mexican Spotted Owl in the United States ................................ 34
    a.  Present or Threatened Destruction, Modification, or Curtailment of the Mexican Spotted Owl's Habitat or Range (Factor A) ...................................................................... 34
        i.   Stand-replacing Fire ........................................................................ 35
        ii.  Fire Suppression ............................................................................ 36
        iii. Burned Area Response ...................................................................... 37
        iv.  Wildland Urban Interface (WUI) Treatments ....................................... 37
        v.   Silvicultural Treatments ................................................................. 39
        vi.  Insects and Disease ........................................................................ 40
        vii. Grazing ........................................................................................ 42
        viii. Energy Development ...................................................................... 44
        ix.  Roads and Trails ............................................................................ 45
        x.   Land Development ......................................................................... 45
        xi.  Recreation .................................................................................... 47
        xii. Water Development ........................................................................ 48
    b.  Overutilization for Commercial, Recreational, Scientific, or Educational Purposes (Factor B) ............... 49
        i.   Commercial Exploitation ................................................................ 49
        ii.  Recreational Exploitation ............................................................... 49
        iii. Scientific Exploitation ................................................................... 50
        iv.  Educational Exploitation ................................................................ 50
    c.  Disease or Predation (Factor C) ....................................................................... 50
        i.   West Nile Virus (WNV) ................................................................. 50
        ii.  Predation ..................................................................................... 51
    d.  Inadequacy of Existing Regulatory Mechanisms (Factor D) ........................................ 52
        i.   National Fire Plan and Policy ......................................................... 52
        ii.  Healthy Forests Initiative .............................................................. 53
        iii. Healthy Forests Restoration Act of 2003 .......................................... 53
        iv.  Omnibus Public Land Management Act of 2009, Title IV Forest Landscape Restoration Act ........... 54
        iiv. Stewardship Contracting Authority ................................................. 55

XVI

e. Other Natural or Manmade Factors Affecting the Mexican Spotted Owl's Continued Existence (Factor E) ................................................................................................................................................................55

  i. Noise and Disturbance .................................................................................................................55

  ii. Barred Owls ................................................................................................................................56

  iii. Direct Fatalities ........................................................................................................................58

  iv. Climate Change .........................................................................................................................58

4. Factors Affecting the Status of the Mexican Spotted Owl in Mexico .....................................62

**B. Crosswalk Between Threats and Management Recommendations................................. 63**

**PART III.    RECOVERY STRATEGY, GOAL, OBJECTIVES, AND RECOVERY CRITERIA  68**

**A. Recovery Strategy ....................................................................................................... 68**

**B. Recovery Goal............................................................................................................... 68**

**C. Recovery Objectives..................................................................................................... 69**

**D. Objective and Measurable Recovery Criteria............................................................ 69**

**E. The Delisting Process ................................................................................................... 70**

**F. Post-Delisting Monitoring............................................................................................ 71**

**PART IV.      RECOVERY PROGRAM................................................................................ 74**

**A. Recovery Action Outline and Narrative ..................................................................... 74**

**PART V.       IMPLEMENTATION AND OVERSIGHT ...................................................... 81**

**A. Implementation Schedule ............................................................................................ 81**

**B. Population and Rangewide Habitat Monitoring Procedures ..................................... 93**

1. Monitoring Mexican Spotted Owl Occupancy Rates ...............................................................94

  a. Steps to Population Monitoring ...................................................................................................94

  b. Time Period for Population Monitoring .......................................................................................95

2. Monitoring Mexican Spotted Owl Rangewide Habitat ...........................................................96

**C. Ecological Management Unit Working Teams ............................................................ 96**

**D. Continuing Duties of the Recovery Team ................................................................... 97**

**E. Centralized Mexican Spotted Owl Information Repository ....................................... 97**

**F. Research Needs ............................................................................................................. 97**

1. Habitat and Demography ...........................................................................................................98

2. Biological Interactions ...............................................................................................................99

3. Population Structure ................................................................................................................100

4. Ecosystem Function .................................................................................................................100

**PART VI.    LITERATURE CITED ................................................................................... 102**

**APPENDIX A - RECOVERY TEAM MEMBERSHIP......................................................... 153**

**APPENDIX B - ECOLOGY OF THE MEXICAN SPOTTED OWL .............................. 158**

**1. Taxonomy and Genetics ......................................................................................... 158**

A. Systematics................................................................................................................158

B. Genetic Structure of Mexican Spotted Owl Populations .......................................161

**2. Description............................................................................................................... 162**

A. Appearance................................................................................................................162

B. Vocalizations.............................................................................................................164

**3. Distribution............................................................................................................. 165**

**4. Habitat Use .............................................................................................................. 169**

A. Landscape Scale ........................................................................................................169

XVII

B. Home Range Scale ..................................................................................................172
C. Microhabitat Features.............................................................................................182
D. Summary of Habitat Use.........................................................................................184
E. Habitat Models.......................................................................................................186
F. Disturbance Ecology and Owl Habitat ....................................................................193
**5. Prey Ecology ....................................................................................................... 210**
A. Hunting Behavior ...................................................................................................210
B. Diet and Prey Selection ...........................................................................................210
C. Prey Habitat............................................................................................................212
**6. Population Ecology ............................................................................................ 213**
A. Abundance ..............................................................................................................213
B. Life History Strategy ...............................................................................................217
C. Reproductive Biology and Rates..............................................................................218
D. Survival Rates .........................................................................................................221
E. Environmental Variation and Vital Rates ...............................................................223
F. Fatality Factors .......................................................................................................227
G. Other Ecological Interactions..................................................................................231
H. Climate Change.......................................................................................................235
**7. Movements and Migration ............................................................................... 238**
A. Seasonal Migration .................................................................................................238
B. Dispersal.................................................................................................................242
**8. Metapopulation Ecology................................................................................... 244**
**9. Conclusions....................................................................................................... 247**
**APPENDIX C - MANAGEMENT RECOMMENDATIONS.................................... 249**
**1. Assumptions and Guiding Principles ............................................................... 249**
**2. Definitions of Forest Types and Canyon Habitat............................................ 250**
a. Forest Types ............................................................................................................250
b. Recovery Plan Definitions for Forest Types.............................................................251
    i. Ponderosa Pine (Pinus ponderosa) Forest Type.................................................251
    ii. Pine-oak Forest Type........................................................................................252
    iii. Mixed-conifer Forest Type ...............................................................................252
    iv. High-elevation Forest Type...............................................................................253
    v. Quaking Aspen Forest Type ..............................................................................253
    vi. Riparian Forest Type.........................................................................................253
c. Key to Forest Types Referenced in the Recovery Plan.............................................254
d. Defininition of Rocky-Canyon Habitat....................................................................256
**3. General Management Recommendations........................................................ 257**
a. Protected Activity Centers (PACs) ...........................................................................258
    i. Where Should PACs Be Established?..................................................................258
    ii. How Should PACs and Core Areas Within PACs Be Established? ......................260
    iii. What Activities Are Allowed in PACs Outside of Core Areas? ...........................261
    iv. What Activities Are Allowed Within Nest/Roost Core Areas in PACs?...............262
    v. Should Salvage Logging Occur in PACs Impacted by Disturbance? ....................263
    vi. Can PACs Be Decommissioned?........................................................................264

XVIII

    vii.  How Can PACs Be Decommissioned?.................................................................................264

    viii.  Rationale Underlying PAC Guidelines..............................................................................265

 b.  Recovery Habitat ..................................................................................................................265

    i.  Forested Recovery Habitat ...........................................................................................266

    ii.  Riparian Recovery Habitat .........................................................................................270

 c.  Other Forest and Woodland and Other Riparian Forest Types.............................................271

**4.  Threat-specific Management Recommendations ............................................................ 286**

 a.  Fire Management ..................................................................................................................286

    i.  Wildland fire Suppression ...........................................................................................286

    ii.  Burned Area Emergency Response (BAER - FS), Burned Area Emergency Stabilization (ES-DOI) and Burned Area Rehabilitation (BAR-DOI)...........................................................................................287

    iii.  Prescribed Fire, Hazardous Fuels Treatments, and Wildland Urban Interface (WUI). ..........................287

 b.  Insects and Disease ..............................................................................................................288

 c.  Grazing .................................................................................................................................289

 d.  Energy-Related Development ...............................................................................................291

 e.  Land Development ................................................................................................................292

 f.  Water Development ..............................................................................................................292

 g.  Recreational Exploitation ....................................................................................................293

 h.  Recreation Disturbance ........................................................................................................293

 i.  Scientific Exploitation .........................................................................................................294

 j.  Noise.....................................................................................................................................295

 k.  Climate Change....................................................................................................................296

 l.  West Nile Virus ...................................................................................................................298

**APPENDIX D - MEXICAN SPOTTED OWL SURVEY PROTOCOL ............................ 299**

**INTRODUCTION...................................................................................................................... 299**

**MEXICAN SPOTTED OWL SURVEY PROTOCOL ......................................................... 301**

**1.  Survey Design ..................................................................................................................... 301**

**2.  Survey Methods.................................................................................................................. 302**

**3.  Number and Timing of Surveys........................................................................................ 304**

**4.  Methods After Detecting a Mexican Spotted Owl .......................................................... 306**

**5.  Conducting Daytime Follow-up Surveys ......................................................................... 307**

**6.  Methods If Mexican Spotted Owls Are Located on a Daytime Follow-up Visit ........... 308**

**7.  Determining Status from Nighttime Surveys and Daytime Follow-up Visits ............... 309**

**8.  Determining Nesting Status and Reproductive Success ................................................. 310**

**9.  Annual Reporting............................................................................................................... 312**

**10.  Disposition of Dead, Injured, or Sick Mexican Spotted Owls....................................... 313**

**11.  Glossary for Appendix D - Survey Protocol ................................................................... 315**

**12.  Literature Cited for Appendix D - Survey Protocol ...................................................... 319**

**13.  Suggested Reading for Appendix D – Survey Protocol .................................................. 320**

**14.  Mexican Spotted Owl Survey Protocol Outline ............................................................. 321**

**APPENDIX E - POPULATION AND RANGEWIDE HABITAT MONITORING PROCEDURES.......................................................................................................................... 323**

**1.  Population Occupancy Modeling ...................................................................................... 323**

**2.  Potential Experiments ....................................................................................................... 333**

**3.  Alternative Designs for Occupancy Modeling................................................................. 334**

XIX

4. **Rangewide Habitat Monitoring** ............................................................................. 335
5. **Relating Habitat and Owl Occupancy Modeling** ...................................................... 337
6. **Conclusions** ...................................................................................................... 338
**APPENDIX F - LAWS, REGULATIONS, AND AUTHORITIES FOR RECOVERY PLAN IMPLEMENTATION** ............................................................................................... 339
1. **Endangered Species Act** ....................................................................................... 339
2. **National Forest Management Act** ........................................................................... 342
3. **National Environmental Policy Act** ........................................................................ 343
4. **Migratory Bird Treaty Act (MBTA)** ....................................................................... 344
5. **Tribal Lands** ...................................................................................................... 344
6. **State and Private Lands** ....................................................................................... 344
7. **Mexico** .............................................................................................................. 344
**APPENDIX G - CONSERVATION MEASURES AND MANAGEMENT IN THE UNITED STATES AND MEXICO** ................................................................................. 348
1. **United States** ..................................................................................................... 348
a. Federal agencies ..................................................................................................... 348
    i. Fish and Wildlife Service ..................................................................................... 348
    ii. Forest Service ................................................................................................... 348
    iii. National Park Service (NPS) .............................................................................. 350
    iv. Bureau of Land Management (BLM) ..................................................................... 358
    v. Department of Defense (DOD) .............................................................................. 360
    vi. Department of Energy ........................................................................................ 362
b. States ..................................................................................................................... 363
    i. Arizona ............................................................................................................ 363
    ii. Colorado ......................................................................................................... 363
    iii. New Mexico .................................................................................................... 364
    iv. Texas ............................................................................................................. 365
    v. Utah ............................................................................................................... 365
c. Tribes ..................................................................................................................... 365
    i. Mescalero Apache Tribe (New Mexico) ................................................................. 366
    ii. San Carlos Apache Tribe (Arizona) ...................................................................... 366
    iii. Jicarilla Apache Tribe (New Mexico) ................................................................... 367
    iv. Navajo Nation (Arizona, New Mexico, Utah) ......................................................... 368
    v. Southern Ute (Colorado) ..................................................................................... 368
    vi. Northern and Southern Pueblos Agencies (New Mexico) .......................................... 369
2. **Mexico** .............................................................................................................. 370
a. Protection Status ..................................................................................................... 370
b. Records from Natural Protected Areas (NPAs) ............................................................. 370
c. Binational Conservation Efforts ................................................................................. 370
**APPENDIX H - ACRONYMS USED IN THE RECOVERY PLAN** ................................. 374
**APPENDIX I - LATIN NAMES FOR COMMON NAMES USED IN THE TEXT** ........... 376
**APPENDIX J - GLOSSARY** ....................................................................................... 379
**APPENDIX K – MOUNTAIN-PRAIRIE REGION (REGION 6) CONCURRENCE** ...... 392

BLM_0071451

**LIST OF BOXES** (Box labels beginning with Roman numerals are found in the corresponding Recovery Plan Part; those beginning with a capital letter are found in the corresponding Appendix):

Box III.1: Balancing conflicting risks: mechanical treatments in owl habitat
Box B.1: Habitat of canyon-dwelling Mexican spotted owls
Box B.2: Magnitude and Severity of Wildland Fire in Mexican spotted owl Habitat
Box C.1: Defining owl sites
Box C.2: Spatial interpretation of Mexican spotted owl management guidelines
Box C.3: High-elevation mixed conifer forest
Box C.4: Criteria useful in designating core areas in the absence of next locations
Box C.5: Assessing treatment activities within PACs, outside of core areas
Box C.6: Defining and using reference conditions for Mexican spotted owl nesting/roosting habitat

**LIST OF FIGURES** (Figure labels beginning with Roman numerals are found in the corresponding Recovery Plan Part; those beginning with a capital letter are found in the corresponding Appendix):

