types. Thus, this potential threat occurs throughout the owl's range and often during periods of its reproductive cycle when prey availability is most critical. The magnitude of the threat is greatly dependent on the duration, timing, and intensity of grazing, and if insufficiently managed, both short-term and long-term adverse affects on the owl's habitat and that of its prey species may occur in the future. We provide management recommendations (Appendices C and D) because management of both domestic and wild large ungulates will likely continue in the owl's habitat.

*viii. Energy Development*

Energy development includes oil, gas, wind, and solar extraction/harvest activities, exploration, and associated infrastructure developments (e.g., construction, maintenance, and expansion of power lines, pipelines, and roads). These activities may affect owls through alteration of habitat (effects from electrocutions, collisions, and disturbance are discussed under the relevant threat factors). Habitat alteration may be caused by facility (e.g., well pads, pipelines, power lines, wind turbines) and/or road construction, as well as exploration equipment and, rarely, by subsidence (e.g., collapsing of caves). Construction activities often involve use of large equipment potentially directly impacting habitat through removal of large trees, dead and down materials, etc. Such activities may also increase accessibility, opening areas to increased human disturbance.

There is little information on the extent of energy development activities in Mexican spotted owl habitat; however, information on oil and gas activities and wind energy development is available for the four states that make up the majority of the Mexican spotted owl's range. This information is only reported by state, and therefore includes information from outside of the owl's range (e.g., Colorado plains east of the Rocky Mountains). We include this information here as a crude (but the best available) index of current trends and relative magnitude of oil, gas, solar, and wind energy activities.

In the four-corner states, the number of active oil and gas wells increased by approximately 86% between 1993 (when the owl was listed) and 2009 (the most recent year for which data are available). In 2009, there were an estimated 110,021 wells, up from 59,200 wells in 1993 (Energy Information Administration 2011). The harvest of wind energy is also growing rapidly in the western U.S.; as of September 2009, there were 794 wind turbines either built or under construction in the four-corner states (AWEA 2009). We are unable to quantify the acreage of owl habitat impacted by these development activities, but make recommendations to address the effects of oil, gas, and wind energy development in Appendix C.

Another component of energy development is the construction and long-term maintenance of utility lines. Construction of utility lines can result in removal of owl habitat (e.g., trees, snags, logs) and disturbance to breeding owl from vegetation removal and construction activities. In addition, power line maintenance involves low-level air flights to inspect lines, tree and vegetation clearing to protect lines, and removal of coarse woody debris to reduce fire risk. These actions can result in loss or modification of nest/roost habitat and disturbance. We cannot quantify the extent of habitat lost to powerline construction and maintenance, but the FWS

44

consulted on powerline maintenance activities on four National Forests in Arizona that resulted in incidental take of owls associated with 16 PACs.

### ix.   Roads and Trails

Construction of roads and trails can indirectly affect Mexican spotted owls through loss and fragmentation of habitat (we discuss the effects of increased noise potential, human access, and direct fatality in Part II.H.3.e.iii below).  In general, habitat loss to road construction is minor on a rangewide scale when compared to more massive habitat losses observed from other causes (e.g., wildland fires, past harvest practices); however, on a local scale, roads and trails through PACs may fragment habitat continuity, alter natural movement patterns, and increase disturbance to resident owls.  Roads in nest/roost, forested, and riparian recovery habitat may also result in loss of habitat components (e.g., large logs, large snags, hardwoods) as people access these areas for fuelwood cutting, and in sensitive riparian areas, roads and trail can inhibit hydrological processes that affect proper functioning ecological conditions.  Management recommendations regarding roads are provided in Appendix C.

### x.   Land Development

Land development is the conversion of natural land covers to non-natural surfaces for human use, including housing, commercial enterprises, and the associated infrastructure such as roads, trails, and utility structures.  Land development occurs along a gradient from urban development to exurban and rural development.  Exurban development is defined by either population or housing density, but it is commonly considered to be low-density, large lot residential development (i.e., one house per 0.4–1.6 ha [1–4 ac]; Theobald 2004).  Exurban development probably poses a greater threat to Mexican spotted owl populations than other forms of land development, particularly in forest environments where private lands are adjacent to or located within Federal lands, although the extent of this threat is unknown.  In addition, several studies have suggested that housing development threatens species occurring within many "protected" areas within the U.S. (e.g., Radeloff et al. 2010, Wade and Theobald 2010).  Nationally, 80% of all developed land is at exurban densities (Wade and Theobald 2010), and exurban development is increasing at a greater rate in forested lands of the western U.S. than any other form of development, or in other regions of the country (Brown et al. 2005, Theobald and Romme 2007).  This rapid growth away from urban areas, termed "rural sprawl," appears to be due to the attractions of the environmental and recreational amenities of these areas, retirement of "baby boomers," and the increasing separation of home and work locations due to better communications networks (Hansen et al. 2002, Brown et al. 2005, Radeloff et al. 2010).

Much of this exurban development is occurring in proximity to NFS and other Federal lands.  Housing development within 1 km (0.6 mi) of National Forests increased by an average of 20.8% per decade from 1940-2000 and has been above the national average for housing growth since the 1970s (Radeloff et al. 2010).  This pattern of greater-than-average development near and within Federal lands is expected to continue within the range of the owl, with a greater than 25% increase projected for the states of Arizona, Colorado, New Mexico, and Utah from 2000 to 2030 (Wade and Theobald 2010).

BLM_0071498

Exurban development is a potential threat in all Mexican spotted owl EMUs in the U.S. In an analysis of WUI, Radeloff et al. (2005) provide county-level data on area developed at several intensities and arrangements. Based on this information, 2.6% of all land area in counties with designated PACs falls within their definition of WUI, with 64.5% of this development being low-density intermix development. The SRM and BRE EMUs have the highest proportion of land area as WUI (5% and 4%, respectively), although the BRW EMU has the largest areal extent of land affected by this form of development. By restricting analysis to counties with at least 10 designated PACs, the BRW EMU still ranks highest in amount of land impacted by WUI development, with the UGM EMU lands also substantially impacted.

Land development adjacent to non-developed areas can influence species distribution and abundance, as well as ecological function, within those areas by a number of mechanisms, most notably by reduction in effective size of the area, alteration of ecological processes (e.g., predation, competitive interactions), loss of important habitat features or seasonally important use areas for the species, and disturbance (Hansen and DeFries 2007). Habitat loss and fragmentation due to development usually impacts species on a landscape-scale, but development also has local-scale impacts, particularly due to disturbance and vegetation change (Schlesinger et al. 2008).

No studies have evaluated the influence of land development on use of habitat by spotted owls or effects on habitat quality. Although most known owls occur on Federal lands, specific developments in Arizona and New Mexico have been suspected to impact spotted owl habitat. In addition, the extent to which these owls forage or winter on lands subject to development is unknown, but it is likely that the development of private lands within and surrounding Federal lands directly affects habitat used by spotted owls. Further, there have been a number of land exchanges, both completed and proposed, where the primary economic driver was to acquire Federal lands for development. Working with California spotted owls, Manley et al. (2009) projected that current levels of development in the Tahoe Basin has reduced the amount of area that met "territory" criteria by 28% to 38%. The majority of this loss was the result of indirect changes to the landscape that are typical of exurban development, rather than the actual conversion of area to structures. Development leads to declines in vegetative features important to owls, especially dead woody debris (Fraterrigo and Wiens 2005, Heckmann et al. 2008). In addition, fragmentation by development may lead to owls requiring larger areas. For example, working with northern spotted owls, Carey et al. (1992) found that owls utilized three times the amount of mixed-conifer forest in areas of high fragmentation than in areas of limited fragmentation.

Ecological processes influencing Mexican spotted owl populations might be altered by development. Forest fragmentation may lead to increases in potential predators, such as great horned owls, which increase in abundance with high levels of habitat heterogeneity caused by fragmentation (Grossman et al. 2008). Fragmentation was found to increase the spatial overlap between great horned owls and barred owls, and it may increase the threat of predation on barred owls by great horned owls (Laidig and Dobkin 1995). Development also alters ecological processes associated with fire regimes, by increasing the probability of fire and activities associated with suppression or mitigation of risk (e.g., WUI). The threats from these activities are discussed elsewhere in this five-factor analysis (e.g., see Part II.H.3.a.*i* and *ii*).

46

BLM_0071499

Increasing development leads to greater impacts on species due to increased use of surrounding areas by humans (Riebsame et al. 1996). Behavioral responses can be a more important factor in loss of species to development than habitat alteration (Schlesinger et al. 2008). The threat of recreation disturbance to Mexican spotted owls is evaluated elsewhere in this five-factor analysis (see Part II.H.3.a.*xi*).

A major question not answered at present is the extent and importance of wintering habitat for Mexican spotted owls, particularly in the northern periphery of their range. In Colorado, this question may have substantial bearing on whether land development is a serious threat to continued presence of the species, as land development may disproportionately affect wintering areas there. These lower-elevation areas are more likely to be privately owned and impacted by exurban development, and in these areas exurban housing densities have shown the greatest increase (Riebsame et al. 1996, Theobald 2000).

In summary, land development poses a potential threat to Mexican spotted owls primarily through habitat fragmentation, alteration of ecological processes (e.g., predation, fire regimes), and increased potential for disturbance. The threat exists in all EMUs but the magnitude is highly variable due to the variation in amount and configuration of developable land in proximity to current spotted owl habitat. Land development probably threatens foraging and wintering habitat more than nest/roost habitat, although the level of threat is unknown. We provide management recommendations (Appendix C) to mitigate threat of land development to the spotted owl.

*xi. Recreation*

Recreational activities may affect owls directly through disturbances caused by human activity (e.g., hiking, shooting, and OHV use at nesting, roosting, or foraging sites; discussed under other sections of this five-factor analysis) or indirectly through alteration of habitats such as damage to vegetation, soil compaction, illegal trail creation, and increased risk of wildland fires. Whether managed or unmanaged (i.e., user-created), development of new recreational facilities (e.g., trailheads, and OHV and mountain bike trails) and expansion of existing facilities (e.g., campgrounds and hiking trails) may alter owl habitat.

The potential for recreation-related impacts to the owl is relatively high. Visitation at the 18 national parks, monuments, and recreation areas within the owl's U.S. range has doubled from approximately 7 million to over 14 million visits from 1971 (representing the first year data were available for all 18 park units) to 2009 (USDI NPS 2010). NPS-administered lands make up approximately 2.5% of the owl's U.S. range (USDI FWS 1995). While only a fraction of visitors are likely to recreate in PACs, the overall high level of visitation demonstrates the scale of recreation-related human activities within the owl's range.

Depending on the extent, intensity, and duration, recreational disturbance may have negative impacts on owl habitat. For example, the number of people who drive OHVs off road has increased over 109% in the U.S. since completing the 1995 Recovery Plan (Cordell 2004). In addition, from 1997 to 2001, the number of OHVs in use increased by almost 40%, OHV drivers increased by 36%, and OHV driving hours increased by 50% (68 FR 19975; April 23, 2003).

47

BLM_0071500

The significant increase in OHV use, OHV-associated impacts to natural resources, and a desire to provide better OHV management have precipitated development of Travel Management Plans for all NFS lands as well as implementation of a 2009 Arizona OHV Law (SB1167). These actions illustrate that both Federal and state agencies have identified OHV recreational activity as a concern.

There have been significant increases in the extent and intensity of recreational activities within the owl's range since the development of the original Recovery Plan (USDI FWS 1995). Impacts are most likely to occur at the level of individual owls and/or PACs. Since the owl's listing in 1993, the canyonlands in southern Utah have experienced a steady increase in visitation and, as a result, a significant increase in canyoneering. This sport encompasses boulder scrambling and rock-climbing to descend through canyons, including those where Mexican spotted owls are known to nest (USDI FWS 1995, Rinkevich and Gutiérrez 1996, Swarthout and Steidl 2001). For example, human recreational-use levels were measured for canyons by the NPS in Zion National Park by quantifying requests for use permits. Canyoneering permits for popular canyons occupied by the owl increased significantly between 1998 and 2002 (Zion National Park, unpubl.data). Recreational use of canyons has continued to rise; the number of permits issued for narrow slot canyon day use has increased 42% and overnight permits increased 26% since 2003. Currently, however, recreation disturbances such as these are not known to affect regional or range-wide owl populations. Management recommendations to address the threat posed by recreation are provided in Appendix C.

*xii.  Water Development*

Water development includes dams, permanent flooding of riparian habitats, bed degradation below dams, stream dewatering, diversions, altered-flow regimes, and artificial watering ponds (e.g., stock tanks). Effects of development on owls vary, but can include loss or degradation of habitat, habitat fragmentation, disruption of migration corridors, inhibited gene flow, and altered grazing patterns by wild and domestic ungulates.

Previously occupied riparian communities in the southwestern U.S. and Mexico have undergone significant habitat alteration since the historical owl sightings (USDI FWS 1993). For example, in southern Utah and northern Arizona, inundation of Glen Canyon by Lake Powell in 1963 created a 299-km (187-mi) long and 40-km (25-mi) wide reservoir that flooded habitat for a potentially large population of owls (McDonald et al. 1991, Willey and Spotskey 2000). In addition to inundating habitat, dams can alter hydrologic conditions below the dam and strongly influence the structure and function of riparian ecosystems (Poff et al. 1997). Dams often regulate the timing, magnitude, and duration of floods that are the primary natural disturbances in riparian ecosystems (Poff et al. 1997). Natural floods deposit sediment on flood plains that create seed beds for riparian plants, and they flush salts and redistribute nutrients. Regulation of floods below dams can reduce or eliminate these critical processes. Salinity increases can be biologically significant. Most native willows and cottonwoods are relatively intolerant of salt (Jackson et al. 1990, Shafroth et al. 1995), whereas germination of the non-native tamarisk increases with salinity (Busch and Smith 1995, Smith et al. 1998). Thus, it has a competitive

48

BLM_0071501

advantage over native cottonwoods and willows on regulated rivers. Increase in tamarisk and decline in native vegetation may have implications for owl habitat quality.

Stock tanks are artificial watering holes established primarily for domestic livestock that also are used by wild ungulates such as deer and elk. Effectively, these tanks have allowed both domestic and wild ungulates to expand their geographic range, thereby allowing them to graze over a wider area than they might have with limited water. Depending on the intensity, seasonality, and location of where these animals graze, potential exists for them to affect habitat for owls and their prey (see II.H.3.a.*vii*).

In summary, effects of water development can range from site-specific habitat loss or degradation to habitat fragmentation through inundation and altered hydrological function, disruption of migration corridors, and inhibited gene flow across larger landscapes. Much of our knowledge concerning effects is indirect and inferential given that no studies have specifically addressed these threats. For example, studies in Grand Canyon National Park have recorded a number of owl sites and have resulted in predictions of potential owl habitat (Bowden 2008). Many of the canyons inundated by Lake Powell likely possessed similar characteristics as those occupied by owls in Grand Canyon, thus it is conceivable that some would have been occupied. Not only was there probable habitat loss but given the size of the lake, movements of birds between Grand Canyon and other parts of the CP EMU may have been disrupted. Effects of dams on downstream habitat have not been investigated, but the replacement of native cottonwood forests with non-native tamarisk stands may effectively represent a loss of owl habitat. The extent and severity of this threat warrant additional study. We provide management recommendations specific to this threat in Appendix C.

*b. Overutilization for Commercial, Recreational, Scientific, or Educational Purposes (Factor B)*

*i. Commercial Exploitation*

We are unaware of any commercial exploitation of Mexican spotted owls.

*ii. Recreational Exploitation*

The southwestern U.S., particularly southeastern Arizona, is one of the premier destinations in the U.S. for birdwatching. Unfortunately, the high visitation level of birdwatchers has begun to result in recreational exploitation of Mexican spotted owls as birders attempt to "collect" sightings and/or pictures of rare species for their life lists. Recreational birders have been observed regularly visiting several owl territories in the Huachuca and Chiricahua Mountains of southern Arizona. The FWS frequently receives reports of people continuously playing audio recordings of spotted owls to elicit responses, shining lights repeatedly at owls to take pictures, and other acts of harassment. Though it is unlikely that these actions are impacting large numbers of owls, it is a threat at the site-specific level and is usually illegal absent appropriate Federal and state or Tribal permits issued for research or inventory purposes. We therefore provide management recommendations in Appendix C, that address management, education, and enforcement actions to minimize effects of recreational exploitation.

BLM_0071502

*iii.   Scientific Exploitation*

The information obtained through scientific studies is instrumental in devising appropriate recovery strategies for threatened and endangered species, as well as in monitoring progress toward recovery goals.  In the case of the Mexican spotted owl, obtaining the types of ecological information required sometimes involves trapping, handling, and marking owls either with color bands or radio transmitters.  These activities have been conducted for many years on all three subspecies of spotted owls.  Many hundreds of owls have been trapped and handled, with a limited number of injuries or mortalities resulting from these activities.  Therefore, we generally consider these activities to be acceptable for the study of owls and do not consider research and monitoring activities to pose a significant threat to population persistence.  Nevertheless, trapping and handling wildlife has certain inherent risks that can never be eliminated entirely, and efforts should be undertaken to minimize any potential impacts to the owl.  To aid in this process, we provide management recommendations in Appendix C.  These recommendations address permitting and reporting requirements, as well as essential safeguards to minimize potential impacts of the research activities.

*iv.   Educational Exploitation*

We are unaware of any exploitation of Mexican spotted owls for educational purposes.

*c.   Disease or Predation (Factor C)*

*i.   West Nile Virus (WNV)*

Mexican spotted owls are not known to have suffered population declines from disease.  However, The U.S. Center for Disease Control (CDC) has identified over 300 avian species (both native and non-native, wild and captive) in which dead specimens have tested positive for infection by WNV in the U.S. (www.cdc.gov).  The virus first appeared in North America in 1999, with encephalitis reported in horses and humans.  It has since been documented in all U.S states except Alaska and Hawaii (www.cdc.gov).

The virus is commonly spread by transmission between mosquito vectors and bird reservoir hosts.  However, birds can also become infected by means other than arthropod transmission (Marra et al. 2004).  Komar et al. (2003) reported that ingestion of WNV in aqueous solution resulted in infection in several bird species, including great horned owls.  It is not known whether ingestion of infected prey by raptors has resulted in bird fatality, but the risk exists (Marra et al. 2004).  Finally, contact transmission has been documented in the laboratory in caged birds (McLean et al. 2001; Komar et al. 2003), perhaps from such behaviors as mutual preening and beak-to-beak contact.

Avian fatality from WNV has been extensive in North America (www.cdc.gov).  Natural fatal infections were detected between 1999 and 2002 in over 28,000 bird carcasses representing 198 species, including a captive spotted owl (subspecies not identified; www.cdc.gov).  However, we are unaware of any records of wild spotted owls being infected with WNV.  Hull et al. (2010) tested 209 California spotted owls in the Sierra Nevada of California between 2004 and 2007 and detected no antibodies in those specimens.  The authors remarked that these results were

50

"somewhat unexpected" given that the California Department of Public Health had recorded numerous infection incidences in other avian species in the region during that time. Hull et al. (2010) expressed doubt that this absence of detection was simply an inadequate sampling scheme; rather, given the large number of specimens sampled, they conclude that WNV infection is absent in the area's spotted owls. However, they alternatively hypothesize that an absence of detections could be because spotted owls exhibit such a high mortality rate that they do not survive long enough to develop a detectable immune response.

We are unaware of any incidence of WNV in Mexican spotted owls, or of any surveillance program (systematic or otherwise) for this disease. Nonetheless, the potential impact of the disease on threatened species and those of ecological importance is of great concern (Joyner et al. 2006). Marra et al. (2004) point out that, although no regional declines of imperiled avian species have been documented, species already affected by other population stressors may be at particular risk of extinction from WNV. They further state that determining a given species' susceptibility to WNV is critical for understanding the pathogen's ecology and protecting threatened wildlife populations.

The scientific panel that reviewed the status of and threats to the northern spotted owl was unanimous in regarding WNV as a potential future threat (Courtney et al. 2004). Their concern was based on the spread of the disease to within the range of that subspecies and the fact that the disease has been fatal to spotted owls. However, that conclusion predates the work of Hull et al. (2010) and we do not know if the panel would reach the same conclusion considering Hull et al.'s results. In addition, the final Recovery Plan for the Northern Spotted Owl (USDI FWS 2008) does not recognize WNV as a current threat and recommends only monitoring for the disease as a recovery action. We also do not consider this disease to be a significant threat to the owl at this time. However, there remains much uncertainty about the potential impact of this disease in the future, particularly when considering the effects such as climate change on ecological variables of events such as mosquito distribution. We, therefore, make management recommendations similar to those in the northern spotted owl plan (Appendix C).

*ii. Predation*

Predation is a common mortality factor of spotted owls, accounting for at least 5 of 11 deaths documented among radio-marked adult and subadult owls (Ganey et al. 2011), and 14 of 29 documented mortalities of radiomarked juveniles (Ganey et al. 1998, Willey and Van Riper 2000). Predation may account for more deaths than indicated because the cause of death of recovered spotted owls is often unknown. The specific predator involved is also typically unknown. Procyonid mammals were observed attempting to raid cliff-site nests occupied by spotted owls in southern Arizona (R. Duncan, Southwestern Field Biologists, pers. comm.), suggesting that they may prey on spotted owls. However, avian predation is suspected to be the main form of predation. Potential avian predators of Mexican spotted owls include great horned owls, northern goshawks, red-tailed hawks, golden eagles, and barred owls (where they are sympatric; Leskiw and Gutiérrez 1998). Some of these predators occupy the same general habitats as the Mexican spotted owl, but there is little direct evidence that they prey on spotted owls (Gutiérrez et al. 1995). Ganey (1988) reported one instance of apparent great horned owl predation on an adult spotted owl, but Ganey et al. (1997) did not document predation on spotted

51

BLM_0071504

owls in a study involving sympatric spotted and great horned owls.  Reynolds (RMRS, pers. comm.) reported a golden eagle preying on a spotted owl.

Results from radiomarked Mexican spotted owls indicate that all age classes are preyed upon (Ganey 1988, Ganey et al. 1998, 2005; Willey 1998b, Willey and Van Riper 2000).  We suspect that predation may have localized effects on spotted owl abundance, particularly due to effects on fledging rates and post-fledging juvenile survival.  While predation is a documented fatality factor, there is no evidence that current predation rates are abnormally high.  In summary, we do not view predation as a significant threat and provide no threat-specific management recommendations.

### d.  Inadequacy of Existing Regulatory Mechanisms (Factor D)

The National Environmental Policy Act (NEPA), land-management statutes like the National Forest Management Act, and state regulations governing direct taking of species were evaluated in the final rule listing the Mexican spotted owl.  We discuss these statutes and regulations further in Appendix F of this Recovery Plan, and we incorporate them here by reference.  We are unaware of any changes in these statutes and regulations other than those we specify below, and the previous conclusion that they convey little protection of habitat, in absence of ESA influence, remains valid.  We also note that the discussion below merely describes the relevant laws influencing spotted owls and their habitat, and inclusion of these laws does not necessarily imply inadequacy.  We discuss several recent laws, regulations, and policies potentially influencing forest management below.

### i.  National Fire Plan and Policy

The interagency Federal Wildland Fire Policy, adopted by the FS, FWS, BLM, BIA, and NPS in 1995 states, "Fire, as a critical natural process, will be integrated into land and resource management plans and activities on a landscape scale, and across agency boundaries.  Response to wildland fire is based on ecological, social, and legal consequences of fire."  The National Fire Plan was developed in August 2000 with the intent of improving active response to wildland fires and their impacts to communities through development of a 10-year strategy and goals in 5 key areas: firefighting, rehabilitation, hazardous fuels reduction, community assistance, and accountability.  The plan consists of a report to the President of the U.S., the subsequent comprehensive strategy plan, and congressional appropriations.  The strategy is to reduce wildland fire risks to communities and the environment by correcting problems stemming from the long-term disruption of natural fire cycles.

A 2009 revision of the 2003 Interagency Strategy for the Implementation of Federal Wildland Fire Management Policy distinguished between two kinds of wildland fire:  prescribed fire (planned ignitions), and wildland fire (unplanned ignitions).  The revision allows fire managers to manage a wildland fire for multiple objectives to increase managers' flexibility in responding to changing incident conditions and firefighting capabilities, while strengthening strategic and tactical decision implementation to support public safety and resource management objectives. Hazardous fuels reduction treatments are designed to reduce the risks of wildland fire to firefighters, people, communities, and natural resources while restoring forest and rangeland

BLM_0071505

ecosystems to their historical structure, function, diversity, and dynamics. Although the intent of the National Fire Plan and Policy is also to protect habitats for the owl and other species over the long-term by reducing habitat loss from severe fire, short-term effects to owls may occur during and following treatments, and cumulative effects may possibly occur in more intensely WUI-managed landscapes. Our fire- and fuels-management recommendations in Appendix C are compatible with the National Fire Plan.

*ii.   Healthy Forests Initiative*

President George W. Bush announced the Healthy Forests Initiative in August 2002 to streamline regulatory processes for Federal agencies, to provide for more timely decisions and greater efficiency in reducing fire risk through increased fuels-reduction treatments. The initiative consists of administrative changes related to fire and fuels treatment projects, including the establishment of two new categorical exclusions from NEPA analysis, changes to administrative appeal rules, and new Council for Environmental Quality guidance for environmental assessments. Administrative actions that may affect management and treatment of owl habitat include:

- Joint counterpart regulations were developed that eliminated required consultation with and written concurrence from FWS and National Marine Fisheries Service (collectively "the Services") for National Fire Plan projects that the action agency had determined would not adversely affect listed species. The action agencies took on the responsibilities of the Services for these projects (USDI FWS and USDC NOAA 2004). However, those regulations were withdrawn and are no longer in effect.

- Guidance was developed to evaluate net benefits of hazardous fuels treatment projects. During consultations, the Services evaluate the long-term benefits of these projects, including benefits of restoring natural fire regimes and native vegetation and long-term risks of severe wildland fire, against the short- or long-term adverse effects of these projects (USDI FWS and USDC NOAA 2002).

Our fire- and fuels-management recommendations in Appendix C are compatible with the Healthy Forests Initiative.

*iii.   Healthy Forests Restoration Act of 2003*

The Healthy Forests Restoration Act of 2003 (HFRA; P.L. 108-148) applies to hazardous-fuels-reduction projects on National Forest System and BLM lands. The objectives of the HFRA are to reduce wildland fire risk to communities and municipal water supplies; authorize grant programs to improve the commercial value of forest biomass; enhance efforts to protect watersheds and address threats to forest and rangeland health; identify and address the impact of insect and disease infestations on forest and rangeland health; and protect, restore, and enhance forest ecosystem components, including promoting the recovery of threatened and endangered species (HFRA 2003). The HFRA does not authorize treatments in federally designated wilderness, wilderness study areas, or other areas where vegetation removal is prohibited through congressional or Presidential protection.

53

Title I requires the Secretaries of Interior and Commerce to comply with any applicable guidelines specified in any management or recovery plan for threatened and endangered species. It requires that HFRA projects maintain or contribute toward restoration of the structure and composition of old-growth stands according to pre-fire-suppression, old-growth conditions. It also requires that projects maximize retention of larger trees in areas other than old-growth stands, consistent with the objective of restoring fire-resilient stands and protecting at-risk communities. Other aspects of the HFRA provide for expedited environmental review and administrative review of proposed projects. It also requires collaboration between Federal agencies and local communities in development of Community Wildfire Protection Plans that identify and prioritize areas for hazardous-fuels-reduction treatments, recommend treatment methods, and recommend measures to reduce ignition of structures in the at-risk community.

Title III provides grant programs to states, tribes, small communities, and individuals for projects that provide watershed restoration and conservation, wetland restoration, and establishment of riparian vegetative buffers. Title V established the Healthy Forests Reserve Program. Private landowners may enroll their lands in this program if their lands will restore, enhance, or otherwise measurably increase the likelihood of recovery of federally listed, candidate, or state-listed species or special-concern species. Landowners who enroll may receive financial assistance to restore or enhance habitat for these species.

Fire- and fuels-management recommendations are given in Appendix C and are compatible with the HFRA.

### iv.  Omnibus Public Land Management Act of 2009, Title IV Forest Landscape Restoration Act

The purpose of the Collaborative Forest Landscape Restoration Act (CFLRA) is to encourage the collaborative, science-based ecosystem restoration of priority forest landscapes through a process that encourages ecological, economic, and social sustainability; leverages local resources with national and private resources; facilitates the reduction of wildland-fire management costs, including through reestablishing natural fire regimes and reducing the risk of uncharacteristic wildland fire; and demonstrates the degree to which various ecological restoration techniques achieve ecological and watershed health objectives. To be eligible to receive funding, a collaborative forest-landscape-restoration proposal must be based on a landscape-restoration strategy that identifies and prioritizes ecological restoration for a 10-year period on a landscape that is at least 20,243 ha (50,000 ac). The CFLRA states that vegetation treatments should focus on removal of small-diameter trees, retain large trees to the extent that the trees promote fire-resilient stands, and improve fish and wildlife habitat, including for endangered, threatened, and sensitive species.

The Southwestern Region of the FS is currently developing landscape-scale restoration projects that qualify for CFLRA funding. One example of this is the Four Forest Restoration Initiative. The Apache-Sitgreaves, Coconino, Kaibab, and Tonto National Forests are working with stakeholders to develop a collaborative restoration plan in the ponderosa pine forest type across the four forests. These four forests include a significant portion of the UGM EMU and will likely include a considerable amount of Mexican spotted owl PAC and recovery habitat. Fire- and fuels-management recommendations in Appendix C should facilitate implementation of such

BLM_0071507

large-scale treatments as envisioned under the CFLRA.  Examples of other projects receiving CFLRA funding within the range of the owl include the Southwest Jemez Mountains Landscape Restoration Project in the Southwestern Region of the FS, and the Colorado Front Range Collaborative Forest Restoration Project in the Rocky Mountain Region of the FS.

*iiv.   Stewardship Contracting Authority*

Through the Consolidated Appropriations Resolution of 2003, Congress enacted legislation expanding stewardship contracting authority for the FS and BLM.  This authority allows these agencies to enter into long-term (up to 10 yrs) contracts with small businesses, communities, and nonprofit organizations to reduce wildland fire risk and improve forest resiliency.  Stewardship contracts can be used for projects that will provide benefits to local and rural communities and meet goals such as road or trail maintenance to improve water quality; improvement of soil productivity; improvement or protection of habitat for wildlife and fisheries or other resource values; use of prescribed fire or other treatments to improve forest health or wildlife habitat and reduce fire hazards; restoration and maintenance of watersheds; and control of noxious and exotic weeds coupled with reestablishment of native plant species.  This stewardship authority can be useful in implementing the management recommendations in Appendix C.

*e.   Other Natural or Manmade Factors Affecting the Mexican Spotted Owl's Continued Existence (Factor E)*

*i.   Noise and Disturbance*

Infrequent, noise-producing activities are generally assumed to have relatively little long-term impact on spotted owls.  However, owls will react to noise disturbances by changing behavior and/or flushing from their perches (Delaney et al. 1999a; Swarthout and Steidl 2001, 2003).  These behavioral responses may alter nesting and roosting activities, thus increasing vulnerability to predators and heat-related stress.

Variables such as distance to and frequency of a noise disturbance, habitat type, topography, and sound source may influence spotted owl responses (Delaney and Grubb 2004).  For example, noises close to nests are likely to be more disruptive than those far from nests (Delaney et al. 1999a) and noise disturbances close (96 m [315 ft]) to owl nests may have affected prey delivery rates Delaney et al. (1999b).

Also with respect to distance and noise levels, Delaney et al. (1999a) determined that the proportion of owls flushing was negatively related to distance (owls flushed more often to closer sounds) and positively related to noise level (owls flushed more often to louder sounds).  Pater et al. (2009) quantified this in part by determining that noises ≥80 dBO (i.e., decibels weighted for middle sound frequencies where owl hearing is the most sensitive), had a greater than 0.60 probability of causing an owl to flush).  This noise level (80 dBO) is roughly equivalent to 69 dBA (i.e., decibels weighted for human hearing) or approximately twice as loud as ordinary conversation.

BLM_0071508

The origin or type of noise may also be a factor in disturbing owls. Mexican spotted owls in forested environments reacted more to chainsaws (operated out of sight of owls) than to the sound of helicopters at the same distance (Delaney et al. 1999a). While little research is available comparing the relative impact of various noise types, it is likely that persistent noises are more disruptive than infrequent disturbances, and intensity of disturbance is proportional to noise level (i.e., sound volume).

There is also the potential for noise pollution (i.e., consistent noise-causing activities as opposed to the sporadic noise disturbances discussed above) to impact spotted owl nocturnal breeding and foraging habits. Because owls are active at night when it is difficult or impossible to see other owls, audio communication is a critical component of the owl's social system (Frid and Dill 2002; e.g., territorial defense, pair bonding and maintenance, feeding nestlings, and post-fledging activities). Further, owls depend heavily on sound to locate and capture prey in near darkness (Payne 1971, Martin 1986, Norberg 1987).

No studies have been conducted on the influence of habitat type (canyon vs. forest) on noise disturbance to owls. While both forest- and canyon-dwelling owls respond to human presence, potentially disruptive interactions between humans and owls may be more likely in canyons because canyons can amplify noises (especially in caves) and provide limited escape routes for owls. In addition, the number of sites in canyons that afford spotted owls adequate thermal protection for nesting and roosting may be more limited than in forested environments. Finally, canyons may lack visual barriers between owls and noise sources that are common in dense forests, and this also may influence owl responses.

Noise impacts are most likely to occur at the level of individual owls and/or PACs, and they may be important to small isolated populations. We believe that disturbance should be avoided when practicable during the nesting season (see noise disturbance recommendation in Appendix C).

*ii. Barred Owls*

Prior to the twentieth century, the barred owl was restricted to eastern North America, from southeastern Canada, through the eastern U.S., and into eastern Mexico (Mazur and James 2000). Over the past 100 years, and particularly over the past few decades, the nominate subspecies of the barred owl has expanded its range westward across Canada to the Northern Rocky Mountains and the Pacific Northwest, where it has rapidly invaded the range of the northern spotted owl (Dark et al. 1998, Mazur and James 2000, Courtney et al. 2004). The barred owl was recognized as a potential threat of considerable concern in the Final Rule listing the northern spotted owl (55 FR 26114) and it was addressed as a threat in the Draft Recovery Plan for that taxon (USDI FWS 1992). More recently, the barred owl has been judged as representing an even greater threat to the northern spotted owl than earlier believed and, currently, it is negatively impacting the subspecies in some areas where the two owls overlap (Courtney et al. 2004). Compared to the spotted owl, the larger, more aggressive barred owl appears to be at a competitive advantage because it feeds on a broader range of prey, occupies a wider range of habitats, and has been recorded displacing (and even killing) northern spotted owls (Dark et al. 1998, Mazur and James 2000, Hamer et al. 2001, Courtney et al. 2004, Gutiérrez et al. 2007). In addition, interbreeding

56

between the two has been documented (Hamer et al. 1994) and such hybridization is a further threat to the northern spotted owl.

Historically, the barred owl was unknown within the U.S. range of the Mexican spotted owl. Hence, it was not considered a threat when the taxon was listed and was not addressed in the 1995 Recovery Plan (USDI FWS 1995). However, barred owls have been verified within three of the five states where the Mexican spotted owl occurs: Colorado, Texas, and New Mexico. In addition, there have been two unconfirmed reports of barred owls in Utah. The first verified record of a barred owl in Colorado is from 1897, when an adult and a set of two eggs were collected on the plains of northeastern Colorado in the Town of Holyoke, Phillips County (L. Semo, Chair, Colorado Bird Record Committee, pers. comm.). Another verified record was of two barred owls observed in January 2000 a few miles from the Oklahoma border along the Cimarron River in Baca County (L. Semo, pers. comm.). There are also two unconfirmed reports of barred owls from Colorado: two were reported on 21 May 1960 from Bonny Reservoir, Yuma County (near the Kansas border), and another was reported nearby on 16 May 1964 (L. Semo, pers. comm.). None of the Colorado barred owl records was within the range of the Mexican spotted owl; most spotted owl records in that state have been from the central and southern mountain ranges.

Similarly, no barred owls have been detected within the spotted owl's range in Texas, although the barred owl is common in parts of that state (C. Shackelford, Texas Parks and Wildlife Department, pers. comm.). Spotted owls have been documented only in three mountain ranges in the Trans-Pecos region of Texas (Guadalupe, Davis, and Chisos mountains), while the barred owl is common only in the eastern half of the state and reaches its range limits well east of the Pecos River. The treeless areas east of 100°W longitude appear to be limiting the barred owl's expansion into western mountains occupied by spotted owls (C. Shackelford, Texas Parks and Wildlife Department, pers. comm.).

Unlike barred owl detections in Colorado and Texas, in New Mexico, a barred owl has been verified in proximity to occupied Mexican spotted owl habitat. The barred owl was discovered in May 2004 in cottonwood riparian habitat along Galisteo Creek at Galisteo, Santa Fe County (Williams 2004). The location is only approximately 24 km (15 mi) from the southern Sangre de Cristo Mountains and 48 km (30 mi) from the Jemez Mountains, and it is within flying distance of occupied Mexican spotted owl habitat in both mountain ranges. The barred owl, which was occasionally vocal, remained in that area at least through early October 2004. In addition, an apparent New Mexico record from 1993 resulted from a freshly dead barred owl that was hit by a truck, perhaps somewhere from Albuquerque north to Raton (Williams 1993). Examination indicated that the owl was not the nominate subspecies, but instead a geographically closer barred owl subspecies, of adjacent Texas and Oklahoma.

In Mexico, the range of the Mexican subspecies of the barred owl is known to overlap the southern extremity of the Mexican spotted owl, but both owls are apparently scarce in that area. The ecological relationship between the two owls where they might overlap in Mexico has not been investigated; they might or might not occupy similar elevation and/or habitat zones.

BLM_0071510

Given that few barred owls have been detected within the range of the Mexican spotted owl, that even fewer barred owls have been verified where spotted owls are known to occur, and that there does not appear to be a trend of increasing abundance of barred owls in the southwestern U.S., we currently do not recognize an incursion of barred owls as being imminent. However, we believe the situation warrants observation, because barred owls could extend their distribution into the range of the Mexican spotted owl if there are additional increases in their required habitats, but we make no management recommendations associated with barred owls.

### iii.   Direct Fatalities

Causes of fatalities other than those we previously discussed include vehicle collisions, electrocution, and possibly direct effects associated with wildland fires. Direct fatality from collisions with vehicles has been documented (R. Skaggs, Glenwood, New Mexico, pers. comm.; R. Duncan, Southwestern Field Biologists, pers. comm.; E. Brekke, BLM Royal Gorge Field Office, pers. comm.; J. L Ganey, RMRS, unpubl. data: S. Hedwall, FWS, unpubl. data), but the extent of this is unknown. There is at least one record of electrocution, where a color-banded adult female owl was found electrocuted near Deming, New Mexico (Gutiérrez et al. 1996). There is also a documented fatality from an encounter with a pasture fence (S. Hedwall, FWS, unpubl. data). Fatality from wildland fires through heat and smoke exposure may include, in order of increasing vulnerability, loss of eggs, nestlings, and fledglings. Deaths at active roost sites and nests from fire suppression activities (e.g., water and retardant drops) also may have occurred (D. Salas, Lincoln National Forest, pers. comm.). In summary, fatalities from these causes are not likely a substantial influence on Mexican spotted owl persistence.

### iv.   Climate Change

Strong evidence exists that global climates are changing in response to increasing emissions of greenhouse gases (IPCC 2007), and that changing climates are affecting forest ecosystems throughout the world either directly or indirectly through altered disturbance regimes (e.g., Ayres and Lombardero 2000; Breshears et al. 2005, 2009; Bonan 2008; Hogg et al. 2008; Raffa et al. 2008; Floyd et al. 2009; Negrón et al. 2009; van Mantgem et al. 2009; Allen et al. 2010). Understanding the effects of climate change on forests is critical to informing forest management and conservation planning for the future (Allen et al. 2010). This includes recovery planning for the Mexican spotted owl, which inhabits forests throughout much of its range.

Models of projected climate change typically focus on two variables: temperature and precipitation. In general, model predictions appear to be more robust with respect to temperature than precipitation (Sheppard et al. 2002). How climate change will affect summer monsoonal precipitation in the southwestern U.S. is even less certain, because precipitation predictions are based on continental-scale general circulation models (GCMs) that do not yet account for regional phenomena such as those that control monsoonal rainfall (Weiss and Overpeck 2005, Archer and Predick 2008).

The southwestern U.S. exhibits high climatic complexity and variability in general. This is due to both complex topography and proximity to the Pacific Ocean, the Gulf of California, and the Gulf of Mexico (Sheppard et al. 2002, Brown and Comrie 2002). Because of this complexity

BLM_0071511

and steep environmental gradients, many ecosystems within the southwestern U.S. may be particularly vulnerable to climate change (Archer and Predick 2008). For example, recent temperature increase in the southwest is among the most rapid in the nation, and is significantly greater than the global average (Guido et al. 2008). Projections for the southern Colorado Plateau area describe a warmer future climate, with annual temperatures likely increasing by 1.5° to 3.6° C by mid-century (Garfin et al. 2010). Predicted climate change impacts in the southwest include warmer temperatures, fewer frost days, greater water demand by plants, and an increased frequency of extreme weather events such as heat waves, droughts, and floods (Weiss and Overpeck 2005, Archer and Predick 2008). Further, warmer nights and projected declines in snow pack, coupled with earlier spring snow melt, will reduce water supply, lengthen the dry season, create conditions for drought and insect outbreaks, and increase the frequency and intensity of wildland fires as well as the duration of the wildland fire season (Allen et al. 2010). Areas within the southwest are currently experiencing a severe, multiple-year drought, and current models suggest that a 10 to 20 year (or longer) drought is anticipated (Woodhouse and Overpeck 1998, McCabe et al. 2004, Seager et al. 2007). Prolonged drought, combined with warmer temperatures, may cause increases in insect outbreaks and increased wildland fires in southwestern forests (Betancourt 2004, Allen et al. 2010). Severe or prolonged drought may cause mature trees to be more susceptible to insects and disease (Hanson and Weltzin 2000, Mueller et al. 2005, Floyd et al. 2009, van Mantgem et al. 2009; see also Negrón et al. 2009: Fig. 3; Ganey and Vojta 2011).

The effects of climate change on rare, endangered, and endemic species are highly variable (Galbraith and Price 2009) and will differ depending upon life-history characteristics (Travis 2003) and dispersal abilities. Climate change has already resulted in significant effects on species and ecosystems (Gitay et al. 2002, Hannah and Lovejoy 2003, Root et al. 2003, Harris et al. 2006, Parmesan 2006). Mawdsley et al. (2009) identified a number of effects that could impact the Mexican spotted owl. These include: 1) shifts in the distribution of the owl itself, along with major prey species and potential competitors and predators, possibly along elevational or latitudinal gradients; 2) effects on demographic rates, such as survival and reproduction; 3) changes in coevolved interactions, such as prey-predator relationships; 4) direct loss of habitat due to increased fire severity, bark beetle outbreaks, and direct warming of habitats; 5) increased population or range expansion of species that are direct competitors; and, 6) reductions in population size. All of these effects are addressed in Appendix C.

***Shifts in Distribution.*** Shifts in Mexican spotted owl distribution could occur in response to predicted warming in the southwestern U.S. that may cause elevation shifts in tree species distribution, with many forest and woodland types requiring less precipitation moving up in elevation in response to warmer and drier conditions. This could lead to the local loss of some tree species and/or forest types in much of the southwest, because these forest types frequently occur at the highest elevations available and thus would have no local refugia to which to migrate (DeGomez and Lenart 2006, Archer and Predick 2008). Owls occur in mixed-conifer and pine-oak forests at the tops of many of the Sky Island ranges in Arizona and New Mexico. Conifers within some of the Sky Islands may be eliminated as temperatures increase and snowpack runoff decreases (Archer and Predick 2008). Loss of these forest types would eliminate or greatly reduce habitat for owls in these ranges. This in turn could reduce connectivity and viability of Mexican spotted owl populations (e.g., Keitt et al. 1995, 1997;

BLM_0071512

Barrowclough et al. 2006; see also Ganey et al. 2008). To date however, there is more evidence for species-range expansion than for range contraction driven by climate change (see Dawson et al. 2011). Climate change may also impact owls in canyons if these areas become hotter and drier. Owls in canyons may move up in elevation and microhabitats change, possibly into mixed conifer forest habitat adjacent to canyons and/or northward into currently unoccupied canyon habitat.

***Changes in Demographic Rates.*** Climate change also could affect demography of spotted owls as well as their prey, competitors, and predators. Annual weather patterns are known to affect survival and reproduction of spotted owls (Franklin et al. 2000, 2004; North et al. 2000; Seamans et al. 2002; LaHaye et al. 2004; Olson et al. 2004; Dugger et al. 2005). For example, Seamans et al. (2002) found positive relationships between precipitation (i.e., precipitation during the previous year, during the previous winter, or during the previous monsoon season) and survival and reproductive output in two populations of Mexican spotted owls.

Temperature and precipitation may influence the owl's reproductive output directly, or indirectly through effects on prey abundance. Examples of direct effects could include: 1) negative effects of increased temperature on energy and water use (e.g., Ganey et al. 1993, Weathers et al. 2001), or 2) negative effects of increased precipitation during the nesting period on survival and especially reproduction (e.g., Franklin et al. 2000, North et al. 2000, LaHaye et al. 2004; note that this has not been documented in Mexican spotted owls). Seamans et al. (2002) speculate that precipitation was probably important in providing indirect benefits to Mexican spotted owls. Specifically, germination and sprouting of annual plants during the monsoon may extend the breeding season of small mammals in the Southwest, and may increase overwinter survival and therefore abundance of prey. Principal prey species in habitats occupied by Mexican spotted owls typically exhibit high temporal variability in abundance (Ward and Block 1995, Ward 2001, Block et al. 2005), and Ward and Block (1995) noted that a year of high reproductive output by spotted owls in the Sacramento Mountains of New Mexico was accompanied by an irruption of deer mice. Interactions among temperature and moisture regimes may differ across elevational gradients, thus affecting small mammal populations differently in different areas (Seamans et al. 2002).

Perry et al. (2011) modeled how population dynamics and extinction risk might be affected by climate change for three spotted owl populations in the southwest. The authors used stochastic, stage-based matrix models parameterized with vital rates linked to annual variation in temperature and precipitation to project owl populations forward in time under three IPCC emission scenarios relative to contemporary climate. Their results suggested that Mexican spotted owls may be highly vulnerable to climate change, even in the core of the subspecies range in central Arizona and west-central New Mexico, whereas California spotted owls in southern California may be comparatively more resilient to climate change. Warm temperatures and low precipitation appeared to have a negative influence on both reproduction output and survival rates in Arizona and New Mexico. Perry et al (2011) conclude that fecundity and survival generally were more sensitive to increases in temperature than declines in precipitation.

***Changes in Co-evolved Interactions.*** Changing climates also could influence distribution patterns and abundance of major prey species, as well as potential competitors with and

60

BLM_0071513

predators on spotted owls.  It seems likely that prey species, which are strongly influenced by weather (Vickery and Bider 1981) and have shorter generation times than spotted owls, would respond to such changes more quickly than would the owls themselves.  The magnitude and direction of such potential changes remain unknown at this time, however.  Similarly, changes in forest composition could strongly influence abundance and distribution of owl competitors and predators (see below).  Again, however, the magnitude and direction of such potential changes remain unknown at this time.

In rocky canyon habitats in southern Utah, Willey (2007) conducted demographic studies of potential spotted owl prey within three owl territories in the Paria River watershed.  Severe drought occurred during the onset of research (2000-2003), followed by significant increases in local precipitation during 2004-2006.  Prey abundance and species richness increased with increased precipitation.  During the 2000-2003 dry period, spotted owl reproduction dropped, females were no longer detected, and by 2003, only males were detected at the sites.  Increased precipitation during 2004-2006 resulted in recolonization of all three sites by females.  Thus, precipitation appeared to exert strong effect on prey abundance, site occupancy, and reproductive rates by owls (Willey 2007).

***Direct Loss of Habitat.***  Mexican spotted owls may experience direct loss of habitat due to increased frequency of high severity fires (Westerling et al. 2006), bark beetle outbreaks, and direct warming of habitats as a result of climate change.  Using tree-ring data, Swetnam and Lynch (1993) and Ryerson et al. (2003) examined the relationships between western spruce budworm outbreaks and climate variability over multi-century periods.  They found that periods of increased and decreased budworm activity coincided with wetter and drier periods, respectively.  Allen et al. (2010) and Breshears et al. (2009) documented recent examples of drought- and heat-related forest stress and dieback (defined as tree mortality noticeably above usual mortality levels) from all forested continents.  Drought-related mortality occurred in forest types with tree species that included conifer and hardwood tree species found within spotted owl habitat.  Ganey and Vojta (2011) documented high and accelerating tree mortality in mixed-conifer and ponderosa pine forests within the range of Mexican spotted owls in northern Arizona.  This drought-mediated mortality was nonrandom with respect to tree species and size classes, and is rapidly changing the composition of these forests.  Increasing levels of drought, along with associated insect outbreaks and wildland fires, could rapidly and dramatically affect the distribution, amount, and composition of spotted owl habitat.

***Interactions with Competitors and Predators.***  As discussed above, northern spotted owls are being affected by a direct competitor, the barred owl, which recently expanded its range into the Pacific Northwest and California (Dark et al. 1998, Courtney et al. 2004, Monahan and Hijmans 2007, Livezey 2009a).  Barred owls appear to be competitively excluding northern spotted owls from preferred habitats in parts of their range and hybridize with spotted owls, and barred owls have been identified as a serious threat to continued persistence of northern spotted owls.  Reasons for the recent range expansion by barred owls are unclear.  Some authors have implicated climate change as a significant factor facilitating the range expansion (Monahan and Hijmans 2007), whereas other authors dispute this conclusion, citing anthropogenic changes as likely drivers (Livezey 2009a, b).  In addition, it is possible that warmer, drier conditions might

61

BLM_0071514

favor such potential predators as great-horned owls (see predation discussion under Factor C, in II.H.3.c. above).

***Reduction in Population Size.***  At this time, little evidence exists suggesting that climate change is causing reductions in Mexican spotted owl population size.  Seamans et al. (1999) estimated that two populations within the conifer forests of the UGM EMU (formerly RU) were declining at roughly 10% per year, but the causes of the declines were unknown.  The owl remains well distributed in the area, suggesting that this estimated decline has not been borne out in subsequent years.  As mentioned above, however, both survival and reproduction were positively correlated with precipitation in two populations studied (Seamans et al. 1999).  This suggests that increasingly warmer and drier climates may not benefit spotted owls.

We explored the vulnerability of Mexican spotted owls to climate change using current knowledge of Mexican spotted owl ecology and three tools designed to allow assessment of effects of climate change on species of interest.  The assessment tools used included:  1) NatureServe *Climate Change Vulnerability Index* (see Young et al. 2010); 2) Environmental Protection Agency *Framework for Categorizing the Relative Vulnerability of Threatened and Endangered Species to Climate Change* (Galbraith and Price 2009); and, 3) Rocky Mountain Research Station's *Species Vulnerability Assessment Method* (Bagne and Finch 2008).  These tools use different approaches to evaluate vulnerability to climate change, and results varied somewhat among tools.  All three tools indicated at least moderate vulnerability to climate change for the Mexican spotted owl, however, along with fairly high uncertainty in the ratings.  Thus, these assessments, although crude, provide further support for the hypothesis that the owl and its habitat are vulnerable to changing climates.

In summary, climate change will likely influence spotted owl habitat significantly, but the nature of such influence is difficult to predict.  Further, addressing the causes of climate change is beyond the scope of this Recovery Plan.  Therefore, our recommendations in Appendix C include mitigation strategies (i.e., actions that reduce causes of stress) and adaptation strategies (i.e., actions that help forested ecosystems accommodate change) designed to enhance forest resiliency and provide sustainable habitat so that Mexican spotted owls may better withstand the impacts of climate variability.

4.  Factors Affecting the Status of the Mexican Spotted Owl in Mexico

Habitat modification is the main threat to biodiversity in Mexico and in many parts of the world.  Data through 1993 show that primary vegetation has decreased 54% in the entire country, considering the original potential coverage of primary vegetation (CONABIO 2009).  Based on this, habitat loss and fragmentation are the main threats to the Mexican spotted owl (Márquez-Olivas et al., 2002).  Habitat modifications include land-use changes for agriculture and cattle production, wildland fires, and illegal logging, which have negative effects on its reproduction and dispersal (Márquez-Olivas et al. 2002, CONABIO 2009).

In southwestern Chihuahua and the rest of the Sierra Madre Occidental, activities by local residents are the main threats to the Mexican spotted owl; e.g., legal and illegal logging, overgrazing, and firewood harvest (Tarango et al. 1997).  A study by CONANP and

BLM_0071515

PRONATURA-SUR in 2008 concluded that in the Sierra Madre Occidental, large-scale logging operations have destroyed large areas of tree coverage to supply the cellulose industry (paper production) and forest clearing has been conducted to prevent wildland fires and the spread of pests (CONANP-Pronatura Sur, 2008).  Several researchers also had suggested that the clearing of trees on this area, especially cutting of mature forests, caused the disappearance of the imperial woodpecker and declines in western thick-billed parrot populations (CONANP-Pronatura Sur, 2008).

In the Sierra Madre Oriental, wildland fires scorched areas of old-growth forests.  Two hundred ha (494 ac) of mature forest were lost in El Taray in 2006, and 400 ha (988 ac) were burned in the Municipio de Santiago Nuevo León in 2008 (CONANP-Pronatura Noreste, 2008).

In some areas like the Parque Nacional Sierra de San Pedro Mártir, another threat to forest habitat of *Strix occidentalis lucida* is the spread of bark beetles during the dry season.  Since these insects are part of the ecology of the area, the full scope of this problem should be studied (CONANP 2006).

In the area in the Transvolcanic Range where this species is reported, it faces problems related to the proximity to urban areas and increased habitat modification and decreased original tree coverage (Navarro-Sigüenza et al. 2007).  Human over-population and anthropogenic activities like agriculture and cattle raising and other land-use changes are threats to the different species of birds and other organisms on this area (Navarro-Sigüenza et al. 2007).  This area also faces deforestation, illegal mining, poaching, burning of natural vegetation to increase cattle forage, and wildland fires by arson, all of which increase damage to the region (Navarro-Sigüenza et al. 2007).

There is extensive overlap between the range and habitat used by the Mexican spotted owls and thick-billed parrots in Mexico, and potentially in the United States.  As an obligate cavity nester, the thick-billed parrot uses large-diameter trees and snags within mixed conifer forests for nesting.  As described in this Recovery Plan, the maintenance and creation of large diameter trees and snags is an important factor in managing for nesting and roosting habitat for the owl.  There is potential for collaboration regarding the implementation of conservation actions, particularly in Mexico, for the spotted owl and the thick-billed parrot, as actions taken to promote and maintain habitat in mature mixed conifer forest and reduce the risk of high-severity fire will benefit both species where their ranges overlap.

**B. Crosswalk Between Threats and Management Recommendations** (see table below)

63

**Table 11.2.  Crosswalk Between Threats and Management Recommendations**

| | Table II.2.  Crosswalk Between Threats and Management Recommendations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MANAGEMENT ACTION | | | | | | | | | |
| | **Appendix Section** | C.3.a | C.3.a | C.3.a.v | C.3.b.i | C.3.b.i | C.3.b.ii | C.3.c | C.4.a | C.4.a | C.4.a |
| **Part II Section** | **THREAT** | Within PACs, outside cores | Within PACs, within cores | Within PACs, post disturbance salvage | Recovery habitat, nest/roost habitat | Recovery habitat, foraging/non-breedinghabitat | Recovery Riparian habitat | Other forest and woodland types | Wildland fire suppression | Burned area emergency response and rehabilitation | Prescribed fire and hazardous fuels treatments |
| | ***FACTOR A*** | | | | | | | | | | |
| II.H.3.a.*i* | Stand-replacing Fire | X | X | X | X | X | X | X | | | X |
| II.H.3.a.*ii* | Fire Suppression | | | | | | | | X | | |
| II.H.3.a.*iii* | Burned Area Response | | | X | | | | | | X | |
| II.H.3.a.*iv* | Wildland-urban Interface (WUI) Treatments | X | X | | X | X | X | X | | | X |
| II.H.3.a.*v* | Silvicultural Treatments | X | X | | X | X | X | X | | | X |
| II.H.3.a.*vi* | Insects and Disease | X | X | | X | X | | | | | |
| II.H.3.a.*vii* | Grazing | X | X | | X | X | X | | | | |
| II.H.3.a.*viii* | Energy Development | X | X | | X | X | | | | | |
| II.H.3.a.*ix* | Roads and Trails | X | X | | X | X | X | | | | |
| II.H.3.a.*x* | Land Development | X | X | | X | | X | | | | |
| II.H.3.a.*xi* | Recreation | X | X | | X | | X | | | | |
| II.H.3.a.*xii* | Water Development | | | | | X | X | | | | |
| | ***FACTOR B*** | | | | | | | | | | |
| II.H.3.b.*i* | Commericial Exploitation | | | | | | | | | | |
| II.H.3.b.*ii* | Recreational Exploitation | | | | | | | | | | |
| II.H.3.b.*iii* | Scientific Exploitation | | | | | | | | | | |
| II.H.3.b.*iv* | Educational Exploitation | | | | | | | | | | |

BLM_0071517

| Part II Section | THREAT | C.3.a Within PACs, outside cores | C.3.a Within PACs, within cores | C.3.a.v Within PACs, post disturbance salvage | C.3.b.i Recovery habitat, nest/roost habitat | C.3.b.i Recovery habitat, foraging/non-breeding habitat | C.3.b.ii Riparian habitat | C.3.c Other forest and woodland types | C.4.a Wildland fire suppression | C.4.a Burned area emergency response and rehabilitation | C.4.a Prescribed fire and hazardous fuels treatments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Table of Crosswalk Between Threats and Management Recommendations** | | | | | | | | | | |
| | **FACTOR C** | | | | | | | | | | |
| II.H.3.c.*i* | West Nile Virus | | | | | | | | | | |
| II.H.3.c.*ii* | Predation | | | | | | | | | | |
| | **FACTOR D** | | | | | | | | | | |
| II.H.3.d.*i* | National Fire Plan and Policy | X | X | X | X | X | X | X | | | X |
| II.H.3.d.*ii* | Healthy Forests Initiative | X | X | | X | X | X | X | | | X |
| II.H.3.d.*iii* | Heathy Forests Restoration Act of 2003 | X | X | | X | X | X | X | | | X |
| II.H.3.d.*iv* | Omnibus Public Land Management Act of 2009, Title IV Landscape Restoration | X | X | | X | X | X | X | | | X |
| II.H.3.d.*v* | Stewardship Contracting Authority | | | | | | | | | | |
| | **FACTOR E** | | | | | | | | | | |
| II.H.3.e.*i* | Noise and Disturbance | X | X | X | | | | | | | X |
| II.H.3.e.*ii* | Barred Owls | | | | | | | | | | |
| II.H.3.e.*iii* | Direct Fatalities | | | | | | | | | | |
| II.H.3.e.*iv* | Climate Change | X | X | | X | X | X | X | | | X |

BLM_0071518

| | | | | | | MANAGEMENT ACTION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Appendix C Section** | C.4.b | C.4.c | C.4.d | C.4.e | C.4.f | C.4.g | C.4.h | C.4.i | C.4.j | C.4.k | C.4.l |
| **Part II Section** | **THREAT** | Insects and disease | Grazing | Energy related development | Land development | Water development | Recreational exploitation | Recreational disturbance | Scientific exploitation | Noise | Climate change | West Nile virus |
| | *FACTOR A* | | | | | | | | | | | |
| II.H.3.a.*i* | Stand-replacing Fire | X | | | | | | | | | X | |
| II.H.3.a.*ii* | Fire Suppression | | | | | | | | | | | |
| II.H.3.a.*iii* | Burned Area Response | | | | | | | | | | | |
| II.H.3.a.*iv* | Wildland-urban Interface (WUI) Treatments | | | | | | | | | | X | |
| II.H.3.a.*v* | Silvicultural Treatments | X | | | | | | | | | X | |
| II.H.3.a.*vi* | Insects and Disease | X | | | | | | | | | | |
| II.H.3.a.*vii* | Grazing | | X | | | | | | | | | |
| II.H.3.a.*viii* | Energy Development | | | X | | | | | | | | |
| II.H.3.a.*ix* | Roads and Trails | | X | | | | | | | | | |
| II.H.3.a.*x* | Land Development | | | | X | | | | | | | |
| II.H.3.a.*xi* | Recreation | | | | | | | X | | | | |
| II.H.3.a.*xii* | Water Development | | | | | X | | | | | | |
| | *FACTOR B* | | | | | | | | | | | |
| II.H.3.b.*i* | Commericial Exploitation | | | | | X | | | | | | |
| II.H.3.b.*ii* | Recreational Exploitation | | | | | | X | | | | | |
| II.H.3.b.*iii* | Scientific Exploitation | | | | | | | | X | | | |
| II.H.3.b.*iv* | Educational Exploitation | | | | | | | | X | | | |

BLM_0071519

| Table of Crosswalk Between Threats and Management Recommendations | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MANAGEMENT ACTION | | | | | | | | | | |
| | Appendix C Section | C.4.b | C.4.c | C.4.d | C.4.e | C.4.f | C.4.g | C.4.h | C.4.i | C.4.j | C.4.k | C.4.l |
| Part II Section | THREAT | Insects and disease | Grazing | Energy development | Land development | Water development | Recreational exploitation | Recreational disturbance | Scientific exploitation | Noise | Climate change | West Nile virus |
| | **FACTOR C** | | | | | | | | | | | |
| II.H.3.c.*i* | West Nile Virus | | | | | | | | | | | X |
| II.H.3.c.*ii* | Predation | | | | | | | | | | | |
| | **FACTOR D** | | | | | | | | | | | |
| II.H.3.d.*i* | National Fire Plan and Policy | X | | | | | | | | | X | |
| II.H.3.d.*ii* | Healthy Forests Initiative | X | | | | | | | | | X | |
| II.H.3.d.*iii* | Heathy Forests Restoration Act of 2003 | X | | | | | | | | | X | |
| II.H.3.d.*iv* | Omnibus Public Land Management Act of 2009, Title IV Landscape Restoration | X | | | | | | | | | X | |
| II.H.3.d.*v* | Stewardship Contracting Authority | | | | | | | | | | | |
| | **FACTOR E** | | | | | | | | | | | |
| II.H.3.e.*i* | Noise and Disturbance | | | X | X | | | X | | X | | |
| II.H.3.e.*ii* | Barred Owls | | | | | | | | | | | |
| II.H.3.e.*iii* | Direct Fatalities | | | | | | | | | | | |
| II.H.3.e.*iv* | Climate Change | | | | | | | | | | X | |

BLM_0071520

## PART III. RECOVERY STRATEGY, GOAL, OBJECTIVES, AND RECOVERY CRITERIA

### A. Recovery Strategy

This Recovery Plan presents realistic and attainable goals for recovering the owl and its ultimate delisting, involving forest habitat management and vigilant monitoring. Implementing this Recovery Plan involves balancing conflicting risks (see Box III.1). The goals are flexible in that they allow local land managers to make site-specific decisions. Although the Mexican spotted owl was originally listed due to threats from destruction and modification of habitat caused by timber harvest and fires (Listing Factor A), increased predation associated with habitat fragmentation (Listing Factor C), and lack of adequate protective regulations (Listing Factor D), the threats of timber harvest and inadequate regulations have been largely addressed since the time of listing. Currently, the Mexican spotted owl is threatened primarily by habitat degradation and loss of old growth nesting habitats through stand-replacing wildland fire (Listing Factor A). Threats of predation, disease, parasites (Listing Factor C), starvation, accidents, and potential interactions of threat factors with climate change (Listing Factor E) also areconsidered to be issues. To accomplish the recovery of the Mexican spotted owl, the recovery strategy has six key elements designed to conserve the Mexican spotted owl throughout its range: 1) protecting existing owl sites (PACs); 2) managing for recovery nest/roost habitat to replace that lost to fire and other events and to provide additional sites for an expanding population; 3) managing threats; 4) monitoring population trends and habitat; 5) monitoring plan implementation; and, 6) building partnerships to facilitate recovery.

Success of the plan, however, hinges on the commitment and coordination among the Mexican government, U.S. Federal and state land-management organizations, sovereign Indian nations, and the private sector to ensure that the spirit and intent of the plan is executed as envisioned by the Recovery Team. Although much of the recovery strategy is focused on the U.S. range of the bird, this strategy can and should be implemented in Mexico. At this time, a PACE (Program of Conservation Actions for listed species, similar to a recovery plan) has not been developed for the Mexican spotted owl in Mexico. Under the proposed recovery criteria, the owl could be recovered within 10 years of implementing this revised Recovery Plan. Maintaining and restoring forest health to reduce the threat of stand-replacing wildland fire, while creating a mosaic of suitable Mexican spotted owl habitats and protecting existing populations, will be achieved by land use management, facilitated by section 7 consultations and agreements. The recovery criteria require monitoring. Without careful and rigorous application of monitoring, there would be no objective basis for delisting the owl.

### B. Recovery Goal

The ultimate goal of the Recovery Plan is to sustain owl populations to the point that the owl can be removed from the list of endangered and threatened species.

68

BLM_0071521

## C.  Recovery Objectives

Objectives are to support the population of the Mexican spotted owl in the foreseeable future, and to maintain habitat conditions necessary to provide roosting and nesting habitat for the Mexican spotted owl.

## D.  Objective and Measurable Recovery Criteria

Section 4 of the ESA requires that recovery plans "list objective, measurable criteria which, when met, would result in a determination that the species be removed from the list." Ultimately, a delisting determination is based on a species no longer meeting the definition of "threatened" under the ESA.  Such a determination requires the five-factor analysis we describe in Part II.H, where all threats are evaluated.

The recovery criteria in this plan are not binding, and it is important to note that meeting the recovery criteria provided below does not automatically result in delisting the species.  Rather, a delisting decision is under the authority of the FWS Director and must undergo the rulemaking process and analyses.  Both anthropogenic and non-anthropogenic threats to the Mexican spotted owl must be considered in a five-factor analysis to be sufficiently acceptable, with adequate regulatory mechanisms in place, to ensure that the species will persist into the foreseeable future. The management recommendations in this plan are believed to be necessary and advisable to achieve this goal, but the best scientific information derived from research, management experiments, and monitoring conducted at the appropriate scale and intensity should be used to test this assumption.

Two recovery criteria must be met before the Mexican spotted owl can be delisted:

   (1) *Owl occupancy rates must show a stable or increasing trend after 10 years of monitoring.*  The study design to verify this criterion must have a power of 90% (Type II error rate $\beta = 0.10$) to detect a 25% decline in occupancy rate over the 10-year period with a Type I error rate ($\alpha$) of 0.10.  The monitoring approach recommended in Part V.B and in Appendix E suggests how this might be determined.  (Listing Factors A, C, and E).

   (2) *Indicators of habitat conditions (key habitat variables) are stable or improving for 10 years in roosting and nesting habitat* (key habitat variables—see Table C.2 or Table C.3 in Appendix C).  Habitat monitoring should be conducted concurrently with owl occupancy monitoring.  Trends in all key habitat variables must be shown stable or increasing with a power of 90% (Type II error rate $\beta = 0.10$) to detect a 25% decline over the 10-year period with a Type I error rate ($\alpha$) of 0.10.  (Listing Factors A, C, and E).

To delist the owl, we recommend both criteria be met.  Once the two criteria have been met, we would then review the regulations and known distribution of Mexican spotted owls to determine if the delisting process should proceed.  At this time, we cannot describe the future desired distribution of owls across their range.  For example, changes in the species' range may occur due to factors such as climate change which could result in shifts in the owl population to the northern portion of its range.  In addition, anthropogenic and non-anthropogenic threats to the Mexican spotted owl must be sufficiently moderated and/or regulated for the foreseeable future,

69

as evidenced by the best scientific information available.  The best scientific information is derived from research, management experiments, and monitoring conducted at the appropriate scale and intensity.  An analysis of the five ESA listing factors must be conducted to verify that threat levels are acceptable for likely persistence of owl populations into the future.

We use the existing population and distribution of owls as the baseline for the delisting criteria. This is not an assumption that the existing population is adequate for recovery, but absent information on historical populations it is the only data point that we can use to determine population trend from this point forward.  If occupancy monitoring indicates the population is stable or increasing and the habitat trend is stable or increasing, we will accept this as evidence that the population is self-sustaining.  In contrast, if occupancy monitoring demonstrates a declining owl population, it will be known that the existing population is not at an adequate level to persist under the stressors the owl is undergoing on the landscape, and continued protection and/or remedial action will be needed.

## E.  The Delisting Process

Section 4 of the ESA governs the listing, delisting, and reclassification of species, the designation of critical habitat, and recovery planning.  A codification of the general and permanent regulations regarding listing, delisting, reclassification, and critical habitat designation are published in the *Code of Federal Regulations* at 50 CFR 424.  The process of delisting a species or subspecies is essentially the same as that of listing:  a proposed rule describing the justification for the action is published in the *Federal Register*; a public comment period is opened, including public hearings if requested; and, within one year of the proposal, either a final rule delisting the species or a notice withdrawing the proposed rule is published in the *Federal Register*.

The Mexican spotted owl is listed as a threatened species, defined in the ESA as "…likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range."  According to the ESA, an endangered species is one that "…is in danger of extinction throughout all or a significant portion of its range…"  Thus, to delist the Mexican spotted owl, it must be found to be sufficiently secure into the foreseeable future so that it does not meet the definition of a threatened species.  In considering whether to delist a species, the same five factors considered in the listing process are evaluated (see Part II.H).  While emphasis may be given to those factors leading to the species' listing, all of the factors must be evaluated in making a delisting determination.

Another factor to consider when contemplating delisting is whether a listed entity may be delisted throughout a portion of its range while other portions remain listed.  The ESA definition of "species" includes "…subspecies…and any distinct population segment of vertebrate fish or wildlife…"  The term "distinct population segment" (DPS) is not defined in either the ESA or its implementing regulations, but rather is described in the Policy Regarding the Recognition of Distinct Vertebrate Population Segments under the Endangered Species Act (DPS Policy; 61 FR 4722).  The DPS Policy describes a series of tests for determining whether a vertebrate population qualifies as a DPS.

BLM_0071523

The Mexican spotted owl is currently listed as a threatened subspecies throughout its range, including Mexico. However, a species may be delisted throughout a part of its range if both the delisted portion and the portion remaining in listed status meet the criteria for a DPS as set forth in the DPS policy. For example, the FWS could determine that both the U.S. and Mexican populations meet the DPS criteria and delist or otherwise reclassify one or the other separately. It is beyond the purview of this Recovery Plan to address the question of whether the U.S. or Mexico populations, or any subdivisions thereof, would qualify as a DPS. Such a determination would be made by the FWS if and when appropriate. This Recovery Plan therefore provides delisting criteria only for the subspecies as a whole.

## F. Post-Delisting Monitoring

Section 4(g) of the ESA directs the FWS to implement a system, in cooperation with the states, to monitor effectively for not less than five years the status of a species or subspecies that has been delisted due to recovery. The provisions of the ESA do not apply to the delisted species during this monitoring period. However, the FWS could relist a species through the standard listing process, should monitoring or other information indicate that the species has again become threatened or endangered absent the Act's protection. Once delisting occurs, managers should consider continuing the monitoring suggested in Appendix E for consistency in continuing to assess population trends. Such policy would provide additional assurance that the results of the 10-year monitoring program are reliable assessments of population and habitat trends.

BLM_0071524

**Box III.1.  BALANCING CONFLICTING RISKS:
MECHANICAL TREATMENTS IN OWL HABITAT**

Both this Recovery Plan and the original plan (USDI FWS 1995) rest heavily on the assumption that PACs (i.e., nest and roost habitat) are important to Mexican spotted owls.  Available information suggests that these areas provide special habitat features for owls, and that in many cases these PACs may be occupied for long time periods (R. J. Gutiérrez, University of Minnesota, pers. comm.).  Consequently, USDI FWS (1995) largely recommended minimizing treatments in PACs (recommended thinning from below, prescribed burning), arguing that we did not understand how best to manage these areas for owls and therefore should leave them alone.  This is the strategy that has largely been followed by land management agencies for the past two decades.

This strategy presents a dilemma, however.  We know that the risk of stand replacing fire has increased over time.  As a result, large areas have experienced such fires in recent years.  Further, Mexican spotted owls nest and roost in areas featuring high canopy cover and relatively decadent stands of multi-aged and sized trees.  Thus, these areas contain relatively continuous canopies and high loads of surface fuels, large numbers of snags, and multi-storied stands.  These are all features that can predispose these areas to experience stand replacing fire under certain weather conditions, especially extended dry periods featuring high winds.  Such conditions appear likely to become more common in the southwestern U.S., based on current climate projections (Seager et al. 2007).

Reducing fire risk in southwestern forests frequently involves mechanical thinning treatment, prescribed fire, or both activities in concert.  USDI FWS (1995) recommended prescribed fire and thinning from below in PACs.  However, little thinning occurred and some fire managers opted to avoid burning because the high fuel loads and seasonal restrictions combined to create an unacceptable risk that fires would escape prescription.  Consequently, little fuels reduction has occurred in PACs, most remain in a fire prone condition, and many PACs have undergone significant degradation following these wildland fires.

BLM_0071525

**BOX III.1, Continued**

We view this situation as unsustainable in the long term. Although many owls continue to occupy burned areas, at least in the short term (summarized in Appendix B), we do not view the long-term cumulative loss of large areas of owl habitat to stand replacing fire as conducive to recovery. Further, where large numbers of PACs occur in degraded landscapes, it can place the overall landscape at risk from high severity fire. We have always tried to balance protection of owls and their habitat with minimizing impacts to those other resources, including human communities. This requires managing fire risk on the landscape, and in some cases that will require mechanical treatments in PACS. Consequently, we recommend limited treatments in PACs.

**We do not view this strategy as risk free, and do not assume that all types and extents of fuels treatments will be neutral or beneficial to owls.**

Unfortunately, empirical data on the effects of thinning and other mechanical forest treatments on Mexican spotted owls are nonexistent, and empirical data on effects of forest treatments on other subspecies of spotted owls (summarized in Appendix B) are sparse and difficult to interpret. Understanding how these treatments affect Mexican spotted owls is one of the major questions faced in integrating recovering this owl with plans for restoring southwestern forests. Although this has been clearly noted for years (e.g., USDI FWS 1995, Beier and Maschinski 2003, Ganey et al. 2011), no studies on this topic have been funded to date. Consequently, we can only extrapolate from the sparse data available on this topic resulting from studies of other subspecies of spotted owls. Collectively, these studies suggest that at least some kinds of mechanical forest treatments may negatively affect spotted owls. No clear guidance emerges from these studies relative to types, extents, or spatial arrangement of treatment that might minimize effects to owls. Such information is needed if management is to proceed in owl habitat. Lacking such information, managers should proceed cautiously in terms of treatment intensity and extent. That is, initial treatments should be limited in spatial extent and treatment intensity, and should be aimed at balancing reduced fire risk with maintaining the mature forest structure that seems to be favored by spotted owls. Treatments in owl habitat should be linked to rigorous monitoring of owl response, to allow us to evaluate the effects of different types and extents of treatments in an adaptive management context (see Box C.6 for details on how such monitoring might be structured). **The Recovery Team recommends mechanical treatment in PACs only if such monitoring occurs.**

BLM_0071526

## PART IV. RECOVERY PROGRAM

### A.  Recovery Action Outline and Narrative

This outline contains *abbreviated* descriptions of actions recommended to achieve recovery as specified in the Mexican Spotted Owl Recovery Plan-First Revision.  **Users should refer to the indicated section of Appendix C for detailed recommendations.**  Only those recommendations implemented specifically as recovery tasks for the owl are captured in this outline; recommendations designed to lessen or avoid adverse effects of standard operational activities (e.g., minimizing erosion during road-construction activities) are not listed here. Further, specific threats with only general guidelines (see 1-5 below) are not specifically listed, but are covered under the general guidelines.

1.  Establish or amend, as appropriate, land-management-planning documents to adopt the Recovery Plan recommendations as agency policy.

2.  Survey planned project areas for Mexican spotted owl presence before conducting activities that may affect the Mexican spotted owl,  following the Survey Protocol (Appendix D).  See Appendix C for when and where surveys are recommended.

3.  Maintain or enhance existing nesting/roosting habitat for Mexican spotted owls.
    3.1.  Establish PACs at known owl sites from 1989 through the life of the Recovery Plan, including new sites located during surveys (see PAC-establishment procedures).  Exceptions to PAC establishment or continuance are possible and are discussed in detail in Appendix C.  PACs should be at least 243 ha (600 ac) in size.
    3.2.  Conduct fuels-reduction treatments or other management actions to reduce the risk of compromising the ability of PACs to provide for successful owl nesting, following the procedures outlined in sections Appendix C (see Box III.1 for rationale).  Much of the work needed to reduce fire risk in and to owl habitat can be achieved by treating areas around owl habitat.
        3.2.1.  Conduct restoration/fuels treatments in up to 20% of the total non-core PAC area within each EMU that exhibits high fire-risk conditions, following the guidelines in section Appendix C.
        3.2.2.  Establish a scientific committee to develop a plan for monitoring the effects of mechanical treatments on PACs.
    3.3.  Avoid conducting activities that may disturb nesting spotted owls during the breeding season unless protocol surveys allow inference of non-nesting.

4.  Manage for nesting/roosting habitat on the landscape.
    4.1.  Identify and map nest/roost recovery habitat throughout each planning area, subregion, and/or region (see Appendix C).  Recovery nest/roost habitat should be identified so that the landscape percentages recommended in Appendix C - Table C.3 are delineated.
        4.1.1.  Where appropriate, implement management actions necessary to move recovery nest/roost habitat toward the component values recommended in Appendix C - Table C.3.  The Recovery Team suspects that most nest/roost stands will achieve those values with minimal manipulation, but acknowledges that treatment may be desirable in some circumstances.

74

BLM_0071527

4.1.2.  Conduct fuels-reduction treatments or other management actions to reduce the risk of losing important components for future spotted owl nesting/roosting habitat.  Much of the work needed to reduce fire risk in and to owl habitat can be achieved by treating areas around owl habitat.

5.  <u>Manage for foraging and dispersal habitat.</u>
5.1.  Identify and map foraging/dispersal recovery habitat (mixed-conifer, pine-oak, and riparian forests) outside of PACs and nest/roost recovery habitat (see Appendix C).
5.1.2.  Conduct fuels-reduction treatments or other management actions to reduce the risk of losing important components of owl foraging and dispersal habitat as described in Appendix C.  Much of the work needed to reduce fire risk in and to owl habitat can be achieved by treating areas around owl habitat.

6.  <u>Manage specific threats as described in Appendix C – Threat-specific management recommendations.</u>
6.1.  Implement fire-management recommendations (other than those for fuels-reduction purposes).
6.1.1.  Implement fire-suppression recommendations as described in section Appendix C.
6.1.1.1.  Conduct landscape-level fire behavior assessments to strategically locate and prioritize fire suppression activities/tactics to mitigate the effects of high-severity fire and suppression activities on PACs and recovery habitat.
6.1.1.2.  Where possible, wildland fire suppression activities should be applied that limit high-severity fire and loss of key habitat elements within PACs and recovery habitats.
6.1.1.3.  Research should be conducted to evaluate the short- and long-term correlates of wildland fire severities and their spatial extent on Mexican spotted owls and their habitat.
6.1.2.  Implement post-fire rehabilitation recommendations as described in sections Appendix C.
6.2.  Implement recommendations for forest insects and diseases as described in Appendix C.
6.2.1.  When considered a threat to owl or prey habitat, various tools—prescribed fire, thinning, other silvicultural treatments—should be used to limit the spread of insects or diseases.
6.3.  Manage livestock-grazing operations and wild ungulate impacts as described in Appendix C.
6.3.1.  As detailed in Appendix C, conduct site-specific assessments to determine appropriate utilization and/or residual levels of forage.
6.3.2.  Using the information gathered under 6.3.1. above, establish allowable-use criteria through allotment-management plans, annual operating instructions, or other appropriate mechanism, to achieve the goals described in Appendix C.
6.3.3.  Implement monitoring as described in Appendix C.
6.3.4.  Implement management actions regarding livestock and wild ungulate grazing to promote riparian health as described in Appendix C.
6.4.  Implement the land-development recommendations as described in Appendix C.

75

6.4.1. Managers are encouraged to pursue voluntary consultation on a case-by-case basis with local governments and developers to encourage development in areas least likely to directly influence habitat use of known owls. Development of positive incentive programs may be a feasible approach.

6.5. Implement recommendations for water development (see Appendix C).

6.5.1. Collect materials for genetic analyses to evaluate if large water developments are impeding movements and gene flow.

6.5.2. Discharge water from dams in such a way to sustain and enhance native riparian vegetation.

6.6. Manage against recreational exploitation (see Appendix C).

6.6.1. Report continued issues due to recreational exploitation of owls to the appropriate FWS Law Enforcement Office.

6.7. Minimize recreation disturbance in PACs.

6.7.1. Any construction within PACs during the non-breeding season should be considered on a case-specific basis. Modifications to existing facilities pertaining to public health, safety, and routine maintenance are excepted; however, when implementing such activities, those conducting the work should use all measures possible to avoid potential effects on owls.

6.7.2. In areas of owl occupancy, assess the impacts of currently allowed (both permitted and non-permitted) recreational activities and institute limitations as described in section Appendix C.

6.7.3. Seasonal closures of specifically designated recreational activities should be considered where disturbance to breeding owls seems likely.

6.7.4. Conduct education through signing, interpretation events, access permitting, or other information sources to inform the public of proper and legal behaviors when encountering owls.

6.8. Monitor and minimize effects of scientific exploitation as described in section Appendix C.

6.8.1. Quality-assurance and quality-control procedures should be applied to all scientific studies that may directly or indirectly affect owls or owl habitat. Quality assurance requires that study plans undergo appropriate levels of review, revision, and approval.

6.8.2. Contingency plans (e.g., how an injured owl will be treated or transported and where an injured owl will be taken) for dealing with injured owls should be included as part of the study proposal submitted with the permit application. In addition, many researchers must undergo approval of animal care and use by their employing institutions.

6.8.3. If a particular study or a particular activity results in an undue number of mortalities, FWS should convene an independent expert panel to evaluate the situation and propose recommendations to continue, adjust, or cease the activity resulting in fatalities.

6.8.4. Radio-marking spotted owls likely poses the highest risk among typical research activities. This risk may be alleviated partially by adhering to marking requirements issued by the Bird Banding Lab. We recommend that transmitter packages used on Mexican spotted owls not exceed 16 g for female owls and 14 g for male owls.

BLM_0071529

6.8.5.   Any attachment methods other than backpack and tail mounts should be viewed as experimental and should be tested on captive owls before deployment in the field.  If this option is not available, then experimental attachments should be tested on a very small sample of wild spotted owls, and results should be monitored before allowing widescale use of the method.

6.8.6.   All radios should be attached by researchers with demonstrated expertise in handling raptors and attaching transmitter packages to raptors.

6.9.   Implement actions to minimize noise disturbance within PACs during the breeding season (1 Mar - 31 Aug).  If non-breeding is inferred or confirmed during approved-protocol surveys in a PAC during the breeding season, restrictions on noise disturbances should be relaxed depending on the nature and extent of the proposed disturbance.

6.9.1.   Managers should, on a case-specific basis, assess the potential for noise disturbance to nesting owls.

6.9.2.   Breeding-season restrictions should be considered if noise levels are estimated to exceed 69 dBA (A-weighted noise level) (~80 dBO [owl-weighted noise level, Delaney et al. 1999a]) consistently (i.e., >twice/hour) or for an extended period of time (>1 hr) within 50 m (165 ft) of nesting sites (if known) or within entire PAC if nesting sites are not known.

6.10.   Implement actions to detect and, if present, monitor WNV activity as described in Appendix C.

6.10.1.   Carry out well-distributed demographic studies to detect significant downward population trends.

6.10.2.   Conduct spotted owl surveillance to detect the disappearance of birds from a given area.

6.10.3.   Local biologists should monitor reports of avian mortality on the CDC website (www.cdc.gov) as well as those of state and county health departments.

6.10.4.   If any of the above situations lead to suspicion of a WNV epizootic, conduct surveillance for the disease using standard arbovirus surveillance techniques.

6.10.5.   Biologists who become aware of spotted owl captures for other purposes should look into asking researchers to collect saliva swabs or other minimally invasive samples.  If researchers are also collecting blood or other tissue samples, testing of those for WNV antibodies is advised.

7.   Monitor owl population as described in Part V.B and Appendix E – Monitoring.

7.1.   Coordinate among administrative units to develop occupancy-monitoring design and secure funding.  FWS will assume the initial lead role by convening representatives from appropriate administrative units in addition to appropriate scientific expertise.

7.2.   Conduct a landscape analysis to define the sampling frame to include all possible owl habitat.

7.3.   Develop sampling strata for the allocation of samples to reduce sampling variance.

7.4.   Develop sampling protocols.

7.5.   Have monitoring design reviewed by scientific experts and revise accordingly.

7.6.   Implement the monitoring design.

8.   Develop and implement habitat monitoring as described in Appendix E – Monitoring.

8.1.   Coordinate among administrative units and FIA to develop habitat-monitoring design

77

and secure funding.

8.2. Conduct a landscape analysis to define the sampling frame to include all possible owl habitat.

8.3. Develop sampling strata for the allocation of samples to reduce sampling variance.

8.4. Develop sampling protocols.

8.5. Have monitoring design reviewed by scientific experts and revise accordingly.

8.6. Implement the monitoring design.

9. <u>Implement research to inform recovery as described in Part V.F in the U.S. and Mexico.</u>

9.1. Conduct research to answer questions related to habitat.

9.1.1. Which habitat features directly influence reproduction and/or survival of Mexican spotted owls?

9.1.2. Which habitat features indirectly influence reproduction and/or survival of Mexican spotted owls by enhancing prey availability?

9.1.3. How should these features be arranged spatially on the landscape to optimize owl fitness and habitat quality?

9.1.4. How do stochastic environmental disturbances (particularly unplanned wildland fire) alter key habitat constituents and owl demography?

9.1.5. Which habitat features help buffer the influence of weather effects on reproduction and survival?

9.1.6. How do various planned management activities alter key habitat constituents (including prey) and owl demography?

9.1.7. What is the probability that nest/roost conditions recommended in the plan will become recovery habitat for roosting and/or nesting by Mexican spotted owls?

9.1.8. Which silvicultural prescriptions are best suited for creating and sustaining habitats used by Mexican spotted owls for various activities like roosting, nesting, foraging, and dispersal?

9.1.9. Which types of planned burning regimes and methods will promote development of the owl's roosting, nesting, and foraging habitat?

9.1.10. What proportion of Mexican spotted owl populations migrate seasonally, where are winter habitats located, what habitat features do owls use to select these areas, and how important are these areas for owl dispersal and survival?

9.1.11. How will climate change alter distribution, structure, and composition of owl habitat?

9.1.12. How will climate change influence owl and prey distribution and abundance?

9.1.13. If livestock grazing occurs within owl nesting, roosting, and foraging habitats, what livestock grazing strategies can be implemented to best maintain suitable habitat conditions for owl prey species and alleviate grazing impacts on the development of future owl nesting/roosting habitats (e.g., oak/cottonwood/willow/alder trees)?

9.1.14. What are the effects of various recreational activities (hiking, climbing, OHV use) on Mexican spotted owl behavior, habitat use and demography? How can managers mitigate potential effects in high-use areas?

BLM_0071531

9.1.15. If salvage logging is needed after a disturbance event (e.g., fire, insect/disease outbreak), how can it be implemented to maintain and protect existing habitat features or accelerate the development of future owl habitat?

9.2. Conduct research related to biological community interactions.

9.2.1. Are parasites, disease, predation, and competition limiting Mexican spotted owl populations?

9.2.2. What are the effects of invasive pathogens like WNV?

9.2.3. What is the relative influence of other predators on common prey of the Mexican spotted owl?

9.2.4. What environmental conditions will lead to increased effects of community-level interactions?

9.2.5. What types of management actions are necessary to alleviate deleterious community-level interactions?

9.2.6. How might climate change alter these factors and/or their impacts on Mexican spotted owls?

9.2.7. How will planned habitat treatments influence different biological interactions that can limit Mexican spotted owl populations, and how do these effects vary across spatial and temporal scales?

9.3. Conduct research involving population structure.

9.3.1. What are the relative numerical and genetic contributions of core and exterior populations?

9.3.2. Are subpopulations within and between EMUs connected?

9.3.3. What habitats and large-scale habitat configurations are required to maintain adequate survival rates during juvenile dispersal or adult migration?

9.3.4. What is the optimal arrangement of owl numbers and genetic mix that will lead to persistent populations at various time scales?

9.3.5. Which management activities help to ensure a well distributed set of functioning subpopulations?  Which hinder this goal?

9.3.6. What are the potential impacts of climate change on connectivity of owl populations throughout their range?

9.4. Conduct research involving ecosystem function.

9.4.1. What are the effects of implementing this Recovery Plan on ecosystem structure and functions like soil erosion, water yield, and nutrient flow?

9.4.2. What are the effects of implementing this Recovery Plan on plant community structure, composition, and sustainability?

9.4.3. How has the implementation of this Recovery Plan affected long-term restoration of forested systems?

9.4.4. How are other focal wildlife species responding to conservation guidelines in this Recovery Plan?

9.4.5. How might this Recovery Plan be adjusted to mitigate potentially deleterious effects on other ecosystem attributes?

9.4.6. What are the potential implications of climate change to resilience of the ecosystems that support Mexican spotted owls, and how can we best balance increasing resilience in those systems with maintaining owl habitat?

9.5. Conduct research specific to Mexico, where less research has been conducted.

BLM_0071532

9.5.1.   What is the range, distribution, and abundance of the Mexican spotted owl in Mexico?

9.5.2.   What is the population trend in Mexico?

9.5.3.   What factors are threatening the status of the Mexican spotted owl in Mexico?

9.5.4.   What actions can remedy factors negatively affecting the Mexican spotted owl and encourage factors positively affecting the species?

9.5.5.   What is the most effective approach to creating an education and outreach program about the Mexican spotted owl in Mexico?

10. <u>Develop and conduct plan implementation oversight and coordination</u>.

10.1. Ensure that EMU Working Teams have primary implementation oversight.

10.1.1.   Review current Working Team membership and broaden as appropriate.

10.1.2.   Develop charter and operating procedures.

10.1.3.   Meet with members of the Recovery Team to ensure consistent interpretation of the Recovery Plan.

10.1.4.   Conduct workshops with parties responsible for implementing the Recovery Plan.

10.1.5.   Provide feedback to FWS and the Recovery Team on implementation of the Recovery Plan, including impediments and recommendations.

10.2. Implement continuing functions of the Recovery Team.

10.2.1.   Coordinate regularly with Working Teams to receive feedback on Recovery Plan implementation.

10.2.2.   Meet annually or as needed to consider Working Team recommendations, review new research findings, and generally assess plan implementation.

10.2.3.   Make recommendations to FWS on plan clarifications and adjustments.

10.3. Establish a centralized Mexican spotted owl information repository.

BLM_0071533

## PART V. IMPLEMENTATION AND OVERSIGHT

### A. Implementation Schedule

Disclaimer:  The Implementation Schedule that follows outlines actions and estimated costs for the Recovery Plan for the Mexican spotted owl, as set forth in this Recovery Plan.  It is a guide for meeting the recovery goals outlined in this plan.  This schedule indicates action priorities, action numbers, action descriptions, duration of actions, the parties responsible for actions (either funding or carrying out), and estimated costs.  Parties with authority, responsibility, or expressed interest to implement a specific recovery action are identified in the Implementation Schedule. When more than one party has been identified, the proposed lead party is indicated by an (*). The listing of a party in the Implementation Schedule does not require the identified party to implement the action(s) or to secure funding for implementing the action(s).  For further information on selected columns see the Key to the Implementation Schedule (Table V.1) by Column (below).

### Key to the Implementation Schedule (Table V.1) by Column:

Priority Number:
1) Actions necessary to prevent extinction or irreversible decline.
2) Actions necessary to prevent extinction or a significant decline in population or habitat, or other effect short of extinction.
3) All other actions necessary to provide for full recovery.

Action Number:
   Refers to corresponding action number in the Recovery Action Outline and in Appendices.

Recovery Criterion Number:
   Corresponds to the appropriate recovery criteria which the action will help achieve.

Action Duration:
   Continual, Ongoing, Unknown, or actual number of consecutive years.  If periodic, then the frequency should be noted under Comments (e.g., "every 3 years").  Numerical values are the anticipated number of years to complete the action.  "Ongoing" refers to actions that are currently being implemented and are recommended to continue.  "Continuous" actions are those not currently being implemented, but that are recommended to be implemented over the course of Recovery Plan implementation.

Responsible Party:
   All = all interested parties, as applicable
   BLM = Bureau of Land Management
   BR = Bureau of Reclamation
   Counties = applicable counties within the range of the Mexican spotted owl
   FS = U.S. Forest Service
   RMRS = Rocky Mountain Research Station, Forest Service
   FWS = U.S. Fish and Wildlife Service
   MX = Mexico

BLM_0071534

NPS = National Park Service
RT = Mexican Spotted Owl Recovery Team
States = States of AZ, CO, NM, TX, and UT as applicable via their agencies:
    AGFD = Arizona Game and Fish Department
    CDOW = Colorado Department of Wildlife
    NMDGF = New Mexico Department of Game and Fish
    TXPWD = Texas Parks and Wildlife Department
    UDWR = Utah Division of Wildlife Resources
Tr. = Native American Tribes
Univ. = Universities
USGS = U.S. Geological Survey
WTs = Ecological Management Unit Working Teams

Cost Estimate:
Figures given may vary substantially depending on scope of implementation.
When zero cost is shown it is under the assumption that the action is part of ongoing land-management activities to which owl considerations add little or no cost.
"Costs captured below" indicates that costs of an activity are broken down into the costs for the relevant subactivities.
"Costs captured above" indicates that costs for individual subactivities are aggregated into a total cost for the larger activity, since the subactivities have no independent utility apart from collectively supporting the larger effort.

BLM_0071535

**Table V.1.  Implementation Schedule for the Mexican Spotted Owl Recovery Plan, First Revision**

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Parties | Is FWS Lead? | Total Cost ($1,000s) | FY12 | FY13 | FY14 | FY15 | FY16 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Responsibility** | | | **Cost Estimate by FY (by $1,000s)** | | | | | |
| 2 | 1. | Adopt Recovery Plan recommendations through land-management-planning documents. | 1, 2 | 1 | FS, NPS, BLM, MX, Tr. | No | 1,000 | 1,000 | 0 | 0 | 0 | 0 | |
| 2 | 2. | Survey project areas for Mexican Spotted Owls. | 1, 2 | Ongoing | Feds, Tr., MX | No | 2,500 | 250 | 250 | 250 | 250 | 250 | |
| 1 | 3. | Maintain/enhance nesting/roosting habitat. | 1, 2 | Ongoing | | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 3.1. | Establish PACs. | 1, 2 | Ongoing | Feds, Tr., MX | No | 1,000 | 100 | 100 | 100 | 100 | 100 | |
| 1 | 3.2. | Conduct treatments to reduce fire risk. | 1, 2 | Ongoing | FS, NPS, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1 | 3.2.1. | Treat up to 20% of high risk PAC areas. | 1, 2 | Continuous | FS, MX, NPS, Tr. | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 3.2.2. | Scientific committee to develop monitoring plan for treated PACs | 1, 2 | Continuous | FWS | Yes | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 3.3. | Avoid disturbing nesting owls (seasonal restriction). | 1 | Ongoing | Feds, Tr., MX | No | 1,000 | 100 | 100 | 100 | 100 | 100 | |
| 2 | 4. | Manage for nesting/roosting recovery habitat. | 2 | Ongoing | | No | | | | | | | Costs captured below. |
| 2 | 4.1. | Identify and map recovery nest/roost habitat. | 2 | Ongoing | BLM, FS, NPS, Tr., MX | No | 2,000 | 200 | 200 | 200 | 200 | 200 | |

83

BLM_0071536

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 2 | 4.1.2. | Manage fuels in recovery habitat. | 2 | Ongoing | FS, NPS, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 5. | Manage for recovery foraging/non-breeding habitat. | 2 | Ongoing | BLM, FS, NPS, Tr., MX | No | | | | | | | Costs captured below. |
| 2 | 5.1. | Identfy and map foraging/non-breeding recovery habitat. | 2 | Ongoing | BLM, FS, NPS, Tr., MX | No | 2,000 | 200 | 200 | 200 | 200 | 200 | |
| 2 | 5.1.2. | Conduct treatments to improve resiliency of foraging/non-breeding components. | 1, 2 | Ongoing | BLM, FS, NPS, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6. | Manage specific threats. | 1, 2 | Ongoing | | | | | | | | | Costs captured below. |
| 2 | 6.1. | Implement fire-management recommendations. | 1, 2 | Continuous | FS, NPS, Tr., MX | No | | | | | | | Costs captured below. |
| 2 | 6.1.1. | Implement fire-suppression recommendations. | 1, 2 | Continuous | FS, NPS, Tr., MX | No | | | | | | | Costs captured below. |
| 3 | 6.1.1.1. | Conduct landscape-level fire-behavior assessments. | 1, 2 | 5 | All | No | 1,000 | 200 | 200 | 200 | 200 | 200 | |
| 3 | 6.1.1.2. | Limit supression activities within PACs and recovery habitats. | 1, 2 | Ongoing | BLM, FS, NPS, Tr., MX | No | 1,000 | 100 | 100 | 100 | 100 | 100 | |
| 3 | 6.1.1.3. | Conduct research to evaluate fire severities related to owl habitat. | 1, 2 | 5 | FS, NPS, Tr., MX | No | 500 | 100 | 100 | 100 | 100 | 100 | |

84

BLM_0071537

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility Parties | Is FWS Lead? | Total Cost ($1,000s) | FY12 | FY13 | FY14 | FY15 | FY16 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 6.1.2. | Implement post-fire rehabilitation recommendations. | 2 | Continuous | FS, NPS, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 2 | 6.2. | Implement forest insects and diseases recommendations. | 1, 2 | Ongoing | | | | | | | | | No costs (see below) |
| 2 | 6.2.1. | Implement actions to limit spread of deleterious insects and diseases. | 1, 2 | Ongoing | FS, NPS, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6.3. | Manage livestock-grazing operations and wild ungulate impacts. | 1, 2 | Ongoing | | | | | | | | | Costs captured below. |
| 2 | 6.3.1. | Conduct assessments to determine appropriate utilization and/or residual levels of forage. | 1, 2 | Ongoing | FS, BLM, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6.3.2. | Establish allowable-use criteria. | 1, 2 | Continuous | FS, BLM, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6.3.3. | Implement range monitoring. | 1, 2 | Ongoing | FS, BLM, Tr., MX | No | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6.3.4. | Implement actions to promote riparian health. | 1, 2 | Ongoing | Feds, States, Tr., MX | No | 500 | 50 | 50 | 50 | 50 | 50 | |
| 2 | 6.4. | Implement land-development recommendations. | 1, 2 | Continuous | | | | | | | | | Costs captured below. |
| 2 | 6.4.1. | Pursue voluntary measures to reduce development impacts. | 1, 2 | Continuous | States, Counties | No | 200 | 20 | 20 | 20 | 20 | 20 | |

85

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility Parties | Responsibility Is FWS Lead? | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) FY12 | FY13 | FY14 | FY15 | FY16 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 6.5. | Implement recommendations for water development. | 1, 2 | Continuous | | | | | | | | | Costs captured below. |
| 3 | 6.5.1. | Conduct studies to evaluate impediment of movement and gene flow. | 1 | 3 | USGS | No | 300 | 100 | 100 | 100 | 0 | 0 | |
| 2 | 6.5.2. | Discharge water from dams to sustain/enhance native riparian vegetation. | 1, 2 | Continuous | BR | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 3 | 6.6. | Manage against recreational exploitation. | 1 | Ongoing | | | | | | | | | Costs captured below. |
| 3 | 6.6.1. | Report continued issues due to recreational exploitation of owls to FWS Law Enforcement Office. | 1 | Ongoing | Feds | Yes | 10 | 1 | 1 | 1 | 1 | 1 | |
| 3 | 6.7. | Minimize recreational disturbance in PACs. | 1 | Ongoing | | | | | | | | | Costs captured below. |
| 2 | 6.7.1. | Evaluate construction within PACs on a case-specific basis. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 2 | 6.7.2. | Assess the impacts of currently allowed recreational activities and institute limitations. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |

86

BLM_0071539

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 2 | 6.7.3. | Consider seasonal closures of specifically designated recreational activities. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 3 | 6.7.4. | Inform the public of proper and legal behaviors when encountering owls. | 1 | Continuous | FWS, FS, NPS, BLM, Tr., MX | No | 10 | 1 | 1 | 1 | 1 | 1 | |
| 2 | 6.8. | Monitor and minimize effects of scientific exploitation. | 1 | Continuous | | | | | | | | | Costs captured below. |
| 2 | 6.8.1. | Apply quality-control procedures to scientific studies. | 1 | Continuous | FWS | Yes | 10 | 1 | 1 | 1 | 1 | 1 | |
| 3 | 6.8.2. | Require contingency plans for dealing with injured owls. | 1 | 1 | FWS | Yes | 20 | 20 | 0 | 0 | 0 | 0 | |
| 2 | 6.8.3. | Convene an independent expert panel to evaluate mortalities, make adjustments. | 1 | 2 | FWS | Yes | 20 | 10 | 10 | 0 | 0 | 0 | |
| 2 | 6.8.4. | Ensure that radio-marking adheres to FWS Bird Banding Lab recommendations. | 1 | 1 | FWS | Yes | 5 | 5 | 0 | 0 | 0 | 0 | |
| 2 | 6.8.5. | Ensure that attachment methods other than tail and backpack mounts are tested on captive owls then a small sample of wild spotted owls. | 1 | 2 | FWS | Yes | 20 | 10 | 10 | 0 | 0 | 0 | |

87

BLM_0071540

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 2 | 6.8.6. | Ensure that only experienced personnel attach radios. | 1 | Continuous | FWS | Yes | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 6.9. | Implement actions to minimize noise disturbance within PACs during breeding season. | 1 | Ongoing | | | | | | | | | Costs captured below. |
| 2 | 6.9.1. | Assess potential for noise disturbance to nesting owls. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 2 | 6.9.2. | Consider breeding-season restrictions. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 100 | 10 | 10 | 10 | 10 | 10 | |
| 3 | 6.10. | Implement actions to detect/monitor West Nile Virus activity. | 1 | Continuous | | | | | | | | | Costs captured below. |
| 3 | 6.10.1. | Carry out demographic studies to detect possibility of downward population trends. | 1 | 10 | FS-RMRS, FWS | No | 2,000 | 200 | 200 | 200 | 200 | 200 | |
| 3 | 6.10.2. | Conduct owl surveillance and report extirpations. | 1 | Ongoing | FS, NPS, BLM, Tr., MX | No | 500 | 50 | 50 | 50 | 50 | 50 | |
| 3 | 6.10.3. | Monitor avian mortality on CDC, state, and county health department websites. | 1 | Continuous | Counties | No | 10 | 1 | 1 | 1 | 1 | 1 | |
| 2 | 6.10.4. | If suspicion of West Nile Virus presence, implement arborvirus surveillance techniques. | 1 | Continuous | Counties | No | 0 | 0 | 0 | 0 | 0 | 0 | Likely done for human health purposes. |

88

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 3 | 6.10.5. | Request collection of samples from captured owls and test for West Nile Virus antibodies. | 1 | Continuous | FWS | Yes | 10 | 1 | 1 | 1 | 1 | 1 | |
| 2 | 7. | Monitor owl occupancy. | 1 | 10 | | | 11,900 | 200 | 1,300 | 1,300 | 1,300 | 1,300 | |
| 2 | 7.1. | Develop occupancy-monitoring design and secure funding. | 1 | Continuous | FS, RMRS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 7.2. | Conduct a landscape analysis to define the sampling frame. | 1 | 1 | FS, RMRS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 7.3. | Develop sampling strata. | 1 | 1 | FS, RMRS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 7.4. | Develop sampling protocols. | 1 | 1 | FS, RMRS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 7.5. | Have monitoring design reviewed and revised accordingly. | 1 | 1 | FS, RMRS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 7.6. | Implement the monitoring design. | 1 | 10 | FS, NPS, BLM, Tr., MX, RMRS | No | | | | | | | Costs captured above. |
| 2 | 8. | Develop and implement habitat monitoring. | 2 | Continuous | | | 8,750 | 200 | 75 | 75 | 75 | 75 | |
| 2 | 8.1. | Develop FIA-based monitoring design and secure funding. | 2 | Continuous | FS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |

89

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 2 | 8.2. | Conduct a landscape analysis to define the sampling frame. | 2 | 1 | FS, FWS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 8.3. | Develop sampling strata. | 2 | 1 | FS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 8.4. | Develop sampling protocols. | 2 | 1 | FS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 8.5. | Have monitoring design reviewed and revised accordingly. | 2 | 1 | FS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 2 | 8.6. | Implement the monitoring design. | 2 | 10 | FS, NPS, BLM, Tr., MX | No | | | | | | | Costs captured above. |
| 3 | 9. | Implement research. | 1, 2 | Continuous | | | | | | | | | Costs captured below. |
| 3 | 9.1. | Conduct research related to habitat. | 2 | 10 | FS, NPS, BLM, Univ, USGS, States, Tr., RMRS, MX | No | 1,000 | 100 | 100 | 100 | 100 | 100 | |
| 3 | 9.2. | Conduct research related to biological community interactions. | 1 | 10 | FS, NPS, BLM, Univ, USGS, States, Tr., RMRS, MX | No | 500 | 50 | 50 | 50 | 50 | 50 | |
| 3 | 9.3. | Conduct research involving population structure. | 1 | 10 | FS, NPS, BLM, Univ, USGS, States, Tr., RMRS, MX | No | 1,500 | 150 | 150 | 150 | 150 | 150 | |
| 3 | 9.4. | Conduct research involving ecosystem function. | 1, 2 | 10 | FS, NPS, BLM, Univ, USGS, States, Tr., RMRS, MX | No | 1,500 | 150 | 150 | 150 | 150 | 150 | |

BLM_0071543

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 3 | 9.5. | Conduct research specific to Mexico. | 1, 2 | 10 | MX | No | 1,000 | 100 | 100 | 100 | 100 | 100 | |
| 3 | 10. | Develop and conduct plan implementation oversight and coordination. | 1,2 | Ongoing | | | | | | | | | Costs captured below. |
| 3 | 10.1. | Ensure that EMU Working Teams have primary oversight. | 1,2 | 1 | FWS | Yes | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | 10.1.1. | Review current Working Teams and broaden as appropriate. | 1,2 | 1 | FWS | Yes | 2 | 2 | 0 | 0 | 0 | 0 | |
| 3 | 10.1.2. | Develop charter and operating procedures. | 1,2 | 1 | WTs | No | 3 | 3 | 0 | 0 | 0 | 0 | |
| 3 | 10.1.3. | Meet with Recovery Team to ensure consistent interpretation of Recovery Plan. | 1,2 | Continuous | WTs | No | 30 | 3 | 3 | 3 | 3 | 3 | |
| 3 | 10.1.4. | Conduct workshops with parties responsible for implementing the Recovery Plan. | 1,2 | 1 | FWS, RT | Yes | 10 | 10 | 0 | 0 | 0 | 0 | |

91

BLM_0071544

| Priority Number | Action Number | Action Description | Recovery Criterion Number | Action Duration (Years) | Responsibility | | Total Cost ($1,000s) | Cost Estimate by FY (by $1,000s) | | | | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Parties | Is FWS Lead? | | FY12 | FY13 | FY14 | FY15 | FY16 | |
| 3 | 10.1.5. | Provide feedback to Recovery Team including impediments and recommendations. | 1,2 | Continuous | WTs | No | 20 | 2 | 2 | 2 | 2 | 2 | |
| 3 | 10.2. | Implement continuing functions of the Recovery Team. | 1,2 | Continuous | RT | Yes | | | | | | | Costs captured below. |
| 3 | 10.2.1. | Coordinate regularly with Working Teams to receive feedback on Recovery Plan implementation. | 1,2 | Continuous | RT | Yes | 10 | 1 | 1 | 1 | 1 | 1 | |
| 3 | 10.2.2. | Meet annually or as needed to consider Working Team recommendations, review new research findings, generally assess plan implementation. | 1,2 | Continuous | RT | Yes | 50 | 5 | 5 | 5 | 5 | 5 | |
| 3 | 10.2.3. | Make recommendations to FWS on plan clarifications and adjustments. | 1,2 | Continuous | RT | Yes | 10 | 1 | 1 | 1 | 1 | 1 | |
| 3 | 10.3. | Establish and maintain a centralized Mexican spotted owl information repository. | 1,2 | Continuous | FWS | Yes | 28 | 10 | 2 | 2 | 2 | 2 | |

BLM_0071545

**B. Population and Rangewide Habitat Monitoring Procedures**

Part III of this Recovery Plan lists specific criteria that must be met before the Mexican spotted owl can be delisted. Meeting two of these criteria will require large-scale monitoring of trends in owl abundance (or a surrogate for owl abundance) and habitat quantity and distribution. Here, we provide a brief overview of one approach that might be used to implement such monitoring, with technical details provided in Appendix E. We provide this approach as an example, noting that other approaches are possible and that future advances in monitoring techniques may result in other, more efficient approaches. Ultimately, any approach that can satisfactorily address the recovery criteria should be acceptable.

In USDI FWS (1995), we advocated a population monitoring scheme based on mark-recapture sampling. That design would provide rigorous demographic data on spotted owls as well as estimates of population trend. However, a pilot study conducted to evaluate those methods identified several potential problems. These included high cost and difficulty in finding sufficient numbers of highly qualified field workers. Perhaps more importantly, the mark-recapture approach required capture and banding of large numbers of owls. Although capture techniques for spotted owls are relatively safe, they are not risk-free. Further, many captures likely would be carried out by seasonal field crews, and many of these individuals likely would be inexperienced. As a result, the risk of injury to owls was deemed unacceptable.

Fortunately, advances in monitoring techniques since 1995 provide a viable alternative to mark-recapture sampling, specifically occupancy monitoring (e.g., MacKenzie et al. 2006). Occupancy monitoring does not require capture and banding of owls but is based on mark-recapture theory and does allow for estimation of detection probability. This is a critical detail, because (1) it is likely that not all resident owls will be detected in a given year, and (2) detection probabilities may change over time. Such changes in detectability of owls could result in erroneous trend estimates and misguided conservation efforts. Consequently, we propose a monitoring program based on occupancy monitoring. Such a program will not provide the detailed demographic data that mark-recapture sampling would provide, but it should be safer and cheaper to implement while still providing valid population trend estimates.

Before describing the proposed monitoring program further, we repeat the following statements to summarize pertinent discussion from elsewhere in the Plan:

- While monitoring habitat is important, numerous factors other than habitat conditions can influence owl populations. Therefore, it is necessary to monitor trends in both habitat and the owl population.
- We are assuming that the existing owl population is adequate in numbers and distribution to maintain the viability of the species (see Part III.D. Objective and Measurable Recovery Criteria, to explain this assumption). However, we are willing to accept a stable or increasing population or site occupancy trend over a period ≥10 years as evidence that the owl population is sustaining itself and therefore is likely to persist. The selection of a 10-year period is explained in Part V.B.1.b below.
- A number of approaches are possible for monitoring owl habitat. One possibility is to use data from the USDA Forest Inventory and Analysis (FIA; http://fia.fs.fed.us)

93

BLM_0071546

program. The FIA program is attractive because it is an existing and well-funded program that provides repeat sampling of habitat conditions throughout the range of the owl. We explain details of the FIA sampling protocols and resulting data in Appendix E - Monitoring.

- How ever habitat data is obtained, we envision: 1) using habitat data to aid in stratifying the sample of areas where owl occupancy rates are estimated, and 2) relating habitat data to owl occupancy rates, to allow for better understanding of relationships between specific habitat features and/or landscape composition and owl population trends (see Appendix E for further details).
- The proposed monitoring of owl occupancy rates likely will monitor only the territorial population of owls. The non-territorial portion of the owl population likely will not be sampled adequately (see below for further discussion of this issue).
- We think the minimum trend period of 10 years is a reasonable time span for monitoring the trend in owl occupancy (see discussion below).

1. Monitoring Mexican Spotted Owl Occupancy Rates

Although we support the idea of estimating population size directly and collecting associated demographic data as described in USDI FWS (1995), we propose this alternative monitoring program based on monitoring occupancy rates as an index of population size and distribution, for reasons discussed above. We define occupancy rate for Mexican spotted owls as the proportion of sample plots occupied by the species. The sample plots will consist of square blocks of 100 ha (247 ac). We propose using existing Universal Transverse Mercator (UTM) blocks that can be easily mapped using GIS. Appendix E - Monitoring provides a detailed discussion of the statistical aspects of using the occupancy rate to estimate owl population trend, as well as a discussion of how the owl occupancy rate would be related to habitat conditions.

One limitation of the proposed monitoring is that owl occupancy monitoring (and all known approaches) likely will monitor primarily territorial birds. This is because non-territorial "floaters" (Franklin 1992) may not respond readily and consistently during calling surveys. The proportion of non-territorial floaters in the population of Mexican spotted owls remains unknown, but may not be large. Evidence for Mexican spotted owls suggests that: (1) the proportion of birds <2 years old (i.e., subadults) holding territories is relatively high, (2) territory vacancies typically are filled by birds 1 to 2 yrs old, and (3) density of territorial Mexican spotted owls appears to track reproduction with a short lag period (Seamans et al. 1999: Fig. 5; Gutiérrez et al. 2003, J. P. Ward and J. L. Ganey, unpublished data). All of these factors suggest that large numbers of non-territorial floaters typically are not present within the range of the Mexican spotted owl. Consequently, we do not view this limitation as fatal to the monitoring program.

*a. Steps to Population Monitoring*

We envision monitoring a random sample of blocks (see above) for the presence of owls. Non-detection of owls within a sample does not always imply owls are absent. In some situations observers fail to detect owls when present because owls may not vocalize or an observer fails to hear them. Thus, probability of detecting an owl or owls must be estimated as part of the

BLM_0071547

monitoring process.  Recent models (MacKenzie et al. 2002, 2003, 2006) provide viable methods to estimate detection probability and thus rigorously monitor site occupancy.

We assume that occupancy rate provides a valid index of population size, although the exact relationship between abundance and occupancy rate remains unknown (Royle and Nichols 2003).  Presumably, however, monitoring site-occupancy rates will allow detection of important changes in the owl population.

In Appendix E, we outline a suitable framework and statistical estimation approach for monitoring owl populations via directly estimating the site occupancy rate of territorial owls, and we discuss how FIA measurements could be incorporated into the occupancy monitoring plan so that microhabitat variables can be related to owl occupancy rates.  Accurate and efficient protocols for monitoring owl occupancy will require pilot studies to estimate occupancy rates and detection probabilities and their statistical variances.  These estimates then can be used to determine variables such as the number of plots required and number of call points required per plot, and to evaluate tradeoffs between greater numbers of visits per plot versus increasing spatial replication by sampling more plots fewer times.  Given sample data, all of these factors can be optimized to design a monitoring program that will most efficiently satisfy the quantitative targets in the delisting criterion for population monitoring.

*b.  Time Period for Population Monitoring*

Recovery criterion 1 for delisting (Part III) specifies that the owl population trend should be monitored for at least 10 years.  Monitoring for a longer period is desirable, given the owl's long lifespan, the fact that it frequently occurs in forested and canyon ecosystems that change slowly, and the pronounced temporal variability in climate that characterizes the American southwest.  We believe that 10 years is a reasonable minimum time span for owl occupancy monitoring for the following reasons.  First, given current estimates of owl survival rates, more than half of the adult population should turn over during a 10-year period.  Vacancies created by deaths of territorial resident owls may be filled by unpaired, non-territorial birds or, more likely, by subadult birds recruited from the previous year or two.  The extent to which new owls fill territory vacancies will provide evidence on whether or not sufficient reproduction is occurring to sustain the owl population.  A 10-year period should be sufficient to test whether adequate recruitment is occurring.

Second, we expect that the owl population will be subjected to considerable environmental variation during this 10-year period, including both dry and wet years and major fire events.

Third, even if occupancy rates are stable or increasing and the species is delisted, the ESA requires a minimum additional five years of monitoring post-delisting.  This time period would provide further opportunity for evaluating population and distribution trends.

Fourth, we hope that the 10-year period will appear achievable to managers and thus provide incentive to implement population monitoring and acquire the monitoring data required to evaluate the potential for proposing to delist the owl.

95

BLM_0071548

2.  Monitoring Mexican Spotted Owl Rangewide Habitat

The primary objective of habitat monitoring is to validate results of occupancy monitoring.  For example, if occupancy monitoring indicates stable (or increasing) occupancy rates, habitat monitoring will provide a general measure of whether there will be sufficient nest and roost habitat for occupancy rates to remain stable.  We advocate no specific method for habitat monitoring and leave it up to management agencies to determine the best method(s) to use.  Again, one possible approach is to use data from the existing FIA program.  We provide a brief overview of that program in Appendix E.

**C.  Ecological Management Unit Working Teams**

The FWS intends to continue or reform Working Teams whose responsibility would be to oversee and guide implementation of the Recovery Plan.  These Working Teams would coordinate with and report to the Recovery Team, which would consider and evaluate Working Team recommendations before passing them on to FWS.  Working Teams for each EMU should be appointed by FWS as subunits under the Recovery Team umbrella.  Working Teams should include as a minimum of one representative from each of the following:

1)  Each involved FWS Ecological Services Office
2)  Each involved FS Region
3)  Each involved state
4)  Each involved Indian nation
5)  Any other involved agency (e.g., BLM, NPS)
6)  At least one researcher/scientist who can provide specialized expertise related to owl biology, forest ecology, fire ecology, monitoring, or other relevant topics.

Working Teams should recommend to FWS the appointment of additional members as needed or desired.  For example, representatives of local governments, affected industries, and conservation advocacy groups should be considered for appointment.  If other interested parties express interest in participating on a Working Team, they should be allowed to do so pending FWS approval.  Working Teams should strive to have a diversity of members to represent ecological, economic, social, conservation, and management interests.

Functions of Working Teams should include, but not be limited to, the following:

1)  Provide technical assistance to agencies and landowners on topics related to project designs, spotted owl management, and Recovery Plan implementation.  The Recovery Team encourages Working Teams to hold Recovery Plan implementation workshops to provide a common understanding of the plan to all interested parties.
2)  Provide guidance and interpretation on implementation and recommendations contained within the Recovery Plan.
3)  Recommend Recovery Plan revisions based on lessons learned from implementation.
4)  Coordinate landscape analyses among management agencies and private landowners.  The landscape analyses are recommended to identify areas needing management intervention to protect and develop owl habitat.  Coordinate occupancy and habitat monitoring among management agencies and private landowners.

96

5) Promote communication among local interests and help to resolve conflicting interpretations of the Recovery Plan if they arise.
6) Track plan implementation and report success, problems, and progress to the FWS and Recovery Team periodically.

## D.  Continuing Duties of the Recovery Team

The FWS intends that the Recovery Team be continued throughout implementation of the Recovery Plan.  Once the Recovery Plan is finalized, the Recovery Team should meet annually to review plan implementation, confer with Working Teams, and report to FWS.  If changes or adjustments to the Recovery Plan are warranted, the Recovery Team will forward recommendations for those changes to FWS for their consideration.

## E.  Centralized Mexican Spotted Owl Information Repository

The Recovery Team recommends development of a central repository for data related to Mexican spotted owl recovery.  Historically, data have been retained in dispersed locations prohibiting meta-analyses to understand the status of the owl range-wide.  Given that the owl inhabits lands under multiple jurisdictions, this central repository is critical to addressing pressing information needs about owl recovery.  The primary purpose of such a facility would be to collate a spotted owl GIS database, occupancy monitoring data, habitat monitoring data, and other programs recommended in this Recovery Plan.

## F.  Research Needs

Despite the considerable interest in and research on the ecology of the Mexican spotted owl, much remains unknown, particularly in Mexico.  Research is needed to develop long-term management strategies that assure predominant threats to the persistence of Mexican spotted owls will be alleviated.  The primary focus of such research should be to elucidate factors that influence change in Mexican spotted owl distribution and abundance.  Emphasis should be placed on identifying those factors that can be manipulated through social or natural resource management.

Communication and collaboration among scientists, land managers, and interested publics should play a key role in shaping future research.  Managers need to understand the methods, problems, and uncertainties involved with gaining reliable knowledge from ecological research.  Scientists, on the other hand, must rely on managers to identify appropriate questions and political and legal constraints, to implement experimental treatments, and to develop appropriate implementation of knowledge derived from research results in an adaptive management context.  Too often scientists design and implement studies that do not directly address critical management issues.  By working together, managers and scientists can bridge this gap and better focus research efforts by identifying relevant objectives and approaches.  Involving and informing interested publics may facilitate implementation of important research activities without administrative or legal challenges.

BLM_0071550

Clearly, all research questions cannot be answered, given limited time and money. Similarly, we know that some population processes will vary among EMUs. It is therefore imperative that landscapes used for research study areas be considered for particular questions to maximize gain. For example, three studies of habitat requirements conducted within mixed-conifer forest in a single EMU will likely yield less information than studies in other habitat types or regions. Here, we recommend research on questions about Mexican spotted owls that still need answers. Clearly, a large number of research questions could be developed that address all aspects of Mexican spotted owl biology for which knowledge is lacking. Others have reviewed research agendas for conservation of spotted owls or other forest wildlife (DeStefano 2002, Noon and Franklin 2002). The topics we recommend here are similar. However, we pose what we believe are the most crucial questions that need to be addressed in terms of long-term resource management and recovery of Mexican spotted owls. Studies designed to answer these questions could be descriptive, experimental, or a combination of both. We do not repeat questions that will be answered through population and habitat monitoring.

1. Habitat and Demography

Recovering the Mexican spotted owl will require detailed knowledge of the habitat constituents (including food resources) required at various scales to maintain viable populations. Past research has scratched the surface of this topic and primarily concentrated on roosting and nesting microhabitat features and, to a lesser degree, on prey requirements. In particular, habitat requirements of spotted owls that dwell in canyon-type environments are poorly known. We also recognize that spotted owl nesting habitat in forested environments is not static over time and that many currently used nesting sites eventually will be lost due to various disturbance agents. We therefore recognize a need to hone management tools that can be used to develop recovery habitat. This will necessarily entail studies of long duration, given the temporal nature of forest development, for example, or the potential for climate change to alter thermal regimes and habitat conditions in arid canyonlands. Consequently, these studies should begin as soon as possible. Important questions that remain to be answered include:

1) Which habitat features directly influence reproduction and/or survival of Mexican spotted owls?
2) Which habitat features indirectly influence reproduction and/or survival of Mexican spotted owls by enhancing prey availability?
3) How should these features be arranged spatially on the landscape to optimize owl fitness and habitat quality?
4) How do stochastic environmental disturbances (particularly unplanned wildland fire) alter key habitat constituents and owl demography?
5) Which habitat features help buffer the influence of weather effects on reproduction and survival?
6) How do various planned management activities alter key habitat constituents (including prey) and owl demography? This question is particularly important relative to landscape-scale restoration projects currently in planning, because these projects have the potential to impact vast acreages in short time frames.
7) What is the probability that threshold nest/roost conditions recommended in the plan will become recovery habitat for roosting and/or nesting by Mexican spotted owls?

98

BLM_0071551

8) Which silvicultural prescriptions are best suited for creating and sustaining habitats used by Mexican spotted owls for various activities like roosting, nesting, foraging, and dispersal?

9) Which types of planned burning regimes and methods will promote development of the owl's roosting, nesting, and foraging habitat?

10) What proportion of Mexican spotted owl populations migrate seasonally, where are winter habitats located, what habitat features do owls use to select these areas, and how important are these areas for owl dispersal and survival?

11) How will climate change alter distribution, structure, and composition of owl habitat?

12) How will climate change influence owl and prey distribution and abundance?

13) If livestock grazing occurs within owl nesting, roosting, and foraging habitats, what livestock grazing strategies can be implemented to best maintain suitable habitat conditions for owl prey species and alleviate grazing impacts on the development of future owl nesting/roosting habitats (e.g., oak/cottonwood/willow/alder trees)?

14) What are the effects of various recreational activities (hiking, climbing, OHV use) on Mexican spotted owl behavior, habitat use and demography?  How can managers mitigate potential effects in high-use areas?

15) If salvage logging is needed after a disturbance event (e.g., fire, insect/disease outbreak), how can it be implemented to maintain and protect existing habitat features or accelerate the development of future owl habitat?

The effects of different severities of wildland fire (Question 4 above) on Mexican spotted owls are still poorly understood.  Stochastic disturbances and activities like wildland fire that may not be readily tested with experiments for lack of suitable control can be examined through development and analysis of simulation models and comparison with observational (retrospective) analyses.  Planned management activities that should be studied for effects on owls, prey, and habitat include forest restoration, forest thinning prescriptions, and domestic livestock grazing.  A number of Collaborative Forest Landscape Restoration Projects are pending implementation within the range of the owl.  These projects offer an excellent opportunity to overlay research to understand effects of restoration prescriptions on owl populations and habitats.

2.  Biological Interactions

Although recovery plans are mostly written for a single species, they must consider a wide array of interactions within biological communities and ecosystems.  Community-level interactions that can affect Mexican spotted owl populations include parasitism, disease, predation, and competition.  These factors are omnipresent in shaping population processes.  However, the combined influence of these factors under particular environmental conditions can prove deleterious, resulting in significant and unrecoverable population decline.  Important questions include:

1) Are any of these factors limiting Mexican spotted owl populations?

2) In particular, what are the effects of invasive pathogens like WNV?

3) What is the relative influence of other predators on common prey of the Mexican spotted owl?

99

4) What environmental conditions will lead to increased effects of community-level interactions?
5) What types of management actions are necessary to alleviate deleterious community-level interactions?
6) How might climate change alter these factors and/or their impacts on Mexican spotted owls?
7) How will planned habitat treatments influence different biological interactions that can limit Mexican spotted owl populations, and how do these effects vary across spatial and temporal scales?

3. Population Structure

For populations to persist through time, there must be adequate numbers of individuals present within and among subpopulations. The ultimate distribution and abundance of individuals is influenced by a wide array of factors. Some of these factors can be influenced by management. For example, restoration of riparian corridors between core populations (i.e., Other Riparian) may ensure stronger connectivity and mixing of genotypes. Other factors, like the distribution of canyons on the landscape, cannot be influenced, with the possible exception of removing dams. The questions posed below relate more to longer-term, larger-scale processes than the previous questions. However, these questions will need to be addressed in a long-term management plan. Specifically, questions about metapopulation function like dispersal and connectivity must be answered, along with questions about gene flow and fitness.

1) What are the relative numerical and genetic contributions of core and exterior populations?
2) Are subpopulations within and between EMUs connected?
3) What habitats and large-scale habitat configurations are required to maintain adequate survival rates during juvenile dispersal or adult migration?
4) What is the optimal arrangement of owl numbers and genetic mix that will lead to persistent populations at various time scales?
5) Which management activities help to ensure a well distributed set of functioning subpopulations? Which hinder this goal?
6) What are the potential impacts of climate change on connectivity of owl populations throughout their range?

4. Ecosystem Function

Implementation of recovery measures for the Mexican spotted owl will affect numerous ecosystem attributes directly and indirectly. Research is needed to determine the extent of these effects on biotic and abiotic components, and on ecosystem processes and function. Key questions are:

1) What are the effects of implementing this Recovery Plan on ecosystem structure and functions like soil erosion, water yield, and nutrient flow?
2) What are the effects of implementing this Recovery Plan on plant community structure, composition, and sustainability?
3) How has the implementation of this Recovery Plan affected long-term restoration of forested systems?

100

BLM_0071553

4) How are other focal wildlife species responding to conservation guidelines in this Recovery Plan?

5) How might this Recovery Plan be adjusted to mitigate potentially deleterious effects on other ecosystem attributes?

6) What are the potential implications of climate change to resilience of the ecosystems that support Mexican spotted owls, and how can we best balance increasing resilience in those systems with maintaining owl habitat?

BLM_0071554

# PART VI. LITERATURE CITED

Abella, S. 2008. Managing Gambel oak in Southwestern ponderosa pine forests: the status of our knowledge. USDA Forest Service, General Technical Report, RMRS-GTR-218, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Ager, A.A., M.A. Finney, B.K. Kerns, and H. Maffei. 2007. Modeling wildfire risk to northern spotted owl (*Strix occidentalis caurina*) habitat in central Oregon. Forest Ecology and Management 246:45-56.

Ager, A.A., N.M. Vaillant, and M.A. Finney. 2010. A comparison of landscape fuel treatment strategies to mitigate wildland fire risk in the urban interface and preserve old forest structure. Forest Ecology and Management 259:1556-1570.

Alden, P. 1969. Finding the birds in western Mexico: a guide to the states of Sonora, Sinaloa, and Nayarit. University of Arizona Press, Tucson.

Alexander, B.G., Jr. and F. Ronco, Jr. 1987. Classification of the forest vegetation on the National Forests of Arizona and New Mexico. USDA Forest Service, Research Note, RM-469, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Alexander, B.G., Jr., F. Ronco, Jr., E.L. Fitzhugh, and J.A. Ludwig. 1984a. A classification of forest habitat types of the Lincoln National Forest, New Mexico. USDA Forest Service, General Technical Report, RM-104, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Alexander, B.G., Jr., F. Ronco, Jr., A.S. White, and J.A. Ludwig. 1984b. Douglas-fir habitat types of northern Arizona. USDA Forest Service, General Technical Report, RM-108, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Allen, C.D., A.K. Macalady, H. Chenchouni, D. Bachelet, N. McDowell, M. Vennetier, T. Kitzberger, A. Rigling, D. D. Breshears, E. H. Hogg, P. Gonzalez, R. Fensham, Z. Zhang, J. Castro, N. Demidova, J-H. Lim, G. Allard, S. W. Running, A. Semerci, and N. Cobb. 2010. A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. Forest Ecology and Management 259:660-684.

American Ornithologists Union [AOU]. 1957. Check-list of North American birds. Fifth edition. American Ornithologists Union, Baltimore, Maryland, USA.

American Society of Mammalogists. 1998. Guidelines for the capture, handling, and care of mammals as approved by the American Society of Mammalogists. Journal of Mammalogy 79:1416-1431.

American Wind Energy Association [AWEA]. 2009. U.S. wind energy projects. American Wind Energy Association. Available from: http://www.awea.org.

BLM_0071555

Ames, C.R. 1977. Wildlife conflicts in riparian management: grazing. Pp. 43-52 *in* Importance, preservation and management of riparian habitat. USDA Forest Service, General Technical Report, RM-43, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Anthony, R.G., E.D. Forsman, A.B. Franklin, D. R. Anderson, K. P. Burnham, G. C. White, C. J. Schwarz, J. D. Nichols, J. E. Hines, G. S. Olson, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, K. M. Dugger, K. E. Fehring, T. L. Fleming, R. P. Gergardt, S. A. Gremel, R. J. Gutiérrez, P. J. Happe, D. R. Herter, J. M. Higley, R. B. Horn, L. L. Irwin, P. J. Loschl, J. A. Reid, and S. G. Sovern. 2006. Status and trends in demography of northern spotted owls, 1985-2003. Wildlife Monographs 163:1-48.

Archer, S.R. and K.I. Predick. 2008. Climate change and ecosystems of the Southwestern United States. Society for Range Management 30:23-28.

Arsenault D.P., A. Hodgson, and P.B. Stacey. 1997. Dispersal movements of juvenile Mexican spotted owls (*Strix occidentalis lucida*) in New Mexico. Pp. 47-57 *in* J.R. Duncan, D.H. Johnson, and T.H. Nicholls (eds.), Biology and conservation of owls of the northern hemisphere. USDA Forest Service, General Technical Report, NC-190, Southern Research Station, Asheville, North Carolina, USA.

Ayres, M.P. and M.J. Lombardero. 2000. Assessing the consequences of global change for forest disturbances for herbivores and pathogens. The Total Science of the Environment 262:263-286.

Bagne, K.E. and D.M. Finch. 2008. Developing a tool to assess wildlife species vulnerability to climate change. *in* New Mexico forestry and climate change workshop; November 20, 2008; Albuquerque, New Mexico, Forest Guild. Available from: http://www.forestguild.org/climate_change/Finch.pdf.

Bahre, C.J. 1991. A legacy of change: historic human impact on vegetation of the Arizona borderlands. University of Arizona Press, Tucson, USA.

Bahre, C.J. 1995. Human impacts on the grasslands of southeastern Arizona. Pp. 230-264 *in* M.P. McClaran and T.R. Van Devender (eds.), The desert grassland. University of Arizona Press, Tucson, USA.

Bailey, L.L., J.A. Reid, E.D. Forsman, and J.D. Nichols. 2009. Modeling co-occurrence of northern spotted and barred owls: accounting for detection probability differences. Biological Conservation 142:2983-2989.

Bailey, R.G. 1980. Descriptions of the ecoregions of the United States. USDA Forest Service, Miscellaneous Publication 1391, Intermountain Research Station, Ogden, Utah, USA.

BLM_0071556

Bailey, J.K., D.J. Irschick, J.A. Schweitzer, B.J. Rehill, R.L. Lindroth, and T.G. Whitham. 2007. Selective herbivory by elk results in rapid shifts in the chemical composition of aspen forests. Biological Invasions 9:715–722.

Barrowclough, G.F. and R.J. Gutiérrez. 1990. Genetic variation and differentiation in the spotted owl (*Strix occidentalis*). Auk 107:737-744.

Barrowclough, G.F., J.G. Groth, L.A. Mertz, and R.J. Gutiérrez. 2006. Genetic structure of Mexican spotted owl populations in a fragmented landscape. Auk 123:1090-1102.

Barrowclough, G.F., R.J. Gutiérrez, and J.G. Groth. 1999. Phylogeography of spotted owl (*Strix occidentalis*) populations based on mitochondrial DNA sequences: gene flow, genetic structure, and a novel biogeographic pattern. Evolution 53:919-931.

Barrows, C.W. 1981. Roost selection by spotted owls: an adaptation to heat stress. Condor 83:302-309.

Barrows, C.W. 1987. Diet shifts in breeding and nonbreeding spotted owls. Journal of Raptor Research 21:95-97.

Bartos, D. L., J. K. Brown, and G. D. Booth. 1994. Twelve years biomass response in aspen communities following fire. Journal of Range Management 47(1):79-83. http://jrm.library.arizona.edu/jrm/.

Beier, P., and J. Maschinski. 2003. Threatened, endangered, and sensitive species. Pages 306-327 *in:* Friederici, P. Ecological Restoration of southwestern ponderosa pine forests. Washington, DC: Island Press.

Bendire, C.E. 1892. Life histories of North American birds. U.S. National Museum. Special Bulletin 1.

Betancourt, J.L. 2004. Arid lands paleobiogeography: the fossil rodent midden record in the Americas. Pp. 27-46 *in* M.V. Lomolino and L.R. Heaney (eds.), Frontiers in biogeography: new directions in the geography of nature. Sinauer Associates Inc., Sunderland, Massachusetts, USA.

Beschta, R.L. and W.J. Ripple. 2010. Mexican wolves, elk, and aspen in Arizona: Is there a trophic cascade? Forest Ecology and Management 260:915-922.

Bevis, K.R., G.M. King, and E.E. Hanson. 1997. Spotted owls and 1994 fires on the Yakima Indian Reservation. Pp. 117-122 *in* Conference proceedings–Fire effects on rare and endangered species and habitats. November 13-16, 1995; Coeur d'Alene, Idaho. International Association of Wildland Fire.

Bingham, B.R. and B.R. Noon. 1992. The use of core areas in comprehensive mitigation strategies. Conservation Biology 12:241-243.

104

BLM_0071557

BirdLife International 2008. *Strix occidentalis*. *In*: IUCN 2010. IUCN Red List of Threatened Species. Version 2010.3. On line: [www.iucnredlist.org]. Web Page visited on 28 September 2010.

Birney, E.C., W.E. Grant, and D.D. Baird. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology 57:1043-1051.

Blackburn, W.H. 1984. Impacts of grazing intensity and specialized grazing systems on watershed characteristics and responses. Pp. 927-983 *in* Developing strategies for rangeland management. National Research Council and National Academy of Sciences. Westview Press, Boulder, Colorado, USA.

Blakesley, J.A., D.R. Anderson, and B.R. Noon. 2006. Breeding dispersal in the California spotted owl. Condor 108:71-81.

Blakesley, J.A., B.R. Noon, and D.R. Anderson. 2005. Site occupancy, apparent survival, and reproduction of California spotted owls in relation to forest stand characteristics. Journal of Wildlife Management 69:1554-1564.

Blakesley, J.A., B.R. Noon, and D.W.H. Shaw. 2001. Demography of the California spotted owl in northeastern California. Condor 103:667-677.

Blakesley, J.A., W. LaHaye, J.M. Marzluff, B.R. Noon, and S.Courtney. 2004. Chapter 8: Demography. Pp. 1-46 *in* S.P. Courtney, J.A. Blakesely, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, and L. Sztukowski. Scientific evaluation of the northern spotted owl. Sustainable Ecosystems Institute, Portland, Oregon, USA.

Block, W.M. and L.A. Brennan. 1993. The habitat concept in ornithology: theory and application. Current ornithology 11:35-91.

Block, W.M., J.L. Ganey, P.E. Scott, and R. King. 2005. Prey ecology of Mexican spotted owls in pine-oak forests of northern Arizona. Journal of Wildlife Management 69:618-629.

Bonan, G.B. 2008. Forests and climate change: forcings, feedbacks, and the climate benefits of forests. Science 320:1444-1449.

Bond, M.L., R.J. Gutiérrez, A.B. Franklin, W.S. LaHaye, C.A. May, and M.E. Seamans. 2002. Short-term effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproductive success. Wildlife Society Bulletin 30:1022-1028.

Bond, M.L., D.E. Lee, R.B. Siegel, and J.P. Ward, Jr. 2009. Habitat use and selection by California spotted owls in a postfire landscape. Journal of Wildlife Management 73:1116-1124.

BLM_0071558

Bowden, D.C., G.C. White, A.B. Franklin, and J.L. Ganey. 2003. Estimating population size with correlated sampling unit estimates. Journal of Wildlife Management 67:1-10.

Bowden, T.S. 2008. Mexican spotted owl reproduction, home range, and habitat associations in Grand Canyon National Park. M.S. Thesis, Montana State University, Bozeman, Montana, USA. 87 pp.

Bowles, A.E., K.J. Plotkin, B. Ikelhaimer, and T. Lavallee. 2002. Acoustic surveys for Mexican spotted owls (*Strix occidentalis lucida*): an analysis. Journal of the Acoustical Society of America 111(5):2392. (Abstract)

Boyce, M.S. 1988. Bet hedging in avian life histories. Pp. 3-18 *in* H.O. Ouellet, (ed.), Acta XIX Congressus Internationalis Ornithologici. National Museum of Natural Science, Ottawa,

Bravo-Vinaja, M.G., L.A. Tarango-Arámbula, F. Clemente-Sánchez, G.D. Mendoza-Martínez, J. Alcántra-Carbajal, and H.V. Soro-Aquino. 2005. Mexican spotted owl's (*Strix occidentalis lucida*) diet composition and variation at Valparaíso, Zacatecas, Mexico. Agrociencia 39:509-515. Available from: http://www.colpos.mx/agrocien/Bimestral/2005/sep-oct/art-4.pdf.

Bray, D.B., L.M. Pérez, and D. Barry. 2007. Los bosques comunitarios de México. Manejo sustentable de paisajes forestales. Secretaría de Medio Ambiente y Recursos Naturales, Instituto Nacional de Ecología, Consejo Civil Mexicano para la Silvicultura Sostenible, Instituto de Geografía, UNAM; Florida International Institute.

Breshears, D.D., N.S. Cobb, P.M. Rich, K.P. Price, C.D. Allen, R.G. Balice, W.H. Romme, J.H. Kastens, M.L. Floyd, J. Belknap, J.J. Anderson, O.B. Myers, and C.W. Meyer. 2005. Regional vegetation die-off in response to global-change-type drought. Proceedings National Academy of Sciences 102:15144-15148.

Breshears, D.D., O.B. Myers, C.W. Meyer, F.J. Barnes, C.B. Zou, C.D. Allen, N.G. McDowell, and W.T. Pockman. 2009. Tree die-off in response to global-change-type drought: mortality insights from a decade of plant water potential measurements. Frontiers in Ecology and Environment 7:185-189.

Brown, D.E., C.H. Lowe, and C.P. Pase. 1980. A digitized systematic classification for ecosystems with an illustrated summary of the natural vegetation of North America. USDA Forest Service, General Technical Report, RM-73, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Brown, D.G., K.M. Johnson, T.R. Loveland, and D.M. Theobald. 2005. Rural land-use trends in the conterminous United States, 1950-2000. Ecological Applications 15:1851-1863.

Brown, D.P. and A.C. Comrie. 2002. Spatial modeling of winter temperature and precipitation in Arizona and New Mexico, USA. Climate Research 11:115-128.

BLM_0071559

Brown, P.M. and R. Wu. 2005. Climate and disturbance forcing of episodic tree recruitment in a southwestern ponderosa pine landscape. Ecology 86:3030-3038.

Brown, P.M., M.W. Kaye, L.S. Huckaby, and C.H. Baisan. 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: influences of local patterns and regional processes. Ecoscience 8:115-126.

Bryan, K.B. and J.P. Karges. 2001. Recent bird records in the Davis Mountains. Texas Birds 3(1):40-53.

Buchanan, J.B., T.L. Fleming, and L.L. Irwin. 2004. A comparison of barred and spotted owl nest-site characteristics in the Eastern Cascade Mountains, Washington. Journal of Raptor Research 38:231-237.

Buchanan , J. B., R. J. Gutiérrez, R. G. Anthony, T. Cullinan, L. V. Diller, E. D. Forsman, and A. B. Franklin. 2007. A synopsis of suggested approaches to address potential competitive interactions between barred owls (*Strix varia*) and spotted owls (*S. occidentalis*). Biological Invasions 9:670-691.

Buchanan, J.B., L.L. Irwin, and E.L. McCutchen. 1995. Within-stand nest site selection by spotted owls in the eastern Washington Cascades. Journal of Wildlife Management 59:301-310.

Burnham, K.P., D.R. Anderson, and G.C. White. 1996. Meta-analysis of vital rates of the northern spotted owl. Studies in Avian Biology 17:92-101.

Burt, W.H. 1943. Territoriality and home range concepts as applied to mammals. Journal of Mammalogy 24:346-352.

Busch, D.E. and S.D. Smith. 1995. Mechanisms associated with decline of woody species in riparian ecosystems of the Southwestern U.S. Ecological Monographs 65:347-370.

Camp, A., C. Oliver, P. Hessburg, and R. Everett. 1997. Predicting late-successional fire refugia pre-dating European settlement in the Wenatchee Mountains. Forest Ecology and Management 95:63-77.

Carey, A.B. 1985. A summary of the scientific basis for spotted owl management. Pp. 100-114 *in* R.J. Gutiérrez and A.B. Carey (eds.), Ecology and management of the spotted owl in the Pacific Northwest. USDA Forest Service, General Technical Report, PNW-185, Pacific Northwest Research Station, Portland, Oregon, USA.

Carey, A.B., S.P. Horton, and B.L. Biswell. 1992. Northern spotted owls: influence of prey base and landscape character. Ecological Monographs 62:223-250.

Cartron, J-L.E. 2010. Casual and accidental raptors. Pp. 671-681 *in* J-L.E. Cartron, Raptors of New Mexico. University of New Mexico Press, Albuquerque, USA. 710 pp.

BLM_0071560

Chaney, E., W. Elmore, and W.S. Platts. 1990. Livestock grazing on western riparian areas. Environmental Protection Agency, Northwest Resource Information Center Inc., Eagle, Idaho, USA.

Chaney, E., W. Elmore, and W.S. Platts. 1993. Managing change—livestock grazing on western riparian areas. Environmental Protection Agency, Northwest Resource Information Center Inc., Eagle, Idaho, USA.

Cirrett-Galan, J.M. and E.E.R. Diaz. 1993. Estatus y distribucion del buho manchado Mexican *Strix occidentalis lucida* en Sonora, Mexico. Reporte Tecnico Parcial, Centro Ecologico de Sonora, Hermosillo, Sonora, Mexico.

Clark, D.A. 2007. Demography and habitat selection of northern spotted owls in post-fire landscapes of southwestern Oregon. M.S. thesis, Oregon State University. Corvallis, Oregon, USA. 202 pp.

Clark, D.A., R. G. Anthony, and L. S. Andrews. 2011. Survival rates of northern spotted owls in post-fire landscapes of southwest Oregon. Journal of Raptor Research 45:38-47.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the Intermountain Region. USDA Forest Service, General Technical Report, INT-263, Intermountain Research Station, Ogden, Utah, USA. 13 pp.

Cochran, W.G. 1977. Sampling Techniques. Third edition. John Wiley & Sons, New York, New York, USA.

Cocke, A.E., P.Z. Fule, and J.E. Crouse. 2005. Comparison of burn severity assessments using differenced normalized burn ratio and ground data. International Journal of Wildland Fire 14(2): 189-198.

Conabio. 2008. Capital natural de México, vol. I : Conocimiento actual de la biodiversidad. Comisión Nacional para el Conocimiento y Uso de la Biodiversidad, México.

Conabio. 2009. Capital natural de México, vol. II : Estado de conservación y tendencias de cambio. Comisión Nacional para el Conocimiento y Uso de la Biodiversidad, México

CONANP. 2005. Estudio Previo Justificativo para el Establecimiento del Área Natural Protegida Área de Protección de Flora y Fauna "Cerro del Mohinora". CONANP-SEMARNAT. México. 64 pp.

CONANP. 2006. Programa de Conservación y Manejo. Parque Nacional Sierra de San Pedro Mártir, México. México.174 pp.

CONANP. 2010. Sistema de Información Geográfica (SIG). México. En línea: [http://www.conanp.gob.mx/sig/]. Página visitada el 29 de septiembre de 2010.

BLM_0071561

CONANP – Pronatura Noreste. 2008. Estrategia Operativa para la Conservación de la Cotorra Serrana Oriental. Informe Final. Programa de Conservación de Especies en Riesgo. Monterrey, N.L. 30 pp.

CONANP – Pronatura Sur. 2008. Recuperación de las Poblaciones de Cotorra Serrana Occidental y Conservación de los Bosques Antiguos. Informe Final. Programa de Conservación de Especies en Riesgo. 60 pp.

CONAFOR. 2011. Reporte semanal de resultados de incendios forestales 2011. Datos acumulados del 01 de Enero al 13 de Octubre de 2011. Coordinación General de Conservación y Restauración. http://www.conafor.gob.mx:8080/documentos/docs/10/1479Reporte%20semanal%20201 1.pdf

Conklin, D.A. and M.L.Fairweather. 2010. Dwarf mistletoes and their management in the Southwest. USDA Forest Service, Southwestern Region R3-FH-10-01.  23p.

Converse, S.J., W.M. Block, and G.C. White. 2006a. Small mammal population and habitat responses to forest thinning and prescribed fire. Forest Ecology and Management 228:263-273.

Converse, S.J., G.C. White, and W.M. Block. 2006b. Small mammal responses to thinning and wildfire in ponderosa pine-dominated forests of the southwestern United States. Journal of Wildlife Management 70:1711-1722.

Converse, S.J., G.C. White, K.L. Farris, and S. Zack. 2006c. Small mammals and forest fuel reduction: national-scale responses to fire and fire surrogates. Ecological Applications 16:1717-1729.

Cooper, C.F. 1960. Changes in vegetation, structure, and growth of southwestern pine forests since white settlement. Ecological Monographs 30:129-164.

Cordell, H. 2004. Outdoor recreation for the 21st Century America: a report to the nation, the national survey on recreation and the environment. Venture Publishing, State College, Pennsylvania, USA.

Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutierrez, J.M. Marzluff, and L. Szutkowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute, Portland, Oregon, USA.

Covington, W.W. and M.M. Moore. 1994. Postsettlement changes in natural fire regimes and forest structure: ecological restoration of old growth ponderosa pine forests. Journal of Sustainable Forestry 2:153-181.

BLM_0071562

Crozier, M.L., M.E. Seamans, R.J. Gutiérrez, P.J. Loschl, R.B. Horn, S.G. Sovern, E.D. Forsman. 2006. Does the presence of barred owls suppress the calling behavior of spotted owls? Condor 108:760-769.

Cuanalo, C. E., T. E. Ojada, O. A. Santos, and S. C. A. Ortiz. 1989. Provinicias, regiones y subregiones terrestres de Mexico. Centro de Postgraduados. Chapingo, Mexico.

Dark, S. J., R. J. Gutierrez, and G. I Gould. 1998. The Barred Owl (*Strix Varia*) invasion in California. Auk 115:50-56.

Dale, V.H., L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton. 2001. Climate change and forest disturbances: climate change can affect forests by altering the frequency, intensity, duration, and timing of fire, drought, introduced species, insect and pathogen outbreaks, hurricanes, windstorms, ice storms, or landslides. BioScience 51:723-734.

Daniels, T.W., J.A. Helms, and F.S. Baker. 1979. Principles of Silviculture. Second edition. McGraw-Hill, New York, New York, USA.

Danzer, S. 2005. Characterization of Mexican spotted owl (*Strix occidentalis lucida*) habitat in Madrean sky island ecosystems. Pp. 387-391 *in* G.J. Gottfried, B.S. Gebow, L.G. Eskew, and C.B. Edminster (compilers), Connecting mountain islands and desert seas: biodiversity and management of the Madrean Archipelago II. USDA Forest Service, Proceedings, RMRS-P-36, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Dark, S.J., R.J. Gutiérrez, and G.I. Gould. 1998. The barred owl (*Strix varia*) invasion of California. Auk 115:50-56.

Daubenmire, R. 1943. Vegetation zonation in the Rocky Mountains. Botanical Reviews 9:325-393.

Daubenmire, R. 1952. Forest vegetation of northern Idaho and adjacent Washington, and its bearing on concepts of vegetation classification. Ecological Monographs 22:301-330.

Daubenmire, R. 1968. Plant Communities: A Textbook of Plant Synecology. Harper and Row, New York, New York, USA.

Dawson, T.P., S.T. Jackson, J.I. House, I.C. Prentice, and G.M. Mace. 2011. Beyond predictions: biodiversity conservation in a changing climate. Science 332:53-58.

DeBano, L.F., D.G. Neary, and P.F. Ffolliott, 1998. Fire's Effects on Ecosystems. New York: John Wiley & Sons, Inc. 333pp.

BLM_0071563

DeGomez, T. and M. Lenart. 2006. Management of forests and woodlands. Arizona Cooperative Extension (AZ1424), University of Arizona, Tucson, USA.

Delaney, D.K. and T.G. Grubb. 2003. Effects of off-highway vehicle noise on northern spotted owls: 2002 results. A report to the state of California Department of Parks and Recreation, Off-Highway Motor Vehicle Recreation Division, Contract Number 43-91Z9-0-0055, Construction Engineering Research Laboratory/Rocky Mountain Research Station, Flagstaff, Arizona, USA.

Delaney, D.K. and T.G. Grubb. 2004. Sound recordings of road and maintenance equipment on the Lincoln National Forest, New Mexico. USDA Forest Service, Research Paper, RMRS-RP-49, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Delaney, D.K., T.G. Grubb, and P. Beier. 1999a. Activity patterns of nesting Mexican spotted owls. Condor 101:42-49.

Delaney, D.K., T.G. Grubb, P. Beier, L.L. Pater, and M.H. Reiser. 1999b. Effects of helicopter noise on Mexican spotted owls. Journal of Wildlife Management 63:60-76.

Denes, S.L, A.E. Bowles, K. Plotkin, C. Hobbs, J. Kern, and E. Pruitt. 2006. Effective area of acoustic lure surveys for Mexican spotted owls (*Strix occidentalis lucida*). Journal of the Acoustical Society of America 120(5):3267. (Abstract)

DeStefano, S. 2002. Regional and national issues for forest wildlife research and management. Forest Science 48:181-189.

DeVelice, R.L., J.A. Ludwig, W.H. Moir, and F. Ronco, Jr. 1986. A classification of forest habitat types of northern New Mexico and southern Colorado. USDA Forest Service, General Technical Report, RM-131, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Dick-Peddie, W.A. 1993. New Mexico vegetation, past, present, and future. University of New Mexico Press, Albuquerque, USA. 244 pp.

Dickerman, R.W. 1997. Geographic variation in southwestern U.S. and Mexican spotted owls, with the description of a new subspecies. Pp. 45-48 *in* R.W. Dickerman (compiler), The era of Allan R. Phillips: a festschrift. Horizon Communications, Albuquerque, New Mexico, USA.

Dickey, D.R. 1914. The nesting of the spotted owl. Condor 16:193-202.

Dieterich, John H. 1983. Fire history of southwestern mixed-conifer; a case study. Forest Ecology and Management 6:13-31.

BLM_0071564

Dodson E.K., D.W. Peterson, and R.J. Harrod. 2010. Impacts of erosion control treatments on native vegetation recovery after severe wildfire in the Eastern Cascades, USA. International Journal of Wildland Fire 19:490-499.

Donato, D.C., J.B. Fontaine, J.L. Campbell, W.D. Robinson, J.B. Kauffman, and B.E. Law. 2006. Post wildfire logging hinders regeneration and increases fire risk. Science 311:353-362.

Dugger, K.M., F. Wagner, R.G. Anthony, and G.S. Olson. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. Condor 107:863-878.

Dugger, K. M., R. G. Anthony, and L. S. Andrews. 2011. Transient dynamics of invasive competition: Bared owls, spotted owls, habitat, and the demons of competition present. Ecological Applications 21:2459-2468.

Duncan, R.B. and R. Sidner. 1990. Bats in spotted owl pellets in southern Arizona. Great Basin Naturalist 50:197-200.

Duncan, R.B. and S.M. Speich. 1995. Spotted owl banding in sub-Mogollon Arizona, dispersal and movement: current knowledge. North American Bird Bander 20(3):151. (Abstract)

Duncan, R.B. and S.M. Speich. 2002. Inter-and intra-mountain movements of Mexican spotted owls in southeastern Arizona: results of a multi-year banding study, 1991-2001. Annual meeting, Western Bird Banding Association, Bisbee, Arizona, USA. (Abstract)

Duncan, R.B. and J.D. Taiz. 1992. A preliminary understanding of Mexican spotted owl habitat and distribution in the Chiricahua Mountains and associated sub-Mogollon mountain ranges in southeastern Arizona. Pp. 58-61 *in* A.M. Barton and S.A. Sloane (eds.), Proceedings of the Chiricahua Mountains research symposium, Southwest Parks and Monuments Association, Tucson, Arizona, USA.

Eidenshink, J., B. Schwind, K. Brewer, Z-L. Zhu, B. Quayle, and S. Howard. 2007. A project for monitoring trends in burn severity. Fire Ecology Special Issue 3:3-21.

Elliott, B. 1985. Changes in distribution of owl species subsequent to habitat alteration by fire. Western Birds 16:25-28.

Energy Information Administration. 2011. Distribution and Production of Oil and Gas Wells by State  U.S. Energy Information Administration. Available from: http://www.eia.gov.

Enriquez-Rocha, P., J.L. Rangel-Salazar, and D.W. Holt. 1993. Presence and distribution of Mexican owls: a review. Journal of Raptor Research 27:154-160.

BLM_0071565

Envirological Services, Inc. 2009. Mexican Spotted Owl (*Strix occidentalis lucida*) inventory surveys on Kirtland Air Force Base. Unpublished report to Kirtland Air Force Base, New Mexico.

Everett, R., D. Schellhaas, D. Spurbeck, P. Ohlson, D. Keenum, and T. Anderson. 1997. Structure of northern spotted owl nest stands and their historical conditions on the eastern slope of the Pacific Northwest Cascades, USA. Forest Ecology and Management 94:1-14.

Eyre, F.H. 1980. Forest cover types of the United States and Canada. Society of American Foresters, Bethesda, Maryland, USA.

Fairweather, M.L., B.J. Geils, and M. Manthei. 2008. Aspen decline on the Coconino National Forest. In: McWilliams, M.G. comp. 2008. Proceedings of the 55thWestern International Forest Disease Work Conference; 2007 October 15-19; Sedona, AZ. Salem, OR: Oregon Department of Forestry. http://www.fs.fed.us/rm/pubs_other/rmrs_2008_fairweather_m001.pdf.

Finney, M.A., R.C. Seli, C.W. McHugh, A.A. Ager, B. Bahro, and J.K. Agee. 2007. Simulation of long-term landscape-level fuel treatment effects on large wildfires. International Journal of Wildland Fire 16:712-727.

Fire Executive Council. 2009. Guidance for Implementation of Federal Wildland Fire Policy (February 2009). http://www.nifc.gov/policies/policies_documents/GIFWFMP.pdf.

Fitton, S.D. 1991. Vocal learning and call structure of male northern spotted owls in northwestern California. M.S. Thesis, Humboldt State University, Arcata, California, USA.

Fitzgerald, S.D., J.S. Patterson, M. Kiupel, H.A. Simmons, S.D. Grimes, C.F. Sarver, R.M. Fulton, B.A. Steficek, T.M. Cooley, J.P. Massey, and J.G. Sikarskie. 2003. Clinical and pathologic features of West Nile Virus infection in North American owls (Family Strigidae). Avian Diseases 47:602-610.

Fitzhugh, E.L., W.H. Moir, J.A. Ludwig, and F. Ronco, Jr. 1987. Forest habitat types in the Apache, Gila, and part of the Cibola National Forests, Arizona and New Mexico. USDA Forest Service, General Technical Report, RM-145, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Fleischer, R., J. Dumbacher, C. Moritz, and W. Monahan. 2004. Chapter 3: Assessment of the subspecies and genetics. Pp. 1-31 *in* S.P. Courtney, J.A. Blakesely, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, and L. Sztukowski, Scientific evaluation of the northern spotted owl. Sustainable Ecosystems Institute, Portland, Oregon, USA.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629-644.

BLM_0071566

Fletcher, K.W. 1990. Habitats used, abundance and distribution of the Mexican spotted owl, *Strix occidentalis lucida*, on National Forest system lands. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico, USA.

Fletcher, K.W. and H.E. Hollis. 1994. Habitats used, abundance, and distribution of the Mexican spotted owl (*Strix occidentalis lucida*) on National Forest System lands in the Southwestern Region. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico, USA.

Floyd, M.L., M. Clifford, N.S. Cobb, D. Hanna, R. Delph, P. Ford, and D. Turner. 2009. Relationship of stand characteristics to drought-induced mortality in three southwestern piñon-juniper woodlands. Ecological Applications 19:1223-1230.

Forest Ecosystem Restoration Analysis Project [ForestERA]. 2004. ForestERA data layer overview. Northern Arizona University. Available from: http://forestera.nau.edu/data_overview.htm.

Forest Ecosystem Restoration Analysis Project [ForestERA]. 2005. ForestERA Mexican spotted owl habitat layer—overview. Northern Arizona University. Available from: http://forestera.nau.edu/data_overview.htm.

Forsman, E.D. 1976. A preliminary investigation of the spotted owl in Oregon. M.S. Thesis, Oregon State University, Corvallis, Oregon, USA.

Forsman, E.D. 1981. Molt of the spotted owl. Auk 98:735-742.

Forsman, E.D . 1983. Methods and materials for locating and studying spotted owls. USDA Forest Service, General Technical Report, PNW-162, Pacific Northwest Research Station, Portland, Oregon, USA.

Forsman, E.D., R.G. Anthony, E.C. Meslow, and C.J. Zabel. 2004. Diets and foraging behavior of northern spotted owls in Oregon. Journal of Raptor Research 38:214-230.

Forsman, E.D., R.G. Anthony, J.A. Reid, P.J. Loschl, S.G. Sovern, M. Taylor, B.L. Biswell, A. Ellingson, E.C. Meslow, G.S. Miller, K.A. Swindle, J.A. Thrailkill, F.F. Wagner, and D.E. Seaman. 2002. Natal and breeding dispersal of northern spotted owls. Wildlife Monographs 149:1-35.

Forsman, E.D., S. DeStefano, M.G. Raphael, and R.J. Gutiérrez (eds.). 1996. Demography of the northern spotted owl. Studies in Avian Biology 17:1-122.

Forsman, E.D., E.C. Meslow, and H.M. Wight. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs 87:1-64.

BLM_0071567

Forsman, E.D., I.A. Otto, S.G. Sovern, M. Taylor., D.W. Hays, H. Allen, S.L. Roberts, and D.E. Seaman. 2001. Spatial and temporal variation in diets of spotted owls in Washington. Journal of Raptor Research 35:141-150.

Forsman, E. D., R. G. Anthony, K. M. Dugger, E. M. Glen, A. B. Franklin, G. C. White, C. J. Schwarz, K. P. Burnham, D. R. Anderson, J. D. Nichols, J. E. Hines, J. B. Lint, R. J. Davis, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, S. A. Gremel, D. R. Herter, J. M. Higley, R. B. Horn, J. A. Reid, J. Rockweit, J. P. Schaberl, T. J. Snetsinger, and S. G. Sovern. 2011. Population demography of northern spotted owls. Studies in Avian Biology 40:1-106.

Foster, C.C., E.D. Forsman, E.C. Meslow, G.S. Miller, J.A. Reid, F.F. Wagner, A.B. Carey, and J.B. Lint. 1992. Survival and reproduction of radio-marked adult spotted owls. Journal of Wildlife Management 56:91-95.

Franklin, A.B. 1992. Population regulation in northern spotted owls: theoretical implications for management Pgs. 815-827 in D.R. McCullough and R.H. Barrett, eds. Wildlife 2001: populations. El Sevier Applied Sciences, London, England.

Franklin, A.B. 2001. Population regulation in northern spotted owls: theoretical implications for management. Pp. 815-827 *in* D.R. McCullough and R.H. Barrett (eds.), Wildlife 2001: populations. Elsevier Applied Science, London, United Kingdom.

Franklin, A.B., D.R. Anderson, R.J. Gutierrez, and K.P. Burnham. 2000. Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. Ecological Monographs 70:539-590.

Franklin, A.B., and R.J. Gutiérrez. 2002. Spotted owls, forest fragmentation, and forest heterogeneity. Studies in Avian Biology 25:203-220.

Franklin, A.B., R.J. Gutiérrez, J.D. Nichols, M.E. Seamans, G.C. White, G.S. Zimmerman, J.E. Hines, T.E. Munton, W.S. LaHaye, J.A. Blakesley, G.N. Steger, B.R. Noon, D.W.H. Shaw, J.J. Keane, T.L. McDonald, and S. Britting. 2004. Population dynamics of the California spotted owl (*Strix occidentalis occidentalis*): a meta-analysis. Ornithological Monographs 54:1-54.

Franklin, A.B., J.P. Ward, Jr., R.J. Gutierrez, and G.I. Gould, Jr. 1990. Density of northern spotted owls in northwest California. Journal of Wildlife Management 54:1-10.

Fraterrigo, J.M. and J.A. Wiens. 2005. Bird communities of the Colorado Rocky Mountains along a gradient of exurban development. Landscape and Urban Planning 71:263-275.

Frid, A. and L.M. Dill. 2002. Human-caused disturbance stimuli as a form of predation risk. Conservation Ecology 6:11. Available from: http://www.consecol.org/vol6/iss1/art11.

BLM_0071568

Fulé P.Z., J.E. Crouse, A.E. Cocke, M.M. Moore, and W.W. Covington. 2004. Changes in canopy fuels and potential fire behavior 1880-2040: Grand Canyon, Arizona. Ecological Modelling 175:231-248.

Fulé, P.Z., J.E. Crouse, T.A. Heinlein, M.M. Moore, W.W. Covington, and G. Verkamp. 2003a. Mixed-severity fire regime in a high-elevation forest: Grand Canyon, Arizona. Landscape Ecology 18:465-486.

Fulé, P.Z., T.A. Heinlein, W.W. Covington, and M.M. Moore. 2003b. Assessing fire regimes on Grand Canyon landscapes with fire scar and fire record data. International Journal of Wildland Fire 12:129-145.

Fulé, P.Z., J.E. Korb, and R. Wu. 2009. Changes in forest structure of a mixed-conifer forest, southwestern Colorado, USA. Forest Ecology and Management 258:1200-1210.

Fulé, P.Z., M.M. Moore, and W.W. Covington. 1997. Determining reference conditions for ecosystem management in southwestern ponderosa pine forests. Ecological Applications 7:895-908.

Funk, W.C., E.D. Forsman, T.D. Mullins, and S.M. Haig. 2007. Microsatellite loci for distinguishing spotted owls (*Strix occidentalis*), barred owls (*Strix varia*), and their hybrids. Molecular Ecology Notes 7:284-286.

Funk, W.C., E.D. Forsman, T.D. Mullins, and S.M. Haig. 2008. Introgression and dispersal among spotted owl (*Strix occidentalis*) subspecies. Evolutionary Applications 1:161-171.

Gaines, W.L., R.A. Strand, and S.D. Piper. 1997. Pp. 123-129 *in* Conference proceedings–Fire effects on rare and endangered species and habitats. November 13-16, 1995; Coeur d'Alene, Idaho, USA. International Association of Wildland Fire.

Galbraith, H. and J. Price. 2009. A framework for categorizing the relative vulnerability of threatened and endangered species to climate change (external review draft). U.S. Environmental Protection Agency, EPA/600/R-09/011, February 2009, Washington, DC.

Gallagher, C. V. 2010. Spotted owl home range and foraging patterns following fuels treatments in the northern Sierra Nevada, California. M.S. thesis. University of California. Davis, CA. 59 pp.

Ganey, J.L. 1988. Distribution and habitat ecology of Mexican spotted owls in Arizona. M.S. Thesis, Northern Arizona University, Flagstaff, USA.

Ganey, J.L. 1990. Calling behavior of spotted owls in northern Arizona. Condor 92:485-490.

Ganey, J.L. 1991. Developing and testing a predictive model for Mexican spotted owl habitat. Dissertation, Northern Arizona University. Flagstaff, Arizona, USA.

BLM_0071569

Ganey, J.L. 1992. Food habits of Mexican spotted owls in Arizona. Wilson Bulletin 104:321-326.

Ganey, J.L. 1998. The spotted owl. Pp. 170-174 *in* R.L. Glinski (ed.), The raptors of Arizona. University of Arizona Press, Tucson, USA.

Ganey, J.L. 2004. Thermal regimes of Mexican spotted owl nest stands. Southwestern Naturalist 49:478-486.

Ganey, J.L., and R.P. Balda. 1989a. Distribution and habitat use of Mexican spotted owls in Arizona. Condor 91:355-361.

Ganey, J.L., and R.P. Balda. 1989b. Home range characteristics of spotted owls in northern Arizona. Journal of Wildlife Management 53:1159-1165.

Ganey, J.L. and R.P. Balda. 1994. Habitat selection by Mexican spotted owls in northern Arizona. Auk 111:162-169.

Ganey, J.L., R.P. Balda, and R.M. King. 1993. Metabolic rate and evaporative water loss of Mexican spotted and great horned owls. Wilson Bulletin 105:645-656.

Ganey, J.L. and M.A. Benoit. 2002. Using terrestrial ecosystem survey data to identify potential habitat for the Mexican spotted owls on National Forest System lands: a pilot study. USDA Forest Service, General Technical Report, RMRS-GTR-86, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Ganey, J.L. and W.M. Block. 2005a. Winter movements and range use of radio-marked Mexican spotted owls: are current management recommendations adequate? USDA Forest Service, General Technical Report, RMRS-GTR-148-WWW, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Ganey, J.L. and W.M. Block. 2005b. Dietary overlap between sympatric Mexican spotted and great horned owls in Arizona. USDA Forest Service, General Technical Report, RMRS-RP-57-WWW, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Ganey, J.L., W.M. Block, and S.H. Ackers. 2003. Structural characteristics of forest stands within home ranges of Mexican spotted owls in Arizona and New Mexico. Western Journal of Applied Forestry 18:189-198.

Ganey, J.L., W.M. Block, J.K. Dwyer, B.E. Strohmeyer, and J.S. Jenness. 1998. Dispersal movements and survival rates of juvenile Mexican Spotted Owls in northern Arizona. Wilson Bulletin 110:206-217.

Ganey, J.L., W.M. Block, J.S. Jenness, and R.A. Wilson. 1997. Comparative habitat use of sympatric Mexican spotted and great horned owls. Journal of Wildlife Research 2:115-123.

117

BLM_0071570

Ganey, J.L., W.M. Block, J.S. Jenness, and R.A. Wilson.1999. Mexican spotted owl home range and habitat use in pine-oak forest: implications for forest management. Forest Science 45:127-135.

Ganey, J.L., W.M. Block, and R.M. King. 2000. Roost sites of radio-marked Mexican spotted owls in Arizona and New Mexico: sources of variability and descriptive characteristics. Journal of Raptor Research 34:270-278.

Ganey, J.L., W.M. Block, J.P. Ward, Jr., and B.E. Strohmeyer. 2005. Home range, habitat use, and vital rates of Mexican spotted owls in two different environments. Southwestern Naturalist 50:323-333.

Ganey, J.L. and J.A. Dick. 1995. Chapter 4: Habitat relationships of Mexican spotted owls: current knowledge. Pp. 1-42 *in* Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*), Volume II. USDI Fish and Wildlife Service, Albuquerque, New Mexico, USA. Available from: http://mso.fws.gov/recovery-plan.htm.

Ganey, J.L., R.B. Duncan, and W.M. Block. 1992. Use of oak and associated woodlands by Mexican spotted owls in Arizona. Pp. 1-25 *in* P.F. Ffoliott, G.J. Gottfried, D.A. Bennett, V.M. Hernandez, C.A. Ortega-Rubio, and R.H. Hamre (eds.), Ecology and management of oak and associated woodlands. USDA Forest Service, General Technical Report, RM-218, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Ganey, J.L., A. Telles, and M.A. Ramsey. 2008. Status and ecology of Mexican spotted owls in the Gila Region. *in* Natural history of the Gila, a symposium. New Mexico Journal of Botany, Special Issue1:34-48.

Ganey, J. L., and S. C. Vojta. 2011. Tree mortality in drought-stressed mixed-conifer and ponderosa pine forests, Arizona, USA. Forest Ecology and Management 261:162-168.

Ganey, J. L., J. P. Ward, Jr., and D. W. Willey. 2011. Status and ecology of Mexican spotted owls in the Upper Gila Mountains Recovery Unit, Arizona and New Mexico. US Forest Service General Technical Report RMRS-GTR-256WWW. Rocky Mountain Research Station. Ft. Collins, CO. 94 pp.

Ganey, J.L., G.C. White, D.C. Bowden, and A.B. Franklin. 2004. Evaluating methods for monitoring populations of Mexican spotted owls: a case study. Pp. 337-385 *in* W.L. Thompson (ed.), Sampling rare and elusive species: concepts, designs, and techniques for estimating population parameters. Island Press, Washington, DC, USA.

Garfin, G.M., J.K. Eischeid, M. Lenart, K.L. Cole., K. Ironside, and N. Cobb. 2010. Downscaling climate projections in topographically diverse landscapes of the Colorado Plateau in the arid Southwestern United States. Pp, 21-44 *in* C. Van Riper III, B. F. Wakeling and T.D. Sisk (eds.), The Colorado Plateau IV: Proceedings of the 9th Biennial Conference on Colorado Plateau Research, University of Arizona Press.

BLM_0071571

Garza-Herrera, A. 1999. Situación actual del búho manchado mexicano (*Strix occidentalis lucida*) y de los Strigiformes de la Reserva de la Biósfera La Michilía. Instituto de Ecología AC. Informe Final SNIB-CONABIO proyecto No. H305. México D.F.

Getz, L.L. l985. Microtus habitats. Pp. 286-309 *in* R.H. Tamarin (ed.), Biology of Microtus. American Society of Mammology, Special Publication No. 8.

Gitay, H., A. Suárez, and R.T. Watson. 2002. Climate change and biodiversity. Intergovernmental Panel on Climate Change, Geneva. United Nations Convention on Biological Diversity.

Glenn, E. M., R. G. Anthony, E. D. Forsman, and G. S. Olson. 2011. Reproduction of northern spotted owls: the role of local weather and regional climate. Journal of Wildlife Management 75:1279-1294.

Gobierno del Estado de Aguascalientes. 1998. Declaratoria del Área Natural Protegida Sierra Fría de Jurisdicción Estatal. [On-line]: <http://www.aguascalientes.gob.mx/imae/recursos bioticos/danpsf.aspx>. Página visitada el 8 de octubre de 2010.

Gobierno del Estado de Nuevo León. 2000. Declaratoria de 23 Áreas Naturales Protegidas con el carácter de Zonas Sujetas a Conservación Ecológica del Estado de Nuevo León. Periódico Oficial. 21 de noviembre del 2000. Monterrey, Nuevo León, México.

Gobierno Federal. 2009. Decreto por el que se declara como área natural protegida, con el carácter de reserva de la biósfera, la zona conocida como Janos localizada en el Municipio de Janos, en el Estado de Chihuahua. Diario Oficial de la Federación. Martes 8 de diciembre de 2009. México. Págs, 9 – 19.

Gotelli, N.J. and G.L. Entsminger. 2001. EcoSim: null models software for ecology. Version 7.0. Acquired Intelligence Inc. & Kesey-Bear. Available from: http://homepages.together.net/~gentsmi/ecosim.htm.

Grissino-Mayer, H.D., C.H. Baisan, and T.W. Swetnam. 1995a. Fire history and stand age structure analyses of the mixed-conifer and spruce-fir forests of the Pinaleño Mountains, southeastern Arizona. Final Report, USDA Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Grissino-Mayer, H.D., C.H. Baisan, and T.W. Swetnam. 1995b. Fire history in the Pinaleño Mountains of southeastern Arizona: effects of human-related disturbances. Pp. 399-407 *in* DeBano, L.H., P.H. Ffolliott, A. Ortega-Rubio, G.J. Gottfried, R.H. Hamre, and C.B. Edminster (technical coordinators), Biodiversity and management of the Madrean archipelago: the sky islands of southwestern United States and northwestern Mexico. September 19-23, 1994; Tucson, Arizona. USDA Forest Service, General Technical Report, RM-GTR-264, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

BLM_0071572

Grossman, S.R., S.J. Hannon, and A. Sánchez-Azofeifa. 2008. Responses of great horned owls (*Bubo virginianus*), barred owls (*Strix varia*), and northern saw-whet owls (*Aegolius acadicus*) to forest cover and configuration in an agricultural landscape in Alberta, Canada. Canadian Journal of Zoology 86:1165-1172.

Grubb, T.G., J.L. Ganey, and S.R. Masek. 1997. Canopy closure around nest sites of Mexican spotted owls in northcentral Arizona. Journal of Wildlife Management 61:336-342.

Guido, Z., D. Ferguson, and G. Garfin. 2008. Putting knowledge into action: tapping the institutional knowledge of U.S. Fish and Wildlife Service Region 2 and 8 to address climate change. CLIMAS, University of Arizona, Tucson, USA.

Gutiérrez, R.J. 1985. An overview of recent research on the spotted owl. Pp. 39-49 *in* R.J. Gutiérrez and A.B. Carey (technical editors), Ecology and management of the spotted owl in the Pacific Northwest. USDA Forest Service, General Technical Report, PNW-GTR-185, Pacific Northwest Research Station, Portland, Oregon, USA.

Gutiérrez, R.J.1989. Hematazoa from the spotted owl. Journal of Wildlife Diseases 24:614-618.

Gutiérrez, R.J., M. Cody, S. Courtney, and A.B. Franklin. 2007. The invasion of barred owls and its potential effect on the spotted owl: a conservation conundrum. Biological Invasions 9:181-196.

Gutiérrez, R., M. Cody, S. Courtney, and D. Kennedy. 2004. Assessment of the potential threat of the northern barred owl. Chapter 7. Pp. 1-51 *in* S.P. Courtney, J.A. Blakesely, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, and L. Sztukowski, Scientific evaluation of the northern spotted owl. Sustainable Ecosystems Institute, Portland, Oregon, USA.

Gutiérrez, R.J., A.B. Franklin, and W.S. LaHaye. 1995. Spotted owl (*Strix occidentalis*). The birds of North America, number 179. The Academy of Natural Sciences Philadelphia and the American Ornithologists Union, Washington, DC, USA.

Gutiérrez, R.J, A.B. Franklin, W. LaHaye, V.J. Meretsky, and J.P. Ward. 1985. Juvenile spotted owl dispersal in northwestern California: preliminary results. Pp. 39-49 *in* R.J. Gutiérrez and A.B. Carey (eds.), Ecology and management of spotted owls in the Pacific Northwest. USDA Forest Service, General Technical Report, PNW-185, Pacific Northwest Research Station, Portland, Oregon, USA.

Gutiérrez, R.J. and S. Harrison. 1996. Applying metapopulation theory to spotted owl management: a history and critique. Pp. 167-185 *in* D.R. McCullough (ed.), Metapopulations and wildlife conservation. Island Press, Washington, DC, USA. 429 pp.

Gutiérrez, R.J., C.A. May, M.L. Petersburg, and M.E. Seamans. 2003. Temporal and spatial variation in the demographic rates of two Mexican spotted owl populations. Final report. USDA Forest Service, Rocky Mountain Research Station, Flagstaff, Arizona, USA.

BLM_0071573

Gutiérrez, R.J., M.E. Seamans, and M.Z. Peery. 1996. Intermountain movement by Mexican spotted owls (*Strix occidentalis lucida*). Great Basin Naturalist 56:87-89.

Gutiérrez, R.J., J. Verner, K.S. McKelvey, B.R. Noon, G.N. Steger, D.R. Call, W.S LaHaye, B.B. Bingham, and J.S. Senser. 1992. Habitat relations of the California spotted owl. Pp. 79-98 *in* J. Verner, K.S. McKelvey, B.R. Noon, R.J. Gutiérrez, G.I. Gould, Jr., and T.W. Beck, The California spotted owl: a technical assessment of its current status. USDA Forest Service, General Technical Report, PSW-GTR-133, Pacific Northwest Research Station, Portland, Oregon, USA.

Haig, S.M., T.D. Mullins, and E.D. Forsman. 2004a. Subspecific relationships and genetic structure in the spotted owl. Conservation Genetics 5:683-705.

Haig, S. M., T. D. Mullins, E. D. Forsman, P. W. Trail, and L. Wennerberg. 2004b. Genetic identification of spotted owls, barred owls, and their hybrids: legal implications of hybrid identity. Conservation Biology 18:1347-1357.

Haig, S.M., R.S. Wagner, E.D. Forsman, and T.D. Mullins. 2001. Geographic variation and genetic structure in spotted owls. Conservation Genetics 2:25-40.

Hall, L.S., P.R. Krausman, and M.L. Morrison. 1997. The habitat concept and a plea for standard terminology. Wildlife Society Bulletin 25:173-182.

Hamer, T.E., E.D. Forsman, A.D. Fuchs, and M.L. Walters. 1994. Hybridization between barred and spotted owls. Auk 111:487-492.

Hamer, T.E., E.D. Forsman, and E.M. Glenn. 2007. Home range attributes and habitat selection of barred owls and spotted owls in an area of sympatry. Condor 109:750-768.

Hamer, T.E., D.L. Hays, C.M. Senger, and E.D. Forsman. 2001. Diets of northern barred owls and northern spotted owls in an area of sympatry. Journal of Raptor Research 35:221-227.

Hane, M., J. Mowdy, and R. Smith. 2007. Cliff nesting by northern spotted owls (*Strix occidentalis caurina*) in Oregon. Journal of Raptor Research 41:66-68.

Hanks, J.P., E.L. Fitzhugh, and S.R. Hanks. 1983. A habitat type classification system for ponderosa pine forests of northern Arizona. USDA Forest Service, General Technical Report, RM-97, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Hannah, L. and T.E. Lovejoy. 2003. Climate change and biodiversity: synergistic impacts. Advances in Applied Biodiversity Science 4:1-123.

Hansen, A.J., R. Rasker, B. Maxwell, J.J. Rotella, J.D. Johnson, A.W. Parmenter, U. Langner, W.B. Cohen, R.L. Lawrence, and M.P.V. Kraska. 2002. Ecological causes and consequences of demographic change in the New West. BioScience 52(2):151-162.

121

BLM_0071574

Hansen, A.J., and R. DeFries. 2007. Ecological mechanisms linking protected areas to surrounding lands. Ecological Applications 17:974-988.

Hanski, I. 1994. A practical model of metapopulation dynamics. Journal of Animal Ecology 63:151-162.

Hanski, I.1998. Metapopulation dynamics. Nature 396:41-49.

Hanson, P.J., and J.F. Weltzin. 2000. Drought disturbance from climate change: response of United States forests. The Science of the Total Environment 262:205-220.

Harris, J.A., R.J. Hobbs, E. Higgs, and J. Aronson. 2006. Ecological restoration and global climate change. Restoration Ecology 14:170-176.

Hathcock, C.D. and T.K. Haarmann. 2008. Development of a predictive model for habitat of the Mexican spotted owl in northern New Mexico. Southwestern Naturalist 53:34-38.

Hayward, L. S., A. E. Bowles, J. C. Ha, and S. K. Wasser. 2011. Impacts of acute and long-term vehicle exposure on physiology and reproductive success on the northern spotted owl. Ecosphere 2(6):art65. Doi: 10.1890/ES10-00199.1

Healthy Forests Restoration Act of 2003 [HFRA]. 2003. House of Representatives 1904:1-29.

Heckmann, K.E., P.N. Manley, and M.D. Schlesinger. 2008. Ecological integrity of remnant montane forests along an urban gradient in the Sierra Nevada. Forest Ecology and Management 255:2453-2466.

Hedwall, S.J., C.L. Chambers, and S.S. Rosenstock. 2006. Red squirrel use of dwarf mistletoe-induced witches' brooms in Douglas-fir. Journal of Wildlife Management 70:1142-1147.

Hedwall, S.J. and R.L. Mathiasen. 2006. Wildlife use of Douglas-fir dwarf mistletoe witches' brooms in the Southwest. Western North American Naturalist 66:450-455.

Heinlein, T.A., M.M. Moore, P.Z. Fulé, and W.W. Covington. 2005. Fire history of two ponderosa pine-mixed conifer sites: San Francisco Peaks, Arizona, USA. International Journal of Wildland Fire 14:307-320.

Helms, J.A. (ed.). 1998. The Dictionary of Forestry. Society of American Foresters, Bethesda, Maryland, USA.

Herter, D.R. and L.L. Hicks. 2000. Barred owl and spotted owl populations in central Washington. Journal of Raptor Research 34:279-286.

Hirons, G.M. 1985. The importance of body reserves for successful reproduction in the tawny owl (*Strix aluco*). Journal of Zoology 1:1-20.

BLM_0071575

Hobbs, R.J., S. Arico, J. Aronson, J.S. Baron, P. Bridgewater, V.A. Cramer, P.R. Epstein, J.J. Ewel, C.A. Klink, and A.E. Lugo. 2006. Novel ecosystems: theoretical and management aspects of the new ecological world order. Global Ecology and Biogeography 15:1-7.

Hockenbary, C.E. 2011. Exploring relationships among recreation, habitat type, and Mexican spotted owls on the Colorado Plateau in southern Utah. MS Thesis. Montana State University, Bozeman, Montana. 87 pp.

Hodgson, A. 1996. Dispersal and habitat use of Mexican spotted owls in New Mexico. M.S. Thesis, University of Nevada, Reno, USA.

Hogg, E.H., J.P. Brandt, and M. Michaellian. 2008. Impacts of a regional drought on the productivity, dieback, and biomass of western Canadian aspen forests. Canadian Journal of Forest Research 38:1373-1384.

Holechek, J.L., R.D. Pieper, C.H. Herbel. 2001. Range Management Principles and Practices. Fourth edition. Prentice Hall, New Jersey, USA.

Holling, C.S. and G.K. Meffe. 1996. Command and control and the pathology of natural resource management. Conservation Biology 10:328-337.

Holt, D.W., R. Berkley, C. Deppe, P.L. Enríquez Rocha, P.D. Olsen, J.L. Petersen, J.L. Rangel Salazar, K.P. Segars, and K.L. Wood. 1999. Species accounts: family Strigidae. Pp. 152-242 in J. del Hoyo, A. Elliott, and J. Sargatal (eds.), Handbook of the birds of the world. Volume 5, barn-owls to hummingbirds. Lynx Edicions, Barcelona, Spain.

Houston, C.S., D.G Smith, and C. Rohner. 1998. Great horned owls (Bubo virginianus). The birds of North America, number 372. The Academy of Natural Sciences Philadelphia and The American Ornithologists Union, Washington, DC, USA.

Howe, R.W., G.J. Davis., and V. Mosca. 1991. The demographic significance of "sink' populations. Biological Conservation 57:239-255.

Howell, S.N.G. and S. Webb. 1995. A Guide to the Birds of Mexico and Northern Central America. Oxford University Press, New York, USA.

Hull, J.M., J.J. Keane, L. Tell, H.B. Ernest. 2010. West Nile antibody surveillance in three Sierra Nevada raptors of conservation concern. Condor 112:168-172.

Hunter, J.E., R.J. Gutiérrez, A.B. Franklin, and D. Olson. 1994. Ectoparasites of the spotted owl. Journal of Raptor Research 28:232-235.

INE-SEMARNAP. 2000. Programa de Manejo. Reserva de la Biósfera Montes Azules, México. México. 255 pp.

BLM_0071576

INE-SEMARNAT. 2000. Programa de Manejo. Reserva de la Biósfera Sierra de Manantlán, México. México. 203 pp.

IPCC 2007a. Fourth Assessment Report of the Intergovernmental Panel on Climate Change. November 17, 2007.

IPCC. 2007b. Climate change 2007: impacts, adaptation, and vulnerability. In: Contributions of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press. Cambridge, UK.

Irwin, L. and J.W. Thomas. 2002. Policy conflicts relative to managing fire-adapted forests on Federal lands: the case of the northern spotted owl. Pp. 96-107 in S.A. Fitzgerald (ed.), Fire in Oregon's forests: risks, effects, and treatment actions. Oregon Forest Resource Institute. Salem, Oregon, USA.

Irwin, L.L., T.L. Fleming, and J. Beebe. 2004. Are spotted owl populations sustainable in fire-prone forests? Journal of Sustainable Forestry 18:1-28.

Ishak, H.D., J.P. Dumbacher, N.L. Anderson, J.J. Keane, G. Valkiunas, S.M. Haig, L.A. Tell, and R.N.M. Seghal. 2008. [Online.] Blood parasites in owls with conservation implications for the spotted owl (Strix occidentalis). PLOS ONE 3(5):e2304. doi:10.1371./journal/pone.0002304.

Jackson, J., J.T. Ball, and M.R. Rose. 1990. Assessment of the salinity tolerance of eight Sonoran Desert riparian trees and shrubs. Desert Research Institute, Reno, Nevada, USA.

James, M.A. 2005. Integrating forest restoration treatments with Mexican spotted owl habitat needs. Working Papers in Southwestern Ponderosa Pine Forest Restoration 14. Ecological Restoration Institute, Northern Arizona University. Flagstaff, USA. 9 pp.

Jenness, J.S. 2000. The effects of fire on Mexican spotted owls in Arizona and New Mexico. M.S. Thesis, Northern Arizona University, Flagstaff, USA. Available from: http://www.jennessent.com/Literature/Thesis/.

Jenness, J.S., P. Beier, and J.L. Ganey. 2004. Associations between forest fire and Mexican spotted owls. Forest Science. 50:765-772.

Johnsgard, P.A. 1988. North American owls: biology and natural history. Smithsonian Institution Press, Washington, DC, USA.

Johnson, C.L. 1997. Distribution, habitat, and ecology of the Mexican spotted owl in Colorado. M.S. Thesis, University of Northern Colorado, Greeley, USA.

Johnson, C.L. and R.T. Reynolds. 2002. Responses of Mexican spotted owls to low-flying military jet aircraft. USDA Forest Service, Research Note, RMRS-RN-12, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

BLM_0071577

Johnson, J.A., and T.H. Johnson. 1985. The status of the spotted owl in northern New Mexico. Unpublished Report, New Mexico Department of Game and Fish, Santa Fe, USA. 39 pp.

Johnson, J.A. and T.H. Johnson.1988. Timber type model of spotted owl habitat in northern New Mexico. Unpublished Report, New Mexico Department of Game and Fish, Contract 516.6-75-18, Santa Fe, USA. 23 pp.

Johnson, T.H. 1990. Revised timber type model of spotted owl habitat in northern New Mexico. Unpublished Report, Santa Fe National Forest, PO 43-8379-9-0664, New Mexico, USA. 10 pp.

Johnson, T.H. 1993. Topographic model of potential spotted owl habitat in New Mexico. Unpublished Report, New Mexico Department of Game and Fish, Contract 80-516.6-56, Santa Fe, USA. 18 pp.

Johnson, T.H. 1995. Fire management in spotted owl habitat in Bandelier National Monument. Unpublished Report, Bandelier National Monument, PO 1443PX712094121. 8 pp.

Johnson, T.H. 1996. Topographic model of potential spotted owl habitat in northern New Mexico. Unpublished Report, USDA Forest Service and Los Alamos National Laboratory, 10 pp.

Johnson, T.H. 1998. Topographic-Landsat model of suitable spotted owl habitat around Los Alamos National Laboratory. Unpublished Report, Los Alamos National Laboratory, Agreement C-6832, 10 pp.

Johnson, T.H. 2000. Status of the spotted owl in the Jemez Mountains, New Mexico. Unpublished Report, U.S. Geological Survey, PO 00CRSA0719. 7 pp.

Johnson, T.H. 2001. Test of the low resolution New Mexico topographic spotted owl habitat model in the southwestern US. Unpublished Report, USDI Fish and Wildlife Service, PO 22420-9-0245. 6 pp.

Johnson, T.H. 2003. Geophysical spotted owl habitat model for the southwestern US. Unpublished Report, U.S. Geological Survey, PO 00CRSA0718. 15 pp.

Joyner, P.H., S. Kelly, A.A. Shreve, S.E. Snead, J.M. Sleeman, and D.A. Petit. 2006. West Nile virus in raptors from Virginia during 2003: clinical diagnosis and epidemiologic findings. Journal of Wildlife Disease 42:335-344.

BLM_0071578

Kaib, J.M., C.H. Baisan, H. Grissino-Mayer, and T.W. Swetnam. 1996. Fire history in the pine-oak forests and adjacent grasslands of the Chiricahua Mountains of Arizona. Pp. 253-264 *in* P.F. Ffolliott, L.F. DeBano, M.B. Baker, Jr., G.J. Gottfried, G. Solis-Garza, C.B. Edminster, D.G. Neary, L.S. Allen, and R.H. Hamre (technical coordinators), Proceedings of the symposium on effects of fire on Madrean province ecosystems; March 11-14, 1996; Tucson, Arizona; USDA Forest Service, General Technical Report, RM-289, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Karr, J.R., J.J. Rhodes, G.W. Minshall, F.R. Hauer, R.L. Bechta, C.A. Frissell, and D.A. Perry. 2004. The effects of postfire salvage logging on aquatic ecosystems in the American West. BioScience 2004 54:1029-1033.

Kauffman, J.B. and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications: a review. Journal of Range Management 37:430-438.

Kauffman, J.B. W.C. Krueger, and M. Vavra. 1983. Effects of late season cattle grazing on riparian plant communities. Journal of Range Management 36:685-691.

Kaufmann, M.R., R.T. Graham, D.A. Boyce, W.H. Moir, L. Perry, R.T. Reynolds, R.L. Bassett, P. Mehlhop, C.B. Edminster, W.M. Block, and P.S. Corn. 1994. An ecological basis for ecosystem management. USDA Forest Service, General Technical Report, RM-246, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Kaufmann, M.R., L.S. Huckaby, C.M. Regan, and J. Popp. 1998. Forest reference conditions for ecosystem management in the Sacramento Mountains, New Mexico. USDA Forest Service, General Technical Report, RMRS-GTR-19, Rocky Mountain Research Station, Fort Collins, Colorado, USA.

Kaye, M.W., D. Binkley, and T.J. Stohlgren. 2005. Effects of conifers and elk browsing on quaking aspen forests in the Central Rocky Mountains, USA. Ecological Applications 15(4):1284-1295.

Keeley, J.E. 2009. Fire intensity, fire severity and burn severity: a brief review and suggested usage. International Journal of Wildland Fire 18(1):116-126.

Keitt, T.H., A.B. Franklin, and D.L. Urban. 1995. Landscape analysis and metapopulation structure. Chapter 3. Pp. 1-16 *in* W.M. Block, F. Clemente, J.F. Cully, J.L. Dick, Jr., A.B. Franklin, J.L. Ganey, F.P. Howe, W.H. Moir, S.L. Spangle, S.E. Rinkevich, D.L. Urban, R. Vahle, J.P. Ward, Jr., and G.C. White, Recovery plan for the Mexican Spotted Owl (*Strix occidentalis lucida*), vol. II—technical supporting information. USDI Fish and Wildlife Service, Albuquerque, New Mexico, USA. Available from: http://mso.fws.gov/recovery-plan.htm.

BLM_0071579

Keitt, T., D.L. Urban, and B.T. Milne. 1997. Detecting critical scales in fragmented landscapes. Conservation Ecology (online) 1(1):4. Available from: http://www.consecol.org/vol1/iss1/art4/.

Kelly, E.G. 2001. The range expansion of the northern barred owl: an evaluation of the impact on spotted owls. M.S. Thesis, Oregon State University, Corvallis, USA.

Kelly, E.G. and E.D. Forsman. 2004. Recent records of hybridization between barred (*Strix varia*) and northern spotted owls (*S. o. caurina*). Auk 121:806-810.

Kelly, E.G., E.D. Forsman, and R.G. Anthony. 2003. Are barred owls displacing spotted owls? Condor 105:45-53.

Kennedy, C.E. 1977. Wildlife conflicts in riparian management: water. Pp. 52-58 *in* R.R. Johnson and D.A. Jones (eds.), Importance, preservation and management of riparian habitat: a symposium. USDA Forest Service, General Technical Report, RM-43, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Kernohan, B.J., R.A. Gitzen, and J.J. Millspaugh. 2001. Analysis of animal space use and movements. Pp. 126-166 *in* J.J. Millspaugh and J.M. Marzluff (eds.), Radio tracking and animal populations. Academic Press, San Diego, California, USA.

Kertell, K. 1977. The spotted owl at Zion National Park, Utah. Western Birds 8:147-150.

Knight, R.L., and K.J. Gutzwiller (eds.). 1995. Wildlife and Recreationists: Coexistence through Management and Research. Island Press, Washington, DC, USA.

Komar, N., S. Langevin, S. Hinten, N. Nemeth, W. Edwards, D. Hettler, B. Davis, R. Bowen, and M. Binning. 2003. Experimental infection of North American birds with the New York 1990 strain of West Nile virus. Emerging Infectious Diseases 9:311-322.

Koprowski, J.L., M.A. Alanen, and A.M. Lynch. 2005. Nowhere to run and nowhere to hide: response of endemic Mt. Graham red squirrels to catastrophic forest damage. Biological Conservation 126:491-498.

Kothmann, M. 2009. Grazing methods: a viewpoint. Rangelands 31(5):5-10.

Krausmann, W.J., T.C. Mellin, K.B. Clark, and C.F. Enquist. Undated. Assessing gross changes within vegetation types associated with Mexican spotted owl habitat in New Mexico and Arizona. Unpublished Report, USDA Forest Service, Southwestern Region. 24 pp.

Kroel, K.W. and P.J. Zwank. 1992. Renesting of Mexican spotted owl in southern New Mexico. Journal of Raptor Research 26:267-268.

BLM_0071580

Kroll, A J., T.L. Fleming, and L.L. Irwin. 2010. Site occupancy dynamics of northern spotted owls in the eastern Cascades, Washington, USA, 1990-2003. Journal of Wildlife Management 74:1264-1274.

Krueger, W.C. 1995. Managing ungulates to allow recovery of riparian vegetation. Pp. 160-165 *in* W.D. Edge and S.L. Olson-Edge (eds.), Proceedings—Sustaining rangeland ecosystem symposium. Oregon State University, Corvallis, USA.

Krueper, D.J. 1996. Effects of livestock management on Southwestern riparian ecosystems. Pp. 281-301 *in* D.W. Shaw and D.M. Finch (eds.), Desired future conditions for southwestern riparian ecosystems: bringing interests and concerns together. USDA Forest Service, General Technical Report, RM-272, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Küchler, A.W. 1964. The potential natural vegetation of the conterminous United States. American Geographic Society Special Publication 361.

Kuntz, W.A. 1998. Vocal variation in the Mexican spotted owl (*Strix occidentalis lucida*). M.S. Thesis, University of Nevada, Reno, USA.

Kuntz, W.A. and P.B. Stacey. 1997. Preliminary investigation of vocal variation in the Mexican spotted owl (*Strix occidentalis lucida*): would vocal analysis of the four-note location call be a useful field tool for individual identification? Pp. 562-568 *in* J.R. Duncan, D.H. Johnson, and T.H. Nicholls (eds.), Biology and conservation of owls of the northern hemisphere. USDA Forest Service, General Technical Report, GTR-NC-190, North Central Forest Experiment Station, St. Paul, Minnesota, USA.

Kyle, S.C. and W.M. Block. 2000. Effects of wildfire severity on small mammals in northern Arizona ponderosa pine forests. Pp. 163-168 *in* W.K. Moser and C.F. Moser (eds.), Fire and forest ecology: innovative silviculture and vegetation management. Tall Timbers fire ecology conference proceedings 21. Tall Timbers Research Station, Tallahassee, Florida, USA.

LaHaye, W.S. 1997. Four young fledged by a pair of California spotted owls. Western Birds 28:108-109.

LaHaye, W.S., R.J. Gutiérrez, and H.R. Akçakaya. 1994. Spotted owl metapopulation dynamics in southern California. Journal of Animal Ecology 63:775-785.

LaHaye, W.S., R.J. Gutiérrez, and J.R. Dunk. 2001. Natal dispersal of the spotted owl in southern California: dispersal profile of an insular population. Condor 103:691-700.

LaHaye, W.S., G.S. Zimmerman, and R.J. Gutiérrez. 2004. Temporal variation in the vital rates of an insular population of spotted owls (*Strix occidentalis occidentalis*): contrasting effects of weather. Auk 121:1056-1069.

BLM_0071581

Laidig, K.J. and D.S. Dobkin. 1995. Spatial overlap and habitat associations of barred owls and great horned owls in southern New Jersey. Journal of Raptor Research 29(3):151-157.

Lamberson, R.H., R. McKelvey, B.R. Noon, and C. Voss. 1992. A dynamic analysis of northern spotted owl viability in a fragmented landscape. Conservation Biology 6:505-512.

Lande, R. 1987. Extinction thresholds in demographic models of territorial populations. American Naturalist 130:624-635.

Lande, R. 1988. Demographic models of the northern spotted owl (*Strix occidentalis caurina*). Oecologia 75:601-607.

Lavier, R.A. 2006. Effects of weather and habitat on site occupancy of Mexican spotted owls in the Sacramento Mountains, New Mexico. M.S. Thesis, Colorado State University, Fort Collins, USA.

Laymon, S.A. 1988. The ecology of the spotted owl in the central Sierra Nevada, California. Dissertation, University of California, Berkeley, USA.

Laymon, S.A.1989. Altitudinal migration movements of spotted owls in the Sierra Nevada, California. Condor 91:837-841.

Laymon, S.A. 1991. Diurnal foraging by spotted owls. Wilson Bulletin 103:138-140.

Layser, E.F. and G.H. Schubert. 1979. Preliminary classification for the coniferous forest and woodland series of Arizona and New Mexico. USDA Forest Service, Research Paper, RM-208, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Lee, D.C. and L.L. Irwin. 2005. Assessing risks to spotted owls from forest thinning in fire-adapted forests of the western United States. Forest Ecology and Management 211:191-209.

Leonard, S., G. Kinch, V. Elsbernd, M. Boreman, S. Swanson. 1997. Riparian area management: grazing management for riparian-wetland areas. USDI Bureau of Land Management, Technical Reference 1737-14, Bureau of Land Management National Applied Science Center, Denver, Colorado, USA.

Leskiw, T. and R.J. Gutiérrez. 1998. Possible predation of a spotted owl by a barred owl. Western Birds 29:225-226.

Levins, R. 1970. Extinction. Pp. 77-107 *in* M. Gerstenhaber (ed.), Some mathematical questions in biology. American Mathematical Society. Providence, Rhode Island, USA.

Levy, S. 2004. Native incursions: avian range expansions imperil threatened species. BioScience 54: 94-98.

BLM_0071582

Lightle, P.C. and S.R. Andrews. 1968. Red rot in residual ponderosa pine stands on the Navajo Indian Reservation. USDA Forest Service, Research Paper, RM-37, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Ligon, J.S. 1926. Habits of the spotted owl (*Syrnium occidentale*). Auk 43:421-429.

Lindenmayer, D. B., P. J. Burton, and J. F. Franklin. 2008. Salvage logging and its ecological consequences. Island Press. Washington, D. C

Littell, J.S., D. McKenzie, D.L. Peterson, and A.L. Westerling. 2009. Climate and wildfire area burned in western U.S. ecoprovinces, 1916–2003. Ecological Applications 19:1003–1021.

Livezey, K.B. 2009a. Range expansion of barred owls, part I: chronology and distribution. American Midland Naturalist161:49-56.

Livezey, K.B. 2009b. Range expansion of barred owls, part II: facilitating ecological changes. The American Midland Naturalist 161:323-349.

Livezey, K.B. and T.L. Fleming. 2007. Effects of barred owl on spotted owls: the need for more than incidental detections and correlational analysis. Journal of Raptor Research 41:319-325.

Lovejoy, T.E. and L. Hannah. 2005. Climate Change and Biodiversity. Yale University Press, New Haven, Connecticut, USA.

Lundquist, J.E. and Ward, J.P., Jr. 2005. Impacts of diseases and other disturbances on non-timber forest resources: A case study involving small mammals**.** pp. 105-112 in: Lundquist, J.E., Hamelin, R.C, eds. Forest Pathology: From Genes to Landscapes. American Phytopathological Society Press, St. Paul, MN, USA.

Lynch, A.M. 2003. Spruce aphid in high elevation habitats in the Southwest U.S. In: Fosbroke, Sandra L. C.; Gottschalk, Kurt W., eds. 2002 January 15-18; Annapolis, MD. Gen. Tech. Rep. NE-300. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northeastern Research Station. 60-63. http://treesearch.fs.fed.us/pubs/19865.

Lynch, A.M. 2004. Fate and characteristics of *Picea* damaged by *Elatobium abietinum* (Walker) (Homoptera: Aphididae) in the White Mountains of Arizona. Western North American Naturalist 64: 7-17.

Lynch, A.M. 2007. *Nepytia janetae* damage in the Sacramento Mountains, New Mexico. U.S. Forest Service, Rocky Mountain Research Station, Progress Report No. 1. 4 pp.

BLM_0071583

Lynch, A.M. 2009. Spruce aphid, *Elatobium abietinum* (Walker): Life history and damage to Engelmann spruce in the Pinaleno Mountains, Arizona. In: Sanderson, H. Reed; Koprowski, John L., editors. The last refuge of the Mt. Graham red squirrel: Ecology of endangerment. Tucson, AZ: University of Arizona Press. p. 318-338.

MacCracken, J.G., W.C. Boyd, and B.S. Rowe. 1996. Forest health and spotted owls in the eastern Cascades of Washington. Transactions North American Wildlife and Natural Resources Conference 61:519-527.

MacKenzie, D.I., J.D. Nichols, G.B. Lachman, S. Droege, J.A. Royle, and C.A. Langtimm. 2002. Estimating site occupancy rates when detection probabilities are less than one. Ecology 83:2248-2255.

MacKenzie, D.I., J.D. Nichols, J.E. Hines, M.G. Knutson, and A.B. Franklin. 2003. Estimating site occupancy, colonization, and local extinction when a species is detected imperfectly. Ecology 84:2200-2207.

MacKenzie, D.I., J.D. Nichols, J.A. Royle, K.H. Pollock, L.L. Bailey, and J.E. Hines. 2006. Occupancy estimation and modeling—inferring patterns and dynamics of species occurrence. Academic Press, Burlington, Massachusetts, USA.

Madany, M.H. and N.E. West. 1983. Livestock grazing-fire regime interactions within montane forests of Zion National Park, Utah. Ecology 64:661-667.

Manley, P.N., S.A. Parks, L.A. Campbell, and M.D. Schlesinger. 2009. Modeling urban land development as a continuum to address fine-grained habitat heterogeneity. Landscape and Urban Planning 89(1-2):28-36.

Margolis, E.Q. and J. Belmat. 2009. Fire history and fire-climate relationships along a fire regime gradient in the Santa Fe Municipal Watershed, NM, USA. Forest Ecology and Management 258:2416-2430.

Margolis, E.Q., T.W. Swetnam, and C.D. Allen. 2007. A stand-replacing fire history in upper montane forests of the southern Rocky Mountains. Canadian Journal of Forest Research 37:2227-2241.

Márquez-Olivas, M., L.A. Tarango-Arámbula, and G.D. Mendoza-Martinez. 2002. Habitat characteristics of Mexican spotted owl (*Strix occidentalis lucida* [X] Nelson, 1903) Sierra Fría, Aguascalientes. Agrociencia 36:541-546. Available from: http://www.colpos.mx/agrocien/Bimestral/Contenido.html.

Marra, P.P., S. Griffing, C. Caffrey, A.M. Kilpatrick, R. McLean, C. Brand, E. Saito, A.P. DuPuis, L. Kramer, and R. Novak. 2004. West Nile virus and wildlife. Bioscience 54:393-402.

131

BLM_0071584

Marshall, J.T., Jr. 1957. Birds of the pine-oak woodland in southern Arizona and adjacent Mexico. Pacific Coast Avifauna 32:1-125.

Martin, G.R. 1986. Sensory capacities and the nocturnal habitat of owls (Stigiformes). Ibis 128:266-277.

Martin, T. E. 2007. Climate correlates of 20 years of trophic changes in a high-elevation riparian system. Ecology 88:367-380.

Mathiasen, R.L., F.G. Hawksworth, and C.B. Edminster 1990. Effects of dwarf mistletoe on growth and mortality of Douglas-fir in the Southwest. Great Basin Naturalist 50:67-71.

Mawdsley, J.R., R. O'Malley, and D.S. Ojima. 2009. A review of climate-change adaptation strategies for wildlife management and biodiversity conservation. Conservation Biology 23:1080-1089.

May, C.A. and R.J. Gutiérrez. 2002. Habitat associations of Mexican spotted owl nest and roost sites in central Arizona. Wilson Bulletin 114:457-466.

May, C.A., M.L. Petersburg, and R.J. Gutiérrez. 2004. Mexican spotted owl nest- and roost-site habitat in northern Arizona. Journal of Wildlife Management 68:1054-1064.

Mazur, K.M. and P.C. James. 2000. Barred owl (*Strix varia*). The birds of North America, number 508. The Academy of Natural Sciences Philadelphia and The American Ornithologists Union, Washington, DC, USA.

McCabe, G., M. Palecki, and J.L. Betancourt. 2004. Pacific and Atlantic Ocean influences on multi-decadal drought frequency in the United States. Proceedings from the National Academy of Sciences 101:4136-4141.

McDonald, C.B., J. Anderson, J.C. Lewis, R. Mesta, A. Ratzlaff, T.J. Tibbitts, and S.O. Williams. 1991. Mexican spotted owl (*Strix occidentalis lucida*) status report. USDI Fish and Wildlife Service, Albuquerque, New Mexico, USA.

McKenzie, D., Z. Gedalof, D.L. Peterson, and P. Mote. 2004. Climatic change, wildfire, and conservation. Conservation Biology 18:890-902.

McLaughlin, S.P. 1986. Floristic analysis of the southwestern United States. Great Basin Naturalist 46:46-65.

McLean, R. G. 2006. West Nile Virus in North American birds. Ornithological Monographs 60: 44-64.

McLean, R.G., S.R. Ubico, D.E. Docherty, W.R. Hansen, L. Sileo, and T.S. McNamara. 2001. West Nile virus transmission and ecology in birds. New York Academy of Sciences 951:54-57.

BLM_0071585

Meiman, S., R. Anthony, E. Glenn, T. Bayless, A. Ellingson, M. C. Hansen, and C. Smith. 2003. Effects of commercial thinning on home-range and habitat-use patterns of a male northern spotted owl: a case study. Wildlife Society Bulletin 31:1254-1262.

Mellin, T.C., W.J. Krausmann, K.B. Clark, and C.F. Enquist. 2000. Assessing gross changes within vegetation types associated with Mexican spotted owl habitat in New Mexico and Arizona. Pages unnumbered *in* J.D. Greer (ed.), Eighth biennial Forest Service remote sensing applications conference, Albuquerque, New Mexico, USA. 12 pp.

Millar, C.I., N.L. Stephanson, and S.L. Stephens. 2007. Climate change and forests of the future: managing in the face of uncertainty. Ecological Applications 17:2145-2151.

Miller, G.S. 1989. Dispersal of juvenile northern spotted owls in western Oregon. M.S. Thesis, Oregon State University, Corvallis, USA.

Miller, J.D., H.D. Safford, M.A. Crimmins, and A.E. Thode. 2009. Quantitative evidence for increasing forest fire severity in the Sierra Nevada and southern Cascade Mountains, California and Nevada, USA. Ecosystems 12:16–32.

Moen, C.A., A.B. Franklin, and R.J. Gutiérrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin 19:489-493.

Moir, W.H. 1993. Alpine tundra and coniferous forest. Pp. 47-84 *in* W.A. Dick-Peddie (ed.), New Mexico vegetation, past, present and future. University of New Mexico Press, Albuquerque, USA.

Monahan, W.B. and R.J. Hijmans. 2007. Distributional dynamics of invasion and hybridization by *Strix* spp. in western North America. Ornithological Monographs 63:55-66.

Monson, G. and A.R. Phillips. 1981. Annotated checklist of the birds of Arizona. University of Arizona Press, Tucson, USA.

Morton, E.S. 1975. Ecological sources of selection on avian sounds. American Naturalist 109:17-34.

Mueller, R.C., C.M. Scudder, M.E. Porter, R.T. Trotter, III, C.A. Gehring, and T.G. Whitham. 2005. Differential tree mortality in response to severe drought: evidence for long-term vegetation shifts. Journal of Ecology 93:1085-1093.

Mullet, T.C. 2008. Evaluation of two GIS habitat models and initial characterization of nesting and breeding-season roosting microhabitat for Mexican spotted owls in the Guadalupe Mountains. M.S. Thesis, Sul Ross State University, Alpine, Texas, USA. 138 pp.

Mullet, T.C. and J.P. Ward, Jr. 2010. Microhabitat features at Mexican spotted owl nest and roost sites in the Guadalupe Mountains. Journal of Raptor Research 44:277-285).

133

BLM_0071586

Murphy, D.D. and B.R. Noon. 1991. Coping with uncertainty in wildlife biology. Journal of Wildlife Management 55:773-782.

Naiman, R. J. and H, Decamps. 1997. The ecology of interfaces: riparian zones. Annual Review of Ecology and Syetmatics 28:621-658.

Naiman, R.J., H. DeCamps, and M. Pollock. 1993. The role of riparian corridors in maintaining regional biodiversity. Ecological Applications 3:209-12.

National Academy of Sciences. 1996. Guide for the care and use of laboratory animals. Institute for Laboratory Animal Resources. Commission on Life Sciences, National Research Council, Washington, DC, USA.

Navarro-Sigüenza A.G., A. Lira-Noriega, A. T. Peterson, A. Oliveras de Ita and A. Gordillo-Martínez, 2007. Diversidad, endemismo y conservación de las aves. *In*: biodiversidad de la faja volcánica transmexicana. Luna, I., J.J.. Morrone and D. Espinosa (eds.). UNAM, México, D.F.

Negrón, J.F., J.D. McMillin, J.A. Anhold, and D. Coulson. 2009. Bark beetle-caused mortality in a drought-affected ponderosa pine landscape in Arizona, USA. Forest Ecology and Management 257:1353-1362.

Nelson, E.W. 1903. Descriptions of new birds from southern Mexico. Proceedings Biological Society of Washington 16:152.

Newton. I. 1979. Population Ecology of Raptors. Buteo Books. Vermillion, South Dakota. 399 pp.

Noon, B.R. and A.B. Franklin. 2002. Scientific research and the spotted owl (*Strix occidentalis*): opportunities for major contributions to avian population ecology. Auk 119:311-320.

Noon, B.R. and K.S. McKelvey. 1992. Stability properties of the spotted owl metapopulation in southern California. Pp. 187-206 *in* J. Verner, K.S. McKelvey, B.R. Noon, R.J. Gutiérrez, G.I. Gould, Jr., and T.W. Beck, The California spotted owl: a technical assessment of its current status. USDA Forest Service, General Technical Report, PSW-GTR-133, Pacific Southwest Research Station, Albany, California, USA.

Noon, B.R. and K.S. McKelvey. 1996. A common framework for conservation planning: linking individual and population models. Pp. 139-165 *in* D.R. McCullough (ed.), Metapopulations and wildlife conservation. Island Press, Washington, DC, USA. 429 pp.

BLM_0071587

Noon, B.R., K.S. McKelvey, D.W. Lutz, W.S. LaHaye, R.J. Gutiérrez, and C.A. Moen. 1992. Estimates of demographic parameter and rates of population change. Pp. 175-186 *in* J. Verner, K.S. McKelvey, B.R. Noon, R.J. Gutiérrez, G.I. Gould, Jr., and T.W. Beck. The California spotted owl: a technical assessment of its current status. USDA Forest Service, General Technical Report, PSW-GTR-133, Pacific Southwest Research Station, Albany, California, USA.

Norberg, R.A. 1987. Evolution, structure, and ecology of northern forest owls. Pp. 9-43 *in* R.W. Nero, C.R. Knapton, and R.J. Hamre (eds.), Biology and conservation of northern forest owls: symposium proceedings. USDA Forest Service, General Technical Report, RM-142, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

North, M., G. Steger, R. Denton, G. Eberlein, T. Munton, and K. Johnson. 2000. Association of weather and nest-site structure with reproductive success in California spotted owls. Journal of Wildlife Management 64:797-807.

Oberholser, H.C. 1915. Critical notes on the subspecies of the spotted owl, *Strix occidentalis* (Xantus). Proceedings U.S. National Museum 49:251-257.

Olson, G.S., R.G. Anthony, E.D. Forsman, S.H. Ackers, P.J. Loschl, J.A. Reid, K.M. Dugger, E.M. Glenn, and W.J. Ripple. 2005. Modeling of site occupancy dynamics for northern spotted owls, with emphasis on the effects of barred owls. Journal of Wildlife Management 69:918-932.

Olson, G.S., E.M. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004. Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. Journal of Wildlife Management 68:1039-1053.

Parmesan, C. 2006. Ecological and evolutionary responses to recent climate change. Annual Review of Ecology, Evolution, and Systematics 37:637-669.

Pater, L.L., T.G. Grubb, and D.K. Delaney. 2009. Recommendation for improved assessment of noise impacts on wildlife. Journal of Wildlife Management 73:788-795.

Paton, P.W.C., C.J. Zabel, D.L. Neal, G.N. Steger, N.G. Tilghman, and B.R. Noon. 1991. Effects of radio tags on spotted owls. Journal of Wildlife Management 55:617-622.

Payne, R.S. 1971. Acoustic location of prey by barn owls (*Tyto alba*). Journal of Experimental Biology 54:535-573.

Pearson, R.R. and K.B. Livezey. 2003. Distribution, numbers, and site characteristics of spotted owls and barred owls in the Cascade Mountains of Washington. Journal of Raptor Research 37:265-276.

135

BLM_0071588

Peery, M.Z., R.J. Gutiérrez, and M.E. Seamans. 1999. Habitat composition and configuration around Mexican spotted owl nest and roost sites in the Tularosa Mountains, New Mexico. Journal of Wildlife Management 63:36-43.

Peery, M. Z., R. J. Gutiérrez, R. Kirby, O. E. Ledee, and W. Lahaye. 2011. Climate change and spotted owls: potentially contrasting responses in the Southwestern United States. Global Change Biology. Doi:10.1111/j.1365-2486.2011.02564.x

Peles, J.D. and Barrett, G.W. 1996. Effects of vegetative cover on the population dynamics of meadow voles. Journal of Mammalogy 77:857-869.

Peppin, D.L., P.Z. Fulé, C. Hull Seig, J.L. Beyers, and M.E. Hunter. 2010. Post-wildfire seeding in forests of the western United States: an evidence-based review. Forest Ecology and Management 260:573-586.

Perry, M. Z., R.J. Gutiérrez, R. Kirby, O.E. Ledee, and W. Hayes. 2011. Climate change and spotted owls: potentially contrasting responses in the southwestern United. States. Global Change Biology (online) 1-15.

Peterson, J. and B. Zimmer. 1998. Birds of the Trans Pecos. University of Texas Press, Austin, USA.

Peterson, N.A. 2003. Evaluation of Mexican spotted owl roosting habitat on Fort Carson Military Reservation using Landsat 7 ETM+ satellite imagery and GIS modeling. M.S. Thesis, Colorado State University, Fort Collins, USA.

Peyton, L. 1910. Nesting of the spotted owl in northeastern Los Angeles County, California. Condor 12:122-123.

Pfister, R.D. 1989. Basic concepts of using vegetation to build a site classification system. Pp. 22-28 in D.E. Ferguson, P. Morgan, and F.D. Johnson (compilers), Proceedings—Land classifications based on vegetation: applications for resource management. USDA Forest Service, General Technical Report, INT-257, Intermountain Research Station, Ogden, Utah, USA.

Phillips, A., J.T. Marshall, Jr., and G. Monson. 1964. The Birds of Arizona. University of Arizona Press, Tucson, USA.

Pianka, E.R. 1973. The structure of lizard communities. Annual Review of Ecology and Systematics 4:53-74.

Platts, W.S. 1990. Managing fisheries and wildlife on rangelands grazed by livestock: a guidance and reference document for biologists. Nevada Division of Wildlife, Carson City, USA.

BLM_0071589

Poff, N.L., J.D. Allan, M.B. Bain, J.R. Karr, K.L. Prestegaard, B.D. Richter, and J.C. Stromberg. 1997. The natural flow regime: a paradigm for river conservation and restoration. BioScience 47:769-784.

Pollock, K.H., J.D. Nichols, C. Brownie, and J.E. Hines. 1990. Statistical inference for capture-recapture experiments. Wildlife Monographs 107:1-97.

Prather, J.W., H.M. Hampton, Y. Xu, B.G. Dickson, N.L. Dodd, E.N. Aumack, and T.D. Sisk. 2005. Modeling the effects of forest restoration treatments on sensitive wildlife taxa: a GIS-based approach. Pp. 69-85 in C. Van Riper and D.J. Mattson (eds.), The Colorado Plateau II: biophysical, socioeconomic, and cultural research. University of Arizona Press, Tucson, USA.

Prather, J.W., R.F. Noss, and T.D. Sisk. 2008. Real versus perceived conflicts between restoration of ponderosa pine forests and conservation of the Mexican spotted owl. Forest Policy and Economics 10:140-150.

Pulliam, H.R. 1988. Sources, sinks, and population regulation. American Naturalist 132:652-661.

Radeloff, V.C., R.B. Hammer, S.I. Stewart, J.S. Fried, S.S. Holcomb, and J.F. McKeefry. 2005. The wildland-urban interface in the United States. Ecological Applications 15:799-805.

Radeloff, V.C., S.I. Stewart, T.J. Hawbaker, U. Gimmi, A.M. Pidgeon, C.H. Flather, R.B. Hammer, and D.P. Helmers. 2010. Housing growth in and near United States protected areas limits their conservation value. Proceedings National Academy of Sciences 107:940-945.

Raffa, K.F., B.H. Aukema, B.J. Bentz, A.L. Carroll, J.A. Hicke, M.G. Turner, and W.H. Romme. 2008. Cross-scale drivers of natural disturbances prone to anthropogenic amplification: the dynamics of bark beetle eruptions. Bioscience 58:501-517.

Reichenbacher, F.W. and R.B. Duncan. 1992. Diet of Mexican spotted owls on National Forest System lands in Arizona and New Mexico. Unpublished Report, USDA Forest Service, Southwestern Region, Albuquerque, New Mexico, USA.

Reid, J.A., R.B. Horn, and E.D. Forsman. 1999. Detection rates of spotted owls based on acoustic-lure and live-lure surveys. Wildlife Society Bulletin 27:986-990.

Reynolds, R.T., R.T. Graham, M.H. Reiser, R.L. Bassett, P.L. Kennedy, D.A. Boyce, Jr., G. Goodwin, R. Smith, E.L. Fisher. 1992. Management recommendations for the northern goshawk in the southwestern United States. USDA Forest Service, General Technical Report, RM-217, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Rickard, W.H. and C.E. Cushing. 1982. Recovery of streamside woody vegetation after exclusion of livestock grazing. Journal of Range Management 35:360-361.

BLM_0071590

Ridgway, R. 1914. The birds of North and Middle America, part 4. Bulletin of the U.S. National Museum 50, pp. i-xx plus 1-882.

Riebsame, W.E., H. Gosnell, and D.M. Theobald. 1996. Land use and landscape change in the Colorado mountains I: theory, scale, and pattern. Mountain Research and Development 16:395-405.

Rinkevich, S.E. 1991. Distribution and habitat characteristics of Mexican spotted owls in Zion National Park, Utah. M.S. Thesis, Humboldt State University, Aracata, California, USA.

Rinkevich, S.E. and R.J. Gutiérrez. 1996. Mexican spotted owl habitat characteristics in Zion National Park. Journal of Raptor Research 30:74-78.

Rolf, J.A. 2001. Aspen fencing in northern Arizona: a 15- year perspective. In: Shepperd W.D., Binkley D., Bartos D.L., Stohlgren T.J., Eskew L.G., compls. Sustaining aspen in western landscapes: Symposium proceedings, 13–15 June 2000, Grand Junction, CO. Proceedings RMRS-P-18. Fort Collins, CO: USDA, Forest Service, Rocky Mountain Research Station. Pp. 193–196.

Root, T.L., T. Price, K.R. Hall, S.H. Shneider, C. Rosenzweig, and J.A. Ponds. 2003. Fingerprints of global warming on wild animals and plants. Nature 421:57-60.

Rosenberg, D.K., K.A. Swindle, and R.G. Anthony. 2003. Influence of prey abundance on northern spotted owl reproductive success in western Oregon. Canadian Journal of Zoology 81:1715-1725.

Royle, J.A. and J.D. Nichols. 2003. Estimating abundance from repeated presence-absence data or point counts. Ecology 84:777-790.

Rummel, R.S. 1951. Some effects of livestock grazing on ponderosa pine forest and range in central Washington. Ecology 32:594-607.

Ruyle, G.B., K.H. Reynolds, L.D. Howery, and M.P. McClaran. 2000. Guidelines for monitoring Arizona rangelands. Arizona Cooperative Extension Service, University of Arizona, Tucson, USA.

Ryerson, D.E., T.W. Swetnam, and A.M. Lynch. 2003. A tree-ring reconstruction of western spruce budworm outbreaks in the San Juan Mountains, Colorado, U.S.A. Canadian Journal of Forest Research 33:1010-1028.

Savage, M. and T.W. Swetnam.1990. Early 19th Century fire decline following sheep pasturing in a Navajo ponderosa pine forest. Ecology 32:954-607.

Scheaffer, R.L., W. Mendenhall, and L. Ott. 1986. Elementary Survey Sampling. Third edition. Duxbury Press, Boston, Massachusetts, USA.

BLM_0071591

Schelz, C., D. Kent, D. Chalmers, and D. Svendson. 2004. Mexican spotted owl inventory in Canyonlands National Park 2002-2003. USDI National Park Service, General Technical Report, SEUG-002-2003, Moab, Utah, USA.

Schlesinger, M.D., P.N. Manley, and M. Holyoak. 2008. Distinguishing stressors acting on land bird communities in an urbanizing environment. Ecology 89:2302-2314.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H. Huang, N. Harnik, A. Leetmaa, N. Lau, C. Li, J. Velez, and N. Naik. 2007. Model projections of an imminent transition to a more arid climate in southwestern North America. Science 316:1181-1184.

Seamans, M.E., J. Corcoran, and A. Rex. 2004. Southernmost record of a spotted owl x barred owl hybrid in the Sierra Nevada. Western Birds 35:173-174.

Seamans, M.E. and R.J. Gutiérrez. 1995. Breeding habitat ecology of the Mexican spotted owl in the Tularosa Mountains, New Mexico. Condor 97:944-952.

Seamans, M.E. and R.J. Gutiérrez. 1999. Diet composition and reproductive success of Mexican spotted owls. Journal of Raptor Research 33:143-148.

Seamans, M.E., R.J. Gutiérrez, and C.S. May. 2002. Mexican spotted owl population dynamics: influence of climate variation on survival and reproduction. The Auk 119(2):321-334.

Seamans, M.E., and R.J. Gutiérrez. 2006. Spatial dispersion of spotted owl sites and the role of conspecific attraction on settlement patterns. Ethology, Ecology and Evolution 18:99-111.

Seamans, M.E. and R.J. Gutiérrez. 2007. Habitat selections in a changing environment: the relationship between habitat alteration and spotted owl territory occupancy and breeding dispersal. Condor 109:566-576.

Seamans, M.E., R.J. Gutiérrez, and C.S. May. 2002. Mexican spotted owl population dynamics: influence of climate variation on survival and reproduction. Auk 119:321-334.

Seamans, M.E., R.J. Gutiérrez, C.S. May, and M.Z. Peery. 1999. Demography of two Mexican spotted owl populations. Conservation Biology 13:744-754.

SEMARNAT. 2002. Norma Oficial Mexicana NOM-059-SEMARNAT-2001. Protección ambiental-Especies nativas de México de flora y fauna silvestres-Categorías de riesgo y especificaciones para su inclusión, exclusión o cambio-Lista de especies en riesgo. Diario Oficial de la Federación. 6 de marzo 2002. México. 153 pp.

BLM_0071592

Shaffer, M. 1985. The metapopulation and species conservation: the special case of the northern spotted owl. Pp. 86-99 *in* R.J. Gutiérrez and A.B. Carey (eds.), Ecology and management of the spotted owl in the Pacific Northwest. USDA Forest Service, General Technical Report, PNW-185, Pacific Northwest Research Station, Portland, Oregon, USA.

Shafroth, P.B., J.M. Friedman, and L.S. Ischinger. 1995. Effects of salinity on establishment of *Populus fremontii* (cottonwood) and *Tamarix ramosissima* (saltcedar) in southwestern United States. Great Basin Naturalist 55:58-65.

Sheppard, G. and A. Farnsworth. 1997. Fire effects and use prescribed fire in Mexican spotted owl habitat. Pp. 131-135 *in* Proceedings–Fire effects on rare and endangered species and habitats conference. November 13-16, 1995; Coeur d'Alene, Idaho; International Association of Wildland Fire.

Sheppard, P.R., A.C. Comrie, G.D. Packin, K. Angersbach, and M.K. Hughes. 2002. The climate of the US Southwest. Climate Research 21:219-238.

Short, L.L. 1965. Hybridization in the flickers (*Colaptes*) of North America. Bulletin of the American Museum of Natural History 129:309-428.

Short, L.L. 1972. Hybridization, taxonomy, and avian evolution. Annals of the Missouri Botanical Garden 59:447-453.

Singleton, P.H., J.F. Lehmkuhl, W.L. Gaines, and S.A. Graham. 2010. Barred owl space use and habitat selection in the eastern Cascades, Washington. Journal of Wildlife Management 74:285-294.

Sisk, T.D., H.M. Hampton, J. Prather, E.N. Aumack, Y. Xu, M.R. Loeser, T. Munoz-Erickson, B. Dickson, and J. Palumbo. 2004. Forest Ecological Restoration Analysis (ForestERA) project report, 2002-2004: executive summary. Available from: http://forestera.nau.edu/overview_2002-2004_project_report.htm.

Skaggs, R.W. 1990. Spotted owl telemetry studies on the Lincoln National Forest—Sacramento Division. Progress Report, New Mexico Department of Game and Fish, Contract 516.6-76-17, Santa Fe, USA. (cited with author's express permission).

Skaggs, R.W. and Raitt, R.J. 1988. A spotted owl inventory of the Lincoln National Forest, Sacramento Division. Final Report, New Mexico Department of Game and Fish, Santa Fe, USA.

Skaggs, R.W. and Raitt, R.J.1995. Densities of Mexican spotted owls in mixed-conifer, ponderosa pine, and pinyon-juniper habitats of southcentral New Mexico. Journal of Raptor Research 29:47-48. (Abstract)

BLM_0071593

Smith, R.B., M.Z. Peery, R.J. Gutiérrez, and W.S. LaHaye. 1999. The relationship between spotted owl diet and reproductive success in the San Bernardino Mountains, California. Wilson Bulletin 111:22-29.

Smith, S.D., D.A. Devitt, A. Sala, J.R. Cleverly, and D.E. Busch. 1998. Water relations of riparian plants from warm desert regions. Wetlands 18:687-695.

Society for Ecological Restoration International Science & Policy Working Group. 2004. The ER International Primer on Ecological Restoration. www.ser.org & Tucson: Society for Ecological Restoration International.

Society for Range Management. [SRM]. 1998. Glossary of Terms used in Range Management– A Definition of Terms Commonly Used in Range Management. Society for Range Management, Denver, Colorado, USA.

Sorrentino, G. and J.P. Ward, Jr. 2003. Analysis of Mexican spotted owl food habits gathered from two caves in the Guadalupe Mountains, Lincoln National Forest, New Mexico. Unpublished Report, USDA Forest Service, Rocky Mountain Research Station, Flagstaff, Arizona, USA.

Sovern, S.G., E.D. Forsman, B.L. Biswell, D.N. Rolph, and M. Taylor. 1994. Diurnal behavior of the spotted owl in Washington. Condor 96:200-202.

Spittlehouse, D.L. and R.B. Stewart. 2003. Adaptation to climate change in forest management. BC Journal of Ecosystem and Management 4:1-11.

Stacey, P.B. 2010. Spotted Owl (*Strix occidentalis*). Pp. 597-621 *in*: J-L.E. Cartron, Raptors of New Mexico. University of New Mexico Press, Albuquerque, USA. 710 pp.

Stacey, P.B. and A. Hodgson. 1999. Biological diversity in montane riparian ecosystems: the case of the Mexican spotted owl. Pp. 204-210 *in* D.M. Finch, J.C. Whitney, J.F. Kelly, and S.R. Loftin (technical coordinators), Rio Grande ecosystems: linking land, water, and people. USDA Forest Service, Proceedings, RMRS-P-7, Fort Collins, Colorado, USA.

Stacey, P.B. and M.Z. Peery. 2002. Population trends of the Mexican spotted owl in west-central New Mexico. Bulletin New Mexico Ornithological Society 30:42.

Stella, K.A., C.H. Sieg, P.Z. Fulé. 2010. Minimal effectiveness of native and non-native seeding following three high severity wildfires. International Journal of Wildland Fire 19:746-758.

Stephans, J.C. and B. Van der Zwaan. 2005. The case of carbon capture and storage. Issues in Science and Technology 3:68-76.

BLM_0071594

Stubblefield, C.H., J.E. Lundquist, and B. van der Kamp. 2005. Chapter 10: Forest disease impacts on wildlife: beneficial? Pp. 95-104 *in* J.E. Lundquist (ed.), From molecules to ecosystems—forest pathology in the era of genes and landscapes. American Phytopathological Society Press, St. Paul, Minnesota, USA.

Sureda, M. and M.L. Morrison. 1998. Habitat use by small mammals in southeastern Utah, with reference to Mexican spotted owl management. Great Basin Naturalist 58:76-81.

Sureda, M. and M.L. Morrison.1999. Habitat characteristics of small mammals in southeastern Utah. Great Basin Naturalist 59:323-330.

Swarth, H.C. 1910. Two new owls from Arizona. University of California Publications in Zoology 7(1):1-8.

Swarth, H.C.1914. Status of the Arizona spotted owl. Condor 18:15-19.

Swarthout, E.C. and R.J. Steidl. 2000. Effects of backcountry recreation on Mexican spotted owls in National Parks on the Colorado Plateau. Final Report to the National Park Service, USDI National Park Service, Resource Management Division at Southeast Utah Group, Moab, USA.

Swarthout, E.C. and R.J. Steidl. 2001. Flush responses of Mexican spotted owls to recreationists. Journal of Wildlife Management 65:312-317.

Swarthout, E.C. and R.J. Steidl. 2003. Experimental effects of hiking on breeding Mexican spotted owls. Conservation Biology 17:307-315.

SWCA, Inc. 1992. Nest tree and nest tree habitat characteristics of the Mexican spotted owl in Arizona and New Mexico. Unpublished Report, USDA Forest Service, Southwestern Region, Albuquerque, New Mexico, USA.

Swetnam, T.W. 1990. Fire history and climate change in the southwestern United States. Pp. 6-17 *in* J.S. Krammes (technical coordinator), Proceedings of symposium on effects of fire management of southwestern U.S. natural resources; November 15-17, 1988; Tucson, Arizona; USDA Forest Service, General Technical Report, RM-191, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

Swetnam, T.W. and C H. Baisan. 1996a. Fire histories of montane forests in the Madrean borderlands. Pp. 15-36 *in* P.F. Ffolliott, L.F. DeBano, M.B. Baker, G.J. Gottfried, G. Solis-Garza, C.B. Edminster, D.G. Neary, L.S. Allen, and R.H. Hamre (technical coordinators), Effects of fire on Madrean Province ecosystems: a symposium proceedings. USDA Forest Service, General Technical Report, RM-GTR-289, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado, USA.

BLM_0071595

Swetnam, T.W. and C H. Baisan. 1996b. Historical fire regime patterns in the southwestern
United States since AD 1700. Pp. 11-32 *in* C.D. Allen (technical editor), Fire effects in
southwestern forests. Proceedings of the 2nd La Mesa Fire symposium; March 29-31,
1994; Los Alamos, New Mexico; USDA Forest Service, General Technical Report, RM-
GTR-286, Rocky Mountain Forest and Range Experiment Station, Fort Collins,
Colorado, USA.

Swetnam, T.W. and C H. Baisan. 2003. Tree-ring reconstructions of fire and climate history in
the Sierra Nevada and southwestern United States. Pp. 158-195 *in* T.T. Veblen, W.
Baker, G. Montenegro, and T.W. Swetnam (eds.), Fire and climatic change in temperate
ecosystems of the western Americas. Ecological Studies Volume 160. Springer, New
York, New York, USA.

Swetnam, T.W. and A.M. Lynch. 1993. Multicentury, regional-scale patterns of western spruce
budworm outbreaks. Ecological Monographs 63:399-424.

Swetnam, T.W., C.H. Baisan, and J.M. Kaib. 2001. Forest fire histories in the sky islands of La
Frontera. Pages 95-119 *In* Changing Plant Life of La Frontera: Observations on
Vegetation in the United States/Mexico Borderlands. G.L. Webster and C.J. Bahre (eds.).
University of New Mexico Press, Albuquerque, USA.

Swetnam, T.W., C.H. Baisan, and J.M. Kaib. 2001. Forest Fire Histories of La Frontera: fire-scar
reconstructions of fire regimes in the United States/Mexico borderlands. Laboratory of
Tree-Ring Research, University of Arizona, Tucson, USA.

Swetnam, T.W., A.M. Lynch, and J.M. Kaib. 1999. Forest fire histories of La Frontera: fire-scar
reconstructions of fire regimes in the United States/Mexico borderlands. *in* G.L. Webster
and C.J. Bahre (eds.), Vegetation and flora of La Frontera: historic vegetation change
along the United States/Mexico boundary. The University of New Mexico Press,
Albuquerque, USA.

Tarango, L.A., R. Valdez, F. Clemente, and G. Mendoza. 2001. Roost-site characteristics of
Mexican spotted owls in Sierra Fria, Aguascalientes, Mexico. Journal of Raptor Research
35:165-168.

Tarango, L.A., R. Valdez, P.J. Zwank, and M. Cardenas. 1997. Mexican spotted owl habitat
characteristics in southwestern Chihuahua, New Mexico. Southwestern Naturalist
42:132-136.

Taylor, A.L. and E.D. Forsman. 1976. Recent range extensions of the barred owl in western
North America, including the first records for Oregon. Condor 78:560-561.

Teng, T. 1998. The thermal environment of northern spotted owls in northwestern California:
possible explanations for use of interior old growth and coastal early successional stage
forest. M.S. Thesis, Humboldt State University, Arcata, California, USA.

BLM_0071596

Theobald, D.M. 2000. Fragmentation by inholdings and exurban development. Pp. 155-174 *in* R.L. Knight, F.W. Smith, S.W. Buskirk, W.H. Romme, and W.L. Baker (eds.), Forest fragmentation in the southern Rocky Mountains. University Press of Colorado, Boulder, USA.

Theobald, D.M. 2004. Placing exurban land-use change in a human modification framework. Frontiers in Ecology and the Environment 2:139-144.

Theobald, D.M. and W.H. Romme. 2007. Expansion of the US wildland-urban interface. Landscape and Urban Planning 83:340-354.

Thomas, N.J., J. Bunikis, A.G. Barbour, and M.J. Wolcott. 2002. Fatal spirochetosis due to a relapsing fever-like *Borrelia* sp. in a northern spotted owl. Journal of Wildlife Diseases 38:187-193.

Thrailkill, J. and M.A. Bias. 1989. Diets of breeding and nonbreeding California spotted owls. Journal of Raptor Research 23:39-41.

Travis, J.M.J. 2003. Climate change and habitat destruction: a deadly anthropogenic cocktail. Proceedings of the Royal Society of London 270:467-473.

UNEP-WCMC. 8 October, 2010. UNEP-WCMC Species Database: CITES-Listed Species.

U.S. Department of Agriculture, Forest Service [USDA FS]. 1991. General ecosystem survey, general terrestrial vegetation, existing vegetation. USDA Forest Service, Southwestern Region and Technology Application Center, University of New Mexico, Albuquerque, USA.

U.S. Department of Agriculture, Forest Service [USDA FS]. 1996. Record of Decision for Amendment of Forest Plans. USDA Forest Service, Southwestern Region. June 5, 1996. 96 pp.

U.S. Department of Agriculture, Forest Service [USDA FS]. 2004. Insect and disease conditions in the Southwest Region, 2003. USDA Forest Service, Southwestern Region Forestry and Forest Health, R3-04-02, Albuquerque, New Mexico, USA.

U.S. Department of Agriculture, Forest Service [USDA FS]. 2009a. Forest insect and disease conditions in the Southwestern Region, 2008. USDA Forest Service, Forestry and Forest Health, PR-R3-16-5, Southwestern Region, Albuquerque, New Mexico USA. 45 pp. Available from: http://www.fs.fed.us/r3/publications/documents/fidc2008.pdf. [1 October 2009].

BLM_0071597

U.S. Department of Agriculture, Forest Service [USDA FS]. 2009b. Plumas Lassen study 2009 annual report. USDA Forest Service. Pacific Southwest Research Station, Sierra Nevada Research Center. Davis, CA. http://www.fs.fed.us/psw/topics/ecosystem_processes/sierra/forest_health/plas/plas_annual_report_2009.pdf

U.S. Department of Agriculture, Forest Service [USDA FS]. 2010a. Plumas Lassen study. 2010 Annual report. USDA Forest Service. Pacific Southwest Research Station, Sierra Nevada Research Center. Davis, CA. http://www.fs.fed.us/psw/topics/ecosystem_processes/sierra/forest_health/plas/plas_annual_report_2010.pdf

U.S. Department of Agriculture, Forest Service [USDA FS]. 2010b. Southwestern Region climate change trends and forest planning: a guide for addressing climate change in Forest Plan revisions for southwestern National Forests and National Grasslands. USDA Forest Service, Southwestern Region, Albuquerque, New Mexico, USA.

U.S. Department of Agriculture, Forest Service [USDA FS]. 2011. Proposed Action for Four-Forest Restoration Initiative: Coconino and Kaibab National Forest, Coconino County, Arizona. USDA Forest Service. Southwestern Region. Albuquerque, NM. 95 pp.

U.S. Department of Agriculture and U.S. Department of the Interior [USDA and USDI]. 2001. Managing the Impacts of Wildland Fires on Communities and the Environment: A Report to the President in Response to the Wildfires of 2000. USDA Forest Service and US Department of Interior, Washington, DC.

U.S. Department of Agriculture and U.S. Department of the Interior [USDA and USDI]. 2006. Interagency Burned Area Emergency Response Guidebook. Interpretation of Department of the Interior 620 DM 3 and USDA Forest Service Manual 2523. Version 4.0. February 2006. Washington, D.C., (Available at; www.fws.gov/fire/ifcc/esr/Policy/BAR_Guidebook11-06.pdf).

U.S. Department of Commerce, National Marine Fisheries Service and U.S. Department of the Interior, Fish and Wildlife Service [USDC NMFS and USDI FWS]. 2010. Interim Endangered and Threatened Species Recovery Planning Guidance. Version 1.3. Rev. June 2010. 122 pp.

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1993. Riparian area management—process for assessing proper functioning condition. USDI Bureau of Land Management, Technical Reference 1737-9, BLM Service Center, Denver, Colorado, USA.

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1994. Riparian area management—process for assessing proper functioning condition for lentic riparian-wetland areas. USDI Bureau of Land Management, Technical Reference 1737-11, BLM Service Center, Denver, Colorado, USA.

BLM_0071598

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1996a. Sampling vegetation attributes. Interagency Technical Reference 1730-2, USDI Bureau of Land Management, Denver, Colorado, USA.

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1996b. Utilization studies and residual measurement. Interagency Technical Reference 1730, USDI Bureau of Land Management, Denver, Colorado, USA.

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1998a. Riparian area management—process for assessing proper functioning condition. USDI Bureau of Land Management, Technical Reference 1737-9, BLM Service Center, Denver, Colorado, USA.

U.S. Department of the Interior, Bureau of Land Management [USDI BLM]. 1998b. Riparian area management—a user guide to assessing proper functioning condition and the supporting science for lotic areas. USDI Bureau of Land Management, Technical Reference 1737-15, BLM Service Center, Denver, Colorado, USA.

U.S. Department of the Interior, Bureau of Land Management (USDI BLM). 2002. Biological assessment: Impacts to threatened and endangered species related to the resource management plan. U.S. Department of the Interior, Bureau of Land Management, Farmington Field Office, Farmington, NM.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 1992. Draft final Recovery plan for the northern spotted owl. USDI Fish and Wildlife Service, Portland, Oregon, USA.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 1993. Endangered and threatened wildlife and plants: final rule to list the Mexican spotted owls as a threatened species. 58 FR:14248-14271.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 1995. Recovery plan for the Mexican spotted owl: vol. I. USDI Fish and Wildlife Service, Albuquerque, New Mexico, USA.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 2004. Final designation of critical habitat for the Mexican spotted owl. 69(168) FR:53182.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 2008. Final recovery plan for the northern spotted owl, *Strix occidentalis caurina*. USDI Fish and Wildlife Service, Portland, Oregon, USA.

BLM_0071599

U.S. Department of the Interior, Fish and Wildlife Service and U.S. Department of Commerce, National Oceanic and Atmospheric Administration [USDI FWS and USDC NOAA]. 2002. Alternative approaches for streamlining section 7 consultation on hazardous fuel treatment projects. Memorandum from Director of FWS and Assistant Administrator of Fisheries, NOAA, to FWS Regional Directors and NOAA Fisheries Regional Administrators.

U.S. Department of the Interior, Fish and Wildlife Service and U.S. Department of Commerce, National Oceanic and Atmospheric Administration [USDI FWS and USDC NOAA]. 2004. Joint counterpart Endangered Species Act section 7 consultation regulations. 69 FR:47732-47762.

U.S. Department of Interior, National Park Service [USDI NPS]. 2010. National Park Service public use statistics office. Available from: http://www.nature.nps.gov/stats.

Urban, D. and T. Keitt. 2001. Landscape connectivity: a graph-theoretic perspective. Ecology 82:1205-1218.

Van Horne, B. 1983. Density as a misleading indicator of habitat quality. Journal of Wildlife Management 47:893-901.

Van Lanen, N. J., A. B. Franklin, K. P. Huyvaert, R. F. Reiser II, and P. C. Carlson. 2011. Who hits and hoots at whom? Potential for interference competition between barred and northern spotted owls. Biological Conservation. doi:10.1016/j.biocon.2011.05.011

van Mantgem, P.J., N.L. Stephenson, J.C. Byrne, L.D. Daniels, J.F. Franklin, P.Z. Fulé, M.E. Harmon, A.J. Larson, J.M. Smith, A.H. Taylor, and T.T. Veblen. 2009. Widespread increase of tree mortality rates in the western United States. Science 323:521-524.

Van Riper, C., III and D. Willey. 1992. Habitat ecology of Mexican spotted owls on the Colorado Plateau: annual report. Cooperative Park Service Study Unit, Northern Arizona University, Flagstaff, USA.

Verner, J. 1997. Conservation strategies for spotted owls in relation to concepts of dynamic equilibria. Pp. 23-33 in S. Sommarstrom (ed.), Proceedings—6th biennial watershed management conference. Water Resources Center, Report 92. University of California, Davis, USA.

Verner, J., R.J. Gutiérrez, and G.I. Gould, Jr. 1992. The California spotted owl: general biology and ecological relations. Pp. 55-77 in J. Verner, K.S. McKelvey, B.R. Noon, R.J. Gutiérrez, G.I. Gould, Jr., and T.W. Beck. The California spotted owl: a technical assessment of its current status. USDA Forest Service, General Technical Report, PSW-GTR-133, Pacific Southwest Research Station, Albany, California, USA.

Vickery, W.L. and J.R. Bider. 1981. The influence of weather on rodent activity. Journal of Mammalogy 62:140-145.

BLM_0071600

Wade, A.A. and D.M. Theobald. 2010. Residential development encroachment on U.S. protected areas. Conservation Biology 24:151-161.

Wagner, P.W., C.D. Marti, and T.C. Boner. 1982. Food of the spotted owl in Utah. Journal of Raptor Research 16:27-28.

Ward, J.P., Jr. 2001. Ecological responses by Mexican spotted owls to environmental variation in the Sacramento Mountains, New Mexico. Dissertation, Colorado State University, Fort Collins, USA. Available from: http://rydberg.biology.colostate.edu/research/JPWard.

Ward, J.P., Jr. 2004. Relationships among herbaceous plants, voles, and Mexican spotted owls in the Sacramento Mountains: a review of current knowledge and procedures for monitoring vole habitat conditions in key grazing areas. Unpublished Technical Report, USDA Forest Service, Lincoln National Forest, Alamogordo, New Mexico, USA.

Ward, J.P., Jr., and W.M. Block. 1995. Chapter 5: Mexican spotted owl prey ecology. Pp. 1-48 *in* Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II. USDI Fish and Wildlife Service Albuquerque, New Mexico, USA. Available from: http://mso.fws.gov/recovery-plan.htm.

Ward, J.P., Jr., A.B. Franklin, S.E. Rinkevich, and F. Clemente. 1995. Chapter 1: Distribution and abundance of Mexican spotted owls. Pp. 1-14 *in* Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II. USDI Fish and Wildlife Service, Albuquerque, New Mexico, USA. Available from: http://mso.fws.gov/recovery-plan.htm.

Ward, J.P., Jr., R.J. Gutiérrez, and B.R. Noon. 1998. Habitat selection by northern spotted owls: the consequences of prey selection and distribution. Condor 100:79-92.

Ward, J.P. and A. Moors. 2011. Occupancy and reproductive success of Mexican spotted owls in the Pinaleño Mountains, Safford Ranger District, Arizona. Final Report Submitted to the Coronado National Forest Supervisor's Office, Tucson, AZ. 49pp.

Ward, J.P., Jr. and D. Salas. 2000. Adequacy of roost locations for defining buffers around Mexican spotted owl nests. Wildlife Society Bulletin 28:688-698.

Wauer, R. 1996. A field guide to birds of the Big Bend. Second edition. Gulf Publishing Company, Houston, Texas, USA.

Weathers, W.W, P.J. Hodum, and J.A. Blakesley. 2001. Thermal ecology and ecological energetics of California spotted owls. Condor 103:678-690.

Weaver, H. 1951. Fire as an ecological factor in the southwestern ponderosa pine forests. Journal of Forestry 49:93-98.

Webb, B. 1983. Distribution and nesting requirements of montane forest owls in Colorado. Part IV: spotted owl (*Strix occidentalis*). Colorado Field Ornithology 17-28.

BLM_0071601

Weiss, J.L. and J.T. Overpeck. 2005. Is the Sonoran Desert losing its cool? Global Change
    Biology 11:2065-2077.

Welty, J.C. 1975. The life of birds. 2nd edition. W.B. Saunders Company, Philadelphia,
    Pennsylvania, USA.

West, N.E. 1983. Western intermountain sagebrush steppe. Pp. 351-374 *in* N.E. West (ed.),
    Temperate deserts and semi-deserts. Elsevier Press, New York, New York, USA.

Westerling, A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam. 2006. Warming and earlier
    spring increase western U.S. forest wildfire activity. Science 313:940-943.

White, G.C. and K.P. Burnham. 1999. Program MARK: survival estimation from populations of
    marked animals. Bird Study 46 (Supplement):120-138.

White, G.C., K.P. Burnham, and D.R. Anderson. 2001. Advanced features of program MARK.
    Pp. 368-377 *in* R. Field, R.J. Warren, H. Okarma, and P.R. Sievert (eds.), Wildlife, land,
    and people: priorities for the 21st Century. Proceedings of the second international
    wildlife management congress. The Wildlife Society, Bethesda, Maryland, USA.

White, G.C., A.B. Franklin, and J.P. Ward, Jr. 1995. Population biology. Chapter 2. Pp. 1-2 *in*
    USDI Fish and Wildlife Service, Recovery plan for the Mexican spotted owl (*Strix
    occidentalis lucida*), volume II. Technical supporting information. Albuquerque, New
    Mexico, USA. Available from: http://mso.fws.gov/recovery-plan.htm.

White, K. 1996. Comparison of fledging success and sizes of prey consumed by spotted owls in
    northwestern California. Journal of Raptor Research 30:234-236.

Willey, D.W. 1993. Effects of livestock grazing on grassland birds in Capitol Reef National
    Park, Utah. National Park Service, Technical Report, NPS/NAUCARE/NRTR-94/05.
    Flagstaff, AZ.

Willey, D.W. 1995. Mexican spotted owls in canyonlands of the Colorado Plateau. Pp. 330-331
    *in* E.T. LaRoe, G.S. Farris, C.E. Puckett, P.D. Doran, and M.J. Mac (eds.), Our living
    resources: a report to the nation on the distribution, abundance, and health of U.S. plants,
    animals, and ecosystems. USDI National Biological Service, Washington, DC, USA.

Willey, D.W. 1996. Distribution and status of peregrine falcons and Mexican spotted owls in
    Capitol Reef National Park and the Escalante and Dirty Devil River corridors. National
    Park Service, Technical Report, PX-1350-9-0124, Capitol Reef National Park, Utah,
    USA.

Willey, D.W.1998a. Influence of fire on Mexican spotted owls in Saguaro National Park.
    Arizona Game and Fish Department, Final Report, Heritage Fund Program I96029,
    Phoenix, USA.

BLM_0071602

Willey, D.W. 1998b. Movements and habitat utilization by Mexican spotted owls within the canyonlands of Utah. Dissertation, Northern Arizona University, Flagstaff, USA.

Willey, D.W. 2002a. Assessing the impact of scale on the performance of GIS habitat models for Mexican spotted owl in Utah. Unpublished Report, Utah Division of Wildlife Resources, Salt Lake City, USA.

Willey, D.W. 2002b. Field test of a GIS model for breeding habitat of Mexican spotted owls in Grand Staircase-Escalante National Monument. Unpublished Report, USDI Bureau of Land Management, Grand Staircase-Escalante National Monument, Kanab, Utah, USA.

Willey, D.W. 2007. Ecology of small mammals within spotted owl nest areas in Grand Staircase-Escalante National Monument. Final Report, Grand Staircase-Escalante National Monument, Kanab, Utah, USA. 38 p.

Willey, D.W. 2010. Effects of canyoneering on Mexican spotted owls in Zion and Capitol Reef National Parks and adjacent BLM lands. Annual Report, National Park Service, Zion National Park, Springdale, Utah, USA. 38 p.

Willey, D. and R. Weber. 2003. GIS models predicting Mexican spotted owl habitat in the canyonlands of Utah. Annual report, 2003. Utah Division of Wildlife Resources, Salt Lake City, Utah, USA.

Willey, D.W. and D. Spotskey. 1997. GIS habitat model for Mexican spotted owl habitat in Utah. Unpublished Report, Utah Division of Wildlife Resources, Salt Lake City, USA.

Willey, D.W. and D. Spotskey. 2000. GIS habitat model for Mexican spotted owl habitat in Utah. Unpublished Report, Utah Division of Wildlife Resources, Salt Lake City, USA.

Willey, D.W. and C. Van Riper, III. 1998. Ecology of Mexican spotted owls (*Strix occidentalis lucida*) in the canyonlands of southern Utah and potential relationships to the GSENM. Pp. 219-228 *in* Learning from the past: Grand Staircase-Escalante National Monument science symposium proceedings. USDI Bureau of Land Management, Grand Staircase-Escalante National Monument, Kanab, Utah, USA.

Willey, D.W. and C. Van Riper, III. 2000. First-year movements by juvenile Mexican spotted owls in the canyonlands of Utah. Journal of Raptor Research 34:1-7.

Willey, D.W. and C. Van Riper, III. 2007. Home range characteristics of Mexican spotted owls in the canyonlands of Utah. Journal of Raptor Research 41:10-15.

Willey, D.W. and R.V. Ward. 2004. Mexican spotted owl distribution and habitat within Grand Canyon National Park. Pp. 328-334 *in* D. Harmon, B.M. Kilgore, and G.E. Vietzke (eds.), Protecting our diverse heritage: the role of parks, protected areas, and cultural sites. Proceedings of the 2003 George Wright Society/National Park Service joint conference. The George Wright Society, Hancock, Michigan, USA.

BLM_0071603

Willey, D.W. and H.C. Willey. 2010. Ecology of small mammals within spotted owl nest areas in Grand Staircase-Escalante National Monument. Pp. 463-480 *in* Learning from the land: Grand Staircase-Escalante National Monument science symposium proceedings. USDI Bureau of Land Management, Grand Staircase-Escalante National Monument, Kanab, Utah, USA.

Willey, D.W., M. Zambon, and F. Howe. 2007. Predicting Mexican spotted owl habitat using a geographic information system and AIC-based habitat models in canyonlands of Utah. Final Technical Report, Utah Division of Wildlife Resources, Salt Lake City, USA.

Williams, J.L. 1986. New Mexico in Maps. University of New Mexico Press, Albuquerque, USA.

Williams, S.O., III. 1993. Winter season 1992-93: New Mexico. North American Birds 47:286-288.

Williams, S.O., III. 2004. Spring season 2004: New Mexico. North American Birds 58:410-413.

Williams, S. O., III (ed.). 2005. New Mexico. North American Birds 59:121-125.

Williams, S.O., III and R.W. Skaggs. 1993. Distribution of the Mexican spotted owl (*Strix occidentalis lucida*) in Mexico. Unpublished Report, New Mexico Department of Game and Fish, Santa Fe, New Mexico, USA.

Wilson, E.D. 1962. A resume of the Geology of Arizona. University of Arizona Press, Tucson, USA.

Winward, A.H. 2000. Monitoring the vegetation resources in riparian areas. USDA Forest Service, General Technical Report, RMRS-GTR-47, Rocky Mountain Research Station, Fort Collins, Colorado, USA

Woodhouse, CA. and J.T. Overpeck. 1998. 2000 years of drought variability in the central United States. Bulletin of the American Meteorological Society 79: 2693-2714.

Worrall J.J.and M.L. Fairweather. 2009. Decay and discoloration of aspen. Forest Insect and Disease Leaflet 149, USDA Forest Service, Pacific Northwest Region, Portland, Oregon, USA. 8 p.

Young, B., E. Byers, K. Gravuer, K. Hall, G. Hammerson, and A. Redder. 2010. Guidelines for using the NatureServe climate change vulnerability index. NatureServe, Arlington, Virginia, USA. 54 p.

Young, K.E. 1996. Density, habitat relationships, and diet composition of spotted owl in the Sierra Madre Occidental, Chihuahua, Mexico. M.S. Thesis, New Mexico State University, Las Cruces, USA.

BLM_0071604

Young, K.E., A.B. Franklin, and J.P. Ward. 1993. Infestation of northern spotted owls by hippoboscid (Diptera) flies in northwestern California. Journal of Wildlife Diseases 29:278-283.

Young, K.E., R. Valdez, P.J. Zwank, and W.R. Gould. 1998. Density and roost site characteristics of spotted owls in the Sierra Madre Occidental, Chihuahua, Mexico. Condor 100:732-736.

Young, K.E., P.J. Zwank, R. Valdez, J.L. Dye, and L.A. Tarango. 1997. Diet of Mexican spotted owls in Chihuahua and Aguascalientes, Mexico. Journal of Raptor Research 31:376-380.

Youngblood, A.P. and R.L. Mauk. 1985. Coniferous forest habitat types of central and southern Utah. USDA Forest Service, General Technical Report, INT-187, Intermountain Research Station, Ogden, Utah, USA.

Zabel, C.J., K. McKelvey, and J.P. Ward. 1995. Influence of primary prey on home-range size and habitat-use patterns of northern spotted owls (*Strix occidentalis caurina*). Canadian Journal of Zoology 73:433-439.

Zimmerman, G.S., R.J. Gutiérrez, and W.S. LaHaye. 2007. Finite study areas and vital rates: sampling effects on estimates of spotted owl survival and population trends. Journal of Applied Ecology 44: 963-971.

Zimmerman, G.S., W.S. LaHaye, and R.J. Gutiérrez. 2003. Empirical support for a despotic distribution in a California spotted owl population. Behavioral Ecology 14: 433-437.

Zimmerman, G.T. and L.F. Neuenschwander. 1984. Livestock grazing influences on community structure, fire intensity, and fire frequency within the Douglas-fir/ninebark habitat type. Journal of Range Management 37: 104-110.

Zwank, P.J., K.W. Kroel, D.M. Levin, G.M. Southward, and R.C. Rommé. 1994. Habitat characteristics of Mexican spotted owls in southern New Mexico. Journal of Field Ornithology 65:324-334.

BLM_0071605

**APPENDIX A - RECOVERY TEAM MEMBERSHIP**

**Current Team Members**

BRENT BIBLES
Education: B.S., Fisheries and Wildlife, Utah State University, 1987;
M.S. Wildlife and Fisheries Science, University of Arizona, 1992;
Ph.D. Wildlife and Fisheries Science, University of Arizona, 1999.
Current Position: Assistant Professor, of Wildlife Ecology, Center for Narural Resource Management and Protection, Unity College, Unity, Maine
Expertise: Avian ecology; wildlife-habitat relationships; threatened and endangered species conservation

WILLIAM M. BLOCK, Team Leader
Education: B.A., Economics, San Diego State University, 1974
B.S., Wildlife Biology Michigan State University, 1981
M.S., Wildlife Biology, Humboldt State University, 1985
Ph.D., Wildland Resource Science, University of California Berkeley, 1989
Current Position: Program Manager, Wildlife and Terrestrial Ecosystems, US Forest Service, Rocky Mountain Research Station, Flagstaff, AZ
Expertise: Wildlife biology; prey ecology; fire effects on wildlife; effects of fuels reduction on wildlife

JON COOLEY
Education: B.S., Wildlife Ecology, University of Arizona, 1982
M.B.A., WP Carey School of Business, Arizona State University, 1985.
Current Position: Region I Supervisor, Arizona Game and Fish Department; Pinetop, Arizona
Expertise: Endangered species program management; natural resource enterprise management; wildlife agency management/administration

JUAN MARIO CIRETT GALAN
Education: Ecologist
Current Position: Director, Ajos Bavispe National Forest Reserve and Wildlife Refuge, Sonora, Mexico
Expertise: Wildlife management (birds and mammals), natural resources management, protected areas planning

153

BLM_0071606

JOSEPH L. GANEY
> Education:  B.S., Wildlife Management, Humboldt State University, 1981
> M.S., Biology, Northern Arizona University, 1988
> Ph.D., Zoology, Northern Arizona University, 1991
> Current Position:  Research Wildlife Biologist, USDA Forest Service, Rocky
> Mountain Research Station, Flagstaff, AZ.
> Expertise:  Ecology of Mexican spotted owl; prey ecology; snag dynamics;
> wildlife-habitat relationships

SHAULA J. HEDWALL
> Education:  B.S., Natural Resource Sciences, Washington State University, 1993
> M.S., Forestry, Northern Arizona University, 2000
> Current Position:  Senior Fish and Wildlife Biologist, U.S. Fish and Wildlife
> Service, Flagstaff, AZ
> Expertise:  Threatened and endangered species conservation; forest and fire
> ecology; spotted owl ecology; aquatic species ecology and management

FRANK P. HOWE
> Education:  B.A., Anthropology, St. Cloud State University, 1982
> B.A., Biology, St. Cloud State University, 1982
> M.S., Wildlife Science, South Dakota State University, 1986
> Ph.D., Wildlife Biology Colorado State University, 1993
> Current Position:  University Research Liaison, Utah Division of Wildlife
> Resources; Assistant Professor, Department of Wildland Resources, Utah State
> University
> Expertise:  Avian ecology; neotropical migratory birds; riparian ecology; wildlife-
> habitat relationships; conservation

J. MARK KAIB
> Education:  B.S., Environmental Resource Sciences, Arizona State University,
> 1992
> M.S., Watershed Management, University of Arizona, 1998
> M.S., Arid Lands Resource Sciences, University of Arizona, 2005
> Current Position:  Deputy Regional Fire Coordinator, U.S. Fish and Wildlife
> Service, Southwest Region 2, Albuquerque, NM
> Expertise:  Fire history and ecology; dendrochronology; fire effects; monitoring;
> burned area rehabilitation and restoration; planning

DAVID KLUTE
> Education:  B.S., Fisheries and Wildlife, University of Missouri, 1992
> M.S., Biology, Kansas State University, 1994
> Ph.D., Wildlife and Fisheries Science, Pennsylvania State University, 1999
> Current Position:  Bird Conservation Coordinator, Colorado Division of Wildlife,
> Denver, CO
> Expertise:  Avian ecology; bird population monitoring; wildlife-habitat
> relationships.

BLM_0071607

**CAY OGDEN**

Education:  B.S., Biology, Boise State University, 1979;
M.S. coursework Wildlife Management, University of Idaho, 1981-85.
Current Position:  Regional Wildlife Ecologist, Intermountain Region, National Park Service, Denver, Colorado.
Expertise:  Wildlife biology; ESA Section 7 consultation and recovery planning

**SARAH E. RINKEVICH**

Education:  B.S., Wildlife and Fisheries Science, University of Arizona, 1987;
M.S., Wildlife Biology, Humboldt State University, 1991.
Ph.D., Conservation Genetics, Traditional Ecological Knowledge, University of Arizona.
Current Position:  Wildlife Biologist, U.S. Fish and Wildlife Service
Expertise:  Wildlife ecology; threatened and endangered species; conservation; conservation genetics.

**JESÚS LIZARDO CRUZ ROMO**

Education:  Biologist, Universidad Nacional Autónoma de México (UNAM), 1998.
Current Position:  Assistant Director for Conservation of Priority Species.
Expertise:  Wildlife conservation; species at risk actions plans; binational collaboration for wildlife recovery.

**JERRY SIMON**

Education:  B.S. Range and Forest Management – Colorado State University 1975
Current Position:  Forester, Southwestern Region, FS
Expertise:  Silviculture; forest management

**STEVEN L. SPANGLE, Team Liaison**

Education:  B.S. Wildlife Management, Humboldt State University, 1977
Current Position:  Field Supervisor, U.S. Fish and Wildlife Service, Arizona Ecological Services Office, Phoenix
Expertise:  Wildlife management, raptor ecology; Endangered Species Act

**J. ROBERT VAHLE**

Education:  B.S. Wildlife Biology, Arizona State University, 1970
M. S. Zoology, Arizona State University, 1978
Current Position:  Retired - Wildlife Biologist (22 Years U.S. Forest Service, 13 Years Arizona Game and Fish Department, 3 Years Intermountain West Joint Venture).
Expertise:  Forest/range ecology and management related to wildlife habitat needs.

BLM_0071608

HIRA A. WALKER
>Education:  B.A. Biology, Environmental Studies, University of California at Santa Cruz, 1995; Ph.D. Biology, University of New Mexico, Albuquerque, 2005.
>Current Position:  Non-game and Endangered Species Ornithologist, New Mexico Department of Game and Fish, Santa Fe, New Mexico.
>Expertise:  Bird conservation and management; stopover ecology; avian use of exotic vegetation; avian population monitoring techniques.

JAMES P. WARD JR
>Education:  B.S., Wildlife Biology, Humboldt State University, 1985;
>M.S., Natural Resources (Wildlife Management option), Humboldt State University, 1990;
>Ph.D., Zoology, Colorado State University, Fort Collins, Colorado, 2001;
>Current position:  Senior Ecologist, FWS National Wildlife Refuge System, I&M Program
>Expertise:  Spotted owl ecology; wildlife population ecology; resource monitoring.

GARY C. WHITE
>Education:  B.S., Fisheries and Wildlife Biology, Iowa State University, 1970;
>M.S., Wildlife Biology, University of Maine-Orono, 1972;
>Ph.D., Zoology, Ohio State University, 1976;
>Current Position:  Professor Emeritus, Department of Fish, Wildlife, and Conservation Biology, Colorado State University, Fort Collins, Colorado.
>Expertise:  Quantitative methods; population dynamics.

DAVID W. WILLEY
>Education:  B.A. Biology, 1981. Point Loma College, San Diego.;
>M.S. Wildlife Ecology, 1988. Colorado State University, Fort Collins;
>Ph.D. Zoology, 1998. Northern Arizona University.
>Current Position:  Adjunct Professor and Research Associate, Department of Ecology, Montana State University
>Expertise:  Wildlife ecology and management; raptor ecology; occupancy modeling and habitat analyses; small mammal ecology; university teaching.

GARY K. ZIEHE
>Education:  B.S. Range Science, 1982. Texas A&M University, College Station;
>M.S. Animal Breeding, 1989. Texas A&M University, College Station; Ph.D. Animal Breeding and Reproduction, 1993. Oklahoma State University, Stillwater.
>Current Position:  Ecosystems Staff Officer, Lincoln National Forest, Alamogordo, NM.
>Expertise:  Rangeland ecology, quantitative genetics, biometrics

BLM_0071609

**Past Team Members** (Affiliation when serving on team)

REGIS CASSIDAY, USDA Forest Service, Southwestern Region (retired)
PAT CHRISTGAU, Arizona Game and Fish Department, Phoenix AZ
FERNANDO CLEMENTE, Colegio De Postgraduados, Campus San Luis Potisi, Mexico
JERRY CRAIG, Colorado Division of Wildlife, Fort Collins, CO
JAMES DICK, USDA Forest Service, Southwestern Region, Albuqurque, NM
ALAN FRANKLIN, Colorado State University, Fort Collins, CO
WIL MOIR, USDA Forest Service, Rocky Mountain Research Station, Flagstaff, AZ
(retired)
THOMAS SPALDING, Arizona Game and Fish Department, Phoenix AZ (retired)
STEVEN THOMPSON, San Carlos Apache Tribe, San Carlos, AZ
DEAN URBAN, Colorado State University, Fort Collins, CO, and Duke University,
Durham, NC
SARTOR O. WILLIAMS III, New Mexico Game and Fish Department, Santa Fe, NM
(retired)

157

## APPENDIX B - ECOLOGY OF THE MEXICAN SPOTTED OWL

This Appendix provides details on the biology and ecological relationships of the Mexican spotted owl (*Strix occidentalis lucida*).  These details provided the background for recovery planning, but a lengthy discussion of ecology in the body of this Recovery Plan was considered too distracting.  Thus, we provide the information here for the interested reader.

This Appendix is intended to be an overview of this subspecies' biological characteristics and ecological relationships germane to recovering its populations.  Emphasis is placed on information developed since the original Recovery Plan was published (USDI FWS 1995).  Although major information gaps still exist, our understanding of the Mexican spotted owl's natural history has increased since 1995.  In particular, the number of sites known to be occupied by Mexican spotted owls in canyon environments has greatly increased since that time.  Thus, we also provide additional detail about the ecology of canyon-dwelling individuals, particularly when different from other Mexican spotted owls.

We have included results from both published and unpublished references, based on a search of the literature through 15 Dec 2011.  Although we prefer to rely on published information, considerable information regarding the Mexican spotted owl resides in unpublished reports.  This summary is not exhaustive, because it is impossible to include or even locate every unpublished report.  We have attempted to make it reasonably comprehensive, however, realizing that most biologists, resource managers, or other interested parties may not have time to locate and read the numerous references summarized here.  In addition, a wealth of information exists for two other subspecies of spotted owls.  Although different in some respects, many aspects of the owl's biology and ecology are similar among subspecies.  Where appropriate, information from other subspecies was included for comparison or where data were limited regarding the Mexican subspecies.

## 1.  Taxonomy and Genetics

A.  Systematics

Knowledge of taxonomic relationships of threatened species is critical to their protection and recovery, particularly where protection is based on subspecific status, as is the case with the Mexican spotted owl.  This owl is one of three subspecies of spotted owl recognized by the American Ornithologists' Union (AOU) in its last checklist that included subspecies (AOU 1957:285).  The other two subspecies are the northern (*S. o. caurina*) and the California (*S. o. occidentalis*) spotted owls.

Taxonomists have debated the systematics of the Mexican spotted owl for decades.  The Mexican subspecies was first described from a specimen collected at Mount Tancitaro, Michoacán, Mexico and named *Syrnium occidentale lucidum* (Nelson 1903).  All subspecies of spotted owl were later assigned to the genus *Strix* (Ridgway 1914) and the subspecific name for the Mexican spotted owl was changed to *lucida* to conform to taxonomic standards.
Swarth (1910, 1914) split the Arizona population of spotted owls out as *S. o. huachucae*, noting that they were paler than *S. o. lucida*.  Ridgway (1914) applied the name *huachucae* to owls from Arizona east to the Guadalupe Mountains in Texas.  In contrast, Oberholser (1915) concluded

BLM_0071611

that *huachucae* was a synonym of *lucida*, and this taxonomic designation was followed by the AOU (1957). Monson and Phillips (1981) continued to recognize *huachucae* for Arizona owls, however, and Dickerman (1997) split the Mexican spotted owl into three subspecies, based on plumage differences noted in an examination of museum specimens. He proposed recognizing owls from the southwestern U.S. and northern Mexico (Sonora and Chihuahua) as *huachucae*, with a new subspecies, designated as the volcano owl (*S. o. juanaphillipsae*), recognized in the state of Mexico, and *lucida* occurring between the ranges of *huachucae* and *juanaphillipsae*. This debate over the subspecific status of the Mexican spotted owl continues today (Haig et al. 2004a, Funk et al. 2008).

The Mexican subspecies is geographically isolated from both the California and northern subspecies (Fig. B.1), with only a trace of historical genetic contribution within the range of the northern spotted owl (Funk et al. 2008). Using electrophoresis to examine allozyme variation, Barrowclough and Gutiérrez (1990) found a major allelic difference between the Mexican spotted owl and the two coastal subspecies. They concluded from this difference that the Mexican spotted owl was isolated genetically from the other subspecies for considerable time, has followed a separate evolutionary history, and therefore could be considered a separate species (Barrowclough and Gutiérrez 1990:742). Most other recent studies (Barrowclough et al. 1999, Haig et al. 2001, Funk et al. 2008), as well as a recent review of all published and unpublished genetic data (Fleischer et al. 2004) also supported designation of the Mexican spotted owl as an Evolutionarily Significant Unit. In a somewhat divergent view, Haig et al. (2004a) found little evidence to support subspecific differences between the California and Mexican subspecies on the basis of molecular genetics. Nevertheless, they suggested that these populations should be managed separately because of their current geographic separation (Haig et al. 2004a). Most recently, Funk et al. (2008) reported evidence of introgression of Mexican spotted owls into the northern portion of the range of the northern spotted owl, and suggested that this resulted from long-distance dispersal of Mexican spotted owls. We are unsure how to interpret these results, as this would require dispersal over distances that greatly exceed any documented movements of spotted owls, and no other studies have reported similar findings. Funk et al. (2008) supported recognition of three subspecies of spotted owls despite this introgression, however.

Two other species within the genus *Strix* occur north of Mexico: barred (*S. varia*), and great gray (*S. nebulosa*) owls. The great gray owl is a northern species that does not occur within the range of the Mexican spotted owl. Historically, barred owls also did not occur in sympatry with Mexican spotted owls within the U.S. However, unconfirmed sightings of both species have been reported from the vicinity of Big Bend National Park in southern Texas in recent times (Wauer 1996), and there are recent confirmed records of barred owls in northern and eastern New Mexico (Williams 2005, cited in Cartron 2010; H. Walker, NMGFD, pers. comm.). Whether these confirmed records indicate a range expansion by barred owls or simply vagrant individuals is unknown at this time.

BLM_0071612



**Figure B.1**. Range map of three subspecies of spotted owls.

BLM_0071613

Mexican spotted, barred, and fulvous (*S. fulvescens*) owls all occur in Mexico, and they are sometimes considered as a "superspecies" (Holt et al. 1999:199-200). The ranges of the Mexican spotted and barred owl may or may not overlap in Mexico (Williams and Skaggs 1993, Howell and Webb 1995); little is known about local distributional patterns and habitats occupied in this zone of apparent overlap (Enriquez-Rocha et al. 1993). The fulvous owl does not appear to be sympatric with Mexican spotted owls in Mexico (but it may overlap the distribution of the barred owl slightly, Holt et al. 1999:198-200).

Patterns of range overlap may have significant implications for Mexican spotted owls. Barred owls are known to hybridize with northern spotted owls in the Pacific Northwest (Hamer et al. 1994; Dark et al. 1998; Haig et al. 2004b; Kelly and Forsman 2004; Funk et al. 2007; also see Gutiérrez et al. 2004, 2007). This hybridization is occurring in a relatively recent zone of contact caused by a rapid range expansion by barred owls into the range of the northern spotted owl in the Pacific Northwest (Taylor and Forsman 1976; Dark et al. 1998; Kelly 2001; Gutiérrez et al. 2004, 2007). Both hybrids between spotted and barred owls and backcrosses between these hybrids and the parental types have been found throughout much of the range of the northern spotted owl.

The implications of this hybridization for populations of northern spotted owls are currently unknown. Genetic analyses clearly indicate that spotted and barred owls are distinct species with no indication of previous gene flow across species boundaries (Haig et al. 2004b, Funk et al. 2007). Closely related species occasionally hybridize naturally, especially where habitat disruption has led to contact between previously geographically isolated species (Short 1965, 1972). Kelly and Forsman (2004) noted that relatively few hybrids of spotted and barred owls have been identified to date, and they suggested that other isolating mechanisms (e.g., behavior or habitat selection) may be working effectively to maintain hybridization at low levels.

Holt et al. (1999:198) reported occasional hybridization between spotted and barred owls in Mexico but did not elaborate on sources for this information. Given the situation in the recent zone of contact discussed above for the Pacific Northwest, it seems likely that hybridization between Mexican spotted and barred owls could increase if barred owls expand their range further into the range of the Mexican spotted owl. For discussion of other potential interactions between spotted and barred owls, see *Interspecific Competition*.

B. Genetic Structure of Mexican Spotted Owl Populations

Knowledge of genetic structure of threatened populations can aid in conserving and recovering those populations. Barrowclough et al. (2006) investigated genetic structuring in Mexican spotted owl populations. Genetic diversity was high in most populations sampled, with approximately 17 and 7.5% of observed genetic variation distributed among populations and physiographic regions, respectively. Their data suggested substantial gene flow among populations sampled in the Mogollon Rim – Upper Gila Mountains (UGM) region of central Arizona and New Mexico, with more restricted gene flow among other populations. The relatively dense population in the Sacramento Mountains showed evidence of isolation from other populations. Barrowclough et al. (2006) concluded that viability of the Sacramento Mountains population depends largely on internal population dynamics, suggesting that

BLM_0071614

managers should maintain sufficient habitat to support a viable population in this range. Some smaller populations appeared to depend on immigration from larger concentrations of owls in the UGM region. Barrowclough et al. (2006) concluded that maintaining stepping stone habitat fragments between the large UGM populations and other populations in the rest of the range would aid in maintaining viable populations of Mexican spotted owls (see additional discussion in sections on Landscape Connectivity and Metapopulation Ecology).

## 2. Description

### A. Appearance

All three subspecies of the spotted owl are mottled in appearance with irregular white and brown spots on its otherwise brown abdomen, back, and head (Gutiérrez et al. 1995). White spotting on brown breast feathers is one characteristic that distinguishes the spotted owl from the barred owl, which has brown and white vertical streaks on its breast (Fig. B.2). Both spotted and barred owls have dark eyes in contrast to other medium to large North American owls that have lighter colored irises (the small flammulated owl [*Otus flammeolus*] also has dark irises). Both spotted and barred owls lack external ear tufts, and the head has a rounded appearance. The large round facial disk has indistinct concentric circles around both eyes.

The three subspecies of spotted owls exhibit color variation in their body plumage. White spots of the Mexican spotted owl are generally larger and more numerous than in the other two subspecies, giving it a lighter appearance (*Strix occidentalis* translates as "owl of the west" and *lucida* means "light" or "bright"; Ganey 1998). Both remiges (wing feathers) and retrices (tail feathers) are dark brown barred with lighter brown and white.

Adult male and female spotted owls are mostly monochromatic in plumage, but several age classes can be distinguished by plumage (Forsman 1981, Moen et al. 1991). Juvenile spotted owls (hatching to approximately five months) have a downy appearance (Fig. B.2), which persists around the head even after the flight feathers grow in (i.e., until late August or September of their hatch year). Subadults (5 to 26 months) closely resemble adults but have pointed retrices with a pure white terminal band (Forsman 1981, Moen et al. 1991). Two age classes of subadults (first- and second-year, respectively; Fig. B.3) generally can be recognized, based on the amount of wear to the tips of the rectrices and the date of observation (Moen et al. 1991). The retrices of adults (>27 months) have rounded tips, and the terminal band is mottled brown and white (Fig. B.3).

The spotted owl is a medium-sized owl and ranks fifth largest among the 19 North American owl species (Johnsgard 1988). Like many other raptors, spotted owls exhibit reversed sexual dimorphism where females are larger than males. Adult male Mexican spotted owls ($n = 68$) average $509 \pm 33$ (SD) g, and adult females ($n = 68$) average $569 \pm 44$ g (Gutiérrez et al. 1995). There appears to be clinal variation among the three subspecies in a number of morphological characteristics, with size (or mass) generally largest in the northern subspecies, intermediate in the California subspecies, and smallest in the Mexican subspecies (Gutiérrez et al. 1995).

BLM_0071615





**Figure B.2**.  Appearance of adult Mexican spotted (top left) and barred (top right) owls.  Note spotting on the breast of the Mexican spotted owl versus vertical barring on the breast of the barred owl.  Lower photo shows a juvenile (young of the year) with downy body plumage. Compare downy head of juvenile to head of female adult visible behind the juvenile.  Photos: Top left: J. L Ganey, Bottom:  J P. Ward, Jr. Barred owl photo downloaded from: http://www.fws.gov/southeastlouisiana/images/habitat_mgt_images/barred_owl.jpg.

BLM_0071616



**Figure B.3.** Photos showing tips of tail feathers of three age classes of spotted owls with non-downy body or head plumage (photos from Moen et al. 1991). From left to right are: first-year subadult (note tips are pointed and tufted, and terminal band is pure white); second-year subadult (note tips are pointed and retain the pure white terminal band, but tufts have worn away); and, adult (note rounded tip, and mottled brown spots in white terminal band). Young of the year also have pointed and tufted tips but also have downy body or head plumage.

B. Vocalizations

The spotted owl, being territorial and primarily nocturnal, is heard more often than seen. It has a wide repertoire of calls (Forsman et al. 1984, Ganey 1990), most of which are relatively low in pitch and composed of pure tones (Fitton 1991). The low frequencies and pure tones characteristic of these calls suggest that they are well-suited for accurate long-distance communication through areas of relatively dense vegetation (Fitton 1991, see also Morton 1975, Forsman et al. 1984). This likely is important in a nocturnally active animal that ranges over large areas and that needs to communicate effectively with both its mate and neighboring owls across large distances (Ganey 1990).

Male and female spotted owls can be distinguished by their calls. Males have a deeper voice than females (Forsman et al. 1984) and generally call more often than females (Ganey 1990). There also appears to be intrasexual variation in calling rates (Laymon 1988, Ganey 1990).

Forsman et al. (1984) described 14 calls for the northern spotted owl, at least 10 of which also are used by Mexican spotted owls in Arizona (Ganey 1990). Both sexes use most calls, but the frequency with which call types are used varies among sexes (Forsman et al. 1984). The most common vocalization, used more often by males (Ganey 1990, Kuntz and Stacey 1997), is a series of four unevenly spaced hoots (four-note location call; Forsman et al. 1984, see also Fitton 1991). Females frequently use a clear whistle ending with an upward inflection (contact call; Forsman et al. 1984) as well as a series of sharp barks (bark series; Forsman et al. 1984, Ganey 1990).

Mexican spotted owls call mainly from March to November and are relatively silent from December to February (Ganey 1990). Calling activity increases from March through May (although nesting females are largely silent during April and early May) and then declines from June through November (Ganey 1990). Ganey (1990) reported that calling activity was greatest

BLM_0071617

during the 2-hour period following sunset, with smaller peaks 4 to 8 hrs after sunset and just before sunrise.

Mexican spotted owls studied by Ganey (1990) called more than expected during the last quarter and new moon phases of the lunar cycle, and they called most frequently on calm, clear nights when no precipitation was falling. Forsman (1983) reported that northern spotted owls also called most frequently on calm, clear nights, whereas the generality of the relationship between moon phase and calling rates is unknown. Calling bouts of Mexican spotted owls lasted approximately twice as long when the focal owls' mate also was calling and over three times as long when "other" owls were calling (Ganey 1990). In most cases, the other owls calling were neighboring Mexican spotted owls or great horned owls (*Bubo virginianus*).

Fitton (1991) and Kuntz (1998) studied variability among calls of spotted owls in northwestern California and New Mexico, respectively. Fitton (1991) found significant differences between call structure of neighboring and non-neighboring owls, with variance in call structure lower among neighboring owls than among non-neighbors. Similarly, Kuntz (1998) identified population-level differences among calls of populations of Mexican spotted owls in different mountain ranges. These findings suggest that spotted owls are able to use vocal learning to make fine adjustments to call structure (Fitton 1991). This development of a local dialect could allow owls to identify their neighbors without needing to be able to identify specific individuals. The ability to distinguish neighbors from non-neighbors by calls could provide a means to identify intruders, and thus trigger territorial defense when it is most needed. The ability to distinguish between neighboring and non-neighboring owls could be particularly important if owls are not able to identify individuals by their calls. Whether or not these owls can identify individuals by their calls is unknown at this time. However, researchers can recognize individual male Mexican spotted owls using multivariate analysis of call structure (Kuntz 1998). Given the frequent vocal communication that occurs between mated owls during the nesting season, and the overall importance of vocal communication to a nocturnal, territorial animal, we would be surprised if spotted owls could not identify individuals by their vocalizations.

The fact that spotted owls are territorial and respond to calls is important in the context of research and management. Acoustic lure surveys (Reid et al. 1999) are used to locate owls for both research and management activities (see Appendix D: Survey Protocol). These surveys are proven to be effective at locating spotted owls (Reid et al. 1999), but the influences of factors such as topography, vegetation, and distance on survey effectiveness are poorly understood. In a preliminary analysis, Bowles et al. (2002) demonstrated that Mexican spotted owls could be detected at distances up to 2 km (1.2 mi) under ideal conditions but that topography and ambient noise greatly affected detection distance (see also Denes et al. 2006). They suggested that incorporating the effects of such factors could improve estimates of effective area surveyed and inform survey protocols.

## 3. Distribution

The Mexican spotted owl occurs in forested mountains and rocky canyonlands throughout the southwestern U.S. and Mexico (Ligon 1926, Gutiérrez et al. 1995, Ward et al. 1995). It ranges from Utah, Colorado, Arizona, New Mexico, and the western portions of Texas south into

BLM_0071618

several States of Mexico (Fig. B.1). While this owl occupies a broad geographic area, it does not occur uniformly throughout its range (Ward et al. 1995). Instead, the owl occurs in disjunct areas that correspond with isolated mountain ranges and canyon systems (Fig. B.4).

The current distribution of Mexican spotted owls generally mimics its poorly known historical extent, with some exceptions (Ward et al. 1995). For example, the owl has not been reported recently as a breeding species from riparian corridors along most low- or mid-elevation rivers and creeks in Arizona and New Mexico (although it does use these areas during winter; see Movements and Migration, below). Nor has it been reported in recent times from historically occupied areas of southern Mexico (Williams and Skaggs 1993, Ward et al. 1995) or from some areas where recent habitat models suggest these owls should occur in canyons (see Habitat Models, below). Riparian communities and many previously occupied localities in the southwestern U.S. and southern Mexico have undergone significant habitat alteration since the historical sightings (USDI FWS 1993). These areas, when occupied, likely aided in maintaining connectivity among populations throughout the southwest.

In the United States, the majority of owls are found on U.S. Forest Service (FS)-administered lands (Table B.1). Exceptions to this general pattern occur in parts of the Colorado Plateau (CP) and Basin and Range-East (BRE) Ecological Management Units (EMUs), where owls are found primarily in rocky canyons on lands administered by the National Park Service (NPS) and Bureau of Land Management (BLM).

Surveys conducted since the 1995 Recovery Plan continue to locate new owl sites and increase our knowledge of owl distribution, but not necessarily of owl abundance. For example, 758 owl sites were recorded for the period 1990–1993 (Ward et al. 1995). During a recent review for establishing Critical Habitat, 1,222 owl sites were recorded for the period 1990–2004 (USDI FWS 2004). A more recent tally through 2008 indicated 1,301 cumulative sites occupied by one or more Mexican spotted owls (Table B.1). This increase is mainly a product of new surveys being completed within previously unsurveyed areas, however. This tally represents a cumulative tally of all sites where Mexican spotted owls have been located over time, does not provide any information on how many of those sites are occupied at any particular time, and does not account for any known sites lost due to high-severity wildland fire or natural site-extirpation processes. Thus, an increase in abundance cannot be inferred from these data. Likewise, the distribution of owl sites alone cannot indicate population density in various areas and may be more indicative of differences in survey effort than in owl density.

Information on the current status of Mexican spotted owls in Mexico is limited. This subspecies has been reported to occur within the mountain ranges of five general regions distributed through the Mexican states of Chihuahua, Sonora, Durango, Jalisco, Michoacán, Guanajuato, Sinaloa, San Luis Potosi, Nuevo Leon, Coahuila, Colima, and Aguascalientes (Williams and Skaggs 1993, Ward et al. 1995, Tarango et al. 2001). The majority of owls have been located in the Sierra Madre Occidental range, including in Sonora, Chihuahua, Sinaloa, Durango, Aguascalientes, and Zacatecas, and in the Sierra Madre Oriental range, including in Coahuila, Nuevo Leon, and San Luis Potosi; fewer have been found in the Transverse Volcanic Range in

BLM_0071619



**Figure B.4.** General areas occupied by Mexican spotted owls within five EMUs within their range in the United States.

167

BLM_0071620

**Table B.1**.  Number of Mexican spotted owl site records summarized by U.S. EMU and land ownership.  Numbers are cumulative since 1989.  A site could include a single owl or a pair of owls.  These numbers are best interpreted as minimum cumulative numbers of locations where at least one owl was recorded during at least one breeding season since 1989.  We do not know how many of these sites are currently occupied.  Data are from USDA FS-PAC centers, Ward et al. (1995), Mullet (2008), and site locations provided by several people to the authors of this Recovery Plan.

| EMU / Land Jurisdiction | Site records[1] Number | % of total |
|---|---|---|
| **Colorado Plateau** | **206** | 15.6 |
| USDA Forest Service | 28 | |
| USDI Bureau of Land Management | 45 | |
| USDI National Park Service | 132 | |
| State of Utah | 1 | |
| **Southern Rocky Mountain**[2] | **74** | 5.6 |
| USDA Forest Service | 59 | |
| USDI Bureau of Land Management | 10 | |
| USDI National Park Service | 3 | |
| Private | 2 | |
| **Upper Gila Mountain** | **688** | 52.0 |
| USDA Forest Service | 684 | |
| USDI National Park Service | 4 | |
| **Basin and Range – East** | **182** | 13.7 |
| USDA Forest Service | 151 | |
| USDI National Park Service | 26 | |
| Private | 5 | |
| **Basin and Range – West** | **174** | 13.1 |
| USDA Forest Service | 155 | |
| Department of Defense | 11 | |
| USDI National Park Service | 8 | |
| **Total Among EMUs:** | **1,324** | 100.0 |

[1] Site as defined in Box 1 of the Recovery Plan.
[2] Colorado portion = 21 sites; New Mexico portion = 53 sites.

Jalisco, Michoacán, Guanajuato, and the state of Mexico (Williams and Skaggs 1993, USDI FWS 1995).  Parts of the northern Sierra Madre area  are similar ecologically to the Sky Island Mountains of southeastern Arizona (Marshall 1957, Cirett-Galan and Diaz 1993).  It is not known if the distribution of Mexican spotted owls in Mexico has changed or how many additional sites have been recorded since 1994.

BLM_0071621

## 4.  Habitat Use

The term habitat can convey many meanings (for a comprehensive discussion of the habitat concept as it applies to birds, see Block and Brennan 1993).  Here, we follow the terminology summarized by Hall et al. (1997) and use the term habitat to mean the physical elements and biological resources required by the Mexican spotted owl to persist.  This generalized definition includes climatic ranges, types of vegetation, food items, and non-biotic or physical features like topography or geologic structures.  Habitat for a given organism is often explicitly defined by vegetative categories like cover-types with the implicit understanding that these categories are comprised of multiple resources that vary among categories.  As organisms use habitats to meet multiple life history requirements, it is useful to describe habitat requirements according to activity of the organism or the function provided by the habitat.  Doing so requires not only a discussion of habitat features associated with a particular activity but also the spatial scale at which that activity occurs.  In the following sections, we describe Mexican spotted owl habitat according to scale and activity.

A.  Landscape Scale

This owl's habitat occurs as patches within uninhabitable portions of a larger land base.  The term landscape refers to the combined space of habitat patches and a matrix of unusable areas.  For Mexican spotted owls to persist through time, there must be adequate dispersion of individuals throughout the landscape and a means for population connectivity.  In addition, dispersing owls must be able to locate usable habitat if they are to survive and reproduce.  Use of habitat at the landscape scale, then, includes use of patches and corridors for assuring connectivity among subpopulations as well as patch use by resident birds that form local populations.  Here, we first discuss studies of landscape connectivity, then focus on studies of landscape composition around owl use areas (see also Home Range Features and Microhabitat Features).

***a.  Landscape Connectivity.***—Keitt et al. (1995, 1997) attempted to identify those habitat clusters most important to overall landscape connectivity, using maps based on forest and woodland cover to define habitat clusters.  They first ranked habitats to emphasize the importance of large patches in the landscape, and second, they modified this approach to emphasize positional effects (i.e., small clusters that are important because they act as "stepping stones" or bridges between larger habitat clusters).

In the first analysis, the largely contiguous forest habitat of the Mogollon Rim (UGM EMU) emerged as most important overall, because of its large area.  In the analysis emphasizing cluster position, the UGM EMU again emerged as important, due to its central location.  But a few small habitat clusters also emerged as particularly important.  These included several fragments of the Cibola National Forest (Mount Taylor and Zuni Mountains, CP EMU) that may serve as stepping stones between other, larger clusters.  These small patches may warrant particular management attention; they may be important to overall landscape connectivity despite supporting relatively few resident owls.  However, conclusions about the importance of specific habitat clusters depend heavily on the underlying map of habitat clusters, and the true distribution of these clusters remains unknown.

BLM_0071622

In a separate analysis, Urban and Keitt (2001) used a graph-theoretic perspective to evaluate the effects of habitat loss on patch occupancy by Mexican spotted owls. They assumed that the Mexican spotted owl population functioned as a metapopulation (see Metapopulation Ecology, below) and used Hanski's incidence function (Hanski 1994, 1998) to simulate the effects of different patch-removal strategies on owl occupancy rates according to two different landscape models. The first model distinguished habitat as suitable versus unsuitable based on the presence of certain forest types, using the habitat map from Keitt et al. (1995, 1997). The second landscape model estimated habitat suitability in 25-km$^2$ blocks, based on a combination of forest type and forest density. The authors found differences between landscape models in the effects of patch removal, and differences between patch-removal strategies within landscapes. Similar to their earlier analysis (Keitt et al. 1995, 1997), retention of certain patches that maintained connectivity buffered occupancy rates against habitat loss far more than removal of other, less spatially important patches. As long as connectivity among patches was maintained, occupancy rates remained high even in the face of loss of significant amounts of habitat. However, these conclusions rely largely on the assumption that maintaining a connected landscape will maintain dispersal processes regardless of population size. In reality, large losses in amount of habitat available to resident owls would result in fewer owls that could reproduce and fewer young to disperse. This ultimately could lead to the disconnection of subpopulations regardless of spatial aspects of connectivity.

In summary, Keitt et al. (1995, 1997) and Urban and Keitt (2001) evaluated landscape models that all highlight the importance of landscape connectivity (see also Barrowclough et al. 2006). Their findings further highlight the importance of both large patches of habitat, and of some small patches based on their location and consequent influence on landscape connectivity. Their results suggest that management plans should be concerned with those stepping-stone areas, and that conservation efforts focused in such areas may pay large dividends relative to land area involved in conservation measures. We view this general conclusion as robust to violations of model assumptions, although the specific patches involved obviously depend on those assumptions.

***b. Landscape Composition.***—Understanding landscape composition of sites occupied by Mexican spotted owls clearly would aid in developing conservation strategies for this species. To date, three studies have examined landscape composition around sites occupied by Mexican spotted owls at various spatial scales. These studies are discussed below.

Grubb et al. (1997) used air-photo interpretation to compare relative area of four canopy-cover classes between 47 owl nest and randomly located sites on the Coconino National Forest, north-central Arizona, at five different spatial scales. They analyzed landscape composition in both circles (radii = 0.1., 0.4, 0.8, 1.2, and 1.6 km [0.06, 0.25, 0.5, 0.75, 1.0 mi]) and concentric "rings," where outer rings did not include areas sampled in inner rings, and included owl nest sites in landscapes dominated by mixed-conifer forest, pine-oak forest, and rocky canyons with mixtures of forest types.

Landscape composition (based on concentric rings) differed between owl nest and random sites at all scales, but differences were greatest within 0.8 km (0.5 mi) of nest or roost sites and decreased at increasing spatial scales (Grubb et al. 1997: Fig. 2). Owl sites contained more area

170

BLM_0071623

in the >70% canopy-cover class and less area in the <10% canopy-cover class than random sites. The most abundant canopy-cover class on the landscape was 41-70%, except within 0.1 km (0.06 mi) of owl nests, where the >70% canopy-cover class was most abundant.

Peery et al. (1999) evaluated the use of specific cover types by Mexican spotted owls in the Tularosa Mountains, New Mexico, and the spatial configuration of those cover types. This study area was dominated by mixed-conifer forest (Peery et al. 1999: Table 1). They compared landscape characteristics between 40 owl nest or roost sites and an equal sample of randomly located sites, based on a vegetation map derived from Landsat Thematic Mapper imagery. They evaluated landscape composition at eight spatial scales, in circles with radii ranging from 500 m (1,640 ft) (area = 78.9 ha [195 ac]) to 4,000 m (13,123 ft) (area = 5,030 ha [12,429 ac]). These circles thus were not spatially independent, because much of the area included in larger circles also was included within smaller circles. For example, 76.5% of their outermost circle consisted of area sampled in the next smaller circle.

In Peery et al. (1999), areas around Mexican spotted owl nest and roost sites contained greater amounts of both mature mixed-conifer forest and mature ponderosa pine (*Pinus ponderosa*) forest than random sites. Differences between owl and random sites persisted across all spatial scales but were most pronounced within 500 m (1,640 ft) of the nest or roost and declined with increasing spatial scale (Peery et al. 1999: Figs. 1 and 2). Visual inspection of Figures 1 and 2 in Peery et al. (1999) suggests that much of the difference in vegetation composition at larger scales was driven by differences at smaller scales (i.e., to inclusion of area sampled by smaller circles in larger circles). After controlling for the area in various vegetation types, they found no differences between owl and random sites with respect to five indices of spatial configuration of cover types (mean patch size, edge distance, mean nearest-neighbor distance, mean patch shape index, and habitat heterogeneity).

May and Gutiérrez (2002) conducted a similar analysis for owls in a study area dominated by ponderosa pine - Gambel oak (*Quercus gambelii*) forest in the Coconino National Forest, Arizona (this area was included in the study area in Grubb et al. [1997]). They compared 51 owl nest or roost sites with an equal sample of random sites at three spatial scales: a circular plot of 800-m (2,625-ft) radius (area = 201 ha [497 ac]), and two 400-m (1,312-ft) wide "ring" plots between 800 m (2,625 ft) and 1600 m (5,249 ft) from each nest or roost tree. These scales thus were spatially independent in the sense that outer analysis areas did not include area sampled by inner analysis areas.

Landscape composition in May and Gutiérrez (2002) differed between owl and random sites only within the 201-ha analysis area. Areas around owl nest and roost sites contained more mature mixed-conifer forest and young mixed-conifer forest with canopy cover >55% than expected based on availability. Young forests were used only where residual large (≥45.7 cm [18 in] diameter at breast height [dbh]) trees were present. Again, no differences were noted between owl and random sites in three indices of landscape configuration (mean patch size, mean patch shape index, and contagion).

In summary, current studies of landscape composition suggest that owls locate home ranges non-randomly, placing them in areas such that the center of the home range contains greater than

BLM_0071624

average amounts of mature forest or in areas of younger forest with high canopy cover and containing residual large trees. Differences in landscape composition between owl and random sites generally were greatest near nest or roost sites and decreased with increasing area. This may indicate that owls are most selective for nesting or roosting core areas, or simply that larger circular analysis areas included more unused habitat or habitat used primarily for foraging. In general, the scale at which differences between owl and random sites were most pronounced (201 ha [497 ac]; Grubb et al. 1997, May and Gutiérrez 2002) correlated reasonably well with the size of Protected Activity Centers (PACs; 243 ha [600 ac]) recommended in USDI FWS (1995) and in this Recovery Plan.

B.  Home Range Scale

*a.  Space Use.*—Four concepts are relevant to understanding space and habitat use by resident Mexican spotted owls: territory, home range, activity center, and core area. A territory is defined as an exclusive area defended by the occupant (Welty 1975:224-225). A home range is defined as the area used (but not always defended) by an animal during its normal activities (Burt 1943). Unlike territories, home ranges of adjacent pairs may overlap spatially. Home ranges more appropriately define the area from which all resources required for a given time period are obtained by an organism. An activity center is an area within the home range receiving concentrated use. The activity center could be the same size as a territory when the former is small and consistently defended. A core area is a specific type of activity center that usually includes a minimum area for protecting special resources like trees and groves used for roosting, nesting, or rearing of young (Bingham and Noon 1992, Reynolds et al. 1992, Ward and Salas 2000). Activity centers and core-areas have been used to estimate the size of areas needed to protect habitat most commonly used by spotted owls (e.g., Bingham and Noon 1992, Gutiérrez et al. 1992, USDI FWS 1995).

Spotted owls are described as territorial in that mated pairs defend a breeding territory, at least during the nesting season. Fidelity to these territories is apparently high in Mexican spotted owls, with many owls remaining on the same territory year after year (Gutiérrez et al. 1995). No direct estimates of territory size are available for Mexican spotted owls. However, estimates of nearest-neighbor distances between adjacent pairs may provide some insight into the size of exclusive areas used by this owl. Such estimates are available for two study areas where there is reasonable certainty that all pairs of owls in a given area were located. One of these study areas was located in the Tularosa Mountains, New Mexico (Peery et al. 1999) and the other in north-central Arizona (May and Gutiérrez 2002). Mean distances between adjacent pairs in these areas were 2.1 km (1.3 mi) in New Mexico ($n$ = 31 pairs) and 2.4 km (1.5 mi) in Arizona ($n$ = 42 pairs), suggesting that exclusive use areas average approximately 346 to 452 ha (855 to 1,115 ac), respectively.

Investigators have studied home-range size of Mexican spotted owls directly by monitoring movements of radio-marked owls in a number of different geographic areas and/or habitats (Table B.2). Home-range size appears to vary considerably both among these studies (Table B.3) and between the breeding and non-breeding seasons. The factors underlying variation among studies are unclear, however. For example, various studies used different sampling

172

BLM_0071625

**Table B.2.**  Characteristics of study areas where movements of radio-marked Mexican spotted owls were monitored (from Ganey and Block 2005a).

| Study area | State | General landform | Primary cover types[1] | Source[2] |
|---|---|---|---|---|
| San Francisco Peaks | Arizona | Montane slopes | Mixed-conifer, ponderosa pine | 1 |
| Walnut Canyon | Arizona | Incised canyon | Mixed-conifer, ponderosa pine, riparian Ponderosa pine/pinyon-juniper/oak, | 1 |
| Sacramento Mountains[3] | New Mexico | Montane slopes and canyons | Mixed-conifer, ponderosa pine, pinyon-juniper | 2, 3 |
| Sacramento Mtns – mesic[3] | New Mexico | Montane slopes and canyons | Mixed-conifer, ponderosa pine, pinyon-juniper | 4 |
| Sacramento Mtns. – xeric[3] | New Mexico | Montane slopes and canyons | Mixed-conifer, ponderosa pine, pinyon-juniper | 4 |
| Bar-M Canyon | Arizona | Rolling hills, cinder Cones | Ponderosa pine – Gambel oak, ponderosa pine | 5 |
| Colorado | Colorado | Incised canyons | Mixed-conifer, pinyon-juniper, Ponderosa pine | 6 |
| Southern Utah | Utah | Incised canyons | Pinyon–juniper, mixed-conifer | 7 |
| Grand Canyon | AZ | Incised canyon | Pinyon-juniper | 8 |

[1] Dominant species: Mixed-conifer = Douglas-fir (*Pseudotsuga menziesii*) and/or white fir (*Abies concolor*), with ponderosa pine (*Pinus ponderosa*) and southwestern white pine (*P. strobiformis*) common. Ponderosa pine = ponderosa pine.  Riparian = boxelder (*Acer negundo*), narrowleaf cottonwood (*Populus angustifolia*), and quaking aspen (*P. tremuloides*).  Ponderosa pine / pinyon – juniper / oak = ponderosa pine, pinyon pine (*P. edulis*), various juniper species (*Juniperus* spp.), and Gambel oaks (*Quercus gambelii*).  Pinyon – juniper = pinyon pine, various species of junipers.  Ponderosa pine – Gambel oak = ponderosa pine, Gambel oak.

[2] Sources: 1 = Ganey and Balda 1989b (UGM EMU); 2 = Zwank et al. 1994 (BRE EMU); 3 = Skaggs 1990 (BRE EMU); 4 = Ganey et al.2005 (BRE EMU).; 5 = Ganey et al. 1999 (UGM EMU); 6 = Johnson 1997 (Southern Rocky Mountains [SRM] EMU); 7 = Willey and van Riper 2000, 2007 (CP EMU); 8 = Bowden 2008 (Grand Canyon National Park, CP EMU).

[3] Ganey et al. (2005) recognized two distinct study areas in the Sacramento Mountains, whereas Zwank et al. (1994) and Skaggs (1990) did not.  The mesic area was dominated by mixed-conifer forest, the xeric area by drier forest and woodland types.

BLM_0071626

**Table B.3.**  Size (ha) of home ranges or activity centers (where available) of radio-marked Mexican spotted owls during the breeding and non-breeding seasons, as estimated in various studies.  Seasons followed Ganey and Balda (1989b) in all studies (breeding season = 1 Mar – 30 Aug).  $N$ = number of owls included in estimates.  Home range estimates based on the minimum convex polygon estimator (Zwank et al. 1994) or 95% adaptive kernel estimator (Ganey et al. 1999, 2005; Willey and van Riper 2007, Bowden 2008).   Activity centers based on the 75% adaptive kernel estimator.

| Parameter / Study area | $N$ | Breeding season Mean | SE | $N$ | Non-breeding season Mean | SE | Source |
|---|---|---|---|---|---|---|---|
| **Home-range size /** | | | | | | | |
| Sacramento Mountains[1] | 9 | 278 | 75.3[2] | 9 | 365 | 100.3[2] | Zwank et al. 1994 |
| Sacramento Mtns. – mesic[1] | 6 | 228.1 | 37.3 | 6 | 328.0 | 59.3 | Ganey et al. 2005[3] |
| Sacramento Mtns. – xeric[1] | 6 | 458.9 | 83.4 | 6 | 895.5 | 304.8 | Ganey et al. 2005[3] |
| Bar-M Canyon | 8 | 392.5 | 70.0 | 14[4] | 948.9 | 146.8 | Ganey et al. 1999 |
| Southern Utah | 12 | 545 | 518[5] | 12 | 1032 | 657[5] | Willey and van Riper 2007 |
| Grand Canyon | 5 | 562 | 84 | | | | Bowden 2008 |
| | | | | | | | |
| **Activity-center size /** | | | | | | | |
| Sacramento Mtns. – mesic[1] | 6 | 69.9 | 9.5 | 6 | 89.3 | 14.4 | Ganey et al. 2005[3] |
| Sacramento Mtns. – xeric[1] | 6 | 156.2 | 22.0 | 6 | 352.1 | 131.1 | Ganey et al. 2005[3] |
| Bar-M Canyon | 8 | 121.7 | 21.8 | 14[4] | 326.5 | 53.8 | Ganey et al. 1999 |

[1]  Zwank et al. (1994) pooled owls within the Sacramento Mountains when estimating size of seasonal home ranges, whereas Ganey et al. (2005) recognized two distinct study areas in the Sacramento Mountains.  The mesic area was dominated by mixed-conifer forest, the xeric area by drier forest and woodland types.

[2]  *SE* estimated from data in Zwank et al. (1994)

[3]  Results presented here were recalculated using data from the sample of owls discussed in Ganey et al. (2005).  Ganey et al. (2005) did not present data on activity-center size, and summarized data on home-range size in a figure.

[4]  Fourteen range estimates computed for 13 individual owls.  One radio-marked female dispersed to a new territory during the study. Separate range estimates were computed for this owl in different years.

[5]  Standard deviation (Willey and van Riper 2007).

BLM_0071627

methods or home-range estimators, and studies were conducted in different years. All of these factors can influence estimates of home-range size (Kernohan et al. 2001), making direct comparisons among studies difficult. Consequently, observed differences among studies could be due to differences in methods, local habitat quality including abundance of prey, biogeographic effects (e.g., differences in climate pattern or biogeographic region), temporal variation (studies conducted in different years), or all of the above.

A study that used consistent methods simultaneously across two study areas in the Sacramento Mountains, New Mexico, suggested that differences in local habitat quantity and/or quality influenced home-range size (Ganey et al. 2005). Home-range size was greater during both the breeding and non-breeding seasons in a study area dominated by xeric forest types than in a study area dominated by mesic mixed-conifer forest (Tables B.2 and B.3). Further, range size was inversely related to the proportion of the home range consisting of mixed-conifer forest. This relationship held both within study areas and across both study areas considered together, and in both seasons (Ganey et al. 2005). Owls roosted primarily in mixed-conifer forest in both study areas, and observed fecundity and survival rates of radio-marked owls were lower in the area dominated by xeric forests than in the area dominated by mixed-conifer forest (Ganey et al. 2005). Collectively, these observed patterns suggested that differences in local habitat quality helped explain the variation in home-range size.

Some investigators also estimated size of seasonal activity centers (Table B.3). Again, considerable variability was observed across studies. In general, however, activity centers were considerably smaller than home ranges of radio-marked owls. Noting this concentration of activity in a portion of the home range, the recommended size of PACs in USDI FWS (1995) and in this Recovery Plan was based on activity centers rather than home ranges, in an attempt to focus management on the areas most used by the owls.

Thus, available information suggests that Mexican spotted owls use relatively large home ranges, with smaller areas of concentrated use embedded within those home ranges. Home-range size appears to vary among geographic areas and/or habitats. Some of that variation may be due to differences in methods among studies, but we assume that some of the observed variation is real. At this time, the relative influences of biogeographic regions versus local differences in habitat quality on home-range size of Mexican spotted owls remain unclear, although limited information suggests that such local differences may be important (Ganey et al. 2005, see also Carey et al. 1992, Zabel et al. 1995).

***b. Habitat Use Within the Home Range.***—Within their home range, Mexican spotted owls nest, roost, forage, and disperse in a diverse array of biotic communities. They can be found in heavily forested areas as well as in rocky canyons with sparse or no forest cover (Ligon 1926, Ganey and Dick 1995, Ward et al. 1995). Although these forest and canyon environments appear very different in terms of habitat conditions, they represent end points on a gradient of habitat conditions rather than discrete environments for use by Mexican spotted owls (Ganey and Balda 1989a). That is, these owls occur along a gradient ranging from areas that are extensively forested and largely lack significant rock outcrops or cliffs, to steep rocky canyons that lack significant forest cover. The Sacramento Mountains of south-central New Mexico provide a good example of forest-dwelling Mexican spotted owls. There, owls occur in heavily forested

175

BLM_0071628

mountains and typically are not closely associated with rock outcrops or cliffs (Ganey et al. 2000, Ward 2001, Lavier 2006). In contrast, Mexican spotted owls in the canyonlands of southern Utah and northern Arizona (e.g., Zion, Canyonlands, Capitol Reef, and Grand Canyon National Parks) occur in narrow slickrock canyons, are closely associated with cliff-forming rock formations, and are not reliant on extensive forest cover (Kertell 1977, Rinkevich and Gutiérrez 1996, Willey 1998b, Willey and van Riper 1998, 2007, Willey and Ward 2004, Bowden 2008).

Throughout their range, Mexican spotted owls are often, but not always, associated with steep topography (Ganey and Dick 1995). This association is particularly prominent in the canyonlands, where the topography likely contributes directly to habitat suitability. Owls in these areas frequently nest and roost on ledges on steep cliffs, or in caves, potholes, or alcoves formed in these cliffs (e.g., Rinkevich and Gutiérrez 1996, Willey and van Riper 1998, Willey and Ward 2004, Bowden 2008, Mullet 2008, see also Johnson 1997). These types of structures tend to occur most frequently in the same formations where deep, narrow, complex canyon systems with exposed cliffs are formed (see Box B.1 for a fuller discussion of Habitat of Canyon-dwelling Owls).

In more heavily forested areas, the reasons underlying the frequent association between owls and steep topography are less clear. Owls in these areas typically inhabit mature forests, and in many cases these forests are restricted to steep topography due to past harvest of forests elsewhere (Ganey and Balda 1989a, Ganey and Benoit 2002). In at least some areas, however, owls occur in gentle terrain where suitable forest structure is present (Ganey et al. 1999, 2000). This suggests that the association between owls and steep terrain in forested areas may be driven more by the influence of forest structure than by topography itself. However, diverse topography also contributes to diversity in vegetation types and structure in the southwest. This diversity in turn contributes to habitat complexity, a feature that seems to be common to areas occupied by Mexican spotted owls (Ganey and Balda 1989a, Willey and van Riper 1998, Willey and Ward 2004). Areas of diverse topography, especially where significant rock outcrops or cliffs are present, also may serve as fire refugia (Camp et al. 1997), reducing the frequency of widespread surface fires and allowing longer periods for development of forest structure. Regardless of the underlying mechanism, the association between owl occupancy and steep terrain is strong, even in forested terrain (see Bowden et al. 2003, Ganey et al. 2004). Indeed, this association is strong enough that several investigators have based predictive models of owl habitat primarily on topographic features (see Habitat Models).

In both forest and canyon environments, Mexican spotted owls tend to select roosting and nesting sites that provide thermal protection. In the case of forested sites, large trees, dense canopy cover, and first or second order tributaries all act to create a cooler microclimate during warm ambient temperatures of the breeding season (e.g., Ward and Salas 2000, Ganey 2004).

*c. Cover Types.*—Use of cover types by Mexican spotted owls varies according to geographic region. Much of this regional variation likely reflects regional variation in habitat composition, climate pattern, and prey availability.

176

BLM_0071629

## BOX B.1
## HABITAT OF CANYON-DWELLING MEXICAN SPOTTED OWLS

In parts of its range, the Mexican spotted owl occupies a variety of steep, rocky-canyon habitats (Kertell 1977, Ganey and Balda 1989a, Rinkevich and Gutiérrez 1996, Willey 1998b, Willey and Ward 2004, Willey and van Riper 2007, Bowden 2008, Mullet 2008). A complex of physical gradients (including water availability, amount of sunlight, slope, and elevation) can produce a "canyon effect" (Dick-Peddie 1993). The physical shape and dimension of canyons can affect local temperature, humidity, and vegetation, enhancing key welfare factors (e.g., nest and roost habitats) for the owl, particularly within arid portions of its range (Barrows 1981, Rinkevich and Gutiérrez 1996, Willey 1998b). Rocky cliffs and canyon rims can modify the amount of direct sunlight penetrating inner-canyon habitats, so that vegetation communities and microclimates may vary greatly among topographic zones (e.g., washes, benchlands, talus slopes, cliffs, and rim habitats). Canyon walls also can create complex habitat structure, a feature typically associated with habitats used by forest-dwelling spotted owls (Forsman et al. 1984, Ganey and Dick 1995).

Rocky canyon habitats used by Mexican spotted owls typically include dendritic watersheds with myriad tributary canyons, a variety of vegetation communities (ranging from arid to mesic), and prominent vertical-walled or overhanging cliffs (Rinkevich and Gutiérrez 1996, Willey 1998b, Swarthout and Steidl 2001). Within canyon habitats, Mexican spotted owls may nest and roost on cliff faces using protected caves or ledges (Rinkevich and Gutiérrez 1996, Willey 1998b, Bowden 2008) or roost in small patches of riparian tree species (Bowden 2008, Mullet 2008), and forage among caves, cliff faces, and rim or canyon-bottom vegetation for various small mammals, including mice (*Peromyscus* spp.), woodrats (*Neotoma* spp.), and bats (*Vespertilionidae*) (Ganey 1992, Ward and Block 1995, Rinkevich and Gutiérrez 1996, Willey 1998b, Johnson 1997, Sorrentino and Ward 2003).

We recognize several broad patterns of habitat use by Mexican spotted owls that occupy rocky-canyon habitats:

- Mexican spotted owl home ranges include a significant component of vertical walled rocky canyons with numerous cliffs, caves, ledges, and branching tributary canyons. Mexican spotted owls use nest, roost, and foraging habitats that are strongly associated with complex vertical and horizontal landscape structure, complex geomorphology, and canyon- and cliff-forming geologic substrates. Rocky architecture (e.g., slope, aspect, and ruggedness) may provide important habitat components (e.g., nest sites, roost sites, shade, foraging surfaces) normally associated with forest vegetation structure.
- Home ranges and activity centers used by Mexican spotted owls in canyon habitat can include a diversity of vegetation types, including desert-scrub, pinyon (*Pinus* spp.) –juniper (*Juniperus* spp.) woodland, riparian, ponderosa pine-oak, and mixed-conifer forest. Therefore it may be difficult to rely on vegetation alone to identify suitable habitat.
- Mexican spotted owls in canyon habitats primarily use rugged terrain located below canyon rims, and all known breeding sites and associated nesting cores areas have been located below the canyon rims (Willey and van Riper 2007, Bowden 2008). However, home-range data in some areas also indicate that the owls may use rims and mesa tops when hunting and vocalizing (Willey and van Riper 2007, Bowden 2008). Thus, adjacent highlands should not be ignored in management planning.

Canyon habitats occupied by Mexican spotted owls possess some common emergent properties. These primary elements include rocky cliffs, parallel-walled canyons, relatively long canyon complexes, cool north-facing aspects, complex branched tributary side-canyons, and a mosaic of vegetation communities ranging from cool riparian through montane forest to arid scrub desert. There are exceptions to these emergent properties, however, including occasional use of small side canyons and areas not on north-facing aspects.

BLM_0071630

In the northern portion of the Mexcian spotted owl's range, including Utah, Colorado, and parts of far northern Arizona and New Mexico (CP and SRM EMUs), owls occur primarily in steep-walled, rocky canyons (Kertell 1977, Rinkevich and Gutiérrez 1996, Johnson 1997, Willey and van Riper 1998, Willey and Ward 2004, Bowden 2008). These canyon systems vary in the amount of forest cover present, but in general they are less heavily forested than are canyons occupied farther south. Pinyon-juniper woodlands and mixed-conifer forest are prominent cover types used in these canyon systems (Ganey and Dick 1995, Willey 1998b), but in some cases these canyons are entirely or largely lacking forest or woodland cover.

Farther south, a wider range of cover types are used. For example, along the Mogollon Rim in Arizona and New Mexico (UGM EMU), spotted owls occur in mixed-conifer forests, ponderosa pine-Gambel oak forests, and associated riparian forests (Ganey and Balda 1989a, Ganey and Dick 1995, Seamans and Gutiérrez 1995, Peery et al. 1999, Stacey and Hodgson 1999, May and Gutiérrez 2002, Stacey 2010). They frequently occur in canyon systems and in association with steep terrain in this region as well. These canyons generally have greater forest cover than canyons in the northern portion of the range, however, and owls are not restricted to canyons and steep terrain in this region.

South of the Mogollon Rim, in southern New Mexico, and into Mexico (BRE, BRW, and Mexican EMUs) an even wider range of cover types are used, including mixed-conifer, Madrean pine-oak, and Arizona cypress (*Cupressus arizonica*) forests, encinal oak woodlands, and associated riparian forests (e.g., Ganey and Dick 1995, Tarango et al. 1997, 2001, Young et al. 1998, Márquez-Olivas et al. 2002, Mullet 2008, Mullet and Ward 2010). Some owls are found in association with canyon systems or steep montane terrain. But, as along the Mogollon Rim, many of these canyons contain extensive forest or woodland cover, and owls are not restricted to deep rocky canyons except for small populations of owls occurring in southern portions of the BRE EMU (e.g., Guadalupe and Davis Mountains, Mullet 2008). Thus, there appears to be a north-south gradient in diversity of habitats used, with a wider range of both cover types and terrain types used in the southern portion of the range than in the northern portion (Ganey and Dick 1995).

Despite the diversity of cover types where Mexican spotted owls have been found, these owls most commonly use mixed-conifer forests throughout their range within the U.S. (e.g., Ganey and Dick 1995, Seamans and Gutiérrez 1995, Willey 1998a, Stacey and Hodgson 1999, Ganey et al. 2000, Ward 2001, Stacey 2010). These forests are dominated by Douglas-fir (*Pseudotsuga menziesii*) and/or white fir (*Abies concolor*), with co-dominant species including southwestern white pine (*P. strobiformis*), limber pine (*P. flexilis*), and ponderosa pine (Brown et al. 1980). The understory often contains the above coniferous species as well as broadleaved species such as Gambel's oak, maples (*Acer* spp.), box elder (*A. negundo*), and New Mexico locust (*Robinia neomexicana*). These broadleaved species may be important (Ganey et al. 1992, 1999, 2003, Seamans and Gutiérrez 1995, Stacy and Hodgson 1999, May and Gutiérrez 2002, May et al. 2004), either in adding to structural complexity or by providing nest sites (SWCA 1992, Fletcher and Hollis 1994, May and Gutiérrez 2002, May et al. 2004) or additional food sources for prey species (Ward 2001).

Madrean pine-oak forests used by Mexican spotted owls are dominated by an overstory of various pine species in conjunction with species such as Douglas-fir and Arizona cypress. In

178

BLM_0071631

southern Arizona, pine species represented include primarily Apache (*P. engelmannii*), Chihuahuan (*P. leiophylla*), and Arizona (*P. arizonica*) pine. Farther south, a number of other pine species are present. For example, a study area in the state of Chihuahua, Mexico, included the pines discussed above as well as Durango (*P. durangensis*), Mexican white (*P. ayacahuite*), and weeping (*P. patula*) pine (Tarango et al. 1997). Still farther south, in Aguascalientes, Apache and Arizona pines dropped out, whereas ocote (*P. oocarpa*), nut (*P. cembroides*), and Michoacán (*P. michoacana*) pine were present (Tarango et al. 2001, Márquez-Olivas et al. 2002). Evergreen oaks were prominent in the understory in all of these pine-oak types (Brown et al. 1980, Tarango et al. 1997, 2001, Young et al. 1998, Márquez-Olivas et al. 2002).

In areas where Mexican spotted owls inhabit canyons, canyon structure and cover types can vary according to geographic region. The following sections provide separate canyon habitat descriptions for the CP, New Mexico portion of SRM, and BRE EMUs.

*1. CP EMU.*—In Utah, the type of incised canyon habitat occupied by Mexican spotted owls is present in Dinosaur National Monument, Desolation Canyon, the San Rafael Swell, Zion National Park, Grand Staircase-Escalante National Monument, Glen Canyon National Recreation Area, Capitol Reef National Park, and Canyonlands National Park. Canyon habitat also occurs in the Dixie, Manti LaSal, and Fishlake National Forests and on large tracts of land managed by the BLM. In Colorado, examples of rocky canyon habitat occur in and around Mesa Verde National Park and on Ute Tribal Lands. In Arizona, similar canyon habitat is present on the Navajo Nation, in Grand Canyon National Park, and on BLM – administered lands (e.g., Paria Canyon).

Willey (1998a, see also Willey and van Riper 2007) studied movements and habitat associations of radio-marked Mexican spotted owls in canyon habitat in southern Utah. Radio-marked owls inhabited areas featuring steep cliffs, rocky topography, and canyons with complex vertical and horizontal structure (Willey 1998b). They typically used roost sites characterized by cool daytime temperatures (relative to nearby randomly located sites) and relatively high overhead cover provided by canyon walls and vegetation (Willey 1998b: Table 4-2). Many roost sites had large conifers or deciduous trees nearby, but others were in areas dominated by pinyon-juniper woodland or desert-scrub vegetation (Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998b). Tall cliffs and/or small stands of mixed-conifer forest provide the owls with cool microsites for roosts and nests. Although pinyon-juniper woodland was the most common vegetation type present in owl home ranges in Utah and in the Grand Canyon (Bowden 2008), mixed conifer forest, including Douglas-fir and white fir, was present within one-third of habitat plots randomly located within owl home ranges (Willey 1998b). Eighty-eight percent of telemetry locations occurred below the canyon rims (Willey and van Riper 2007). Thus, suitable canyon habitat can include canyon, rim, and adjacent mesa and plateau landscapes (see also Bowden 2008).

*2. SRM EMU.*— Within this EMU, Mexican spotted owls occur across a wide elevational gradient and occur in both forested mountains and canyons (Johnson and Johnson 1985, Johnson 1997, Hathcock and Haarmann 2008). Owls are more likely to be found in rocky canyons toward the lower end of their elevational range in this region, and more likely to inhabit forests at higher elevations (where forest cover tends to be more continuous on the landscape; T. Johnson, pers. comm.). For example, many owls occur in rocky canyons

179

BLM_0071632

incised into volcanic-tuff at lower elevations in the Jemez Mountain Range in northern New Mexico (Santa Fe National Forest and Bandelier National Monument; Johnson and Johnson 1985). These canyons provide many potholes, ledges, and small caves for owls to use for roosting and nesting (Johnson and Johnson 1985). Owls at higher elevations, both in the Jemez and Sangre de Cristo Mountains, are less restricted to rocky canyon situations but generally still occur in areas characterized by high topographic relief. Even at higher sites in the Jemez Mountains, however, many owls nest in cavities in small outcrops of tuff (T. Johnson, pers. comm.).

Vegetation in canyon bottoms and on canyon slopes includes species typical of mixed-conifer forest, such as Douglas-fir, white fir, and ponderosa pine. Deciduous species such as cottonwoods (*Populus* spp.), Gambel oak, boxelder, and alder (*Alnus* spp.) also are present in canyon bottoms (Johnson and Johnson 1985, Johnson 1997). Patches of pinyon-juniper and aspen (*P. tremuloides*) also occur within these canyons. At higher elevations, common species include Engelmann spruce (*Picea engelmannii*), subalpine fir (*A. lasiocarpa*), blue spruce (*P. pungens*), and limber pine (Hathcock and Haarmann 2008). As in many areas in the northern portion of the owls' range, high-elevation forests appear to contain greater amounts of spruce, true firs, and aspen than the mixed-conifer forests occupied by owls farther south.

***3. BRE EMU.***—Mexican spotted owls in this EMU occur in both forests and rocky canyons. For example, owls are abundant in mixed-conifer forests within the Sacramento Mountains, but they also have been found in the rocky-canyon networks of the Guadalupe and Davis Mountains in southern New Mexico and West Texas, as well as in Carlsbad Caverns National Park, New Mexico. These canyons contain riparian vegetation and encinal woodlands (Brown et al. 1980). In the latter cover type the dominant non-coniferous trees are evergreens, especially oaks and Texas madrone *(Arbutus xalapensis)*. Coniferous trees such as pinyon pine (*P. edulis*), junipers, and ponderosa pine occur in low to moderate densities. Owls in these canyons roost in caves, cliff crevices, or in trees associated with springs or riparian corridors (Bryan and Karges 2001, Mullet 2008). In the Guadalupe Mountains, nest and roost sites occurred in steep, mesic canyons containing bigtooth maple (*A. grandidentatum*), western hop-hornbeam (*Ostrya knowltonii*), Chinkapin oak (*Q. muehlenbergii*), Douglas-fir, southwestern white pine, and Gambel oak (Mullet 2008, Mullet and Ward 2010).

***d. Space Use of Resident Owls During the Non-breeding Season.***—Resident Mexican spotted owls expanded their home range during the non-breeding season in all areas where seasonal home range estimates were available, although the magnitude of this seasonal expansion varied among areas (Table B.3). Clearly, owl home ranges were larger than PACs as defined in USDI FWS (1995:84-89). But PAC size was based on the size of owl activity centers, not home ranges. Size of owl activity centers was more comparable to PAC size in the three study areas where estimates were available (Table B.3). Spatial overlap between seasonal activity centers was considerable (Table B.4). In general, non-breeding-season activity centers contained most of the breeding-season activity center. The mean proportion of the non-breeding-season activity center contained in the breeding-season activity center was lower but still indicated considerable

BLM_0071633

**Table B.4.**  Spatial overlap between seasonal activity centers (AC; estimated as the 75% adaptive kernel contour) of radio-marked Mexican spotted owls in three study areas[1].  $N$ = number of owls included in estimate; only owls with valid range estimates during both the breeding and non-breeding seasons were included in estimates (from Ganey and Block [2005]).

| Study area | % of breeding-season activity center contained in non-breeding-season activity center | | | % of non-breeding-season activity center contained in breeding- season activity center | | | |
| | | | | Observed | | Maximum[2] | |
| | $N$ | Mean | SE | Mean | SE | Mean | SE |
|---|---|---|---|---|---|---|---|
| Sacramento Mtns. –mesic | 6 | 85.7 | 4.6 | 66.9 | 5.6 | 82.6 | 8.4 |
| Sacramento Mtns. – xeric | 6 | 78.0 | 7.1 | 48.8 | 6.7 | 65.4 | 14.0 |
| Bar-M Canyon | 8 | 91.4 | 3.1 | 35.5 | 9.0 | 42.6 | 13.0 |

[1] Based on data from a sample of radio-marked owls included in Ganey et al. (1999, 2005).  The parameters estimated here were not included in previous papers.

[2] Theoretical maximum proportion of the non-breeding-season activity center that could be contained in a breeding-season activity center given observed size of those breeding-season activity centers, assuming maximum spatial overlap.

BLM_0071634

spatial overlap. Further, the smaller size of breeding-season activity centers relative to non-breeding-season activity centers effectively limits the possible range for this measure of overlap (Table B.4). Thus, protection of nesting areas provides protection to areas used by resident owls throughout the year, not only during the breeding season.

*e.  Habitat Use by Resident Owls During the Non-breeding Season.*—Little detailed information is available on habitat use by resident owls during the non-breeding season, but there is some evidence for use of more open habitats at this time. For example, Zwank et al. (1994) reported that owls in the Sacramento Mountains roosted in "shorter trees with less dense foliage" during the winter. Willey (1998a:73) reported that "during winter… Mexican spotted owls were observed roosting in more open habitats." In contrast to this trend, however, he also reported that some owls moved out of steep slickrock canyon terrain and into forested uplands during winter. Johnson (1997:49) noted that wintering owls used "…canyons with a north-south orientation dominated by pinyon-juniper woodlands with scattered patches of ponderosa pine." This latter description included owls classified as both residents and migrants by Ganey and Block (2005a; see also Seasonal Migration section).

In a study of radio-marked owls in pine-oak forests of north-central Arizona, relative areas of cover types did not differ between seasonal home ranges, but relative area in canopy-cover classes did (Ganey et al. 1999). Relative to non-breeding-season ranges, breeding-season ranges contained more area with canopy cover ≥60% and less area with canopy cover ranging from 20 to 39%. Structural features of forest stands used by foraging owls did not differ between seasons, but structure of stands used by roosting owls did. Stands used for roosting during the breeding season had greater live-tree basal area, oak basal area, and canopy cover than stands used during the non-breeding season (Ganey et al. 1999: Table 5). In an analysis focused on a finer spatial scale, canopy cover surrounding roost "microsites" also was greater during the breeding than the non-breeding season in this area (Ganey et al. 2000).

Ganey et al. (2000, 2003) also reported on aspects of habitat use by radio-marked owls in the Sacramento Mountains at these same spatial scales (stand and roost microsite). They found little evidence for differences in seasonal habitat use at either scale within the Sacramento Mountains, for either foraging or roosting use.

In summary, there is evidence for shifts in habitat use in some areas, but not in others. In general, evidence for seasonal differences in habitat use appears strongest where owls occupy rocky canyons in the northern portion of their range. In mixed-conifer forests farther south, seasonal differences in habitat use were less pronounced, and patterns were intermediate in an area where owls occupied pine-oak forest. Where resident owls do use different habitats during the winter, available evidence suggests that those habitats generally are more open in structure.

C.  Microhabitat Features

*a.  Nests and Roosts.*—Mexican spotted owls nest and roost primarily in closed-canopy forests or rocky canyons. In the northern portion of the range (southern Utah, Colorado, and parts of northern Arizona and northern New Mexico) and extreme southeastern portions of the range (Mullet 2008), most nests are in caves or on cliff ledges in steep-walled canyons (Johnson 1997,

BLM_0071635

Willey 1998b, T. Johnson, pers. comm.).  Elsewhere, the majority of nests appear to be in trees (Fletcher and Hollis 1994, Seamans and Gutiérrez 1995, May and Gutiérrez 2002, May et al. 2004), but cliffs and caves can be locally important (e.g., Bryan and Karges 2001, Márquez-Olivas et al. 2002).

Where owls occupy rocky canyons, roost sites typically are located in deep, narrow canyons, often with vertical or near-vertical cliffs (Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998b, Bowden 2008, Mullet 2008).  Owls in these canyons roost on cliff ledges, cliffs, in caves or potholes, or in trees (Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998b, Márquez-Olivas et al. 2002, Bowden 2008, Mullet 2008).  Roost trees often are located in canyon bottoms near the base of cliffs.  Roosting areas typically occur in narrow portions of canyons (Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998b, Willey and Ward 2004, Mullet and Ward 2010) in areas featuring complex geomorphology with numerous caves, ledges, and potholes (Rinkevich and Gutiérrez 1996, Willey 1998b).  In the canyonlands of Utah and northern Arizona, these canyons tend to be found in particular rock formations, apparently because these formations are suitable for the formation of canyon systems with the type of structural complexity described (Kertell 1977, Willey 1998b, Bowden 2008).

In forested environments, Mexican spotted owls tend to roost and nest in mature or old-growth forests with complex structure (e.g., Ganey and Dick 1995, Seamans and Gutiérrez 1995, Ganey et al. 1999, 2005, Peery et al. 1999, May and Gutiérrez 2002, May et al. 2004).  These forests are typically uneven-aged, are multistoried, and have high canopy closure (e.g., Grubb et al. 1997).  Where owls occur in younger forests, those forests typically contain large legacy trees (May and Gutiérrez 2002, May et al. 2004).  Nest trees are typically large in size (SWCA 1992, Fletcher and Hollis 1994, Seamans and Gutiérrez 1995, May and Gutiérrez 2002, May et al. 2004), whereas owls roost in both large and small trees (Ganey 1988, Willey 1998b, Zwank et al. 1994, Ganey et al. 2000, May et al. 2004).

Tree species used for nesting vary somewhat among areas and habitat types.  Douglas-fir is the most common species of nest tree in many areas, particularly areas dominated by mixed-conifer forest (SWCA 1992, Fletcher and Hollis 1994, Seamans and Gutiérrez 1995, Johnson 1997).  In pine-oak forests where nesting has been studied in the U.S., nests were commonly found in cavities in large oak trees, followed by platforms in ponderosa pine trees (Ganey et al. 1992, SWCA 1992, Fletcher and Hollis 1994, May and Gutiérrez 2002, May et al. 2004).  Only one nest has been reported from Mexican pine-oak forest.  This nest was in a 30-cm (12-in) dbh Mexican white oak tree (*Q. polymorpha*, nest structure type not reported; Tarango et al. 1997).

A wider variety of trees are used for roosting, but patterns again vary among forest types and geographic regions.  As for nesting, Douglas-fir is the most commonly used species in many areas dominated by mixed-conifer forest (Ganey 1988, Fletcher and Hollis 1994, Zwank et al. 1994, Johnson 1997, Stacey and Hodgson 1999, Ganey et al. 2000).  In contrast, owls roost primarily in oaks and pines in areas dominated by pine-oak forests (Ganey et al. 1992, Young et al. 1997, Ganey et al. 2000, Tarango et al. 2001, May et al. 2004, Márquez-Olivas et al. 2002).  The most frequently occurring tree species at roost sites in canyons in south-eastern New Mexico

BLM_0071636

and West Texas are bigtooth maple, western hop hornbeam, and chinkapin oak (Mullet and Ward 2010).

***b.  Foraging.***—Most studies of foraging habitat are based on triangulated locations of radio-marked owls, because it is impossible to visually observe foraging behavior of wide-ranging owls at night.  Triangulated locations are inherently inaccurate in the types of terrain and forests occupied by Mexican spotted owls (e.g., Ganey et al. 2003).  As a result, our understanding of habitat use by foraging owls is limited.  Available studies suggest considerable variability in use of foraging habitat, however, both among study areas and among individuals within study areas (Ganey and Balda 1994, Hodgson 1996, Willey 1998b, Ganey et al. 1999, 2003).

Owls in the canyonlands of southern Utah apparently forage primarily in rocky canyons, as 88% of locations of radio-marked owls fell within canyons (Willey and van Riper 2007, Bowden 2008).  Specific features of foraging habitats were not reported in these studies.  Owls in most forested study areas show some selectivity for foraging habitat relative to randomly available habitat, but the level of selectivity is reduced relative to habitat-use patterns for roosting and nesting.  For example, owls typically forage in all forest stands used for roosting but do not roost in all stands in which they forage (Ganey et al. 1999, 2003).  Areas used for foraging typically were in closed-canopy forests featuring high basal area of trees and high volume of logs (Ganey and Balda 1994, Ganey et al. 1999, 2003).  Structural characteristics of areas used for foraging differed from those of proximal but random areas in some study areas (Ganey and Balda 1994, Hodgson 1996, Ganey et al. 1999) but were more variable than characteristics of stands used for roosting in all areas (Ganey and Balda 1994, Hodgson 1996, Ganey et al. 1999, 2003).  Additional information on variability of the owl's foraging habitat also can be inferred from microhabitat descriptions for the owl's common prey (see Prey Ecology).

D.  Summary of Habitat Use

Most studies of how Mexican spotted owls use their habitat have sampled habitat characteristics or otherwise quantified habitat use at relatively fine scales (<0.2 ha [0.5 ac], reviewed in Ganey and Dick 1995).  As a result, we know relatively little about patterns of habitat use at coarser scales, including structure of forest stands and landscape composition (but see Grubb et al. 1997, Ganey et al. 1999, 2003, Peery et al. 1999, May and Gutiérrez 2002).

Patterns of habitat use vary with owl activity, seasonally, and regionally.  For example, owls appear to be far more selective for habitats used for roosting and nesting than for habitats used for foraging (Ganey and Balda 1994, Ganey et al. 1999, 2003).  Within areas that contain suitable roosting and nesting habitat, owls forage in a broader array of both cover types and structural conditions (Ganey and Balda 1994, Ganey et al. 1999, 2003).  Similarly, selection for particular types of habitats appears to be relaxed during the non-breeding season, when owls wander more widely and use a wider array of habitats that also tend to have a more open structure.  Based on these findings, USDI FWS (1995) explicitly assumed that the presence of suitable habitat for roosting and nesting limited distribution of Mexican spotted owls and primarily based management recommendations on retaining and enhancing such habitat.

BLM_0071637

*a.   Reasons Underlying Habitat-Use Patterns.*—There are several possible mechanisms underlying habitat use and selection by Mexican spotted owls.  For example, several hypotheses have bee
n proposed to explain why spotted owls nest and roost in late-seral, closed-canopy forests (reviewed by Carey 1985, Gutiérrez 1985).  These include better thermal protection, greater access to prey, protection from predation, and availability of required nesting structures.  Information documenting the relative importance of these factors is limited, with the exception of information relating to thermal protection and prey ecology.

Barrows (1981) suggested that spotted owls are relatively intolerant of high temperatures and roost and nest in shady forests because they provide favorable microclimatic conditions.  This explanation seems particularly attractive with respect to Mexican spotted owls, because it provides a unifying explanation for the use of extremes along the habitat gradient that is occupied.  Both closed-canopy forests and deep rocky canyons with caves, potholes, and alcoves provide well-shaded and cool microsites relative to surrounding areas, and owls typically use such areas for roosting and nesting (e.g., Ganey and Dick 1995, Seamans and Gutiérrez 1995, Grubb et al. 1997, Willey 1998b, Ganey et al. 1999, 2000, Willey and Ward 2004).

There is empirical evidence in support of this hypothesis in addition to observed patterns of habitat use.  Ganey et al. (1993) observed that Mexican spotted owls produced more metabolic heat than great horned owls and were less able to dissipate that heat through evaporative cooling.  Teng (1998) compared thermal environments of northern spotted owl roost and random sites in interior forests in northwestern California and estimated that roosting in randomly sampled areas would increase energy costs for thermoregulation by 5 to 34% per day and evaporative water loss by up to 5% per day relative to the sampled roost sites.  Weathers et al. (2001) studied metabolic rate and water flux of California spotted owls in the field using doubly-labeled water.  They determined that rates of water flux were high relative to metabolic rates and suggested that minimizing water loss might contribute to the owls' preference for cooler environments.  Ganey (2004) sampled thermal environments throughout most of the breeding season (May – Aug) in 30 paired nest and random areas in northern Arizona.  Owl nest areas were significantly cooler than random areas, and evaporative water loss modeled for Mexican spotted owls was significantly lower in nest than in random areas.

Potentially conflicting with this hypothesis is the presence of owls in canyons and riparian areas at relatively low elevations (e.g., Willey and Ward 2004, Bowden 2008).  Although owls appear to select microsites in these canyons that are cooler than surrounding areas, summer daytime temperatures in some of these areas become quite warm.  However, owls may be able to maintain favorable water and energy balance even in warm environments if water and prey resources are readily available in sufficient quantities.  The ultimate quality of these sites is unknown, as both vital rates of owls using such sites and availability of prey resources in these sites remain unknown.

Taken together, the above research findings suggest that thermal environments may be important in shaping patterns of habitat selection by Mexican spotted owls (Weathers et al. 2001), but do not rule out other explanations.  The same types of structural features that result in cooler microclimates may be correlated with factors such as prey abundance, protection from predators,

185

BLM_0071638

or availability of nest structures.  For example, relatively dense forests with closed canopies and high basal area may provide improved hiding cover for owls in general, especially for inexperienced juvenile owls.  Such forests also may provide more and better den structures for small mammals, as well as large, decadent trees that provide suitable nest structures for owls.  Similarly, canyon bottoms may be more productive sites for the owl's prey in northern regions of the owl's range (Sureda and Morrison 1998).  Individual owls that select roosting and nesting sites that are also closer to other required resources will presumably save energy in acquiring those resources, spend less time away from young, and potentially decrease risk of detection by predators.  It seems unlikely that habitat selection is based solely on thermal constraints and more likely that such constraints interact with these other factors (see also Carey et al. 1992, Zabel et al. 1995, Ganey et al. 1997, Ward et al. 1998, Ward 2001, May et al. 2004).

E.  Habitat Models

A number of efforts have been made to develop and test predictive models for Mexican spotted owl habitat.  These efforts have been conducted independently and were not coordinated until recently.  Although specific objectives and approaches differ among efforts, most have focused on nesting and roosting habitat, because of the apparent importance of this type of habitat in explaining owl distribution (USDI FWS 1995).  Efforts and models can be loosely grouped by six sets of investigators as discussed briefly below.

*a.  Terrell H. Johnson.*—From 1988 to 2003, T. H. Johnson developed a series of predictive models for Mexican spotted owl habitat.  This series of models began with a timber-type model for the Jemez Mountains, New Mexico (Johnson and Johnson 1988, refined and expanded in Johnson 1990).  The timber type model predicted availability of suitable habitat within these mountains based on USDA FS stage 1 timber inventory data. Johnson and Johnson (1988) reported that the model successfully discriminated owl from random sites and concluded that it could prove useful in other areas with available timber  inventory data.

The timber-type model was superseded by a topographic model of potential owl habitat throughout New Mexico, with model predictions based on topographic characteristics derived from a 1-degree digital elevation model (DEM; Johnson 1993).  This model again showed promise for predicting potential owl habitat, and it had the decided advantages that it was based on topographic data available for all land ownerships and might explain owl distribution better in canyon landscapes than did vegetation data.  Johnson (2001) tested this model across the range of the owl in the southwestern U.S., using a database of owl locations compiled in 1993 in conjunction with recovery planning efforts (Ward et al. 1995).  The model generally performed well in New Mexico and eastern Arizona, but accuracy declined along an east to west gradient.  Johnson (2001) concluded that a longitudinal function should be included in future models and that such models should be based on higher-resolution topographic data.

Johnson (1996) reformulated the topographic model for higher-resolution 7.5-minute DEM data in northern New Mexico, then added Landsat imagery to a model covering the Los Alamos National Laboratory, New Mexico (Johnson 1998).  Later, he developed a geophysical model of potential owl habitat for the southwestern U.S. (Johnson 2003).  This model used the higher-resolution (7.5-min) topographic data and used variables related to winter and summer

186

precipitation to model the east-west gradient observed in tests of the earlier topographic model throughout the southwest (see Johnson 2001). This model performed reasonably well in tests using independent owl locations. The model assigned a potential habitat index to locations, rather than simply defining habitat as suitable or unsuitable, which may allow greater flexibility in using the model. Johnson (2003) noted that coordinates of some of the locations used in model development likely were recorded inaccurately or imprecisely and that this error hampered the model's ability to discriminate between owl and background sites. He suggested that future models could be improved simply by eliminating spatial error in owl locations and by incorporating additional data resulting from ongoing survey and research efforts on Mexican spotted owls.

*b.   David W. Willey and Colleagues.*—D. W. Willey and colleagues also developed and tested a series of Geographical Information System (GIS)-based models based largely on topographic characteristics, with their efforts focused on the canyonlands of the CP. Their initial model identified predicted breeding habitat for owls throughout the state of Utah based on physical landscape features (Willey and Spotskey 1997). The model identified three habitat classes: predicted breeding habitat, predicted marginal habitat, and predicted non-habitat. The model incorporated data on slope, aspect, slope curvature (an index of ruggedness), and crude vegetation (e.g., forest, shrubland, or grassland). This model was designed to predict the general location of breeding habitat across large landscapes, and it was not intended for use at finer spatial scales (Willey 2002a).

Subsequent efforts expanded that modeling effort to cover northern Arizona as well and focused on producing a model that could be used at multiple spatial scales (Willey and Spotskey 2000, Willey 2002a). This model incorporated data on slope, aspect, slope curvature, vegetation at the species association level, surface geology, soil moisture, and an index of surface temperature (Willey 2002a). Tests of this model using different techniques and in different areas suggested that it was useful at identifying owl breeding habitat in canyon landscapes at relatively fine scales (<1:100,000; Willey and Spotskey 2000, Willey 2002b). However, Willey and Weber (2003) noted that predictions generated confusion among land managers, so they developed a third-generation model using finer-grained spatial data. Field tests of this model were conducted during 2004 with mixed results. In several cases, owls were not detected where probabilities of suitable roosting or nesting habitat were predicted to be high. This result could have been due to a year of low occupancy caused by factors independent of habitat suitability, however (e.g., Willey and Willey 2010). A more refined procedure was used in 2005 to generate and select among competing models developed with different geomorphological and vegetation-based variables. Models with the best performance based on two different selection criteria (Akaike's information criterion [AIC] versus a stepwise optimization procedure) produced similar results. In either case, maps based on confidence intervals (e.g., 95% or 99%) for prediction of occupancy could be produced. Percent slope was found to be the most useful variable in predicting owl roosting and nesting habitat regardless of model selection technique. The steepest slopes were identified as the most likely locations to find Mexican spotted owls in the study canyons of Utah.

Willey et al. (2007) further refined this model, again using model selection to rank competing GIS-based habitat models. Model parameters were generated using geomorphological and

BLM_0071640

vegetation-based habitat variables, and habitat associations were identified by comparing occupied and unoccupied sites located during extensive field surveys (Willey et al. 2007). The set of habitat covariates included: 1) landscape ruggedness, slope, and complexity (Rinkevich 1991, Willey 1998b); 2) relative surface temperature and presence of cool zones (Rinkevich 1991, Willey 1998b); and, 3) vegetation cover, which provides shelter as well as microenvironments for prey species (Ganey and Balda 1989b, Willey 1998b, Ganey et. al 2004). Willey et al. (2007) used model averaging across the three top habitat models to produce a predictive equation to identify potential Mexican spotted owl habitat in canyon terrain within the Utah study areas. The probability of owl occupancy was strongly and positively associated with percent slope and negatively associated with elevation range and selected vegetation covariates. Field testing included surveys in 487 1-km$^2$ (247 ac) test plots with 1,430 calling stations distributed across 22 U.S. Geological Survey quadrangle maps during the 2007 field season. Mexican spotted owls were detected in 14 quadrangles, including 57 owl detections within 22 individual test plots. The mean habitat suitability for the 22 test plots as estimated by the best approximating model was 60% (SD = 25%). In addition, 70% of the owl detections occurred within plots whose average suitability score was >50% and, for the 22 occupied study plots, only six showed habitat suitability less than 50%.

*c.   Tim Mullet.*— In more recent work, Mullet (2008) examined the applicability of the two models described above (Johnson 2003, Willey et al. 2007) for predicting occupancy of Mexican spotted owls in the Guadalupe Mountains of southeastern New Mexico and West Texas. This work focused primarily on the zones of high-probability (>75%) of owl occurrence predicted by the two models. The two models produced slightly different maps of predicted habitat, with some (overlapping) areas predicted to contain suitable habitat by both models. Mullet (2008) used formal occupancy surveys (during a single breeding season, in a random set of 25, 2-km$^2$ (494 ac) survey cells, each with two to five stations) and modeled detection probabilities and the probability of site occupancy for each survey cell using various covariates. Covariates included the amounts of high-probability predicted habitat from a given model in each cell. Despite being smaller than the area predicted separately by either model, the overlapping area of habitat predicted by both models provided the same level of accuracy and precision as either model separately. This area of overlap between the two models primarily coincided with narrow, steep-walled canyons. Mullet (2008) therefore concluded that both models were useful for identifying habitat that had a high-probability of being occupied, but that the area of overlap of the two predicted habitat maps was much more efficient than either model alone in predicting habitat that would be occupied by Mexican spotted owls in the Guadalupe Mountains.

*d.   Joseph L. Ganey and Colleagues.*—Efforts by this group focused on National Forest System (NFS) lands in northern Arizona. In an early effort, Ganey et al. (1990, see also Ganey 1991) used GIS, a DEM, and Landsat multispectral scanner imagery to develop a predictive model for Mexican spotted owl habitat on four National Forests in north-central Arizona. Model output was a spatially explicit map of predicted owl habitat. The model defined suitable owl habitat as occurring where slope was >15% and cover type was dense mixed-conifer, ponderosa pine, or deciduous forest.

Ganey (1991) tested this model at the landscape scale by evaluating agreement between model predictions and independent survey locations of Mexican spotted owls (i.e., locations not used in

BLM_0071641

model development).  Prediction accuracy generally was high in mixed-conifer forests,
intermediate in pine-oak forests, and lowest in rocky-canyon areas.

Ganey (1991) also tested the model using data from eight radio-marked owls representing five
territories in three study areas.  Owl locations occurred in predicted habitat significantly more
than expected by chance at four of these sites.  Agreement between model predictions and owl
locations was low at the fifth site, where the owls occupied a rocky canyon.  He concluded that
the model could be used to prioritize general survey areas, and might be useful for identifying
specific areas for habitat protection in mixed-conifer forest, but it was not useful at that scale in
rocky-canyon landscapes.  This relatively crude model was used by forest biologists to prioritize
survey areas but was not developed further.

Ganey and Benoit (2002) evaluated the use of Terrestrial Ecosystem Survey (TES) data to
identify potential Mexican spotted owl habitat on NFS lands.  TES is a spatially explicit data set
that uses information on soils, vegetation, and climatic conditions to define and map a set of
ecological map units depicting potential vegetation.  Using three separate owl data sets (locations
from the 1993 survey database [USDI FWS 1995], locations of radio-marked owls, and results
from complete surveys of selected quadrats [Ganey et al. 2004]), they identified subsets of map
units that were strongly associated with owl use on three national forests in northern Arizona.
These map units generally consisted of mixed-conifer or pine-oak forest, and those most strongly
associated with owl use generally occurred on steep slopes containing rocky outcrops.  Ganey
and Benoit (2002) concluded that, with some caveats, TES data could be used to identify and
map potential owl habitat.

*e.  William J. Krausmann and Colleagues.*—William J. Krausmann and colleagues also
focused on NFS lands, but their modeling efforts were specifically directed at assessing gross
changes in amounts of Mexican spotted owl habitat over time (i.e., change detection, Krausmann
et al. undated, Mellin et al. 2000).  Thus, their efforts focused on products that could be used to
monitor changes in amounts of owl habitat over time.  They identified forest types "associated"
with Mexican spotted owls on NFS lands in Arizona and New Mexico, using TES (see above)
and Generalized Ecosystem Survey data (essentially a coarser-scale version of TES) and USDA
FS timber stand data.  They then assessed changes within those vegetation types using two
Landsat images acquired approximately five years apart (1991/93 and 1997/98; Mellin et al.
2000).

Approximately 28.2% of NFS lands within Arizona and New Mexico were identified as
belonging to vegetation units associated with Mexican spotted owls.  Within those vegetation
units, 4.2% underwent some form of vegetation removal or reduction over the five-year period,
for an annual rate of change of <1%.  Fire was the principal cause of habitat change identified
and accounted for 60.5% of the change area.  Timber harvest accounted for another 19.2%, with
infestations of forest insects or pathogens accounting for 17.3% of the change area.

The conclusions regarding changes in amount of owl habitat depend heavily on the assumptions
about which vegetation units were associated with Mexican spotted owls.  The accuracy of these
assumptions, and the resulting classification of "owl-associated" habitat, is unknown.  To
address this uncertainty, Mellin et al. (2000) also summarized change based on the area

BLM_0071642

contained within owl PACs. This analysis, which included nine national forests that had digitized GIS coverages of PAC boundaries, avoids the need to classify habitats as associated or not associated with owls. Vegetation removal or reduction occurred on 3% of the total PAC area, with 80, 14, and 5% of the change due to fire, mechanical treatments (timber harvest and/or thinning), and infestations of forest insects or pathogens, respectively.

The modeling effort by Krausmann and his colleagues demonstrated that Landsat imagery could be used to detect gross changes in owl habitats over time, as recommended in USDI FWS (1995). Thus, continued change-detection efforts could form part of a strategy to monitor trend in amounts and spatial distribution of owl habitat. However, no follow-up efforts have occurred, nor are there any plans to conduct follow-up analyses (W. J. Krausmann, pers. comm.). Further, the change-detection analysis focused mainly on obvious loss or reduction in vegetation. Identifying areas that may have matured toward suitable owl habitat during this time frame was beyond the scope of this effort, but would obviously be important in a comprehensive effort to monitor trend (including both gains and losses) in owl habitat.

*f.   Forest Ecosystem Restoration Analysis Project (ForestERA).*—The Forest ERA program also developed a predictive model for Mexican spotted owl habitat covering a study area of approximately 8,100 km$^2$ (2 million ac) near Flagstaff, Arizona. ForestERA is a collaborative project headquartered within the Center for Environmental Science and Education at Northern Arizona University. It provides data, tools, and analytical frameworks for developing landscape-level strategies for ecosystem restoration, and assessing the impacts and implications of alternative management scenarios (Sisk et al. 2004). This program modeled Mexican spotted owl habitat as one data layer facilitating landscape-level assessments within their Western Mogollon Rim study area (Prather et al. 2005). The model defined Mexican spotted owl nesting and roosting habitat as areas where the dominant overstory vegetation consisted of pine-oak, mixed-conifer, or ponderosa pine cover types on steep slopes (>12 degrees), and where basal area exceeded 17 m$^2$ ha$^{-1}$ (75 ft$^2$ acre$^{-1}$). Predicted habitat was assessed using the Mahalanobis distance statistic and vegetation (tree density, canopy cover, basal area) and terrain (slope, aspect) characteristics around known owl nest sites. This statistic was used to determine how divergent a given location on the landscape was compared to the typical characteristics of the landscape at known nest sites, and it allowed them to assess the likelihood that owls would use a particular area. Preliminary assessments of model accuracy suggested that it successfully predicted the locations of most owl nest and roost sites, despite classifying only about 30% of the assessment area as nest/roost habitat (Forest ERA 2005).

ForestERA also produced a spatial coverage representing management definitions of Mexican spotted owl habitat across the assessment area. This data layer depicted habitat categories as defined in USDI FWS (1995). Categories modeled included protected habitat, restricted habitat, and areas with no specific owl-related guidelines (other forest and woodland types; USDI FWS 1995). This allowed for comparisons of overlap between predicted habitat and areas managed for owls under USDI FWS (1995). Although no quantitative analysis is available, a visual comparison of maps of predicted habitat and management guidelines suggests that 1) areas managed for Mexican spotted owls under USDI FWS (1995) cover less of the assessment area than is predicted to contain nesting and roosting habitat for owls, and 2) areas managed as protected or restricted habitat for owls generally are predicted to be owl habitat (Fig. B.5).

190

BLM_0071643

ForestERA recently updated this coverage based on definitions in this revised Recovery Plan. Results again indicated that plan recommendations target a relatively small proportion of the study area (approximately 20%; see Appendix C).

**g.   *Other Recent Efforts.*—** Two other recent efforts focused on developing habitat models at more localized scales. Danzer (2005) used existing data on owl occupancy, fire history, and site characteristics to describe features of Mexican spotted owl territories in the Huachuca Mountains, Arizona. Owl territories were variable, but most occurred in canyons with riparian, mixed-conifer, and oak components, a finding consistent with previous analyses in this region (Ganey and Balda 1989a: Fig. 2, Duncan and Taiz 1992, Ganey et al. 1992, Ganey and Dick 1995: Table 4.1). Hathcock and Haarmann (2008) developed a vegetation-based predictive model for Mexican spotted owl habitat in the Jemez Mountains, New Mexico. Compared to random sites, sites used by owls had greater tree species diversity, tree density, tree height, canopy cover, and shrub density. Again, these features generally agree with other evaluations of owl habitat, both locally and in a broader sense. Model testing suggested that the model performed adequately, and Hathcock and Haarmann (2008) suggested that this model could be used to delineate habitat on a relatively fine scale.

**h.   *Summary of Mexican Spotted Owl Habitat Models.*—** In summary, a number of predictive models have been developed for Mexican spotted owl habitat. Modeling efforts have occurred throughout much of the range and have incorporated many different approaches and objectives (e.g., prediction of breeding habitat versus change detection). These efforts have produced a number of useful products, including maps of predicted habitat for different areas and maps useful in detecting changes in habitat amount or condition. The ongoing efforts by T. H. Johnson and by D. W. Willey and colleagues appear to hold considerable promise for future efforts. Both also appear to hold the most promise for modeling owl habitat in areas such as rocky canyonlands, where topography and geology appear more important in determining owl distribution than vegetation type. Models incorporating topography have the advantage that they are based largely on topographic and/or climatic data that are available for all land ownerships across the range of the owl. The recent work by Mullet (2008) demonstrated the utility of these types of models in predicting occupancy of Mexican spotted owls in the Guadalupe Mountains and how structured validation surveys can lead to a more efficient model. In this case, the overlap between habitat predicted by two models provided the most efficient model (i.e., a model with less predicted habitat to search while conveying the same probabilities of occupancy).

In some areas, data on vegetation type and composition may improve models significantly. For example, the model produced by Forest ERA used data on vegetation structure and composition to model nesting and roosting habitat structure. These types of data are not as readily available as topographic data and typically require analysis of satellite imagery to derive useful data layers (Forest ERA 2004). Such data also can be used to detect changes in vegetation structure, however, and this ability would be critical in efforts to monitor amounts and distribution of Mexican spotted owl habitat. That is, topographic models can be used to model potential owl habitat, but they cannot effectively model current owl habitat except in areas where topography is more important than vegetation, such as in the canyonlands.

191

BLM_0071644





**Figure B.5.** Maps of predicted Mexican spotted owl nesting and roosting habitat (top) and management guidelines (bottom) for Mexican spotted owls under USDI FWS (1995). Source: Forest ERA 2005.

BLM_0071645

The habitat models developed also have produced some useful insights unrelated to their original intent. For example, Ganey and Benoit (2002) noted that TES data identified most of the map units strongly associated with owl use in their study area as not well suited for timber harvest, due to either steep slopes or soil-based considerations. Similarly, comparison of owl-related maps with other maps produced by Forest ERA suggests that there is high overlap between owl habitat, either as predicted by their habitat model or as defined based on protective categories in USDI FWS (1995), and predicted habitat for the northern goshawk (Fig. B.6, top), a species of special management concern (e.g., Reynolds et al. 1992). Another such comparison suggests that species diversity of breeding birds is generally greater in owl habitat than elsewhere (Fig. B.6, bottom). Together, these results suggest that 1) it might be feasible to protect owl habitat while simultaneously minimizing impacts to timber harvest programs, and 2) this protected habitat appears to be particularly important to other wildlife species of interest as well. Finally, the owl habitat coverages developed by ForestERA also allowed Prather et al. (2008) to evaluate potential conflicts between management to reduce fuels and risk of severe wildland fire and management to retain Mexican spotted owl habitat. This analysis demonstrated that although some conflicts exist between these objectives, their magnitude has been overstated (see also Appendix C). They concluded that the majority of the landscape could be managed to reduce fire hazard without eliminating owl habitat (see also James [2005] for a concurring view).

F. Disturbance Ecology and Owl Habitat

Several disturbance factors can influence Mexican spotted owls through their effects on the owl's habitat. For example, a change-detection analysis focused on Mexican spotted owl habitat (Krausmann et al. undated, Mellin et al. 2000) suggested that wildland fire, mechanical treatments, and forest insects and pathogens (in that order) were key disturbance agents affecting owl habitat. Other potential disturbance agents that may threaten the owl indirectly through habitat alteration include heavy grazing by domestic livestock and wild ungulates, concentrated housing development or urbanization, and shifts in the distribution of dominant plants and their associations driven by change in climate. All of these disturbance agents may alter habitat structure, reducing the quality or availability of habitat to individual owls. If habitat alteration is extensive, habitat loss can result in negative impacts on Mexican spotted owl populations by limiting the number of occupants and their reproduction. Indeed, presumed habitat loss due to timber harvest was one of the factors that precipitated listing the owl as threatened (USDI FWS 1993).

The majority of disturbance agents that can alter Mexican spotted owl habitat are discussed elsewhere in this Recovery Plan (Parts I and II). No studies are available on the specific effects of forest insects and pathogens on this owl's habitat, few studies have evaluated effects of mechanical treatments on spotted owls, and none of these studies focused specifically on Mexican spotted owls. As a result we know relatively little about the effects of these disturbance agents on the owl and its habitat. However, several studies or analyses have focused on wildland fire, which appears to have the greatest potential to greatly alter the owl's habitat over vast areas in a relatively short time period (e.g., Krausmann et al. undated, Mellin et al. 2000). Therefore, this disturbance agent and its potential influence on the ecology of Mexican spotted owls warrants specific discussion. There also is limited information about four other disturbances that may influence the owl's habitat: mechanical treatments, heavy grazing by domestic livestock and

BLM_0071646

wild ungulates, urban development, and shifts in biological communities caused by climate change. Below, we discuss the potential influences of these four disturbance agents.

*a.   Wildland fire and Prescribed Fire.*— Fire is a natural disturbance agent in southwestern forests (Swetnam 1990), with which Mexican spotted owls co-evolved. Ponderosa pine and xeric-mixed conifer forests evolved with a fire regime characterized by frequent-surface fires. Early Euro-American-settlement, overgrazing, and other land-use practices that began around 1880, followed by organized fire suppression and logging, have resulted in severely altered surface fire regimes and forest structure in these southwestern forest types (Rummel 1951, Madany and West 1983, Savage and Swetnam 1990, Covington and Moore 1994, Fulé et al. 2004,). As a result, these forests have not experienced landscape-scale fire effects for over a century in many places and are now characterized by closed canopies with dense stands of small trees, and heavy forest litter and duff fuel loads. These widespread changes have resulted in substantially altered fire behavior and effects in these forests ecosystems. These forests are now very prone to stand-replacement, high-intensity and high-severity fires that are now very difficult to control. As a result, we have seen an increasing trend in the size and severity of wildland fires in the western U.S., including the Southwest (Westerling et al. 2006, Littell et al. 2009, Miller et al. 2009). This trend in the Southwest began around 1990 with the stand-replacing Dude fire in Arizona (> 2,400 acres), escalating in 2011 to the most intense and largest fires in Southwest history, as over 809,716 ha (2 million acres) burned in Arizona and New Mexico (USDA FS unpubl. data).

The real quandary is that fire is a double edged sword, potentially the savior and threat to the Mexican spotted owl. In essence low- to moderate-severity and even high severity fire patches on the fine scale (e.g., 1 to 100 acres) are likely desirable for more resilient forest landscapes and owl habitat. However, high severity patches over large areas (e.g., > 100 to 500 acres) may have cumulative effects on forest structure given recent trends that possible may not be beneficial to Mexican spotted owl recovery or sustainable forest management.

Recognizing these changing aspects of southwestern forest ecology and the potential for more and larger high-severity fires to occur in the near future, the Recovery Team recognizes stand-replacing wildland fire as one of the primary threats to the Mexican spotted owl and its habitat. The underlying assumptions are: 1) under some conditions stand-replacing wildland fire can severely alter forest stand structure and the attributes that Mexican spotted owls need for roosting and nesting; 2) replacement habitat could take centuries to regenerate given the age of forests and trees on these sites; and, 3) cumulative loss of large amounts of roosting and nesting habitat to wildland fire ultimately can be detrimental to spotted owls, even if they are able to persist in burned areas over the short term.

To better understand how much of the owl's habitat could be affected by stand-replacing fire in the future, the Recovery Team quantified recent trends in burn-severity over a 14-year period (1995 to 2008) within 90% of established PACs (Box B.2; we were not able to obtain spatial data for the other 10% of known PACs). The analysis showed variability among the five U.S. EMUs, but the overall analysis indicates that >40% of current PAC area could be altered by high-severity fire in the BRW, SRM, and UGM EMUs, whereas less than15% of habitat within PACs may be altered in the BRE and CP EMUs by 2110 (Box B.2, Fig. 1c). Projections that mega-fire

194

BLM_0071647

years like that observed in Arizona and New Mexico in 2011 will become increasingly more frequent could result in an exponential increase in rate of high-severity fire effects in PACs such that habitat within all currently designated PACs in the SRM and BRW EMUs could be burned by high-intensity fire within 40 to 90 years (Box B.2, Fig. 1d and e). In summary, high-severity fire effects will continue to impact PACs at an unknown, but likely, accelerated rate. Fuels reduction projects and previously burned areas distributed across the landscape may, over time, reduce the exponential trend of high-severity wildland fire effects in PACs. To slow or alter this increasing rate of high-severity fire effects, the potential for stand replacing fire needs to be significantly reduced on the landscape within 30 to 40 years. We reiterate, however, that the future trends of high-severity fire effects to Mexican spotted owls are largely unknown.

BLM_0071648

**BOX B.2**
**MAGNITUDE AND SEVERITY OF WILDLAND FIRE IN**
**MEXICAN SPOTTED OWL HABITAT**

In this Recovery Plan, we presume that loss of habitat resulting from the effects of high-severity wildland fire is a threat to the Mexican spotted owl. High-severity fire effects include a high percent loss of site organic matter, canopy, and vegetation cover (i.e., stand replacement fire), and high tree mortality and exposure of soils (DeBano et al. 1998; Keeley 2009). Furthermore, the scale of high severity fire we have seen in recent decades in the ponderosa and more xeric mixed conifer forest ecosystems appears to be outside the historical range of variation (Fulé et al. 2004).

Understanding the magnitude of this threat requires knowledge of the following; 1) the rate and extent of high-severity fire affecting the owl's habitat; 2) the effects of high severity fire on owl habitats, forest ecology and succession; and, 3) how the owl and its populations respond to these habitat alterations caused by high-severity fire effects. To better understand the potential magnitude of high-severity fire effects on the owl's habitat, the Recovery Team examined recent trends in fire-severity within designated PACs. We quantified the number of PACs and amount of PAC area that were burned resulting in different severities of fire over a 14-year period (1995 to 2008) and then used the annual (estimated as a 14-year mean) rate of high-severity fire to project potential future losses of the owl's habitat in 10-year intervals through 2110. The results of this analysis are presented below. We currently have no long-term data from which to assess how the forest habitat or the owls will respond to these stand-replacing high-severity fire events (see Appendix B for further discussion regarding this topic).

To estimate the amount of owl habitat burned from 1995 to 2008, we used the geospatial boundaries of PACs to identify the most important, and limiting, habitat to Mexican spotted owls, and we used annual boundaries of fires ≥ 405 ha (1,000 ac) to estimate area burned and fire severity effects. Wildland fire boundaries were derived from the standardized USGS Monitoring Trends in Burn Severity database (MTBS; http://mtbs.gov/index.html), which only tracks fires ≥405 ha. From the overlap of these two data sets, we estimated the amount and percentage of area burned annually in PACs over the 14-year period. We examined PACs from 17 different public land management units, including 12 National Forests (six in Arizona, five in New Mexico, one in Utah), BLM lands in Utah, and four National Parks (one in Arizona, three in Utah). The time period was chosen because it followed the release (and hence recommendations) of the original Recovery Plan (USDI FWS 1995) and because burn-severity data were not available beyond 2008. Unfortunately comparable fire severity data from the record-breaking 2011 fire season were not available, nevertheless preliminary evaluations of the 2011 fire severities further support these findings.

The MTBS data included five general classes of burn-severity effects on vegetation: 1) unburned or undetected, 2) low, 3) moderate, 4) high, and, 5) burned, but with unknown severity (Eidenshink et al. 2007). To project future loss of owl habitat, we used the rates of high-severity fire effects estimated annually from the 14-year period to estimate the percent of PAC area that would be burned in future 10-year increments, assuming four scenarios. The first scenario assumed that the area burned by fire was fixed during each 10-year period and equal to the amount of area burned in each EMU during the initial 14-year period. In the second scenario, we assumed an exponential increase of 1% of additional PAC area burned each year than under the constant rate scenario. The third scenario assumed an exponential increase of 4 percent of additional PAC area burned each year. The final scenario assumed that the amount of PAC area impacted by high-severity fire effects would increase exponentially (4% annual increase), but would slow and eventually plateau after 40 years of increasing wildfire trends, fuels reduction and restoration treatments. We focused on high-severity fire effects because they result in the most significant alteration of owl habitat and hence, have the greatest potential for loss of habitat.

BLM_0071649

**BOX B.2, Continued**

Our analysis included 1,174 PACs 89% of the 1,324 known owl sites) and encompassed 329,054 ha (812,763 ac) (Table 1). During the 14-year period of 1995 to 2008, a total of 50,034 ha (123,632 ac) burned in 438 of the PACs. The percentage of habitat area burned by any type of fire was lowest in the CP EMU, where owl nest/roost habitat occurs more frequently in rocky canyons, which are less likely to burn than forested habitats (Figure 1a).

On average, low-severity fire effects were detected over the largest percentage of hectares and high-severity fire were detected in the lowest percentage of hectares within the burned PAC areas (Table 1). Large-fire years were observed in 2000, 2002, and 2004 and on average more PAC area burned with high-severity fire effects in these years (Figure 1b). The annual percentage of PAC area affected by high-severity fire varied among EMUs during the 14-year period (Table 2). The greatest percentage of PAC area affected by fire was in the BRW EMU (Figure 1a).

Projections about future extent of high-severity fire effects (constant rate of increase) under the first assumption indicated that modification of the owl's habitat during the next century in the five U.S. EMUs could range from 2 to 56 percent of current PAC area (Figure 1c). Projected losses, assuming the 1 percent-exponentially increasing rate of high-severity fire effects indicated that by 2110 all PACs in the SRM and BRW could be burned, that nearly 80% of the PAC area in the UGM could be burned, and that <30% of the PAC area could be burned in the CP and BRE EMUs (Figure 1d). Under the more extreme scenario of a 4 percent annual exponential increase, 100 percent of PAC area would be affected by high-severity fire in the SRM and BRW EMUs by 2065 and in the UGM EMU by 2075 (Figure 1e). Under this scenario much of the remaining PAC area not affected by high-severity fire would be in the CP EMU. The extreme scenario of 4% exponential increase could slow and begin to stabilize following the 40 years of increase if fuels reduction treatments are effective and/or high-severity fire effects are limited by the previous wildfire effects at an exponentially decreasing annual rate of about 2 percent (Figure 1f).

Although these projections are based on very simplistic assumptions and forecasts, the analysis is useful for showing: 1) past conditions and fire behavior varied by EMU, likely because of differences in fuel sheds and burning conditions related to elevation, weather, topography, and vegetation; and, 2) to date, high-severity fire effects in PACs have been relatively rare rangewide. Unfortunately, our analysis was not able to include fire data from 2011 because comparable data are not yet available. Although the extent of high-severity fire effects in PACs is not known for the 2011 fires, the number of PACs that experienced large (> ⅔ of PAC area) fires easily could double beyond the number recorded for our analysis period. Our results also indicated that under the conditions present from 1995 to 2008, owls dwelling in canyon habitats were least impacted by high-severity fire effects (i.e., the CP EMU), and the EMU's where the majority of owls are concentrated (e.g., UGM and BRE EMUs), experienced lower rates of high-severity fire than the BRW or SRM EMUs. However, the projected rates of habitat alteration for the future are rough estimates and the amount of habitat affected by high severity fire was not offset by restored or newly developed habitat over this analysis period. These data suggest that under climate-warming forecasts and less-conservative rates of high-severity fire effects, Mexican spotted owl habitat degradation could escalate in most portions of the range in the foreseeable future. Alternatively this undesirable habitat loss could potentially be mitigated if future wildfire effects are moderated under wetter decadal-climate regimes and more effective at reducing forest fuels and opening forest canopies rather than replacing them, and if strategically placed treatments across the landscape are more influential in slowing and reducing the size of future high-severity fire patches.

197

BLM_0071650

**Box B.2, Table 1.**  Cumulative fire severities (ha) in Mexican spotted owl habitat (PAC area), 1995-2008.

| EMU | No. PACs | PAC Area (ha) | Burn Severities within PAC Area (ha) | | | |
|---|---|---|---|---|---|---|
| | | | Low | Moderate | High | Any |
| CP | 132 | 52,642 | 562 | 327 | 109 | 998 |
| SRM | 50 | 13,668 | 909 | 726 | 999 | 2,634 |
| UGM | 684 | 181,730 | 14,743 | 8,535 | 8,264 | 31,540 |
| BRW | 155 | 43,193 | 5,746 | 5,129 | 2,653 | 13,527 |
| BRE | 153 | 37,821 | 344 | 340 | 650 | 1,335 |
| Totals: | 1,174 | 329,054 | 22,304 | 15,057 | 12,675 | 50,034 |
| 14-yr % of PAC Area[1]: | | | 6.8% | 4.6% | 3.9% | 15.2% |
| Annual % of PAC Area[2]: | | | 0.48% | 0.33% | 0.28% | 1.09% |

[1] Calculated by dividing the total area burned over 14 years under each severity by the total amount of PAC area in an EMU.
[2] Calculated by dividing the 14-yr percentage of PAC area burned by 14.

**Box B.2, Table 2.**  Percent of Mexican spotted owl PACs that burned with high severity fire effects, 1995-2008.

| EMU | No. PACs | % of PACs with high-severity fire effects | | | | % PAC area with high-severity fire effects | | |
|---|---|---|---|---|---|---|---|---|
| | | None | 1–79 ha | 81–162 ha | >162 ha | Mean | SE | n |
| CP | 132 | 92.4 | 7.6 | 0 | 0 | 0.02 | 0.009 | 14 yr |
| SRM | 50 | 78.0 | 10.0 | 8.0 | 4.0 | 0.46 | 0.371 | 14 yr |
| UGM | 684 | 72.0 | 22.4 | 4.1 | 1.5 | 0.33 | 0.152 | 14 yr |
| BRW | 155 | 50.3 | 41.3 | 8.4 | 0 | 0.48 | 0.190 | 14 yr |
| BRE | 153 | 91.2 | 5.2 | 2.6 | 0 | 0.12 | 0.089 | 14 yr |
| Total PACs: | 1,174 | 873 | 240 | 49 | 12 | | | |

BLM_0071651



**Box B.2, Figure 1:** *(a)* Mean percentage (± SE) of Mexican spotted owl PAC habitat burned in each of 5 EMUs from 1995 to 2008 and (*b*); annual trend in high-severity fire effects and fire in PACs from 1995 to 2008. Projected percent of PAC area burned resulting in high-severity fire effects through 100 years assuming: (*c*) a constant rate of increase equal to the EMU annual rate; (*d*) an exponential increase of 1% per year above the EMU annual rate; (*e*) an exponential increase of 4% annual increase per year above the EMU annual rate; and, (*f*) initial 4% exponential increase followed by asymptotic decrease under the assumption of forest treatment or disturbance effects after 40 years exponentially increased rates of high-severity burn effects. CP = Colorado Plateau, SRM = Southern Rocky Mountain, UGM = Upper Gila Mountain, BRW = Basin and Range-West, BRE = Basin and Range-East.

199

Understanding the impact of wildland fire on Mexican spotted owls also requires knowledge of the owl's response to fire. Since 1995, several studies have examined short-term effects of fire on Mexican spotted owls. Here, we summarize briefly the important results of those studies and re-evaluate the importance of fire as a threat to owl habitat based on these results. Additional recent studies have evaluated or speculated on fire effects and/or historical disturbance patterns affecting northern and California spotted owls (Elliott 1985, Buchanan et al. 1995, MacCracken et al. 1996, Bevis et al. 1997, Everett et al. 1997, Gaines et al. 1997, Verner 1997, Franklin and Gutiérrez 2002, Irwin and Thomas 2002, Irwin et al. 2004, Lee and Irwin 2005, Clark 2007, Bond et al. 2009). We restricted our evaluation here mainly to studies on the Mexican spotted owl, because of regional variation in fire regimes and the resulting apparent differences in this owl's environment compared to that of the other two subspecies. However, we include results from two recent studies on other subspecies of spotted owls (Clark 2007, Bond et al. 2009) because these studies evaluated fire effects more rigorously than previous studies, and their results have potentially important implications.

To date there have been at least seven studies or other evaluations on the effects of fire on Mexican spotted owls. These studies occurred in four EMUs, in a variety of geographic locations and forest types, and have included both wildland fire and prescribed fire. Studies are discussed below in chronological order.

Johnson (1995:5–6) did not study fire effects explicitly but discussed fire and Mexican spotted owls in the area impacted by the 1977 La Mesa Fire in the Jemez Mountains, New Mexico (SRM EMU). Two territories within the boundary of this fire were occupied more consistently than other territories in the Jemez Mountains in the decade from 1985–1995. Data on owl reproduction were not sufficient to compare reproduction at these territories to other territories within the region, and owls were not marked, so survival data were not available from these territories. Owls were sometimes observed roosting in burned areas and were heard at night in burned areas on the mesa. Thus, at least some territories were occupied following the fire, and owls appeared to forage and occasionally roost in burned areas.

Sheppard and Farnsworth (1997) discussed potential impacts of fire on owls. They estimated that at least 10 Mexican spotted owl territories were impacted by fire in Arizona and New Mexico during the 1994 fire season. They further estimated that >20,000 ha (>50,000 ac) of owl habitat experienced stand-replacing wildland fire from 1989 to 1994. They did not evaluate patterns of owl habitat use or territory occupancy relative to these fires, however.

Willey (1998a) tracked three pairs of radio-marked Mexican spotted owls before and after prescribed burns in Saguaro National Park, southern Arizona (BRW EMU). These burns increased canopy edge and structural diversity within stands (Willey 1998a:30–31). They created openings within the forest, but these openings were very small (<1 ha [2 ac]) relative to the size of owl home ranges (125 to 545 ha [310 to 1350 ac] pre-fire; Willey 1998b: Table 6), and no burning was done in the north-slope mixed-conifer forests where owls roosted and nested. Home range and activity centers decreased in size for two of three pairs following the burns, but increased for the third pair. Home range centroids shifted from 100 to 500 m (300 to 1500 ft) for all pairs. However, Willey (1998b) noted that both range shifts and changes in range size could be confounded by changes in nesting status pre- and post-fire, and he generally regarded these

200

results as inconclusive. Clearly, however, owls continued to use these areas following relatively low-intensity prescribed burns that occurred outside of nest/roost areas, at least in the short term.

Bond et al. (2002) documented minimum survival and site and mate fidelity for four pairs of color-marked Mexican spotted owls in Arizona and New Mexico (UGM EMU) after large wildland fires (>525 ha [1,300 ac]). Fire burned through the nest and primary roost sites in all four territories. Two territories experienced high-severity wildland fire over >50% of the territory, one experienced relatively high-severity fire over approximately 40% of the territory, and one experienced primarily low-severity wildland fire. Seven owls (87.5%) were known to have survived at least to the next breeding season. Three of the four pairs exhibited both mate and site fidelity, remaining paired and on the same territory. The male from the fourth territory was not re-sighted, and the female survived but did not return to that territory. This fourth territory underwent the greatest burn severity, experiencing high-severity wildland fire over 57% of the territory and low-severity wildland fire over the remaining 43%. Results were similar for northern and California spotted owls that experienced wildland fire on their territories (Bond et al. 2002). Thus, owls studied continued to occupy burned areas, even following relatively high-severity fires, except in the territory that experienced the highest burn severity. Results further suggested that survival rates and mate and site fidelity in these owls were relatively high in the year following fire.

Jenness et al. (2004; see also Jenness 2000) surveyed historical Mexican spotted owl territories (as delineated by USDA FS biologists) in 1997 that had experienced some form of fire during the previous four years, and compared owl occupancy and reproduction in these territories to unburned territories that were located nearby and were similar in cover type and topography. They surveyed 33 burned territories and 31 unburned territories in the UGM, BRW, and BRE EMUs. Extent and severity of fire within these territories varied widely, ranging from prescribed burns to intense wildland fires that burned across much of the territory.

In general, unburned territories surveyed had more pairs (55%) and reproductive pairs (16%) than burned territories (39 and 9%, respectively). Burned territories were more likely to contain single owls (21 vs. 16%) and almost twice as likely to be unoccupied as were unburned territories (30 vs. 16%). These differences were not statistically significant, but the significance test had low power due to small samples of sites (Jenness et al. 2004). Two of eight territories (25%) that burned one year prior to surveys were unoccupied, and eight of 25 territories (32%) that burned $\geq 2$ years prior to surveys were unoccupied. Owls were present and reproducing in some severely burned sites, however. For example, three sites where >50% of the territory burned contained reproducing pairs, and a single owl was present at the most severely burned territory. No variables related to fire severity appeared correlated with patterns of occupancy or reproduction. These results again suggest that owls frequently continue to occupy burned areas, at least in the short term, and that some burned areas continue to be occupied even after severe, stand-replacing wildland fires. None of the burned territories had >55% stand-replacing burn within the territory boundary delineated by USDA FS, however, so pockets of habitat remained in all cases. Further, because owls were neither radio- nor color-marked in this study, it is not known if the birds present after fires were the same birds present before the fires.

BLM_0071654

Ward and Moors (2011) reported on occupancy and reproduction of Mexican spotted owls dwelling in burned and unburned landscapes in the Pinaleño Mountains of southeastern Arizona, based on a single season of survey in 2011. Their study area included the Nuttall-Gibson fire that occurred in 2004, 7 years prior to their survey. Seventeen PACs were included in their analysis and these ranged from 99% of the included area burned to 100% unburned, and high-severity burn ranged from 2.5 to 38.5% of area within the PACs. Pairs occurring in PACs with more burned habitat averaged 1.75 young/pair and included the only pair that had 3 young that year. Pairs in PACs with <4% of the habitat burned had an average of 1.33 young/pair. Owl density appeared greater in the portion of the landscape that burned, and anecdotal information indicated that numbers of *Peromyscus* spp. were high in 2011. Thus, owls continued to occupy and reproduce in burned areas. The authors noted that any potential benefits of burned habitat was of unknown duration, and encouraged monitoring of post-fire development of ground vegetation and small mammal communities in burned areas, to better understand the potential effects of fire in owl habitat.

Recently, Clark (2007; see also Clark et al. 2011) studied territory occupancy, survival, reproduction, and habitat use by northern spotted owls in both burned and unburned landscapes in southwestern Oregon. The study area included a mosaic of public and private lands, some of which had an extensive history of past timber harvest resulting in a high degree of fragmentation of older forest habitat. In addition, many burned areas in this landscape were subjected to clearcut salvage logging.

Territory occupancy rates declined rapidly following wildland fire. Annual survival rates were substantially lower for owls within the burn (0.69 ± 0.12) or displaced by the burn (0.66 ± 0.14), relative to owls that lived adjacent to the burn (0.85 ± 0.06; Clark et al. 2011). No differences were observed between productivity of owls in burned and unburned landscapes. Clark (2007) noted that he was unable to estimate the impacts of wildland fire and salvage logging separately on northern spotted owl survival or territory occupancy, "…because they were highly interrelated and I lacked sufficient data to model these effects separately."

Radio-marked owls used burned areas, but generally selected for either unburned forests or forests that burned with low severity and had little or no overstory canopy loss (Clark 2007:112). Radio-marked owls used areas that had been salvage logged less than expected based on their availability (Clark 2007:127). Clark et al. (2011:44) suggested that "…the combination of past timber harvest, severe fire, and salvage logging were responsible for the low survival rates during our study…". They noted that the landscape studied had a high degree of habitat fragmentation prior to the fires and salvage logging (Clark et al. (2011:45), and stated that "…we urge caution when applying our findings to forest management or recovery planning for spotted owls."

Bond et al. (2009) monitored movements and habitat use of radio-marked California spotted owls from four territories in the southern Sierra Nevada, California, four years following a large wildland fire. Study areas were not subjected to salvage logging (personal communication from J. P. Ward, Jr., 9 Sep 2011). Owls nested in all four territories, but only one pair was successful, fledging a single young. Two nests were located in moderate-severity burned mixed-conifer forest: one in low-severity burned mixed-conifer forest and one in unburned mixed-conifer-

BLM_0071655

hardwood forest. Owls roosted selectively in low-severity burned forest, avoided moderate-severity and high-severity burned forest, and used unburned forest in proportion to availability. Within 1 km (0.6 mi) of their nest, owls foraged selectively in all severities of burned forests and avoided unburned forests. These results collectively suggest that post-fire landscapes contained enough suitable habitat to support pair occupancy and at least attempted nesting. They further suggest that burned areas may provide benefits to foraging owls. Bond et al. (2009) concluded that assessments of fire impacts should not assume that all fires have negative impacts on spotted owls and recommended that burned forests within 1.5 km (0.9 mi) of spotted owl roosts or nests not be salvage-logged.

USDA FS (2010) reported on short-term results of surveys for California spotted owls (referred to in USDA FS [2010] as "CSOs") in two areas burned by wildland fires in 2007 in the Sierra Nevada. One area (MACFA) was largely burned by high-severity wildland fire, whereas the second area (COFCA) burned primarily at low-moderate severity. Surveys in 2008 and 2009 located only a single pair of owls in the 35,612-ha (88,000-ac) MACFA fire complex. Single males were detected at night within the fire perimeter on several occasions in 2008, but not in 2009. None of these males were ever located at nests or roosts in follow up surveys, and none of the nocturnal locations occurred within 0.8 km (0.5 mi) of each other. In contrast, surveys of a 1.6-km (1.0 mi) buffer area around the fire complex located 5 confirmed pairs in 2008 and 7 confirmed pairs in 2009, along with additional sites where pairs could not be confirmed but there was evidence of territorial birds. Thus, owls were present in the general area, but showed little use of the severely-burned area.

In the first year of surveys (2009) in the 8,500-ha (21,000-ac) COCFA fire complex, six territorial owl sites were documented within the fire perimeter (3 confirmed pairs, one unconfirmed pair, and two single males), along with three confirmed pairs and three single territorial owls in the buffer area around the fire. In 2010, survey extent in this area was limited by safety concerns related to illegal marijuana cultivation. Nevertheless, surveys still located two confirmed pairs and one unconfirmed pair within the fire perimeter, and two confirmed pairs and one unconfirmed pair within the buffer area. Thus, owls in this fire area occurred in much greater density than owls in the MACFA complex. They also occurred in roughly similar amounts in the fire area and the buffer, in contrast to the MACFA complex, where most owls occurred in the buffer area. USDA FS (2010) concluded that "…CSO are able to persist in landscapes that experience primarily low/moderate severity wildland fire, whereas landscapes that experience primarily high-severity do not support comparable numbers or distribution of CSOs."

In addition to the above studies, there are numerous anecdotal observations of Mexican spotted owls occupying territories following wildland fires and prescribed burns (P. Boucher, Gila National Forest retired, pers. comm.; S. Hedwall, FWS, pers. comm.), as well as evidence of radio-marked owls moving into and foraging in burned areas during winter (J. P. Ward, Jr. and J. L. Ganey, RMRS, unpubl. data). Most wildland fires burn in a patchy nature and leave pockets of useable habitat for owls, and owls appear able to locate and use these patches. Thus, Mexican spotted owls appear to be somewhat resilient to wildland fire, at least in the short term. However, we have no data on long-term effects of these fires on occupancy patterns or on components of Mexican spotted owl fitness such as survival and reproduction. The sparse data

203

BLM_0071656

available from other subspecies are not entirely consistent, and are complicated by differences among study areas in both pre-and post-fire management (i.e., whether or not areas were salvage logged; see Clark 2007, Bond et al. 2009). Further, the effect of fire likely varies greatly with fire severity and spatial pattern. That is, fires that burn large areas with high severity likely have a greater impact than fires that burn primarily at low to moderate severity (USDA FS 2010), fires that burn most of a territory likely have a greater effect than fires that burn only portions of a territory, and fires that burn in a patchy mosaic likely have less effect than fires that burn with high severity throughout a territory. Similarly, fires that burn favored roosting and nesting habitat likely have a greater effect than fires that burn only foraging habitat. In the latter case, Bond et al. (2009) suggest that effects on owls may be largely positive by increasing prey access in areas proximal to nests or roosts (see Prey Habitat below). Finally, spotted owls in general show high site fidelity (Gutiérrez et al. 1995). Because of this, owls might continue to occupy burned territories even if the habitat was degraded considerably. Thus, long-term data on owl demography, with information on the spatial pattern of fire severity and owl habitat use will be required to fully understand the effects of fire on spotted owls.

***b.    Thinning/Timber Harvest.***—Empirical data on the effects of thinning and other mechanical forest treatments on Mexican spotted owls are nonexistent. This is unfortunate, because thinning and other mechanical forest treatments are emphasized heavily in plans for landscape-restoration of southwestern forests (e.g., USDA FS 2011), and these activities could affect large areas of Mexican spotted owl habitat. Consequently, understanding how these treatments affect Mexican spotted owls is one of the major questions faced in integrating recovering this owl with plans for restoring southwestern forests. Although this has been clearly noted for years (e.g., USDI FWS 1995, Beier and Maschinski 2003, Ganey et al. 2011), no studies on this topic have been funded to date. Consequently, we can only extrapolate from the sparse data available on this topic resulting from studies of other subspecies of spotted owls, which we summarize below.

Meiman et al. (2003) conducted a case study of a single male northern spotted owl before, during, and after a commercial thinning operation conducted within the home range of this owl. Approximately 96 ha (237 ac) of forest lands were commercially thinned in this operation. Treatments occurred outside of a 28-ha (70-ac) designated core area, but within 70 m (230 ft) of nest trees used by the resident owls. Approximately 55 ha (136 ac) were thinned to a basal area of 39 $m^2$ $ha^{-1}$ (170 $ft^2$ $ac^{-1}$), a 4.5-ha (11.1-ac) area was thinned to 20.7 $m^2$ $ha^{-1}$ (90.2 $ft^2$ $ac^{-1}$) basal area, and a third area was thinned to 29.9 $m^2$ $ha^{-1}$ (130.2 $ft^2$ $ac^{-1}$). Breeding-season home-range size of the radio-marked male declined slightly following thinning (from 895 ha [2,212 ac] to 753 ha [1,861 ac]), but shifted geographically to exclude part of the thinned area and include unthinned areas elsewhere. In contrast, the non-breeding season home range was 2.3 times larger after harvest (2,825 ha [6,978 ac]) than before harvest (1,204 ha [2,974 ac]). The radio-marked owl was located up to 7 km (4.4 mi) from the nest area during the non-breeding season after thinning, versus 3.4 km (2.1 mi) before thinning. Size of core use areas did not differ significantly between pre- and post-harvest periods, but as with home range, geographic shifts were observed away from the thinned area. Based on number of locations, use of the thinned stand was significantly reduced after harvest. Thus, results suggest some spatial shifts in areas used following harvest, as well as reduced use of the thinned stand following harvest. However, results are difficult to interpret because we generally lack information about temporal variation in space and stand use. Further, this study is unlikely to shed much light on how restoration

BLM_0071657

treatments might affect Mexican spotted owls, because the residual basal areas in treated stands (20. 7 to 39 m$^2$ ha$^{-1}$ [90.2 to170 ft$^2$ ac$^{-1}$]) were far greater than residual basal areas typical of restoration projects in the southwestern U.S. (11.5 to 16.1 m$^2$ ha$^{-1}$ [50 to 70 ft$^2$ ac$^{-1}$;USDA FS 2011:43]).

Seamans and Gutiérrez (2007) examined the relationship between habitat selection of California spotted owls and variation in habitat in the Sierra Nevada. They modeled the probability of territory colonization, territory extirpation, and breeding dispersal in relation to the amount of mature forest within and among territories, and included a covariate to evaluate the effects of alteration of mature conifer forest habitat by timber harvest on these parameters. Estimates of habitat variables were based on 400-ha (988-ac) circles centered on the geometric center of all owl locations for a territory within a given year.

The probability of territory colonization was related to both area of mature conifer forest within a territory and alteration of that habitat. The top model for colonization indicated that territories in which ≥20 ha (49 ac) of mature conifer forest habitat was altered by timber harvest experienced a 2.5% decline in occupancy probability.

The top model for territory extirpation suggested that this parameter was negatively related to amount of mature forest within a territory. The structure of this top model did not allow them to separate the effects of habitat alteration within territories from variation in amount of mature forest among territories. Assuming that the variation in territory extirpation probability was due to variation in amount of mature conifer forest among territories, this model suggested that occupancy probability increased approximately 1.1% for every 20-ha difference in amount of mature conifer forest among territories.

The probability of breeding dispersal (i.e., leaving an established territory in year $t$ to move to another territory in year $t+1$) was related to both amount of mature conifer forest and alteration of that habitat. The top-ranked model suggested that probability of breeding dispersal was negatively related to the amount of mature conifer forest within a territory and positively related to alteration of ≥20 ha (49 ac) of mature conifer forest. This model also included an interaction between amount of mature conifer forest and alteration of that habitat. This interaction term suggested that breeding dispersal was much more likely to occur in territories with <150 ha (371 ac) of mature conifer forest that experienced habitat alteration than in territories with greater amounts of mature conifer forest that did not experience habitat alteration.

Seamans and Gutiérrez (2007) did not provide details on what types of treatments were involved in habitat alteration in this study, nor on spatial extent of those treatments. That is, they modeled a covariate based on alteration of ≥20 ha (49 ac) of mature mixed-conifer forest, but provided no information on how frequently territories experienced alteration of that magnitude versus larger areas. These limitations complicate interpretation of their results. Nevertheless, those results generally indicate positive effects of amounts of mature conifer forest and negative effects of alteration of ≥20 ha (49 ac) of mature conifer forest on demographic parameters.

Gallagher (2010; see also USDA FS 2010b) monitored movements and habitat use of 10 radio-marked California spotted owls in the northern Sierra Nevada in a landscape recently modified

BLM_0071658

by fuels treatments. Fuels treatments included: Defensible Fuel Profile Zones (DFPZs), understory thin, understory thin followed by underburn, and group selection. DFPZs were areas approximately 0.4 – 0.8 km (0.2 – 0.5 mi) wide where surface, ladder, and crown fuels loadings were reduced (USDA FS 2009). They were typically constructed along roads and ridge tops to reduce fuel continuity across the landscape and provide a defensible zone for fire suppression activities, and were designed to function effectively under 90th percentile weather conditions. Understory thin treatments allowed removal of trees <25.4 cm (10 in) in dbh. Understory thin with underburn allowed for use of surface fire following thinning. Group selection treatments allowed removal of all trees <76.2 cm (30 in) in patches <0.8 ha (2 ac) in area.

Radio-marked owls avoided DFPZs, but use of all other treatments was variable, and results were confounded by spatial orientation of treatments relative to owl core areas. Noting these complicating factors, Gallagher (2010:2) noted that "Conclusions from this study are exploratory and are intended to provide a baseline for further research."

Dugger et al. (2011) evaluated relationships between northern spotted owls and barred owls in the southern Cascades of Oregon. They modeled the effects of barred owl presence on northern spotted owl territory occupancy, using amount of suitable spotted owl habitat as a covariate. Northern spotted owl territory colonization rates were strongly and negatively related to detections of barred owls, and territory extirpation rates were strongly and positively related to barred owl detections. Extirpation rates increased in response to decreased amounts of old forest habitat within territory cores, and colonization rates were greater where old forest habitat was less fragmented. Dugger et al. (2011) concluded that the combined barred owl and habitat effects observed suggested that interference competition was occurring between these owl species. They further concluded that these effects suggested that maintaining northern spotted owls on the landscape in the face of this competition would require conserving large amounts of contiguous old forest habitats.

As noted earlier, empirical data on effects of forest treatments on spotted owls are sparse and difficult to interpret. Although all of the studies discussed above individually present limits to interpretation, collectively they suggest that at least some kinds of mechanical forest treatments may negatively impact spotted owls. No clear guidance emerges from these studies relative to types, extents, or spatial arrangement of treatment that might minimize impacts to owls. Such information is badly needed if management is to proceed in owl habitat. Some treatments may have beneficial or neutral effects, but we do not know which types and intensities of treatments may be beneficial, neutral, or harmful. Lacking such information, managers should proceed cautiously in terms of treatment intensity and extent. That is, initial treatments should be limited in spatial extent and treatment intensity, and should be aimed at balancing reduced fire risk with maintaining the mature forest structure that seems to be favored by Mexican spotted owls. And all treatments in owl habitat should be linked to rigorous monitoring of owl response, to allow us to evaluate the effects of different types of treatments in an adaptive management context.

*c.   Grazing.*—Heavy grazing intensity by domestic livestock and wild ungulates, repeated over successive seasons, can create a short to moderately long disturbance to vegetation that provides cover and food to the owl's prey, and it can influence both tree regeneration and dynamics and composition of understory vegetation in forests occupied by owls. Based on distribution of prey

BLM_0071659

species and regional variation in the owl's diet (e.g., Ward and Block 1995), portions of the owl's range that are most susceptible to disturbance from heavy grazing include regions where Mexican spotted owls commonly consume voles, hunt near the edges of montane meadows allocated as key grazing areas, or where domestic livestock and wild ungulates are found grazing on forested slopes or in riparian habitats within canyons used by Mexican spotted owls.

Only one study has specifically addressed effects of grazing by domestic livestock on Mexican spotted owls. This study examined small mammal abundance and diversity in adjacent grazed and ungrazed transects in two owl territories in the canyonlands of southern Utah. Both woodrat abundance and overall small mammal species diversity were greater in ungrazed than in grazed transects (Willey and Willey 2010). There also is circumstantial evidence that grazing may affect prey abundance and thus indirectly affect owls. The primary evidence here comes from 1) studies on impacts of livestock on plant communities and the features of those communities that influence prey populations (described below under Prey Habitat), and 2) the influence of abundance of various prey species or groups of species on the owl's feeding habits and reproduction (described below under Diet and Prey Selection, and Effects of Prey on Vital Rates). For example, species such as voles (and, to a lesser extent, woodrats) that are highly dependent on herbaceous plants for cover, food, and water are found in much lower abundance where drought combines with successive seasons of heavy grazing intensity, without opportunity for plant development and recovery from grazing events. These species can provide important contributions to owl diets in some regions and years (Ganey 1992, Ward and Block 1995, Seamans and Gutiérrez 1999, Ward 2001, Ganey et al. 2011). Current evidence suggests that small mammal biomass (including voles and mice) influences Mexican spotted owl reproductive output (Ward 2001). Hence, grazing can negatively influence owl abundance indirectly by decreasing populations of key prey species.

Grazing also can also affect forest structure, particularly by influencing patterns of tree regeneration. This has occurred in both upland (Rummel 1951) and riparian forests, but it likely is most important in riparian forests (Stacey and Hodgson 1999). Mexican spotted owls at one time nested in lowland cottonwood bosqués in parts of their range (Bendire 1892, Bailey 1928, Phillips et al. 1964). Most of these areas have been heavily impacted by grazing, and there are no recent records of Mexican spotted owls occupying such areas. Riparian forest along major rivers in the Southwest also may provide Mexican spotted owls with movement corridors in a landscape that otherwise might prove more resistant to effective movement or dispersal.

Montane riparian systems also have been impacted by grazing. Stacey and Hodgson (1999) noted that canyon-bottom riparian habitats in the San Mateo Mountains, New Mexico, differed between areas inside and outside of livestock exclosures. Within the exclosures, canyon bottoms supported dense stands of narrowleaf cottonwood, willows, and other riparian species. In contrast, areas outside of the exclosures contained some remnant riparian vegetation, but cottonwoods were not regenerating and most had died.

In another example, Martin (2007) documented significant declines in abundance of deciduous trees in snowmelt drainages along the Mogollon Rim, Arizona between 1987 and 2007. He attributed much of this decline to increased browsing pressure by elk (*Cervus elaphus*). That increase in turn was facilitated by warmer winters and reduced snowpack, which allowed elk to

207

BLM_0071660

remain in the area during winter months rather than migrating to lower elevations. Thus, this example documents an indirect effect on owl habitat involving grazing mediated by climate change. The observed changes in forest structure and composition were significant enough to cause the local extirpation of one formerly common bird species and severe population declines in several other species. Similar impacts may have occurred elsewhere in montane riparian systems.

*d. Urbanization.*— Urbanization and land development can affect Mexican spotted owls both directly and indirectly. Development and urbanization can affect owls directly where suitable habitat is lost, or indirectly through effects on either ecological integrity or management practices. No studies have directly examined the effects of land development on Mexican spotted owls, so the extent of potential impacts remains largely unknown. Impacts may be significant, however. For example, an analysis of the effects of interspersed urban land development on the amount and availability of habitat suitable for California spotted owls demonstrated that such development could reduce the amount of suitable habitat by more than 50% over a 40-year period (Manley et al. 2009).

Development impacts may vary by area. For example, in some areas spotted owls occur in landscapes with small amounts of private land, whereas other populations occur in landscapes with far greater amounts of private land. Presumably, development impacts will be greater in landscapes with larger amounts of private land, although some forms of development may have greater impacts than others. Development impacts also may depend on spatial location. For example, development in suitable nesting habitat may be more detrimental than development in foraging habitat at the periphery of a home range, and development in key stepping-stone (see Landscape Connectivity, above) or wintering areas (see Seasonal Migration, below) may be more detrimental than similar development in areas that are not as important spatially. Finally, development can exert indirect impacts by affecting management policies and decisions. For example, managers may more aggressively reduce forest fuels and canopies in areas adjacent to private lands than in more remote areas, and these activities may negatively impact habitat quality for Mexican spotted owls. For a broader discussion of types of development and potential impacts to Mexican spotted owls, see Part II.H.3.*x*.

*e. Climate Change.*— Climate change is the shift in previous long-term and wide-ranging patterns in meteorological parameters that are used to characterize weather. Climate and resulting weather patterns drive most ecological processes. Unfortunately, the science on ecological effects of climate change is just beginning to emerge. Thus, most assessments of effects of climate change on the spotted owl are speculative and based on circumstantial information (but see Peery et al. 2011). The emerging phenomenon of climate change has the potential to impact Mexican spotted owls in three general ways:

- Directly, through impacts on key physiological processes like thermoregulation and water balance,
- Indirectly, through similar impacts on desired prey species, and
- Indirectly, by causing shifts in physical limits that control distribution of other animal or plant species that create biological communities that influence the owl (e.g., Martin 2007).

BLM_0071661

Mawdsley et al. (2009) discussed these effects as: 1) shifts in the distribution of biological communities along elevational or latitudinal gradients; 2) direct loss of habitat due to increased fire frequency, bark beetle outbreaks, and direct warming of habitats; 3) effects on demographic rates, such as survival and reproduction; 4) reductions in population size; 5) changes in coevolved interactions, such as prey-predator relationships; and, 6) increased population or range expansion of species that are direct competitors. In this section, we discuss topics 1 and 2. Topics 3-6 are discussed below under Population Ecology.

*1. Shifts in Distribution.*—Shifts in Mexican spotted owl distribution could occur in response to predicted warming in the Southwest that may cause elevational and latitudinal shifts in tree species distribution. Predicted warming and drying in the Southwest may cause both latitudinal and elevational shifts in tree species distribution, as well as tree species extirpations at higher elevations (Dale et al. 2001, Mueller et al. 2005, DeGomez and Lenart 2006, Archer and Predick 2008). Over a long period of time the shift in plant communities could result in shifts in the distribution of both the owl and many of its important prey species. Exactly how these shifts will play out remains unknown, but some tree species and forest types currently present may be lost or greatly reduced in extent, especially where such species or communities occupy the upper elevations of island mountain ranges. For example, Mexican spotted owls occur in mixed-conifer and pine-oak forests at the tops of many of the Sky Island ranges in Arizona and New Mexico. Conifers within the Sky Islands of southern Arizona may be eliminated as temperatures increase and snowpack runoff decreases (Archer and Predick 2008). Loss of these forest types in these mountains presumably would eliminate or greatly reduce habitat for owls in these ranges. This in turn would greatly reduce landscape connectivity for Mexican spotted owls, likely reducing population viability as well (e.g., Keitt et al. 1995, 1997, Barrowclough et al. 2006, see also Ganey et al. 2008).

In contrast, however, these species also may migrate northward in response to changing climate, and/or Cordilleran (Rocky Mountain) species could be replaced by species with more Madrean affinities (such as Apache or Chihuahuan pines, or various species of evergreen oaks). We are aware of efforts to model and map shifting distributions of major southwestern conifers in relation to various climate-change scenarios, but results of these efforts have not yet been published. It seems likely, however, that loss of tree species or shrinkage in species' range extent will outpace colonization by new species in the face of rapid climate change. Further, Mexican spotted owls frequently inhabit late-successional forests, and it will take considerable time for such forests to develop even if appropriate tree species are able to colonize new areas. Thus, at least in the short term, Mexican spotted owls likely will face reductions in habitat extent and greater fragmentation of suitable habitat within their current range. Such possible shifts in distribution of owl habitat argue for preserving management options in areas not currently occupied by Mexican spotted owls, but where climate and tree species distribution models predict that owl habitat could develop in the future.

*2. Direct Loss of Habitat.*--Mexican spotted owls also may experience direct loss of or alteration of habitat due to other climate-induced disturbances such as heat stress to plants, increased fire frequency, and insect outbreaks (e.g., Ayres and Lombardero 2000, Dale et

BLM_0071662

al. 2001, Breshears et al. 2009, Floyd et al. 2009, van Mantgem et al. 2009, Allen et al.
2010). For example, over multi-century periods, increased and decreased activity of
spruce budworms coincided with wetter and drier periods, respectively (Swetnam and
Lynch 1993, Ryerson et al. 2003), and bark beetle outbreaks have caused considerable tree
mortality during a recent drought (e.g., Raffa et al. 2008, Negron et al. 2009, USDA FS
2009). Increasing levels of drought, along with associated insect outbreaks and wildland
fires, could rapidly and dramatically affect the distribution, amount, and composition of
Mexican spotted owl habitat. Finally, increasing temperatures may increase the
prevalence of wildland fire, both alone and in concert with other disturbance agents such
as insects and disease (e.g., Dale et al. 2001, McKenzie et al. 2004). How resilient owls
and their habitats will be to these types of disturbances remains unknown.

## 5. Prey Ecology

Understanding a predator's food choices along with the natural and life history of its common
prey species can provide practical information for conserving and enhancing the predator's
habitat. This section provides information on the owl's common prey species. Although the
strong link between raptors and their food is well-documented (e.g., Newton 1979), few studies
have quantified the relationships among spotted owls, their prey, and the environmental factors
that influence the availability of favored prey to this owl (Noon and Franklin 2002).

### A. Hunting Behavior

Forsman (1976) described spotted owls as "perch and pounce" predators. They typically locate
prey from an elevated perch by sight or sound, then pounce on the prey and capture it with their
talons. Spotted owls also have been observed capturing flying prey such as bats, birds, and
insects (Verner et al. 1992, Duncan and Sidner 1990). They hunt primarily at night (Forsman et
al. 1984, 2004; Ganey 1988), although infrequent diurnal foraging has been documented
(Forsman et al. 1984, Laymon 1991, Sovern et al. 1994, Delaney et al. 1999a).

### B. Diet and Prey Selection

Numerous studies have provided information on diets of Mexican spotted owls based on
examination of prey remains from regurgitated pellets (see summary in Ward and Block 1995,
also Wagner et al. 1982, Johnson 1997, Young et al. 1997, Willey 1998a, Seamans and Gutiérrez
1999, Ward 2001, Block et al. 2005, Bravo-Vinaja et al. 2005). Mexican spotted owls consume
a variety of prey throughout their range, but they commonly eat small- and medium-sized
rodents such as woodrats, mice, and microtine voles (Ward and Block 1995, Ganey et al. 2011).
Mexican spotted owls also consume rabbits, bats, birds, reptiles, and insects.

The diet of Mexican spotted owls varies by geographic location (Ward and Block 1995: Fig.
II.5.2). For example, woodrat consumption by Mexican spotted owls is far greater where owls
occur in rocky canyons (e.g., southern Utah, Rinkevich 1991, Willey 1998a) than where owls
occur in dense forests (e.g., the Sacramento Mountains, New Mexico; Ward 2001). In contrast,
Mexican spotted owls occupying mountain ranges with forest-meadow interfaces take more
voles than in other areas (Ganey 1992, Ward and Block 1995: Fig. II.5.2, Ward 2001). Regional

210

BLM_0071663

differences in the owl's diet likely reflect geographic variation in prey abundance and habitats of both the owl and its prey. Forsman et al. (2001) documented similar spatial variation in a regional analysis of diets of northern spotted owls.

Ward and Block (1995) retrospectively examined the link between abundance or consumption of specific prey and successful reproduction by Mexican spotted owls in the Sacramento Mountains, New Mexico (BRE EMU). They were not able to demonstrate strong relationships, but fecundity of Mexican spotted owls in this region appeared to be most associated with trends in abundance of Peromyscid mice during the time period studied (Ward and Block 1995). Seamans and Gutiérrez (1999) also did not observe strong relationships between number of young produced and the proportion of biomass of any particular prey species consumed by Mexican spotted owls in two populations, one in northern Arizona and another in west-central New Mexico. As in other studies of this owl's diet, small mammals comprised > 88% of dietary biomass, and, according to biomass consumed, woodrats were relatively important prey to owls in both populations (Seamans and Gutiérrez 1999).

The lack of demonstrated strong relationships in these studies does not mean that such relationships do not exist. More likely, it reflects difficulty in documenting the link between prey abundance and owl reproduction using opportunistic sampling of prey remains without knowledge of prey abundance or prey selection (i.e., the ratio between amounts in the owl's diet and availability, Ward 2001:Chapter 3).

Ward (2001) expanded on the work in the Sacramento Mountains summarized in Ward and Block (1995), incorporating data from additional years. In this study, five species of rodents (deer mouse [*P. maniculatis*], brush mouse [*P. boylii*], Mogollon vole [*M. mogollonensis*], long-tailed vole [*M. longicaudus*], and Mexican woodrat [*N. mexicana*]) provided from 53 to 77% of the diet by frequency and from 41 to 66% of the diet by biomass over a six-year period (1991 to 1996). Mean number of Mexican spotted owl young produced annually over this period was most strongly correlated with the combined available biomass of mice and voles. More intriguing was that consumption of woodrats was proportionally lower in the Sacramento Mountains owl population than in seven other populations of spotted owls that were studied, and temporal variability in owl reproduction was inversely related to the proportion of woodrats in the diet across these eight populations (Ward 2001: Fig. 4.7). Based on this finding, and the dominance of woodrats in the diet throughout much of the owl's range, Ward (2001) suggested that woodrats likely were an important prey type for spotted owls in many geographic areas.

In rocky-canyon habitats in southern Utah, Willey and Willey (2010) examined prey abundance and owl diet composition within three owl territories. Owl diets were dominated (>80% of biomass consumed) by woodrats in this area. The first years of this study (2000 to 2003) coincided with a period of severe drought, followed by significant increases in local precipitation from 2004 to 2006. Rodent populations on three trapping grids showed strong increases in species richness and abundance during increasingly wetter study years. Mexican spotted owl reproduction was low during the 2000 to 2003 dry period, and by 2003 only male spotted owls were detected at the sites. All three sites were re-colonized by female spotted owls during the period of increased precipitation from 2004 to 2006, and reproduction increased during this period. This study was observational and did not necessarily document cause-and-effect

BLM_0071664

relationships, and inference is limited by small sample size. Nonetheless, results suggested that precipitation influenced site occupancy and reproductive rates of Mexican spotted owls indirectly by increasing prey abundance (Willey and Willey 2010).

## C. Prey Habitat

Understanding habitat relationships of important prey species can provide additional information relative to foraging behavior and ecology of a predator. Habitat correlates of the owl's common prey indicate that each prey species uses unique microhabitat features (Ward and Block 1995, Sureda and Morrison 1998, 1999, Ward 2001, Block et al. 2005) and that these features may vary among vegetation types (Sureda and Morrison 1999). In general, deer mice appear relatively ubiquitous in distribution, occupying areas with variable conditions, whereas brush mice are more restricted to communities with a strong oak component and dry, rocky substrates with sparse tree cover (Block et al. 2005). Mexican woodrats typically occur in areas with considerable shrub or understory tree cover, low grass cover, high volumes of large logs, and/or presence of rock outcrops (Sureda and Morrison 1998, 1999, Ward 2001, Block et al. 2005). In the canyonlands of southern Utah, Mexican woodrats were captured only in rocky canyons (Sureda and Morrison 1998, 1999), where radio-marked owls concentrated foraging activity (Willey and van Riper 2007). Mogollon voles occur in areas with high herbaceous cover, primarily grasses, and long-tailed voles are associated with high herbaceous cover, primarily forbs, many shrubs, and limited tree cover (Ward 2001). Thus, to provide a diverse prey base, managers can provide a diversity of habitats for prey species when designating PAC boundaries or manipulating vegetative conditions in recovery habitat. Managing habitat for a diversity of prey species may help buffer against population fluctuations of individual prey species and provide a more constant food supply for the owl (Sureda and Morrison 1998, Ward 2001, Block et al. 2005).

Ward (2001) suggested that longer-term (50-year) management aimed at increasing late-seral conditions of mixed conifer forest should favor increased abundance of woodrats, and that increasing woodrat abundance would be more successful for recovering Mexican spotted owl populations than management aimed at increasing abundance of mice. This conclusion was based on the demonstrated inverse association between consumption of woodrats and temporal variability in the owl's reproduction across eight populations of spotted owls (Ward 2001: Fig. 4.7). Given the relationships among key habitat variables and common prey abundance, shorter term management also should include fostering good to excellent conditions in key grazing areas (e.g., montane meadows) to ensure adequate vole populations near and within owl foraging areas. Of the common prey species examined, mice were considered less manageable because their abundances were correlated with habitat attributes that were much more difficult to manipulate (e.g., seed mast and rocky slopes; Ward 2001: Chapter 2). In contrast, vole numbers likely could be increased by managing for increased cover and height of grasses and forbs (Ward 2001), and woodrat numbers might be increased by promoting shrub diversity and increasing cover of large logs (Sureda and Morrison 1999, Ward 2001, Block et al. 2005). Because microhabitat features associated with small mammal species can vary among geographic regions and habitats within regions (Ward and Block 1995, Sureda and Morrison 1999, Block et al. 2005), management for small mammals may require site- or at least habitat-specific knowledge about relationships between mammal abundance and habitat features.

BLM_0071665

Habitat conditions for the owl's prey, access to those prey, and abundance of these prey species can also be changed by fire. Indeed, differences among areas in composition of prey communities may at least partially explain the apparent inconsistent response of spotted owls to fire (discussed above). To date, adequate long-term studies of small mammal populations have not been conducted to determine effects on of fire on many of the owl's prey species. Results of short-term studies suggest that individual small mammal species respond differently to fire, and that small mammal response is driven more by remnant understory composition and response than by fire severity itself (Kyle and Block 2000, Converse et al. 2006a, 2006b, 2006c), although severity can strongly influence understory composition.

## 6.  Population Ecology

Knowing how and why populations change over time is a fundamental requisite for forecasting and developing strategies for species recovery. The change in size of any population during a specified time period can be represented with the simple equation,

$$N_{t+1} = N_t - D_t + B_t + I_t - E_t$$

where $N_t$ is the population size at time $t$, $D_t$ is the number of individuals dying, $B_t$ is the number of new individuals produced in the population (births), $I_t$ is the number of individuals immigrating into the population, and $E_t$ is the number of individuals emigrating from the population. The combined effect of births, deaths, immigrations, and emigrations dictate the viability of the population, and hence its long-term persistence. Three of these parameters for Mexican spotted owl populations, abundance, survival, and reproduction, are discussed below in greater detail. Knowledge regarding immigration or emigration is provided under the topic of dispersal because of the importance of inter-population movements to metapopulation structure and persistence.

A.  Abundance

*a.  Density.*—The number of individuals in a population (or population size, $N$) divided by the area used by those individuals is known as density. The most reliable estimates of Mexican spotted owl density come from mark-resighting data analyzed with closed-population estimators (e.g., Pollock et al. 1990). These procedures provide for estimating the probability of detecting individual owls and ultimately for correcting the sample count of owls to more truly reflect population size. Unfortunately, only one study has been implemented for the primary purpose of estimating density of Mexican spotted owls, and that study, although geographically extensive, was limited to a single year. By surveying and marking owls in a stratified-random set of 25 quadrats across the UGM EMU (range in quadrat size = 43.7 to 76.4 km$^2$), Ganey et al. (2004) estimated that 2,941 (Coefficient of Variation = 36.6%) territorial adult or subadult owls occupied this EMU (excluding tribal lands, which were not included in the sampling frame). Density of adult and subadult owls within individual quadrats ranged from 0 to 0.44 territorial owls km$^{-2}$.

Using a different study design, Seamans et al. (1999) reported from 0.026 to 0.075 territorial females km$^{-2}$ in a 585-km$^2$ area in northern Arizona and from 0.055 to 0.099 owls km$^{-2}$ in a 323-km$^2$ area in west-central New Mexico from 1991 to 1997 (densities calculated from data in their Fig. 1). Density of territorial females was consistently greater in the New Mexico population

213

during this period. The study area in Arizona included large areas of ponderosa pine and ponderosa pine-Gambel oak forest interspersed among mixed-conifer forests, whereas the study area in New Mexico was dominated by mixed-conifer forest. Seamans et al. (1999) suggested that the greater density of Mexican spotted owls in the New Mexico study area was a function of the greater relative amount of mixed-conifer forest found in that study area.

Two other studies have used sample counts within fixed quadrat areas without estimating detection probabilities (Skaggs and Raitt 1988, 1995, Young et al. 1998). These probabilities are required for correcting raw counts of owls for individuals that were actually present but never detected. Ward et al. (1995) reanalyzed data from Skaggs and Raitt (1988) for the Sacramento Mountains, New Mexico. They reported mean densities of 0.275 owls $km^{-2}$ in quadrats dominated by mixed-conifer forest, 0.080 owls $km^{-2}$ in quadrats dominated by ponderosa pine forest, and 0.022 owls $km^{-2}$ quadrats dominated by pinyon-juniper woodland. These results demonstrate variation in abundance among areas that differ in habitat composition without the confounding variation associated with time (all quadrats were surveyed in one year).

Young et al. (1998) reported densities for five randomly selected 70-$km^2$ quadrats surveyed in Chihuahua Mexico. The counts of territorial owls ranged from 0.055 to 0.111 owls $km^{-2}$ in the five quadrats. Vegetation composition was not described for individual quadrats but 71% of the overall area surveyed consisted of pine-oak forest, with pure pine and mixed-conifer forest comprising 17% and 12% of total area, respectively.

Densities of Mexican spotted owls in canyonlands have yet to be reported. As a reference point for estimates reported above, density of northern spotted owls in a study area containing large core areas of late-seral mixed-evergreen forest (perceived to be relatively high-quality habit for these owls; Franklin et al. 2000) was 0.272 owls $km^{-2}$ in 1993 (Franklin unpubl. data cited in Ward and Block 1995). Caution must be exercised in comparing densities among study types and different sized sampling areas, however. Size and shape of the bounded area can influence the calculation of density in small study areas (Franklin et al. 1990), and if simple counts are not corrected by detection probabilities, results are further confounded if those probabilities differ between/among areas. But collectively, the above studies suggest that mixed-conifer forests support higher densities of Mexican spotted owls than areas dominated by other vegetation communities.

To date, three factors have been associated with Mexican spotted owl density. These include vegetation composition (discussed above), the degree of topographic relief (greater relief corresponds to greater density; Ganey et al. 2004), and fecundity from two years prior to a given density estimate (higher fecundity results in greater density in subsequent years; Seamans et al. 1999). These factors may not act independently. Furthermore, although relative density among various forest-cover types or other categories is of interest, density alone can be a misleading indicator of habitat quality (Van Horne 1983). For example, Seamans et al. (1999) reported greater density in their New Mexico study area than in their Arizona study area, yet demographic rates were greater in the Arizona study area (see below). Consequently, it is important to assess demographic parameters such as survival, reproduction, or especially rate of population change, when attempting to define habitat quality (see Environmental Variation and Vital Rates).

BLM_0071667

*b.   Temporal Population Trends.*—A fundamental parameter that describes population change is lambda ($\lambda$) or annual (finite) rate of population growth.  Population trends can be shown as plots of density or population size over time and quantified as the average change in population size or mean $\lambda$ during that period.  Only a single study (Seamans et al. 1999, updated in Gutiérrez et al. 2003) has been conducted long and effectively enough to quantify trends in Mexican spotted owl abundance and population change.

Based on estimates of vital rates and a Leslie stage-projection matrix model, Seamans et al. (1999) reported declining populations for two study areas in Arizona and New Mexico.  Although the years covered by these estimates were not stated explicitly, the declining trends were supported by estimates of annual abundance-based counts of owls from 1992 to 1997 (Seamans et al. 1999: Fig. 4).  Gutiérrez et al. (2003) updated information on estimated trends in owl numbers ($\lambda$) for these study areas from 1993 to 2000.  In the Arizona study area, mean $\lambda$ (0.995, 95% confidence interval = 0.836–1.155) indicated a stable population (i.e., $\lambda \approx 1$) over this period.  In contrast, the population of Mexican spotted owls from the New Mexico study area appeared to be declining (i.e., $\lambda < 1$) by approximately 6% per year during this period (mean $\lambda = 0.937$, 95% confidence interval = 0.895–0.979).  However, analytical methods used in Gutiérrez et al. (2003) differed between study areas and differed from the methods used by Seamans et al. (1999).  These differences in methods complicate interpretation of the difference in observed trends between study areas and/or time periods.

Gutiérrez et al. (2003) also provided point estimates of "realized change."  This measure uses consecutive annual estimates of $\lambda$ to estimate the proportion of the initial population remaining in a given year, yielding a parameter that is more easily interpreted than $\lambda$ (Franklin et al. 2004).  They estimated that the owl populations remaining in their Arizona and New Mexico study areas in the year 2000 were 69.1 and 60.8% as large, respectively, as the 1993 populations.  In other words, they estimated declines of >30% in both populations from 1993 (the first year in which they could estimate $\lambda$) to 2000.

Stacey and Peery (2002, see also Stacey 2010: Table 35.1) also reported declining trends in owl populations in the Black Range and Zuni, San Mateo, and Magdalena Mountains, New Mexico, based on data from 1991 to 1999.  Declining trends were evident in all ranges studied, as well as when populations from these ranges were combined for an overall analysis (overall $\lambda = 0.803$, 95% confidence interval = 0.73 to 0.89).  Populations in the Zuni and Magdalena Mountains apparently declined to zero during the study.  Some re-colonization occurred in both ranges, but the populations were unstable, with territories typically occupied for only a year or two before becoming vacant again (Stacey 2010).  Stacey (2010:615-616) also suggested that earlier (probably prior to 1994) local extirpations occurred in the Sandia and Manzano Mountains, and possibly in the Datil and LaDronnes Mountains, New Mexico.  Seamans and Gutiérrez (2006; see also Seamans and Gutiérrez 2007 for effect of mates on breeding dispersal) suggested that spotted owls may use presence of conspecifics as cues in settling and therefore may be slow to re-colonize areas where they are locally extirpated (or even greatly reduced in number).

*c.   Temporal Trends in Occupied Sites.*—Depending on the nature of the sampling design, time trends in the number or proportion of sites occupied in a study area can provide a surrogate index for trends in population numbers (MacKenzie et al. 2003).  However, studies of site occupancy

215

BLM_0071668

through time that do not survey enough area to allow for detecting newly colonized or re-colonized sites will always show a decline.

There have been four studies that provided trends in number or proportion of sites occupied by Mexican spotted owls that may also be indicative of population trends.  Johnson (2000) reported on occupancy of Mexican spotted owl territories in the Jemez Mountains, New Mexico from 1979 to 2000, with more formal monitoring conducted since 1989.  Number of territories included in these annual estimates varied among years (maximum number in a year was 28 territories; average number monitored since 1989 was 20 territories), as did methods (e.g., early estimates were based on passive listening surveys rather than calling surveys).  Results suggest that occupancy rates declined from 1985 to 1989 and have been fairly stable since 1989 (Johnson 2000: Fig. 1).  Declines may have occurred earlier than 1985, but the change in methods makes it difficult to tell.  By 2000, 14 of the 28 territories were known to be occupied by at least one Mexican spotted owl and eight of those territories were occupied by pairs.

Using a retrospective analysis of survey data gathered in the Sacramento Mountains of southern New Mexico, Lavier (2006) estimated the proportion of sites occupied by Mexican spotted owls following procedures recommended in the population monitoring section of this Recovery Plan.  These procedures (see also MacKenzie et al. 2003) enhance estimation of site occupancy by also estimating and incorporating probabilities that owls are detected.  Lavier's (2006) study showed a dynamic but generally stable or slightly declining pattern of site occupancy by territorial owl-pairs in the Sacramento Mountains from 1989 to 2004.  Estimated site occupancy by pairs in this population ranged from a high of 85.4% (SE = 0.03%) in 1992 to a low of 54.4% (SE = 0.05%) in 2000.  Site occupancy was estimated at 71.0% (SE = 0.05) in 2004, the last year of the study.

In rocky-canyon habitats in southern Utah, Willey (2010) and Hockenbary (2011) conducted occupancy based surveys for Mexican spotted owls at 47 historic territories in Zion and Capitol Reef National Parks, Grand Staircase-Escalante National Monument, and on Cedar Mesa (BLM) from 2007-2009, following methods in MacKenzie et al. (2003).  Willey (2010) classified owl territories as occurring either in xeric (Grand-Staircase and Capitol Reef) or mesic (Zion and Cedar Mesa) canyon habitat.  Mesic sites included patches of mixed-conifer and riparian forest, whereas xeric sites were dominated by desert scrub vegetation.  Estimated year one site occupancy at territories was 92% (SE = 0.075%) at the mesic sites and 47% (SE = 0.10%) at xeric sites.  AIC-based selection of models of occupancy rate supported a model with detection probability constant across years and a strong habitat effect indicating that occupancy rates differed between mesic and xeric territories.  Re-colonization rates also differed between habitats, with re-colonization rates more than twice as great at mesic territories, compared to xeric territories.  Thus, Zion and Cedar Mesa populations experienced high occupancy and re-colonization rates, whereas the xeric study sites showed low rates of occupancy and re-colonization.  Numerous additional xeric sites located in Capitol Reef and the Paria River that were occupied during the 1990s (Willey 1998, 2007) were no longer occupied during surveys conducted during 2007 and 2008, suggesting that populations in xeric locations may have declined in southern Utah.

Investigating the same study areas and 47 territories studied by Willey (2010), Hockenbary (2011) continued occupancy-based research, and studied relationships among recreation use-

BLM_0071669

level by humans, habitat covariates, and owl site occupancy, colonization, extirpation, and detection probabilities. Detection probability, as by the best model evaluated, was 0.89 (95% CI = 0.82 – 0.94) across all three years of study. Two competing models of occupancy, colonization, and extinction rates both included a site-specific mesic/xeric habitat covariate. These models outranked models that included effects of recreation. From the best approximating model, occupancy was estimated as 0.75 (95% CI = 0.57 - 0.87) and 0.50 (95% CI = 0.27 – 0.73) for mesic and xeric sites, respectively. Recolonization rate was estimated at 0.10 (95% CI = 0.02 – 0.37) for xeric sites and 0.53 (95% CI = 0.28 – 0.76) for mesic sites, and extirpation rate was constant across years (0.25; 95% CI = 0.15 – 0.39). The results did not support recreation effects on site occupancy or colonization and extinction rates. High recreation sites were occupied by Mexican spotted owls during each year of the study, and fledglings were observed in these sites multiple years. Thus, results suggest that current management practices and imposed limits to recreational activity in the study areas have been adequate for protecting spotted owls.

Similar to Willey (2010), Hockenbary (2011) estimated higher occupancy and recolonization rates and lower extirpation rates for mesic than for xeric sites, suggesting that mesic sites were more stable (i.e., constant occupancy) than xeric sites. He concluded that mesic habitats may have more favorable microclimates and habitat structure, roost and nest sites, and diverse habitats for the owl's prey.

In summary, data on trends in populations or occupancy rates are sparse, and methods and sample sizes differ among studies, making comparisons difficult. In general, however, results suggest that most populations of Mexican spotted owls studied either have declined in the recent past or are still declining. Further, some evidence suggests that owls may be slow to re-colonize areas where such declines have occurred (Seamans and Gutiérrez 2006, Stacey 2010, Willey and Willey 2010).

## B. Life History Strategy

In general, the life history of the Mexican spotted owl appears similar to those of the better-known northern and California subspecies. All three subspecies are characterized by high and reasonably constant adult survival rates, low juvenile survival rates, and relatively low and highly variable reproductive rates (e.g., Noon et al. 1992, Franklin et al. 2000, 2004, Blakesley et al. 2001, Gutiérrez et al. 2003, LaHaye et al. 2004, Anthony et al. 2006). These life history characteristics allow owls to reproduce when conditions are favorable and to survive unfavorable periods with little or no reproduction, a strategy that has been coined "bet-hedging" (e.g., Boyce 1988, Franklin et al. 2000).

Despite the above similarities, the Mexican spotted owl differs from the other two subspecies in important respects. In northern and California spotted owls, the population appears to contain numbers of non-territorial "floaters" (Franklin et al. 2000, 2004; Franklin. 2001). These floaters fill vacancies in the territorial population, so that the territorial population remains relatively stable even during periods with little or no reproduction. In contrast, available evidence suggests that few such floaters exist in Mexican spotted owl populations. Specifically, vacated territories may remain empty for years, and when territory vacancies are filled they are generally filled by subadult rather than older owls, suggesting that there is not a subset of the population that is

217

BLM_0071670

unable to find vacant territories.  As a result, population trend tracks changes in reproduction
with a short time lag (Seamans et al. 1999, Gutiérrez et al. 2003).  Because reproduction in this
owl is inherently variable (see Reproductive Biology and Rates, below), we can thus expect to
see large variability in owl populations over time.  Much of this temporal variability likely
relates to large-scale climatic patterns, which also are inherently variable within the range of the
Mexican spotted owl.

C.  Reproductive Biology and Rates

Like many temperate-zone *Strix* owls, Mexican spotted owls form a monogamous pair-bond.
The reproductive process is opportunistic, and success is dependent in part on the physiological
condition of the female and availability of prey (Hirons 1985, Gutiérrez et al. 1995).  The typical
chronology for successful reproduction entails:  1) reformation of the pair bond, courtship and
nest selection, copulation; 2) egg-laying, incubation, and brooding of young (all referred to as
nesting); and, finally, 3) rearing of young outside of the nest.

Knowledge of the annual reproductive cycle of the Mexican spotted owl is important both in an
ecological context and for placing seasonal restrictions on management or other activities that
may occur within areas occupied by Mexican spotted owls to minimize disturbance to nesting
owls.  In Arizona, courtship begins in March with pairs roosting together during the day and
calling to each other at dusk (Ganey 1988).  Eggs typically are laid from late-March to mid-
April. Incubation begins shortly after the first egg is laid and lasts approximately 30 days.  Only
the female incubates the eggs.  During incubation and the first half of the brooding period, the
female leaves the nest only to defecate, regurgitate pellets, or receive prey delivered by the male,
who does most or all of the foraging (Forsman et al. 1984, Ganey 1988, Delaney et al. 1999a).
This chronology may vary slightly throughout the range of the owl and from year to year,
depending on weather conditions during winter and spring.

Mexican spotted owls nest on cliff ledges, stick nests built by other birds, debris platforms in
trees, and in tree cavities (e.g., Ganey and Dick 1995, Gutiérrez et al. 1995, Seamans and
Gutiérrez 1995, Johnson 1997, Willey 1998a, May et al. 2004).  Spotted owls have one of the
lowest clutch sizes among North American owls (Johnsgard 1988, Gutiérrez et al. 1995).
Females normally lay one to three eggs, two being most common, and four being observed rarely
(LaHaye 1997, Gutiérrez et al. 2003).  Re-nesting following nest failure is unusual but has been
observed in Mexican spotted owls (Kroel and Zwank 1992, Gutiérrez et al. 1995).

The eggs usually hatch in early- to mid-May (Ganey 1988).  Female spotted owls brood their
young almost constantly for the first couple of weeks after the eggs hatch but then begin to spend
time hunting at night, leaving the owlets unattended for up to several hours (Eric Forsman, FS,
pers. comm., Delaney et al. 1999a).  Nestling owls generally fledge from early- to late-June,
roughly four to five weeks after hatching (Ganey 1988).  Owlets usually leave the nest before
they can fly, jumping from the nest to surrounding tree branches or the ground (Forsman et al.
1984, Ganey 1988).  Owlets that end up on the ground often will climb, using talons and bill, up
an understory tree to a safe roost site.  The mobility and foraging skills of owlets improve
gradually during the summer.  Within a week after leaving the nest, most owlets can make short,
clumsy gliding flights between trees.  Three weeks after leaving the nest, owlets can sustain

BLM_0071671

flapping flight and hold and tear up prey on their own (Forsman et al. 1984). Fledglings depend on their parents for food during the early portion of the fledgling period. Hungry owlets give a persistent, raspy "begging call," especially when adults appear with food or call nearby (Forsman et al. 1984, Ganey 1988). Begging behavior declines in late August, but may continue at low levels until dispersal occurs, usually from mid-September to early October (Arsenault et al. 1997, Ganey et al. 1998, Willey and van Riper 2000).

Mexican spotted owls breed sporadically and do not nest every year (Ganey 1988, Gutiérrez et al. 1995, 2003, White et al. 1995). In good years, much of the population will nest, whereas in some years only a small proportion of pairs will nest successfully (Fletcher and Hollis 1994, Gutiérrez et al. 1995, 2003). For example, during 12 years of study in Arizona and New Mexico (Gutiérrez et al. 2003), 63.6% of owl pairs nested in a given year, on average (SE = 8.91; range = 9.1 to 100%, $n$ = 19 to 45 owl pairs monitored per year), and 74.6% of those pairs nesting fledged young (SE = 8.61, range = 0 - 100%). Reasons for this pattern of sporadic breeding are unknown, but temporal variation in food resources and weather are suspected to influence both the proportion of pairs nesting and the proportion fledging young (see Environmental Variation and Vital Rates, below).

BLM_0071672

**Table B.5.** Summary of estimates of reproductive output (young fledged per pair) of spotted owls.

| Subspecies | Age-class[1] | Area | Populations studied[2] | Number of years[3] | Reproductive output Mean | SE | Source[4] |
|---|---|---|---|---|---|---|---|
| Mexican | A, SA | Arizona | 1 | 12 | 0.929 | 0.188 | 1 |
| Mexican | A, SA | New Mexico | 1 | 12 | 0.702 | 0.199 | 1 |
| Mexican | A, SA | New Mexico | 1 | 6 | 0.72 | 0.631 | 2 |
| Mexican | A | New Mexico | 4 | NA | 0.359 | 0.057 | 3 |
| Mexican | SA | New Mexico | 4 | NA | 0.150 | 0.107 | 3 |
| Mexican | A, SA | New Mexico | 1 | 18 | 0.97 | No estimate | 4 |
| Northern | SA1 | Rangewide | 14 | 14 | 0.148 | 0.0584 | 5 |
| Northern | SA2 | Rangewide | 14 | 14 | 0.416 | 0.064 | 5 |
| Northern | A | Rangewide | 14 | 14 | 0.744 | 0.058 | 5 |
| California | A, SA | Rangewide | 5 | 14 | 0.57-0.81[5] | 0.16-0.82[5] | 6 |
| California | A | Southern | 1 | 12 | 0.345 | 0.028 | 7 |
| California | SA | Southern | 1 | 12 | 0.139 | 0.050 | 7 |

[1] Age classes: A = adult, SA = subadult (first and second-year subadults combined), SA1 = first-year subadult, SA2 = second-year subadult. A, SA indicates that reproductive output was estimated for adult and subadult owls combined.
[2] Number of distinct study areas covered by estimate.
[3] Number of years included in the study. NA = number not available.
[4] Source: 1 = Gutiérrez et al. (2003); 2 = calculated from data in Ward (2001:Fig. 3.8); 3 = Stacey and Peery (unpubl. data); 4 = Johnson (2000); 5 = recalculated from fecundity in Anthony et al. (2006:Table 5); 6 = recalculated from fecundity in Franklin et al. (2004:Table 9); 7 = LaHaye et al. (2004).
[5] Range across populations.

BLM_0071673

Annual reproductive output of Mexican spotted owls, defined as the number of young fledged per pair, varies both spatially, temporally, and by age-class (Seamans et al. 1999, Johnson 2000, Ward 2001, Gutiérrez et al. 2003, Stacey 2010). Fecundity, the number of female offspring produced per female in a population, is half of the value for reproductive output when the sex ratio in the offspring is 50:50. Similar to other spotted owl subspecies, average reproductive rates are generally low in Mexican spotted owl populations (Table B.5) and rarely exceed 1 young per pair per year, although higher rates may occur in some years (Ward 2001). However, average annual reproductive output in Mexican spotted owl populations can be as great as 1.4 young per pair (Ward 2001). Although all three subspecies of spotted owls exhibit temporal fluctuations in reproductive success, the amplitude of those fluctuations is generally greatest for the Mexican spotted owl (Ward 2001: Fig. 4.7; see also reviews in White et al. 1995, Burnham et al. 1996, Franklin et al. 2004; Anthony et al. 2006). Adult individuals usually have higher reproductive rates than subadults (Table B.5).

D. Survival Rates

Annual survival is defined as the probability of an individual surviving from one year to the next, or as the proportion of individuals in a population that will survive from one year to the next. Survival rates of spotted owls typically are estimated either by marking individuals with leg-bands and documenting their presence through re-sighting in a spatially explicit population through multiple years (e.g., Forsman et al. 1996), or by intensively monitoring fates of radio-marked owls over shorter periods of time.

Gutiérrez et al. (2003) estimated apparent annual survival rates of Mexican spotted owls over a 10-year period on two study areas in Arizona and New Mexico, using mark-resighting methodology. Estimates of adult survival were comparable to estimates derived using similar methods for northern (Anthony et al. 2006) and California (Franklin et al. 2004) spotted owls, and to estimates from radio-marked owls (Table B.6). In contrast, estimates from four other populations in New Mexico were slightly lower (Table B.6, Stacey and Peery unpubl. data). Mark-resighting estimates of survival may be biased low if owls in these age classes emigrate from study areas (Zimmerman et al. 2007). Such emigration does not appear to be common, but Gutiérrez et al. (1996) reported one long-distance movement that may represent an example of adult dispersal, Arsenault et al. (1997) noted apparent subadult dispersal in Mexican spotted owls, and Duncan and Speich (2002) reported instances of "temporary and permanent emigration in response to fire altered habitat." Survival rates based on monitoring of radio-marked owls also could be underestimated if radios affect survival. Evidence on whether or not radios or their attachment affect survival of spotted owls is equivocal (e.g., Paton et al. 1991, Foster et al. 1992).

Estimates of juvenile survival rates are considerably lower and more variable than estimates for adult survival (Table B.6). Mark-recapture estimates of juvenile survival could be biased low if 1) substantial numbers of owls emigrate from the study area, or 2) a lag of several years occurs before marked juveniles reappear as territory holders, at which point they are first detected for recapture (White et al. 1995). As in all spotted owl subspecies, juvenile Mexican spotted owls have a high dispersal capability (Arsenault et al. 1997, Ganey et al. 1998, Willey and van Riper 2000). Consequently, a substantial portion of marked juveniles may emigrate from the study

221

**Table B.6.** Summary of estimates of annual survival for spotted owls.

| Subspecies | Age-class[1] | Sex[2] | Area | Populations studied[3] | Methodology[4] | Survival estimate Mean | SE | Source[5] |
|---|---|---|---|---|---|---|---|---|
| Mexican | A, SA | B | Arizona | 1 | M-R | 0.856 | 0.199 | 1 |
| Mexican | A, SA | B | New Mexico | 1 | M-R | 0.859 | 0.041 | 1 |
| Mexican | A, SA | F | Rangewide | Several | RT | 0.806 | 0.084 | 2 |
| Mexican | A, SA | M | Rangewide | Several | RT | 0.799 | 0.062 | 2 |
| Mexican | A | B | New Mexico | 4 | M-R | 0.769 | 0.037 | 3 |
| Northern | A | B | Rangewide | 14 | M-R | 0.750-0.886[6] | 0.010-0.026[6] | 4 |
| Northern | SA1 | B | Rangewide | 14 | M-R | 0.415-0.860 | 0.010-0.111 | 4 |
| Northern | SA2 | B | Rangewide | 14 | M-R | 0.626-0.886 | 0.009-0.079 | 4 |
| California | A, SA | B | Rangewide | 5 | M-R | 0.831 | 0.012 | 5 |
| Mexican | J | B | Arizona | 1 | M-R | 0.230 | 0.064 | 1 |
| Mexican | J | B | New Mexico | 1 | M-R | 0.080 | 0.028 | 1 |
| Mexican | J | B | Arizona | 1 | RT | 0.205-0.287[7] | 0.028 | 6 |
| Mexican | J | B | Utah | 1 | RT | 0.096 | No estimate | 7 |
| Northern | J | B | Rangewide | 11 | M-R | 0.258 | 0.036 | 8 |
| California | J | B | Southern | 1 | M-R | 0.296 | 0.055 | 9 |

[1] Age classes: A = adult, SA = subadult, and J = juvenile. A, SA indicates that survival was estimated for adult and subadult owls combined.

[2] F = female, M = male, B= survival estimated for both sexes combined.

[3] Number of distinct study areas covered by estimate.

[4] Methodology underlying survival estimate. M-R = mark – recapture; RT = radio-telemetry.

[5] Source: 1 = Gutiérrez et al. (2003); 2 = White et al. (1995:Table 2.4); 3 = Stacey and Peery (unpubl. data); 4 = Anthony et al. (2006: Table 13); 5 = Franklin et al. (2004); 6 = Ganey et al. (1998); 7 = calculated from data in Willey and van Riper (2000); 8 = Burnham et al. (1996); 9 = LaHaye (pers. comm. in Noon et al. [1992:Table 4; San Bernardino Mountains]).

[6] Range across populations studied.

[7] Estimate differed depending on whether or not owls that were suspected to be dead were included as fatality events or censored.

BLM_0071675

areas. This may explain why the apparent survival of juveniles was lower for the smaller New Mexico study area than for the larger Arizona study. Concerning the second point, available data (see Dispersal, below) indicates that most Mexican spotted owls settle in the first three years of life, suggesting that a bias in survival estimates caused by time lag in detection may not be large.

Estimates from radio-telemetry studies also suggested low juvenile survival rates (Ganey et al. 1998, Willey and van Riper 2000). Biases in radio-telemetry estimates of juvenile survival can result if radios significantly affect their survival, or if these studies were conducted during time periods with lower than usual survival (e.g., a period of low prey availability). As noted above, evidence for effects of radios on survival of spotted owls is equivocal (Paton et al. 1991, Foster et al. 1992). However, at least one of the radio-telemetry studies (Ganey et al. 1998) may have occurred during a period generally unfavorable for owls. Seamans et al. (1999) estimated fecundity and survival rates of owls over a seven-year period in two study areas, one of which overlapped with the study area in Ganey et al. (1998). The two years in which radio-marked juveniles were studied (1994 and 1995; Ganey et al. 1998) also had the lowest fecundity estimates within that seven-year period in both study areas (Seamans et al. 1999: Fig. 2), and two of the three lowest estimates of adult survival (Seamans et al. 1999: Fig. 3). Similarly, the two years of the juvenile dispersal study conducted by Ganey et al. (1998) corresponded with the lowest recruitment rates estimated by Gutiérrez et al. (2003: Fig. 7a) in their Arizona study area. Collectively, these findings suggest a generally unfavorable period for owls. As a result, estimated survival rates may not be representative of survival rates during more favorable periods.

In summary, considerable uncertainty exists concerning survival rates of Mexican spotted owls, and especially concerning juvenile survival rates. Despite that uncertainty, the available estimates are useful as qualitative descriptors of the life-history characteristics of Mexican spotted owls. Accordingly, Mexican spotted owls exhibit high adult and relatively low juvenile survival. In this respect, point estimates of Mexican spotted owl survival probabilities appear similar to those of both northern (Burnham et al. 1996, Anthony et al. 2006) and California (Franklin et al. 2004, LaHaye et al. 2004) spotted owls. However, it is important to note that the temporal variability of survival rates of Mexican spotted owls appears greater than that of the other subspecies (Gutiérrez et al. 2003).

E.  Environmental Variation and Vital Rates

Conservation and recovery of wildlife populations requires information about the factors that influence rates of population growth. This entails knowledge of environmental and human-induced agents that influence the owl's reproduction, survival, and ultimately abundance over time. Several studies on northern and California spotted owl populations have examined sources of variation in associated vital rates (i.e., survival and reproduction; Franklin et al. 2000, 2004, Olson et al. 2004, Blakesley et al. 2005, Dugger et al. 2005, Anthony et al. 2006, Glenn et al. 2011). However, only one study of two Mexican spotted owl populations has been conducted long enough (11 years) to examine rigorously sources of variation in both survival and reproduction (see Seamans et al. 2002, Gutiérrez et al. 2003). Another study (Ward 2001) was only able to examine influences of environmental variation on reproductive rates, and this study

223

BLM_0071676

also was of shorter duration (six years). Here we briefly summarize some pertinent patterns in variation of vital rates, then discuss some specific environmental factors that may cause change in survival and reproduction of Mexican spotted owls.

***a.  Types of Variation in Vital Rates.***—Spotted owls show considerable temporal and spatial variation in vital rates (Franklin et al. 2000, 2004, Ward 2001, Gutiérrez et al. 2003, Anthony et al. 2006, Glenn et al. 2011). Franklin et al. (2000) found that climate explained all of the temporal process variation (variation due to ecological processes rather than variation due to sampling) in vital rates of a northern spotted owl population, and habitat conditions explained most of the spatial process variation. This is intuitively logical: forest habitat conditions vary considerably over space but little over short time intervals such as annual breeding cycles of owls. Thus, we would expect habitat conditions to be linked to spatial variability in survival and fecundity, but not to short-term fluctuations in these vital rates. We also should expect that the magnitude of effects from various sources on spotted owl vital rates will differ among regions because environmental factors that can influence those rates also will vary (for example, see Ward and Block 1995, LaHaye et al. 2004).

Temporal and spatial variation in vital rates of two Mexican spotted owl populations studied by Gutiérrez et al. (2003) was roughly 2 to 5 times greater than in the population studied by Franklin et al. (2000). In addition, Gutiérrez et al. (2003) found that temporal variability in fecundity was far greater than temporal variability in survival for these populations.

***b.  Effects of Weather on Vital Rates.***— Both survival and reproduction of Mexican spotted owls can be influenced by weather. However, with the exception of the direct influence of overheating or chilling of young, most effects will be manifested through the interaction between energetic demands and food supply. Both thermoregulation and prey availability can be influenced by physical environmental variables determined by regional climate, such as temperature and precipitation.

Seamans et al. (2002) modeled the influence of climate-related factors on temporal variation in vital rates, and Gutiérrez et al. (2003) expanded this effort to include models of spatial variation. Both vital rates appeared to be influenced by precipitation, but the nature of the relationship varied between study areas. In Arizona, a moisture index (the Palmer Z index) explained much of the temporal variation in both owl survival and fecundity. In New Mexico, the best approximating model included rainfall from the previous monsoon season (Jul – Sep) but explained little of the temporal process variation in fecundity and none of the variation in survival. Survival varied more spatially than temporally in these populations (Gutiérrez et al. 2003). The examined habitat covariates explained little of the spatial variation in owl vital rates for either study area.

Ward (2001) examined factors that might influence reproductive potential (number of young produced in a territory relative to the maximum number of young that could be produced) of Mexican spotted owls in southern New Mexico. Several *a priori* models were developed and compared. These models included different combinations of covariates describing climate, cover type, and available prey biomass over a six-year period. He found that: 1) models including factors describing climate or prey availability were better predictors of owl reproductive

224

potential than models that included only habitat variables; 2) models that included factors related to both weather and prey availability were better predictors than models that included only weather or prey availability; and, 3) models that included availability of prey aggregated among species were better predictors than models that included availability of single prey species. However, these models explained relatively little of the observed variation in owl reproductive potential and the strongest correlation observed was between a different measure of reproduction (reproductive output) and available biomass of mice and voles ($r = 0.77$, $P = 0.07$, $n = 6$ yrs).

Lavier (2006) studied the influence of temporal variation on aspects of site occupancy by Mexican spotted owls in the Sacramento Mountains, New Mexico. Winter precipitation was negatively correlated with site extirpation, whereas spring precipitation was positively correlated. Both monsoon and winter precipitation were positively correlated with site colonization, while spring precipitation was negatively correlated with colonization. Lavier (2006) suggested that spring, winter, and monsoon precipitation may influence probabilities of site extirpation or colonization through their effects on Mexican spotted owl survival and reproduction, respectively, and concluded that variability in weather had a greater influence on site occupancy than spatially related habitat effects (see next section). As noted earlier (see Diet and Prey Selection, above), weather also appeared to influence owl territory occupancy and productivity in the canyonlands of southern Utah indirectly by influencing prey abundance and diversity (Willey and Willey 2010).

*c. Effects of Habitat on Vital Rates.*— Expanding on their study of temporal variation and Mexican spotted owl vital rates, Gutiérrez et al. (2003) included models of spatial variation in habitat. They found that survival varied more spatially than temporally in two populations studied (one in northern Arizona and the other in west-central New Mexico), but the habitat covariates examined explained little of the spatial variation in owl vital rates for either study area.

Lavier (2006) evaluated amounts and spatial patterns of forested patches in areas occupied by Mexican spotted owls in the Sacramento Mountains, New Mexico. Few spatially explicit habitat variables were significantly correlated with rates of site extirpation or colonization or the probability of site occupancy. Amounts and spatial arrangement of landscape habitat features showed no apparent influence on site extirpation probabilities, but amount of interior forest and the density of interior forest patches within a site had a positive effect on site colonization, and amount of meadow habitat had a negative effect. In general, habitat variables appeared to influence site occupancy less than weather variables (see preceding section).

*d. Effects of Prey on Vital Rates.*— Several studies have shown that successfully breeding northern and California spotted owls consume more large prey (e.g., woodrats) than pairs that do not breed successfully (Barrows 1987, Laymon 1988, Thrailkill and Bias 1989, White 1996, Smith et al. 1999). However, this relationship did not hold in all studies of northern spotted owls, even in areas where this owl is known to select for larger prey like dusky-footed woodrats (Ward et al. 1998, Forsman et al. 2001). Similarly, successfully breeding Mexican spotted owls in northern Arizona and west-central New Mexico did not consume larger prey than non-breeding pairs (Seamans and Gutiérrez 1999). These inconsistent results may reflect the fact that diets are quantified from pellets gathered opportunistically, which may not adequately represent

225

BLM_0071678

the diet of individual pairs of owls, or they may represent true regional and temporal variation in
the owl's food habits and associations with reproduction.

Reproduction and survival of Mexican spotted owls are more likely a function of total prey
biomass consumed by these owls than of the biomass of any single prey species (Ward and
Block 1995, Ward 2001).  Most predators are opportunistic and will shift to taking alternative
prey when preferred prey species are not as available. In Ward's (2001) study in the Sacramento
Mountains of southern New Mexico, Mexican spotted owls appeared to prefer Mexican
woodrats, but the amount of woodrats consumed was not correlated with owl reproduction.
Rather, owl reproductive output across six years of study was correlated with the combined
biomass of two species of Peromyscid mice and two species of voles in approximated home
ranges of the owl.  Ward (2001) suggested that woodrats may be selected for by Mexican spotted
owls because they provide a consistent staple for survival, and individual owls must survive
before they can reproduce.  Reproduction in this population, however, occurred when mice and
voles were more abundant.  Thus, in this landscape, overall prey biomass exerted more influence
on the owls' reproduction than did the abundance of any single prey species. Seamans and
Gutiérrez (1999) reached a similar conclusion for Mexican spotted owls, and Rosenberg et al.
(2003) cautioned that simple prey-relationship models were unlikely to account for the highly
synchronous temporal patterns observed in reproduction by northern spotted owls.

When comparing multiple spotted owl populations across the species range, Ward (2001) also
demonstrated that the proportion of woodrat biomass in the diet was inversely related to temporal
variation in reproductive output by spotted owls.  Mexican spotted owls in the Sacramento
Mountains, New Mexico, consumed the lowest proportion of woodrat biomass and showed the
highest variation in young produced over time (Ward 2001: Fig. 4.7).  Two other populations of
Mexican spotted owls, one in northern Arizona and one in west-central New Mexico (Seamans et
al. 1999), consumed moderate amounts of woodrat biomass.  These populations showed less
variation in reproductive output than the population in the Sacramento Mountains, but higher
variation than recorded for northern spotted owls dwelling in northwestern California (Franklin
et al. 2000).  Based on these results, Ward (2001) suggested that management aimed at
increasing woodrat abundance might reduce temporal variation in owl reproduction.

As noted earlier (see Diet and Prey Selection), prey abundance and diversity, as mediated by
precipitation, also appeared to influence owl territory occupancy and productivity in the
canyonlands of southern Utah indirectly, presumably by influencing food availability (Willey
and Willey 2010).

Despite concerted efforts to understand the influence of environmental variation on owl vital
rates, considerable uncertainty remains.  Limited or inconsistent evidence indicates that temporal
variation in owl vital rates is influenced directly by climate, especially precipitation, and by prey
availability.  Because estimated vital rates appeared responsive to precipitation several months
prior to the estimation period, Gutiérrez et al. (2003) speculated that precipitation influences vital
rates through an indirect mechanism that might involve precipitation influencing primary
productivity, prey population dynamics, and ultimately owl vital rates, and work in southern
Utah appeared to support this hypothesis (Willey and Willey 2010).  However, when examined
over the short-term and in a different study area and owl population (Ward 2001), these

226

BLM_0071679

pathways were not supported by empirical data.  That is, each of several common prey species showed different associations with precipitation, temperature, and abundance of different plant species, and they demonstrated asynchronous population dynamics.  Key interactions among climate, microhabitat condition, and food will influence energy and water balance of individual members of spotted owl populations but these more complex interactions have not been quantified due to lack of long-term or experimental study.  We still have much to learn about how these more complex interactions are related to vital rates of Mexican spotted owls.

F.  Fatality Factors

Several fatality factors (discussed below) have been identified as potentially important with respect to the Mexican spotted owl.  Remains of a number of radio-marked owls have been found following death and examined by both field biologists and laboratory personnel, but most owls simply disappear.  Further, cause of death often is difficult to impossible to determine even for owls that are found.  Consequently, we know little about the extent or relative importance of factors that cause fatality.

Most known fatalities of territorial adult and subadult owls occurred from November through February (Ganey and Block 2005a), suggesting that most fatality occurs during the winter months for territorial owls.  In contrast, fatality was observed in juvenile owls even before they left their natal areas (late September through October).  Mortality rates were high during the early dispersal period (October and November), and fatalities were observed throughout the year (Ganey et al. 1998, Willey and van Riper 2000).

Some of the factors discussed below can influence owl populations by impacting reproduction in Mexican spotted owls as well as by causing fatality directly.  To reproduce, individuals must not only survive to a breeding period, but also have sufficient energy resources to produce and rear offspring.  Thus, owl abundance can be influenced not only by factors determining the number of owls surviving to breed, but also by factors determining how many of those owls obtain sufficient energetic resources to allow for reproduction.

***a.  Predation.***—Predation may be a common fatality factor of Mexican spotted owls, accounting for at least five of 11 deaths documented among radio-marked adult and subadult Mexican spotted owls (Table B.7), and 14 of 29 documented fatalities of radio-marked juveniles (Ganey et al. 1998: Table 1 and Willey and van Riper 2000: Table 1).  Predation may account for more deaths than recorded, because cause of death is often unknown.  The specific predator is typically unknown.  Procyonid mammals were observed attempting to raid cliff nests occupied by Mexican spotted owls in southern Arizona (Russell Duncan, Southwestern Field Biologists, pers. comm.), suggesting that they may prey on Mexican spotted owls.  However, avian predation is suspected to be the main form of predation.  Potential avian predators of Mexican spotted owls include great horned owls, northern goshawks (*Accipiter gentilis*), red-tailed hawks (*Buteo jamaicensis*), golden eagles (*Aquila chrysaetos*), and barred owls (where they are sympatric; Leskiw and Gutiérrez 1998).  Some of these predators occupy the same general habitats as the Mexican spotted owl, but there is little direct evidence that they prey on Mexican spotted owls (Gutiérrez et al. 1995).  Ganey (1988) reported one instance of apparent great horned owl predation on an adult Mexican spotted owl, and Richard Reynolds (RMRS, pers.

BLM_0071680

comm.) observed a golden eagle preying on a Mexican spotted owl. Results from radio-marked Mexican spotted owls indicate that all age classes are preyed upon (Ganey 1988, Ganey et al. 1998, 2005, Willey 1998a, Willey and van Riper 2000).

***b. Starvation.***—Starvation has not been observed in many deaths of adult and subadult owls (Table B.7), and generally occurred in mid-winter (J. L. Ganey, RMRS, unpubl. data). In contrast, starvation apparently accounted for 15 of 29 documented deaths of radio-marked juveniles, and occurred throughout the dispersal period (Ganey et al. 1998:Table 1; Willey and van Riper 2000:Table 1). Juvenile spotted owls may be more vulnerable to starvation than adults because of their poor hunting skills (Gutiérrez et al. 1985, Miller 1989, Ganey et al. 1998, Willey and van Riper 2000). Starvation also could result from low abundance or availability of prey, which could affect both adults and juveniles, and which is most likely to occur from late fall through winter when prey resources generally are reduced in abundance (Ward 2001, Block et al. 2005: Fig. 1). In addition, starvation may predispose young or even adults to predation (see Ganey et al. 2005). When starvation occurs in resident adults due to low prey populations that are regionally synchronous, this form of fatality can influence a number of owls at one time. When low survival is combined with lack of reproduction, population decrease can be rapid. There is evidence that this occurs in some Mexican spotted owl populations (Seamans et al. 1999, Ward 2001).

**Table B.7.** Kaplan-Meier estimates of annual survival of adult or subadult radio-marked Mexican spotted owls in different study areas.

| Study area(s)[2] | Owls | Owl-years[3] | Annual survival Mean | Annual survival SE | Fatality factors[1] P | Fatality factors[1] S | Fatality factors[1] U |
|---|---|---|---|---|---|---|---|
| SFP, WM, WC | 8 | 12 | 0.88 | 0.12 | 1 | 0 | 0 |
| Bar-M | 13 | 26 | 0.79 | 0.10 | 0 | 2 | 2 |
| SM-mesic | 6 | 20 | 0.87 | 0.09 | 2 | 0 | 0 |
| SM-xeric | 7 | 13 | 0.62 | 0.14 | 2 | 1 | 0 |

[1] P = suspected predation, S = starvation, U = unknown cause of death.
[2] Study areas: SFP = San Francisco Peaks; WM = White Mountains; WC = Walnut Canyon (all in Arizona, UGM EMU, see Ganey [1988]); Bar-M = Bar-M Canyon, Arizona (UGM EMU, see Ganey et al. 1999); SM-mesic and SM-xeric refers to mesic and xeric study areas within the Sacramento Mountains, New Mexico, respectively (BRE EMU, see Ganey et al. [2005]). Bar-M Canyon area was dominated by ponderosa pine-Gambel oak forest. The Sacramento Mountains – xeric study area also was dominated by dry forest types, whereas all other study areas (SFP, WM, SM-mesic, WC) either were dominated by or contained significant amounts of mixed-conifer forest.
[3] Number of owl years = (number of owls radio-marked x number of years marked owls were monitored). This figure is approximate.

BLM_0071681

*c.   Accidents.*—Accidents may be another fatality factor. For example, in some portions of their range, Mexican spotted owls have been viewed perched on the ground or on fence posts adjacent to roads (J. P. Ward, FWS, pers. comm.) and there are documented cases of Mexican spotted owls being hit by cars (Roger Skaggs, Glenwood, New Mexico, pers. comm.; Russell Duncan, Southwestern Field Biologists, pers. comm.; J. L Ganey, RMRS, unpubl. data; S. Hedwall, FWS, upubl. data). The type of roads at which fatalities of spotted owls occurred ranged from unpaved forest roads to paved highways. Owls flying at night also might collide with power lines, tree branches, or other obstacles. This might be particularly true for birds migrating or dispersing through unfamiliar terrain (Martin 1986). Little information is available either on how frequently this might occur, or when it occurs. Again, starvation or at least hunger could predispose owls to accidents if it drives them to hunt along roadsides, in unfamiliar areas, or in weakened condition.

*d.   Disease and Parasites.*—Little is known about how disease and parasites affect spotted owls. A northern spotted owl found dead was diagnosed with an infection by a relapsing fever-like *Borrelia* species (Thomas et al. 2002). The mechanism of exposure was unknown. The principal vectors known to transmit similar diseases are soft-bodied ticks, making transmission by nest-dwelling parasites a possibility. However, direct transmission from prey may be more likely, as small rodents, which constitute the primary food of spotted owls, serve as reservoirs for relapsing fevers (Thomas et al. 2002). Until more is known about the means of transmission, the potential importance of this disease with respect to spotted owls is unknown.

One disease of particular concern to birds in general is West Nile virus (WNV). This virus was first isolated in Africa and first appeared in the U.S. in 1999, in New York (see reviews in Blakesley et al. 2004, McLean 2006). It spread rapidly across the country and has now reached the range of the Mexican spotted owl. The virus is commonly spread by transmission between mosquito vectors and bird reservoir hosts. However, birds can also become infected by means other than arthropod transmission (Marra et al. 2004). Komar et al. (2003) reported that ingestion of WNV in aqueous solution resulted in infection in several bird species, including great horned owls. It is not known whether ingestion of infected prey by raptors has resulted in bird fatality, but the risk exists (Marra et al. 2004). Finally, contact transmission has been documented in the laboratory in caged birds (McLean et al. 2001; Komar et al. 2003), perhaps from such behaviors as mutual preening and beak-to-beak contact.

Avian fatality from WNV has been extensive in North America (Komar et al. 2003). Natural fatal infections were detected between 1999 and 2002 in over 28,000 bird carcasses representing 198 species, including a captive spotted owl (subspecies not identified; Center for Disease Control unpubl. data). However, we are unaware of any records of wild spotted owls being infected with WNV. Hull et al. (2010) tested 209 California spotted owls in the Sierra Nevada of California between 2004 and 2007 and detected no antibodies in those specimens, despite numerous recorded infection incidences in other avian species in the region during that time. Hull et al. (2010) concluded that WNV infection likely was absent in the area's spotted owls, but they also noted that an absence of detections could indicate that spotted owls exposed to WNV do not survive long enough to develop a detectable immune response.

BLM_0071682

We are unaware of any incidence of WNV in Mexican spotted owls, or of any program (systematic or otherwise) of surveillance for this disease in the subspecies. Nonetheless, the potential impact of the disease on threatened species and those of ecological importance is of great concern (Joyner et al. 2004). The scientific panel that reviewed the status of and threats to the northern spotted owl was unanimous in regarding WNV as a potential future threat (Blakesley et al. 2004).

Thus, the impact of WNV on Mexican spotted owls is difficult to predict. In general, we know little about the abundance and behavior of the relevant vectors in areas occupied by Mexican spotted owls, making it difficult to predict infection rates. We also do not know how many of the owls infected by WNV will die or suffer reduced viability, or whether or not owls will develop some level of immunity to the disease following initial exposure. Thus, all we can say with certainty at this time is that WNV has arrived and has the potential to significantly impact population viability of Mexican spotted owls.

Relative to parasites, Young et al. (1993) found Hippoboscid flies on 17% of 382 live northern spotted owls examined for parasites, and Hunter et al. (1994) found Hippoboscid fly larvae in the ears of six of 18 live Mexican spotted owls examined. Hunter et al. (1994) also found a larval mite and lice on two of 28 museum specimens of Mexican spotted owls examined, and some of the live owls examined also had lice. Neither study reached firm conclusions concerning fatality and ectoparasites in spotted owls, but Hunter et al. (1994) suggested that larval infestations in their ears could affect the owls' hearing. Because hearing is important for foraging at night, such infestations could eventually affect the birds' ability to hunt effectively. Further, Young et al. (1993) noted that hippoboscid flies are vectors for several hematazoan (blood-borne) parasites in birds.

Infection rates of such blood-borne parasites appear to be high in spotted owls. For example, Gutiérrez (1989) found an infection rate of 100 percent in a survey of blood parasites in all three subspecies of spotted owls. More recently, a survey in northern and California spotted owls found infection rates of 52 and 79% respectively (Ishak et al. 2008). Infection rates of spotted owls were far greater than rates in sympatric barred owls (15%), and spotted owls were far more likely than barred owls to harbor multi-species infections (Ishak et al. 2008). These high infection rates and the numbers of spotted owls with multiple infections support the hypothesis that spotted owls have weaker immune systems than sympatric barred owls, and this may provide barred owls with a competitive advantage (Ishak et al. 2008).

The effects of both parasites and disease likely vary depending on the condition of individual owls. Thus, infections that are normally nonpathogenic can assume greater importance in owls that are stressed or malnourished (Young et al. 1993). Therefore, both disease and parasites can interact with other factors such as climate and prey availability, and these interactions likely determine the ultimate effect of disease and parasite infections. Similarly, as noted above, disease and parasite infections could influence the outcome of, for example, interactions with competitors.

BLM_0071683

## G. Other Ecological Interactions

***a. Interspecific Competition.***—Several other species of raptors and owls occur within the range of the Mexican spotted owl. Raptors may compete with Mexican spotted owls for resources such as nest sites, but tend to prey primarily on diurnally active prey species. In contrast, most owls focus on the kinds of nocturnally active prey that dominate the diets of Mexican spotted owls. Thus, competition between owl species is suspected to be more important than competition between owls and raptors.

In general, we know little about potential competitive relationships among sympatric owl species within the range of the Mexican spotted owl. Logically, the two species most likely to compete directly with Mexican spotted owls are the great horned owl and the barred owl, based on their relative size, natural history, and, in the case of the barred owl, genetic similarity. Throughout much of the range of the Mexican spotted owl, the most likely competitor is the great horned owl (USDI FWS 1995). This owl is larger than the Mexican spotted owl, is sympatric with Mexican spotted owls throughout their range, and both owls are active at night, suggesting that they could compete for nocturnally active prey (Gutiérrez et al. 1995, Houston et al. 1998). The great horned owl and the barred owl may prey on spotted owls (Forsman et al. 1984, Ganey 1988:185, Gutiérrez et al. 1995), and spotted owls in turn may prey on other smaller owls (e.g., Ganey 1988: Table 20).

Despite this potential for competition and possible predation by great horned owls on Mexican spotted owls, little is known about interspecific interactions between the two. Some evidence suggests that Mexican spotted owls may avoid areas occupied by great horned owls (e.g., interference competition). For example, Phillips et al. (1964) reported that great horned owls colonized an area previously occupied by Mexican spotted owls following a fire that opened up the forest canopy. Spotted owls were not heard in this area in subsequent years. Similarly, Johnson and Johnson (1985) reported that once great horned owls moved into areas previously occupied by Mexican spotted owls, they seldom heard Mexican spotted owls in those areas.

In contrast, Ganey et al. (1997) reported considerable spatial overlap among home ranges of sympatric, radio-marked spotted and great horned owls in Arizona. On average, Mexican spotted owls shared $51.0 \pm 24.3\%$ (*SE*) of their breeding-season home range and $74.1 \pm 4.8\%$ of their non-breeding-season home range with great horned owls ($n = 6$ Mexican spotted owl and 3 great horned owl home ranges). The figures for proportions of great horned owl home ranges shared with Mexican spotted owls were similar ($57.4 \pm 12.2$ and $70.5 \pm 12.3\%$ for breeding- and non-breeding-season home ranges, respectively; Ganey et al. 1997: Table 2). Both species of owls sometimes foraged in the same forest stands. These stands were not necessarily used at the same time, however, and Mexican spotted owls also foraged in many stands that great horned owls did not appear to forage in (Ganey et al. 1997: Table 3). Home-range composition, in terms of cover types and canopy-cover classes, did not differ between species in either the breeding or non-breeding season (Ganey et al. 1997: Table 4). In contrast, use of cover types and canopy-cover classes within the home range differed between species in at least some combinations of season and activity considered (Ganey et al. 1997: Table 4). Differences were typically greatest with respect to roosting habitat used during the breeding season. For example, >90% of roosting locations for Mexican spotted owls during the breeding-season were in forests with canopy cover

231

BLM_0071684

>40%, whereas >64% of great horned owl roosting locations were in forests with canopy cover <40% (Ganey et al. 1997: Table 5). Great horned owls also foraged primarily in forests with <40% canopy cover (78 and 71% of foraging locations during the breeding and non-breeding seasons, respectively). In contrast, >50% of Mexican spotted owl foraging locations occurred in forests with canopy cover >40% during both seasons. Spotted owls roosted primarily in pine-oak forest during both seasons, sometimes roosted in ponderosa pine forest, and did not roost in meadow cover types (Ganey et al. 1997: Table 6). In contrast, great horned owls frequently roosted in both pine-oak and ponderosa pine forest, and sometimes roosted in isolated clumps of trees within meadow cover types. Stands used by foraging Mexican spotted owls contained greater volumes of logs and greater shrub cover than stands used by great horned owls during both seasons. During the non-breeding season, stands used by foraging Mexican spotted owls also had greater canopy cover, whereas stands used by great horned owls had greater forb cover (Ganey et al. 1997). These observations are consistent with the hypothesis that Mexican spotted owls may be avoiding competition with great horned owls (and potentially predation) by partitioning use of habitat resources over space and through time. Similar patterns have been observed for northern spotted owls living in sympatry with barred owls in conifer forests of Washington (Buchanan et al. 2004, Hamer et al. 2007).

Avoidance of competition by partitioning food was less apparent. Diet overlap was considerable between Mexican spotted and great horned owls in the same study area where habitat partitioning was observed (Ganey and Block 2005b). Both species preyed primarily on nocturnally active small mammals, although both also ate birds and insects, and great horned owls occasionally preyed on lizards. Mammals comprised 63 and 62% of the diets of spotted and great horned owls, respectively, based on total numbers of identified prey items in regurgitated pellets ($n = 1125$ and 94 prey items for Mexican spotted owls and great horned owls, respectively). In terms of prey biomass, mammals comprised 94 and 95% of the diets of spotted and great horned owls, respectively. Mean prey mass averaged $40.1 \pm 1.8$ g for Mexican spotted owls and $47.0 \pm 7.4$ g for great horned owls when all prey were included. For all non-insect prey ($n = 746$ and 63 items for spotted and great horned owls, respectively), mean prey mass was $60.0 \pm 2.4$ g for Mexican spotted owls and $69.7 \pm 9.8$ g for great horned owls. Dietary overlap, calculated using Pianka's (1973) index, was 0.95. This index ranges from zero (no overlap) to 1 (complete overlap). Observed overlap in diet composition between species was greater than expected based on null models of diet overlap (null models generated using program ECOSIM; Gotelli and Entsminger 2001).

Thus, in this study area, home ranges of these species overlapped considerably. There also was overlap in areas used for foraging, as well as in the size and type of prey taken. These results suggest a potential for both exploitation and interference competition for food resources, which are assumed to be limiting in some years (Verner et al. 1992, Ward 2001). There also were strong differences in habitat-use patterns between species, however. These differences suggest that these species may be able to partition habitats in areas of sympatry, with Mexican spotted owls primarily using forests with canopy cover >40%, and great horned owls primarily using forests with canopy cover <40%. Whether or not these patterns of habitat use are influenced by the presence of the other owl species is unknown. The observed habitat-use patterns for both species were generally consistent with known patterns from other studies (reviewed in Ganey and Dick 1995, Gutiérrez et al. 1995, Houston et al. 1998), as well as with morphological and

232

BLM_0071685

behavioral characteristics of both species (Ganey et al. 1997). This seems to suggest that habitat use was not strongly influenced by the presence of the potential competitor. We observed numerous instances of apparently agonistic calling encounters between radio-marked owls, however (J. L. Ganey, RMRS, pers. obs.; see also Ganey 1990). This suggests the possibility that interference competition, where individuals physically interfere with each other, may occur, and may partially explain some of the apparent habitat partitioning observed. Regardless of the underlying mechanisms, at present these owls appear able to partition available forest habitats and likely take similar prey in different areas, minimizing direct competition for resources. This interaction could be altered if extensive forest management occurs and reduces the area of forests with canopy cover >40%. This change could benefit the great horned owl and reduce habitat quality for the Mexican spotted owl (Ganey et al. 1997).

We also know little about possible competitive interactions between barred owls and Mexican spotted owls. The barred owl is considered a significant threat to northern spotted owls, however (Kelly et al. 2003, Gutiérrez et al. 2004, 2007, Kelly and Forsman 2004, Levy 2004, Olson et al. 2005, Buchanan et al. 2007, Kroll et al. 2010). Overlap between northern spotted owls and barred owls appears to be high in both habitat use (Herter and Hicks 2000, Kelly et al. 2003, Pearson and Livezey 2003, Buchanan et al. 2004, Olson et al. 2005, Hamer et al. 2007, Bailey et al. 2009, Singleton et al. 2010) and diet (Hamer et al. 2001). In addition, these owls are known to hybridize (Hamer et al. 1994, Haig et al. 2004b, Kelly and Forsman 2004, Seamans et al. 2004), suggesting that competition for mates also occurs. In many areas, numbers of barred owls are increasing, whereas numbers of spotted owls are decreasing, suggesting that the larger and more aggressive barred owls are competitively dominant and are displacing spotted owls (Kelly et al. 2003, Gutiérrez et al. 2004, 2007, Kroll et al. 2010; but see also Crozier et al. 2006, Livezey and Fleming 2007, Van Lanen et al. 2011). A recent study also suggested that barred owls may gain a competitive advantage over sympatric spotted owls due to lower infection rates with blood-borne parasites (Ishak et al. 2008; see Diseases and Parasites, above). Records of possible predation of spotted owls by barred owls also exist (Leskiw and Gutiérrez 1998).

The barred owl may be sympatric with Mexican spotted owls in Mexico (Williams and Skaggs 1993, Howell and Webb 1995, Holt et al. 1999), but little is known about patterns of either distribution or habitat use of either owl in the apparent zone of sympatry (Williams and Skaggs 1993, Enriquez-Rocha et al. 1993). Thus, there may be potential for interspecific competition to occur in Mexico, but the extent of such competition (if any) is unknown.

Barred owls historically have not co-occurred with Mexican spotted owls within the U.S., with the possible exception of southern Texas. Both species have been reported occasionally from the vicinity of Big Bend National Park (Wauer 1996). We do not know if either or both species are regular residents in that area, however. There also are recent confirmed records of barred owls in northern and eastern New Mexico (Williams 2005, cited in Cartron 2010, H. Walker, NMGFD, pers. comm.). Whether such records indicate a range expansion by barred owls or simply vagrant individuals is unknown. Thus, there does not appear to be much opportunity for competition between barred and Mexican spotted owls in the U.S. at present, but that could change if the barred owl expands into the range of the Mexican spotted owl.

BLM_0071686

In summary, we know relatively little about competitive relationships between Mexican spotted owls and other owls. Competition for food resources also may extend to medium-sized and small carnivores that consume large amounts of nocturnal rodents and that hunt in habitats similar to Mexican spotted owls. This would include species like bobcat (*Lynx rufus*), gray-fox (*Urocyon cinereoargenteus*), ring-tailed cat (*Bassariscus astutus*), and coyote (*Canis latrans*). Better information clearly is needed to assess the potential occurrence and importance of such competition, as well as to understand the potential influence that forest management might have on competitive interactions.

***b. Human Disturbance.***—Although a variety of human-caused disturbances can affect birds of prey and other wildlife (Knight and Gutzwiller 1995), we know relatively little about the effects of human disturbance on Mexican spotted owls. Delaney et al. (1999b) and Johnson and Reynolds (2002) studied the response of Mexican spotted owls to overflights by helicopters and fixed-wing aircraft, respectively. Both studies suggested that owls were fairly resilient to short-duration disturbance caused by overflights. Delaney et al. (1999b) also developed an owl-weighted frequency curve to simulate hearing sensitivity of owls in various parts of the sound-frequency spectrum and used this curve to evaluate relative disturbance levels caused by chainsaws. Mexican spotted owls were more sensitive to disturbance by chainsaws than by helicopter overflights at comparable distances, and chainsaw operation caused most owls to flush from their perches when chainsaws were operated <60 m (197 ft) from roosting Mexican spotted owls. Owl response decreased with increasing distance to noise source for both chainsaw operation and helicopter overflights, and Delaney et al. (1999b) suggested that a buffer zone of 105 m (344 ft) would minimize impacts of helicopter overflights on Mexican spotted owls.

In a later study, Delaney and Grubb (2004) quantified relative, owl-weighted noise levels caused by road-maintenance equipment (rock crusher, loader, bulldozer/roller, and grader) in Mexican spotted owl habitat. They found consistent differences in noise levels among types of equipment, microphone positions (in trees versus on the ground), distance from noise source, and habitat (forest versus meadow). Rock crushers were louder than other equipment, sound levels were greater in trees than on the ground at all distances, sound levels decreased with distance, and sound levels were greater in meadows than in forests at comparable distances. Delaney and Grubb (2004) concluded that owls were capable of hearing all sound sources tested at distances of at least 400 m. Owl response to these noise sources was not evaluated in this study. In a study on northern spotted owls, however, Hayward et al. (2011) found that owls close to noisy roads fledged significantly fewer young than owls close to roads. They concluded that routine traffic exposure may decrease reproductive success of northern spotted owls over time.

Swarthout and Steidl (2001, 2003) experimentally evaluated the effects of hikers on Mexican spotted owls in canyonlands terrain. They quantified both flush responses and activity budgets of owls exposed to hikers. Owls exposed to hikers sometimes flushed and spent more time vocalizing and less time handling prey and performing maintenance activities than owls not exposed to hikers. In general, owl response level was related to both perch height and distance to the hiker. Swarthout and Steidl (2003) concluded that cumulative disturbance caused by recreational hiking near nests potentially could be detrimental to owls, but likely would be detrimental only where owls occupied canyons receiving use by ≥50 hikers per day. Swarthout and Steidl (2001) concluded that placing a 55-m (180-ft) buffer zone around known owl roosting

BLM_0071687

sites would eliminate most flush responses.  However, a buffer of this size also would restrict hiker access to 80% of the narrow canyons occupied by Mexican spotted owls.  They concluded that a less conservative 12-m (39-ft) buffer zone likely would minimize flush response while excluding access to only 25% of canyons occupied by owls.

In summary, the limited information available suggests that:  owls may be disturbed by a variety of human-caused activities; ground-based activities generally are more disturbing than overflights; and decibel levels within the owl's hearing range and distance to the source of disturbance are significant factors in determining owl response.  Further, at least one study of northern spotted owls documented a significant effect of increased road noise on reproductive success, suggesting that human disturbance may impact fitness parameters of spotted owls.

H.  Climate Change

In addition to changes in distribution and amounts of the owl's habitat, climate change may result in direct and indirect influences on the owl's population demography and interactions with other species.  Much of the evidence for these potential influences was presented in the preceding sections that detailed the owl's population ecology, but we summarize some additional examples here.

***a.  Changes in Demographic Rates.***—Shifts in key weather variables may influence owl demography by influencing the physiology of individual owls.  For example, if climate change results in more or longer periods where microclimatic temperatures exceed lower or upper critical limits, owls will require additional energy and/or water to maintain homeostasis (Ganey et al. 1993, Weathers et al. 2001).  If owls are not able to adopt new behaviors to counter these additional energetic demands, such as finding roost sites with greater thermal protection, they will have less energy to allocate to reproduction and/or survival.  Should temperatures increase enough that all available microclimates exceed the owl's lethal limits, the owls must disperse elsewhere to inhabitable environments.  Because climate change will likely create shifts in weather over large areas and because long-distance dispersal (>150 km [93 mi]) is not very plausible for most Mexican spotted owls, shifts in temperatures that regularly exceed critical or lethal limits will result in greater fatality and declining populations.  Changes in water balance may be as important as changes in energy balance (see Weathers et al. 2001), particularly if climates become both warmer and more arid.

Annual weather patterns are associated with survival and reproduction of spotted owls (Franklin et al. 2000, 2004, North et al. 2000, LaHaye et al. 2004, Olson et al. 2004, Dugger et al. 2005, Anthony et al. 2006, Seamans and Gutiérrez 2007).  Precipitation may influence the owl's reproductive output either directly or indirectly.  Direct negative effects of increased precipitation during the nesting period on survival and especially reproduction have been shown in other subspecies of spotted owls (e.g., Franklin et al. 2000, North et al. 2000, LaHaye et al. 2004).  This direct negative effect has not been documented in Mexican spotted owls, however.

In a study on two populations of Mexican spotted owls, Seamans et al. (2002) documented positive relationships between precipitation (i.e., precipitation during the previous year, during the previous winter, or during the previous monsoon season) and survival and reproductive

BLM_0071688

output.  Seamans et al. (2002) speculated that precipitation was probably important in providing indirect benefits to Mexican spotted owls.  Specifically, they hypothesized that germination and sprouting of annual plants during the monsoon season may extend the breeding season of small mammals in the Southwest and may increase overwinter survival and therefore abundance of prey.  Many prey species eaten by Mexican spotted owls exhibit high temporal variability in abundance (Ward and Block 1995, Ward 2001, Block et al. 2005), and owl reproduction appears linked to changes in prey biomass (e.g., Ward and Block 1995, Ward 2001).  Thus, changes in climate that affect prey abundance likely also will affect owl reproduction.  Interactions among temperature and moisture regimes may differ across elevational gradients in the Southwest, thus affecting small mammal populations differently in different areas (Seamans et al. 2002:331).  Climate changes that decrease prey availability may also negatively influence the owl's water balance, especially when non-metabolic water is not available.

In the only direct study on the effects of climate change on demographic rates of Mexican spotted owls , Peery et al. (2011) used the demographic data from the study areas discussed in Seamans et al. (2002, see above) to evaluate how climate change might influence population dynamics and extirpation risk of Mexican spotted owls.  They used stochastic, stage-based matrix models, parameterized with vital rates linked to annual climatic variation, to project owl populations forward in time under both current climatic conditions and three IPCC emissions scenarios (B1, A1B, and A2; IPCC 2007).  Resulting models showed that populations in both the Arizona and New Mexico study areas declined rapidly over the next century under all three emissions scenarios, and extirpation risk for both populations was much higher under all three scenarios than under current climatic conditions.  Results were driven largely by negative effects of warm, dry conditions on Mexican spotted owl fecundity and survival, with those effects far greater for fecundity than for survival.  Changes in population growth rates were more sensitive to predicted increases in temperature than to predicted declines in precipitation.  Peery et al. (2011) concluded that Mexican spotted owls were highly vulnerable to climate change even in core portions of their range.

Peery et al. (2011) also evaluated the effects of climate change on a population of California spotted owls from the San Bernardino Mountains, California.  Again, they used existing demographic data (LaHaye et al. 1994, 2004) and the same three IPCC scenarios, and projected the California spotted owl population forward in time.  Unlike the Mexican spotted owl populations analyzed, the California spotted owl population was relatively insensitive to predicted changes in climate, and extirpation risk for this population was low under all climate scenarios modeled.  This difference was due primarily to a negative relationship between fecundity of California spotted owls and cold, wet springs, and the fact that such springs were less common under predicted climate scenarios.  This suggests that responses of populations of spotted owls to climate change may differ among geographic regions.  Whether such variation will occur within the range of the Mexican spotted owl remains unknown, however.

The study by Peery et al. (2011) necessarily relied on models rather than observed population responses to climate change.  Nevertheless, they used a rigorous modeling framework, the best available demographic data, and relationships between that demographic data and annual variation in climate derived from sound empirical studies to parameterize models.  Consequently,

BLM_0071689

we view their results as robust and sobering, especially because the models evaluated by Peery et al. did not include potential changes in disturbance regimes caused by climate changes.

***b. Reduction in Population Size.***— At this time, no empirical evidence exists documenting changes in Mexican spotted owl distribution or population size due to climate change. As mentioned above, however, both survival and reproduction were positively correlated with precipitation in two populations studied (Seamans et al. 2002), and a simulation study conducted by Peery et al. (2011), suggested that increasingly warmer and drier climates would greatly increase extirpation risk for Mexican spotted owls in study areas in Arizona and New Mexico.

***c. Changes in Co-evolved Interactions.***— Changing climates also could influence distribution patterns and abundance of major prey species, as well as potential competitors with and predators on Mexican spotted owls. Each species has different physical tolerances and resource requirements, including the small mammal species eaten by Mexican spotted owls (Ward 2001). This makes it hard to generalize about the effects of changing climates on prey distribution and availability. In examining the influence of habitat and weather-related covariates on the biomass (g ha$^{-1}$) of five common prey species of Mexican spotted owls in the Sacramento Mountains, New Mexico, Ward (2001) identified a spectrum of effects for each species. Deer mice were influenced by weather related effects that changed with time, whereas Mexican woodrats were more influenced by habitat related effects. Untested predictions about the order of species decline or loss of the five studied prey species in the Sacramento Mountains given their current distributions and natural histories (reviewed by Ward [2001: Chapter 2]) would suggest that drier warmer microclimates would result in loss of vole species first, followed by loss or a reduction in numbers of woodrats, and finally a reduction in numbers of peromyscid mice. The magnitude of such potential changes in the distribution and abundance remain untested at this time, however.

In rocky-canyon habitat in southern Utah, Willey and Willey (2010) documented increases in abundance and species diversity of rodents during a period of increased precipitation. Territory occupancy and territory re-colonization rates of Mexican spotted owls also increased during the period of increased precipitation, presumably in response to increases in prey abundance (Willey and Willey 2010). The strong apparent response of small mammals to precipitation in this study may have been a function of the semi-arid climate of the region. For example, a review of variation in responses by deer mice to increased precipitation in varying environments demonstrated that the greatest response occurred in arid regions and the lowest response occurred in the wet coastal forests of the Pacific Northwest (Ward 2001: Chapter 2).

***d. Interactions With Competitors and Predators.***— Changes in forest composition also could influence abundance and distribution of owl competitors and predators, but the magnitude and direction of such potential changes again are unknown at this time. Northern spotted owls are being affected by a direct competitor, the barred owl, which recently expanded its range into the Pacific Northwest and California (Gutiérrez et al. 2007). This species occurs in the eastern U.S. and portions of Mexico (Mazur and James 2000). Whether climate change will ultimately result in a sympatric distribution of Mexican spotted and barred owls is unknown. It is possible that warmer, drier conditions might favor such potential predators as great-horned owls (see

BLM_0071690

Predation, above), which occur in habitats ranging from high-elevation and high-latitude forests to hot deserts (Johnsgard 1988).

## 7. Movements and Migration

The ability of Mexican spotted owls to move within and among habitats or across a landscape is a key factor for assessing function and viability of populations over time. For example, small populations often require recruitment from larger (core) populations to persist for long periods. Understanding how frequently and under what conditions owls are successful in completing movements can allow better predictions about long-term or local viability. Knowledge for mobile organisms like Mexican spotted owls is often difficult to obtain, however, and details about conditions that allow for successful dispersal or explanations for periodic migrations are limited. Nonetheless, a few studies have documented movements of this owl. This section summarizes existing knowledge about movement patterns of the owl and the processes that influence its movements.

### A. Seasonal Migration

Ganey and Block (2005a) summarized available information on seasonal movements and range use of radio-marked Mexican spotted owls, supplemented by anecdotal observations of owls during the non-breeding season, and evaluated the adequacy of management guidelines in protecting habitats used by owls during the non-breeding season. They operationally defined all radio-marked owls that moved $\geq 2$ km (1.2 mi) from their breeding-season home-range center as "migrants" and treated all other radio-marked owls as "residents," with this distance criterion based on mean nearest-neighbor distances reported in studies of Mexican spotted owls in Arizona and New Mexico (see Space Use above).

Seasonal movements or migration occurred in most areas where movements of radio-marked owls were monitored (Table B.8). Seasonal migration generally involved a subset of the population, with the size of that subset varying both among study areas and years (Table B.8). Migrating owls typically left study areas in November or December, and returned from January to April (Table B.9). Distance moved ranged from 5 to 50 km (3 to 31 mi) for owls whose wintering areas were located. Wintering areas of two owls from the San Francisco Peaks could not be located despite an aerial search covering thousands of square kilometers, suggesting that some owls may move long distances (see also Gutiérrez et al. 1996).

Duncan and Speich (1995) provided additional evidence for down-slope migration in Mexican spotted owls. They documented a subadult owl overwintering in Sonoran riparian deciduous woodland (Brown et al. 1980) at 838 m in the foothills of the Santa Catalina Mountains, Arizona. They relocated this owl five years later as a member of a territorial pair near the summit of this range, at an elevation of 2,560 m (8,399 ft). We also are aware of numerous anecdotal observations of Mexican spotted owls in woodland, semi-desert, and desert cover types during the winter months. In most cases, however, it is impossible to determine whether these represented migrating territorial owls or dispersing juveniles, which use similar habitats (Arsenault et al. 1997, Ganey et al. 1998, Willey and van Riper 2000, Duncan and Speich 2002). Thus, available information suggests that seasonal migration of some individuals occurs in many

238

or most populations of Mexican spotted owls, and that such migration occurs in both sexes (Table B.9). Partial migration also occurs in California spotted owls (Laymon 1989, Verner et al. 1992). In contrast, migration appears to be rare in northern spotted owls (Gutiérrez et al. 1995).

Reasons why only some owls migrate are unknown. In addition, some individual Mexican spotted owls migrate in some years, but not others (Table B.8). Migration generally entails a change in elevation for both Mexican (Table B.9) and California spotted owls (Laymon 1989, Verner et al. 1992), with most owls moving down slope (but see Willey 1998a). Migration to lower elevations allows owls to winter in areas that are warmer than their breeding areas during the winter and that lack persistent snow. This may facilitate an energetic savings in maintaining homeostasis and hunting for small mammals, which comprise the bulk of the diet (Ward and Block 1995). It also may allow the owls to move to areas with more concentrated prey resources, as populations of small mammals reach their nadir in owl breeding areas during the winter months (Ward and Block 1995, Ward 2001, Block et al. 2005). For example, Block et al. (2005:625) used live trapping to estimate available winter prey biomass in both the traditional breeding area and a wintering area used by a pair of radio-marked Mexican spotted owls. They estimated that winter prey biomass was almost eight times greater within the wintering area than within the breeding area (1,200 g ha$^{-1}$ vs. 155 g ha$^{-1}$). Although circumstantial, the evidence suggests that migration was driven by food availability.

Also presently unknown is how and why migrating owls select particular wintering areas, as we have little information on specific habitat features that migrating Mexican spotted owls use in wintering areas (but see Peterson 2003). Further, owls use these areas at a time of year when they are unlikely to vocalize (Ganey 1990), making it difficult to locate such areas through calling surveys.

From a conservation perspective, some migrating owls occupy cover types that have no protected status under the original recovery plan for the Mexican spotted owl (USDI FWS 1995) or this revised Recovery Plan. These cover types also are used by dispersing juvenile owls during the fall and winter (Arsenault et al. 1997, Ganey et al. 1998, Willey and van Riper 2000). The types of lowland areas in which wintering owls have been observed cover vast areas, however, and we have no evidence that suitable wintering areas are limiting. Thus, there is little evidence that specific protective measures for wintering areas or habitats used by migrating Mexican spotted owls are necessary at this time, with the possible exception of portions of the foothills of the Front Range in Colorado. This region has experienced rapid growth and development since 1990.

239

BLM_0071692

**Table B.8.** Numbers of radio-marked Mexican spotted owls observed to migrate during the winter in various studies (from Ganey and Block [2005a]).

| Study area | Years | Number of owls radio-marked | Number of owls migrating[1] | Source |
|---|---|---|---|---|
| San Francisco Peaks | 1986-1987 (1989b) | 4 | 2 | Ganey and Balda |
| Walnut Canyon | 1986-1987 (1989b) | 2 | 2 | Ganey and Balda |
| Sacramento Mtns. | 1989-1990 | 8 | 4 | Skaggs (1990) |
|  | 1990-1991 | 9 | 0 | Zwank et al. (1994) |
|  | 1992-1995 | 15 | 0 | Ganey et al. (2005) |
| Colorado | 1992-1996 | 5 | 3 | Johnson (1997) |
| Southern Utah | 1991-1995 | 15 | 2 | Willey (1998a) |
| Bar-M Canyon | 1990-1993 | 13 | 3 | Ganey et al. (1999) |

[1] Migration was defined as movement >2 km (1.2 mi) from the center of the breeding-season home range.

240

**Table B.9**.  Distance moved, movement duration, elevation change, and habitats used by migrating adult or subadult Mexican spotted owls (from Ganey and Block [2005a]).

| Study area | Years | Sex | Distance moved (km) | Duration | Elevation change (m)[1] | Cover type[2] | Source[3] |
|---|---|---|---|---|---|---|---|
| San Francisco Peaks | 1986-87 | F | Unknown[4] | Nov-Apr | Unknown | Unknown | 1 |
| San Francisco Peaks | 1986-87 | M | Unknown[4] | Nov-Apr | Unknown | Unknown | 1 |
| Walnut Canyon | 1986-87 | F | 10 | Dec-Jan | 100 | MC, PP, P/O/J, R | 1 |
| Walnut Canyon | 1986-87 | M | 10 | Dec-Jan | 100 | MC, PP, P/O/J, R | 1 |
| Sacramento Mtns. | 1989-90 | F | 10-24 | Unknown | Unknown | PJW, SDS | 2 |
| Sacramento Mtns. | 1989-90 | M | 10-24 | Unknown | Unknown | PJW, SDS | 2 |
| Sacramento Mtns. | 1989-90 | M | ~5 | Unknown | Unknown | MC | 2 |
| Sacramento Mtns. | 1989-90 | M | ~11 | Unknown | Unknown | MC | 2 |
| Bar-M Canyon | 1990-91 | M | 10 | Dec-Jan | 0 | PO | 3 |
| Bar-M Canyon | 1990-91 | M | 50 | Dec-Apr | 920 | PJW | 3 |
| Bar-M Canyon[5] | 1991-92 | F | 50 | Dec-Apr | 920 | PJW | 3 |
| Bar-M Canyon[5] | 1992-93 | F | 50 | Dec-Apr | 920 | PJW | 3 |
| Colorado | 1992 | M | 6.7 | Nov-Apr | 407 | PJW, PP | 4 |
| Colorado | 1995 | F | 16.5 | Nov-Feb | 335 | PJW, PP | 4 |
| Colorado | 1995 | M | 6.7 | Dec-Jan | 182 | PJW, PP | 4 |
| Utah | Unknown | F | 25 | Unknown | +913 | SF | 5 |
| Utah | Unknown | M | 20 | Unknown | 685 | MS | 5 |

[1] Elevation changes are negative unless otherwise indicated.

[2] Cover types: MC = mixed-conifer forest, MS = mountain shrub, PJW = pinyon-juniper woodland, PO = ponderosa pine-Gambel oak forest, PP = ponderosa pine forest, P/O/J = ponderosa pine/oak/juniper, R = riparian, SDS = semi-desert scrub, SF = Spruce-fir forest.

[3] Sources: 1 = Ganey and Balda (1989b); 2 = Skaggs 1990; 3 = J. L. Ganey and W. M. Block (unpubl. data); 4 = Johnson (1997: Table 5); 5 = Willey (1998a:54-55).

[4] Wintering areas not located despite an aerial search covering thousands of square kilometers.

[5] These two records represent one female owl that migrated to the same area in two consecutive winters.  This owl did not migrate in the winter of 1990-1991 (but her mate did).

BLM_0071694

B.  Dispersal

Two forms of dispersal occur in spotted owls.  Natal dispersal, or dispersal by young of the year from their birth sites, is the most common form and begins each fall following the production of young (Gutiérrez et al. 1985).  Breeding dispersal, or movement by subadult or adult individuals from a previously occupied territory to another, occurs less frequently (Gutiérrez et al. 1995, Forsman et al. 2002, Blakesley et al. 2006).

***a.  Natal Dispersal.***— Dispersal by juvenile Mexican spotted owls has been studied directly by monitoring movements of radio-marked individuals in New Mexico (Arsenault et al. 1997), Arizona (Ganey et al. 1998), and Utah (Willey and van Riper 2000), and indirectly in Arizona and New Mexico by monitoring movements of color-banded juvenile owls (Duncan and Speich 2002, Gutiérrez et al. 2003).

Radio-marked juvenile Mexican spotted owls began dispersing in September and October in all study areas, with most dispersing in September.  Initial dispersal movements were rapid, abrupt, and random with respect to direction.  In an effort to understand triggers of natal dispersal, Willey and Van Riper (2000) recorded observations of parent-offspring interactions and departure dates of juvenile Mexican that were supplemented with food and a control group without additional food.  Juvenile owls that were provided with supplemental food all left their natal sites significantly sooner than juveniles that did not receive supplemental food.  Aggressive behaviors among offspring and parents that might induce dispersal were not noticeably different between the two treatment groups, however.  Thus, this study did not support the hypothesis that food shortage triggers natal dispersal in Mexican spotted owls.  Rather, it suggested that body condition might positively influence departure.  That is, acquiring sufficient energy reserves prior to embarking may be a key physiological factor in the timing of natal dispersal in spotted owls (Willey and van Riper 2000).

Two types of behavior during natal dispersal followed initial movements:  rapid dispersal across the landscape and extensive local exploration.  Many dispersing juveniles exhibited periods of both types of movements.  Distance from the natal site to the last observed location for radio-marked juveniles ranged from <1 to >92 km (<0.6 to >57.2 mi).  These distances likely represent minimum estimates of dispersal capability, as only one of 62 radio-marked juveniles was tracked until it settled on a territory and paired with a mate.  Directions from natal sites to final observed locations did not differ from random, indicating that dispersing owls did not follow a singular path or corridor.  In addition, dispersing juveniles from all studies used a wide variety of habitats, including some that were very different in structure and composition from typical breeding habitat.  Because juvenile survival is typically low (<30% of these individuals apparently live to the next year), documenting final dispersal distances using radio-marked birds requires that a large number of young are radio-marked (>100) and followed for a longer (>3 years) period than most radio-transmitter batteries or funding for aerial monitoring will last (Forsman et al. 2002).  However, the patterns observed for the smaller samples of Mexican spotted owls differed little from a more comprehensive study of natal dispersal of northern spotted owls in Oregon and Washington (Forsman et al. 2002).  For example, natal distances observed in this long-term, large-sample study ($n$ = 324 radio-marked and 711 banded juveniles followed from 1985—1996) ranged from 1.8 to 103.5 km (1.1 to 64.3 mi) for radio-marked

242

juveniles and from 0.6 to 111.2 km (0.4 to 69.1 mi) for re-sighted individuals originally color banded at natal sites. The distribution of these dispersal distances was skewed toward shorter distances with only 8.7% of the final distances between the natal territory and location of settlement being >50 km (31 mi). On average, male and female juveniles in this study eventually settled within an average of 4.2 and 7.0 territory widths from their natal sites after two to five years (Forsman et al. 2002).

Estimates of natal dispersal distances from mark-recapture studies also suggest that most California and northern spotted owls settle on territories within a few territory widths of their natal site (LaHaye et al. 2001, Forsman et al. 2002). These estimates may provide a better estimate of final distances traveled by successful dispersers than did the radio-telemetry studies discussed above, although the finite size of the mark-recapture study areas could underestimate this distance. For example, LaHaye et al. (2001) examined settling patterns of dispersing California spotted owls in the San Bernardino Mountains, California, within a 535-km$^2$ (132,201 ac) study area. They evaluated possible effects of study-area size on dispersal distances by nesting several successively smaller areas within their complete study area. They found that dispersal distances were underestimated when using band-resighting data for establishing settling patterns in the smaller nested study areas (see also Zimmerman et al. 2007). In contrast, Forsman et al. (2002) compared distance estimates based on radio-marked northern spotted owl juveniles with estimates derived from settling patterns and found no evidence that the small study areas used to study settling patterns biased distance estimates. Thus, it is unclear whether or not the finite size of demography study areas consistently results in underestimates of natal dispersal distances.

Unfortunately, few estimates of natal dispersal distance are available for the Mexican spotted owl. Duncan and Speich (2002) were able to document four instances of inter-mountain movement by dispersing Mexican spotted owl juveniles that had been marked with color bands at their birth sites. These movements required these owls to cross desert valleys between Sky Island mountain ranges in southeastern Arizona. Distances between natal sites and territories established by these four individuals ranged from 28 to 54 km (17 to 34 mi).

It is not clear when natal dispersal typically ceases in spotted owls. Gutiérrez et al. (2003) reported that 90 to 100% of fledged young that occupied territories in two demography study areas did so within three years. Patterns differed between their Arizona and New Mexico study areas, however. In Arizona, over 60% of fledged young that settled did so in their first year, with declining proportions of young settling through year five (Gutiérrez et al. 2003: Fig. 13a). In New Mexico, young settled in equal proportions in the first three years following fledging, with no recruitment observed in subsequent years (Gutiérrez et al. 2003: Fig. 13b). LaHaye et al. (2001) noted that >50% of successful natal dispersers in their California study area occupied territories within one year and that virtually all successful dispersers occupied territories within three years. Forsman et al. (2002) noted variable patterns in northern spotted owls, with some owls settling permanently in their second summer while others did not settle permanently until they were two to five years old. Thus, available evidence suggests that most young occupy territories in the first three years following fledging, but that dispersal movements may continue for up to five years for some owls.

243

BLM_0071696

*b.  Breeding Dispersal.*— Reasons for and distances traveled during dispersal by previously settled subadult and adult Mexican spotted owls are poorly understood.  Breeding dispersal is thought to occur when a mate is lost, or in some cases when a better reproductive opportunity is found elsewhere.  Examples of both have been documented for all three subspecies (LaHaye et al. 2001, Forsman et al. 2002, Gutiérrez et al. 2003, J. L. Ganey and J. P. Ward, unpubl. data).

Arsenault et al. (1997) noted apparent cases of dispersal in subadult Mexican spotted owls, and Gutiérrez et al. (1996) suggested that dispersal also may occur in adult Mexican spotted owls.  In their more comprehensive study of northern spotted owls, Forsman et al. (2002) noted that breeding dispersal of northern spotted owls in Oregon and Washington occurred relatively infrequently.  Based on settlement patterns of banded birds, distance dispersed ranged from 0.01 to 85.2 km between previously and newly occupied breeding sites for all age classes.  However, first-year subadults ($n = 71$) moved farther than second-year subadults ($n = 75$) and adults (individuals $\geq 3$ years; $n = 294$; median distances 5.1, 4.1, and 3.5 km [3.2, 2.5, 2.2 mi], respectively).  Most (83%) adults that did disperse only moved once.  Of those that moved twice or more, 41% moved backed to an original territory (Forsman et al. 2002).  There were no significant differences in breeding dispersal distances among the sexes.  The probability that an individual would move was generally greater for females, however, and was greatly magnified for either sex if the pair bond was disrupted by disappearance (movement or death) of a mate.

In summary, juvenile dispersal appears to be obligate in Mexican spotted owls, and settled subadult or adult birds may disperse to another site on a much rarer and irregular basis.  Juvenile owls leave the natal territory in September or October and wander the landscape.  Many perish in the process.  They are capable of moving long distances, but many successful dispersers occupy territories near their birthplace.  Natal dispersers move through a wide variety of habitats during the dispersal period, many of which differ greatly from typical breeding habitat and have no formal protective measures under USDI FWS (1995; see also Ganey and Block 2005a) or this revised Recovery Plan.  There is little evidence from study of movements that would allow us to identify common dispersal directions, movement corridors, or important areas or habitats.  Many Mexican spotted owls appear to occupy territories at one to two years of age, while others may settle when older.  Some of this variation may be driven by trends in owl density and fecundity, manifested through trends in numbers of territory vacancies.  In general, however, we know little about dispersal behavior, and especially about dispersal movements of Mexican spotted owls during and following their second summer of life.

## 8.  Metapopulation Ecology

Many authors have noted that the structure and spatial distribution of spotted owls at a rangewide scale suggests that groupings of individuals may occur as subpopulations and that these subdivided populations may function as a metapopulation (e.g., Levins 1970, Hanski 1998) or a series of subdivided populations where population interactions are much higher within than between populations (Gutiérrez and Harrison 1996; see also Shaffer 1985, Noon et al. 1992, LaHaye et al. 1994, Noon and McKelvey 1996,).  Indeed, Gutiérrez and Harrison (1996) argued that spotted owl population dynamics and viability could be understood *only* in the context of a metapopulation.  Of the three subspecies, the distribution of Mexican spotted owls appears to most naturally resemble the metapopulation construct, with perceived subpopulations existing in

BLM_0071697

useable habitat created by elevation gradients and disconnected mountain or canyon systems, separated by a matrix of low-quality to unsuitable habitat.

Despite the important contributions made by metapopulation theory and models to management of northern and California spotted owls (Shaffer 1985, Noon et al. 1992, LaHaye et al. 1994, Gutiérrez and Harrison 1996, Noon and McKelvey 1996), few studies have examined metapopulation structure of Mexican spotted owls. Keitt et al. (1995, 1997) examined the spatial pattern of forest habitat patches across the range of the Mexican spotted owl. Their objective was to gauge the extent to which the owl might behave as a metapopulation in the classical sense of a set of local populations linked by infrequent dispersal. Such a finding, if verified, would suggest that population dynamics of owls in one local population might be influenced by factors, including management activities, which affected nearby populations. Conversely, if local populations are functionally discrete, then those populations could be treated separately with some confidence that actions in one part of the owl's range would not greatly affect other populations.

Keitt et al. (1995; and refined by Keitt et al. 1997) reported that patches of forest habitat in the range of the Mexican spotted owl showed a connectivity threshold of approximately 45 km (28 mi). They concluded that an organism capable of dispersing a distance of $\geq$45 km (28 mi) through inhospitable terrain, and with an average exponential dispersal distance of $\geq$15 km (9.3 mi), would perceive the landscape as a series of connected patches. They further concluded that Mexican spotted owls met these criteria (see Dispersal, above), and that the distribution and temporal dynamics of this subspecies' populations probably behaves as a classical metapopulation over much of its range. That is, the level of habitat connectivity is such that many habitats are "nearly connected" at distances corresponding to the best empirical estimates of the owl's dispersal capability. At this scale, the landscape consists of a set of large, more-or-less discrete habitat clusters. For example, most of the Mogollon Rim functions as a single cluster, the SRM as another single cluster, and so on. This suggests that owls could successfully disperse within habitat clusters with very high probability and disperse between clusters with much lower probability. Thus, we would expect owls to disperse within clusters most of the time and between clusters rarely, which is consistent with the definition of a metapopulation. This finding suggests that habitat connectivity should be maintained (or increased) across the owl's range. Habitat connectivity buffers a population from stochastic variability through time by providing the opportunity for local population failures to be "rescued" by immigration from other populations, and it also facilitates gene flow among populations (Barrowclough et al. 2006).

Gutiérrez and Harrison (1996) noted two other concepts related to metapopulation dynamics that are relevant to spotted owls. The first is spatially structured population dynamics. The spatial structuring described by this concept arises from territorial behavior and is relevant in continuous or relatively continuous habitat. Individuals in such habitat will tend to interact mainly with neighboring owls, rather than mixing freely throughout the larger population. The dynamics of this situation can be modeled using individual territory models (Lande 1987, 1988, Noon and McKelvey 1996). Resulting models are similar to metapopulation models, except that extirpation and colonization is modeled for territories rather than for larger populations (Gutiérrez and Harrison 1996, Noon and McKelvey 1996). No individual territory models have

BLM_0071698

been developed for the Mexican spotted owl. The approach may be relevant to particular areas where clusters of owls occur in relatively continuous habitat, however (e.g., Mogollon Rim, Sacramento Mountains).

The second concept relates to source-sink dynamics (Pulliam 1988). As typically defined, source populations occur in high-quality habitat and produce surplus individuals. In contrast, low quality habitats may act as population sinks, where reproduction is insufficient to balance fatality. Sinks may be occupied only when high quality habitat is fully occupied, in which case sinks can serve a valuable function by serving as a reservoir for surplus individuals (Pulliam 1988, see also Howe et al. 1991). Conversely, if dispersing individuals settle in sinks rather than continuing to search for higher quality habitat, sinks may be detrimental to long-term population viability (Lamberson et al. 1992, Zimmerman et al. 2003).

Little is known about potential source-sink dynamics in Mexican spotted owls. Ganey et al. (2005) reported an example of possible source-sink dynamics in two populations occupying different habitats in the Sacramento Mountains, New Mexico. However, this was based on a study of short-duration involving relatively few owls. Consequently, we cannot be certain that the apparent sink functions as a sink over longer time frames. And, if it is indeed a sink, we do not know whether it serves as a reservoir for surplus owls when population levels are high, or as an ecological trap for individuals that might find better vacant habitat if they continued looking.

Another important concept relevant to metapopulation dynamics deals with correlation (or lack thereof) among population growth rates of different subpopulations. LaHaye et al. (1994) demonstrated that high correlation in vital rates among subpopulations increased the risk that such populations would decline simultaneously. In contrast, lack of correlation among subpopulations resulted in situations where some populations were able to contribute surplus individuals to declining populations. The metapopulation dynamics evaluated were very different for these situations, with increased correlation among subpopulations resulting in an increased risk of rangewide population declines and ultimately extinction.

The extent of correlation in vital rates among subpopulations of Mexican spotted owls is only partly understood. Spotted owl vital rates appear to be partly influenced by large-scale climatic patterns (Seamans et al. 2002, Gutiérrez et al. 2003). Such patterns are likely to be at least somewhat correlated across much of the range of the owl, suggesting that correlation among subpopulations could be high. However, available evidence suggests that one vital rate, reproductive output, was only moderately correlated among three populations (Sacramento Mountians, Coconino, and Gila) of Mexican spotted owls during a period of simultaneous study (1991-2000). Reproductive output was relatively high for all populations in 1991. Reproduction in the Sacramento Mountains declined steadily to low levels and remained there through 1995, rebounding in 1996 (Ward 2001: Fig. 3.8). Reproduction was more variable in the other two populations, but declined abruptly in both from 1993 to 1994 (Seamans et al. 1999: Fig. 2). Reproduction in the Coconino population then increased gradually from 1994 to 1996, whereas reproduction in the Gila population continued to decline through 1995 before rebounding in 1996. Thus, reproduction appeared to be somewhat, but not completely, correlated in these populations, with a period of low reproduction occurring in all populations during the mid-1990s. This decline occurred earlier in the Sacramento Mountains (BRE EMU) than in the other

BLM_0071699

two populations.  However, the Coconino and Gila populations both were located in the UGM
EMU, and climatic patterns (and therefore population dynamics) may be more similar within
than among EMUs.  Survival estimates also are available for two of these populations during the
same time period (Seamans et al. 1999: Fig. 3).  Survival trajectories were similar between areas
for owls <1 year old, but not for older owls.  Again, this suggests some level of correlation in
vital rates among populations but that such rates are not completely correlated among
populations.

In summary, the distribution of Mexican spotted owls throughout their range suggests a spatial
distribution congruent with a group of subpopulations that may function as a metapopulation.
The UGM EMU includes the largest contiguous area of habitat for Mexican spotted owls, which
is reflected in the large number of documented owls in that EMU (e.g., Ganey et al. 2004, see
also Table B.1).  Because of its size and central location to other areas inhabited by Mexican
spotted owls, the larger subpopulation in this EMU likely serves as a core, source population for
supplying new recruits to proximal outlying locations.  Other subpopulations, particularly those
occurring in the BRE, appear isolated enough that recruitment must come primarily from
reproduction within the local subpopulation.  Limited evidence from simulation models and
genetic analysis supports these aspects of metapopulation function and spatially structured
population dynamics.  Although temporarily asynchronous reproduction and survival may occur
among some subpopulations, interstitial distances and dispersal ability may limit the beneficial
traits of metapopulation function such as the numerical rescue effect.  This may be the case for
the concentrated population of Mexican spotted owls in the Sacramento Mountains of New
Mexico (Barrowclough et al. 2006).  Consequently, subpopulations that are large enough to
produce surplus individuals (i.e., acting as a source population) in some years, but isolated
enough that external recruitment is rare, will require more conservation attention to maintaining
internal recruitment and viability; whereas conservation for smaller subpopulations near larger
core populations may require a greater focus on identifying and enhancing dispersal corridors.
More information is needed to identify the magnitude of numerical exchange of individuals
among subpopulations and the relative influence on local, EMU-wide, and rangewide population
viability.

## 9.  Conclusions

In many ways, the Mexican spotted owl appears to be quite similar to both the northern and
California spotted owls with respect to general behavioral patterns and ecology.  For example, all
three subspecies are most common in forests of complex structure, prey mainly on nocturnally
active small mammals, and share similar vocalizations, reproductive chronologies, and
population characteristics.  However, important differences exist between the Mexican spotted
owl and the other subspecies.  The distributional pattern of the Mexican spotted owl is more
disjunct and ranges over a much larger area than that of the other subspecies, with the possible
exception of some California spotted owl populations that occur in disjunct mountain ranges of
southern California (Noon and McKelvey 1992).  The Mexican subspecies also appears to use a
wider range of habitat types than the other subspecies and to date only the Mexican subspecies
has been found to dwell and reproduce in rocky canyons in any significant numbers (although
cliff nesting has been documented in both northern [Hane et al. 2007] and California [Peyton
1910, Dickey 1914] spotted owls).  These unique aspects of the ecology of the Mexican spotted

BLM_0071700

owl require unique approaches to its management.  For example, threats to owl habitat and management proposed to address those threats may well differ among the diverse habitats occupied by Mexican spotted owls.  In addition, because of its disjunct distributional pattern, dispersal among subpopulations of Mexican spotted owls is an important consideration.  Thus, habitat management plans may need to consider not only areas occupied by owls but also intervening areas, even where such areas are very different in habitat structure from those typically occupied by Mexican spotted owls.

We have learned a great deal about the Mexican spotted owl in the last three decades, but significant information gaps still remain.  Most studies of the owl to date have been descriptive rather than experimental.  Although we have identified patterns with respect to some aspects of this owl's ecology (e.g. habitat use), cause and effect relationships have not been documented.  Much more information is needed on how specific factors alone and in combination affect change in Mexican spotted owl abundance.  These considerations suggest that much additional research is needed, and that management recommendations in the near term must deal with extremely high levels of uncertainty.

BLM_0071701

**APPENDIX C - MANAGEMENT RECOMMENDATIONS**

**1. Assumptions and Guiding Principles**

The recommendations proposed in this revised Recovery Plan are based on several key assumptions about habitat requirements of the Mexican spotted owl and a number of guiding principles. These assumptions and guiding principles are:

- Spotted owl distribution in forested and rocky-canyon environments (see definitions below) is limited primarily by the availability of habitat used for nesting and/or roosting. Owl distribution may also be limited by prey availability and competition for nest habitat among raptors.
- Landscape analyses must be conducted prior to initiating any management actions. These analyses should identify known owl sites, areas to be managed as replacement nest/roost habitat, potential foraging habitat, and prospective habitat corridors.
- Habitat used for nesting/roosting also provides adequate conditions for foraging and dispersal activities. Thus, sustaining nesting/roosting habitat meets other survival requirements. Some habitats not used for nesting/roosting may provide conditions for other activities such as foraging and dispersal. In forests, these habitats include forest types that do not typically support nesting/roosting and forest stands in seral stages younger than typical nesting/roosting habitat. In rocky canyons, these habitats canyon rims and/or adjacent plateau highlands.
- Nesting/roosting habitat typically occurs either in well-structured forests or in steep and narrow rocky canyons. Nesting/roosting habitat in forest environments is typified by certain structural features, including high canopy cover, large trees, and other late seral characteristics that are common in, but not restricted to, late-successional forests. Nesting/roosting habitat within rocky canyons is dominated by relatively narrow vertical-walled canyons formed by parallel cliffs with numerous caves and/or ledges within specific geologic formations. Large trees and late-seral features that are common in, but not restricted to, riparian and mixed-conifer forests are present in some rocky canyon habitats; however, steep cliffs with ledges and caves may provide adequate nest and roost structures in the absence of late-seral forest.
- Forested nesting/roosting habitat is typically found in mixed-conifer, pine-oak, and riparian forests, with some other types locally important (e.g., encinal oak woodlands). Other habitats are used primarily for foraging, dispersal, or wintering. Because of ecological conditions (e.g., mesic north facing slopes) and processes (e.g., fire) that tend to limit denser forest stands to particular locations on the landscape, the distribution of nesting/roosting habitat is naturally discontinuous and limited in some areas.
- Disturbance events leading to forest canopy gaps are important for maintaining a diversity of tree and understory species, particularly in mixed-conifer spotted owl nest/roost stands. Both shade-tolerant and shade-intolerant species contribute important diversity to both dry and wet mixed-conifer forests.
- Existing forested habitat used by Mexican spotted owls for nesting/roosting generally has not been developed through planned silvicultural treatments. That is, although owls may be found in managed stands, these stands were not treated specifically to enhance spotted owl habitat.

BLM_0071702

- Forest restoration and fuels-reduction treatments must be evaluated over time using appropriate modeling, rigorous monitoring, management experiments, and/or research to assess their effectiveness in maintaining or creating owl habitat and/or their effectiveness in reducing the threat of high severity or stand-replacing wildland fire.
- Recruitment of large trees in both forested and rocky-canyon habitats is a function of both time and ecological site-specific factors affecting productivity. Similarly, many late-seral characteristics typical of owl habitat, such as large snags and broken-topped trees, high canopy cover, large downed logs, and the sharing of growing space among multiple shade-tolerant and -intolerant species, are attained primarily through time and the operation of ecological processes such as fire and forest pathogens.
- This revised Recovery Plan represents a short-term (10 year) strategy, but management actions recommended herein will have long-term consequences. Therefore, care should be taken to preserve future options while designing management prescriptions.
- Ongoing climate change will result in unpredictable changes in habitat distribution and quality, and this creates considerable uncertainty in developing strategies to recover the owl. Again, this argues for preserving options where possible, as well as for attempting to account for potential changes in habitat distribution and quality.
- In general, management should strive to sustain and develop desired conditions for the owl (Tables C.2, C.3) where appropriate.
- We recognize that situation will arise when land managers may need to deviate from the recommendations. These deviations from the Recovery Plan should be addressed with the FWS through the ESA Section 7 consultation process.

## 2. Definitions of Forest Types and Canyon Habitat

In this Recovery Plan we propose specific guidelines for several forest cover types based on: 1) considerable evidence that these cover types provide habitat for nesting, roosting, and foraging activities by Mexican spotted owls; and 2) our desire to target guidelines for the most appropriate habitats. In addition to a discussion on forest cover types, we revised this section from the 1995 Recovery Plan to include a discussion on canyon habitat. The following sections of this Appendix rely upon these definitions for implenting the Management Recommendations.

### a. Forest Types

Numerous treatments deal with the concepts of classifying vegetation cover or habitat types (e.g., Daubenmire 1952, 1968; Pfister 1989). We do not review these concepts here. In general, we accept the view that the basic unit of classification of climax vegetation is the plant association (Küchler 1964, Daubenmire 1968, Pfister 1989). These associations are defined using information on species composition and successional pathways. However, under natural disturbance regimes, many southwestern forests may not attain climax conditions. For example, in an analysis of Mexican spotted owl habitat on the Alpine Ranger District, Apache-Sitgreaves National Forests, we determined that habitat classifications based on current and climax vegetation gave very different results. Based on current vegetation, important nesting and roosting habitat was classified as mixed-conifer forest. The same forests would be classified as spruce-fir based on potential natural vegetation type. This example demonstrates the need for

250

clear operational definitions of forest types to be used when applying guidelines under this Recovery Plan.

In this section, we provide operational definitions for forest types referred to in the plan, and a simple key to these types. This key will allow land managers to classify lands in a manner compatible with the recommendations we provide in this plan. A review of literature on classification of forest types in southwestern forests was provided in the 1995 Recovery Plan and is not repeated here.

b.  Recovery Plan Definitions for Forest Types

This forest type classification scheme is primarily concerned with a subset of the available forest types in the southwestern U.S. We are interested in both potential and existing vegetation. Consequently, this forest typing scheme is a hybrid of classification schemes based on potential vegetation (series, association, and habitat type) and forest cover types based on existing vegetation.

Three terms we use in the forest typing scheme below require definition: pure, majority, and plurality. Various definitions have been used to describe a pure stand. Daniels et al. (1979) described pure stands as those where $\geq$90% of the dominant or co-dominant trees are of a single species. Dominant trees are those whose crown extends above the general level of the main canopy (Helms 1998). The crowns of co-dominant trees help to form the main canopy in even-aged stands. In uneven-aged stands, crowns of co-dominant trees are above the crowns of the tree's immediate neighbors and receive full light from above and partial light from the sides (Helms 1998). Under this definition, a stand may have an understory of other species without changing the pure designation. The key to this concept is the distinction between the dominant and co-dominant species and the understory component.

In contrast, Eyre (1980) defined a pure stand as one where $\geq$80% of the stocking is by one species. For purposes of this plan, we use the term pure to refer to any stand where a single species contributes $\geq$80% of the basal area (BA) of dominant and co-dominant trees.

We use the term majority to refer to the situation where a single species contributes $\geq$50% of the BA (Eyre 1980). We use the term plurality to refer to the situation where a species (or group of species of interest) comprises the largest proportion, but not a majority, of a mixed-species stand (Eyre 1980). With these definitions and concepts in mind, we provide definitions for specific forest types below.

i.  *Ponderosa Pine (Pinus ponderosa) Forest Type*

The ponderosa pine forest type occurs in what Moir (1993) described as the Lower Montane Coniferous Forest. Forests in this zone are dominated by pines, sometimes co-occurring with junipers and oaks. The climate is sometimes not conducive for forests, with moisture becoming limiting in the upper portions of the soil profile during part of the long growing season. We define the ponderosa pine forest type as:

251

BLM_0071704

1) Any forested stand of the *Pinus ponderosa* series not included in the Pine-oak Forest Type (see below); or

2) Any stands that qualify as pure (Eyre 1980) ponderosa pine, regardless of the series or habitat type.

*ii.   Pine-oak Forest Type*

A number of habitat types exist in the southwestern U.S. that could be described as pine-oak forests. Most of the stands relevant to the recovery of the Mexican spotted owl fall within two series, the Ponderosa pine series and the Chihuahuan pine series. Present evidence, however, suggests that the former series includes many areas that could never attain the type of forest structure sought by Mexican spotted owls for roosting and nesting. Therefore, we use the following operational definition for pine-oak forest under this plan:

1) Any stand within the Chihuahuan pine series.

2) Any stand within the Ponderosa pine series that meets the following criteria simultaneously:
   a. The stand is located in the UGM EMU, the BRW EMU, or the Zuni Mountains or Mount Taylor regions of the CP EMU.
   b. Habitat types that reflect Gambel oak or a Gambel oak phase of the habitat type.
   c. $\geq$10% of the stand BA or 4.6 m$^2$/ha (20 ft$^2$/ac) of BA consists of Gambel oak $\geq$13 cm (5 in) in diameter at root collar.

3) Any stand within the BRW EMU of any other series that meets the following criteria simultaneously:
   a. A plurality (Eyre 1980) of the BA exists in yellow pines: ponderosa pine, Arizona pine, Apache pine, or Chihuahuan pine.
   b. $\geq$10% of the stand BA or 4.6 m$^2$/ha (20 ft$^2$/ac) of BA consists of any oaks $\geq$13 cm (5 in) in diameter at root collar.

*iii.   Mixed-conifer Forest Type*

Natural variability is high within this forest type. This variability is the result of mixed-conifer forest occupying a continuum of sites situated between drier and warmer ponderosa pine forests and wetter and cooler spruce-fir forests. Despite this variability, an extant classification scheme based on series and habitat types (Layser and Schubert 1979; Hanks et al. 1983; Alexander et al. 1984a, b; Youngblood and Mauk 1985; DeVelice et al. 1986; Alexander and Ronco 1987; Fitzhugh et al. 1987) is available. This classification system is in widespread use and has interagency support. Given that background, we propose using that system as a starting point in defining mixed-conifer forest, with some added refinements. Specifically, we propose that the definition of mixed-conifer forest generally be confined to the following series (Layser and Schubert 1979) and associated habitat types: white fir, Douglas-fir, limber pine, or blue spruce. Within this framework, we provide the following exceptions to the general guideline stated above:

BLM_0071705

1) Any stand within the bristlecone pine, Engelmann spruce, or corkbark fir series not having a majority (Eyre 1980) of BA in bristlecone pine, Engelmann spruce, corkbark fir, or ponderosa pine, singly or in combination should be classified as mixed-conifer.

2) Stands that can be described as pure (Eyre 1980) for coniferous species other than Douglas-fir, white fir, southwestern white pine, limber pine, or blue spruce should be excluded from the broad category of mixed conifer for the purposes of plan implementation regardless of the series or habitat type.

3) Stands of mixed species with >50% of the BA consisting of quaking aspen should be defined as quaking aspen for the purposes of Recovery Plan implementation regardless of the series or habitat type.

### iv.   High-elevation Forest Type

We define high-elevation forest as any stand of the bristlecone pine, Englemann spruce, or corkbark fir series that meets the following criteria:

1) The majority (Eyre 1980) of stand BA consists of any of the three species listed above, either singly or in combination, or

2) Any stands that qualify as a pure stand (Eyre 1980) of any of these species, regardless of the series or habitat type.

### v.   Quaking Aspen Forest Type

1) We define as quaking aspen forest type any stands with >50% of the total BA consisting of quaking aspen.  In situations following stand replacing fire, where aspen is returning and may not yet have measurable BA, it should still be classified as aspen if it comprises >50% of the tree stems.

### vi.   Riparian Forest Type

We take our definition of riparian directly from FWS (2009) but restrict it to areas distinguished by the presence of trees.  Riparian forests are plant communities affected by surface and subsurface hydrologic features of perennial or intermittent water bodies (e.g., rivers, streams, lakes).  Riparian forests have one or both of these principle characteristics: 1) distinctively different tree and shrub species than the adjacent areas and/or 2) tree species similar to adjacent areas but exhibiting more vigorous or robust growth forms (FWS 2009).  Riparian vegetation typically creates a transition between inundated and upland areas (Naiman and Décamps 1997, FWS 2009).  Riparian habitats are among the most ecologically productive and diverse terrestrial environments in the West (Naiman et al. 1993).  With respect to spotted owls, riparian forests can provide the habitat structure used for nesting, roosting, foraging, and dispersal (e.g., Ganey and Dick 1995, Stacey and Hodgson 1999).

253

BLM_0071706

Naiman and Décamps (1997) point out that delineating riparian zones can be problematic specifically because they are transition zones or ecotones from wet to upland areas and are generally more spatially heterogeneous due to increased disturbance and differing life-history strategies of the constituent plants. They suggest that the riparian zone "encompasses the stream channel between the low and high water marks and that portion of the terrestrial landscape from the high water mark toward the uplands where vegetation may be influenced by elevated water tables or flooding and by the ability of the soils to hold water". Within the range of the owl, riparian forests generally are characterized by:

1) Presence of riparian species, such as cottonwoods, maples, sycamores, or willows .

2) Presence of larger growth forms of species found in adjacent upland community, e.g., quaking aspen, Douglas fir. Prominence of these species is more extensive within higher elevation riparian forests.

3) Generally higher BA, stem densities, and above-ground biomass than adjacent upland communities (Naiman and Décamps 1997).

We distinguish between riparian forests that could frequently be used by owls for foraging, roosting, daily movements, dispersal, and potentially for nesting (Riparian Recovery Habitat) and riparian forests that are not regularly used by owls, but that may occasionally provide stepping stones for movement between population segments or be used by owls during the non-breeding season (Other Riparian Forest). Riparian Recovery Habitats are considered to be a key habitat for owl recovery. Other Riparian Forests may facilitate long-term gene flow, provide connections among EMUs, and/or facilitate survival of owls during winter.

c. Key to Forest Types Referenced in the Recovery Plan

Note: Bold-faced names on the right side of the key are identified forest cover types. Numbers on the right side refer the user to the corresponding number on the left side of the key.

| | | |
|---|---|---|
| 1. | Trees deciduous and broadleaved, often confined to floodplain, drainage, or canyon bottom (Layser and Schubert 1979) | **Riparian Forest** |
| 1. | Dominant trees evergreen and/or needle-leaved | 2 |
| 2a. | Series = Douglas-fir, white fir, limber pine or blue spruce | 3 |
| 2b. | Series not as above | 5 |
| 3a. | >80% of dominant and codominant trees are species other than Douglas-fir, white fir, southwestern white pine, limber pine, or blue spruce | **Classify by Dominant Species** |
| 3b. | Stand not as above | 4 |

254

BLM_0071707

| | | |
|---|---|---|
| 4a. | Aspen contributes >50% of stand BA | **Quaking Aspen Forest** |
| 4b. | Not as above | **Mixed-Conifer Forest** |
| 5a. | Series = Chihuahuan pine | **Pine-oak Forest** |
| 5b. | Series not as above | 6 |
| 6a. | Series = Ponderosa pine | 7 |
| 6b. | Series not as above | 10 |
| 7a. | Habitat type or phase includes Gambel oak | 8 |
| 7b. | Not as above | **Ponderosa Pine Forest** |
| 8a. | Area is located within UGM EMU, BRW EMU, or the southeastern portion of the CP EMU (Zuni Mountains, Mount Taylor) | 9 |
| 8b. | Area not located as above | **Ponderosa Pine Forest** |
| 9a. | >10% of stand BA or 4.6 m$^2$/ha (20 ft$^2$/ac) consists of Gambel oak >13 cm (5 in) in diameter at root collar | **Pine-oak Forest** |
| 9b. | Not as above | **Ponderosa Pine Forest** |
| 10a. | Series = bristlecone pine, Englemann spruce, or corkbark fir | 11 |
| 10b. | Series not as above | 13 |
| 11a. | Stand can be defined as pure for bristlecone pine, Englemann spruce, or corkbark fir | **Spruce-fir Forest** |
| 11b. | Stand not as above | 12 |
| 12a. | Bristlecone pine, Englemann spruce, or corkbark fir contribute >50% of the stand BA, either singly or in combination | **Spruce-fir Forest** |
| 12b. | Stand not as above | **Mixed-conifer Forest** |
| 13a. | Stand located in BRW EMU | 14 |
| 13b. | Stand not located as above | **Other** |

255

BLM_0071708

| | | |
|---|---|---|
| 14a. | A plurality of stand BA is contributed by ponderosa pine, Englemann spruce, or Chihuahuan pine, either singly or in combination | 15 |
| 14b. | Stand not as above | **Other** |
| 15a. | >10% of stand BA or 4.6 m2/ha (20 ft$^2$ ac) consists of any oak >13 cm (5 in) in diameter at root collar | **Pine-oak Forest** |
| 15b. | Stand not as above | **Other** |

d.  Defininition of Rocky-Canyon Habitat

Mexican spotted owls occupy rocky-canyon habitats that differ in many ways from forest habitats.  Although rocky-canyon habitat is primarily located within the CP EMU, structurally similar canyon habitats also occur within other EMUs.  Review of available studies suggests several habitat characteristics are closely associated with owl sites in rocky-canyon environments, especially steep canyon walls with large vertical cliffs.  Cliff faces contain numerous caves and ledges that create protected microsites for nesting and roosting, and canyon walls are typically dissected by narrow, tributary canyons that provide relatively cool and humid roost and nest sites.  In essence, rocky cliffs and slot canyons provide complex nesting and roosting habitat structure similar to that typically associated with late-seral forest (Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998a).

Rocky-canyon environments that provide nest, roost, and foraging habitats for Mexican spotted owls are diverse, but also possess common emergent properties.  These rocky-canyon habitats are associated with complex vertical and horizontal landscape structure, complex geomorphology, and canyon-forming geologic substrates.  Rocky-canyon habitat is typically defined by:

1) Canyon walls comprised of steep cliffs that usually extend for at least 1 km (0.6 mi) along parallel sides of the canyon reach (Willey et al. 2007).

2) Relatively narrow canyon widths (<1 km rim to rim) (Willey 1998b).

3) Presence of large cliff faces (normally >15-m [16.25-yd] tall and ~ 90 deg. slopes) with complex vertical structuring including numerous ledges and caves that provide locations with cool and shaded microclimates (D. Willey, Montana State University, pers. comm.).

4) Key geologic layers that form steep, narrow entrenched canyon and cliff complexes.  On the CP these formations generally consist of hard sandstones or limestone, but other forms of bedrock can create these conditions within the range of the owl.

5) Forest vegetation, when present, that includes riparian, mixed-conifer, ponderosa pine, pine-oak, or pinyon-juniper woodland.  Late seral conditions including large trees and multi-storied canopies typically dominate.

BLM_0071709

Willey and Spotskey (2000) and Willey et al. (2007) developed Geographic Information Systems (GIS)-based regression models that predicted the potential distribution of nest and roost habitat in Utah. Those models were parameterized using variables that represented the habitat characteristics outlined above. GIS maps produced by these models provided an approximation of the distribution and extent of habitats that meet characteristics defining the rocky-canyon habitat. Similar GIS models are available for managers working in other areas where owls are using rocky-canyon habitat (e.g., Johnson 2003, Mullet 2008).

## 3. General Management Recommendations

Here, we provide general management recommendations for the Mexican spotted owl. These recommendations apply throughout the range of the owl, although specific recommendations will be more applicable to some locations than others. We provide additional management recommendations specific to particular threats below and emphasize management priorities in sections on individual EMUs (see Part II.C of Recovery Plan), when warranted by differences among EMUs.

General management recommendations focus on three categories relative to land management: Protected Activity Centers (PACs), Recovery Habitat, and Other Forest and Woodland Types. These categories are discussed below.

PACs are established around owl sites (defined below) and are intended to protect and maintain occupied owl habitat. Given our lack of experience and demonstrated expertise in purposely creating the forest structure used by owls, the recommendations for PACs focus on minimizing management. We recognize that these areas cannot be set aside and protected indefinitely, but we regard this as an appropriate interim strategy pending recovery of the species and development of a long-term management plan.

Recovery Habitat occurs in forest types and in rocky canyons used by owls for roosting, foraging, dispersal, and other life history needs, but outside of PACs. Recovery Habitat is intended to: 1) provide protection for areas that may be used by owls; 2) foster creation of roost/nest habitat; 3) simultaneously provide managers with greater management flexibility than is allowed in PACs; and, 4) facilitate development and testing of management strategies that could be applied in PACs.

Areas not classified as either PACs or Recovery Habitats are classified as "Other Forest and Woodland Types" and "Other Riparian Forest Types" for purposes of this plan. These generally include forest, woodland, or other habitat types that appear to be little used by nesting owls but are likely used for foraging and dispersal. Given their relatively limited importance to nesting owls, we propose no owl-specific recommendations in these forest types.

Thus, management recommendations proposed here are tightly targeted, with relatively strict guidelines proposed for occupied roost/nest habitat, flexible guidelines proposed for other areas with potential for use by owls, and no owl-specific guidelines proposed for large portions of the landscape little used by owls. Our intent is to protect the owl and its habitat while

BLM_0071710

simultaneously minimizing conflicts with management for other resource objectives. PACs and Recovery Habitat under this plan comprise only a portion of the landscape (Box C.2).

a. Protected Activity Centers (PACs)

PACs are intended to sustain and enhance areas that are presently, recently, or historically occupied by breeding Mexican spotted owls. Minimum PAC area is 243 ha (600 ac; see below) and is based on the median size of the adaptive kernel contour enclosing 75% of the foraging locations for 14 pairs of radio-marked owls (241 ha [595 ac)]; Ganey and Dick 1995). Thus, PACS protect activity centers used by owls rather than entire home ranges. Consequently, there is no upper limit for PAC sizes; managers may create larger PACs if it is deemed appropriate.

All PACS should contain a designated 40-ha (100 ac) nest/roost core area, designed to offer additional protection to the nest or primary roost areas (see below). We emphasize protection of habitat used for nesting and roosting within PACs because the owls are most selective for such habitat (Ganey and Dick 1995; Appendix B) and these forest conditions are most limited across the landscape. These areas also provide resources to meet other life-history needs of the owl.

Protection of owl habitat does not always mean a hands-off approach. In some situations, protection of PACs may require active management in forested habitat to reduce fuel loads and fuel continuity in areas adjacent to and within these areas to reduce potential for high severity and stand-replacement fires. Treatments should be located strategically and informed by fire behavior modeling across the greater landscape. Results of such modeling will allow managers to optimize placement of treatments, thus ensuring maximum reduction in risk of severe fires while simultaneously minimizing area treated in PACs. In many cases, strategic treatments on surrounding and/or adjoining lands will reduce fire risk sufficiently so that, in the short term, treatments are not needed within PACs (Ager et al. 2007, Finney et al. 2007, Ager et al. 2010). Where fuels treatments are deemed necessary within PACs, managers must balance fuels reduction goals with short- and long-term conservation of owl habitat, recognizing that drastic alterations to PACs may render them of lesser value for Mexican spotted owls, at least in the short term.

The following guidelines pertain to the designation and management of PACs and supersede all other guidelines within the 1995 Recovery Plan:

i. *Where Should PACs Be Established?*

Survey any area that could be occupied by nesting spotted owls (i.e., mixed-conifer, pine-oak, or riparian forest and/or rocky canyons) using the established survey protocol (Appendix D) before implementing any management action that will alter habitat structure or influence owl behavior. Establish PACs at all Mexican spotted owl sites (see Box C.1 for site definition) through the life of the Recovery Plan. Exceptions to PAC establishment or continuance are possible; we discuss these situations below. PACs also should be established at historical sites (i.e., sites documented by professional wildlife biologists) that meet our definition of an owl site. Historical sites that do not meet our definition of an owl site may not require a PAC (see below: f. Can PACs Be Decommissioned?).

258

BLM_0071711

**BOX C.1.  DEFINING OWL SITES**

Our definition of a Mexican spotted owl site strives to achieve a balance between being overly inclusive and overly exclusive.  An overly inclusive definition could result in Protected Activity Centers (PACs) where they are not needed; an example might be the detection of a transient owl.  In contrast, an overly exclusive definition could result in failure to designate a PAC in an area occupied by ≥1 Mexican spotted owl.  While recognizing the need for balance, we also recognize serious consequences of failing to properly manage occupied owl habitat as the result of an overly exclusive definition. With those considerations in mind, we consider an owl location to be a "site," and thus eligible for PAC designation, if any of the following scenarios occur:

1.  One daytime location (visual or auditory) of ≥1 adult or subadult Mexican spotted owl(s) within the breeding season (Mar-Aug);
2.  Two nighttime auditory detections within 500-m (0.31-mi) of each other during the breeding season (Mar-Aug), separated by at least one week;
3.  Two owls of different sexes heard on the same night within 500-m (0.31-mi) of each other; or
4.  Locating one or more owls hatched during that breeding season (young-of-the-year) prior to 1 September.

The above criteria assume that daytime detections provide stronger evidence of owl residency than nocturnal detections, and that little dispersal occurs during the survey season. These assumptions are supported in the literature.  The 500-m (0.31-mi) distance seems reasonable based on current knowledge of movement patterns of radio-marked owls and results of demographic studies involving uniquely banded owls.

PACs are intended to protect the activity center of a single owl territory. Therefore, these criteria should *not* be interpreted to mean that multiple PACs need be drawn in areas where multiple detections may represent a single owl territory.  In such cases, biologists should use their professional judgment in determining whether or not additional PACs are necessary or in creating PACs larger than 243 ha (600 ac).  If biologists from land-management agencies are unsure how best to proceed, we encourage them to work with the appropriate FWS offices and the state wildlife agency in designating PACs.

BLM_0071712

A long-pending question has been whether high-elevation forest (>2,440 m [8,000 ft]) in CP and SRM EMUs should be surveyed or treated as potential habitat (see Box.C.3). We evaluated what is known about use by owls of high-elevation, mixed-conifer forest in the CP and SRM EMUs. Given information provided from the North Kaibab Ranger District, Dixie National Forest, Carson National Forest, and SRM-CO Working Team, it appears that use of high elevation forest varies. We know of few records of breeding owls above 2,740 m (9,000 ft) west of US Highway 191 in Arizona and Utah. Those found in CP tended to be on the Cibola National Forest in New Mexico, which is east of US Highway 191, but very few owls were found in the high-elevation forests of Utah. Records exist of owls breeding at elevations above 2,740 m (9,000 ft) in SRM EMU. Based on this information, surveys are not recommended for forested Mexican spotted owl habitat above 2,740 m (9,000 ft) occurring west of US Highway 191. Surveys in this region would still be required for forests below 2,740 m (9,000 ft). These areas should still be managed as Recovery Habitat (see discussion below) anticipating that owls and their habitat might shift both north and upwards in elevation as climate changes. Range-wide management recommendations (including the need to survey for owls) for mixed-conifer forest should remain in place for CP east of US Highway 191 and for SRM EMU.

*ii. How Should PACs and Core Areas Within PACs Be Established?*

1) Identify an activity center around which to designate a PAC. The activity center is defined here as a nest site or a roost grove or cliff area commonly used during the breeding season in absence of a verified nest site, or as the best potential roosting/nesting habitat if both nesting and roosting information are lacking. Site identification should be based on the best judgment of a biologist familiar with the area. Lacking radio-marked birds, spotted owl surveys conducted to locate nests, pairs, or young generally provide the best information for defining activity centers (Ward and Salas 2000).

2) Delineate a PAC at least 243 ha (600 ac) in area configured around the activity center. In areas that are mostly forested, construct PACs as compactly as possible to include the best owl habitat roughly centered on the activity center. Boundaries of the PAC should correspond to habitat polygons and/or topographic features, such as ridgelines or canyon rims, as appropriate. The PAC should include as much roost/nest habitat as is necessary to buffer the activity center, supplemented by potential foraging habitat. For example, in a forested area containing mixed conifer on north-facing slopes and ponderosa pine on south-facing slopes, it may be prudent to include some south-facing slopes as potential foraging habitat rather than 243 ha (600 ac) of north-slope habitat. In many rocky-canyon environments, more complex or linear PACs along the canyon axis will better represent owl habitat than creating circular PACs. The PAC polygons should include opposing canyon slopes and may include some habitat along canyon rims as well (e.g., Bowden 2008), but most PAC area should consist of area below the canyon rim where owls spend approximately 88% of their time (Willey and Van Riper 2007).

3) Within the PAC, designate 40 ha (100 ac) arranged around the activity center. This is identified in paragraph a. above. This nest/roost core area should include habitat that resembles the structural and/or floristic characteristics of the nest and/or roost sites as much as possible. The intent of the core area is to define parts of the PAC that should receive

BLM_0071713

maximum protection by limiting activities that have a high likelihood of disturbing owls or causing abandonment (primarily habitat alteration and certain forms of mechanical noise). The boundary of the core area should be drawn to include features commonly used by these owls for roosting and nesting (e.g., areas with concentration of conifers or oaks >46 cm [18 inches] diameter, or cliffs with ledges and caves or riparian vegetation, first or second order drainage basins [Ward and Salas 2000]). Cores should be one contiguous polygon unless site-specific information indicates that two or more areas would better meet the intent of core areas. In such cases, coordination with the appropriate FWS office is recommended. If a nest cannot be found, other evidence can be used to designate the core area (see Box C.4).

4) In general, boundaries of adjacent PACs may abut but not overlap. In some local areas of high owl density, this may be difficult to accomplish. In such cases, exceptions to this guideline can be negotiated in consultation with FWS.

5) PACs may be larger than 243 ha (600 ac) if deemed appropriate. Larger PACs may be needed to protect owls that shift activity centers across years or in other special situations. Over time, occupants of a PAC may be replaced by new owls, and the new owls may use different nest or roost groves or canyon sections. If the new owls are found outside of a nearby PAC and the former occupants are not located, the biologist must decide whether to establish a new PAC or enlarge the old one. Where owls are found outside of an unoccupied PAC but within 400 m (0.25 mi) of its boundary, the original PAC should be enlarged to include the new owls unless surveys verify that two PACs are needed for two different owls or pairs. If an owl or pair is found roosting beyond 400 m (0.25 mi) of an existing PAC boundary, a new PAC should be established. In this case, the former PAC should be retained as well, unless it meets criteria described in e, below.

*iii. What Activities Are Allowed in PACs Outside of Core Areas?*

1) All activities within PACs should be coordinated with the appropriate FWS office.

2) No mechanical or prescribed fire treatments should occur within PACs during the breeding season unless non-breeding is inferred or confirmed that year per the accepted protocol (Appendix D).

3) Removal of hardwoods, downed woody debris, snags, and other key habitat variables should occur only when compatible with owl habitat management objectives as documented through reasoned analysis.

4) Road or trail maintenance, repair, and building in PACs should be undertaken during the non-breeding season (1 Sep - 28 Feb) to minimize disturbance to owls unless non-breeding is inferred or confirmed that year per the accepted survey protocol (Appendix D). We recommend that no new roads or construction occur in PACs.

5) Within all PACs, light burning of surface and low-lying fuels may be allowed following careful review by biologists and fuel-management specialists. Generally, burns should be

261

BLM_0071714

done during the non-breeding season (1 Sep - 28 Feb) unless non-breeding is inferred or confirmed that year per the accepted protocol (Appendix D).

6) In some situations prescribed fire alone may be insufficient to reduce fuels and protect PACs. Mechanical treatments used singly or in combination with prescribe fire may be needed to reduce fire risk to owl nest/roost habitats and may enhance owl habitat. As a general guide, forest management programs in PACs should be structured as follows:

*Strategic Placement of Treatments.* Conduct a landscape-level risk assessment to strategically locate and prioritize mechanical treatment units to mitigate the risk of large wildland fires while minimizing impact to PACs. Treatments should also strive to mimic natural mosaic patterns.

*Area Limitations.* Mechanically treat as needed up to 20% of the non-core PAC area *within an EMU* identified through the landscape-level assessment. This landscape proportion may be allocated flexibly. That is, this does not mean that 20% of each PAC should be treated, or that only 20% of any PAC can be treated. Treatment placement and extent should be guided by fire modeling as discussed above.

*Designate Nest/Roost Core.* Within each PAC identified for treatment, designate a 40-ha (100-ac) nest/roost core area as described above.

*Types of Treatments.* Within the remaining PAC acreage (202+ ha [500+ ac]), combinations of mechanical and prescribed fire treatments may be used to reduce fire hazard while striving to maintain or improve habitat conditions for the owl and its prey (see desired conditions in Table C.2).

*Seasonal Restrictions.* Treatments should occur during the non-breeding season (1 Sep - 28 Feb) to minimize disturbance to resident owls during the breeding season, unless non-breeding is inferred or confirmed that year per the accepted survey protocol (Appendix D).

*Monitoring Treatment Effects on Owls.* Monitoring must be designed and implemented to evaluate effects of treatments on owls and retention of or movement towards desired conditions. The monitoring design must be rigorous and adhere to strict quality assurance/quality control standards. Designing such a monitoring study requires a coordinated effort across administrative units. Ideally, the monitoring design should be developed by a scientific committee and implemented by the action agencies. We do not advocate conducting this monitoring in every PAC that is treated; rather, subsets of the landscape (e.g., Four Forest Restoration Initiative, Sacramento Mountains) can be identified for the conduct of this monitoring and will inform fuels treatments within PACs in other locations. We recognize that there is much uncertainty regarding treatment effects and the risks to owl habitat with or without forest treatment. Box C.5 provides a framework for development of monitoring studies.

*iv. What Activities Are Allowed Within Nest/Roost Core Areas in PACs?*

1) All activities within PACs should be coordinated with the appropriate FWS office.

2) Management activities should be deferred from the nest/roost core during the breeding season (1 Mar - 31 Aug), except where non-breeding is confirmed or inferred that year per the accepted survey protocol (Appendix D).

BLM_0071715

3) Planned ignitions (prescribed fire) and unplanned ignitions (wildland fire) should be allowed to enter cores only if they are expected to burn with low fire severity and intensity. Fire lines, check-lines, backfiring, and similar fire management tactics can be used to reduce fire effects and to maintain key habitat elements (e.g., hardwoods, large downed logs, snags, and large trees).

4) Other activities should be conducted outside of the breeding season unless pressing reasons dictate otherwise. These activities include trail maintenance, road repair, removal of hazard trees, and utility-line maintenance. If the activity is conducted during the breeding season with owls present, owl locations should be known and documented during the conduct of the management action. Management actions should not be conducted in the vicinity of nesting owls, where vicinity is defined by the intensity of disturbance.

5) Research projects that evaluate effects of a specific activity on owl behavior or life history are allowed and in fact encouraged (see Part V.F). For example, determining the influence of noise disturbance would require that the activity is done close to roosting or nesting owls. These activities will require scientific permits from FWS and state or tribal wildlife agencies.

*v. Should Salvage Logging Occur in PACs Impacted by Disturbance?*

If a stand-replacing fire, windthrow event, or large-scale mortality due to insects or disease occurs within a PAC, timber salvage plans should be evaluated on a case-specific basis in consultation with the FWS. Salvage logging in PACs should be allowed only if sound ecological justification is provided and if the proposed actions meet the intent of this Recovery Plan, specifically to protect existing nest/roost habitat and accelerate the development of recovery nest/roost habitat. Management actions that do not protect soil integrity, that impede recovery of disturbed systems, or that fail to maintain and enhance native species and natural recovery processes should not be implemented (Betchta et al. 2004, Karr et al. 2004).

Fires within PACs are not always detrimental to owls. Patchy fires result in habitat heterogeneity and may benefit the owl and its prey (Bond et al. 2009). In such cases, adjustments to PAC boundaries are probably unnecessary and salvage should not be done. Salvage and boundary adjustments should be considered in PACs only when the disturbance is extensive in size and tree mortality is extensive and substantial. We make the following recommendations:

1) In all cases where salvage logging is being considered, the PAC and a buffer extending 400 m (433 yd) from the PAC boundary should be surveyed for owls before non-occupancy is inferred. This survey should occur during the breeding season following the fire or other large-scale mortality events and should adhere to the accepted protocol (Appendix D) except that it could be completed with four visits in a single season.

2) If owls are located within the PAC or within 400 m (433 yd) of the PAC boundary, then managers should evaluate the extent and severity of the disturbance and consider reconfiguring of PAC boundaries and potential modification of the proposed action in consultation with FWS.

BLM_0071716

3) If no owls are detected, Section 7 consultation should be used to evaluate the proposed salvage plans.

4) Salvage prescriptions should be designed to maintain or enhance the desired conditions described in Table C.2 and to minimize the spread of exotic invasive species.

5) New road construction should be avoided whenever possible, and temporary road and skid trail construction should be designed to minimize impacts on soil integrity and natural recovery processes. All new and temporary roads and skid trails should be decommissioned and obliterated after use.

*vi.   Can PACs Be Decommissioned?*

In general, PACs should not be decommissioned. Once a PAC has been established it should remain in place, with a few exceptions discussed below. Site occupancy by Mexican spotted owls is related to owl density, and owl density changes over time (e.g., Seamans et al. 1999). As a result, a territory may be occupied during periods of high owl density and vacant during periods of lower density. Therefore, failure to detect owls in one or even a few years does not necessarily indicate that an area no longer provides useful habitat, or that protecting such habitat is inappropriate. Some circumstances may warrant removing areas from being managed as PACs, however. These situations are:

1) Situations where PACs were established or converted from previously established management territories using less stringent criteria than the criteria we recommend for defining owl sites (Box C.1) and surveys conducted post-establishment have failed to detect owls.

2) Situations where vegetation within a PAC was altered substantially by wildland fire, insect kill, windthrow, or similar disturbances to the extent that they would not be expected to support breeding owls, and non-occupancy is documented through surveys conducted to protocol (Appendix D).

*vii.   How Can PACs Be Decommissioned?*

When PACs were designated based on information that does not meet the Recovery Plan definition for an owl site, then:

1) Coordinate with the appropriate FWS office when considering removing PAC status.

2) If surveys were conducted according to the accepted protocol (Appendix D) and owl-site criteria were not met, then no PAC is necessary. For historical locations that have not been surveyed according to the accepted protocol, surveys should be conducted following the accepted protocol.
   ***Retaining PAC Designation.*** If owls are detected and these detections meet Recovery Plan criteria for an owl site, PAC status should remain in place. In this situation, if new survey information supports adjusting PAC boundaries, adjustments should be made.

264

*Removing PAC Designation.* If no owls are detected during these surveys, PAC designation can be removed. Once the PAC is removed, the area should be managed according to other designations, namely Recovery Habitat or Other Forest and Woodland Types, as appropriate.

3) In areas that have undergone extensive vegetation change to the point that land managers question the ability of the area to function as a PAC, then:

*Contact FWS.* Coordinate with the appropriate FWS office when considering removing PAC status.

*Survey for Owls.* The area should be resurveyed for owls using the accepted survey protocol (Appendix D). If no owls are located, then changes in PAC designation should be considered on a case-specific basis. If owls are found, the PAC should remain, although adjustments to the boundaries can be considered where appropriate based on survey results and landscape configuration.

*viii.   Rationale Underlying PAC Guidelines*

We recognize that landscapes are dynamic. The intent of these guidelines is not to preserve designated PACs forever, but to protect them until it can be demonstrated that recovery nest/roost habitat can be created through active management and/or the owl is delisted. In the following section (Recovery Habitat) we describe one approach for managing to create nest/roost habitat. Once that approach or other approaches have been shown to be effective in creating or enhancing the types of habitat structure used by owls, the PAC concept could be abandoned in favor of a long-term management plan based on maintaining owl habitat well-distributed across a dynamic landscape. Until such an approach has been tested and such a plan is in place, however, we believe it wise to continue to protect occupied owl habitat using the current approach.

We recognize that protection status carries some risk with respect to probabilities of stand-replacing fire. We believe that PACs can be afforded substantial protection by emphasizing fuels reduction and forest restoration in surrounding areas outside of PACs and nest/roost habitat. However, we recognize that in some cases protection of nest/roost habitat and human communities requires reduction of fuels loads and disruption of fuel continuity within PACs. We provide guidance for such treatments above, and urge a deliberate and cautious approach to such activities within PACs emphasizing monitoring and feedback loops to allow management to be adaptive.

b.   Recovery Habitat

The PAC guidelines discussed above are intended to protect the core use or activity centers of resident owls. In focusing on activity centers, however, those guidelines do not provide protection to all areas within owl home ranges; most owl home ranges are considerably larger than 243 ha (600 ac). Further, owls may use areas outside of their usual home ranges at times. Examples include seasonal migration or adult and juvenile dispersal. Finally, it seems logical to strive to provide additional habitat in planning for recovery of a threatened species, as increasing population size is a logical goal of recovery efforts and providing additional habitat is one way to accomplish this. This is particularly true given uncertainty over the effects of climate change on

BLM_0071718

habitat quantity, quality, and distribution. Additional habitat well-distributed across the landscape may be needed to offset unpredictable changes in quantity, quality, and distribution of owl habitat. Consequently, here we provide additional guidelines focused on what we term Recovery Habitat. These guidelines are intended to maintain and develop nesting and roosting habitat now and into the future, and are stratified by two broad categories: Forested Recovery Habitat and Riparian Recovery Habitat.

### i.   Forested Recovery Habitat

Forested Recovery Habitat occurs in mixed-conifer and pine-oak forests (see definitions in Appendix C.2) that are not included in PACs. Our primary intent here is to maintain and create recovery nest/roost owl habitat where appropriate, while providing for both diversity in ecological conditions across the landscape and flexibility for managers. As noted earlier, we assume that the primary limiting factor for Mexican spotted owls in forests is the amount and distribution of nesting and rooting habitat, but we also assume that these habitats provide key foraging habitat as well. A logical conclusion from this premise is that the landscape should be managed to sustain owl nesting/roosting habitat that is well-distributed spatially. This does not mean that all forests should be managed as recovery nest/roost habitat. Rather, we recommend that a portion of the landscape should be managed for conditions suitable for nesting and roosting, and that portion differs among EMUs (see Tables C.2, C.3). We recognize that nest/roost habitat cannot be sustained in perpetuity at specific sites, and that nest/roost habitat will continue to be lost to senescence and human and natural disturbance. We assume that providing a dynamic supply of nesting and roosting habitat requires that various parts of the landscape be in various stages of ecological succession. Our goal is to allocate those stages so as to create a landscape mosaic that ensures adequate nesting, roosting, and foraging habitat for the owl, as well as providing habitats for its major prey.

Managing forested Recovery Habitat requires knowledge of both existing and desired conditions. Ideally, existing conditions should be assessed at multiple spatial scales (Kaufmann et al. 1994). We recognize that information needed to conduct assessments at larger spatial scales frequently is lacking. We encourage agencies to develop the types of information needed for such large-scale assessments, however, and note that such information will be necessary to move from recovery guidelines based on protecting habitat to guidelines based on managing dynamic landscapes.

In reality, most short-term assessments will focus on evaluating forest structure at the scale of individual forest stands. In particular, existing vegetative conditions within mature-old stands must be assessed to determine the treatment potentials within those stands. Given the relatively high frequency of recent stand-altering disturbances, many areas likely are deficient in mature to old-growth forests. Thus, any treatments to these stands should be applied judiciously.

### 1)   Reference Conditions: Nesting and Roosting Conditions in Forested Environments

We defined reference conditions for management in Forested Recovery Habitat based on current knowledge of forests used by spotted owls. Forest stands used by spotted owls for nesting and roosting have certain structural features in common. These typically include relatively high tree

BLM_0071719

BA, large trees, multi-storied canopy, multi-aged trees, high canopy cover, and decadence in the form of downed logs and snags (Ganey and Dick 1995). Many stands also contain a prominent hardwood component. This is generally provided by Gambel oak in ponderosa pine-Gambel oak forests, by a variety of evergreen oaks and madrone in Madrean pine-oak forests, and by various species (e.g., oaks, maples, boxelder, aspen) in mixed-conifer and montane riparian forests.

We used tree BA and large tree (>46 cm [18 inches] dbh) density to describe minimum conditions for owl nesting/roosting habitat (Table C.3). Other structures such as canopy cover, snags, and downed logs are important as well. However, we assume that when tree BA and density approach the levels given in Table C.3, then adequate amounts of canopy cover, snags, and downed logs either exist already or will develop over time. See Box C.7 for a description of how Table C.3 parameters were developed.

2)  Recovery Habitat Guidelines for Forest Habitats: General Approach

For planning purposes in Forested Recovery Habitat, there are two types of stands with respect to desired nest/roost conditions: those that meet or exceed the conditions and those that do not. The overriding goal is to manage a specified portion of the landscape (see Table C.3) as recovery nest/roost habitat. Thus, managers should identify and protect stands that meet or exceed nest/roost conditions and then assess whether or not these stands satisfy the area requirements in Table C.3. If these stands are not sufficient to meet the area requirements in Table C.3, managers should identify those stands in the planning area that come closest to meeting nest/roost conditions and manage those stands to develop nest/roost conditions as rapidly as reasonably possible to meet recommended percentages. Prescriptions may include thinning to promote growth of large trees. Stands that do not meet nest/roost conditions and are not designated for development of such can be managed to meet other resource objectives.

Because most project planning occurs at limited spatial scales, the percentages of area in Table C.3 should be regarded as a **minimum** level for a given planning area. If a deficit occurs within the planning area, additional stands should be identified and managed as described above. Even if the proportion of the planning area that meets nest/roost conditions is greater than the percentages in Table C.3, we recommend that no stands be lowered below these conditions until ecosystem assessments at larger spatial scales (e.g., landscape, subregion, and region) demonstrate that desired conditions occur in recommended amounts at these larger scales. Using watersheds in allocating percentages of area to manage for nest/roost conditions should reduce the potential for creating excessively fragmented nesting habitat.

3)  Guidelines for Forested Recovery Habitat Managed as Nest/Roost Habitat

Treatments are allowed within Recovery Habitat stands identified as meeting nest/roost conditions, as long as stand conditions remain at or above the values given in Table C.3 in (but see discussion under "Treatments Within Recovery Nest/Roost Stands" below). This approach allows for treatments to reduce fire risks, lessen insect or disease problems, maintain seral species, or meet other ecosystem objectives. Management activities that influence the owl and its habitat should be conducted according to the following guidelines:

BLM_0071720

**Manage for Nest/Roost Habitat.** Manage mixed-conifer and pine-oak forest types in the designated proportions of Table C.3 to provide continuous nest/roost habitat over space and time. Management of particular stands should be based on their capability to attain the desired conditions (Table C.2).

**Treatments Within Recovery Nest/Roost Stands.** No stand that meets Table C.3 conditions should be treated in such a way as to lower that stand below those conditions until ecosystem assessments can document that a surplus of these stands exist at larger landscape levels (e.g., no less than the size of a FS District). This does not preclude use of treatments to reduce fire risks or lessen insect or disease problems, nor does it preclude management to meet other ecosystem objectives, as long as stand-level conditions remain at or above the values given in Table C.3.

**Select Appropriate Stands to Manage.** Management should emphasize attainment of nest/roost conditions as quickly as reasonably possible. Identify and assign stands that will reach these conditions soonest to satisfy area requirements in Table C.3.

**Retain Large Trees.** Stand conditions that provide the owl's nesting habitat frequently vary above the minimum values given in Table C.3. Further, important stand conditions cannot be replaced quickly. In particular, removing large trees in a stand identified as habitat could reduce its suitability as nesting habitat or increase the time required to develop suitable nesting habitat. Because it takes many years for trees to reach large size, we recommend that trees $\geq$46- cm (18 inches) dbh not be removed in stands designated as recovery nest/roost habitat unless there are compelling safety reasons to do so or if it can be demonstrated that removal of those trees will not be detrimental to owl habitat.

**Strive for Spatial Heterogeneity.** Incorporate natural variation, such as irregular tree spacing and various stand/patch/group/clump sizes, into management prescriptions. Strive for heterogeneity both within and between stands. Owls currently use uneven-aged stands, and we do not know if landscapes composed of even-aged clumps will provide suitable owl habitat; this idea should be evaluated as described in Box C.5 before wide-scale implementation of management based on even-aged clumps. Attempt to mimic natural disturbance patterns and natural landscape heterogeneity. Allow natural canopy gap processes to occur, or mimic those processes through active management, thus producing horizontal variation in stand structure.

**Manage for Species Diversity.** Maintain all species of native vegetation on the landscape, including early seral species. Allow for variation in existing stand structures and provide for species diversity.

**Emphasize Large Hardwoods.** Within pine-oak and other forest types where hardwoods are a component of owl habitat, emphasis should be placed on management that retains, and promotes the growth of additional, large hardwoods.

4) Guidelines for Forested Recovery Foraging/Non-breeding Habitat

The following guidelines are intended to minimize threats to Mexican spotted owls within Forested Recovery Habitat not managed as nest/roost habitat (i.e., habitat that does or could provide foraging, dispersal, or winter habitat). Although we emphasize fuels and restoration treatments, these guidelines are applicable to other management scenarios as well. Our intent is to manage Recovery Habitat so that important but difficult-to-replace habitat elements are conserved while allowing management flexibility. Management should strive to maintain

BLM_0071721

conditions where multiple components occur in proximity to one another.  For example, if a stand contains large trees, logs, and snags, prescriptions should be designed to keep as many of these components as possible while achieving management objectives such as fuels reduction and ecosystem restoration.  Such prescriptions can result in the short-term reductions of key habitat components, but they should strive to maintain some of these components within the stand.  Unfortunately, specific targets or quantities of these components to maintain cannot be provided because research has not been conducted to address this information need.  Ideally, research in the form of management experiments will address this knowledge gap.  In the meantime, management should be based on the best judgment of the professionals involved to balance our intent with the objective(s) of the prescription.

We provide the following guidelines for Recovery foraging/non-breeding habitats:

*Emphasize Large Hardwoods.*  Within pine-oak and other forest types where hardwoods are a component of owl habitat, emphasis should be placed on management that retains, and promotes the growth of additional, large hardwoods.

*Retain Large Trees.*  Strive to retain (do not cut) all trees >61 cm (> 24 in) dbh, the average diameter of nest trees, unless overriding management situations require their removal to protect human safety and/or property (e.g., the removal of hazard trees along roads, in campgrounds, and along power lines), or in situations where leaving large trees precludes reducing threats to owl habitat (e.g., creating a fuel break).  To the extent practical, fuel breaks should be designed to avoid the removal of larger trees (trees over 18 in [46 cm] dbh).  We recognize that prescribed fire is an inexact tool and that applying prescribed fire may result in the loss of large trees.  However, we strongly recommend that action agencies take reasonable steps to minimize the loss of trees >61 cm (24 in) dbh.  Steps can include using light burn prescriptions and removal of ladder fuels proximal to large trees.  Even with such actions, some large trees may be killed.  This should not preclude proceeding with necessary treatments.  Large trees killed by fire will provide a source for recruitment of large snags and eventual large logs; these snags should be retained unless their removal is necessary for public or worker safety.

*Retain Key Owl Habitat Elements.*  Design and implement management treatments within Forested Recovery Foraging/Non-breeding habitat so that most hardwoods, large snags (>46 cm [18 in] dbh), large downed logs (>46 cm [18 in] diameter at any point), trees (>46 cm [18 in] dbh) are retained, unless this conflicts with forest restoration and/or owl habitat enhancement goals.  Treatments adequate to meet fuels and restoration management objectives in Recovery Habitats may result in the short-term loss of some habitat components in areas that could be occupied by spotted owls.  We view these losses as acceptable where they result from actions that otherwise further longer-term protection and sustainability of forests occupied by owls.  When implementing this guideline, managers should strive to achieve a balance between retaining a sufficient density and distribution of important features that spotted owls may require and reducing the risk of losing existing roosting and nesting habitat from insect epidemics and stand-replacing fires.  Previous wording of this guideline (USDI FWS 1995) was interpreted to mean that trees >46 cm (18-in) dbh may not be removed.  That is not our intent.  However, large trees are a key habitat correlate for owls, and removal of such trees should be done judiciously and only when truly necessary to meet specific resource objectives.

269

BLM_0071722

5)  Rationale for Recovery Habitat Guidelines

The collective goal of guidelines for Forested Recovery Habitat is to provide spotted owl habitat that is well distributed over space and time.  Accomplishing this goal requires maintaining or creating stand structures typical of nesting and roosting habitats, and sustaining them in sufficient amounts and distribution to support a healthy population of Mexican spotted owls. The approach outlined above provides a template for the development of a long-term management strategy that recognizes and incorporates landscape dynamics.  If this approach can be validated, it may be possible to replace short-term protection of owl habitat with a longer-term approach that incorporates the dynamic nature of natural landscapes.

## ii.   *Riparian Recovery Habitat*

Riparian forests are plant communities affected by surface and subsurface hydrologic features of perennial or intermittent water bodies (e.g., rivers, streams, lakes).  Riparian forests have one or both of these principle characteristics:  1) distinctively different tree and shrub species than the adjacent areas and/or 2) tree species similar to adjacent areas but exhibiting more vigorous or robust growth forms (FWS 2009).  Riparian forests typically create transition zones or ecotones between water bodies and upland areas (Naiman and Décamps 1997, FWS 2009).  These ecotones makes riparian habitats among the most ecologically productive and diverse terrestrial environments in the arid western United States and Mexico (Naiman et al. 1993).  Because of their productivity and diversity, because they differ in important ways from other habitats occupied by spotted owls, and because recommendations for riparian habitats in the original Recovery Plan (USDI FWS 1995) were so broad that they caused considerable confusion, we discuss riparian communities separately here.  Our primary focus is on forested riparian areas, because these areas are most likely to provide the habitat structure used for nesting, roosting, foraging, and dispersal (e.g., Ganey and Dick 1995, Stacey and Hodgson 1999).

We distinguish between Riparian Recovery Habitat and Other Riparian Forests.  Riparian Recovery Habitat consists of riparian forests outside of PACs that could frequently be used by owls for foraging, roosting, daily movements, dispersal, and potentially for nesting.  Riparian Recovery Habitat is considered to be a key habitat for owl recovery.  Other Riparian Forests are not regularly used by owls, but may occasionally provide stepping stones for movement between population segments or be used by owls during the non-breeding season.  These forests may facilitate long-term gene flow, provide connections among EMUs, and/or facilitate survival of owls during winter.  We recommend that Other Riparian Forests be managed similarly to Other Forest and Woodland Types.

1)  Threats to Riparian Recovery Habitat

Riparian habitats are threatened by a long list of anthropogenic activities and natural events (see discussion in II.H.3).  Our focus is on the influences described in that section and that fall within the temporal scope of this plan.  We also note that improper management of adjacent upland habitat types can threaten riparian habitats.  However, management of adjacent upland forests for proper functioning ecological condition (e.g., soil retention) and Recovery Habitat removes this threat.  While the definition of PFC for riparian areas may vary somewhat by management

BLM_0071723

agency, we provide the definition from USDI BLM (1998) as an example: "Proper Functioning Condition - Riparian-wetland areas are functioning properly when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high waterflows, thereby reducing erosion and improving water quality; filter sediment, capture bedload, and aid floodplain development; improve flood-water retention and ground-water recharge; develop root masses that stabilize streambanks against cutting action; develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and support greater biodiversity. The functioning condition of riparian-wetland areas is a result of interaction among geology, soil, water, and vegetation."

2)  Guidelines for Riparian Recovery Habitat

Specific recommendations to address threats and maintain or restore riparian habitats include:

*Manage for Proper Functioning Condition.* Manage for PFC to attain the highest ecological status and potential natural community structure (i.e., mid- to late-seral conditions) possible within the capability and potential of the site. Attaining the goals described, dependent on site potential, should benefit habitat for the owl (e.g., regeneration of riparian tree cover) and its prey species (e.g., provide dense ground cover for small mammals).

*Manage for Species Diversity.* Manage for a diversity of age and size classes of native riparian trees and shrubs along with a diverse understory of native riparian herbaceous species to provide potential roost/nest sites for owls and cover for owl prey species.

*Manage Grazing Effects.* Where needed, minimize negative impacts of ungulate grazing on riparian vegetation by modifying livestock grazing systems (i.e., changing seasons and duration of use, establishment of riparian pastures, and providing periods of complete rest), reducing grazing pressure by livestock and wild ungulates through stocking and population management, and/or establishing riparian exclosures (i.e., either livestock or livestock/wildlife ungulate exclosures).

*Minimize Construction Activities.* Avoid construction activities (e.g., road or trail building) in recovery riparian areas except on a case-specific basis where pressing management needs can be demonstrated.

*Selective Tree Removal.* Minimize effects of tree removal by eliminating removal where possible or by restricting removal so that habitat components (e.g., large trees, snags, and large downed logs) are conserved. We support the use of vegetation manipulation, especially removal of non-native vegetation, as a tool to restore, enhance, or maintain riparian conditions. Thus, thinning trees and shrubs is encouraged where such thinning restores properly functioning condition and improves the habitat or protects it against stand-replacing fire.

c.  Other Forest and Woodland and Other Riparian Forest Types

We propose no specific guidelines for several forest and woodland community and other riparian forest types where they occur outside PACs. These include ponderosa pine, spruce-fir, pinyon-juniper, aspen, and other riparian forest types (as defined above). However, the lack of specific

BLM_0071724

management guidelines within this plan does not imply that these forest and woodland and riparian types are unimportant to the Mexican spotted owl.

The lack of specific recommendations in other forest and woodland types is based on extant information on the natural history of the Mexican spotted owl as summarized in Appendix B and detailed in the original Recovery Plan (USDI FWS 1995). These other forests and woodlands typically are not used for nesting and roosting but do provide habitat for foraging, dispersing, and wintering spotted owls. Although information on habitat features needed for foraging, dispersing, and wintering is limited, it appears that owls use a broad array of conditions to meet these needs. Furthermore, some of the best foraging habitat should be protected in PACs and Recovery Habitat. Consequently, we can be less restrictive in these other forest and woodland community types without harming the owl or compromising its primary habitat.

We assume that existing and planned management for these forest and woodland types will maintain or improve habitat for these needs of the owl. Our assumption is based largely on the premise that existing, late-seral stands will be maintained or restored where necessary across the landscape, silvicultural practices will favor uneven-aged over even-aged cuts, and management will be guided by ecosystem approaches that strive to provide sustainable conditions, which fall within the natural range of variation, across the landscape. Guidelines developed for PACs and Recovery Habitat may have useful applications when judiciously administered in these other forest and woodland types. Such guidelines include managing for landscape diversity, mimicking natural disturbance patterns, incorporating natural variation in stand conditions, retaining special features such as snags and large trees, and utilizing fire as appropriate. We also emphasize the need for proactive fuels management where appropriate. Decreasing fire risks within these types, particularly ponderosa-pine forests, also will decrease fire risks to adjoining PACs and Recovery Habitats by reducing the probability of large, landscape-level crown fires that could impinge upon occupied or potential nesting habitat.

Other Riparian Forests currently do not appear to be used for nesting and breeding season roosting but may provide habitat for dispersing and wintering spotted owls. As such, and similar to recommendations for Other Forest and Woodland Types, we offer guidelines specific to Other Riparian Forest management. The goals of the guidelines for managing Other Riparian Forests are to: 1) maintain and/or restore riparian habitats to proper functioning ecological condition (USDI BLM 1993, 1994, 1998a, 1998b); and, 2) where ecologically feasible, provide a mix of size and age classes of both trees and shrubs that should include snags and large trees, vertical diversity, and other structural and floristic characteristics that typify riparian systems in proper functioning ecological condition.

Many riparian systems within the range of the Mexican spotted owl are extremely degraded as the result of past land-use practices (Stacey and Hodgson 1999). Our underlying premise is that if riparian systems are restored to properly functioning ecological conditions, they will meet the needs of the owl (and numerous other species). This is particularly true in canyon-bottom situations at middle and lower elevations where little other typical nesting or roosting habitat may be available. Because canyon bottoms are used extensively by the owl (Ganey and Dick 1995, Rinkevich and Gutiérrez 1996, Johnson 1997, Willey 1998a, Stacey and Hodgson 1999), it is important to preserve and increase the quality of such habitat. We anticipate that PACs will

BLM_0071725

include some of the best canyon riparian habitat that still exists, but increasing the quantity and distribution of properly functioning riparian habitats provides the potential for increasing the amount and extent of spotted owl habitat.

273

BLM_0071726

**Table C.1.**  Summary of recommended management actions in Core Areas, PACs, and Recovery Habitats.

| Mexican spotted owl Management Categories | Summarized Recommended Management Measures* |
|---|---|
| *****Please review Appendix C for detailed information regarding this summary table.***** ||
| **Core Area**: 40 ha (100 ac) established within PACs to protect Mexican spotted owl nests or primary roost areas. | • All activities within the core area should undergo consultation with the appropriate FWS office.<br>• All management activities should be deferred from the core during the breeding season (March 1 through August 31), except when non-breeding is confirmed or inferred that year per the accepted survey protocol.<br>• Planned or unplanned fires should be allowed to enter core areas only if they are expected to burn at low intensity with low severity effects. |
| **Protected Activity Center (PAC):** ≥243 ha (600 ac) established around Mexican spotted owl nest/roost sites (core areas).  This refers to activities located outside the core area.  See Box C.1 for establishing PACs. | • All activities within the PAC should undergo consultation with the appropriate FWS office.<br>• Mechanical treatments can be conducted in up to 20% of the total non-core PAC area within each EMU (treatments can exceed 20% of the non-core acreage within a single PAC)<br>• No mechanical or prescribed fire treatments, or road or trail maintenance  should occur within PACs during the breeding season unless it has been determined that the PAC is unoccupied or the owls are not nesting that year as inferred from results of surveys conducted according to protocol.<br>• Removal of hardwoods, downed woody debris, snags, and other key habitat variables should occur only when compatible with owl habitat management objectives as documented through reasoned analysis.<br>• New road or trail construction is not recommended in PACs<br>• Monitor treatment effects as described in Appendix C.<br>• See Table C.2 for desired conditions for PACs. |
| **Recovery Habitats:** Currently unoccupied Mexican spotted owl habitat occurring in pine-oak, mixed conifer, and riparian forests and/or rocky canyons.  These habitats may be or have the potential to be used by owls for nesting, roosting, foraging, dispersal, and/or other life history needs. ||
| **Forested Recovery Habitat**: Forested habitat occurring in mixed-conifer and pine-oak forests outside of PACs (see next page). |  |

274

BLM_0071727

| | |
|---|---|
| **Recovery Nest/Roost Habitat**: Forested stands identified as meeting or exceeding owl nest/roost conditions. | Guidance provided in Tables C.2 & C.3<br>• Manage for nest/roost replacement habitat.<br>• Do not treat stands in such a way as to lower stand conditions below thresholds in Table C.2<br>• Emphasize attainment of nest/roost conditions as quickly as reasonably possible.<br>• Retain large trees.<br>• Strive for spatial heterogeneity.<br>• Manage for species diversity.<br>• Retain key owl habitat elements (large trees, snags, large logs, hardwoods, etc.).<br>• Emphasize large hardwoods, where appropriate |
| **Recovery Foraging/Non-breeding Habitat**: Forested stands managed to provide foraging, dispersal, wintering, or other habitat needs. | • Emphasize large hardwoods, where appropriate<br>• Retain key owl habitat elements (e.g., large trees, large snags, large logs, hardwoods, etc.).<br>• Minimize tree removal. |
| **Riparian Recovery Habitat**: Riparian forests are plant communities affected by surface and subsurface hydrologic features of perennial or intermittent water bodies. Riparian forests are: 1) distinctively different tree and shrub species than the adjacent areas; and/or, 2) tree species similar to adjacent areas but exhibiting more vigorous or robust growth forms. | • Manage for proper functioning ecological conditions.<br>• Manage for species diversity.<br>• Manage grazing effects.<br>• Minimize construction activities.<br>• Maintain key habitat components (e.g., large trees, large snags, large logs, hardwoods, etc.).<br>• Minimize tree removal. |
| **Other Forest and Woodland Types and Other Riparian Habitat**: Forest, woodland, or other habitat types that appear to be little used by nesting Mexican spotted owls, but are likely used for foraging and dispersal. | No specific guidelines are provided for several forest and woodland community types (ponderosa pine, spruce-fir, pinyon-juniper, and aspen) where they occur outside of PACs. |

*This box provides a summary of management recommendations for Mexican spotted owl habitat. For more detail, see Appendix C.

**Table C.2.** (Below) Generalized description of key habitat variables comprising Desired Conditions in forest, riparian, canyon, and woodland cover types typically used by Mexican spotted owls for nesting and roosting. **Desired conditions should guide management within PACs and recovery nest/roost habitats.** The ecological relevance of each desired condition to this owl subspecies and examples of variables that may be useful to quantify desired conditions are also shown. Where possible numbers are derived from past research, where information was unavailable we used the collective best professional knowledge of the Recovery Team.

275

BLM_0071728

| Desired Condition | Relevance to Owl | Potential Variables (Examples) |
|---|---|---|
| Strive for a diversity of patch sizes with minimum contiguous patch size of 1 ha (2.5 ac) with larger patches near activity center; mix of sizes towards periphery (Peery et al 1999; Grubb et al 1997; May and Gutiérrez 2002. Forest type may dictate patch size (i.e., mixed conifer forests have larger and fewer patches than pine-oak forest).  Strive for between patch heterogeneity. | Nest/roost habitat patches are the most limiting habitat for the owl. Patches should enhance spatial heterogeneity, provide nest/roost options, provide varied microclimates (thermoregulation) options, and create edges for prey species (e.g., *Neotoma*). | Size, cumulative acreage, density of patches, % of landscape, amount of edge habitat, average patch canopy cover, average age of dominant overstory component of patch. Frequency distribution of patches by size class, total edge, core to edge distance, fractal index of patch (area to edge ratios). |
| Horizontal and vertical habitat heterogeneity within patches, including tree species composition.* Patches are contiguous and consist of trees of all sizes, unevenly spaced, with interlocking crowns and high canopy cover (Ganey et al. 2003).* | Provides roosting options, thermal and hiding cover for the owl, and habitat for a variety of prey species. | Patch size and configuration (shape), juxtaposition (topology of patches), interspersion, edge length; canopy cover by height strata; number of vegetation strata present (herbaceous, shrub, sapling, pole, mature trees); uneven tree spacing. |
| Tree species diversity, especially with a mixture of hardwoods and shade-tolerant species ( Willey 1998).*  For example, Gambel oak provides important habitat for woodrats and brush mice (Block et al. 2005, Ward 2001) | Provides habitat and food sources for a diversity of prey, roosting options, and perches and hiding cover for young owls during early flight development. Large tree-form Gambel oaks are an important nesting substrate for owls (Ganey et al 1992; SWCA 1992; May and Gutiérrez 2002). Diversity increases probability of some tree species setting seed in a given year. Owls use hardwoods (e.g., big-toothed maple, western hop hornbeam and chinkapin oak) for roosting (Mullet and Ward 2010) | Species occurrence (presence), diversity indices (including richness and equitability), BA by species, density/species. |
| Diverse composition of vigorous native herbaceous and shrub species (Ward 2001).* | Provides sustainable habitat for a variety of prey; fine fuels to carry surface fire. | Cover/plant group; plant height; vertical density profile; diversity measure (e.g., richness and equitability); vertical distribution; maximum height. |
| Opening sizes between 0.04 - 1 ha (0.1 - 2.5 ac).* Openings within a forest are different than natural meadows.  Small canopy gaps within forested patches provide for prey habitat diversity.   Openings should be small in nest/roost patches, may be larger in rest of PAC. | Openings provide habitat for a variety of prey and can slow or reduce fire severity by breaking the continuity of dense tree canopies and ladder fuels. | Frequency distribution of openings by size class, % of landscape in openings. Grass and herbaceous cover in openings (Daubenmire plots for coverage percent). |
| Minimum canopy cover of 40% in pine-oak and 60% in mixed conifer (Ganey et al. 2003).* Measure canopy cover within stands. | Provides thermal environment needed for nesting/roosting and prey habitat. | Canopy cover line or point intercept method). |

BLM_0071729

| | | |
|---|---|---|
| Diversity of tree sizes with goal of having trees ≥16" DBH contributing ≥50% of the stand BA (Willey 1998, May and Gutiérrez 2002, Ganey et al. 2003, May et al. 2004) | All life history needs (nesting, roosting, foraging).  By emphasizing large trees, should provide for large snags and logs (Ganey et al. 2003). | Patch size/tree stage; vegetation strata;; tree size distribution. |

*Rocky Canyon Recovery Habitat: results from habitat studies suggest these desired conditions are important in canyon environments where forest, woodland, and riparian habitats are present (e.g., Zion National Park).

BLM_0071730

**Table C.3.** Minimum desired conditions for mixed-conifer and pine-oak forest areas managed for Recovery nesting/roosting habitat.  Forest types are defined in Appendix C, above.  Parameter values are based on averages among plots sampled within forest stands.  Numbers of stands included in analysis:  74 for Basin and Range-East (BRE), 27 for mixed-conifer forest in other EMUs, and 47 for pine-oak forest.

| EMU(s) Forest Type | % of area[1] | % BA by size class | | Minimum tree BA[2] | Minimum density of large trees[3] |
| --- | --- | --- | --- | --- | --- |
| | | 30-46 cm dbh (12-18 in) | >46 cm dbh (>18 in) | | |
| BRE<br>      Mixed-conifer | 20 | >30 | >30 | 33.3 (145) | 37 (15) |
| CP, UGM, SRM, BRW<br>      Mixed-conifer | 25 | >30 | >30 | 27.5 (120) | 30 (12) |
| CP[4], UGM, BRW<br>      Pine-oak | 10 | >30 | >30 | 25.3 (110) | 30 (12) |

[1] % of area pertains to the percent of the planning area, subregion, and/or region in the specified forest type that should be managed for threshold conditions.

[2] BAs in $m^2$/ha ($ft^2$/acre), and include all trees >1 inch dbh (i.e., any species).  We emphasize that values shown are **minimum**s, not targets.

[3] Trees > 46 cm (18 inches) dbh. Density is tree/ha (trees/acre).  Again, values shown are minimums rather than targets.  We encourage retention of large trees.

[4] Pine-oak forest type: $\geq$10% of the stand BA or 4.6 $m^2$/ha (20 $ft^2$/ac) of BA consist of Gambel oak $\geq$ 13 cm (5 in) drc.

[5] Pine-oak recommendations apply only to the Mount Taylor and/or Zuni Mountains regions within the CP EMU.

278

BLM_0071731

## BOX C.2.  SPATIAL INTERPRETATION OF MEXICAN SPOTTED OWL MANAGEMENT GUIDELINES

Figure 1, below, shows a spatial interpretation of the current Mexican spotted owl management guidelines (i.e., guidelines in this revised Recovery Plan) across the western Mogollon Plateau, Arizona.  This interpretation was created by the ForestERA project using spatial data layers collected by or created by project members.

The spatial extent of the map includes approximately 812,000 ha (2.04 million ac) within the belt of continuous ponderosa pine forest (and associated vegetation types) extending from north and west of the city of Flagstaff, south along the plateau to the edge of the 2002 Rodeo-Chediski Fire.  Approximately 75% of the land within this area is managed by the FS (Coconino, Kaibab, Apache-Sitgreaves, and Tonto National Forests).  The remainder of the land is a patchwork of private, state, and military lands.

PACs (referred to as "Protected Habitat" in Figure 1 below) cover approximately 8% (65,067 ha [160,784 ac]) and recovery habitat covers 12% (96,738 ha [239,045 ac]) of the area analyzed,. Thus, approximately 80% of the land base covered falls in areas not subject to specific Recovery Plan guidelines.



**Box C.2: Figure 1.** Habitat map produced for the Mexican spotted owl Recovery Team by ForestERA Project (see www.forestera.nau.edu) showing the distribution of lands in 2010 within the western portion of the UGM EMU covered by Recovery Plan designations.

BLM_0071732

**BOX C.3.  HIGH-ELEVATION, MIXED-CONIFER FOREST**

The greater use of canyons and reduced use of upland forests in the northern part of the owl's range has raised questions about whether high-elevation (>2,440 m [8,000 ft]), mixed-conifer forests provide breeding habitat for spotted owls in these areas.  This in turn has raised the issue of whether or not these areas should be surveyed and managed for owls.  Under the original Recovery Plan (USDI FWS 1995), these areas were subject to the same management guidelines as mixed-conifer forests elsewhere within the owl's range.

Based on past discussions with Working Teams and land-management agencies in these areas, the Recovery Team recommended an amendment to the original Recovery Plan to deal with this situation.  This amendment was approved by the FWS's Regional Director for the Southwestern Region in 1999.  This amendment did not provide an elegant solution to this issue and pleased no one, including the Recovery Team.  Consequently, the issue still exists.  Therefore, we re-evaluated what is known about owl use of high-elevation, mixed-conifer forest.  Specifically, we requested data on extent of surveys within the former SRM-Colorado, SRM-New Mexico, and CP EMUs.  We received useful, but not necessarily conclusive information, from SRM-Colorado EMU, Carson National Forest, Kaibab National Forest, and the FS's Intermountain Region (Region 4).

Data on survey extent and results in Colorado were provided by the working team for that EMU. The Kaibab National Forest provided results of survey data for the North Kaibab Ranger District, the Carson National Forest provided results of survey on that forest, and FS Region 4 provided information on surveys conducted on multiple forests in that region.  T. H. Johnson (Yomi Enterprises) performed the analysis for all EMUs by overlaying known owl records on 7.5 min digital elevation models and determining elevation at these locations (see Table 1, below).

Based on the available data, we conclude that owls in parts of the northeastern extent of the range use high-elevation, mixed-conifer forests.  Therefore, blanket exemptions of such forests from range-wide management recommendations are not warranted.  Data provided from Colorado recorded owls in high-elevation forests and that several PACs are at elevations >2,440 m (8,000 ft).

Given the use by owls of areas above 2,440 m (8,000 ft) and even 2,740 m (9,000 ft) in the northeastern part of their range, we recommend that range-wide management recommendations for mixed-conifer forest remain in place for these areas.  If agencies within these EMUs believe that these high-elevation forests do not provide suitable habitat, they should compile the data to support that contention.  Specifically, data provided should include:
1. For all future surveys conducted, action agencies create GIS coverage maps of areas surveyed; these should include forest types, survey points or routes, and survey results (spotted owl locations and associated attribute data).
2. In conjunction with the previous point, interested agencies could work with the Working Teams to compile currently available information on past survey efforts and results within their EMU.  Minimum information required for this assessment includes: 1) total acres of mixed-conifer forest above 2,440 m (8,000 ft) in elevation; 2) acres of the

BLM_0071733

aforementioned mixed-conifer that were surveyed to protocol; 3) how many years areas were surveyed; and, 4) owl locations with associated attribute data.  It may also be helpful to provide similar information for other cover types, if possible.  For example, if a unit has surveyed 40,080 ha (100,000 ac) of high-elevation, mixed-conifer and 20,040 ha (50,000 ac) of rocky canyons, and found all owls in canyons, that information presented together is more convincing than simply presenting acres of mixed-conifer surveyed.

**Box C.3: Table 1.** Summary of elevation data based on daytime records of Mexican spotted owls in the database compiled in 1993 by the recovery team, based on agency survey data. Elevation data were compiled by T. H. Johnson (Yomi Enterprises), by overlaying owl locations on 7.5-min digital elevation maps (DEMs).

| Ecological Management Unit | N | % above 2,440 m (8,000 ft) | % above 2,743 m (9,000 ft) |
|---|---|---|---|
| Colorado Plateau | 69 | 15.9 | 7.2[a] |
| Southern Rocky Mountains | 30 | 46.6 | 10 |

[a] Represents detections only on the Cibola NF.

## BOX C.4.  CRITERIA USEFUL IN DESIGNATING CORE AREAS IN THE ABSENCE OF NEST LOCATIONS

If no nest location is known, the following criteria (after Ward and Salas 2000) may be useful in determining where to locate the core area within a PAC:

- A circle with a 359 m (1,179 ft) radius centered on a location of one young-of-the-year Mexican spotted owl observed during the day prior to 1 August of any year.
- A 40 ha (100 ac) area that surrounds daytime observations of adult or subadult Mexican spotted owls documented over four different breeding seasons.
- Lacking this information, managers should rely on experienced spotted owl biologists to exercise their best professional judgment to identify likely habitat for nest/roost cores and delineate the 40 ha (100 acre) area.

Once designated, cores should remain in place and not be moved without sound biological rationale for making any adjustments.

BLM_0071734

**BOX C.5.  ASSESSING TREATMENT ACTIVITIES WITHIN PACs,
OUTSIDE OF CORE AREAS**

Several types of restoration activities (e.g., various silvicultural prescriptions and burning) are
allowed in portions of landscapes that include Mexican spotted owl PACs.  The effects of these
treatments are not fully known and well-designed monitoring can provide valuable information
on the effects of these activities on the owls and their habitat.  The following recommendations
provide general guidance for monitoring forest and fire management treatments that will occur
in PACs but outside of nest-roost core areas.  This monitoring should be designed,
implemented, and analyzed in cooperation with scientists to ensure adequate sampling
procedures and reliable inferences about potential effects of planned treatments on the owls and
their habitats.

<u>**General Guidance for Monitoring and Estimating Effects of Treatments in PACs**</u>
*Guiding Questions* (these are not a complete list of potential questions; local managers will
likely develop additional, site-specific questions of interest)*:*
- Do planned treatments (e.g., thinning, prescribed fire) affect key spotted owl responses
  (identified below)?
- How do identified effects vary among potential treatment types (e.g., fire severity and
  duration, total area affected, thinning acreage and intensity)?
*Response Variables:*
- Owl occupancy rate (corrected for detection probability; the percent of PACs occupied
  before and after treatments).
- Owl reproductive output (the number of fledglings observed per adequately checked pair
  before and after treatments).
- Habitat change (the immediate effect of a treatment type on key variables selected from
  Table C.1 showing description of desired conditions [DCs]) in forest and woodland cover
  types typically used by Mexican spotted owls for nesting and roosting.  Analysis should
  incorporate what is retained as well as extent of change.
*Planned Treatments:*
- We assume these will vary by EMU and be agency defined at local scale, but they may also
  require regional EMU coordination across agencies.
- Treatments will likely be variable in spatial extent and intensity (intensity measured by
  degree of change in key habitat variables related to DCs [see Table C.1]).
*General Study Design Approach:*
- For each planned treatment(s), monitoring should be designed to robustly contrast a set of
  reference PACs (with no planned treatments) to a set of treatment PACs.
- PACs may be stratified by treatment type.
- Reference PACs should match the environmental conditions in PACs where treatments are
  planned, as closely as possible.

BLM_0071735

**BOX C.5, Continued**

*Sampling Considerations:*
- Identify set of PACs for a planned type of treatment.
- Identify set of reference PACs for each geographic area and cover type.
- Sample response variables for owls each year, using a design that allows estimation of effects to occupancy, detection probability, reproductive output, and habitat DCs.
- Sample timing: one year pre-treatment, during treatment year, and one, three, and five years post-treatment.
- Identify DC variables (Table C.1) that measure habitat change to calibrate treatment effects.

*Potential Analytic Approaches*
- Will depend on sample size.
- Possibilities include:
  - Simple treatment effect stratified by treatment type and geographic area/cover type. Two-sample tests, ANOVA, regression-based approaches, power dependent on sample size and variability.
  - Subsequent analyses only if treatment effects are apparent – gradient analysis, AIC based model selection if sample size permits use of treatment/habitat covariates.

*Quality Control / Assurance*
- A monitoring plan should be written that includes the details for sample selection, treatment specifics, measurement protocols including timing, and planned analyses.
- The monitoring plan should be reviewed as part of the consultation process for treatments planned to occur within PACs.

BLM_0071736

### BOX C.6.  DEFINING AND USING REFERENCE CONDITIONS FOR MEXICAN SPOTTED OWL NESTING/ROOSTING HABITAT

In the original 1995 Recovery Plan, two primary types of information were used to formulate recommendations for habitat management.  In one analysis, quantitative descriptions of site- and stand-scale habitat conditions were used to describe characteristics of nesting/roosting habitat.  In a second analysis, forest vegetation simulators were used to estimate the proportion of the landscape that could sustain those conditions through time (see USDI FWS 1995).  Thus, information developed was used to define both desired forest structure at the scale of individual stands or patches, and the desired proportion of the landscape to manage for that structure.

Much of the information used to describe forest structure in the original 1995 Recovery Plan was derived from samples at relatively fine scales (i.e., sub-stand scales).  Forest management typically is focused at larger scales such as forest stands, however, and stands are not entirely homogeneous.  Owls locate and use distinct patches within stands, and stand descriptors based on characteristics of those used sites may not be representative of overall stand characteristics.  To be most useful, descriptors of stand characteristics should be based on the same type of sampling and data that will be available to land managers faced with assessing stands.  Consequently, we revised values in Table C.2 based on an analysis of nest stands used by Mexican spotted owls in Arizona and New Mexico as described by existing FS stand-exam data.

We queried the FS Southwest Region's database of common stand exams for data representing identified spotted owl nest stands.  We then summarized these data in a two-step process.  In step one, we aggregated values across plots *within* individual stands, to estimate average characteristics within individual stands.  In step two, we averaged stand parameters *across* nest stands, to estimate mean stand characteristics and 95% confidence intervals around those mean values.  We conducted analyses in step two separately for mixed-conifer and pine-oak forests.  In addition, we analyzed mixed conifer separately for the BRE vs. other EMUs due to the relatively high density of owls in the Sacramento Mountains (BRE), and thus the high percentage of that landscape protected with existing PACs.

The values provided in Table C.2 define desired conditions to be achieved with time and management, or to be maintained where they already exist. **These values are based on the lower bound of 95% confidence intervals around estimates of means computed across stands.**  Consequently, we view these values as minimum targets for managers.  We also stress that values in Table C.2 must be met simultaneously.  Management can occur within stands that exceed these minimum conditions, but such activities should not lower stand characteristics below these levels unless large-scale assessments demonstrate that such conditions occur in a surplus across the landscape (see below).

BLM_0071737

**BOX C.6, Continued**

We reiterate that we developed the table values from analyses that first averaged stand characteristics across plots within stands. Owl nest stands are not homogeneous. A typical nest stand may contain both pockets of large trees and greater basal area and areas of more open forest. We suspect that this heterogeneity and within-stand diversity is valuable (Ganey and Dick 1995), and we encourage managers to retain that variability. In particular, small areas with high basal area, canopy cover, and densities of large trees appear to be important for providing suitable nest and roost sites (Ganey and Dick 1995, Ganey et al. 2003), and such patches should be retained where they exist.

A frequent criticism levied at the precursor to Table C.3 in the original Recovery Plan (USDI FWS 1995:Table III.B.1) was that the specified stand conditions could not be sustained on the landscape. The portions of the landscape specified for management in this table were based on simulations using table parameter values and established models of forest succession and stand prognosis conducted by FS personnel with expertise in the use of such models (USDI FWS 1995). These simulations clearly demonstrated that such conditions are sustainable on the portions of the landscape specified, and to date no empirical data or modeling results have surfaced to support the claim that the specified stand conditions cannot be supported on the landscape in the indicated amounts. A more recent, spatially explicit analysis evaluated possible constraints imposed by the 1995 Recovery Plan on conducting fuels-reduction treatments (Prather et al. 2008). Results indicated that 1995 Recovery Plan guidelines applied to less than one third of an 811,000 ha study region, and that the majority of the forest even in these conflict areas could be managed to reduce fire hazard without eliminating owl habitat (Prather et al. 2008).

We did not repeat the modeling efforts used in the original Recovery Plan to generate percentages of the landscape capable of sustaining nest/roost conditions. In most cases, we reduced values for describing required stand parameters in the revised Table C.3 relative to values in the original Recovery Plan. Logically, if it was possible to sustain the conditions in the original Recovery Plan over a specified portion of the landscape, it should be possible to sustain the revised, and more lenient, conditions over that same portion of the landscape.

As in the original Recovery Plan, the percentage of landscape area recommended for management for nest/roost conditions is lower in the BRE EMU than it is in other EMUs. This is based on the observed high density of owls in the Sacramento Mountains, which effectively places a large proportion of that landscape in protected status. Also as before, we do not provide guidance on how to allocate future owl habitat across the landscape. Although this is a critically important issue, we lacked the information and resources to accomplish this allocation.

BLM_0071738

## 4. Threat-specific Management Recommendations

In this section, we provide recommendations as they relate to specific threats or activities. Some recommendations are similar to those presented in the General Recommendations, but we repeat them here for clarity.

### a. Fire Management

Overarching forest management goals should embrace the restoration of ecosystem health, historical and/or natural conditions, and the range of variability in forest structure, composition, and function. In places, these restoration goals may likely include the ecological role of fire and the emulation of past fire regimes and ecological processes. Fortunately, the Southwest has one of the largest compilations of ecological research that documents and reconstructs historical reference conditions such as past stand structure, density, and fire frequencies for many forest types, with research sites throughout the region. These references along with our recommendations should help guide and quantify future restoration activities.

Guidelines

The appropriate management of prescribed fire and wildland fire outside of PACs to moderate fire severity and the potential for stand-replacing fire may provide most alternatives to mitigate severe fire threats. Mechanical treatments, however, may be necessary in some areas before fire can be effectively and safely applied to meet management objectives. The focus of mechanical thinning will likely be concentrated in the WUI communities at risk to fire, where fires are a greater threat to people and property and where fire applications have much greater risk and liabilities. Planning and implementing fire risk-reduction activities should balance the intensity and arrangement of treatments needed to reduce the landscape risk of high-severity fire yet maintain owl habitat. Due to the current magnitude of forest fuel accumulations, some preliminary treatments (e.g., thinning combined with pile and low intensity prescription burning) will be required to reduce the severity of wildland fires and to allow for the safer management of prescribed fire and wildland fires. Cumulative effects of multiple treatments across the watershed, downstream effects, and effects to spotted owl habitat will need to be evaluated through landscape analyses and modeling, and effects should be moderated to promote Mexican spotted owl recovery.

### i. Wildland fire Suppression

**Protect Public Safety and Property.** Fire fighter safety and community protection are the utmost priorities during ES and BAR activities.

**Wildland fire Behavior and Incident Planning.** Conduct landscape-level fire behavior assessments to strategically locate and prioritize fire suppression activities/tactics to mitigate the effects of high-severity fire and suppression activities on PACs and recovery habitat. Potential strategies include locating fire-line construction and other suppression activities where possible outside of PACs, and conducting night burning ahead of approaching moderate-high severity wildland fire in areas surrounding PACs to reduce wildland fire severity within PACs.

286

BLM_0071739

***Retain Key Habitat Elements.*** Where possible, wildland fire suppression activities should be applied that limit high-severity fire and loss of key habitat elements within PACs and recovery habitats.

***Applied Research.*** Research should be conducted to evaluate the short- and long-term correlates of wildland fire severities and their spatial extent on Mexican spotted owls and their habitat.

*ii. Burned Area Emergency Response (BAER - FS), Burned Area Emergency Stabilization (ES-DOI) and Burned Area Rehabilitation (BAR-DOI).*

***Protect Public Health, Safety, and Property.*** Personnel safety and community protection are the utmost priorities during ES and BAR activities.

***Seasonal Restrictions.*** BAR treatments where deemed necessary in or near PACs should occur during the non-breeding season (1 Sep - 28 Feb) to minimize disturbance to resident owls during the breeding season, unless non-breeding is inferred or confirmed that year per the accepted survey protocol (Appendix D).

***Treatment Priorities.*** ES and BAR treatments should be only be considered when critical to stabilize soils, retain key habitat elements, and enhance ecosystem recovery. Soil stabilization should be considered only where crucial and implemented through local biomass mulching or other seed-free mulching materials to minimize risk of introduced exotic species. Seeding is not recommended due to its limited effectiveness, lack of local genetically compatible seed stock, and exotic contaminants found in most seed mixes (Peppin et al. 2010a, 2010b; Dodson et al. 2010; Stella et al. 2010). Measures to protect remaining green trees from insect and disease may also be necessary.

*iii. Prescribed Fire, Hazardous Fuels Treatments, and Wildland Urban Interface (WUI).*

We propose the following recommendations for prescribed fire and hazardous fuels treatments. Much of the work needed to reduce broad-scale fire risk to owl habitat can be accomplished by first treating areas down-slope from and surrounding PACs. We recognize, however, that other management considerations like WUI may require treatments within PACs. In these situations, treatments should be done with adequate safeguards to minimize loss of key habitat components for owls and their prey.

***Protect Public Health, Safety and Property.*** Fire fighter safety and community protection are the utmost priorities during prescribed fire and hazardous fuels treatment activities.

***Area Limitations.*** Mechanically treat as needed up to 20% of the non-core PAC area within an EMU identified through the landscape-level assessment (see above Assumptions and Guiding Principles).

***Seasonal Restrictions.*** Light burning of surface and low-lying fuels may be conducted within PACs following careful review by biologists and fuel-management specialists on a case-specific basis. Mechanical or prescribed fire treatments should occur during the non-breeding season (1 Sep - 28 Feb) to minimize disturbance to resident owls, unless non-breeding is inferred or confirmed that year per the accepted survey protocol (Appendix D). Treatments should be planned when environmental conditions provide enhanced opportunities to achieve fuel reduction and forest-restoration objectives. These

BLM_0071740

activities however should be deferred in severe drought years and times of high-to-extreme wildland fire risk.

*Types of Treatments.*  Combinations of mechanical and prescribed fire treatments may be used to minimize risk of high-severity fire effects while striving to maintain or improve habitat conditions for the owl and its prey.

*Strategic Placement of Treatments*.  Treatments should be placed strategically to minimize risk of high-severity fire effects to the nest core while mimicking natural mosaic patterns.

*Treatment Priorities***.**  Emphasize treatments in other forest and woodland types over those of PACs and recovery habitats to the extent practicable.  Treatments in these areas might buffer owl habitat as well as provide fire risk reduction to WUI communities.  Where appropriate, areas surrounding PACs could be treated with higher prescribed fire and mechanical treatment intensities to better achieve management objectives (e.g., reduction of hazardous fuels and potential for stand-replacing fires, enhancement of landscape, and forest structural diversity).

*Landscape Assessment.*  A landscape-level assessment should be conducted to strategically locate and prioritize prescribed and hazardous fuels treatments to best mitigate the risk of stand replacing fires and high severity fire effects to current and future spotted owl habitat elements (Tables C.2, C.3).

*Monitoring.*  Monitoring should be designed and implemented to evaluate the effects of prescribed fire and hazardous fuel reduction treatments on spotted owl habitat, and to retain or move towards Mexican spotted owl desired conditions (Table C.2).  Box C.5 provides a framework for development of monitoring studies.

*Applied Research Experiments***.**  Management experiments should be conducted in places to evaluate the short-term, long- term, cumulative, and watershed effects of these activities on Mexican spotted owls and their habitats.

These recommendations, when implemented, should help reduce high-severity fire effects across broader forest landscapes and help protect Mexican spotted owl PACs, potential habitats, and suitable nesting/roosting habitat locations from future stand-replacing wildland fires and enhance landscape-level forest resiliency to climate variability.  Additionally, these recommendations are supported by current research and monitoring on Mexican spotted owl fire effects that show limited, short-term effects from moderate- to high-severity fires (Bond et al. 2002, 2009; Jenness et al. 2004).

b.   Insects and Disease

Biotic disturbance agents most influential to forest habitat of the Mexican spotted owl are bark beetles, defoliating insects, dwarf mistletoes, root disease fungi, and rust fungi (USDA FS 2004). Many agents act in concert with abiotic factors; the current aspen decline in northern Arizona is an example of a complex disturbance.  The course of an outbreak can be characterized by its rate of increase and spread, duration, and spatial scale.  Impacts consider the spatial extent and intensity of tree mortality as well as the values of killed and remaining trees ("value" can be in the sense of ecosystem function).

Although knowledge of forest condition and predisposition allows managers to assess the risk and potential impacts of an insect or disease outbreak, control is difficult (Holling and Meffe

BLM_0071741

1996). Management has limitations in techniques, resources, and reaction time; social and natural systems are complex and dynamic. Nonetheless, management intervention can be useful to change forest conditions predisposing areas to outbreak and to influence the extent, course, and impact of outbreaks. Effective treatments are generally tailored for a specific insect or pathogen, instituted early, executed in multiple stages, monitored, and modified as needed to achieve objectives (adaptive management).

Guidelines

1) Resource managers should work with forest insect and disease specialists to develop ecological assessments of these kinds of disturbances at various scales. Evaluations should be based on the role these organisms play in directing succession toward, or away from, desired conditions at different spatial-temporal scales.

2) Managers, in consultation with specialists, can use these organisms to strategic advantage in creating, enhancing, or maintaining habitats for owls (and associated biota) in accord with landscape goals.

When considered a threat to owl or prey habitat, various tools—prescribed fire, thinning, other silvicultural treatments—can be used to limit the spread of insects or diseases. Management actions include sanitation, thinning, maintenance of mixed species stands (coarse-filter techniques), chemical protection of individual trees, and use of insect-behavior modifying chemicals (fine-filter techniques). Methods used are often specific to the organism and should be done in consultation with owl biologists, insect and disease specialists, fire personnel, and silviculturists.

c. Grazing

As discussed in II.9.D.a.vii, improperly managed grazing can adversely affect spotted owls primarily through four indirect effects: 1) diminished prey availability and abundance (Ward 2004, Willey 2007, Willey and Willey 2010); 2) increased susceptibility of habitat to destructive fires; 3) degradation of riparian and meadow plant communities; and, 4) impaired ability of plant communities to recover or develop into more suitable spotted owl habitat. These indirect effects flow from the livestock management practices that result in long-term alterations in plant species composition, density, vigor, and vegetation structure. Therefore, in order to provide for recovery of the spotted owl and adequate protection of its habitat, livestock management within the owl habitat should be designed with the following objectives: 1) to maintain or enhance prey availability; 2) to maintain potential for beneficial surface fires while inhibiting potential for destructive stand-replacing fire; and 3) to promote natural and healthy riparian, meadow, and upland plant communities including their functional processes.

Guidelines

Appropriate grazing management should be designed to provide a target level of residual vegetation that would attain or sustain moderate to high similarity to potential natural vegetation,

BLM_0071742

or otherwise favorable habitat characteristics for the spotted owl and its prey. "Key areas[1]," "critical areas[2]" and "key species[3]," as defined by the Society for Range Management (1998), should be identified for the purposes of managing grazing and monitoring its effects on herbaceous and woody vegetation. The following guidelines are provided for grazing management in all PACs and recovery habitats:

1) Resource managers should conduct site-specific assessments, utilizing pertinent research information and standardized monitoring techniques to identify: a) habitat conditions for availability of prey species to Mexican spotted owl; b) conditions of riparian and meadow habitats including their functional processes (USDI BLM 1996*a,b*; Ruyle et. al. 2000); and, c) conditions and processes required for the restoration and maintenance of historical fire regimes and native plant communities where fire has historically influenced habitat structure and plant composition. These assessments should be conducted during both dormant and growing seasons to provide favorable habitat characteristics throughout the year.

2) Resource managers should establish and enforce residual vegetation (e.g., residual leaf length or stubble height) targets during plant growth and dormant periods that are consistent with light to moderate grazing intensity within protected and recovery habitats. Established targets should be: a) attained at a minimum in at least four out of every five years; b) reviewed by resource managers periodically (every five to seven years) to determine if desired vegetation conditions are being achieved or maintained; and, c) modified appropriately when vegetation conditions indicate the need.

3) Resource managers should coordinate to implement grazing and other management strategies for livestock and wild ungulates that will improve degraded riparian communities in owl habitats to proper functioning ecological condition as soon as possible and implement monitoring programs to evaluate improvement in habitat conditions (USDI FWS 1995, Winward 2000). Management strategies may include (Kennedy 1977; Rickard and Cushing 1982; Clary and Webster 1989; Platts 1990; Chaney et.al. 1990, 1993; Krueger 1995; Leonard et al. 1997):

- *Reduce Grazing Pressure.* Reductions in grazing intensity in riparian areas through the use and enforcement of appropriate vegetation utilization or residual vegetation standards and timely livestock removal;
- *Seasonal Grazing.* Changes in seasons of grazing use (e.g., allow livestock grazing in riparian areas only during plant dormancy periods where possible);
- *Reduce Numbers.* Reduction in numbers of grazing animals (i.e., both livestock and wild ungulates if needed) to attain sufficient residual riparian vegetation levels and improvement in riparian habitat conditions; and,
- *Exclusion of Grazing.* Total exclusion of ungulate grazing use from sensitive riparian areas for extended time periods (e.g., multiple years) through the use of exclusion fencing

---

[1] Key Area - A relatively small portion of a range selected because of its location, use, or grazing value as a monitoring point for grazing use. It is assumed that key areas, if properly selected, will reflect the overall acceptability of current grazing management over the range (SRM 1998).

[2] Critical Area - An area that must be treated with special consideration because of inherent site factors, size, location, condition, values, or significant potential conflicts among uses (SRM 1998).

[3] Key Species - (1) Forage species whose use serves as an indicator to the degree of use of associated species. (2) Those species which must, because of their importance, be considered in the management program. (SRM 1998)

BLM_0071743

to improve riparian herbaceous plant cover, promote regeneration of riparian shrub and tree cover, and protect stream banks and channels.

4)  Resource managers should coordinate to implement livestock and elk population management strategies that will reduce browsing impacts on upland deciduous woody species in areas where the recruitment of these species into the overstory is lacking due to browsing pressure within owl habitats.  Strategies developed under this guideline should not be focused solely on domestic livestock management, rather they should be focused on reducing the impacts of all browsers that contribute to the identified threat.

d.  Energy-Related Development

We provide general recommendations related to energy development below.  However, in most cases, specific recommendations will depend on case-by-case evaluations of the timing and duration of the proposed action.  The timing of an action is pertinent in that a disturbance during the breeding season (1 Mar - 31 Aug) is more likely to impact owls than a disturbance outside the breeding season.  Pertaining to length of disturbance, actions should be categorized as temporary or long-term according to the following definitions:

- *Temporary:* An action that leaves no long-term structure or long-term habitat loss and does not result in persistent noise pollution (e.g., occasional helicopter overflights).
- *Long-term:* An action that causes a loss of owl habitat, increases the probability of mortality through collision, increases human access to an area, or creates a persistent owl disturbance from noise (i.e., noise above 69 dBA at 50 m [165 ft] from nest or PAC if nest site is not known; e.g., creation of long-term facilities such as utility lines, mines, pits, well pads, roads, pipelines, compressor stations).

Guidelines

The following guidelines pertain to PACs and Recovery Habitats.  In most cases, temporary actions that occur outside of the breeding season will require no occupancy surveys and no mitigating actions.  If activities will be long-term or take place during the breeding season, conduct occupancy surveys according to the standard protocol approved by FWS.  Where owls are found, PACs should be established and the PAC guidelines should be followed.  Where owls are not found, temporary actions may be allowed either during or outside of the breeding season. Long-term actions may, on a case-by-case basis, be allowed to proceed in Recovery Habitats outside of PACs, provided that the actions avoid detrimental habitat alteration, minimize the risk of owl mortality from collision, and conform to the recommendations for Recovery Habitats. Collision risk is best minimized through proper siting of structures (e.g., away from likely owl travel corridors).

The following guidelines apply to areas within PACs during the breeding season (1 Mar - 31 Aug) unless otherwise stated.  If owls are not detected in a PAC, restrictions on temporary activities may be relaxed depending on the nature and extent of the proposed action.

1)  No seismic activities or construction of new facilities or expansion of existing facilities should take place during the breeding season.  Any construction within PACs during the non-

BLM_0071744

breeding season should be considered on a case-specific basis (see item b below).  Modifications
to existing facilities pertaining to public health, safety, and routine maintenance are excepted.
However, when implementing such activities, those conducting the work should use all measures
possible to avoid potential effects on owls (e.g., use least disruptive machinery, time project to
minimize disturbance).

2)  Construction and seismic activities may take place outside of the breeding season or during
the breeding season if non-occupancy or non-breeding is inferred through protocol surveys.
Long-term activities should avoid loss of habitat through, for example, use of directional or
multi-lateral drilling and locating new facilities within existing rights of way.  Long-term
activities that increase the risk of owl collision with structures (e.g., turbines, power lines) should
not be allowed in PACs.

3)  The potential for noise disturbance to nesting owls should be assessed on a case-specific
basis.  Breeding season restrictions should be considered if noise levels are estimated to exceed
69 dBA (~80 dBO) [owl-weighted noise level, Delaney et al. 1999a]) consistently (>twice/hour)
or for an extended period of time (>1 hr) within 50 m (165 ft) of nesting sites (if known) or
within entire PACs if nesting sites are not known.  Noise reduction may be accomplished
through proper placement of facilities and use of noise dampening equipment (e.g., hospital-
grade mufflers, electric pump motors) as well as other techniques.

e.   Land Development

The following guidelines are provided to mitigate potential threats to owls due to land
development.  Guidelines are based on the assumption that most land development threats to
Mexican spotted owls are edge effects influencing adjacent Federal lands, and that mitigation of
threats following guidelines for WUI treatments and recreation on applicable lands, combined
with implementation of the general recommendations, will maintain current levels of owl habitat.

Guidelines

1)  Managers are encouraged to pursue coordination on a case-by-case basis with local
governments and developers to encourage development in areas least likely to directly influence
habitat use of known owls.  When possible, managers should encourage maintenance of existing
habitat conditions on private lands.  Development of positive incentive programs may be a
feasible approach.

2)  Managers should implement recreation-disturbance guidelines (below).

f.   Water Development

Water development includes dams, permanent flooding of riparian habitats, bed degradation
below dams, stream and spring dewatering, water diversions, and altered-flow regimes of
streams and springs.  Effects of water development on spotted owls vary, depending upon the
size of the water development, and can range from loss or degradation of habitat to habitat
fragmentation, disruption of migration corridors, inhibited gene flow, altered prey habitat, and

BLM_0071745

altered grazing patterns by wild and domestic ungulates. Recommendations for addressing water development vary. In some situations, options are limited for addressing effects of established water developments on spotted owls (e.g., Lake Powell). Greater flexibility exists for addressing developments before they occur or for slightly modifying practices that might reduce effects on the owl.

Guidelines

1) If considering development of large water projects assess the potential effects on spotted owl movement.

2) Discharge water from dams in such a way to sustain and enhance native riparian vegetation.

3) Conduct surveys following accepted survey protocol prior to initiating any water development that would modify owl habitat or result in effects to nesting owls. Implementation of projects should be done in consultation with the FWS.

g. Recreational Exploitation

Recreational exploitation can result in harm, harassment, and even mortality of Mexican spotted owls. Management, education, and/or enforcement actions may be needed to protect spotted owls from this threat.

Guidelines

1) Calling, hooting, or playing of taped recordings to elicit responses from or to locate owls is prohibited without a section 10(a)(1)(A) recovery permit from the FWS. Where recreational exploitation is known to be a problem, managers should report continued issues to the appropriate FWS Law Enforcement Office.

h. Recreation Disturbance

The following guidelines apply to PACs during the breeding season, (1 Mar - 31 Aug). If non-breeding is inferred or confirmed that year per the accepted survey protocol, restrictions on noise disturbances can be relaxed depending on the nature and extent of the proposed disturbance. Recommendations are based in part on Swarthout and Steidl (2001, 2003). Guidelines for noise management related to recreation are provided below in the noise management recommendations.

Guidelines

1) No construction of new facilities (e.g., trailheads, OHV trails) or expansion of existing facilities should take place in PACs during the breeding season. Any construction within PACs should be considered on a case-specific basis. Modifications to existing facilities pertaining to public health, safety, and routine maintenance are excepted (e.g., removal of dangerous trees in a campground; replacement of road culverts within campgrounds, etc.). However, when

BLM_0071746

implementing such activities, those conducting the work should use all measures possible to avoid potential effects on owls (e.g., use least disruptive machinery; timing of the project to minimize disturbance).

2)  Managers should, on a case-specific basis, assess the presence and intensity of currently allowed (permitted and non-permitted) recreational activities.  The assessment should include distance, frequency, duration, and source of the disturbance.  If recreation is determined to be a problem (e.g., increased OHV or hiking use), limit human activities during the breeding season in areas occupied by owls (timing may vary depending on local nest chronology).  Disturbance here is defined as the presence of 1 -12 people; group sizes exceeding 12 people should not be allowed.  In areas where nest and roost sites are not identified, human disturbance should be limited to $\leq$2 disturbances per hour (averaged over a 24 hour period) throughout the PAC. Where nest and roost sites are known, disturbance should be limited to $\leq$2 disturbances per hour (averaged over a 24 hour period) within line of sight of the nest/roost sites.  In some cases, disturbances may be avoided by routing trails and recreational uses (e.g., OHV use) outside of PACs through signing in order to designate zones free from human disturbances during critical periods.

3)  Seasonal closures of specifically designated recreational activities (e.g., OHV use, rock climbing, or biking) should be considered where disturbance to breeding owls seems likely.

4)  Conduct education through signing, interpretation events, access permitting, or other information sources to inform the public of proper and legal behaviors when encountering owls. For example, land managers in some areas are maintaining permanent, all-weather signs that inform the public that the area is home to a sensitive species; visitors should stay on the trail and be as quiet and unobtrusive as possible.

5)  If owls are not detected in a PAC during the breeding season, restrictions on non-habitat-altering recreation can be relaxed depending on the nature and extent of the proposed disturbance.

i.  Scientific Exploitation

Although we do not view research and monitoring activities as a significant threat to the Mexican spotted owl (see Part II.H.3.b of Recovery Plan), such activities may on occasion alter owl habitat, influence owl behavior, or harm or kill owls.  Whereas long-term benefits to owls from these activities can be substantial, safeguards are needed to ensure that any negative short-term effects are acceptable.

Guidelines

1)  Quality assurance and quality control procedures should be applied to all scientific studies that may directly or indirectly affect owls or owl habitat.  Quality assurance requires that study plans undergo appropriate levels of review, revision, and approval.  Quality control means that methods of data collection adhere to prescribed standards.

294

BLM_0071747

2)   All scientific activities that have potential to harm owls or owl habitat should undergo FWS review and concurrence.  Concurrence is demonstrated by granting appropriate permits.  Applications for these permits routinely requires a review of the techniques to be used and a finding that those techniques are generally acceptable and have a low risk of causing harm or death.

3)   Contingency plans (e.g., how an injured owl will be treated or transported and where an injured owl will be taken) for dealing with injured owls should be included as part of the study proposal submitted with the permit application.  In addition, many researchers must undergo approval of animal care and use by their employing institutions.

4)   Annual reports are required from all permit holders.

5)   All owl mortalities are reported to FWS within 48 hours of being discovered.  If a particular study or a particular activity results in an undue number of mortalities, FWS will convene an independent expert panel to evaluate the situation and propose recommendations to continue, adjust, or cease the activity resulting in mortalities.

6)   Radio-marking spotted owls likely poses the highest risk among typical research activities.  This risk may be alleviated partially by adhering to marking requirements issued by the Bird Banding Lab.  For example, these guidelines restrict transmitter packages (includes the transmitter, antenna, and attachment materials) to ≤3% of body weight.  We endorse that restriction but also note that past studies have demonstrated that spotted owl body mass can fluctuate by up to 5% between years and/or seasons.  Therefore, we recommend that transmitter packages used on Mexican spotted owls not exceed 16 g for female owls and 14 g for male owls.  These guidelines should ensure that transmitter packages are light enough to be tolerated even if owls undergo significant loss of body mass.

7)   Radio transmitters have been attached to spotted owls successfully using both backpack and tailmount attachments.  Any other attachment methods should be viewed as experimental and should be tested on captive spotted owls before deployment in the field, if possible.  If captive spotted owls are not available, experimental attachment methods should be tested on captive barred owls, with transmitter weight adjusted to account for increased body mass of barred owls.  If neither of the above options are possible, then experimental attachments should be tested on a very small sample of wild spotted owls, and results should be monitored before allowing widescale use of the method.

8)   All radios should be attached by researchers with demonstrated expertise in handling raptors and attaching transmitter packages to raptors.  Experience with spotted owls and the specific attachment method in use is preferable here.

j.   Noise

The following guideline applies to areas within PACs during the breeding season (1 Mar - 31 Aug).  If non-breeding is inferred or confirmed that year per the accepted survey protocol, restrictions on noise disturbances should be relaxed depending on the nature and extent of the

295

BLM_0071748

proposed disturbance.  The recommendation is based in part on Delaney et al. (1999a,b), Delaney and Grubb (2003), and Pater et al. (2009).

Guidelines

1)  Managers should, on a case-specific basis, assess the potential for noise disturbance to nesting owls.

2)  Breeding-season restrictions should be considered if noise levels are estimated to exceed 69 dBA (A-weighted noise level) (~80 dBO [owl-weighted noise level, Delaney et al. 1999b]) consistently (i.e., >twice/hour) or for an extended period of time (>1 hr) within 50 m (165 ft) of nesting sites (if known) or within entire PAC if nesting sites are not known.

3)  If owls are not detected during approved-protocol surveys in a PAC during the breeding season, restrictions on noise disturbances can be relaxed depending on the nature and extent of the proposed disturbance.

k.  Climate Change

Given mounting empirical evidence and model-based predictions for effects of climate change in the United States, a central dictum, under an uncertain future, is that no single management approach for intervention will fit all situations (Spittlehouse and Stewart 2003, Hobbs et al. 2006).  A toolbox approach, from which various treatments and practices can be selected and combined to fit unique local settings, will be most useful (Millar et al. 2007).  Our recommendations for addressing the effects of climate change on the owl are primarily based on the Intergovernmental Panel on Climate Change's *Climate Change and Biodiversity* technical paper (Gitay et al. 2002), Mawdsley et al. (2009) adaptation strategies for wildlife management, and the Millar et al. (2007) conceptual framework for managing forested ecosystems.  Our recommendations include mitigation strategies (i.e., actions that reduce causes of stress) and adaptation strategies (i.e., actions that help forested ecosystems accommodate change).  Our recommendations for climate change are consistent with all other guidelines and recommendations for the owl within this plan.

Mitigation Strategies

1)  *Reduce Non-Climate Stressors*.  Reduce or remove other non-climate stressors, including: scientific exploitation, noise disturbance, recreation disturbance, negative effects from grazing, and land development (see specific recommendations).  Ameliorating non-climate stressors will provide the owl sufficient time to respond to local effects of climate change, including, for example, future range shifts or modifications in home range boundaries.

2)  *Prioritize Forest Management*.  Increased fire severity and incidence of stand replacing wildland fire, and extensive tree mortality as a result of insect and disease, are predicted to be primary sources of unintentional carbon emissions from forests in the western U.S. (Stephans et al. 2005).  We support management strategies that will decrease release of carbon from forests and increase forest resistance to fire, drought, and disease.  Priority-setting approaches (e.g.,

BLM_0071749

triage) will be necessary for rapidly changing conditions, for example, reducing the density of small trees (see our recommendations for thinning in PACs), increasing BA of large trees, and protecting old-growth stands following Table C.3.

Adaptation Strategies

1) *Promote Forest Resistance.* Resistance strategies forestall impacts and protect highly valued resources. Resistance practices are recommended because they have potential to improve forest defense against direct and indirect effects of rapid environmental changes. An obvious strategy to promote resistance that will benefit the owl would include reducing undesirable or extreme effects of fires, insects, and disease through active forest management (see our recommendations and guidelines regarding fire management, WUI, and insect and disease).

2) *Promote Forest Resilience.* Resilience strategies improve the capacity of ecosystems to return to desired conditions after disturbance. Promoting resilience is the most commonly suggested adaptive option discussed in a climate-change context. Resilient forests are those that not only accommodate gradual changes related to climate but tend to return toward a prior condition after disturbance either naturally or with management assistance. This strategy intentionally accommodates change rather than resisting it but has the goal of enabling or facilitating forest ecosystems to respond adaptively as environmental changes accrue. The strategic goal is to encourage gradual adaption and transition to inevitable change, and thereby to avoid rapid threshold or catastrophic conversion that may occur otherwise. One way to achieve resilience is to promote diverse age classes and species mixes both within-stand and across landscapes and reduce stressors to forest habitat (i.e., by thinning overstocked stands and restoring fire-adapted ecosystems). Treatments implemented should mimic, assist, or enable ongoing adaptive processes such as owl dispersal and range expansion, for example promoting connected landscapes and minimizing physical and biotic impediments to movements (see our recommendations for Recovery Areas).

3) *Anticipate Surprises.* Evidence is accumulating that species interactions and competitive responses under changing climates can be complex and unexpected. Abrupt invasions, changes in population dynamics, and long-distance movements of native and nonnative species are expected in response to changing climates. Managers should strive to anticipate events outside the range of conditions in recent history. For example, changes in barred owl distribution and abundance should be monitored for potential effects on spotted owls.

4) *Use Adaptive Management and Monitor.* Given long-term uncertainty, it is imperative to "learn-as-you-go," following an adaptive management strategy. Although general principles will hopefully emerge, the best preparation is for managers and planners to remain informed about emerging climate science as well as land-use changes in the Southwest, and to use that knowledge to shape effective management decisions for owl habitat. Following our General Management Recommendations, we recommend that vegetation manipulations be designed within an adaptive management framework. Rigorous monitoring systems will provide information that managers can use to adjust or modify objectives and activities. Long-term monitoring of owl site occupancy, extinction, and recolonization rates using appropriate designs will be imperative in light of climate change and evaluating efficacy of management objectives.

BLM_0071750

l.  West Nile Virus

The Recovery Team does not currently view West Nile virus (WNV) as a threat to Mexican spotted owls, as the virus has never been detected in this subspecies to our knowledge. However, given the fact that the virus occurs within the range of the Mexican spotted owl and that spotted owls have shown vulnerability to it, we believe the following measures are prudent.

<u>Guidelines</u>

1)  As suggested by Hull et al. (2010) in reference to their work on California spotted owls in the Sierra Nevada, estimating spotted owl survival rates and identifying causes of death would help determine whether WNV is a significant threat to the population.  We recommend that well-distributed demographic studies be carried out and that populations exhibiting significant downward population trends, especially in absence of other identifiable causes, be investigated for the possibility of WNV-caused epizootics.

2)  Similarly, if routine spotted owl surveillance indicates the disappearance of birds from a given area, the possibility of WNV should be investigated.

3)  Local biologists should monitor reports of avian mortality on the Centers for Disease Control and Prevention (CDC) website (<u>www.cdc.gov</u>) as well as those of state and county health departments.

4)  If any of the above situations lead to suspicion of a WNV epizootic, conduct surveillance for the disease using standard arbovirus surveillance techniques.  The CDC website contains a wealth of information on this subject, and state and county public health agencies can also be of assistance.

5)  Finally, although we do not recommend that spotted owls be captured and sampled specifically for WNV absent the exigent circumstances described above, biologists who become aware of spotted owl captures for other purposes should look into asking researchers to collect saliva swabs or other minimally invasive samples.  If researchers are also collecting blood or other tissue samples, testing of those for WNV antibodies is advised.  Again, state and county health departments can provide information on this process.

BLM_0071751

## APPENDIX D - MEXICAN SPOTTED OWL SURVEY PROTOCOL

## U.S. FISH AND WILDLIFE SERVICE, 2012

## INTRODUCTION

The following field survey protocol is designed for detecting Mexican spotted owls (hereafter, "owl"; *Strix occidentalis lucida*) and for surveying areas where human activities might remove or modify owl habitat, or otherwise adversely affect the species. The owl was federally listed as threatened on March 16, 1993 (58 FR 14248). Federal agencies are not required to conduct surveys for listed species prior to preparing a biological assessment under the Endangered Species Act ["Act"; see 50 CFR 402.12(f)]. However, Federal agencies are required to provide the best scientific information available when assessing the effects of their actions to listed species and critical habitat [50 CFR 402.14(d)]. In the absence of necessary information, the U.S. Fish and Wildlife Service (FWS) gives the benefit of the doubt to the listed species [H.R. Conf. Rep. No. 697, 96th Cong., 2nd Sess. 12 (1979)].

This survey protocol expresses the FWS's scientific opinion on adequate owl survey methods and includes guidance and recommendations. It does not constitute law, rules, regulations, or absolute requirements. Our knowledge is continuously developing and changing; therefore, this protocol, which is based upon the best scientific data available, is a work in progress. This protocol will be modified as new information becomes available. The public will be notified of changes to the protocol and surveyor qualifications through postings to the FWS's Arizona Ecological Services Field Office (AESO) (http://www.fws.gov/southwest/es/arizona/MSO). We encourage submissions to us (email submissions to Shaula_Hedwall@fws.gov) at any time of any information that can add to our understanding of what is needed to provide for long-term conservation of this species and its ecosystem. Persons conducting owl surveys must be covered under a research and recovery permit under Section 10(a)(1)(A) of the Act in order to avoid unauthorized harassment of owls, which could violate the prohibitions of Section 9 of the Act. However, no other Federal permitting requirements are implied, though individual states might have their own permitting requirements. Circumstances dictate how owl surveys are implemented. If surveys cannot be accomplished pursuant to this protocol, we recommend contacting the nearest FWS Ecological Services Field Office (ESFO) for guidance on additional survey methods before proceeding.

The FWS endorses the use of this protocol for obtaining information on owl occupancy within and adjacent to proposed project areas. This protocol helps the public and agency personnel determine whether proposed activities will have an impact on owls and/or owl habitat. A properly conducted survey will help agencies determine whether or not further consultation with the FWS is necessary before proceeding with a project. Any information on owl presence within and/or adjacent to the proposed planning or activity areas is important, even if it does not meet the guidelines described below. However, if the only owl location information available for a proposed project was acquired through surveys not conducted in accordance with this protocol, the FWS may conservatively assess the impacts of the proposed management activity on owls, (e.g.) assume the species is present in or near the action area if the best available information

299

makes such an assumption reasonable.  This survey protocol is not designed for monitoring owl
population trends or for research applications.

The generally accepted protocol for inventorying Mexican spotted owls was developed by the
Southwestern Region of the U.S. Forest Service (FS) in 1988.  The protocol was revised in 1989
and in 1990 it was appended to the Forest Service Manual.  The protocol, as an element of
Interim Directive No. 2, had an official duration of 18 months but has served as the guidance
accepted by most agencies and individuals conducting surveys for owls on public lands
throughout Arizona, New Mexico, Utah, and Colorado through 2003.  The FS reissued the
inventory protocol in 1994, again in 1995, and then issued the latest version in February 1996.
The FS incorporated recommendations from the draft and subsequent final Recovery Plan for the
Mexican Spotted Owl (USDI FWS 1995) regarding the designation of protected activity centers
(PACs) around owl locations but did not modify the overall survey design.

Through application of and the use of the data gathered by the existing protocol under informal
and formal consultations under Section 7 of the Act, the FWS has found instances where the
refinement of the protocol would benefit both the species and those working with it.  On January
26, 1998, the FWS met with a group of experts to review the FS protocol and available literature
and to improve and update the document.  The following draft document is the result of those
discussions and subsequent review by FWS biologists and Mexican Spotted Owl Recovery Team
members.

This protocol provides a FWS-endorsed method to:  1) make inferences regarding the presence
or absence of owls in a defined area; 2) assess occupancy and nesting status, and locate nests, in
PACs or in areas where habitat alterations or disturbances to owls are likely to occur; and, 3)
provide information to allow designation of PACs.

The primary objective of conducting surveys using this protocol should be to locate and observe
the nest of a Mexican spotted owl or young.  These observations provide the most reliable and
efficient information for documenting presence and delineating potential nest core areas or roost
sites (Ward and Salas 2000).  Because spotted owls do not nest every year, the alternative, and
often default outcome, is to observe adult or subadult spotted owls at daytime roosts.  However,
it can take up to four years of roost location data to effectively delineate owl core activity areas
(Ward and Salas 2000).  Locating a resident owl's nest or young may be accomplished most
effectively using the mousing technique described in the protocol below (and see Forsman 1983).
The mousing technique requires that personnel are trained in proper care and handling of live
animals for research, and that, when conducting daytime follow-up surveys, they procure and
carry "feeder" mice into the field (American Society of Mammalogists 1998, National Academy
of Sciences 1996).

Individuals surveying for owls should meet certain training standards.  Experience will be
reviewed and approved during a surveyor's application for an FWS issued Section 10(a)(1)(a)
recovery permit.  These standards strongly encourage surveyors to have knowledge of this
protocol and the ability to identify owls visually and vocally, determine sex and age of owls,
imitate vocal calls of the owls if not utilizing a tape recording of the calls, and identify other
local raptor species.  Orienteering skills, including use of map, compass, and/or Global

300

BLM_0071753

Positioning System (GPS) units, are essential.  Surveyor safety should be of primary importance. Those surveying for owls who do not meet these training standards could "take" owls by harming or harassing them, resulting in criminal or civil penalties.

## MEXICAN SPOTTED OWL SURVEY PROTOCOL

The most efficient way to locate owls is to imitate their calls (Forsman 1983).  The owl is territorial and responds to imitations of its common vocalizations.  Night calling is used to elicit responses from owls and locate the general areas occupied by them.  Daytime follow-up visits are used to locate roosting and/or nesting owls and to further pinpoint the activity centers of individual owls.  If owls are located, mice are offered to them to locate mates, nests, and young. The information collected from nighttime calling surveys and daytime follow-up surveys assist biologists and land managers to determine whether areas are occupied or unoccupied by owls and to determine the owl's reproductive status.

Throughout this protocol, all bold-faced terms are included in the glossary.  Only the first use of the term is bold-faced.  An outline summarizing the primary steps for implementing the protocol appear below.

## 1. Survey Design

The survey design uses designated **calling routes** and **calling stations** to locate owls.  The intent of establishing calling routes and calling stations is to obtain **complete coverage** of the survey area so that owls will be able to hear a surveyor calling and a surveyor will be able to hear the owl(s) responding.

A.  The survey area should include all areas where owls or their habitat might be affected by management actions.  If an area is relatively large, it can be subdivided into manageable subunits to achieve the best survey results.  In general, the survey area should include the survey area <u>and</u> an 800-meter (0.5-mile) area from its exterior boundaries.  Within the project area, all areas that contain forested **recovery habitat**, riparian forest, and canyon habitat, or might support owls, are surveyed as defined in this revised Recovery Plan. Descriptions of owl habitat for different areas and physiographic provinces should be available from various state and Federal wildlife agencies.

Where known **protected activity centers (PACs)** exist within the survey area, calling routes can be adjusted to lessen disturbance to established PACs.

B.  Owl surveyors should establish calling routes and calling stations to ensure complete coverage of the survey area.  The number of calling routes and calling stations will depend upon the size of the area, topography, vegetation, and access.  Calling stations should be spaced from approximately 400 meters (0.25 mile) to no more than 800 meters (0.5 mile) apart depending upon topography and background noise levels.  Nighttime calling routes and calling stations should be delineated on a map, reviewed in the field, and then relocated, as necessary, to improve the survey effectiveness.

BLM_0071754

## 2.  Survey Methods

Owls are usually located using nocturnal calling surveys where a surveyor imitates the territorial calls of an owl (Forsman 1983).  Upon hearing a suspected intruder within their territories at night, most owls respond by calling to and/or approaching the intruder.

## A.  CALLING

1.  Owls call during all hours of the night.  However, optimal survey times include two hours following sunset and two hours prior to sunrise, and surveys should be concentrated around these periods.

2.  Surveys should use nighttime surveys for all calling routes in the survey area unless safety concerns dictate that a daytime survey is necessary.

3.  Calls can be imitated by the surveyor or by playing recordings of owl vocalizations.  If a tape recorder is used, both the tape and tape deck used should be of high quality.  Tape decks should have a minimum output of 5 watts (Forsman 1983).

4.  The vocal repertoire of owls consists of a variety of hooting, barking, and whistling calls (Ganey 1990).  Three call types accounted for 86 percent of calling bouts heard in Arizona: four-note location call, contact call, and bark series.  The four-note call appears to be used the most frequently by owls defending a territory.  It is suggested that surveyors use all three of these calls during surveys, with the four-note call as the primary call.

5.  Surveyors should discontinue calling when a potential owl **predator** is detected, and should move on to another calling station out of earshot of the predator before resuming calling.  Surveyors should return at a later time to the station(s) skipped to complete the calling route.  If the predator is detected again, the surveyor may try active listening rather than calling at the station.  Other solutions completing routes with high-densities of predators, such as great-horned owls, may include active listening at these stations in order to complete the route.  Please contact the FWS Mexican spotted owl lead if there are concerns regarding spotted owl predator detections on survey routes.

6.  Surveyors should avoid calling for owls during periods of rain or snow, unless there is only a light misting of rain or snow that would not affect the surveyor's ability to detect owls.  Surveying during inclement weather could prevent a surveyor from hearing owl responses and reduce the quality of the overall survey effort.  Negative results collected under inclement weather conditions are not adequate for evaluating owl presence/**absence**.  There is also the added risk of inducing a female owl to leave the **nest** during inclement weather and potentially jeopardizing nesting success.

7.  Calling should not be conducted when the wind is stronger than approximately 24 km (15 miles) per hour or when the surveyor feels that the wind is limiting their ability to hear an owl.  Consider using the Beaufort Wind Strength Scale.  Level 4 describes winds 21 to 29

BLM_0071755

km (13 to 18 miles) per hour as a moderate breeze capable of moving thin branches, raising dust, and raising paper.

## B. SURVEYS

To ensure complete coverage of the survey area, surveyors should select the best survey method for the situation and/or terrain.  An owl survey might require a combination of methods, which are defined below, including:  1) calling stations; 2) continuous calling routes to obtain complete coverage of an area; and, 3) leapfrog techniques.  Each of these methods is designed for nighttime calling and involves calling for owls and listening for their responses.  All surveys where occupancy status is unknown should include nighttime calling.

It is <u>imperative</u> that, whatever method is used, surveyors actively listen during owl surveys.  Owls may respond only once; therefore, surveyors must concentrate on listening at all times during surveys.  In addition to active listening, surveyors should watch for owls that might be drawn in but do not respond vocally.

## 1. CALLING STATIONS

a. **Spacing** - Calling stations should typically be spaced approximately 400 meters (0.25 mile) to no more than 800 meters (0.5 mile) apart depending on topography and background noise.  In some situations (i.e., complex topography, etc.), establishing calling stations <400 meters apart and more calling stations increases the likelihood of detecting owls.  In canyon habitat, if surveying from the canyon bottom, stations should be placed at canyon intersections.  If surveying canyons from the rims, calling stations at points and canyon heads should be included.

b. **Timing** - Surveyors should spend at least 15 minutes at each calling station: 10 minutes calling and listening in an alternating fashion, and the last 5 minutes listening.  Owl response time varies, most likely because of individual behavior.  Some owls will respond immediately, some respond following a delay, and some do not respond.  In canyon habitat, it is recommended that surveyors spend a minimum of 20 minutes (30 minutes, if possible) at each station.

c. **Visitation** - Vary the sequence of visitation to calling stations, if possible, during subsequent visits to the area.  For example, the order of the calling stations can be reversed.  Varying the order of calling stations avoids potential bias related to time of night or other factors.

d. **Intermediate calling stations** should be used when factors decrease the probability of achieving complete coverage using the originally designated stations, or as triangulation points for determining nighttime owl locations.  Use of intermediate calling stations can increase the likelihood of detecting owls and, thus, allow for stronger inference regarding the absence of an owl within the area.

BLM_0071756

2. CONTINUOUS CALLING METHOD

In some cases, using continuous calling is appropriate.  Continuous calling involves imitating owl calls at irregular intervals while walking slowly along a route and stopping regularly to listen for owl responses.  Because of the sounds produced by walking (e.g., snapping twigs, pinecones, etc.), surveyors utilizing this calling method must concentrate on active listening.  In canyon habitat, the continuous calling method is only recommended when combined with calling stations.

a.  The surveyor should walk slowly (5 km per hour [3.3 miles per hour]) so as to minimize the possibility that an owl responds after surveyors are out of hearing range (i.e., allow time for owls to respond).

b.  The surveyor must stop regularly (400 meters [0.25 mile]) along the route to listen for owl responses.

3. LEAPFROG METHOD

The leapfrog method is very useful when roads allow for coverage of all or a portion of the survey area.  This method requires two people and a vehicle.

a.  One surveyor is dropped off and begins calling while the other person drives the vehicle ahead at least 800 meters (0.5 mile).  The second person then leaves the vehicle for the first person and proceeds ahead while calling.

b.  Each surveyor should follow the continuous calling method.  The first person continuously calls as he or she walks towards the vehicle, drives the truck at least 800 meters (0.5 mile) past the second person (i.e., "leapfrogs"), leaves the vehicle there and resumes calling along the survey route.

c.  Surveyors should repeat this procedure until complete coverage of the survey area is accomplished.

**3.  Number and Timing of Surveys**

Owl detection rates change with season, owl activity, and habitat.  Ganey (1990) found that calling activity was highest during the nesting season (March-June).  Information from past survey efforts indicate that owl response can also vary with habitat type and/or reproductive chronology (Fig. D.1).  Generally, late March through late June is the optimal time period to detect owls.  Surveys conducted during March-June will increase the likelihood of detecting owls.  Additionally, if owls are <u>not</u> detected when surveys are conducted properly and at these peak times, then inferences about absence of owls in a given area will be stronger.  It should be noted that responses in September can be used only to document presence.  Surveys in September are not reliable for locating nests, delineating PACS, and/or inferring absence.

304

Specific criteria on number and timing of surveys are used to determine whether a **complete inventory** has been accomplished. A complete inventory requires that at least four properly scheduled complete surveys be accomplished annually for two years. Additional years of surveys strengthen any inferences made in cases where owls are not detected. If habitat-modifying or potentially disruptive activities are scheduled for a particular year, the second year of surveys should be conducted either the year before or the year of (but prior to) project implementation. In other words, projects should occur as soon as possible after completion of surveys to minimize the likelihood that owls will be present during project implementation. If more than five years have elapsed between the last survey year and the initiation of the proposed action, then one additional year of survey is recommended prior to project implementation.

A. In compliance with the guidelines in B through G below, surveyors should conduct four **complete surveys** during each breeding season. A complete survey can be a combination of a pre-call (daytime reconnaissance of habitat to be night called), a nighttime calling survey, and, if owls are detected, a **daytime follow-up survey**. If owls are not detected during daytime calling, night calling must be completed. However, if owls are located during a pre-call, night calling of the survey area is not required. Surveyors might want to conduct additional surveys if there is evidence that additional owls remain undetected in the area.

B. The four complete surveys must be spread out over the breeding season (1 March - 31 August) by following one of three recommended scheduling scenarios:

   1. Conducting two to four surveys during 1 March - 30 June, with no more than one survey in March. Owl calling activity tends to increase from March through May (Ganey 1990), so this time period is optimal for locating owls.

   2. Completing all surveys by 31 August, with no more than one of the four required surveys conducted in August. Owl response rates tend to decrease by July (Ganey 1990). By September, juveniles have usually dispersed and adults are not necessarily on their territories. If additional surveys are needed (e.g., more than the recommended four surveys), then more than one complete survey could be completed in August.

   3. Allowing at least five full days between surveys. For example, assume a visit ends on 30 April. Using a proper five-day spacing (1-5 May), the next possible survey date would be 6 May (see section 3.D below for an exception to this rule).

C. A complete survey of the area should be conducted within seven consecutive days. If the area is too large to be surveyed in seven consecutive days, it should be divided into smaller subunits based on available owl habitat, topography, and other important factors.

D. In **remote areas,** surveyors can conduct two complete surveys during one trip into the area, so long as surveyors allow a minimum of two days between complete surveys. Conduct all field outings required for a complete survey prior to repeating any route for the second survey. Wait a minimum of 10 days before starting the next two surveys. **<u>Areas defined as remote should be cleared with the FWS prior to proceeding with this deviation from the survey protocol.</u>**

BLM_0071758

E.  The two- to three-hour periods following sunset and preceding sunrise are the peak owl calling periods and the best times to locate owls in or near day **roosts** or nests.

F.  Surveys can be discontinued in a given area when data indicate that the entire survey area is designated as PACs.

G.  Vocal or visual locations of owls outside the breeding season (1 September - 28 February) as extra information can be of assistance in locating nesting owls in the upcoming breeding season.

**4.  Methods After Detecting a Mexican Spotted Owl**

Once an owl has been detected, the following should be done:

A.  Record the time the owl(s) was first detected, the type(s) of call(s) heard (if any), the owl's sex, and whether **juveniles** were detected.

B.  Record a compass bearing from the surveyor's location to the location where the owl was heard and/or visually observed.  If possible, triangulate the owl's location, taking compass bearings from three or more locations and estimate the distance to the owl.  Record both the location where the owl responded from and the surveyor's calling location and triangulation locations on a map or photo attached to the survey form.  The surveyor should know her/his location at all times.  Triangulating provides an accurate means to map the owl's location.  Attempt to confirm the presence of the owl(s) with a daytime follow-up visit (see section 5 below).  Daytime owl locations, particularly of nests and young of the year, are very important in determining activity centers.

C.  If the owl is heard clearly, and the call type and direction are confirmed, there is no need to continue calling.  If, however, there is some doubt as to whether a response was detected, or from which direction, the surveyor should listen carefully for a few minutes, as an owl may call again if given the opportunity.  If the owl does not respond after two to five minutes, the surveyor should continue calling to confirm owl presence and better assess the direction of the call.  Do not call any more than is necessary.  By stimulating the owl(s) to move you may harass a female owl off a nest or increase an owl's risk of predation.

D.  Owls may move before or after they begin calling.  Every effort should be made to estimate the location of the owl when the first response was heard.  After you have determined the owl's location (see section 4.B above), move approximately 800 to 1,200 meters (0.5 to 0.75 mile) away (depending upon topography) before continuing surveys to avoid response by the same owl.  If the owl responds from the original detection area, then move farther away before continuing to call.

BLM_0071759

E.  Record the approximate location (bearing and distance), sex, age, and species of all other raptors heard in the survey area.

F.  Conduct a daytime follow-up survey as soon as possible (see section 5 below).

**5.  Conducting Daytime Follow-up Surveys**

As with nighttime surveys, follow-up daytime searches ensure quality of results and standardization of effort.  Calling to elicit territorial responses is also used during daytime follow-up visits.  A daytime follow-up survey helps locate owl roosts, nest sites, and young of the year (during 1 Jun - 1 Aug) by conducting an intensive search within the general vicinity of the original night response location.  Owls tend to be more active in the early morning and late evening.  During the day, owls are sleepy and do not always readily respond to calling, especially on warm days.  Therefore, it is critical that surveyors conduct a thorough daytime search of the response area.  Surveyors should spend enough time within the response area to cover all habitats within at least an 800-meter (0.5 mile) radius of the response location.  This involves walking throughout the area, calling, listening, and watching for owl sign (e.g., whitewash, pellets, etc.).  The FWS recommends that a minimum of one hour be spent searching for owls (regardless of the number of people surveying).

A.  Complete a daytime follow-up survey as soon as possible, but within a maximum of 48 hours after owls are detected during nighttime surveys.  The optimum daytime follow-up time is the morning following the nighttime detection.  In general, the longer the time delay between the nighttime response and daytime follow-up survey, the smaller the probability of locating the bird and finding its roost or nest location.  This is especially true if the owl(s) are not nesting.  If the daytime follow-up survey is performed longer than 48 hours after the nighttime detection and no owls are found, the survey is considered incomplete and the survey must be re-done.

B.  Conduct daytime follow-up surveys in the early morning or late afternoon/early evening.  The optimal dawn period is 0.5 hour before sunrise to two hours after sunrise and the optimal dusk period is two hours prior to sunset; each daytime follow-up visit should include one of these time periods.  Investing time in searching for the owl during these times will provide a more reliable inference of absence in the case where the owl cannot be located.  For areas where spotted owls have been observed during the daytime during previous years, an initial survey in late April through mid-May can often elicit a response.  However, non-responses are not that meaningful in documenting absence without nighttime surveys because owls could have moved to another nesting or roosting grove.  Initial daytime surveys can be an efficient way to start each survey season where owls have been found in the past.  If the initial daytime survey is unsuccessful (i.e., no response is heard), then nighttime surveys should be used to locate owls before attempting additional daytime surveys.

C.  The search area for a daytime follow-up survey is a specific, smaller area within the broader survey area in which an owl was detected.

307

BLM_0071760

1. Minimum search area is all recovery habitat within at least an 800-meter (0.5-mile) radius of a nighttime owl response.

2. The search area should center on the location of the owl or owls that were heard during the nighttime survey. If there is some uncertainty, focus the search on the best nesting and roosting habitats (e.g. see Ward and Salas 2000).

3. Aerial photos and maps of the area should be studied to identify habitat patches and topographic features, such as canyons or drainages, to prioritize daytime survey locations. In forested areas, spotted owls often roost in first- and second-order tributaries (Ward and Salas 2000).

D. To conduct a thorough search for owls, the surveyor should systematically walk and call all forested recovery, riparian forest, and canyon habitats within the search area. As with nighttime surveys, be aware that owls often fly into the area to investigate; thus, surveyors must also attentively watch for owls. Surveyors should also search for signs of owls such as pellets, white wash, or molted feathers. However, pellets and whitewash alone are not sufficient to document owls. Mobbing jays or other birds can also be a sign that an owl is present.

E. If a daytime follow-up visit is not completed for any reason, or the search effort was not thorough because of the presence of predators or weather, a second follow-up visit should be conducted as soon as possible.

F. If no owl(s) are located during complete daytime follow-up visits, the surveyor should return to conduct nighttime surveys. Four complete surveys to an area are recommended by the survey protocol, but surveyors should assess the confidence of the nighttime and daytime responses and determine if additional nighttime surveys are needed to more accurately determine the location of the responding owl(s). Field personnel conducting surveys need to be given the flexibility to return as many times as necessary to find the owl(s).

G. As with nighttime surveys, daytime follow-up surveys should not be conducted in inclement weather and surveyors should avoid calling when potential owl predators are present.

H. Surveyors should minimize the amount of incidental disturbance to owls. For example, surveyors must not linger in nest sites or over-call in an area.

## 6. Methods If Mexican Spotted Owls Are Located on a Daytime Follow-up Visit

Mousing is the primary tool to locate an owl's mate, young, and/or nest. Mousing entails feeding live mice to **adult/subadult** owl(s) and observing the owl's subsequent behavior. Surveyors should be prepared to offer four mice (one at a time) to at least one member of the pair or to a single owl located on the daytime follow-up visit. For surveyors to draw conclusions about reproductive status, the owl must take at least two mice before refusing them. A mouse is considered "refused" if, after 30 minutes, it has not been taken by an owl.

308

BLM_0071761

If an owl takes a mouse and flies away, the surveyor should follow it as closely as possible to determine where it takes the mouse. If the surveyor is unable to follow the owl, and doesn't know if it took the mouse to a mate, nest, or fledged young, then the fate of that mouse cannot be counted toward the four-mouse minimum described above. Surveyors should be ready to rapidly pursue owls that take mice, as owls sometimes fly several hundred meters with mice to reach their nests or young. It is not necessary to complete the four mice minimum after a mouse has unequivocally been taken to a nest.

Owl pairs are determined to be non-nesting if a single owl eats and/or caches all four mice or eats and/or caches two mice and refuses to take a third. A mouse is cached when the owl puts the mouse in a tree or on the ground and then leaves the mouse or the owl perches with the mouse for at least one hour and gives no sign of further activity. Do not feed any more mice than necessary to determine pair status, nest location, and/or reproductive status (i.e., if all observed juveniles have received a mouse then number of young produced is determined and there is no need to continue mousing). Dropped mice or mice whose fates are unknown do not count toward the total of four mice needed to complete the protocol.

Ancillary notes on an owl's behavior during the mousing attempts are also very important to record. These observations can help clarify situations in which incomplete information was collected. For example, if a male is given a mouse and begins to make single-note contact calls while looking in a specific direction in April-June, that is often a good clue that a mate, nest, and/or young may be present. Sometimes observers are too close to other owls or the nest for the "true" mouse fate to be observed. Such observations should trigger another daytime follow-up to secure the location of a mate, nest, or young of the year. For these types of additional follow-up surveys, nighttime calling is usually not necessary.

### 7.  Determining Status from Nighttime Surveys and Daytime Follow-up Visits

A.  "Pair status" is established by any of the following:

1.  A male and female owl are heard and/or observed in proximity (500 meters or 0.31 mile apart) to each other on the same visit.
2.  A male takes a mouse to a female (see section 6 mousing guidelines).
3.  A female is observed or heard on a nest.
4.  One or both adults are observed with young.
5.  At least one young of the year is observed.

B.  "Single status" is inferred from:

1.  A daytime observation on a single occasion or nighttime responses of a single owl within the same general area (within 500 meters or 0.31 mile) on two or more occasions, with no response by an owl of the opposite sex after two complete inventories (two years of survey); or

309

2. Multiple responses over several years from a bird of the same sex (i.e., two responses in the first year of surveys and one response in the second year of surveys, from the same general area).

Determining if the responses occur within the same general area should be based on topography and the location of any other known owls in the surrounding area.

C. "Two birds, pair status unknown" is inferred from:

The presence or response of two owls of the opposite sex where pair status cannot be determined.

D. "Status unknown" is inferred by:

The response of a male and/or female spotted owl that does not meet any of the above criteria. We recommend additional years of survey if this is the site status following a complete inventory of the site.

E. "Absence" is inferred:

If a complete inventory has been conducted according to this protocol, or an alternative protocol approved by the FWS, and no owls are heard. However, absence does not necessarily indicate that owls never occupy the area.

F. Separate territories are inferred by:

When two responses are recorded from owls that are more than 800 meters (0.5 mile) apart. These responses should be considered from individuals in separate territories unless daytime follow-up visits indicate otherwise. Ideally, surveyors on two or more crews should coordinate efforts to begin calling simultaneously near each suspected activity area to rule out the existence of multiple territories. If more than one survey crew elicits responses from owls of the same sex at roughly the same time, then two or more territories probably exist. However, if responses vary from those above, the results are considered inconclusive and additional attempts to determine status should continue. Keep in mind that some spotted owls shift their use of an area after failing to nest in a given season. Hence, responses heard in July that are 800 meters (0.5 mile) from a pair that was nesting in April or early May could be from the same individuals.

**8. Determining Nesting Status and Reproductive Success**

Determining reproductive success is not required if breeding season restrictions that protect owl reproduction are applied to all management projects in any given year. However, reproduction surveys are always valuable as they can provide information on nest tree locations, which provide the best data for determining 100-acre **core areas** (Ward and Salas 2000) and delineating PAC boundaries as recommended in the revised Recovery Plan. If the exact location of the nest is not determined, but juveniles are seen prior to August, the area where the juveniles are seen

BLM_0071763

can be referenced as the **nest stand**.  There are two stages of reproduction surveys: nesting status and reproductive success.

A.  Determining Nesting Status:

1.  Nesting-status surveys should be conducted between 1 April and 1 June.  The start date is based on nesting initiation dates.  Young identified after 1 June would still confirm that nesting occurred but would not allow identification of the exact location of the nest.  However, young observed prior to August are usually within 400 meters (0.2 miles) of the nest of that year (Ward and Salas 2000) and this information can be useful in delineating a 100-acre nest buffer.

2.  Mousing should be used to determine nesting status.  The site is classified as nesting, non-nesting, or unknown nesting status based on the surveyor's observations.

3.  Two observations at least one week apart are necessary to determine nesting status if the first observation occurs before 1 May.  This is necessary because the owls may show signs of initiating nesting early in the season without actually laying eggs and their behavior could be mistaken for nesting behavior. After 1 May, a single observation of nesting behavior is sufficient.

4.  The owls are classified as nesting if, on two visits prior to 1 May, or one visit after 1 May:

    a.  The female is seen on the nest;

    b.  Either the male or female member of a pair carries a mouse to a nest; or

    c.  Young-of-the-year are detected.

5.  The owls will be classified as non-nesting if any of the following behaviors are observed.  Two observations, minimum three weeks apart, are required during the nest survey period (1 April - 1 June) in order to infer non-nesting status.  Because nesting attempts might fail before surveys are conducted, the non-nesting status includes owls that did not attempt to nest as well as those that had a failed nesting attempt.  Non-nesting status is inferred during a daytime follow-up visit if:

    a.  The female is observed roosting for a full 60 minutes (1-30 April) during the time she should be on a nest.  The female should not be in an agitated state and should be given every opportunity to return to the nest.  Surveyors should attempt to mouse the female.

    b.  The surveyor offers prey to one or both members of the pair and they cache the prey, sit with the prey for an extended period of time (30-60 minutes), or refuse to take additional prey beyond the minimum of two prey items.  To be considered a valid nesting survey, one owl must take at least two prey items.

BLM_0071764

c. All pairs considered to be non-nesting should receive at least one daytime follow-up visit between 15 May and 15 July to confirm that no young were produced.

6. Nesting status is unknown if:

a. Owls are found after 1 June without young-of-the-year; or

b. No adult or young owls are found after 1 June at those sites where adult owls were present prior to 1 June.

B. Determining Reproductive Status:

1. Once a pair is classified as nesting, reproductive success surveys should be conducted after the time the young-of-the-year leave the nest (fledge), usually in early to mid-June. For pairs whose nesting status was not determined, reproductive success surveys should be conducted between 15 May and 15 July.

2. At least two visits to the site spaced at least one week apart should be conducted to locate and count fledged young, and the timing of the visits should be scheduled so that the fledged young are observed as soon after leaving the nest as possible.

3. Visual searches and/or mousing should be used to determine reproductive success. The mousing protocol is the same as for determining non-nesting. If young are present, the adults should take at least some of the prey to the young. The sight of an adult with prey can stimulate the young to beg, revealing their number and location.

4. If the owls take at least two prey items and eventually cache, sit with, or refuse further prey without ever taking prey to fledged young during the proper time period and no other indicative behaviors like contact calls or searching are observed, then zero young are recorded. If one individual adult or subadult owl takes and eats four mice on one visit during the proper time period, then zero young are recorded. If, however, other behaviors indicate young may be in the area, another follow-up survey is recommended to verify that zero young were produced, particularly if the pair had been observed nesting earlier that year.

## 9. Annual Reporting

An annual report of the activities conducted (including field data forms, if appropriate) should be submitted to the FWS Permits Office in Albuquerque, New Mexico, as well as the appropriate state FWS ESFO. If applicable, hard copies of any unpublished or published reports generated by the study and other data that would be useful for the conservation or recovery of the owl should be submitted to the appropriate FWS ESFO(s).

BLM_0071765

## 10.  Disposition of Dead, Injured, or Sick Mexican Spotted Owls

Upon locating a dead, injured, or sick owl, initial notification should be made to the FWS's Law Enforcement Office in Arizona (telephone: 480-967-7900), Colorado (telephone: 303-274-3560), New Mexico (telephone: 505-346-7828), or Utah (telephone: 801-625-5570) within two working days (48 hours) of its finding.  Written notification should be made within five calendar days and should include information on when (date, time) and where (exact location) the owl was found, photographs of the owl and/or area, if possible, and any other pertinent information.  The notification should be sent to the Law Enforcement Office with a copy to the appropriate FWS ESFO.  Sick and injured owls should be transported by an authorized biologist to a licensed and permitted wildlife rehabilitator or veterinarian, and care must be taken during handling to ensure effective treatment.  Should the treated owl(s) survive, the FWS should be contacted regarding the final disposition of the animal.  Salvaged specimens or owls that did not survive rehabilitation should be handled with care to preserve the biological material, and the remains of intact owl(s) should be provided to the appropriate FWS ESFO (as noted in the Section 10 permit).  If the remains of the owl(s) are not intact or are not collected, the information noted above should be obtained.

BLM_0071766



**Figure D.1.** Generalized reproductive chronology for the Mexican spotted owl. The area between the arrows at the bottom of the table indicates periods of high probability of detecting owls. Chronology may vary slightly with area, elevation, and/or in response to weather.

BLM_0071767

## 11.  Glossary for Appendix D - Survey Protocol

Absence | Absence of Mexican spotted owls can be inferred when no response is recorded after a complete inventory has been completed in a defined area. Absence does not necessarily indicate that Mexican spotted owls do not or never occupy the area.

Adult | A Mexican spotted owl ≥27 months old. Tips of retrices (tail feathers) will be rounded with white and mottled color.  Subadults will have triangular all white tips on tail feathers.  For more information on identifying adult and first and second-year subadult Mexican spotted owls, see Moen et al. (1991).

Breeding Season | The time period from 1 March through 31 August that includes courtship, nesting, and nestling- and fledgling-dependency periods.  **This is the period of time in which surveys should be conducted.**  This time period will vary by geographic locale.

Calling Route | An established route within a survey area where vocal imitations or recorded calls of Mexican spotted owls are used to elicit a response.

Calling Stations | Point locations used to conduct surveys, distributed throughout an area so as to attain complete coverage of the survey area.

Complete Coverage | Complete coverage is obtained when the calling stations have been located within a survey area so that a Mexican spotted owl anywhere in the survey area would be able to hear surveyors and vice-versa.

Complete Inventory | When the following are met: 1) four complete surveys have been conducted in one year; 2) consecutive surveys have been conducted a minimum of five days apart; 3) no more than one survey has been conducted in March; 4) a minimum of two surveys have been conducted by 30 June; 5) all surveys were completed by 31 August, with no more than one survey conducted in the months of July and August; and, 6) two years of survey have been completed.

Complete Survey | A survey is complete when all calling stations or calling routes within a survey area are called within a seven-day period, including daytime follow-up visits for all Mexican spotted owl responses.  If every reasonable effort has been made to cover the survey area in one outing but this is not accomplished, then additional outings will be scheduled to cover the remaining area.  The entire survey area must be covered within seven consecutive days in order to be considered one complete survey. Although adverse weather conditions may present problems, an effort should be made to complete survey visits on consecutive days.  If the survey area is too large to be completely surveyed in seven days, it may be

315

divided into smaller areas based on available habitat, topography, drainages, etc.

| | |
|---|---|
| Core Area | A 40-ha (100-acre) area within designated protected activity centers (PACs) circumscribed around the nest or roost site. The nest or roost area should include habitat that resembles the structural and floristic characteristics of the nest site. These 100-acre areas will be deferred from mechanical treatment. For additional details on delineation, see Ward and Salas (2000). |
| Daytime Follow-up Visit | A daytime follow-up visit is conducted around Mexican spotted owl responses. The objective of a daytime follow-up visit is to locate Mexican spotted owl(s), their nests and their young by conducting an intensive search within an 800-meter (0.5-mile) radius of the original nighttime or last known response location. The follow-up visit is conducted during daylight hours and should be completed as soon as possible following the initial detection, but no later than 48 hours after detection. If Mexican spotted owls are located during the daytime follow-up visit, the surveyors use the mousing technique to determine nesting and reproductive status. |
| Intermediate Calling Stations | Calling locations between identified calling stations or routes used to triangulate a Mexican spotted owl's location or used to improve calling coverage of an area when weather or other conditions require. These stations are not required to be established prior to the field outing in which they are used. |
| Juvenile | A Mexican spotted owl is considered a juvenile in its first five months after hatching. Juveniles one to three months old are very white and have downy plumage over all of the body or evident on breast and head; at four to five months old, juveniles begin losing downy plumage but retain white triangular tips on their tail feathers (Moen et al. 1991). |
| Mousing | Mousing is a term used to describe the act of offering prey items to owls or other birds of prey. The purpose of mousing Mexican spotted owls is to find mates and determine the reproductive status of the owl(s) (i.e., pair, nesting, non-nesting). In some instances, a male Mexican spotted owl will take a prey item to an unseen female or an adult owl will take prey items to unseen young. |
| Nest | Mexican spotted owls use broken-topped trees, old raptor nests, witches brooms, caves, cliff ledges, and tree cavities for nests. A Mexican spotted owl must be observed using the structure in order to designate a nest site. |
| Nest Stand | An area of vegetation that contains a Mexican spotted owl nest. |

316

Nestling

A young owl that is still in the nest; may also be called a hatchling.

Predator

Potential predators of Mexican spotted owl eggs and young include the
following: great-horned owl (*Bubo virginianus*), northern goshawk
(*Accipiter gentilis*), red-tailed hawk (*Buteo jamaicensis*), golden eagle
(*Aquila chrysaetos*), common ravens (*Corvus corax*) and procyonid
mammals (e.g., coati [*Nasua nasua*] and ringtail [*Bassariscus astutus*]).

Protected Activity
Center (PAC)

An area of at least 243 ha (600 acres) surrounding the "core area," which
is the nest site, a roost grove commonly used during the breeding season in
absence of a verified nest site, or the best roosting/nesting habitat if both
nesting and roosting information are lacking.  The 243 ha (600 acres)
(minimum size) is delineated around the activity center using boundaries
of known habitat polygons and/or topographic boundaries, such as
ridgelines, as appropriate.  The boundary should enclose the best possible
Mexican spotted owl habitat, configured into as compact a unit as
possible, with the nest or activity center located near the center.  This
should include as much roost/nest habitat as is reasonable, supplemented
by foraging habitat where appropriate.  For example, in a canyon
containing mixed-conifer on north-facing slopes and ponderosa pine on
south-facing slopes, it may be more desirable to include some of the
south-facing slopes as foraging habitat than to attempt to include 600 acres
of north-slope habitat.  In many canyon situations, oval PACs may make
more sense than, for example, circular PACs; but oval PACs could still
include opposing canyon slopes as described above.  All PACs should be
retained until this subspecies is delisted, even if Mexican spotted owls are
not located there in subsequent years.

Remote Area

Generally, any survey area that requires more than four hours of travel
time by vehicle and/or foot during good road, trail, and weather conditions
(good for the road or trail in question) to reach.  All remote areas should
be agreed upon by the FWS on a case-by-case basis prior to using the
survey protocol to clear a project.

Recovery Habitat

Mixed-conifer and pine-oak forest types, and riparian forests as described
in this revised Recovery Plan.  Recovery nest/roost habitat either is
currently or has the potential to develop into nest/roost habitat.  Recovery
foraging/non-breeding habitat currently does or could provide habitat for
foraging, dispersing, or wintering life history needs.  Specific guidelines
for management activities and developing recovery nest/roost conditions
are specified in this revised Recovery Plan.

BLM_0071770

Roost

Tree, cliff ledge, rock, or log used by a Mexican spotted owl for extended daytime rest periods.  A roost site consists of the roost itself and the immediate vicinity.  Roost areas are identified by observations of the Mexican spotted owls and/or the presence of pellets, whitewash, and other evidence.

Subadult

Mexican spotted owls in their second and third summers (5 to 26 months of age).  Identified by characteristic tail feathers with white tips tapering to sharp points (i.e., triangular shaped).  For more information on identifying subadult Mexican spotted owls, please see Moen et al. (1991).

318

BLM_0071771

## 12.  Literature Cited for Appendix D - Survey Protocol

American Society of Mammalogists. 1998. Guidelines for the capture, handling, and care of mammals as approved by the American Society of Mammalogists. Journal of Mammalogy 79:1416–1431.

Forsman, E.D. 1983. Methods and materials for locating and studying spotted owls. USDA Forest Service, General Technical Report PNW-162, Pacific Northwest Forest and Range Experiment Station, Portland, Oregon, USA..

Franklin, A.B. 1992. Population regulation in northern spotted owls: theoretical implications for management Pgs. 815-827 in D.R. McCullough and R.H. Barrett, eds. Wildlife 2001: populations.  El Sevier Applied Sciences, London, England.

Ganey, J.L. 1990. Calling behavior of spotted owls in northern Arizona. Condor 92:485-490.

Moen, C.A., A.B. Franklin, and R.J. Gutierrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin 19:489-493.

National Academy of Sciences. 1996. Guide for the care and use of laboratory animals. Institute for Laboratory Animal Resources. Commission on Life Sciences, National Research Council, Washington, D.C, USA.

U.S. Department of the Interior, Fish and Wildlife Service [USDI FWS]. 1995. Recovery plan for the Mexican spotted owl. Albuquerque, New Mexico.

Ward, J. P., Jr., and D. Salas.  2000. Adequacy of roost locations for defining buffers around Mexican spotted owl nests. Wildlife Society Bulletin 28:688-698.

BLM_0071772

## 13.   Suggested Reading for Appendix D – Survey Protocol

Ganey, J.L. and J. L. Dick, Jr. 1995. Chapter 4. Habitat relationships of the Mexican spotted owl: current knowledge. Pp. 1-42 *in* USDI Fish and Wildlife Service. Recovery plan for the Mexican spotted owl: volume II. Albuquerque, New Mexico, USA.

Gutiérrez, R. J., A. B. Franklin, and W. S. LaHaye. 1995. Spotted owl. The birds of North America 179:1-28.

Moen, C.A., A.B. Franklin, and R.J. Gutierrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin 19:489-493.

Rinkevich, S.E., and R.J. Gutierrez. 1996. Mexican spotted owl habitat characteristics in Zion National Park. Journal of Raptor Research 30:74-78.

Seamans, M.E., and R.J. Gutierrez. 1997. Breeding habitat of the Mexican spotted owl in the Tularosa Mountains, New Mexico. Condor 97:944-951.

USDI Fish and Wildlife Service. 1993. Final rule to list the Mexican spotted owl as threatened. Federal Register 14248. Albuquerque, New Mexico, USA.

USDI Fish and Wildlife Service. 1995. Recovery plan for the Mexican spotted owl: volume I. Albuquerque, New Mexico, USA. 172 p.

Ward, J.P., and D. Salas. 2000. Adequacy of roost locations for defining buffers around Mexican spotted owl nests. Wildlife Society Bulletin 28(3):688-698.

White, G. C., A. B. Franklin, and J. P. Ward, Jr. 1995. Chapter 2. Population Biology Pp. 1-25 *in* USDI Fish and Wildlife Service. Recovery plan for the Mexican spotted owl: volume II. Albuquerque, New Mexico, USA.

Zwank, P.J., K.W. Kroel, D.M. Levin, G.M. Southward, and R.C. Romme. 1994. Habitat characteristics of Mexican spotted owls in southwestern New Mexico. Journal of Field Ornithology 65:324-334.

BLM_0071773

**14.  Mexican Spotted Owl Survey Protocol Outline**

**Complete Inventory**  Four complete surveys each year (minimum five days apart)
No more than one survey in March
Minimum of two surveys prior to June 30th
No more than one survey in each of July and August
All surveys completed by 31 August
Two years of complete surveys

1.  Owl(s) Detected, go to 3

2.  No Owls Detected, Absence inferred for survey area

3.  PRESENCE - Conduct a daytime follow-up visit

    A.  No owl(s) found on daytime follow-up visit:

        Status unknown, SINGLE STATUS inferred, return to night calling

    B.  Single owl located on daytime follow-up visit:

        Feed maximum 4 mice to owl to determine status; if no other owl located, RESIDENT SINGLE CONFIRMED

    C.  Pair of owls located on daytime follow-up visit:

        PAIR CONFIRMED for site, go to 4B

4.  NESTING STATUS SURVEYS (1 April - 1 June)

    A.  Pair not detected, non-nesting, non-reproduction inferred (for that survey)

    B.  Pair located, mouse owls (1 of owl pair fed 4 mice)

        1.  If one of the following occurs, nesting confirmed, reproduction unknown, go to 5B:

            a. Female on nest

            b. Owl takes prey to nest

            c. Young in nest with adult present

        2.  If one of the following occurs, non-nesting inferred, non reproduction inferred (two visits to infer non-nesting, minimum three weeks apart):

BLM_0071774

      a. One of owl pair fed four mice (know fate of all four mice)

      b. Female refuses mouse and/or roosts for minimum one hour (1 April - 30 April)

  3. Pair (but no young) located after 1 June:

      a. NESTING STATUS UNKNOWN

      b. Conduct reproductive visit, go to 5A

5. REPRODUCTIVE SUCCESS VISITS

  A. NESTING STATUS UNKNOWN

    1. Recommend two visits, one week apart, feed four mice to locate juveniles

  B. NESTING STATUS KNOWN

    1. One visit to look for juveniles (this may take more than one visit to locate all juveniles produced)

    2. If surveyor does not find juveniles, mouse adults to locate juveniles

BLM_0071775

## APPENDIX E - POPULATION AND RANGEWIDE HABITAT MONITORING PROCEDURES

In developing the original Recovery Plan (USDI FWS 1995), the Recovery Team assimilated, reviewed, and analyzed data generated by the Mexican Spotted Owl Monitoring Program of the FS Southwestern Region.  The Recovery Team also compiled and reviewed data from the BLM and the Intermountain and Rocky Mountain Regions, FS.  In addition, the Recovery Team evaluated results of a pilot study (Ganey et al. 2004) conducted to test the population-monitoring procedures proposed in USDI FWS (1995) and more recent studies that have estimated the probability of site occupancy by Mexican spotted owls (Lavier 2006, Mullet 2008).  Based on lessons learned from these efforts, we offer an alternative design for monitoring the Mexican spotted owl population within the U.S.  This approach would measure the critical variables – changes in owl site occupancy rates and changes in habitat – needed for delisting the species (see Part III.E).

Our proposed approach uses occupancy monitoring to evaluate trends in the owl population.  Occupancy monitoring is based on mark-recapture theory (MacKenzie et al. 2002, 2003, see also MacKenzie et al. 2006) and allows for estimating detection probabilities and correcting directly observed estimates of occupancy rates.  This detail is critical, because it is likely that not all resident owls will be detected in a given year and because detection probabilities may change over time.  Such changes in detectability of owls could result in erroneous trend estimates and misguided conservation efforts.

Accurate and efficient protocols for occupancy monitoring require pilot studies to estimate detection probabilities and to estimate variances associated with detection probabilities, occupancy rates, and important habitat variables.  For occupancy monitoring, these estimates then can be used to determine the number of call stations per survey plot and to refine the number of visits per plot.  Most importantly, the numbers of plots required within predefined strata and EMU can be determined more precisely.

Habitat monitoring should entail remote sensing of habitat across the range of the bird and estimates of desired conditions (Appendix C, Tables C.2, C.3), some of which are best measured on the ground.  Although we do not advocate a specific methodology for ground measures, the FS Forest Inventory and Analysis (FIA) program offers some promise.  We describe some relevant details of this program below.

## 1.  Population Occupancy Modeling

Monitoring habitat as a singular effort will not adequately reveal the true status of the owl population because numerous factors besides habitat can influence population levels.  Thus, it is desirable to simultaneously monitor trends in both habitat and owl abundance (or an acceptable surrogate index).

A limitation of the monitoring scheme proposed here (and all known approaches) is that it monitors primarily territorial birds.  The population of non-territorial "floaters" (Franklin 2001) is difficult to detect reliably.  Evidence for Mexican spotted owls suggests that a large population

323

BLM_0071776

of floaters does not exist, however. Specifically, the proportion of subadult owls successfully holding territories is relatively high, suggesting that surplus older birds do not exist. For example, the proportion of the territorial population comprised of subadult females ranged as high as approximately 30–33% in two demographic study areas in Arizona and New Mexico over a seven-year period (Seamans et al. 1999: Fig. 1). Further, density of territorial owls in these study areas tracked reproduction with a short lag period (Seamans et al. 1999: Fig. 5; Gutiérrez et al. 2003), again suggesting that there were not substantial numbers of floaters available to fill territory vacancies. This evidence supports the use of trends in site occupancy as a reasonably sensitive measure of population trend.

In the following sections, we outline a framework and statistical estimation approach for monitoring owl populations via directly estimating the site occupancy rate of territorial owls. Critical design and sampling details were developed from a pilot study (Ganey et al. 2004). To illustrate the potential utility of FIA, we incorporated FIA into the occupancy monitoring plan so that microhabitat variables can be related to owl occupancy rates. Managers can consider other habitat monitoring programs in lieu of FIA if available or developed.

## Monitoring Site Occupancy

Although we support the idea of estimating population size directly and collecting associated demographic data as described in USDI FWS (1995), the results of the pilot study suggest that the costs for such a monitoring program are daunting. Therefore, we propose this alternative monitoring program based on monitoring occupancy rates as an index of population size.

## Occupancy

We define occupancy for Mexican spotted owls as the proportion of plots occupied by the species. Plots sampled will be square 1-km$^2$ (0.36-mi$^2$) blocks (UTM of 100 ha (247 ac)) that can be easily mapped using GIS, located using GPS, and surveyed to detect Mexican spotted owls. The population of plots from which samples are to be drawn will be defined based on FIA Phase 2 state-wide maps. The number of occupied plots divided by the total number of plots sampled ($n$) provides an estimate of the proportion of sites occupied ($O$), referred to as occupancy rate.

We suggest that the owl monitoring plots be defined based on overlaying 16 of the 250-m (273-yd) raster cells of the FIA state-wide maps. The advantage of combining FIA plots and occupancy plots is that the FIA data can be used to determine which, if any, habitat variables sampled by FIA are associated with owl occupancy rates. This would allow for estimation of trends in those variables from the full FIA database and from repeated samples over time.

## Statistical Model

The proportion of occupied plots (occupancy rate) in year $i$ is taken as $O_i = \mu_O + \delta_i$, where $\delta_i$ is distributed with mean zero and variance $\sigma^2$, and $\mu_O$ is the mean of occupancy across years. The variance $\sigma^2$ is the temporal variation in the occupancy rate (i.e., the year-to-year variation in the proportion of sites occupied).

324

BLM_0071777

Because not all sites can be surveyed each time an estimate of occupancy is desired, a sample of plots is selected to estimate occupancy. The estimate obtained is $\hat{O}_i = O_i + \varepsilon_i$, where $\varepsilon_i$ is distributed with mean zero and sampling variance $\text{Var}(\hat{O}_i \,|\, O_i)$. In actuality, the occupancy rate will be estimated through a stratified simple random sample without replacement.

**Sampling Plan to Estimate $O_i$**

Occupancy will be estimated by sampling occupancy sampling units (plots), consisting of square 1-km$^2$ areas. A plot size of 1 km$^2$ was selected to keep sampling units small and for operational simplicity. Small sampling units are desirable in this monitoring scheme because the response variable is basically owl presence-absence, and so it varies only from zero to one. As the number of owls present in a sample block increases above one, the occupancy index becomes less sensitive as an index of actual population change (i.e., as long as one owl remains, one or more birds could disappear with no change detected). Thus, it is desirable to minimize the probability that a sample unit overlays >1 owl territory. In addition, spacing constraints should be applied so that sampled blocks are separated by >4 km (2.5 mi), to minimize the probability of detecting the same owl(s) on >1 sampled unit. For example, mean nearest-neighbor distances between territorial owls in two study areas in Arizona (2.4 km [1.4 mi], $n = 42$ pairs, May and Gutiérrez 2002) and New Mexico (2.1 km [1.3 mi], $n = 31$ pairs, Peery et al. 1999), suggested that a separation of 4 km (2.4 mi) is appropriate. Both of these constraints (size and spacing) should help ensure that occupancy rate actually tracks abundance (i.e., no sampled unit should contain large numbers of owls and no owls should be sampled on >1 unit). We envision drawing a random sample of plots and sampling these same plots each year to minimize the variation between years. Drawing a new sample of plots each year has some advantages (see below) but would increase year-to-year variation over our proposed design.

Each of the Mexican spotted owl EMUs to be included in monitoring must be partitioned into occupancy sampling units consisting of existing FIA Phase 2 plots. This partitioning must be done before a sample is drawn so that a random sample can be drawn from the entire population of occupancy sampling units. Habitat characteristics of all sampling units must be known to estimate and implement a ratio estimator based on the estimated probability of occupancy for each potential plot (Cochran 1977, Bowden et al. 2003) and to estimate occupancy rate for all the plots in the sampling frame.

The sampling scheme will be a stratified random sample without replacement, with stratification consisting of at least the EMUs. Additional stratification should be based at least on elevation, as was done for the previous quadrat sampling scheme (Ganey et al. 2004), on topographic indices (see Bowden et al. 2003), and/or on FIA habitat maps. We expect that one stratum in each EMU will consist of non-habitat for owls, defined as low elevation, unforested areas lacking canyons or other topographic relief. Delineation of non-habitat will be based on validated owl habitat models and through Phase 1 FIA data and Phase 2 FIA state-wide maps. One important aspect of classifying owl habitat is that non-forested areas must be included in some locales, particularly owl habitat that occurs in non-forested canyons. Stratification variables such as forest type also should be used where available, and clearly the FIA Phase 1 and Phase 2 data can be used to provide stratification information. Likely, three forest types should be defined within each of the five EMUs: mixed conifer, ponderosa pine-Gambel oak,

325

BLM_0071778

and Madrean pine-oak.  In addition, some plots should be placed in a canyon stratum in each EMU.  The canyon stratum should be defined based on topographic roughness.  Thus, we envision up to five strata in each of the five EMUs, for a potential total of 25 strata.

Stratification serves two purposes here.  First, and most importantly, stratification distributes the sample across the sampling frame (and thus provides an argument for stratifying by EMU).  With a simple random sample, there is a risk that all or most of the sampled plots are in one localized area.  As a result, the sample is not considered representative of the sampling frame (even though such a sample has the same probability of being selected as a sample where the plots are more evenly distributed).  Second, stratification provides improved estimates because proper stratification reduces the variability among plots, and thus results in more precise estimates.  There is a need to make inferences from individual stratum estimates for the EMUs because each of these units must demonstrate a stable or increasing occupancy rate (see Part III.E).  When inferences are stratum-specific, then each stratum must be considered a separate sampling frame.  In the monitoring scheme we describe, the stratum-specific estimates are viewed as essential information, and it is thus necessary to obtain precise estimates of occupancy for each stratum.  As we describe below, data from all the plots where owls are detected, regardless of which stratum a plot occupies, will be used to generate models of owl detection probabilities.  Therefore, the effect of combining data across strata will improve the precision of the estimates across strata, but it will also result in a sampling covariance across strata that must be handled with the methods presented by Bowden et al. (2003).

Plots within strata should either be selected with simple random sampling, or preferably, using generalized random tessellation stratified (GRTS) sampling (Stevens and Olsen 1999, 2003, 2004) to obtain a spatially balanced sample within each stratum.  GRTS sampling ranks the order of sampling of the plots within each stratum.  Computer code for Windows is available at on the West-Inc web site, www.west-inc.com, for selecting a GRTS sample.

Estimation of occupancy for each sampling unit will be made from two or more visits, because detection rate can be estimated only when plots are visited >1 time.  Based on at least two visits, estimates of the detection rate of owls on an occupancy sampling unit and occupancy rate for the sample can be estimated using the maximum likelihood approach of MacKenzie et al. (2002, 2003).  Parameters estimated are the occupancy probability for the sampling unit ( $\psi$ ) and probability of detection given owls are present (*p*) for the sample.  To determine the proportion of false negative plots (i.e., proportion of plots that are occupied but on which owls are not detected), the modeling approach requires at least two visits to a sample of plots to be able to estimate *p* and then $\psi$ .

Several examples will now be given to explain this estimator.  First, assume one or more owls are detected on occupancy sampling unit *j* on each of the *t* = 2 visits, and assume that the probability of detection is not occasion-specific. The probability of this series of events is $\psi_j p_j p_j$. If owls are detected only on the first visit, then the probability is $\psi_j p_j (1 - p_j)$ .  If they are only detected on the last visit, then the probability is $\psi_j (1 - p_j) p_j$ .  If owls are never detected, then the probability is $\psi_j (1 - p_j)(1 - p_j) + (1 - \psi_j)$ .  These four probabilities sum to one because they are the only possible observations.  Thus, these probabilities can be modeled in

BLM_0071779

a maximum likelihood estimation framework (using numerical optimization of the log likelihood) based on observed histories of owl detections on sampled units.

We expect that habitat information provided by FIA Phase 2 state-wide maps will provide useful predictors of owl occupancy rates. We envision two separate analyses of the occupancy data that incorporate habitat information. The first analysis would link FIA variables to occupancy rates, specifically the key variables listed above. Models that incorporate multiple covariates and possibly their interactions should be developed to identity habitat variables important for further analysis. That is, the trends in the identified variables will be examined with the FIA data base. These habitat variables will be constructed from the means or sums of variables provided by the 16 250-m (273-yd) cells of the FIA state-wide maps that underlie each of the 1-km$^2$ (0.36-mi$^2$) occupancy plots.

The FIA covariates may not prove useful as predictors of owl occupancy. If so, this should not necessarily be interpreted as evidence that owl occupancy is not related to habitat conditions. Several alternative explanations may better explain this outcome. For example, the variables included in the analysis may not relate directly to owls, or spatial scale issues may mask any existing relationship.

The second analysis will be to identity functions of the FIA variables that can be used in a ratio estimator sampling model (Cochran 1977). Typically, ratio estimators use a single variable to improve the precision of the desired estimate. For example, Ganey et al. (2004) found that the triangulated irregular network (TIN) ratio was an important variable for use as a ratio estimator, and the TIN ratio reduced the variance of the estimate by nearly a factor of four. We hope to identify ratio covariates that will be useful in improving precision of the occupancy estimates, although these models will likely need to be stratum-specific to accommodate the differences in the strata identified.

If plot-specific covariates from Phase 2 FIA state-wide maps do not improve the estimation of occupancy rate within a strata, then the estimate of $\psi$ obtained without covariates for the plots would be an appropriate estimate of $O$, or model averaging might be used to average $\hat{\psi}$ from multiple models but still providing an estimate of $O$. However, plot-specific covariates would be expected to improve the estimate of occupancy probability for each plot, and also of $p$ (see Bowden et al. 2003). The occupancy estimator has been implemented in Program MARK (White and Burnham 1999) so that the use of individual covariates, AICc model selection, and variance components capabilities already available in this software package (White et al. 2001) can be used with this model. In addition, Bayesian estimation methods were added to MARK in 2004, allowing estimation of process variances through the use of hyper-distributions. Plot-specific covariates can be used to build a model from the data on the sampled plots to estimate the probability of occupancy of a plot. The resulting model on a logit scale then could be used in a ratio (or regression) estimator to estimate the number of occupied plots for the sampling frame as we describe above. Thus the occupancy rate ($O_i$) for a stratum for year $i$ would be estimated based on the covariate values for each of the plots in the strata. If the model (and associated covariates) predicting the probability of occupancy of a sampling unit is poor, in the sense that the model does not improve the predictions of the probability of occupancy, then the occupancy estimate from the sample is still a valid estimator of the occupancy rate of the stratum. However,

BLM_0071780

if the model is a good predictor, then using the covariate information from each potential sampling unit in the stratum will improve the estimate for the stratum. That is, the additional information available for each unsampled plot in the stratum is used, resulting in a less biased and more precise stratum-level estimate.

Multiple strata might be pooled in a MARK analysis to obtain better estimates of detection probabilities and the functional relationship between a covariate and probability of occupancy, but estimates of occupancy rate would still be specific to each stratum. However, if multiple strata are pooled to estimate occupancy, then a sampling covariance is induced between the strata estimates, necessitating the use of a ratio estimator incorporating this sampling covariance (Bowden et al. 2003).

Another possibility that could be explored is to use cluster sampling to sample plots (but see above concern about spacing of sample units). Biologists conducting the surveys could decrease travel time between plots, increasing the number of plots that could be surveyed on one occasion. The difficulty with cluster sampling is how to handle the lack of independence of plots within the same cluster and the effect of this lack of independence on estimation of $\psi$. Further, cluster sampling improves efficiency of the sampling design when the variance among cluster totals is small and, conversely, variance within the cluster is large (Scheaffer et al. 1986). Likely exactly the opposite is the case for clusters of 1-km$^2$ (0.36-mi$^2$) plots because of a high spatial autocorrelation between plots. Clusters would have to be quite large to make cluster sampling more efficient than random sampling. However, cluster sampling should still be an option that is considered to decrease travel time.

One fundamental part of the field methodology is yet to be resolved fully. We lean toward basing occupancy estimates on whether or not a bird was detected from a call point in a sample plot, for operational simplicity. That is, if a surveyor calls from within the plot and hears a response, the plot is considered occupied, regardless of whether the owl was physically on the plot. The alternative approach is to require the surveyor to verify that the owl responding is physically on the plot being sampled, which is a time-intensive (and often dangerous) nighttime activity. However, not requiring the owl to physically exist on the plot at the time of the survey will cause detection probabilities to be lower because of the heterogeneity caused by owl responses from varying distances off the plot. Peripheral birds may be detected on some occasions and not others. In contrast, birds residing on the plot would generally be detected with higher probability. As a result, there is a tradeoff here – if keeping detection probabilities high is a priority, only plots where owls are detected on the plot should be considered occupied. However, because of the objectivity of monitoring when the detections are not limited to just the plot being sampled, we tend to prefer this simpler approach.

An approach that could encompass both types of detections is the multi-state occupancy model developed by MacKenzie et al. (2009). That is, each plot would conceptually be classified into one of three states: unoccupied, owl(s) detected but unsure if phyisically on the plot, and owl(s) definitely detecton on the plot. Detections for which the observer is not sure if the owl is on the plot could define a lower state, and detections that are unquestionably on the plot are defined as a higher state. These observer-driven extensions are characterized by ambiguity in both species presence and correct state classification, caused by imperfect detection. A second applicaton of

328

BLM_0071781

the multi-state occupancy model might be to define the lower state as one or more owls detected on the plot, and a higher state as reproduction having occurred on the plot because young are present. This latter example is illustrated in MacKenzie et al. (2009) with California spotted owls.

Based on data from the pilot study on population monitoring (Ganey et al. 2004), detection probabilities for two occasions were sufficiently high when six to seven call points were visited within the 1-km$^2$ plot (Fig. E.1). The population monitoring pilot study was not intended to provide call points well-spaced to cover 1-km$^2$ plots, however, so this figure may present a worst-case scenario. It is suspected that five call points would be adequate for most UTM blocks. Further, because a site is classified as occupied if an owl is detected, the number of call points that a surveyor must actually visit will depend on when an owl is first detected (i.e., if an owl is detected from the first call point, the remaining call points need not be visited).



**Figure E.1** Probability of detection for a 1-km$^2$ (0.36-mi$^2$) plot for the number of points on the plot from which owls are called and the number of occasions on which the plot is visited. For example, a plot with two visits and six points called would have a detection probability of >0.8 that an owl was detected on at least one of the visits. Note, however, that even though detection probabilities are provided for a single visit, a sample of plots must be visited twice to be able to estimate the probability of detection ($p$) and hence the probability of occupancy, $\psi$.

The results in Fig. E.1 above also demonstrate that increasing the number of visits to the plot from two to three or more provides only small increases in probability of detection. Thus, we suggest visiting more plots two times rather than fewer plots three or more times.

BLM_0071782

**Statistical Estimation of Trend in Occupancy**

The sequence of years for which occupancy rates are measured can be viewed as either a sample of all years, or as a fixed interval in time about which we desire to make inferences. Different statistical models are appropriate for these different sets of assumptions. A random effects model assumes that the sequence of years is a representative sample from a sampling frame of years. As a result, inferences are being made to the entire sampling frame. In contrast, the fixed effects model is only making inferences to the sequence of years measured.

***Random Effects Model.*** Changes in occupancy across years are assumed to be a stochastic process, as we describe above. When the mean of the process ($\mu_O$) is assumed to be constant in the stochastic model described above, changes in occupancy are strictly random. However, trends in occupancy may still be present, although the process generating these trends is purely random. That is, by chance alone, a set of realized temporal observations may show a trend, even though the mean of the underlying process is not changing. The hypothesis examined with a random effects model is that a trend in the occupancy process is taking place (i.e., that there is a trend in $\mu_O$ through time). The random effects estimator is supposed to detect a change only in the process. Therefore, potentially important trends in occupancy may be missed with the random effects estimator because these trends are only from variation due to $\delta_i$, not from changes in $\mu_O$. In addition, to detect trends in $\mu_O$, a long time span of data is required. That is, the random effects model will not have much power to detect trends in relatively short spans (i.e., $\leq 10$ years).

An important assumption of the random effects model is that the sample of $\hat{O}_i$ across years is a random sample from all possible years to which inferences are being made. In reality, this assumption is unobtainable because the years sampled are not randomly selected from a population of years.

***Fixed Effects Model.*** The fixed effects model evaluates the trend in the realized sequence of occupancy estimates. That is, the process generating the occupancy rates may not be changing (i.e., $\mu_O$ is constant across time), but by chance alone, a realized sequence may show a trend. The fixed effects model will detect this trend, whereas the random effects model we describe above should not detect such "random" trends. Realistically, the statistical procedure used to detect such random trends is desired because the interest is in providing management action as soon as possible given a downward trend in occupancy rates. In such a situation, management actions will not have an impact because the process has not changed. However, this is the price paid to achieve a more sensitive monitoring system.

Therefore, we suggest that the sequence of occupancy estimates, $\hat{O}_i$, be analyzed with a fixed effects model. It is recognizing that the years sampled were not drawn at random from a population of years and that the interest is in detecting downward trends in occupancy, even if the underlying process has not changed, because management actions require some lead time to have an impact on the Mexican spotted owl population.

BLM_0071783



**Figure E.2.** Standard error of the estimate of site occupancy rate for three levels of the detection probability, *p*, and two visits per site, as a function of the number of occupancy sites sampled.

**Expected Precision of Occupancy Estimates**

We conducted simulations with Program MARK to determine the precision of the estimate of occupancy without individual covariates. We simulated a factorial design of $N = 200, 400, 800$, and 1,600 occupancy sampling units, $p = 0.6, 0.7, 0.8$, and $\psi = 0.2$. For each scenario, we conducted 1,000 simulations to estimate the expected precision. We based the detection probabilities of $p = 0.6, 0.7$, and 0.8 on the probability of detection from the quadrat sample (Ganey et al. 2004), where detection of an *individual* owl was ~0.5 in roadless areas, and ~0.9 in roaded areas. We also based the occupancy rate of 0.2 on results of the pilot study (Ganey et al. 2004), where >50% of the high elevation quadrats were occupied. However, because the quadrats were much larger than the occupancy sampling units, the expected occupancy rate of the occupancy sampling units will be considerably less, so we chose 0.2 as a reasonable value. Simulation results for the standard error of $\hat{\psi}$ are shown in Fig. E.2 above for three values of *p* and a range of sample sizes.

These results (Fig. E.2) suggest that a large number of occupancy sampling units must be measured in each stratum (or within an EMU) to obtain reasonable precision for $\hat{O}$. For example, sampling 1,600 occupancy sampling units in one stratum using a stratified random sample design would result in a standard error of 0.011 for $p = 0.7$. If three strata in an EMU with this same standard error were combined, the overall estimate would have a standard error of $0.011/\sqrt{3} = 0.00635$, or approximately a ±6% confidence interval. With this sampling precision, two consecutive year's estimates with a 10% decline between years would likely be considered statistically different. However, if only 200 occupancy sampling units were sampled in one stratum, giving a standard error of 0.032, a ±18% confidence interval would result. This level of

331

precision would be adequate to detect a 25% decline between consecutive years. What this result suggests is that any occupancy monitoring scheme implemented will only be able to detect changes over a large geographic area. That is, multiple strata must be combined in order to obtain precise estimates of occupancy that will be useful in detecting changes.

**Power of Fixed Effects Analysis of Occupancy Estimates**

We conducted simulations using Program MARK and SAS to estimate the power of occupancy monitoring to detect trends in percent occupancy. We simulated all combinations of the following models: a linear trend in $\psi = 0.00$, $-0.01$, $-0.02$, and $-0.03$ each year; $\psi$ values in year zero of 0.10, 0.15, and 0.20; process standard deviation of $\psi$ of 0, 0.05, 0.10, 0.15, and 0.20; $p = 0.6$, 0.7, 0.8, and 0.9; years of sampling 10, 15, ..., 30; and 200, 400, 800, and 1600 sampling units. Note that annual declines of 1, 2, and 3% result in declines of 10, 18, and 26% over 10 years, respectively.

For 10 years of sampling, power of >90% was generally found for 1,600 sampling units and for 800 sampling units with a process standard deviation of zero and a trend in $\psi$ of $-0.03$. Thus, this power analysis confirms that large sample sizes will be required to detect changes in occupancy. However, this power analysis does not incorporate plot-specific covariates that might greatly improve the precision of the annual occupancy estimates. For example, plot-specific covariates reduced the variance by half in the pilot population monitoring survey (Bowden et al. 2003, Ganey et al. 2004). Hence, the sample sizes we determine here to provide adequate power may be more than needed to achieve the same power with a ratio estimator. Without a pilot study to determine these relationships (i.e., the degree of correlation between occupancy and plot-specific covariates) and to provide some idea of the temporal process variation in site occupancy rate, inadequate information is available to estimate the necessary sample sizes and/or power of a site occupancy monitoring design at this time.

**Relationship Between Occupancy Estimates and Population Abundance**

In theory and practice, there is some relationship between occupancy rate and population abundance. Further, Royle and Nichols (2003) describe an approach for estimating occupancy rate or the proportion of an area occupied when heterogeneity in detection probability exists as a result of variation in abundance of the organism under study. Variation in abundance induces variation in detection probability so that heterogeneity in abundance can be modeled as heterogeneity in detection probability. Their method allows estimation of abundance from repeated observations of the presence or absence of animals without having to uniquely mark individuals in the population.

However, we do not foresee the method of Royle and Nichols (2003) as useful in quantifying population abundance. Their method requires some strong assumptions that will not be met with spotted owl data collected on 1-km$^2$ plots. First, their model assumes that owls are randomly distributed on a homogeneous landscape, i.e., that the number of owls observed on a plot follows a Poisson distribution. Clearly, this strong assumption is invalid for spotted owl data. Second, their model basically assumes that the plots are geographically closed, i.e., no immigration or emigration from the plots. As discussed above, there are issues with this

332

BLM_0071785

sampling plan about how well detections can be classified as coming from owls on the plot versus near the plot. Obviously the closure assumption is not met, and hence population abundance estimated from this model will not be useful.

## 2. Potential Experiments

Many habitat variables important to Mexican spotted owls cannot be monitored by remote sensing. Further, it is important to ensure that adequate habitat is provided for key prey as well. Thus, we propose some potential experiments to relate habitat conditions to owl population dynamics where key habitat characteristics would be measured on the ground. On-the-ground monitoring of relevant habitat characteristics would quantify their change at a local (i.e., within plot) scale and relate them to owl population dynamics.

Monitoring of owl population size based on randomly selected quadrats (as proposed in USDI FWS 1995) provides the opportunity to conduct experiments to extend our knowledge of the impact of habitat manipulation on Mexican spotted owl population dynamics. These experiments are proposed to produce credible, defensible, and reliable results (sensu Murphy and Noon 1991). Quadrats within the population monitoring design would serve as experimental units for examining the effects of future management such as fires, grazing, timber harvest, and recreation.

Given that a treatment is identified prior to its occurrence, vegetation measurements can take place on the site of the expected treatment and on a second, control quadrat that is selected based on its similarity to the expected treatment quadrat. This experimental design is not a true experiment because the treatment is not randomly allocated to one of the pair of quadrats. However, this quasi-experiment is still more powerful in developing cause-and-effect relationships between habitat manipulations and owl population dynamics than the more common correlative designs used by past researchers. Further, the capability to replicate the treatment exists because of the extensive number of quadrats that would be required for measuring changes in population size.

Areas where planned treatments result in some form of habitat alteration provide excellent opportunities for quasi-experiments. Vegetation measures should be taken immediately before and after the habitat-modifying event and thereafter at 5-year intervals. Vegetation measurements that seem especially important to examine are tree size-class distribution, log size-class distribution, canopy cover, and shrub cover. Results from these experiments, coupled with results of population monitoring, provide the basis for a predictive model of spotted owl habitat quality (assuming that owl occupancy reflects habitat quality).

Unfortunately, for logistic reasons we describe above, this revision of the Recovery Plan shifts from direct monitoring of population size to monitoring site occupancy. This modification in monitoring approach reduces our ability to detect impacts of management on owl populations because occupancy is not as sensitive a measure of the response of the owl population to manipulations as is the measurement of population change.

BLM_0071786

### 3. Alternative Designs for Occupancy Modeling

In developing the monitoring scheme proposed here, we considered many alternative schemes. Some of these are discussed here, simply to illustrate some of the alternatives considered and why they were rejected.

#### Drawing a New Sample of Plots Each Year

Instead of the proposed scheme of drawing an initial sample of plots from the sampling frame and monitoring these same plots through time, an alternative approach would be to draw a completely new random sample of plots each year. For repeated sampling of a set of plots to be legitimate, normal activities that occur in spotted owl habitat should continue during the monitoring program, provided these activities meet the requirements of Section 7(a)(2) of the Act by not likely jeopardizing the continued existence of the Mexican spotted owl. Because this Recovery Plan requires that PACs be placed around locations occupied by owls, management activities may be modified if an occupied site is found during the occupancy sampling. Thus, the monitoring process affects the management of occupied sites, an undesirable situation. The main advantage of a new sample each year is that it guards against the potential for land managers to manage areas within the plots differently than the remainder of the landscape. Such differences in management will likely occur because of the establishment of PACs. The price of this protection is relatively great, as illustrated by these three points: 1) the logistics of conducting the surveys each year would increase because of the new plots; 2) quasi-experiments to detect the relationship between habitat manipulations and owl occupancy rates would not be possible; and, 3) higher sampling intensities would be required because this design is less efficient (i.e., less precise) for estimating change. Our proposed design is to draw an initial sample of plots and monitor those same plots each year. Because the plots are small and randomly distributed, management activities probably cannot avoid them, even though PACs are established. As a result, a fixed sample of plots likely is appropriate, so we do not deem it necessary to draw a new sample of plots each year.

#### Conducting Surveys Less Often Than Yearly

Instead of surveying plots each year, effort and cost could be saved by conducting the surveys at longer intervals, such as every five years. An advantage of this approach is that costs will be lowered, and more precise estimates of population size could possibly be obtained by pooling money to conduct a few very good surveys instead of more frequent surveys with lower effort per survey. The main disadvantage of this approach is that funding would not be allocated each year, which would likely make procuring funding for intense efforts every five years difficult. Finally, the ability to detect relationships between habitat manipulations and occupancy would be greatly decreased because this approach is more sensitive to variability introduced by the years chosen for sampling. That is, less information is provided on temporal variation when samples are only taken every five years. Therefore, we recommend sampling each year as the most effective approach to occupancy monitoring.

BLM_0071787

**PACs as Sampling Units for Monitoring Occupancy**

The PACs would seem to be a natural sampling unit to monitor occupancy. The difficulty with this scenario is that PACs are not a representative sample of available owl habitat. The PACs can only be established by the presence of an owl. As a result, the occupancy rate of PACs can only decline, since each PAC is initially occupied. Additionally, PAC boundaries may change as neighboring sites are found to be occupied, creating a non-static sampling frame. Therefore, we recommend that the sampling frame consist of 1-km² plots rather than PACs.

One important use of PACs would be to improve stratification of the proposed sampling plan, since the presence of a PAC suggests the area is likely occupied, and a large number of PACs would suggest that much of an area is occupied.

**4.   Rangewide Habitat Monitoring**

The primary objective of rangewide habitat monitoring is to validate the results of population occupancy monitoring. For example, if occupancy monitoring indicates stable (or increasing) occupancy rates, habitat monitoring will provide a general measure of whether there will be sufficient nest and roost habitat for occupancy rates to remain stable. We advocate no specific method for habitat monitoring and leave it up to management agencies to determine the best method(s) to use. One possible approach is to use data from Forest Inventory and Analysis (FIA). We provide a brief overview of that program below.

**Introduction to the Forest Inventory and Analysis (FIA) Program**

Habitat monitoring depends on remote-sensing and stand-level vegetation data of habitat across the owl's range, using vegetation measures from the FIA program. The FIA has been in continuous operation since 1930 with a mission to "…make and keep current a comprehensive inventory and analysis of the present and prospective conditions of and requirements for the renewable resources of the forest and rangelands of the U.S…"

The core design of FIA consists of three phases (http://fia.fs.fed.us/about.htm). Phase 1 is a remote sensing phase aimed at classifying the land into forest and non-forest and taking spatial measurements such as fragmentation, urbanization, and distance variables. This phase has historically been conducted using aerial photography, but it is changing to a system based on satellite imagery. Data from this phase will be useful for monitoring macrohabitat changes in the range of the Mexican spotted owl.

Phase 2 consists of field samples distributed across the landscape, based on a permanent grid system with an FIA plot approximately every 2430 ha (6,000 ac). Field plots are located systematically on a 5-km (3.1-mi) grid regardless of whether they are forest or non-forest, and regardless of land ownership. Permanent plots are installed on all land ownerships (after permission is granted by the landowner), but the actual locations are kept secret to prevent tampering with the site and to prevent the knowledge of plot presence to influence decisions. Plot locations that are in forested vegetation are visited by field crews who collect a variety of forest ecosystem data. Data are collected at the forested plots regardless of the landowner's

BLM_0071788

intended use or specific management actions. Non-forest locations are also visited as necessary to quantify rates of land use change. The following data are collected at FIA plots:

i.    The general land use that was projected in Phase 1 is verified;
ii.   On forested plots, general stand characteristics are collected, such as forest type, stand age, and evidence of disturbance;
iii.  Individual tree measures such as diameter, height, damage, cull, and grade are recorded;
iv.   Tree regeneration is documented.

The FIA Phase 3 program is based on a subset of the Phase 2 plots (located on a 22-km [13.7-mi] grid, sampling approximately 0.0405 ha every 38,881 ha [1 ac for every 96,000 ac]), from which an extended suite of ecological data (see list below) are collected. These measures relate to forest ecosystem function, condition, and health. Due to the seasonality associated with some of these measurements, the Phase 3 data are generally collected during a three-month window (Jun, Jul, and Aug). The measurements on the Phase 3 subset of plots can be grouped into the following categories:

i.    Crown Conditions – generally, poor crown conditions are symptoms of trees under stress, and trees with good crown conditions are vigorous.
ii.   Soil Erosion Potential – estimates of soil erosion potential help identify areas that may contribute to water quality degradation.
iii.  Soil Chemical Analyses – collection and analysis of soil samples include estimates of site fertility and in some cases potential toxicity relating to acidic soils that relate to productivity.
iv.   Lichen Communities – the presence or absence of certain lichen species is indicative of air quality and climate changes.
v.    Ozone Bioindicator Plants – these plants have known sensitivities to ground-level ozone, although they are not necessarily collected on the Phase 3 plots (this effort can occur in the general plot area).
vi.   Vegetation Structure – the composition of vegetation (species and growth forms), abundance, and spatial arrangement in the forest. Also the presence of exotic and introduced plant species can be extracted from the collected data.
vii.  Down Woody Debris – this measurement is useful in determining fire fuel potential, and this information with the vegetation structure data can be used in wildlife habitat models.

Though the FIA program has been in existence since the 1930s, the data collection methods have been modified periodically, and the grid system was recently revamped to improve the statistical validity of the sampling. Currently, 10% of the plots in the western U.S. are scheduled to be sampled every year.

Regardless of whether a plot is Phase 2 or Phase 3, after two or more visits have occurred at a single plot location, it is possible to analyze the data to derive estimates of trends in desired conditions (see Tables C.1 and C.2 in Appendix C).

BLM_0071789

**Habitat Monitoring Methods**

As mentioned above, an essential feature of the FIA program is the confidentiality of the data. Because data are collected from all land ownerships and because the data would be biased if landowners or others knew the location of the plots and treated them differently than areas outside the plots, these locations and much of the data from them are not available directly to agencies. Instead, the agencies must craft specific questions for the FIA program, and then FIA responds with answers to the data queries.

We believe existing FIA sampling schemes for all three phases provide adequate data to meet the proposed delisting criteria. Owl-relevant FIA variables should be used to monitor trends in owl habitat, providing a range-wide habitat sampling scheme. Phase 1 data provide a comprehensive coverage of changes amount and type of forest habitat. Phase 2 provides information on changes in forest-stand structure. Phase 3 provides information on additional habitat variables important to owls, such as down woody debris

For purposes of Mexican spotted owl recovery planning, the FIA plots would be aggregated into strata that would be based on 1) EMU, 2) elevation, and 3) forest type. Stratification is important because it distributes samples throughout an EMU and improves precision of the habitat estimates.

## 5.   Relating Habitat and Owl Occupancy Modeling

For purposes of understanding progress towards recovery of the Mexican spotted owl, monitoring should document the changes in the owl population and its habitat when, in fact, such changes are occurring. Thus, an effective monitoring program requires measuring changes in both habitat quantity and owl occurrence across the landscape. To link the monitoring of owl occupancy in forest habitat with the habitat conditions, analysis of occupancy monitoring data should incorporate FIA data.

Linking occupancy monitoring to FIA monitoring is recommended for three reasons. First, the FIA inventory (both Phase 2 and Phase 3) provides microhabitat measurements that can be used to improve the occupancy monitoring scheme, providing predictor variables that will improve the estimation of the probability of occupancy and detection for the plots sampled.

Second, important microhabitat variables that are correlated with owl occupancy will be determined that can then be used to evaluate temporal trends in microhabitat. A strength of this approach is that FIA data collected prior to occupancy monitoring can also be analyzed to determine long-term trends in these variables. In summary, linking FIA data with the occupancy monitoring sampling plots will provide: 1) the opportunity to identify microhabitat variables that relate to owl occupancy and detection rates, and 2) the ability to evaluate trends in these microhabitat variables through time.

Third, FIA is a well-funded, ongoing effort. Thus, it provides a unique opportunity to collect data potentially useful in monitoring trend in owl habitat, without requiring a separate and prohibitively expensive sampling effort.

BLM_0071790

## 6. Conclusions

The technology and expertise are available to monitor trends in Mexican spotted owl habitat and population size. Clearly, the objectives and design of the monitoring program must be defined explicitly, and they must be attainable. To implement the process, knowledgeable, dedicated people must be assigned the task. Adequate training and constant feedback mechanisms are critical aspects to a successful monitoring program, as tenable conclusions can be based only on reliable data.

BLM_0071791

## APPENDIX F - LAWS, REGULATIONS, AND AUTHORITIES FOR RECOVERY PLAN IMPLEMENTATION

This Recovery Plan, First Revision is based or predicated upon laws that designate specific legal authority and responsibility to government agencies for managing public resources, including wildlife and wildlife habitat.  The following summarizes relevant laws and authorities applicable to implementation of this Recovery Plan.

### 1.  Endangered Species Act

Section 2(c)(2) of the ESA expresses the policy of Congress that "...all Federal departments and agencies shall seek to conserve endangered species and threatened species and shall utilize their authorities in furtherance of the purposes of [the] Act."  Section 7(a)(1) of the ESA requires Federal agencies to "...utilize their authorities in furtherance of the purposes of the Act by carrying out programs for the conservation of endangered species and threatened species...."  Thus, Congress clearly intended conservation of endangered and threatened species to be considered in implementation of Federal programs and actions.  In addition, other Federal laws and regulations require consideration of endangered and threatened species in program implementation, including the National Forest Management Act (NFMA) and the NEPA.

Implementation of the ESA is the responsibility of the Secretary of the Interior (Secretary) for listed terrestrial species.  The Secretary generally delegates implementation authority to the FWS.  The following sections of the ESA are relevant to implementation of species recovery efforts:

### A.  Section 4

Section 4 includes the listing and recovery provisions of the ESA.  Section 4(b) of the ESA provides for designation of critical habitat for endangered and threatened species.  Regulations governing listing and critical habitat designation are codified at 50 CFR 424.  Protection of critical habitat is administered under section 7 of the ESA (discussed below).  Critical habitat is defined under section 3(5)(A) of the ESA as:

> "(i) the specific areas within the geographical area occupied by the species...on which are found those physical or biological features (I) essential to the conservation of the species and (II) which may require special management considerations or protection; and,
> "(ii) specific areas outside the geographical area occupied by the species...upon a determination by the Secretary that such areas are essential for the conservation of the species."

Section 4(d) of the ESA provides for promulgation of special rules for threatened species only.  This allows the Secretary to issue regulations as deemed necessary and advisable for the conservation of such species.  Special rules can be useful in enacting regulatory provisions

339

BLM_0071792

uniquely applicable to the species at hand and can be promulgated to avoid unnecessary regulatory burden.

B.  Section 5

Section 5 directs the Secretary to utilize funds and authorities of other laws in acquisition of lands, as deemed appropriate for conservation of endangered and threatened species.

C.  Section 6

This section authorizes cooperation with the states in conservation of threatened and endangered species.  Among its provisions is the authority to enter into management agreements and cooperative agreements and to allocate funds to the states that have entered into such agreements.

D.  Section 7

Section 7 and its implementing regulations at 50 CFR 402 govern cooperation between Federal agencies.  Federal agencies must, in consultation with and with the assistance of the Secretary, ensure that any action they fund, authorize, or carry out is not likely to jeopardize the continued existence of listed species or result in the destruction or adverse modification of a listed species' designated critical habitat.  Regulations at 50 CFR 402 provide the following definitions:

> "Jeopardize the continued existence of" means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species."

> "Destruction or adverse modification' means a direct or indirect alteration that appreciably diminishes the value of critical habitat for both the survival and recovery of a listed species." This regulatory definition has been legally challenged and is no longer used by FWS; no new regulatory definition has been promulgated to date.

Section 7 requires action agencies to assess the effects of proposed actions on listed species and their critical habitat.  If, as a result of that assessment, the agency determines that an action may affect a listed species or its critical habitat, the agency must enter into consultation with FWS. That consultation may result in a biological opinion from FWS, in which a determination is made as to whether jeopardy to the species and/or destruction or adverse modification of its critical habitat are likely to result from the agency action.

If a biological opinion concludes that jeopardy to the species and/or adverse modification of its critical habitat are not likely to result from a proposed action, the action may proceed.  The FWS may provide conservation recommendations to the agency on ways to minimize or avoid potential adverse effects on the listed species and/or critical habitat.  Implementation of the conservation recommendations are at the action agencies' discretion.  In cases where the action is likely to result in the incidental taking of a species, FWS may provide reasonable and prudent

340

BLM_0071793

measures to minimize the amount or extent of the take.  The terms and conditions that accompany and implement any reasonable and prudent measures are nondiscretionary and must be implemented.  However, reasonable and prudent measures and their implementing terms and conditions cannot alter the basic design, location, scope, duration, or timing of the action; and they may involve only minor changes.

If a biological opinion determines that jeopardy and/or adverse modification is likely to result from the proposed action, the FWS and the action agency develop reasonable and prudent alternatives, if any, to the proposed action.  Reasonable and prudent alternatives refer to alternative actions that are consistent with the intended purpose of the proposed action, that can be implemented within an action agency's legal authority, that are economically and technologically feasible, and that FWS believes will not result in jeopardy to the listed species or destruction or adverse modification of critical habitat.  If no reasonable or prudent alternatives can be identified, the action agency may apply to the Endangered Species Committee for an exemption to prohibition of jeopardy and/or destruction or adverse modification of critical habitat.

E.  Section 8

Section 8 authorizes international cooperation in conservation and endangered and threatened species.  Included under this section is the authority to provide financial assistance to foreign countries to assist in their conservation efforts.

F.  Section 9

Section 9 covers prohibited acts in regard to listed species.  Of relevance to the Mexican spotted owl is the prohibition of taking individuals.  "Taking" is defined as "…to harass, harm, pursue, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct."  Permits for direct taking of threatened species may be issued for scientific purposes, to enhance propagation or survival, in cases of economic hardship, for zoological exhibition, or for educational purposes (50 CFR 17.32).

Taking of spotted owls is most likely to occur through "incidental take."  "Incidental take" is defined as the taking that results from, but is not the purpose of, carrying out an otherwise lawful activity.  Incidental taking of spotted owls may result from activities such as timber harvest, if that activity results in habitat loss to an extent that an individual spotted owl's normal behavior patterns are impaired.  In cases where incidental taking will not result in jeopardy to a listed species, the FWS may issue an incidental take statement in a biological opinion on a proposed Federal action, thereby exempting the action agency from the take prohibition.  Relief from taking prohibition for non-Federal activities is discussed under "Section 10" below.

G.  Section 10

Section 10 authorizes the FWS to issue permits for takings otherwise prohibited under section 9.  Permits for purposeful taking may be issued under 10(a)(1)(A) of the ESA for research purposes and to implement recovery actions.  In addition, 10(a)(1)(B) of the ESA allows permits for

BLM_0071794

incidental takings that may result from an activity provided an applicant submits a conservation plan that specifies:

"(i) the impact which will likely result from such taking;

"(ii) what steps the applicant will take to minimize and mitigate such impacts, and the funding that will be available to implement such steps;

"(iii) what alternative actions to such taking the applicants considered and the reasons why such alternatives are not being utilized; and

"(iv) such other measures that the [FWS] may require as being necessary or appropriate for purposes of the plan."

## 2.  National Forest Management Act

The NFMA governs FS Management on NFS lands.  The first planning regulations (rule) articulating implementing language were provided in 1979 and then revised in 1982.  In 1997, the Secretary of Agriculture convened a committee of scientists to provide recommendations on how to better implement NFMA.  This led to a series of planning rule revisions (2000, 2002, 2005, 2008) that have yet to gain final approval.  In 2009 the FS issued a Notice of Intent to prepare an environmental impact statement (EIS) for a new planning rule, starting a new planning-rule-revision effort. A draft EIS was distributed in 2011 and a proposed final programmatic EIS was published in 2012 (79 CFR 30.8480). At this time, that PEIS pending approval by the Secretary of Agriculture.

USDA republished the 2000 rule as amended  in the Federal Register in order to make it available to the public in the Code of Federal Regulations (36 CFR Part 219; Federal Register 2009).  This interim rule is currently in effect.  Below are relevant parts of the interim rule relevant to recovery planning.

Section 219.20 (Species Diversity) states:

"(a)(2)(ii) *Evaluations of species diversity.* Evaluations of species diversity must include, as appropriate, assessments of the risks to species viability and the identification of ecological conditions needed to maintain species viability over time based on the following:

"(A) The viability of each species listed under the Endangered Species Act as threatened, endangered, candidate, and proposed species must be assessed. Individual species assessments must be used for these species.

"(D) In analyzing viability, the extent of information available about species, their habitats, the dynamic nature of ecosystems, and the ecological conditions needed to support them must be identified. Species assessments may rely on general conservation principles and expert opinion. When detailed information on species habitat relationships, demographics, genetics, and risk factors is available, that information should be considered."

BLM_0071795

Section 219.20 further provides guidance pertaining to forest plan decisions related to species diversity:

"(b)(2) *Species diversity.* (i) Plan decisions affecting species diversity must provide for ecological conditions that the responsible official determines provide a high likelihood that those conditions are capable of supporting over time the viability of native and desired non-native species well distributed throughout their ranges within the plan area, except as provided in paragraphs (b)(2)(ii) through (iv) of this section. Methods described in paragraph (a)(2)(ii) of this section may be used to make the determinations of ecological conditions needed to maintain viability. A species is well distributed when individuals can interact with each other in the portion of the species range that occurs within the plan area. When a plan area occupies the entire range of a species, these decisions must provide for ecological conditions capable of supporting viability of the species and its component populations throughout that range. When a plan area encompasses one or more naturally disjunct and self-sustaining populations of a species, these decisions must provide ecological conditions capable of supporting over time viability of each population. When a plan area encompasses only a part of a population, these decisions must provide ecological conditions capable of supporting viability of that population well distributed throughout its range within the plan area.

"(b)(3)(i) *Federally listed threatened and endangered species.* Plan decisions must provide for implementing actions in conservation agreements with the FWS or the NMFS that provide a basis for not needing to list a species. In some situations, conditions or events beyond the control or authority of the agency may limit the FS's ability to prevent the need for Federal listing. Plan decisions should reflect the unique opportunities that NFS lands provide to contribute to recovery of listed species.

"(b)(3)(ii) Plan decisions involving species listed under the ESA must include, at the scale determined by the responsible official to be appropriate to the plan decision, reasonable and prudent measures and associated terms and conditions contained in final biological opinions issued under 50 CFR part 402. The plan decision documents must provide a rationale for adoption or rejection of discretionary conservation recommendations contained in final biological opinions."

## 3. National Environmental Policy Act

The NEPA requires Federal agencies to prepare Environmental Impacts Statements (EIS) or Environmental Assessments (EA) for implementation of agency actions and issuance or modification of agency policies and guidance. Impacts of the proposed action or policy amendment on endangered and threatened species must be evaluated, including a range of alternatives. If a deciding official determines that no significant impact will result from an action or policy amendment, a "Finding of No Significant Impact" (FONSI) is issued. If an agency determines that a significant impact will result from the proposed action or policy amendment, an EIS must be prepared. It is released for public review and comment, after which an alternative is selected and a Record of Decision (ROD) is signed by the deciding official.

343

BLM_0071796

## 4. Migratory Bird Treaty Act (MBTA)

Prior to listing the Mexican spotted owl as threatened, the MBTA provided the only Federal protection for the subspecies other than that afforded by land-management agencies. Under the provisions of the MBTA, it is unlawful to pursue, hunt, take, capture, or kill in any manner any migratory bird unless permitted by regulations. The MBTA applies in both the U.S. and Mexico. Because the Mexican spotted owl exhibits migratory behavior in some areas, it is included on the list of birds protected under the MBTA.

## 5. Tribal Lands

The FWS recognizes that tribes have management jurisdiction over tribal lands and supports tribal efforts to implement the provisions of this Recovery Plan to achieve management consistency throughout the Mexican spotted owl's range. In accordance with Secretarial Order 3206 entitled "American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the ESA, signed by the Secretaries of the Department of the Interior and the Department of Commerce in 1997, the FWS is required to formally consult with tribes for any ESA actions that may impact tribal lands and culturally significant resources.

## 6. State and Private Lands

Although relatively few Mexican spotted owls are known on state and private lands in the U.S., the FWS encourages states to continue and/or begin a program to inventory forests and canyons for the presence of Mexican spotted owls. As discussed in Part II.H.3.d (Inadequacy of existing regulatory mechanisms), all states within the U.S. range of the owl have protections in place to prohibit the direct taking of Mexican spotted owls. However, we are unaware of any provisions under state law to regulate the loss of Mexican spotted owl habitat. In addition, the FWS should evaluate the importance of state and private lands to the Mexican spotted owl, and consider promulgating a special rule under 4(d) of the ESA that specifies habitat-altering activities that can be allowed on private lands without violating the prohibition of incidentally taking Mexican spotted owls.

## 7. Mexico

In Mexico there are various legal mechanisms aimed at the regulation of conservation and sustainable uses of wildlife and its habitat, as well as conservation and protection of endangered species. These are found in a suite of laws, official Mexican standards (Normas Oficiales Mexicanas), and international agreements, among others, and provide the basis for the development of actions for conservation, protection, and recovery of the populations of species listed under some risk category, such as the spotted owl.

A. General Law of Ecological Equilibrium and Environmental Protection (Ley General del Equilibrio Ecológico y la Protección al Ambiente)

This is the primary law dealing with environmental matters in Mexico, and it integrally regulates the general terms of environmental protection. This law defines the basic principles of Mexican

BLM_0071797

environmental law and the instruments for its implementation, as well as the mechanisms for the
conservation of ecological equilibrium, environmental protection, and the establishment and
administration of natural protected areas, among other matters.

Chapter III of this law is directly focused on conservation and sustainable use of wildlife (fauna
and flora). Section III of article 79 states that the conservation of species in the endemic,
threatened, endangered, or special protection categories should be one of the criteria to be taken
into account when granting concessions, permits, and authorizations for use, possession,
administration, conservation, repopulation, propagation, and development of wildlife.

B.  General Wildlife Law and its Regulations (Ley General de Vida Silvestre y su Reglamento)

This law is part of the national environmental policies and it seeks to balance wildlife
conservation with its use. It fosters the implementation of activities oriented to protect wildlife
while creating new opportunities that allow the use of natural resources for social benefit. It
creates support for conservation by engaging the population in conservation actions that generate
income.

This law regulates extractive and non-extractive uses of wildlife specimens, parts, and
derivatives, including those species listed in a risk category in the NOM-059-SEMARNAT-
2010, and priority species, seeking at all times the viability and permanence of wildlife in nature.

The most important conservation tools promoted by this law are Management Units for the
Conservation of Wildlife (UMAs, Unidades de Manejo para la Conservación de Vida Silvestre).
These are collective or private land holdings where the following activities take place:
conservation, restoration, protection, maintenance, recovery, reproduction, repopulation,
reintroduction, research, rescue, shelter, rehabilitation, exhibition, recreation, environmental
education, and sustainable use of wildlife and its habitat.

C.  General Law of Sustainable Forest Development and its Regulations (Ley General de
Desarrollo Forestal Sustentable y su Reglamento)

This legal body regulates the forestry policy of Mexico with the objective of contributing to
social, economic, and ecological development through conservation, protection, restoration,
production, zoning, cultivation, management, and use of the forest resources and forested
ecosystems of the country.

This law is entrusted with: 1) regulating all matters relative to conservation, management, and
use of forest resources; 2) establishing measures for forest conservation, as well as control,
surveillance, and sanctions; and, 3) encouraging social participation. It is of particular
importance in the conservation of forested areas, including the forests in which the spotted owl is
found.

BLM_0071798

D.  Official Mexican Standard NOM-059-SEMARNAT-2010 (Norma Oficial Mexicana NOM-059-SEMARNAT-2010)

This identifies and lists within an at-risk category all those species that are at risk and groups them in four categories: P-endangered, A-threatened, Pr-subject to special protection, and E-probably extinct in the wild.

Even though this standard in itself does not constitute an instrument that fosters species conservation, it is a tool that assists in prioritizing projects related to these species.  Based on this, the Secretary of the Environment and Natural Resources is mandated to promote and foster the conservation of species and populations at risk through the development of conservation projects.

E.  *In situ* conservation strategies

The implementation of the Recovery Plan in Mexico would be carried out through *in situ* conservation instruments included in the environmental legal framework.  The following section describes the available plans and implementation mechanisms for the conservation of the spotted owl and associated species.

i.      *Natural Protected Areas (Áreas Naturales Protegidas)*

Natural Protected Areas have been the main instrument for natural habitat and biodiversity conservation in Mexico's environmental policies.  CONANP (National Commission of Natural Protected Areas) is responsible for implementing actions focused on conservation, recovery, restoration, and management, including attention to species at risk found within protected areas as well as in their influence zones.  NPAs (Natural Protected Areas) have Management Programs that outline the activities that will be implemented, including species monitoring.  Currently, there are 174 NPAs that are managed by CONANP, including those where the spotted owl is present, as mentioned in previous sections.

ii.     *Certified Conservation Areas (Áreas Certificadas para la Conservación)*

This is a tool designed for landowners (communities, ejidos, or private lands) that are interested in the conservation of their land to voluntarily access conservation schemes.  Once owners join this program they have access to funding and other benefits through programs of the government or civil society organizations.  Under this scheme owners commit to manage their land as if it was a private natural protected area, which allows for conservation of the natural habitat, thus complementing the objectives of natural protected areas.

iii.    *Management Units for the Conservation of Wildlife (UMAs, Unidades de Manejo para la Conservación de Vida Silvestre)*

These are mostly private properties registered to undertake wildlife management, generally associated to economic interests; they also usually undertake activities for conservation of the natural habitat, populations, and wildlife.  They are managed by the owners themselves, and

346

BLM_0071799

represent a source of income derived from the sustainable use of wildlife. Thus, owners become the most interested party in guaranteeing the viability of wild populations and their natural habitat, undertaking surveillance, monitoring, and management of habitat and populations.

iv.     *Program of Conservation of Species at Risk (PROCER) (Programa de Conservación de Especies en Riesgo--PROCER)*

This program is carried out by CONANP, the National Commission of Natural Protected Areas, and its objective is to recover 30 species at risk. Its main tool is the elaboration and execution of Action Programs for the Conservation of Species (PACE), which establish conservation strategies for each priority species, as well as specific actions aimed at conserving, protecting and recovering their populations and habitat.

This program is tightly linked to the work that is conducted inside Natural Protected Areas; however, its action scope is beyond the limits of the NPAs and considers the execution of other forms of conservation activities as well as activities for other species.

F.  Other development programs associated with biodiversity conservation

i.     *Program for Payment for Environmental Services (Programa de Pago por Servicios Ambientales)*

These programs are operated by the National Forestry Comission (CONAFOR), and its resources provide support to communities, ejidos, Regional Forestry Associations, and private owners of forested lands, who receive a payment in exchange for biodiversity conservation. Supported categories include projects related to biodiversity conservation, agroforestry systems, and carbon capture, among others. Currently, CONANP and CONAFOR have worked jointly to define priority areas for conservation of species at risk.

ii.     *Program for Conservation for Sustainable Development (Programa de Conservación para el Desarrollo Sostenible)*

This subsidy program is operated by the CONANP and promotes the conservation of ecosystems and their biodiversity through the active participation of the population in actions and projects that encompass conservation of natural resources, as well as alternative production projects that decrease pressure on natural resources. In this way communities and regional stakeholders view sustainable development as a form through which they can improve their quality of life while conserving natural resources, and converts them into important allies in the conservation of biodiversity.

BLM_0071800

## APPENDIX G - CONSERVATION MEASURES AND MANAGEMENT IN THE UNITED STATES AND MEXICO

### 1. United States

a. Federal agencies

### i. *Fish and Wildlife Service*

The FWS has only one record of Mexican spotted owls on its lands (in Brown Canyon on Buenos Aries National Wildlife Refuge), so the FWS's main management responsibility involves conducting the processes associated with listed species under the ESA, such as Section 7 consultation on Federal actions that may affect the species and/or its critical habitat, issuance of research permits under Section 10, and recovery planning under Section 4. Over 200 formal Section 7 consultations have been conducted on actions proposed by numerous Federal agencies, and several hundred informal consultations have occurred as well. The FWS designated critical habitat for the owl in 2004. In addition, the FWS has reviewed two petitions to delist the species. In both cases, delisting was determined to be "not warranted" because the petitions failed to present substantial scientific and commercial information to support their assertion that the species should be delisted. Notices of those findings, including discussions of the issues raised in the petitions, were published in the Federal Register on 23 September 1993 (58 FR 49467) and 1 April 1994 (59 FR 15361). The FWS findings were upheld in legal challenges.

### ii. *Forest Service*

The primary administrator of lands supporting Mexican spotted owls in the U.S. is the FS. Most spotted owls have been found within FS Region 3 (including 11 National Forests in Arizona and New Mexico). The Rocky Mountain (Region 2, including two National Forests in Colorado) and Intermountain Regions (Region 4, including three National Forests in Utah) support fewer spotted owls.

Forest Service Southwestern Region (Region 3)

On 5 June 1996, Regional Forester Charles W. Cartwright signed a ROD to implement Alternative G of the Final EIS for Amendment of Forest Plans (FEIS; USDA FS 1996). That decision directs individual National Forests to incorporate Recovery Plan recommendations, as well as those of the Management Guidelines for Northern Goshawk in Southwestern U.S., into their forest plans. The FS then consulted with the FWS under Section 7 of the ESA on the forest plan amendments. The FWS issued a biological opinion finding that implementation of the forest plan amendments would not likely jeopardize the continued existence of the Mexican spotted owl or other listed species. In addition, the Mexican spotted owl Recovery Team reviewed the forest plan amendments and concluded that the direction detailed in the FEIS was generally compatible with the original Recovery Plan recommendations, although some disparities and management concerns were recognized. In addition, on January 17, 2003, the FWS completed a reinitiation of the 1996 Forest Plan Amendments non-jeopardy biological opinion, and again reached a non-jeopardy conclusion. Consultation on individual actions under

348

BLM_0071801

these biological opinions anticipated incidental take in the form of harm and/or harassment of owls associated with 243 PACs on FS Region 3 lands. The FS Region 3 reinitiated consultation on the Land and Resource Management Plans (LRMPs) on April 8, 2004. On June 10, 2005, the FWS issued a revised non-jeopardy biological opinion on the amended LRMPs. Following a legal challenge to the 2005 biological opinion, the FWS issued revised biological opinions for each Region 3 forest in spring 2012.

Region 3 of the FS continues to manage under the 1996 ROD, but deviates from some Recovery Plan recommendations when overriding resource, social, or economic considerations (e.g., fuels-reduction projects for the purpose of reducing the risk of high-severity fire in the WUI) require the agency to deviate from those recommendations. Deviations from the direction in the ROD and FEIS require Section 7 consultation with FWS to ensure that FS programs and individual projects will not jeopardize the continued existence of the Mexican spotted owl or adversely modify its critical habitat.

The Southwestern Region of the FS has conducted spotted owl inventories since 1988. In 1994, the FS reported 846 owl "sites" reported between 1984 and 1993 (Fletcher and Hollis 1994). Prior to the listing of the Mexican spotted owl, Region 3 issued guidelines for its management. Those guidelines were issued as Interim Directive Number 1 in June 1989, then revised and reissued as Interim Directive Number 2 approximately one year later. Interim Directive Number 2 guidelines required establishing management territories around all nesting and roosting spotted owls and around territorial owls that were detected at night for which daytime locations were not recorded. All management territories (except those on the Lincoln and Gila National Forests) consisted of approximately 800 ha (2,000 ac) of habitat per territory. Since that time, the FS's Region 3 has incorporated the recommendation of the original Recovery Plan (USDI FWS 1995) and established approximately 1,061 240-ha (600-ac) PACs at all Mexican spotted owl sites known from 1989 to present (Table II.1). All Southwestern forests have more than one PAC, and the relative percentage of known sites by National Forest has not changed significantly.

<u>Forest Service Rocky Mountain Region (Region 2)</u>

Region 2 of the FS continues to manage under the original Recovery Plan (USDI FWS 1995) recommendations. Most projects occurring in Mexican spotted owl habitat consist of fuels-reduction treatments that have been able to meet the Protected and Restricted Habitat Guidelines in the original recovery plan. Projects rarely occur within PACs.

Since 1990, the Rocky Mountain Region of the FS has conducted spotted owl inventories in most of the National Forests in Colorado. Currently occupied Mexican spotted owl sites are present on the Pike/San Isabel and San Juan National Forests. The FS's Region 2 has established PACs of at least 240-ha (600-ac) in size at all Mexican spotted owl sites where owls have shown some level of occupancy (i.e., not believed to be transitory owls) since 1990. Several owl sites are being further evaluated for potential establishment of PACs.

BLM_0071802

Forest Service Intermountain Region (Region 4)

Potential Mexican spotted owl habitat in the FS's Intermountain Region is limited to small portions of the Dixie, Fishlake, and Manti LaSal National Forests in southern Utah. Employees of the Intermountain Region have collected site-specific Mexican spotted owl data since 1990. Survey efforts covered approximately 335,930 ha (830,100 ac) of habitat statewide on FS-administered lands. Few Mexican spotted owl breeding pairs have been documented on these National Forests. The inventories in southern Utah encompassed a wide range of habitat types, but all owls detected were found in steep-walled sandstone canyons, some of which contained intermittent streams and stringers of mixed conifer and/or deciduous multi-layered vegetation. In southern Utah, owls were found nesting only on ledges or small caves in these steep-walled canyons. As a result of these extensive survey efforts, spotted owl inventories were discontinued in rolling forested landscapes of the Intermountain Region and were focused on steep-walled canyon areas consistent with where owls were documented. Broad-scale survey efforts were replaced with forest-level surveys, as needed to determine owl presence in proposed project areas. In 2003, approximately 2,400 ha (6,000 ac) were surveyed on the Teasdale and Escalante Ranger Districts with two detections. As a result of these refocused survey efforts, an additional owl site was located in 2008 and the Dixie National Forest designated three PACs.

The FS has regulatory mechanisms and management direction in place to protect and recover the Mexican spotted owl. The Forest Service Manual (FSM) requires review of all FS planned, funded, executed, or permitted programs and activities for possible effects on the owl (FSM 2672.4). Additionally, each National Forest is required to complete consultation with the FWS for all agency programs or activities that may affect the species (FSM 2671.45c). Existing forest plans for the Dixie, Fishlake, and Manti LaSal National Forests require that spotted owl habitat be protected, maintained, or improved. Additionally, these forests' plans are currently under revision, and owl habitat and recovery are being addressed in the revision process. The existing Recovery Plan guidance is also implemented as appropriate on these three southern Utah forests.

### iii. National Park Service (NPS)

In the range of the Mexican spotted owl, the NPS has 57 administrative units. However, most of these park units are very small in acreage and/or have no spotted owl habitat. Other parks with apparent spotted owl habitat characteristics have been surveyed and no owls have been found (Arches NP, Rocky Mountain NP, Great Sand Dunes NP and Preserve, Black Canyon NP, and Curecanti NRA). As a result, 21 parks are known or expected to have spotted owls or owl habitat. Some of the 21 parks have not been surveyed for spotted owls, so the actual presence of owls has not been confirmed at this time. Designation of PACs has been inconsistent in national park units in part because much of the acreage in the 21 parks is wilderness, proposed wilderness, or backcountry land designations. These land-management categories greatly reduce the potential for most management impacts to owls and owl habitat. As a consequence, there is less need for park managers to conduct surveys and identify the specific acreage to be managed for owls through PAC designations. Increases in human recreation in the parks is heightening concern for spotted owls in these less-developed portions of parks, and may stimulate designation of more PACs to focus protection of the owls. This is true particularly where owls are using canyon habitats and may have less ability to retreat from human disturbances. In two

350

national park units with Mexican spotted owls there is shared management responsibility with the Navajo Nation (Canyon de Chelly and Navajo National Monuments). Consistent with the Navajo Nation's desire to keep owl sites confidential, the owl sites described paragraphs below are not displayed in the Recovery Plan maps of owl distribution.

Generally, the most pressing issue of managing owl habitat in national parks is the need to reduce fuels and reintroduce natural fire regimes, while maintaining or improving owl habitat. Fire Management Plans commonly include owl habitat management as a focus issue in decisions for planned and unplanned fire management.

The following summaries provide detail on owl populations in the 21 parks that are known or expected to have owls or owl habitat.

<u>Arches National Park, Utah</u>

Repeated spotted owl surveys have not detected owls at this park unit. The habitat appears suitable and survey efforts will continue.

<u>Bandelier National Monument, New Mexico</u>

Mexican spotted owls were first reported at Bandelier National Monument in 1910 and owl surveys began in 1985. The spotted owls in Bandelier nest in canyons walls with cool, moist, mixed-conifer forests; the majority of this habitat is in the Bandelier Wilderness. From the 1990s into the 2000s, the park managed all potential habitat within canyon as nesting and roosting habitat. During the 1990s, breeding was documented at three locations. From 2003 to 2011, spotted owls seemed to have disappeared from these sites. In 2011, a wildland fire burned at high and moderate intensities with nearly complete tree mortality through much of the owl's habitat. As of fall 2011, the park is uncertain whether owls could successfully occupy the park. Habitat evaluations and owl surveys will be conducted. For the time being, three breeding locations will be kept on record.

<u>Big Bend National Park, Texas</u>

There is one record of a Mexican spotted owl being heard from the Chisos Basin campground and lodging development in Big Bend National Park during the breeding season by a visiting bird-watcher familiar with owl calls. The conditions of the observation meet the definition of an "owl site" used in the Recovery Plan. No formal surveys have been performed in Big Bend National Park. To date, no confirmed visual sightings or photographs have been made of Mexican spotted owls in the park. Additional, anecdotal information leads the NPS to consider the possibility of spotted owls here. That information includes: the confirmed presence of owls in the Davis Mountains and in a Mexican mountain range south of the Rio Grande; several records of unidentified *Strix* species (either barred or spotted owls) near this park; two predictive habitat models that identified probable habitat in the park; and the professional judgment of Recovery Team members who visited the park and found the habitat to be potentially suitable. The single unconfirmed detection is reflected in the Recovery Plan map of owl distribution.

BLM_0071804

The park will attempt to conduct owl surveys to determine if spotted owls regularly occupy the park and whether a PAC is warranted. At this time there are no PACs delineated at Big Bend NP.

Bryce Canyon National Park, Utah

There are no documented owl territories within Bryce Canyon National Park. Surveys have been performed throughout the park in areas predicted to be suitable habitat (1993-1995) and in connection to proposed projects (2003, 2008, 2009). No surveys detected spotted owls. Most of the potential spotted owl habitat occurs in proposed wilderness areas where it is protected from development. No prescribed fire treatments are currently planned for the potential owl habitat in the park. Unplanned fire and recreation impacts are currently the greatest threat to the possibility of owls occurring at Bryce Canyon. A lightning-caused event in July 2009 burned several hundred acres in potential spotted owl habitat. Owl surveys in that area prior to the fire had not located spotted owls. Surveys for Mexican spotted owls will continue, generally related to proposed activities within or adjacent to potential habitat.

Canyon de Chelly National Monument, Arizona

Canyon de Chelly's primary mission is to protect the prehistoric ruins and other features of scientific or historical interest. The monument encompasses approximately 34,000 ha (84,000 ac) within the Navajo Nation. The Navajo Nation holds management responsibility for wildlife resources in the monument. Mexican spotted owls and their habitat are managed under the Navajo Nation Management Plan for the Mexican Spotted Owl (2000). Records show the species has occupied parts of the monument since the mid-1980s. Surveys since 2005 have found that owls are widely, but patchily distributed throughout the monument, resulting in designation of five PACs. Both the NPS and Navajo Nation recognize the potential for more owl sites to be located in the monument due to the abundance of steep, north-facing canyon walls, perennial streams, and patches of Douglas-fir that have not yet been surveyed.

Canyonlands National Park, Utah

The first study of Mexican spotted owls in Canyonlands was in 1977. A series of owl studies were conducted in the 1990s (Van Riper and Willey 1992, Willey 1995, 1996, 1998; Swarthout and Steidl 2000, 2001, 2003; Willey and Van Riper 2000). These studies investigated demographics, owl sensitivity to recreational disturbance, prey base, home range size, habitat use, and natal dispersal of the birds. In 1996, PACs were designated around all 22 known owl territories [about 9,300 ha (23,000 ac)], and a GIS layer was developed to manage activities occurring in this owl habitat. Although monitoring has been sporadic, owls have consistently been located in these PACs. In 2002 and 2003, a comprehensive re-survey of the entire park was undertaken to determine the status of the owl population (Schelz et al. 2004). Most of the 22 PACs were surveyed, as were other areas. The resulting 47 Mexican spotted owls (10 pairs and 27 individuals) led to a current estimate of 29 PACs in the park. The top issues threatening the owls in Canyonlands are increased human activity in the remote backcountry and the loss and degradation of riparian habitat.

BLM_0071805

There are approximately 77,000 ha (190,000 ac) of potential owl habitat in the park, of which about 49,000 ha (120,000 ac) have been surveyed to protocol. Owl nesting habitat in the park is rugged, steep-canyon topography with vertical cliffs and numerous caves with small patches of woodland vegetation (pinyon-juniper being the most common type). As owl habitat in the park is not fire-dependent, prescribed fires are not used as a management tool, and no acres of owl habitat have been lost to canopy fire.

Capitol Reef National Park, Utah

Capitol Reef National Park has nine owl sites designated as PACs. Breeding was confirmed at all nine sites during the 1990s (Willey 1998b). The most recent surveys have occurred during 2008-2010 and all nine PACs were visited; a pair was observed at one site, single males were observed at three others, and no owls were detected at the remaining five sites. The park does not have an estimate of amount of potential owl habitat or of the acreage surveyed. Fires are rare in the park, and large fires would be unlikely to occur near owl territories due to vegetation patterns. No owl habitat in the park has been lost to fire or treated with fuels-management methods. Potential impacts to owls could arise from increased human recreation in areas occupied by owls. Research was conducted in Capitol Reef, Canyonlands, and Zion NPs examining owl response to human activity (Swarthout and Steidl 2001, 2003). Results concluded that the cumulative effects of high levels of short-duration recreational hiking near nests may be detrimental to Mexican Spotted Owls and that buffer zones should be established around nest sites to protect breeding owls (Swarthout and Steidl 2001, 2003).

Carlsbad Caverns National Park, New Mexico

Carlsbad Caverns National Park has 23 detection records of Mexican spotted owls. Formal surveys in 2010, covering half of the wilderness area of the park, documented 16 of those records, which likely represented 4 male individuals and 1 pair. While most of these early records suggest that the owls were dispersing or wintering individuals, the most recent observations (since 2005) indicate that this species is a resident in some of the narrow, steep-sided canyons with floors above 1,525 m (5,000 ft) in elevation. Four sites can be designated as PACs given the recent records. The park is characterized by steep-walled canyons with caves and ledges, with limited areas of scattered ponderosa pine and maple-oak ravine woodlands. The woodlands are less than four percent of the park acreage and tend to occur on north-facing slopes above 1,500 m (4,900 ft) or in canyon bottoms. Although breeding has yet to be documented, the narrow canyons at higher elevations in the park most likely provide nesting habitat for Mexican spotted owls.

The park backcountry receives little human use, and there are no special management restrictions for owls. The Fire Management Plan guides the most prevalent vegetation management in the park. The western half of the park, with rugged canyons and the majority of woodland patch habitats, is slated for management as a wildland fire use study area under the plan. Several large fires since the 1970s, including those in 2010 and 2011, have burned most of the park. However, many of the narrow canyons likely to be used by Mexican spotted owls have not been greatly impacted. However, the influence of these fires may limit woodland regeneration and favor montane shrublands where the owls may forage.

BLM_0071806

Chiricahua National Monument, Arizona

There are two sites with spotted owl occupancy that are managed as PACs. Management of this acreage is addressed in the Fire Management Plan. In 2011, a wildfire burned over the entire Monument. Owl surveys will be conducted to determine if the PACs are still occupied.

Coronado National Memorial, Arizona

Coronado National Memorial has surveyed for Mexican spotted owls in most years since 1997 and has found a pair using one site consistently. As part of a study of the population biology of Mexican spotted owls in sub-Mogollon Arizona (Duncan and Spiech 2002), the adult owls and their young from 1997 and 1999 were captured, marked with color bands and aluminum bands, and monitored through 2000. The purpose of this study was to determine survivorship, reproductive success, environmental variation, and population trends. Research has also been done on rodent populations in the PAC. In 2011, a wildfire burned over the entire Monument; the PAC burned with a light severity. Owl surveys will be conducted to determine if the PAC is still occupied.

Dinosaur National Monument, Colorado

There is one known owl territory in Dinosaur National Monument where a single bird was observed in two consecutive years in the late 1990s. The territory is located within an extremely remote area of the park that receives little human use. The site has not been designated as a PAC due to the remote location and lack of management action there. There are no known threats to this territory. In 2009, biologists were unsuccessful in their attempt to access the site and determine if owls were present.

Gila Cliff Dwellings National Monument, New Mexico

The Gila Cliff Dwellings National Monument consists of 216 ha (533 ac) and does not have any spotted owl records from within the unit. However, it is surrounded by Gila National Forest acreage, and the park acreage may contribute to owl home ranges that are centered on FS-administered lands.

Glen Canyon National Recreation Area, Arizona and Utah

Glen Canyon National Recreation Area has ten spotted owl detections that are managed as PACs. No surveys have been conducted since the late 1990s except for a survey in Miller Canyon, where a pair was observed in 2009.

Grand Canyon National Park, Arizona

There are 40 known Mexican spotted owl territories within Grand Canyon National Park, all of which have been mapped as PACs. Due to restricted access to many PACs, annual monitoring of all PACs is not practible. However, a minimum of 18 PACs were occupied in 2001, 20 PACs in 2002, 13 PACs in 2003, and 10 PACs in 2004. One owl in each of seven PACs was radio-

354

BLM_0071807

tracked in 2004 (Bowden 2008).  Systematic surveys continue to be implemented yearly on the North and South Rim prior to undertaking fire-related activities.

In Grand Canyon National Park, Mexican spotted owls have been located primarily in canyon habitat; however, one owl was confirmed on the plateau at the rim's edge on the South Rim, and one owl was detected in several locations on the North Rim plateau <0.8 km (0.5 mi) from the rim (Bowden 2008).  All other owl locations and all roost and nest sites have been confirmed below the rim in canyon habitat.  Radio-tracking data and home-range analyses from 2004-2007 (Bowden 2008) showed that owls at Grand Canyon roosted and nested in canyon habitat and occasionally foraged on the high plateau within 1 km (0.6 mi) of the rim in ponderosa pine and mixed-conifer forests.  All mixed-conifer forest on the North Rim has been surveyed at least twice since 1991, with one owl detected in 2007 (D. Willey pers. obs.).  Approximately 16,000 ha (40,000 ac) of predicted canyon habitat occurs in the park and approximately 50% of it has been surveyed.  Until further information is available, the Park continues to survey for owls in mixed conifer habitat on the North Rim and in canyon habitat throughout the park.

Guadalupe Mountains National Park, Texas

There are eleven Mexican spotted owl detections in Guadalupe Mountains National Park that have been identified as PACs.  Several other detections of single male owls have been located in the park.  The owls are found in areas of steep-walled canyons with wooded bottoms consisting of a well-developed overstory and open understory.  Owls may not occupy some survey areas due to an overly dense understory that may limit the owls' ability to forage.  Spotted owl observations over the past 30 years cluster the birds' activity areas in about six locations in the park, and some areas remain unsurveyed.  Production of young has been documented intermittently since 1994.  Most owl habitat is located in remote areas of the park and is not routinely subject to disturbance from human activity.  The park has restricted potentially impacting activities (e.g., helicopter use and blasting activity for trail improvements) near known territories during the breeding season.  The greatest threat to the owl is habitat loss from stand-replacing wildfire, and the park has initiated fuels treatments to reduce this threat.

Mesa Verde National Park, Colorado

There are three sites documented as owl territories within Mesa Verde National Park and other areas where owls have been heard.  Breeding has not been documented since the 1990s.  The lack of owl detections recently is a concern and suggests the need for continued surveys.  Owl habitat is in sandstone canyons and side canyons with Gambel oak thickets and stands of pinyon-juniper and Douglas-fir.  Areas used by spotted owls are managed as de facto PACs but designation is still pending.  Recent severe wildfires have burned thousands of acres of pinyon-juniper, Douglas-fir, and woodlands on the mesas adjacent to the canyons, which may provide foraging habitat for the canyon-dwelling owls.  Stand-replacing fires continue to be a threat to owls and owl habitat in the park.  A unique management issue at Mesa Verde National Park is the Mexican spotted owl's use of Ancestral Puebloan architecture (ruins) for nesting and roosting.  This creates a potential conflict with modern human use of these sites by visitors and archeologists.

BLM_0071808

Navajo National Monument, Arizona

Land within the Navajo National Monument is owned by the Navajo Nation, but is under NPS management for administrative care of culturally significant structures and recreation control. The Monument is approximately 243 ha (600 ac) in size and receives approximately 66,000 visitors per year. The Monument contains canyon habitat for the Mexican spotted owl. Mexican spotted owls were initially identified within the Monument in 1986 and the Navajo Nation established a PAC in Betatakin Canyon in 1997. A majority of the PAC area is outside the Monument on Navajo Nation lands. However, the head of Betatakin Canyon, which is within the Monument, contains spotted owl nesting habitat and there are several records of spotted owl detections in this area. That portion of the PAC on the Monument is subject to the Navajo Nation Management Plan for the Mexican Spotted Owl, but the National Park Service is still required to consult under Section 7 of the Act for any projects that may affect the owl.

Saguaro National Park, Arizona

Resident Mexican spotted owls were first detected in Saguaro National Park in 1992. The park currently supports five owl sites in the Rincon Mountain District of the park, each with a designated PAC and core area (1,200 ha [3,000 ac] total). Radio telemetry studies from 1996-1998 confirmed the number and territories of breeding pairs, their reproductive success, roosting and foraging habitat, and diet, and documented owl behavioral responses to local prescribed burns (Willey 1998a). The owls have been monitored intermittently since that time in relation to fire-management activities. At least one adult (usually a male) has been located in each PAC every year that surveys have been conducted. For management purposes, all vegetated acreage above 2,000 m (6,000 ft) elevation is considered potential spotted owl habitat. Habitat loss from wildland fire and human disturbances related to fire management are probably the greatest potential threats to the park's owls.

Mexican spotted owl breeding habitat is limited to the upper elevations of the Rincon Mountains in the park, usually on north facing slopes; most of this habitat is now in PACs. Prescribed burns have been conducted in about 800 ha (2,000 ac) of such habitat, and wildland fires have occurred in PAC acreage. Approximately 200 ha (500 ac) have been affected by canopy fire (mostly from wildfire) in the past 10 years.

Tonto National Monument, Arizona

In February 2010, a spotted owl was photographed with a night-time camera trap near the center of this National Monument. Until that time, spotted owls had not been confirmed. No surveys had been done because the habitat was not considered suitable. With this new detection, the park will attempt to conduct surveys to determine if a PAC is warranted. At this time there are no PACs delineated at Tonto NM.

Walnut Canyon National Monument, Arizona

The earliest record of Mexican spotted owl activity at Walnut Canyon National Monument dates to 1980, when a roost site was reported. A pair of owls was observed near this location again in

356

BLM_0071809

1986, but no nest was found. There are approximately 730 ha (1,800 ac) of owl habitat in the park, all of which has been surveyed to protocol at least once. Informal and protocol surveys occurred in nine breeding seasons between 1987 and 1999. Surveys between 2000 and 2003 did not result in owl detections, though an owl was incidentally observed in 2003. The area in the east canyon that was added to the park in 1996 has not been formally inventoried. Three PACs were established within the monument. No areas within owl habitat have been treated with prescribed fire or mechanical thinning, nor have any areas of habitat been lost to canopy fire in the past 10 years. The Fire Management Plan includes some site-specific mechanical thinning to protect natural and cultural sites at risk, but it does not propose prescribed fire in PACs due to topography. Greatest threats to owls at Walnut Canyon National Monument include growth and development of nearby human communities, drought and insect-related conifer mortality, risk of crown fire, changes in riparian vegetation, and increases in outdoor recreational use.

The three PACs encompass most of the Douglas-fir-Gambel oak, ponderosa pine-Gambel oak, pinyon-juniper-shrub-succulent vegetation on steep slopes, and much of the riparian corridor along the bottom of Walnut Canyon National Monument within and adjacent to the monument. All three PACs include acreage outside of the monument boundary on the surrounding Coconino National Forest. A fourth PAC is centered on the National Forest and includes some acreage of the Monument.

Zion National Park, Utah

There are 29 known Mexican spotted owl territories within Zion National Park, which are mapped into 20 PACs (8,757 ha [21,639ac]). In 2009, owls were detected in 81% of 27 territories monitored. The oldest record for owls in the park, a single juvenile, is from 1928. There were no subsequent owl observations until 1963 and 1974, with formal owl surveys beginning in the 1970s. Research on the owls in Zion occurred between 1987 and 2000; studies included owl distribution, habitat characteristics, home ranges and juvenile dispersal, and habitat disturbance effects on owls. Zion has been monitoring Mexican spotted owl territory occupancy and nesting activity on a regular basis since 1995. Prescribed burning has been used as a management tool on approximately 1,700 ha (4,200 ac) of owl habitat with no loss of the forest canopy.

The greatest threat to spotted owls in Zion comes from increased visitor use, especially visitation to canyons containing owl habitat. Some of the nesting sites are in heavy human-use areas. All of the canyons requiring technical climbing ability and equipment require access permits and have use limits. A three-year study on the effects of recreation in canyons on owl occupancy and reproduction was initiated in 2008. Another concern is high severity fires burning in foraging habitat as a result of increased fuel loads resulting from years of fire suppression. Reintroducing fire is a priority.

Spotted owl nesting habitat in Zion is found in canyons and adjoining areas are used for foraging. The habitat in these landscapes is described as vertical and overhanging cliffs; parallel-walled canyons with cool, north-facing aspects; complex side canyons; and a mosaic of vegetation types. The rock walls include caves, ledges, and fractured zones that provide protected nesting sites. The canyons also include patchy areas of vegetation along canyon

BLM_0071810

bottoms, on flat benches, or on plateaus or mesa tops above the canyon rim. Canyon habitat in the park is estimated at roughly 25,000 ha (62,000 ac). For this estimate, mesa tops between the canyons were included because the owls may use these areas for foraging. However, this does not imply the mesa tops are considered nesting habitat.

*iv. Bureau of Land Management (BLM)*

<u>Arizona</u>

Most BLM-administered spotted owl habitat in Arizona is in the Arizona Strip area of the CP EMU. Protection and recovery considerations are oriented toward the vicinity of steep-walled rocky canyons that meet criteria as potential nest/roost habitat. The BLM is implementing the original Recovery Plan (USDI FWS 1995) in this area by avoiding habitat-altering projects such as timber harvest within 1.6 km (1 mi) of canyons that could support breeding or roosting owls. No mixed-conifer forest occurs on public land in the Arizona Strip. The BLM continues to periodically survey for Mexican spotted owls in a few accessible areas. No birds have been found. The BLM in the Arizona Strip addresses Mexican spotted owl recovery opportunities in its Resource Management Plan.

The Hualapai Mountains, administered by the Kingman Field Office (FO), support one historical breeding location for spotted owls. Much of the 1,750 ha (4,300 ac) of ponderosa pine and mixed conifer forest in the Hualapais is shared by the owl and the endangered Hualapai Mexican vole, which also has a recovery plan under implementation. Since the most recent record of Mexican spotted owl breeding activity dates from 1979, no PAC has been designated. As on the Arizona Strip, the BLM continues to periodically survey for Mexican spotted owls in a few accessible areas thought to contain spotted owl habitat, yet no birds have been found. The BLM's activities are oriented to maintaining the existing ponderosa-pine forest and a very small amount of mixed-conifer forest in the Hualapai Mountains. Activities in historical spotted owl habitat are compatible with the original Recovery Plan and those identified in the Hualapai Mexican Vole Recovery Plan (T. Cordery, USDI BLM, pers. comm.).

<u>New Mexico</u>

Of the 849,840 ha (2.1 million ac) designated as Mexican spotted owl critical habitat in New Mexico, only 879 ha (2,171 ac) are located on BLM-administered lands. Furthermore, there are no protected owl habitats, as defined in the original Recovery Plan, or known extant Mexican spotted owl populations on BLM-administered lands in New Mexico. Historically, BLM lands in New Mexico likely contained forest stands suitable for the owl. However, from as early as the 1800s, homesteaders, owners of land grants, and private logging companies removed most of the large commercial timber, and few dense, older forests exist today. Of the six BLM FOs in New Mexico, four have implemented management actions for the Mexican spotted owl: Farmington FO, Taos FO, Rio Puerco FO, and Socorro FO (M. Ramsey, USDI BLM New Mexico State Office, pers. comm.). Of these four FOs, the Farmington FO is the only one to administer lands with critical habitat and has the greatest potential for supporting owls. However, Mexican spotted owl surveys were conducted from 1992 through 2009 and no owls were reported. A single owl was heard in 2002, but it was determined that it was a "floater" moving through the area (USDI BLM 2002). Only limited areas of BLM lands within the Taos FO have the potential

BLM_0071811

to meet the habitat criteria to support the owl and there has only been a single confirmed owl sighting in the FO; on 26 June 1991, an "inferred Mexican spotted owl" was detected in a Douglas-fir tree on BLM lands on the east side of Archuleta Mesa (UNM 1995). A BLM protocol survey for the owl was conducted in 1993 along the same transects where the owl was recorded in 1991, but no responses from spotted owls were elicited (USDI BLM 1993). Mexican spotted owl surveys were conducted by the Rio Puerco FO in 1992, but no responses from spotted owls were elicited and no suitable habitat was identified (M. Ramsey, USDI BLM New Mexico State Office, pers. comm.). The Rio Puerco FO has not subsequently conducted any surveys for the owl. Although owls are known to occur in mountains in west- and south-central New Mexico, including Mogollon and Tularosa mountains in Catron County, and the San Mateo Mountains in Socorro County, no owls or suitable habitats were documented during owl surveys conducted by the Socorro FO in 1992, 1993, and 1998 (M. Ramsey, USDI BLM New Mexico State Office, pers. comm.).

Considering the most current information on the limited distribution of the Mexican spotted owl and its required habitats on BLM-administered land in New Mexico, ongoing programs within FOs have very little potential to create disturbances to the Mexican spotted owl. Nonetheless, in any areas where Mexican spotted owls or their habitat are identified on BLM-administered lands or where BLM-administered lands are adjacent to other lands that have been identified as Mexican spotted owl habitat, the BLM will follow guidelines in the Recovery Plan in managing its timber and fuelwood programs, oil and gas development, coal leasing and development activities, and off highway vehicle activity.

Utah

Five separate critical habitat units were designated for the owl in Utah totaling some 912,000 ha (2,252,857 ac) (69 FR 53181). Of that total, approximately 147,000 ha (362,135 ac) are located on public lands administered by BLM. The administrative units with designated critical habitat are the Price, Moab, Monticello, Richfield, Kanab, Cedar City, and St. George FOs and the Grand Staircase-Escalante National Monument.

Much of the Utah habitat has been inventoried and monitored by Utah Division of Wildlife Resources (UDWR) personnel with funding from the Utah State BLM Office. As a result of these studies, over 100 protected activity centers (PACs) in Utah have been identified, of which approximately 20% occur on BLM-administered lands. These studies are continuing, and Utah BLM also continues to work collaboratively with UDWR to develop habitat models to guide survey efforts and to assist in project evaluations. Predictive habitat models developed in 1997, 2000, and 2007 (e.g., Willey 2007) are currently being used in determining habitat and potential impacts to the owl and its habitat from actions authorized by BLM.

In 2008, Utah BLM completed work on six land use plans. This effort included major plan revisions for the Vernal, Price, Moab, Monticello, Richfield, and Kanab FOs. Section 7 consultation was a major aspect of plan preparation and appropriate conservation measures were incorporated into the plans. The St. George FO and Grand Staircase-Escalante National Monument also are current in their land management plan Section 7 consultations for the owl.

BLM_0071812

<u>Colorado</u>

The BLM in Colorado has been managing under the 1995 Recovery Plan recommendations. Most owl habitat occurs in narrow, rocky canyons with difficult access. Few projects occur in these sites, but those that do include grazing permits, transmission line rights-of-way, and a rock quarry. Projects rarely occur within PACs. These projects are generally managed consistent with the guidelines in the 1995 Recovery Plan.

Since 1990, the BLM conducted spotted owl inventories on BLM lands throughout Colorado. Currently occupied owl sites on BLM land in Colorado are located along the Front Range in the Canon City area. The BLM has established PACs of at least 240-ha (600-ac) in size at all Mexican spotted owl sites where owls have shown some level of occupancy (i.e., not believed to be transitory owls) since 1990 (Table B.1). Several owl sites are being further evaluated for potential establishment of PACs. The number of occupied owl sites on BLM lands in Colorado has generally remained steady since 1992, with several of the sites showing strong site fidelity by resident birds. One such site has been occupied by the same male banded for the past 17 years.

*v.  Department of Defense (DOD)*

<u>Fort Huachuca Military Reservation, Arizona</u>

The Fort Huachuca Military Reservation (Post) in southeastern Arizona is known to support nesting Mexican spotted owls. Fort Huachuca manages owls, habitat, and the activities that may affect owls under the terms of a programmatic biological opinion issued by FWS (14 June 2007). Activities in spotted owl habitat generally are confined to various foot maneuvers and driving wheeled vehicles on dirt roads through canyon bottoms, although law-enforcement activities to interdict illegal immigration and smuggling are frequent and widespread in some owl habitat.

Public recreation accounts for the greatest amount and frequency of human activity in spotted owl habitat. One spotted owl site has been popular with birders for over three decades, but the effect of this activity on owls is unknown. Unauthorized off-trail walking has proliferated at this and at least one other site, and these side trails in the canyon bottoms where owls tend to be found have increased forest-floor disturbance and erosion. Undocumented immigrant passage increased dramatically in 2002 and has been significant and frequent through all canyons and spotted owl habitat. Extensive new trail networks have appeared throughout spotted owl habitat. Law enforcement interdiction efforts day and night have similarly increased in scope and frequency.

Whereas unregulated recreation is considered the mostly likely source of impacts on individual owls, the Army considers wildland fire to be the greatest potential threat at the population level. The Army assesses the possibility of wildland fire ignition and spread when planning, designing, and authorizing military activities on the Post (S. Stone, DOD, Fort Huachuca, pers. comm.).

BLM_0071813

Camp Navajo Garrison Training Center, Arizona

Camp Navajo Garrison Training Center is located in northern Arizona, west of the City of Flagstaff. The installation contains protected, recovery, and designated critical habitat. The Volunteer Canyon PAC was designated in 1988 on the southern end of the installation, in portions of Volunteer Canyon, extending into the Coconino National Forest. Mexican spotted owl surveys of Camp Navajo have been conducted since 1997, primarily within the southern and western portions of the installation. Adult Mexican spotted owls and potential juveniles were heard within the PAC on Camp Navajo during the summer of 2000 and a pair of owls was found in this same location in 2010. Mexican spotted owls were located primarily along the rim and side drainages of Volunteer Canyon near the installation's southern boundary with the Coconino National Forest.

Recovery habitat also occurs along the western portion of the installation. A telemetry study in the fall of 1995 found that a dispersing juvenile Mexican spotted owl spent approximately two weeks in the immediate vicinity of Volunteer Mountain before dispersing onto the Kaibab National Forest (J. Ganey, USDA FS, pers. comm.). The 2008 surveys conducted by the Arizona Game and Fish Department (AGFD) detected an owl in the Volunteer Mountain area; however, no responses were noted during subsequent visits to the site or adjacent sites during the 2008 field season. Therefore, the recovery habitat within the Camp Navajo facility could serve as an important corridor for dispersing owls. Designated critical habitat for the MSO is located along the southern portion of the installation and includes the majority of Volunteer Canyon.

U.S. Naval Observatory Flagstaff Station, Arizona

The U.S. Naval Observatory Flagstaff Station (NOFS) is located in northern Arizona, just outside the City of Flagstaff. The NOFS has joint management of the Dry Lake PAC with the Arizona State Land Department and the Coconino National Forest. Surveys for Mexican spotted owls at NOFS and the Dry Lake Crater Caldera began in 1994 when Arizona State Land Department personnel first detected an owl either immediately adjacent to or on the NOFS property. Since 1994, surveys have been conducted by the Arizona State Land Department, FS, and U.S. Geological Survey/Southwest Biological Science Center/Colorado Plateau Research Station. The owls associated with the Dry Lake PAC are usually located on NFS lands, but the NOFS has been managing its portion of the PAC and recovery habitat per the 1995 Recovery Plan recommendations.

Kirtland Air Force Base, New Mexico

On 20 March 2009, Kirtland Air Force Base (KAFB) personnel detected a male Mexican spotted owl of unknown age incidental to general avian point count surveys (Envirological Services, Inc. 2009). KAFB personnel were not successful in their attempts to relocate the owl on 2 April 2009. In response to this first confirmed detection of a spotted owl on KAFB, standardized FWS owl surveys were completed on base from 4 May to 11 July 2009. No spotted owls were detected during the surveys, but some suitable habitat was delineated. Suitable spotted owl habitat on KAFB is patchily distributed and is interspersed with large tracts of open or arid and unusable habitat. Suitable habitat includes stands of ponderosa pine with Gambel oak understory, some drainage bottoms with deciduous components, and some cliff bands. On

BLM_0071814

KAFB, ponderosa pine is generally distributed at higher elevations or in drainage bottoms. Most canyons with a northern exposure on KAFB are wide, with cliffs occurring in bands usually toward the top of the canyon. As these canyons are broad, these bands receive a high degree of solar radiation and, therefore, are less suitable for breeding spotted owls. Because KAFB contains only pockets of habitat for owls and no mixed-conifer habitat, spotted owls likely do not breed on the base. However, KAFB might provide adequate habitat for dispersing or wintering birds. KAFB does not allow recreational activities in the area where the owl was detected, though unregulated recreational activity (e.g., mountain biking) does occur. Activity in KAFB owl habitat can include occasional law-enforcement activities, hiking by official personnel, biologists conducting wildlife surveys, helicopter activity, and various foot maneuvers.

Other U.S. Military Involvement

Low-level military air operations have been identified through Section 7 consultations as actions that may affect Mexican spotted owls. Low-level flights from air-rescue and attack model helicopters along with jet aircraft have flown over PACs in UGM and BRE EMUs. Emergency training missions of attack helicopters based out of Holloman Air Force Base occurred over several PACs in the Sacramento Mountains as recently as 2009 (J. P. Ward, Mexican Spotted Owl Recovery Team, pers. comm.). It is currently unknown if these types of training missions will continue in the future. Additionally, Fort Bliss near El Paso, Texas, is increasing its troop capacity and future training missions may include helicopter flights over owl sites in nearby mountain ranges of the BRE EMU. Holloman Air Force Base has funded studies to assess the effects of low-level flights but we are not aware that those results have been published.

*vi. Department of Energy*

Los Alamos National Laboratory, New Mexico

Mexican spotted owls were first reported at Los Alamos National Laboratory (LANL) in 1995 when management-related owl surveys located a nesting pair. At LANL, owls nest in canyons with cool, moist, mixed-conifer forests. The majority of owl habitat is within the central to western portions of LANL. The owls at LANL have been found to nest in cliff cavities rather than trees. Instead of PAC delineation, Areas of Environmental Interest (AEIs) were mapped as part of LANL's 2000 Habitat Management Plan. An AEI consists of a core boundary around suitable nesting habitat with an accompanying buffer habitat extending 420 m (0.25 mi) beyond this boundary. These alternative methods of delineating owl habitat areas were used instead of known nesting areas. The AEIs are surveyed annually and access, noise, and habitat modification restrictions are in place each year until occupancy is determined.

Owl surveys have been conducted on LANL property annually since 1994. In 1995, a pair of Mexican spotted owls was located and the AEI has been occupied each year since. In 2004, 2005, and 2006, a second AEI was found to be occupied by at least one Mexican spotted owl. In 2007, a pair of spotted owls was located in a third canyon and this AEI has been occupied each year since. The two AEIs with active pairs have successfully bred in most years.

BLM_0071815

b.   States

i.   *Arizona*

All of Arizona's native wildlife, including threatened and endangered species, is protected under the general provisions of Arizona Revised Statutes, Title 17. It is illegal to "take" wildlife unless authorized by the Arizona Game and Fish Commission.  "Take" is specifically defined under A.R.S. § 17-101 to mean "pursuing, shooting, hunting, fishing, trapping, killing, capturing, snaring or netting wildlife or the placing or using of any net or other device or trap in a manner that may result in the capturing or killing of wildlife."  Further, the Mexican spotted owl is protected under A.R.S. § 17-236 which makes it "unlawful to take or injure any bird or harass any bird upon its nest, or remove the nests or eggs of any bird, except as …authorized by commission order."  There is no commission order in Arizona allowing for the "take" of Mexican spotted owl as defined in Title 17.

Currently, in Arizona's State Wildlife Action Plan, the owl is a Species of Greatest Conservation Need.  It is listed as a Tier 1a species because it is federally listed as threatened.  Species identified in the State Wildlife Action Plan have the highest priority for conservation management and are eligible for congressionally appropriated funds.

Management actions taken by the AGFD for the spotted owl have included:  (1) participation in the original FS-sponsored Mexican Spotted Owl Task Force; (2) member of the FWS-sponsored Mexican Spotted Owl Status Review Team; (3) member of the Mexican Spotted Owl Recovery Team; (4) member of three Mexican Spotted Owl EMU Working Teams; (5) funding research and surveys to determine the status of the Mexican spotted owl in Arizona; and (6) continued review and technical guidance on projects that might impact Mexican spotted owl occupied or potential habitat.

Only one Mexican spotted owl nest has been located on Arizona State land, although approximately seven primary activity centers are on state or private lands located within Coconino, Santa Cruz, and Cochise counties.  However, more Mexican spotted owls may occur on state lands than what is known because no standardized surveys have been completed on these lands in over a decade.

ii.   *Colorado*

The Mexican spotted owl was state-listed as threatened by the Colorado Division of Wildlife (CDOW) in 1993.  "Threatened" wildlife is defined as "...any species or subspecies of wildlife which, as determined by the Colorado Wildlife Commission, is not in immediate jeopardy of extinction but is vulnerable because it exists in such small numbers or is so extremely restricted throughout all or a significant portion of its range that it may become endangered."  Threatened status protects wildlife species by making it unlawful "...for any person to take, possess, transport, export, process, sell or offer for sale...any species or subspecies of [threatened] wildlife...."  In addition, the CDOW is legislatively mandated to "...establish such programs including acquisition of land...as are deemed necessary for management of...threatened species."

BLM_0071816

*iii.   New Mexico*

Although the Mexican spotted owl is not state-listed under the New Mexico Wildlife Conservation Act (17-2-37 New Mexico Statutes Annotated [NMSA 1978]), it and other owls are protected by Statute 17-2-14 (NMSA 1978), which states that it is unlawful for any person to take, attempt to take, possess, trap, ensnare, or in any manner injure, maim, or destroy owls. Under this statute, it is also unlawful to purchase, sell, trade, or possess for the purpose of selling or trading any owl parts.  The owl is also listed as a Species of Greatest Conservation Need in the Comprehensive Wildlife Conservation Strategy of New Mexico (NMDGF 2006), which is New Mexico's strategic action plan for conserving the state's biodiversity and, thereby, precluding the necessity of listing more species as threatened and endangered.

Management actions taken by the New Mexico Department of Game and Fish (NMDGF) for the spotted owl include:  1) participation in the original FS-sponsored Mexican Spotted Owl Task Force; 2) serving as a member of the FWS-sponsored Mexican Spotted Owl Status Review Team; 3) serving as a consultant to the Mexican Spotted Owl Recovery Team; 4) serving as a member of Mexican Spotted Owl EMU Working Teams; 5) funding research to determine the status of the Mexican spotted owl in New Mexico; 6) funding surveys in Mexico and on non-Federal lands in New Mexico; 7) oversight of the creation of the first Mexican spotted owl statewide database; and, 8) continued review and technical guidance on projects that might impact Mexican spotted owl occupied or potential habitat, as authorized by Statute 17-1-5.1 (NMSA 1978; M. Watson, NMDGF, pers. comm.).

Mexican spotted owls or their required habitats are not known to occur on any state-administered lands, but much of New Mexico's State lands have not been surveyed.  Although spotted owls and their required habitats might occur on state park lands and New Mexico Department of Game and Fish Wildlife Management Areas, no standardized surveys have ever been completed on these lands (S. Cary, New Mexico State Parks Department, pers. comm., J. Hirsch, NMDGF, pers. comm.).  However, spotted owls have been detected within 1.6 km (1 mile) of State Park and New Mexico Department of Game and Fish co-managed land near Fenton Lake (Sandoval County) during spotted owl surveys completed by the FS (J. Hirsch, NMDGF, pers. comm.).  Similar to other state lands, New Mexico State Trust Lands (Trust Lands) are not known to support Mexican spotted owls (S. Knox, New Mexico State Land Office, pers. comm.).  Still, it is possible that spotted owls occur on Trust Lands as potential spotted owl habitat has been identified on Trust Lands in southern Colfax County, southern Lincoln County, northwestern Union County, eastern Catron County, and northern Otero County.  Surveys have been conducted only when forest-thinning projects were proposed within potential spotted owl habitat on Trust lands near Black Lake (Colfax County), Valley of the Utes (Colfax County), and Moon Mountain (Lincoln County).  Thus, spotted owl occupancy of potential habitat cannot be determined until other Trust Lands are surveyed.  Funding options are currently being explored for surveying other potential habitat on Trust Lands (S. Knox, New Mexico State Land Office, pers. comm.).

BLM_0071817

iv.  *Texas*

Few Mexican spotted owls are documented for Texas, and most of the location records are in Guadalupe National Park (see section on Guadalupe Mountains National Park, Texas, above). However, there are four known spotted owl locations in the Davis Mountains of Jeff Davis County based on owl detections since the mid-1990s.  These locations are in the Davis Mountains preserve, owned by The Nature Conservancy.  Given the size of the Davis Mountains, the extensive amount of canyon and mesic pine-oak habitat, and recent results from predictive habitat models (Chihuahuan Desert Network, USDI NPS, unpublished data), it is likely that there are a number of undiscovered owls in that area.  There is also one visual observation of a Mexican spotted owl in Big Bend National Park.

The State of Texas has listed the species as threatened.  In addition, Chapters 67 and 68 of the Texas Parks and Wildlife Code, and Sections 65.171-65.176 of the Texas Administrative Code, prohibit the taking, possession, transportation, or sale of any animal species designated by state law as endangered or threatened without issuance of a permit.  Destruction of eggs and nests of nongame birds is also prohibited (http://www.tpwd.stste.tx.us/huntwild/wild/species/ending/regulations/texas/index.phtml).

v.  *Utah*

The Mexican spotted owl is included on the Utah State Sensitive Species list and the Utah Wildlife Action Plan as a federally Threatened Species and Tier I Species of Greatest Conservation Need, respectively.  Threatened species receive protected status under Utah wildlife code.  For species under protected status, "...[A] person may not take...protected wildlife or their parts; an occupied nest of protected wildlife; or an egg of protected wildlife."  Nor may a person "...transport,...sell or purchase...or possess protected wildlife or their parts."

The Utah Division of Wildlife Resources (UDWR) has been collaborating with Federal agencies in implementing recommendations from the 1995 Recovery Plan.  The three primary thrusts of this work have been to fill gaps in data on spotted owl distribution and status, to develop multivariate models of spotted owl canyon habitat in Utah, and to test occupancy sampling as a monitoring tool.  The UDWR also works closely with the FWS and other Federal and state agencies in providing information for formal and informal consultations.

c.  Tribes

Tribal beliefs and philosophies guide resource management on tribal lands.  Included within this cultural context, many tribes employ the federally accepted survey methodology and management techniques consistent with those contained in this Recovery Plan.  Several tribes consider owls a bad omen or a warning of danger or neglect, so owls play an important cultural role.  Tribal beliefs also dictate that all living creatures are essential parts of nature and, as such, they are revered and protected.  For example, the Elders Council of San Carlos Apache Tribe expressed the traditional view that owls and their homes should not be disturbed.

365

BLM_0071818

Tribes are sovereign governments with management authority over wildlife and other natural and cultural resources on their lands.  Many tribes maintain professionally staffed wildlife and natural resources management programs to ensure prudent management and protection of tribal resources, including threatened and endangered species.

Most tribes consider their wildlife information to be proprietary and therefore we only discuss below information for which disclosure has been authorized by the individual tribes.  Mexican spotted owl habitat or potential habitat exists on at least 10 Indian reservations in the United States.  At least nine tribes have conducted spotted owl surveys, and at least six Tribes have located spotted owls on their lands.  Two other tribes have historical spotted owl records.  We discuss below spotted owl conservation efforts on seven Indian Reservations/Pueblos:  the Mescalero Apache, San Carlos Apache, Jicarilla Apache, Navajo Nation, Southern Ute, and Northern and Southern Pueblos Agencies.

*i.  Mescalero Apache Tribe (New Mexico)*

The Mescalero Apache Tribe began conducting surveys for the Mexican spotted owl in 1988, five years prior to its listing as a threatened species under the ESA.  Since that time, more than 48,500 ha (120,000 ac) of forested reservation lands have been surveyed for the owl.  The first draft of the Mescalero's Mexican Spotted Owl Management Plan was completed in 1995 and, after six years of discussions and revisions, the plan was accepted by the FWS in 2001.

Forest management on the Mescalero Apache Reservation emphasizes uneven-aged silvicultural techniques, specifically single-tree and group-selection cutting methods.  Uneven-aged management results in a relatively unfragmented forest with stand-level conditions exhibiting vertical and horizontal structural diversity and moderate to thick canopy cover.  As in many areas of the southwestern United States, stand-replacing fires are the primary threat to preserving Mexican spotted owl habitat.  The Mescalero Apache Tribe maintains an active resource-management program that includes forest stand improvement, fuels reduction in the WUI, and watershed restoration treatments.

*ii.  San Carlos Apache Tribe (Arizona)*

Traditional Apache culture and a deep abiding respect and love for the land, the water and all species inform the Tribe's management of the San Carlos Apache Reservation (Reservation), management of the land, and associated natural resources and environmental protection of all plant and animal species.  Traditional Tribal ecological knowledge (TEK) is a key and fundamental principle of species conservation and land management on the Reservation.  TEK incorporates concepts of an ecosystem-based approach to land and species management and conservation.  It incorporates concepts of adaptive management by the Tribal government, the Tribal leaders and elders, and the Apache people in land and species management and preservation.

Consistent with TEK, the Tribe adopted a Strategic Plan in September of 2004.  The Strategic Plan was developed with the Tribe's vision, goals, and objectives, to serve as an action plan for all resources on the Reservation.  In February 2004, the Tribe adopted its Mexican

366

Spotted Owl Conservation Plan for the San Carlos Apache Reservation (Conservation Plan).
The Tribe's Conservation Plan was designed and drafted with the assistance, among others, of
the FWS.  TEK was a paramount consideration and guiding principle in the drafting of the
Conservation Plan.  The Conservation Plan has been actively implemented on the Reservation
since its adoption.

The Conservation Plan delineated PACs around known owl sites in all forested habitat of the
Reservation.  The Conservation Plan ensures that Tribal land-management activities and policies
do not jeopardize the continued existence of Mexican spotted owls on the Reservation.
Jeopardizing the existence of any species would be counter to the Apache cultural belief that all
things were created for a purpose and have value.  Mexican spotted owl habitat has been
identified and delineated throughout the Reservation.  Approximately 90% of tribally identified
nesting, roosting, and foraging habitats are on lands inoperable for timber harvest and therefore
are not in the commercial timber base.

In October of 2003, the Tribe adopted the San Carlos Apache Tribe Forest Management
Plan (FMP) for the planning period 2004 to 2015.  The FMP was also drafted with consideration
of TEK.  Indeed, the FMP addressed significant sections of the plan to wildlife, threatened and
endangered species and fisheries, including addressing the specific needs of the Mexican spotted
owl.  The FMP has been actively implemented on the reservation since January of 2004.  The
FMP was available and considered by the team which drafted the Conservation Plan.

Since the adoption of the Conservation Plan, the Tribe and its responsible departments have
interfaced and worked with FWS staff in the implementation of the plan.  Similarly, departments
within the Tribe have worked to implement the Conservation Plan.  For instance, consideration is
given to spotted owl habitat, including designated PACs, prior to any commercial timber sales on
the Reservation. Consultation is undertaken with FWS staff prior to the implementation of
commercial timber sales so as to minimize, if not eliminate, impacts to owls.

Furthermore as called for under the Conservation Plan and the FMP, wildland fire management
actions are implemented throughout the Reservation as funding allows.  These actions include
forest thinning and prescribed burns.  Mexican spotted owl habitat has benefitted from the
management of Tribal forest resources.  Indeed, the forest management practices employed on
the Reservation are believed to have been a significant factor in reducing and minimizing the
effects of the 2011 Wallow Fire, the largest forest fire in recorded Arizona history.

*iii.   Jicarilla Apache Tribe (New Mexico)*

The Jicarilla Apache Nation has developed a Mexican spotted owl conservation plan, approved
by the Jicarilla Legislative Council and accepted by the FWS.  No resident spotted owls have
been detected on the reservation; however, in the event resident owls are detected, the Jicarilla
Apache Tribe has proposed to designate a 405 ha (1,000 ac) management territory.  Uneven-aged
timber management will be allowed to continue in all but 40 ha (100 ac) of the territory.  In the
absence of confirmed resident owls, all mixed-conifer stands $\geq$10 ha (25 ac) are treated as
roosting/nesting sites and timber harvest is not allowed.  A seasonal restriction is also proposed
around any located active nest sites.

367

BLM_0071820

### iv.  Navajo Nation (Arizona, New Mexico, Utah)

The Navajo Nation occupies over 69,930 km$^2$ (27,000 mi$^2$) on the Colorado Plateau within Arizona, New Mexico, and Utah.  The Navajo Nation's Department of Fish and Wildlife (Department), under the oversight of the Navajo Nation Council's Resources Committee, is the entity within the Navajo Nation Government that is responsible for management and protection of the Mexican spotted owl on Navajo lands.  The Department developed the "Navajo Nation Management Plan for the Mexican Spotted Owl," which was approved by the Resources Committee of the Navajo Nation Council in 2000.  Threats to the owl identified in that management plan include abandoned mine reclamation, commercial timber harvest, wildland fire and fire management, fuelwood harvest, livestock grazing, home-site development, large-scale coal mining, recreation, road building and reconstruction, and other human developments and activities.

Although no comprehensive surveys for spotted owls have been performed across the Navajo Nation, this species has been found during pre-project, clearance-type surveys and other biological surveys.  This survey information, along with knowledge about the distribution of habitat, gives the Department a relatively good understanding of spotted owl distribution on Navajo lands.  The owls occupy three habitat types on the Navajo Nation including the traditional, steep-sloped, mixed-conifer forests; cool, mesic canyons; and a unique habitat referred to as Black Mesa.  The latter is restricted to the Black Mesa region near the center of the Navajo Nation, and it is unique because it consists of low- to moderately-sloped drainages containing small patches of Douglas-fir within a matrix of pinyon-juniper woodlands.  There is no federally designated critical habitat for the spotted owl on the Navajo Nation.

The Navajo Nation Management Plan for the Mexican Spotted Owl (Management Plan) outlines the various components by which the owl is managed and protected.  The owl is protected from "take" under Navajo Nation Code due to its status on the Navajo Endangered Species List; this adds an additional layer of regulation beyond the Federal ESA and Migratory Bird Treaty Act.  Their Management Plan provides protection to the owl through:  1) the Tribal project-approval process; 2) mandatory pre-action surveys using the accepted Mexican Spotted Owl Inventory Protocol; 3) establishment of PACs around all recent and historical owl sites consistent with the 1995 Recovery Plan; and, 4) Federal agency consultations with the FWS for Federal actions.  In addition, the Department has been a member of the Colorado Plateau Mexican Spotted Owl Recovery Implementation Working Team since its inception.

### v.  Southern Ute (Colorado)

Both the Southern Ute Tribe and the U.S. Bureau of Indian Affairs, Southern Ute Agency, have shown a strong willingness to work with the FWS in all aspects of Mexican spotted owl conservation, including extensive survey work and implementation of appropriate mitigation measures for planned projects.  More than 12,150 ha (30,000 ac) of forested reservation lands have been surveyed for the owl since 1990.  Management guidelines have been developed for areas of Tribal land proposed for fuels-reduction projects.  These guidelines generally coincide with those set forth in the 1995 Recovery Plan for Restricted and Protected Steep Slope Habitats.  Also, fuels-reduction treatments on mesa tops emphasize stand-level conditions with vertical and

BLM_0071821

horizontal structural diversity and the retention of large, downed logs and snags, where possible, while still meeting the fuels reduction goal.

*vi.   Northern and Southern Pueblos Agencies (New Mexico)*

Twenty-three federally recognized and two Self-Governance Tribes have land within New Mexico's boundaries.  The U.S. Bureau of Indian Affairs Southwest Regional Office has a Federal trust responsibility to provide intergovernmental assistance to all of New Mexico's tribes through nine agencies:  Jicarilla, Laguna, Mescalero, Northern Pueblos, Ramah Navajo, Southern Pueblos, Southern Ute, Ute Mountain, and Zuni.  The agencies can provide technical guidance and support for various forest and wildlife programs, such as completing Mexican spotted owl surveys in areas targeted for forest thinning.  Tribes served by the Northern Pueblos Agency – the Pueblos of Nambe, Picuris, Pojoaque, San Ildefonso, Ohkay Owingeh, Santa Clara, Taos, and Tesuque – and tribes served by the Southern Pueblos Agency – the Pueblos of Acoma, Cochiti, Isleta, Jemez, Sandia, San Felipe, Santa Ana, Santo Domingo, Ysleta del Sur Pueblo, and Zia – are considered to not support spotted owl habitat or to only support a limited amount of habitat (L. Abeita, Southern Pueblos Agency, pers. comm.; N. Jojola, Northern Pueblos Agency, pers. comm.).  Information on extent of spotted owl habitat on other Tribal lands within New Mexico is not available.  Nonetheless, when Tribal projects are funded with Federal dollars, Mexican spotted owl surveys are completed on Tribal land in compliance with requirements of the National Environmental Policy Act.  In addition, some tribes complete spotted owl surveys on their lands, e.g., when completing forest thinning projects or evaluating the effects of wildland fire.  Two of the 10 tribes served by the Southern Pueblo Agency have completed spotted owl surveys, which were done in association with federally funded forest management projects, and no owls were located (L. Abieta, Southern Pueblos Agency, pers. comm.).  Lands within the vicinity of the Pueblos of Santa Clara and San Ildefonso were surveyed for owls after the 2000 Cerro Grande Fire.  Since then, only one of the eight tribes served by the Northern Pueblos Agency has completed spotted owl surveys, which were done in association with a non-federally funded forest management project (N. Jojola, Northern Pueblos Agency, pers. comm.).

**Table G.1.**  Cumulative range-wide number of sites occupied by one or more Mexican spotted owls on non-Tribal lands in the U.S. at least once during the breeding season since 1989 according to land ownership.

| Land Owner | No. Sites | (%) |
|---|---|---|
| USDA Forest Service | 1,077 | 81.3% |
| USDI National Park Service | 173 | 13.1% |
| USDI Bureau of Land Management | 55 | 4.2% |
| Private | 7 | 0.53% |
| US Department of Defense | 11 | 0.8% |
| State Lands | 1 | 0.07% |
| **Total:** | **1,324** | **100%** |

BLM_0071822

## 2. Mexico

### a. Protection Status

In Mexico, the Norma Oficial Mexicana 059 (NOM-059-SEMARNAT-2001) is the official list for endangered species. Proposed species are assigned to several threat categories following a review by several Mexican specialists. The Mexican spotted owl is listed as a Threatened species on this list (SEMARNAT 2002). Under the international treaty Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), *Strix occidentalis lucida* is listed on Appendix II (UNEP-WCMC, 2010). The UICN Red List of Threatened Species includes this bird in the category Near Threatened-NT, mentioning declining populations (BirdLife International 2008).

### b. Records from Natural Protected Areas (NPAs)

Several Natural Protected Areas (Áreas Naturales Protegidas) in Mexico have records of this species (see Tables G.3 and G.4). The Zona Sujeta a Conservación Ecológica "Sierra Fría" in Aguascalientes is a state-protected area where pairs of owls have been documented in six different localities: Barranca El Tiznado, Cueva Prieta, El Carrizal, El Pinal, El Tejamanil, and La Angostura. Since nests have not been found, it is unclear if the species nests in the area (Márquez-Olivas et al. 2002). It is important to mention that in Sierra Fria logging is prohibited and security guards inspect every vehicle driving through the area to stop illegal timber harvest as part of the protected area management (Tarango et al. 2001). There are also records of *Strix occidentalis lucida* in the Reserva de la Biosfera de la Michilía, a Federal protected area in southeastern Durango.

### c. Binational Conservation Efforts

Wildlife agencies from Canada, the United States, and Mexico signed a memorandum of understanding in 1996 for the official collaboration among the three countries to protect the wildlife and ecosystems of North America through the establishment of the Trilateral Committee for Wildlife and Ecosystem Conservation and Management. At annual meetings, the Committee addresses a broad array of biodiversity issues, including key strategies for conservation in currently active working groups. One of their working groups, the Species of Common Concern, facilitates dialogue with government wildlife managers to determine species with shared interest and the implementation of protection and recovery actions.

Likewise the CONANP is currently implementing Endangered Species Recovery Plans (Programa de Conservación de Especies en Riesgo [PROCER]) and developing Species Conservation Action Plans (Programas de Acción para la Conservación de Especies [PACE]) to influence protection and recovery of species. Although PROCER is starting with 35 taxa, it is not limited to them because the objective is to pay attention to threatened and priority species in and out of NPAs in Mexico. Based on that premise, *Strix occidentalis lucida*, a listed threatened species by the NOM-059-SEMARNAT-200I, is not excluded from PROCER. It is worth mentioning that although conservation actions focused directly on this species have not been implemented yet, habitat protection has been started for species sharing the owl habitat and protection needs since 2008.

BLM_0071823

**Table G.2.** Amount of area within each EMU in the U.S. in different land jurisdictions/ownerships.

| Landowner Area by Ecological Management Unit in the United States for the Mexican Spotted Owl | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BRE | | BRW | | CP | | SRM | | UGM | |
| LAND STATUS | Acres | Hectares | Acres | Hectares | Acres | Hectares | Acres | Hectares | Acres | Hectares |
| | | | | | | | | | | |
| **Federal Lands** | | | | | | | | | | |
| BLM | 7,175,282.5 | 2,903,745.4 | 3,659,160.0 | 1,480,815.5 | 24,785,929.3 | 10,030,549.8 | 4,255,136.0 | 1,721,999.3 | 322,758.8 | 130,616.4 |
| FS | 1,431,950.2 | 579,492.0 | 5,580,168.5 | 2,258,223.1 | 8,213,268.5 | 3,323,805.1 | 15,366,720.6 | 6,218,716.1 | 8,699,145.4 | 3,520,433.3 |
| NPS | 277,713.8 | 112,387.2 | 79,014.9 | 31,976.3 | 4,462,160.5 | 1,805,779.5 | 421,809.6 | 170,701.0 | 42,427.4 | 17,169.8 |
| Total Federal | 8,884,946.5 | 3,595,624.7 | 9,318,343.5 | 3,771,014.9 | 37,461,358.3 | 15,160,134.5 | 20,043,666.2 | 8,111,416.4 | 9,064,331.5 | 3,668,219.5 |
| | | | | | | | | | | |
| **State Lands** | | | | | | | | | | |
| AZ | 0.0 | 0.0 | 5,241,674.7 | 2,121,239.0 | 2,407,042.0 | 974,099.2 | 0.0 | 0.0 | 47,039.7 | 19,036.4 |
| CO | 0.0 | 0.0 | 0.0 | 0.0 | 60,664.5 | 24,550.1 | 758,348.2 | 306,893.9 | 0.0 | 0.0 |
| NM | 3,239,860.6 | 1,311,130.3 | 550,383.4 | 222,733.1 | 736,495.1 | 298,050.2 | 690,189.9 | 279,311.1 | 503,160.6 | 203,622.7 |
| UT | 0.0 | 0.0 | 0.0 | 0.0 | 2,554,154.6 | 1,033,633.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total State | 3,239,860.6 | 1,311,130.3 | 5,792,058.1 | 2,343,972.1 | 5,758,356.3 | 2,330,333.4 | 1,448,538.1 | 586,204.9 | 550,200.3 | 222,659.1 |
| | | | | | | | | | | |
| Tribal Lands | 995,042.8 | 402,681.1 | 1,613,903.4 | 653,126.2 | 21,620,638.1 | 8,749,596.8 | 1,404,034.6 | 568,194.9 | 2,321,911.6 | 939,648.0 |
| | | | | | | | | | | |
| Private Lands | 9,596,716.6 | 3,883,668.9 | 6,429,327.4 | 2,601,866.9 | 15,733,238.6 | 6,367,041.2 | 16,453,866.3 | 6,658,670.1 | 1,569,133.5 | 635,008.4 |
| | | | | | | | | | | |
| Other | 2,909,784.5 | 1,177,552.7 | 239,686.5 | 96,998.1 | 336,922.0 | 136,348.0 | 552,410.7 | 223,553.6 | 29,283.8 | 11,850.8 |
| | | | | | | | | | | |
| **TOTAL** | 25,626,350.9 | 10,370,657.8 | 23,393,318.9 | 9,466,978.1 | 80,910,513.4 | 32,743,454.0 | 39,902,515.9 | 16,148,039.9 | 13,534,860.7 | 5,477,385.7 |
| | | | | | | | | | | |
| (in thousands) | 25,626.4 | 10,370.7 | 23,393.3 | 9,467.0 | 80,910.5 | 32,743.5 | 39,902.5 | 16,148.0 | 13,534.9 | 5,477.4 |

371

**Table G.3.**  Federal and State Protected Areas in Mexico with records of Mexican spotted owls.

| Name | Area (ha) | Location | Type |
|---|---|---|---|
| Reserva Forestal Nacional y Refugio de Fauna Silvestre Sierras de Ajos Bavispe | 200,000 | Sonora | Federal |
| Reserva de la Biosfera de Janos | 526,482 | Chihuahua | Federal |
| Reserva de la Biosfera Montes Azules | 331,200 | Chiapas | Federal |
| Reserva de la Biosfera Sierra de Manantlán | 139,577 | Jalisco and Colima | Federal |
| Reserva de Biosfera "La Michilía" | 9,325 | Durango | Federal |
| Parque Nacional Cumbres de Monterrey | 177,396 | Nuevo León | Federal |
| Parque Nacional Sierra de San Pedro Mártir | 72,911 | Baja California | Federal |
| Área de Protección de Flora y Fauna Sierra de Arteaga* | 120,428 | Nuevo León | Federal |
| Área de Protección de Flora y Fauna Sierra de Álamos-Río Chucujaqui | 92,890 | Sonora | Federal |
| Área de Protección de Flora y Fauna Cerro Mohinora* | 9,126 | Chihuahua | Federal |
| Zona Sujeta a Conservación Ecológica "Cerro el Potosí" | 989.38 | Municipio de Galeana, Nuevo León | State |
| Zona Sujeta a Conservación Ecológica Sierra Fría | 112,090 | San José de Gracia, Rincón de Romos, Pabellón de Arteaga, Jesús María y Calvillo, Estado de Aguascalientes | State |
| Zona Sujeta a Conservación Ecológica "Cerro El Peñón" | 103.39 | Municipio de Dr. González, Nuevo León | State |

*In process to become Protected Area.
**Source:**  Gobierno del Estado de Aguascalientes, 1998; Gobierno del Estado de Nuevo León, 2000, INE-SEMARNAP, 2000; INE-SEMARNAT, 2000; CONANP, 2005; CONANP, 2006; Gobierno Federal, 2009; CONANP, 2010.

Even though there are currently no records of this species in other National Protected Areas (NPAs), it will most likely be found in several of the other NPAs because of its wide distribution.  This would increase the distribution of the species within protected areas.  This is highly probable in the Transvolcanic Range area, where it would be important to verify several sightings of this species.

372

BLM_0071825

**Table G.4.** Protected Areas in Mexico with potential distribution of Mexcian spotted owls.

| Name | Area (ha) | Location | Type |
|---|---|---|---|
| Reserva de la Biosfera Mariposa Monarca | 56,259 | Michoacán and México | Federal |
| Parque Nacional Iztaccihuatl-Popocatepetl | 90,284 | México, Puebla and Morelos | Federal |
| Parque Nacional Nevado de Toluca | 46,784 | México | Federal |
| Parque Nacional Malinche o Matlalcueyatl | 45,711 | Tlaxcala and Puebla | Federal |
| Parque Nacional El Tepozteco | 23,259 | Morelos and D.F. | Federal |
| Parque Nacional Bosencheve | 10,432 | México and Michoacán | Federal |
| Parque Nacional Lagunas de Zempoala | 4,790 | Morelos and México | Federal |
| Parque Nacional Insurgente Maria Morelos | 4,325 | Michoacán | Federal |
| Parque Nacional Insurgente Miguel Hidalgo y Costilla | 1,580 | D.F. | Federal |
| Parque Nacional Desierto de los Leones | 1,529 | D.F. | Federal |
| Parque Nacional Cumbres del Ajusco | 920 | D.F. | Federal |
| Área de Protección de Flora y Fauna Tutuaca | 444,489 | Sonora and Chihuahua | Federal |
| Área de Protección de Flora y Fauna Papigochi | 222,274 | Chihuahua | Federal |
| Área de Protección de Flora y Fauna Campo Verde | 108,069 | Sonora and Chihuahua | Federal |
| Área de Protección de Flora y Fauna La Primavera | 30,500 | Jalisco | Federal |
| Área de Protección de Flora y Fauna Pico de Tancítaro | 23,406 | Michoacán | Federal |
| Área de Protección de los Recursos Naturales Cuenca Alimentadora del distrito de riego 043 Estado de Nayarit | 2,328,975 | Nayarit, Jalisco, and Zacatecas | Federal |
| Área de Protección de los Recursos Naturales Cuenca Alimentadora del Distrito Nacional de Riego 004 Don Martín | 1,519,920 | Coahuila | Federal |
| Área de Protección de los Recursos Naturales Cuenca Alimentadora del Distrito Nacional de Riego 001 Pabellón | 97,699 | Zacatecas and Aguascalientes | Federal |

Source: CONANP 2010

BLM_0071826

## APPENDIX H - ACRONYMS USED IN THE RECOVERY PLAN

| | |
|---|---|
| AEI | Areas of Environmental Interest |
| AGFD | Arizona Game and Fish Department |
| AOU | American Ornithologists' Union |
| BA | Basal area |
| BIA | Bureau of Indian Affairs |
| BLM | Bureau of Land Management |
| BRE | Basin and Range-East |
| BRW | Basin and Range-West |
| CDC | Center for Disease Control |
| CDOW | Colorado Division of Wildlife |
| CFR | Code of Federal Regulations |
| CP | Colorado Plateau |
| DBH | Diameter at breast height |
| DC | Desired Condition |
| DoD | United States Department of Defense |
| DPS | Distinct Population Segment |
| DRC | Diameter at root collar |
| EMU | Ecological Management Unit |
| ESA | Endangered Species Act |
| ESR | Emergency stabilization and rehabilitation |
| FEIS | Final Environmental Impact Statement |
| FHWA | Federal Highway Administration |
| FIA | Forest Inventory and Analysis |
| FLRA | Forest Landscape and Restoration Act |
| ForestERA | Forest Ecosystem Restoration Analysis |
| FO | Field office |
| FS | United States Forest Service |
| FSM | Forest Service Manual |
| FWS | U.S. Fish and Wildlife Service |
| GIS | Geographic Information System |
| GPS | Global Positioning System |
| HFRA | Healthy Forests Restoration Act |
| IDT | Interdisciplinary Team |
| KAFB | Kirtland Air Force Base |
| LANL | Los Alamos National Laboratory |
| NEPA | National Environmental Policy Act |
| NFS | National Forest System |
| NMDGF | New Mexico Department of Game and Fish |
| NMSA | New Mexico Statutes Annotated |
| NOFS | Naval Observatory Flagstaff Station |
| NPS | National Park Service |
| NRZs | Nesting-roosting Zones |
| OHV | Off-highway vehicle |
| PAC | Protected Activity Center |
| PFC | Proper functioning condition |

BLM_0071827

| | |
|---|---|
| PNVT | Potential natural vegetation type |
| QMD | Quadratic Mean Diameter |
| RMRS | Rocky Mountain Reasearch Station |
| RMSTAND | Stand-exam analysis routines |
| ROD | Record of Decision |
| RU | Recovery Units |
| SDI | Stand Density Index |
| SMR | Soil moisture |
| SRM | Southern Rocky Mountain |
| STR | Soil temperature |
| SWWP | Southwestern white pine |
| TIN | Triangulated irregular network |
| UDWR | Utah Division of Wildlife Resources |
| UGM | Upper Gila Mountain |
| USDA | United States Department of Agriculture |
| USDI | United States Department of the Interior |
| UTM | Universal Transverse Mercator |
| SGCNA | Species of Greatest Conservation Need in Arizona |
| WNV | West Nile Virus |
| WSCA | Wildlife of Special Concern in Arizona |
| WUI | Wildland-urban interface |

BLM_0071828

**APPENDIX I - LATIN NAMES FOR COMMON NAMES USED IN THE TEXT**

Names appear in taxonomic order.

| Common Name | Scientific Name |
|---|---|

**BIRDS**

| Golden eagle | *Aquila chrysaetos* |
| Northern goshawks | *Accipiter gentilis* |
| Red-tailed hawk | *Buteo jamaicensis* |
| Thick-billed parrot | *Rhynchopsitta pachyrhyncha* |
| Great horned owl | *Bubo virginianus* |
| Northern spotted owl | *Strix occidentalis caurina* |
| Mexican spotted owl | *Strix occidentalis lucida* |
| California spotted owl | *Strix occidentalis occidentalis* |
| Barred owl | *Strix varia* |
| Barred owl subspecies | *Strix varia helveda* |
| Barred owl sunspecies | *Strix varia georgieo* |
| Great gray owl | *Strix nebulosa* |
| Flammulated | *Otus flammeolus* |
| Fulvous owl | *Strix fulvescens* |
| Imperial woodpecker | *Campephilus imperialis* |
| Common raven | *Corvus corax* |

**MAMMALS**

| Bat species | *Vespertilionidae spp.* |
| Rabbits | *Sylvilagus* spp. |
| Pocket gopher species | *Thomomys spp.* |
| Deer mice | *Peromyscus maniculatus* |
| Brush mouse | *Peromyscus boylii* |
| Woodrat species | *Neotoma spp.* |
| Mexican woodrat | *Neotoma mexicana* |
| Vole species | *Microtus spp.* |
| Mogollon vole | *Microtus mogollonensis* |
| Long-tailed vole | *Microtus longicaudus* |
| Mexican vole | *Microtus mexicanus* |
| Coyote | *Canis latrans* |
| Gray-fox | *Urocyon cinereoargenteus* |
| Coati | *Nasua nasua* |
| Ring-tailed cat | *Bassariscus astutus* |
| Bobcat | *Lynx rufus* |
| Elk | *Cervus canadensis* |

BLM_0071829

**INSECTS**

| | |
|---|---|
| Spruce beetle | *Dendroctonus rufipennis* |
| Western balsam bark beetle | *Dryocoetes confuses* |
| Spruce aphid | *Elatobium abietinum* |
| Janet's looper | *Nepytia janetae* |

**PLANTS**

| | |
|---|---|
| Maple species | *Acer* spp. |
| Rocky Mountain maple | *Acer glabrum* Torr. |
| Big-toothed maple | *Acer grandidentatum* Nutt. |
| Arizona boxelder | *Acer negundo var. arizonicum* Sarg. |
| Alder species | *Alnus* spp. |
| Western hop-hornbeam | *Ostrya knowltonii* Sarg. |
| Juniper species | *Juniperus spp.* |
| Arizona cypress | *Cupressus arizonica* Greene |
| Texas madrone | *Arbutus xalapensis* Kunth. |
| Chihuahua oak | *Quercus chihuahuenses* Trel. |
| Red oak | *Quercus coccolobifolia* Trel. |
| Mexican red oak | *Quercus eduardii* Trel. |
| Gambel oak | *Quercus gambelii* Nutt. |
| Gentry's oak | *Quercus gentryi* C.H. Mull |
| Gray oak | *Quercus grisea* Liebm. |
| Silverleaf oak | *Quercus hypoleucoides* A. Camus |
| Chinkapin oak | *Quercus muehlenbergii* Engelm. |
| Mexican white oak tree | *Quercus polymorpha* Schlecht. & Cham. |
| Mexican white oak | *Quercus potosina* Trel./*Quercus laeta* Liebm. |
| No common name | *Quercus resinosa* Liebm. |
| New Mexcio locust | *Robinia neomexicana* Gray |
| True fir species | *Abies* spp. |
| White fir | *Abies concolor* (Gord. & Glend.) Lindl. ex Hildebr. |
| Corkbark fir | *Abies lasiocarpa var. arizonica* (Merriam) Lemmon |
| Subalpine fir | *Abies lasiocarpa var. lasiocarpa* (Hook.) Nutt. |
| Engelmann spruce | *Picea engelmannii* Parry ex Engelm. |
| Blue spruce | *Picea pungens* Engelm. |
| Bristlecone pine | *Pinus aristata* Engelm. |
| Arizona pine | *Pinus arizonica* Engelm. |
| Mexican white pine | *Pinus ayacahuite* Ehrenb. ex Schltdl. |
| Nut pine | *Pinus cembroides* Zucc. |
| Durango pine | *Pinus durangensis* Martínez. |
| Piñon pine | *Pinus edulis* Engelm. |
| Apache pine | *Pinus engelmannii* Carr. |
| Limber pine | *Pinus flexilis* James |
| Chihuahuan pine | *Pinus leiophylla* Schiede & Deppe |
| Michoacán pine | *Pinus michoacana* Martínez. |

BLM_0071830

| | |
|---|---|
| Weeping pine | *Pinus patula* Schiede ex Schltdl. & Cham. |
| Ponderosa pine | *Pinus ponderosa var. scopulorum* Engelm. |
| Ocote pine | *Pinus oocarpa* Schiede ex Schltdl. |
| Southwestern white pine | *Pinus strobiformis* Engelm. |
| Aztec pine | *Pinus teocote* Schiede & Deppe |
| Douglas-fir | *Pseudotsuga menziesii* (Mirb.) Franco |
| Rocky Mountain Douglas-fir | *Pseudotsuga menziesii* (Mirb.) Franco var. *glauca* (Beissn.) Franco |
| Sycamore species | *Platanus* spp. |
| Cottonwood species | *Populus* spp. |
| Narrowleaf cottonwood | *Populus angustifolia* James |
| Quaking aspen | *Populus tremuloides* Michx. |
| Willow species | *Salix* spp. |
| Dwarf mistletoe | *Arceuthobium* spp. |
| Douglas fir dwarf mistletoe | *Arceuthobium douglasii* Engelm. |

BLM_0071831

## APPENDIX J - GLOSSARY

### - A -

*adaptive kernel* (AK) –  Refers to a method of estimating home-range size. This method involves estimating a bivariate probability distribution from the observed animal locations, and it can be used to compute the area containing a specified proportion of those locations.  A 75% AK was used to calculate the minimize size of PACs in this plan.

*adaptive management* –  A deliberate and iterative process to optimize management strategies.  The process entails formation of a management model, management implementation, monitoring and interpretation of system responses, and ultimately refinement of management model given lessons learned.

*adult* –  A spotted owl >27 months old

### - B -

*basal area* –  The cross-sectional area of a tree stem (including bark) near its base, generally measured at breast height (approximately 1.5m above ground level).

*before-after-control-impact* (BACI) –  A specific type of manipulative quasi-experiment. Under the BACI design, potential responses are examined before and after proposed manipulations at control (or reference) sites and at impact sites.  Differs from an experiment because treatments are not randomly assigned to experimental units and treatments may not be replicated.

*biomass* –  With respect to individuals, this refers to the weight (mass) of a plant or an animal. With respect to areas or communities, this refers to the total mass of living organisms in that area or community at any given time.  With respect to owl diet, this refers to the relative contribution of one species (or group) of prey animals to the overall diet.

*biotic disturbance* –  Disturbance resulting from insects, disease, and pathogens that alters forest/woodland structure and composition.

*bosque* –  A discrete grove or thicket of trees, particularly in lowland or riparian areas of the Southwestern United States and Mexico; for example a cottonwood bosque or a mesquite bosque.

*breeding dispersal* –  Movement of an adult spotted owl from home range to another where they establish a territory and attempt to breed.

*burned area emergency response* (BAER- USDA) –  While many wildfires cause little damage to the land and pose few threats to fish, wildlife and people downstream, some fires create situations that require special efforts to prevent further problems after the fire.  Loss of vegetation exposes soil to erosion; runoff may increase and cause flooding, sediments may move downstream and damage houses or fill reservoirs, and put endangered species and community

BLM_0071832

water supplies at risk. The BAER program addresses these situations with the goal of protecting life, property, water quality, and deteriorated ecosystems from further damage after the fire is out.

*burned area rehabilitation* (BAR- DOI) –  Efforts (non-emergency) undertaken within three years of a wildfire to repair or improve fire-damaged lands which are unlikely to recover to management approved conditions; or to repair or replace minor facilities damaged by fire.

### - C -

*canopy* –  A layer of foliage, generally the uppermost layer, in a forest stand. Can be used to refer to midstory or *understory* vegetation in multi-layered stands.

*canopy closure* –  An estimate of the percentage of ground covered by overhead vegetation (also canopy cover).

*co-dominant tree* –  The condition of having two equally *dominant tree* species in a *forest type*.  The crowns of these trees help to form the main canopy in even-aged stands.  In uneven-aged stands, the crowns of these trees are above the crowns of the tree's immediate neighbors and receive full light from above and partial light from the sides.

*commercial forest land* –  Forested land deemed tentatively suitable for the production of timber that has not been withdrawn administratively from timber production (see *reserved land*).

*competition* –  Occurs when a certain resource (e.g.,food) is in limited supply and is used by 2 or more species.  Can be exploitative (both species use the same resource) or interference (use by one speciesprecludes use by another).

*confidence interval* –  An interval constructed around a parameter estimate in which that estimate should occur with a specified probability, such as 95% of the time.  Bounds of the confidence interval are usually defined by the magnitude of dispersion around a mean value.

*connectivity* –  An estimate of the extent to which intervening habitats connect otherwise disjunct subpopulations of spotted owls.

*cover type* –  Refers to a forest or woodland type,such as ponderosa pine,pine-oak, or mixed-conifer.  See also *forest type* and *vegetation type*.

### - D -

*delist* –  The process of removing a species from the list of threatened and endangered species.

*demography* –  Demography includes various population parameters such age structure, fecundity, survival rates, and the like.  Data from these parameters allows for the quantitative analysis of population structure and trend.

380

BLM_0071833

*desired conditions* –  Quantitative and qualitative descriptions of forest and woodland conditions used by spotted owls for nesting, roosting, foraging, and other needs.

*diameter at breast height* (dbh) –  A standard measure of tree diameter measured approximately 1.5 m (4.5 ft) above the ground.

*dispersal* –  The movement of organisms from their one location to another location where they produce offspring.  See also *breeding dispersal* and *natal dispersal*.

*disturbance* –  Significant alteration of conditions for owls.  Disturbance my alter habitat structure or composition through natural (e.g., fire) or human-caused (e.g., timber harvest) events.  Disturbance may also be caused by noise or human activity (e.g., recreation) is close proximity to owls.

*dominant tree* –  The overstory tree species which contributes the most cover or basal area to the *stand*, compared to other tree species.  Dominant trees are those whose crown extends above the general level of the main canopy (Helms 1998).

## - E -

*early seral stage* –  An area that is in the early stages of ecological succession.

*ecological management unit* (EMU) –  An updated term for what was previously referred to in the 1995 Recovery Plan as a *recovery unit* (RU).  A specific geographic area, identified mainly from physiographic provinces, used to evaluate the status of the Mexican spotted owl and within which to develop specific management guidelines.

*ecological restoration* –  Ecological restoration is the process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed (Society for Ecological Restoration International Science & Policy Working Group 2004).  An intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its health, integrity, and sustainability.

*ecological succession* –  The orderly progression of an area through time from one vegetative community to another in the absence of disturbance.  For example, an area may proceed from grass-forb through aspen forest to mixed-conifer forest.

*ecosystem* –  An interacting biophysical system of organisms and their environment.

*emergency stabilization* (ES-DOI) –  Planned actions to stabilize and prevent unacceptable degradation to natural and cultural resource, to minimize threats to life or property resulting from the effects of a fire, or to repair/replace/construct physical improvements necessary to prevent degradation of land or resources.

*emigration* –  Permanent movement of individuals away from a population.

*encinal* –  Of or relating to oaks, particularly plant communities dominated by live oaks.

381

BLM_0071834

*environmental stochasticity* –  Random variation in environmental attributes, such as weather patterns or fire regimes.

*even-aged forest/stands* –  Refers to forests composed of trees with a time span of <20 years between oldest and youngest individuals.

*even-aged management* –  The application of a combination of actions that result in the creation of stands in which trees are essentially all of the same age.  Cutting methods that produce even-aged stands include clearcuts, seed-tree cuts, and shelterwood cuts.

### - F -

*fire regime* –  A description of the frequency, severity, and extent of fires that typically occur in an area or vegetation type.

*floater* –  A member of a spotted owl population that does not hold, maintain, or defend a territory (see Franklin 1992).

*forb* –  A broadleaved, herbaceous plant (e.g., columbine).

*forest restoration treatments* –  Treatments that help recover forest ecosystem resilience and the adaptive capacity of forest ecosystems that have been degraded, or are otherwise outside the natural range of variation that would preclude sustainability through time.

*forest type* –  A means of classifying forests based upon the similarity of species composition and structure.  The primary forest types used by the owl in the American southwest are mixed-conifer and pine-oak forests.

*fragmentation* –  The process of reducing the size and connectivity of habitat patches.

*fuel loads* –  The amount of combustible material present per unit area.

*fuels* –  Combustible materials.

*fuels-reduction treatments* –  Reduction of surface and understory fuels, increasing the height to live crown, decreasing crown density, and retaining the majority of large trees of fire-resistant species through thinning and/or the use of fire.

*fuelwood* –  Wood, either green or dead, harvested for purposes of cooking or space heating, and usually measured in cords (1 cord = 128 cubic feet.).

### - G -

*gene flow* –  The movement of genetic material among populations.

BLM_0071835

*Geographical Information System* (GIS) –  A computer system capable of storing and working with spatial data.

*graminoids* –  Any plants of the grass family in particular and also those plants in other families that have a grass-like form or appearance (e.g., sedges).

*grazing intensity* –  A measure of pressure imposed on growing vegetation by feeding herbivorous animals. The number of feeding animals and length and season of use are the main factors that affect vegetation and differentiate grazing intensity.

*group-selection cutting* –  Uneven-aged silvicultural system that entails removing small groups of trees within a restricted area, usually no greaters than twice the height of the tallest tree in the group.


*- H -*

*habitat* –  Suite of existing environmental conditions required by an organism for survival and reproduction. The place where an organism typically lives.

*habitat fragmentation* –  See *fragmentation*.

*habitat type* –  See *vegetation type*.

*hanging canyon* –  A side canyon, the mouth of which lies above the floor of a larger canyon to which the side canyon is tributary.

*home range* –  The area used by an animal in its day-to-day activities.

*hybridization* –  Iinterbreeding among species resulting in offspring that shares genes from both species.  Hybridization has been reported between barred and spotted owls.


*- I -*

*immigration* –  The movement of individuals from other areas into a given area.

*intermediate/suppressed tree position* –  Trees that are shorter than the dominant and co-dominant, larger  trees, yet taller than understory shrubs and herbaceous vegetation.

*Intermountain Region* –  An administrative region of the FS, lying between the Pacific Coastal and Rocky Mountain Ranges and including Utah, Nevada, southern Idaho, and parts of Wyoming and Montana.

BLM_0071836

### J-

*juvenile* –  A spotted owl <5 months old.

### - K -

*key grazing areas* –  Primarily riparian areas, meadows (natural), and created openings that receive disproportionate grazing by ungulates due to their location, the quantity and quality of forage they produce, and their grazing or browsing value (Holechek et al. 2001).

### - L –

*landscape scale* –  A spatial scale and extent expressed in geographic terms within which to target action, e.g., projects aimed at forest landscape restoration.  Landscapes may be defined by watersheds or other topographic or administrative units.  Our definition of landscape scale is determined by the particular research or management issue being addressed.  The appropriate scale may therefore vary from a particular watershed to a national forest boundary or a specific forested region (such as all ponderosa pine forest on the Mogollon Rim).

*large tree* –  In this Recovery Plan, large trees are defined as trees ≥46-cm (18-inches) dbh.

*ladder fuel* –  Dead or living fuels that connect fuels on the forest floor to the canopy and promote the spread of surface fires to tree crowns.

*Land Resource Management Plan* (LRMP) –  A plan written for the management of a National Forest.  These plans were mandated by the National Forest Management Act of 1976.

*late seral stage forest* –  A forest in the latter stages of development, usually dominated by large, old trees.

### - M -

*macrohabitat* –  Landscape-scale features that are correlated with the distribution of a species; often used to describe seral stages or discrete arrays of specific vegetation types.

*madrean* –  Pertaining to Mexico's Sierra Madre cordillera, or to plant species or communities whose primary affinity is to that region (see also *Petran*).

*madrean pine-oak forest* –  Forests in which any of several pines characterize the overstory and in which midstory oaks are mostly evergreen species.  Many of the dominant species are *Madrean* in affinity.  See Marshall (1957) for descriptions.  This habitat type was included as pine-oak by Fletcher and Hollis (1994).

BLM_0071837

***majority*** – For purposes of this plan in regards to our definitions for ***forest types***, we use this term to refer to the situation where a single tree species contributes >50% of the basal area (Eyre 1980).

***management experiment*** –  A manipulative experiment conducted through partnership of professional managers and scientists to quantify the effects of one or more management activities.

***mechanical treatments*** –  Any activity (e.g., silvicultural thinning, biomass removal) performed by human-controlled tools (e.g., chainsaw, feller-buncher) that results in the  removal or alteration of wood fiber.  Does not include the use of fire.

***mesic*** – Of or relating to conditions between hydric and ***xeric*** or the specific quality of being adapted to conditions between wet and dry.

***metapopulation*** –  Systems of local populations connected by dispersing individuals.

***microhabitat*** – Habitat features at a fine scale; often identifies a unique set of local habitat features to describe those associated with specific owl activities such as nesting,roosting and foraging.

***microtine*** – For the purposes this plan, any vole of the genus *Microtus*.

***midstory*** – Intermediate tree position in a forested stand.  These trees are shorter than the dominant and co-dominant, larger trees, yet taller than understory shrubs and herbaceous vegetation.

***migration*** – The seasonal movement from one area to another and back.

***mixed-conifer forest type*** – Overstory species in these forests include Rocky Mountain Douglas-fir, white fir, Rocky Mountain ponderosa pine, quaking aspen, southwestern white pine, limber pine, and blue spruce.  Refer to Appendix C.2.b.iii for a more precise discussion and definition of mixed-conifer forest type.

***model*** – A representation of reality, based on a set of assumptions, that is developed and used to describe, analyze, and understand the behavior of a system of interest.

***monitoring*** – The process of collecting information to track changes of selected parameters over time.

***mousing*** – A technique used to assess reproductive status of a pair of spotted owls. Entails feeding mice to adult owls and observing the owls' subsequent behavior.

***multi-layered (or multi-storied) stands*** – Forest stands with >2 distinct canopy layers. Applied to forest stands that contain trees of various heights and diameters and therefore support foliage at various heights in the vertical profile of the stand.

385

BLM_0071838

## - N -

***natal dispersal*** – Occurs after the fledging period when juveniles leave their nest site to settle and establish a breeding territory.

***nest/roost recovery habitat*** – Areas managed to replace nest/roost habitat lost to disturbance or senescence and to provide new nest/roost habitat for a recoverying owl population.

***null hypothesis*** – A hypothesis stating that there is no difference between units being compared.

## - O -

***occupany*** – Use of and presence within a specific area by one or more owls.

***old growth*** – An old forest stand, typically dominated by large, old trees, with relatively high canopy closure and a high incidence of snags, as well as logs and other woody debris.

***opening*** – A break in overstory and understory plant canopy as created by the natural absence or physical removal of trees and shrubs. Quantitative descriptions may be based on overhead canopy closure (e.g., an area of defined size with <10% cover) or on density of trees (e.g., an area of relevant size with fewer than five trees ≥11 inches in diameter). The size of area will depend on the ecological objective being considered. Relevant to habitat use by spotted owls, a small opening would be 0.10 ha (0.25 ac), and a large opening would by > 0.81 ha (>2 ac).

***other forest and woodland types*** – Vegetation types that are neither ***restricted*** or within ***PACs*** as to management recommendations provided in this Recovery Plan.

O***ther Riparian Habitat*** – Those forested riparian areas that currently are not used by spotted owls for nesting and breeding season roosting but may provide habitat for dispersing and wintering spotted owls.

***overstory*** – The highest limbs and foliage of a tree, and consequently extending and relating to the upper layers of a forest canopy.

## - P -

***pellet*** – A compact mass of undigested material remaining after preliminary digestion and eliminated by regurgitation rather than by defecation.

***peromyscid*** – Any mouse in the genus *Peromyscus* of the family Muridae (formerly Cricetidae).

***petran*** – Pertaining to the Rocky Mountain area. Used to identify plant associations or species that have their primary affinity to the Rocky Mountain area (see also ***madrean***).

386

BLM_0071839

***physiognomy*** – The characteristic features or appearance of a plant community or vegetation.

***physiographic province*** – A geographic region in which climate and geology have given rise to a distinct array of land forms and habitats.

***pilot study*** – A preliminary study conducted to evaluate the efficacy of study design components, including sampling design, field methods, and sample size.

***pine-oak forest type*** – Stands within the *Pinus ponderosa* and *Pinus leiophylla* series that exhibit a pine overstory and oak understory. Refer to Appendix C.2.b.ii for these criteria and a more precise discussion and definition.

***plurality*** – The situation where a species (or group of species of interest) comprises the largest proportion, but not a ***majority***, of a mixed-species stand (Eyre 1980).

***ponderosa pine forest type*** – Any forested stand of the *Pinus ponderosa* Series not included in the pine-oak forest type definition, or any stand that qualifies as pure (i.e., any stand where a single species contributes >80% of the basal area of dominant and codominant trees) ponderosa pine, regardless of the series or habitat (see also Eyre 1980). Refer to Appendix C.2.b.i for a more precise discussion and definition.

***population*** – A collection of individuals that share a common gene pool.

***population density*** – The number of individuals per unit area.

***population viability*** – The probability that a population will persist for a specific period of time, despite demographic and environmental stochasticity.

***power*** – With respect to statistical comparisons, refers to the probability of not making a Type-II error.

***pre-commercial thinning*** – The practice of removing some of the smaller trees in a stand so that remaining trees will grow faster.

***prescribed fire*** – A wildland fire burning with planned ignitions under specified conditions.

***prey*** – The collection of species taken by spotted owls as food. These are typically small-medium sized mammals and birds.

***protected activity center*** (PAC) – An area established around an owl nest (or sometimes roost) site, for the purpose of protecting that area. Management of these areas is largely restricted to managing for forest-health objectives.

***protected habitat*** – See ***protected activity center*** (PAC).

BLM_0071840

***pure stand –*** A plant community in which a single species is predominant.  For purposes of this plan, we use this term to refer to any stand where a single species contributes >80% of the basal area of ***dominant*** and ***co-dominant trees***.

## - R -

***recovery –*** As provided by the Endangered Species Act and its implementing regulations, the process of returning a threatened or endangered species to the point at which protection under the Endangered Species Act is no longer necessary.

***recovery habitat –*** As used within this Recovery Plan, areas outside of PACS managed as nest/roost, foraging dispersal, and wintering habitat.  Recovery habitat includes pine-oak, mixed-conifer, and riparian forests well as rocky canyons.

***recovery plan –*** As provided by the Endangered Species Act, a plan for management of a threatened or endangered species that lays out the steps necessary to recover a species (see ***recovery***).

***recovery team –*** A team of experts appointed by the Fish and Wildlife Service whose charge is development of a ***Recovery Plan***.

***recovery unit*** (RU) – A specific geographic area, identified mainly from physiographic provinces, used to evaluate the status of the Mexican spotted owl and within which to develop specific management guidelines.  This term has been replaced by ***ecological management unit*** (EMU) in the first revision (2012) of this plan.

***recruitment –*** The addition of individuals to a population from birth and immigration.

***reserved lands –*** Lands that have been administratively withdrawn from commercial activities, such as wilderness areas or research natural areas.

***riparian forests –*** Riparian forests are plant communities affected by surface and subsurface hydrologic features of perennial or intermittent water bodies (e.g., rivers, streams, lakes).  Riparian forests have one or both of these principle characteristics: (1) distinctively different  tree and shrub species than the adjacent areas and/or (2) tree species similar to adjacent areas but exhibiting more vigorous or robust growth forms (FWS 2009).

***riparian recovery habitat –*** Consists of riparian forests outside of PACs that could frequently be used by owls for foraging, roosting, daily movements, dispersal, and potentially for nesting.  See also, ***other riparian habitat***.

***Rocky Mountain Region –*** An administrative region of the FS, including Colorado, Nebraska, South Dakota, and parts of Wyoming.

388

BLM_0071841

*rotation* –  The planned number of years between regeneration of a forest stand and final harvest of that stand.

- *S* -

*salvage* –  Removal of dead, damaged, or unhealthy trees following fire or insect epidemic to recover economic value from the trees.

*sanitation salvage* –  Removal of dead, damaged, or susceptible trees primarily to prevent the spread of pests or pathogens and to promote forest health.

*seral species* –  Any plant or animal that is typical of a seral community (stage).

*seral stage* –  Any plant community whose plant composition is changing in a predictable way; for example, an aspen community changing to a coniferous forest community.

*shelterwood cut* –  An even-aged regeneration cutting in which new tree seedlings are established under the partial shade of remnant seed trees.

*silviculture* –  The practice of controlling the establishment, composition, and growth of forests.

*single-tree selection cutting* –  A cutting method based on removal of individual trees, rather than groups of trees (see also *group selection cutting*).

*sink* –  In a population sense, refers to a population where death rate exceeds birth rate. Such a population can result in a decline (see also *source*).

*snag* –  A standing dead tree.

*source* -  In a population sense, refers to a population where birth rate exceeds death rate. Such a population produces an excess of juveniles that can disperse to other populations (see also *sink*).

*Southwestern Region* –  An administrative unit of the FS, including Arizona, New Mexico, and grasslands in the Oklahoma and Texas panhandle; and, an administrative unit of the FWS, including Arizona, New Mexico, Texas and Oklahoma.

*spruce-fir forest type* –  High-elevation forests occurring on cold sites with short growing seasons, heavy snow accumulations, and strong ecological and floristic affinities to cold forests of higher latitudes.  In general, dominant trees include Englemann spruce, subalpine and/or corkbark fir, or sometimes bristlecone pine.  Refer to Appendix C.2 for a more precise discussion and definition.

*stand* –  Any homogeneous area of vegetation with more or less uniform soils, landform, and vegetation. Typically used to refer to forested areas.

BLM_0071842

*stochastic* –  Random or uncertain.

*stringers* –  Narrow bands of trees that extend into confined areas of suitable habitat such as in ravines.

*sub-adult*  –  A spotted owl between 5-26 months old.

*subpopulation* –  A well-defined set of individuals that comprises a subset of a larger, interbreeding population (see also *metapopulation*).

*survivorship* –  The proportion individuals that survive from one time period to the next. Usually measured from year to year in terms of annual survival.

## - T -

*target population* –  The group of subjects for which a scientific conclusion can be applied.  The target population is established at the onset of a scientific investigation and helps to shape sampling procedures.

*team* –  The Mexican Spotted Owl Recovery Team.

*territory* –  The area that an animal defends against intruders of its own species.  Not synonymous with *home range*, as parts of the home range are typically shared with other individuals.

*transient owl* –  Any Mexican spotted owl that is away from a territory whether a floater, wintering bird, migrant, disperser, etc.

*type-I error* –  The error made when a null hypothesis that is true is inappropriately rejected, as when concluding that two samples from a single population come from two different populations.

*type-II error* –  The error that is made when a null hypothesis that is false is not rejected, as when concluding that two samples from different populations came from a single population.

## - U -

*understory* –  Any vegetation whose canopy (foliage) is below, or closer to the ground than, canopies of other plants.  The opposite of *overstory*.

*uneven-aged management* –  The application of a combination of actions needed to simultaneously maintain continuous tall forest cover, recurring regeneration of desirable species, and the orderly growth and development of trees through a range of diameter or age classes. Cutting methods that develop and maintain uneven-aged stands are single-tree selection and group selection.

BLM_0071843

## - V -

*vegetation types* – A land classification system based upon the concept of distinct plant associations. Vegetation or habitat types (plant associations) have been documented for western forests, and keys to their identification are available. The primary vegetation (or habitat) types used by Mexican spotted owls are discussed in Appendix C.

*viability* – Ability of a population to persist through time (see *population viability*).

*vital rates* – Collective term for age- or stagespecific demographic rates, such as birth and death rates, of a population.

*vole* – Any small rodent in the genus *Microtus*, *Clethrionomys*, or *Phenacomys*, all in the family Muridae.

## -W-

*wildland fire* – A term describing any non-structure fire that ocurrs in the wildland. Wildland fires are categorized into two distinct types: *Wildfires* (includes both unplanned ignitions and planned ignitions that are declared wildfires. The wildfire term is to be applied to all unplanned ignitions including those events formally termed wildland fire use) and *Prescribed Fires* (planned ignitions).

## - X -

*xeric* – Of or relating to perennially dry conditions or the specific quality of being adapted to dry conditions.

BLM_0071844

## APPENDIX K – MOUNTAIN-PRAIRIE REGION (REGION 6) CONCURRENCE



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
#### Mountain-Prairie Region

IN REPLY REFER TO:
FWS/R6
ES

MAILING ADDRESS:
P.O. BOX 25486, DFC
Denver, Colorado 80225-0486

STREET LOCATION:
134 Union Boulevard
Lakewood, Colorado 80228-1807

SEP 5 2012

Memorandum

To:         Regional Director, Region 2
            Attention: Wendy Brown

From:       Deputy Regional Director, Region 6

Subject:    Concurrence on the Final Mexican Spotted Owl Recovery Plan, First Revision

Thank you for the opportunity to participate in the development of the subject recovery plan. Our Colorado Field Office and Utah Field Office contributed to this ambitious undertaking. We concur with the final plan and look forward to working with the Southwest Region and all of our partners as we work toward recovery and eventual delisting.

BLM_0071845





# FEDERAL REGISTER

| Vol. 78 | Thursday, |
|---|---|
| No. 192 | October 3, 2013 |

Part V

## Department of the Interior

Fish and Wildlife Service

50 CFR Part 17

Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (Coccyzus americanus); Proposed Rule

**DEPARTMENT OF THE INTERIOR**

**Fish and Wildlife Service**

**50 CFR Part 17**

[FWS–R8–ES–2013–0104; 4500030113]

**RIN 1018–AY53**

**Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (Coccyzus americanus)**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Proposed rule.

**SUMMARY:** We, the U.S. Fish and Wildlife Service (Service), propose to list the yellow-billed cuckoo in the western portions of the United States, Canada, and Mexico (western yellow-billed cuckoo) as a threatened distinct vertebrate population segment under the Endangered Species Act of 1973, as amended (Act). If we finalize this rule as proposed, it would extend the Act's protections to the western yellow-billed cuckoo. The effect of this regulation would be to add the western yellow-billed cuckoo to the List of Endangered and Threatened Wildlife under the Act.

**DATES:** We will accept comments received or postmarked on or before December 2, 2013. Comments submitted electronically using the Federal eRulemaking Portal (see **ADDRESSES** section, below) must be received by 11:59 p.m. Eastern Time on the closing date. We must receive requests for public hearings, in writing, at the address shown in the **ADDRESSES** section by November 18, 2013.

**ADDRESSES:** You may submit comments by one of the following methods:

(1) *Electronically:* Go to the Federal eRulemaking Portal: *http:// www.regulations.gov.* In the Search box, enter FWS–R8–ES–2013–0104, which is the docket number for this rulemaking. You may submit a comment by clicking on "Comment Now!"

(2) *By hard copy:* Submit by U.S. mail or hand-delivery to: Public Comments Processing, Attn: Docket No. FWS–R8–ES–2013–0104; Division of Policy and Directives Management; U.S. Fish and Wildlife Service; 4401 N. Fairfax Drive, MS 2042–PDM; Arlington, VA 22203.

We request that you send comments only by the methods described above. We will post all comments on *http:// www.regulations.gov.* This generally means that we will post any personal information you provide us (see the Information Requested section below for more information).

**FOR FURTHER INFORMATION CONTACT:** Jennifer Norris, Field Supervisor, U.S. Fish and Wildlife Service, Sacramento Fish and Wildlife Office, 2800 Cottage Way, Room W–2605, Sacramento, California 95825, by telephone 916–414–6600 or by facsimile 916–414–6712. Persons who use a telecommunications device for the deaf (TDD) may call the Federal Information Relay Service (FIRS) at 800–877–8339.

**SUPPLEMENTARY INFORMATION:**

**Executive Summary**

*Why we need to publish a rule?* Under the Act, if a species is determined to be an endangered or threatened species throughout all or a significant portion of its range, we are required to promptly publish a proposal in the **Federal Register** and make a determination on our proposal within 1 year. Listing a species as an endangered or threatened species can only be completed by issuing a rule.

This rule proposes the listing of the yellow-billed cuckoo as a threatened species in western North America as a distinct vertebrate population segment (DPS) under the Act and our policy regarding the recognition of DPSs (61 FR 4721; February 7, 1996).

*What does this rule consist of and what is the potential outcome of this rule making?* This document consists of a proposed rule to list populations of the yellow-billed cuckoo in the western United States, Canada, and Mexico as a threatened species. This rule, if finalized, will add the western yellow-billed cuckoo to the list of endangered or threatened species.

*What is the basis for our action?* Under the Act and Service policy, we can determine that a species (or a distinct population segment of a vertebrate species) is an endangered or threatened species based on any of five factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence. We reviewed all available scientific and commercial information pertaining to the five threat factors in our evaluation of each species.

We have determined that the western yellow-billed cuckoo is threatened by two of these five factors (A and E). We consider Factors A and E to be the main threats to the species.

Factor A threats result from habitat destruction, modification, and degradation from dam construction and operations; water diversions; riverflow management; stream channelization and stabilization; conversion to agricultural uses, such as crops and livestock grazing; urban and transportation infrastructure; and increased incidence of wildfire. These factors also contribute to fragmentation and promote conversion to nonnative plant species, particularly tamarisk. The threats affecting western yellow-billed cuckoo habitat are ongoing. Such a loss of riparian habitat leads not only to a direct reduction in yellow-billed cuckoo numbers but also leaves a highly fragmented landscape, which can reduce breeding success through increased predation rates and barriers to dispersal by juvenile and adult yellow-billed cuckoos.

Factor E threats, including habitat rarity and small, isolated populations of the western yellow-billed cuckoo, cause the remaining populations in western North America to be increasingly susceptible to further declines through lack of immigration, chance weather events, fluctuating availability of prey populations, pesticides, collisions with tall vertical structures during migration, spread of the introduced tamarisk leaf beetle as a biocontrol agent in the Southwest, and climate change. The ongoing threat of small overall population size leads to an increased chance of local extinctions through random events.

*We will seek peer review.* We are seeking comments and soliciting information from knowledgeable individuals with scientific expertise to review our analysis of the best available scientific and commercial data and application of that information to improve this proposed rule. Because we will consider all comments and information received during the comment period, our final determinations may differ from this proposal.

**Information Requested**

We intend that any final action resulting from this proposed rule will be based on the best scientific and commercial data available and be as accurate and as effective as possible. Therefore, we request comments or information from the public, other concerned governmental agencies, Native American tribes, the scientific community, industry, or any other interested parties concerning this proposed rule. We particularly seek comments concerning:

(1) The western yellow-billed cuckoo's biology, range, and population trends, including:

(a) Habitat requirements for feeding, breeding, and sheltering;

(b) Genetics and taxonomy;

(c) Historical and current range including distribution patterns;

(d) Historical and current population levels, and current and projected trends;

(e) Past and ongoing conservation measures for the DPS, its habitat, or both;

(f) Locations of any additional populations of western yellow-billed cuckoo;

(g) Breeding season data in the mountain ranges of southeastern Arizona and southwestern New Mexico;

(h) Breeding season data north and south of the United States in Canada and Mexico; and

(i) Additional morphological and genetic data on yellow-billed cuckoos along the DPS boundary in New Mexico and Texas.

(2) The factors that are the basis for making a listing determination for a species under section 4(a) of the Act, which are:

(a) The present or threatened destruction, modification, or curtailment of its habitat or range;

(b) Overutilization for commercial, recreational, scientific, or educational purposes;

(c) Disease or predation;

(d) The inadequacy of existing regulatory mechanisms; or

(e) Other natural or manmade factors affecting its continued existence.

(3) Biological, commercial trade, or other relevant data concerning any threats (or lack thereof) to the western yellow-billed cuckoo, and regulations that may be addressing those threats.

(4) Any information on the biological or ecological requirements, and ongoing conservation measures for the western yellow-billed cuckoo and its habitat including but not limited to any changes in dam operations that may benefit the species or its habitat.

(5) Current or planned activities in the areas occupied by the western yellow-billed cuckoo, and possible impacts of these activities on the species or its habitat.

(6) Information on the projected and reasonably likely impacts of climate change on the western yellow-billed cuckoo and its habitat.

Please include sufficient information with your submission (such as scientific journal articles or other publications) to allow us to verify any scientific or commercial information you include.

Please note that submissions merely stating support for or opposition to the action under consideration without providing supporting information, although noted, will not be considered

in making a determination, as section 4(b)(1)(A) of the Act directs that determinations as to whether any species is a threatened or endangered species must be made "solely on the basis of the best scientific and commercial data available."

You may submit your comments and materials concerning this proposed rule by one of the methods listed in the **ADDRESSES** section. We request that you send comments only by the methods described in the **ADDRESSES** section.

If you submit information via *http://www.regulations.gov,* your entire submission—including any personal identifying information—will be posted on the Web site. If your submission is made via a hardcopy that includes personal identifying information, you may request at the top of your document that we withhold this information from public review. However, we cannot guarantee that we will be able to do so. We will post all hardcopy submissions on *http://www.regulations.gov.*

Comments and materials we receive, as well as supporting documentation we used in preparing this proposed rule, will be available for public inspection on *http://www.regulations.gov,* or by appointment, during normal business hours, at the U.S. Fish and Wildlife Service, Sacramento Fish and Wildlife Office (see **FOR FURTHER INFORMATION CONTACT**).

**Previous Federal Actions**

On February 9, 1998, we received a petition from the Southwest Center for Biological Diversity (Center for Biological Diversity) on behalf of 22 groups to list the yellow-billed cuckoo under the Act. The petitioners stated that they believe the yellow-billed cuckoo "is endangered in a significant portion of its range (the western United States)." The petitioners also stated they "believe this range of endangerment is coterminous with a valid subspecies, the western yellow-billed cuckoo (*Coccyzus americanus occidentalis*)," and that they would concur with a decision to list this taxon. Petitioners also requested that critical habitat be designated for the yellow-billed cuckoo concurrent with the listing, pursuant to 50 CFR 424.12 and the Administrative Procedure Act (5 U.S.C. 553). The petition included supporting information on the species relating to taxonomy, ecology, adequacy of existing regulatory mechanisms, historical and present distribution, current status, and threats in the western United States.

On February 17, 2000, we announced a 90-day petition finding in the **Federal Register** (65 FR 8104) concluding that the petition presented substantial

scientific or commercial information to indicate that further investigation, through a status review, was required to determine the taxonomic validity of a western subspecies, and to determine if listing the western population of the yellow-billed cuckoo as a DPS may be warranted. In our finding, we noted that the petition did not present sufficient information to indicate that listing of the species as a whole may be warranted.

On July 25, 2001, we published a 12-month petition finding in the **Federal Register** (66 FR 38611) concluding that the yellow-billed cuckoo populations west of the Continental Divide constituted a valid DPS and that the DPS was warranted for listing; however, this action was precluded by higher priority listing actions, and the DPS was placed on our candidate species list. The range of the DPS was identified to include at least portions of 12 western States west of the crest of the Rocky Mountains, with the Canadian and Mexican borders constituting the northern and southern boundaries respectively. On October 30, 2001, a list of new candidate species included the yellow-billed cuckoo, western continental United States DPS, giving it a listing priority number of 6 based on non-imminent threats of high magnitude (66 FR 54810, 54818) as defined by our policy on determining listing priorities (48 FR 43098; September 21, 1983). In the 2005 candidate notice of review document (70 FR 24875; May 11, 2005), the listing priority number was upgraded from 6 to 3 based on reassessing the nature of the threats as imminent and of a high magnitude. The 2011 notice indicated that preparation of a listing rule was under way (76 FR 66391; October 26, 2011).

On July 12, 2011, a court settlement, *Center for Biological Diversity* v. *Salazar,* 10–cv–0230 required the Service to submit to the **Federal Register** for publication either a proposed rule or a not-warranted finding for the western yellow-billed cuckoo on or before September 30, 2013.

**Background**

In this section of the proposed rule, it is our intent to discuss only those topics directly relevant to the proposed listing of the yellow-billed cuckoo in the western portions of the United States, Canada, and Mexico as a threatened DPS.

*Species Information*

The yellow-billed cuckoo (*Coccyzus americanus*) is a member of the avian family Cuculidae and is a Neotropical migrant bird that winters in South

BLM_0071848

America and breeds in North America. Yellow-billed cuckoos spend the winter in South America, east of the Andes, primarily south of the Amazon Basin in southern Brazil, Paraguay, Uruguay, eastern Bolivia, and northern Argentina (Ehrlich *et al.* 1992, pp. 129–130; AOU 1998, p. 247; Johnson *et al.* 2008b, pp. 18–29). The breeding range of the entire species formerly included most of North America from southeastern and western Canada (southern Ontario and Quebec and southwestern British Columbia) to the Greater Antilles and northern Mexico (AOU 1957, pp. 269–270; AOU 1983, p. 284; AOU 1998, p. 247).

Adult yellow-billed cuckoos have moderate to heavy bills, somewhat elongated bodies, and a narrow yellow ring of colored bare skin around the eye. The plumage is loose and grayish-brown above and white below, with reddish primary flight feathers. The tail feathers are boldly patterned with black and white below. They are a medium-sized bird about 12 inches (in) (30 centimeters (cm)) in length, and about 2 ounces (oz) (60 grams (g)) in weight. The species has a slender, long-tailed profile, with a fairly stout and slightly down-curved bill, which is blue-black with yellow on the basal half of the lower mandible. The legs are short and bluish-gray. Yellow-billed cuckoos have a zygodactyl foot, in which two toes point forwards and two toes point backwards. Juveniles resemble adults, except the tail patterning is less distinct and the lower bill has little or no yellow. Males and females differ slightly; the males have a slightly smaller body size, smaller bill, and the white portions of the tail tend to form distinct oval spots. In females the white spots are less distinct and tend to be connected (Hughes 1999, pp. 2–3).

Typically a secretive and hard-to-detect bird, mated yellow-billed cuckoos have a distinctive "kowlp" call, which is a loud, nonmusical series of notes that slows down and slurs toward the end. Unmated yellow-billed cuckoos advertise for a mate using a series of soft "cooing" notes. Both members of a pair use the "knocker" call, a series of soft notes given as a contact or warning call near the nest (Hughes 1999, pp. 8–9).

Little information exists on lifespan for yellow-billed cuckoos, which is a result of the scarcity of banded yellow-billed cuckoos and a very low recovery rate (0.4 percent) (Hughes 1999, p. 18). The longest known lifespan of a banded yellow-billed cuckoo is 5 years (U.S. Geological Survey (USGS) Patuxent Wildlife Research Center 2012, p. 1).

*Taxonomy*

The separation of yellow-billed cuckoos into subspecies was first discussed by Ridgway (1887, p. 273) who separated the yellow-billed cuckoo into an eastern (*Coccyzus americanus americanus*) and western (*C. a. occidentalis*) subspecies, based on western birds being "larger, with proportionately larger and stouter bill." Ridgway's western subspecies included birds from western Texas through the Great Basin portions of Colorado and Wyoming, west and north to the Pacific coast and southwestern British Columbia. Historically the western subspecies was known as the California cuckoo (Ridgway 1887, p. 273; Belding 1890, p. 57) or California yellow-billed cuckoo (Grinnell and Miller 1944, pp. 186–187). Recently, in the literature, it has been called the western yellow-billed cuckoo, a name we are using in this document to refer to the DPS. Wetmore (1968, pp. 325–326) added that western yellow-billed cuckoos are slightly grayer above, and eastern yellow-billed cuckoos are browner. Oberholser and Kincaid (1974, pp. 434–435) concurred with Ridgway and split the subspecies' range in western Texas between the Rio Grande and the Pecos Rivers, west of Big Bend. The two subspecies were generally included in ornithological treatments through the 1970s (for example, American Ornithologists' Union (AOU) 1957, pp. 269–270; Oberholser and Kincaid 1974, pp. 434–435).

Some ornithologists have questioned the separation of the yellow-billed cuckoo into two subspecies (Todd and Carriker 1922, pp. 209–213; Swarth 1929, pp. 297–298; Van Tyne and Sutton 1937, p. 35; Bent 1940, p. 67), citing the small magnitude and inconsistency of differences and broad overlap in size between eastern and western birds. These questions, however, were not based on systematic analysis of geographical variation as it pertains to resolving the yellow-billed cuckoo subspecies question. Since 1957, AOU checklists, the recognized authority for taxonomy of North American birds, have not listed subspecies, stating practical grounds (for example, space limitations), and that the validity (in the sense of their distinguishability) of many described avian subspecies still needs to be evaluated, as does the potential for unrecognized subspecies (AOU 1983, p. 284; AOU 1998, pp. 1–19). The most recent checklist (AOU 1998, pp. 1–19) refers readers to the 1957 checklist (AOU 1957, pp. 269–270) for subspecies taxonomy, which presents the yellow-

billed cuckoo as comprising two separate subspecies.

In response to a 1986 petition (52 FR 2239; January 21, 1987) to list the yellow-billed cuckoo in the States of California, Washington, Oregon, Idaho, and Nevada, we requested that Dr. Richard C. Banks, an avian taxonomist and Fish and Wildlife Service employee at the National Museum of Natural History, evaluate the validity of the subspecies. Dr. Banks compared three morphological characteristics (bill length, depth of upper mandible, and wing length) of almost 700 specimens of adult yellow-billed cuckoos from throughout the species' range and visually examined the colors of specimens. He found: (1) No pattern of geographical variation in color; (2) substantial overlap between eastern and western birds in wing length, bill length, and mandible depth; and (3) no statistically significant differences for these three characteristics. He concluded that the data did not justify the separation into eastern and western subspecies (Banks 1988, pp. 473–477). Subsequently, statistical errors were discovered in Banks' study (Spiller 1988, pp. 1–3), and a reanalysis of the same data yielded statistically significant differences ($p<0.001$) between eastern and western yellow-billed cuckoos for the three characteristics measured by Banks. Dr. Banks published a correction to his earlier paper (Banks 1990, p. 538), acknowledging the computational error and stating that the "statistical difference cannot be equated to a biological or practical difference." In support of this, he cited the small differences between mean measurements, the large degree of overlap between eastern and western birds in the ranges of measurements for the three characteristics he measured, and the sensitivity of the statistical procedure to detect very small differences as "significant," given the large sample sizes. His conclusion that the species was monotypic remained unchanged (Banks 1990, p. 538).

Dr. Banks later provided his data to two avian ecologists (Franzreb and Laymon 1993, pp. 17–28), who analyzed the same data set, supplemented by measurements from an additional 41 specimens of western birds, and the inclusion of a fourth characteristic, tail length. Franzreb and Laymon (1993, pp. 17–28), noting statistical errors by Banks (1988, pp. 473–477), found that western birds are larger than eastern birds. They developed a discriminant function analysis (DFA) equation that correctly predicted origin for 83.8 percent of eastern male and 74.6 percent of

western male yellow-billed cuckoos, and for 89.6 percent of western female yellow-billed cuckoos. These predictive DFA equations have been accepted as a useful tool to separate the eastern and western populations by several researchers (Pyle 1997, pp. 56–57; Hughes 1999, p. 23; and Pruett *et al.* 2001, p. 229). Franzreb and Laymon (1993, pp. 17–28) also analyzed behavioral and ecological differences between western and eastern birds, and found differences in the timing of migration and breeding, with western birds arriving on breeding grounds later and laying eggs later than eastern birds at the same latitude. They concluded that: (1) The recognition of subspecies on the basis of measurements of existing specimens is equivocal; (2) the study of geographical variation in vocalizations, bill color, and genetics was needed; (3) the two subspecies should be retained pending the above studies; and (4) "because the western yellow-billed cuckoo is so critically endangered . . . changes in its taxonomic classification should be made only after the best possible study."

In 2001, two separate research labs conducted studies on the genetic differences between eastern and western yellow-billed cuckoos (Fleischer 2001, pp. 14–16; Pruett *et al.* 2001, pp. 228–231), reaching different conclusions regarding the taxonomic status of yellow-billed cuckoos from the two regions. Fleischer examined two neutral regions of the mitochondrial DNA (Control Region and ATPase subunit 8 regions) and found no genetic structure that separated eastern from western yellow-billed cuckoos, or supported subspecies or evolutionarily significant unit (for example, a species, a subspecies, or a distinct population) status for the species. He did suggest that an examination of markers with higher mutation rates (for example, microsatellites) might reveal significant genetic structure and suggested that microsatellite studies be conducted.

Pruett *et al.* (2001, p. 229) examined a different region of the mitochondrial DNA (cytochrome b), and came to a different conclusion from Fleischer. They found substantial differences between the two subspecies, and concluded that they were genetically distinct and had diverged 205,000 to 465,000 years ago. They concluded that the western yellow-billed cuckoo was an evolutionarily significant unit, probably at the subspecies level, and that these results were particularly significant because the differences were found on a gene that codes for a protein important in cell respiration, not a

neutral zone, meaning that the differences were derived through selective evolutionary pressure rather than chance events. However, their study was done with a very small sample of specimens that did not cover the range of either the eastern or western yellow-billed cuckoo.

Although mitochondrial analyses are routinely used in phylogenetic studies, they have well-known limitations, sometimes lumping taxa that are different or separating taxa that are the same (Funk and Omland 2003, p. 403). Farrell (2006, pp. 9–32) reexamined the subspecies status of western yellow-billed cuckoo mitochondrial DNA with a larger geographic distribution of samples representative of overall species range with focused sampling effort on the zones of contact between the eastern and western populations. Farrell's (2006, pp. 33–44) results revealed only limited genetic divergence between eastern and western populations of yellow-billed cuckoo and concluded that the sequences used were not sufficiently variable to detect genetic differentiation within this species. Genetic markers such as microsatellites in nuclear DNA are ideal for population studies and preferable over mitochondrial DNA sequence analysis due to their higher mutation rates and additional information content. These studies, when conducted, may provide a better understanding of genetics and geography variation in yellow-billed cuckoo populations (Hailer *et al.* 2012, pp. 346–347).

However, Hughes (1999, pp. 1–27) concluded that size alone was sufficient to separate the subspecies, and that the discriminant function analysis equations developed by Franzreb and Laymon (1993, pp. 17–28), and used by Pyle (1997, pp. 56–57), worked to identify individuals to subspecies level. She also concluded that: (1) The size differences between the subspecies in western Texas and southern New Mexico, the closest distance between eastern and western yellow-billed cuckoos, were not gradual east to west and the change in size was too abrupt to be clinal; (2) the difference in timing of migration and breeding "must have evolved independently for some time;" and (3) the eastern and western yellow-billed cuckoos are different taxa, probably at the subspecies level (Hughes 2000, pp. 1–2).

In summary, the available genetic data regarding the distinguishability of the western subspecies of the yellow-billed cuckoo is conflicting. Since 2001, three genetic studies have been completed on the yellow-billed cuckoo using

mitochondrial DNA. Two of the studies did not and one study did find significant differences between eastern and western populations of the species. The reason for the inconsistency is not known. It is possible that future research using microsatellite markers that have higher mutation rates rather than the slowly evolving mitochondrial DNA would better determine more subtle genetic differences. Because of these inconsistencies the available genetic data are not considered sufficient to distinguish the subspecies. However, a large majority of yellow-billed cuckoo individuals can be grouped into separate population segments along an east-west divide by comparing morphological data. Similarly, genetically controlled behavior, especially migration timing, also appears to separate the species into two populations segments along an east-west divide.

Thus, our review of the best scientific and commercial data available indicates that some information suggests that the western population segment described in the scientific literature as the western yellow-billed cuckoo (*Coccyzus americanus occidentalis*) is distinguishable at the subspecific level; however, there is enough equivocality in the literature to conclude for the purposes of this proposed rule that recognition of the subspecies is not justified at this time. In the 12-month finding (66 FR 38611), we determined that the population segment of the yellow-billed cuckoo that nests in the portion of the United States west of the Continental Divide is a DPS under the Act per our 1996 DPS Policy. Because it has been more than a decade since we conducted that analysis, it is appropriate to reevaluate the available data, including any new information, to determine whether the population segment of yellow-billed cuckoos that nest in western North America is a DPS under the Act. This evaluation is presented below.

### Distinct Vertebrate Population Segment Analysis

Under the Act, we must consider for listing any species, subspecies, or, for vertebrates, any DPS of these taxa if there is sufficient information to indicate that such action may be warranted. To implement the measures prescribed by the Act and its Congressional guidance, we (along with the National Marine Fisheries Service) developed policy that addresses the recognition of DPSs for potential listing actions (61 FR 4721; February 7, 1996). The policy allows for more refined application of the Act that better reflects

the biological needs of the taxon being considered, and avoids the inclusion of entities that do not require its protective measures.

Before we can evaluate whether a given population segment is a DPS under the Act, we must first determine if any population segments exist for the vertebrate species. As discussed in the Taxonomy section above, much of the available scientific information supports considering the yellow-billed cuckoos that nest in western and eastern North America as biologically separate population segments.

To establish the range of the population segment under consideration, we used the area occupied by the western yellow-billed cuckoo (the subspecies) originally defined by Ridgway (1887, p. 273) and later refined by other researchers (AOU 1957, pp. 269–270; Oberholser and Kincaid 1974, pp. 434–435; Hughes 1999, Figure 1). After careful consideration of other possible population segment configurations, we determined that the Continental Divide (generally the crest of the Rocky Mountains based on watershed boundaries), the watershed divide between the Rio Grande and Pecos River, and the Chihuahuan Desert in Mexico was the best division between eastern and western populations. The area that we are considering occupied by the potential DPS for the yellow-billed cuckoo is closely aligned with the traditionally defined range of the western yellow-billed cuckoo subspecies as partially described in the July 25, 2001, 12-month finding (66 FR 38611). Our goal is to determine if this western population meets the criteria of a distinct population segment and, if so, whether the range boundaries identified in the literature are appropriate for the boundary of the DPS. This DPS analysis is based solely on the range during the breeding season because the migration route and winter range of western

yellow-billed cuckoos are poorly known.

The geographical breeding range of the yellow-billed cuckoo in western North America includes suitable habitat within the low- to moderate-elevation areas west of the crest of the Rocky Mountains in Canada and the United States including the upper and middle Rio Grande, the Colorado River Basin, the Sacramento and San Joaquin River systems, the Columbia River system, and the Fraser River. In Mexico the range includes the Cape Region of Baja California Sur, and river systems in the Mexican States of Sonora, Sinaloa, western Chihuahua, and northwestern Durango. Eastern yellow-billed cuckoos (*Coccyzus americanus americanus*) breed east of the Rocky Mountains, north to North Dakota and southern Ontario, Canada, and south to eastern Mexico, and the islands of the Caribbean (AOU 1957, pp. 269–270) (Figure 1).



Figure 1. Historical Breeding Range of Eastern and Western Yellow-billed Cuckoos based on American Ornithological Union's 1957 Checklist.

Under our DPS policy, three elements are considered in a decision regarding the status of a possible DPS as endangered or threatened under the Act. The elements are: (1) Discreteness of the population segment in relation to the remainder of the species to which it belongs; (2) the significance of the population segment to the species to

which it belongs; and (3) the population segment's conservation status in relation to the Act's standards for listing. In other words, if we determine that a population segment of a vertebrate species being considered for listing is both discrete and significant, we would conclude that it represents a DPS, and thus a "species" under section 3(16) of the Act, whereupon we would evaluate the level of threat to the DPS based on the five listing factors established under section 4(a)(1) of the Act to determine whether listing the DPS as an "endangered species" or a "threatened species" is warranted.

Below, we evaluate under our DPS policy whether the population segment of yellow-billed cuckoos that occurs in the western United States, northwestern Mexico, and southwestern Canada qualifies as a DPS under the Act.

*Discreteness*

Under our DPS Policy, a population segment of a vertebrate species may be considered discrete if it satisfies either of the following two conditions: (1) It is markedly separated from other populations of the same taxon as a consequence of physical, physiological, ecological, or behavioral factors (quantitative measures of genetic or morphological discontinuity may provide evidence of this separation); or (2) it is delimited by international governmental boundaries within which significant differences in control of exploitation, management of habitat, conservation status, or regulatory mechanisms exist that are significant in light of section 4(a)(1)(D) of the Act.

The analysis of the population segment of the yellow-billed cuckoo in western North America is based on the first of those two conditions, the marked separation from other populations. From southwest British Columbia along the Canadian border to the southern end of the Sangre de Cristo Mountains in northern New Mexico, nesting yellow-billed cuckoos in western North America are separated from nesting yellow-billed cuckoos in eastern North America by the high-elevation zone of the Rocky Mountains. Yellow-billed cuckoos breed both east and west of the crest of the Rocky Mountains, where suitable habitat occurs (Johnsgard 1986, p. 201) (we define the crest of the Rocky Mountains and Continental Divide as the high elevation zone between the drainages flowing west and east in the U.S., Canada, and Mexico). The division between the western and eastern population segments spans a distance of about 2,200 miles (mi) (3,540 kilometers (km)) from southwest British Columbia near the Canadian border along the crest

of the Rocky Mountains based on watershed boundaries, south along the Rio Grande-Pecos Rivers watershed divide to the United States-Mexico border in the Big Bend area of Texas, then into Mexico along the eastern and southern boundaries of the State of Chihuahua south to the southern border of the State of Durango and to the Pacific Ocean along the southern border of the State of Sinaloa. The distance of separation between breeding yellow-billed cuckoos in the east and west varies along this division from 160 mi (257 km) to more than 400 mi (644 km), and consists entirely of areas of unoccupied, unsuitable habitat for breeding yellow-billed cuckoos. The one exception to this distance of separation is along the Rio Grande in southwestern Texas in Brewster County, where eastern yellow-billed cuckoos breed as far west as Rio Grande Village and western yellow-billed cuckoos are found upstream along the river approximately 50 mi (80 km) to the west.

Yellow-billed cuckoos historically bred at the southern tip of Vancouver Island and in the Fraser River valley north to Kamloops in southwestern British Columbia, Canada (Bent 1940, p. 64; Campbell *et al.* 1990, p. 481). The species was apparently never common, with 23 records (18 specimen and 5 sight records) between 1881 and 1927. Two of these observations were of pairs believed to be nesting but not confirmed. Since the 1920s, the species has been recorded five times in British Columbia, with four of those records occurring since 1990 from the eastern half of the Province in areas not considered breeding habitat (Campbell *et al.* 1990, p. 481; Siddle 1992, p. 1169; Cornell Lab of Ornithology 2012). Today, the species is considered extirpated as a breeder from the Province, but adult, nonbreeding individuals still occur irregularly (British Columbia Conservation Data Centre 2013).

In the northern Rocky Mountains and northern Great Plains—from the Canada border south through Colorado—the yellow-billed cuckoo is "extremely rare and local" as a breeding bird both east and west of the Rocky Mountains (Hughes 1999, p. 3). While the species breeds locally in river valleys in southern Idaho, southwestern Wyoming, western Colorado, and in Utah (Hughes 1999, pp. 1–3), it is quite rare or absent within the higher Rocky Mountains (Johnsgard 1986, p. 201). An examination of the distributional records for the Rocky Mountain region indicates that the area has had few records of yellow-billed cuckoos and the species is even scarcer at elevations

above approximately 6,000 feet (ft) (1,850 meters (m)), and almost never breeds above 7,000 ft (2,154 m) (Bailey 1928, pp. 307–309; Phillips *et al.* 1964, p. 45; Bailey and Niedrach 1965, pp. 404–406; Johnsgard 1986, p. 201; Corman and Magill 2000, pp. 10, 15; Howe and Hanberg 2000, p. 1–20). Exceptions to the elevational limit do occur and recent records of yellow-billed cuckoos have been confirmed above 6,000 ft (1,850 m) in the areas of Lower Green River Basin from the Seedskadee National Wildlife Refuge (NWR) to the Flaming Gorge Reservoir and west to the Bear River Drainage in Wyoming; along the Yampa River near Craig in northwest Colorado, and the Rio Grande River near Del Norte, and San Luis Valley of south-central Colorado; and the Henry's Fork River in Utah and Wyoming. Nevertheless, most of the crest of the Rocky Mountains includes a wide region of higher elevation where habitat for the species does not occur. In Colorado and Wyoming the region above 6,000 ft (1,850 m) is typically more than 150 mi (240 km) wide on an east-west axis (Oxford 1995, p. 82).

The separation of the yellow-billed cuckoo western population segment from yellow-billed cuckoos in the eastern population segment continues south along the crest of the Rockies into southern Colorado and northern New Mexico, then the Rocky Mountains end and the separation is along the watershed boundary between the Rio Grande and the Pecos Rivers in central New Mexico (Sangre de Cristo Mountains), and southwest (Sacramento Mountains), terminating at the Rio Grande in the Big Bend National Park. In this region, the eastern and western yellow-billed cuckoo populations are separated by arid basins and isolated mountain ranges that emerge from a high desert plateau. These mountain ranges from north to south include the Sangre de Cristo Mountains and Sacramento Mountains in central and southern New Mexico, the Guadalupe Mountains and Delaware Mountains on the Texas-New Mexico border, and the Davis Mountains, Del Norte Mountains, and Santiago Mountains in western Texas south to the Chisos Mountains in the Big Bend National Park on the border with Mexico.

In southern New Mexico and western Texas where western yellow-billed cuckoos nest along the Rio Grande and eastern yellow-billed cuckoos nest along the Pecos River, the geographical separation is as little as 160 mi (257 km) and even closer along the Rio Grande (50 mi; 80 km). The closer proximity of western and eastern yellow-billed

cuckoos in this region may be caused in part by the lower height of the mountain range being a less effective barrier (Hubbard 1978, p. 32; Howe 1986, p. 2). Historically, this gap was wider, because the banks of the Pecos River did not have riparian woodland and the area was not used by the species. Today, the riverine habitat along the Pecos River consists primarily of introduced tamarisk (*Tamarix* spp.), and it is thought that yellow-billed cuckoos from eastern North America have colonized the Pecos River system. Much of the area between the Pecos River and the Rio Grande in New Mexico and Texas consists of internal ephemeral drainages that are not connected to any major river systems and have no riparian habitat. Considering these factors along with the information on physical factors, we have included Texas west of the Rio Grande–Pecos River watershed boundary within the range of the western population. This physical division coincides with behavioral differences between eastern and western yellow-billed cuckoos, as discussed below.

South of the United States-Mexico border, yellow-billed cuckoos are separated by extensive areas of desert that lack suitable nesting and foraging habitat. In Mexico, the Chihuahuan Desert widens to 350 mi (563 km), and includes nearly all of the States of Chihuahua and Coahuila. There are very few records of yellow-billed cuckoos for this region, and we are not aware of any nesting records for either State. Suitable breeding habitat or connective riparian corridors are also lacking. Published range maps for the species do not include the eastern three-quarters of Chihuahua or the western three-quarters of Coahuila as part of the species' breeding range (Howell and Webb 1995, p. 347; Hughes 1999, p. 1). There are only 12 records of yellow-billed cuckoos from Chihuahua: 11 specimens from the 1940s to 1960 and a sight observation in 2003. There are only nine records of the species from Coahuila: six specimen and three sight records (1958, 1988, and 2011). Three of the specimens from Coahuila were identified as eastern yellow-billed cuckoos on their museum records, and the remainder were not identified to subspecies. Seven specimens from Chihuahua were identified to subspecies and six of these were considered the western subspecies. It is likely that many, if not most, of the records from this region are of migrating yellow-billed cuckoos, as 16 are from May to mid-June or from late September, and only 5 are from late

June or July, the primary breeding season.

From this information we concluded that the Chihuahua-Coahuila border was the most biologically reasonable boundary for the population segment. The boundary then follows the southern border of Chihuahua west to the Continental Divide, then south along the divide through the State of Durango and west along the southern border of Durango and Sinaloa. There are no breeding season records for yellow-billed cuckoos from the State of Nayarit or Jalisco or farther south along the Pacific coast of Mexico. The species has occurred sporadically in the State of Zacatecas, but the records are from east of the Continental Divide.

Eastern and western yellow-billed cuckoos are highly migratory and the two populations may spend winters in overlapping regions in South America. However, we do not have information to indicate that there is anything more than an extremely low level of interchange (if any at all) between the two populations during the breeding season. This conclusion is supported by differences in habitat use and morphology, which are genetically controlled traits, as discussed in the following sections.

Although the Rocky Mountains and the Chihuahuan Desert may not wholly prevent movement of yellow-billed cuckoos between the east and west, especially in a migratory species that winters far to the south, and moves thousands of miles between its wintering and breeding grounds, the available information indicates that this mountain range and desert substantially separates yellow-billed cuckoo populations during the breeding season thereby effectively separating them into discrete populations. The separation between yellow-billed cuckoo population segments in the east and west is a physical one that is maintained by their behavioral differences, which we discuss below.

### Behavioral Discreteness

Data collected from publications and other sources demonstrate the existence of behavioral differences between yellow-billed cuckoos in the east and west.

Yellow-billed cuckoo populations in the east and west differ in the timing of arrival on the breeding grounds in the spring. Yellow-billed cuckoos in western North America arrive on the breeding grounds 4 to 8 weeks later than eastern yellow-billed cuckoos at similar latitude (Franzreb and Laymon 1993, pp. 24–25; Hughes 1999, pp. 5–6, 12–13; Laymon 2000, *in. litt.*, pp. 15–16).

Timing of spring migration and arrival on the breeding grounds has been determined to be the result of an evolved response under genetic control, and is likely caused by east-west climatic, habitat, and food availability differences (Cresswell *et al.* 2011, pp. 13–15). The watershed boundary between the Rio Grande and the Pecos Rivers also appears to separate yellow-billed cuckoos that arrive in spring migration earlier on the Pecos River and those that arrive later on the Rio Grande in addition to separating morphological differences.

Information, including timing of migration, indicates that yellow-billed cuckoos from Texas west of the Pecos River (from the Rio Grande upstream of Big Bend) and from northwestern Mexico (Chihuahua, Sonora, Sinaloa, Durango, Baja California Sur) exhibit greater similarity to yellow-billed cuckoos in western North America, and those on the Pecos River in Texas and eastern Mexico (Coahuila, Nuevo Leon, Tamaulipas, San Luis Potosi) are more similar to yellow-billed cuckoos in the east (Wauer 1971, p. 96; Oberholser and Kincaid 1974, pp. 434–435; Franzreb and Laymon 1993, pp. 17–28; Hughes 2000, pp. 1–2, 26; Sproul 2001, *in litt.*, pp. 1–5). Based on the best available science, the watershed boundary between the Rio Grande and Pecos Rivers is the optimum dividing line between eastern and western yellow-billed cuckoo in this area.

Based on migration timing, yellow-billed cuckoos split into two populations. This split occurs along the line that corresponds with the traditional subspecies boundary (see Figure 1).

### Discreteness Conclusion

The available information indicates that the yellow-billed cuckoo population segment that occurs west of the Continental Divide in the United States, in southwestern Canada, and in northwestern Mexico is markedly separated from the eastern population segment of yellow-billed cuckoo, including those that nest in eastern North America, eastern Mexico, certain Caribbean Islands, and the Yucatan Peninsula. The distribution of the western populations is markedly separated physically (geographically) during the breeding season from the distribution of other yellow-billed cuckoo populations by high mountains, extensive desert, or nonhabitat areas with the shortest geographical separation occurring across 160 mi (257 km) of desert between the Pecos River and Rio Grande in southern New Mexico and western Texas. Evidence

that this geographical separation between populations through time may be found in the differences in the two populations' biology and morphology. Even in this area of closest proximity, genetically controlled behavior available in the scientific literature provides evidence of a biological separation between the western populations and eastern populations.

Under our DPS policy, the standard for discreteness does not require absolute separation because this can rarely be demonstrated for any population of organism. The standard for discreteness is simply a mechanism for the entity being considered for a DPS to be defined and described. For the yellow-billed cuckoo populations in western North America, we have met this standard, and, therefore, we consider the western population segment of the yellow-billed cuckoo from southern British Columbia, Canada south along the Continental Divide in the United States into Mexico, and ending at the coast in the State of Sinaloa, Mexico, to be discrete per our DPS policy. We conclude that the western population segment of the yellow-billed cuckoo is discrete from the remainder of the species because the yellow-billed cuckoo population segment that nests west of the Continental Divide and in northwestern Mexico is markedly separated geographically and behaviorally from all other populations of yellow-billed cuckoo, including those that nest in eastern North America.

*Significance*

Under our DPS policy, once we have determined that a population segment is discrete, we consider its biological and ecological significance to the larger taxon to which it belongs. Our DPS policy provides several potential considerations that may demonstrate the significance of a population segment to the remainder of its taxon, including: (1) Evidence of the persistence of the discrete population segment in an ecological setting unusual or unique for the taxon, (2) evidence that loss of the discrete population segment would result in a significant gap in the range of the taxon, (3) evidence that the population segment represents the only surviving natural occurrence of a taxon that may be more abundant elsewhere as an introduced population outside its historic range, or (4) evidence that the discrete population segment differs markedly from the remainder of the species in its genetic characteristics.

We have found substantial evidence that two of these four significance

criteria (numbers 2 and 4) are met by the discrete population segment of yellow-billed cuckoos that occurs west of the Continental Divide. We address these significance factors below as they relate to the population segment of yellow-billed cuckoos that nests west of the Continental Divide and in northwestern Mexico. We focus on whether the loss of this population segment would result in a significant gap in the range of the taxon and evidence that the discrete population segment differs from other population segments in its genetic characteristics in demonstrating significance of the DPS.

Evidence indicates that loss of the discrete population segment would result in a significant gap in the range of the taxon. An extensive area would be without yellow-billed cuckoos if the western population segment were lost. Seven entire states and substantial portions of five additional states in the United States, and six states in Mexico, that are currently occupied would have no breeding populations of the species. Bird migration experts divide the North American continent into four migratory flyways: the Atlantic, Mississippi, Central, and Pacific. The range of the yellow-billed cuckoo west of the Rocky Mountains covers the entire Pacific flyway and half of the Central flyway. Additionally, the range of the yellow-billed cuckoo west of the Rocky Mountains covers 1,350,000 square (sq) mi (3,496,500 sq km), or approximately 40 percent of the lower 48 states. Even though the actual area occupied by the species in western North America is less than the total area identified above, the potential loss of the western population of the yellow-billed cuckoo would constitute a significant gap in the range of the species in North America.

*Evidence That the Discrete Population Segment Differs Markedly From Other Populations of the Species in Its Genetic Characteristics*

Data collected from publications and other sources demonstrate the existence of morphological and physiological differences between yellow-billed cuckoos in the east and west. Morphologically, the yellow-billed cuckoos in western North America are generally larger, with significantly longer wings, longer tails, and longer and deeper bills (Franzreb and Laymon 1993, p. 25). Banks, in a review of the species taxonomic status (1988, pp. 473–477) grouped yellow-billed cuckoo specimens into 19 regional groups, 7 in the western United States and western Mexico, 10 in the eastern United States and eastern Mexico, 1 in New Mexico, and 1 in the Caribbean. He found

yellow-billed cuckoos in the east to be uniform in measurement throughout their range and yellow-billed cuckoos in the west to be uniform in measurements throughout their range (Banks 1988, p. 475). Banks stated that the change from smaller to larger yellow-billed cuckoos appeared to take place in extreme western New Mexico or extreme eastern Arizona (Banks 1988 p. 476). A subsequent analysis, based on available specimens from New Mexico and western Texas, showed the watershed boundary between the Pecos River and the Rio Grande as the apparent boundary between the smaller eastern and larger western birds, with a majority of yellow-billed cuckoos on the Rio Grande above Big Bend being larger western birds (63 percent, n=19) and the majority of yellow-billed cuckoos on the Pecos River being smaller eastern birds (82 percent, n=11) (Franzreb and Laymon 1993, p. 25). This is the only area where the ranges of the western and eastern population segments are in close proximity; elsewhere the two populations are separated by wide expanses of unsuitable, unoccupied habitat (Figure 1).

Other physical and morphological differences exist between yellow-billed cuckoos in the east and west, and provide additional evidence of ecological significance. These include:

• Yellow-billed cuckoos in western North America produce larger eggs (1.2 percent longer, 0.6 percent wider, and 3.2 percent heavier) with thicker eggshells (7.1 percent thicker) (Hughes 1999, p. 14), which is an evolved trait that would help yellow-billed cuckoos in the west to cope with potential higher egg water loss in the hotter, drier conditions of western North America (Hamilton and Hamilton 1965, pp. 426–430; Ar *et al.* 1974, pp. 153–158; Rahn and Ar 1974, pp. 147–152).

• Juvenile yellow-billed cuckoos in the east have yellow bills (Oberholser and Kincaid 1974, pp. 434–435), while juvenile yellow-billed cuckoos in the west have all-black bills (Franzreb and Laymon 1993, p. 26).

• Adult yellow-billed cuckoos in the west have a lower mandible that is orange-yellow, while yellow-billed cuckoos in the east have lower mandibles that are bright yellow (Franzreb and Laymon 1993, p. 26; Laymon 2000, *in litt.*, p. 14).

• As noted previously, adult yellow-billed cuckoos in the west are larger and heavier, on average, than adult yellow-billed cuckoos in the east. More than 80 percent of individuals can be assigned to east or west based on morphological measurements. These differences are discussed above in the "Taxonomy"

section (Oberholser and Kincaid 1974, pp. 434–435; Banks 1988, pp. 473–477; 1990, p. 538; Franzreb and Laymon 1993, pp. 17–28).

Information, including morphology, indicates that yellow-billed cuckoos from Texas west of the Pecos River (from the Rio Grande upstream of Big Bend) and from northwestern Mexico (Chihuahua, Sonora, Sinaloa, Durango, Baja California Sur) exhibit greater similarity to yellow-billed cuckoos in western North America, and those on the Pecos River in Texas and eastern Mexico (Coahuila, Nuevo Leon, Tamaulipas, San Luis Potosi) are more similar to yellow-billed cuckoos in the east (Wauer 1971, p. 96; Oberholser and Kincaid 1974, pp. 434–435; Franzreb and Laymon 1993, pp. 17–28; Hughes 2000, pp. 1–2, 26; Sproul 2001, *in litt.*, pp. 1–5). Based on the best available science, the watershed boundary between the Rio Grande and Pecos Rivers is the optimum dividing line between eastern and western yellow-billed cuckoo in this area.

Based on morphological measurements, bill color of young and adults, egg size and weight, and migration timing, yellow-billed cuckoos split into two populations. This split occurs along the line that corresponds with the traditional subspecies boundary (see Figure 1). Phenotypically expressed traits do present substantial evidence that the western population segment of yellow-billed cuckoo differs markedly from other populations of the species.

However, the strongest evidence of differences between yellow-billed cuckoos in the western population segment and those of the east in genetic characteristics is the difference in timing of migrations. This difference can only have developed as an evolved

trait in response to environmental factors over a long period of time, and thus is genetically linked (Cresswell *et al.* 2011, pp. 13–15). As previously discussed, the difference in size of yellow-billed cuckoos between east and west, as well as differences in size, weight, and shell thickness of eggs, are also evolved genetically linked traits. As stated earlier, researchers have developed methods using these phenotypic (outwardly expressed) traits that correctly predicted separation for nearly 90 percent of yellow-billed cuckoos that were eastern, and up to approximately 86 percent that were western (Franzreb and Laymon 1993, pp. 17–28). Thus, based on the phenotypic traits, there is indirect evidence that the discrete population segment differs markedly from other populations of the species in its genetic characteristics.

Significance Conclusion

The best available information indicates that the discrete yellow-billed cuckoo population segment that nests west of the Continental Divide and in northwestern Mexico is important to the taxon to which it belongs because: (1) Loss of the population segment would leave a significant gap in the species' range (more than one third of the species' range would be vacant); and (2) it differs markedly from other yellow-billed cuckoo populations in morphology (western yellow-billed cuckoos are larger) Therefore, we conclude that the western population segment of the yellow-billed cuckoo is *significant* per our DPS Policy.

**DPS Conclusion**

Based on the best scientific and commercial data available on distribution as well as behavioral and morphological characteristics of the

species, we have determined that the western population segment of the yellow-billed cuckoo is both discrete and significant per our DPS policy. Therefore, we conclude that the western population segment of the yellow-billed cuckoo is a DPS, and thus a "species" under section 3(16) of the Act. We believe that we used the DPS authority appropriately in our determination of biological and ecological significance because we chose a population segment with a geographical distribution that is biologically meaningful and at an appropriate scope and scale to respond to the petitioners' request.

The term "distinct population segment" is not commonly used in scientific discourse. As such, and in contrast to taxonomically defined species and subspecies, there is no established name for the western distinct population segment of the yellow-billed cuckoo in the available literature; we will refer to this "species" (DPS) as the western yellow-billed cuckoo. The range of the western yellow-billed cuckoo in Canada includes the area of Vancouver Island and along the Fraser River system upstream to Kamloops to the Rocky Mountains west of the Continental Divide. In the United States the DPS includes the area west of the Continental Divide, south through Montana, Wyoming, Colorado, and along the watershed divide between the upper and middle Rio Grande and Pecos Rivers in New Mexico and Texas, south to Big Bend in southwestern Texas, and extending to the states of the west coast. In Mexico, the DPS is the area west of the eastern and southern border of the State of Chihuahua, west of the Continental Divide in the State of Durango, and the southern border of the State of Sinaloa (Figure 2).



Figure 2: Boundary of the Western Distinct Population Segment of the Yellow-billed Cuckoo

**Figure 2.  Western Yellow-billed Cuckoo distinct population segment boundary.**

**Status Assessment for the Western Yellow-bled Cuckoo**

*Distribution*

Breeding Range

Based on historical accounts, the western yellow-billed cuckoo was widespread and locally common in California and Arizona, locally common in a few river reaches in New Mexico, locally common in portions of Oregon and Washington, generally local and uncommon in scattered drainages of the arid and semiarid portions of western Colorado, western Wyoming, Idaho, Nevada, and Utah, and probably uncommon and local in southern British Columbia, Canada (AOU 1998, p. 247; Hughes 1999, p. 3). In the past 90 years, the species' range in the western United States has contracted. The northern limit of breeding along the west coast is now in the Sacramento Valley, California, though recent surveys suggest a small, potentially breeding population exists in coastal northern California on the Eel River (AOU 1998, p. 247; Hughes 1999, p. 3; McAllister 2010, pp. 1–2). The current northern

breeding limit in the western interior States is in southeastern Idaho.

Winter Range and Migration Routes

The winter range of the western yellow-billed cuckoo is poorly known. Eastern and western yellow-billed cuckoos may intermingle on the wintering grounds and in migration, or they may have separate wintering areas and migration routes. Data provided by the U.S. Geological Survey (USGS) Biological Resources Division, Bird Banding Laboratory (BBL) from bird band returns to date have been insufficient to determine wintering patterns for the western yellow-billed cuckoo (BBL 1998, *in litt.*, p. 1; USGS 2012, web search). A single western yellow-billed cuckoo from the breeding population on the middle Rio Grande River in New Mexico was recently equipped with a geolocator and recaptured a year later near where it was originally tagged. Data from the geolocator indicated that the yellow-billed cuckoo wintered in eastern Bolivia, southwestern Brazil, Paraguay, and northeastern Argentina, spending 5

months from late November through late April moving around an area 1,243 mi (2,000 km) in length, 373 mi (600 km) in width, and 463,323 sq mi (1.2 million sq km) in extent (Sechrist *et al.* 2012, pp. 2–11). The light level geolocator is a 0.05-oz (1.5-g) recording instrument used to determine flight paths of migrating birds. It records the change in light levels at different latitudes and longitudes, and stores the data. The bird must then be recaptured so the time and location data can be downloaded and analyzed. The extent to which the western yellow-billed cuckoo commingles with eastern yellow-billed cuckoos during migration or while overwintering is unknown. However, because mates are selected on the breeding grounds, commingling in migration or in the winter does not affect the DPS status of the western yellow-billed cuckoo.

Migration routes of the western yellow-billed cuckoo are also poorly known. Miller (1950, p. 83) recorded a migrating flock of yellow-billed cuckoos in the Cape region of Baja California Sur in late May or early June. A fledgling

yellow-billed cuckoo that was banded in the South Fork Kern River Valley in late July 1985 was found dead near Phoenix in early September of the same year (BBL 1998, *in litt.*, p. 2) indicating a southeastern migratory direction. The yellow-billed cuckoo equipped with a geolocator (Sechrist *et al.* 2012, pp. 2–11) traveled from the middle Rio Grande River south to southern Sonora, Mexico, in late July, then back north to the Rio Grande before migrating southeast through central Texas and eastern Mexico in August and September, and Honduras, Panama, and Columbia in October. In November, the bird traveled through the upper Amazon Basin of southern Columbia and western Brazil before flying to its wintering area later in November. During spring migration, the yellow-billed cuckoo moved north into western Brazil in early May, traveling throughout the month through Columbia, Venezuela, and the Caribbean, including Haiti and Jamaica, before arriving on the Yucatan Peninsula in Mexico on June 1. It then flew overland to the lower Rio Grande before moving to the Conchos River in Chihuahua, Mexico, in mid-June, and returned to the middle Rio Grande near its original capture point in early July (Sechrist *et al.* 2012, pp. 2–11).

*Life History Parameters*

Migration Timing

The western yellow-billed cuckoo generally arrives on its breeding grounds in mid-June. Available data from California, Arizona, and western New Mexico indicate a small number of arrivals in May, but most birds arrive in June and some do not arrive until early July (Gaines and Laymon 1984, pp. 53–58; Hughes 1999, p. 5; Cornell Lab of Ornithology 2012). In late summer, the birds begin their southbound migration in mid-August, and most have left the breeding grounds by mid-September (Gaines and Laymon 1984, pp. 53–58). Migration timing is similar throughout the range of the western DPS (Hughes 1999, p. 5). As mentioned previously, a yellow-billed cuckoo with a geolocator departed its breeding grounds in the middle Rio Grande on August 28, 2009, and arrived back on its breeding ground on June 14, 2010 (Sechrist *et al.* 2012, pp. 2–11).

Breeding Season

The western yellow-billed cuckoo's breeding season varies regionally with the availability of its preferred food. Nesting peaks later (mid-June through August) than in most co-occurring bird species, and may be triggered by an abundance of cicadas (*Cicadidae* sp.),

katydids (*Tettigoniidae* sp.), caterpillars (*Lepidoptera* sp.), or other large prey items that form the bulk of their diet (Hamilton and Hamilton 1965, pp. 427–428; Rosenberg *et al.* 1982, p. 271). On the South Fork Kern River, the primary food items fed to young were caterpillars, tree frogs (*Pseudacris regilla*), katydids, and grasshoppers (*Caelifera* sp.) (Laymon *et al.* 1997, p. 7). In Arizona, cicadas are an important food source (Halterman 2009, p. 112).

In California and Arizona, yellow-billed cuckoos rarely begin nesting before mid-June. Nesting in western North America continues through August, and up to three broods can be raised in a season if the prey base is sufficient (Laymon *et al.* 1997, p. 11; Halterman 2009, p. 77). First egg dates for 104 nests at the South Fork Kern River from 1985 to 2001 ranged from June 6 to August 5, and the peak of the breeding season was between June 21 and July 20, with 82.5 percent of the clutches initiated during that time period (Laymon and Halterman 1985, p. 33; Laymon and Halterman 1986, p. 12; Laymon *et al.* 1987, p. 10; Laymon and Whitfield 1988, p. 6; Laymon *et al.* 1989, p. 9; Laymon 1991, p. 8; Laymon *et al.* 1993, p. 10; Laymon *et al.* 1994, p. 9; Laymon and Williams 1998, p. 6; Laymon and Williams 1999a, p. 7; Laymon and Williams 1999b, p. 7; Laymon and Williams 2001, p. 7; Laymon and Williams 2002, p. 8). Yellow-billed cuckoos may breed at multiple disjunct locations in the same year, with birds nesting in the United States and then nesting again in Sonora, Mexico (Rohwer *et al.* 2009, pp. 19050–19055).

Reproduction

Yellow-billed cuckoos exhibit a variety of reproductive strategies that are thought to increase population recruitment during years with abundant food. Long-term research at the South Fork Kern River in California shows that most pairs (approximately 70 percent) are monogamous during a breeding attempt (Laymon 1998, p. 4). There are instances of communal nesting, with two pairs laying eggs and tending young in the same nest (Laymon 1998, p. 4). In approximately 30 percent of nests, apparently unrelated helper males attend the nest. Yellow-billed cuckoos regularly nest twice during a single breeding season (double brood) and, during years of exceptionally abundant food, have successfully raised three broods in a season. While the male mate tends the young of the first nest, the female can initiate a second clutch either with the same mate or with a new

male (Laymon *et al.* 1997, pp. 6–7; Halterman 2009, p. 114).

Yellow-billed cuckoos build an open cup nest with a loose saucer-shaped stick construction. Both parents build the nest, incubate, and tend the young. Clutch size varies from two to five eggs depending on the available food supply. The incubation and nestling periods are short, with the eggs hatching in 11–12 days and young fledging in 5–7 days. Incubation begins when the first egg is laid and the young hatch asynchronously, with the oldest near fledging while the youngest has just hatched (Hughes 1999, p. 15).

Nesting success is high in comparison to other open-cup nesting birds (Laymon *et al.* 1997, p. 11). On the South Fork Kern River from 1985 to 2001, of 104 nests that were monitored, 92 (88 percent) successfully produced at least one young and 76 percent of eggs laid produced fledged young (Laymon and Williams 2002, p. 8). On the Bill Williams River in western Arizona from 1993 to 2000, of 20 nests that were monitored, 16 (80 percent) successfully produced at least one young and 72 percent of the eggs laid produced fledged young (Halterman 2001, p. 26). Another study on the lower Colorado and Bill Williams Rivers from 2008 to 2011, found that, of 59 nests monitored, 73 percent were successful in fledging at least one young (Bill Williams River, 100 percent; lower Colorado River, 59 percent) (McNeil *et al.* 2012, pp. 49–54). On the San Pedro River in southeastern Arizona from 2001 to 2005, of 83 nests that were monitored, 58 (70 percent) successfully fledged at least one young (Halterman 2002, p. 11; Halterman 2003, p. 11; Halterman 2004, p. 12; Halterman 2005, p. 10; Halterman 2006, pp. 10–11).

Breeding Site Fidelity

Breeding site fidelity, whether yellow-billed cuckoos return to breed in the same area in which they hatched or nested in a previous year, is difficult to study. Banding birds with unique combination of bands is a way for researchers to track individuals through time, allowing them to determine whether an individual has returned to the same area. However, yellow-billed cuckoos often perch in dense foliage and have short legs that are often covered by body feathers, so bands are hard to see. As a result, there is a limited amount of information on site fidelity.

The available data show that adults and nestlings do return to the same or nearby nesting sites in successive years (Laymon 1998, p. 6). For example, along the San Pedro River in Arizona, Halterman (2009, p. 77) re-sighted 5 of

52 (9.6 percent) yellow-billed cuckoos banded between 2001 and 2005. On the Colorado River in California and Arizona, 4 of 14 yellow-billed cuckoos (31 percent) banded in 2009 were re-sighted in 2010, and 7 of 51 yellow-billed cuckoos (11.8 percent) banded in 2010 were re-sighted in 2011 (McNeil *et al.* 2011, p. 32; McNeil *et al.* 2012, p. 63). Banded male yellow-billed cuckoos on both the Colorado and Kern Rivers have returned to the same area to breed for three consecutive seasons (Laymon 1998, p. 6; McNeil *et al.* 2011, p. 32; McNeil *et al.* 2012, p. 63). Two female yellow-billed cuckoos dispersed 21 and 24 mi (33 and 38 km) to other sites along the same reach of the Colorado River (McNeil *et al.* 2012, p. 74). They also report a relatively high re-sight rate of 13 percent among returning yellow-billed cuckoos banded as chicks in 2010 and returning as adults in 2011 (McNeil *et al.* 2012, pp. 73–74).

Conversely, the dramatic fluctuation in breeding pairs at long-term study sites indicates that year-to-year movement between potential breeding areas also occurs. On the South Fork Kern River from 1985 to 2000, the population increased from a low of 2 pairs in 1990 to a high of 24 pairs in 1992, an increase that could not have come totally from local population growth and recruitment (Laymon and Williams 2001, p. 9). On the Bill Williams River from 1993 to 2002, the population varied from a low of 9 pairs or less in 1999 to a high of more than 28 pairs in 2001, again, an increase that unlikely came entirely from local population growth and recruitment (Halterman 2003, p. 31). In addition, geolocator data from the cuckoo on the middle Rio Grande indicates that the species can make long-distance movements during the breeding season (Sechrist *et al.* 2012, pp. 2–11). It is likely that cuckoos return to sites of previous successful breeding, but, if the conditions are not suitable that year they move to other potential breeding sites.

*Habitat Use and Needs*

The western yellow-billed cuckoo currently nests almost exclusively in low to moderate elevation riparian woodlands that cover 50 acres (ac) (20 hectares (ha)) or more within and to semiarid landscapes (Hughes 1999, p. 6). Biologists have hypothesized that yellow-billed cuckoos may be restricted to these extensive, moist habitats because of humidity requirements for successful hatching and rearing of young (Hamilton and Hamilton 1965, p. 427; Gaines and Laymon 1984, pp. 75–76; Rosenberg *et al.* 1991 pp. 203–204).

In California, Grinnell and Miller (1944, pp. 186–187) described the yellow-billed cuckoo habitat as "riparian jungles of willows of fairly old growth, often mixed with Fremont cottonwoods (*Populus fremontii*), and with a tangled 'lower story' of blackberry (*Rubus* sp.), nettles (*Urtica* sp.), or wild grape (*Vitis californica*)." In other portions of the range, narrow-leaf cottonwood (*Populus augustifolia*) and mesquite (*Prosopis* spp.) are important habitat component (Righter *et al.* 2004, p. 82; Saab 1999, pp. 136–137). Occupied habitat in Arizona may also contain box elder (*Acer negundo*), Arizona alder (*Alnus oblongifolia*), Arizona walnut (*Juglans major*), Arizona sycamore (*Platanus wrightii*), oak (*Quercus* spp.), netleaf hackberry (*Celtis reticulata*), velvet ash (*Fraxinus velutina*), Mexican elderberry (*Sambuccus mexicanus*), tamarisk (*Tamarix* spp.; also called salt cedar), and seepwillow (*Baccharis glutinosa*) (Corman and Magill 2000, p. 5). Surveys conducted by the Arizona Breeding Bird Atlas (Corman and Wise-Gervais 2005, p. 202) reported 68 percent of the yellow-billed cuckoo observations were in lowland riparian woodlands, often containing a variable combination of Fremont cottonwood, willow, velvet ash, Arizona walnut, mesquite, and tamarisk.

Throughout the western DPS range, a large majority of nests are placed in willow trees, but alder (*Alnus spp.*), cottonwood, mesquite, walnut (*Juglans spp.*), box elder, sycamore, and nests are also used (Jay 1911, pp. 69–73; Hanna 1937, p. 58; Laymon 1980, p. 12; Halterman and Laymon 1995, pp. 15–16; Corman and Magill, p. 16; Holmes *et al.* 2008, p. 21). Most nests are placed on well-foliaged horizontal branches at sites with dense canopy cover above the nest (Laymon *et al.* 1997, pp. 7–8).

Western yellow-billed cuckoos require large blocks of riparian habitat for breeding. Home ranges are large, vary in size depending on seasonal food abundance, and overlap greatly both between members of a pair and between neighboring pairs. At the landscape level, the amount of cottonwood–willow-dominated vegetation cover and the width of riparian habitat influences western yellow-billed cuckoo distribution and abundance (Gaines and Laymon 1984, p.76). In California, yellow-billed cuckoos are most likely to be found in patches of willow–cottonwood riparian habitat greater than 200 ac (81 ha) in size. Yellow-billed cuckoos rarely used smaller patches of habitat, particularly when they were distantly isolated from other patches of riparian habitat (Laymon and Halterman 1989, pp. 274–275). On the Sacramento

River, size of site, amount of riparian habitat in each 5-mi (8-km) river segment, and presence of young woody vegetation were the most important factors in a model explaining the distribution of yellow-billed cuckoo pairs (Halterman 1991, p. 30). On the lower Colorado River, in a comparison of occupied versus unoccupied habitat, yellow-billed cuckoos were found at sites with denser riparian vegetation and more variation in vegetation density, and less tamarisk and shrubby vegetation, compared to unoccupied sites (Johnson *et al.* 2012, pp. 15–17).

Recent radio telemetry studies on the Rio Grande in New Mexico, the San Pedro River in Arizona, and the Colorado River in Arizona and California have shown that yellow-billed cuckoos use large home ranges of 204 ac (82 ha), 125 ac (51 ha), and 95 ac (38 ha), respectively (Halterman 2009, p. 93; Sechrist *et al.* 2009, p. vii; McNeil *et al.* 2010, p. 75; McNeil *et al.* 2011, p. 37; and McNeil *et al.* 2012, p. 69). Breeding densities on the South Fork Kern River, where intensive surveys for yellow-billed cuckoos were conducted for 17 years, averaged 0.81 pairs per 100 ac (40 ha) (Laymon *et al.* 1997, p. 19; Laymon and Williams 2002, p. 5), which means they had home ranges of about 123 ac (50 ha) on average.

On the Verde River in Arizona, sites occupied by yellow-billed cuckoos were composed of deciduous riparian habitat at least 325 ft (100 m) in width, dominated by Fremont cottonwood, Gooding's willow (*Salix gooddingii*), Arizona alder, and Arizona sycamore, often adjacent to patches of mesquite (Holmes *et al.* 2008, p. 27).

In Sonora, Mexico, yellow-billed cuckoos were summer residents in willow–cottonwood riparian woodland, older mesquite woodland, tropical deciduous forest, and tropical thorn scrub habitats (Russell and Monson 1998, p. 131). In southern Sonora, Mexico, Short (1974, p. 24) found the yellow-billed cuckoos breeding in upland thorn forest, but they were more common in the riparian zone. In a study focusing on cactus ferruginous pygmy-owls (*Glaucidium brasilianum cactorum*) during late spring and summer from 2001 through 2010, Flesch (2012 *in litt.*) found yellow-billed cuckoos at 95 sites from June to September at elevations from 328 to 6,902 ft (100 to 2,104 m). The number of birds at each site ranged from 1 to 15 individuals. Flesch also confirmed breeding at four sites in thornscrub habitats and at one site in upland Sonoran Desert habitat. These records indicate a broader use of habitat by

yellow-billed cuckoos in Sonora, Mexico, possibly as a result of more humid conditions caused by increased summer rainfall.

Little information is available on the foraging habitat of the western yellow-billed cuckoos. Laymon (1980, p. 6) found that yellow-billed cuckoos nesting along the Sacramento River in English walnut orchards captured 88 percent of their food in riparian habitat, foraging primarily in cottonwoods, willows, and white alders (Laymon 1980, pp. 16–18). On the South Fork Kern River, yellow-billed cuckoos foraged primarily in cottonwood and willow woodlands with abundant leafy vegetation (high foliage volume) (Laymon and Halterman 1985, p. 11). High foliage volume of cottonwoods appeared to be an important characteristic of foraging sites, a parameter also noted by researchers studying yellow-billed cuckoos along the Colorado River (Rosenberg *et al.* 1991, pp. 203–204).

Little is known about migratory habitat for the western yellow-billed cuckoo. Yellow-billed cuckoos may be found in a variety of vegetation types during migration, including coastal scrub, secondary growth woodland, hedgerows, humid lowland forests, and forest edges from sea level to 8,125 ft (2,500 m) (Hughes 1999, pp. 6–7). Additionally, during migration they may be found in smaller riparian patches than those in which they typically nest. An account of a migrating flock of yellow-billed cuckoos from the Cape region of Baja California Sur documented them using mesquite scrub woodland (Miller 1950, p. 83). This variety of vegetation types suggests that the habitat needs of the yellow-billed cuckoo during migration are not as restricted as their habitat needs when nesting and tending young.

Wintering habitat of the western yellow-billed cuckoo is poorly known. The species as a whole winters in woody vegetation bordering fresh water in the lowlands to 1,500 m (4,921 ft), including dense scrub, deciduous broadleaf forest, gallery forest, secondary forest, subhumid and scrub forest, and arid and semiarid forest edges (Hughes 1999, p. 7).

*Historical and Current Status*

Populations of the western yellow-billed cuckoo are too small and isolated in inaccessible riparian patches to be effectively sampled or analyzed for trends by the USGS Breeding Bird Survey (BBS) program, which is conducted atpoint count along roads. In the eastern United States and Canada, where BBS data can be used to analyze

yellow-billed populations, these populations have declined by 59 to 67 percent over the past 43 years (USGS 2012). This decline has been linked to both the North Atlantic Oscillation and the El Niño Southern Oscillation, as well as to rising local temperatures (Anders and Post 2006, pp. 221–227). For the western yellow-billed cuckoo, only information from regional and local sources is available to determine population trends.

Pacific Northwest

In the Pacific Northwest, including Oregon, Washington, and British Columbia, Canada, the western yellow-billed cuckoo was formerly fairly common locally in cottonwood and willow bottoms along the Willamette and lower Columbia Rivers in Oregon and Washington, and in the Puget Sound lowlands of Washington (Jewett *et al.* 1953, pp. 342–343; Gabrielson and Jewett 1970, pp. 329–330; Roberson 1980, pp. 225–226; Marshall 1996, pp. 1–2; Marshall *et al.* 2003, p. 306). They were also found locally in southwestern British Columbia (Hughes 1999, p. 4), but the available data are not adequate to determine historical abundance. Yellow-billed cuckoos were rare east of the Cascade Mountains in these States and Province (Campbell *et al.* 1990, p. 481; Marshall *et al.* 2003, p. 306; Wahl *et al.* 2005, p. 210).

In Oregon, the last confirmed breeding records are from the 1940s. Historically, western yellow-billed cuckoo were considered rare in the State, both in the Willamette Valley, along the lower Columbia River, and in eastern Oregon along the Snake River, although they were fairly common along the Columbia River from 1923 to 1925 (Gabrielson and Jewett 1970, pp. 329– 330). Between 1970 and 1977, four yellow-billed cuckoo sightings were made west of the Cascade Mountains in the Willamette Valley (Gilligan 1994, pp. 162–163). Between 1970 and 1994 at least 20 yellow-billed cuckoos have been sighted east of the Cascade Mountains (Gilligan 1994, pp. 162–163). A 1988 survey in eastern Oregon and Klamath County located no yellow-billed cuckoos, but identified potential breeding habitat along the lower Owyhee River (Littlefield 1988, p. 34). Recent records from 1990 to 2009 are primarily from May and June and from the east side of the Cascades in Deschutes, Malheur, and Harney Counties (Johnson and O'Neil 2001, pp. 460–461; Cornell Lab of Ornithology 2012). Yellow-billed cuckoos were previously considered a rare annual visitor in Harney County at isolated groves of trees known as vagrant traps

and the Malheur NWR (Altman 2001 pers. comm.), but in the last decade it has not been a regular visitor (Marshall *et al.* 2003, p. 306).

Recent records from the west side of the Cascades at the Sandy River Delta near its confluence with the Columbia River in July of 2009, 2010, and 2012 (Withgott 2012, *in. litt.;* Leal 2012, *in. litt.*) were the first observations of the species west of the Cascades since 1977. In June 2010 during surveys on the Columbia River a possible cuckoo response was heard at Wallace Island, Columbia County, but the sighting could not be verified (Flotlin 2011). Up to 87 percent of wetland and riparian habitat have been lost in the Willamette Valley due to agricultural practices and urbanization (Roth *et al.* 2004). The available data suggest that if yellow-billed cuckoos still breed in Oregon the numbers are extremely low, with pairs numbering in the single digits.

In Washington, the last confirmed breeding records of yellow-billed cuckoos are from the 1930s, and it is likely to have been extirpated as a breeder in the State. Of the 24 records between 1836 and 1940 (9 egg sets, 7 specimens, and 8 sight records), 23 were found west and one east of the Cascades. The Washington Department of Fish and Wildlife ranks the species as having historical occurrences only but still expected to occur in the State. Incidental sightings have occurred throughout the State, and the possibility of a vestigial breeding population may still exist (Wahl *et al.* 2005, p. 210). Researchers made 17 records from 1956 to 2012, of which 13 were east of the Cascades. The yellow-billed cuckoo is currently a candidate species for State listing as threatened or endangered (Washington Natural Heritage Program 2009, pp. 9, 35). Exploratory surveys have been conducted in Okanogan, Yakima, Cowlitz, and Wahkiakum Counties in recent years to check locations of previous sightings (Okanogan County) and potential habitat (Yakima, Cowlitz, and Wahkiakum Counties), but no yellow-billed cuckoos have been positively detected (Salzer 2010, pp. 1–3; Flotlin 2011, pp. 1–2); however, protocol level surveys have not been conducted. There are few remaining examples, none of which are extensive, of the river floodplain habitats bordering Puget Sound, which historically had the most yellow-billed cuckoo sightings in the State (King County 2007, p. 2). The available data suggest that if yellow-billed cuckoos still breed in Washington, the numbers are extremely low, with pairs numbering in the single digits.

Yellow-billed cuckoos historically occurred in southwest British Columbia, Canada, in the vicinity of Victoria on Vancouver Island and along the Fraser River system from Vancouver upstream to Kamloops (Bent 1940, p. 64; Campbell *et al.* 1990, p. 481). The species was apparently never common, with 23 records (18 specimen and 5 sight records) between 1881 and 1927. Two of these observations were of pairs believed to be nesting. The species has been recorded five times in British Columbia since the 1920s, with four of those records from the eastern half of the Province where historically the species had not been observed (Campbell *et al* 1990, p. 481; Siddle 1992, p. 1169; Cornell Lab of Ornithology 2012). As mentioned previously, the species is considered as an extirpated breeder in the Province and is still very rare based on reported observations (British Columbia Conservation Data Centre 2013).

Montana

We have very limited data for yellow-billed cuckoos from the area west of the Continental Divide in Montana. Three specimens have been collected since the early 1960s, and there are few recorded sightings since the early 1900s (Saunders 1921, p. 174). A few records indicate that yellow-billed cuckoos occurred around the Flathead River area, but there are no confirmed breeding records (Lenard 2001, pp. 1–3). Potential habitat within the range of the western yellow-billed cuckoo in Montana is very limited, and it is unlikely that a breeding population exists within the State.

Idaho

In Idaho, the yellow-billed cuckoo is considered a rare visitor and local summer resident that occurs in scattered drainages, primarily in the southeastern portion of the State (Burleigh 1972, p. 159; Idaho Fish and Game 2005, pp. 222–223; Cavallaro 2011, entire). In northern and central Idaho, there were only four records of yellow-billed cuckoos during the 20th century (Taylor 2000, p. 252). Reynolds and Hinckley (2005, p. 5) concluded that the few sightings in northern Idaho are most likely of transient, nomadic, or migrant individuals; with no data suggesting that the species historically or currently nests there. In southwestern Idaho the yellow-billed cuckoo has historically been considered a rare summer visitor and breeder in the Snake River Valley (Idaho Fish and Game 2005, p. 223).

Recent records are primarily from the southeastern portion of the State along the South Fork of the Snake River

(Stephens and Sturts 1997, p. 36; Taylor 2000, pp. 252–254; Reynolds and Hinckley 2005, p. 7; Cavallaro 2011, entire). Taylor (2000, pp. 252–254), in his 2000 review of the status of the species in Idaho, concluded that they had declined greatly as a breeding bird in the State, and that there were currently fewer than a few dozen breeding pairs and possibly fewer than 10. More recent surveys of yellow-billed cuckoos continue to show the majority of sightings are in the Snake River corridor in southeast Idaho with few or no sightings in other areas where the yellow-billed cuckoo had been historically observed (Reynolds and Hinckley 2005, p. 7; Cavallaro 2011, p. 3). In addition, yellow-billed cuckoos likely nested in south-central Idaho near Stanton Crossing, Blaine County, in 2003 and 2004 (Reynolds and Hinckley 2005, p. 7). A survey in 2009 near Magic Lake on the Big Wood River located a singing male in a location that was previously unknown (Carlisle and Ware 2010, p. 4). Follow-up surveys in 2010 along the Big Wood River and Little Wood River failed to detect any yellow-billed cuckoos (Carlisle and Ware 2010, p. 12). The most recent statewide assessment estimated the breeding population in Idaho is likely limited to no more than 10 to 20 breeding pairs in the Snake River Basin (Reynolds and Hinckley 2005, p. 7).

Wyoming

Historically, yellow-billed cuckoos were rare and local in Wyoming. Knight (1902, p. 86), in his summary of the birds of Wyoming, did not include the species on the State's list, and Grave and Walker (1913, p. 46) reported only one record for the State. Prior to 2001, the distribution of yellow-billed cuckoos from summer records of the Wyoming Natural Heritage Database showed a few scattered sightings, with only 12 records from southwestern Wyoming (Bennett and Keinath 2001, pp. 9, 17). Currently, yellow-billed cuckoo occurs on the western side of the Rocky Mountains along the Lower Green River Basin from the Seedskadee NWR to the Flaming Gorge Reservoir and west to the Bear River Drainage. Within the range of the DPS defined in this document, breeding activity is unconfirmed in Wyoming, but observations suggest that nesting may occur within the Green River Basin and along the Snake River within the State (Deibert 2001, pers. comm., pp. 1–16). On July 4, 2003 a yellow-billed cuckoo was found by Wyoming Game and Fish Department in the town of Green River after it collided with a window of their office building (Wyoming Natural

Diversity Database 2003 (WYNDD)). In July 2003, yellow-billed cuckoo surveys were conducted at the Seedskadee NWR and on July 10, 2003, a yellow-billed cuckoo near Big Island in Seedskadee NWR responded with 'kowlp' calls to a recorded play-back call (Sweanor pers comm., WYNDD 2003). Call-back surveys were again conducted near Big Island in 2004 by Service personnel. Subsequently, one observation was made of a yellow-billed cuckoo in 2005 and three cuckoos were observed in 2006 near Big Island, Seedskadee NWR (Seedskadee NWR, unpublished reports). No other recent surveys have been done (Beason 2010, pp. 2–3). The available literature suggests that the breeding population of the yellow-billed cuckoo within the State is extremely low, numbering in the single digits, and potential nesting habitat is very limited. Therefore, we conclude that the western yellow-billed cuckoo occurs in very small numbers as a breeder in Wyoming, with likely fewer than five breeding pairs.

Colorado

West of the Continental Divide in Colorado, the yellow-billed cuckoo was probably never common (Bailey and Niedrach 1965, pp. 404–406), and it is now extremely rare (Kingery 1998, pp. 204–205). Yellow-billed cuckoos were found along the Colorado River in Palisade, near Grand Junction (Mesa County), annually through the 1950s and 1960s (Righter *et al.* 2004, p. 82). Yellow-billed cuckoos were also regularly detected as recently as the mid-1980s along the Uncompahgre and Gunnison Rivers near Delta (Delta County) (Beason 2010, p. 1).

In 1998, the Colorado Breeding Bird Atlas (Kingery 1998, pp. 204–205) gave the general status of the yellow-billed cuckoo in Colorado as nearly extirpated in the western half of the State. During the 1987 to 1994 period covered by the Atlas, only three yellow-billed cuckoos were recorded on the western slope, with one confirmed nesting observation along the Yampa River near Hayden in 1988. Other confirmed nesting records (mid-1980s) were associated with outbreaks of caterpillars in box elders in the Four Corners region and Durango area (Colyer 2001, pp. 1–6). National Park Service surveys in southwest Colorado from 1988 through 1995 for the Colorado Bird Breeding Atlas provided no records of yellow-billed cuckoos.

In 1998, biologists conducted focused yellow-billed cuckoo surveys along 242 mi (389 km) of lowland river riparian habitat along six rivers in west-central Colorado. They found one probable

nesting pair (Dexter 1998, p. 3). Reports of single yellow-billed cuckoos have come primarily from the Grand Junction area and Mesa County in 2001, 2002, 2005, 2008, and 2011, with a report of more than one yellow-billed cuckoo at Orchard Mesa Wildlife Area in 2006 (Beason 2010, p. 1; Beason 2012, p. 5). Additional reports include one yellow-billed cuckoo south of Montrose in Montrose County near the Uncompahgre River in 2009, one yellow-billed cuckoo along the Gunnison River near Gunnison in 2007 (Beason 2010, p. 1), and detections by the Rocky Mountain Bird Observatory along the Yampa River near Craig in 2007 and 2008 and in far western Colorado near Nucla in 2005 and 2008 (Beason 2010, p. 1). However, surveys repeated near Craig and Nucla in 2009 failed to detect yellow-billed cuckoos. Since 2003, yellow-billed cuckoos have been detected annually at the North Fork of the Gunnison River Valley of west-central Colorado in Delta County, and breeding was confirmed in 2008 and again in 2011 near Hotchkiss (Beason 2010, p. 1; Beason 2012, p. 5).

Yellow-billed cuckoos have been detected annually since 2001 in the San Luis Valley of south-central Colorado in Conejos County where breeding is suspected, but not confirmed (Beason 2010, p. 1). Surveys conducted on the Rio Grande near Del Norte, Rio Grande County, in 2008 and 2011 found yellow-billed cuckoos at several locations (Wildlife Specialties, LLC, 2008; Rawinski 2011). Surveys by the Rocky Mountain Bird Observatory in 2010 were conducted near historical detections and at sites with suitable habitat in Archuleta, Conejos, Montezuma, and Rio Grande Counties in south-central and southwest Colorado; no yellow-billed cuckoos were detected (Beason 2010, p. 2). Survey results and the available literature indicate an extremely small breeding population of yellow-billed cuckoos in western Colorado. Therefore, we conclude that the population of breeding pairs numbers in the low single digits in the State.

Utah

Historically yellow-billed cuckoos were uncommon in Utah in woodlands along streams in the lower valleys, especially the Salt Lake Valley (Hayward et al. 1976, p. 107). There are scattered records for the State, mainly from the vicinity of Provo, Ogden, and Salt Lake City, as well as the Virgin River in the southwestern portion of Utah, and one record from southeastern Utah (Hayward et al. 1976, p. 107). Recently, nesting has been documented at Ouray NWR on the Green River and

the Matheson Wetland Preserve near Moab. Additionally, there are reports from at least five other areas where breeding has been suspected (Owens 1998, pp. 3–6). Avian surveys of riparian habitats within the historical range (the Salt Lake Valley) recorded 3 yellow-billed cuckoos in 7,000 survey hours (Owens 1998, pp. 3–6). No statewide systematic surveys for yellow-billed cuckoos have been conducted. Survey results and the available literature indicate an extremely small breeding population of yellow-billed cuckoos in Utah. Therefore, we conclude that the number of breeding pairs in the State is fewer than 10 and not likely more than 20 pairs.

Nevada

The historical status of the yellow-billed cuckoo in Nevada is poorly documented, although there is evidence the species nested in western Nevada along the lower Truckee and Carson Rivers and in southern Nevada along the Colorado and Virgin Rivers (Linsdale 1951, p. 235; Neel 1999, pp. 118–120).

Surveys using call-playback techniques were completed along the Truckee, Carson, and Walker Rivers in the early 1970s. In surveys of the six remaining areas of habitat able to support yellow-billed cuckoos, as described by Gaines (1974, p. 206), no birds were heard or seen (Oakleaf 1974, pp. 18–19). Early documentation of yellow-billed cuckoos nesting in Nevada included a pair at Beaver Dam Wash, Lincoln County, in 1979 (Neel 1999, p. 119). The only set of persistent sightings along the Carson River occurred on portions near Lahontan Reservoir (Neel 1999, pp. 118–120), where sightings of single birds year after year suggested long-term occupancy from 1986 to 1997 (Tomlinson 2010, p. 1). At least one yellow-billed cuckoo was detected during surveys at the Lahontan Reservoir delta in 2012 indicating continued residency at that location (Great Basin Bird Observatory 2013, p. 48). Between 1990 and 1999, Neel (1999, p. 119) reported only sporadic sightings of single birds throughout the State.

Beginning in 2000, annual survey efforts became more consistent in the southern portion of the State. The Nevada Division of Wildlife (NDOW) (2001, pp. 1–8) conducted surveys in 2000 in southern Nevada and documented 19 yellow-billed cuckoos, comprising 4 pairs and 11 unpaired birds with no nests found. NDOW surveys in 2000 and 2001 detected more birds (19 and 28, respectively) than in subsequent years, with a general decline in detections from 2002 to 2009,

although the survey area was smaller because of reduced access to private lands (Tomlinson 2010, p. 1). Surveys conducted at the Warm Springs Natural Area on the Muddy River documented a nesting record for the species in 2000, but also indicated a general decline in bird numbers from 2002 to 2009 (Tomlinson 2010, p. 1). Surveys conducted by the San Bernardino County Museum at sites along the Virgin and Muddy Rivers between 2000 and 2008 detected yellow-billed cuckoos in all but one year, with the number of individuals detected ranging from a low of 3 to a high of 12 (Braden et al. 2009, pp. 1–58). These surveys were resumed by the Southern Sierra Research Station in 2009 and detected one bird at each of two locations: Pahranagat Valley and the Key Pittman Wildlife Area (Tomlinson 2010, p. 2).

Incidental yellow-billed cuckoo detections were also made during other bird surveys in the Pahranagat Valley in 2008, 2010, and 2012 (SWCA 2013, Table C–1). In 2006, surveys were conducted for the species at four Nevada sites within the Lower Colorado River Multi-Species Conservation Plan Boundary area (Johnson et al. 2007, pp. 1–220), resulting in detection of eight yellow-billed cuckoos (Johnson et al. 2007, pp. 13–16). Fairly extensive surveys of potential habitat at the Ash Meadows NWR resulted in detection of single yellow-billed cuckoos in 2008 and 2009 (Tomlinson 2010, p. 2). Additional protocol surveys were conducted in 2009 and 2010 in southern Nevada along the Muddy and Virgin Rivers, resulting in the detections of 3 cuckoos at Overton Wildlife Management Area along the Muddy River and 1 cuckoo detection at Mormon Mesa along the Virgin River in 2010 (McNeil et al. 2010, pp. 27–29; McNeil et al. 2011, pp. 140–142). In addition, incidental detections of cuckoos were made almost annually during other bird surveys along the Virgin and lower Muddy Rivers between 2008 and 2012 with the highest number of 4 cuckoos occurring in 2010 (SWCA 2013, Table C–1). Survey results and the available literature indicate a small breeding population of yellow-billed cuckoos in Nevada. Therefore, we conclude that fewer than 10 breeding pairs occur in the State.

California

In California prior to the 1930s, the species was widely distributed in suitable river bottom habitats, and was locally common (Grinnell and Miller 1944, pp. 186–187; Small 1994, pp. 130–131). Yellow-billed cuckoos primarily nested in three general areas

of the State: (1) Coastal counties from San Diego County near the Mexico border to Sonoma County in the San Francisco Bay region, (2) the Central Valley from Kern County through Shasta County, and (3) along the lower Colorado River (Dawson 1923, pp. 2–7; Grinnell and Miller 1944, pp. 186–187; Gaines and Laymon 1984, pp. 53–58; Small 1994, 130–131). Yellow-billed cuckoos also bred locally elsewhere in the State, including in Inyo, San Bernardino, and Siskiyou Counties (Grinnell and Miller 1944, pp. 186–187).

The early ornithological literature for California was summarized and evaluated by Gaines (1974a, p. 204; 1974b, pp. 2–4), Gaines and Laymon (1984, pp. 53–58), and Hughes (1999, p. 4). Collectively, they report 42 locations where the yellow-billed cuckoo was historically reported or collected in abundance, but is no longer found today. Laymon and Halterman (1987b, p. 24) estimated that the geographical range of the yellow-billed cuckoo in California is about 30 percent of what it was historically. Hughes (1999, p. 2) provides an estimate of 15,000 breeding pairs in California during the late 19th century. Gaines (1974, p. 208) believed that predevelopment yellow-billed cuckoo populations in California were even greater than implied by the early

literature, due to the species' inconspicuous behavior and the fact that large tracts of floodplain riparian habitat had already been lost to development before the first records and accounts of the species began appearing in literature. Most modern investigators believe that the initial decline of the yellow-billed cuckoo population in California occurred following the major era of development that began about the mid-1800s (Gaines and Laymon 1984, p. 73; Laymon and Halterman 1987b, pp. 19–25; Launer et al. 1990, pp. 2–3). The species was listed by the State of California as threatened in 1971, and was reclassified as endangered in 1987.

The species' population no longer breeds in the San Joaquin Valley. Yellow-billed cuckoos historically were recorded from every county in the San Joaquin Valley region except Kings County, and were locally common as a breeding bird at least in San Joaquin, Kern, Fresno, and Stanislaus Counties (Gaines and Laymon 1984, p. 66). The last nesting record for this region was in 1974 on Lewis Creek near Lindsay, Tulare County (Laymon and Halterman 1987a, p. 24).

The first statewide survey for yellow-billed cuckoos was conducted in 1977 and located 121 to 163 pairs of yellow-billed cuckoos during 44 days of survey effort (0.55–0.74 yellow-billed cuckoo

pairs per survey hour)(Gaines and Laymon 1984, p. 77; Halterman et al. 2001, p. 47). The second statewide survey, conducted in 1986 and 1987 with 124 days of survey effort, estimated 32 to 42 breeding pairs in the State, a decline of 66–81 percent from the 1977 survey (0.05–0.07 yellow-billed cuckoo pairs per survey hour)(Gaines and Laymon 1984, pp. 59–72; Laymon and Halterman 1987a, p. 7). The third statewide survey, in 1999 and 2000, was conducted over 134 days, and estimated 39 to 43 breeding pairs (0.06 yellow-billed cuckoo pairs per survey hour), a similar population level to 1987, but lower than 1977 (Halterman et al. 2001, p. 47) (Figure 3). The main difference in the most recent statewide survey (1999 to 2000) when compared to earlier surveys (1977 and 1987) was the absence of yellow-billed cuckoos at isolated sites in the Prado Flood Control Basin in Riverside County, the Mojave and Amargosa Rivers in San Bernardino County, and the Owens Valley in Inyo County where they had previously bred, indicating a contraction of the range to the core areas of occurrence along the Sacramento, Kern, and Colorado Rivers. In all, the California population of the western yellow-billed cuckoo today is less than 1 percent of its estimated historical population size.



Figure 3.  Yellow-billed cuckoo pairs per survey effort on California statewide surveys 1977–2000.

Yellow-billed cuckoos have been considered accidental in coastal northern California; however, from 2000 through 2012, surveys and anecdotal observations along the lower Eel River in Humboldt County detected yellow-billed cuckoos, and breeding was probable during at least two of those years (McAllister *et al.* 2010, pp. 1–6). If nesting is confirmed, this would document a new breeding site in the State.

Based on statewide survey results, only three areas in the State support more than a few breeding pairs on a regular basis: (1) The Sacramento River (roughly between Colusa and Red Bluff), (2) the South Fork of the Kern River upstream of Lake Isabella, and (3) the lower Colorado River (Laymon and Halterman 1987a, pp. 1–18). Results of surveys and population trends for these sites are summarized below.

Sacramento River—Grinnell and Miller (1944, pp. 186–187) listed the yellow-billed cuckoo as a common to fairly common breeder in the Sacramento Valley. Gaines and Laymon (1984, pp. 59–60) summarized historical occurrence in the Sacramento Valley, and cited Cooper (1870, pp. 371–373) who found the species quite common in the vicinity of Sacramento in 1865 and

Belding (1890, p. 87) who found them common in the vicinity of Marysville in 1878. Gaines (1974, pp. 204–205) conducted the first surveys for yellow-billed cuckoos on the Sacramento River between Red Bluff and Colusa during 1972, and found 28 individuals at 15 sites. The following year (1973) he repeated this survey, and found 29 yellow-billed cuckoos at 21 sites (40 survey hours) (Gaines and Laymon 1984, p. 59). During a statewide yellow-billed cuckoo survey in 1977, researchers found 44 yellow-billed cuckoos at 29 sites in this same stretch of the Sacramento River, but with greater survey effort (60 survey hours) (Gaines and Laymon 1984, pp. 59–62). From these surveys it was estimated that 29 to 60 pairs of yellow-billed cuckoos nested along the Sacramento River in 1977.

The Sacramento River was resurveyed in 1987, and a much lower population of 18 to 22 pairs was found despite a more intense survey effort (128 survey hours) (Laymon and Halterman 1987a, p. 6). Halterman (1991, p. 24) continued surveys on the river for 3 additional years with even greater survey effort (255 survey hours each year), and found breeding populations of 35 pairs, 26

pairs, and 23 pairs in 1988, 1989, and 1990, respectively. Surveys in 1999 found 28 to 32 pairs of yellow-billed cuckoos, and surveys in 2000 located 35 to 40 pairs (Halterman *et al.* 2001, p. 39). The most recent survey on the Sacramento River, conducted in 2010, located only 16–18 yellow-billed cuckoos at 48 sites, despite many more hours of surveying effort (1,191 survey hours) (Dettling and Howell 2011, p. 31).

Yellow-billed cuckoo populations have declined on the Sacramento River in the past 40 years. In the 1970s a yellow-billed cuckoo was found about once every 1.4 hours of survey effort. During the 1980s a yellow-billed cuckoo was found half as often with one every 2.8 hours of survey effort. From 1990 to 2000 a yellow-billed cuckoo was found every 2.9 hours of survey effort, but in 2010 it took 66.2 hours of survey effort to locate a yellow-billed cuckoo (Figure 4). Yellow-billed cuckoos still occupy this site, but the population has declined by at least 80 percent over the past 35 years, with a major continuing decline in the most recent 10 years. Since the extent of habitat has remained stable or increased, it appears that much of the potential habitat today is unused.



Figure 4. Yellow-billed cuckoo detection during surveys on the Sacramento River on 10 separate years from 1972 to 2010.

South Fork Kern River—The 3,300-ac (1,335-ha) riparian forest in the South Fork Kern River Valley is one of the largest remaining contiguous tracts of riparian habitat in California. This site has been the most regularly surveyed of any of the yellow-billed cuckoo

breeding locations in California. The species' occurrence at this site was first documented in 1911 by a specimen collected by Grinnell's Mount Whitney Expedition (MVZ Birds #19836, Museum of Vertebrate Zoology, University of California (UC) Berkeley).

Gaines (Gaines and Laymon 1984, p. 64) rediscovered this population, finding nine individual yellow-billed cuckoos there during his 1977 statewide survey of the species. From 1985 through 2001 this population was intensively monitored, and the number of pairs and

most nests found each year were documented (Laymon and Williams 2001, p 4; Laymon and Williams 2002, p. 5). During this period, the population fluctuated from a low of 2 pairs in 1990 to a high of 24 pairs in 1992, with a yearly average of 10.6 pairs.

From 2002 to 2004 and 2008 to 2010, the population was surveyed less intensively and fewer nests found (Halterman 2003, p. 10; Halterman 2004, p. 10; Henneman 2008, pp. 8–10; Henneman 2010, pp. 8–10; Whitfield and Stanek 2011, pp. 8–10). The number of yellow-billed cuckoo pairs is no longer being estimated, but from reviewing the location of the survey sightings, approximately 8 to 14 pairs (with an average of 10.5 pairs) have nested in the area during this period. From the available survey data and literature, this small breeding population currently appears to be stable. Most of the population is currently nesting on the U.S. Army Corps of Engineers (USACE), U.S. Forest Service (USFS) South Fork Wildlife Area in the western third of the site. The eastern two-thirds of the site is sparsely occupied, and it appears that not all of the potential nesting habitat is currently being used (Henneman 2008, pp. 8–10; Henneman 2010, pp. 8–10; Whitfield and Stanek 2011).

Lower Colorado River—The lower Colorado River on the California-Arizona border supported an estimated 180 yellow-billed cuckoo pairs during the first California statewide yellow-billed cuckoo survey in 1976 to 1977 (Gaines and Laymon 1984, p. 72). When the second California statewide survey was conducted in 1986 yellow-billed cuckoos had decreased by 80–90 percent (Laymon and Halterman 1987a, pp. 34–35). Another study (Rosenberg et al. 1991, p. 203) estimated a decline of 93 percent over this same time period, from an estimated initial 242 pairs in 1976 to 1977. Final results from a Service-funded 1999 statewide survey found only two pairs of yellow-billed cuckoos on the California side of the Colorado River (Halterman et al. 2001, p. 19), an area where 44 yellow-billed cuckoos were found in 1977 (Gaines and Laymon 1984, pp. 64–65).

In 2006, surveys were conducted at various sites throughout the Lower Colorado River Multi-Species Conservation Plan Boundary area for the yellow-billed cuckoo (Johnson et al. 2007, pp. 1–220). Two survey areas were on the California side of the lower Colorado River, the Picacho State Recreation Area and the Imperial NWR (Imperial Paradise area); only one bird was detected, at the Picacho State Recreation Area, Imperial County

(Johnson et al. 2007, p. 25). During 2010 and 2011, yellow-billed cuckoos were found at two locations on the California side of the river. One pair was found at the Picacho State Recreation Area in both years. At the newly created restoration habitat at Palo Verde Ecological Reserve, Riverside County, two to five pairs were found in 2010, and 10 to 19 pairs were found in 2011 (McNeil et al. 2011, p. 19; McNeil et al. 2012, p. 24). Yellow-billed cuckoo numbers on the lower Colorado River went from the largest known range-wide population in 1977 to near extirpation from the region in the 1980s. Recent population increases appear to be a result of increased habitat from active riparian habitat restoration along the river, though numbers are still well below 1977 population levels.

Yellow-billed cuckoos have declined by more than 99 percent from historical levels in California, and declines appear to be continuing, especially along the Sacramento River and at isolated sites that recently supported small populations, but are now unoccupied. Current nesting populations for the State are found at only 3 locations, and likely do not exceed 40 to 50 pairs, down from approximately 280 pairs as recently as 1977 and perhaps as many as 15,000 pairs prior to the increased human settlement in the 1850s.

Arizona

The yellow-billed cuckoo was historically widespread and locally common in Arizona (Phillips et al. 1964, p. 45; Groschupf 1987, p. 7). A 1976 study based on existing habitat and known yellow-billed cuckoo population densities estimated 846 pairs were present on the lower Colorado River and its five major tributaries in Arizona (Groschupf 1987, pp. 20–28). In a statewide survey in 1999 that covered 265 mi (426 km) of river and creek bottoms, 172 yellow-billed cuckoo pairs and 81 single birds were located in Arizona (Corman and Magill 2000, pp. 9–10). While this survey did not cover all potential yellow-billed cuckoo habitat in Arizona, it indicated that the number of yellow-billed cuckoos in 1999 was substantially lower than previous estimates for the State. However, Arizona still contains the largest remaining yellow-billed cuckoo population among the States west of the Rocky Mountains, and the species is considered a Species of Concern by the Arizona Game and Fish Department, a designation that does not provide protection to the species (Corman 1999, p. 1). As habitat has declined, yellow-billed cuckoo numbers have likely declined, as has been documented for

the lower Colorado River (Rosenberg et al. 1991, pp. 202–205) and described above for California.

Yellow-billed cuckoo populations greater than 10 pairs are found at 12 locations in Arizona: Bill Williams River, Colorado River, Gila River, Hassayampa River, San Pedro River, Santa Maria River, Verde River, Sonoita Creek, Santa Cruz River, Upper Cienega Creek, Altar Valley, and Agua Fria River. Sites with smaller populations are found at the Roosevelt Lake Complex, Upper Tonto Creek, Pinto Creek, Sycamore Creek in Pajarita Mountains, Oak Creek, Lower Cienega Creek, Babocomari River, Pinal Creek, Bonita Creek, San Bernardino NWR, Hooker Hot Springs, Big Sandy River, and many smaller drainages. However, many drainages have not been thoroughly surveyed, and it is likely that some additional yellow-billed cuckoo locations will be discovered. These include, but are not limited to the mountain ranges of southeastern Arizona, Eagle Creek, and along the Gila, San Francisco, and Blue Rivers.

Yellow-billed cuckoo sightings reported by birders between 15 June and 31 August, 1998 to 2012, in more than 1 year in southeastern Arizona mountain ranges include Carr Canyon, Ash Canyon, Garden Canyon, Ramsey Canyon, and Miller Canyon in the Huachuca Mountains; Walker Canyon, Madera Canyon, and Montosa Canyon in the Santa Rita Mountains; Scotia Canyon and Sycamore Canyon in the Atascosa/Pajarito Mountains; French Joe Canyon in the Whetstone Mountains; Harshaw Canyon and Paymaster Spring in the Patagonia Mountains; Kitt Peak on Baboquivari Mountain; and a few locations in the Chiricahua Mountains (Bird05 listserve, 2012). Yellow-billed cuckoos are breeding in at least some of these locations, with nesting confirmed at Sycamore Canyon (Arizona Game and Fish Department, unpublished data). The Arizona Breeding Bird Atlas recorded yellow-billed cuckoos on 50 of 1,834 blocks (2.7 percent), illustrating the species' rare status. Yellow-billed cuckoos were confirmed breeding and probably breeding on 29 of these blocks, and possibly on 21 blocks (Corman and Wise-Gervais 2005, pp. 202–203). Multiyear surveys have been conducted at five of these locations, which are discussed below.

Bill Williams River—In the mid-1970s, an estimated 57 pairs of yellow-billed cuckoos bred in the riparian forest of the Bill Williams River Delta (Gaines and Laymon 1984, p. 71). Following the sustained high water levels of 1983 to 1984 and 1986, which inundated and killed most of the

cottonwoods and willows along the Colorado River, yellow-billed cuckoo numbers also declined on the Bill Williams River Delta where similar habitat mortality occurred (Rosenberg *et al.* 1991, p. 203). In 1987, 17 pairs of yellow-billed cuckoos were located at this site and a total of 25 to 30 pairs were estimated to be present, a decline of 47 to 56 percent over 10 years (Laymon and Halterman 1987a, p. 32). Surveys were conducted regularly at this site from 1993 to 2002. The breeding population fluctuated from a low of 6 to 9 pairs in 1999 and 8 pairs in 2002 to a high of 28 to 30 pairs in 1993 and 28 to 39 pairs in 2001 (Halterman 2003, p. 32). Surveys were next conducted at this site in 2006 using revised survey protocols; 117 detections were recorded and no attempt was made to estimate the number of pairs occupying the site. In 2007, researchers recorded 139 detections at this site, and no estimate of pairs was made (Johnson *et al.* 2008a, p. 29). In 2010, researchers estimated 12 to 31 pairs, and the most recent survey in 2011 estimated 9 to 23 pairs (McNeil *et al.* 2010, p. 19; McNeil *et al.* 2012, p. 24). Bill Williams River NWR is considered the largest, highest quality stand of suitable habitat for the yellow-billed cuckoo along the lower Colorado River (Johnson *et al.* 2008a, p. 106). Data from this site show an important, but fluctuating, breeding population that has not recovered to 1977 levels.

Lower Colorado River—The lower Colorado River on the California-Arizona border supported an estimated 180 yellow-billed cuckoo pairs in 1976 to 1977 (Gaines and Laymon 1984, p. 72), a number that had declined by an estimated 80–90 percent in 1986 (Laymon and Halterman 1987a, pp. 34–35). In 2006 and 2007, surveys were conducted at various sites throughout the Lower Colorado River Multi-Species Conservation Plan Boundary area for the yellow-billed cuckoo (Johnson *et al.* 2007, pp. 1–220; Johnson *et al.* 2008a p. 1). Breeding was detected at the Grand Canyon National Park/Lake Mead National Recreation Area in 2006 (Johnson *et al.* 2008a, p. 1107). In addition to the Bill Williams River NWR, other sites in Arizona where Johnson *et al.* (2008a, p. 29) detected yellow-billed cuckoos in 2006 and 2007 include: the Grand Canyon National Park/Lake Mead National Recreation Area, Havasu NWR, Cibola NWR, Imperial NWR, Gila-Colorado River confluence, Limitrophe Division, and Quigely Pond Wildlife Management Area (Johnson *et al.* 2008a p. 107). In 2010, based on intensive surveys, 8 to

18 pairs were estimated, and the most recent survey in 2011 estimated 9 to 23 pairs on the Arizona side of the Colorado River, excluding the Bill Williams River (McNeil *et al.* 2010, p. 19; McNeil *et al.* 2012, p. 24). Recent population estimates are well below the breeding population in 1977, even though more area was surveyed.

Upper San Pedro River—This site has had the largest yellow-billed cuckoo population in Arizona. Yellow-billed cuckoos were surveyed on 42 mi (67 km) of riparian habitat on the upper San Pedro River for 7 years from 2001 to 2007 (Halterman 2002, pp. 10, 22; Halterman 2003, pp. 9, 23; Halterman 2004, pp. 9, 33–34; Halterman 2005, pp. 8, 22–23; Halterman 2006, pp. 26–27; Halterman 2007, pp. 5, 11; Halterman 2009, p.23). The number of surveys varied from year-to-year with one to five surveys per year and with different methods used to determine population size. In 2001, researchers estimated a total of 40 to 52 pairs, and 29 to 50 pairs the next year. A total of 26 or more pairs was estimated in 2003, but the number of pairs was not estimated after that year. Year-to-year comparisons were made by summing the maximum number of yellow-billed cuckoos in each transect for each year, which yields a minimum population of individual yellow-billed cuckoos over the breeding season.

In 2001, reserchers located 71 individual yellow-billed cuckoos. The population rose to 114 individual yellow-billed cuckoos in 2002 and 128 individual yellow-billed cuckoos in 2003, before dropping to 101 yellow-billed cuckoos in 2004, 76 in 2005, and a low of 47 in 2006. In 2007, the number of yellow-billed cuckoos detected increased to 83. The 2006 results indicated a continuing downward trend, but the 2007 results show a substantial increase in the population. Other yellow-billed cuckoo populations have shown annual fluctuation in densities (Halterman 2007, p. 23). Unfortunately, intensive yellow-billed cuckoo surveys have not been conducted at this site since 2007, so it is uncertain whether or not the population has truly rebounded from the 2006 low. During 2001 and 2002, researchers detected 36 and 81 yellow-billed cuckoos, respectively, along the San Pedro River during southwestern willow flycatcher surveys (EEC 2002, pp. 6, 12, 13). A repeat of these surveys in 2009 detected only 26 yellow-billed cuckoos (The Vernadero Group 2009, pp. 9, 19). While survey effort between these two time periods may not be comparable, the findings show evidence of a long-term

downward trend for yellow-billed cuckoos at this location.

Sonoita Creek—A 4-mi (6-km) segment of Sonoita Creek was surveyed in 7 years between 1976 and 1986 (Groschupf 1987, p. 14). Yellow-billed cuckoo pairs were not estimated, but lows of 5 and 6 individuals were found in 1976 and 1986, respectively, and highs of 24 to 28 individuals were found between 1977 and 1979. The site was surveyed again in 1998 and 1999, with 11 to 12 pairs and 8 to 9 single yellow-billed cuckoos located (Corman and Magill 2000, pp. 39–40). In 2005, 17 individuals were found while conducting bird surveys for Important Bird Area designation (Arizona Audubon 2012, *http://iba.audubon.org/iba*). This population, while fluctuating, does not appear to have decreased in size from 1976 to 2005. No recent yellow-billed cuckoo surveys have been conducted at this site.

Verde River—Surveys conducted in 2004 and 2005 at 37 sites within the Verde River watershed were done at historical sites (16) at locations where yellow-billed cuckoos were previously detected in 1998 to 1999 and at random sites (21) with riparian forest that appeared to be suitable nesting habitat (Holmes *et al.* 2008, pp. 6–7). In the 2 years, 59 percent of sites had detections: 75 percent of historical sites and 48 percent of random sites (Holmes *et al.* 2008, p. v). Holmes *et al.* (2008, p. 20) confirmed nesting at five sites and found evidence of probable breeding at nine additional sites. The maximum number of detections during any one survey period was 23 in 2004 and 31 in 2005.

Thus, the available literature and surveys suggest that yellow-billed cuckoo populations in Arizona over the past 30 years have declined by 70 to 80 percent, with recent declines since approximately 2000 at some of largest populations (for example, San Pedro River). At present, it appears that the State's population could be as low as 170 pairs of yellow-billed cuckoos, and probably does not exceed 250 pairs. Despite these recent declines, the population of the western yellow-billed cuckoo in Arizona is the largest in the United States.

Western New Mexico

Yellow-billed cuckoos were historically common in riparian areas along the Rio Grande, as well as uncommon to common locally along portions of the Gila, San Francisco, and San Juan Rivers (Bailey 1928, pp. 307–309; Hubbard 1978, p. 32). A habitat analysis and wildlife survey of the middle Rio Grande Valley from

Espanola to La Joya estimated that 315 pairs of yellow-billed cuckoos bred along this river segment (Howe 1986, p. 10).

Recent surveys have been conducted by the Bureau of Reclamation (Reclamation) from 2006 through 2010 along the middle Rio Grande, from Highway 60 downstream to Elephant Butte Reservoir (Ahlers et al. 2010, p. 4; Ahlers and Moore 2011, p. 13). The area covered by the surveys increased from 36 mi (58 km) in 2006 to 90 mi (144 km) in 2009 and 2010. Data indicate detection of an estimated 44 pairs in 2006, 71 in 2007, 87 in 2008, 95 in 2009, and 75 in 2010; however, these estimates are not directly comparable due to variation in survey efforts and protocols (Ahlers et al. 2010, pp. i, 3, 12, 17). These surveys have documented a sizable population, but many fewer than the 315 pairs estimated for this region in 1984 (Howe 1986, p. 10).

Systematic surveys have not been carried out on the Gila, San Francisco, and San Juan Rivers. The extent of habitat in these areas is limited, and much is discontinuous and fragmented. Based on available habitat, a maximum of 35 yellow-billed cuckoo pairs could breed on the Gila River, while no more than 15 and 5 pairs could breed on the San Juan and San Francisco Rivers, respectively. An estimated 100 to 155 yellow-billed cuckoo pairs currently breed in western New Mexico.

Western Texas

The yellow-billed cuckoo historically was considered to be fairly common in riparian habitat at elevations of 3,000–7,500 ft (900–2,200 m) in El Paso, Hudspeth, Culberson, and Presidio Counties (Oberholser and Kincaid 1974, pp. 434–435; Rappole and Blacklock 1994, pp. 125–126). Recent information reports that yellow-billed cuckoos have declined in El Paso County (Peterson and Zimmer, 1998, p. 66). Population reports in the Trans-Pecos area of western Texas near Big Bend National Park show scattered populations of yellow-billed cuckoos (Wauer 1971, pp. 18, 27). These populations tend to be associated with areas of springs and developed wells or earthen ponds that support cottonwoods and willows.

Yellow-billed cuckoo population trends from 1966 to 1998 for the entire State of Texas, eastern and western, show a decline (USGS Biological Resources Division 1999, p. 1). The Texas Parks and Wildlife Department (TPWD) currently does not separate the eastern and western populations of the yellow-billed cuckoo, and identifies the species as globally abundant and State secure since the State ranking was last

revised in 1994. However, subsequent publications by the TPWD indicate the species is becoming increasingly rare and declining (Shackelford and Lockwood 2000, p. 1). During 4 years, between 1988 and 1998, a 116-mi (189-km) segment of the Rio Grande (16 mi (26 km) in New Mexico and 99 mi (159 km) in Texas) was surveyed for yellow-billed cuckoos. The 1988 and 1992 survey results were similar, with yellow-billed cuckoos responding at 20 of 67 sites and 25 of 109 sites, respectively. The population then dramatically declined, with only 4 yellow-billed cuckoos at 113 sites in 1995 and 7 yellow-billed cuckoos at 134 sites in 1998 (Sproul 2000, p. 3). The author concluded that the yellow-billed cuckoo is a rare, highly vulnerable, and declining species in the Rio Grande Valley of southern New Mexico and extreme west Texas (Sproul 2000, p. 5). Sproul attributed the decline to habitat loss and degradation as well as other unknown factors in the species' migratory and wintering grounds (Sproul 2000, pp. 3–4). The current population of the western yellow-billed cuckoo in western Texas is likely fewer than 10 pairs.

Northwestern Mexico

The yellow-billed cuckoo breeds locally in northwestern Mexico, and is a widespread transient during migration (Howell and Webb 1995, pp. 346–347). In northwestern Mexico, it has been recorded as a summer resident (presumably breeding), including the extreme northern and southern portions of the Baja California Peninsula, northwest Mexico from Sonora and Chihuahua south to western Durango and Sinaloa (Howell and Webb 1995, pp. 346–347), and irregularly and locally south to western Nayarit and western Zacatecas (World Bird Info 2012).

Baja California Peninsula— Historically, the yellow-billed cuckoo was a rare and local migrant and summer resident in Baja California and Baja California Sur (Grinnell 1928, p. 119). Miller (1950, p. 83) observed a migrating flock of yellow-billed cuckoos in the Cape region of Baja California Sur in late May or early June 1896. Lamb (1927, p. 157), during 2 years living in the Cape region, saw yellow-billed cuckoos on only two occasions, once in late June and again in early September. A recent status review of birds on the Baja California Peninsula listed the species as a probable breeder only along the Colorado River and in the Cape region (Howell 2001, p. 17; Howell et al. 2001, p. 182). The population along the Colorado River was formerly numerous,

but now very few yellow-billed cuckoos can be found (Patten et al. 2001, p. 46). Bird surveys conducted along the Colorado River, Mexico, from May 2002 to July 2003 concluded that the presence and density of breeding yellow-billed cuckoos is largely dependent on the state of riparian habitat and presence of water (Hinojosa-Huerta et al. 2008, pp. 75–92). Suitable habitat disappeared from the Río Colorado floodplain in the latter part of the 20th century due to dewatering of this portion of the river. Pulse floods in the 1990s and 2000s promoting cottonwood and willow habitat regeneration resulted in yellow-billed cuckoos returning to breed once riparian nesting habitat developed. Yellow-billed cuckoo persistence will depend on dedicated instream flows and pulse floods, maintenance of vegetative cover and structural diversity, and an increase in older riparian stands (Hinojosa-Huerta et al. 2008, pp. 75–92). The population levels of yellow-billed cuckoos in the Cape Region of Baja California Sur are not known, but from available information they appear to be extremely small and may not exceed 10 breeding pairs.

Sonora—Yellow-billed cuckoos are a common summer resident in Sonora, and were observed with higher frequency than in adjacent Arizona (Russell and Monson 1998, p. 131). In the vicinity of Alamos in southern Sonora, Short (1974, p. 24) found the species a common to abundant breeder during the rainy season in late July and early August. During general bird surveys in northern Sonora from 2000 to 2007, yellow-billed cuckoos were detected in 11 of 16 watersheds (Flesch 2008, pp. 35–36). On the Sonoyta River in northwestern Sonora, the species was not found on the lower stretches and was rare upstream on the Vamori section. On Rio de la Concepcion, yellow-billed cuckoos were not found on the lower river section or the upper or lower Plomo sections. They were rare on the upper and lower Sasabe sections and uncommon on the Altar, Busani, Coyotillo Magdalena, and Cocospera-Bambuto sections. They were not found on the Santa Cruz River and were uncommon on the San Pedro River. They were also uncommon on the San Miguel and Bacanuchi-Sonora section of the Rio Sonora. The author defined rare as "present but rarely detected and often restricted to localized area" and defined uncommon as "present but may not be found in a day or two of field observations" (Flesch 2008, pp. 35–36).

Yellow-billed cuckoos were described as fairly common summer residents, probable breeders, on bird transect

surveys conducted in July and
September 2007 and July 2008 between
1,542–3,773 ft (470–1150 m) in the
45,000-ac (18,211-ha) Northern Jaguar
Reserve in the foothills of the Sierra
Madre near the town of Sahuaripa in
east-central Sonora (Flesch 2009, pp. 5,
9, 12, 16, 21). The reserve, bordered by
the Ríos Aros and Bavispe, is composed
of oak forests mixed with native fan
palms, dense thornscrub that transitions
into subtropical vegetation, mesquite
bosque, and perennial streams lined
with sycamores.

Breeding yellow-billed cuckoos were
documented from July through
September along approximately 60 km
(37 mi) of the Santa Cruz River in
northern Sonora during riparian bird
point count surveys in 2001 and 2003.
They were fairly common at sites
ranging from typical cottonwood-
dominated riparian habitat (with or
without understory) to mesquite-oak-
grass habitat. The riparian habitat in this
region is moderately impacted from
water use, vegetation loss, presence of
cattle, and land clearing for agriculture
(Sonoran Institute 2008; pp. 2, 25, 55).

Yellow-billed cuckoo call playback
surveys conducted from 21 June through
26 September 2003 documented 142
yellow-billed cuckoos at 10 sites ranging
from 1,148 ft to 3,937 ft (350 to 1,200
m). Yellow-billed cuckoos were found
in riparian habitat at Agua Calienta on
the Río Bambuto north of Imuris; Río
Tubutama near Tubutama and La
Reforma; Río Cuchujaqui northwest of
Alamos; Río Sonora at Aconchi and
Baviacora, northeast of Hermosillo on
the Cananea-Ures stretch of State
Highway 116; El Gavilan on Río Sonora
east of Ures; Upper Río San Pedro near
San Pedro Palominas, and near the ejido
Jose Ma. Morelos in Cananea (IMADES
2003, pp. 4, 14, 20).

Yellow-billed cuckoo call playback
surveys conducted from July through
September 2005 documented yellow-
billed cuckoos in northeastern Sonora
along the Ríos Sonora, Bacanuchi, Cajon
Bonito, Bavispe, Moctezuma, and
Sahuaripa. Habitat consisted of
cottonwood, willow, and mesquite
(CEDES 2005, pp. 5, 10, 11). Extensive
grazing, agriculture, mining and related
water withdrawals have reduced the
riparian quality on these rivers.

Marshall (1957, p. 74), in his pine-oak
woodland bird study in southern
Arizona and adjacent Mexico, found the
yellow-billed cuckoo as a migrant or
wanderer in riparian timber only once
in Sonora in the Ajos Mountains on July
17, 1952. During wildlife surveys by
boat and foot in July and August 2005,
of the 115-mi (185-km) stretch of the
Ríos Aros and Yaqui and tributaries

from Nátora (2,275 ft (700 m)) to El Río
(1,138 ft (350 m)) in east-central Sonora,
yellow-billed cuckoos were described as
common in riparian groves and thorn
scrub woodland. They were detected on
both side drainages and main river
channels (O'Brien *et al.* 2006, pp. 4, 8,
24, 37, 46, 51).

In a study focusing on cactus
ferruginous pygmy-owls during late
spring and summer from 2001 through
2010, Flesch (2012 *in litt.*) found
yellow-billed cuckoos at 95 sites from
June to September at elevations from
328 to 6,902 ft (100 to 2,104 m). The
number of birds at each site ranged from
1 to 15 individuals. Flesch also
confirmed breeding at four sites in thorn
scrub habitats and at one site in upland
Sonoran Desert habitat. These records
indicate a broader use of habitat by
yellow-billed cuckoos in Sonora.
Yellow-billed cuckoos are more
common as breeders in southern Sonora
where they nest in thorn forest than in
the more arid northern Sonora. There is
some evidence that yellow-billed
cuckoos may be nesting farther north
and then re-nest in southern Sonora and
northern Sinaloa during the rainy
season in late July and August (Rohwer
*et al.* 2009, pp. 19050–19055), but
additional data are needed to confirm
where and how commonly this occurs.
Yellow-billed cuckoos appear to breed
at higher density, especially in southern
Sonora, but the breeding population for
the State of Sonora is probably similar
to the State of Arizona with 150 to 250
pairs because Sonora is half the size of
Arizona. However, some of the yellow-
billed cuckoos that breed in southern
Sonora late in the nesting season may
have been counted on breeding grounds
farther north earlier the same year.

Chihuahua—Most of the State of
Chihuahua is desert with very little
rainfall and few waterways with
significant riparian habitat. The Rio
Conchos is the primary river system that
drains the southern half of the State.
This river is highly degraded, with a
high density of nonnative tamarisk and
little regeneration of willows and
cottonwoods due to extremely heavy
grazing. This problem has been
worsened by a prolonged drought from
the late 1990s to the present. Only one
sighting of a yellow-billed cuckoo is
listed on the e-Bird online database for
the State of Chihuahua, found on July 1,
2003, along Highway 16 between the
city of Chihuahua and the town of
Lopez Mateos (Cornell Lab of
Ornithology 2012). The breeding
population for the State of Chihuahua is
likely very low, probably in the low
double digits and possibly in the single
digits.

Sinaloa—How far south yellow-billed
cuckoos breed in Sinaloa is uncertain.
The only two observations of the species
(Cornell Lab of Ornithology 2012) are
from extreme northern Sinaloa along the
Rio Fuerte. Because a thorough survey
has not been conducted, the yellow-
billed cuckoo population in the State is
likely higher than these records imply.
However, much of the thorn forest and
riparian habitat has been converted to
industrial agriculture over the past 30
years (Rohwer 2010, p. E16). The
breeding population of yellow-billed
cuckoos in Sinaloa is unlikely to exceed
that of Sonora (150 to 250 breeding
pairs), and it may be less.

Western Durango—Three observations
of the yellow-billed cuckoo (Cornell Lab
of Ornithology 2012) have been made
for the State of Durango west of the
Continental Divide. The population for
this region is likely very low, possibly
in the low double or single digits.

Population summary in Mexico—The
available literature indicates that
knowledge about the status of the
breeding population of the western
yellow-billed cuckoo in Mexico is less
certain than in the United States. No
systematic State-level surveys for the
species have been carried out in any of
the Mexican States. General bird
surveys in Sonora have found yellow-
billed cuckoos in similar habitats and
abundances as in Arizona, as well as in
thorn forest and dry deciduous forest,
which do not occur north of Mexico.
The riparian habitat in Mexico appears
to be more fragmented and heavily
grazed than it is north of the
international border, and the thorn-
forest habitat that the species is using in
southern Sonora and Sinaloa is being
converted to industrial agriculture at a
high rate. Therefore, we conclude that
the western yellow-billed cuckoo in
Mexico has a breeding population of
330 to 530 pairs that is likely declining.

Population Summary of the Western
Yellow-billed Cuckoo—The available
surveys and literature support the
conclusion that the population of the
western yellow-billed cuckoo has
declined by several orders of magnitude
over the past 100 years, and that this
decline is continuing. Recent declines
over the past 15 years have shown both
a loss of breeding yellow-billed cuckoos
in smaller isolated sites and declines in
numbers at core breeding areas. The
current breeding population is low, with
350 to 495 pairs north of the Mexican
border and another 330 to 530 pairs in
Mexico for a total of 680 to 1,025
breeding pairs. The breeding population
may actually be lower than these
estimates, as some of these pairs may be
counted twice since yellow-billed

cuckoos apparently move into southern Sonora and Sinaloa during the rainy season in late July and August after they have previously bred farther north. Therefore, we conclude that the western yellow-billed cuckoo has a small and declining population.

## Summary of Factors Affecting the Species

Section 4 of the Act, and its implementing regulations at 50 CFR part 424, set forth the procedures for adding species to the Federal Lists of Endangered and Threatened Wildlife and Plants. Under section 4(a)(1) of the Act, we may list a species based on any of the following five factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; and (E) other natural or manmade factors affecting its continued existence. Listing actions may be warranted based on any of the above threat factors, singly or in combination. Each of these factors is discussed below.

### Factor A. The Present or Threatened Destruction, Modification, or Curtailment of Its Habitat or Range

The decline of the western yellow-billed cuckoo is primarily the result of riparian habitat loss and degradation. Within the three States with the highest historical number of yellow-billed cuckoo pairs, past riparian habitat losses are estimated to be about 90 to 95 percent in Arizona, 90 percent in New Mexico, and 90 to 99 percent in California (Ohmart 1994, pp. 276–281; U.S. Department of Interior 1994, p. 215; Noss et al. 1995, pp. 37, 46; Greco 2008, p. 5). Many of these habitat losses occurred historically, and although habitat destruction continues, many past impacts have subsequent ramifications that are ongoing and are affecting the size, extent, and quality of riparian vegetation within the range of the western yellow-billed cuckoo. These ongoing impacts are occurring now and are anticipated to continue for decades to come.

Moreover, these impacts are often subtle. As described in the Habitat Use and Needs section, above, during the breeding season, the habitat of the western yellow-billed cuckoo consists of expansive blocks of riparian vegetation containing trees of various ages, including in particular larger, more mature trees used for nesting and foraging. In order for these areas to remain as viable yellow-billed cuckoo

habitat, the dynamic transitional process of vegetation recruitment and maturity must be maintained. Without such a process of ongoing recruitment, habitat becomes degraded and is eventually lost. In our discussion below, we identify the manmade impacts to riparian vegetation as resulting in current and ongoing destruction and modification of existing and future potential habitat for the western yellow-billed cuckoo.

Additional subtle consequences from the manmade impacts are the indirect effects that result in the curtailment of the habitat of the western yellow-billed cuckoo. Past actions by humans have resulted in changes to the landscape, the hydrology, or both such that they prevent the riparian plants that are the basis of the species' habitat from growing at all. The consequences of these past actions may have initially resulted in destruction or modification of then-existing riparian habitat; however, once that habitat is lost, the changed conditions (such as changed hydrologic regime) also prevents riparian habitat from regenerating, even in the absence of other impacts. For example, channelization—through manmade levees or other constructs, or through channel incising as a consequence of other actions—may leave the geographical area where riparian plants once grew (such as the watercourse's floodplain) physically untouched, but the altered hydrology prevents riparian plant species from germinating and growing.

Principal causes of riparian habitat destruction, modification, and degradation in the range of the western yellow-billed cuckoo has occurred from alteration of hydrology due to dams, water diversions, management of riverflow that differs from natural hydrological patterns, channelization, and levees and other forms of bank stabilization that encroach into the floodplain. These losses are further exacerbated by conversion of floodplains for agricultural uses, such as crops and livestock grazing. In combination with altered hydrology, these threats promote the conversion of existing primarily native habitats to monotypic stands of nonnative vegetation, which reduce the suitability of riparian habitat for the western yellow-billed cuckoo. Other threats to riparian habitat include long-term drought and climate change. These threats are summarized in a recent detailed review of the literature on the subject (Poff et al. 2011). These Factor A threats are described in more detail below. Moreover, past and ongoing impacts to the species' habitat are

working in combination with other threats, which are discussed in greater detail in Factors C and E, below.

### Habitat Loss From Dams and Alteration of Hydrology

#### Dams

Poff et al. (1997, pp. 769–784), Greco (1999, pp. 36–38), National Academy of Sciences (NAS) (2002, pp. 145–150), and the Service (2002, Appendix I, pp. 1–12) reviewed the following effects of human modification of natural hydrological processes on riparian habitat, including those from dams. Dams result in an immediate effect of destroying riparian structure and functioning due to habitat displacement from dam construction and by permanent inundation, sometimes flooding miles of upstream riparian areas. This results in the physical loss of riparian vegetation. In the absence of vegetation, the yellow-billed cuckoo cannot breed, feed, or find shelter. Current and future releases of water downstream from dams at unnatural rates of flow, inappropriate times of year, or at too frequent or too infrequent intervals, may lead to flooding or desiccation beyond the tolerance limits of the native riparian vegetation, thus resulting in loss of habitat of the western yellow-billed cuckoo.

Dam construction has been occurring since the settlement of western North America with its peak in the mid-20th century. These include most major western rivers, many of which have a series of dams, and include, but are not limited to, the Sacramento, Kern, San Joaquin, Mojave, Snake, Gila, Salt, Verde, and Rio Grande, including 25 major reservoirs built on the Colorado and Green Rivers alone between the 1930s and 1970s (Richter et al. 1998, p. 332). In northern Mexico, some of these rivers include the Río Conchos, Yaqui, and Mayo, Río Bambuto, Río Bravo, Tubutama, La Reforma, Cuchujaqui River in Alamos, Aconchi and Baviacora in Río Sonora, and Upper San Pedro River in Sonora, Mexico (Instituto del Media Ambiente y el Desarrollo Sustentable del Estado de Sonora (IMADES) 2003, p. 4; Kelly and Arias Rojo 2007, pp. 2–3; Cornell et al. 2008, p. 96).

There are now dozens of large dams and scores of smaller dams on rivers throughout the range of the western yellow-billed cuckoo. Today the rate of building new dams has slowed because most of the highest quality dam sites already have dams constructed on them. There were proposals to build two dams on Cottonwood Creek, one of the major tributaries of the Sacramento River

(USACE 1982), but it is not clear when or if these dams will be built. A larger current threat is the enlargement of existing dams. Enlargement of Terminus Dam on the Tule River in California by 21 ft (6.5 m) in height was completed in 2004 (Barcouda *et al.* 2006, p. 12), and proposals to enlarge Shasta Dam on the Sacramento River by up to 200 ft (62 m) in height and doubling its storage capacity (Reclamation 1999, pp. 3–8) and Friant Dam on the San Joaquin River by up to 140 ft (43 m) in height are being explored (Reclamation 2003, pp. 3.1–3.8). Larger dams with additional storage would likely flood potential western yellow-billed cuckoo habitat upstream and cause additional hydrologic disruption downstream.

While the amount of habitat lost within the construction zone of a dam is relatively small, far greater amounts of habitat are destroyed in the areas of inundation and through the ongoing effects of the amount and timing of water releases through the dam operation, which affects both upstream and downstream habitats. Ongoing downstream effects to riparian habitat from dams include changes in sediment transport due to sediment retention behind the dams so that channels below a dam become increasingly "sediment starved." This situation causes vertical erosion (downcutting), which can lead to loss of river terraces that sustain riparian vegetation (NAS 2002, pp. 145–150; Poff *et al.* 2009, pp. 773–774).

Ongoing operations of large dams can also dampen the magnitude of normal high flows, thus preventing cottonwood germination (Howe and Knopf 1991, p. 218), and dewater downstream reaches, causing substantial declines of riparian forests (NAS 2002, pp. 145–150). For example, Groschupf (1987, p. 19) found that almost all cottonwoods and over half of all willow trees were eliminated from one waterway in Arizona that was exposed to repeated large releases of water from a dam. This situation reduced the density of yellow-billed cuckoos from 13 per 100 ac (40 ha) before the flooding to 3 per 100 ac (40 ha) after the flooding (Groschupf 1987, p. 19). In another example, a study of the San Joaquin River from downstream of the Friant Dam to the Merced River confluence found that, between 1937 and 1993, the area of riparian forest and scrub decreased 28 percent, from 6,787 to 4,914 ac (2,727 to 1,989 ha), and the herbaceous riparian vegetation decreased from 4,076 to 780 ac (1,650 to 316 ha) (Jones and Stokes Associates, Inc. 1998, Chap. 5, pp. 1–2). These losses are most likely attributed to reduced stream flow down the river as a result of water diversions. In the case

of the San Joaquin River, efforts are under way for restoring a more natural functioning hydrologic system and to restore riparian habitat (San Joaquin River Restoration Program Record of Decision 2012, pp. 7–8). Generally, in absence of ongoing dam operations in such circumstances, the habitat is likely to regenerate naturally; however, because of the way the majority of dams are operated, these impacts are happening now and are likely to continue for decades to come.

After the completion of the larger dams on the Colorado River system starting in the 1930s, limited pulse flows reached the lower Colorado River in Mexico for nearly 50 years, resulting in the loss of cottonwood–willow forests and the establishment of tamarisk (Glenn *et al.* 2001, pp. 1175–1186; Nagler *et al.* 2005, pp. 1843–1844). Local decline of the yellow-billed cuckoo western DPS and other riparian birds has been attributed to that habitat loss and degradation (Hinojosa-Huerta *et al.* 2008, p. 81). Additionally, along the Río Altar in northern Mexico, completion of the Cuauhtémoc Dam and Reservoir (Presa Cuauhtémoc) in 1950 diverted surface water and contributed to increased vegetation clearing for agriculture, degradation of mature cottonwood forests, and subsequent declines in distribution and abundance of riparian bird species associated with these forests (Flesch 2008, p. 43), including the yellow-billed cuckoo, which is known to occur there. In addition to past habitat losses, the altered hydrology caused by dams continues to have an ongoing impact on riparian habitat.

While alteration of hydrology due to dam construction and other water supply projects has been widely implicated in the loss and degradation of downstream riparian habitat for the western yellow-billed cuckoo (Gaines and Laymon 1984, p. 73; Greco 1999, pp. 36–38; Greco 2012, pp. 8–9), some dams have resulted in temporary habitat expansion for the yellow-billed cuckoo within the immediate upstream influence of the associated reservoirs. For example, one of the largest concentrations of yellow-billed cuckoo in New Mexico occurs at the inflow to Elephant Butte Reservoir on the middle Río Grande (Sechrist *et al.* 2009, p. 1; Ahlers *et al.* 2011, pp. 19–20). Yellow-billed cuckoo numbers increased following several years when water levels receded and riparian vegetation expanded into the exposed area of the reservoir pool. The yellow-billed cuckoo population there continues to increase, likely as a result of continued drawdown from long-term drought that

allows maturation of the riparian forest into suitable breeding habitat (Ahlers *et al.* 2011, pp. 19–20). Drought patterns are cyclical and, when wetter conditions return to the region, Elephant Butte Reservoir likely will be refilled. When this happens, approximately 92 percent of 44 to 87 pairs of yellow-billed cuckoos there (detected during the 2007 and 2008 surveys) would be displaced through inundation (Reclamation 2009, pp. 64–65).

The threat to the yellow-billed cuckoo's habitat from fluctuating water levels behind dams is likely to occur elsewhere in the range of the western yellow-billed cuckoo. In California, the State's second largest population of yellow-billed cuckoos occurs within the inflow delta footprint of Lake Isabella, a dammed reservoir on the Kern River. Breeding yellow-billed cuckoos are also found at other reservoir inflow deltas, such as Horseshoe Reservoir on the Verde River (Dockens and Ashbeck 2011a, p. 1) and the Tonto Creek and Salt River inflows to Roosevelt Lake in Arizona (Sferra 2012, *in litt.*).

The temporary gain in riparian habitat at the inflow of reservoirs can be beneficial to the western yellow-billed cuckoo by providing large expanses of additional nesting and foraging habitat during a sequence of low-water years. However, the value of such habitat is affected by fluctuating water levels between years. Drastically fluctuating water levels with alternating inundation and desiccation cycles have been associated with fluctuations in populations of western yellow-billed cuckoos that breed in reservoir inflow sites (Laymon and Williams 2002, pp. 12–13; Henneman 2008, pp. 12–13). For example, along the Kern River, yellow-billed cuckoo numbers increased during low reservoir levels for multiple years when vegetation recolonized the drawdown area (Laymon *et al.* 1997, p. 10), but yellow-billed cuckoos moved to other sites during a wet year when lake levels rose and flooded out habitat (Launer *et al.* 1990, p. 10; Halterman *et al.* 2001, p. 20). When the water receded, it took up to 2 years for yellow-billed cuckoos to return to breed, but at reduced numbers (Laymon and Williams 2002, pp. 12–13; Henneman 2008, pp. 12–13), although the actual mechanism needs further study (Henneman 2010, pp. 12–14). The water level continues to remain below capacity at Lake Isabella due to dam safety concerns (Stewart 2012, pers. comm.).

Once Lake Isabella fills again to capacity, the riparian habitat that has since formed at the inflow and that supports cuckoos will become

inundated, at least periodically (Whitfield 2012, pers. comm.), thereby impacting the habitat of the western yellow-billed cuckoo. In addition, the USACE and the USFS are developing a proposal and have completed a final environmental impact statement (EIS) on options to repair dam deficiencies and raise the height of the dam an additional 16 ft (4.9 m) (Isabella Lake Dam Safety Modification Project Environmental Impact Statement Final October 2012). Pursuant to section 7 of the Act, a biological opinion was completed for the proposed action, but the yellow-billed cuckoo was not a species addressed in the section 7 consultation.

Lake Isabella is currently managed under long-term biological opinions issued by the Service to the USACE and the USFS to address impacts to the southwestern willow flycatcher (flycatcher) (*Empidonax traillii extimus*) from reservoir operations and recreation (Service 1996, 1999, and 2005, entire). Some of the measures to conserve the flycatcher in those biological opinions may be beneficial to the western yellow-billed cuckoo; however, the eventual inundation of the drawdown area of the reservoir will result in some degree of temporary habitat loss and degradation under current conditions and may result in permanent loss of habitat for the western yellow-billed cuckoo if the proposed dam raise is implemented. Similar periods of inundation and drawdown, resulting in corresponding development and destruction of suitable yellow-billed cuckoo habitat, occurs at Roosevelt Lake (Salt River Project (SRP) 2002, entire).

In Arizona, following the high water levels of 1983–1984 and 1986 on the Bill Williams River Delta, which is influenced by fluctuating water levels from dams in the Colorado River system (Rosenberg *et al.* 1991, pp. 18–23), the yellow-billed cuckoo numbers declined by 70–75 percent. Habitat has since recovered on the Bill Williams River Delta, but yellow-billed cuckoo numbers remained low for several years (Laymon and Halterman 1987a, pp. 10–18). The actual mechanism that influences the yellow-billed cuckoo's response to fluctuations in water levels is unknown, but loss of prey has been implicated; areas that were inundated normally support ground-nesting invertebrates, such as katydids and sphinx moths, that yellow-billed cuckoos feed upon, and it may take several years for these prey populations to rebound (Laymon and Williams 2002, pp. 12–13; Henneman 2008, pp. 12–13).

In Sonora, Mexico, large dams exist on the Mayo, Yaqui, and Sonora Rivers

(Villaseñor 2006, p. 107). We do not have information on the magnitude or frequency of effects, positive or negative, from water management activities, to the western yellow-billed cuckoo in those locations. However, we have no reason to believe that the dams are managed in a substantially different manner in Mexico than in the southwestern United States, and the effects to riparian habitat are expected to be similar.

Despite some positive effects of dams on increasing western yellow-billed cuckoo habitat in a few areas, these gains in habitat are only temporary, and overall, the net effect of dams on the species has been negative. As such, dams and their ongoing operations are a threat to the western yellow-billed cuckoo over most of its range. This threat has resulted in substantial historical losses of western yellow-billed cuckoo habitat resulting in a curtailment of the DPS's range. The ongoing operation of these dams is likely to have minor impacts to the DPS at any given location, but because so many of the waterways within the range of the DPS have been dammed, we believe this threat has a substantial cumulative impact on the habitat of the western yellow-billed cuckoo, especially when considered with other threats. Moreover, we expect the operation of these dams will continue in a similar manner for decades to come, and thus we expect this threat to be an ongoing impact to the DPS's habitat.

The areas where the floodplain is still hydrologically connected to the river and has relatively unconstrained riverflow, such as in some areas of California and Sonora, Mexico, support the highest number of western yellow-billed cuckoos (Villaseñor 2006, pp. 107–108; Greco 2008, p. 6; Greco 2012, pp. 8–9). For example, the Sacramento River from Red Bluff to Colusa has a highly dynamic mosaic of habitat patches of varying ages that form, disappear, and re-form in response to active river channel processes that operate over decades (Greco 2008, p. 6; Greco 2012, pp. 8–9). Although this section of the Sacramento River is also affected by altered hydrology, it is far enough below Shasta Dam and below several major undammed tributaries, such as Cottonwood Creek and Battle Creek, that it still has flood events every few years that help support riparian habitat processes (Werner 2012, pers. comm.). The river provides habitat characteristics that Laymon (1998, p. 4) indicated were important for the yellow-billed cuckoo in California, such as a meandering system with young riparian habitat that, compared to mature

woodlands, provides preferred nesting sites, high productivity of invertebrate prey, and reduced predator abundance (Laymon 1998, p. 4). Another example of relatively unimpacted riparian habitat in the range of the western yellow-billed cuckoo is found in the highlands of central Sonora, Mexico, which supports occupied habitat of the yellow-billed cuckoo. Villaseñor (2005, p. 108) found that the maintenance of the natural flooding regimes due to the limited number of water development structures has allowed riparian vegetation along sections of the Sonora, Moctezuma, and Sahuaripa Rivers to persist in very good condition in some areas. Most of the known occurrences of yellow-billed cuckoo in central Sonora are associated with these regions.

Therefore, even though most of the dams within the range of the western yellow-billed cuckoo were constructed in the past, dams continue to affect both the downstream and upstream habitat through alteration of flows. These effects can include widely fluctuating water levels at inflow sites that inundate nesting habitat, limit food resources, and flood or desiccate habitat (Poff *et al.* 1997, pp. 769–784; Greco 1999, pp. 36–38; NAS 2002, pp. 145–150; Service 2002, Appendix I, pp. 1–12). Downstream effects such as sediment retention caused by controlled water flows, or sediment scouring and removal caused by excessive water releases, do not mimic the natural flow regimes and often result in the inability for cottonwoods to become established or regenerate and provide habitat for the yellow-billed cuckoo. Woody and herbaceous debris accumulates in the absence of these scouring flows, increasing fire risk and intensity (Stromberg and Chew 2002, pp. 195–219) (see section on Wildfire below).

Dams and their flow modifications have ongoing effects to habitat and will likely do so for decades to come, further modifying the habitat of the western yellow-billed cuckoo. Furthermore, because a relatively high proportion of individual yellow-billed cuckoos utilize reservoir inflow areas, dam operations at those sites that result in changes in water level can negatively affect a high proportion of the western yellow-billed cuckoo. Therefore, direct and indirect destruction of riparian habitat resulting from altered hydrology from past dam-building activities continues to contribute to the curtailment of the range of the western yellow-billed cuckoo. Additionally, as a result of future predicted climate change (see Climate Change section below), the climate within the range of the western yellow-billed cuckoo will likely become

drier, which will increase the demand for water storage and conveyance systems, which in turn will likely increase the frequency and severity of impacts on western yellow-billed cuckoo habitat (Stromberg *et al.* 2013, pp. 411–415).

Surface and Ground Water Diversion

Water extractions, both from surface water diversions and ground water pumping, can negatively affect riparian vegetation (Poff *et al.* 1997, pp. 769–784; Service 2002, Appendix I, pp. 1–8). Water diversions and withdrawals can lower ground water levels in the vicinity of riparian vegetation. Because ground water and surface water are generally connected in floodplains, lowering ground water levels by only about 3 ft (1 m) beneath riparian areas is sometimes sufficient to induce water stress in riparian trees, especially in the western United States (NAS 2002, p. 158). Physiological stress in native vegetation from prolonged lower flows or ground water results in reduced plant growth rate, morphological change, or mortality, as well as alters species composition to favor more drought-tolerant vegetation, and conversion to habitat dominated by nonnative species (Poff *et al.* 1997, p. 776). These effects reduce and degrade habitat for the western yellow-billed cuckoo for foraging, nesting, and cover.

Adverse effects of excessive ground water extraction on riparian vegetation have been well documented in the southwestern United States. Case histories on many river systems in Arizona including the Santa Cruz River and on the Owens River in California have documented the connection between overutilization of the ground water, lowering of the water table, and the decline and eventual elimination of riparian vegetation (Zektser *et al.* 2005, pp. 400–401; Webb and Leake 2006, pp. 317–320). Ground water extraction is also affecting river flows and riparian vegetation along rivers that support the western yellow-billed cuckoo in Mexico, including the Río Conchos in Chihuahua (Kelly and Aria-Rojo 2007, p. 174; Cornell *et al.* 2008, p. 98) and the Río Altar in Sonora, where the quantity of surface water declined greatly between 2000 and 2007 (Flesch 2008, pp. 44–45). Therefore, ground water extraction and water diversions create an ongoing threat to western yellow-billed cuckoo habitat.

The hydrologic regime (stream flow pattern) and supply of (and interaction between) surface and subsurface water is a driving factor in the long-term maintenance, growth, recycling, and regeneration of western yellow-billed

cuckoo habitat (Service 2002, p. 16). As streams reach the lowlands, their gradients typically flatten and surrounding terrain opens into broader floodplains (Service 2002, p. 32). In these geographic settings, the stream-flow patterns (frequency, magnitude, duration, and timing) will provide the necessary stream-channel conditions (wide configuration, high sediment deposition, periodic inundation, recharged aquifers, lateral channel movement, and elevated ground water tables throughout the floodplain) that result in the development of western yellow-billed cuckoo habitat (Poff *et al.* 1997, pp. 770–772; Service 2002, p. 16).

Allowing the river to flow over the width of the floodplain, when overbank flooding occurs, is integral to allow deposition of fine moist soils, water, nutrients, and seeds that provide the essential material for plant germination and growth. An abundance and distribution of fine sediments extending farther laterally across the floodplain and deeper underneath the surface retains much more subsurface water, which in turn supplies water for the development of the vegetation that provides western yellow-billed cuckoo habitat and microhabitat conditions (Service 2002, p. 16). The interconnected interaction between ground water and surface water contributes to the quality of riparian vegetation community (structure and plant species) and will influence the ability of vegetation to regenerate and maintain itself as well as germination, density, vigor, and composition (Arizona Department of Water Resources 1994, pp. 31–32).

In many instances, western yellow-billed cuckoo breeding sites occur along streams where human impacts are minimized enough to allow more natural processes to create, recycle, and maintain the habitat. However, there are also breeding sites that are supported by various types of supplemental water including agricultural and urban runoff, treated water outflow, irrigation or diversion ditches, reservoirs, and dam outflows (Service 2002, p. D–15). Although the waters provided to these habitats might be considered "artificial," they are often important for maintaining the habitat in appropriate condition for breeding western yellow-billed cuckoos within the existing environment.

Encroachment of Levees and Flood Control and Bank Stabilization Structures Into the River Channel and Floodplain

Other alterations in river hydrology with ongoing effects on western yellow-

billed cuckoo habitat include river channelization, construction of levees, bank stabilization, and placement of any flood control structures that encroach into the river and its floodplain. These actions result in direct loss of habitat from construction and from maintenance activities that remove woody vegetation that has become established on the structures. Furthermore, these structures are effective, by design, at severing the hydrologic connection of the river's main channel and the river's immediate floodplain, thereby preventing overbank flooding. By preventing overbank flooding, levees and other similar structures reduce the amount of water available to riparian vegetation in the floodplain, which results in desiccation and eventual loss and degradation of riparian habitat (Vogl 1980, pp. 84–86; NAS 2002, p. 155; Greco 2012, pp. 8–9). Such effects are less destructive, however, for those levees located farther from the stream system, such as those outside the meander belt of a river (Greco 2012, p. 4).

As an illustrative example, we provide a brief summary of how river channelization, construction of levees close to the river, and rock riprap armoring along the levees have caused destruction and modification of yellow-billed cuckoo habitat on the Sacramento River, one of the most substantial historical nesting and foraging habitat areas for the DPS. The Sacramento River is now disconnected from ecological processes that both renew and restore riparian and aquatic habitats (Laymon and Halterman 1987a, pp. 11–14; Halterman 1991, pp. 1–2; Greco 2008, p. 6; Greco 2012, pp. 8–9). More than one-half of the Sacramento River's banks within the lowermost 194 mi (312 km) of river have now been rip-rapped by 40 years of bank protection (Service 2000, pp. 26–29). Rock riprap armoring a river reach often changes the river dynamics and leads to cutting and erosion immediately downstream from the riprap. Therefore, riprapping banks leads to the need for more riprapping, a repeating process that is not complete until the entire river is channelized.

Channelizing the river and severing the connection to the floodplain has severely altered the natural disturbance regime that would have allowed riparian habitat to regenerate now and in the future (Poff *et al.* 1997, pp. 769–784; Greco 2008, p. 6; Greco 2012, pp. 8–9). The result is that much of the river's remaining riparian habitat is modified, and now occurs in narrow, disconnected, linear strips (Service 2000, pp. 26–29; Halterman *et al.* 2001, p. 4) that are not utilized by the yellow-

billed cuckoo for breeding (Gaines 1974, p. 204; Greco 2012, p. 9). With the example of the Sacramento River, nesting yellow-billed cuckoos no longer occur south of Colusa as the river has been channelized and riprapped from that point to the Sacramento San Joaquin River Delta. These flood control and bank stabilization structures also keep the riparian habitat from regenerating and maturing. The factors that reduce yellow-billed cuckoo breeding in these areas are not well understood, but reductions of breeding population have been attributed to lack of patches of adequate size for nesting (Greco 2012, pp. 8–9), increased predators, and the species inability to use highly isolated patches (Halterman 1991, pp. 33–38), as discussed under Factor E. The Sacramento River is but one of many rivers within the range of the western yellow-billed cuckoo where these activities have destroyed and modified riparian habitat and where the ramifications of these past actions are continuing to impact the DPS's habitat today. These ongoing impacts will likely continue for decades to come.

Transportation Systems

Similarly, transportation systems have directly and indirectly altered a large number of riparian areas in western North America (NAS 2002, p. 182). Road and rail systems are frequently sited along rivers, and often entail removing riparian vegetation for construction of the roadbed, and modifying local hydrology to reroute surface water and ground-water. Bridges or culverts require abutments along the bank to provide roadway support. Because abutments and roadbeds physically constrain the stream, future lateral adjustments by the stream, which can affect floodplain dynamics, are effectively eliminated, which reduces and degrades riparian habitat (NAS 2002, p. 182). Such impacts result in additional destruction and modification of habitat for the western yellow-billed cuckoo. In comparison with construction of dams and altered hydrology this threat, by itself, is less likely to result in severe impacts to riparian habitat; however, this threat is but one of many that, in combination, result in substantial changes to physical and hydrological properties of a watercourse, which in turn contributes to a substantial curtailment in the habitat of the western yellow-billed cuckoo.

Gravel Mining

Other past and ongoing effects to riparian habitat result from gravel mining (Kondolf et al. 2001, pp. 54, 59).

Extraction of gravel, primarily for construction products, typically occurs along rivers and adjacent floodplains where gravel deposits are naturally found. Large amounts of gravel removal from the stream and active floodplain result in channel downcutting or incision, which affects groundwater levels, frequency of overbank flows, bank stability, and the extent and character of riparian vegetation of specific stream reaches (Collins and Dunne, 1989, pp. 213–224; Kondolf 1995 pp.133–136; NAS 2002, p. 179). Some examples of downcutting on streams in California that historically had, but no longer have, populations of yellow-billed cuckoos, include: Cache Creek, Yolo County (15.0 ft (4.6 m) average and 26.0 ft (8.2 m) maximum downcutting); Merced River, Merced County (5.9 ft (1.8 m) average and 7.8 ft (2.4 m) maximum downcutting); Putah Creek, Yolo County (7.8 ft (2.4 m) average and 15.0 ft (4.6 m) maximum downcutting); Russian River, Sonoma County (11.4 ft (3.5 m) average and 17.9 ft (5.5 m) maximum downcutting); and Santa Clara River, Ventura County (15.6 ft (4.8 m) average and 20.2 ft (6.2 m) maximum downcutting) (Kondolf et al. 2001, p.50).

Furthermore, gravel extraction creates a knickpoint (a sharp change in channel slope) that typically erodes upstream in a process known as headcutting, which has the potential to propagate upstream for miles on the main river and its tributaries. As headcuts migrate upstream, the incision propagates upstream (Kondolf et al. 2001, p. 49). This process creates ongoing and future impacts to habitat from past as well as current gravel mining operations. Similar to the effects of manmade levees when they disconnect floodplain habitat from the active river channel, artificial channel incision as a result of gravel mining and similar activities reduces overbank flooding. This situation reduces the hydrological connection to the floodplain (Kondolf et al. 2001, p. 56), thereby resulting in subsequent loss and degradation of riparian habitat for the western yellow-billed cuckoo, throughout its range, including Mexico (Cornell et al. 2008, p. 98). The effects of incision and channel erosion are further exacerbated where gravel mining occurs in sediment-starved reaches below dams (Kondolf et al. 2001, p. 10). We expect past and ongoing gravel mining activities, either alone or in combination with other hydrological changes in riparian areas, to continue to modify habitat and further curtail the range of the western yellow-billed cuckoo for decades.

In conclusion, dams, channelization, and other manmade features that alter the watercourse hydrology and encroach into the active channel and floodplain are threats to the habitat of the western yellow-billed cuckoo because they, separately or in combination, significantly reduce and degrade nesting and foraging habitats. The natural processes that sustain riparian habitat in these and similar dammed and channelized river systems in the American West and in northwestern Mexico have been altered, resulting in only fragments or remnants of formerly large tracts of native riparian forests that no longer support breeding yellow-billed cuckoos. The multiple effects from altered hydrology comprise the most widespread and greatest magnitude of current threats to habitat that supports the western yellow-billed cuckoo. Such effects continue to modify habitat and further curtail the range of the western yellow-billed cuckoo. Moreover, we expect these alterations in the hydrology to continue to affect habitat of the western yellow-billed cuckoo into the future.

Habitat Loss and Degradation From Agricultural Activities

Following the effects from alterations in hydrology, in severity, conversion of riparian areas for agricultural crops and livestock grazing has been, and continues to be, a major contributor to riparian habitat loss and degradation (NAS 2002, p. 161; Johnson et al. 2007, p. 61).

Large areas of cottonwood–willow floodplain vegetation have been converted to agricultural uses, further reducing the extent of habitat available to western yellow-billed cuckoos for breeding (Swift 1984, pp. 225–226; Rosenberg et al. 1991, pp. 18–23). For example, within areas that support the yellow-billed cuckoo, clearing for agricultural uses occurred extensively in the past. On the floodplains of the Sacramento River (Greco 1999, pp. 2, 107), riparian habitat was reduced from 775,000 ac (314,000 ha) in the 1850s to less than 18,000 ac (7,287 ha) by 1977 (Swift 1984, p. 226). Clearing for agriculture is also extensive along the lower Colorado River (Rosenberg et al. 1991, pp. 18–23), San Pedro River, Gila River (Swift 1984, p. 226), Río Grande, and several river courses in northern Mexico including, but not limited to, the Río Yaqui, Río Mayo, Río Bambuto, Río Tubutama, and Río Sonora (Russell and Monson 1998, p. 11; IMADES 2003, p. 4; Villaseñor 2006, p. 108). Clearing also occurred along the coasts of Sinaloa and southern Sonora, Mexico, resulting in massive losses of thorn forest to

industrial agriculture (Rohwer *et al.* 2009, p. 19054).

Although most riparian and thorn scrub habitat losses largely stem from past agricultural clearing, effects from cultivated agricultural lands are ongoing. Agricultural lands continue to dominate much of the remaining riparian landscape, particularly along the Sacramento (Greco 1999, pp. 94, 104, 107), parts of the Gila, and lower Colorado Rivers (Johnson *et al.* 2007, p. 207); along the latter, 65 percent of yellow-billed cuckoo survey sites are bordered on at least one side by agriculture fields (Johnson *et al.* 2007. p. 61). Riparian areas are sometimes viewed as a potential source of plant and animal pests, a source of shade that may reduce crop yields, and competition for scarce water resources (NAS 2002, pp. 170–171). For example, in the Salinas Valley in California, a vigorous program is under way to comply with food safety practices that involve the clearing of riparian habitat adjacent to certain types of crops in an effort to eliminate wildlife presence, which has been linked to contamination of crops with a virulent strain of the bacteria *Escherichia coli* (Beretti and Stuart 2008, pp. 68–69). While yellow-billed cuckoos do not currently breed along the Salinas River (Gaines and Laymon 1984, p. 52), if these same rules are applied to farmland along the Gila, Rio Grande, Sacramento and Colorado Rivers, yellow-billed cuckoo habitat will be eliminated to meet these food safety concerns.

Accidental fire from farm workers operating machinery or burning weeds sporadically escapes into adjacent riparian habitat. Recent fires on western yellow-billed cuckoo and southwestern willow flycatcher conservation properties occurred in 2011, burning 58 ac (24 ha) and 6 ac (2 ha), respectively, within the Fort Thomas Preserve, on parcels owned by the Salt River Project and U.S. Bureau of Reclamation. Both fires were determined to be human-caused, likely from farm workers burning weeds along irrigation drains (SRP 2011, p. 39).

Other ongoing effects from cultivated agriculture on the western yellow-billed cuckoo are addressed under Factor E. These include fragmentation of habitat into smaller, more widely disjunct patches, ongoing influence of agriculture on riparian bird community composition, and effects from pesticides, which can negatively impact insect prey populations of the western yellow-billed cuckoo.

Domestic livestock grazing is a traditional agricultural land use practice in the southwestern United States since

at least the 1600s (Little 1992, p. 88; Clary and Kruse 2004, p. 239). Livestock grazing continues to be a widespread agricultural use of riparian areas in the western United States and is one of the most common sources of past and ongoing riparian habitat degradation (Carothers 1977, p. 3; Rickard and Cushing 1982, pp. 2–4; Cannon and Knopf 1984, p. 236; Klebenow and Oakleaf 1984, p. 202; Swift 1984, pp. 225–226; Clary and Webster 1989, pp. 1–2; Schultz and Leininger 1990, pp. 298–299; Bock *et al.* 1993, p. 300). Livestock grazing occurs in yellow-billed cuckoo habitat along sections of the middle Rio Grande in New Mexico (Lehmann and Walker 2001, p. 12), Río Conchos (Cornell *et al.* 2008, p. 96), Río Bambuto, Tubutama, La Reforma, Cuchujaqui River in Alamos, Aconchi and Baviacora in Río Sonora, and upper San Pedro River (IMADES 2003, p. 4), and several other rivers in central Sonora, Mexico (Villaseñor 2006, p. 108). Grazing also occurs extensively along watercourses in a protected reserve on the Río Aros and Río Yaqui in Sonora, Mexico, where the yellow-billed cuckoo has been documented (O'Brien *et al.* 2008, p. 8). Grazing intensity in northern Sonora, Mexico, is generally much higher than in adjacent Arizona (Balling 1988, pp. 106–107; Flesch 2008, pp. 44–45), which leads to greater degradation of riparian habitat than in Arizona.

The Service (2002, Appendix G, pp. 5–7) and Krueper *et al.* (2003, p. 608) reviewed the effects of livestock grazing, primarily in southwestern riparian systems. The frequency and intensity of effects vary across the range of the species, due to variations in grazing practices, climate, hydrology, ecological setting, habitat quality, and other factors (Service 2002, Appendix G, p. 1). However, these effects generally include the removal and trampling of vegetation and compaction of underlying soils, which can inhibit germination and change hydrology (Rea 1983, p. 40; Belsky *et al.* 1999, pp. 419–431) and promote the dispersal of nonnative plant species. Such effects are most significant when riparian areas have been subject to overuse by livestock (NAS 2002, pp. 24, 168–173). Overuse occurs when grazed vegetation does not recover sufficiently to maintain itself and soils are left bare and vulnerable to erosion. Over time, livestock grazing in riparian habitats, combined with other alterations in streamflow, typically results in reduction of plant species diversity and density, and may increase the distribution and density of nonnative tamarisk by eliminating

competition from native cottonwood and willow saplings, which are preferred forage for livestock (Krueper *et al.* 2003, p. 608).

Long-term cumulative effects of livestock grazing involve changes in the structure and composition of riparian vegetation (Service 2002, Appendix G, pp. 5–7), which may affect suitability of habitat for yellow-billed cuckoo breeding and prey population abundance. The western yellow-billed cuckoo nesting habitat is structurally complex with tall trees, a multistoried vegetative understory, low woody vegetation (Halterman 1991, p. 35) and higher shrub area than sites without yellow-billed cuckoos (Hammond 2011, p. 48). Livestock grazing alters understory vegetation, reducing height and density or eliminating new growth in riparian areas, and thereby hampering recruitment of woody species that, when mature, provide nest sites. Furthermore, the relatively cool, damp, and shady areas favored by yellow-billed cuckoos are those favored by livestock over the surrounding drier uplands. This can concentrate the effects of habitat degradation from livestock in western yellow-billed cuckoo habitat (Ames 1977, p. 49; Valentine *et al.* 1988, p. 111; Johnson 1989, pp. 38–39; Clary and Kruse 2004, pp. 242–243).

Removal, reduction, or modification of cattle grazing has resulted in increases in abundance of some riparian bird species. For example, Krueper (1993, pp. 322–323) documented responses of 61 bird species, most of which increased significantly 4 years after removal of livestock grazing in Arizona's San Pedro River Riparian National Conservation Area (NCA). The bird species guilds that increased most dramatically were riparian species, open-cup nesters, Neotropical migrants, and insectivores, all species that share characteristics with the yellow-billed cuckoo. The yellow-billed cuckoo numbers in the study increased, although not significantly (p=0.13) (Krueper 2003, p. 612) but their survey methodology was not designed to detect yellow-billed cuckoos. Recovery of vegetation in response to grazing removal in that study was quickest and most pronounced in the lower vegetation layers, the most accessible to grazing cattle. Thus, this situation would allow a greater number of seedlings and saplings of cottonwoods and other nest trees to attain maturity as suitable nesting sites.

In another example, livestock grazing was terminated along portions of the South Fork Kern River at the Kern River Preserve in the 1980s, and yellow-billed

cuckoos increased in number in the years following livestock removal. Smith (1996, p. 4) contended that termination of grazing at the Kern River Preserve was responsible for the dramatic increase in riparian vegetation, which was concurrent with the increase in yellow-billed cuckoo numbers. These examples suggest that even severely degraded riparian systems can recover quickly, in at least some cases, after livestock removal (Krueper 2003, p. 615), and that damage to riparian vegetation from grazing is at least partly reversible. They also illustrate the extent to which livestock grazing destroys and modifies nesting and foraging habitat of the western yellow-billed cuckoo.

In conclusion, most of the direct loss of habitat from farming has occurred in the past, but ongoing agricultural activities, in whole or in combination with other impacts, especially those that result in changes in a watercourse's hydrology, have resulted in the curtailment of nesting and foraging habitat for the western yellow-billed cuckoo by restricting or preventing the growth of riparian plants, and such activities present an ongoing threat. Most of the current impacts from agricultural land uses arise from livestock overgrazing in riparian areas. Riparian vegetation can recover relatively quickly from these effects after livestock removal (Smith 1996, p. 4; Krueper 2003, p. 615). However, without proper management to reduce overgrazing, ongoing overgrazing will continue to contribute to habitat modification in the range of the western yellow-billed cuckoo into the future.

Habitat Loss and Degradation Due to Conversion to Nonnative Vegetation

Throughout most of its range, habitat for the western yellow-billed cuckoo is threatened by the conversion of native riparian woodlands to riparian vegetation dominated by tamarisk and other nonnative vegetation. The major threat from this habitat conversion is the change from vegetation that supplies the western yellow-billed cuckoos with essential food and adequate thermal cover to vegetation that does not supply these attributes. The establishment and persistence of tamarisk is often, but not always, aided by altered hydrology, as described above. Altered hydrology is not the cause for establishment and persistence of other types of nonnative vegetation; therefore, we present information on nonnative vegetation in this separate section.

Tamarisk is the most widespread nonnative woody plant species found in habitat for the western yellow-billed

cuckoo. Glenn and Nagler (2005, pp. 420–423) provide most of the following overview of tamarisk. Tamarisk is present in nearly every southwestern riparian plant community, but varies in dominance from stream to stream. On streams where altered hydrology can no longer support native species, it has replaced native plant communities entirely, but occurs at a low frequency on other streams. Tamarisk was introduced into western North America in the 1800s to serve as ornamental windbreaks, and for erosion control and other purposes. Several species escaped cultivation and have since spread rapidly. The center of distribution is currently Arizona, New Mexico, and Utah, and tamarisk has spread throughout most of the range of the western yellow-billed cuckoo at least as far north as the Yellowstone River in Montana in the Rockies, and at least as far south as the Yaqui River Valley in Sonora, Mexico. Recent studies in the northwest have located major populations of tamarisk in southwestern Idaho, and eastern Washington and Oregon. Models based on projected climate change predict that this invasive species will become more dominant in this region over the next 100 years (Kerns et al 2009). Tamarisk also occurs west to the Owens, San Joaquin, and Sacramento Rivers in California, although it is still nearly absent from the mainstem Sacramento River in California, and suitable habitat west of the Cascades in Oregon and Washington.

Tamarisk also occurs as isolated individuals along sections of the Sonora, Moctezuma, and Sahiaripa Rivers in Sonora, Mexico, where the hydrology has been little altered by human modifications (Villaseñor 2006, pp. 107–108). Its presence is highly variable within sections of the Río Conchos in Chihuahua, Mexico, and becomes dominant in some reaches of that river (Kelly and Arias Rojo 2007, pp. 177–178; Cornell et al. 2008, p. 4).

The threshold (in terms of percent tamarisk) for abandonment of a riparian system by western yellow-billed cuckoos is not known. They are not found in areas that are totally dominated by tamarisk with the complete lack of willows or cottonwoods. In California, two native-dominated areas occupied in 1977 by several pairs of yellow-billed cuckoos had, by 1986, converted to monotypic stands of tamarisk and were found to be uninhabited by yellow-billed cuckoos. For example, above Laguna Dam on the Colorado River in 1977 at least three pairs of yellow-billed cuckoos occupied a 30-ac (12-ha) site that was

approximately 20–40 percent willow (Laymon and Halterman 1987a, p. 12). By 1986 no yellow-billed cuckoos were detected on the site where the dominant vegetation had become tamarisk, with less than 1 percent willow cover. In the vicinity of Picacho State Recreation Area, on the California side of the Colorado River, in 1977, 21 yellow-billed cuckoos were found in 297 ac (120 ha) of a 230-ft-wide (70-m-wide) willow forest (Gaines and Laymon 1984, p. 72). By 1986, tamarisk and aquatic vegetation dominated this area, and no yellow-billed cuckoos were found in the 12 ac (5 ha) of scattered willow–cottonwood forest that remained (Laymon and Halterman 1987a, pp. 12–13).

Human disturbance, such as water diversion, flood control, vegetation clearing, and improper grazing management, often facilitates replacement of native vegetation with tamarisk (Kerpez and Smith 1987, pp. 1–5; Hunter et al. 1988, p. 113; Rosenberg et al. 1991, pp. 18–23). Altered hydrologic regimes (flooding or reduction in water flows from dams) has disrupted natural flooding events that are essential for maintaining native riparian ecosystems (Vogl 1980, pp. 84–86; Rosenberg et al. 1991, pp. 18–23), and the disruption (usually elimination) of flooding tends to favor tamarisk. In contrast to native cottonwoods, tamarisk does not need flooding to regenerate (Kerpez and Smith 1987, pp. 1–5).

Tamarisk is also tolerant of high salt levels, which can be present in river systems as a combined result of water diversions that lower the near-surface ground water and irrigation water runoff that contains high levels of dissolved salts (Kerpez and Smith 1987, pp. 1–5; Busch and Smith 1993, pp. 186–194). This higher tolerance to water stress and salt accumulation is a principle mechanism by which tamarisk has become dominant on some regulated western rivers (Glenn and Nagler 2005, p. 439). In addition, tamarisk takes salts from the ground water and exudes them from its leaves, rendering the soil even more unsuitable for germination of native riparian vegetation. This is a significant problem in streams with artificially reduced streamflows where salts accumulate and are not flushed from the system. These factors favor regeneration of tamarisk over native trees and shrubs and are an ongoing threat. Additional areas of native habitat are continuing to be lost to this process. In summary, the persistence and expansion of tamarisk-dominated habitat is the result of multiple forms of ongoing human-related disturbances, which result in degradation of native-

dominated riparian habitat, thus reducing its suitability as breeding habitat for the western yellow-billed cuckoo.

Other nonnative tree and shrub species have become established within the range of the western yellow-billed cuckoo. In western Colorado and Utah, Russian olive (*Elaeagnus angustifolia*) has become established and is a dominant tree species in many riparian systems. Giant reed (*Arundo donax*), common edible fig (*Ficus carica*), and the Himalayan blackberry (*Rubus discolor*) are some of the more conspicuous nonnative plants widely established along the Sacramento River, with Himalayan blackberry dominating the understory at some restoration sites (Borders *et al.* 2006, p. 310). Along the Sacramento River, yellow-billed cuckoos were far less likely to be detected at sites with an understory dominated by Himalayan blackberry than sites with a predominant native understory. Himalayan blackberry may prevent establishment of native understory species due to its dense growth habit (Hammond 2011, pp. 48–49). Nesting of the yellow-billed cuckoo has not been documented in riparian stands dominated by giant reed, common fig, or Himalayan blackberry that lack at least some native canopy trees.

In conclusion, because of the absence or near absence of nesting by yellow-billed cuckoos in nearly monotypic stands of tamarisk and other nonnative vegetation, the available literature suggests that conversion of native or mixed (native and nonnative) riparian woodlands to nearly monotypic stands of tamarisk and other nonnative vegetation, coupled with the inability of native vegetation to regenerate under altered hydrological conditions, is a significant threat to the western yellow-billed cuckoo now and in the future. Nonnative vegetation occurs across most of the range of the western yellow-billed cuckoo; its establishment can be caused by altered hydrology or other disturbances, which are widespread throughout the range. We expect nonnative vegetation to increasingly modify and curtail habitat for the western yellow-billed cuckoo within a majority of its range in the United States and northern Mexico into the future.

Use of Tamarisk by Western Yellow-billed Cuckoos and the Spread of the Introduced Tamarisk Leaf Beetle Into the Southwest

Yellow-billed cuckoos use habitat with a tamarisk component for nesting in southern California, Arizona, and western New Mexico, but are not found in monotypic stands of tamarisk. Yellow-billed cuckoo presence in tamarisk-dominated habitats does not necessarily equate to habitat suitability (Sogge *et al.* 2008, p. 149; Hammond 2011, p. 50), and additional research is needed to determine productivity, survivorship, physiological condition, and food availability in these habitats. Healthy native riparian vegetation provides much better habitat for the species.

Tamarisk can add to foliar cover that contributes toward reducing temperatures in riparian areas (Paxton *et al.* 2011, p. 259). Even relatively small decreases in foliar cover may render a site unsuitable for nesting western yellow-billed cuckoos (Paxton *et al.* 2011, p. 260). Removal of tamarisk in drainages occupied by western yellow-billed cuckoos could be considered a threat if the removal leaves little or no woody vegetation and native riparian vegetation is unable to reestablish. The available literature that pertains to riparian restoration in New Mexico and Arizona (Poff *et al.* 1997, pp. 769–784; Glen and Nagler 2005, pp. 439–441; Sogge *et al.* 2008, pp. 151–152; Stromberg *et al.* 2009, pp. 181–182) suggests that restoration of natural hydrological processes, rather than direct removal programs, would be a more effective method for promoting regeneration of native riparian vegetation and diminishing the presence of tamarisk. However, tamarisk removal programs coupled with native riparian plantings can speed up the restoration process assuming that the hydrologic system will support the native vegetation.

Tamarisk leaf beetle insects (leaf beetles) (*Diorhabda* spp.) were released into many locations throughout the southwest to control tamarisk. Leaf beetles are now spreading within the more arid range of the yellow-billed cuckoo in Nevada, Utah, Arizona, New Mexico, and Texas. Defoliation of tamarisk by the beetles occurs in the summer months when western yellow-billed cuckoos are in the process of nesting. Tamarisk leaf beetles could eventually occur throughout the western United States and northern Mexico (Tracy *et al.* 2008, pp. 1–3). The future effects of the beetle introductions to the western yellow-billed cuckoo are unknown. If beetles succeed in killing tamarisk, western yellow-billed cuckoo numbers may decline in areas where the hydrology is no longer capable of supporting a native riparian habitat and the numbers may increase in areas where native riparian vegetation is able to become reestablished.

Wildfire

Historically, wildfire was uncommon in native riparian woodlands (Busch and Smith 1993, pp. 186–194). However, the lack of scouring floods on regulated and unregulated rivers has resulted in the accumulation of fuel on the floodplain, which increases fire risk and intensity (Stromberg and Chew 2002, pp. 195–219). Water withdrawal, dams, climate change, drought, and human use also contribute toward an increased fuel load and probability of wildfire occurrence. Most fires today are human-caused (Service 2002, p. L–8). In degraded habitat with tamarisk the threat of fire may be greater. Tamarisk ignites quickly, further increasing the incidence of periodic fires. Exacerbating the immediate loss of native trees from fire, tamarisk recovers more quickly than native trees (Glenn and Nagler 2005, pp. 435–436). Along the Rio Grande River in New Mexico and Texas, wildfire has been documented as destroying, degrading, or setting back successional stages of vegetation development of yellow-billed cuckoo habitat (Sproul 2000, p. 3). In summary, the alteration of riparian systems through changes in hydrologic functioning and the introduction of nonnative tamarisk have increased the incidence of wildfire into yellow-billed cuckoo habitat. These fires further degrade, isolate, or fragment yellow-billed cuckoo habitat.

Environmental Impacts of Cross Border Foot Traffic in the Southwest

The environmental impact caused by cross border foot traffic has been increasingly occurring in more fragile and remote areas. The number of U.S. Border Patrol apprehensions of border crossers varies annually. Between October 1, 1999, and September 30, 2012, a yearly average of 333,517 border crossers were apprehended by the United States Border Patrol in the Tucson Sector, which does not account for the many others who were not caught (U.S. Border Patrol 2013, p. 1). Impacts associated with border crossings include creation of erosion and watershed degradation, loss of vegetation and wildlife, and human-caused wildfire (Defenders of Wildlife 2006, pp. 1–42). Drainages used by border crossers include the San Pedro River, Santa Cruz River, Cienega Creek, and many remote drainages in the mountain ranges of southeastern Arizona.

Human-caused wildland fires have been particularly damaging to areas of riparian habitat in Arizona, especially within 100 mi (161 km) of the United

States-Mexico border where border crossers are known to set fires to divert law enforcement agents. Border crossers are also responsible for campfires that can escape and spread as wildfires. At least 2,467 wildfires began along the Arizona border with Mexico from 2006 to 2010 (Government Accounting Office (GAO) 2011, p. 1). Federal officials have officially investigated only 77 of those fires. Of the fires investigated, 30 were started by border crossers. The resulting environmental impacts include the expansion of nonnative plant species, degraded endangered species habitat, and soil erosion.

Climate Change

Climate change may be impacting the western yellow-billed cuckoo. Climate change is discussed here under Factor A because, although it may affect the western yellow-billed cuckoo directly by creating physiological stress, the primary impacts of climate change on the species are expected to be through changes in the availability and distribution of western yellow-billed cuckoo habitat.

Our analyses under the Act include consideration of ongoing and projected changes in climate. The terms "climate" and "climate change" are defined by the Intergovernmental Panel on Climate Change (IPCC). The term "climate" refers to the mean and variability of different types of weather conditions over time, with 30 years being a typical period for such measurements (IPCC 2007a, p. 78). The term "climate change" thus refers to a change in the mean or variability of one or more measures of climate (for example, temperature or precipitation) that persists for an extended period, whether the change is due to natural variability or human activity (IPCC 2007a, p. 78).

Scientific measurements spanning several decades demonstrate that changes in climate are occurring, and that the rate of change has increased since the 1950s. Examples include warming of the global climate system, and substantial increases in precipitation in some regions of the world and decreases in other regions (for these and other examples, see IPCC 2007a, p. 30; Solomon et al. 2007, pp. 35–54, 82–85). Results of scientific analyses presented by the IPCC show that most of the observed increase in global average temperature since the mid-20th century cannot be explained by natural variability in climate and is "very likely" (defined by the IPCC as 90 percent or higher probability) due to the observed increase in greenhouse gas (GHG) concentrations in the atmosphere as a result of human activities,

particularly carbon dioxide emissions from use of fossil fuels (IPCC 2007a, pp. 5–6 and figures SPM.3 and SPM.4; Solomon et al. 2007, pp. 21–35). Further confirmation of the role of GHGs comes from analyses by Huber and Knutti (2011, p. 4), who concluded it is extremely likely that approximately 75 percent of global warming since 1950 has been caused by human activities.

Scientists use a variety of climate models, which include consideration of natural processes and variability, as well as various scenarios of potential levels and timing of GHG emissions, to evaluate the causes of changes already observed and to project future changes in temperature and other climate conditions (for example, Meehl et al. 2007, entire; Ganguly et al. 2009, pp. 11555, 15558; Prinn et al. 2011, pp. 527, 529). All combinations of models and emissions scenarios yield very similar projections of increases in the most common measure of climate change, average global surface temperature (commonly known as global warming), until about 2030. Although projections of the magnitude and rate of warming differ after about 2030, the overall trajectory of all the projections is one of increasing global warming through the end of this century, even for the projections based on scenarios that assume that GHG emissions will stabilize or decline. Thus, there is strong scientific support for projections that warming will continue through the 21st century, and that the magnitude and rate of change will be influenced substantially by the extent of GHG emissions (IPCC 2007a, pp. 44–45; Meehl et al. 2007, pp. 760–764, 797–811; Ganguly et al. 2009, pp. 15555–15558; Prinn et al. 2011, pp. 527, 529). See IPCC 2007b, p. 8, for a summary of other global projections of climate-related changes, such as frequency of heat waves and changes in precipitation. Also see IPCC 2011 (entire) for a summary of observations and projections of extreme climate events.

Various changes in climate may have direct or indirect effects on species. These effects may be positive, neutral, or negative, and they may change over time, depending on the species and other relevant considerations, such as threats in combination and interactions of climate with other variables (for example, habitat fragmentation) (IPCC 2007a, pp. 8–14, 18–19). Identifying likely effects often involves aspects of climate change vulnerability analysis. Vulnerability refers to the degree to which a species (or system) is susceptible to, and unable to cope with, adverse effects of climate change,

including climate variability and extremes. Vulnerability is a function of the type, magnitude, and rate of climate change and variation to which a species is exposed, its sensitivity, and its adaptive capacity (IPCC 2007a, p. 89; see also Glick et al. 2011, pp. 19–22). There is no single method for conducting such analyses that applies to all situations (Glick et al. 2011, p. 3). We use our expert judgment and appropriate analytical approaches to weigh relevant information, including uncertainty, in our consideration of the best scientific information available regarding various aspects of climate change.

Global climate projections are informative, and, in some cases, the only or best scientific information available for us to use. However, projected changes in climate and related impacts can vary substantially across and within different regions of the world (IPCC 2007a, pp. 8–12). Therefore, we use "downscaled" projections when they are available and have been developed through appropriate scientific procedures, because such projections provide higher resolution information that is more relevant to spatial scales used for analyses of a given species (see Glick et al. 2011, pp. 58–61, for a discussion of downscaling). With regard to our analysis for the western yellow-billed cuckoo, downscaled projections are available.

The Southwest is already experiencing the impacts of climate change. The region has heated up markedly in recent decades, and the period since 1950 has been hotter than any comparably long period in at least 600 years (Graumlich 1993, pp. 249–255; Salzer and Kipfmueller 2005, pp. 465–487; Millar et al. 2006, pp. 273–287; Ababneh 2008, pp. 59–78; Bonfils et al. 2008, pp. 6404–6424; Stevens et al. 2008, pp. 1–15; Salzer et al. 2009, pp. 20348–20353; Woodhouse et al. 2010, pp. 21283–21288; Hoerling et al. 2012, pp. 74–92). The decade 2001–2010 was the warmest in the 110-year instrumental record, with temperatures almost 2°F higher than historic averages, with fewer cold snaps and more heat waves (Hoerling et al. 2012, pp. 74–92). Compared to temperature, precipitation trends vary considerably across the region, with portions experiencing both decreases and increases (Hoerling et al. 2012, pp. 74–92). There is mounting evidence that the combination of human-caused temperature increases and recent drought has influenced widespread tree mortality (Van Mantgem et al. 2009, pp. 521–524; Allen et al. 2010, pp. 660–684), increased fire

BLM_0071876

occurrence and area burned (Westerling *et al.* 2006, pp. 940–943), and forest insect outbreaks (Bentz *et al.* 2010, pp. 602–613). Human-caused temperature increases and drought have also caused earlier spring snowmelt and shifted runoff to earlier in the year (Barnett *et al.* 2008, pp. 1080–1083).

There are three predictions for anticipated effects from climate change in the southwestern United States and parts of northwestern Mexico. First, climate change is expected to shorten periods of snowpack accumulation, as well as reduce snowpack levels. With gradually increasing temperatures and reduced snowpack (due to higher spring temperatures and reduced winter-spring precipitation), annual runoff will be reduced (Smith *et al.* 2003, p. 226; Ellis *et al.* 2010, p. 236), consequently reducing ground water recharge. Second, snowmelt is expected to occur earlier in the season because increased minimum winter and spring temperatures could melt snowpacks sooner, causing peak water flows to occur much sooner than the historical spring and summer peak flows (Smith *et al.* 2003, p. 226; Stewart *et al.* 2005, pp. 217–218, 224, 230) and reducing flows later in the season. Third, the hydrological cycle is expected to become more dynamic on average with climate models predicting increases in the variability and intensity of rainfall events. This will modify disturbance regimes by changing the magnitude and frequency of floods.

Precipitation events under most climate change scenarios will decrease in frequency, but increase in severity so that, paradoxically, a warmer atmosphere and an intensified water cycle are likely to mean not only a greater likelihood of drought for the Southwest, but also an increased risk of flooding (Karl *et al.* 2009, pp. 132–133; Dominguez *et al.* 2012, pp. 1–7). Precipitation patterns are already observed to be shifting in the Southwest, with more rain falling in heavy downpours that can lead to flooding (Karl *et al.* 2009, p. 133). Adding to flood risk is that the earlier streamflow from earlier snowmelt may impinge on the flood protection stages of reservoir operations so that less streamflow can be captured safely in key reservoirs, increasing spring flooding downstream (Smith *et al.* 2005, p. 1154; Karl *et al.* 2009, p. 133). In some sites, where natural floodplain dynamics allow for overbank flooding, this could result in a positive regenerating effect on habitat for the western yellow-billed cuckoo. However, where floodplains have been constrained, as in many areas of the range, such changes in hydrology could excessively scour remaining habitat, thus preventing their reestablishment and resulting in smaller patch size or loss of habitat for the western yellow-billed cuckoo. Long drought cycles could also hamper recruitment of riparian vegetation following scouring floods and lead to reduced cover and nest sites for the western yellow-billed cuckoo.

Exactly how climate change will affect precipitation from site to site within the range of the western yellow-billed cuckoo in the southwestern United States and northwestern Mexico is uncertain. However, consistent with recent observations of regional effects of climate change, the projections presented for the southwest predict overall warmer, drier, and more drought-like conditions (Hoerling and Eischeid 2007, p. 19; Seager *et al.* 2007, p. 1181; Ellis *et al.* 2010, p. 243). For example, climate simulations of the Palmer Drought Severity Index (PDSI) (a calculation of the cumulative effects of precipitation and temperature on surface moisture balance) for the Southwest for the periods of 2006 to 2030 and 2035 to 2060 show an increase in drought severity with surface warming. Additionally, drought-like conditions will increase even during wetter simulations because of the effect of heat-related moisture loss through evaporation and evapotranspiration (Hoerling and Eischeid 2007, p. 19). Annual mean precipitation is likely to decrease in the Southwest, as is the length of snow season and snow depth (IPCC 2007b, p. 887; Sun *et al.* 2013, pp. 21–22). Most models project a widespread decrease in snow depth and earlier snowmelt in the Rocky Mountains (IPCC 2007b, p. 891).

Assessments for the Sonoran Desert are few, but the region is also expected to warm (IPCC 2007a, p. 887). Since about the 1970s, the Sonoran Desert region appears to have experienced "widespread warming trends in winter and spring, decreased frequency of freezing temperatures, lengthening of the freeze-free season, and increased minimum temperatures per winter year" (Weiss and Overpeck 2005, p. 2065).

In California, regional downscaled climate change assessments (Point Reyes Bird Observatory (PRBO) Conservation Science 2011, pp. 1–68) indicate changes in precipitation and temperature of varying magnitude across ecoregions. Assessments for areas occupied by the western yellow-billed cuckoo, such as the Sacramento River, Sierra Nevada (southern), and Sonora Desert (lower Colorado River) (PRBO Conservation Science 2011, pp. 25, 28, 48), mostly indicate an overall reduction in precipitation and increase in average temperature, which can alter hydrology and negatively affect habitat for the western yellow-billed cuckoo, as described previously. Furthermore, Gardali *et al.* (2012, pp. 8–10) ranked 358 avian taxa in California, and classified 128 as vulnerable to climate change. They ranked the western yellow-billed cuckoo as subject to a moderate level of climate vulnerability, owing in part to its specialization in habitat (riparian) that has already experienced significant loss or alteration. Of the 128 species that were rated vulnerable, only 48 were rated as having high or moderate climate vulnerability.

Regionally downscaled climate models for the Pacific Northwest project higher air temperatures in the next century (Littell *et al.* 2009, pp. 6–7) that will lead to lower soil moisture and increased evaporation from streams and lakes (Climate Leadership Initiative (CLI) and the National Center for Conservation Science and Policy 2009, p. 8). While high uncertainty exists in the total precipitation projections for the region (Littell *et al.* 2009, p. 1), effective precipitation (precipitation that contributes to runoff) may be reduced significantly even if there is no decline in total precipitation (CLI and the National Center for Conservation Science and Policy 2009, p. 8). Increases in extreme high precipitation falling as rain in the western Cascades and reductions in snowpack are key projections from high-resolution regional climate models (Littell *et al.* 2009, p. 1). These may result in more winter flooding and reduced summer streamflows in rivers that depend on snowmelt, which include many of the rivers in the Pacific Northwest.

In drier climates overall, there will be increases in riverine system temperatures that are predicted to result in periods of prolonged low flows and stream drying (Stromberg *et al.* 2013, pp. 411–415) and increased demand for water storage and conveyance systems (Stromberg *et al.* 2013, pp. 411–415). Warmer water temperatures across temperate regions are likely to increase the density and expand distribution of tamarisk because it has a higher tolerance for drought and salt than native cottonwoods and willows (Glenn and Nagler 2005, p. 439). This situation is expected to lead to the conversion of native and mixed (native and nonnative) riparian habitat to monotypic stands of tamarisk, which, outside of the Southwest, provides little or no suitable breeding habitat for the western yellow-

BLM_0071877

billed cuckoo (as described previously above).

Increased drought is expected to adversely affect food availability for western yellow-billed cuckoos (Newton 1980, pp. 11–12; Durst 2004, pp. 40–41; Scott *et al.* 2004, p. 70) through the disruption of the timing between a species and its food resources (Visser and Both 2005, pp. 2561–2569). For example, changes in precipitation or temperature may influence the peak timing of insect emergence or timing of the yellow-billed cuckoo's arrival from its wintering grounds so that the nesting season does not coincide as closely with peak insect abundance (Anders and Post 2006, p. 225). This change in timing could result in reduced food availability for the western yellow-billed cuckoo and breeding success, possibly causing further population decline and curtailment of its occupied range.

Virtually all future climate scenarios for the Pacific Northwest predict increases in wildfire in western North America, especially east of the Cascades, due to higher summer temperatures, earlier spring snowmelt, and lower summer flows, which can lead to drought stress in trees (Littell *et al.* 2009, p. 14). These effects could result in both short-term and long-term loss of riparian habitat from excessive winter scouring, summer drying, and wildfire. Regional downscaled climate change models for the Intermountain West also provide similar projections for warmer, drier climate with a reduced snowpack and episodic precipitation events. Prolonged drought in the southwestern United States and northern Mexico is expected to increase fire frequency, which results in a short-term loss of patches of riparian or thorn forest habitat for breeding. When fire frequency increases, riparian and thorn forests do not have sufficient time to recover, resulting in habitat conversion to fire-adapted nonforested vegetation types unsuitable for nesting. Furthermore, the effects of climate change and ongoing reduction in habitat and patch fragmentation, discussed previously, would increase.

Little is known about the wintering habitat of the western yellow-billed cuckoo in South America, and uncertainty exists about how climate change will affect it there. Regional downscaled models project an increase in wet-season precipitation and a decrease in dry-season precipitation over most of South America (Kitoh *et al.* 2011, p. 1). In the future, precipitation intensity will increase over most of South America. In particular, precipitation intensity will be greatest over southeast South America, implying

an increasing risk of flooding in this region (Kitoh *et al.* 2011, p. 1). At the same time, a large increase of consecutive dry days is projected over the western part of the Amazon, where extremes in seasonal precipitation and resulting runoff is projected to increase in the Amazon River, implying more floods in the wet season and droughts in the dry season (Kitoh *et al.* 2011, p. 1). Uncertainty exists regarding the specific effects of such changes on the wintering habitat of the western yellow-billed cuckoo.

In summary, the available climate change models are predicting altered future environmental conditions across the breeding range of the western yellow-billed cuckoo. In the southwestern United States, northern Mexico, California, Intermountain West, and Pacific Northwest, climate change is generally predicted to result in an overall warmer, drier climate, with periodic episodic precipitation events that, depending on site conditions, are expected to have adverse effects on habitat of the western yellow-billed cuckoo. In rivers that depend on snowmelt, these changes are expected to result in more winter flooding and reduced summer stream flows. The amount of surface ground water available to regenerate and sustain riparian forests is expected to decline overall with persistent drought, favor the spread of tamarisk and other nonnative vegetation, and increase fire frequency. Precipitation events under most climate change scenarios will decrease in frequency and increase in severity. This change may reduce available nesting sites, patch size, and affect prey abundance as a result of lower humidity in riparian areas from reduced moisture retention, and through periods of prolonged desiccation followed by scouring flood events. In addition, evidence shows that climate change may disrupt the synchrony of nesting yellow-billed cuckoos and their food supply, causing further population decline and curtailment of its occupied range.

Impacts to habitat from climate change exacerbate impacts from impoundments, channelization, and alteration of river flows across the western United States and Mexico, and from conversion of habitat from native to mostly nonnative vegetation. Changing climate is expected to place an added stress on the species and its habitats. While we do not have evidence to suggest that the habitat of the western yellow-billed cuckoo is being substantially affected by climate change at this time, we expect long-term climate trends to have an overall

negative effect on the available habitat throughout the breeding range of the western yellow-billed cuckoo. Moreover, a drying trend associated with global climate change may result in more dams, levees, or other activities to ensure fresh water for human consumption, which may result in additional habitat loss from the activities described in the Habitat Loss from Dams and Alteration of Hydrology section, above.

Conservation Efforts To Reduce Habitat Destruction, Modification, or Curtailment of Its Range

A number of beneficial actions with the potential to partially offset decades of habitat loss and degradation have occurred within the range of the western yellow-billed cuckoo. These actions include land acquisition and habitat restoration efforts for the western yellow-billed cuckoo and its habitat.

Along the Sacramento River and its tributaries in California, beneficial actions that are hoped to eventually counter some of the long-term decline of riparian habitat include the acquisition of approximately 25,000 ac (10,117 ha) of riparian habitat, which has been preserved by public and private resource conservation entities, mostly in the past 20 years (Werner 2012, pers. comm.). The Sacramento River NWR is encompassed in this area and consists of 27 units totaling 10,146 ac along the river between Red Bluff and Princeton (Service 2012, p. 1). Riparian habitat restoration activities have been conducted on 4,513 ac (1,826 ha) with 2,400 ac (738 ha) slated for additional restoration (Hammond 2011, p. 14), and is resulting in larger habitat patch sizes (Werner 2012, pers. comm.). Yellow-billed cuckoos have been found utilizing these restoration sites as early as 4 years after planting, but the total number observed on the sites is very low (23 sightings during 2 years of intensive study) (Hammond 2011, pp. 3, 50). Overbank flows have been restored in a small section of the Sacramento River on the Sacramento River NWR through a small-scale levee removal project that has resulted in increased riparian habitat and floodplain function (Silveira 2012, pers. comm.). Additional riparian habitat is owned and managed by the California Department of Parks and Recreation (CDPR) (671 ac (272 ha)) and the California Department of Fish and Wildlife (CDFW) (4,014 ac (1,625 ha)).

Conservation efforts elsewhere in California include the protection of the Kern River Preserve near Lake Isabella in Kern County, which was purchased for permanent conservation in 1979 by

The Nature Conservancy (TNC) and is now managed by Audubon California. This 2,987-ac (1,209-ha) site has had an active ongoing riparian habitat restoration program for the past 20 years, and more than 500 ac (202 ha) have been restored. Livestock grazing has been eliminated or managed to reduce impacts to riparian habitat for 30 years (Audubon Kern River Preserve 2012).

In Nevada, Arizona, and other southwestern States, numerous conservation plans are in various stages of implementation that result in actions covering thousands of acres of riparian habitat that could benefit the western yellow-billed cuckoo, as reviewed by the Service (2010, pp. 5–7). These include, but are not limited to, the Lower Colorado River Multi-Species Conservation Program (LCRMSCP), which calls for restoring more than 4,000 ac (1,618 ha) of habitat for the western yellow-billed cuckoo, various State Wildlife Action Plans, the Virgin River Habitat Conservation and Recovery Program, Muddy River Recovery Implementation Program, Warm Spring Natural Area Stewardship Plan, Horseshoe and Bartlett Reservoirs Habitat Conservation Plan, and Las Vegas Wash Comprehensive Adaptive Management Plan (Service 2010a, pp. 5–7).

In Arizona, implementation of the LCRMSCP has successfully increased occupied western yellow-billed cuckoo habitat through restoration, and researchers have found greater occupancy of yellow-billed cuckoos in restored compared to natural habitat along the lower Colorado River and tributaries (McNeil *et al.* 2011, pp. 40–41). Additionally, a number of conservation properties have been purchased in fee title or as easements since 1996 to offset the effects elsewhere to southwestern willow flycatchers at Roosevelt Lake and the Salt River (SRP 2011b, pp. 17–50), and southwestern willow flycatchers and yellow-billed cuckoos at Horseshoe Reservoir and the Verde River (SRP 2011a, pp. 25–35). These properties, which also support yellow-billed cuckoos, include the San Pedro River Preserve, Adobe Preserve, Stillinger Preserve, Spirit Hollow and Spirit Hollow Annex on the lower San Pedro River, Camp Verde Riparian Preserve, and the Fort Thomas Preserve on the Gila River. Other conservation properties along the lower San Pedro River include Cook's Lake, owned by Reclamation, and Three Links Farm, with conservation easements held by TNC and Reclamation. Management actions that have benefitted riparian habitat include retiring water rights,

hiring onsite managers, fencing livestock from streams, prohibiting off-road vehicles, removing trespass livestock, and patrolling properties for trespassers and breaks in fences (Sferra 2012, in litt.).

In Arizona, permanent protection of the 6,105-ac (2,472-ha) Bill Williams River NWR in 1941 conserved one of the best remaining willow-cottonwood riparian habitat areas on the lower Colorado River, though it is vulnerable to periodic inundation from Lake Havasu, reduced flows from Alamo Dam, and an increase in tamarisk. The San Pedro Riparian National Conservation Area (NCA) encompasses approximately 40 mi (64 km) of the upper San Pedro River meanders. It was designated by Congress in 1988 with its primary purpose to protect and enhance the desert riparian ecosystem as an example of what was once an extensive network of similar riparian systems throughout the American Southwest. It contains nearly 57,000 ac (23,077 ha) of public land between the international border with Mexico and St. David, Arizona, and supports one of the largest western yellow-billed cuckoo populations in Arizona. However, continually increasing demands for water use within the basin threatens future flow in the upper San Pedro River. The 2011 District of Arizona case, *Center for Biological Diversity, et al.* v. *Kenneth Salazar, et al.,* CV 07–484–TUC—AWT, ruled that the 2007 plan by the U.S. Army and U.S. Fish and Wildlife Service failed to protect the upper San Pedro River or properly analyze Fort Huachuca's ground water pumping effect on the ecosystem's endangered species and critical habitat.

In Colorado's San Luis Valley, approximately 1,500 ac (607 ha) of riparian habitat are under permanent conservation easement along the Rio Grande and Conejos River, which supports the western yellow-billed cuckoo. The easements prohibit any activity that alters or diminishes the value of the wildlife habitat (Service 2011, p. 11). In northern Mexico, some riparian habitat has regenerated along the lower Colorado River floodplain in recent years in response to improved hydrological conditions resulting from binational water agreements, as discussed previously. During 50 years of reduced flows resulting from extensive damming of the upper Colorado River in the 1930s, the lower Colorado River nearly lost its cottonwood–willow forests and was being replaced by tamarisk (Glenn *et al.* 2001, pp. 1175–1186; Nagler *et al.* 2005, pp. 1843–1844). Local loss of the yellow-billed cuckoo and other riparian birds has

been attributed to this habitat loss and degradation, resulting from decades of limited river flows reaching Mexico. Large-volume releases of water now reach the floodplain of the lower Colorado River in Mexico, which has allowed regeneration of limited but vital stands of native riparian vegetation (Zamora-Arroyo *et al.* 2001, pp. 49–50; Nagler *et al.* 2005, pp. 1849–1851; Hinojosa-Huerta *et al.* 2008, p. 81). The yellow-billed cuckoo has been regularly detected during May–July surveys, and is presumably breeding (Hinojoas-Huerta *et al.* 2008, pp. 80–81).

In northeastern Sonora, Mexico, habitat conservation action includes the purchase and protection in 2003 of the 10,000-ac (4,046-ha) Los Pavos-Northern Jaguar Preserve by a nongovernmental conservation organization. While not managed on the site, yellow-billed cuckoos were commonly sighted during bird surveys (O'Brien *et al.* 2008, p. 1). This rugged roadless area is located on the Río Aros, which is part of the Río Yaqui watershed, and is in the core area that supports one of the largest unfragmented wild areas of foothills thorn scrub in the State of Sonora (Lorenzana-Piña *et al.* 2004, p. 354). The region surrounding the preserve, however, remains vulnerable to various new resource extraction activities (O'Brien *et al.* 2008, p. 1).

In summary, we believe that conservation actions, such as habitat protection and restoration, have strong potential to be beneficial to the species. However, because many of these projects are either in the planning stages or have not been fully implemented, there is no data to show that these efforts have reduced or eliminated impacts from ongoing long-term effects to riparian habitat from the multiple threats of altered hydrology, livestock grazing, and nonnative vegetation. Conservation actions that have been implemented have either had insufficient time in which to demonstrate a population increase or other factors continue to affect the western yellow-billed cuckoo and keep abundance low. Even if all of these conservation actions are successful, they are not of a sufficient magnitude to counter the long-term decline of the western yellow-billed cuckoo. Impacts to habitat continue to modify and curtail the occupied range of the western yellow-billed cuckoo.

Summary of Factor A

We have identified a number of threats to the habitat of the western yellow-billed cuckoo that have operated in the past, are impacting the species now, and will continue to impact the

species in the future. The curtailment and decline in the habitat of the western yellow-billed cuckoo is primarily the result of the long-lasting effects of habitat loss from manmade features that alter watercourse hydrology so that the natural processes that sustained riparian habitat in western North America are greatly diminished. Loss and degradation of habitat has also occurred as a result of livestock overgrazing and encroachment from agriculture. All of these have the potential to promote, and are exacerbated by, the conversion of native habitat to predominantly nonnative vegetation. The curtailment, degradation, fragmentation, and loss of habitat for the western yellow-billed cuckoo is ongoing and, absent changes in the landscape, hydrology, or other factors, it will likely continue to be negatively impacted or lost into the future.

We recognize that climate change is a critical issue with potentially severe wide-ranging effects on the species and its habitat. The available scientific literature suggests that the effects of climate change will likely exacerbate multiple existing threats to the western yellow-billed cuckoo and its habitat. These threats include habitat loss and degradation from altered hydrology, with secondary effects from increases in nonnative vegetation and wildfire. These threats may result in smaller patch sizes of habitat such that many will be no longer occupied by the western yellow-billed cuckoo.

Conservation actions, such as habitat protection and restoration described above, have strong potential to be beneficial to the species by increasing the amount of available habitat and patch size. However, these efforts offset only a small portion of past losses and degradation of riparian habitat in the range of the western yellow-billed cuckoo. Habitat elsewhere in the range continues to be vulnerable to loss and degradation from ongoing alterations in hydrology, nonnative vegetation, and agricultural activities combined with additional or synergistic effects associated with climate change. Moreover, we expect these multiple stressors to continue to affect habitat of the western yellow-billed cuckoo into the future.

### Factor B. Overutilization for Commercial, Recreational, Scientific, or Educational Purposes

There are no known threats to the western yellow-billed cuckoo resulting from overutilization for commercial, scientific, or educational purposes. Our review of the best available scientific and commercial information yielded nothing to indicate that overutilization for commercial, recreational, scientific, or educational purposes is occurring at this time or is likely to in the near future in any portion of the western yellow-billed cuckoo range. We, therefore, conclude that such overutilization does not currently constitute a threat to the western yellow-billed cuckoo, nor do we expect it to be a threat in the future.

### Factor C. Disease or Predation

Little is known about diseases in the western yellow-billed cuckoo. West Nile virus has recently spread throughout portions of the western United States. It poses a potential threat to many bird species. The USGS National Wildlife Health Center has identified the yellow-billed cuckoo as a species that is subject to the effects of West Nile virus (USGS—National Wildlife Health Center 2005, p. 2). The Center for Disease Control's Vector-Borne Disease Web site reports that West Nile virus has been documented in a dead yellow-billed cuckoo (Center for Disease Control 2012); however, if this yellow-billed cuckoo was from the western DPS is unknown. Although the population of the western yellow-billed cuckoo has been in decline over several decades (see Historical and Current Status section, above), no evidence suggests that it has undergone a precipitous decline coincident with the relatively recent arrival of West Nile virus in western North America. Therefore, we conclude, based on the best available scientific and commercial information, which is limited, that the adverse effects of West Nile virus to the western yellow-billed cuckoo are not significant and do not constitute a threat at this time, nor is there any information to suggest that this situation will change in the future.

All bird species, including the yellow-billed cuckoo, are exposed, to some extent, to parasites. Greiner *et al.* (1975, pp. 1762–1787) found 5 of 16 yellow-billed cuckoos infected with Leucocytozoon, Trypanosoma, and microfilaria blood parasites. No information indicates whether these and other parasites (see Hughes 1999, p. 18, for a brief review) pose any threat to the western yellow-billed cuckoo.

Predation is a potential threat to the western yellow-billed cuckoo. On the Kern River, red-shouldered hawks (*Buteo lineatus*) and northern harriers (*Circus cyaneus*) have been observed preying on nestlings, and yellow-billed cuckoos have been observed chasing western scrub-jays (*Aphelocoma californica*) and loggerhead shrikes (*Lanius ludovicianus*) away from their nests (Laymon 1998, pp. 12–14);

however, we do not have any information of the frequency of predation. An inverse relationship appears to exist between the presence of yellow-billed cuckoos and western scrub-jays on the Sacramento River, indicating a possible aversion by the yellow-billed cuckoos to nesting at sites occupied by western scrub-jays, a known predator of eggs and young (Halterman 1991, p. 38). Cooper's hawks (*Accipiter cooperii*) are thought to be the only avian predator capable of taking adult western yellow-billed cuckoos (Laymon 1998, pp. 12–13), and during migration adults are susceptible to predation by raptors, such as aplomado falcons (*Falco femoralis*) (Hector 1985, p. 338); however, we have no information to suggest that the rate of adult predation is significantly affecting the yellow-billed cuckoo population. In the Sonoran town of Alamos, Mexico, Mackay (David Mackay 2012, *in litt.*) witnessed a brown vine snake (*Oxybelis aeneus*) leaving a yellow-billed cuckoo nest after eating one of four nestlings.

On the lower Colorado River, McNeil *et al.* (2011, p. 41) found that high nest predation rates (63 percent of nests failed) contributed to the much lower average nest productivity at restoration sites (1.25 young fledged per nest) compared to nests at the Bill Williams River NWR (2.14 young fledged per nest). Most of that predation was attributed to avian predators; however, for 2 consecutive years a nest was preyed upon by a California king snake (*Lampropeltis getula californiae*) (McNeil *et al.* 2011, p. 41; McNeil *et al.* 2012, p. 50). Nest predation may have been high in restoration sites because most were located adjacent to agricultural areas, which may have increased the exposure of nests to human-adapted avian predators that thrive in agricultural areas. Additionally, these sites did not yet have the height, structure, and composition of more complex riparian habitats (McNeil *et al.* 2011, pp. 41, 49; McNeil *et al.* 2012, p. 56) that may serve to hide nests from predators. Nest predation can be partially compensated by the ability of yellow-billed cuckoos to renest when a nest fails. In general, despite the instances of nest predation listed above, western yellow-billed cuckoos have higher than normal nest success and lower nest predation rates than other open-cup nesting birds (Laymon *et al.* 1997, p. 11).

In summary, western yellow-billed cuckoos, particularly the eggs or young in nests, are vulnerable to predation. Predation may be a significant threat in some localities and in some years, and may be influenced by several factors,

such as surrounding land use and size and complexity of riparian habitat. As a result, predation may act periodically in concert with other stressors that contribute to the decline of the species (which we discuss in greater detail under Factor E, below). However, we conclude, that predation by itself does not pose a significant threat to the western yellow-billed cuckoo at this time, and we do not have any reason to believe that this will change substantially in the future.

We conclude that predation, parasites, and disease are not currently significant threats to the western yellow-billed cuckoo, and are not expected to become significant threats in the near future.

*Factor D. The Inadequacy of Existing Regulatory Mechanisms*

We have identified a number of significant threats to the western yellow-billed cuckoo that are impacting the species now and will continue to impact the species in the future. The decline of the western yellow-billed cuckoo is primarily the result of the long-lasting effects of habitat loss and modification from altered hydrology resulting from decades of dam construction, channelization, water extraction, and other activities, as well as impacts associated with climate change. Other threats include loss of habitat to agricultural and other land uses, overgrazing, exposure to pesticides (which is addressed in Factor E, below), wildfire, and conversion of habitat to monotypic stands of nonnative vegetation. Under this factor, we discuss whether the existing regulatory mechanisms adequately address impacts to the western yellow-billed cuckoo described under Factors A and E, based on the best available information.

Federal Regulatory Mechanisms

In the United States, the Migratory Bird Treaty Act (MBTA) (16 U.S.C. 703–712) is the only current Federal protection provided for the yellow-billed cuckoo. The yellow-billed cuckoo (the entire taxonomically defined species), which includes the western yellow-billed cuckoo, is considered a "migratory bird" under the MBTA. The MBTA prohibits "take" of any migratory bird. Take is defined as: "to pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to pursue, hunt, shoot, wound, kill, trap, capture, or collect." However, no provisions in the MBTA prevent habitat destruction unless direct mortality or destruction of active nests occurs.

The Federal Land Policy and Management Act of 1976 (FLPMA) (43 U.S.C. 1701 *et seq.*) requires that "the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that . . . will preserve and protect certain public lands in their natural condition; (and) that will provide food and habitat for fish and wildlife . . . ." Furthermore, it is the policy of the Bureau of Land Management (BLM) "to manage habitat with emphasis on ecosystems to ensure self-sustaining populations and a natural abundance and diversity of wildlife, fish, and plant resources on public lands" (BLM manual 6500.06). Similarly, the National Forest Management Act of 1976 (NFMA) directs that the National Forest System "where appropriate and to the extent practicable, will preserve and enhance the diversity of plant and animal communities." Additionally, section 219.12(g) calls for the maintenance of viable populations of native vertebrates in national forests. As such, FLPMA and NFMA have the potential to benefit the western yellow-billed cuckoo and its habitat. However, given that the BLM and USFS have discretion in how these statutes are carried out and measures are implemented, we continue to see continued loss and degradation of habitat for the western yellow-billed cuckoo on lands that these agencies manage.

Congress passed the Federal Water Pollution Control Act Amendments of 1972 and the Clean Water Act (CWA) of 1977 (33 U.S.C. section 1251 *et seq.*) to provide for the restoration and maintenance of the chemical, physical, and biological integrity of the Nation's lakes, streams, and coastal waters. Primary authority for the implementation and enforcement of the CWA now rests with the U.S. Environmental Protection Agency (EPA) and, to a lesser extent, the USACE. In addition to the measures authorized before 1972, the CWA implements a variety of programs, including Federal effluent limitations and State water quality standards, permits for the discharge of pollutants and dredged and fill materials into navigable waters, and enforcement mechanisms. Section 404 of the CWA is the principal Federal program that regulates activities affecting the physical integrity of wetlands and other waters of the United States.

Section 404 prohibits the discharge of dredged or fill material in jurisdictional waters of the United States, unless permitted by USACE under section 404(a) (individual permits), 404(e) (general permits), or unless the

discharge is otherwise exempt from regulation as designated in section 404 (r). Some areas of riparian habitat may be considered "waters of the United States," but many areas of riparian habitat do not meet the term's strict definition. The Service can review permit applications and provide recommendations to the USACE to avoid and minimize impacts and to implement conservation measures for fish and wildlife resources, including the western yellow-billed cuckoo. However, incorporation of Service recommendations into section 404 permits is at the discretion of the USACE.

Furthermore, not all activities in wetlands or streams involve fill, and not all wetlands or streams fall under the jurisdiction of the USACE. For example, in areas where the historical floodplain has been cut off from the river by levees, determining the boundaries of wetlands subject to USACE jurisdiction becomes complex. The areas behind these levees have had their hydrological characteristics altered, soil conditions changed, and riparian vegetation removed. As a result, these former floodplains, which in some cases would be important to protect and restore as habitat for the western yellow-billed cuckoo, fall outside the jurisdiction of the USACE. Additionally, many actions that resulted in adverse hydrological modifications, such as channelization and levees, were implemented in compliance with the CWA.

The National Environmental Policy Act (NEPA) (42 U.S.C. 4321 *et seq.*) requires all Federal agencies to formally document, consider, and publicly disclose the environmental impacts of major Federal actions and management decisions that have significant effects on the human environment (including natural resources); however, NEPA does not require that mitigation alternatives be implemented. Additionally, NEPA applies only to actions by Federal agencies, so private landowners are not required to comply with NEPA unless a Federal agency is involved through provision of Federal funding or a Federal permit.

Through the Fish and Wildlife Coordination Act (FWCA) (16 U.S.C. 661 *et seq.*), the Service may recommend discretionary conservation measures to avoid, minimize, and offset impacts to fish and wildlife resources resulting from Federal projects and water development projects authorized by the USACE and other Federal agencies such as Reclamation. Therefore, FWCA may provide some protection for the yellow-billed cuckoo and its habitat through avoidance and

minimization measures that may be incorporated into Federal projects. However, these measures are discretionary.

A majority of dams in the western United States supply hydropower, and their construction and ongoing operation is authorized by the Federal Energy Regulatory Commission (FERC), under the Federal Power Act of 1920, which incorporates by reference the FWCA and NEPA. The remainder of hydropower in the western United States is largely produced by the USACE and Reclamation. Reclamation also oversees water diversion and delivery projects. FERC reconsiders its hydropower licenses every 30 to 50 years. Through the various Federal regulations under which these agencies implement their water projects, the Service has an opportunity to periodically review their permits and relicensing applications and provide its recommendations to avoid and minimize impacts, and implement conservation measures for fish and wildlife resources, including species such as the western yellow-billed cuckoo. Implementation of these recommendations by FERC, USACE, and Reclamation is discretionary for nonlisted species. We continue to see loss and degradation of habitat for the yellow-billed cuckoo as a result of altered hydrology from operation of dams and other water supply projects, as described under Factor A.

The EPA is responsible for regulating pesticides under the Federal Insecticide, Fungicide, and Rodenticide Act and the Food Quality Protection Act. Before a pesticide can be distributed, sold, and used in the United States it must first go through a registration process through the EPA. The EPA conducts short- and long-term toxicity tests to evaluate potential adverse effects on humans, wildlife, fish, and plants, including endangered species and nontarget organisms, and evaluates the potential for possible contamination of surface water or ground water from leaching, runoff, and spray drift. The sensitivity of any life stages of the yellow-billed cuckoo or its prey items to exposure from common agricultural pesticides that could leach, runoff, or migrate from agricultural areas into the habitat of the yellow-billed cuckoo has not been tested. However the EPA does conduct evaluation on these factors on surrogate species and has determined the use of certain approved pesticides are appropriate in areas used by the western yellow-billed cuckoo. Even if approved application procedures are followed, pesticides could reduce available insect

prey for the western yellow-billed cuckoos.

State Regulatory Mechanisms

The majority of occupied areas for the western yellow-billed cuckoo north of Mexico occur within California, Arizona, and New Mexico (Hughes 1999, p. 1). Only California classifies the yellow-billed cuckoo as endangered (CDFW 2011, p. 10). The California Endangered Species Act (CESA) prohibits unpermitted possession, purchase, sale, or take of listed species. However, the CESA definition of take does not include harm, which under the Federal Act can include destruction of habitat that actually kills or injures wildlife by significantly impairing essential behavioral patterns (50 CFR 17.3). CESA does require consultation between the CDFW and other State agencies to ensure that their activities will not jeopardize the continued existence of State-listed species; however, the yellow-billed cuckoo continues to decline in California despite its status as a State-listed species. In Arizona, the yellow-billed cuckoo is listed as a species of concern (Arizona Game and Fish Department 2002, p. 3), with no protective status. The yellow-billed cuckoo has no special protective status in New Mexico.

Washington State's Department of Fish and Wildlife considers the yellow-billed cuckoo a candidate for listing. The State wildlife agencies in Wyoming, Montana, Colorado, Utah, and Texas classify the yellow-billed cuckoo as a species of concern or a sensitive species. The yellow-billed cuckoo is identified as a Species of Greatest Conservation Need in Idaho's Comprehensive Wildlife Conservation Strategy (Idaho Department of Fish and Game 2005, Appendix B, p. 7), and, under Idaho State law, is considered a protected nongame species for which it is illegal to intentionally take or possess, except as provided in sections 36–106(e) and 36–1107, Idaho Code, by Commission rule, or the Idaho Administrative Procedures Act 13.01.10, "Rules Governing the Importation, Possession, Release, Sale, or Salvage of Wildlife," subsection 100.06.b (Idaho Department of Fish and Game 2005, Appendix B, p. 5). While protected status extends certain protections to the yellow-billed cuckoo in Idaho, neither this status nor the Species of Greatest Conservation Need designation protects its habitat. In Nevada, the yellow-billed cuckoo is identified as critically imperiled due to extreme rarity, imminent threats, or biological factors, but this designation provides no protection for habitat. Yellow-billed cuckoos have no State

status in Oregon because it has not been considered an active breeding species since the 1940s (Oregon Department of Fish and Wildlife 2005, p. 3). State Wildlife Action Plans that include the yellow-billed cuckoo as a species of conservation concern are: California, Washington, Arizona, Colorado, Montana, Idaho, New Mexico, Utah, Texas, Nevada, and Wyoming. These plans identify conservation needs and actions for a broad range of species and habitats, but their implementation is discretionary.

In summary, where the yellow-billed cuckoo is State-listed (CA), a State candidate (WA), a species of concern or sensitive species (AZ, ID, WY, MT, CO, TX), or critically imperiled (NV), these designations contain no protection for the western yellow-billed cuckoo from habitat modification or destruction, as described under Factors A and E. Existing State regulatory mechanisms have not protected the western yellow-billed cuckoo from habitat loss and degradation from altered hydrology from upstream dams and surface water and ground water diversions, encroachment into the floodplain by agricultural and other development activities, bank stabilization and levee construction and maintenance activities, overgrazing, pesticide use on adjacent agricultural lands, conversion of habitat to monotypic stands of nonnative vegetation, gravel mining, wildfire, drought, and climate change across the range of the western yellow-billed cuckoo.

Canadian, Mexican, and other International Laws

Canada

The Canadian Government through the Department of the Environment (Environment Canada, which was first established by the Department of the Environment Act of 1971) administers numerous acts to preserve and enhance the quality of Canada's natural environment. Acts identified for conservation of wildlife and plant species or their habitat are identified below.

*1916 Great Britain-United States Convention for the Protection of Migratory Birds.* Canada has committed to migratory bird protection through the 1916 Great Britain-United States Convention for the Protection of Migratory Birds in Canada, which encourages voluntary cooperative actions to protect identified migratory birds. The yellow-billed cuckoo is listed under the 1916 Great Britain-United States Convention for the Protection of Migratory Birds in Canada. In addition,

Canada has enacted the Migratory Birds Convention Act of 1994 (MBCA). The MBCA is intended to ensure the conservation of migratory bird populations by regulating potentially harmful human activities. The implementing regulations of the MBCA ban all activities that are harmful to migratory birds, their eggs or their nests, but does not protect habitat. Also, some activities, such as hunting or scientific collection may be allowed with an appropriate permit.

*The Species at Risk Act of 2002.* The purpose of the Species at Risk Act (SARA) is to prevent Canadian native wildlife and plant species, subspecies, and distinct populations from becoming extirpated or extinct, to provide for the recovery of endangered or threatened species, and encourage the management of other species to prevent them from becoming at risk. SARA, establishes the Committee on the Status of Endangered Wildlife in Canada (COSEWIC) as an independent body of experts responsible for assessing and identifying species at risk. SARA also, among other objectives, establishes: prohibitions to protect listed Canadian threatened and endangered species and their critical habitat; requirements for use of the best available knowledge on assessing threats to and conservation for wildlife and plant species; and long- and short-term objectives for development of recovery strategies and action plans.

The yellow-billed cuckoo is not identified as a species that is sensitive, threatened, or endangered under Canadian law. Within the range of the western yellow-billed cuckoo, British Columbia considers the yellow-billed cuckoo as an extirpated breeder, but that the species still does occur within the Province (British Columbia Conservation Data Centre, 2013).

Canadian Environmental Protection Act of 1999. The Canadian Environmental Protection Act sets out several guiding principles for conserving the environment including but not limited to supporting: Sustainable development; pollution prevention; elimination of releases of substances that are persistent or that bioaccumulate; an ecosystem approach and using the precautionary principle on issues related to the environment; science-based national standards; and seeking intergovernmental cooperation for consistency and avoidance of duplication of efforts. Because the yellow-billed cuckoo is not considered a species at risk, implementation of environmental protection regulations are optional for the species.

Mexico

The Mexican Government, through its Secretaria de Medio Ambiente y Recursos Naturales (SEMARNAT), has authority to designate species as threatened or endangered. The western yellow-billed cuckoo is not listed by the Mexican Government's Official Mexican Norm NOM–059–SEMARNAT–2010, Mexico's threatened species law. The yellow-billed cuckoo is listed under the 1936 Mexico-United States Convention for the Protection of Migratory Birds and Game Mammals (Service 2012b), which encourages voluntary cooperative actions to protect identified migratory birds and mammals.

In 1988, the Mexican Government passed the General Law of Ecological Equilibrium and Environmental Protection, which is similar to NEPA in the United States. This Mexican statute requires an environmental assessment of private or government actions that may affect wildlife or their habitat. Currently, no known regulatory mechanisms or conservation planning is in place that specifically targets the conservation of yellow-billed cuckoo habitat within the range of the DPS in Mexico. Therefore, we anticipate continued threats in Mexico, with little or no protection to the western yellow-billed cuckoo.

The National Natural Protected Areas (NPAs) system is a Mexican program to protect sensitive habitats and species. NPA designation is supposed to protect areas that have not been significantly altered by human activities and that provide diverse ecosystem services. However, prior to 1994, most NPAs lacked sound and comprehensive management plans. By 2000, approximately 30 percent of new and existing NPAs had developed management plans; however, under the NPA model these plans lacked detailed information, and in many cases could be considered obsolete. NPA goals to promote sustainable natural resources are often unattainable because of conflicting land ownership interests (Valdez *et al.* 2006, p. 272). The allocation of funds for management of natural reserve areas in Sonora is not assured, and some reserves have not received protection other than that given by government edicts or their natural isolation (Burquez and Martinez-Yrizar 1997, p. 378). Urban development has reduced some of Sonora's natural reserves. Three of the reserves have already disappeared, reflecting the tenuous state of many nature reserves in Mexico (Burquez and Martinez-Yrizar 2007, p. 546).

Wildlife management units, or UMAs, were part of a program developed and implemented by SEMARANT in 1997 to promote wildlife management on private property in Mexico (Weber *et al.* 2006, p. 1480). The UMA program has not been effective in promoting wildlife management or biodiversity conservation. It has increased the introduction of exotic wildlife species to meet hunting demands. There is a lack of technical capability on private lands to conduct proper wildlife monitoring and management (Weber *et al.* 2006, p. 1482). In Mexico, the exploitation of minerals and industrial development has not been matched by strong measures to protect the environment (Burquez and Martinez-Yrizar 2007, p. 547). Surface water and ground water management in Mexico is also lacking, and restoring water quality and quantity to water bodies is a primary concern (OECD 2013, p. 102). In the State of Sonora, 30 years of unregulated water extraction from both above and below ground has resulted in serious water resource overexploitation and degradation (OECD 2013, p. 115). Although regulatory measures are in place, they lack consistent implementation and oversight (OECD 2013, p. 133).

Current efforts for protecting the western yellow-billed cuckoo in Mexico primarily consist of Important Areas for Bird Conservation (Áreas de Importancia para la Conservación de las Aves), but no specific projects or conservation efforts are focused on the yellow-billed cuckoo (Sánchez-González and Berlanga 2012 in litt.).

Lack of habitat protection for the yellow-billed cuckoo in northwestern Mexico also impacts the western yellow-billed cuckoo in the United States because individuals are known to make transitory movements up to several hundred miles between the southwestern United States and northern Mexico within a single breeding season (Sechrist *et al.* 2012, p. 5), so that individuals that breed in the United States also depend to some extent on habitat in northern Mexico. No known information is known on the number of yellow-billed cuckoos that utilize habitats in both countries during a given breeding season; however, these are also stopovers areas between breeding and wintering grounds in South America, and are important as foraging habitat. Therefore, lack of regulatory protections for habitat of the yellow-billed cuckoos in northwestern Mexico also affects western yellow-billed cuckoos in the southwestern United States.

In regard to potential for pesticide exposure south of the United States border, Mexico has the second largest pesticide sales in Latin America, behind Brazil, which together account for 78 percent of the volume of pesticides within 11 Latin American countries (Mora 1997, pp. 3–4). While Mexico has laws concerning pesticide use, and import regulations on certain pesticides, there is limited enforcement capacity (Behre 2003, pp. 337–338). The same is true in Paraguay, Bolivia, Brazil, and Argentina where yellow-billed cuckoos winter. For example, in Paraguay, at the center of the yellow-billed cuckoo's wintering range, importation and use of many pesticides are banned, but it is estimated that the amount of pesticides that are imported illegally are double the amount that are imported legally (Scribano 2013).- For additional information on pesticides see Factor E below.

Based on the best available information, the regulatory mechanisms in Mexico that would protect the western yellow-billed cuckoo from threats described under Factors A and E are either lacking or not being fully implemented. These include water supply projects, water diversions, expansion of agricultural activities and overgrazing, conversion of habitat to nonnative vegetation, climate change (Factor A), and pesticides, as well as the threat of small, isolated patches of western yellow-billed cuckoo habitat (Factor E).

**Summary of Factor D**

Various Federal, State, and international regulatory mechanisms in place provide varying degrees of conservation oversight that may to some degree address the threat of ongoing habitat loss and degradation resulting from altered hydrology, conversion of habitat to nonnative vegetation, climate change, agricultural activities (Factor A), or exposure to pesticides and effects of small and isolated habitat patches (Factor E). In California, where the species is listed as endangered, regulations prohibit unpermitted possession, purchase, sale, or take of listed species. Such prohibition of take does not include the species habitat, and the yellow-billed cuckoo continues to decline in California despite its status as a State-listed species. However, because the yellow-billed cuckoo is not a protected or sensitive species in Canada, Mexico, or in a majority of the United States, application of these regulatory mechanisms to conserve yellow-billed cuckoo or its habitat is unknown and the effectiveness of these regulatory mechanisms is uncertain.

*Factor E. Other Natural or Manmade Factors Affecting Its Continued Existence*

Small and Widely Separated Habitat Patches

As described in the Background section and under Factor A, the habitat of the western yellow-billed cuckoo has undergone significant loss and modification within its occupied breeding range as a result of widespread multiple human-caused effects. These include altered hydrology in watercourses and past loss and degradation from agriculture. Past destruction and modification transformed formerly large expanses of riparian habitat into a number of smaller patches of smaller total area, isolated from each other by a matrix of mostly human-altered habitats (McGill, 1975, pp. 1–4; Thompson, 1961, pp. 294–315; Wilcove *et al.* 1986, p. 237). As a result, the DPS now primarily occurs in smaller, more widely separated populations. Compared to large populations, smaller populations are disproportionately affected by natural and manmade factors. These stressors vary in frequency, timing, and magnitude across the species' range. They are related or correlated to each other or act in combination to result in significant impacts to the western yellow-billed cuckoo within all or portions of its range.

One of the ramifications of smaller, more isolated habitat patches is that the smaller the patch, the more edge it has in proportion to its area, which increases the percentage of the available habitat exposed to the surrounding land uses (Hunter 1996, pp. 186–187). This is a particularly prevalent characteristic of the yellow-billed cuckoo's remaining disjunct habitat patches, as many patches are in proximity to agricultural and other human-altered landscapes. For example, such land use currently dominates much of the riparian landscape within many regions, particularly along some reaches of the lower Colorado River, Sacramento River, Snake River, Verde River, Gila River, Santa Cruz River, San Pedro River, and Río Grande; and also in parts of northern Mexico in the vicinity of floodplain farming along the Sonora, Magdalena, and Moctezuma Rivers (Villaseñor-Gomez 2006, p. 111).

Agricultural activities on adjacent lands affect riparian bird communities in ways that may result in lower reproductive success, and possible abandonment of the patch, as reviewed by Saab (1999, pp. 136, 147–148). Saab (1999, p. 147) found that bird species, including the yellow-billed cuckoo,

were more likely to occur in riparian habitat along the Snake River, Idaho, in sites surrounded by upland natural vegetation than in habitat adjacent to agricultural lands. Saab found that, compared to habitat patches surrounded by natural habitat, patches near agricultural lands supported more avian nest predators that prosper in human-altered landscapes and have a greater effect on the smaller, fragmented habitats (Saab 1999, p. 147). Increases in these predators can result in more nest losses and discourage yellow-billed cuckoos from nesting, thus suppressing local yellow-billed cuckoo population size. Increases in nonnative vegetation can displace or degrade suitable nesting and foraging habitat, thereby leading to lower utilization of such areas by western yellow-billed cuckoos. Together, the effects can lead to yellow-billed cuckoos abandoning these small habitat patches.

The western yellow-billed cuckoo is currently found in the largest contiguous and least-fragmented remaining habitat patches. For example, in California, sites larger than 198 ac (80 ha) in extent and wider than 950 ft (600 m) provided optimal patch size for yellow-billed cuckoos (Laymon and Halterman 1989, p. 275). Nesting yellow-billed cuckoos are sensitive to patch size and seldom use patches smaller than 325 × 975 ft (100 × 300 m) (Hughes 1999, p. 20). This observed preferential use of large patches strongly suggests that the DPS is sensitive to fragmentation and reductions in habitat patch size. Moreover, patch-size reduction combined with the scarcity of larger patches keeps the yellow-billed cuckoo breeding population size depressed. Such effects prevent the western yellow-billed cuckoo from reversing its long-term decline in population and range (Hunter 1996, pp. 179–187).

Moreover, isolated breeding sites separated by hundreds of miles of nonhabitat also reduce the ease with which dispersing juvenile and returning adult yellow-billed cuckoos are able to find these sites. This isolation may result in low colonization and re-occupation rates, so that otherwise suitable habitat remains unoccupied or occupied at low densities (Laymon and Halterman 1989, p. 274; Hunter 1996, p. 185). For example, the Sacramento River still appears to have sufficient habitat to maintain a self-sustaining population of yellow-billed cuckoos, as over 25,000 ac (10,117 ha) of riparian and associated natural habitat has been protected and other sections are in the process of being restored. However, not all suitable patches are occupied or may only be

BLM_0071884

occupied in very low densities, and the yellow-billed cuckoo population remains much lower than its potential (Dettling and Howell 2011, pp. 20–21).

In summary, despite efforts to protect and restore riparian habitat along the Sacramento River and elsewhere in the range of the western yellow-billed cuckoo, these efforts offset only a small fraction of historical habitat that has been lost. Therefore, the threats resulting from the species' behavioral response to the multiple, combined effects of small and widely separated habitat patches exacerbate the effect of other threats within a large portion of the range of the western yellow-billed cuckoo. Moreover, because the threats that create small and isolated patches are ongoing (see Factor A), we expect the effects of the species' response to small patch size to continue to adversely impact the western yellow-billed cuckoo into the future.

Pesticides

Exposure to pesticides may also be a threat to western yellow-billed cuckoos because it negatively impacts populations of insect prey (Groschupf 1987, p. 29; Hughes 1999, p. 2). The effects of pesticides on western yellow-billed cuckoos can be from intentional aerial spraying of habitat for mosquito or forest pest control, or from overspray when foraging habitat is located next to agricultural fields. Prey populations were affected by aerial spraying of larvicides for control of mosquitoes at Caswell State Park in California (Laymon 1998, p. 12) and in Colorado to control an outbreak of caterpillars on box elders near Durango (Colyer 2001, pp. 1–6). The available evidence suggests that a reduction in prey availability results in reduced nesting success (Laymon 1980, p. 27; Hughes 1999, pp. 19–20), and pairs may even forgo breeding in years with inadequate food supplies (Veit and Petersen 1993, pp. 258–259). Therefore, the application of pesticides directly onto areas of riparian habitat may indirectly affect the reproductive success of the western yellow-billed cuckoo, leading to nest failure and lowered population size. Additionally, because breeding site fidelity is in part dependent on previous successful nesting (see the Breeding Site Fidelity section), yellow-billed cuckoos may abandon otherwise suitable nest sites where prey availability is limited by pesticide use, resulting in curtailment of its occupied range.

Effects from overspray of pesticides are more pronounced in smaller patches next to agricultural fields (because they have more edges, which allows for increased chances of exposure) but the

effects of pesticides could also affect larger habitat patches as well. In areas where riparian habitat borders agricultural lands, such as California's Central Valley, the lower Colorado River, Snake River, Gila River, Río Grande Valley, and rivers in northern Mexico, including the Sonora, Yaqui, Mayo, and Moctezuma, pesticide use indirectly affects western yellow-billed cuckoos by reducing prey numbers, or by poisoning nestlings if sprayed directly in areas where the birds are nesting (Laymon and Halterman 1987b, p. 23; Lehman and Walker 2001, p. 12). Accumulation of chlorinated hydrocarbon pesticides, particularly dichlorodiphenyltrichloroethane (DDT), has affected other bird species, particularly top predators (Robinson and Bolen 1989, pp. 269–275). Pesticides may affect behavior (for example, loss of balance) or cause death by direct contact. Laymon (1980, pp. 11–12) reported sublethal poisoning of young yellow-billed cuckoos caused by spraying active nests in walnut orchards in California.

Although DDT use has been banned in the United States since 1972, and in Mexico since 1999, yellow-billed cuckoos may be exposed to DDT in Mexico or on wintering grounds where DDT is still used despite any bans on its use. For example, yellow-billed cuckoos (most likely of the eastern population) collected during the spring and fall migration in Florida had unusually high concentrations of DDT, suggesting exposure on the wintering grounds in South America (Grocki and Johnston 1974, pp. 186–188). Analysis of two eggs collected in California in 1979 showed very low levels of dichlorodiphenyldichloroethylene (DDE), a stable metabolite of DDT, but eggshell fragments collected in 1985 from three nests along the South Fork Kern River in California averaged 19 percent thinner than pre-DDT era eggshells (Laymon and Halterman 1987b, pp. 22–23). DDT has caused eggshell thinning in other bird species, and this percentage of thinning in other species has allowed eggs to be crushed during incubation, but there is no information showing that yellow-billed cuckoo eggs have been crushed during incubation because of shell thinning.

A recent study in southern Sonora, Mexico, tested for the presence of a group of agricultural pesticides banned in the United States, known as organochlorine pesticides (beta-hexachlorocyclohexane (BHC), lindane, aldrin, endrin, b-endosulfan, methoxychlor, p, p0–DDE, p, p0-Dichlorodiphenyldichloroethane (DDD), p, p0–DDT). Collectively called OCPs,

these pesticides are persistent in the environment and, therefore, have the potential to move long distances in surface runoff or ground water. Soil samples collected from 24 localities in the Yaqui and Mayo Valleys of southern Sonora, Mexico, watersheds in which the western yellow-billed cuckoo is known to breed, were found to have higher OCP levels than other regions of the world. The OCPs were predominantly DDT (Cantu-Soto et al. 2011, p. 559), despite its having been discontinued in Mexico in 1999 after decades of heavy use in agriculture and for malaria control (Yáñez et al. 2004, p. 18). This finding may indicate recent applications of DDT in agricultural soils (Cantu-Soto et al. 2011, p. 559). Because of the proximity of habitat for yellow-billed cuckoos to these valleys and the prevalence of floodplain agriculture in northern Mexico, these pesticides, especially DDT, may be having widespread long-lasting effects on the western yellow-billed cuckoo. These include direct and indirect exposure through ingestion of contaminated prey items, and reduction in prey availability from direct exposure and pesticide runoff into habitat that supports western yellow-billed cuckoos.

In summary, pesticide use is widespread in agricultural areas in the western yellow-billed cuckoo breeding range in the United States and northern Mexico. Yellow-billed cuckoos are exposed to the effects of pesticides on their wintering grounds, as evidenced by DDT found in their eggs and eggshell thinning in the United States. Because much of the species' habitat is in proximity to agriculture, the potential exists for direct and indirect effects to a large portion of the species in these areas through altered physiological functioning, prey availability, and therefore, reproductive success, which ultimately results in lower population abundance and curtailment of the occupied range. While agricultural pesticides can kill prey of the yellow-billed cuckoo, and documentation exists of pesticide exposure in the wild, described above, no known data is available to determine specifically how often agricultural chemicals are affecting yellow-billed cuckoo prey availability, locations where it may be particularly significant, or the extent to which pesticides are responsible for population-level effects in the western yellow-billed cuckoo. However, based on the close proximity of agricultural areas to where the western yellow-billed cuckoo breeds, the threat is potentially significant.

BLM_0071885

## Collisions With Communication Towers and Other Tall Structures

Yellow-billed cuckoos are vulnerable to collision with communication towers and other tall structures, particularly during their migration. For example, several hundred yellow-billed cuckoo mortalities were documented at a single television tower in Florida over a 29-year period (Crawford and Stevenson 1984, p. 199; Crawford and Engstrom 2001, p. 383), and at an airport ceilometer in the east (Howell *et al.* 1954, p. 212). Lesser numbers of yellow-billed cuckoos have been reported as killed at other sites with both television towers and wind turbines in Wisconsin, West Virginia, and northern Texas (Kemper 1996, p. 223; Schechter 2009, p. 1; Bird Watching 2011, p. 1), Although these mortalities were in the eastern segment of the population, with the number of tall towers that have been constructed in recent years in western United States, the potential exists for collisions with the western yellow-billed cuckoo. Without further study, we anticipate this to be a minor, but ongoing, effect to individual yellow-billed cuckoos, but in combination with all the other effects to this species, as described under Factors A and E, mortality from collision would have an additive effect to the threats facing the western yellow-billed cuckoo.

## Conservation Efforts To Reduce Other Natural or Manmade Factors Affecting Its Continued Existence

Restoration of riparian habitat on the Colorado, Kern, and Sacramento Rivers and elsewhere will help reduce habitat fragmentation, small patch size, and overall lack of habitat. In some restoration plans, reduction of fragmentation is a stated goal, and restoration sites are planned for sites adjacent to existing habitat. The Colorado River riparian habitat restoration work is just beginning and is part of the Lower Colorado River Multi-Species Conservation Plan. This habitat conservation plan call for the creation of 5,940 ac (2405 ha) of riparian habitat of which 4,050 ac (1,640 ha) will be suitable for western yellow-billed cuckoos (Reclamation 2012, pp. 1–3). Restoration work began on the South Fork Kern River in California, in 1986. To date, 340 ac (138 ha) of riparian habitat have been restored (Audubon California 2012, pp. 1–10). Along the Sacramento River, the Sacramento River National Wildlife Refuge has implemented a riparian restoration program. Riparian habitat restoration activities have been conducted on 4,513 ac (1,826 ha) with 2,400 ac (738 ha)

slated for additional restoration (Hammond 2011, p. 14). At present, restoration is being done on a relatively small scale in comparison to the need to reduce habitat fragmentation and increase the overall extent of suitable habitat.

DDT has been banned in the United States for several decades, which reduces the exposure of yellow-billed cuckoos to this pesticide. However, use of DDT south of the border in Central and South America continues, and the yellow-billed cuckoos are exposed during migration and winter.

To date, conservation efforts, though helpful, have been inadequate to significantly reduce the effects of these other natural or manmade factors affecting the western yellow-billed cuckoo.

## Summary of Factor E

As noted in Factor A, habitat for the western yellow-billed cuckoo has been modified and curtailed, resulting in only remnants of formerly large tracts of native riparian forests, many of which are no longer occupied by western yellow-billed cuckoos. Despite recent efforts to protect existing, and restore additional, riparian habitat in the Sacramento, Kern, and Colorado Rivers, and other rivers in the range of the western yellow-billed cuckoo, these efforts offset only a small fraction of historical habitat that has been lost. Therefore, we expect the threat resulting from the combined effects associated with small and widely separated habitat patches to continue to affect a large portion of the range of the western yellow-billed cuckoo. This threat is particularly persistent where small habitat patches are in proximity to human-altered landscapes, such as near agricultural fields that dominate the landscape in many areas where the western yellow-billed cuckoo occurs. As a result, the potential exists for pesticides to directly affect (poisoning individual cuckoos) and indirectly affect (reducing the prey base) a large portion of the species. These effects could ultimately result in lower population abundance and curtailment of its occupied range. Mortality from collisions with tall structures is also an ongoing, but largely unquantified effect.

## Effects From Factors A through E in Combination

Habitat loss and degradation occurs throughout the range of the western yellow-billed cuckoo (see Background section and Factor A above), and many of the threats under Factor A have worked and are working in combination to reduce the amount, configuration,

and quality of the riparian habitat that remains. To provide a generalized example, the following scenario is not atypical for much of the species' range: Installation of a dam along a watercourse allows for increased agricultural and urban development downstream of the dam because of the reduced risk of flooding and increased assurance of available water for human uses. This development, as it expands through time, results in increased channelization of the watercourse and increased ground and surface water extraction. These activities affect the watercourse's hydrological regime and natural hydrologic functioning such that, through reduced flooding, changes in the watercourse's channel, and a lowered water table, the native riparian vegetation becomes stressed, woody debris accumulates, and few new native plants grow. This situation then allows for increased intensity and extent of wildfires (which, in riparian areas, often has a human ignition source, another indirect effect of development) and favors conditions that encourages the growth of nonnative plants. All of these actions result in a continued loss and degradation of native riparian vegetation, which occurs as smaller, more isolated (fragmented) patches that are less likely to adequately provide for the needs of the western yellow-billed cuckoo.

This array of Factor A threats, working in combination, creates the situation that then allows threats from the other listing factors to markedly affect the species. These other-factor threats may not be significant in and of themselves, but because they are not occurring in isolation they, in combination, are contributing to the population decline of the species. For example, as discussed in the Small and Widely Separated Habitat Patches section of Factor E, above, small habitat patches (resulting from the effects of Factor A threats) are more likely to have a larger number and a wider range of nest predators (see the Predation section of Factor C, above) because more nest predators occur in ecological edges. Additionally, habitat patches near areas of agricultural or urban development can foster higher densities of potential nest predators. Thus, any western yellow-billed cuckoo nesting in a small habitat patch near development may be subject to higher levels of nest predation and thus lower productivity. Moreover, the mere presence of certain nest predators in a habitat patch may elicit a behavioral response from yellow-billed cuckoos such that they do not even attempt to nest in such habitat

patches, even if other aspects of the habitat would suggest that it is suitable for nesting.

Similarly, riparian habitat patches that occur near urban and agricultural development may be subject to intentional or accidental pesticide spraying, as discussed in the Pesticide section under Factor E. This spraying would be unlikely to occur but for the habitat patch's proximity to development. This development likely occurs close to the riparian habitat through a process similar to the generalized scenario described above (see also specific details under Factor A).

Much of the available habitat is now in small patches with only a relatively few patches regularly occupied by nesting western yellow-billed cuckoos. Thus, the species' intolerance of small patch size in combination with extensive habitat loss has resulted in much less suitable habitat and a greatly reduced western yellow-billed cuckoo population size. In areas at the edge of the western yellow-billed cuckoo's current range (e.g. the Sacramento River) restoration of riparian habitat has not been accompanied by an increase in the species' population indicating that other factors may be limiting the population in those areas. Moreover, because (1) western yellow-billed cuckoos need riparian habitat in a range of ages, including older, more structurally diverse areas for nesting, and (2) nearly all of the areas where riparian habitat could grow in western North America are modified by dams, channelization, water extraction, and other activities that disrupt natural processes to allow good-quality riparian habitat to grow in a mosaic of different ages (see Factor A), and climate change is likely to further add to these impacts, it is unlikely that large areas of suitable habitat will naturally regenerate within the range of the species into the future.

**Proposed Determination**

We have carefully assessed the best scientific and commercial data available regarding the past, present, and reasonably anticipated future threats to the western yellow-billed cuckoo. Threats to the western yellow-billed cuckoo exist for two of the four threat factors. Threats also occur in combination, resulting in synergistically greater effects.

Factor A threats result from habitat destruction, modification, and degradation from dam construction and operations, water diversions, riverflow management; stream channelization and stabilization; conversion to agricultural uses, such as crops and livestock grazing; urban and transportation infrastructure; and increased incidence of wildfire. Continuing ramifications of actions that caused habitat loss in the past have resulted in ongoing curtailment of the habitat of the yellow-billed cuckoo western DPS throughout its range. These factors also contribute to fragmentation and promote conversion to nonnative plant species, particularly tamarisk. The threats affecting western yellow-billed cuckoo habitat are ongoing and significant and have resulted in curtailment of the range of the species. Loss of riparian habitat leads not only to a direct reduction in yellow-billed cuckoo numbers but also leaves a highly fragmented landscape, which in combination with other threats (see below), can reduce breeding success through increased predation rates and barriers to dispersal by juvenile and adult yellow-billed cuckoos.

Factor E threats, including habitat rarity and small and isolated population sizes cause the remaining yellow-billed cuckoo populations to be increasingly susceptible to further declines through lack of immigration, reduced populations of prey species (food items), pesticides, and collisions with tall vertical structures during migration. The serious and ongoing threat of small overall population size, which is the result of other threats in combination, leads to an increased chance of local extirpations.

The threats that affect the western yellow-billed cuckoo are important on a threat-by-threat basis, but are even more significant in combination. Habitat loss has been extensive throughout the range of the western yellow-billed cuckoo. The remaining riparian habitat is fragmented into small patches, which the species does not normally select as breeding habitat. Additionally, the western yellow-billed cuckoos need riparian habitat in a range of ages, including older structurally diverse areas for nesting. This diversity of tree ages within the riparian vegetation (the DPS's habitat) is largely dependent on disturbances that affect some but not all of vegetation within that habitat patch at one time. A number of threats, working in combination or individually, prevent this from happening, now and will continue to do so in the future.

For example, dams and other flood control modifications to a watercourse may prevent floods from being severe enough to affect that habitat patch; channelization may restrict floodwaters to a narrow channel, allowing floodwaters to cause too much damage to habitat within the channel and not enough (or no) damage to habitat outside the channel; altered flood regimes may allow dead wood to accumulate, allowing fires, when they occur, to be severe and affect most of the patch; development and other human activities next to habitat patches may allow more wildfires to be ignited; and the reduction in patch size, through neighboring development, alteration of hydrology, or encroachment by nonnative plants, makes it more likely that a larger proportion of that patch will be affected during any given disturbance event. Moreover, nearly all areas where riparian habitat could potentially grow are modified by dams or water withdrawal and disrupted by other activities, often in combination, that prevent the reestablishment of riparian habitat. Patch size, when coupled with habitat loss and Factor C and E threats, including proximity to incompatible land uses which increases exposure to predators and pesticides, is a significant cumulative threat to the western yellow-billed cuckoo now and in the future.

Per section 4(b)(1)(A) of the Act, prior to making our determination, we must first ''[take] into account those efforts, if any, being made by any State or foreign nation, or any political subdivision of a State or foreign nation, to protect such species, whether by predator control, protection of habitat and food supply, or other conservation practices, within any area under its jurisdiction, or on the high seas.'' Restoration of riparian habitat on the Colorado, Kern, and Sacramento Rivers and elsewhere will help reduce habitat fragmentation, small patch size, and overall lack of habitat. Moreover, at present, restoration is being done on a relatively small scale in comparison to the need to reduce habitat fragmentation and increase the overall extent of suitable habitat. DDT has been banned in the United States for several decades, but use of DDT continues in Central and South America, thus exposing western yellow-billed cuckoos during migration and winter.

Through our analysis of the best available scientific and commercial information on the abundance, life history, current population status and trends, and the response of the species and its habitat to natural and anthropogenic threats, we have determined that the western yellow-billed cuckoo DPS meets the definition of threatened under the Act, rather than endangered. The Act defines an endangered species as any species that is ''in danger of extinction throughout all or a significant portion of its range'' and a threatened species as any species ''that is likely to become endangered

throughout all or a significant portion of its range within the foreseeable future.'' Our general understanding of an ''endangered'' species is one that is currently on the brink of extinction in the wild.

The geographic extent of the western yellow-billed cuckoo remains rather widespread through much of its historic range, conferring some measure of ecological and geographic redundancy and resilience. Although there is a general decline in the overall population trend and its breeding range has been reduced, the rate of the population decline and contraction of its breeding range is not so severe to indicate extinction is imminent for the western yellow-billed cuckoo. This current downward trend is slow and not expected to increase in the near future. The majority of large-scale habitat losses and conversions through dam building and agricultural development have already occurred, and we are not aware of any large-scale projects that would affect the species to the extent that the current trend of decline would change. Therefore, threats to the species and population declines do not currently reach the level typical of an endangered species.

Because the western yellow-billed cuckoo does not face any known sudden and calamitous threats, it is not a narrowly endemic species vulnerable to extinction from elevated or cumulative threats, is not yet restricted to a critically small range or critically low numbers, and currently does not show any substantial reduction in numbers, it would not meet the definition of ''endangered'' as determined by the Act. More appropriately, we find that the western yellow-billed cuckoo is likely to become endangered throughout all or a significant portion of its range within the foreseeable future, based on the timing, severity, and scope of the threats described above. Therefore, on the basis of the best available scientific and commercial information, we propose listing the western yellow-billed cuckoo DPS as threatened in accordance with sections 3(6), 3(20), and 4(a)(1) of the Act.

Under the Act and our implementing regulations, a species may warrant listing if it is threatened or endangered throughout all or a significant portion of its range. The western yellow-billed cuckoo proposed for listing in this rule is highly restricted to riparian habitat, and the threats to the species and its habitat occur throughout its breeding range. Therefore, we assessed the status of the western yellow-billed cuckoo throughout its entire breeding range. The threats to the survival of the species

occur throughout the western DPS' breeding range and are not restricted to any particular significant portion of that range. We conclude that what affects the entire breeding portion of the western DPS' range affects the status of the entire western yellow-billed cuckoo throughout its breeding range, including migration corridors and stopover areas. Accordingly, our assessment and proposed determination applies to the western yellow-billed cuckoo throughout its entire breeding range.

## Available Conservation Measures

Conservation measures provided to species listed as endangered or threatened under the Act include recognition, recovery actions, requirements for Federal protection, and prohibitions against certain practices. Recognition through listing results in public awareness and conservation by Federal, State, tribal, and local agencies, private organizations, and individuals. The Act encourages cooperation with the States, and requires that recovery actions be carried out for all listed species. The protection required by Federal agencies and the prohibitions against certain activities are discussed, in part, below.

The primary purpose of the Act is the conservation of endangered and threatened species and the ecosystems upon which they depend. The ultimate goal of such conservation efforts is the recovery of these listed species, so that they no longer need the protective measures of the Act. Subsection 4(f) of the Act requires the Service to develop and implement recovery plans for the conservation of endangered and threatened species, unless the Secretary finds that such a plan will not promote the conservation of the species. The recovery planning process involves the identification of actions necessary to halt or reverse the species' decline by addressing the threats to its survival and recovery. The goal of this process is to restore listed species to a point where they are secure, self-sustaining, and functioning components of their ecosystems.

Recovery planning includes the development of a recovery outline shortly after a species is listed, preparation of a draft and final recovery plan, and revisions to the plan as significant new information becomes available. The recovery outline indicates the species recovery number, whether or not a recovery plan will be prepared and the estimated date of completion, whether a recovery team will be appointed, and what immediate actions are anticipated to conserve the species. The recovery plan identifies site-

specific management actions that will achieve recovery of the species, measurable criteria that determine when a species may be downlisted or delisted, and methods for monitoring the recovery progress. Recovery plans also establish a framework for agencies to coordinate their recovery efforts and provide estimates of the cost of implementing recovery tasks. Recovery teams (composed of species experts, Federal and State agencies, nongovernmental organizations, and stakeholders) are often established to develop recovery plans. When completed, the recovery outline, and any draft recovery plan, or final recovery plan, subsequently developed, will be available on our Web site (*http://www.fws.gov/endangered*) or from our Sacramento Fish and Wildlife Office (see **FOR FURTHER INFORMATION CONTACT**).

Implementation of recovery actions generally requires the participation of a broad range of partners, including other Federal agencies, States, tribes, nongovernmental organizations, businesses, and private landowners. Examples of recovery actions include habitat restoration (for example, restoration of native vegetation), research, captive propagation and reintroduction, and outreach and education. The recovery of many listed species cannot be accomplished solely on Federal lands because their range may occur primarily or solely on non-Federal lands. To achieve recovery of these species requires cooperative conservation efforts on private, State, and tribal lands.

If this species is listed, funding for recovery actions will be available from a variety of sources, including Federal budgets, State programs, and cost-share grants for non-Federal landowners, the academic community, and nongovernmental organizations. In addition, pursuant to section 6 of the Act, the States of California, Nevada, Arizona, New Mexico, Texas, Colorado, Wyoming, Idaho, Washington, and Oregon would be eligible for Federal funds to implement management actions that promote the protection and recovery of the western yellow-billed cuckoo. Information on our grant programs that are available to aid species recovery can be found at: *http://www.fws.gov/grants*.

Although the western yellow-billed cuckoo is only proposed for listing under the Act at this time, please let us know if you are interested in participating in recovery efforts for this species. Additionally, we invite you to submit any new information on this species whenever it becomes available and any information you may have for

BLM_0071888

**61664**    **Federal Register** / Vol. 78, No. 192 / Thursday, October 3, 2013 / Proposed Rules

recovery planning purposes (see **FOR FURTHER INFORMATION CONTACT**).

Section 7(a) of the Act requires Federal agencies to evaluate their actions with respect to any species that is proposed or listed as endangered or threatened with respect to its critical habitat, if any is designated. Regulations implementing this interagency cooperation provision of the Act are codified at 50 CFR part 402. Section 7(a)(4) of the Act requires Federal agencies to confer with the Service on any action likely to jeopardize the continued existence of a species proposed for listing or result in destruction or adverse modification of proposed critical habitat. If a species is listed subsequently, section 7(a)(2) of the Act requires Federal agencies to ensure that activities they authorize, fund, or carry out are not likely to jeopardize the continued existence of the species or destroy or adversely modify its critical habitat. If a Federal action may adversely affect a listed species or its critical habitat, the responsible Federal agency must enter into formal consultation with the Service.

Federal agency actions within or affecting the species' habitat that may require conference or consultation or both as described in the preceding paragraph include, but are not limited to, projects that will result in removal or degradation of riparian vegetation, altered streamflow or fluvial dynamics, or other habitat-altering activities on Federal lands or as a result of issuance of section 404 CWA permits by the USACE; construction and management of energy and power line rights-of-way by the FERC; construction and maintenance of roads, highways, or bridges by the Federal Highway Administration; grazing leases by the USFS or the BLM; and projects funded through Federal loan programs. Such projects may include, but are not limited to, construction or modification of reservoirs, levees, bank stabilization structures, water diversion and withdrawal projects, roads and bridges, utilities, recreation sites, and other forms of development, and livestock grazing.

The Act and its implementing regulations set forth a series of general prohibitions and exceptions that apply to all endangered wildlife. The prohibitions of section 9(a)(2) of the Act, codified at 50 CFR 17.21 for endangered wildlife, in part, make it illegal for any person subject to the jurisdiction of the United States to take (includes harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect; or to attempt any of these), import, export, ship in

interstate commerce in the course of commercial activity, or sell or offer for sale in interstate or foreign commerce any listed species. Under the Lacey Act (18 U.S.C. 42–43; 16 U.S.C. 3371–3378), it is also illegal to possess, sell, deliver, carry, transport, or ship any such wildlife that has been taken illegally. Certain exceptions apply to agents of the Service and State conservation agencies.

We may issue permits to carry out otherwise prohibited activities involving endangered and threatened wildlife species under certain circumstances. Regulations governing permits are codified at 50 CFR 17.22 for endangered species, and at 50 CFR 17.32 for threatened species. With regard to endangered wildlife, a permit must be issued for the following purposes: for scientific purposes, to enhance the propagation or survival of the species, and for incidental take in connection with otherwise lawful activities.

Our policy, as published in the **Federal Register** on July 1, 1994 (59 FR 34272), is to identify to the maximum extent practicable at the time a species is listed, those activities that would or would not constitute a violation of section 9 of the Act. The intent of this policy is to increase public awareness of the effects of a proposed listing on proposed and ongoing activities within the range of species proposed for listing. The following activities could potentially result in a violation of section 9 of the Act; this list is not comprehensive:

(1) Unauthorized collecting, handling, possessing, selling, delivering, carrying, or transporting of western yellow-billed cuckoos in the range of the western DPS, including import or export across State lines and international boundaries, except for properly documented antique specimens of these taxa at least 100 years old, as defined by section 10(h)(1) of the Act.

(2) Intentional introduction of nonnative species that compete with or prey upon western yellow-billed cuckoos in the range of the western DPS, or degrade its habitat, including the intentional introduction of nonnative vegetation, which may include, but is not limited to, tamarisk, Russian olive, and giant reed.

(3) Unauthorized destruction or alteration of western yellow-billed cuckoo habitat from alteration of the hydrology or fluvial geomorphic processes that include, but are not limited to, channelization, impoundment, bank stabilization, water extractions and diversions, and channel clearing along any watercourse in which

the western yellow-billed cuckoo is known to occur.

(4) Unauthorized activities that result in removal, destruction, or degradation of riparian vegetation from actions that include, but are not limited to, streamside clearings, prescribed fire, off-road vehicle use, human trampling, tree harvesting, and intensive livestock grazing along any watercourse in which the western yellow-billed cuckoo is known to occur.

(5) Unauthorized use of pesticides that would reduce insect prey populations within or immediately adjacent to riparian areas in which the western yellow-billed cuckoo is known to occur.

In California, if the western yellow-billed cuckoo is listed under the Federal Endangered Species Act, the CESA (California Fish and Game Code, § 2050 et seq.) is automatically invoked, which would also prohibit take of these species and encourage conservation by California State government agencies. Further, the State may enter into agreements with Federal agencies to administer and manage any area required for the conservation, management, enhancement, or protection of endangered species. Funds for these activities could be made available under section 6 of the Act (Cooperation with the States). Thus, the Federal protection afforded to this species by listing it as a threatened species would be reinforced and supplemented by protection under State law.

Questions regarding whether specific activities would constitute a violation of section 9 of the Act should be directed to the Sacramento Fish and Wildlife Office (see **FOR FURTHER INFORMATION CONTACT**). Requests for copies of the regulations concerning listed animals and general inquiries regarding prohibitions and permits may be addressed to the U.S. Fish and Wildlife Service, Sacramento Fish and Wildlife Office, Endangered Species Permits, 2800 Cottage Way, Room W–2605, Sacramento, CA 95825 (telephone at 916–414–6600; facsimile at 916–414–6712).

**Peer Review**

In accordance with our joint policy on peer review published in the **Federal Register** on July 1, 1994 (59 FR 34270), we will seek the expert opinions of at least three appropriate and independent specialists regarding this proposed rule. The purpose of peer review is to ensure that our critical habitat designation is based on scientifically sound data, assumptions, and analyses. We have invited these peer reviewers to comment

during the public comment period on our specific assumptions and conclusions in this proposed rule.

We will consider all comments and information received during the comment period on this proposed rule during our preparation of a final determination. Accordingly, the final decision may differ from this proposal.

**Public Hearings**

Section 4(b)(5) of the Act provides for one or more public hearings on this proposal, if requested. Requests must be received within 45 days after the date of publication of this proposed rule in the **Federal Register**. Such requests must be sent to the address shown in the **FOR FURTHER INFORMATION CONTACT**. We will schedule public hearings on this proposal, if any are requested, and announce the dates, times, and places of those hearings, as well as how to obtain reasonable accommodations, in the **Federal Register** and local newspapers at least 15 days before the hearing.

**Required Determinations**

*Clarity of the Rule*

Executive Order 12866 requires each agency to write regulations that are easy to understand. We invite your comments on how to make this rule easier to understand including answers to questions such as the following: (1) Are the requirements in the rule clearly stated? (2) Does the rule contain technical language or jargon that interferes with its clarity? (3) Does the format of the rule (grouping and order of sections, use of headings, paragraphing, etc.) aid or reduce its clarity? (4) Would the rule be easier to

understand if it were divided into more (but shorter) sections? (5) Is the description of the rule in the **SUPPLEMENTARY INFORMATION** section of the preamble helpful in understanding the rule? What else could we do to make the proposed rule easier to understand?

Send a copy of any comments that concern how we could make this proposed rule easier to understand to Office of Regulatory Affairs, Department of the Interior, Room 7229, 1849 C Street NW., Washington, DC 20240. You also may email the comments to this address: *Exsec@ios.goi.gov.*

*Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.)*

This rule does not contain any new collections of information that require approval by OMB under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*). This rule will not impose recordkeeping or reporting requirements on State or local governments, individuals, businesses, or organizations. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

*National Environmental Policy Act (42 U.S.C. 4321 et seq.)*

We have determined that environmental assessments and environmental impact statements, as defined under the authority of the National Environmental Policy Act of 1969 (42 U.S.C. 4321 *et seq.*), need not be prepared in connection with regulations pursuant to section 4(a) of the Act. We published a notice outlining our reasons for this determination in the

**Federal Register** on October 25, 1983 (48 FR 49244).

**References Cited**

A complete list of references cited in this rulemaking is available on the Internet at *http://www.regulations.gov* and upon request from the Sacramento Fish and Wildlife Office (see **ADDRESSES** for contact information).

**Authors**

The primary authors of this document are the staff members of the Sacramento Fish and Wildlife Office.

**List of Subjects in 50 CFR Part 17**

Endangered and threatened species, Exports, Imports, Reporting and recordkeeping requirements, Transportation.

**Proposed Regulation Promulgation**

Accordingly, we propose to amend part 17, subchapter B of chapter I, title 50 of the Code of Federal Regulations, as follows:

**PART 17—[AMENDED]**

■ 1. The authority citation for part 17 continues to read as follows:

**Authority:** 16 U.S.C. 1361–1407; 1531–1544; 4201–4245; unless otherwise noted.

■ 2. Amend § 17.11(h) by adding an entry for "Cuckoo, yellow-billed (Western DPS) to the List of Endangered and Threatened Wildlife in alphabetical order under Birds, to read as follows:

**§ 17.11   Endangered and threatened wildlife.**

\*   \*   \*   \*   \*

(h) \* \* \*

| Species | | Historic Range | Vertebrate population where endangered or threatened | Status | When listed | Critical habitat | Special rules |
|---------|--|----------------|------------------------------------------------------|--------|-------------|------------------|---------------|
| Common name | Scientific name | | | | | | |
| \* | \* | \* | \* | \* | \* | \* | |
| BIRDS | | | | | | | |
| \* | \* | \* | \* | \* | \* | \* | |
| Cuckoo, yellow-billed (Western DPS). | *Coccyzus americanus.* | U.S.A., Canada, Mexico. | U.S.A. (AZ, CA, CO (western), ID, MT (western), NM (western), NV, OR, TX (western), UT, WA, WY (western)), Canada (British Columbia), Mexico (Baja California, Baja California Sur, Chihuahua, Durango (western), Sinaloa, Sonora)). | T | | NA | NA |

**61666**     **Federal Register** / Vol. 78, No. 192 / Thursday, October 3, 2013 / Proposed Rules

| Species | | Historic Range | Vertebrate popu-lation where endan-gered or threatened | Status | When listed | Critical habitat | Special rules |
| Common name | Scientific name | | | | | | |
|---|---|---|---|---|---|---|---|
| * | * | * | * | * | * | * |
| * | * | * | * | * | * | * |

*    *    *    *    *    Dated: September 19, 2013.

**Dan Ashe,**

*Director, U.S. Fish and Wildlife Service.*

[FR Doc. 2013–23725 Filed 10–2–13; 8:45 am]

**BILLING CODE 4310–55–P**

BLM_0071891



# FEDERAL REGISTER

| Vol. 78 | Friday, |
| No. 8 | January 11, 2013 |

Part III

## Department of the Interior

Fish and Wildlife Service

50 CFR Part 17

Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Proposed Rule

BLM_0071892

**DEPARTMENT OF THE INTERIOR**

**Fish and Wildlife Service**

**50 CFR Part 17**

**[Docket No. FWS–R6–ES–2011–0111; 4500030114]**

**RIN 1018–AX71**

**Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Proposed rule.

**SUMMARY:** We, the U.S. Fish and Wildlife Service, propose to designate critical habitat for the Gunnison sage-grouse (*Centrocercus minimus*) under the Endangered Species Act of 1973, as amended (Act). If we finalize this rule as proposed, it would extend the Act's protections to this species' critical habitat. The effect of this regulation is to designate critical habitat for the Gunnison sage-grouse under the Act. In total, approximately 689,675 hectares (ha) (1,704,227 acres (ac)) are being proposed for designation as critical habitat in Chaffee, Delta, Dolores, Gunnison, Hinsdale, Mesa, Montrose, Ouray, Saguache, and San Miguel Counties in Colorado, and in Grand and San Juan Counties in Utah.

**DATES:** We will accept comments received or postmarked on or before March 12, 2013. Comments submitted electronically using the Federal eRulemaking Portal (see **ADDRESSES** section, below) must be received by 11:59 p.m. Eastern Time on the closing date. We must receive requests for public hearings, in writing, at the address shown in the **FOR FURTHER INFORMATION CONTACT** section by February 25, 2013.

**ADDRESSES:** You may submit comments by one of the following methods:

(1) *Electronically:* Go to the Federal eRulemaking Portal: *http://www.regulations.gov.* In the Keyword box, enter Docket No. FWS–R6–ES–2011–0111, which is the docket number for this rulemaking. Then, in the Search panel on the left side of the screen, under the Document Type heading, check on the Proposed Rules link to locate this document. You may submit a comment by clicking on "Comment Now!"

(2) *By hard copy:* Submit by U.S. mail or hand-delivery to: Public Comments Processing, Attn: FWS–R6–ES–2011–0111; Division of Policy and Directives Management; U.S. Fish and Wildlife

Service; 4401 N. Fairfax Drive, MS 2042–PDM; Arlington, VA 22203.

We request that you send comments only by the methods described above. We will post all comments on *http://www.regulations.gov.* This generally means that we will post any personal information you provide us (see the Information Requested section below for more information).

The coordinates or plot points or both from which the critical habitat maps are generated are included in the administrative record for this rulemaking and are available at *http://www.fws.gov/coloradoES/, http://www.regulations.gov* at Docket No. FWS–R6–ES–2011–0111, and at the Western Colorado Field Office (see **FOR FURTHER INFORMATION CONTACT**). Any additional tools or supporting information that we may develop for this rulemaking will also be available at the Fish and Wildlife Service Web site and Field Office set out above, and may also be included in the preamble and/or at *http://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** Patty Gelatt, Western Colorado Supervisor, U.S. Fish and Wildlife Service, Western Colorado Field Office, 764 Horizon Drive, Building B, Grand Junction, CO 81506–3946; telephone 970–243–2778; facsimile 970–245–6933. If you use a telecommunications device for the deaf (TDD), call the Federal Information Relay Service (FIRS) at 800–877–8339.

**SUPPLEMENTARY INFORMATION:**

**Executive Summary**

*Why we need to publish a rule.* Elsewhere in today's **Federal Register**, we propose to list the Gunnison sage-grouse as an endangered species under the Endangered Species Act. Under the Act, critical habitat shall be designated, to the maximum extent prudent and determinable, for any species determined to be an endangered or threatened species under the Act. Designations and revisions of critical habitat can only be completed by issuing a rule.

*This rule proposes to designate critical habitat for the Gunnison sage-grouse.*

• Based on our proposal to list the Gunnison sage-grouse as an endangered species, we are proposing critical habitat for the Gunnison sage-grouse under the Endangered Species Act. In total, approximately 689,675 hectares (ha) (1,704,227 acres (ac)) are being proposed for designation as critical habitat, in Chaffee, Delta, Dolores, Gunnison, Hinsdale, Mesa, Montrose, Ouray, Saguache, and San Miguel

Counties in Colorado, and in Grand and San Juan Counties in Utah.

*The basis for our action.* The Act requires that the Service designate critical habitat at the time of listing to the extent prudent and determinable. We have determined that designation is prudent and critical habitat is determinable (see Background section below).

*We will seek peer review.* We are seeking comments from knowledgeable individuals with scientific expertise to review our analysis of the best available science and application of that science and to provide any additional scientific information to improve this proposed rule. Because we will consider all comments and information received during the comment period, our final determination may differ from this proposal.

**Information Requested**

We intend to take any final action resulting from this proposed rule based on the best scientific and commercial data available and after consideration of economic, national security and other relevant impacts and will be as accurate and as effective as possible. Therefore, we request comments or information from the public, other concerned governmental agencies, Native American tribes, the scientific community, industry, or any other interested parties concerning this proposed rule. We particularly seek comments concerning:

(1) The reasons why we should or should not designate habitat as "critical habitat" under section 4 of the Act, including whether there are threats to the species from human activity, the degree of which can be expected to increase due to the designation, and whether that increase in threats outweighs the benefit of designation such that the designation of critical habitat is not prudent.

(2) Specific information on:

(a) The amount and distribution of Gunnison sage-grouse habitat;

(b) What may constitute "physical or biological features essential to the conservation of the species," within the geographical range currently occupied by the species;

(c) Where these features are currently found;

(d) Whether any of these features may require special management considerations or protection;

(e) What areas, that were occupied at the time of listing (or are currently occupied) and that contain features essential to the conservation of the species, should be included in the designation and why; and

BLM_0071893

(f) What areas not occupied at the time of listing (or the present time) are essential for the conservation of the species and why.

(3) Land use designations and current or planned activities in the areas occupied by the species or proposed to be designated as critical habitat, and possible impacts of these activities on this species and proposed critical habitat.

(4) Information on the projected and reasonably likely impacts of climate change on the Gunnison sage-grouse and proposed critical habitat.

(5) Any foreseeable economic, national security, or other relevant impacts that may result from designating any areas that may be included in the final designation. We are particularly interested in any impacts on small entities, and the benefits of including or excluding areas from the proposed designation that are subject to these impacts.

(6) Whether any specific areas we are proposing for critical habitat designation should be considered for exclusion under section 4(b)(2) of the Act, and particularly whether the benefits of potentially excluding any specific area outweigh the benefits of including that area as set out in section 4(b)(2) of the Act. For instance, should the proposed designation exclude properties currently enrolled in the Gunnison sage-grouse Candidate Conservation Agreement with Assurances, properties under conservation easement, or properties held by conservation organizations, and why?

(7) Whether our approach to designating critical habitat could be improved or modified in any way to provide for greater public participation and understanding, or to assist us in accommodating public concerns and comments.

(8) The likelihood of adverse social reactions to the designation of critical habitat and how the consequences of such reactions, if likely to occur, would relate to the conservation and regulatory benefits of the proposed critical habitat designation.

Please include sufficient information with your submission (such as scientific journal articles or other publications) to allow us to verify any scientific or commercial information you include.

Please note that submissions merely stating support for or opposition to the action under consideration without providing supporting information, although noted, will not be considered in making a determination, as section 4(b)(2) of the Act directs that critical habitat designations be made based on

the best scientific data available and after consideration of economic and other relevant impacts.

You may submit your comments and materials concerning this proposed rule by one of the methods listed in the **ADDRESSES** section. We request that you send comments only by the methods described in the **ADDRESSES** section.

If you submit information via *http://www.regulations.gov,* your entire submission—including any personal identifying information—will be posted on the Web site. If your submission is made via a hardcopy that includes personal identifying information, you may request at the top of your document that we withhold this information from public review. However, we cannot guarantee that we will be able to do so. We will post all hardcopy submissions on *http://www.regulations.gov.* Please include sufficient information with your comments to allow us to verify any scientific or commercial information you include.

Comments and materials we receive, as well as supporting documentation we used in preparing this proposed rule, will be available for public inspection on *http://www.regulations.gov,* or by appointment, during normal business hours, at the U.S. Fish and Wildlife Service, Western Colorado Field Office (see **FOR FURTHER INFORMATION CONTACT**).

**Previous Federal Actions**

Elsewhere in today's **Federal Register**, we propose to list the Gunnison sage-grouse as an endangered species under the Endangered Species Act. Please see that proposed listing rule for a complete history of previous Federal actions.

On September 9, 2011, the U.S. District Court for the District of Columbia approved a settlement agreement laying out a multi-year listing work plan for addressing candidate species, including the Gunnison sage-grouse. As part of this agreement, the Service agreed to publish a proposed rule in the **Federal Register** on whether to list Gunnison sage-grouse and designate critical habitat by September 30, 2012. On August 13, 2012, the U.S. District Court for the District of Columbia modified the settlement agreement to extend this original deadline by 3 months, to December 30, 2012. The deadline for the final rule did not change and remains September 30, 2013. The request for an extension was made to allow more time to complete the proposed rule and more opportunity to engage with State and local governments, landowner groups, and other entities to discuss the conservation needs of the species. Accordingly, elsewhere in today's

**Federal Register**, we propose to list the Gunnison sage-grouse as an endangered species under the Endangered Species Act.

**Background**

For more information on Gunnison sage-grouse taxonomy, life history, habitat, and population descriptions and our proposal to list the species as an endangered species under the Act please, refer to the 12-month finding published September 28, 2010 (75 FR 59804) and the proposed rule to list the species as an endangered species that is published elsewhere in today's **Federal Register**.

Critical habitat is defined in section 3 of the Act as:

(1) The specific areas within the geographical area occupied by the species, at the time it is listed in accordance with the Act, on which are found those physical or biological features:

(a) Essential to the conservation of the species, and

(b) Which may require special management considerations or protection; and

(2) Specific areas outside the geographical area occupied by the species at the time it is listed, upon a determination that such areas are essential for the conservation of the species.

Conservation, as defined under section 3 of the Act, means to use and the use of all methods and procedures that are necessary to bring an endangered or threatened species to the point at which the measures provided pursuant to the Act are no longer necessary. Such methods and procedures include, but are not limited to, all activities associated with scientific resources management such as research, census, law enforcement, habitat acquisition and maintenance, propagation, live trapping, and transplantation, and, in the extraordinary case where population pressures within a given ecosystem cannot be otherwise relieved, may include regulated taking.

Critical habitat receives protection under section 7 of the Act through the requirement that Federal agencies ensure, in consultation with the Service, that any action they authorize, fund, or carry out is not likely to result in the destruction or adverse modification of critical habitat. The designation of critical habitat does not affect land ownership or establish a refuge, wilderness, reserve, preserve, or other conservation area. Such designation does not allow the government or public to access private lands. Such

BLM_0071894

designation does not require implementation of restoration, recovery, or enhancement measures by non-Federal landowners. Where a landowner seeks or requests Federal agency funding or authorization for an action that may affect a listed species or critical habitat, the consultation requirements of section 7(a)(2) would apply, but even in the event of a destruction or adverse modification finding, the obligation of the Federal action agency and the landowner is not to restore or recover the species, but to implement reasonable and prudent alternatives to avoid destruction or adverse modification of critical habitat.

Under the first prong of the Act's definition of critical habitat, areas within the geographic area occupied by the species at the time it was listed are included in a critical habitat designation if they contain physical or biological features (1) which are essential to the conservation of the species and (2) which may require special management considerations or protection. For these areas, critical habitat designations identify, to the extent known using the best scientific and commercial data available, those physical or biological features that are essential to the conservation of the species (such as space, food, cover, and protected habitat). In identifying those physical and biological features within an area, we focus on the principal biological or physical constituent elements (primary constituent elements such as roost sites, nesting grounds, seasonal wetlands, water quality, tide, soil type) that are essential to the conservation of the species. Primary constituent elements, (such as roost sites, nesting grounds, seasonal wetlands, water quality, tide, soil type), are the elements of physical or biological features that, when laid out in the appropriate quantity and spatial arrangement to provide for a species' life-history processes, are essential to the conservation of the species.

Under the second prong of the Act's definition of critical habitat, we can designate critical habitat in areas outside the geographic area occupied by the species at the time it is listed, upon a determination that such areas are essential for the conservation of the species. For example, an area formerly occupied by the species but that was not occupied at the time of listing may be essential to the conservation of the species and may be included in the critical habitat designation. We designate critical habitat in areas outside the geographic area occupied by a species only when a designation limited to its current range would be inadequate to ensure the conservation of the species.

Section 4(b) (2) of the Act requires that we designate critical habitat on the basis of the best scientific and commercial data available, as well as consideration of economic, national security and other relevant impacts. Further, our Policy on Information Standards Under the Endangered Species Act (published in the **Federal Register** on July 1, 1994 (59 FR 34271)), the Information Quality Act (section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Pub. L. 106–554; H.R. 5658)), and our associated Information Quality Guidelines, provide criteria, establish procedures, and provide guidance to ensure that our decisions are based on the best scientific data available. They require our biologists, to the extent consistent with the Act and with the use of the best scientific data available, to use primary and original sources of information as the basis for recommendations to designate critical habitat.

When we determine which areas should be designated as critical habitat, our primary source of information is generally the information developed during the listing process for the species. Additional information sources may include articles in peer-reviewed journals, conservation plans developed by States and counties, scientific status surveys and studies, biological assessments, or other unpublished materials and expert opinion or personal knowledge.

We recognize that critical habitat designated at a particular point in time may not include all of the habitat areas that we may later determine are necessary for the recovery of the species. For these reasons, a critical habitat designation does not signal that habitat outside the designated area is unimportant or may not be needed for recovery of the species. Areas that are important to the conservation of the species, both inside and outside the critical habitat designation, will continue to be subject to: (1) Conservation actions implemented under section 7(a)(1) of the Act; (2) regulatory protections afforded by the requirement in section 7(a)(2) of the Act for Federal agencies to insure their actions are not likely to jeopardize the continued existence of any endangered or threatened species; and (3) the prohibitions of section 9 of the Act if actions occurring in these areas may result in take of the species. Federally funded or permitted projects affecting listed species outside their designated critical habitat areas may still result in jeopardy findings in some cases. These protections and conservation tools will continue to contribute to recovery of this species. Similarly, critical habitat designations made on the basis of the best available information at the time of designation will not control the direction and substance of future recovery plans, habitat conservation plans (HCPs), or other species conservation planning efforts if new information available at the time of these planning efforts calls for a different outcome.

*Prudency Determination*

Section 4(a)(3) of the Act, as amended, and implementing regulations (50 CFR 424.12), require that, to the maximum extent prudent and determinable, the Secretary designate critical habitat at the time the species is determined to be endangered or threatened. Our regulations (50 CFR 424.12(a)(1)) state that the designation of critical habitat is not prudent when one or both of the following situations exist: (1) The species is threatened by taking or other human activity, and identification of critical habitat can be expected to increase the degree of threat to the species, or (2) such designation of critical habitat would not be beneficial to the species.

There is currently no imminent threat of take attributed to collection or vandalism according to the Factor B analysis in our proposed rule to list the Gunnison sage-grouse as endangered (published elsewhere in today's **Federal Register**), and identification and mapping of critical habitat is not expected to initiate any such threat. In the absence of finding that the designation of critical habitat would increase threats to a species, if there are any benefits to a critical habitat designation, then a prudent finding is warranted. Here, the potential benefits of designation include: (1) Triggering consultation under section 7 of the Act, in new areas for actions in which there may be a Federal nexus where it would not otherwise occur because, for example, it is or has become unoccupied or the occupancy is in question; (2) focusing conservation activities on the most essential features and areas; (3) providing educational benefits to State or county governments or private entities; and (4) preventing people from causing inadvertent harm to the species. Therefore, because we have determined that the designation of critical habitat will not likely increase the degree of threat to the species and may provide some measure of benefit, we find that designation of critical

BLM_0071895

habitat is prudent for the Gunnison sage-grouse.

*Critical Habitat Determinability*

Having determined that designation is prudent, under section 4(a)(3) of the Act we must find whether critical habitat for the species is determinable. Our regulations at 50 CFR 424.12(a)(2) state that critical habitat is not determinable when one or both of the following situations exist:

(i) Information sufficient to perform required analyses of the impacts of the designation is lacking, or

(ii) The biological needs of the species are not sufficiently well known to permit identification of an area as critical habitat. When critical habitat is not determinable, the Act allows the Service an additional year to publish a critical habitat designation (16 U.S.C. 1533(b)(6)(C)(ii)).

We reviewed the available information pertaining to the biological needs of the species and habitat characteristics where the species is located. This and other information represent the best scientific data available and led us to conclude that the designation of critical habitat is determinable for the Gunnison sage-grouse.

Physical and Biological Features

In accordance with section 3(5)(A)(i) and 4(b)(1)(A) of the Act and regulations at 50 CFR 424.12, in determining which areas within the geographical area occupied by the species at the time of listing to designate as critical habitat, we consider the physical and biological features essential to the conservation of the species and which may require special management considerations or protection. These include, but are not limited to:

(1) Space for individual and population growth and for normal behavior;

(2) Food, water, air, light, minerals, or other nutritional or physiological requirements;

(3) Cover or shelter;

(4) Sites for breeding, reproduction, or rearing (or development) of offspring; and

(5) Habitats that are protected from disturbance or are representative of the historical, geographical, and ecological distributions of a species.

We derive the specific physical and biological features required for Gunnison sage-grouse from studies of this species' habitat, ecology, and life history as described above in the proposed listing rule and in greater detail in the 12-month finding published September 28, 2010 (75 FR 59804), and information presented below. We have determined that the following physical and biological features are essential for Gunnison sage-grouse:

*Space for Individual and Population Growth and for Normal Behavior*

Gunnison sage-grouse require large, interconnected expanses of sagebrush plant communities that contain healthy understory composed primarily of native, herbaceous vegetation (Patterson 1952, p. 9; Knick *et al.* 2003, p. 623; Connelly *et al.* 2004, pp. 4–15; Knick and Connelly 2011, entire; Pyke 2011, p. 532; Wisdom *et al.* 2011, entire). Gunnison sage-grouse may use a variety of habitats throughout their life cycle, such as riparian meadows, riparian areas with a shrub component, agricultural lands, and steppe dominated by native grasses and forbs. However, Gunnison sage-grouse are considered sagebrush obligates (Patterson 1952, p. 42; Braun *et al.* 1976, p. 168; Schroeder *et al.* 1999, pp. 4–5; Connelly *et al.* 2000a, pp. 970–972; Connelly *et al.* 2004, p. 4–1), and the use of non-sagebrush habitats by sage-grouse is dependent on the presence of sagebrush habitats in close proximity (Connelly *et al.* 2004, p. 4–18 and references therein).

Gunnison sage-grouse move seasonally among various habitat types driven by breeding activities, nest and brood-rearing site requirements, seasonal changes in the availability of food resources, and response to weather conditions. In the 2005 Gunnison sage-grouse Rangewide Conservation Plan (RCP), annual Gunnison sage-grouse habitat use was categorized into three seasons: (1) Breeding, (2) summer–late fall, and (3) winter (Gunnison Sage-grouse Rangewide Steering Committee (GSRSC) 2005, pp. 27–31)). Sage-grouse exhibit strong site fidelity (loyalty to a particular area) to seasonal habitats, including breeding, nesting, brood-rearing, and wintering areas, even when a particular area may no longer be of value (Connelly *et al.* 2004, pp. 3–1). Adult sage-grouse rarely switch inter-annual use among these seasonal habitats once they have been selected (Berry and Eng 1985, pp. 238–240; Fischer *et al.* 1993, p. 1039; Young 1994, pp. 42–43; Root 2002, p. 12; Holloran and Anderson 2005, p. 749), limiting the species' adaptability to habitat changes.

The pattern and scale of Gunnison sage-grouse annual movements, and the degree to which a given habitat patch can fulfill the species' annual habitat needs, are dependent on the arrangement and quality of habitats across the landscape. Habitat structure and quality vary spatially over the landscape; therefore, some areas may provide habitat for a single season, while other areas may provide habitat for one or more seasons (GSRSC 2005, pp. 25–26). In addition, plant community dynamics and disturbance also result in a temporal component of habitat variability. Rangewide, fine-scale habitat structure data on which to delineate seasonal habitats currently does not exist. A spatially explicit nest site selection model developed for the Gunnison Basin by Aldridge *et al.* (2011, pp. entire) predicted the location of the best Gunnison sage-grouse nesting habitat. The total area of the predicted best nesting habitat (containing greater than 90 percent of an independent sample of nest locations) amounted to approximately half of the study area (Aldridge *et al.* 2011, p. 7). However, this model does not predict Gunnison sage-grouse seasonal habitat needs outside of the nesting season.

Gunnison sage-grouse make relatively large movements on an annual basis. Maximum Gunnison sage-grouse annual movements in relation to lek capture have been reported as 18.5 km (11.5 mi) (GSRSC 2005, p. J–3), and 17.3 km (10.7 mi) (Saher 2011, pers. comm.), and individual Gunnison sage-grouse location points can be up to 27.9 km (17.3 mi) apart within a given year (Root 2002, pp. 14–15). Individual Gunnison sage-grouse have been documented to move more than 56.3 km (35 mi) to wintering areas in the Gunnison Basin in Colorado (Phillips 2011, pers. comm.). While it is likely that some areas encompassed within these movement boundaries are used only briefly as movement areas, the extent of these movements demonstrate the large-scale annual habitat requirements of the species.

Therefore, based on the species' year-round reliance on sagebrush and the various seasonal habitat requirements discussed above, we identify sagebrush plant communities of sufficient size and configuration to encompass all seasonal habitats, including areas used to move between seasonal habitats, for a given population of Gunnison sage-grouse to be a physical or biological feature essential to the conservation of this species.

*Food, Water, Air, Light, Minerals, or Other Nutritional or Physiological Requirements*

Food resources used by Gunnison sage-grouse vary throughout the year because of seasonal changes in food availability and specific dietary requirements of breeding hens and

chicks. The diet of Gunnison sage-grouse is composed of nearly 100 percent sagebrush in the winter, while forbs, insects, and sagebrush are important dietary components during the remainder of the year (Wallestad *et al.* 1975, p. 21; Barnett and Crawford 1994, p. 117; Schroeder *et al.* 1999, p. 5; Young *et al.* 2000, p. 452).

Pre-laying hens are particularly dependent on forbs and the insects supported by native herbaceous understories (Drut *et al.* 1994, pp. 173–175). The Gunnison sage-grouse hen pre-laying period is from approximately late-March to early April. Pre-laying habitats for sage-grouse hens need to provide a diversity of vegetation including forbs that are rich in calcium, phosphorous, and protein to meet the nutritional needs of females during the egg development period (Barnett and Crawford 1994, p. 117; Connelly *et al.* 2000a, p. 970). During the pre-laying period, female sage-grouse select forbs that generally have higher amounts of calcium and crude protein than sagebrush (Barnett and Crawford 1994, p. 117).

Forbs and insects are essential nutritional components for sage-grouse chicks (Klebenow and Gray 1968, pp. 81–83; Peterson 1970, pp. 149–151; Johnson and Boyce 1991, p. 90; Connelly *et al.* 2004, p. 3–3). During the first 3 weeks after hatching, insects are the primary food of chicks (Patterson 1952, p. 201; Klebenow and Gray 1968, p. 81; Peterson 1970, pp. 150–151; Johnson and Boyce 1990, pp. 90–91; Johnson and Boyce 1991, p. 92; Drut *et al.* 1994, p. 93; Pyle and Crawford 1996, p. 320; Fischer *et al.* 1996a, p. 194). Diets of 4- to 8-week-old greater sage-grouse chicks were found to have more plant material as the chicks matured (Peterson 1970, p. 151). Succulent forbs are predominant in the diet until chicks exceed 3 months of age, at which time sagebrush becomes a major dietary component (Klebenow 1969, pp. 665–656; Connelly and Markham 1983, pp. 171–173; Fischer *et al.* 1996b, p. 871; Schroeder *et al.* 1999, p. 5).

Decreased availability of forbs corresponded to a decrease in the number of chicks per hen and brood size (Barnett and Crawford 1994, p. 117). Gunnison sage-grouse population dynamics appear to be most sensitive to female reproductive success and chick survival (GSRSC 2005, p. G–13). Therefore, habitats that support sagebrush vegetation as well as a vegetative understory composed of native grasses and forbs are essential to key demographic rates.

In most areas within the range of Gunnison sage-grouse, the herbaceous understory component of sagebrush plant communities typically dries out as summer progresses into fall. Habitats used by Gunnison sage-grouse in summer through late-fall are typically more mesic than surrounding habitats during this time of year (GSRSC 2005, p. 30). These areas are used primarily for foraging because they provide reliable sources of green, herbaceous vegetation when this resource is seasonally limited on the landscape. Specifically, these areas include: Riparian communities, springs, seeps, mesic meadows, or the margins of irrigated hay meadows and alfalfa fields (GSRSC 2005, p. 30). However, seasonal foraging habitats typically receive use by Gunnison sage-grouse only if they are within 50 m (165 ft.) of surrounding sagebrush plant communities (CSGWG 1997, p. 13).

In winter, greater and Gunnison sage-grouse diet is almost exclusively sagebrush (Rasmussen and Griner 1938, p. 855; Batterson and Morse 1948, p. 20; Patterson 1952, pp. 197–198; Wallestad *et al.* 1975, pp. 628–629; Young *et al.* 2000, p. 452). Various species of sagebrush can be consumed by sage-grouse (Remington and Braun 1985, pp. 1056–1057; Welch *et al.* 1988, p. 276, 1991; Myers 1992, p. 55). Habitats used by Gunnison sage-grouse during winter typically consist of 15 to 30 percent sagebrush cover, similar to those used by greater sage-grouse (Connelly *et al.* 2000a, p. 972; Young *et al.* 2000, p. 451). However, Gunnison sage-grouse may also use areas with more deciduous, non-sagebrush shrubs during the winter (Young *et al.* 2000, p. 451). In all suitable winter habitats, the height of sagebrush must be tall enough so that leaves are still exposed when wintering areas are largely covered with snow.

Based on the information above, we identify sagebrush plant communities that contain herbaceous vegetation consisting of a diversity and abundance of forbs, insects, and grasses, that fulfill all Gunnison sage-grouse seasonal dietary requirements, to be a physical or biological feature essential to the conservation of this species. We also identify as such features non-sagebrush habitats located adjacent to sagebrush plant communities that are used by Gunnison sage-grouse for foraging during seasonally dry periods. These habitats are generally more mesic than surrounding habitat, and include wet meadows, riparian areas, and irrigated pastures.

*Cover or Shelter*

Predation is the most commonly identified cause of direct mortality for sage-grouse during all life stages, and Gunnison sage-grouse require sagebrush and herbaceous vegetation yearlong for escape and hiding cover (Schroeder *et al.* 1999, p. 9; Connelly *et al.* 2000b, p. 228; GSGRC 2005, p. 138; Connelly *et al.* 2011, p. 66). Major predators of adult sage-grouse include many species including golden eagles (*Aquila chrysaetos*), red foxes (*Vulpes fulva*), and bobcats (*Felis rufus*) (Hartzler 1974, pp. 532–536; Schroeder *et al.* 1999, pp. 10–11; Schroeder and Baydack 2001, p. 25; Rowland and Wisdom 2002, p. 14; Hagen 2011, p. 97). Most raptor predation of sage-grouse is on juveniles and older age classes (GSRSC 2005, p. 135). Juvenile sage-grouse also are killed by common ravens (*Corvus corax*), badgers (*Taxidea taxus*), red foxes, coyotes (*Canis latrans*) and weasels (*Mustela* spp.) (Braun 1995, entire; Schroeder *et al.* 1999, p. 10). Nest predators include badgers, weasels, coyotes, common ravens, American crows (*Corvus brachyrhyncos*) and magpies (*Pica* spp.), elk (*Cervus canadensis*) (Holloran and Anderson 2003, p. 309), and domestic cows (*Bovus* spp.) (Coates *et al.* 2008, pp. 425–426). Ground squirrels (*Spermophilus* spp.) also have been identified as nest predators (Patterson 1952, p. 107; Schroeder *et al.* 1999, p. 10; Schroder and Baydack 2001, p. 25), but recent data show that they are physically incapable of puncturing eggs (Holloran and Anderson 2003, p. 309; Coates *et al.* 2008, p. 426; Hagen 2011, p. 97). Young (1994, p. 37) found the most common predators of Gunnison sage-grouse eggs were weasels, coyotes, and corvids.

Nest predation appears to be related to the amount of herbaceous cover surrounding the nest (Gregg *et al.* 1994, p. 164; Braun 1995, pp. 1–2; DeLong *et al.* 1995, p. 90; Braun 1998; Coggins 1998, p. 30; Connelly *et al.* 2000b, p. 975; Schroeder and Baydack 2001, p. 25; Coates and Delehanty 2008, p. 636). Females actively select nest sites with the presence of big sagebrush and grass and forb cover (Connelly *et al.* 2000, p. 971), and nesting success of greater sage-grouse is positively correlated with these qualities (Schroeder and Baydack 2001, p. 25; Hagen *et al.* 2007, p. 46). Likewise, reduced herbaceous cover for young chicks can increase their rate of predation (Schroeder and Baydack 2001, p. 27), and high shrub canopy cover at nest sites was related to lower levels of predation by visual predators, such as the common raven (Coates 2007, p. 148). However, herbaceous cover may not be effective in deterring olfactory predators such as badgers (Coates 2007, p. 149).

Gunnison sage-grouse nearly exclusively use sagebrush plant communities during the winter season

for thermal cover and to meet nutritional needs. Sagebrush stand selection in winter is influenced by snow depth (Patterson 1952, pp. 188–189; Connelly 1982 as cited in Connelly *et al.* 2000a, p. 980) and in some areas, topography (Beck 1977, p. 22; Crawford *et al.* 2004, p. 5). Winter sagebrush use areas are associated with drainages, ridges, or southwest aspects with slopes less than 15 percent (Beck 1977, p. 22). Lower flat areas and shorter sagebrush along ridge tops provide roosting areas. In extreme winter conditions, greater sage-grouse will spend nights and portions of the day burrowed into "snow burrows" (Back *et al.* 1987, p. 488), and we expect Gunnison sage-grouse to exhibit the same behavior. Hupp and Braun (1989, p. 825) found that most Gunnison sage-grouse feeding activity in the winter occurred in drainages and on slopes with south or west aspects in the Gunnison Basin. During a severe winter in the Gunnison Basin in 1984, less than 10 percent of the sagebrush was exposed above the snow and available to sage-grouse (Hupp, 1987, pp. 45–46). In these conditions, the tall and vigorous sagebrush typical in drainages was an especially important food source.

Therefore, based on the information above, we identify sagebrush plant communities consisting of adequate shrub and herbaceous structure to provide year-round escape and hiding cover, as well as areas that provide concealment of nests and broods during the breeding season, and winter season thermal cover to be a physical or biological feature essential to the conservation of this species. Quantitative information on cover can be found in the Primary Constituent Elements for Gunnison Sage-Grouse section below.

*Sites for Breeding, Reproduction, or Rearing (or Development) of Offspring*

Lek Sites—Lek sites (communal breeding areas) can be located on areas of bare soil, wind-swept ridges, exposed knolls, low sagebrush, meadows, and other relatively open sites with good visibility and low vegetation structure (Connelly *et al.* 1981, pp. 153–154; Gates 1985, pp. 219–221; Klott and Lindzey 1989, pp. 276–277; Connelly *et al.* 2004, p. 3–7 and references therein). In addition, leks are usually located on flat to gently sloping areas of less than 15 percent grade (Patterson 1952, p. 83; Giezentanner and Clark 1974, p. 218; Wallestad 1975, p. 17; Autenrieth 1981, p. 13). Leks are often surrounded by denser shrub-steppe cover, which is used for escape, and thermal and feeding cover. Leks can be formed

opportunistically at any appropriate site within or adjacent to nesting habitat (Connelly *et al.* 2000a, p. 970). Lek habitat availability is not considered to be a limiting factor for sage-grouse (Schroeder 1997, p. 939). However, adult male sage-grouse demonstrate strong yearly fidelity to lek sites (Patterson 1952, p. 91; Dalke 1963 *et al.,* pp. 817–818), and some Gunnison sage-grouse leks have been used since the 1950s (Rogers 1964, pp. 35–40).

Nesting Habitat—Gunnison sage-grouse typically select nest sites under sagebrush cover with some forb and grass cover (Young 1994, p. 38), and successful nests were found in higher shrub density and greater forb and grass cover than unsuccessful nests (Young 1994, p. 39). The understory of productive sage-grouse nesting areas contains native grasses and forbs, with horizontal and vertical structural diversity that provides an insect prey base, herbaceous forage for pre-laying and nesting hens, and cover for the hen while she is incubating (Schroeder *et al.* 1999, p. 11; Connelly *et al.* 2000a, p. 971; Connelly *et al.* 2004, pp. 4–5—4–8). Shrub canopy and grass cover provide concealment for sage-grouse nests and young and are critical for reproductive success (Barnett and Crawford 1994, pp. 116–117; Gregg *et al.* 1994, pp. 164–165; DeLong *et al.* 1995, pp. 90–91; Connelly *et al.* 2004, p. 4–4). Few herbaceous plants are growing in April when nesting begins, so residual herbaceous cover from the previous growing season is critical for nest concealment in most areas (Connelly *et al.* 2000a, p. 977).

Nesting success for Gunnison sage-grouse is highest in areas where forb and grass covers are found below a sagebrush canopy cover of 15 to 30 percent (Young *et al.* 2000, p. 451). These numbers are comparable to those reported for the greater sage-grouse (Connelly *et al.* 2000a, p. 971). Nest success for greater sage-grouse is greatest where grass cover is present (Connelly *et al.* 2000a, p. 971). Because of the similarities between these two species, we believe that increased nest success in areas of forb and grass cover below the appropriate sagebrush canopy cover is likely the case for Gunnison sage-grouse as well.

Female Gunnison sage-grouse exhibit strong fidelity to nesting locations (Young 1994, p. 42; Lyon 2000, p. 20; Connelly *et al.* 2004, p. 4–5; Holloran and Anderson 2005, p. 747). The degree of fidelity to a specific nesting area appears to diminish if the female's first nest attempt in that area was unsuccessful (Young 1994, p. 42). However, movement to new nesting

areas does not necessarily result in increased nesting success (Connelly *et al.* 2004, p. 3–6; Holloran and Anderson 2005, p. 748).

Brood-rearing Habitat—Early brood-rearing habitat is found close to nest sites (Connelly *et al.* 2000a, p. 971, although individual females with broods may move large distances (Connelly 1982, as cited in Connelly *et al.* 2000a, p. 971). Young (1994, pp. 41–42) found that Gunnison sage-grouse with broods used areas with lower slopes than nesting areas, high grass and forb cover, and relatively low sagebrush cover and density. Broods frequently used the edges of hay meadows, but were often flushed from areas found in interfaces of wet meadows and habitats providing more cover, such as sagebrush or willow-alder (*Salix-Alnus*). By late summer and into the early fall, the birds move from riparian areas to mesic sagebrush plant communities that continue to provide green forbs. During this period, Gunnison sage-grouse can be observed in atypical habitat such as agricultural fields (Commons 1997, pp. 79–81). However, broods in the Gunnison Basin typically do not use hay meadows further away than 50 m (165 ft) from the edge of adjacent sagebrush stands (CSGWG 1997, p. 13).

Therefore, based on the information above, we identify sagebrush plant communities with the appropriate shrub and herbaceous vegetation structure to meet all the needs for all Gunnison sage-grouse reproductive activities (including lekking, nesting, and brood-rearing) to be a physical or biological feature essential to the conservation of this species.

Habitats Protected From Disturbance or Representative of the Historical, Geographical, and Ecological Distributions of the Species

Gunnison sage-grouse historically occurred in southwestern Colorado, northwestern New Mexico, northeastern Arizona, and southeastern Utah (Schroeder *et al.* 2004, pp. 370–371). The maximum Gunnison sage-grouse historical (presettlement) range is estimated to have been approximately 5,534,805 ha (13,676,800 ac) (GSRSC 2005, p. 32); however, only a portion of the historical range would have been occupied at any one time. The current occupied range of Gunnison sage-grouse is approximately 379,464 ha (937,676 ac) in southwestern Colorado and southeastern Utah (CDOW 2009b, p. 1; GSRSC 2005, p. 81). The estimated 93 percent of sagebrush habitat within the presettlement range of the Gunnison sage-grouse had been lost prior to 1960. The majority of the remaining habitat is

highly fragmented, although to a lesser extent in the Gunnison Basin than in the remainder of the species' range.

The occupied sagebrush plant communities that are proposed for designation contain physical and biological features that are representative of the historic and geographical distribution of the Gunnison sage-grouse. The unoccupied sagebrush plant communities that are proposed for designation were all likely historically occupied (GSRSC 2005, pp. 32–33) and can allow for the expansion of the current geographic distribution of the species as well as facilitate movements among populations. The extremely limited extent of sagebrush habitat throughout the current range of the species, but especially in the six smaller populations (see the Background section of our proposed listing rule to list the Gunnison sage-grouse as endangered, which is published elsewhere in today's **Federal Register**), is a significant factor in causing us to propose areas beyond those that are currently occupied for critical habitat designation.

Primary Constituent Elements for Gunnison Sage-Grouse

Under the Act and its implementing regulations, we are required to identify the physical and biological features essential to the conservation of Gunnison sage-grouse areas occupied at the time of listing, focusing on the features' primary constituent elements (PCEs). We consider primary constituent elements to be the elements of physical and biological features that, when laid out in the appropriate quantity and spatial arrangement to provide for a species' life-history processes, are essential to the conservation of the species.

We only consider those areas as critical habitat if they meet the "Landscape-scale Primary Constituent Element" (PCE 1) because small, isolated patches of sagebrush do not support Gunnison sage-grouse. If an area meets the landscape scale requirement, then a particular site is considered critical habitat if it contains one or more of the "Site-scale Primary Constituent Elements" (PCEs 2–5).

For the "Site-scale Primary Constituent Elements" (PCEs 2–5), we adopt the values from the 2005 RCP (GSRSC 2005, Appendix H and references therein). The 2005 RCP provides structural habitat values developed using only Gunnison sage-grouse habitat use data from various Gunnison sage-grouse populations in all seasonal habitats (GSRSC 2005, p. H–2). Source data includes structural

vegetation data collected in the breeding season (Young 1994, Apa 2004), summer-fall (Young 1994, Woods and Braun 1995, Commons 1997, Apa 2004), and winter (Hupp 1987). In addition, these structural habitat values are specific to the Colorado Plateau floristic province and reflect the understory structure and composition specific to the range of Gunnison sage-grouse (GSRSC 2005, p. H–2). As such, these values are based on the most current and comprehensive, rangewide assessment of Gunnison sage-grouse habitat structure. We consider an area critical habitat if its average vegetation values are within the values for the majority of structural categories for any given PCE (Tables 1 and 2).

Based on our current knowledge of the physical or biological features and habitat characteristics required to sustain the species' life-history processes, we determine that the primary constituent elements specific to Gunnison sage-grouse are:

Landscape-Scale Primary Constituent Element

Primary Constituent Element 1— Areas with vegetation composed primarily of sagebrush plant communities (at least 25 percent of primarily sagebrush land cover within a 1.5-km (0.9-mi) radius of any given location), of sufficient size and configuration to encompass all seasonal habitats for a given population of Gunnison sage-grouse, and facilitate movements within and among populations.

Site-Scale Primary Constituent Elements

Primary Constituent Element 2— Breeding habitat composed of sagebrush plant communities with structural characteristics within the ranges described in Table 1, below. Habitat structure values are average values over a project area.

TABLE 1—GUNNISON SAGE-GROUSE STRUCTURAL GUIDELINES FOR BREEDING HABITAT.

| Vegetation variable | Amount of occurrence in the habitat |
|---|---|
| Sagebrush Canopy Cover ... | 10–25 percent |
| Non-sagebrush Canopy Cover. | 5–15 percent |
| Total Shrub Canopy Cover | 15–40 percent |
| Sagebrush Height ............... | 25–50 cm. (9.8–19.7 in.) |
| Grass Cover ........................ | 10–40 percent |
| Forb Cover ......................... | 5–40 percent |
| Grass Height ...................... | 10–15 cm. (3.9–5.9 in.) |
| Forb Height ........................ | 5–15 cm |

TABLE 1—GUNNISON SAGE-GROUSE STRUCTURAL GUIDELINES FOR BREEDING HABITAT.—Continued

| Vegetation variable | Amount of occurrence in the habitat |
|---|---|
| | (2.0–5.9 in) |

Primary Constituent Element 3— Summer-late fall habitat composed of sagebrush plant communities with structural characteristics within the ranges described in Table 2, below. Habitat structure values are average values over a project area.

TABLE 2—GUNNISON SAGE-GROUSE STRUCTURAL GUIDELINES FOR SUMMER-LATE FALL HABITAT.

| Vegetation variable | Amount of occurrence in the habitat |
|---|---|
| Sagebrush Canopy Cover. | 5–20 percent |
| Non-sagebrush Canopy Cover. | 5–15 percent |
| Total Shrub Canopy Cover. | 10–35 percent |
| Sagebrush Height ........ | 25–50 cm (9.8–19.7 in) |
| Grass Cover ................. | 10–35 percent |
| Forb Cover ................... | 5–35 percent |
| Grass Height ................ | 10–15 cm (3.9–5.9 in) |
| Forb Height .................. | 3–10 cm (1.2–3.9 in) |

Primary Constituent Element 4— Winter habitat composed of sagebrush plant communities with sagebrush canopy cover between 30 to 40 percent and sagebrush height of 40 to 55 cm (15.8 to 21.7 in). These habitat structure values are average values over a project area.

Primary Constituent Element 5— Alternative, mesic habitats used primarily in the summer-late fall season.

*Special Management Considerations or Protection*

When designating critical habitat, we assess whether the specific areas within the geographical area occupied by the species at the time of listing contain features which are essential to the conservation of the species and which may require special management considerations or protection. All areas proposed for designation as critical habitat as described below may require some level of management to address the current and future threats to the physical and biological features essential to the conservation of Gunnison sage-grouse. In all of the described units, special management

may be required to ensure that the habitat is able to provide for the biological needs of the species.

A detailed discussion of the current and foreseeable threats to Gunnison sage-grouse can be found in the proposed listing rule to list the species as endangered, which is published elsewhere in today's **Federal Register**, in the section entitled *Summary of Factors Affecting the Species*. In general, the features essential to the conservation of Gunnison sage-grouse may require special management considerations or protection to reduce the following individual threats and their interactions: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators; improper grazing management, the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; and other activities that result in the loss or degradation of sagebrush plant communities. The largest, overarching threat to Gunnison sage-grouse is habitat fragmentation. The aforementioned activities will require special management consideration not only for the direct effects of the activities on the birds' habitat and behavior, but also for their indirect effects and how they are cumulatively and individually increasing habitat fragmentation.

Special management considerations or protection may be required within areas we are proposing as critical habitat to address these threats. Based on our analysis of threats to Gunnison sage-grouse, management activities that could ameliorate these threats include, but are not limited to: Comprehensive land-use planning and implementation that prevents a net decrease in the extent and quality of Gunnison sage-grouse habitat through the prioritization and protection of habitats and monitoring; protection of lands by fee title acquisition or the establishment of permanent conservation easements; management of recreational use to minimize direct disturbance and habitat loss; invasive weed and invasive native plant species control activities; management of domestic and wild ungulate use so that overall habitat meets or exceeds Gunnison sage-grouse structural habitat guidelines; monitoring and management of predator communities; coordinated and monitored habitat restoration or improvement projects; and implementation of wild fire suppression, particularly in Wyoming

big sagebrush plant associations. In some cases, continuing ongoing land management practices may be appropriate and beneficial for Gunnison sage-grouse. For instance, continued irrigation and maintenance of hay and alfalfa fields on private lands near sagebrush habitats may help provide or enhance brood-rearing, mesic habitats for Gunnison sage-grouse. The Service acknowledges the ongoing and proposed conservation efforts of all entities across the range of the Gunnison sage-grouse, such as the Sage Grouse Initiative that is led by the Natural Resources Conservation Service and incorporates many partners to implement conservation actions. The Service is conferencing with Federal agencies to insure a seamless continuation of conservation practices if the species is listed and critical habitat is designated.

Such special management activities may be required to protect the physical and biological features and support the conservation of the species by preventing or reducing the loss, degradation, and fragmentation of sagebrush landscapes. Additionally, management of critical habitat lands can increase the amount of suitable habitat and enhance connectivity among Gunnison sage-grouse populations through the restoration of areas that were previously composed of sagebrush plant communities. The limited extent of sagebrush habitats throughout the species' current range emphasizes the need for additional habitat for the species to be able to expand into, as well as adjust to changes in habitat availability that may result from climate change, along with habitat needed to survive and recover.

*Criteria Used To Identify Proposed Critical Habitat*

As required by section 4(b)(2) of the Act, we used the best scientific data available to propose critical habitat. We reviewed available information pertaining to the habitat requirements of the species. In accordance with the Act and its implementing regulation at 50 CFR 424.12(e), we considered whether designating additional areas—outside those currently occupied as well as those occupied at the time of listing—are necessary to ensure the conservation of the species. As a result of this analysis we are proposing to designate critical habitat in areas within the geographical area occupied by the species at the time of listing. We also are proposing to designate specific areas outside the geographical area occupied by the species at the time of listing (or at the current time), and areas that were historically occupied but are presently

unoccupied, because such areas are essential for the conservation of the species.

We based our identification of lands that contain features essential to the conservation of Gunnison sage-grouse on polygons delineated and defined by Colorado Parks and Wildlife (CPW) and the Utah Division of Wildlife Resources (UDWR) the CPW and UDWR as part of the 2005 RCP Habitat Mapping project (GSRSC 2005, p. 54). Gunnison sage-grouse polygons mapped in the 2005 RCP were derived from a combination of telemetry locations, sightings of sage-grouse or sage-grouse sign, local biological expertise, GIS analysis, or other data sources (GSRSC 2005, p. 54; CDOW 2009e, p. 1). We consider polygons designated as "occupied habitat" (GSRSC 2005, p. 54) to be the area occupied by Gunnison sage-grouse at the time of the listing (or at the current time). No males have been observed since 2002 on the Sims Mesa lek, which is located in the Sims Mesa portion of the Cimarron-Cerro Summit-Sims Mesa population, (see the Background section of our proposed listing rule to list the Gunnison sage-grouse as endangered, which is published elsewhere in today's **Federal Register**), and it is likely that this subpopulation has been extirpated (CDOW 2009b, p. 43). However, this lek has been inactive for less than ten years and is not officially designated as historic according to CPW standards (CDOW 2009d, p. 7). Therefore, we consider this area to be currently occupied in this proposal.

The 2005 RCP also defined two other habitat categories, "potential habitat," and "vacant or unknown habitat" (GSRSC 2005, p. 54). Potential habitat is defined as "unoccupied habitats that could be suitable for occupation of sage-grouse if practical restoration were applied," and is most commonly former sagebrush areas overtaken by piñon-juniper woodlands. The vacant or unknown habitat category is defined as "suitable habitat for sage-grouse that is separated (not contiguous) from occupied habitats that either (1) has not been adequately inventoried, or (2) has not had documentation of grouse presence in the past 10 years." These vacant or unknown areas include habitats that contain features essential for the conservation of the species and are currently considered suitable for use by Gunnison sage-grouse or areas where ecological site potential suggest that sagebrush plant associations could occur if practical restoration were applied. The latter situation is most commonly in areas where piñon-juniper

vegetation has expanded from presettlement distributions.

Because we lack the detailed habitat data throughout the range of the species, we used the "potential" and "vacant or unknown" habitat polygons as the first criteria for our determination of unoccupied areas that contain features essential for the conservation of Gunnison sage-grouse. We further refined our determination of which unoccupied areas should be designated as critical habitat based on: (1) Adjacency or proximity to currently occupied habitat; (2) ability to provide for connectivity between and within populations; and (3) size of area of vegetation composed primarily of sagebrush plant communities. We limited our consideration of unoccupied areas to those within the potential presettlement habitat of Gunnison sage-grouse as mapped by Schroeder *et al.* in 2004 and modified in Colorado in the 2005 RCP. We considered unoccupied areas as proposed critical habitat if they are located within approximately 18.5 km (11.5 mi) of occupied habitat based on typical sage-grouse movement distances (Connelly 2000, p. 978; GSRSC 2005, p. J–5) because these areas have the highest likelihood of receiving Gunnison sage-grouse use and potential for occupied habitat expansion. In addition, Knick and Hanser (2011, p. 404) believe that isolated patches of suitable habitats within 18 km (11.2 mi) could provide connectivity among populations. We lack information on how sage-grouse move through landscapes (Knick and Hanser 2011, p. 402). Therefore, we evaluated connectivity potential by visual identification of areas that support a high proportion of sagebrush or shrub cover located along the shortest path between occupied population areas and areas located between occupied subpopulations.

Sage-grouse population persistence or extirpation is associated with the amount of sagebrush habitat at large spatial scales (Knick and Connelly 2011, entire). Aldridge *et al.* (2008, pp. 989–990) reported that at least 25 percent sagebrush cover within a 30 km (18.6 mi) radius scale was needed for long-term sage-grouse persistence, whereas Wisdom *et al.* (2011, pp. 465–467) showed that areas with at least 27 percent sagebrush cover within a 18 km (11.2 mi) radius scale had a higher probability of population persistence. No particular spatial scale has been determined to best evaluate sage-grouse suitability. Therefore, we evaluated the ability of unoccupied areas to potentially provide for the landscape-scale habitat needs of Gunnison sage-

grouse by identifying areas of large size with a high degree of sagebrush cover at several spatial scales. We used moving windows (ESRI "Neighborhood analysis" Tool) applied to sagebrush landcover types isolated from the SWReGAP land cover raster dataset (USGS 2004, entire). We visually assessed the amount of sagebrush at 54 km, 18 km, 5 km, and 1.5 km radii scales (33.6 mi, 11.2 mi, 3.1 mi, and 0.9 mi, respectively) to locate areas where the landscape is dominated by sagebrush land cover.

The application of a linear model presented in the 2005 RCP that analyzed the relationship between the mean high count of males on leks and the amount of available habitat of "average quality" in each Gunnison sage-grouse population (GSRSC 2005, p. 197) predicts a habitat area in excess of 100,000 acres is needed to support a population of 500 birds. In the absence of habitat loss, inbreeding depression, and disease, population viability modeling for Gunnison sage-grouse predicted that individual populations greater than 500 birds may be viable (have a low probability of extinction) over a 50-year time period (GSRSC 2005, p. 170). These data suggest that an individual habitat patch, or the cumulative area of two or more smaller habitat patches in close proximity, may need to be in excess of 40,469 ha (100,000 ac) to support a viable population of Gunnison sage-grouse. This model does not take into account the inherent variance in habitat structure and quality over the landscape, and detailed habitat structure and quality data are lacking. As a result we consider the estimated minimum habitat area to be an approximate value.

As described in more detail in the proposed listing rule for the Gunnison sage-grouse, which is published elsewhere in today's **Federal Register**, there are currently seven populations of this species: (1) Monticello-Dove Creek; (2) Piñon Mesa; (3) San Miguel Basin; (4) Cerro Summit-Cimarron-Sims Mesa; (5) Crawford; (6) Gunnison Basin; and (7) Poncha Pass. The currently occupied habitat area for four of these populations,the currently occupied habitat area for the Piñon Mesa, Cerro Summit-Cimarron-Sims Mesa, Crawford, and Poncha Pass populations, which range in size from 8,262 (ha) (20,415 ac) to 15,744 ha (38,904 ac), are thus smaller than the model's predicted minimum required area. The currently occupied habitat area in two other populations, the Monticello-Dove Creek and the San Miguel Basin populations is 45,275 ha (111,877 ac) and 41,022 ha

(101,368 ac), respectively. These areas only slightly exceed the model predicted minimum required area. While correlative in nature, altogether, these data suggest that the currently occupied habitat area for four populations is insufficient for long-term population viability, and may be minimally adequate for two populations.

With the exception of the Gunnison Basin population area, proposed critical habitat units (CHUs) for Gunnison sage-grouse collectively contain relatively small, and in some cases, isolated, populations of the species. Thus, we believe all currently occupied areas, as well as some currently unoccupied areas, proposed as critical habitat are essential for the persistence and conservation of the Gunnison sage-grouse and help to meet the landscape-scale habitat criteria set forth above. The best available information indicates that, with proper protection and management, the proposed CHUs are sufficient to provide for the conservation of the species.

When determining proposed critical habitat boundaries, we made every effort to avoid including developed areas such as lands covered by buildings, pavement, and other man-made structures because such lands lack physical and biological features necessary for Gunnison sage-grouse. The scale of the maps we prepared under the parameters for publication within the Code of Federal Regulations may not reflect the exclusion of such developed sites. Any such lands inadvertently left inside critical habitat boundaries shown on the maps of this proposed rule have been excluded by text in the proposed rule and are not proposed for designation as critical habitat. Therefore, if the critical habitat is finalized as proposed, a Federal action involving these lands would not trigger section 7 consultation with respect to critical habitat and the requirement of no adverse modification unless the specific action would affect the physical and biological features in the adjacent critical habitat.

We are proposing for designation as critical habitat lands that we have determined are occupied at the time of listing and contain sufficient elements of physical and biological features to support life-history processes essential to the conservation of the species. We are also proposing lands outside of the geographical area occupied at the time of listing that we have determined are essential for the conservation of Gunnison sage-grouse.

Units were proposed for designation based on sufficient elements of physical

and biological features being present to support Gunnison sage-grouse life-history processes. All units individually contain all of the identified elements of physical and biological features, and each unit as a whole supports multiple life-history processes.

The proposed critical habitat designation is defined by the map or maps, as modified by any accompanying regulatory text, presented at the end of this document in the rule portion. We include more detailed information on the boundaries of the critical habitat designation in the preamble of this document. We will make the coordinates or plot points or both on which each map is based available to the public on *http://www.regulations.gov* at Docket No. FWS–R6–ES–2011–0111, on our Internet sites [*http://www.fws.gov/coloradoes/*], and at the field office responsible for the designation (see **FOR FURTHER INFORMATION CONTACT** above).

### Proposed Critical Habitat Designation

We are proposing seven units as critical habitat for Gunnison sage-grouse. The critical habitat areas we describe below constitute our current best assessment of areas that meet the definition of critical habitat for Gunnison sage-grouse. The seven units we propose as critical habitat correspond to the seven Gunnison sage-grouse populations, which include: (1) Monticello-Dove Creek, (2) Piñon Mesa (3) San Miguel Basin, (4) Cerro Summit-Cimarron-Sims Mesa, (5) Crawford, (6) Gunnison Basin, and (7) Poncha Pass. For the Cerro Summit-Cimarron-Sims Mesa, Crawford, and Poncha Pass Units, our designation includes all available habitat to the species. We consider approximately 55 percent of the area within the seven units as currently occupied and 45 percent as currently unoccupied. Table 3 shows the occupancy status of each individual unit. Table 4 shows the generalized ownership within each unit.

BILLING CODE 4310–55–P

TABLE 3. Size and current occupancy status of Gunnison sage-grouse proposed critical habitat units. [Area estimates reflect all land within critical habitat unit boundaries.]

| Unit Name | Acres | Hectares | Percent of All Units | Occupied? | Acres | Hectares | Percent of Individual Unit | Percent of All Units |
|---|---|---|---|---|---|---|---|---|
| Monticello-Dove Creek | 348,353 | 140,973 | 20.4 | Yes | 111,945 | 45,303 | 32.1 | 6.6 |
| | | | | No | 236,408 | 95,671 | 67.9 | 13.9 |
| Piñon Mesa | 245,179 | 99,220 | 14.4 | Yes | 38,905 | 15,744 | 15.9 | 2.3 |
| | | | | No | 206,274 | 83,476 | 84.1 | 12.1 |
| San Miguel Basin | 165,769 | 67,084 | 9.7 | Yes | 101,371 | 41,023 | 61.2 | 5.9 |
| | | | | No | 64,398 | 26,061 | 38.8 | 3.8 |
| Cerro Summit-Cimarron-Sims Mesa | 62,708 | 25,377 | 3.7 | Yes | 37,161 | 15,038 | 59.3 | 2.2 |
| | | | | No | 25,547 | 10,339 | 40.7 | 1.5 |
| Crawford | 97,123 | 39,304 | 5.7 | Yes | 35,015 | 14,170 | 36.1 | 2.1 |
| | | | | No | 62,108 | 25,134 | 63.9 | 3.6 |
| Gunnison Basin | 736,802 | 298,173 | 43.2 | Yes | 592,952 | 239,959 | 80.5 | 34.8 |
| | | | | No | 143,850 | 58,214 | 19.5 | 8.4 |
| Poncha Pass | 48,292 | 19,543 | 2.8 | Yes | 20,416 | 8,262 | 42.3 | 1.2 |
| | | | | No | 27,877 | 11,281 | 57.7 | 1.6 |
| Totals | 1,704,227 | 689,675 | 100.0 | | 1,704,227 | 689,675 | 100.0 | 100.0 |

Note: Area sizes may not sum due to rounding.

BLM_0071903

BILLING CODE 4310-55-C

Federal Register / Vol. 78, No. 8 / Friday, January 11, 2013 / Proposed Rules

TABLE 4.  Occupancy status and grouped ownership of Gunnison sage-grouse proposed critical habitat units.  [Area estimates reflect all land within critical habitat unit boundaries.]

| Population | Occupied? | Federal | | | State | | | City and County | | | Private | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Acres | Hectares | Percent | Acres | Hectares | Percent | Acres | Hectares | Percent | Acres | Hectares | Percent |
| Monticello- | Yes | 7,958 | 3,221 | 7.1 | 3,285 | 1,329 | 2.9 | | | | 100,702 | 40,753 | 90.0 |
| Dove | No | 36,084 | 14,603 | 15.3 | 5 | 2 | 0.0 | | | | 200,318 | 81,066 | 84.7 |
| Piñon | Yes | 11,622 | 4,703 | 29.9 | | | | | | | 27,283 | 11,041 | 70.1 |
| Mesa | No | 141,926 | 57,435 | 68.8 | 73 | 30 | 0.0 | | | | 64,275 | 26,011 | 31.2 |
| San | Yes | 37,282 | 15,087 | 36.8 | 14,598 | 5,908 | 14.4 | | | | 49,492 | 20,029 | 48.8 |
| Miguel | No | 18,555 | 7,509 | 28.8 | | | | | | | 45,843 | 18,552 | 71.2 |
| Cerro | Yes | 4,876 | 1,973 | 13.1 | 4,066 | 1,645 | 10.9 | | | | 28,218 | 11,420 | 75.9 |
| Summit- | No | 5,430 | 2,198 | 21.3 | | | | | | | 20,117 | 8,141 | 78.7 |
| Crawford | Yes | 26,534 | 10,738 | 75.2 | | | | | | | 8,481 | 3,432 | 24.0 |
| | No | 17,557 | 7,105 | 28.7 | | | | | | | 44,552 | 18,029 | 72.1 |
| Gunnison | Yes | 399,829 | 161,805 | 67.4 | 14,541 | 5,885 | 2.5 | 52 | 21 | 0.0 | 178,531 | 72,249 | 30.1 |
| Basin | No | 86,823 | 35,136 | 60.4 | 414 | 167 | 0.3 | | | | 56,614 | 22,911 | 39.4 |
| Poncha | Yes | 15,144 | 6,128 | 74.2 | 479 | 194 | 2.3 | | | | 4,792 | 1,939 | 23.5 |
| Pass | No | 15,143 | 6,128 | 54.3 | 1,605 | 650 | 5.8 | | | | 11,128 | 4,504 | 39.9 |
| Totals | | 824,765 | 333,770 | 48.4 | 39,066 | 15,810 | 2.3 | 52 | 21 | 0.0 | 840,345 | 340,075 | 49.3 |

Note: Area sizes may not sum due to rounding.

We present below a general description for all of the proposed units, followed by brief descriptions of each individual unit, and reasons why they meet the definition of critical habitat for Gunnison sage-grouse.

*Unit Descriptions*

All units were likely historically occupied by Gunnison sage-grouse. As discussed above, we believe that all lands proposed as critical habitat are essential to the conservation of the Gunnison sage-grouse for the following reasons:

(1) The loss of sagebrush habitats within the potential presettlement range of Gunnison sage-grouse is associated with a substantial reduction in the species range.

(2) Population estimates and population trends for six of seven Gunnison sage-grouse populations (with the exception of the Gunnison Basin population) are declining (CDOW 2010a, pp. 1–3). These populations are currently geographically isolated and may have an effective population size small enough to induce inbreeding depression (as discussed under Factor E of our proposed rule to list the Gunnison sage-grouse as endangered, which is published elsewhere in today's **Federal Register**) and loss of adaptive potential, with the assumption that these populations are exhibiting similar demography to the San Miguel population because we only have detailed demography information for this population (Stiver *et al.* 2008, p. 479).

(3) Existing small populations are at higher risk of extirpation due to stochastic events.

(4) Currently occupied habitat area for six of the seven populations (with the exception of the Gunnison Basin population) may be less than the minimum amount of habitat necessary for the long-term viability of each population.

Designation of critical habitat limited to the Gunnison sage-grouse's present range would be inadequate to ensure the conservation of the species. We are proposing areas historically occupied, but not known to be currently occupied, for the following reasons:

(1) Current population sizes of the six smaller Gunnison sage-grouse populations are at such low levels, they must increase in order to ensure long-term survival (GSRSC 2005, p. G–22). While the occupied portions of the proposed units provide habitat for current populations, currently unoccupied areas will provide habitat for population expansion either through natural means, or by reintroduction,

thus reducing threats due to naturally occurring events.

(2) Population expansion either through natural means or by reintroduction into the units is necessary to increase the long-term viability and decrease the risk of extirpation of the populations through stochastic events, such as fires or drought, as the current, isolated populations are each at high risk of extirpation from such stochastic events (GSRSC 2005, p. G–22), particularly because of their small sizes and restricted ranges.

(3) Unoccupied portions of units decrease the geographic isolation of the current geographic distribution of the Gunnison sage-grouse, or *i.e.,* increase the connectivity between habitat that is known to be currently occupied.

(4) Unoccupied portions of units are in areas that were occupied in the near past and are located within the historical range of the species such that they will serve as corridors, or movement areas, between currently occupied sites. Most proposed unoccupied subunits lie within 18.5 km of an occupied area.

(5) All of the unoccupied portions of the proposed critical habitat units contain one or more of the primary constituent elements essential for the conservation of the Gunnison sage-grouse. We based this determination on information in the 2005 RCP (GSRSC 2005, p. 54).

*Unit 1: Monticello—Dove Creek*

Unit 1, the Monticello—Dove Creek Unit, consists of 140,973 ha (348,353 ac) of Federal, State, and private lands in San Juan County, Utah; and Montrose, San Miguel, and Dolores Counties, Colorado. Approximately 17,823 ha (44,043 ac) (12.6 percent) of the land area within the unit is managed by Federal agencies, 1,331 ha (3,290 ac) (0.9 percent) is owned by the State of Colorado and the State of Utah, and the remaining 301,019 ha (121,818 ac) (86.4 percent) is comprised of private lands. Within the Dove Creek, Colorado, portion of the unit, protected lands (via easement or landownership by a conservation organization) occur on 330 ha (815 ac) of private lands within the occupied portion of the unit (CPW 2011c, p. 11; CPW 2012b, p. 6), and no lands are included under the Gunnison sage-grouse CCAA. We consider 45,303 ha (111,945 ac) within this unit to be currently occupied (32.1 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the Monticello—Dove Creek Unit contains the physical and biological features

essential to the conservation of the Gunnison sage-grouse, but these areas are interspersed within lands in agricultural production. Within the occupied portion of this Unit, approximately 23,220 ha (57,377 ac) or 51 percent of the area is currently in agricultural production (USGS 2004, entire). However, a significant portion of the agricultural lands within the Unit are enrolled in the CRP program and many CRP lands are used by Gunnison sage-grouse (Lupus *et al.* 2006, pp. 959–960; Ward 2007, p. 15).

Threats to the physical and biological features within the Monticello—Dove Creek Unit include, but are not limited to: A high degree of habitat loss, degradation, and fragmentation resulting from conversion to agriculture; oil and gas production and associated infrastructure; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; and past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide prioritization and protection of crucial seasonal habitats from development; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 95,671 ha (236,408 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse,

BLM_0071905

these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitats. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

*Unit 2: Piñon Mesa*

Unit 2, the Piñon Mesa Unit, consists of 99,220 ha (245,179 ac) of Federal, State, and private lands in Grand County, Utah; and Mesa County, Colorado. Approximately 62,139 ha (153,548 ac) (62.6 percent) of the land area within the unit is managed by Federal agencies, 30 ha (73 ac) (less than one percent) is owned by the State of Utah, and the remaining 37,052 ha (91,538 ac) (37.3 percent) is comprised of private lands. We consider 15,744 ha (38,905 ac) within this unit to be currently occupied (15.9 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the Piñon Mesa Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. Within the currently occupied lands in the unit, 5,405 ha (13,355 ac) of private lands are largely protected from development through permanent conservation easements or fee title ownership held by various land trust and ranchland conservation organizations, and CPW (CPW 2011c, p. 11; CPW 2012b, p. 6). In addition, approximately 6,828 ha (16,873 ac) are included under the Gunnison sage-grouse CCAA (CPW 2012b, p. 11). Habitat conversion to agriculture is limited to less than 3 percent of the occupied portion of the Piñon Mesa unit (USGS 2004, entire).

Threats to the physical and biological features within the Piñon Mesa Unit include, but are not limited to: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences;

increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; and past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 83,476 ha (206,274 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit. Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the

primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

*Unit 3: San Miguel Basin*

Unit 3, the San Miguel Basin Unit, consists of 67,084 ha (165,769 ac) of Federal, State, and local government-owned lands, and private lands in Montrose, San Miguel, and Ouray counties, Colorado. Approximately 22,597 ha (55,837 ac) (33.7 percent) of the land area within the unit is managed by Federal agencies, 5,908 ha (14,598 ac) (8.8 percent) is owned by the State of Colorado, and the remaining 38,580 ha (95,334 ac) (57.5 percent) is comprised of private lands. We consider 41,023 ha (101,371 ac) within this unit to be currently occupied (61.2 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the San Miguel Basin Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. Within the currently occupied lands in the unit, 2,698 ha (6,666 ac) of private lands are largely protected from development through permanent conservation easements or fee title ownership held by various land trust and ranchland conservation organizations, and CPW (CPW 2011c, p. 11; CPW 2012b, p. 6). In addition, approximately 292 ha (722 ac) are included under the Gunnison sage-grouse CCAA. Approximately 15 percent of the occupied range in the San Miguel Basin is currently in agricultural production.

Threats to the physical and biological features within the San Miguel Basin Unit include, but are not limited to: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; past and present grazing management that degrades or eliminates vegetation structure; and oil and gas development and associated infrastructure, all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide

prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 26,061 ha (64,398 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

*Unit 4: Cerro Summit—Cimarron—Sims Mesa*

Unit 4, the Cerro Summit—Cimarron—Sims Mesa Unit, consists of 25,377 ha (62,708 ac) of Federal, State, and local government-owned lands, and private lands in Montrose, Ouray, and Gunnison Counties, Colorado. Approximately 4,171 ha (10,307 ac) (16.4 percent) of the land area within the unit is managed by Federal agencies, 1,645 ha (4,066 ac) (6.5 percent) is owned by the State of Colorado, and the remaining 19,561 ha (48,335 ac) (77.1 percent) is comprised of private lands. We consider 15,038 ha (37,161 ac) within this unit to be currently occupied (59.3 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the Cerro Summit—Cimarron—Sims Mesa Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. Within the currently occupied lands within the unit, 1,395 ha (3,447 ac) of private lands are largely protected from development through permanent conservation easements or fee title ownership held by various land trust and ranchland conservation organizations and CPW (CPW 2011c, p. 11; CPW 2012b, p. 6), and no lands are included under the Gunnison sage-grouse CCAA. In the Cerro Summit—Cimarron—Sims Mesa population, approximately 14 percent (5,133 ha (2,077 ac)) of the occupied range is currently in agricultural production (USGS 2004, entire).

Threats to the physical and biological features within the Cerro Summit—Cimarron—Sims Mesa Unit include, but are not limited to: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 10,339 ha (25,547 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

We recognize that this proposed critical habitat unit is considerably smaller than the RCP modeled minimum habitat patch size required to support a viable Gunnison sage-grouse population. Nevertheless, this proposed critical habitat unit encompasses all existing and potential Gunnison sage-grouse habitat in the vicinity. As such, in the absence of natural immigration of Gunnison sage-grouse, the population within this critical habitat unit may need to be augmented through the translocation of birds from larger populations or the release of captive-produced birds.

*Unit 5: Crawford*

Unit 5, the Crawford Unit, consists of 39,304 ha (97,123 ac) of Federal, State,

and local government-owned lands, and private lands in Delta, Montrose, and Gunnison Counties, Colorado. Approximately 17,731 ha (43,814 ac) (45.1 percent) of the land area within the unit is managed by Federal agencies, 112 ha (277 ac) (0.3 percent) is jointly owned by the State of Colorado and the Federal Government, and the remaining 21,461 ha (53,032 ac) (54.6 percent) is comprised of private lands. We consider 14,170 ha (35,015 ac) within this unit to be currently occupied (36.1 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the Crawford Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. Within the currently occupied lands in the unit, 414 ha (1,022 ac) of private lands are largely protected from development through permanent conservation easements or fee title ownership held by various land trust and ranchland conservation organizations and CPW (CPW 2011c, p. 11; CPW 2012b, p. 6. In addition, approximately 1,068 ha (2,639 ac) are included under the Gunnison sage-grouse CCAA. Habitat conversion to agriculture is limited to less than 3 percent of the occupied portion of the Crawford Unit (USGS 2004, entire).

Threats to the physical and biological features within the Crawford Mesa Unit include, but are not limited to: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; and past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs

in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 25,134 ha (62,108 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

*Unit 6: Gunnison Basin*

Unit 6, the Gunnison Basin Unit, consists of 298,173 ha (736,802 ac) of Federal, State, and local government-owned lands, and private lands in Gunnison, Hinsdale, Montrose, and Saguache Counties, Colorado. Approximately 196,625 ha (485,870 ac) (65.9 percent) of the land area within the unit is managed by Federal agencies, 6,052 ha (14,955 ac) (2.0 percent) is owned by the State of Colorado, 314 ha (777 ac) (less than one percent) is jointly owned by the State of Colorado and the Federal Government, 21 ha (52 ac) (less than one percent) is owned by Gunnison County and the City of Gunnison, and the remaining 95,160 ha (235,145 ac) (31.9 percent) is comprised of private

lands. We consider 239,959 ha (592,952 ac) within this unit to be currently occupied (80.5 percent), based on the mapping developed for the 2005 RCP (GSRSC 2005, p. 54). The Gunnison Basin contains the largest expanse of sagebrush plant communities within the presettlement range of Gunnison sage-grouse.

The occupied portion of the Gunnison Basin Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. Within the currently occupied lands in the unit, 17,466 ha (43,160 ac) of private lands are largely protected from development through permanent conservation easements or fee title ownership held by various land trust and ranchland conservation organizations, and CPW (CPW 2011c, p. 11; CPW 2012b, p. 6). In addition, approximately 5,012 ha (12,385 ac) are included under the Gunnison sage-grouse CCAA.

Threats to the physical and biological features within the Gunnison Basin Unit include, but are not limited to: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; and past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: the rangewide prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These

unoccupied areas comprise approximately 58,214 ha (143,850 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, particularly with continued direct and functional habitat loss (see discussion under Factor A in the proposed listing rule for the species, which is published elsewhere in today's **Federal Register**), these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other populations and within the Gunnison Basin.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations. The maintenance and enhancement of interpopulation connectivity is particularly important for the Gunnison Basin because it is the largest population in the species range and is therefore the most likely source of dispersal of Gunnison sage-grouse to other populations.

*Unit 7: Poncha Pass*

Unit 7, the Poncha Pass Unit, consists of 19,543 ha (48,292 ac) of Federal, State, and local government owned lands, and private lands in Saguache and Chaffee Counties, Colorado. Approximately 12,257 ha (30,287 ac) (62.7 percent) of the land area within the unit is managed by Federal agencies, 844 ha (2,084 ac) (4.3 percent) is owned by the State of Colorado, and the remaining 6,443 ha (15,921 ac) (33.0 percent) is comprised of private lands. We consider 8,262 ha (20,416 ac) within this unit to be currently occupied (42.3 percent), based on the mapping

developed for the 2005 RCP (GSRSC 2005, p. 54).

The occupied portion of the Poncha Pass Unit contains the physical and biological features essential to the conservation of the Gunnison sage-grouse. No lands within the currently occupied lands in the unit are protected from development through permanent conservation easements or fee title ownership by conservation organizations, and no lands are included under the Gunnison sage-grouse CCAA (CPW 2011c, p. 11; CPW 2012b, p. 6). Habitat conversion to agriculture is limited to less than 3 percent of the occupied portion of the Poncha Pass (USGS 2004, entire).

Threats to the physical and biological features within the Poncha Pass Unit include: Residential and commercial development including associated land-clearing activities for the construction of access roads, utilities, and fences; increased recreational use of roads and trails; the proliferation of predators of Gunnison sage-grouse; the spread of invasive plant species and associated changes in sagebrush plant community structure and dynamics; past and present grazing management that degrades or eliminates vegetation structure; all of which can result in the loss, degradation, or fragmentation of sagebrush plant communities. Special management actions that may be needed to address these threats include, but are not limited to: The rangewide prioritization and protection of crucial seasonal habitats subject to future residential and commercial development and increasing recreational use of roads and trails; the control of invasive plant species and restoration of historic plant community structure and dynamics, including altered fire regimes and other natural disturbance factors; and the implementation of grazing regimes that result in proper vegetation structure for Gunnison sage-grouse life-history needs in areas used for domestic and wild ungulate grazing and browsing.

Limiting the designation of critical habitat in this unit only to currently occupied areas would be inadequate to ensure the conservation of the species. Accordingly, we propose for designation currently unoccupied areas that we conclude are essential for the conservation of the species. These unoccupied areas comprise approximately 11,281 ha (27,877 ac), consisting of lands defined in the 2005 RCP as potential habitat or vacant or unknown habitat (GSRSC 2005, p. 54). These areas consist of lands with varying amounts of overall sagebrush cover, or have habitat types suitable for

movements and dispersal. These areas are also located adjacent to occupied habitat or are located immediately between surrounding populations. In addition to contributing to the fulfillment of the landscape-scale habitat needs of Gunnison sage-grouse, these areas provide habitat for future population growth and reestablishment of portions of presettlement range, as well as to facilitate or allow movement between other units and within the unit.

Some unoccupied habitat areas within this unit consist of lands that recently supported sagebrush-dominant plant communities but are currently in agricultural production or are currently subject to encroachment by coniferous trees or shrubs, most commonly piñon-juniper or mountain shrub plant communities. These areas require restoration to reestablish or enhance sagebrush communities to support the primary constituent elements of Gunnison sage-grouse nesting or brood-rearing habitat. However, in their current state, these areas provide essential habitat for interpopulation movements and reduce population isolation and increase genetic exchange among populations.

We recognize that this proposed critical habitat unit is considerably smaller than the RCP modeled minimum habitat patch size required to support a viable Gunnison sage-grouse population. Nevertheless, this proposed critical habitat unit encompasses all existing and potential Gunnison sage-grouse habitat in the vicinity. As such, in the absence of natural immigration of Gunnison sage-grouse, the population within this critical habitat unit may need to be augmented through the translocation of birds from larger populations or the release of captive-produced birds.

**Effects of Critical Habitat Designation**

*Section 7 Consultation*

Section 7(a)(2) of the Act requires Federal agencies, including the Service, to ensure that any action they fund, authorize, or carry out is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of designated critical habitat of such species. In addition, section 7(a)(4) of the Act requires Federal agencies to confer with the Service on any agency action which is likely to jeopardize the continued existence of any species proposed to be listed under the Act or result in the destruction or adverse modification of proposed critical habitat.

BLM_0071909

Decisions by the 5th and 9th Circuit Courts of Appeals have invalidated our regulatory definition of "destruction or adverse modification" (50 CFR 402.02) (see *Gifford Pinchot Task Force* v. *U.S. Fish and Wildlife Service,* 378 F. 3d 1059 (9th Cir. 2004) and *Sierra Club* v. *U.S. Fish and Wildlife Service et al.,* 245 F.3d 434, 442 (5th Cir. 2001)), and we do not rely on this regulatory definition when analyzing whether an action is likely to destroy or adversely modify critical habitat. Under the statutory provisions of the Act, we determine destruction or adverse modification on the basis of whether, with implementation of the proposed Federal action, the affected critical habitat would continue to serve its intended conservation role for the species.

If a Federal action may affect a listed species or its critical habitat, the responsible Federal agency (action agency) must enter into consultation with us. Examples of actions that are subject to the section 7 consultation process are actions on State, tribal, local, or private lands that require a Federal permit (such as a permit from the U.S. Army Corps of Engineers under section 404 of the Clean Water Act (33 U.S.C. 1251 *et seq.*) or a permit from the Service under section 10 of the Act) or that involve some other Federal action (such as funding from the Federal Highway Administration, Federal Aviation Administration, or the Federal Emergency Management Agency). Federal actions not affecting listed species or critical habitat, and actions on State, tribal, local, or private lands that are not federally funded or authorized, do not require section 7 consultation.

When determining proposed critical habitat boundaries, we made every effort to avoid including developed areas such as lands covered by buildings, pavement, and other manmade structures because such lands lack physical and biological features necessary for Gunnison sage-grouse. The scale of the maps we prepared under the parameters for publication within the Code of Federal Regulations may not reflect the exclusion of such developed sites. Therefore, if the critical habitat is finalized as proposed, a Federal action involving these lands would not trigger section 7 consultation with respect to critical habitat and the requirement of no adverse modification unless the specific action would affect the physical and biological features in the adjacent critical habitat.

Likewise, due to past land uses, vegetation changes, or a number of other natural or manmade factors, some areas within the mapped proposed critical

habitat may currently lack the site-specific physical and biological features (primary constituent elements) necessary to support Gunnison sage-grouse (see section, Primary Constituent Elements for Gunnison Sage-grouse). If critical habitat is designated, for actions involving lands that lack the primary constituent elements for Gunnison sage-grouse, section 7 consultation as it relates to critical habitat would not be required.

As a result of section 7 consultation, we document compliance with the requirements of section 7(a)(2) through our issuance of:

(1) A concurrence letter for Federal actions that may affect, but are not likely to adversely affect, listed species or critical habitat; or

(2) A biological opinion for Federal actions that may affect, or are likely to adversely affect, listed species or critical habitat.

When we issue a biological opinion concluding that a project is likely to jeopardize the continued existence of a listed species and/or adversely modify critical habitat, we provide reasonable and prudent alternatives to the project, if any are identifiable, that would avoid the likelihood of jeopardy and/or destruction or adverse modification of critical habitat. We define "reasonable and prudent alternatives" (at 50 CFR 402.02) as alternative actions identified during consultation that:

(1) Can be implemented in a manner consistent with the intended purpose of the action,

(2) Can be implemented consistent with the scope of the Federal agency's legal authority and jurisdiction,

(3) Are economically and technologically feasible, and

(4) Would, in the Director's opinion, avoid the likelihood of jeopardizing the continued existence of the listed species and/or avoid the likelihood of destroying or adversely modifying critical habitat.

Reasonable and prudent alternatives can vary from slight project modifications to extensive redesign or relocation of the project. Costs associated with implementing a reasonable and prudent alternative are similarly variable.

Regulations at 50 CFR 402.16 require Federal agencies to reinitiate consultation on previously reviewed actions in instances where we have listed a new species or subsequently designated critical habitat that may be affected and the Federal agency has retained discretionary involvement or control over the action (or the agency's discretionary involvement or control is

authorized by law). Consequently, Federal agencies sometimes may need to request reinitiation of consultation with us on actions for which formal consultation has been completed, if those actions with discretionary involvement or control may affect subsequently listed species or designated critical habitat.

*Application of the "Adverse Modification" Standard*

The key factor related to the adverse modification determination is whether, with implementation of the proposed Federal action, the affected critical habitat would continue to serve its intended conservation role for the species. Activities that may destroy or adversely modify critical habitat are those that alter the physical and biological features to an extent that appreciably reduces the conservation value of critical habitat for Gunnison sage-grouse. As discussed above, the role of critical habitat is to support life-history needs of the species and provide for the conservation of the species.

Section 4(b)(8) of the Act requires us to briefly evaluate and describe, in any proposed or final regulation that designates critical habitat, activities involving a Federal action that may destroy or adversely modify such habitat, or that may be affected by such designation.

Activities that may affect critical habitat, when carried out, funded, or authorized by a Federal agency, should result in consultation for the Gunnison sage-grouse. These activities include, but are not limited to:

(1) Actions that would result in the loss of sagebrush overstory plant cover or height. Such activities could include, but are not limited to, the removal of native shrub vegetation by any means for any infrastructure construction project; direct conversion to agricultural land use; habitat improvement or restoration projects involving mowing, brush-beating, Dixie harrowing, disking, plowing, or prescribed burning; and fire suppression activities. These activities could eliminate or reduce the habitat necessary for the growth and reproduction of Gunnison sage-grouse.

(2) Actions that would result in the loss or reduction in native herbaceous understory plant cover or height, and a reduction or loss of associated arthropod communities. Such activities could include, but are not limited to, livestock grazing, the application of herbicides or insecticides, prescribed burning and fire suppression activities; and seeding of nonnative plant species that would compete with native species for water, nutrients, and space. These

BLM_0071910

activities could eliminate or reduce the quality of the habitat necessary for the growth and reproduction of Gunnison sage-grouse through a reduction in food quality and quantity, and increased exposure to predation.

(3) Actions that would result in Gunnison sage-grouse avoidance of an area during one or more seasonal periods. Such activities could include, but are not limited to, the construction of vertical structures such as power lines, fences, communication towers, and buildings; management of motorized and nonmotorized recreational use; and activities such as well drilling, operation, and maintenance, which would entail significant human presence, noise, and infrastructure. These activities could result in the direct and functional loss of habitat if Gunnison sage-grouse avoid or reduce use of otherwise suitable habitat in the vicinity of these structures or concentrated activity centers.

### Exemptions

*Application of Section 4(a)(3) of the Act*

The Sikes Act Improvement Act of 1997 (Sikes Act) (16 U.S.C. 670a) required each military installation that includes land and water suitable for the conservation and management of natural resources to complete an integrated natural resource management plan (INRMP) by November 17, 2001. An INRMP integrates implementation of the military mission of the installation with stewardship of the natural resources found on the base. Each INRMP includes:

(1) An assessment of the ecological needs on the installation, including the need to provide for the conservation of listed species;

(2) A statement of goals and priorities;

(3) A detailed description of management actions to be implemented to provide for these ecological needs; and

(4) A monitoring and adaptive management plan.

Among other things, each INRMP must, to the extent appropriate and applicable, provide for fish and wildlife management; fish and wildlife habitat enhancement or modification; wetland protection, enhancement, and restoration where necessary to support fish and wildlife; and enforcement of applicable natural resource laws.

The National Defense Authorization Act for Fiscal Year 2004 (Pub. L. 108–136) amended the Act to limit areas eligible for designation as critical habitat. Specifically, section 4(a)(3)(B)(i) of the Act (16 U.S.C. 1533(a)(3)(B)(i)) now provides: "The Secretary shall not

designate as critical habitat any lands or other geographical areas owned or controlled by the Department of Defense, or designated for its use, that are subject to an integrated natural resources management plan prepared under section 101 of the Sikes Act (16 U.S.C. 670a), if the Secretary determines in writing that such plan provides a benefit to the species for which critical habitat is proposed for designation."

There are no Department of Defense lands with a completed INRMP within the proposed critical habitat designation.

### Exclusions

*Application of Section 4(b)(2) of the Act*

Section 4(b)(2) of the Act states that the Secretary shall designate and make revisions to critical habitat on the basis of the best available scientific data after taking into consideration the economic impact, national security impact, and any other relevant impact of specifying any particular area as critical habitat. The Secretary may exclude an area from critical habitat if he determines that the benefits of such exclusion outweigh the benefits of specifying such area as part of the critical habitat, unless he determines, based on the best scientific data available, that the failure to designate such area as critical habitat will result in the extinction of the species. In making that determination, the statute on its face, as well as the legislative history, are clear that the Secretary has broad discretion regarding which factor(s) to use and how much weight to give to any factor.

Under section 4(b)(2) of the Act, we may exclude an area from designated critical habitat based on economic impacts, impacts on national security, or any other relevant impacts. In considering whether to exclude a particular area from the designation, we identify the benefits of including the area in the designation, identify the benefits of excluding the area from the designation, and evaluate whether the benefits of exclusion outweigh the benefits of inclusion. If the analysis indicates that the benefits of exclusion outweigh the benefits of inclusion, the Secretary may exercise his discretion to exclude the area only if such exclusion would not result in the extinction of the species.

### Exclusions Based on Economic Impacts

Under section 4(b)(2) of the Act, we consider the economic impacts of specifying any particular area as critical habitat. In order to consider economic impacts, we are preparing an analysis of the economic impacts of the proposed

critical habitat designation and related factors. All of the critical habitat united (CHUs) contain private lands. Federal lands with oil and gas leases, grazing permits, rights-of-way for utilities and telecommunications, and recreational uses are included in some units. Several State-owned parcels are included in some units where hunting, wildlife viewing, and other recreational activities occur. The economic analysis will estimate the economic impact of a potential designation of critical habitat on these activities.

During the development of a final designation, we will consider economic impacts, public comments, and other new information, and areas may be excluded from the final critical habitat designation under section 4(b)(2) of the Act and our implementing regulations at 50 CFR 424.19.

### Exclusions Based on National Security Impacts

Under section 4(b)(2) of the Act, we consider whether there are lands owned or managed by the Department of Defense where a national security impact might exist. In preparing this proposal, we have determined that no lands within the proposed designation of critical habitat for Gunnison sage-grouse are owned or managed by the Department of Defense and, therefore, we anticipate no impact on national security. Consequently, the Secretary does not anticipate that he will exercise discretion to exclude any areas from the final designation based on impacts on national security.

### Exclusions Based on Other Relevant Impacts

Under section 4(b)(2) of the Act, we consider any other relevant impacts, in addition to economic impacts and impacts on national security. We consider a number of factors, including whether the landowners have developed any management plans or conservation partnerships that would be encouraged by designation of, or exclusion from, critical habitat. In addition, we look at any tribal issues, and consider the government-to-government relationship of the United States with tribal entities. We also consider any social impacts that might occur because of the designation.

We acknowledge and commend landowners who have made significant commitments to manage their lands in a manner that is compatible with the conservation of Gunnison sage-grouse. In this proposed rule, we are seeking input from the public, especially private landowners, as to whether or not the Secretary should exclude lands enrolled under the Gunnison sage-grouse CCAA,

lands under permanent conservation easements, or fee title properties with conservation measures applicable to Gunnison sage-grouse from the final critical habitat designation under section 4(b)(2) of the Act. The Service also acknowledges conservation efforts such as participation in the Sage Grouse Initiative that is led by the Natural Resources Conservation Service. (Please see the Information Requested section of this proposed rule for instructions on how to submit comments).

A decision as to whether to exclude these lands from the proposed designation will require consideration of several important factors. Enrollment in the CCAA can be withdrawn by the landowner at any time and most lands have been enrolled less than two years. Furthermore, CCAA enrollment eligibility will expire if a final listing determination is made for Gunnison sage-grouse. If the agreed-upon, voluntary land management practices within the conditions of the CCAA are met by the land owner, then the designation of critical habitat on these lands should not result in any additional regulatory requirements. For lands under conservation easement, we lack information to evaluate if conditions or practices incorporated into the easement conditions afford adequate protection to the physical or biological features of Gunnison sage-grouse. Also, because these lands are privately owned, absent a Federal nexus, the designation of critical habitat on these lands will incur no additional regulatory burden beyond the prohibitions of section 9(a)(2) of the Act.

In preparing this proposal, we have determined that there are currently no habitat conservation plans (HCPs) for the Gunnison sage-grouse, and the proposed designation does not include any tribal lands or trust resources. We anticipate no impact on tribal lands, partnerships, or HCPs from this proposed critical habitat designation. Accordingly, the Secretary does not propose to exercise his discretion to exclude any areas from the final designation based on other relevant impacts.

## Peer Review

In accordance with our joint policy on peer review published in the **Federal Register** on July 1, 1994 (59 FR 34270), we will seek the expert opinions of at least three appropriate and independent specialists regarding this proposed rule. The purpose of peer review is to ensure that our critical habitat designation is based on scientifically sound data, assumptions, and analyses. We have invited these peer reviewers to comment

during this public comment period on our specific assumptions and conclusions in this proposed designation of critical habitat.

We will consider all comments and information received during this comment period on this proposed rule during our preparation of a final determination. Accordingly, the final decision may differ from this proposal.

## Public Hearings

Section 4(b)(5) of the Act provides for one or more public hearings on this proposal, if requested. Requests must be received within 45 days after the date of publication of this proposed rule in the **Federal Register**. Such requests must be sent to the address shown in **FOR FURTHER INFORMATION CONTACT**. We will schedule public hearings on this proposal, if any are requested, and announce the dates, times, and places of those hearings, as well as how to obtain reasonable accommodations, in the **Federal Register** and local newspapers at least 15 days before the hearing.

## Required Determinations

Our draft economic analysis will be completed after this proposed rule is published. Therefore, we will defer our Regulatory Flexibility Act (5 U.S.C. 601 et seq.), Energy Supply, Distribution, or Use—Executive Order 13211, Unfunded Mandates Reform Act (2 U.S.C. 1501 et seq.), and Small Business Regulatory Enforcement Fairness Act (SBREFA), findings until after this analysis is done.

### Regulatory Planning and Review (Executive Orders 12866 and 13563)

Executive Order 12866 provides that the Office of Information and Regulatory Affairs (OIRA) will review all significant rules. The Office of Information and Regulatory Affairs has determined that this rule is not significant.

Executive Order 13563 reaffirms the principles of E.O. 12866 while calling for improvements in the nation's regulatory system to promote predictability, to reduce uncertainty, and to use the best, most innovative, and least burdensome tools for achieving regulatory ends. The executive order directs agencies to consider regulatory approaches that reduce burdens and maintain flexibility and freedom of choice for the public where these approaches are relevant, feasible, and consistent with regulatory objectives. E.O. 13563 emphasizes further that regulations must be based on the best available science and that the rulemaking process must allow for public participation and an open exchange of ideas. We have developed

this rule in a manner consistent with these requirements.

### Regulatory Flexibility Act (5 U.S.C. 601 et seq.)

Under the Regulatory Flexibility Act (RFA; 5 U.S.C. 601 et seq.) as amended by the Small Business Regulatory Enforcement Fairness Act (SBREFA) of 1996 (5 U.S.C 801 et seq.), whenever an agency must publish a notice of rulemaking for any proposed or final rule, it must prepare and make available for public comment a regulatory flexibility analysis that describes the effects of the rule on small entities (small businesses, small organizations, and small government jurisdictions). However, no regulatory flexibility analysis is required if the head of the agency certifies the rule will not have a significant economic impact on a substantial number of small entities. The SBREFA amended the RFA to require Federal agencies to provide a certification statement of the factual basis for certifying that the rule will not have a significant economic impact on a substantial number of small entities.

According to the Small Business Administration, small entities include small organizations such as independent nonprofit organizations; small governmental jurisdictions, including school boards and city and town governments that serve fewer than 50,000 residents; and small businesses (13 CFR 121.201). Small businesses include such businesses as manufacturing and mining concerns with fewer than 500 employees, wholesale trade entities with fewer than 100 employees, retail and service businesses with less than $5 million in annual sales, general and heavy construction businesses with less than $27.5 million in annual business, special trade contractors doing less than $11.5 million in annual business, and forestry and logging operations with fewer than 500 employees and annual business less than $7 million. To determine whether small entities may be affected, we will consider the types of activities that might trigger regulatory impacts under this designation as well as types of project modifications that may result. In general, the term "significant economic impact" is meant to apply to a typical small business firm's business operations.

Importantly, the incremental impacts of a rule must be *both* significant and substantial to prevent certification of the rule under the RFA and to require the preparation of an initial regulatory flexibility analysis. If a substantial number of small entities are affected by the proposed critical habitat

designation, but the per-entity economic impact is not significant, the Service may certify. Likewise, if the per-entity economic impact is likely to be significant, but the number of affected entities is not substantial, the Service may also certify.

The Service's current understanding of recent case law is that Federal agencies are only required to evaluate the potential impacts of rulemaking on those entities directly regulated by the rulemaking; therefore, they are not required to evaluate the potential impacts to those entities not directly regulated. The designation of critical habitat for an endangered or threatened species only has a regulatory effect where a Federal action agency is involved in a particular action that may affect the designated critical habitat. Under these circumstances, only the Federal action agency is directly regulated by the designation, and, therefore, consistent with the Service's current interpretation of RFA and recent case law, the Service may limit its evaluation of the potential impacts to those identified for Federal action agencies. Under this interpretation, there is no requirement under the RFA to evaluate the potential impacts to entities not directly regulated, such as small businesses. However, Executive Orders 12866 and 13563 direct Federal agencies to assess costs and benefits of available regulatory alternatives in quantitative (to the extent feasible) and qualitative terms. Consequently, it is the current practice of the Service to assess to the extent practicable these potential impacts if sufficient data are available, whether or not this analysis is believed by the Service to be strictly required by the RFA. In other words, while the effects analysis required under the RFA is limited to entities directly regulated by the rulemaking, the effects analysis under the Act, consistent with the EO regulatory analysis requirements, can take into consideration impacts to both directly and indirectly impacted entities, where practicable and reasonable.

*Energy Supply, Distribution, or Use— Executive Order 13211*

Executive Order 13211 (Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use) requires agencies to prepare Statements of Energy Effects when undertaking certain actions. Gunnison sage-grouse occur in areas with oil and gas activity. These areas are primarily limited to the Monticello—Dove Creek and San Miguel populations. A portion of the Gunnison Basin Unit occurs in an area with high geothermal energy development potential. Well pads and their existing infrastructure are within proposed critical habitat units. On Federal lands, entities conducting oil and gas related activities as well as power companies would need to consult within areas designated as critical habitat. Although we do not believe the impacts resulting from this consultation requirement would rise to the level of significant, we will make our finding after the draft economic analysis has been completed. We will further evaluate this issue as we conduct our economic analysis, and review and revise this assessment as warranted.

*Unfunded Mandates Reform Act (2 U.S.C. 1501 et seq.)*

In accordance with the Unfunded Mandates Reform Act (2 U.S.C. 1501 *et seq.*), we make the following findings:

(1) This rule would not produce a Federal mandate. In general, a Federal mandate is a provision in legislation, statute, or regulation that would impose an enforceable duty upon State, local, or tribal governments, or the private sector, and includes both "Federal intergovernmental mandates" and "Federal private sector mandates." These terms are defined in 2 U.S.C. 658(5)–(7). "Federal intergovernmental mandate" includes a regulation that "would impose an enforceable duty upon State, local, or tribal governments" with two exceptions. It excludes "a condition of Federal assistance." It also excludes "a duty arising from participation in a voluntary Federal program," unless the regulation "relates to a then-existing Federal program under which $500,000,000 or more is provided annually to State, local, and tribal governments under entitlement authority," if the provision would "increase the stringency of conditions of assistance" or "place caps upon, or otherwise decrease, the Federal Government's responsibility to provide funding," and the State, local, or tribal governments "lack authority" to adjust accordingly. At the time of enactment, these entitlement programs were: Medicaid; Aid to Families with Dependent Children work programs; Child Nutrition; Food Stamps; Social Services Block Grants; Vocational Rehabilitation State Grants; Foster Care, Adoption Assistance, and Independent Living; Family Support Welfare Services; and Child Support Enforcement. "Federal private sector mandate" includes a regulation that "would impose an enforceable duty upon the private sector, except (i) a condition of Federal assistance or (ii) a duty arising from participation in a voluntary Federal program."

The designation of critical habitat does not impose a legally binding duty on non-Federal Government entities or private parties. Under the Act, the only regulatory effect is that Federal agencies must ensure that their actions do not destroy or adversely modify critical habitat under section 7. While non-Federal entities that receive Federal funding, assistance, or permits, or that otherwise require approval or authorization from a Federal agency for an action, may be indirectly impacted by the designation of critical habitat, the legally binding duty to avoid destruction or adverse modification of critical habitat rests squarely on the Federal agency. Furthermore, to the extent that non-Federal entities are indirectly impacted because they receive Federal assistance or participate in a voluntary Federal aid program, the Unfunded Mandates Reform Act would not apply, nor would critical habitat shift the costs of the large entitlement programs listed above onto State governments.

(2) We do not believe that this rule would significantly or uniquely affect small governments because only a small percentage of the total land ownership falls on small government lands such as those owned by the City of Gunnison and Gunnison County. Therefore, a Small Government Agency Plan is not required. We do not believe that this rule would significantly or uniquely affect small governments because it would not produce a Federal mandate of $100 million or greater in any year, that is, it is not a "significant regulatory action" under the Unfunded Mandates Reform Act. However, we will further evaluate this issue as we conduct our economic analysis, and review and revise this assessment if appropriate.

*Takings—Executive Order 12630*

In accordance with Executive Order 12630 (Government Actions and Interference with Constitutionally Protected Private Property Rights), we have analyzed the potential takings implications of designating critical habitat for Gunnison sage-grouse in a takings implications assessment. Critical habitat designation does not affect landowner actions that do not require Federal funding or permits, nor does it preclude development of habitat conservation programs or issuance of incidental take permits to permit actions that do require Federal funding or permits to go forward. The takings implications assessment concludes that this proposed designation of critical habitat for Gunnison sage-grouse would

*Federalism—Executive Order 13132*

In accordance with Executive Order 13132 (Federalism), this proposed rule does not have significant Federalism effects. A federalism impact summary statement is not required. In keeping with Department of the Interior policy, we requested information from, and coordinated development of, this proposed critical habitat designation with appropriate State resource agencies in Colorado and Utah. The designation of critical habitat in areas currently occupied by the Gunnison sage-grouse may impose nominal additional regulatory restrictions to those currently in place and, therefore, may have little incremental impact on State and local governments and their activities. The designation may have some benefit to these governments because the areas that contain the physical and biological features essential to the conservation of the species are more clearly defined, and the elements of the features of the habitat necessary to the conservation of the species are specifically identified. This information does not alter where and what federally sponsored activities may occur. However, it may assist local governments in long-range planning (rather than having them wait for case-by-case section 7 consultations to occur).

Where State and local governments require approval or authorization from a Federal agency for actions that may affect critical habitat, consultation under section 7(a)(2) would be required. While non-Federal entities that receive Federal funding, assistance, or permits, or that otherwise require approval or authorization from a Federal agency for an action, may be indirectly impacted by the designation of critical habitat, the legally binding duty to avoid destruction or adverse modification of critical habitat rests squarely on the Federal agency.

*Civil Justice Reform—Executive Order 12988*

In accordance with Executive Order 12988 (Civil Justice Reform), the Office of the Solicitor has determined that the rule does not unduly burden the judicial system and that it meets the requirements of sections 3(a) and 3(b)(2) of the Order. We have proposed designating critical habitat in accordance with the provisions of the Act. To assist the public in understanding the habitat needs of the species, the rule identifies the elements of physical or biological features

essential to the conservation of the species. The designated areas of critical habitat are presented on maps, and the proposed rule provides several options for the interested public to obtain more detailed location information, if desired.

*Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.)*

This rule does not contain any new collections of information that require approval by OMB under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*). This rule will not impose recordkeeping or reporting requirements on State or local governments, individuals, businesses, or organizations. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

*National Environmental Policy Act (42 U.S.C. 4321 et seq.)*

It is our position that, outside the jurisdiction of the U.S. Court of Appeals for the Tenth Circuit, we do not need to prepare environmental analyses pursuant to the National Environmental Policy Act (NEPA; 42 U.S.C. 4321 *et seq.*) in connection with designating critical habitat under the Act. We published a notice outlining our reasons for this determination in the **Federal Register** on October 25, 1983 (48 FR 49244). This position was upheld by the U.S. Court of Appeals for the Ninth Circuit (*Douglas County* v. *Babbitt,* 48 F.3d 1495 (9th Cir. 1995), cert. denied 516 U.S. 1042 (1996)).] However, when the range of the species includes States within the Tenth Circuit, such as that of the Gunnison sage-grouse, under the Tenth Circuit ruling in *Catron County Board of Commissioners* v. *U.S. Fish and Wildlife Service,* 75 F.3d 1429 (10th Cir. 1996), we will undertake a NEPA analysis for critical habitat designation prior to making a final determination of critical habitat and notify the public of the availability of the draft environmental assessment for this proposal when it is finished.

*Clarity of the Rule*

We are required by Executive Orders 12866 and 12988 and by the Presidential Memorandum of June 1, 1998, to write all rules in plain language. This means that each rule we publish must:

(1) Be logically organized;
(2) Use the active voice to address readers directly;
(3) Use clear language rather than jargon;
(4) Be divided into short sections and sentences; and

(5) Use lists and tables wherever possible.

If you feel that we have not met these requirements, send us comments by one of the methods listed in the **ADDRESSES** section. To better help us revise the rule, your comments should be as specific as possible. For example, you should tell us the numbers of the sections or paragraphs that are unclearly written, which sections or sentences are too long, the sections where you feel lists or tables would be useful, etc.

*Government-to-Government Relationship With Tribes*

In accordance with the President's memorandum of April 29, 1994 (Government-to-Government Relations with Native American Tribal Governments; 59 FR 22951), Executive Order 13175 (Consultation and Coordination With Indian Tribal Governments), and the Department of the Interior's manual at 512 DM 2, we readily acknowledge our responsibility to communicate meaningfully with recognized Federal Tribes on a government-to-government basis. In accordance with Secretarial Order 3206 of June 5, 1997 (American Indian Tribal Rights, Federal-Tribal Trust Responsibilities, and the Endangered Species Act), we readily acknowledge our responsibilities to work directly with tribes in developing programs for healthy ecosystems, to acknowledge that tribal lands are not subject to the same controls as Federal public lands, to remain sensitive to Indian culture, and to make information available to tribes.

We determined that there are no tribal lands that were occupied by the Gunnison sage-grouse at the time of listing that contain the features essential for conservation of the species, and no tribal lands unoccupied by the Gunnison sage-grouse that are essential for the conservation of the species. Therefore, we are not proposing to designate critical habitat for the Gunnison sage-grouse on tribal lands.

**References Cited**

A complete list of references cited in this rulemaking is available on the Internet at *http://www.regulations.gov* and upon request from the Western Colorado Field Office (see **FOR FURTHER INFORMATION CONTACT**).

**Authors**

The primary authors of this package are the staff members of the Western Colorado Field Office.

**List of Subjects in 50 CFR Part 17**

Endangered and threatened species, Exports, Imports, Reporting and

recordkeeping requirements, Transportation.

**Proposed Regulation Promulgation**

Accordingly, we propose to amend part 17, subchapter B of chapter I, title 50 of the Code of Federal Regulations, as set forth below:

**PART 17—[AMENDED]**

■ 1. The authority citation for part 17 continues to read as follows:

**Authority:** 16 U.S.C. 1361–1407; 16 U.S.C. 1531–1544; 16 U.S.C. 4201–4245; Pub. L. 99–625, 100 Stat. 3500; unless otherwise noted.

■ 2. Amend § 17.11(h) by adding an entry for "Sage-grouse, Gunnison" to the List of Endangered and Threatened Wildlife in alphabetical order under "BIRDS" to read as follows:

**§ 17.11   Endangered and threatened wildlife.**

\*      \*      \*      \*      \*

(h) \* \* \*

| Species | | Historic range | Vertebrate population where endangered or threatened | Status | When listed | Critical habitat | Special rules |
|---|---|---|---|---|---|---|---|
| Common name | Scientific name | | | | | | |
| * | * | * | * | * | * | * | * |
| BIRDS | | | | | | | |
| * | * | * | * | * | * | * | * |
| Sage-grouse, Gunnison. | *Centrocercus minimus.* | U.S.A. (AZ, CO, NM, UT). | Entire ...................... | E | .................... | 17.95(b) | NA |
| * | * | * | * | * | * | * | * |

■ 3. In § 17.95, amend paragraph (b) by adding an entry for "Gunnison Sage-Grouse (*Centrocercus minimus*)," in the same alphabetical order that the species appears in the table at § 17.11(h), to read as follows:

**§ 17.95   Critical habitat—fish and wildlife.**

\*      \*      \*      \*      \*

(b) *Birds.*

\*      \*      \*      \*      \*

Gunnison Sage-grouse (*Centrocercus minimus*)

(1) Critical habitat units are depicted for Grand and San Juan Counties, Utah, and Chaffee, Delta, Dolores, Gunnison, Hinsdale, Mesa, Montrose, Ouray, Saguache, and San Miguel Counties, Colorado, on the maps below.

(2) Within these areas, the primary constituent elements of the physical and biological features essential to the conservation of Gunnison sage-grouse consist of five components:

(i) *Landscape-scale Primary Constituent Element.* Primary Constituent Element 1—Areas with vegetation composed primarily of sagebrush plant communities (at least 25 percent of primarily sagebrush land cover within a 1.5-km (0.9-mi) radius of any given location), of sufficient size and configuration to encompass all seasonal habitats for a given population of Gunnison sage-grouse, and facilitate movements within and among populations.

(ii) *Site-scale Primary Constituent Elements.*

(A) Primary Constituent Element 2—Breeding habitat composed of sagebrush plant communities with structural characteristics within the ranges described in the following table. Habitat structure values are average values over a project area.

| Vegetation variable | Amount in habitat |
|---|---|
| Sagebrush Canopy ......... | 10–25 percent |
| Non-sagebrush Canopy | 5–15 percent |
| Total Shrub Canopy ...... | 15–40 percent |
| Sagebrush Height .......... | 25–50 cm (9.8–19.7 in) |
| Grass Cover ................... | 10–40 percent |
| Forb Cover .................... | 5–40 percent |
| Grass Height ................. | 10–15 cm (3.9–5.9 in) |
| Forb Height .................... | 5–15 cm (2.0–5.9 in) |

(B) Primary Constituent Element 3—Summer-late fall habitat composed of sagebrush plant communities with structural characteristics within the ranges described in the following table. Habitat structure values are average values over a project area.

| Vegetation variable | Amount in habitat |
|---|---|
| Sagebrush Canopy ......... | 5–20 percent |
| Non-sagebrush Canopy | 5–15 percent |
| Total Shrub Canopy ...... | 10–35 percent |
| Sagebrush Height .......... | 25–50 cm (9.8–19.7 in) |
| Grass Cover ................... | 10–35 percent |
| Forb Cover .................... | 5–35 percent |
| Grass Height ................. | 10–15 cm (3.9–5.9 in) |
| Forb Height .................... | 3–10 cm (1.2–3.9 in) |

(C) Primary Constituent Element 4—Winter habitat composed of sagebrush plant communities with sagebrush canopy cover between 30 to 40 percent and sagebrush height of 40 to 55 cm (15.8 to 21.7 in). These habitat structure values are average values over a project area.

(D) Primary Constituent Element 5—Alternative, mesic habitats used primarily in the summer-late fall season.

(3) Critical habitat does not include manmade structures (such as buildings, aqueducts, runways, roads, and other paved areas) and the land on which they are located existing within the legal boundaries on the effective date of this rule.

(4) *Critical habitat map units.* Data layers defining map units were created from a number of geospatial data, including: Polygons generated as part of the Gunnison sage-grouse Rangewide Conservation Plan, Southwest Regional Gap Analysis Project (SWReGAP) land cover data, National Agriculture Imagery Program (NAIP) aerial images, and USGS 7.5 minute quadrangle maps. Critical habitat units were then mapped as shapefiles using Universal Transverse Mercator (UTM) Zone 13N coordinates. The maps in this entry, as modified by any accompanying regulatory text, establish the boundaries of the critical habitat designation. The coordinates or plot points or both on which each map is based are available to the public at the Service's internet site, (*http://www.fws.gov/coloradoes/*), *http://www.regulations.gov* at Docket No. FWS–R6–ES–2011–0111, and at the field office responsible for this designation. You may obtain field office location information by contacting one of the Service regional offices, the addresses of which are listed at 50 CFR 2.2.

(5) **Note:** Index map follows:

BILLING CODE 4310–55–P



(6) Unit 1: Monticello—Dove Creek: San Juan County, Utah, and Montrose, San Miguel, and Dolores Counties, Colorado.

(i) *General Description:* 140,973 ha (348,353 ac); 20.4 percent of all critical habitat.

(ii) Map of Unit 1, Monticello—Dove Creek: San Juan County, Utah, and Montrose, San Miguel, and Dolores Counties, Colorado, follows:



(7) Unit 2: Piñon Mesa: Grand County, Utah, and Mesa County, Colorado.

(i) *General Description:* 99,220 ha (245,179 ac); 14.4 percent of all critical habitat.

(ii) Map of Unit 2, Piñon Mesa: Grand County, Utah, and Mesa County, Colorado, follows:

BLM_0071917

Case No. 1:20-cv-02484-MSK   Document 50-5   filed 04/28/21   USDC Colorado   pg 422 of 430



(8) Unit 3: San Miguel Basin: Montrose, San Miguel, and Ouray Counties, Colorado.

(i) *General Description:* 67,084 ha (165,769 ac); 9.7 percent of all critical habitat.

(ii) Map of Unit 3, San Miguel Basin: Montrose, San Miguel, and Ouray Counties, Colorado, follows:

BLM_0071918



(9) Unit 4: Cerro Summit-Cimarron-Sims Mesa: Montrose, Ouray, and Gunnison Counties, Colorado.

(i) *General Description:* 25,377 ha (62,708 ac); 3.7 percent of all critical habitat.

(ii) Map of Unit 4, Cerro Summit-Cimarron-Sims Mesa: Montrose, Ouray, and Gunnison Counties, Colorado, follows:

BLM_0071919



Gunnison Sage-grouse Critical Habitat
Unit 4: Cerro Summit-Cimarron-Sims Mesa
Montrose, Ouray, and Gunnison Counties, Colorado

(10) Unit 5: Crawford: Delta, Montrose, and Gunnison Counties, Colorado.

(i) *General Description:* 39,304 ha (97,123 ac); 5.7 percent of all critical habitat.

(ii) Map of Unit 5, Crawford: Delta, Montrose, and Gunnison Counties, Colorado, follows:

BLM_0071920



(11) Unit 6: Gunnison Basin: Gunnison, Saguache, Montrose, and Hinsdale Counties, Colorado.

(i) *General Description:* 298,173 ha (736,802 ac); 43.2 percent of all critical habitat.

(ii) Map of Unit 6, Gunnison Basin: Gunnison, Saguache, Montrose, and Hinsdale Counties, Colorado, follows:

Federal Register / Vol. 78, No. 8 / Friday, January 11, 2013 / Proposed Rules **2569**



(12) Unit 7: Poncha Pass: Saguache and Chaffee Counties, Colorado.

(i) *General Description:* 19,543 ha (48,292 ac); 2.8 percent of all critical habitat.

(ii) Map of Unit 7, Poncha Pass: Saguache and Chaffee Counties, Colorado, follows:



\*     \*     \*     \*     \*

Dated: December 13, 2012.

**Michael J. Bean,**

*Acting Principal Deputy Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 2012–31666 Filed 1–10–13; 8:45 am]

**BILLING CODE 4310–55–C**

BLM_0071923





# FEDERAL REGISTER

| Vol. 79 | Friday, |
|---|---|
| No. 192 | October 3, 2014 |

Part V

## Department of the Interior

Fish and Wildlife Service

50 CFR Part 17
Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo *(Coccyzus americanus);* Final Rule

# DEPARTMENT OF THE INTERIOR

## Fish and Wildlife Service

### 50 CFR Part 17

[Docket No. FWS–R8– ES–2013–0104; 4500030113]

RIN 1018–AY53

### Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (Coccyzus americanus)

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

**SUMMARY:** We, the U.S. Fish and Wildlife Service (Service), determine threatened status under the Endangered Species Act of 1973 (Act), as amended, for the western distinct population segment (DPS) of the yellow-billed cuckoo (*Coccyzus americanus*), a species located from the western portions of the United States, Canada, and Mexico. This final rule implements the Federal protections provided by the Act for this DPS.

**DATES:** This rule is effective November 3, 2014.

**ADDRESSES:** This final rule is available on the Internet at *http://www.regulations.gov* and at the Sacramento Fish and Wildlife Office at *http://www.fws.gov/sacramento/*. Comments and materials received, as well as supporting documentation used in the preparation of this rule, will be available for public inspection, by appointment, during normal business hours at: U.S. Fish and Wildlife Service, Sacramento Fish and Wildlife Office, 2800 Cottage Way, Room W–2605, Sacramento, CA 95825; by telephone 916–414– 6600; or by facsimile 916–414–6712.

**FOR FURTHER INFORMATION CONTACT:** Jennifer Norris, Field Supervisor, Sacramento Fish and Wildlife Office (see **ADDRESSES**). If you use a telecommunications device for the deaf (TDD), call the Federal Information Relay Service (FIRS) at 800– 877–8339.

**SUPPLEMENTARY INFORMATION:**

## Executive Summary

*Why we need to publish a rule.* Under the Endangered Species Act, a species may warrant protection through listing if it is endangered or threatened throughout all or a significant portion of its range. Listing a species as an endangered or threatened species can only be completed by issuing a rule. On October 3, 2013, we published in the **Federal Register** a proposed rule (78 FR 61621) to list the western DPS of the yellow-billed cuckoo (hereafter referred to as western yellow-billed cuckoo). This rule finalizes our determination for listing the western yellow-billed cuckoo.

*The basis for our action.* Under the Endangered Species Act, we can determine that a species is an endangered or threatened species based on any of five factors: (A) The present or threatened destruction, modification, or curtailment of its habitat or range; (B) overutilization for commercial, recreational, scientific, or educational purposes; (C) disease or predation; (D) the inadequacy of existing regulatory mechanisms; or (E) other natural or manmade factors affecting its continued existence.

We have determined that the western yellow-billed cuckoo meets the definition of a threatened species and is likely to become endangered throughout its range within the foreseeable future, based on the immediacy, severity, and scope of the threats to its continued existence. These include habitat loss associated with manmade features that alter watercourse hydrology so that the natural processes that sustained riparian habitat in western North America are greatly diminished. Loss and degradation of habitat has also occurred as a result of livestock overgrazing and encroachment from agriculture. These losses are exacerbated by the conversion of native habitat to predominantly nonnative vegetation. Habitat loss results in the additional effects associated with small and widely separated habitat patches such as increased predation and reduced dispersal potential. This threat is particularly persistent where small habitat patches are in proximity to human-altered landscapes, especially agricultural fields, resulting in the potential for pesticides to poison individual western yellow-billed cuckoos and reduce their prey base.

*What the rule does.* We are making a final listing determination regarding the western distinct population segment of the U.S. population of the yellow-billed cuckoo pursuant to the Endangered Species Act. This species occurs in the western United States, Canada, and Mexico. The western U.S. States include Washington, Idaho, Montana, Oregon, California, Nevada, Wyoming, Utah, Colorado, Arizona, New Mexico, and Texas. This document adds the western DPS of the yellow-billed cuckoo (*Coccyzus americanus*) as a threatened species to the List of Endangered and Threatened Wildlife (50 CFR 17.11(h)).

*Peer review and public comment.* We sought comments from independent specialists to ensure that our determination is based on scientifically sound data, assumptions, and analyses. We invited these peer reviewers to comment on our listing proposal. We also considered all other comments and information we received during the three open comment periods. We have considered and incorporated any pertinent information from all comments and information we received into this final rule. See the **Summary of Comments and Recommendations** section, below, for a summary of comments we received on the proposed listing.

## Previous Federal Actions

On October 3, 2013, the proposed rule to list the western yellow-billed cuckoo as a threatened species under section 4 of the Act (16 U.S.C. 1531 *et seq.*) was published in the **Federal Register** (78 FR 61621). This rule finalizes the Federal action for this species. For additional information on previous Federal actions for the western yellow-billed cuckoo, please see the 12-month petition finding (66 FR 38611; July 25, 2001) and proposed listing rule (78 FR 61621; October 3, 2013).

We proposed critical habitat for the western DPS of the yellow-billed cuckoo on August 15, 2014 (79 FR 48547).

## Background

In this section of the final rule, it is our intent to discuss only those topics directly relevant to the listing of the western yellow-billed cuckoo as a threatened species. Please refer to the proposed listing rule for the western yellow-billed cuckoo for detailed background and species information (78 FR 61621; October 3, 2013).

### Species Information

The yellow-billed cuckoo (*Coccyzus americanus*) is a member of the avian family Cuculidae and is a Neotropical migrant bird that winters in South America and breeds in North America. Yellow-billed cuckoos spend the winter in South America, east of the Andes, primarily south of the Amazon Basin in southern Brazil, Paraguay, Uruguay, eastern Bolivia, and northern Argentina (Ehrlich *et al.* 1992, pp. 129–130; American Ornithologists' Union (AOU) 1998, p. 247; Johnson *et al.* 2008b, pp. 18–29). The breeding range of the entire species formerly included most of North America from southeastern and western Canada (southern Ontario, Quebec, and southwestern British Columbia) south throughout the continental United States to the Greater Antilles and

BLM_0071925

northern Mexico (AOU 1957, pp. 269–270; AOU 1983, p. 284; AOU 1998, p. 247). Currently, the species no longer breeds in western Canada and the northwestern continental United States (Washington, Oregon, and Montana).

Adult yellow-billed cuckoos have a fairly stout and slightly down-curved bill; a slender, elongated body with a long-tailed look; and a narrow yellow ring of colored, bare skin around the eye. The plumage is loose and grayish-brown above and white below, with reddish primary flight feathers. The tail feathers are boldly patterned with black and white below. They are a medium-sized bird about 12 inches (in) (30 centimeters (cm)) in length, and about 2 ounces (oz) (60 grams (g)) in weight. The bill is blue-black with yellow on the basal half of the lower mandible. The legs are short and bluish-gray. All cuckoos have a zygodactyl foot with two toes pointing forwards and two toes pointing backwards. Juvenile yellow-billed cuckoos resemble adults, except the tail patterning is less distinct and the lower bill has little or no yellow. Males and females differ slightly and are indistinguishable in the field (Hughes 1999, pp. 2–3).

Typically a secretive and hard-to-detect bird, adult yellow-billed cuckoos have a distinctive "kowlp" call, which is a loud, nonmusical series of notes that slows down and slurs toward the end. Yellow-billed cuckoos advertise for a mate using a series of soft "cooing" notes, which they give at night as well as during daytime. Both members of a pair use a soft knocking call as a contact or warning call near the nest (Hughes 1999, pp. 8–9). Please refer to the October 3, 2013, proposed listing rule (78 FR 61623–61642) for additional species information.

*Taxonomy*

Recent research on yellow-billed cuckoo genetics using mitochondrial DNA did not find any fixed genetic differences between eastern and western yellow-billed cuckoos (Farrell 2013, pp. 165–170). The author concluded that the separation into distinct subspecies may be too recent to be expressed in a single mitochondrial gene and recommended future studies using next-generation sequencing techniques. Avian geneticist Janice Hughes, Ph.D., a peer reviewer of the proposed listing

rule, concluded that close examination of the DNA studies conducted to date on cuckoos infers a deeper genetic divergence between western and eastern cuckoos that with further analysis would likely support division of the yellow-billed cuckoo into two subspecies. She indicated that genetic markers used in all three previously conducted genetics studies evolve too slowly to reveal genetic structure within the species. She recommended that future studies use microsatellite techniques because they would be more informative to a study of the subspecies level. The existing DNA studies, however, show that western yellow-billed cuckoos have developed unique genetic haplotypes not present in eastern cuckoos and that these are reflected in phenotypic (outwardly visible) divergence that has been observed between eastern and western yellow-billed cuckoos. Please refer to the October 3, 2013, proposed listing rule (78 FR 61624–61645) for a more detailed discussion of information on taxonomy for the species.

**Distinct Vertebrate Population Segment Analysis**

Under the Act, we must consider listing any species, subspecies, or, for vertebrates, any DPS of these taxa if there is sufficient information to indicate that such action may be warranted. To implement the measures prescribed by the Act and its Congressional guidance, we (along with the National Marine Fisheries Service) developed policy that addresses the recognition of DPSs for potential listing actions (61 FR 4722; February 7, 1996). The policy allows for more refined application of the Act that better reflects the biological needs of the taxon being considered, and avoids the inclusion of entities that do not require its protective measures.

Before we can evaluate whether a given population segment is a DPS under the Act, we must first determine if any population segments exist for the vertebrate species. As discussed in the *Taxonomy* section of the proposed rule (78 FR 61621; October 3, 2013), much of the available scientific information supports the yellow-billed cuckoos that nest in western North America as a biologically separate population segment.

To establish the range of the population segment under consideration, we used the area occupied by the western yellow-billed cuckoo (the subspecies) originally defined by Ridgway (1887, p. 273) and later refined by other researchers (AOU 1957, pp. 269–270; Oberholser and Kincaid 1974, pp. 434–435; Hughes 1999, Figure 1). After careful consideration of other possible population segment configurations, we determined that the Continental Divide (generally the crest of the Rocky Mountains based on watershed boundaries), the watershed divide between the Rio Grande and Pecos River, and the Chihuahuan Desert in Mexico was the best division between eastern and western populations. The area that we are considering occupied by the potential western DPS for the yellow-billed cuckoo is closely aligned with the traditionally defined range of the western yellow-billed cuckoo subspecies as partially described in the July 25, 2001, 12-month finding (66 FR 38611). Our goal is to determine if this western population meets the criteria of a DPS and, if so, whether the range boundaries identified in the literature are appropriate for the boundary of the DPS. This DPS analysis is based solely on the range during the breeding season because the migration route and winter range of western yellow-billed cuckoos are poorly known.

The geographical breeding range of the yellow-billed cuckoo in western North America includes suitable habitat within the low- to moderate-elevation areas west of the crest of the Rocky Mountains in Canada, Mexico, and the United States, including the upper and middle Rio Grande, the Colorado River Basin, the Sacramento and San Joaquin River systems, the Columbia River system, and the Fraser River. In Mexico, the range includes the Cape Region of Baja California Sur, and river systems in the Mexican States of Sonora, Sinaloa, western Chihuahua, and northwestern Durango. Eastern yellow-billed cuckoos (*Coccyzus americanus americanus*) breed east of the Rocky Mountains; north to North Dakota and southern Ontario, Canada; south to eastern Mexico; and on the islands of the Caribbean (AOU 1957, pp. 269–270) (Figure 1).

BLM_0071926