Figure II.1: Map of Ecological Management Units (EMUs) in the United States
Figure II.2: Map of Colorado Plateau EMU
Figure II.3: Map of Southern Rocky Mountains EMU
Figure II.4: Map of Upper Gila Mountains EMU
Figure II.5: Map of Basin and Range - West EMU
Figure II.6: Map of Basin and Range - East EMU
Figure II.7: Map of Ecological Management Units in Mexico
Figure II.8: Photograph of Mexican spotted owl sites within rocky-canyon habitat
Figure B.1: Range map of 3 subspecies of spotted owls
Figure B.2: Photographs of spotted (adult and juvenile) and barred owls
Figure B.3: Photographs of tail feathers at different ages
Figure B.4: Map of occupied areas in 5 EMUs in U.S.
Figure B.5: Maps of predicted Mexican spotted owl habitat and management guidelines
Figure B.6: Maps of predicted Northern goshawk habitat and species diversity of other breeding birds
Figure D.1: Generalized reproductive chronology for Mexican spotted owls
Figure E.1: Owl monitoring detection probabilities
Figure E.2: Standard error of site occupancy rate estimates

**LIST OF TABLES** (Table labels beginning with Roman numerals are found in the corresponding Recovery Plan Part; those beginning with a capital letter are found in the corresponding Appendix):

Table II.1: Known owl sites in U.S. and Mexico by EMU as of 2011
Table IV.1: Crosswalk Between Threats and Management Recommendations

BLM_0071452

Table V.1: Implementation schedule
Table B.1: Site records by EMU and land ownership
Table B.2: Characteristics of study areas where radio-marked Mexican spotted owls were monitored
Table B.3: Size of home ranges or activity centers during breeding and non-breeding seasons
Table B.4: Spatial overlap among seasonal activity centers
Table B.5: Summary of estimates of reproductive output
Table B.6: Summary of estimates of annual survival
Table B.7: Estimates of adult annual survival
Table B.8: Numbers of radio-marked Mexican spotted owls migrating during winter
Table B.9: Distance, duration, elevation of movements by migrating Mexican spotted owls
Table C.1: Summary of management actions in cores, PACs, and recovery habitats
Table C.2: Key habitat variables and desired conditions
Table C.3: Minimum desired conditions for for recovery nesting/roosting habitat
Table G.1: Cumulative range-wide number of breeding sites occupied at least once in the United States since 1989 by land ownership
Table G.2: Amount of area within each Ecological Management Unit in the United States by land jurisdictions/ownerships
Table G.3: Federal and State Protected Areas in Mexico with records of Mexican spotted owl
Table G.4: Protected Areas in Mexico with potential distribution of Mexican spotted owl

BLM_0071453

## PART I.  RECOVERY PLANS AND PLAN REVISIONS

### A.  Recovery Plans

The purposes of the ESA are to provide a means whereby the ecosystems upon which threatened and endangered species depend may be conserved and to provide a program for the conservation of such threatened and endangered species.  Section 4(f)(1) of the ESA of 1973, as amended (ESA; 16 U.S.C. 1531), requires a recovery plan be prepared for each listed species, unless such plan will not promote its conservation.

Recovery plans describe the process by which the decline of a threatened or endangered species can be reversed and threats to its survival neutralized so that long-term survival can be assured. Section 4(f)(1)(B) of the ESA specifies the contents of a recovery plan.  Sections of this Revised Recovery Plan meeting these requirements are:

1) A description of such site-specific management actions as may be necessary to achieve the Plan's goal for the conservation and survival of the species (Appendix C);

2) Objective, measurable criteria that, when met, would result in a determination that the species be removed from the list (Part III); and,

3) Estimates of the time required and the cost to carry out those measures needed to achieve the Plan's goal and intermediate steps toward that goal (Part V.1).

Recovery plans are neither self-implementing nor legally binding.  Rather, approved recovery plans effectively constitute a FWS guidance document on that listed species or group of species, thereby serving as a logical path from what is known about the species' biology, life history, and threats to a recovery strategy and program.  In some cases, recovery plans are followed by other Federal agencies in order to meet the provisions of 2(c)(1) and 7(a)(1) of the ESA, which require Federal agencies to utilize their authorities in carrying out programs for the conservation of endangered and threatened species.  Agency regulations and policies (e.g., those implementing the National Forest Management Act) may also encourage management under recovery plan guidelines.  In addition, foreign, state, and local governments often follow the recommendations of recovery plans in species-conservation efforts.

### B.  Recovery Teams

To develop scientifically credible recovery plans for listed species, the FWS may appoint recovery teams comprised of scientists and resource specialists with expertise either on the species being considered or with other relevant knowledge.  In the case of the Mexican spotted owl, the FWS appointed the Mexican Spotted Owl Recovery Team (Recovery Team).  A list of Recovery Team members and their areas of expertise can be found in Appendix A.

### C.  Recovery Plan Revisions

The recovery planning guidance states: "A revision is a substantial rewrite of at least a portion of a recovery plan and is usually required if major changes are required in the recovery strategy, objectives, criteria, or actions" (USDC NMFS and USDI FWS 2010).  A revision may be required when new threats to the species are identified, when research uncovers new life history

1

BLM_0071454

traits or threats that have significant recovery ramifications, or when the current plan is not achieving its objectives. In some cases, a revision may be undertaken when a significant amount of time has passed and a number of updates have been completed. Section 4(f)(4) of the ESA requires that, prior to approval of a revised recovery plan, the public shall be notified and allowed the opportunity to review and comment on the revision.

## D. Revised Mexican Spotted Owl Recovery Plan

The subject of this plan is the Mexican spotted owl. The U.S. Department of the Interior (USDI) FWS added the Mexican spotted owl (*Strix occidentalis lucida*; also "owl" and "spotted owl"; scientific names of all organisms are provided in Appendix I) to the List of Threatened and Endangered Wildlife (50 CFR 17.11) as a threatened species, effective 15 April 1993. The Recovery Plan for the Mexican Spotted Owl (Recovery Plan; USDI FWS 1995) was completed by FWS Region 2 (Southwest Region) in December 1995. Since that time, we have acquired new information on the biology, status, distribution, and other aspects of the Mexican spotted owl's life history. This Recovery Plan for the Mexican Spotted Owl, First Revision, revises the 1995 Recovery Plan, incorporating new information on the owl's biology, threats, and recovery needs, and outlines a comprehensive program for its recovery. We intend that this revised Recovery Plan be a stand-alone document. In other words, although the original Recovery Plan is referenced throughout this revised version, everything needed to inform recovery of the Mexcian spotted owl is included herein.

Implementing the recovery actions in the original Recovery Plan has resulted in various updates, clarifications, and changes to Recovery Plan recommendations that will lead the species to recovery (see E, below). There have been changes in land-management emphasis, relevant statutes and regulations, and specific threats to the species necessitating re-examination and, ultimately, further revision of the management recommendations (Appendix C). Population and range-wide habitat monitoring recommendations in the original Recovery Plan have been modified (Part V.B and Appendix E), and the implementation and cost schedule has been updated (Table V.1). A summary of changes and associated rationales are provided below.

## E. Primary Differences From the 1995 Recovery Plan

With new knowledge and experience garnered from implementation of the 1995 Recovery Plan, a number of substantive changes were made in the revision. These include:

Part II:
- Includes an ESA five-factor threats analysis.
- Changes RUs to EMUs to conform to FWS policy.
- Provides a more explicit definition of an owl site.
- Merges Southern Rocky Mountain (SRM)-Colorado and SRM-New Mexico EMUs into one (SRM).
- Revises boundary between Colorado Plateau (CP) and SRM to reflect ecological differences between the two EMUs.
- Extends boundary of Basin and Range East (BRE) EMU into Texas to incorporate verified sightings and suspected habitat.

2

BLM_0071455

- Reduces the size of the Basin and Range West (BRW) EMU by removing much of the western part where there are no records of owls and little, if any, known owl habitat
- Adds descriptions of canyon cover types as they relate to the owl.
- Provides a clearer definition of riparian habitats as they relate to the owl.

Parts III-V:
- Revises delisting criteria to reflect changes in monitoring requirements (Part III).

Appendices A – G:
- Provides a more explicit definition of an owl site (Appendix C).
- Updates management recommendations given new information (Appendix C).
- Removes reserved lands from automatic inclusion as protected areas (Appendix C).
- Removes steep slopes from automatic inclusion as protected areas (Appendix C).
- Delineates activities that can be conducted inside of PACs and further specifies activities to occur within and outside of nest/roost core areas.  Specifically, allows up to 20% of the total PAC area (external to the core) within an EMU to be treated to meet ecological restoration and fuels-reduction objectives if the appropriate monitoring is conducted.
- Provides guidance for removing PAC status from areas so designated.
- Renames "restricted habitat" to "recovery habitat" to more appropriately reflect the intent.
- Develops desired conditions for owls as targets to guide management.
- Provides threat-specific management recommendations for noise, recreation, energy development, land development, water development, grazing, insects and disease, fire suppression and related activities, prescribed fire and wildland fire, research, climate change, and West Nile virus (Appendix C).
- Describes a new approach to monitor owl populations based on owl occupancy (Appendix E).
- Describes a new approach to monitor range-wide owl habitat using Forest Inventory Assessment (FIA) data (Part V.2 and Appendix E).
- Includes a survey protocol (Appendix D).

## F.  Final Remarks on this Recovery Plan

The Mexican Spotted Owl Recovery Plan is based on the best available science.  When published papers were not available, the Recovery Team conducted analyses and modeling to inform the development of management recommendations.  The management recommendations should not be considered the end point.  Rather, they represent a starting point and can be adjusted and improved as new information is acquired.

The Recovery Plan sets forth recommendations for management and monitoring of the Mexican spotted owl and its habitat.  Both are key to the eventual recovery of the owl as management proceeds within an adaptive framework whereby monitoring is used to assess the efficacy of management actions.  The Recovery Plan promotes a landscape scale approach to implementing owl recovery actions.  Landscape modeling and analysis are critical in evaluating the distribution

BLM_0071456

of owls and habitats, identifying areas where threats are greatest, and then applying plan recommendations in such a way as to sustain and improve owl habitat.

Management recommendations represent a combination of protective and proactive measures. Areas currently occupied by owls require the greatest protection to ensure continued occupancy, reproduction, and survival. By no means, however, does this translate to a hands-off approach. In some cases, protection of these areas requires active intervention to sustain desired conditions and to reduce risk of habitat-reducing wildland fire. These interventions should be done after careful analysis and planning to ensure that actions taken are necessary and prudent.

Forests do not retain their characteristics in perpetuity. They become established, grow, and then enter senescence and lose characteristics favored by owls. As a result, landscapes are dynamic and management must look into the future. As nest/roost habitats are lost to natural and unnatural causes, recovery habitats should be in the queue ready for owls to occupy them. This is the intent of replacement nest/roost habitat within recovery habitats. Their development will require a balance between intervention and being allowed to develop naturally in absence of intervention. Management should strive to plan well into the future to ensure that an adequate proportion of the landscape remains in suitable nest/roost conditions to sustain owl populations.

## PART II. BACKGROUND

The following summarizes the biology and ecological relationships of Mexican spotted owls. We intend for this to be an overview of biological characteristics of this subspecies, including those germane to recovering its populations. We emphasize information developed since the original Recovery Plan was published (USDI FWS 1995). Although information gaps still exist, our understanding of the Mexican spotted owl's natural history has increased since 1995. For example, the number of owls known to dwell in rocky canyon environments has increased greatly. We also have new information on how to predict habitat, effects of fire on owls and their habitat, and demographic parameters for a few owl populations. Because the following summary is a brief overview, we urge interested readers to explore Appendix B for a more comprehensive review of scientific literature addressing ecological relationships of Mexican spotted owls.

## A. Taxonomy

The Mexican spotted owl is one of three subspecies of spotted owl recognized by the American Ornithologists' Union (AOU) in the last checklist to include subspecies designations (AOU 1957:285). The other two subspecies are the northern and the California spotted owls (Appendix B, Fig. B.1). The Mexican subspecies is geographically isolated from both the California and northern subspecies. Studies suggest that the Mexican spotted owl is genetically isolated from the other subspecies (Barrowclough and Gutiérrez 1990; but see also Funk et al. 2008).

Two other species within the genus *Strix* occur north of Mexico, the great gray and barred owls. The great gray owl is a northern species that does not occur within the range of the Mexican spotted owl. Historically, barred owls did not occur sympatrically with Mexican spotted owls within the United States. However, unconfirmed sightings of both species have been reported

4

from the vicinity of Big Bend National Park in southern Texas in recent times (Wauer 1996) and there are recent confirmed records of barred owls in northern (Williams 2005, cited in Cartron 2010) and eastern (H.Walker pers. comm.) New Mexico. Whether these confirmed records indicate a range expansion by barred owls or vagrancy is unknown.

Barred owls recently have expanded their range into the Pacific Northwest and California (Gutiérrez et al. 2004, Haig et al. 2004b); they appear to be both displacing territorial spotted owls and hybridizing with spotted owls, and are seen as a significant threat to the continued viability of northern spotted owls (Gutiérrez et al. 2004, Forsman et al. 2011). Given hybridization between northern spotted and barred owls in the Pacific Northwest, it seems likely that hybridization between Mexican spotted and barred owls would occur if barred owls expand their range into that of the Mexican spotted owl.

In Mexico, barred owls and another member of the *Strix* genus, fulvous owls, are found. The ranges of the Mexican spotted and barred owl may overlap in Mexico (Williams and Skaggs 1993, Howell and Webb 1995); little is known about local distributional patterns and habitats occupied in this zone of apparent overlap (Enriquez-Rocha et al. 1993). The fulvous owl does not appear to be sympatric with Mexican spotted owls in Mexico (but its distribution may overlap that of the barred owl to a small extent; Holt et al. 1999).

## B. Description

1. Appearance

The Mexican spotted owl is a medium-sized owl without ear tufts. They are mottled with irregular white spots on its brown abdomen, back, and head (Appendix B, Fig. B.2). The Mexican spotted owl differs from the two other subspecies of spotted owls in plumage coloration; the white spots of the Mexican spotted owl are generally larger and more numerous than in the other two subspecies, giving it a lighter appearance. Wing and tail feathers are dark brown barred with lighter brown and white and, unlike most owls in North America, spotted owls have dark eyes (Gutiérrez et al. 1995).

Adult male and female Mexican spotted owls are similar in plumage; however, females are larger, on average, than males. Juveniles, subadults, and adults can be distinguished by plumage characteristics (Forsman 1981, Moen et al. 1991). Juvenile owls (hatchling to approximately five months) have a downy appearance (Appendix B, Fig. B.2). Subadult owls (5 to approximately 26 months) closely resemble adults, but they have pointed tail feathers with a pure white terminal band (Forsman 1981, Moen et al. 1991). The tail feathers of adults (>27 months) have rounded tips, and the terminal band is mottled brown and white (Appendix B, Fig. B.3).

2. Vocalizations

The Mexican spotted owl, being territorial and primarily nocturnal, is heard more often than seen. It has a wide repertoire of calls (Forsman et al. 1984, Ganey 1990). Most calls are relatively low in pitch and composed of pure tones (Fitton 1991), and thus are well-suited for accurate, long-distance communication through areas of relatively dense vegetation (Fitton 1991, see also Morton 1975, Forsman et al. 1984). Male and female owls can be distinguished by their calls. Males have a deeper voice than females (Forsman et al. 1984) and generally call more

BLM_0071458

frequently than females (Ganey 1990). The most common vocalization, used more often by males than females (Ganey 1990, Kuntz and Stacey 1997), is a series of four unevenly spaced hoots (Forsman et al. 1984, Fitton 1991). Females frequently use a clear whistle ending with an upward inflection as well as a series of sharp barks (Forsman et al. 1984, Ganey 1990).

Mexican spotted owls call mainly during March to November and are relatively silent from December to February (Ganey 1990), although spontaneous calling has been heard during all months (J. L. Ganey, Rocky Mountain Research Station, unpublished data). Calling activity increases from March through May (although nesting females are largely silent during April and early May) and then declines from June through November (Ganey 1990:Fig. 3). Ganey (1990:Fig. 4) reported that calling activity was greatest during a two-hour period following sunset, with smaller peaks in calling activity four to eight hours after sunset and again just before sunrise.

## C. Distribution

The Mexican spotted owl occurs in forested mountains and canyonlands throughout the southwestern U.S. and Mexico (Gutiérrez et al. 1995, Ward et al. 1995; Appendix B). It ranges from Utah, Colorado, Arizona, New Mexico, and the western portions of Texas south into several States of Mexico (Appendix B, Fig. B.1). Whereas this owl occupies a broad geographic area, it does not occur uniformly throughout its range (USDI FWS 1995). Instead, the owl occurs in disjunct areas that correspond with isolated mountain ranges and canyon systems. In the U.S., the majority of owls are found on National Forest System (NFS) lands; however, in some areas of the Colorado Plateau EMU, owls are found only in rocky-canyon habitats, which primarily occur on NPS- and BLM-administered lands (Appendix B, Fig. B.4).

The current distribution of Mexican spotted owls generally follows its historical extent, with a few exceptions (Ward et al. 1995). For one, there are early records of spotted owls in lowland riparian areas along major rivers, such as the San Pedro in Arizona and the Rio Grande in New Mexico; but the species has not been documented in these areas recently (i.e., since the early 1900s) (Williams 1993, Ward et al. 1995). In addition, previously occupied riparian communities in the southwestern U.S. and southern Mexico have undergone significant habitat alteration since the historical sightings (USDI FWS 1993). For example, in southern Utah and northern Arizona, inundation of Glen Canyon by Lake Powell created a 299-kilometer (km) (186-mile [mi]) long and 40-km (25-mi) wide reservoir that may have flooded habitat for a potentially large population in the canyonlands region (McDonald et al. 1991, Willey and Spotskey 2000).

In Mexico, information on the status of Mexican spotted owls is limited (Tarango et al. 2001). As in the U.S., owl distribution in Mexico appears disjunct (Williams 1993, USDI FWS 1995). The majority of Mexican spotted owls has been located in the Sierra Madre Occidental Mountain range (Williams 1993), which includes the states of Chihuahua, Sonora, Sinaloa, Durango, San Luis Potosi, Aguascalientes, Zacatecas, Jalisco, Nayarit, Queretaro, and Guanajuato. It is not

BLM_0071459

known if the distribution of Mexican spotted owls in Mexico has changed nor how many additional sites have been recorded since 1995.

1. Ecological Management Units (EMUs)

The Mexican spotted owl occupies many habitat types scattered across a diversity of landscapes. In addition to this natural variability in owl habitat, human activities also vary across the owl's range. The combination of natural variability, human influences on owls, international boundaries, and logistics of implementating the Recovery Plan necessitates subdivision of the owl range into smaller management areas. The 1995 Recovery Plan subdivided the owl's range into 11 "Recovery Units" (RUs): six in the U.S. and five in Mexico. In this revision of the Recovery Plan, we renamed RUs as EMUs to be in agreement with current FWS guidelines (USDC NMFS and USDI FWS 2010). We divide the owl range within the U.S. into five EMUs: Colorado Plateau (CP), Southern Rocky Mountains (SRM), Upper Gila Mountains (UGM), Basin and Range-West (BRW), and Basin and Range-East (BRE) (Fig. II.1). The SRM EMU was created by merging the former SRM-New Mexico and SRM-Colorado RUs. We also continue to recognize the five EMUs identified in the original Recovery Plan (USDI FWS 1995) for Mexico: Sierra Madre Occidental-Norte, Sierra Madre Oriental-Norte, Sierra Madre Occidental-Sur, Sierra Madre Oriental-Sur, and Eje Neovolcanico (Fig. II.7).

As with RUs in the original Recovery Plan, we use EMUs as geographical subdivisions of the owl range to organize owl recovery efforts. The EMUs allow localized Working Teams of resource managers to coordinate their efforts and share information about owls and owl habitat across administrative boundaries. These Working Teams (see Part V.C) provide an opportunity for interested parties to participate in discussions affecting owl management at a more local level. In addition to activities described in this Recovery Plan, the Working Teams may choose to develop and recommend actions they deem necessary to locally gather information or further owl recovery.

The boundaries of the 1995 RUs and the estimate of the species' range extent were based on the best information available when the Recovery Plan was written. Since 1995, additional information has clarified the expected extent of the species' range and led to changes in U.S. EMU boundaries. These changes are discussed below.

*a. United States*

In the following sections, we describe dominant physical and biotic characteristics, patterns of owl distribution and habitat use, and the dominant patterns of land ownership and land use within each EMU. We primarily emphasize the U.S. portion of the owl range, with briefer discussion of the Mexico portion. To assist with the transition from the 1995 Recovery Plan to this new version, each narrative starts with a brief description of the changes to the EMU configuration since 1995.

BLM_0071460

We identified the five EMUs based on the following considerations (in order of importance):
  1) physiographic provinces;
  2) biotic regimes;
  3) perceived threats to owls or their habitat;
  4) administrative boundaries; and,
  5) known patterns of owl distribution.

It is important to note that owl distributional patterns were a minor consideration in EMU delineation, and EMUs do not necessarily represent discrete populations of owls.  In fact, movement of individuals between EMUs has been documented (Ganey and Dick 1995). We used four major physiographic provinces in delineating EMUs in the U.S.:  the Colorado Plateau, Basin and Range, Southern Rocky Mountains, and Upper Gila Mountains (Wilson 1962, Bailey 1980).  We considered both administrative boundaries of Federal agencies and locations of major highways to simplify implementation of the Recovery Plan for the Working Teams described above.

8

BLM_0071461



**Figure II.1.** Ecological Management Units for the Mexican spotted owl in the southwestern United States.

9

*i. Colorado Plateau (CP)*

In this revision of the 1995 Recovery Plan, we have significantly enlarged the CP EMU (Fig. II.2). We moved the eastern boundary farther east to approximate a physiographic province line in Colorado. We based this change on our premise that the EMUs should reflect areas of similar habitat, if possible. We moved the northern extent of the EMU to include known owls at Dinosaur National Monument and in similar canyon habitats nearby.

The CP EMU roughly coincides with the Colorado Plateau Physiographic Province (Bailey 1980), with the exception that the southern end of the plateau is included in the Upper Gila Mountains EMU (see below). This EMU includes most of eastern and southern Utah plus portions of northern Arizona, northwestern New Mexico, and western Colorado. Major landforms are interior basins and high plateaus dissected by deep canyons, including the canyons of the Colorado River and its tributaries (Williams 1986).

Grasslands and shrubsteppes dominate the CP EMU at lower elevations, with woodlands and forests predominant at higher elevations (Bailey 1980, West 1983). Pinyon pine and various juniper species are the primary tree types in the woodland zone (see Appendix I for scientific names of tree species). A montane zone extends over areas on the high plateaus and mountains (Bailey 1980). Forest types in this zone include ponderosa pine, mixed-conifer, and spruce-fir. Conifers may extend to lower elevations in canyons. Deciduous woody species dominate riparian communities found along streams.

Figure II.2 illustrates the currently known distribution of Mexican spotted owls in this EMU; the owl reaches the northern limit of its documented range here. Owl habitat appears to be naturally fragmented in this EMU, with most owls found in disjunct canyon systems or on isolated mountain ranges in wilderness and roadless areas. In Utah, breeding owls primarily inhabit deep, steep-walled canyons and hanging canyons. These canyons typically are surrounded by terrain that does not appear to provide nest/roost habitat but may provide foraging habitat for owls (Willey 1993). Owls also apparently prefer canyon terrain in southwestern Colorado, such as the known owl locations in and around Mesa Verde National Park. In northern Arizona and northwest New Mexico, owls have been reported in both canyon and montane forest situations (Ganey and Dick 1995).

Looking solely at land ownership, and not at presumed owl habitat, Federal lands account for 46% of the CP EMU (Table G.2, Fig. II.2). Tribal lands collectively total 27%, with the largest tribal entity being the Navajo Nation. Private ownership accounts for 19%, and state lands 4%. Approximately 15% of all known owl sites recorded since 1989 occur in the CP EMU. Of the 206 owl sites documented for this EMU (Table II.1), most have been located on NPS-administered lands (64%), followed by BLM-administered lands (22%), and then FS-administered lands (13.5%; Appendix B, Table B.1). One owl site has been documented on Utah Division of Wildlife Resources (UDWR) lands and an unknown number occur on tribal lands.

Recreation ranks as a primary land use within the CP EMU because of high recreation pressure on public lands. The potential for recreation to affect owl presence and recovery is compounded by the terrain, with owls established in narrow canyons having less opportunity to move away

10

BLM_0071463

from human activity. Activities such as hiking, camping, hunting, rock climbing, mountain biking, and off-road vehicle (OHV) use occur in owl habitat within the EMU. Forest and fire management are important land activities on FS-administered, NPS-administered, and Tribal lands. In addition, commercial enterprises take place in the EMU; particularly important are livestock grazing, timber cutting, coal and uranium mining, and oil and natural gas development. Clearing of vegetation and human disturbance are coincident with these activities and have the potential to impact owls here.

*ii. Southern Rocky Mountains (SRM)*

We made two principal changes to the SRM EMU in this revision. First, we merged the former SRM – Colorado and the SRM – New Mexico EMUs (Fig. II.3). This change was deemed appropriate because management of owls and their habitat did not differ significantly between the two states, and the habitat is similar enough to allow managers to find common solutions to owl-management issues. Second, we adjusted the new boundary on the western extent to better follow ecological breaks in habitat between the SRM and CP EMUs.

The SRM EMU falls partly within the Southern Rocky Mountains Physiographic Province and partly within the Colorado Plateau Ecoregion (Bailey 1980). Mountain ranges characterize the EMU. Vegetation varies from grasslands at low elevations through pinyon-juniper woodlands, interior shrublands, ponderosa pine, mixed-conifer and spruce-fir forests, to alpine tundra on the highest peaks (Daubenmire 1943).

This EMU boundary extends almost to the Wyoming state line based on historical owl records and similarity of habitat (Webb 1983); further owl surveys would help define a more ecologically appropriate range delineation here. Though found primarily in canyons in this EMU, the owls also occupy forest habitat types. The canyon habitat often has mature Douglas-fir, white fir, and ponderosa pine in canyon bottoms and on the north- and east-facing slopes. Ponderosa pine grows on the more xeric south and west-facing slopes, with pinyon-juniper growing on the mesa tops.

Federal lands encompass 50% of the SRM EMU, with the majority administered by the FS, followed by the BLM, and NPS (Table G.2 and Fig. II.3). Approximately 43% is private lands, 4% is state lands, and 3% is Tribal lands. Approximately 6% of all Mexican spotted owl sites occur in SRM EMU (Table II.1; Appendix B, Table B.1). Most of the 74 owl sites reported for this EMU were documented on FS-administered lands (79.7%), followed by BLM-administered lands (13.5%) and NPS-adminstered lands (4.1%). Two sites are known for privately owned lands (Appendix B, Table B.1). We do not know how many occur on Tribal lands.

Land-use practices throughout the SRM EMU include recreation, ecological restoration, firewood cutting, livestock production, mining, forest fuels management, and energy development, including the associated human presence and development that are coincident with these uses. Recreational activities such as off-road driving and rock climbing could result in disturbance as well. Transportation and urban development are also considered likely threats to owl habitat in the SRM EMU. In particular, urban development along the Front Range of Colorado may threaten owl wintering habitat.

11

BLM_0071464

### iii.   Upper Gila Mountains (UGM)

We did not deem any changes necessary to the configuration of the UGM EMU in this revision.

The UGM EMU (Fig. II.4) is based primarily on the Upper Gila Mountains Forest Province (Bailey 1980), but also includes the southern end of the Colorado Plateau Ecoregion. Williams (1986) refers to this area as the Datil-Mogollon Section, part of a physiographic subdivision transitional between the Basin and Range and Colorado Plateau Provinces. This complex area consists of steep mountains and deep, entrenched river drainages dissecting high plateaus. The Mogollon Rim, a prominent fault scarp, bisects the UGM EMU.

McLaughlin (1986) described a "Mogollon" floral element in this region. The vegetation ranges from grasslands at lower elevations through pinyon-juniper woodlands, ponderosa pine, mixed-conifer, and spruce-fir forests at higher elevations. Many canyons contain stringers of deciduous riparian forests, particularly at lower and middle elevations. The UGM EMU contains the largest contiguous ponderosa pine forest in North America, an unbroken band of forest 40- to 64-km (25- to 40-mi) wide and approximately 483-km (300-mi) long extending from north-central Arizona to west-central New Mexico (Cooper 1960).

Mexican spotted owls are widely distributed and use a variety of habitats within the UGM EMU, but are most common in mixed-conifer forests dominated by Douglas-fir and/or white fir and canyons with varying degrees of forest cover (Ganey and Balda 1989a, Ganey and Dick 1995, Ward et al. 1995). Owls also occur in ponderosa pine-Gambel oak forest, where they are typically found in stands containing well-developed understories of Gambel oak (Ganey and Dick 1995, Ganey et al. 1999). Ganey et al. (2011) summarized our current knowledge of spotted owls in this EMU in greater detail.

Federal lands, mostly FS, encompass 67% of the UGM EMU (Table G.2 and Fig. II.4). Tribal lands account for 17%, privately owned lands 12%, and state lands 4%. The largest known population of Mexican spotted owls occurs in this EMU, accounting for approximately 52% of all known owl sites (Table II.1; Appendix B, Table B.1). Of the 688 known owl sites in this EMU, 684 are designated on FS-administered lands and 4 are designated on NPS-adminstered lands. Many Mexican spotted owls are found in wilderness areas in this EMU; the Gila Wilderness supports the largest known wilderness population (Ganey et al. 2008). An unknown number of owl sites occur on tribal lands.

Major land uses within the UGM EMU include fuels reduction, ecological restoration, livestock production, and recreation. Timber and fuelwood harvest, for both personal and commercial use, occurs across much of the UGM EMU. Livestock grazing is common on FS-administered lands and large portions of Fort Apache and San Carlos tribal lands. In addition, recreational activities such as OHV use, hiking, camping, and hunting attract many people to this EMU.

### iv.  Basin and Range-West (BRW)

We made one significant change to the BRW EMU in this revision. Because the southwestern extent of the previous BRW EMU included large areas that did not provide Mexican spotted owl

BLM_0071465

habitat, we modified the EMU boundary to omit this area (Fig. II.5). For convenience, we used highways to define the new southwestern boundary. This boundary does not necessarily denote the true ecological extent of owl occurrence, but the boundary does encompass all recorded owl locations.

The Basin and Range Area Province (Bailey 1980) provided the basis for delineating two EMUs. We subdivided the Basin and Range area into eastern and western EMUs using the Continental Divide as the partition. We based the division on differences in climatic and floristic characteristics between these areas. The BRW EMU flora is dominated by Madrean elements, while the BRE EMU shows more Rocky Mountain affinities (Brown et al. 1980, Dick-Peddie 1993).

Geologically, the BRW EMU exhibits numerous fault-block mountains separated by valleys (Wilson 1962). Complex faulting and canyon carving define the physical landscape within these mountains. Vegetation transitions from desert scrubland and semi-desert grassland in the valleys upward to montane forests. Montane vegetation includes interior chaparral, encinal (evergreen oak) woodlands, and Madrean pine-oak woodlands at low and middle elevations, with ponderosa pine, mixed-conifer, and spruce-fir forests at higher elevations (Brown et al. 1980). Isolated mountain ranges are surrounded by Sonoran and Chihuahuan desert basins.

Mexican spotted owls occupy a wide range of habitat types within the BRW EMU. The majority of owls occur in isolated mountain ranges where they inhabit encinal oak woodlands; mixed-conifer, pine-oak, riparian forests; and, rocky canyons (Ganey and Balda 1989a, Duncan and Taiz 1992, Ganey et al. 1992, Ganey and Dick 1995).

Federal lands encompass 40% of the BRW EMU, mostly administered by the FS followed by the BLM and a small portion by Department of Defense (DoD) and NPS (Table G.2 and Fig. II.5). Privately owned lands amount to 27%, State lands 25%, and Tribal lands (mainly the San Carlos Apache Reservation) 7%. Approximately 13% of all owl sites documented for the U.S. are found within this EMU (Table II.1). Of the 174 owl sites in this EMU, most occur on FS-administered lands (89%), and the majority of these sites occur in the Coronado National Forest within wilderness. There are 11 owl sites designated on DoD lands on Fort Huachuca and eight sites designated on NPS-administered lands (Appendix B, Table B.1). An unknown number of owl sites occur on tribal lands.

Recreation dominates land use within the BRW EMU. Activities such as hiking, bird-watching, camping, off-road driving, and hunting are particularly popular. Livestock grazing is widespread, but it is most intensive at low and middle elevations. Urban and rural development and mining activities occur in portions of the EMU. Timber harvest occurs mainly on the San Carlos Apache Indian Reservation. The Coronado, Prescott, and Tonto national forests have active fuels-reduction and forest-management programs in place to reduce fire hazard, implement ecological restoration, and provide community protection. Military training maneuvers take place in and around Mexican spotted owl habitat on the Fort Huachuca Army Base.

BLM_0071466

*v.  Basin and Range-East (BRE)*

We extended the southeastern boundary of the BRE EMU to incorporate portions of West Texas. This change was based primarily on recent sightings of Mexican spotted owls in the Davis and Chisos mountains of Texas (Bryan and Karges 2001, J. P. Ward, unpubl. data).  There also are unverified sightings of *Strix* owls in and near Big Bend National Park, and there may be potential owl habitat along the Rio Grande in that area that has not been effectively surveyed for owls (Peterson and Zimmer 1998).

We delineated the BRE EMU (Fig. II.6) based on the Basin and Range Area Province and the Desert and Steppic Ecoregions (Bailey 1980).  This EMU is characterized by numerous parallel mountain ranges separated by alluvial valleys and broad, flat basins.  The climate features mild winters, as indicated by the presence of broad-leaved evergreen plants at relatively high elevations (USDA FS 1991).

Regional vegetation transitions from Chihuahuan desert scrubland and Great Basin grasslands at lower elevations, through Great Basin woodland (pinyon-juniper) at middle elevations, to petran montane coniferous forests at high elevations (Brown et al. 1980, Dick-Peddie 1993).  Montane habitat includes ponderosa pine, mixed-conifer, Madrean pine-oak, and spruce-fir forests and is patchily distributed throughout the higher mountain ranges.  Cottonwood bosques as well as other riparian vegetation exist along the Rio Grande corridor.  Montane and especially riparian plant communities have been altered considerably by human activities.

Mexican spotted owls occur in the isolated mountain ranges and in deep reticulated canyons scattered across this EMU.  They are most common in mixed-conifer forest but are also found in ponderosa pine and Madrean pine-oak forests, riparian habitats, and pinyon-juniper woodland (Skaggs and Raitt 1988, Ward et al. 1995, Bryan and Karges 2001, Mullet 2008).  The owl has been found within mixed-conifer and deep rocky canyon habitat in Guadalupe Mountains National Park (McDonald et al. 1991, Mullett 2008).

Of the BRE EMU land area, Federal lands comprise 35%, private lands 38%, State lands 13%, and Tribal lands 4% (Table G.2 and Fig. II.6).  Approximately 14% of all owl sites reported for U.S. lands occur in the BRE EMU (Appendix B, Table B.1).  Of the 182 known sites recorded for this EMU (Table II.1), most occur on FS-administered lands (82.9%) and are primarily concentrated in the Sacramento Mountains in the Lincoln National Forest in New Mexico. Another 14.2% of these sites are on NPS-administered lands (Appendix B, Table B.1).  Five sites are on private lands, primarily The Nature Conservancy, and an unknown number occur on tribal lands.

Dominant land uses within the BRE EMU include forest management and livestock grazing. Recreational activities such as off-road driving, skiing, hiking, camping, and hunting also are locally common within this EMU.

14

BLM_0071467



**Figure II.2.** Colorado Plateau Ecological Management Unit for the Mexican spotted owl in the southwestern United States. The lack of mapped sites within potential owl habitat is an artifact of a lack of data and does not necessarily indicate absence of owl sites.

15

BLM_0071468



**Figure II.3.** Southern Rocky Mountains Ecological Management Unit for the Mexican spotted owl in the southwestern United States. The lack of mapped sites within potential owl habitat is an artifact of a lack of data and does not necessarily indicate absence of owls sites.

16

BLM_0071469



**Figure II.4.** Upper Gila Mountains Ecological Management Unit for the Mexican spotted owl in the southwestern United States. The lack of mapped sites within potential owl habitat is an artifact of a lack of data and does not necessarily indicate absence of owl sites.

17

BLM_0071470



**Figure II.5.** Basin and Range-West Ecological Management Unit for the Mexican spotted owl in the southwestern United States. The lack of mapped sites within potential owl habitat is an artifact of a lack of data and does not necessarily indicate absence of owl sites.

18

BLM_0071471



**Figure II.6.** Basin and Range-East Ecological Management Unit for the Mexican spotted owl in the southwestern United States. The lack of mapped sites within potential owl habitat is an artifact of a lack of data and does not necessarily indicate absence of owl sites.

19

BLM_0071472

### b. Mexico

The five EMUs in Mexico include: Sierra Madre Occidental – Norte; Sierra Madre Oriental –
Norte; Sierra Madre Occidental – Sur; Sierra Madre Oriental – Sur; and Eje Neovolcanico (Fig.
II.7). We used three major physiographic provinces in the delineation: Sierra Madre Occidental,
Sierra Madre Oriental, and Sistema Volcanico Transversal (Cuanalo et al. 1989). Criteria we
used to delineate EMUs in Mexico were similar to those used in the U.S. These criteria, listed in
order of importance, were:

1) distribution of the Mexican spotted owl;
2) local vegetation;
3) physiographic features;
4) administrative boundaries; and,
5) potential threats to the conservation of the owl and its habitat.

Mexican spotted owl distribution is disjunct across Mexico. Williams and Skaggs (1993) located
Mexican spotted owls at 53 locations in 11 mainland Mexican States. These were partitioned by
Ward et al. (1995) into 35 historical (pre-1989) and 18 current (since 1989) locations (see Young
1996 for additional sites discovered in the Mexican State of Chihuahua). Although vegetation
types differ throughout each EMU, oak and pine-oak forest types appear to be commonly
associated with owl habitat in most or all EMUs. These oak species include *Quercus resinosa*
(no common name), Gentry's oak, Mexican red oak, gray oak, Chihuahua oak, Mexican white
oak, and red oak. Aztec pine is the most common pine species occurring on upper mesas and
occasionally on north-facing slopes in some areas where owls are found. Land uses within all
EMUs include timber cutting, cattle and sheep grazing, fuelwood gathering, and clearing
forested areas for agriculture. Although these land uses are practiced at different degrees
throughout each EMU, the majority occur within ejidos (communally-operated land).

Several Natural Protected Areas (Áreas Naturales Protegidas) in Mexico have records of this
species (Table G.3) and others have potential habitat but no records of Mexican spotted owls
(Table G.4). The Zona Sujeta a Conservación Ecológica "Sierra Fría" in Aguascalientes is a
state-protected area where pairs of owls have been documented in six different localities:
Barranca El Tiznado, Cueva Prieta, El Carrizal, El Pinal, El Tejamanil, and La Angostura.
Because nests have not been found, it is unclear if the Mexican spotted owl nests in the Zona
Sujeta a Conservación Ecológica (Márquez-Olivas et al. 2002).

There are also records of Mexican spotted owls in the Reserva de la Biosfera de la Michilía, a
federally protected area in southeastern Durango. According to Garza-Herrera (1999), the
species distribution in this Reserve is above 2,330 m (7,700 ft) in conifer and pine-oak forest.
He also mentions a crude density of 0.054 owls/km$^2$ (0.021 owls/mi$^2$), which is lower than
previously reported elsewhere in its range (0.105 to 0.273 owls/km$^2$, or 0.041 to 0.105 owls/mi$^2$;
Garza-Herrera 1999).

The following narratives describe dominant physical and biotic attributes, distribution of owls,
and land administration and ownership of each unit. Where available, we provide a brief
description of potential threats to the owl.

20

BLM_0071473



**Figure II.7.** Ecological Management Units for the Mexican spotted owl in Mexico (showing adjacent U.S. EMUs for reference).

BLM_0071474

*i.  Sierra Madre Occidental-Norte*

Covering an enormous area, the Sierra Madre Occidental - Norte includes parts of the States of Chihuahua, Sinaloa, Durango, and Sonora.  In general, this area is characterized by isolated mountain ranges surrounded by both narrow and wide valleys.  Vegetation communities consist of pine-oak forest, tropical deciduous forest, oak forest, microphyll shrub, and grassland.

Mexican spotted owls have been reported in the northern and western portions of this EMU.  A recent study in Sonora found 12 locations in isolated mountain ranges (Cirett-Galan and Diaz 1993).  The owls occupied canyons and slopes with various exposures, and most were found in pine-oak forest.  In portions of Chihuahua, 25 owls were located at 13 different localities in several mountain ranges (Tarango et al. 1997).  Most owls were found in small, isolated patches of pine-oak forest in canyons.  Records for the State of Sinaloa are limited.  There are at least two records from the high-elevation Rancho Liebre Barranca, near the Sinaloa-Durango state boundaries (Williams and Skaggs 1993).  These sites were described as deep canyons containing pine-oak and subtropical vegetation (Alden 1969).

A study by CONANP (National Commission on Natural Protected Areas) and Pronatura Sur in 2008 concluded that large-scale logging operations in the Sierra Madre Occidental have significantly reduced pine forest coverage to supply paper and to clear forests in order to reduce the risk of wildland fires and the spread of pests (CONANP-Pronatura Sur 2008).  These studies from the Sierra Madre Occidental have not quantified the exact amount of forest lost to these operations.  However, it is believed that from 1976-2000, temperate forest in Mexico was being lost at a rate of 0.25%, or about 86,718 ha (214,285 ac) per year (Bray et al. 2007).  Several researchers also have suggested that the clearing of trees, especially cutting of mature forests, has resulted in the disappearance of the imperial woodpecker and declines in western thick-billed parrot (CONANP-Pronatura Sur 2008).  Other recent analysis suggests that throughout Mexico, current pine forest cover consists of 75% of the potential original distribution, and that 48.4% of the remaining pine forests are "well-conserved" (CONABIO 2008).

*ii.  Sierra Madre Oriental-Norte*

The Sierra Madre Oriental-Norte includes the central portion of the State of Coahuila.  This area is characterized by broad mountain ranges surrounded by valleys.  Vegetation consists of grasslands, mesquite woodland, dwarf oak groves, submontane shrubland, desert shrubland, crasicaule shrub, and pine-oak and oak forests.

Two owl records are reported for this EMU.  At one of these locations an owl was observed roosting in a canyon bottom under a dense canopy of maples and oaks.  Vegetation in the other canyon was described as "garden-like," containing pines, oaks, and madrones (Williams and Skaggs 1993).

BLM_0071475

*iii.   Sierra Madre Occidental-Sur*

The Sierra Madre Occidental-Sur EMU includes parts of the States of Durango, Zacatecas, San Luis Potosi, Aguascalientes, Jalisco, Nayarit, Queretaro, and Guanajuato.  In general, this area is characterized by isolated mountains, valleys, and severely dissected canyons and gorges. Vegetation includes mesquite woodland, submontane shrub, grasslands, pine-oak forest, crasicaule shrub, low tropical deciduous forest, and desert shrubland.

Records exist for Mexican spotted owls in La Michilia Biosphere Reserve.  In addition, Mexican spotted owls have been found in Aguascalientes near the border of Zacatecas, in the Sierra Fria (Williams and Skaggs 1993, Márquez-Olivas et al. 2002), and in Zacatecas State near Valparaiso (Bravo-Vinaja et al. 2005).  Owl records also exist within Guanajuato State.  Logging is prohibited in Sierra Fria and security guards inspect every vehicle driving through the area to stop illegal timber harvest as part of the protected area management (Tarango et al. 2001).

*iv.   Sierra Madre Oriental-Sur*

The Sierra Madre Oriental - Sur includes parts of the States of Coahuila, Nuevo Leon, and Tamaulipas.  This EMU is characterized by long ridges with sharp pinnacles, narrow valleys, and a few plateaus.  Vegetation consists of pine, pine-oak, and mixed conifer forests, submontane shrublands, dwarf oak, and desert rosetofilo shrublands.

Mexican spotted owls have been found in the southern portions of the northern states of Coahuila (Williams and Skaggs 1993) and Tamaulipas (Ward et al. 1995).  The owls were found in oak, pine, juniper, and mixed-conifer forests.  They were reported to use cliff sites for nesting and roosting.  Five locations have been reported in Nuevo Leon.  These locations were described as pine-oak and mixed-conifer forests with large cliffs having northeast exposures.

In the Sierra Madre Oriental, devastating wildland fires have resulted in the loss of old-growth forests.  Within natural protected areas, management actions to prevent wildland fires have promoted the heavy accumulation of coarse woody debris.  This situation has generated several problems in Mexico in recent years; during 2011 more than 424,000 ha (1,047,727 ac) were burned by fires just in Coahuila, and in Chihuahua, 1,680 fires burned 87,888 ha (217,176 ac), just to mention the most affected states in Mexico (CONAFOR 2011).  The spread of bark beetles during the dry season has also increased the wildland fire risk.  In 2006, 200 ha (494 ac) of mature forest were lost in El Taray, and in 2008, 400 ha (988 ac) were lost in the Municipio de Santiago Nuevo León (CONANP-Pronatura Noreste 2008).  These mature forests areas must be maintained if biodiversity in the Eastern Sierra Madre, including the Mexican spotted owl, is to be protected.

*v.   Eje Neovolvanico*

The Eje Neovolcanico EMU covers portions of the States of Jalisco, Michoacan, Guanajuato, Queretaro, Hidalgo, Guerrero, Puebla, Morelaos, Tlaxcala Veracruz, Oaxaca, and Mexico City. This EMU is characterized by volcanic cones severely dissected by ravines.  The EMU also includes rounded hills, slopes, and plateaus.  Vegetation communities include pine-oak forest,

BLM_0071476

grassland, low tropical deciduous forest, crasicaule shrub, oak forest, juniper forest, pine forest, mesquite woodlands, and desert shrublands.

Mexican spotted owls have been reported in Jalisco on the volcano of Cerro Nevado de Colima (Voacan de Nieve). Vegetation in this area consists of pine-oak forest. One Mexican spotted owl was collected near the city of Uruapan in the State of Michoacan at Cerro de Tancitaro. However, this area is now developed and no longer contains owl habitat. Although other states in this EMU appear to contain suitable owl habitat, Jalisco is the only state known to have recent records of Mexican spotted owls.

In this EMU, increased habitat modifications in proximity to urban areas pose threats to the owl (Navarro-Sigüenza et al. 2007). Human overpopulation and associated activities such as agriculture, cattle production, and other land-uses threaten native species (Navarro-Sigüenza et al. 2007). This area also faces deforestation, illegal mining, illegal hunting and poaching, burning of natural vegetation to increase cattle forage, and wildland fires by arson, all of which increase threats to the Mexican spotted owl (Navarro-Sigüenza et al. 2007).

**Table II.1.** Known Mexican spotted owl sites in the United States and in Mexico by EMU as of 2011.

| Ecological Management Area | Number of Owl Sites | Percent of Total Sites |
|---|---|---|
| | *United States* | |
| UGM EMU | 688 sites | 52% |
| CP EMU | 206 sites | 15.6% |
| BRE EMU | 182 sites | 13.7% |
| BRW EMU | 174 sites | 13.1% |
| SRM EMU | 74 sites | 5.6% |
| | *Mexico* | |
| Sierra Madre Occidental - Norte | 27 sites | Unknown |
| Sierra Madre Oriental - Sur | 5 sites | Unknown |
| Sierra Madre Oriental - Norte | 2 sites | Unknown |
| Sierra Madre Occidental - Sur | extant | Unknown |
| Eje Neovolvanico | extant | Unknown |
| **Total** | **1,324 known sites in the U.S.** **34+ known sites in Mexico** | |

BLM_0071477



**Figure II.8.**  Photograph illustrating Mexican spotted owl sites within the rocky-canyon habitat.

## D. Habitat Use

Although Mexican spotted owls have been observed to nest, roost, forage, and disperse among a diverse array of biotic communities, the owl is typically considered a "habitat specialist" in that roost and nest habitats classically occur in late seral forests or rocky canyon habitats.  Some Mexican spotted owls undergo altitudinal migrations during winter to areas where habitat structure and composition differ from that used during breeding (refer to Appendix B for a more comprehensive discussion).

1.  Nesting and Roosting Habitat

Owls occur in both forested and rocky-canyon habitats.  Forests used for roosting and nesting often contain mature or old-growth stands with complex structure (USDI FWS 1995:26).  Forests used by spotted owls are typically uneven-aged, are multistoried, and have high canopy cover (USDI FWS 1995:27).  In these areas, nest trees are typically large (average diameter of nest trees is 61cm [24 in]), although owls roost in both large and small trees (Ganey 1988, Seamans and Gutiérrez 1995, Willey 1998b, Ganey et al. 2000, May and Gutiérrez 2002, May et al. 2004). Tree species used for nesting vary somewhat among areas and cover types, but Douglas-fir is the most common nest tree in many areas (SWCA, Inc. 1992, Willey 1998b).

In parts of its range, the Mexican spotted owl occupies a variety of steep, rocky-canyon habitats (Ganey and Balda 1989b, Rinkevich and Gutiérrez 1996, Willey 1998a, Willey and Van Riper 2007).  For example, the rocky-canyon habitats of Utah typically include landscapes with

25

complex tributary canyons, a variety of desert scrub and riparian vegetation communities (Brown et al. 1980), and prominent vertical cliffs (Rinkevich and Gutiérrez 1996, Willey 1998a, Willey et al. 2007, Mullet 2008). Within these canyons, owls nest in protected caves and roost in caves and on rocky ledges as well as in trees (Willey 1998a).

In northern New Mexico, the volcanic-tuff canyons of Bandelier National Monument also provide many pot-holes, ledges, and small caves for owls to use as daytime roosts and nests (Johnson and Johnson 1985). Mexican spotted owls also occur within the complex canyon networks of the Guadalupe Mountains in southern New Mexico and west Texas. Mullet and Ward (2010) quantified 21 microhabitat features surrounding known nest and roost sites to characterize conditions within canyon habitats in the Guadalupe Mountains. Mexican spotted owl nest and roost sites were associated with steep-walled and relatively narrow canyons, high canopy cover, saplings in the understory, and rocky outcrops.

2.   Foraging Habitat

Mexican spotted owls appear to use a wider variety of cover types for foraging than for roosting or nesting (Ganey and Balda 1994, Ganey et al. 2003). Radio-marked owls in Arizona foraged more than expected (in relation to its proportion on the landscape) in unlogged forest (Ganey and Balda 1994), and Ward (2001) found that woodrats (an important prey item for Mexican spotted owls) were more abundant in late-seral mixed-conifer forests. However, owls forage in a variety of habitats:  managed and unmanaged forests, pinyon-juniper woodlands, mixed-conifer and ponderosa pine forests, cliff faces and terraces between cliffs, and riparian zones (Ganey and Balda 1994, Willey 1998a,b; Ganey et al. 2003, Willey and Van Riper 2007).

3.   Home Range and Territoriality

Mexican spotted owls are territorial in the sense that mated pairs defend a breeding territory within a larger home range (or use area). Fidelity to these territories is relatively high in Mexican spotted owls, with most owls remaining on the same territory year after year (Ganey 1988, Gutiérrez et al. 1995). Mexican spotted owls use relatively large home ranges, and home-range size appears to vary among geographic areas and habitats (Ganey and Balda 1989a, Zwank et al. 1994, Willey 1998b, Ganey et al. 2005, Willey and Van Riper 2007, Bowden 2008). Some of this variation may be due to differences in methods, but some of the observed variation is likely real. However, at this time, the relative influences of biogeographic regions versus local differences in habitat quality on home-range size of Mexican spotted owls remain unclear, although limited information suggests that local differences can be important (Ganey et al. 2005, see also Carey et al. 1992, Zabel et al. 1995).

4.   Juvenile Dispersal

Mexican spotted owls appear to be obligate dispersers, with all juveniles dispersing from natal areas. Most radio-marked juvenile Mexican spotted owls were observed to disperse in September and October, with the majority dispersing in September (Arsenault et al. 1997, Ganey et al. 1998, Willey and Van Riper 2000). Like the other spotted owl subspecies, juvenile Mexican spotted owls are capable of moving long distances (Ganey et al. 1998, Willey and Van Riper 2000). Distance from the natal site to the last observed location for radio-marked juveniles observed by Ganey et al. (1998) ranged from 1 to 92 km (0.6. to 57 mi). However, based primarily on work on northern spotted owls (Forsman et al. 2002), we believe that most

26

successfully dispersing juveniles occupy territories near their natal territories. Juvenile Mexican spotted owls move through a wide variety of habitats during the dispersal period (Ganey and Block 2005b), and many of these habitats differ greatly from typical breeding habitat and have no formal protective measures under the 1995 Recovery Plan or this revision (i.e., they fall under the category of other forest and woodland types).

5.  Migration and Wintering Areas

Although most radio-marked adult Mexican spotted owls have been found to remain on or near their breeding territory throughout the year, some territorial owls migrated during winter. This migration generally entailed a change in elevation as Mexican spotted owls moved down slope in winter (Willey 1998a, Ganey and Block 2005b). Migrating radio-marked owls typically left study areas in November or December and returned from January to April. Distances moved typically ranged from 5 to 50 km (3 to 31 mi), although Gutiérrez et al. (1996) recorded a color-banded adult moving >160 km (>99 mi) south of its breeding territory. At present, there is little information on specific habitat features that migratory Mexican spotted owls use in wintering areas. Further, wintering owls are unlikely to vocalize (Ganey 1990), thus reducing detection. Low winter detection rates make it difficult to locate migratory or wintering areas, and thus, we are left with no rigorous methods to identify such areas for protection (Ganey and Block 2005a). The types of lowland areas in which wintering owls have been observed cover vast areas, and we presently have no evidence that suitable wintering areas are limiting. Nevertheless, this is a topic on which further research would be valuable.

6.  Key Habitat Variables

Throughout its lifetime, a Mexican spotted owl will use a variety of habitats to meet different life-history needs. To maintain a diversity of habitat types for the various activities of the owl, key habitat variables are required. These include nesting, roosting, and foraging habitat patches with structural, compositional, and successional diversity, as well as connectivity among suitable patches. Specifics regarding key habitat variables are found in Appendix C describing desired conditions.

**E.  Life History**

1.  Prey

Mexican spotted owls consume a variety of prey throughout their range. They commonly eat small- and medium-sized rodents such as woodrats, deer mice, pocket gophers, and voles, but they also consume bats, birds, reptiles, and arthropods (Ward and Block 1995). Their diet varies by geographic location (Ward and Block 1995). For example, Mexican spotted owls dwelling in canyons of the CP EMU take more woodrats and fewer birds than do spotted owls from other areas (Ward and Block 1995). In contrast, spotted owls occupying montane forests with forest-meadow interfaces, as found within the BRE EMU, consume more voles (Ward and Block 1995). Regional differences in the owl's diet likely reflect geographic variation in presence and population densities of prey and across owl habitats. Forsman et al. (2001) also documented spatial variation in a regional analysis of diets of northern spotted owls. For additional information on food habits and prey selection see Appendix B.

27

BLM_0071480

2.  Reproductive History

Mexican spotted owls nest in caves, in stick nests built by other birds, on debris platforms in trees, and in tree cavities (Johnson and Johnson 1985, Ganey 1988, Gutiérrez et al. 1995, Seamans and Gutiérrez 1995, Johnson 1997, Willey 1998a).  They do not build nests; instead they rely on existing structures.  Spotted owls exhibit one of the lowest clutch sizes among North American owls (Johnsgard 1988, Gutiérrez et al. 1995).  Females normally lay one to three eggs, two being most common, and four observed rarely (LaHaye 1997, Gutiérrez et al. 2003).  Re-nesting following nest failure is uncommon, but has been observed (Kroel and Zwank 1992, Gutiérrez et al. 1995).

Knowledge of the annual reproductive cycle of the Mexican spotted owl is important both in an ecological context and for placing seasonal restrictions on management or on other activities that could disturb nesting owls.  Mexican spotted owls have distinct annual breeding periods, with timing that may vary slightly throughout their range but is generally consistent overall.  In Arizona, courtship begins in March with pairs roosting together during the day and calling to each other at dusk (Ganey 1988).  Eggs are laid in late March or, more typically, early April.  Incubation begins shortly after the first egg is laid, is performed entirely by the female, and lasts approximately 30 days.  During incubation and the first half of the brooding period, the female leaves the nest only to defecate, regurgitate pellets, or to receive prey delivered by the male, who does most or all of the foraging (Forsman et al. 1984, Ganey 1988).  Eggs usually hatch in early May (Ganey 1988).  Females brood their young almost constantly for the first few weeks after the eggs hatch, but then begin to spend time hunting at night, leaving chicks unattended for up to several hours (Forsman et al. 1984, Delaney et al. 1999a).  Nestling owls (owlets) generally fledge in early- to mid-June, four to five weeks after hatching (Ganey 1988).  Owlets usually leave the nest before they can fly, jumping from the nest to surrounding tree branches or the ground (Forsman et al. 1984, Ganey 1988).  Fledglings depend on their parents for food early in the fledgling period.  Hungry fledglings give a persistent, raspy "begging call," especially when adults appear with food or call nearby (Forsman et al. 1984, Ganey 1988).  Begging behavior declines in late August, but it may continue at low levels until dispersal occurs, usually from mid-September to early October (Arsenault et al. 1997, Ganey et al. 1998, Willey and Van Riper 2000).

Mexican spotted owls are sporadic breeders.  Most of the population nests successfully in good years, whereas only a small proportion of pairs will nest successfully in poor years (Fletcher and Hollis 1994; Gutiérrez et al. 1995, 2003).  This life history strategy allows owls to reproduce when conditions are favorable and to survive by reducing reproduction during unfavorable periods.

BLM_0071481

3.  Fatality Factors

Several fatality factors have been identified as potentially important to the Mexican spotted owl, including predation, starvation, accidents, disease, and parasites. Although some owl carcasses have been found and examined by field biologists and laboratory personnel, most owls that die are not collected for sampling purposes. Even when dead owls are recovered, the cause of death is often difficult or impossible to determine because carcasses are often too decomposed. Consequently, we know little about the extent or relative importance of these fatality factors.

**Predation.** Mexican spotted owls are preyed upon by great horned owls, northern goshawks, red-tailed hawks, and golden eagles. Some of these predators occupy the same general habitats as the Mexican spotted owl, but there is little direct evidence that they prey on owls (Gutiérrez et al. 1995). Ganey (1988) reported one instance of apparent great horned owl predation on an adult spotted owl, but Ganey et al. (1997) did not document predation on Mexican spotted owls in a study involving radio-marked, sympatric spotted and great horned owls. We know of one report of a golden eagle preying on a Mexican spotted owl (R. Reynolds, RMRS, pers.comm.).

**Starvation.** When starvation occurs in resident adults, it is likely due to synchronous declines in prey populations which can result in impacts to a number of owls at one time. When low survival is combined with lack of reproduction, population decrease can be rapid. There is evidence that this occurs in some Mexican spotted owl populations (Seamans et al. 1999, Ward 2001, Gutiérrez et al. 2003). Starvation or hunger could predispose owls to accidents or predation if it drives them to hunt along roadsides or in other unfamiliar areas or in weakened condition.

**Accidents.** Instances of spotted owls being hit by cars have been documented (R. Skaggs, Glenwood, New Mexico, pers.comm.; R. Duncan, Southwestern Field Biologists, Tucson, Arizona, pers. comm.; S. Hedwall, FWS, pers. comm.; J. L Ganey, RMRS, unpubl.data). Roads involved in these accidents ranged from unpaved forest roads to paved highways. Owls flying at night also might collide with utility lines, tree branches, or other obstacles. This might be particularly true for birds migrating or dispersing through unfamiliar terrain (Martin 1986) or if new structures (such as fences) have been constructed since an owl occupied an area. Little information is available on how frequently collisions might occur or when they occur.

**Research.** Owl fatalities also can occur when capturing and handling owls for research purposes. Given the limited extent of research studies on Mexican spotted owls, such impacts are likely limited. Similarly, widespread inventory and monitoring surveys may impact Mexican spotted owl behavior to some unknown extent, but likely do not result in fatalities.

**West Nile virus.** Little is known about how disease and parasites contribute to fatality of spotted owls. One disease of particular concern is West Nile virus (WNV). This virus was first isolated in Africa, and it first appeared in the U.S. in 1999, in New York (see review in Blakesley et al. 2004). It spread rapidly across the country, and it has now reached the range of the Mexican spotted owl. Millions of birds have died from WNV since its arrival in the U.S., and all owl species appear to be susceptible (Fitzgerald et al. 2003, McLean 2006). The impact of WNV on Mexican spotted owls is difficult to ascertain. The WNV is an arbovirus that is transmitted primarily by mosquito vectors. In general, we know little about the abundance and behavior of

29

the relevant vectors in areas occupied by Mexican spotted owls. Thus, it is difficult to predict infection rates. We also do not know how many of the owls infected by WNV will die or suffer reduced viability, or whether or not owls develop some level of immunity to the disease following initial exposure. Recent surveillance in the Sierra Nevada of California failed to detect antibodies to WNV in California spotted owls (Hull et al. 2010). However, this could indicate lack of exposure, sampling error, or high mortality rates of infected individuals, leaving no survivors. Thus, all we can say with certainty at this time is that WNV occurs within the Mexican spotted owl's range, and it has the potential to impact population viability of the owls.

***Competition.*** Several other species of owls occur within the range of the Mexican spotted owl. In general, we know little about potential competitive relationships among these owl species. Logically, the two species most likely to compete directly with Mexican spotted owls are the great horned owl and the barred owl, based on their relative size, natural history, and, in the case of the barred owl, genetic similarity. Throughout much of the range of the Mexican spotted owl, the most likely competitor is the great horned owl (Forsman et al. 1984, USDI FWS 1995). This owl is larger than the Mexican spotted owl, and is sympatric with Mexican spotted owls throughout their range, and both owls are active at night, suggesting that they could compete for nocturnally active prey (Gutiérrez et al. 1995, Houston et al. 1998, Ganey and Block 2005b).

## F. Population Trends

Mexican spotted owl population trends remain unclear. However, Mexican spotted owl population size for a specific area and time can be modeled using the combined effects of births, deaths, immigration, and emigration, which influence the viability of the population and its long-term persistence. Because these owls are long-lived, population trend studies must be long-term (i.e., at least 10 years). Data on trends in populations or occupancy rates are few, and methods and sample sizes differ among studies, making comparisons difficult. However, results from these study areas have all noted that the study populations have declined in the recent past (Seamans et al. 1999, Stacey and Peery 2002, Gutiérrez et al. 2003). Further, range-wide conclusions cannot be reliably inferred from the limited data available.

Environmental conditions greatly affect reproduction and/or survival of Mexican spotted owls, and environmental variability across space and time is pronounced within the range of the Mexican spotted owl (Gutiérrez et al. 2003). Consequently, understanding how the owl responds to environmental variation is critical to its recovery. Despite concerted efforts to understand the influence of environmental variation on owl vital rates, considerable uncertainty remains. In general, temporal variation in owl vital rates appears to be influenced by climatic factors, especially precipitation. Because estimated vital rates appear responsive to precipitation several months prior to the estimation period, Gutiérrez et al. (2003) suggested that precipitation influences vital rates through an indirect mechanism. They further proposed that this mechanism might involve precipitation influencing primary productivity, prey population dynamics and, ultimately, owl vital rates. A greater understanding of these interactions will be required to project the effects of climate change on Mexican spotted owls. For detailed information regarding specific studies of population trends and factors affecting Mexican spotted owl populations, see Appendix B.

30

BLM_0071483

We have learned a great deal about the Mexican spotted owl in the last decade, but significant information gaps remain. Most studies of the owl have been descriptive rather than experimental. Although we have identified patterns with respect to some aspects of the owl's ecology (e.g., habitat use), cause and effect relationships have not been documented. Much more information is needed on how specific factors alone and in combination affect change in Mexican spotted owl abundance. These considerations suggest that additional research would contribute greatly to our understanding of the owl (see Part V.F), and that management recommendations in the near-term must deal with high levels of uncertainty.

## G. Critical Habitat

On 31 August 2004, the FWS designated approximately 3.5 million ha (8.6 million ac) of critical habitat for the Mexican spotted owl on Federal lands in Arizona, Colorado, New Mexico, and Utah (69 FR 53181). Within the critical habitat boundaries, critical habitat includes only protected and restricted habitats as defined in the original Recovery Plan (USDI FWS 1995). Similarly, the primary constituent elements of critical habitat were listed as those habitat features recognized in the 1995 Recovery Plan as associated with Mexican spotted owl occupancy, as follows:

1. Primary Constituent Elements Related to Forest Structure:
   - A range of tree species, including mixed-conifer, pine-oak, and riparian forest types, composed of different tree sizes reflecting different ages of trees, 30-45% of which are large trees with a trunk diameter of $\geq 0.3$ m (12 in) when measured at 1.4 m (4.5 ft) from the ground;
   - A shaded canopy created by the tree branches and foliage covering $\geq 40\%$ of the ground; and,
   - Large, dead trees (i.e., snags) with a trunk diameter of at least 0.3 m (12 in) when measured at 1.4 m (4.5 ft) from the ground.

2. Primary Constituent Elements Related to Maintenance of Adequate Prey Species:
   - High volumes of fallen trees and other woody debris;
   - A wide range of tree and plant species, including hardwoods; and,
   - Adequate levels of residual plant cover to maintain fruits, seeds, and allow plant regeneration.

3. Primary Constituent Elements Related to Canyon Habitat (one or more of the following):
   - Presence of water (often providing cooler air temperature and often higher humidity than the surrounding areas);
   - Clumps or stringers of mixed-conifer, pine-oak, pinyon-juniper, and/or riparian vegetation;
   - Canyon walls containing crevices, ledges, or caves; and,
   - High percentage of ground litter and woody debris.

31

BLM_0071484

## H. Threats and Threats Assessment

1. Reasons for Listing

The Mexican spotted owl, listed as a threatened species under the ESA in 1993 (58 FR 14248), is one of three subspecies of spotted owl. Under Section 3 of the ESA, the term species includes "...any subspecies of fish or wildlife...." Although the Mexican spotted owl is a subspecies, it is sometimes referred to as a species in the Recovery Plan when discussed in the context of the ESA or other laws and regulations. An endangered species is defined under the ESA as "...any species which is in danger of becoming extinct throughout all or a significant portion of its range...." A threatened species is one "...which is likely to become an endangered species in the foreseeable future throughout all or a significant portion of its range." Section 4(A)(1) of the ESA lists five factors that can, either singly or collectively, result in listing a species as endangered or threatened provided their effects are significant enough that the species meets one of the above definitions. We summarize those five factors below, as they were discussed in the 1993 final listing rule (58 FR 14248). Our assessment of the current situation with regard to the subspecies' status and threats is reflected, below.

*a.  Present or Threatened Destruction, Modification, or Curtailment of the Mexican Spotted Owl's Habitat or Range (Factor A)*

Timber-harvest practices in the Southwestern Region (Region 3 of the FS; within Region 2 of the FWS) were cited as the primary factors threatening the continued existence of the owl. The final rule stated that the FS managed timber primarily under a shelterwood harvest regime. This harvest method produces even-aged stands rather than the uneven-aged, multi-layered stands that are most often used by owls for nesting and roosting. In addition, the shelterwood silvicultural system calls for even-aged conditions in perpetuity. Thus, stands already changed from "suitable" (i.e., presently supporting Mexican spotted owls) to "capable" (i.e., not currently supporting Mexican spotted owls but with the potential to support them in the future) would not be allowed to return to a suitable condition. Acreage slated for future harvest would be similarly rendered perpetually unsuitable for owl nesting and roosting.

The final listing rule stated that "...significant portions of spotted owl habitat have been lost or modified," and it cited Fletcher (1990) in estimating that 420,000 ha (1,037,000 ac) of habitat on FS-administered lands were converted from suitable to capable. Of this, about 78.7%, or 330,000 ha (816,000 ac) was converted as a result of human activities, whereas the remainder was converted primarily by wildland fire. We were not aware of similar data for Mexico, so could not provide information about habitat change in Mexico. According to the final rule, forest plans in FS Region 3 allowed up to 95% of commercial forest (59% of suitable Mexican spotted owl habitat) to be managed under a shelterwood system. The final rule also cited the loss of lower- and middle-elevation riparian habitat plus habitat lost to recreation developments as factors in habitat loss.

32

BLM_0071485

*b.  Overutilization for Commercial, Recreational, Scientific, or Educational Purposes (Factor B)*

The final listing rule stated that scientific research had the greatest potential for overutilization of the Mexican spotted owl, whereas overutilization for birding and education were likely to increase as the owl became better known.  The effects of these activities, either chronically or acutely, were unknown.

*c.  Disease or Predation (Factor C)*

The final listing rule stated that great horned owls and other raptors are predators of Mexican spotted owls.  The rule implied that forest management created transition habitats (i.e., ecotones) favored by great horned owls, thus creating an increased likelihood of contact between the two owl species.

*d.  Inadequacy of Existing Regulatory Mechanisms (Factor D)*

The final listing rule discussed various Federal and state laws and agency management policies, concluding that existing regulatory mechanisms were inadequate to protect the owl.  Specifically cited was the conflict between attaining assigned timber-volume targets and management of occupied and unoccupied Mexican spotted owl habitat.

*e.  Other Natural or Manmade Factors Affecting the Mexican Spotted Owl's Continued Existence (Factor E)*

The final listing rule cited wildland fires as a threat to owl habitat.  The potential for increasing malicious and accidental anthropogenic harm to the species was also cited as a possible threat. In addition, the final listing rule recognized the potential for the barred owl to expand its range into that of the Mexican spotted owl, resulting in possible competition and/or hybridization.  It was speculated that habitat fragmentation may encourage and hasten this expansion.

2.  Federal Actions Affecting the Mexican Spotted Owl

Since the Mexican spotted owl was listed as threatened, the FWS has completed numerous formal consultations on actions affecting this subspecies.  These formal consultations have reviewed Federal agency actions affecting over 400 PACs (S. Hedwall, FWS, pers. comm.). Agencies initiating consultation have included the FS, Bureau of Indian Affairs (BIA), DOD (including Air Force, Army, and Navy), Department of Energy (DOE), NPS, BLM, and Federal Highway Administration (FHwA).  Proposed projects have included timber sales, road construction, fuels treatments, fire/ecosystem management projects (including prescribed natural and management-ignited fires), livestock grazing, recreation activities, utility corridors, military and sightseeing overflights, oil and gas exploration and extraction, and other activities.  Only two projects resulted in biological opinions that the proposed action would likely jeopardize the continued existence of the Mexican spotted owl:  1) implementation of the Region 3 Forest Plans without adopting the Recovery Plan (an action that was never implemented); and, 2) the release of site-specific owl location information (that information was ultimately released under the

33

BLM_0071486

Freedom of Information Act, but the release is not known to have resulted in adverse effects to the owl).

3. Factors Affecting the Mexican Spotted Owl in the United States

Section 4 of the ESA requires consideration of five factors when determining whether a species should be listed, delisted, or reclassified under the ESA. Thus, in this revised Recovery Plan, we included an up-to-date five-factor analysis (Part II.H) to ensure that recommended recovery actions (Appendix C) address the factors responsible for the species' threatened status.

In this section we analyze factors currently influencing the species. The activities we discuss may not necessarily be threats *per se*, depending on their level of intensity, duration, or geographic extent. The activities and situations we discuss are potential influencing factors on the owl and/or its habitat, and we evaluate their impacts herein.

*a.   Present or Threatened Destruction, Modification, or Curtailment of the Mexican Spotted Owl's Habitat or Range (Factor A)*

Human-managed alteration of forests in the southwestern U.S. has resulted in extensive areas of Mexican spotted owl habitat that are now more vulnerable to the effects of stand-replacing wildland fires. A plethora of ecological and historical research has documented intensified land-use in southwestern U.S. forests beginning in the 1880s with European-American settlement (Weaver 1951; Cooper 1960; Bahre 1991, 1995; Swetnam et al. 1999). Livestock grazing and selective timber harvesting were identified as management practices that resulted in substantial changes to forests (e.g., Fulé et al. 1997, Kaufman et al. 1998, Swetnam and Baisan 2003). Furthermore, human land-use practices resulted in fire exclusion, altering pre-settlement forest ecology throughout the Southwest.

Frequent, low-intensity surface fire regimes played an important role in the evolution and ecology of pine-oak, ponderosa pine, and mixed-conifer forests prior to European-American settlement (Weaver 1951, Cooper 1960, Grissino-Mayer et al. 1995a, Swetnam and Baisan 2003). The primary fuels for these low-intensity surface fires included conifer needles, leaf litter, grasses, and forbs. During pre-settlement, low-intensity surface fires burned regularly across southwestern forests (Swetnam 1990, Swetnam and Baisan 1996a).

Pine-oak and ponderosa pine forest fire-scarred trees have recorded mean fire intervals of every 2–14 years, while dry mixed-conifer-site intervals ranged from 9–30 years (Dieterich 1983; Kaib et al. 1996; Swetnam and Baisan 1996b; Swetnam et al. 1999; Brown et al. 2001; Grissino-Mayer et al. 1995a, 1995b; Heinlein et al. 2005; Brown and Wu 2005; Fulé et al. 2009). The more frequent fire intervals occurred in the lower elevations and on southern slope-aspects in the pine-oak, ponderosa, and dry mixed-conifer forests. In the higher elevations and on northern aspects with wetter mixed-conifer forests, mean fire intervals were longer with greater variation, and fire effects included mixed severities with surface and stand-replacing fire characteristics often discernible within existing aspen stands (e.g., Brown et al. 2001, Fulé et al. 2004, 2009; Margolis et al. 2007, Margolis and Belmat 2009). Fires were less frequent in arid and rocky-

34

canyon habitats, where natural fire barriers and limited fuels existed (Swetnam and Baisan 1996a, 1996b; Brown et al. 2001; Swetnam et al. 2001; Fulé et al. 2003a, 2003b).

Historical descriptions of mixed-conifer forests 100 or more years before present included a variety of conditions depending on the time since and severity of the most recent fire incidents. Accounts of mixed-conifer forest described large old Douglas-fir trees and understories composed of vigorous ponderosa pines and regeneration cohorts of Douglas-fir. Fulé et al. (2004, 2009) found that mixed-conifer forest composition and structural changes between 1880 and 2004 included >50% increases in basal area (BA) from smaller diameter age classes, declines in ponderosa pine, increases in white fir, subalpine fir, and spruce, and a decline in early seral habitats at higher elevations. Others have noted similar changes to mixed-conifer forest in different mountain ranges of the Southwest (Heinlein et al. 2005, Margolis et al. 2007, Margolis and Belmat 2009).

*i.  Stand-replacing Fire*

Current forest conditions have the potential to sustain landscape-scale stand-replacing fires that would positively or negatively alter owl habitat over extensive landscapes in a single fire incident, depending on certain conditions discussed below. Indeed, several large fires—Whitewater-Baldy, Wallow, Las Conchas, Cerro Grande, Rodeo-Chedeski, Hayman as examples—have burned in owl habitat since 1996. Thus, broad-scale, high-severity, stand-replacing fires have had, and will likely continue to have, long-term effects on both watershed and forest function (Fulé et al. 2004). Wildland fires can cause direct and indirect effects from combustion, charring, heating, smoke, and biophysical changes to the burned area. Dense forests with heavy fuel accumulations, like many forests in the southwestern U.S., are at greater risk to high-severity and stand-replacing fires (Fulé et al. 2004). The potential effects of fire and related activities on owls depend upon:

- whether or not the fire and/or suppression activities are within owl habitat;

- type of habitat involved (e.g., nest/roost, foraging, dispersal habitat);

- severity and intensity of the wildland fire;

- areal extent, location, and intensity of suppression activities;

- frequency and cumulative effects of the suppression activities; and,

- time of year.

Direct and indirect fire effects on habitat include the alteration of vegetation structure, soil, and watershed conditions. These effects can be detrimental, beneficial, or both depending on the six factors we list above. Evaluation of effects is also dependent on temporal scale; effects that are detrimental in the near-term may have long-term beneficial effects. Conversely, fires may provide short-term benefits, but result in stand degradation over time. The fire-severity class is directly related to the magnitude of these effects, and it also influences whether such effects are positive or negative on owl habitat. High-severity burns have the most negative long-term effects on spotted owl nest and roost habitats but could enhance foraging habitats used by owl prey species (e.g., woodrats or deer mice) (Franklin et al. 2000, Kyle and Block 2000). Bond et

35

al. (2002) monitored the fate of 21 color-marked owls representing all three (northern, California, and Mexican) spotted owl subspecies. They concluded that when relatively large wildland fires burned known nest and roost sites, the fires appeared to have a short-term effect on survival, site fidelity, mate fidelity, and reproductive success (see also Jenness et al. 2004).

Bond et al. (2009) evaluated wildland fire effects on seven radio-marked California spotted owls and found that owls roosting during the breeding season selected low-severity burned forest and avoided moderate- and high-severity burned areas. Bond et al. (2009) also found that most owls foraged in high-severity burned forest more than other burned-forest categories. Furthermore, within 1 km (0.6 mi) of the center of foraging areas, foraging owls selected all severities of burned forest and avoided unburned forest. Further, anecdotal evidence from Mexican spotted owl monitoring suggests that PACs burned with moderate-to-high fire severity continue to be occupied by reproductive owls (S. Hedwall, FWS, pers. obs.; J.P. Ward, Jr, FWS, pers. obs.). Conversely, owl surveys conducted two years post-wildland fire in some previously occupied, but severely burned areas (e.g., within some areas of the Rodeo-Chedeski Fire on the Mogollon Rim in Arizona), failed to locate Mexican spotted owls (S. Hedwall, FWS, pes. comm.).

The Recovery Team examined the rate of fire burning at different severities in the owl's habitat in the U.S. during a recent (1996-2005) period and then used the rate of high-severity fire to project the potential for habitat alteration and loss by high-severity wildland fire. This analysis indicated that the effects of future fire on the owl's habitat will very likely depend on the type of habitat that is occupied. Owl populations dwelling in canyon habitats may be at less risk than those dwelling in forested habitats. However, despite the variability of fire effects and existing gaps in knowledge regarding short- and long-term effects on habitat and owl responses to wildland fire, we believe that stand-replacing crown fires pose a threat to Mexican spotted owls. This is especially true when considering that 55 spotted owl PACs experienced some degree of high-severity stand-replacing fire in the 2002 Rodeo-Chediski Fire, including approximately 33,000 PAC acres that were reduced to an early successional stage. In 2011, the largest wildland fire in Arizona history, the Wallow Fire, impacted 76 PACs. As of this time, we do not have fire severity data for owl habitat within the Wallow Fire, nor do we have information yet for the 2012 Whitewater-Baldy fire impacts to owls in New Mexico. Furthermore, most climate-change models predict hotter and drier conditions in the southwestern U.S. in future decades, which will increase susceptibility of forests to large-scale, stand-replacing fires. Therefore, this Recovery Plan provides management recommendations to reduce fire risk to PACs and recovery habitat valuable to spotted owls while maintaining the integrity of nest/roost core areas (see Appendix C).

*ii. Fire Suppression*

Fire-suppression activities can result in habitat loss through building of fire lines, construction of support areas such as helipads and fire camps, and ignition of backfires and burnouts to reduce the amount of fuel available to the wildland fire. Whether the habitat effects of fire-suppression activities cause more or less impact to habitat than the benefits gained by controlling the fire can only be determined site-specifically, and then only to the extent that with-suppression and without-suppression scenarios can be accurately evaluated. Fire-management teams typically include resource advisors whose responsibility is to assess and attempt to minimize potential

BLM_0071489

effects to threatened, endangered, and sensitive species habitats. Although fire-suppression activities can have significant negative effects on owl habitat, at least locally, fire suppression tactics like backfires and burnouts can also be used to reduce fire severity and canopy losses. Management recommendations to minimize adverse effects of fire-suppression activities are provided in Appendix C.

### iii.   Burned Area Response

Emergency stabilization (ES) and burned area rehabilitation (BAR) treatments are applied to stabilize and rehabilitate a burned area so that it can recover more rapidly. ES is performed within one year of the wildland fire to stabilize and prevent unacceptable degradation to natural and cultural resources, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources (USDA and USDI 2006). BAR is undertaken within three years of wildland fire containment to repair or improve fire-damaged lands unlikely to recover naturally to management-approved conditions, or to repair or replace minor facilities damaged by fire (USDA and USDI 2006). Methods of ES and BAR include aerial mulching and seeding, tree planting, and construction of water/soil control structures (e.g., gabions, water bars, straw bales). From a habitat standpoint, ES and BAR activities are probably beneficial in that they provide protection of soils, thereby reducing the likelihood of permanent soil loss in preparation for longer-term rehabilitation efforts. Use of non-native species, however, for post-fire seeding is often ineffective at meeting management objectives and may have long-term implications on forest ecology (Peppin et al. 2010).

ES and BAR activities probably do not constitute a significant threat to spotted owls, but treatments instituted post-fire can have an effect on stand structure well into the future. We therefore provide management recommendations for this activity in Appendix C.

### iv.   Wildland Urban Interface (WUI) Treatments

Guidance for Implementation of Federal Wildland Fire Management Policy (Fire Executive Council 2009) defined the WUI as the line, area, or zone where structures and other human development meet or intermingle with undeveloped wildland or vegetation fuels. These areas may include critical communications sites, municipal watersheds, high-voltage transmission lines, observatories, camps, research facilities, and other structures that, if destroyed by fire, would result in hardship to people and communities. The WUI often is defined to encompass these sites and a buffer that includes continuous slopes and fuels that lead directly to the sites, regardless of distance. The amount of area included can be substantial. For example, the WUI within the Sacramento Ranger District of the Lincoln National Forest in New Mexico encompasses over 80% of the district as defined by Otero County under the auspices of the Healthy Forests Restoration Act (HFRA; see discussion in 8.B.d, below). Although a variety of threats may affect owls within the WUI, our focus is on the effects of intensive fuels reduction treatments on the owl and its habitat. Fuels reduction treatments in the WUI typically aim to reduce tree BA to 30 to 60 sq. ft/ac and change forest structure (e.g., reduce canopy cover by 35 to 75%) to significantly modify fire behavior (USDA, USDI 2001).

37

BLM_0071490

Analyses for the purpose of planning WUI treatments consider the "condition class" of the vegetation. Condition classes are a function of the degree of departure from historical fire regimes resulting in alterations of key ecosystem components such as species composition, structural stage, stand age, and canopy closure. One or more of the following activities may have caused this departure: fire exclusion, timber harvesting, grazing, introduction and establishment of exotic plant species, insects and disease (introduced or native), or other past management activities. Condition class one means that fire regimes are within or near historical range. In condition class two, the fire regime and vegetation structure and composition have been moderately altered; that is, >1 fire cycle has been missed, allowing for denser stocking and an increase in understory woody species. Areas in condition class two primarily include pinyon/juniper woodlands and mixed-conifer stands. Fire condition class three indicates that the fire regime and vegetation structure and composition are substantially altered; that is, multiple fire cycles have been missed. Forests and woodlands are now densely stocked, and there is a greater risk from uncharacteristic high-severity wildland fire effects. This typically applies to pine and pine-oak stands. Of the forested areas identified for treatment in the WUI within the FS Southwestern Region, 85% (or 650,000 ha [1.6 million ac] of the 730,000 ha [1.86 million ac]) occur in fire condition class two and three.

On the Lincoln National Forest in New Mexico forest personnel conducted an assessment of fuels treatments needed to ensure community protection, firefighter safety, and ecological functionality in the WUI. The Lincoln National Forest Capability Assessment evaluated several options, including intensive treatments applied across essentially the entire forest landscape (because most all of the Lincoln National Forest is considered to be WUI), including owl nest stands. This approach could involve significant risk to the Mexican spotted owl population in the Sacramento Mountains. This owl population comprises the bulk of the population in the BRE EMU (Ward et al. 1995). The BRE EMU appears to receive little if any immigration from other populations (Barrowclough et al. 1999), but it may serve as a source population for smaller populations within the region. Thus, implementation of this approach to fuels reduction in the WUI could seriously endanger owls within this EMU.

In summary, large blocks of land are scheduled to be treated to reduce fire risk and protect human communities throughout the Mexican spotted owl's range within the U.S. (USDA, USDI 2001). Prather et al. (2008) evaluated potential conflicts between fuels-reduction treatments and spotted owls in the western Mogollon Plateau and concluded that there were ample opportunities to treat forests without compromising owl habitat. In the Sacramento Mountains of New Mexico, however, intensive landscape-wide treatments aimed at ensuring community protection, public health and safety, and ecological functionality have the potential to impact a large percentage of the known PACs in the BRE EMU. As proposed, the intensity of many of these treatments may affect owls and owl habitat negatively. Also, note that many proposed treatments within the WUI were not consistent with guidelines in the 1995 Recovery Plan. As such, some WUI treatments may represent a threat to the owl, and we address these threats in Appendix C.

BLM_0071491

### v. Silvicultural Treatments

A review of recent harvest data from the 11 National Forests in Arizona and New Mexico (i.e., FS Region 3) shows a shift in the type of harvest activities performed over the past few decades. Prior to the 1980s, but post World War II, harvesting throughout the Southwest tended to cover large, contiguous areas. The number of trees per acre removed was highly variable and generally consisted of removing trees that were unhealthy and expected to die in the near future, old-growth trees, and/or trees that overtopped/shaded vigorous regeneration. It was not uncommon to utilize the same harvest methods and systems on thousands of contiguous acres. This type of harvest activity could neither be clearly classified as even-aged or uneven-aged forest management, because there was no real area control (even-aged) or volume control (uneven-aged) associated with this harvesting approach.

By the mid 1980s, all 11 National Forests in FS's Region 3 had either completed or were close to completing their individual forest plans. All of the plans at that time emphasized: 1) even-aged management; 2) discrete stand-size treatment units; and, 3) short rotation ages, generally 100-140 years. This management regime called into question whether old growth could be developed and maintained in large blocks scattered over the landscape. Although even-aged management applied in stand-size areas across the landscape might provide horizontal vegetative structural diversity, within-stand vertical diversity could not have been maintained.

In the early 1980s, timber harvesting approached 80,000 ha/yr (200,000 ac/yr) across Region 3 of the Forest Service. By the time the last forest plan was completed in 1987, annual harvest rates throughout Region 3 had dropped to approximately 60,000 ha/yr (150,000 ac/yr). By 1990, total harvest rates in the region dropped to approximately 40,000 ha/yr (100,000 ac/yr), or half what it was in the early 1980s. Since the early 1990s, commercial harvest rates have steadily declined to their current level of approximately 4,000 ha/yr (10,000 ac/yr).

With the incorporation of the Goshawk Management Guidelines into all 11 southwestern forest plans in 1996, management of most of the ponderosa pine type and much of the mixed conifer type outside of areas managed for spotted owls shifted to 0.04- to 1.6-ha (0.1- to 4-ac) groups consisting of 6 vegetative structural stages (Reynolds et al. 1992). Since this time, Region 3 has developed desired conditions for forest management. These desired conditions are not finalized at the time of this writing, and how they will translate into on the ground management, particularly for the owl, is unknown.

Beginning in the early 2000s after the Cerro Grande, Rodeo Chedeski, and other large destructive wildland fires, and after completion of the National Fire Plan, most silvicultural treatments within the region were designed to reduce BA and the number of trees per acre by thinning forests from below (removing most smaller-diameter trees) within the WUI areas (see discussion above).

Another form of intermediate cut performed in the FS's Region 3 is sanitation/salvage cutting. Sanitation/salvage has been performed since commercial logging first began prior to the 1900s. This type of intermediate treatment has declined in recent years; however, today salvage harvesting treatment is getting greater attention due to the increasing number of large, stand-replacing fires and increased insect-induced mortality in ponderosa pine and mixed conifer

39

BLM_0071492

forests. Those treatments are generally located in high severity burned areas and areas of extensive beetle-killed trees. In addition, FS Region 3 salvage operations generally involve no new road construction, logging only on slopes <30–40%, and removing only trees that are completely dead or determined to be dying. Region 3 data show that, between 2000 and 2009, 18,259 ha (45,100 ac) of harvested timber were sold as salvage sales.

There is considerable controversy over the effects of salvage logging following stand-replacing fire, and most salvage projects are appealed and/or litigated in the courts (Karr et al. 2004). Proponents of salvage logging believe that harvesting dead trees will reduce the need to harvest live trees and see the failure to log some of the dead trees as a waste of a valuable natural resource; many also see salvage logging as a way to help reduce future burn severity or provide biomass to the forest floor to help minimize erosion. Others think that the severe fire had already caused substantial environmental harm and that salvage logging may result in more environmental damage (e.g., Donato et al. 2006, Lindenmayer et al. 2008).

In summary, non-salvage even-aged timber-harvest activities that were the primary threat leading to listing of the owl as a threatened species have been greatly reduced in extent and severity since 1996 from the levels implemented at the time of listing in the FS's Region 3. The majority, but not all, of selection harvesting in Region 3 is group selection where small (0.04- to 1.62-ha [0.1- to 4-ac]) openings are created to encourage natural regeneration. These group openings generally comprise 10-20% of the stand. The remaining 80-90% of the stand is either thinned to encourage more vigorous tree growth or treated to reduce stocking by use of group selection to favor more seral tree species, or to reduce existing fuel loading. We have no definitive information on harvest levels and prescriptions on non-NFS lands; however, based on the current situation in the FS's Region 3, we do not consider even-aged timber harvest (i.e., activities designed to capture wood volume or provide for even-aged stand regeneration) to be a significant threat to the species.

Fuelwood collection for personal and commercial use occurs throughout the forested range of the Mexican spotted owl in both coniferous and riparian forests. Fuelwood harvest can result in the loss of habitat components such as hardwoods (especially Gambel oak), snags, large logs, and large woody riparian vegetation. Owl researchers have recommended the prohibition of this activity in owl habitat to protect these habitat components (Seamans and Gutiérrez 1999, May and Gutiérrez 2002, Block et al. 2005). We do not have information regarding the scale of this activity, but provide some management recommendations in Appendix C.

### vi. Insects and Disease

Native forest insects and diseases are natural ecosystem processes with which the owl has evolved. The influences of these ecosystem processes on owls can be either negative or positive, depending on intensity and extent, both within and among forest-pathogen types. For example, patches of mixed conifer subjected to bark beetle outbreaks can deteriorate to the point that they are of little use to Mexican spotted owls and are vulnerable to severe wildland fire. This may be especially significant in areas, such as those described above, where significant habitat has already been lost and where remaining habitat is under environmental stress. However, scattered patches of beetle-infested forest may provide for forest heterogeneity, resulting in abundant and

BLM_0071493

diverse prey. Similarly, dwarf mistletoe likely has some beneficial effect in providing nest sites for spotted owls as well as supporting the life-history requirements of spotted owl prey, while it also acts synergistically with other forest stressors to induce tree mortality (Lundquist and Ward 2005, Stubblefield et al. 2005, Hedwall and Mathiason 2006, Hedwall et al. 2006).

Native insects and disease likely are an issue for owl habitat only when they reach epidemic levels. Species of primary interest in this context in the southwestern U.S. include several species of bark beetles and defoliating insects (names given below), dwarf mistletoe, and root decay fungi (USDA FS 2004). An intensive and ongoing drought-induced bark beetle outbreak has caused extensive fatalities in pinyon-juniper woodlands and ponderosa pine and mixed-conifer forests (Breshears et al. 2005, 2011; Negrón et al. 2009). In some cases tree fatality has been nonrandom, with greater mortality rates in the larger trees favored by owls than in smaller trees (Mueller et al. 2005; J. L. Ganey, RMRS, unpubl. data).

Defoliators, sapsuckers, and beetles have reached outbreak proportions in areas such as the White and Pinaleno mountains, Arizona, and Sacramento Mountains, New Mexico. The Pinaleno outbreak included spruce aphid (Koprowski et al. 2005, Lynch 2009), Janet's looper (Lynch 2007), spruce beetle, and western balsam bark beetle. The Pinaleno event covered at least 162 ha (400 ac) with an estimated mortality in affected areas of 85%; mortality rates ranged from 15-20% in the Sacramento and White mountains, respectively (Lynch 2004, Koprowski et al. 2005, Lynch 2007). There is some evidence that outbreaks were associated with increasingly warm temperature regimes (Lynch 2003), suggesting that such outbreaks may increase if the climate becomes warmer in the Southwest (e.g., Seager et al. 2007).

Douglas fir dwarf mistletoe inducted witches' brooms can be beneficial to owls in mixed conifer forest by providing nest-site platforms (Ganey 1988, Fletcher and Hollis 1994, Seamans and Gutiérrez 1995, May et al. 2004) and supporting important prey species (Hedwall and Mathiasen 2006, Hedwall et al. 2006). As stated above, in many areas across the Southwest dwarf mistletoe levels have likely increased over the last century due to greater tree density resulting from fire suppression and cattle grazing (Conklin and Fairweather 2010). This greater density allows for easier tree-to-tree spread of mistletoe (Mathiasen et al. 1990) and lack of surface fire allows more branches to exist in the lower crowns of trees than would be present if these forests burned frequently. These lower branches help to increase levels of dwarf mistletoe infection, and the resulting witches brooms provide fuel ladders that allow fire to move into the canopy more easily. So, though dwarf mistletoe is a positive feature of Mexcian spotted owl habitat, it can also increase the risk of high-severity fire in owl habitat.

Decay fungi can kill trees or predispose trees to death by other agents. However, heartrot fungi, which decay the inner core of living trees, are essential in providing cavities for owl nests in both snags and living trees. Decay levels by heartrot fungi are typically proportional to tree and stand age (Lightle and Andrews 1968, Abella 2008, Worral and Fairweather 2009), so retaining old trees on the landscape with this type of decay is essential to maintaining owl habitat.

In summary, insects and diseases, while naturally occurring, can pose some risk to spotted owls when they involve exotic species or when native-species infestations are exacerbated by unnatural stand conditions, drought, climate change, or other factors. If the range of the owl becomes hotter and drier (see Part II.H.3.e.*iv* below), insect and disease outbreaks can be

BLM_0071494

expected to increase in frequency, extent, intensity, and duration. We provide recommendations to manage this potential threat in Appendix C.

*vii. Grazing*

Effects on Mexican spotted owls from grazing by wild ungulates and domestic livestock are complex, and multiple factors may determine specific influences. These factors include local and regional climatic patterns, biotic community associations and ecology, soil types and conditions, and the timing, intensity, and duration of vegetation removal associated with the presence of grazing animals. Adding to the complexity are the interrelationships of grazing and other ecological processes, such as changes in herbaceous plant composition, woody vegetation structure, soil stability and ecology, and fire regimes. Although the effects of grazing on owls are complex, they generally fall into two categories: 1) those that result in relatively short-term effects requiring short recovery periods to restore suitable habitat characteristics; and, 2) those that result in long-term alterations in plant-species composition and vegetation structure. For example, properly managed grazing in key owl foraging areas that consistently maintains residual herbaceous biomass of forage species, sufficient to allow for individual plants to recover and reproduce during most growing seasons, should provide cover and food sources for some prey species (especially during drought periods). In contrast, grazing that allows for moderate- to high-intensity grazing throughout several successive growing seasons may result in impaired vegetation productivity and ultimate changes in species composition, density, and vigor, which can degrade spotted owl prey habitat characteristics over the long-term.

Although we lack direct information relating livestock grazing to spotted owls, we can draw inferences based various pieces of information. Improper management of livestock grazing may adversely affect the owl primarily through four indirect effects: 1) diminished prey availability and abundance (Ward 2004, Willey 2007, Willey and Willey 2010); 2) increased susceptibility of habitat to fire; 3) degradation of riparian and meadow plant communities; and, 4) impaired ability of plant communities to recover or develop into more suitable spotted owl habitat. These impacts are most likely to affect owls where individual owls forage in or adjacent to grazed areas preferred by wild and domestic ungulates, including montane meadows, riparian corridors, or canyon bottoms (Ward and Block 1995, Willey 2007, Willey and Willey 2010).

Similar effects occur where large wild ungulates, such as elk, congregate or remain with little or no seasonal migration. Browsing impacts of wild ungulates on deciduous woody species (e.g. maple, locust and aspen) have been shown to be greater in areas where wild ungulates overwinter (Martin 2007). Seasonal migration of elk is greatly influenced by winter snowfall (Martin 2007), resulting in situations where higher elevation summer ranges may receive little if any seasonal deferment from elk grazing and browsing pressure during low snowfall winters. The impacts of elk browsing on aspen communities has been studied extensively (Bartos et al. 1994, Rolf 2001, Kaye et al. 2005, Bailey et al. 2007, Fairweather et al. 2007, Beschta and Ripple 2010, ), and is less seasonally influenced than the predominantly winter browsing on other deciduous species (Martin 2007). Browsing impacts on heavily utilized elk ranges have compounded the effects of historical fire suppression policies and resulted in forest stand structures that are more susceptible stand-replacing wildland fires (Cocke et al. 2005).

42

BLM_0071495

Domestic livestock and wild ungulate management that results in consistent heavy to severe utilization levels during the growing season reduces height and horizontal distribution of herbaceous plants that serve as protective cover and food sources for some of the owl's prey species, most notably voles (Birney et al. 1976, Getz 1985, Peles and Barrett 1996). Reduction of herbaceous plant biomass may also influence the food of other prey species (e.g., *Peromyscus* spp.) by removing or reducing the availability of plant seeds. Over time, without sufficient opportunities for growing season biomass recovery and seed production within these plant communities, their ecological condition will not be maintained or improved (Holechek et al. 2001), and some sites may fall into a degraded ecological condition (Kothmann 2009). Where limited herbaceous cover and seed production persist in preferred owl foraging areas over several breeding seasons, reduction of prey availability can limit the energy intake of those owls, particularly when other prey species are concurrently limited. These conditions can contribute to reduced reproduction and declines in some owl populations (Willey and Willey 2010).

In areas that are heavily grazed over long periods of time, reductions in herbaceous ground cover and increased density of shrubs and small trees can decrease the potential for beneficial low-intensity surface fires while increasing the potential for destructive, high-intensity crown fires (Zimmerman and Neuenschwander 1984). Likewise, in areas where continuous heavy browsing has occurred as a result of reduced snowpack observed over the past 20 years, suppression of juvenile hardwood and aspen recruitment into the overstory of riparian and upland forests has contributed to ecological changes in forest structure (Martin 2007).

Heavy grazing intensity in riparian areas, particularly within canyons, can reduce or eliminate important shrub, tree, forb, and grass cover, all of which in some capacity support the owl or its prey. Poorly managed grazing of riparian plant communities can also physically damage stream channels and banks (Ames 1977, Kennedy 1977, Kauffman et al. 1983, Blackburn 1984, Clary and Webster 1989, Platts 1990). Deterioration of riparian vegetation structure can allow channel widening. This event, in turn, elevates water and soil temperatures and thus evaporation and lowering of water tables, as well as significantly increasing the potential for accelerated flood damage (Platts 1990). These processes alter the microclimate and vegetative development of riparian areas, potentially impairing its use by spotted owls. Prolonged use of these key habitats by large ungulates can alter plant reproduction and recruitment (e.g., cottonwoods, oaks), along with other negative habitat impacts including alteration of stream corridor morphology and hydrology, compaction of soil, and removal of stabilizing vegetation such as willows, sedges, and other native plants (Kennedy 1977, Rickard and Cushing 1982, Kauffman and Krueger 1984, Fleischner 1994, Krueper 1996). These impacts retard development of riparian, oak, and other plant communities into habitat that can be used by owls for roosting, nesting, or dispersal. Where riparian areas act as refuges for small mammals during drought periods, the impacts of grazing also may influence future prey abundance.

In summary, we view grazing by domestic and wild ungulates as a potential threat to spotted owls when managed insufficiently as to its effects on prey species habitat (e.g., reducing herbaceous ground cover), nest/roost habitat (e.g., limiting regeneration of important tree species, especially in riparian areas), and the capacity for resource managers to restore and maintain conditions supporting natural fire regimes within an array of habitat types. Grazing by domestic and wild ungulates is prevalent and recurring within most Mexican spotted owl habitat

43

BLM_0071496