**Conclusion**

After reviewing the current status of the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is the Service's biological opinion that the Project, as described in this biological opinion, is not likely to jeopardize the continued existence of the Colorado pikeminnow, razorback sucker, humpback chub, or bonytail. Similarly, it is the Service's biological opinion that the proposed project is not likely to destroy or adversely modify designated critical habitat for the Colorado pikeminnow, razorback sucker, humpback chub, or bonytail. We have reached these conclusions based on the following reasons:

- The Service has determined (Service 1999) that projects that fit under the umbrella of the Colorado River PBO avoid the likelihood of jeopardy to the continued existence of all four endangered fish and avoid the destruction or adverse modification of their critical habitats. The Colorado River PBO has been in use since 1999 and is still valid. The 2,463 af/yr of water depletions from the Colorado River Basin resulting from the proposed project fit under the umbrella of the Colorado River PBO.

- The Service has determined (Service 2005) that projects that fit under the umbrella of the Yampa River PBO avoid the likelihood of jeopardy to the continued existence of all four endangered fish and avoid the destruction or adverse modification of their critical habitats. The Yampa River PBO has been in use since 2005 and is still valid. The 315 af/yr of water depletions from the Yampa River Basin resulting from the proposed project fit under the umbrella of the Yampa River PBO.

- The Service has determined (Service 2009) that projects that fit under the umbrella of the Gunnison River PBO avoid the likelihood of jeopardy to the continued existence of all four endangered fish and avoid the destruction or adverse modification of their critical habitats. Gunnison River PBO has been in use since 2009 and is still valid. The 607 af/yr of water depletions from the Gunnison River Basin resulting from the proposed project fit under the umbrella of the Gunnison River PBO.

- Approximately 15 percent of the water depletions from the proposed project (577 af/yr) would come from outside of the Yampa, Colorado, and Gunnison River Basins. These water depletions would come from the Green, White, and Dolores River Basins. The Recovery Program also serves as the reasonable and prudent alternative to avoid jeopardy and the destruction or adverse modification of critical habitat for water-depleting activities within these areas. Depletion fees have been paid for all water consumption involved with this project, including within these areas. These fees help to offset the effects of the water depletions by supporting the Recovery Program in implementing recovery actions as outlined in the RIPRAP.

BLM_0072218

- Additionally, the water depletions associated with the proposed action are a small portion of the flows in each of the respective rivers. They are not of sufficient magnitude that they would reduce flows below recommended seasonal targets to any significant degree. The water depletion quantities are not of sufficient scale that they would overwhelm and threaten the success of water agreements to meet seasonal flow targets through upstream dam releases. Similarly, they are not of sufficient magnitude to appreciably increase contaminant concentrations. Therefore, we do not believe that the proposed water depletions are of sufficient magnitude that they would appreciably affect the function and value of the physical and biological features of critical habitat, and thus, would not result in the destruction or adverse modification of critical habitat

- Although the net effect of climate change on the biological integrity of endangered critical habitat is uncertain, even if river flows were somewhat reduced in the future, we do not expect water depletions from the project to markedly exacerbate the potential adverse effects of climate change, particularly over the next 10 years, the primary term of analysis for this biological opinion.

- Given that the effects to the four endangered fish species are a product of water depletion-induced changes to their habitats, and given that the physical and biological features of critical habitat would not be appreciably affected, as stated above, we do not believe that the project would measurably reduce population numbers, reproduction, or constrain the distribution of any of the endangered fish. Thus, the project would not result in jeopardy to the continued existence of any of the four endangered fish.

The Service and the Recovery Program track all water depletions in the Upper Colorado River Basin that are covered under the section 7 Agreement and the RIPRAP on a quarterly basis. A summary of those depletions are available at: http://www.coloradoriverrecovery.org/documents-publications/section-7-consultation/consultation-list.html. Also, in accordance with the Section 7, Sufficient Progress, and Historic Projects Agreement, the Service reviews cumulative accomplishments and shortcomings of the Recovery Program in the Upper Colorado River Basin. Per that Agreement, the Service uses the following criteria to evaluate whether the Recovery Program is making "sufficient progress" toward recovery of the four listed fish species:

- actions which result in a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction;
- status of the fish populations;
- adequacy of flows;
- and magnitude of the impact of projects.

BLM_0072219

Through these bi-annual Sufficient Progress reviews the Service evaluates the best available and current information to determine if the Recovery Program continues to offset depletion effects identified in existing Section 7 consultations including the depletions covered by these PBOs.  In the most recent assessment (dated December 10, 2017), the Service determined that sufficient progress has been made towards recovery (Service 2017).  Sufficient Progress reports can be found at:  http://www.coloradoriverrecovery.org/documents-publications/section-7-consultation/sufficient-progress-letters.html.

## INCIDENTAL TAKE STATEMENT

Section 9 of the ESA and Federal regulation pursuant to section 4(d) of the ESA prohibit the take of endangered and threatened species, respectively, without special exemption.  Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct.  Harm is defined as "an act which actually kills or injures wildlife. Such act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering."  Harass is defined as "… an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering."  Incidental take is defined as "takings that result from, but are not the purpose of, carrying out an otherwise lawful activity conducted by the Federal agency or applicant."  Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the ESA provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement.

Colorado pikeminnow, humpback chub, bonytail, and razorback sucker are harmed from the reduction of water in their habitats resulting from the project in the following manner--1) habitat conditions may be rendered unsuitable for breeding because reduced flows would impact habitat formulation and maintenance as described in the biological opinion, 2) habitat conditions may be rendered unsuitable for nursery, feeding, and rearing habitats due to a reduced inundation of oxbows, backwaters, and other areas in the 100-year floodplain, 3) baseflow habitat conditions may be compromised due to a reduction in available habitat and potentially higher water temperatures, 4) individuals using habitats diminished by the proposed water depletions could be more susceptible to predation and competition from nonnative fish, and 5) water quality may be diminished by water depletions due to a resulting increase in contaminant concentrations.  The four endangered fish may also be taken by entrainment into a pump placed directly into occupied habitat, as explained in the Effects of the Action section.

Estimating the number of individuals of these species that would be taken as a result of water withdrawal and depletions is difficult to quantify for the following reasons--1) determining whether an individual forwent breeding as a result of water depletions versus natural causes would be extremely difficult; 2) finding a dead or injured listed fish would be difficult, due to the large size of the project area, fish live underwater and are not readily visible, and because carcasses are subject to scavenging; 3) natural fluctuations in river flows and species abundance may mask project effects; and 4) effects that reduce fecundity are difficult to detect or quantify.

BLM_0072220

According to the Code of Federal Regulations (50 CFR § 402.14 (i)(1)(i)) and Service policy (Service 1998b), some detectable measure of effect should be provided, such as the relative occurrence of the species or a surrogate species in the local community, or amount of habitat used by the species, to serve as a measure for take. Take also may be expressed as a change in habitat characteristics affecting the species, such as water quality or flow. Because estimating the number of individuals of the four listed fishes that could be taken by the water withdrawal and depletions addressed in this biological opinion is difficult for the reasons stated above, we have developed a surrogate measure to estimate the amount of anticipate take to listed fish in the form of harm. The surrogate we are using is the reduction of water that would occur from the proposed action and analyzed in the Effects of the Action section. We exempt all take in the form of harm that would occur from the depletion of water from the occupied habitats listed above. We also exempt all take associated with the pumping of water done in accordance with the conservation measures for the project. Water depletions above the amounts addressed in this biological opinion would exceed the anticipated level of incidental take and are not exempt from the prohibitions of section 9 of the ESA.

The implementation of the Recovery Program is intended to minimize impacts of water depletions and, therefore, the actions implemented by the Recovery Program serve as conservation measures in this consultation for minimizing the take that results from this project's water depletions. Any amount of water withdrawal above the levels identified in the Description of the Proposed Action would exceed the anticipated level of incidental take.

## MONITORING AND REPORTING

The BLM is responsible for reporting to the Service the amount of water depleted by this project each calendar year. The BLM has submitted these reports (depletion logs) to the Service since completion of the 2008 PBO; these were based on a fiscal year (but reporting is now being changed to a calendar year basis). As in the past, the report should include subtotals for each major basin containing critical habitat for the endangered fish. The report for each calendar year should be delivered to the Service by April 30 following the end of the calendar year. If the report reveals that any water depletion estimate for any subbasin has been exceeded, this should be highlighted in the report and the Service should be contacted to jointly evaluate whether or not the *average* annual depletion threshold has been exceeded.

## CONSERVATION RECOMMENDATIONS

Some oil and gas operators maintain water treatment and storage facilities where they receive and treat produced water, which can then be used for the completion of future wells (e.g., High Mesa, near Hayes Gulch, near Anvil Points, etc.). Commercial water disposal facilities are in operation in the region as well that temporarily store excess oil and gas waste water (e.g., Black Mountain, Danish Flats). During times of drought when river levels are very low (e.g., late summers of 2002 and 2012), we recommend that you strongly encourage operators to use treated produced water, instead of fresh water, to the fullest extent practicable, for fracking/well completions. The use of produced water does not constitute a water depletion and would not deplete water from rivers. This would allow some water to remain in the rivers occupied by endangered fish during the times when it is needed most.

BLM_0072221

## REINITIATION NOTICE

This concludes formal consultation on the subject action. The proposed action includes adaptive management because additional information, changing priorities, and the development of the States' entitlement may require modification of the Recovery Action Plan. Therefore, the Recovery Action Plan is reviewed annually and updated and changed when necessary and the required time frames include changes in timing approved by means of the normal procedures of the Recovery Program, as explained in the description of the proposed action. Every 2 years, for the life of the Recovery Program, the Service and Recovery Program will review implementation of the Recovery Action Plan actions that are included in this biological opinion to determine timely compliance with applicable schedules. As provided in 50 CFR sec. 402.16, reinitiation of formal consultation is required for new projects where discretionary Federal Agency involvement or control over the action has been retained (or is authorized by law) and under the following conditions:

1. **The amount or extent of take specified in the incidental take statement for this opinion is exceeded**. Given that the surrogate for take we are using is the reduction of water that would occur from the proposed action, water depletions above the amounts addressed in this biological opinion would exceed the anticipated level of incidental take. If the *average* annual water depletion amount for any subbasin is exceeded in any year, and the *average* cannot be brought back within one year to the amounts analyzed in this consultation, reinitiation of consultation would be required.

2. **New information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion**. New information would include reinitiation of consultation on the Colorado River PBO, the Yampa River PBO, or the Gunnison River PBO. Given that this biological opinion is, in part, tiering to the analysis and conclusions contained in those PBOs, reinitiation of any one of those three PBOs would necessitate reexamination of this biological opinion.

   New information would also include a determination by the Service that the Recovery Program is not making sufficient progress towards recovery for any of the four endangered fish. The Service and the Recovery Program track all water depletions from the Upper Colorado River Basin on a quarterly basis. A summary of those depletions are available at: http://www. coloradoriverrecovery.org/documents-publications/section-7-consultation/consultation-list.html. In accordance with the Section 7, Sufficient Progress, and Historic Projects Agreement, the Service reviews cumulative accomplishments and shortcomings of the Recovery Program in the Upper Colorado River Basin. Per that Agreement, the Service uses the following criteria to evaluate whether the Recovery Program is making "sufficient progress" toward recovery of the four listed fish species:

   - actions which result in a measurable population response, a measurable improvement in habitat for the fishes, legal protection of flows needed for recovery, or a reduction in the threat of immediate extinction;
   - status of the fish populations;
   - adequacy of flows;
   - and magnitude of the impact of projects.

BLM_0072222

Through these annual sufficient progress reviews the Service evaluates the best available and current information to determine if the Recovery Program continues to offset depletion effects identified in existing Section 7 consultations.  So far, the Service has determined that sufficient progress has been made towards recovery in each review.  Sufficient progress reports can be found at:  http://www. coloradoriverrecovery.org/documents-publications/section-7-consultation/sufficient-progress-letters.html.

As stated in the Consultation History section above, the Cooperative Agreement for the Recovery Implementation Program was extended through 2023 (Recovery Program 2009).  If the Cooperative Agreement is not renewed at that time, or the Recovery Implementation Program is substantially modified or terminated, that would constitute new information that would likely warrant reinitiation of consultation.

3. **The identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the BO.**  It would be considered a change in the action subject to consultation if the project is changed or any of the assumptions necessarily made in description of the action proved to be incorrect or outdated due to changing technology, information, or unforeseen circumstances, and those changes result in materially different effects to any of the endangered fish or their critical habitats than those considered in this biological opinion.

4. **The Service lists new species or designates new or additional critical habitat, where the level or pattern of depletions covered under this opinion may affect the newly listed species or critical habitat.**  If the new species or critical habitat may be affected by depletions, either reinitiation of consultation on this opinion would be appropriate, or separate consultation on the newly listed entity could be conducted.

The BLM, with assistance from the Service, will examine these reinitiation criteria in 2027 to determine if there may be new information or changed conditions that would call into question the original assumptions and conclusions that were made.  An assessment of the annual tracking and reporting of water consumption for the project will be made to confirm that it is proceeding as planned.  Any changes to the baseline conditions for the endangered fish will also be taken into consideration, as well as technological changes that may affect water use for the project. New, relevant information regarding the effects of climate change on critical habitat that might be available at that time will be also evaluated.  If no significant new information or changed conditions are identified that would warrant reinitiation of consultation, the BLM and the Service expect that the use of this PBO would be extended.

All individual consultations conducted under the Yampa, Colorado, and Gunnison River PBOs contain language requesting the applicable Federal agency to retain sufficient authority to reinitiate consultation should reinitiation become necessary.  The BLM will retain regulatory authority over the oil and gas activities that are permitted by BLM and which are involved in this consultation.  Non-Federal entities that have signed recovery agreements and that rely on the Recovery Program to avoid the likelihood of jeopardy and/or adverse modification of critical habitat by depletion impacts related to their projects will agree, by means of Recovery

BLM_0072223

Agreements, to participate during reinitiated consultations in finding solutions to the problem which triggered the reinitiation of consultation.

Thank you for you cooperation in the formulation of this opinion and your interest in conserving endangered species.

BLM_0072224

# LITERATURE CITED

Abell, R. 1994. San Juan River Basin water quality contaminants review. Volume 1. Unpublished report prepared by the Museum of Southwestern Biology, University of New Mexico for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 316 pp.

Anderson, R. 2005. Riverine Fish Flow Investigations. Colorado Division of Wildlife Federal Aid Project F-289-R7. Job Progress Report.

Archer, D.L., L.R. Kaeding, B.D. Burdick, and C.W. McAda. 1985. A study of the endangered fishes of the Upper Colorado River. Final Report - Cooperative Agreement 14-16-0006-82-959. U.S. Department of the Interior, Fish and Wildlife Service, Grand Junction, Colorado. 134 pp.

Archer, D.L., H.M. Tyus, and L.R. Kaeding. 1986. Colorado River fishes monitoring project, final report. U.S. Fish and Wildlife Service, Colorado River Fishery Project, Lakewood, CO. 64 pp.

Battige, K. 2012. Middle Yampa River northern pike removal and evaluation; smallmouth bass removal and evaluation. Annual Report Project 98a of the Upper Colorado River Endangered Fish Recovery Program, Lakewood, Colorado.

Beckvar, N., Dillon, T. M., & Read, L. B. 2005. Approaches for linking whole-body fish tissue residues of mercury or DDT to biological effects thresholds. Environmental Toxicology and Chemistry 24(8):2094-2105.

Behnke, R.J., and D.E. Benson. 1983. Endangered and threatened fishes of the Upper Colorado River Basin. Ext. Serv. Bull. 503A, Colorado State University, Fort Collins, CO. 34 pp.

Bestgen, K.R. 1990. Status review of the Razorback Sucker, *Xyrauchen texanus*. Larval Fish Laboratory #44. Colorado State University, Fort Collins, CO. 91 pp.

Bestgen, K.R. 1997. Interacting effects of physical and biological factors on recruitment of age-0 Colorado squawfish. Doctoral Dissertation. Colorado State University, Fort Collins, CO. 203 pp.

Bestgen, K.R., D.W. Beyers, G.G. Haines, and J.A. Rice. 1997. Recruitment models for Colorado squawfish: tools for evaluating relative importance of natural and managed processes. Final Report of Colorado State University Larval Fish Laboratory to U.S. National Park Service Cooperative Parks Unit and U.S. Geological Survey Mid-continent Ecological Science Center, Fort Collins, CO. 55 pp.

Bestgen, K.R., G.B. Haines, R. Brunson, T. Chart, M. Trammell, R.T. Muth, G. Birchell, K. Chrisopherson and J.M. Bundy. 2002. Status of wild razorback sucker in the Green River Basin, Utah and Colorado, determined from basinwide monitoring and other sampling programs. Colorado River Recovery Implementation Program Project Number 22D. 79 pages.

Bestgen, K.R., G.B. Haines, and A.A. Hill. 2011. Synthesis of floodplain wetland information: timing of razorback sucker reproduction in the Green River, Utah, related to streamflow, water temperature, and floodplain wetland availability. Final Report to the Upper Colorado River Endangered Fish Recovery Program. U. S. Fish and Wildlife Service, Denver, CO. Larval Fish Laboratory Contribution 163.

Bestgen, K.R., J.A. Hawkins, G.C. White, K. Christopherson, M. Hudson, M. Fuller, D.C. Kitcheyan, R. Brunson, P. Badame, G.B. Haines, J. Jackson, C.D. Walford, and T.A. Sorensen. 2007a. Population Status of Colorado pikeminnow in the Green River Basin, Utah and Colorado. Transactions of the American Fisheries Society 136:1356-1380.

BLM_0072225

Bestgen, K. R., J. A. Hawkins, G. C. White, C.D. Walford, P. Badame & L. Monroe. 2010. Population Status of Colorado pikeminnow in the Green River Basin, Utah and Colorado, 2006-2008. Colorado River Recovery Implementation Program Project Number 128. 112 pages.

Bestgen, K.R., J.A. Hawkins, G.C. White, C.D. Walford, M. Breen, T. Jones, A. Weber, and J. Howard. 2013. A bundance Estimates for Colorado pikeminnow in the Green River Basin, Utah and Colorado. Colorado River Recovery Program FY 2013 Annual Project Report. Recovery Program project number: 128.

Bestgen, K.R. and A.A. Hill. 2016 . Reproduction, abundance, and recruitment dynamics of young Colorado pikeminnow in the Green and Yampa rivers, Utah and Colorado, 1979-2012. Final report to the Upper Colorado River Endangered Fish Recovery Program. Larval Fish Laboratory Contribution 183.

Bestgen, K.R., R.T. Muth, and M.A. Trammell. 1998. Downstream transport of Colorado squawfish larvae in the Green River drainage: temporal and spatial variation in abundance and relationships with juvenile recruitment. Recovery Program Project Number 32. Colorado State University, Ft. Collins, CO.

Bestgen, K. R., K. A. Zelasko, and G. C. White. 2012. Monitoring reproduction, recruitment, and population status of razorback suckers in the Upper Colorado River Basin. Final Report to the Upper Colorado River Endangered Fish Recovery Program, U. S. Fish and Wildlife Service, Denver. Larval Fish Laboratory Contribution 170.

Bestgen, K. R., Zelasko, K. A., and C. T. Wilcox. 2007b. Non-native fish removal in the Green River, Lodore and Whirlpool canyons, 2002-2006, and fish community response to altered flow and temperature regimes, and non-native fish expansion. Upper Colorado River Endangered Fish Recovery Program, Project 149, Final Report. U. S. Fish and Wildlife Service, Lakewood, Colorado. 84 pp. Black, T., and R.V. Bulkley. 1985a. Preferred temperature of yearling Colorado squawfish. Southwestern Naturalist 30:95-100.

Bingham, T., B. Scheer, M. Gross, and D. Ryden. 2016. Propagation facilities in the Grand Valley (Ouray National Fish Hatchery – Grand Valley Unit) for captive rearing of endangered fishes for the Upper Colorado River Basin. Colorado River Recovery Program FY 2016 Annual Project Report. Recovery Program Project Number 29a. Grand Junction, Colorado.

Black, T., and R.V. Bulkley. 1985b. Growth rate of yearling Colorado squawfish at different water temperatures. Southwestern Naturalist 30:253-257.

Bliesner, R., and V. Lamarra. 1995. San Juan River habitat studies.1996 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 139 pp.

Brandenburg, W.H., M.A. Farrington, and S.J. Gottlieb. 2005. Colorado pikeminnow and razorback sucker larval fish survey in the San Juan River during 2004. University of New Mexico, Museum of Southwestern Biology, Division of Fishes, Albuquerque. 93 pp.

Bulkley, R.V., and R. Pimentel. 1983. Temperature preference and avoidance by adult razorback suckers. Transactions of the American Fisheries Society 112:601-607

Bulkley, R.V., C.R. Berry, R. Pimental, and T. Black. 1981. Tolerance and preferences of Colorado River endangered fishes to selected habitat parameters: final completion report. Utah Cooperative Fishery Research Unit, Utah State University Logan, UT. 83 pp. Also in Bulkley, R.V., C.R. Berry, Jr., R. Pimentel, and T. Black. 1982. Tolerance and preferences of Colorado River endangered fishes to selected habitat parameters. Pages 185-241 in W.H. Miller, J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L.R. Kaeding. Colorado River Fishery Project, Part 1 Summary report. Final report, U.S. Bureau of Reclamation Contract 9-07-40-L-10 16, and U.S. Bureau of Land Management Memorandum.

BLM_0072226

Burdick, B. D.  1995.  Ichthyofaunal studies of the Gunnison River, Colorado, 1992-1994.  Final Report prepared for the Recovery Implementation Program for Endangered Fishes in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado.  60 pp. + appendix.

Burdick, B.D.  2003.  Monitoring and evaluating various sizes of domestic-reared razorback sucker stocked in the Upper Colorado and Gunnison Rivers: 1995-2001.  Final Report prepared for the Upper Colorado River Endangered fish Recovery Program.  Recovery Program Project Number 50.  U.S. Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction, Colorado.  54 pp + appendices.

Burdick, B.D., and R.B. Bonar.  1997.  Experimental stocking of adult razorback sucker in the Upper Colorado and Gunnison Rivers.  U.S. Fish and Wildlife Service, Grand Junction, CO.  33 pp.

Burdick, B.D. and L.R. Kaeding.  1985.  Reproductive ecology of the humpback chub and the roundtail chub in the Upper Colorado River.  Proceedings of the Annual Conference of Western Association of Game and Fish Agencies.  65:163 (abstract).

Burke, T.  1994.  Lake Mohave native fish rearing program.  U.S. Bureau of Reclamation, Boulder City, NV.

Carlson, C.A., and R.T. Muth.  1989.  The Colorado River: lifeline of the American Southwest.  In D.P. Dodge, ed.  Proceedings of the International Large River Symposium.  Canadian Special Publication of Fisheries and Aquatic Sciences 106, Ottawa.  Pp 220-239.

Chart, T.E.  2014.  Nonnative fish control—an uphill battle. Swimming Upstream, San Juan River Basin Recovery Implementation Program and Upper Colorado River Endangered Fish Recovery Program. Winter, 2014. Downloadable at: http://www.coloradoriverrecovery.org/general-information/general-publications/fieldreport/winter14rev.pdf

Chart, T.E., and J.S. Cranney.  1991.  Radio-telemetered monitoring of stocked bonytail chubs (*Gila elegans*) in the Green River, Utah, 1988–1989.  Draft Final Report, Utah Division of Wildlife Resources, Salt Lake City.

Chart, T.E., and L.D. Lentsch.  1999a.  Flow effects on humpback chub (*Gila cypha*) in Westwater Canyon.  Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Chart, T.E., and L.D. Lentsch.  1999b.  Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River 1992–1996.  Final Report to the Recovery Program for the Endangered Fishes in the Upper Colorado River Basin, Project Number 39.  Utah Division of Wildlife Resources, Moab and Salt Lake City.

Chart, T.E., and L.D. Lentsch.  2000.  Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River 1992- 1996.  Report C *in* Flaming Gorge Studies: reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the middle Green River.  Final Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Clarkson, R.W., E.D. Creef, and D.K. McGuinn-Robbins.  1993.  Movements and habitat utilization of reintroduced razorback suckers (*Xyrauchen texanus*) and Colorado squawfish (*Ptychocheilus lucius*) in the Verde River, Arizona.  Special Report.  Nongame and Endangered Wildlife Program, Arizona Game and Fish Department, Phoenix, AZ.

Clow, DW.  2010.  Changes in the timing of snowmelt and streamflow in Colorado: A response to recent warming.  Journal of Climate 23(9):2293-306.

BLM_0072227

Colorado Water Conservation Board. 2012. Colorado River Water Availability Study, Phase I Report. Colorado Conservation Board, Denver, CO.

Colorado Water Plan. 2015. *Colorado Department of Natural Resources, Colorado Water Conservation Board. Denver, CO.*

Crist, L.W., and D.W. Ryden. 2003. Genetics management plan for the endangered fishes of the San Juan River. Report for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 45 pp.

Crowl, T.A., and N.W. Bouwes. 1998. A population model for four endangered Colorado River fishes. Final Report. Ecology Center, Department of Fisheries and Wildlife, Utah State University, Logan.

Davis, J.E. 2003. Nonnative species monitoring and control, San Juan River 1998-1999. Progress report for the San Juan River Recovery Implementation Program. U.S. Fish and Wildlife Service, New Mexico Fishery Resources Office. Albuquerque, New Mexico. 56 pp.

Denver Water Supply & Planning (as cited in the 2017 PBA). *http://www.denverwater.org/SupplyPlanning/WaterRights/ Accessed February 15, 2017.*

Douglas, M.E., W.L. Minckley, and H.M. Tyus. 1989. Quantitative characters, identification of Colorado River chubs (Cyprinidae: genus *Gila*) and ☐the art of seeing well. Copeia 1993:334-343.

Douglas, M.E., W.L. Minckley, and H.M. Tyus. 1998. Multivariate discrimination of Colorado Plateau *Gila* spp.: the art of seeing well revisited. Transactions of the American Fisheries Society 127:163-173.

Driscoll, C. T., Mason, R. P., Chan, H. M., Jacob, D. J., & Pirrone, N. 2013. Mercury as a global pollutant: sources, pathways, and effects. Environmental Science & Technology 47(10):4967-4983.

Electrical Power Research Institute (EPRI). 2014. A case study assessment of trace metal atmospheric emissions and their aquatic impacts in the San Juan River Basin. Palo Alto, CA.

Ellis, M.M. 1914. Fishes of Colorado. The University of Colorado Studies. University of Colorado, Boulder, Colorado. 148 pp.

Fitzgerald, W. F., Engstrom, D. R., Lamborg, C. H., Tseng, C. M., Balcom, P. H., & Hammerschmidt, C. R. 2005. Modern and historic atmospheric mercury fluxes in northern Alaska: Global sources and Arctic depletion. Environmental Science & Technology 39(2):557-568.

Francis, T. 2008. Overview of the Upper Colorado River Recovery Program Propagation Program with a preliminary assessment of survival of stocked fish in the rivers of the Upper Colorado River Basin, DRAFT. Grand Junction, Colorado. 11 pp.

Francis, T., and D. Ryden. 2016a. Annual operation and maintenance of the fish passage structure at the Redlands Diversion Dam on the Gunnison River. Colorado River Recovery Program FY 2016 Annual Project Report. Grand Junction, Colorado.

Francis, T., and D. Ryden. 2016b. Annual operation and maintenance of the fish passage structure at the Government Highline Diversion Dam on the Upper Colorado River. Colorado River Recovery Program FY 2016 Annual Project Report. Grand Junction, Colorado.

Gorman, O.T., and D.M. Stone. 1999. Ecology of spawning humpback chub, *Gila cypha*, in the Little Colorado River near Grand Canyon, Arizona. Environmental Biology of Fishes 55:115-133.

Gido, K.B. 2012. Long-term dynamics of native and nonnative fishes in the San Juan River, New Mexico and Utah, under a partially managed flow regime. Transactions of the American Fisheries Society 141:645-659.

BLM_0072228

Gutermuth, F.B., L.D. Lentsch, and K. Bestgen. 1994. Collection of Age-0 Razorback Suckers (*Xyrauchen texanus*) in the Lower Green River, Utah. Southwestern Naturalist, 39 (4).

Hamilton, S. J. 1999. Hypothesis of historical effects from selenium on endangered fish in the Colorado River Basin. Human and Ecological Risk Assessment: An International Journal, 5(6):1153-1180.

Hamilton, S. J. 2004. Review of selenium toxicity in the aquatic food chain. *Science of the Total Environment, 326*(1), 1-31.

Hamilton, S. J., Muth, R. T., Waddell, B., & May, T. W. (2000). Hazard assessment of selenium and other trace elements in wild larval razorback sucker from the Green River, Utah. Ecotoxicology and Environmental Safety 45(2):132-147.

Hamman, R.L. 1981. Spawning and culture of Colorado squawfish in raceways. Progressive Fish Culturist 43(4):173-177.

Hamman, R.L. 1982. Spawning and culture of humpback chub. Progressive Fish-Culturist 44:213-216.

Hamman, R.L. 1986. Induced spawning of hatchery-reared Colorado squawfish. Progressive Fish Culturist 47:239-241.

Hawkins, J.A., and T.P. Nesler. 1991. Nonnative fishes of the Upper Colorado River Basin: an issue paper. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

Hawkins, J.A., E.J. Wick, and D.E. Jennings. 1996. Fish composition of the Little Snake River, Colorado, 1994. Final Report of Colorado State University Larval Fish Laboratory to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Haynes, C.M., T.A. Lytle, E.J. Wick, and R.T. Muth. 1984. Larval Colorado squawfish in the Upper Colorado River Basin, Colorado 1979-1981. Southwestern Naturalist 29:21-33.

Hoerling, M.P., Dettinger, M., Wolter, K., Lukas, J., Eischeid, J., Nemani, R., Liebmann, B., Kunkel, K.E., Kumar, A. 2013 . Present weather and climate: Evolving conditions. Garfin G, Jardine A, Merideth R, and others, editors. In: Assessment of climate change in the southwest United States: A report prepared for the National Climate Assessment. Washington, DC: Island Press/Center for Resource Economics. 74 p.

Holden, P.B. 1994. Razorback sucker investigations in Lake Mead, 1994. Report of Bio/West, Inc., Logan Utah, to Southern Nevada Water Authority.

Holden, P.B. 1999. Flow recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 187 pp.

Holden, P.B. 2000. Program evaluation report for the 7-year research period (1991-1997). San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 80 pp.

Holden, P.B., and C.B. Stalnaker. 1970. Systematic studies of the cyprinid genus Gila in the Upper Colorado River Basin. Copeia 1970(3):409-420.

Holden, P.B., and C.B. Stalnaker. 1975. Distribution and abundance of mainstream fishes of the middle and Upper Colorado River Basins, 1967-1973. Transactions of the American Fisheries Society 104(2):217-231.

Irving, D., and T. Modde. 2000. Home-range fidelity and use of historical habitat by adult Colorado squawfish (*Ptychocheilus lucius*) in the White River, Colorado and Utah. Western North American Naturalist 60:16☐25.

BLM_0072229

Janz, D. M., DeForest, D. K., Brooks, M. L., Chapman, P. M., Gilron, G., Hoff, D., and Skorupa, J. P. 2010. Selenium toxicity to aquatic organisms. *Ecological Assessment of Selenium in the Aquatic Environment*, 141-231.

Jackson, J.A. 2003. Nonnative control in the Lower San Juan River 2003. Interim Progress Report. Utah Division of Wildlife Resources, Moab. 16 pp. + appendix.

Jackson, J.A. 2005. Nonnative control in the Lower San Juan River 2004. Interim Progress Report. Utah Division of Wildlife Resources, Moab. 28 pp.

Jobling, M. 1981. Temperature tolerance and the final preferendum - rapid methods for the assessment of optimum growth temperatures. Journal of Fish Biology 19:439-455.

Johnson, B. M., P. J. Martinez, J. A. Hawkins, and K. R. Bestgen. 2008. Ranking predatory threats to nonnative fishes in the Yampa River, Colorado, via bioenergetics modeling. North American Journal of Fisheries Management 28:1941-1953.

Jonez, A., and R.C. Sumner. 1954. Lakes Mead and Mohave investigations: a comparative study of an established reservoir as related to a newly created impoundment. Final Report. Federal Aid Wildlife Restoration (Dingell-Johnson) Project F-1-R, Nevada Game and Fish Commission, Carson City, NV.

Jordan, D.S. 1891. Report of explorations in Colorado and Utah during the summer of 1889 with an account of the fishes found in each of the river basins examined. Bulletin of the United States Fish Commission 9:1-40.

Jordan, D.S., and B.W. Evermann. 1896. The fishes of North and Middle America. Bulletin U.S. National Museum 47 (1):1240.

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the Upper Colorado River system. U.S. Fish and Wildlife Service, Office of Biological Services, Fort Collins, Colorado, FWS/OBS 24, Part 2. 183 pp.

Kaeding, L.R., and M.A. Zimmerman. 1983. Life history and ecology of the humpback chub in the Little Colorado and Colorado Rivers of the Grand Canyon. Transactions of the American Fisheries Society 112:577-594.

Kaeding, L.R., B.D. Burdick, P.A. Schrader, and C.W. McAda. 1990. Temporal and spatial relations between the spawning of humpback chub and roundtail chub in the Upper Colorado River. Trans. Am. Fish Soc. 119:135-144.

Kaeding, L.R., B.D. Burdick, P.A. Schrader, and W.R. Noonan. 1986. Recent capture of a bonytail chub (Gila elegans) and observations on this nearly extinct cyprinid from the Colorado River. Copeia 1986(4):1021-1023.

Karp, C.A., and H.M. Tyus. 1990. Behavioral interactions between young Colorado squawfish and six fish species. Copeia 1990:25-34.

Koster, W.J. 1960. Ptychocheilus lucius (Cyprinidae) in the San Juan River, New Mexico. The Southwestern Naturalist 5:174-175.

Lamarra, V.A., M.C. Lamarra, and J.G. Carter. 1985. Ecological investigations of a suspected spawning site of Colorado squawfish on the Yampa River, Utah. Great Basin Naturalist 45(1): 127-140.

Langhorst, D.R. 1989. A monitoring study of razorback sucker (*Xyrauchen texanus*) reintroduced into the lower Colorado River in 1988. Final Report for California Department of Fish and Game Contract FG-7494. California Department of Fish and Game, Blythe, CA.

BLM_0072230

Lanigan, S.H., and H.M. Tyus.  1989.  Population size and status of the razorback sucker in the Green River Basin, Utah and Colorado.  North American Journal of Fisheries Management 9:68-73.

Lapahie, A.  2003  Nenahnezad Fish Passage Narrative Report:  September 01-30, 2003.  Navajo Fish and Wildlife Department, Window Rock, AZ.  4 pp.

Lemly, A. D. 1996. Selenium in aquatic organisms. Environmental Contaminants in Wildlife: Interpreting Tissue Concentrations. Lewis, Boca Raton, FL, USA, 427-445.

Lentsch, L.D., Y. Converse, and P.D. Thompson.  1996.  Evaluating habitat use of age-0 Colorado squawfish in the San Juan River through experimental stocking.  Utah Division of Natural Resources, Division of Wildlife Resources.  Publication No. 96-11, Salt Lake City, UT.

Lentsch, L.D., B.G. Hoskins, and L.M. Lubomundrov.  2000.  The White River and endangered fish recovery: a hydrological, physical, and biological synopsis.  Updated and Edited by M.E. Anderson and A. Paschal.  Final Report to the Recovery Implementation Program for Endangered Fish Species of the Upper Colorado River Basin, Project No. 21.  Utah Division of Wildlife Resources, Salt Lake City, Utah.

Lukas, J., Barsugli, J., Doesken, N., Rangwala, I., Wolter, K.  2014.  Climate change in Colorado: A synthesis to support water resources management and adaptation. Report for the Colorado Water Conservation Board. University of Colorado, Boulder. 64pp.

Lusk, J.  2010.  Mercury (Hg) and selenium (Se) in Colorado pikeminnow and in razorback sucker from the San Juan River. USFWS, New Mexico Ecological Services presentation to SJRRIP, Biology Committee Meeting.

Marsh, P.C.  1985.  Effect of incubation temperature on survival of embryos of native Colorado River fishes.  Southwestern Naturalist 30:129-140.

Marsh, P.C.  1987.  Food of adult razorback sucker in Lake Mohave, Arizona-Nevada.  Transactions of the American Fisheries Society 116:117-119.

Marsh, P.C.  1993.  Draft biological assessment on the impact of the Basin and Range Geoscientific Experiment (BARGE) on federally listed fish species in Lake Mead, Arizona and Nevada.  Arizona State University, Center for Environmental Studies, Tempe, AZ.

Marsh, P.C., and J.E. Brooks.  1989.  Predation by ictalurid catfishes as a deterrent to reestablishment of hatchery-reared razorback suckers.  Southwestern Naturalist 34:188-195.

Marsh, P.C., and M.E. Douglas.  1997.  Predation by introduced fishes on endangered humpback chub and other native species in the Little Colorado River, Arizona. Transactions of the American Fisheries Society 126:343–346.

Marsh, P.C., and D.R. Langhorst.  1988.  Feeding and fate of wild larval razorback sucker.  Environmental Biology of Fishes 21:59-67.

Marsh, P.C., M.E. Douglas, W.L. Minckley, and R.J. Timmons.  1991.  Rediscovery of Colorado squawfish, *Ptychocheilus lucius* (Cyprinidae), in Wyoming. Copeia 1991:1091_1092.

Marsh, P.C., C. Pacey, and G. Mueller.  2001.  Bibliography for the big river fishes, Colorado River; razorback sucker.  Report of Arizona State University to U.S. Geological Survey, Denver, CO.  84 pp.

Martinez, P.J., T.E. Chart, M.A. Trammell, J.G. Wullschleger, and E.P. Bergersen.  1994.  Fish species composition before and after construction of a mainstem reservoir on the White River, Colorado. Environmental Biology of Fishes 40:227-239.

BLM_0072231

Martinez, P., K. Wilson, P. Cavalli, H. Crockett, D. Speas, M. Trammell, B. Albrecht, and D. Ryden. 2014. Upper Colorado River Basin nonnative and invasive aquatic species prevention and control strategy. Upper Colorado River Endangered Fish Recovery Program. 74 pp. + Appendices.

Marvin-DiPasquale, M., Lutz, M. A., Brigham, M. E., Krabbenhoft, D. P., Aiken, G. R., Orem, W. H., & Hall, B. D. 2009. Mercury cycling in stream ecosystems. 2. Benthic methylmercury production and bed sediment−pore water partitioning. Environmental Science & Technology 43(8):2726-2732.

McAda, C.W. 1983. Colorado squawfish, *Ptychocheilus lucius* (Cyprinidae), with a channel catfish, *Ictalurus punctatus* (Ictaluridae), lodged in its throat. Southwestern Naturalist 28:119-120.

McAda, C.W. 2002. Population size and structure of humpback chub in Black Rocks, 1998-2000. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project 22a3. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

McAda, C.W. 2003. Flow recommendations to benefit endangered fishes in the Colorado and Gunnison Rivers. Recovery Program Project Number 54, Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

McAda, C.W., and R.J. Ryel. 1999. Distribution, relative abundance, and environmental correlates for age-0 Colorado pikeminnow and sympatric fishes in the Colorado River. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

McAda, C.W., and R.S. Wydoski. 1980. The razorback sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin, 1974-76. U.S. Fish and Wildlife Service Technical Paper 99. 15 pp.

McCarthy, C.W., and W.L. Minckley. 1987. Age estimation for razorback sucker (Pisces: Catastomidae) from Lake Mohave, Arizona and Nevada. Journal Arizona-Nevada Academy of Science 21:87-97.

McCauley R and Beitinger T. 1992. Predicted effects of climate warming on the commercial culture of the channel catfish, *Ictalurus punctatus*. Geojournal 28(1):61-66.

McGarvey, D. J., J. M. Johnston, and M. C. Barber. 2010. Predicting fish densities in lotic systems: a simple modeling approach. Journal of the North American Benthological Society 29:1212-1227.

McDonald, D.B., and P.A. Dotson. 1960. Fishery investigations of the Glen Canyon and Flaming Gorge impoundment areas. Utah Department of Fish and Game Information Bulletin 60-3:1–70.

Miller, R.R. 1946. Gila cypha, a remarkable new species of cyprinid fish from the Colorado River in Grand Canyon, Arizona. Journal of the Washington Academy of Science 36(12):409-415.

Miller, R.R. 1961. Man and the changing fish fauna of the American southwest. Papers of the Michigan Academy of Science, Arts and Letters 46:365-404.

Miller, A.S., and W.A. Hubert. 1990. Compendium of existing knowledge for use in making habitat management recommendations for the Upper Colorado River Basin. Final Report of U.S. Fish and Wildlife Service Wyoming Cooperative Fish and Wildlife Research Unit to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Miller, W.H., J.J. Valentine, D.L. Archer, H.M. Tyus, R.A. Valdez, and L.R. Kaeding. 1982. Colorado River Fishery Project Final Report Summary. U.S. Fish and Wildlife Service, Salt Lake City, UT. 42 pp.

Miller, W.J., and J. Ptacek. 2000. Colorado pikeminnow habitat use in the San Juan River. Final report prepared by W.J. Miller & Associates, for the San Juan River Recovery Implementation Program. 64 pp.

BLM_0072232

Miller, W.H., L.R. Kaeding, H.M. Tyus, C.W. McAda, and B.D. Burdick. 1984. Windy Gap Fishes Study. U.S. Department of the Interior, Fish and Wildlife Service, Salt Lake City, Utah. 37 pp.

Minckley, W.L. 1973. Fishes of Arizona. Arizona Game and Fish Department, Phoenix. 293 pages.

Minckley, W.L. 1983. Status of the razorback sucker, *Xyrauchen texanus* (Abbott), in the lower Colorado River Basin. Southwestern Naturalist 28:165-187.

Minckley, W.L. 1985. Native fishes and natural aquatic habitats of U.S. Fish and Wildlife Service Region 11, west of the Continental Divide. Final Report of Arizona State University, Tempe, to U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

Minckley, W.L., and J.E. Deacon. 1991. Battle against extinction: native fish management in the American West. The University of Arizona Press, Tucson.

Minckley, W.L., P.C. Marsh, J.E. Brooks, J.E. Johnson, and B.L. Jensen. 1991. Management toward recovery of razorback sucker (*Xyrauchen texanus*). In: W.L. Minckley and J.E. Deacon, (Eds) Battle Against Extinction. University of Arizona Press, Tucson, AZ. Pp. 303-357.

Modde, T. 1997. Fish use of Old Charlie Wash: an assessment of floodplain wetland importance to razorback sucker management and recovery. Final report of U.S. Fish and Wildlife Service, Vernal, Utah, to Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Modde, T., K.P. Burnham, and E.J. Wick. 1996. Population status of the razorback sucker in the Middle Green River (U.S.A.). Conservation Biology 10:110-119.

Modde, T., and D.B. Irving. 1998. Use of multiple spawning sites and seasonal movement by razorback sucker in the middle Green River, Utah. North American Journal of Fisheries Management 18:318□326.

Modde, T., W. J. Miller, and R. Anderson. 1999. Determination of habitat availability, habitat use, and flow needs of endangered fishes in the Yampa River between August and October. Final Report to Upper Colorado River Endangered Fish Recovery Program. Denver.

Modde, T., and E.J. Wick. 1997. Investigations of razorback sucker distribution movements and habitats used during spring in the Green River, Utah. Final Report of U.S. Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.

Moyle, P.B. 1976. Inland fishes of California. University of California Press, Berkeley. pp 193-195, 229-231.

Muth, R.T. 1990. Ontogeny and taxonomy of humpback chub, bonytail, and roundtail chub larvae and early juveniles. Doctoral Dissertation. Colorado State University, Fort Collins.

Muth, R.T. 1995. Conceptual-framework document for development of a standardized monitoring program for basin-wide evaluation of restoration activities for razorback sucker in the Green and Upper Colorado River systems. Colorado State University Larval Fish Laboratory final report to the Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin, Denver, Colorado.

Muth, R.T., L.W. Crist, K.E. LaGory, J.W. Hayse, K.R. Bestgen, T.P. Ryan, J.K. Lyons, and R.A. Valdez. 2000. Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, CO. 200 pp.

Nelson, P., C. McAda, and D. Wydoski. 1995. The potential for nonnative fishes to occupy and/or benefit from enhanced or restored floodplain habitat and adversely impact the razorback sucker: an issue paper. U.S. Fish and Wildlife Service, Denver, CO.

BLM_0072233

Nelson, J.S., E.J. Crossman, H. Espinosa-Perez, C.R. Gilbert, R.N. Lea, and J.D. Williams. 1998. Recommended changes in common fish names; pikeminnow to replace squawfish (*Ptychocheilus* spp.). Fisheries 23(9):37.

Nesler, T.P., K. Christopherson, J.M. Hudson, C.W. McAda, F. Pfeifer, and T.E. Czapla. 2003. An integrated stocking plan for razorback sucker, bonytail, and Colorado pikeminnow for the Upper Colorado River Endangered Fish Recovery Program. Addendum to State Stocking Plans.

Nesler, T.P., R.T. Muth, and A.F. Wasowicz. 1988. Evidence for baseline flow spikes as spawning cues for Colorado Squawfish in the Yampa River, Colorado. American Fisheries Society Symposium 5:68-79.

Osmundson, B. 2017. Determination of selenium in fish from designated critical habitat in the Gunnison River, which is listed as impaired for aquatic life. Draft Final Report, U. S. Fish & Wildlife Service. Ecological Services, Grand Junction, CO. 55 pp.

Osmundson, B. & Lusk, J. 2016. Field assessment of Colorado pikeminnow exposure to mercury within its critical habitat in Colorado, New Mexico, and Utah. U. S. Fish & Wildlife Service, Western Colorado Field Office, Grand Junction, CO. 53 pp.

Osmundson, B.C., T.V. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): Relationship with flows in the Upper Colorado River. Archives of Environmental Contamination and Toxicology 38:479-485.

Osmundson, D.B. 1987. Growth and survival of Colorado squawfish (*Ptychocheilus lucius*) stocked in riverside ponds, with reference to largemouth bass (*Micropterus salmoides*) predation. Master's thesis. Utah State University, Logan, UT.

Osmundson, D.B. 2001. Flow regimes for restoration and maintenance of sufficient habitat to recover endangered razorback sucker and Colorado pikeminnow in the Upper Colorado River: interim recommendations for the Palisade-to-Rifle reach. Final Report, Recovery Implementation Program Project No. 74. U.S. Fish and Wildlife Service, Grand Junction, Colorado. 63 pp.

Osmundson, D.B. 2002a. Verification of stocked razorback sucker reproduction in the Gunnison River via annual collections of larvae. Annual report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project Number 121. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D.B. 2002b. Population dynamics of Colorado pikeminnow in the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, Colorado.

Osmundson, D.B. 2011. Thermal regime suitability: assessment of upstream range restoration potential for Colorado pikeminnow, a warmwater endangered fish. River Research and Applications 27:706-722.

Osmundson, D.B., and K.P. Burnham. 1998. Status and trends of the endangered Colorado squawfish in the Upper Colorado River. Transaction of the American Fisheries Society 127:959-970.

Osmundson, D.B., and L.R. Kaeding. 1989. Studies of Colorado squawfish and razorback sucker use of the "15-mile reach" of the Upper Colorado River as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

Osmundson, D.B., and L.R. Kaeding. 1991. Recommendations for flows in the 15-Mile Reach during October-June for maintenance and enhancement of rare fish populations in the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO. 82 pp.

Osmundson, D.B., P. Nelson, K. Fenton, and D.W. Ryden. 1995. Relationships between flow and rare fish habitat in the 15-Mile Reach of the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

BLM_0072234

Osmundson, D.B., M.E. Tucker, B.D. Burdick, W.R. Elmblad, and T.E. Chart. 1997. Non-spawning movements of subadult and adult Colorado squawfish in the Upper Colorado River. Final Report. U.S. Fish and Wildlife Service, Grand Junction, CO.

Osmundson, D.B., and G.C. White. 2017. Long-term mark-recapture monitoring of a Colorado pikeminnow *Ptychocheilus lucius* population: assessing recovery progress using demographic trends. Endangered Species Research 34:131-147.

Pacyna, E. G., Pacyna, J. M., Sundseth, K., Munthe, J., Kindbom, K., Wilson, S., & Maxson, P. 2010. Global emission of mercury to the atmosphere from anthropogenic sources in 2005 and projections to 2020. Atmospheric Environment 44(20):2487-2499.

Pacey, C.A., and P.C. Marsh. 1999. A decade of managed and natural population change for razorback sucker in Lake Mohave, Colorado River, Arizona and Nevada. Report to the Native Fish Work Group, Arizona State University, Tempe, AZ.

Propst, D. L., & Gido, K. B. 2004. Responses of native and nonnative fishes to natural flow regime mimicry in the San Juan River. Transactions of the American Fisheries Society, 133(4):922-931.

Propst, D. L., Gido, K. B., & Stefferud, J. A. 2008. Natural flow regimes, nonnative fishes, and native fish persistence in arid-land river systems. Ecological Applications, 18(5):1236-1252.

Peterson, S. A., Van Sickle, J., Herlihy, A. T., & Hughes, R. M. 2007. Mercury concentration in fish from streams and rivers throughout the western United States. Environmental Science & Technology 41(1):58-65.

Pimental, R., R.V. Bulkley, and H.M. Tyus. 1985. Choking of Colorado squawfish, *Ptychocheilus lucius* (Cyprinidae), on channel catfish, *Ictalurus punctatus* (Ictaluridae), as a cause of mortality. Southwestern Naturalist 30:154-158.

Pitlick, J., M. Van Steeter, B. Barkett, R. Cress, M. Franseen. 1999. Geomorphology and Hydrology of the Colorado and Gunnison Rivers and Implications for Habitat Used by Endangered Fishes. Final Report to the Recovery Program for the Endangered Fishes of the Upper Colorado River, Project Number 44. Department of Geography, Univ. of Colorado, Boulder.

Platania, S.P. 1990. Biological summary of the 1987 to 1989 New Mexico-Utah ichthyofaunal study of the San Juan River. Unpublished report to the New Mexico Department of Game and Fish, Santa Fe, and the U.S. Bureau of Reclamation, Salt Lake City, Utah, Cooperative Agreement 7-FC-40-05060.

Platania, S.P., K.R. Bestgen, M.A. Moretti, D.L. Propst, and J.E. Brooks. 1991. Status of Colorado squawfish and razorback sucker in the San Juan River, Colorado, New Mexico and Utah. Southwestern Naturalist 36:147-150.

Rauscher, S. A., Pal, J. S., Diffenbaugh, N. S., &amp; Benedetti, M. M. 2008. Future changes in snowmelt-driven runoff timing over the western US. Geophysical Research Letters, 35(16).

Ray, A.J., Barsugli, J.J., Averyt, K.B., Wolter, K., Hoerling, M., Doesken, N., Udall, B., Webb, R.S.. 2008. Climate change in Colorado: A synthesis to support water resources management and adaptation. Report for the Colorado Water Conservation Board. University of Colorado, Boulder .

Reiser, D. W., Ramey, M. P., & Wesche, T. A. (1989). Flushing flows. *Chapter 4 Pages 91-13 in J. A. Gore and G. E. Petts, editors. Alternatives in Regulated River Management. CRC Press, Inc., Bacon Raton, Florida.*

Robinson, A.T., R.W. Clarkson, and R.E. Forrest. 1998. Dispersal of larval fishes in a regulated river tributary. Transactions of the American Fisheries Society 127:722-786.

BLM_0072235

Roehm G. 2004. Management plan for endangered fishes in the Yampa River Basin and environmental assessment. US Fish and Wildlife Service, Mountain-Prairie Region (6).Denver.

Ruppert, J.B., R.T. Muth, and T.P. Nesler. 1993. Predation on fish larvae by adult red shiner, Yampa and Green Rivers, Colorado. Southwestern Naturalist. 38:397-399.

Ryden, D. W. 1997. Five year augmentation plan for the razorback sucker in the San Juan River. U.S. Fish and Wildlife Service, Colorado River Fishery Project Office, Grand Junction, Colorado. 41 pp.

Ryden, D.W. 2000a. Adult fish community monitoring on the San Juan River, 1991-1997. Final Report. U. S. Fish and Wildlife Service, Grand Junction, CO. 269 pp.

Ryden, D.W. 2000b. Monitoring of experimentally stocked razorback sucker in the San Juan River: March 1994 through October 1997. Final Report. U. S. Fish and Wildlife Service, Grand Junction, CO. 132 pp.

Ryden, D.W. 2003a. An augmentation plan for Colorado pikeminnow in the San Juan River. Final Report. Submitted to the U.S. Fish and Wildlife Service. Grand Junction, CO. 63 pp.

Ryden, D.W. 2003c. An augmentation plan for razorback sucker in the San Juan River. An addendum to the five-year augmentation plan. Final Report. Submitted to U.S. Fish and Wildlife Service. Grand Junction, CO. 38 pp.

Ryden, D. W. 2004a. Augmentation and monitoring of the San Juan River razorback sucker population: 2002-2003 Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 54 pp.

Ryden, D. W. 2005a. Augmentation of Colorado pikeminnow in the San Juan River: 2004. Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 17 pp.

Ryden, D. W. 2005b. Augmentation and Monitoring of the San Juan River razorback sucker population: 2004 Interim Progress Report (Final). U.S. Fish and Wildlife Service, Grand Junction, CO. 41 pp.

Ryden, Dale W. 2006. Augmentation and monitoring of the San Juan River razorback sucker population: 2005 Interim progress report (Final). 104 pages.

Ryden, D.W., and L.A. Ahlm. 1996. Observations on the distribution and movements of Colorado squawfish, *Ptychocheilus lucius*, in the San Juan River, New Mexico, Colorado, and Utah. Southwestern Naturalist 41:161-168.

Ryden, D.W., and J. R. Smith. 2002. Colorado pikeminnow with a channel catfish lodged in its throat in the San Juan River, Utah. Southwestern Naturalist 47:92-94.

Sandheinrich, M. B., & Wiener, J. G. 2011. Methylmercury in freshwater fish. In: *Environmental Contaminants in Biota: Interpreting Tissue Concentrations, Second Edition* (pp. 169-190). CRC Press.

Seethaler, K. 1978. Life History and Ecology of the Colorado Squawfish (*Ptychocheilus lucius*) in the Upper Colorado River Basin. Thesis, Utah State University, Logan, UT.

Shanley, J. B., Kamman, N. C., Clair, T. A., & Chalmers, A. 2005. Physical controls on total and methylmercury concentrations in streams and lakes of the northeastern USA. Ecotoxicology 14(1):125-134.

Schelly, R.C., R.R. Staffeldt, and M.J. Breen. 2016. Use of Stewart Lake floodplain by larval and adult endangered fishes. Annual Report of Utah Division of Wildlife Resources to Upper Colorado River Endangered Fish Recovery Program. Denver, CO.

Sigler, W.F., and R.R. Miller. 1963. Fishes of Utah. Utah Department of Fish and Game, Salt Lake City. 203 pp.

BLM_0072236

Sigler, William F. & John W. Sigler. 1996. Fishes of Utah: A Natural History. Salt Lake City, Utah: University of Utah Press.

Snyder, D.E. 1981. Contributions to a guide to the cypriniform fish larvae of the Upper Colorado River system in Colorado. U.S. Bureau of Land Management Biological Science Series 3:1-81.

Snyder, Darrel E. & Robert T. Muth. 2004. Catostomid fish larvae and early juveniles of the Upper Colorado River Basin - morphological descriptions, comparisons, and computer-interactive key. Colorado Division of Wildlife Technical Publication 42. 122 pages.

Stephens, D.W., B. Waddell. 1998. Selenium sources and effects on biota in the Green River Basin of Wyoming, Colorado, Utah, in Frankenberger, W.T., Jr., and Engberg. R.A., eds., Environmental chemistry of selenium: New York, Marcel Dekker, pp. 183-204.

Stephens, D.W., B. Waddell, and J.B. Miller. 1992. Detailed study of selenium and selected elements in water, bottom sediment, and biota associated with irrigation drainage in the middle Green River Basin, Utah, 1988-90. U.S. Geological Survey Water Resources Invest. Report No. 92-4084.

Sublette, J.E., M.D. Hatch, and M. Sublette. 1990. The Fishes of New Mexico. University of New Mexico Press, Albuquerque, NM. pp. 227-229.

Taba, S.S., J.R. Murphy, and H.H. Frost. 1965. Notes on the fishes of the Colorado River near Moab, Utah. Proceedings of the Utah Academy of Sciences, Arts, and Letters 42(2):280-283.

Tsui, M. T. K., Finlay, J. C., & Nater, E. A. 2009. Mercury bioaccumulation in a stream network. Environmental Science & Technology 43(18):7016-7022.

Tyus, H.M. 1985. Homing behavior noted for Colorado squawfish. Copeia 1985:213-215.

Tyus, H.M. 1987. Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986. Transactions of the American Fisheries Society 116:111-116.

Tyus, H.M. 1990. Potamodromy and reproduction of Colorado squawfish in the Green River Basin, Colorado and Utah. Transactions of the American Fisheries Society 119:1035-1047.

Tyus, H.M. 1991. Ecology and management of Colorado squawfish (Ptychocheilus lucius). In: W.L. Minckley and S. Deacon (Eds) Battle Against Extinction: Management of Native Fishes in the American Southwest. University of Arizona Press, Tucson, AZ. pp. 379-402.

Tyus, H.M. 1998. Early records of the endangered fish Gila cypha, Miller, from the Yampa River of Colorado with notes on its decline. Copeia 1998:190-193.

Tyus, H.M., B.D. Burdick, R.A. Valdez, C.M. Haynes, T.A. Lytle, and C.R. Berry. 1982. Fishes of the Upper Colorado River Basin: distribution abundance, and status. In: W.H. Miller, H.M. Tyus., and C.A. Carlson (Eds) Fishes of the Upper Colorado River System: Present and Future. Western Division, American Fisheries Society, Bethesda, MA. pp. 12-70.

Tyus, H.M., and G.B. Haines. 1991. Distribution, habitat use, and growth of age-0 Colorado squawfish in the Green River Basin, Colorado and Utah. Transactions of the American Fisheries Society 120:79-89.

Tyus, H.M. and C.A. Karp. 1989. Habitat use and streamflow needs of rare and endangered fishes, Yampa River, Colorado. U.S. Fish and Wildlife Service, Biology Report 89(14). 27 pp.

Tyus, H.M., and C.A. Karp. 1990. Spawning and movements of razorback sucker, Xyrauchen texanus, in the Green River Basin of Colorado and Utah. Southwestern Naturalist 35:427-433.

BLM_0072237

Tyus, H.M., and C.A. Karp.  1991.  Habitat use and streamflow needs of rare and endangered fishes in the Green River, Utah.  Final Report.  Flaming Gorge Studies Program.  U.S. Fish and Wildlife Service, Colorado River Fish Project, Vernal Utah.

Tyus, H.M., and C.W. McAda.  1984.  Migration, movements and habitat preferences of Colorado squawfish, *Ptychocheilus lucius*, in the Green, White, and Yampa Rivers, Colorado and Utah.  Southwestern Naturalist 29:289-299.

Tyus, H.M., and N.J. Nikirk.  1990.  Abundance, growth, and diet of channel catfish, *Ictalurus punctatus*, in the Green and Yampa Rivers, Colorado and Utah.  Southwestern Naturalist 35:188-198.

Tyus, H.M., and J.F. Saunders.  1996.  Nonnative fishes in the Upper Colorado River Basin and a strategic plan for their control.  Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, CO.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2006.  Upper Colorado River Endangered Fish Recovery Program and San Juan River Basin Recovery Implementation Program:  Program Highlights, 2005-2006.  20 pp.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2007.  Upper Colorado River Endangered Fish Recovery Program and San Juan River Basin Recovery Implementation Program:  Program Highlights, 2006-2007.  21 pp.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2009.  Extension of the Cooperative Agreement for the Recovery Implementation Program for endangered fish species in the Upper Colorado River Basin.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2016.  Coordinated Reservoir Operations (CROS) FY 2016 Annual Report.  Project No.: C-14 & PIP 12C.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2017a.  RECOVERY IMPLEMENTATION PROGRAM, SECTION 7 CONSULTATION, SUFFICIENT PROGRESS, AND HISTORIC PROJECTS AGREEMENT October 15, 1993 (Revised March 8, 2000) AND RECOVERY IMPLEMENTATION PROGRAM RECOVERY ACTION PLAN (RIPRAP) March 27, 2017.

Upper Colorado River Endangered Fish Recovery Program (Recovery Program).  2017b.  Upper Colorado River Endangered Fish Recovery Program and San Juan River Basin Recovery Implementation Program:  Nonnative Fish: The greatest threat to recovery.  Downloadable at: http://www.coloradoriverrecovery.org/general-information/general-publications/stand-alone-2017-web.pdf.

UNEP (United National Environmental Programme).  2013.  Global mercury assessment 2013–Sources, emissions, releases and environmental transport.  UNEP Chemicals Branch, Geneva, Switzerland.

U.S. Bureau of Land Management.  2008.  Programmatic biological assessment for BLM's fluid minerals program in western Colorado re: water depletions and effects on the four endangered big river fishes: Colorado pikeminnow (*Ptychocheilus lucius*), humpback chub (*Gila cypha*), bonytail chub (*Gila elegans*), and razorback sucker (*Xyrauchen texanus*).  2008.  Signed May 20, 2008, by T. Fresques and J. Thompson.

U.S. Bureau of Reclamation (Reclamation).  2005.  Operation of Flaming Gorge Dam Final Environmental Impact Statement.  Salt Lake City, Utah.

U.S. Bureau of Reclamation (Reclamation).  2016. West-Wide Climate Risk Assessments: Hydroclimate Projections. Technical Memorandum No. 86-68210-2016-01. U.S. Bureau of Reclamation, Technical Service Center, Denver, Colorado. 27 pp.

BLM_0072238

U. S. Environmental Protection Agency. 2016.  Aquatic life ambient water quality criterion for selenium in freshwater 2016 – fact sheet. *Office of Water. EPA 822-F-16-005.*

U.S. Fish and Wildlife Service (Service).  1967.  Endangered species list. *Federal Register* 32-4001.

U.S. Fish and Wildlife Service (Service).  1984.  Rare and Endangered Colorado River Fishes Sensitive Areas: a Report to the Upper Colorado River Basin Coordination Committee by the Upper Basin Biological Subcommittee.  23 pp.

U.S. Fish and Wildlife Service (Service).  1987.  Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Denver, Colorado.  82 pp.

U.S. Fish and Wildlife Service (Service).  1990a.  Humpback chub recovery plan, 2nd revision.  Report of Colorado River Fishes Recovery Team to U.S. Fish and Wildlife Service, Region 6, Denver, Colorado.

U.S. Fish and Wildlife Service (Service).  1990b.  Bonytail Chub Recovery Plan.  U.S. Fish and Wildlife Service, Denver, Colorado.  35 pp.

U.S. Fish and Wildlife Service (Service).  1991.  Razorback sucker (*Xyrauchen texanus*) determined to be an endangered species.  Final Rule. *Federal Register* 56:54957-54967.

U.S. Fish and Wildlife Service.  1993.  Section 7 Consultation, Sufficient Progress, and Historic Projects Agreement and Recovery Action Plan, Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin.  U.S. Fish and Wildlife Service, Denver, Colorado.  50 pp.

U.S. Fish and Wildlife Service (Service).  1994.  Programmatic biological opinions for minor water depletions along the Colorado River (ES/GJ-6-CO-94-F017).  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO.  24 pp.

U.S. Fish and Wildlife Service (Service).  1998a.  Razorback sucker (*Xyrauchen texanus*) Recovery Plan.  Denver, Colorado.  81 pp.

U.S. Fish and Wildlife Service (Service).  1998b.  Endangered species consultation handbook: procedures for conducting consultation and conference activities under section 7 of the ESA.

U.S. Fish and Wildlife Service (Service).  1999.  Final programmatic biological opinion for Bureau of Reclamation's operations and depletions, other depletions, and funding and implementation of recovery program actions in the Upper Colorado River above the confluence with the Gunnison River.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO.  90 pp.

U.S. Fish and Wildlife Service (Service).  2000.  Section 7 Consultation, Sufficient Progress, and Historic Projects Agreement (Part 1) and Recovery Implementation Program  Recovery Action Plan (RIPRAP) (Part 2).  Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin.  United States Department of Interior, Fish and Wildlife Service, Region 6, Denver, Colorado.

U.S. Fish and Wildlife Service (Service).  2002a.  Colorado pikeminnow (*Ptychocheilus lucius*) recovery goals: amendment and supplement to the Colorado squawfish recovery plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO.  71 pp.

U.S. Fish and Wildlife Service (Service).  2002b.  Razorback sucker (*Xyrauchen texanus*) recovery goals: amendment and supplement to the razorback sucker recovery plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO.  78 pp.

U.S. Fish and Wildlife Service (Service).  2002c.  Humpback chub (Gila Cypha) Recovery Goals:  amendment and supplement to the Humpback Chub Recovery Plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

BLM_0072239

U.S. Fish and Wildlife Service (Service).  2002d.  Bonytail (Gila elegans) Recovery Goals:  amendment and supplement to the Bonytail Recovery Plan.  U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.

U.S. Fish and Wildlife Service (Service).  2005.  Final Programmatic Biological Opinion on the Management Plan for Endangered Fishes in the Yampa River Basin.  Biological Opinion ES/GJ-6-CO-04-F-012. Denver, Colorado.

U.S. Fish and Wildlife Service (Service).  2006.  Programmatic water depletion biological opinion for oil and gas development administered or permitted by the Vernal Field Office, Bureau of Land Management.  Salt Lake City, Utah.

U.S. Fish and Wildlife Service (Service).  2008.  Programmatic biological opinion for water depletions associated with Burea of Land Management's fluid mineral program within the Upper Colorado River Basin in Colorado.  ES/GJ-6-CO-08-F-0006, TAILS 65413-2008-F-0073. Grand Junction, Colorado.

U.S. Fish and Wildlife Service (Service).  2009a.  Programmatic biological opinion (PBO) for water depletions associated with Bureau of Land Management (BLM) projects (excluding fluid mineral development) authorized by BLM within the Upper Colorado River Basin in Colorado. ES/GJ-6-CO-08-F-0010, TAILS 64513-2009-F-0042. Grand Junction, Colorado.

U.S. Fish and Wildlife Service (Service).  2009b.  Final Gunnison River Basin Programmatic Biological Opinion. ES/GJ-6-CO-09-F-0001, TAILS 65413-2009-F-0044. Denver, Colorado.

U.S. Fish and Wildlife Service (Service).  2011a.  Colorado pikeminnow (*Ptychocheilus lucius*) 5-Year Review: Summary and Evaluation. Denver, Colorado: U.S. Fish and Wildlife Service, Mountain-Prairie Region. 28 pages.

U.S. Fish and Wildlife Service (Service).  2011b. Humpback chub (*Gila cypha*) 5 Year Review: Summary and Evaluation. Denver, Colorado: US Fish and Wildlife Service, Mountain-Prairie Region. 26 pages.

U.S. Fish and Wildlife Service (Service).  2012a.  Razorback Sucker (*Xyrauchen texanus*) 5 Year Review: Summary and Evaluation. Denver, Colorado: U.S. Fish and Wildlife Service, Mountain-Prairie Region.35 pages.

U.S. Fish and Wildlife Service (Service).  2012b.  Bonytail (*Gila elegans*) 5 Year Review: Summary and Evaluation. Denver, Colorado: U.S. Fish and Wildlife Service, Mountain-Prairie Region. 26 pages.

U.S. Fish and Wildlife Service (Service).  2015.  Draft 2014-2015 assessment of sufficient progress under the Upper Colorado River Endangered Fish Recovery Program in the Upper Colorado River Basin, and of implementation of action items in the December 20, 1999, 15-Mile Reach Programmatic Biological Opinion and December 4, 2009, Gunnison River Basin Programmatic Biological Opinion. Memo from Noreen Walsh, Regional Director, Region 6. October 7, 2015.

U.S. Fish and Wildlife Service (Service).  2016a.  Final 2015-2016 assessment of sufficient progress under the Upper Colorado River Endangered Fish Recovery Program in the Upper Colorado River Basin, and of implementation of action items in the January 10, 2005, final programmatic biological opinion on the management plan for endangered fishes in the Yampa River Basin. Memorandum from Noreen Walsh, Regional Director, Region 6, signed December 20, 2016.

U.S. Fish and Wildlife Service (Service).  2016b.  Biological opinion on coal lease modification COC54608, Foidel Coal Mine. TAILS 06E24100-2016-F-0107, Grand Junction, Colorado. Signed February 29.

U.S. Fish and Wildlife Service (Service).  2017.  2016-2017 Abbreviated assessment of sufficient progress under the Upper Colorado River Endangered Fish Recovery Program in the Upper Colorado River Basin. Memorandum from Noreen Walsh, Regional Director, Region 6, signed December 10, 2017.

BLM_0072240

U.S. Geological Survey (USGS). 2016. Assessment of dissolved-selenium concentrations and loads in the lower Gunnison River Basin, Colorado, as part of the Selenium Management Program, from 2011 to 2016. *Preliminary review copy 10/3/2017, by Mark F. Henneberg.*

U.S. Geological Survey (USGS) (as cited in 2017 PBA). 2017. Contaminants and native fish conservation in the Upper Colorado Basin: The forgotten stressors, mercury and selenium. *Unpublished data.*

Valdez, R.A. 1990. The endangered fish of Cataract Canyon. Final Report of Bio/West, Inc., Logan, Utah, to U.S. Bureau of Reclamation, Salt Lake City, Utah.

Valdez, R.A., and G.H. Clemmer. 1982. Life History and prospects for recovery of the humpback and bonytail chub. Pages 109-119 in W.M. Miller, H.M. Tyus and C.A. Carlson, eds. Proceedings of a Symposium on Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Bethesda, Maryland.

Valdez, R.A., and W.J. Masslich. 1989. Winter habitat study of endangered fish - Green River. Wintertime movement and habitat of adult Colorado squawfish and razorback suckers. Report No. 136.2. BIO/WEST Inc., Logan, UT. 178 pp.

Valdez, R.A., and R.J. Ryel. 1995. Life History and Ecology of the Humpback Chub (*Gila cypha)* in the Colorado River, Grand Canyon, Arizona. BIO/WEST, Inc. for the Bureau of Reclamation.

Valdez, R.A., and R.J. Ryel. 1997. Life history and ecology of the humpback chub in the Colorado River in Grand Canyon, Arizona. Pages 3-31 in C. van Riper, III and E.T. Deshler (eds.). Proceedings of the Third Biennial Conference of Research on the Colorado Plateau. National Park Service Transactions and Proceedings Series 97/12.

Valdez, R.A., P.B. Holden, and T.B. Hardy. 1990. Habitat suitability index curves for humpback chub of the Upper Colorado River Basin. Rivers 1:31-42.

Valdez, R.A., P. Mandan, R. Smith, and B. Nilson. 1982. Upper Colorado River investigations (Rifle, Colorado to Lake Powell, Utah). Pages 100-279 in U.S. Fish and Wildlife Service, Colorado River Fishery Project, Final Report, Part 2: Field Investigations. U.S. Fish and Wildlife Service, Salt Lake City, Utah.

Valdez, R.A., M. Moretti, and R.J. Ryel. 1994. Records of bonytail captures in the Upper Colorado River Basin. Unpublished Report. Utah Division of Wildlife Resources, Salt Lake City, Utah.

Van Steeter, M.M. 1996. Historical and current processes affecting channel change and endangered fish habitats of the Colorado River near Grand Junction Colorado. Doctoral Dissertation, University of Colorado, Boulder.

Vanicek, C.D. 1967. Ecological studies of native Green River fishes below Flaming Gorge dam, 1964-1966. Ph.D. Dissertation. Utah State University. 124 pp.

Vanicek, C.D., and R.H. Kramer. 1969. Life history of the Colorado squawfish *Ptychocheilus lucius* and the Colorado chub *Gila robusta* in the Green River in Dinosaur National Monument, 1964-1966. Transactions of the American Fisheries Society 98(2):193-208.

Vanicek, C.D., R.H. Kramer, and D.R. Franklin. 1970. Distribution of Green River fishes in Utah and Colorado following closure of Flaming Gorge dam. Southwestern Naturalist 14:297-315.

Whitledge, G. W., B. M. Johnson, P. J. Martinez, and A. M. Martinez. 2007. Sources of nonnative centrarchids in the Upper Colorado River revealed by stable isotope and microchemical analyses of otoliths. Transactions of the American Fisheries Society 136:1263-1275.

BLM_0072241

Wick, E.J., T.A. Lytle, and C.M. Haynes. 1981. Colorado squawfish and humpback chub population and habitat monitoring, 1979-1980. Progress Report, Endangered Wildlife Investigations. SE-3-3. Colorado Division of Wildlife, Denver. 156 pp.

Wick, E.J., J.A. Hawkins, and C.A. Carlson. 1985. Colorado squawfish population and habitat monitoring 1983-1984. Final Report SE-3-7. Colorado Division of Wildlife and Colorado State University, Larval Fish Laboratory, Fort Collins, CO. 48 pp.

Wick, E.J., J.A. Hawkins, and T.P. Nesler. 1991. Occurrence of two endangered fishes in the Little Snake River, Colorado. Southwestern Naturalist 36:251-254.

Willacker, J. J., Eagles-Smith, C. A., Lutz, M. A., Tate, M. T., Lepak, J. M., & Ackerman, J. T. 2016. Reservoirs and water management influence fish mercury concentrations in the western United States and Canada. Science of the Total Environment 568:739-748.

Wilson, R.M., J.D. Lusk, S. Bristol., B. Waddell, and C. Wiens. 1995. Environmental contaminants in biota from the San Juan River and selected tributaries in Colorado, New Mexico, and Utah. 1994 Annual Report. Unpublished report prepared for the San Juan River Basin Recovery Implementation Program, U.S. Fish and Wildlife Service, Albuquerque, NM. 66 pp.

Wolz, E.R., and D.K. Shiozawa. 1995. Soft sediment benthic macroinvertebrate communities of the Green River at the Ouray National Wildlife Refuge, Uintah County, Utah. Great Basin Naturalist 55:213-224.

Wydoski, R.S., and E.J. Wick. 1998. Ecological value of floodplain habitats to Razorback Suckers in the Upper Colorado River Basin. Upper Colorado River Basin Recovery Program, Denver, CO.

Zelasko, K.A., K.R. Bestgen, and G.C. White. 2010. Survival rates and movement of hatchery-reared razorback suckers in the Upper Colorado River Basin, Utah and Colorado. Transactions of the American Fisheries Society 139:1478–1499.

BLM_0072242

 **U.S. Fish & Wildlife Service**

## ECOS

ECOS  /  Species Reports  /  Species occurrence by state
 /  Listed species believed to or known to occur in Colorado

# Listed species believed to or known to occur in Colorado

Notes:

- **As of 02/13/2015 the data in this report has been updated to use a different set of information. Results are based on where the species is believed to or known to occur. The FWS feels utilizing this data set is a better representation of species occurrence. Note: there may be other federally listed species that are not currently known or expected to occur in this state but are covered by the ESA wherever they are found; Thus if new surveys detected them in this state they are still covered by the ESA. The FWS is using the best information available on this date to generate this list.**
- This report shows listed species or populations believed to or known to occur in Colorado
- This list does not include experimental populations and similarity of appearance listings.
- This list includes species or populations under the sole jurisdiction of the National Marine Fisheries Service.
- Click on the highlighted scientific names below to view a Species Profile for each listing.

## Listed species -- 34 listings

Animals -- 17 listings

| Status | Species/Listing Name |
|--------|----------------------|
| E | Butterfly, Uncompahgre fritillary Wherever found (*Boloria acrocnema*) |
| E | Chub, bonytail Wherever found (*Gila elegans*) |
| E | Chub, humpback Wherever found (*Gila cypha*) |
| T | Cuckoo, yellow-billed Western U.S. DPS (*Coccyzus americanus*) |
| E | Ferret, black-footed Wherever found, except where listed as an experimental population (*Mustela nigripes*) |
| E | Flycatcher, southwestern willow Wherever found (*Empidonax traillii extimus*) |
| T | Lynx, Canada Wherever Found in Contiguous U.S. (*Lynx canadensis*) |

BLM_0072243

Listed species believed to or known to occur in Colorado

| Status | Species/Listing Name |
|--------|----------------------|
| E | Mouse, New Mexico meadow jumping Wherever found (*Zapus hudsonius luteus*) |
| T | Mouse, Preble's meadow jumping wherever found (*Zapus hudsonius preblei*) |
| T | Owl, Mexican spotted Wherever found (*Strix occidentalis lucida*) |
| E | Pikeminnow (=squawfish), Colorado Wherever found, except where listed as an experimental population (*Ptychocheilus lucius*) |
| T | Plover, piping [Atlantic Coast and Northern Great Plains populations] - Wherever found, except those areas where listed as endangered. (*Charadrius melodus*) |
| T | sage-grouse, Gunnison Wherever found (*Centrocercus minimus*) |
| T | Skipper, Pawnee montane Wherever found (*Hesperia leonardus montana*) |
| E | Sucker, razorback Wherever found (*Xyrauchen texanus*) |
| E | Tern, least interior pop. (*Sterna antillarum*) |
| T | trout, Greenback Cutthroat Wherever found (*Oncorhynchus clarkii stomias*) |

## Plants -- 17 listings

| Status | Species/Listing Name |
|--------|----------------------|
| T | beardtongue, Parachute (*Penstemon debilis*) |
| E | Beardtongue, Penland (*Penstemon penlandii*) |
| T | Bladderpod, Dudley Bluffs (*Lesquerella congesta*) |
| T | Butterfly plant, Colorado (*Gaura neomexicana var. coloradensis*) |
| T | Cactus, Colorado hookless (*Sclerocactus glaucus*) |
| E | Cactus, Knowlton's (*Pediocactus knowltonii*) |
| T | Cactus, Mesa Verde (*Sclerocactus mesae-verdae*) |
| T | Ladies'-tresses, Ute (*Spiranthes diluvialis*) |
| E | Milk-vetch, Mancos (*Astragalus humillimus*) |
| E | milkvetch, Osterhout (*Astragalus osterhoutii*) |

BLM_0072244

6/13/2018                                          Listed species believed to or known to occur in Colorado

| Status | Species/Listing Name |
| --- | --- |
| T | Mustard, Penland alpine fen (*Eutrema penlandii*) |
| T | Orchid, western prairie fringed (*Platanthera praeclara*) |
| T | Phacelia, DeBeque (*Phacelia submutica*) |
| E | Phacelia, North Park (*Phacelia formosula*) |
| E | Skyrocket, Pagosa (*Ipomopsis polyantha*) |
| T | Twinpod, Dudley Bluffs (*Physaria obcordata*) |
| E | wild buckwheat, clay-loving (*Eriogonum pelinophilum*) |

BLM_0072245



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Western Colorado Ecological Services Field Office
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
Phone: (970) 243-2778 Fax: (970) 245-6933
http://www.fws.gov/mountain-prairie/es/Colorado/
http://www.fws.gov/platteriver/



In Reply Refer To:                                                                                    January 31, 2018
Consultation Code: 06E24100-2018-SLI-0184
Event Code: 06E24100-2018-E-00373
Project Name: Uncompahgre Field Office RMPA

Subject:  List of threatened and endangered species that may occur in your proposed project
          location, and/or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as
well as proposed and final designated critical habitat, that may occur within the boundary of your
proposed project and/or may be affected by your proposed project. The species list fulfills the
requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the
Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of
species, changed habitat conditions, or other factors could change this list. Please feel free to
contact us if you need more current information or assistance regarding the potential impacts to
federally proposed, listed, and candidate species and federally designated and proposed critical
habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the
Act, the accuracy of this species list should be verified after 90 days. This verification can be
completed formally or informally as desired. The Service recommends that verification be
completed by visiting the ECOS-IPaC website at regular intervals during project planning and
implementation for updates to species lists and information. An updated list may be requested
through the ECOS-IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the
ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the
Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to
utilize their authorities to carry out programs for the conservation of threatened and endangered
species and to determine whether projects may affect threatened and endangered species and/or
designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2) (c)). For projects other than major construction activities, the Service suggests that a biological evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

http://www.fws.gov/endangered/esa-library/pdf/TOC-GLOS.PDF

Please be aware that bald and golden eagles are protected under the Bald and Golden Eagle Protection Act (16 U.S.C. 668 *et seq.*), and projects affecting these species may require development of an eagle conservation plan (http://www.fws.gov/windenergy/ eagle_guidance.html). Additionally, wind energy projects should follow the wind energy guidelines (http://www.fws.gov/windenergy/) for minimizing impacts to migratory birds and bats.

Guidance for minimizing impacts to migratory birds for projects including communications towers (e.g., cellular, digital television, radio, and emergency broadcast) can be found at: http:// www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/towers.htm; http:// www.towerkill.com; and http://www.fws.gov/migratorybirds/CurrentBirdIssues/Hazards/towers/ comtow.html.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Tracking Number in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Migratory Birds
- Wetlands

BLM_0072247

# Official Species List

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Western Colorado Ecological Services Field Office**
445 West Gunnison Avenue, Suite 240
Grand Junction, CO 81501-5711
(970) 243-2778

This project's location is within the jurisdiction of multiple offices. Expect additional species list documents from the following office, and expect that the species and critical habitats in each document reflect only those that fall in the office's jurisdiction:

**Utah Ecological Services Field Office**
2369 West Orton Circle, Suite 50
West Valley City, UT 84119-7603
(801) 975-3330

# Project Summary

Consultation Code:    06E24100-2018-SLI-0184

Event Code:           06E24100-2018-E-00373

Project Name:         Uncompahgre Field Office RMPA

Project Type:         ** OTHER **

Project Description:  Resource Management Plan Amendment for the Uncompahgre Field
                      Office (Updated Species List)

Project Location:
        Approximate location of the project can be viewed in Google Maps: https://
        www.google.com/maps/place/38.51561120382466N108.35423777836499W



Counties:  Delta, CO | Dolores, CO | Gunnison, CO | Hinsdale, CO | Mesa, CO | Montrose, CO
           | Ouray, CO | Pitkin, CO | San Juan, CO | San Miguel, CO | Grand, UT | San Juan,
           UT

BLM_0072249

# Endangered Species Act Species

There is a total of 15 threatened, endangered, or candidate species on this species list. Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species. See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

## Mammals

| NAME | STATUS |
|---|---|
| Canada Lynx *Lynx canadensis*<br>Population: Wherever Found in Contiguous U.S.<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3652 | Threatened |
| North American Wolverine *Gulo gulo luscus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/5123 | Proposed<br>Threatened |

## Birds

| NAME | STATUS |
|---|---|
| Gunnison Sage-grouse *Centrocercus minimus*<br>There is **final** critical habitat for this species. Your location overlaps the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/6040 | Threatened |
| Mexican Spotted Owl *Strix occidentalis lucida*<br>There is **final** critical habitat for this species. Your location is outside the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/8196 | Threatened |
| Yellow-billed Cuckoo *Coccyzus americanus*<br>Population: Western U.S. DPS<br>There is **proposed** critical habitat for this species. Your location overlaps the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3911 | Threatened |

BLM_0072250

## Fishes

| NAME | STATUS |
|------|--------|
| Bonytail Chub *Gila elegans* | Endangered |

    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    Species profile: https://ecos.fws.gov/ecp/species/1377

| Colorado Pikeminnow (=squawfish) *Ptychocheilus lucius* | Endangered |

    Population: Wherever found, except where listed as an experimental population
    There is **final** critical habitat for this species. Your location overlaps the critical habitat.
    Species profile: https://ecos.fws.gov/ecp/species/3531

| Greenback Cutthroat Trout *Oncorhynchus clarki stomias* | Threatened |

    No critical habitat has been designated for this species.
    Species profile: https://ecos.fws.gov/ecp/species/2775

| Humpback Chub *Gila cypha* | Endangered |

    There is **final** critical habitat for this species. Your location is outside the critical habitat.
    Species profile: https://ecos.fws.gov/ecp/species/3930

| Razorback Sucker *Xyrauchen texanus* | Endangered |

    There is **final** critical habitat for this species. Your location overlaps the critical habitat.
    Species profile: https://ecos.fws.gov/ecp/species/530

## Insects

| NAME | STATUS |
|------|--------|
| Uncompahgre Fritillary Butterfly *Boloria acrocnema* | Endangered |

    No critical habitat has been designated for this species.
    Species profile: https://ecos.fws.gov/ecp/species/4419

BLM_0072251

## Flowering Plants

| NAME | STATUS |
|---|---|
| Clay-loving Wild Buckwheat *Eriogonum pelinophilum*<br>There is **final** critical habitat for this species. Your location overlaps the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/3348 | Endangered |
| Colorado Hookless Cactus *Sclerocactus glaucus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/2280 | Threatened |
| Skiff Milkvetch *Astragalus microcymbus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/6679 | Candidate |
| Ute Ladies'-tresses *Spiranthes diluvialis*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/2159 | Threatened |

## Critical habitats

There are 5 critical habitats wholly or partially within your project area under this office's jurisdiction.

| NAME | STATUS |
|---|---|
| Clay-loving Wild Buckwheat *Eriogonum pelinophilum*<br>https://ecos.fws.gov/ecp/species/3348#crithab | Final |
| Colorado Pikeminnow (=squawfish) *Ptychocheilus lucius*<br>https://ecos.fws.gov/ecp/species/3531#crithab | Final |
| Gunnison Sage-grouse *Centrocercus minimus*<br>https://ecos.fws.gov/ecp/species/6040#crithab | Final |
| Razorback Sucker *Xyrauchen texanus*<br>https://ecos.fws.gov/ecp/species/530#crithab | Final |
| Yellow-billed Cuckoo *Coccyzus americanus*<br>https://ecos.fws.gov/ecp/species/3911#crithab | Proposed |

# USFWS National Wildlife Refuge Lands And Fish Hatcheries

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

The following FWS National Wildlife Refuge Lands and Fish Hatcheries lie fully or partially within your project area:

| FACILITY NAME | ACRES |
|---|---|
| Assistant Regional Director-Fish And Aquatic Conservation | 149 |

**Assistant Regional Director-Fish And Aquatic Conservation**
Denver Federal Center
P.O. Box 25486
Denver, CO 80225-0486
(303) 236-4580

https://www.fws.gov/offices/Directory/OfficeDetail.cfm?OrgCode=60140

# Migratory Birds

Certain birds are protected under the Migratory Bird Treaty Act[1] and the Bald and Golden Eagle Protection Act[2].

Any person or organization who plans or conducts activities that may result in impacts to migratory birds, eagles, and their habitats should follow appropriate regulations and consider implementing appropriate conservation measures, as described below.

---

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

The birds listed below are birds of particular concern either because they occur on the USFWS Birds of Conservation Concern (BCC) list or warrant special attention in your project location. To learn more about the levels of concern for birds on your list and how this list is generated, see the FAQ below. This is not a list of every bird you may find in this location, nor a guarantee that every bird on this list will be found in your project area. To see maps of where birders and the general public have sighted birds in and around your project area, visit E-bird tools such as the E-bird data mapping tool (search for the name of a bird on your list to see specific locations where that bird has been reported to occur within your project area over a certain timeframe) and the E-bird Explore Data Tool (perform a query to see a list of all birds sighted in your county or region and within a certain timeframe). For projects that occur off the Atlantic Coast, additional maps and models detailing the relative occurrence and abundance of bird species on your list are available. Links to additional information about Atlantic Coast birds, and other important information about your migratory bird list can be found below.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, click on the PROBABILITY OF PRESENCE SUMMARY at the top of your list to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
| --- | --- |
| Bald Eagle *Haliaeetus leucocephalus*<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/1626 | Breeds Dec 1 to Aug 31 |

| NAME | BREEDING SEASON |
|------|------------------|
| **Bendire's Thrasher** *Toxostoma bendirei*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9435 | Breeds Mar 15 to Jul 31 |
| **Black Rosy-finch** *Leucosticte atrata*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9460 | Breeds Jun 15 to Aug 31 |
| **Black Swift** *Cypseloides niger*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8878 | Breeds Jun 15 to Sep 10 |
| **Black-chinned Sparrow** *Spizella atrogularis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/9447 | Breeds Apr 15 to Jul 31 |
| **Brewer's Sparrow** *Spizella breweri*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9291 | Breeds May 15 to Aug 10 |
| **Brown-capped Rosy-finch** *Leucosticte australis*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Jun 15 to Sep 15 |
| **Burrowing Owl** *Athene cunicularia*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/9737 | Breeds Mar 15 to Aug 31 |
| **Clark's Grebe** *Aechmophorus clarkii*<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Jan 1 to Dec 31 |
| **Golden Eagle** *Aquila chrysaetos*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA<br>https://ecos.fws.gov/ecp/species/1680 | Breeds Jan 1 to Aug 31 |
| **Grace's Warbler** *Dendroica graciae*<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds May 20 to Jul 20 |

BLM_0072255

| NAME | BREEDING SEASON |
|------|-----------------|
| **Gray Vireo** *Vireo vicinior* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/8680 | Breeds May 10 to Aug 20 |
| **Lesser Yellowlegs** *Tringa flavipes* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9679 | Breeds elsewhere |
| **Lewis's Woodpecker** *Melanerpes lewis* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9408 | Breeds Apr 20 to Sep 30 |
| **Long-billed Curlew** *Numenius americanus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/5511 | Breeds Apr 1 to Jul 31 |
| **Long-eared Owl** *asio otus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/3631 | Breeds Mar 1 to Jul 15 |
| **Marbled Godwit** *Limosa fedoa* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9481 | Breeds elsewhere |
| **Mountain Plover** *Charadrius montanus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/3638 | Breeds Apr 15 to Aug 15 |
| **Olive-sided Flycatcher** *Contopus cooperi* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/3914 | Breeds May 20 to Aug 31 |
| **Pinyon Jay** *Gymnorhinus cyanocephalus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9420 | Breeds Feb 15 to Jul 15 |

BLM_0072256

| NAME | BREEDING SEASON |
|------|-----------------|
| Rufous Hummingbird *selasphorus rufus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/8002 | Breeds elsewhere |
| Virginia's Warbler *Vermivora virginiae* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9441 | Breeds May 1 to Jul 31 |
| Willet *Tringa semipalmata* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds elsewhere |
| Willow Flycatcher *Empidonax traillii* <br> This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA <br> https://ecos.fws.gov/ecp/species/3482 | Breeds May 20 to Aug 31 |

# Probability Of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds.

**Probability of Presence (■)**

Each green bar represents the bird's relative probability of presence in your project's counties during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12

(0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season (▮)**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort (|)**
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the counties of your project area. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

**No Data (—)**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information.



01/31/2018                    Event Code: 06E24100-2018-E-00536                    6



Additional information can be found using the following links:

- Birds of Conservation Concern http://www.fws.gov/birds/management/managed-species/birds-of-conservation-concern.php
- Measures for avoiding and minimizing impacts to birds http://www.fws.gov/birds/management/project-assessment-tools-and-guidance/conservation-measures.php
- Nationwide conservation measures for birds http://www.fws.gov/migratorybirds/pdf/management/nationwidestandardconservationmeasures.pdf

## Migratory Birds FAQ

**Tell me more about conservation measures I can implement to avoid or minimize impacts to migratory birds.**

Nationwide Conservation Measures describes measures that can help avoid and minimize impacts to all birds at any location year round. Implementation of these measures is particularly important when birds are most likely to occur in the project area. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is a very helpful impact minimization measure. To see when birds are most likely to occur and be breeding in your project area, view the Probability of Presence Summary. Additional measures and/or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

**What does IPaC use to generate the migratory birds potentially occurring in my specified location?**
The Migratory Bird Resource List is comprised of USFWS Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the counties which your project intersects, and that have been identified as warranting special attention because they are a BCC species in that area, an eagle (Eagle Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, please visit the E-bird Explore Data Tool.

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?**
The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

**How do I know if a bird is breeding, wintering, migrating or present year-round in my project area?**
To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating or year-round), you may refer to the following resources: The The Cornell Lab of Ornithology All About Birds Bird Guide, or (if you are unsuccessful in locating the bird of interest there), the Cornell Lab of Ornithology Neotropical Birds guide. If a bird entry on your migratory bird species list indicates a breeding season, it is probable that the bird breeds in your

project's counties at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**What are the levels of concern for migratory birds?**

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);
2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continental USA; and
3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Eagle Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

Although it is important to try to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially eagles and BCC species of rangewide concern. For more information on conservation measures you can implement to help avoid and minimize migratory bird impacts and requirements for eagles, please see the FAQs for these topics.

**Details about birds that are potentially affected by offshore projects**

For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

Bird tracking data can also provide additional details about occurrence and habitat use throughout the year, including migration. Models relying on survey data may not include this information. For additional information on marine bird tracking data, see the Diving Bird Study and the nanotag studies or contact Caleb Spiegel or Pam Loring.

**What if I have eagles on my list?**

If your project has the potential to disturb or kill eagles, you may need to obtain a permit to avoid violating the BGEPA should such impacts occur.

# Wetlands

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Due to your project's size, the list below may be incomplete, or the acreages reported may be inaccurate. For a full list, please contact the local U.S. Fish and Wildlife office or visit https://www.fws.gov/wetlands/data/mapper.HTML

FRESHWATER EMERGENT WETLAND
- PEMCx
- PEMB
- PEMC
- PEMA
- PEMF
- PEMBb
- PEMCh
- PEMFh
- PEMAh

FRESHWATER FORESTED/SHRUB WETLAND
- PSSA
- PSSB
- PSSBb
- PFOA
- PSSAh
- PSSC

FRESHWATER POND
- PUSCh
- PABG
- PABF
- PABFh
- PABGb
- PUSAh
- PABGh
- PUSC

BLM_0072262

- PABFx
- PUBFx
- PUBH
- PUSAx

LAKE
- L1UBH
- L2USCh
- L1UBHh
- L2ABF

OTHER
- PUSCx

RIVERINE
- R4SBA
- R3UBG
- R4SBC
- R3USA
- R4SBCx
- R3UBH
- R3UBF
- R3USC
- R2UBFx

**Humpback Chub**
*(Gila cypha)*

**5-Year Review:**
**Summary and Evaluation**

**U.S. Fish and Wildlife Service**
**Mountain-Prairie Region**
**Lakewood, Colorado**

BLM_0072264

# 5-YEAR REVIEW
## Humpback Chub (*Gila cypha*)

## GENERAL INFORMATION

### Methodology Used to Complete the Review:

In accordance with section 4(c) (2) of the Endangered Species Act of 1973, as amended (Act), the purpose of a 5-year review is to assess each threatened and endangered species to determine whether its status has changed since the time of its listing, or its last status review, and whether it should be classified differently or removed from the list of threatened and endangered species. The U.S. Fish and Wildlife Service (Service) evaluated the biology and status of the Humpback Chub as part of a Species Status Assessment (SSA) to inform this 5-year review and, if needed, recovery planning. A Service Writing Team, in coordination with the Science Advisory Subgroup of the Humpback Chub Recovery Team, developed the SSA report (USFWS 2017). The Science Advisory Subgroup is comprised of species experts from state and federal agencies, such as the States of Arizona and Utah, the United States Geological Survey, the National Park Service, and the Western Area Power Administration, who actively work with Humpback Chub across its occupied range.

The SSA report represents our evaluation of the best available scientific information, including the resource needs and the current and future condition of the species. We developed three future scenarios of environmental and management conditions to discuss the viability of the species in the future, which were then evaluated by the Science Advisory Subgroup. Independent peer reviewers and partner representatives reviewed the SSA report before we used it as the scientific basis to support our 5-year review decision-making process.

Region 6 is the lead region for this action in coordination with Regions 2 and 8. The lead field office (FO) is the Colorado River Recovery Program office.

### Background:

### Listing History

The following is a chronology of listing actions for the Humpback Chub:

- First included in the List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001);
- Considered as "endangered" under provisions of the Endangered Species Conservation Act of 1969 (16 U.S.C. 668aa);
- Received protection as "endangered" under Section 4(c)(3) of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*); and
- Included in the list of endangered and threatened species published in the Federal Register on January 4, 1974 (39 FR 1175).

BLM_0072265

The following recovery plan and revisions have been developed for the Humpback Chub:

- Recovery Plan approved on August 22, 1979 (U.S. Fish and Wildlife Service 1979);
- Revised Recovery Plan approved on September 19, 1990 (U.S. Fish and Wildlife Service 1990);
- Revised Recovery Goals were approved August 1, 2002 (U.S. Fish and Wildlife Service 2002), but were withdrawn and declared of no force and effect by court order on January 18, 2006[1] for lack of recovery timelines and estimated costs;
  - o The recovery goals were otherwise found to be scientifically sound and still serve as the Service's quantifiable and measurable recovery criteria;
- Revised recovery goals were drafted in 2008, but not finalized; and
- This 5-year review recommends development of a revised recovery plan.

## REVIEW ANALYSIS

The SSA report (USFWS 2017, entire) summarizes the best available scientific information on the current status and likely future viability of the species. The SSA report provided the scientific basis for the 5-year review. The SSA report describes the current and future viability of the Humpback Chub in terms of the conservation biology principles of resiliency, redundancy, and representation. Resiliency describes the ability of individuals and populations to withstand environmental or demographic stochasticity. Redundancy describes the ability of populations to withstand catastrophic events in a way that spreads risk and minimizes potential loss of the species. Redundancy is characterized as having multiple, resilient populations distributed across the range of the species. Representation describes the ability of a species to adapt to changing environmental conditions over time and is characterized by the breadth of genetic and environmental diversity within and among populations (Smith *et al.* 2018, p. 7–8).

### Current Species Condition

The Humpback Chub currently inhabits five, wild (not stocked) populations in the Colorado River basin, including four populations in the upper Colorado River basin[2] (hereafter, upper basin) at Black Rocks, Westwater Canyon, Desolation and Gray canyons, and Cataract Canyon, and one population in the lower basin in the Grand Canyon[3] (hereafter, lower basin) (Figure 1). A sixth population in Dinosaur National Monument (DNM), which includes Yampa and Whirlpool canyons in the upper basin, is now considered functionally extirpated. The six populations occupy 598 kilometers (km) (372 miles [mi]) of river, or about 78 percent of the historical 764 km (475 mi).

---

[1] *Grand Canyon Trust et al., vs. Gale Norton et al.*, United States District Court for the District of Arizona, Order No. 04-CV-636-PHX-FJM
[2] Warm water river reaches upstream of Glen Canyon Dam and Lake Powell
[3] The "Grand Canyon" includes the Colorado River and its tributaries from the Paria River to Lake Mead, importantly the Little Colorado River.

3

BLM_0072266



Figure 1. Historical and present distribution of Humpback Chub,
including designated critical habitat.

Humpback Chub individuals, populations, and the species need the following resources:

1. Diverse rocky canyon river habitat for spawning, nursery, feeding, and shelter;
2. Suitable river flow and temperature regimes for spawning, egg incubation, larval development, and growth;
3. Adequate and reliable food supply, including aquatic and terrestrial insects, crustaceans, and plant material;
4. Habitat with few nonnative predators and competitors that allow the young to survive and recruit to maintain self-sustaining populations;
5. Suitable water quality with few contaminants and little risk of spills of petroleum products and other toxic materials;
6. Unimpeded range and connectivity that allow free movement and access to habitats necessary for all life stages;
7. Multiple persistent populations (resiliency), each with reproductive potential, recruitment, and adult survival, to ensure redundancy; and
8. High genetic diversity within and across populations to maintain and ensure adaptive traits (representation).

4

The lower basin population in the Grand Canyon and Little Colorado River is the largest, with a core population size of approximately 12,000 adults that has remained stable over the last 10 years (since 2008). In the past, a substantial population decline in the 1990s was followed by a strong population increase though the early 2000s leading to the current, decade-long period of stability. In addition to the core population, several hundred adults and juveniles are distributed throughout the mainstem of the Grand Canyon, and Humpback Chub are reproducing in the western Grand Canyon. Successful translocations in the Little Colorado River and Havasu Creek have further expanded the range of the species into new habitats in the lower basin.

Current resource conditions within the lower basin are mostly adequate based on the resource needs identified for the species (Table 1). Throughout the lower basin, Humpback Chub have high quality canyon habitat, unimpeded connectivity to mainstem habitats, and high genetic diversity. River flow, water temperature, food supply, predation, and competition are the key factors that limit the size and resiliency of the lower basin population. Habitat conditions in the lower basin are markedly different than those in the upper basin because cold water releases from the Glen Canyon Dam influence lower basin water temperature and food availability. The Long-Term Experimental and Management Plan Environmental Impact Statement (EIS) currently directs flow releases from Glen Canyon Dam to minimize impacts on canyon resources. In addition, nonnative fish control and Humpback Chub translocations help support the lower basin population.

Table 1. A summary of the current resource conditions needs for the six populations of the Humpback Chub. [For more detail descriptions of resource conditions, see Table 7 and sections 4.1 and 4.2. of the SSA report]. Color codes: dark green = resource condition is good, light green = fair; yellow = neutral, orange = poor; red = bad.

| Resource (See numbering above) | Upper Basin | | | | | Lower Basin |
| --- | --- | --- | --- | --- | --- | --- |
| | Black Rocks | Westwater Canyon | Desolation/ Gray canyons | Cataract Canyon | Dinosaur National Monument | Grand Canyon |
| | Extant | | | | Extirpated | Extant |
| 1. Habitat | dark green | dark green | light green | light green | light green | dark green |
| 2a. River flow | yellow | yellow | yellow | yellow | yellow | yellow |
| 2b. Temperature | light green | light green | light green | light green | light green | light green |
| 3. Food | light green | light green | light green | light green | light green | orange |
| 4. Predators | light green | yellow | yellow | light green | yellow | light green |
| 5. Water Quality | yellow | yellow | yellow | yellow | yellow | light green |
| 6. Connectivity | light green | light green | light green | light green | light green | light green |
| 7. Redundancy | light green | light green | yellow | yellow | red | light green |
| 8. Genetics | light green | light green | light green | light green | red | light green |

5

BLM_0072268

In the upper basin, the four extant populations vary widely in the length of occupied habitat and densities of Humpback Chub, ranging from approximately 25 to 400 fish per stream mile. Both the Black Rocks and Westwater Canyon populations declined in the early 2000s, but have apparently stabilized over the past decade. The other two extant upper basin populations, Desolation and Gray canyons and Cataract Canyon, persist but the lack of available monitoring data are not sufficient to make claims of changes over time. The extirpation of the Dinosaur National Monument population appears to have been a gradual process; likely beginning when Green River flows and temperatures were altered from the construction of Flaming Gorge Dam in 1964.

Resource conditions within each of the four extant upper basin populations are mostly adequate based on the resource needs identified for the species (Table 1). The upper basin populations have high quality rocky canyon habitat, suitable temperature, adequate food base, unimpeded connectivity, and high genetic diversity. Adequate flow regimes and nearby populations of invasive predatory fish are the resources most limiting the resiliency of Humpback Chub in the upper basin. However, through stakeholder conservation actions, flow management and invasive predator control continues to improve Humpback Chub resource conditions.

Hybridization and introgression (sharing of genes between species) among three sympatric (geographically overlapping) mainstem native *Gila* species[4] influences each of the four upper basin populations. Genetic experts report that hybridization among the native chubs was likely occurring prior to Anglo-American settlement of the West. Hybridization does not occur in the lower basin where the Humpback Chub's range does not overlap with the other native chubs. It is unclear if human alteration of habitat conditions enhances hybridization, or if hybridization reduces or replaces contemporary numbers of genetically distinct Humpback Chub. Therefore, the extent that hybridization influences the genetic diversity (representation) of the four upper basin populations is unknown.

Conservation programs responsible for monitoring Humpback Chub and managing threats exist in both the upper and lower basin. Since 1988, the Upper Colorado River Endangered Fish Recovery Program (UCREFRP) coordinates recovery of the Humpback Chub and other fish, including the Colorado Pikeminnow, Razorback Sucker, and Bonytail Chub in the upper basin. The UCREFRP is implemented via a Cooperative Agreement, which is in place until 2023. Since 1997, the Glen Canyon Dam Adaptive Management Program (GCDAMP) coordinates protection of natural resources of the Colorado River through the Grand Canyon, including the Humpback Chub and Razorback Sucker from Glen Canyon Dam to the Lake Mead inflow. These collaborative conservation programs have implemented a suite of actions that benefit the Humpback Chub and other native species.

---

[4] Roundtail Chub (*Gila robusta*; not listed) and Bonytail Chub (*Gila elegans*; also listed as endangered) being the other two

BLM_0072269

**Summary of Current Condition**

In the SSA report, we determined that the Humpback Chub has many traits that enable individuals to be resilient in the face of environmental or demographic stochasticity, including a long life span, high reproductive potential, use of habitats and turbidity that are arduous to other species, adaptation to a wide variety of flow and thermal regimes, and a variable omnivorous diet. Population resiliency is demonstrated via a variety of traits including the persistence of small populations (Cataract Canyon), population increases after previous declines (Grand Canyon), population establishment after translocations (Havasu Creek), and potential stabilization after previous declines (Black Rocks and Westwater Canyon). In addition, the current population size of the Grand Canyon population protects it from a variety of threats.

The current distribution and number of populations of the Humpback Chub provides a sufficient level of redundancy, albeit at a low level. Existing populations have independent susceptibility to threats and stochasticity by occurring in different river basins. New populations are being discovered (western Grand Canyon) or established (Havasu Creek) in the lower basin, increasing lower basin redundancy. This redundancy also assists with representation, as all genetic diversity of the species occurs in multiple populations, except the very large Grand Canyon population. In the upper basin, exchange of individuals is sufficient to ensure genetic diversity.

**Future Species Condition**

The SSA report evaluates the future condition of the species 16 years into the future, a biologically meaningful timeframe that is approximately two Humpback Chub generation times in the upper basin[5]. In order to incorporate uncertainty about predictions of future conditions, the SSA report describes three plausible future scenarios. These three scenarios capture the full range of risk for the species 16 years into the future. The SSA report then evaluated the resulting condition of the resource needs under each scenario. We also evaluated an additional, 40-year timeframe for each of the three scenarios in Appendix C of the SSA report.

As summarized above under Current Species Condition, stream flow and predation/competition from nonnative predatory fish are key factors that influence the four upper basin populations. Stream flow, water temperature, food supply, and predation/competition from nonnative fish are key factors that influence the lower basin population. Potential future scenarios focus on management commitment, those resources that most influence the current condition, and new or emerging stressors that could plausibly influence the species in the future. Because there is no indication that the threats of stream flow and non-native predatory fish will decline without ongoing management intervention, all the future scenarios assume that the risk from non-native fish will increase and that the availability of water will decrease over the next 16 years. The three

---

[5] 16 years is slightly less than two generations in the lower basin, due to higher adult survival rates.

7

future scenarios include varying levels of management actions that mitigate the risk from changing conditions, including varying levels of implementation and effectiveness of management.

The three future scenarios described and evaluated in detail in the SSA report are:

- Scenario 1 [Environmental Stressors Increase and New or Discretionary Extralegal Actions are Eliminated]- This scenario includes elimination of some active and adaptive actions, and a reduction in voluntary management actions for the species, such that many stakeholder actions are no longer in place to mitigate future conditions including decreased water availability, future water development, or nonnative fish. Under this scenario, conditions in both the upper and lower basin are expected to strain the resiliency of Humpback Chub with poor resources conditions. The upper basin will likely see dramatic population declines, will likely lose another population to extirpation, and cannot re-establish the Dinosaur National Monument population. A long-standing collaborative commitment to the recovery of Humpback Chub in the upper basin has existed for 30 years (via the UCREFRP); however program partners are currently in the process of defining management actions and associated costs post-2023 (when the existing Cooperative Agreement expires).

- Scenario 2 [Legally Mandated Management Actions and Additional Adaptive Management Actions Continue, but are Not Completely Effective] - In addition to minimum actions required under Scenario 1, this scenario provides additional proactive and adaptive stakeholder management practices into the future; however these actions are unable to mitigate impacts of drought, future water development, nonnative fishes, or other threats. Under this scenario in the upper basin, the increased threat of reduced water availability and existing nonnative fish populations are mitigated with additional actions but those actions are not completely effective. Rocky canyon habitat, suitable temperature, adequate food supply, and connectivity of populations are largely still provided, and catastrophic low flows are prevented. Under this scenario in the lower basin, the core Little Colorado River population continues to recruit, but areas outside may be reduced.

- Scenario 3 [Legally Mandated Management Actions and Adaptive Management Actions Continue, and Are Effective] - In addition to minimum actions required under Scenario 1, this scenario provides additional proactive and adaptive stakeholder agencies' management practices into the future for the species, and these actions are sufficient to mitigate impacts of drought, future water development, nonnative fishes, or other threats. Upper basin populations slowly stabilize or increase in abundance with improved recruitment. Recent declines in upper basin populations are likely deemed within natural variability. The genetic diversity of the upper basin is maintained. In the lower basin, the physical habitat will remain intact and flow regimes are already in place. Temperature,

8

food supply, and nonnative fish conditions could improve for Humpback Chub with implementation of new actions.

Considering individual and population traits, the current condition of the resource needs, and the potential future condition of those resource needs, the SSA report projected the future viability of the species in terms of resiliency, redundancy, and representation 16 years into the future under the three potential future scenarios. It is important to point out that the unresolved future of the collaborative partnership in the upper basin (the UCREFRP) in scenario 1 results in many of the predictions for degraded resource conditions; whereas a continued commitment to the partnership in scenarios 2 and 3 maintain more adequate resource conditions. In the upper basin, scenario 1, management decreases and stressors increase, resulting in bad conditions for Humpback Chub (Table 2). Scenario 2 provides poor to neutral conditions (Table 2) in the upper basin. Scenario 3, where management actions continue and are effective, is expected to result in fair conditions that support upper basin populations (Table 2). For the lower basin population, scenario 1 negatively impacts resiliency and could diminish redundancy, but all other conditions in the lower basin are fair to good in all three scenarios (Table 2). This analysis of future scenarios demonstrates that the future resiliency, redundancy, and representation of the four extant upper basin populations are much more tenuous 16 years into the future and are dependent on management commitment and effectiveness.

Table 2. A summary of resiliency, redundancy and representation under the three future scenarios presented above for the upper and lower basins. (For more detail descriptions see Tables 19 and 20 and section 6.2 of the SSA report.) Color codes: dark green = good, light green = fair; yellow = neutral, orange = poor; red = bad.

| | | Resiliency | Redundancy | Representation |
|---|---|---|---|---|
| Upper Basin | S1 | | | |
| | S2 | | | |
| | S3 | | | |
| Lower Basin | S1 | | | |
| | S2 | | | |
| | S3 | | | |

As described in Appendix C of the SSA report, we conducted additional analysis to extend the future scenario analysis out to 40 years (Figure 2). This effort used the viability metrics at 0 years (current condition) and at 16 years for all three scenarios (future conditions) and then extrapolated[6] the relationship between those evaluations out to 40 years. That is, the trends in Figure 2 explicitly use the previous analysis in the SSA report to support conclusions about conditions at 40 years. While this is a qualitative evaluation, it importantly communicates a

---

[6] The trend lines were extrapolated linearly for scenarios 2 and 3 and asymptotically for scenario 1.

9

longer timeframe than previously considered in the SSA report. Figure 2 also includes uncertainty about each future viability projection using a shaded area of the projection color.



Figure 2. Humpback Chub viability projections forty years into the future. Data points at zero and 16 years are based on Tables 7, and 19 and 20 of the SSA report, respectively. Shaded area represents possible ranges of outcomes, communicating uncertainty of projections.

## Summary of Future Condition

Under scenario 1, conditions would severely degrade within both 16 and 40 years, primarily because of the unresolved future of the collaborative partnership in the upper basin (the UCREFRP). However, if collaborative partnerships remain in place and their conservation actions are effective as described under scenario 3, resource conditions improve at 16 and 40-year timeframes. Under scenario 2, degradation of resources takes place, even as conservation actions continue, resulting in neutral conditions within 16 years, but poor conditions within 40 years. Although there is large uncertainty of resource conditions under scenario 2 at 40 years, extrapolation of the conditions demonstrates a continuing decline in resource conditions. The potential extirpation of multiple populations could most likely occur in the upper basin under the short 16-year timeframe in scenario 1 and the longer 40-year timeframe under scenario 2. Under scenario 3, ongoing threat management proves successful in the long term, resulting in some improvement in resource conditions. The current health (resiliency) and distribution

10

BLM_0072273

(redundancy) of all four populations (redundancy), reduces the risk from a potential catastrophic event under scenario 3.

Based on the uncertain trajectory of several of the upper basin populations, the uncertainty associated with certain resource conditions (e.g. distribution and abundance of invasive predatory species, future flow conditions, and food availability in the Grand Canyon), and the unresolved future of the collaborative partnership in the upper basin (the UCREFRP), species conditions and viability could be severely degraded within 16 to 40 years depending upon which scenario occurs.

**Synthesis (Application of SSA Results to ESA Classification)**

Under the Act, an endangered species is defined as any species that is "in danger of extinction throughout all or a significant portion of its range." Based on the current condition of the Humpback Chub described in the SSA report and summarized above in terms of resiliency, redundancy, and representation, we conclude that the current risk of extinction is low, such that the species is not in danger of extinction throughout all of its range. Current resource conditions in both the upper and lower basin are fair to good, and are mostly adequate to support the species (Table 1). These resource conditions support a large, stable population in the lower basin and multiple extant populations in the upper basin.

The species currently demonstrates sufficient individual and population resiliency, redundancy, and representation across both the upper basin and lower basin populations, such that the potential extirpation of multiple populations is not likely to occur now and in the short-term. The current resiliency of the large core population in the lower basin and the current resiliency of the four populations in the upper basin decrease the risk to the species from stochastic and catastrophic events, such that the species currently has a low risk of extinction. Therefore, we conclude that the Humpback chub does not meet the definition of an endangered species.

Having determined that the Humpback Chub is not an endangered species, we next compared the status of the species to the definition of a threatened species under the Act. As defined by the Act, a threatened species is any species which is "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." The foreseeable future refers to the extent to which the Secretary of the Department of Interior can reasonably rely on predictions about the future in making determinations about the future conservation status of the species (U.S. Department of Interior, Solicitor's Memorandum, M-37021, and January 16, 2009). The key statutory difference between a threatened species and an endangered species is the timing of when a species may be in danger of extinction, either now (endangered species) or in the foreseeable future (threatened species).

Under two scenarios (1 and 2), the species is not adequately resilient, redundant, or represented within 16 years, while it is under the remaining scenario (3). Viability declines more rapidly under scenario 1 than scenario 2, due to the lack of ongoing conservation efforts in scenario 1

BLM_0072274

(Figure 2). In 40 years under scenario 2, viability further decreases, albeit with high uncertainty. Conversely, there is strong support that under scenario 3 the species is viable, and will remain so under multiple timeframes.

Because the projected viability of the species declines substantially under scenario 1 within 16 years and under scenario 2 within 40 years, the Humpback Chub could become an endangered species within the foreseeable future throughout all of its range. Even with the high viability of the species under scenario 3, there is enough risk to the species under scenarios 1 and 2 in 16 and 40 years into the future that we conclude that this species meets the definition of a "threatened" species.

**Recovery Criteria**

Measurable and Objective Demographic Criteria from the 2002 Humpback Chub Recovery Goals (Service 2002) are evaluated here:

| Recovery Goal for Downlisting (over a 5 year period): | Current Condition | Summary |
|---|---|---|
| 1) two genetically and demographically viable, self-sustaining core populations are maintained, such that each point estimate for each core population exceeds 2,100 adults | • The core population in the lower basin has never dropped below 5,000 adults since monitoring began in 1989.<br>• The upper basin core (Westwater / Black Rocks) population currently exceeds 2,100 adults but has been below this threshold as recently as 2012. | • The lower basin core population meets this criterion.<br>• The 2nd core population (in the upper basin) has not fully met this criterion. |
| 2) the trend in adult (age 4+; >200 mm TL) point estimates for each of the six extant populations does not decline significantly | • The lower basin population has demonstrated positive or stable intrinsic growth since 2001.<br>• Four of the upper basin populations have not declined significantly based on the five most recent estimates.<br>• The fifth upper basin population (Dinosaur National Monument) was considered functionally extirpated soon after the recovery goals were drafted. | • This criterion has been met relative to the five most recent population estimates. However, all populations have demonstrated periods of significant decline throughout their period of record. This criterion should be reevaluated based on new information on population dynamics. |
| 3) mean estimated recruitment of age-3 (150–199 mm TL) naturally produced fish equals or exceeds mean annual adult mortality for each of the six extant populations | • Estimates of recruitment are only available from the lower basin population (the largest population) where this criterion has been met since 2001.<br>• In the upper basin, we assume (based on adult trends) recruitment has exceeded adult mortality in 3 of 4 extant populations (exception Deso/Gray) since 2011. | • Criteria mostly met. This criterion should be reevaluated based on new information on population dynamics and with recognition that direct measurement of recruitment is very difficult in the upper basin. |

12

BLM_0072275

**RESULTS**

**Recommended Classification**: After assessing the best available information, we conclude that the Humpback Chub is not in danger of extinction throughout all of its range, but is likely to become so in the foreseeable future; that is, it is a threatened species throughout all of its range. We recommend downlisting the Humpback Chub to threatened status.

    **X**   **Downlist to Threatened**
_____ **Uplist to Endangered**
_____ **Delist** (*Indicate reasons for delisting per 50 CFR 424.11*):
     ___ *Extinction*
     ___ *Recovery*
     ___ *Original data for classification in error*
_____ **No change is needed**

**New Recovery Priority Number:** Current Priority is 2C; no change recommended.

**Brief Rationale:**

**Listing and Reclassification Priority Number,** if reclassification is recommended

**Reclassification (from Threatened to Endangered) Priority Number:** _____
**Reclassification (from Endangered to Threatened) Priority Number:**  **2C**
**Delisting (Removal from list regardless of current classification) Priority Number:**

**Brief Rationale:**

**RECOMMENDATIONS FOR FUTURE ACTIONS** – Proceed with a proposed rule to downlist the Humpback Chub and revise the recovery plan.

**REFERENCES** –

David Smith, Nathan L Allan, Conor P McGowan, Jennifer Szymanski, Susan R Oetker, and Heather M Bell. 2018. Development of a Species Status Assessment Process for Decisions under the U.S. Endangered Species Act. Journal of Fish and Wildlife Management In-Press. https://doi.org/10.3996/052017-JFWM-041

U.S. Fish and Wildlife Service. 2002. Humpback chub (*Gila cypha*) Recovery Goals: amendment and supplement to the Humpback Chub Recovery Plan. U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO.

BLM_0072276

U.S. Fish and Wildlife Service. 2017. Species status assessment for the Humpback Chub (*Gila cypha*). U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, CO. 236 pages.

14

BLM_0072277

U.S. FISH AND WILDLIFE SERVICE
5-YEAR REVIEW
Humpback Chub (*Gila cypha*)

**Current Classification**: Endangered

**Recommendation resulting from the 5-Year Review**:

     __X__    Downlist to Threatened
     _____    Uplist to Endangered
     _____    Delist
     _____    No change needed

**Appropriate Listing/Reclassification Priority Number, if applicable**: 2C

**Review Conducted By**:

**REGIONAL OFFICE APPROVAL**:

*The Regional Director or the Assistant Regional Director, if authority has been delegated to the Assistant Regional Director, must sign all 5-year reviews.*

**Lead Regional Director, U.S. Fish and Wildlife Service**

Approve *Noreen E Walsh*    Date 3/19/2018

*The Lead Region must ensure that other regions within the range of the species have been provided adequate opportunity to review and comment prior to the review's completion. Written concurrence from other regions is required.*

15



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
National Wildlife Refuge System
Branch of Air Quality
7333 W. Jefferson Ave., Suite 375
Lakewood, CO 80235-2017

IN REPLY REFER TO:

FWS/ANWS-AR-AQ

February 10, 2012

Ms. Kelly Bott
Wyoming Air Quality Division
122 West 25th Street
Herschler Building, 2-East
Cheyenne, WY 82002

Dear Ms. Bott,

On January 10, 2012, the Wyoming Air Quality Division (AQD) and Bureau of Land Management (BLM) convened a meeting with air quality stakeholders to discuss model results for the Continental Divide-Creston (CD-C) natural gas development project. During the meeting, appropriate cumulative visibility impact metrics were discussed. Specifically, environmental impact statements (EIS), such as CD-C, are now using regional scale photochemical gridded models (PGM) to assess potential visibility impacts from an accumulation of all sources. We appreciate your efforts in soliciting our input and hope that these recommendations can be incorporated into BLM's EIS assessment projects.

Cumulative visibility assessments are rooted in the Clean Air Act's goal of preventing of any future, and remedying any existing, impairment of visibility in mandatory Class I Federal areas where impairment results from manmade air pollution. To assist States in meeting this visibility goal, the Environmental Protection Agency (EPA) has promulgated many rules, developed guidance documents, and provided examples of the appropriate types of analysis for cumulative visibility assessment. To that end, we have expressed our desire to see reporting of the cumulative visibility modeling results that are more meaningful in a regional haze context.

For purposes of an EIS, a simplified process to identify potential effects on cumulative visibility already exists. This simplified method takes full advantage of PGM output without the added effort or complexity associated with completing a typical comprehensive regional haze rule assessment. Although this assessment would be in addition to the existing requirements for evaluating visibility impacts utilizing FLAG 2010, it should only add minimal evaluation and no additional model runs than what typically occurs for an EIS. Post processing of PGM output into the cumulative visibility format is relatively straight forward and easy to present. Because EPA has utilized this process in recent rule makings and it has been successfully litigated, it should offer BLM a number of existing and defensible references for substantiating its immediate use.

To assist with this process, we are providing an outline of a cumulative assessment approach. We are committed to working with AQD and BLM to fully develop this method and incorporate it into common practice.



**CUMULATIVE VISIBILITY ASSESSMENT METRIC APPROACH**
This approach is an abbreviated regional haze rule method. It utilizes existing PGM concentration output from the baseline and future year assessment scenarios. These scenarios, in conjunction with monitoring data, produce basic time-averaged impact estimates at each Class I area and associated sensitive Class II region.

- Step 1 - Calculate the average baseline cumulative visibility impact (in deciviews) at each Class I or associated sensitive Class II area to determine the 20% of days with worst and the 20% days with best visibility. This incorporates 5 years of monitoring data surrounding the baseline modeling year.

- Step 2 - Estimate relative response factors (RRF) for each component of PM2.5 and for coarse mass (CM) corresponding to the new IMPROVE visibility algorithm. Factors are calculated from PGM outputs.

- Step 3 - Using the RRFs and ambient data, calculate future-year daily concentration data for the best and worst days.

- Step 4 - Use the information developed in step 3 to compute future-year daily visibility extinction values for the best and worst days (for each future alternative).

- Step 5 - Use the daily total visibility extinction values from future no-action and action alternatives to calculate future mean deciview values for the best and worst days.

- Step 6 - Assess the average difference in visibility by subtracting the projected no-action alternative impact from individual action alternative scenarios for each Class I area. Results are often summarized in a basic table.

Although this is a preliminary outline, in the coming weeks we will develop a more comprehensive description of the method that can be utilized in many future projects. We look forward to working with you and BLM to incorporate these recommendations.

Sincerely,                                        Sincerely,

Sandra V. Silva                                  Carol McCoy
Chief, Branch of Air Quality                     Chief, Air Resources Division
U.S. Fish and Wildlife Service                   National Park Service

cc:

Melissa Hovey, BLM-CO
Regional Refuge Chief, FWS Region 6
NEPA Director, EPA Region 8

BLM_0072280



**≈USGS**
*science for a changing world*

Prepared in cooperation with the National Drought Mitigation Center, University of Nebraska, Lincoln

# Drought Monitoring with VegDRI

Drought strikes somewhere in the United States every year, turning green landscapes brown as precipitation falls below normal levels and water supplies dwindle. Drought is typically a temporary climatic aberration, but it is also an insidious natural hazard. It might last for weeks, months, or years and may have many negative effects. Drought can threaten crops, livestock, and livelihoods, stress wildlife and habitats, and increase wildfire risks and threats to human health.

Drought conditions can vary tremendously from place to place and week to week. Accurate drought monitoring is essential to understand a drought's progression and potential effects, and to provide information necessary to support drought mitigation decisions. It is also crucial in light of climate change where droughts could become more frequent, severe, and persistent.

## The Role of Remote Sensing

Satellite data are fundamental to accurate drought monitoring. From a vantage point in space, satellites efficiently track changes in vegetation across large areas of the Earth's surface over time. These data complement and extend information gathered by traditional, ground-based drought monitoring techniques that primarily rely on meteorological observations.

The Vegetation Drought Response Index, or VegDRI, is a hybrid drought monitoring and mapping tool that integrates satellite observations of vegetation status and climate data with information on land cover, soil characteristics, and other environmental factors. Developed by the U.S. Geological Survey's Earth Resources Observation and Science (EROS) Center and the National Drought Mitigation

Center, VegDRI reveals vegetation conditions as plants respond to solar energy, soil moisture, and other limiting factors. Researchers use integrated VegDRI data to produce detailed VegDRI maps (fig. 1) that show levels of drought stress on vegetation across the conterminous United States. With a relatively high degree of spatial detail, VegDRI maps support near-real-time monitoring of drought effects at state and county levels.

VegDRI maps have high spatial resolution (1 square kilometer) compared to typical climate-based drought

indicators and are updated weekly during the growing season. The maps provide a regional overview of crop and rangeland conditions--essential information for tracking agricultural and ranching conditions, or natural resource management.

## Accessing VegDRI Maps

To access VegDRI maps, go to http://drought.unl.edu/vegdri/VegDRI_Main.htm for national and state level quick map views, or http://vegdri.cr.usgs.gov/viewer/viewer.php for interactive map viewing of many drought indicators.



**Figure 1.** VegDRI map for July 12, 2009.

> *"VegDRI maps did a good job of tracking the rapid onset of short-term drought conditions here in Arizona in October 2009. Drought effects on vegetation showed up very quickly. Natural Resource Conservation Service (NRCS) range experts were also impressed."*
>
> —**Michael A. Crimmins, Department of Soil, Water, and Environmental Science, University of Arizona**

U.S. Department of the Interior
U.S. Geological Survey

Printed on recycled paper

Fact Sheet 2010–3114
December 2010

BLM_0072281

## VegDRI Model Methodology

Integral to VegDRI is Normalized Difference Vegetation Index (NDVI) data acquired by the Advanced Very High Resolution Radiometer (AVHRR) sensor carried aboard National Oceanic and Atmospheric Administration (NOAA) weather satellites, and the Moderate Resolution Imaging Spectroradiometer (MODIS) sensor aboard NASA's Earth Observing System (EOS) satellites. NDVI is a measure of relative vegetation condition. Analyzed over time, it is used to calculate certain variables, or metrics, that are incorporated into the VegDRI model as a way to quantify seasonal vegetation changes across the conterminous United States. Combining the NDVI with climate data in a modeling scenario reveals where vegetation is stressed because of drought as opposed to other environmental factors.

Vegetation drought stress can vary greatly depending on land cover type, soil characteristics, and land use practices. In order to represent such environmental differences, the VegDRI model includes biophysical data about soils, land cover, irrigation, and elevation derived from a variety of sources (fig. 2).

## Updates and Accuracy

Like any new tool or model, VegDRI continues to evolve as new information becomes available, and improvements and updates are incorporated regularly. During 2009, for example, adding near-real-time MODIS data from the EROS eMODIS system improved VegDRI's sensitivity to vegetation dynamics, as MODIS' spectral bandwidths are optimized for land applications.



**Figure 2.** VegDRI methodology combines satellite imagery, climate data, and biophysical parameters.

Furthermore, MODIS NDVI is calculated at 1,000-meter, 500-meter, and 250-meter resolutions, making it possible to extend the VegDRI model to finer spatial resolutions where associated climate and biophysical indicators are available at comparable resolutions.

Periodically, a variety of information sources are reviewed to evaluate VegDRI's performance and accuracy, including quantitative comparisons with U.S. Department of Agriculture crop yield data as well as biophysical and soil moisture measurements collected by various agencies. Spatial and temporal patterns in VegDRI maps are also qualitatively compared to drought patterns depicted in U.S. Drought Monitor (USDM) maps and to the spatial distribution, type, and frequency of drought effects reported

in the Drought Impact Reporter (http://droughtreporter.unl.edu). Feedback from state climatologists, USDM authors, and agricultural experts and producers is used to characterize the general strengths and weaknesses of VegDRI and highlight specific locations or trends that might be in error.

> *"By integrating satellite data, surface climate data, and biophysical data, VegDRI builds upon the strengths of its components to overcome their individual weaknesses and produce a whole—the VegDRI index—that is synergistically stronger than the sum of its parts."*
>
> **—Richard R. Heim, Jr., NOAA National Climatic Data Center**

## For more information, contact:

**Jesslyn F. Brown**
U.S. Geological Survey
Earth Resources Observation
 and Science (EROS) Center
Sioux Falls, SD 57198
605-594-6003
jfbrown@usgs.gov

**Brian D. Wardlow, Ph.D.**
University of Nebraska—Lincoln
National Drought Mitigation Center
Lincoln, NE 68583
402-472-6729
bwardlow2@unl.edu




Photograph courtesy of K. Dewey, University of Nebraska—Lincoln.

BLM_0072282

122

# PHOSPHATE ROCK

(Data in thousand metric tons unless otherwise noted)

**Domestic Production and Use:** Phosphate rock ore was mined by five firms at 11 mines in four States and processed into an estimated 27.7 million tons of marketable product, valued at $2.1 billion, f.o.b. mine. Florida and North Carolina accounted for more than 75% of total domestic output; the remainder was produced in Idaho and Utah. Marketable product refers to beneficiated phosphate rock with phosphorus pentoxide ($P_2O_5$) content suitable for phosphoric acid or elemental phosphorus production. More than 95% of the phosphate rock mined in the United States was used to manufacture wet-process phosphoric acid and superphosphoric acid, which were used as intermediate feedstocks in the manufacture of granular and liquid ammonium phosphate fertilizers and animal feed supplements. Approximately 50% of the wet-process phosphoric acid produced was exported in the form of upgraded granular diammonium (DAP) and monoammonium phosphate (MAP) fertilizer, and merchant-grade phosphoric acid. The balance of the phosphate rock mined was for the manufacture of elemental phosphorus, which was used to produce phosphorus compounds for industrial applications.

| Salient Statistics—United States: | 2013 | 2014 | 2015 | 2016 | 2017[e] |
|---|---|---|---|---|---|
| Production, marketable | 31,200 | 25,300 | 27,400 | 27,100 | 27,700 |
| Used by producers | 28,800 | 26,700 | 26,200 | 26,700 | 26,700 |
| Imports for consumption | 3,170 | 2,380 | 1,960 | 1,590 | 2,100 |
| Exports | — | — | — | — | — |
| Consumption, apparent[1] | 31,900 | 29,100 | 28,100 | 28,200 | 28,800 |
| Price, average value, dollars per ton, f.o.b. mine[2] | 91.11 | 78.59 | 72.41 | 76.90 | 75.00 |
| Stocks, producer yearend | 9,000 | 5,880 | 6,730 | 7,180 | 7,500 |
| Employment, mine and beneficiation plant, number[e] | 2,170 | 2,100 | 2,000 | 2,000 | 2,000 |
| Net import reliance[3] as a percentage of apparent consumption | 3 | 18 | 4 | 4 | 6 |

**Recycling:** None.

**Import Sources (2013–16):** Peru, 67%; Morocco, 32%; and other, 1%.

| **Tariff:** Item | Number | Normal Trade Relations 12–31–17 |
|---|---|---|
| Natural calcium phosphates: | | |
| Unground | 2510.10.0000 | Free. |
| Ground | 2510.20.0000 | Free. |

**Depletion Allowance:** 14% (Domestic and foreign).

**Government Stockpile:** None.

**Events, Trends, and Issues:** U.S. phosphate rock production and consumption was estimated to have increased in 2017. Hurricane Irma affected production of phosphate rock and fertilizers in Florida in September. Most mines and plants were closed temporarily because of power outages and flooding.

The leading United States phosphate rock producer agreed to purchase the phosphate and potash assets of the leading fertilizer producer in Brazil. The acquisition included five phosphate rock mines, one potash mine, and four phosphate fertilizer plants in Brazil and a potash mine project in Canada. The acquiring company also would get the other company's 40% stake in their joint venture mine in Peru, which would increase its stake to 75%.

A new phosphate rock mine, which was being developed in southeastern Idaho, was sold in 2017 to a multinational corporation that also has phosphate projects under development in Brazil, Guinea-Bissau, and Peru. A feasibility study for the project was completed in 2013, but lower phosphate rock prices and financial issues have delayed construction of the mine facility. The new owner has not stated when the mine would be completed. The multinational firm also purchased an existing phosphate rock mine and phosphate plant in Idaho. The phosphate facility was owned by the United States. subsidiary of a company in Canada that was merging with another fertilizer company in Canada. Sale of the facility was one of the requirements for the merger, which was expected to be completed by early 2018, pending approval by the U.S. Federal Trade Commission.

Prepared by **Stephen M. Jasinski [(703) 648–7711, sjasinsk@usgs.gov]**

# PHOSPHATE ROCK

U.S. mine production annual capacity was expected to remain at 32.6 million tons for the next several years, because any new mines that are planned to open in Florida and Idaho would be replacements for existing mines. World mine production capacity, excluding China, was projected to increase to 168 million tons in 2021 from 147 million tons in 2017, according to industry analysts.  The bulk of capacity increases will take place in Egypt, Jordan, Morocco, Senegal, and Turkey. Phosphate rock production in China was estimated by industry analysts to be around 85 million tons, which is considerably lower than the official data published by the Government of China.

In 2017, a new phosphate rock mine and fertilizer facility began operation in Saudi Arabia, which increased production capacity in the country to 10.5 million tons per year from 5.0 million tons per year. The leading United States integrated phosphate producer has a 25% stake in the associated DAP facility with two companies from Saudi Arabia.World consumption of $P_2O_5$, contained in fertilizers and other uses, was projected to increase to 48.8 million tons in 2021 from 45.7 million tons in 2017. Asia and South America would account for about 70% of the projected growth.

**World Mine Production and Reserves:** Reserves for Brazil, Egypt, Finland, Israel, Jordan, Peru, Saudi Arabia, and the United States were revised based on information from individual company reports. Data for China and Russia were revised based on information from Government sources.

| | Mine production | | Reserves[4] |
|---|---|---|---|
| | **2016** | **2017[e]** | |
| United States | 27,100 | 27,700 | 1,000,000 |
| Algeria | 1,270 | 1,300 | 2,200,000 |
| Australia | 3,000 | 3,000 | [5]1,100,000 |
| Brazil | 5,200 | 5,500 | 1,700,000 |
| China[6] | 135,000 | 140,000 | 3,300,000 |
| Egypt | 5,000 | 5,000 | 1,300,000 |
| Finland | 940 | 950 | 1,000,000 |
| India | 2,000 | 1,800 | 65,000 |
| Israel | 3,950 | 4,000 | 74,000 |
| Jordan | 7,990 | 8,200 | 1,300,000 |
| Kazakhstan | 1,500 | 1,600 | 260,000 |
| Mexico | 1,700 | 2,000 | 30,000 |
| Morocco and Western Sahara | 26,900 | 27,000 | 50,000,000 |
| Peru | 3,850 | 3,900 | 400,000 |
| Russia | 12,400 | 12,500 | 700,000 |
| Saudi Arabia | 4,200 | 4,500 | 1,400,000 |
| Senegal | 2,200 | 2,200 | 50,000 |
| South Africa | 1,700 | 1,800 | 1,500,000 |
| Syria | — | 100 | 1,800,000 |
| Togo | 850 | 1,000 | 30,000 |
| Tunisia | 3,660 | 3,700 | 100,000 |
| Vietnam | 2,800 | 3,000 | 30,000 |
| Other countries | 1,950 | 1,940 | 900,000 |
| World total (rounded) | 255,000 | 263,000 | 70,000,000 |

**World Resources:** Some world reserves were reported only in terms of ore tonnage and grade. Phosphate rock resources occur principally as sedimentary marine phosphorites. The largest sedimentary deposits are found in northern Africa, China, the Middle East, and the United States. Significant igneous occurrences are found in Brazil, Canada, Finland, Russia, and South Africa. Large phosphate resources have been identified on the continental shelves and on seamounts in the Atlantic Ocean and the Pacific Ocean. World resources of phosphate rock are more than 300 billion tons. There are no imminent shortages of phosphate rock.

**Substitutes:** There are no substitutes for phosphorus in agriculture.

[e]Estimated. — Zero.
[1]Defined as phosphate rock used by producers + imports – exports.
[2]Marketable phosphate rock, weighted value, all grades.
[3]Defined as imports – exports + adjustments for industry stock changes.
[4]See Appendix C for resource and reserve definitions and information concerning data sources.
[5]For Australia, Joint Ore Reserves Committee-compliant reserves were about 290 million tons.
[6]Production data for large mines only, as reported by National Bureau of Statistics of China.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2018**



# A Framework for Assessing Water and Proppant Use and Flowback Water Extraction Associated with Development of Continuous Petroleum Resources

The U.S. Geological Survey (USGS) is developing approaches for the quantitative assessment of water and proppant involved with possible future production of continuous petroleum deposits. The assessment approach is an extension of existing USGS petroleum-assessment methods, and it aims to provide objective information that helps decision makers understand the tradeoffs inherent in resource-development decisions. This fact sheet provides an overview of USGS assessments for quantities of water and proppant required for drilling and hydraulic fracturing and for flowback water extracted with petroleum; the report also presents the form of the intended assessment output information.

## Background

Continuous petroleum resources (including the oil-rich Bakken Formation of North Dakota and Montana, and the gas-rich Marcellus and Barnett Formations in the Appalachian Basin and in Texas, respectively) are the target of rapidly increasing development in the United States. These production booms represent important contributions to the Nation's energy portfolio, but they have also led to new public concerns regarding the effects of petroleum production on other resources and to a suite of new questions to be considered by decision makers in the public and private sectors.

The majority of emerging questions regarding petroleum development involve the two technologies that make this development possible: high-precision horizontal drilling and highly effective multistage hydraulic fracturing. The drilling process can require several hundred thousand gallons of water for use in the drilling mud that removes rock cuttings from the borehole and cools the drill bit (Chesapeake Energy, 2012; Clark and others, 2013). Hydraulic fracturing requires between hundreds of thousands and several million gallons of water, along with hundreds or thousands of tons of proppant (typically sand) and lesser quantities of various



### *How Much?*

**Quantities of water and proppant used per well, and flowback water extracted, vary within continuous resource development areas, and across the Nation. These plots show estimated ranges for each quantity for continuous petroleum development throughout the United States, based on data from Nicot and Scanlon (2012) and Clark and others (2013), and from the North Dakota Industrial Commission, Oil and Gas Division. The colored bars represent ranges of published or available values, discounting outliers, and the dashed black line represents an estimated mean of published or available values. Proppant use is indicated relative to the volume of hydraulic fracturing water because the two are closely related.**



Oil well site in Parshall, North Dakota.

U.S. Department of the Interior
U.S. Geological Survey

Printed on recycled paper

Fact Sheet 2014–3010
March 2014

## Terminology

- **USGS petroleum assessments:** Probabilistic, geology-based studies that estimate the quantity of undiscovered, technically recoverable petroleum resources in a given area. The assessment methodology is rigorously reviewed and aims to provide robust, repeatable results. Methodology, examples, and more information can be found at: *http://energy.usgs.gov/OilGas/AssessmentsData/ NationalOilGasAssessment.aspx* and *http://energy.usgs.gov/ OilGas/AssessmentsData/WorldPetroleumAssessment.aspx.*

- **Technically recoverable:** Resources in accumulations that are producible using current recovery technology, without reference to economic profitability.

- **Continuous petroleum resources:** Petroleum accumulations, such as shale petroleum, coalbed natural gas, and tight oil/gas, that are not held in place by geologic traps and the buoyancy of oil and gas relative to water.

- **Produced water:** Any water that flows out of a well during petroleum production; this includes flowback water, formation brine, and sometimes also aqueous fluids condensed from the gas phase; this may also be called "co-produced water."

- **Flowback water:** Water injected during hydraulic fracturing that is extracted during petroleum production, mainly during the first several weeks or months after hydraulic fracturing. In produced water samples, it is difficult to distinguish between flowback water and formation brine, so for assessment purposes, we define flowback water as the volume of water that exceeds the baseline water/petroleum production ratio (determined through analysis of well production data).

- **Formation brine/water:** Water, generally of brackish to brine salinity, that occurs naturally in geologic formations; the term is most often applied to water in petroleum reservoirs.

- **Proppant:** Granular material, typically sand, used to hold open fractures created during hydraulic fracturing.

chemicals, which are pumped into the shale formation in order to fracture the reservoir and facilitate petroleum flow. Water for drilling and hydraulic fracturing is typically sourced locally due to transportation logistics. Water withdrawals are often from the same regional surface water and groundwater sources that provide water for domestic, agricultural, and industrial use, but water scarcity and technological improvements have led to increased use of brackish groundwater and recycled produced water in some areas (Nicot and Scanlon, 2012). The majority of proppant is sand, and quality requirements (grain size, shape, and strength) dictate that the bulk of proppant sand used in the United States originates from just a few locations in the country (Dolley, 2010; Parsen and Zambito, 2014). Transportation options vary, but typically both water and proppant reach

the drill pad by truck. This presents logistical considerations for operators and municipalities due to the large volumes of water and proppant that are injected.

When petroleum production commences, water is extracted from the well along with petroleum. This produced water must be disposed of (often by injection into deep brackish aquifers) or it may be treated, transported, and reused at another well. Estimates of the proportion of hydraulic fracturing water that emerges as flowback water range from 5 to 40 percent of the injected volume. It is possible to assess the quantity of flowback water or produced water (or both), but we focus here on flowback water because it dominates the produced water during the first several weeks or months of production and requires particular storage, transportation, and disposal/treatment considerations.

Since the time of its inception, the USGS has provided objective scientific appraisals of the Nation's natural resources, including assessments of petroleum resources (see "Terminology" inset box). In order to support more broadly informed decision making, the USGS is currently developing complementary approaches for quantifying the effects of energy and mineral-resource development and use (U.S. Geological Survey, 2007; Ferrero and others, 2013; Haines and others, 2014). In this fact sheet, we present a framework for assessing the quantities of water used for drilling and hydraulic fracturing, proppant used for hydraulic fracturing, and flowback water extracted after petroleum production begins. We also present the form of the fundamental assessment output information; that is, a set of tables that convey the key results.



### *Probability Density Functions*

**When estimating an unknown value, a probability density function (PDF) is commonly used to convey the uncertainty in the estimate. Whereas a single value would imply 100-percent certainty, a PDF indicates the range of possible values and also the relative likelihood of any specific value being "correct." Fractiles are individual values from the PDF, and selected fractiles are commonly used to convey salient details of the distribution; here the 95th, 50th, and 5th fractiles are labeled. There is a 95 percent probability that the true value is greater than the 95th fractile (F95) value. Because the PDF shown here is symmetrical, the mean and the median are equivalent and the F95 and F5 values are equidistant from the F50 value.**

| Total Petroleum Systems (TPS) and Assessment Units (AU) | Field type | Water for drilling (Mgal) | | | | Water for hydraulic fracturing (Mgal) | | | | Proppant for hydraulic fracturing (tons) | | | | Flowback water (Mgal) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | F95 | F50 | F5 | Mean | F95 | F50 | F5 | Mean | F95 | F50 | F5 | Mean | F95 | F50 | F5 | Mean |
| **TPS** | | | | | | | | | | | | | | | | | |
| AU 00000001 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AU 00000002 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AU 00000003 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Total Co-requirement/ Co-production** | | | | | X | | | | X | | | | X | | | | X |

**Figure 1.** The first of four assessment output tables shows key values (fractiles) from the estimates of water and proppant required, and flowback water extracted, during production of continuous petroleum resources. These quantities are shown for each AU in the assessed area, and AUs are listed within each assessed TPS. Units of measure for water are millions of gallons (Mgal) and for proppant are metric tons.

## Assessing Water and Proppant Requirements and Flowback Volume

Existing geology-based USGS petroleum-assessment methods for continuous deposits (Schmoker, 2005; Charpentier and Cook, 2010) provide the foundation for quantifying the water and proppant involved in petroleum production. The approach begins with identification of geologically defined total petroleum systems (TPS) that include the elements necessary for a viable petroleum resource: source rock, reservoir rock, and conditions and timing suitable for both the creation and trapping of petroleum. Within each TPS, assessment geologists determine geologically defined assessment units (AUs). Within each AU, a number of input parameters are estimated, such as the drainage area of each petroleum well, the estimated ultimate recovery of petroleum per well, and the percentage of the untested part of the AU that contains undiscovered petroleum. These estimates are based on available data from the specific area being studied or from geologically similar areas that are used as analogs. Estimates are defined probabilistically as probability density functions (PDF) in order to convey the inherent uncertainty (see inset box "Probability Density Functions"). The input data are combined with a Monte Carlo algorithm that constructs tens of thousands of simulations to determine probabilistic estimates of the quantity of undiscovered, technically recoverable, petroleum resource in each AU. Many examples of USGS petroleum assessments (including maps of TPS and AUs, output tables, and supporting data) may be found at the websites noted in the "Terminology" box. One key consideration in

USGS petroleum assessments is that the AU is the smallest scale for spatial specificity; the specific location of undiscovered petroleum deposits and possible future drilling within the AU is unknown and cannot be predicted.

We estimate the water and proppant quantities involved in producing continuous petroleum in each AU by using the input data from the associated petroleum assessment, along with water- and proppant-related data, in a modified Monte Carlo approach. The input data are defined probabilistically, and include quantities of drilling water, water for hydraulic fracturing, proppant, and flowback water for each well. These estimates are based on recent data for the area being studied or are based on relevant data from areas considered analogous to the study area. A Monte Carlo approach combines these inputs to calculate PDF outputs that represent the quantities of (1) water for drilling, (2) water for hydraulic fracturing, (3) proppant for hydraulic fracturing, and (4) water extracted as flowback.

The estimated quantities of required water and proppant and of flowback water can be presented in a table (fig. 1) that shows representative values from each PDF; this table is similar to those used to display the results of USGS petroleum assessments. The table shows values for each AU, and it also shows the total of each of these assessed quantities for all of the

AUs in the study area. As for the associated petroleum assessment, these quantities correspond with production of 100 percent of the as-yet-undiscovered petroleum.

Many water and proppant questions are linked to the rate at which petroleum development occurs. However, USGS petroleum assessments characterize the entire undiscovered petroleum resource and do not specify when, whether, or how rapidly the petroleum resource will be developed. As such, the proppant- and water-assessment data correspond with development of the entire undiscovered petroleum resource and do not indicate the rate or timing of demand and flowback water extraction. Furthermore, any estimates of future drilling rate are inherently speculative and cannot be derived from USGS assessment information. To provide a context for analysis of questions that relate to the rate of petroleum development, we provide a second table (fig. 2) that shows, for each AU, the number of wells drilled in recent years and the water usage corresponding with four possible annual drilling rates that are intended to span the range of future possibilities.

For some questions, the water-requirement estimates are meaningful mainly in the context of the regional hydrologic system. The third output table (fig. 3) shows data on surface water and groundwater, precipitation, and water use in order to provide context for the potential future water usage indicated by the table in figure 2. The specific information provided in this third output table will vary between assessment locations based on data availability and on relevant comparison metrics. The geographic areas for which to calculate and display this information may also vary between assessment locations; AUs may not always be the most helpful or relevant option, particularly in cases with complex overlapping AU relationships. In general, for each AU, we will provide surface water and groundwater withdrawals (for example, available from Kenny and others, 2009), stream flow (available from *http://waterwatch.usgs.gov/*), and annual precipitation averages (available from the USGS's Geo Data Portal, *http://cida.usgs.gov/climate/gdp/*, described by Blodgett and others, 2011). For further comparison and context, the table also includes withdrawals by water-use categories relevant to the particular study location, such as agriculture, industry, thermoelectric, and municipal (available from Kenny and others, 2009). To estimate the information for this table, the county- and Hydrologic-Unit-level data will be redistributed to

the AU boundaries. Local/regional comparison quantities are not provided for proppant because it is generally sourced on a national scale.

Many water and proppant questions relate to comparisons between AUs and between study areas, across the Nation, and around the world. A summary output table (fig. 4) provides simple comparison metrics to address these questions: water required per unit of petroleum (oil or gas), proppant required per unit of petroleum, and flowback water volume per unit of petroleum. This information may be provided for multiple forms of petroleum (for example, natural gas and natural gas liquids) as relevant for a particular study. For completeness, the summary output table also shows the mean value of the total petroleum in each AU, and for simplicity and ease of comparison, all of the quantities are calculated based on mean values of the associated PDFs. The final row of this table shows the weighted mean values across all AUs in the TPS. This is calculated by dividing the sum of the mean values for all AUs by the sum of the mean total petroleum for all AUs.

## Applications

The described assessments of (1) water and proppant requirements related to petroleum development and (2) flowback water volume are intended to provide objective, broad-scope information to address a range of resource availability, land use, and resource-conflict questions and concerns. The assessment results will inform decisions involving regional demand and disposal and will facilitate regional infrastructure planning. In addition, the results will enable informed analysis of resource-development strategies, including comparison of various development schemes for a given region and comparison of different regions for the potential development of a given resource. The assessment approach quantifies volumes of water and proppant, but these numbers can readily be converted to economic terms using any valuation scheme that the user may choose. For each assessment conducted, the key results will be presented in a fact sheet containing tables such as those shown here. These fact sheets will be accompanied by publications that provide supporting information regarding the assessment input data and the study area.

**Figure 2.** The second of the four assessment output tables provides information regarding past drilling rates and water and proppant requirements associated with various possible future drilling rates. Tabulated water requirements include use for drilling and for hydraulic fracturing. Units of measure for water are Mgal (millions of gallons) and units for proppant are metric tons.

| Total Petroleum Systems (TPS) and Assessment Units (AU) | Field type | Historical drilling (number of wells drilled each year) | | | | | 10 wells | | | 100 wells | | | 1,000 wells | | | 5,000 wells | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2008 | 2009 | 2010 | 2011 | 2012 | Required water (Mgal) | Required proppant (tons) | Flowback water (Mgal) | Required water (Mgal) | Required proppant (tons) | Flowback water (Mgal) | Required water (Mgal) | Required proppant (tons) | Flowback water (Mgal) | Required water (Mgal) | Required proppant (tons) | Flowback water (Mgal) |
| **TPS** | | | | | | | | | | | | | | | | | | |
| AU 00000001 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AU 00000002 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AU 00000003 | Oil/Gas | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Total** | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

BLM_0072287

| Total Petroleum Systems (TPS) and Assessment Units (AU) | Field type | Surface water | | Groundwater Withdrawal (annual total, 2005) (Mgal) | Precipitation (average annual, 2003–2013) (Mgal) | Water use (annual total, 2005) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Flow (average annual, 2003–2013) (Mgal) | Withdrawal (annual total, 2005) (Mgal) | | | Agriculture (Mgal) | Industry (Mgal) | Municipal (Mgal) | Other (Mgal) |
| TPS | | | | | | | | | |
| AU 00000001 | Oil/ Gas | X | X | X | X | X | X | X | X |
| AU 00000002 | Oil/ Gas | X | X | X | X | X | X | X | X |
| AU 00000003 | Oil/ Gas | X | X | X | X | X | X | X | X |
| Total | | | X | X | X | X | X | X | X |

**Figure 3.**   The third of four assessment output tables provides, for context and comparison, volumes of water in various parts of the regional hydrologic system: surface water and groundwater, precipitation, and water use. This example table shows values per AU, but other geographic divisions are possible and may be particularly relevant for studies with many overlapping AUs. Units of measure for water are Mgal (millions of gallons).

| Total Petroleum Systems (TPS) and Assessment Units (AU) | Field type | Total undiscovered petroleum (MMBO or BCFG) | Water per oil/gas (Mgal/MMBO or Mgal/BCFG) | Proppant per oil/gas (tons/MMBO or tons/BCFG) | Flowback water per oil/gas (Mgal/MMBO or Mgal/BCFG) |
|---|---|---|---|---|---|
| | | Mean | Mean | Mean | Mean |
| TPS | | | | | |
| AU 00000001 | Oil/ Gas | X | X | X | X |
| AU 00000002 | Oil/ Gas | X | X | X | X |
| AU 00000003 | Oil/ Gas | X | X | X | X |
| Weighted Mean | | | X | X | X |

**Figure 4.**   The fourth of four assessment output tables shows the mean water and proppant requirements and flowback water volume per unit of petroleum in MMBO (million barrels of oil) or BCFG (billion cubic feet of gas), along with the mean total undiscovered petroleum (from the corresponding USGS petroleum assessment). Units of measure for water are Mgal (millions of gallons) and for proppant are metric tons.

The numbers provided in the assessment output tables represent the fundamental parts of a simple water budget (Healy and others, 2007) and can be used for regional-scale analyses. The assessment results are not directly suitable for incorporation into numerical water models because they lack spatial and temporal specificity, but the numbers can help inform surface-water- and groundwater-modeling efforts. It is beyond the scope of this type of assessment work to predict exact withdrawal rates at specific geographic locations, and the described assessment results represent the best information that can be drawn from USGS petroleum-assessment results. Water modelers can estimate withdrawal rates for their models using the information in the second output table and any other available data regarding future petroleum development trends. All USGS assessment data, including AU boundaries, are publicly available, and end users of assessment information may incorporate the AU-specific quantities with other geographic data, such as aquifer or surface-water drainage boundaries, to estimate water and proppant information specific to geographic areas of interest.

The assessment approach includes no assumptions regarding the source or characteristics of required water or proppant, or the fate of flowback water. As such, planners may incorporate knowledge of prevailing sourcing and disposal/treatment trends to understand the implications of various petroleum-development scenarios. Alternatively, planners may use the assessment information to compare sourcing and disposal options, such as the use of fresh versus brackish water for hydraulic fracturing, the use of ceramic versus sand proppant, and the disposal versus treatment and re-use of flowback water.



**Drill rig near Parshall, North Dakota.**

## References Cited

Blodgett, D.L., Booth, N.L., Kunicki, T.C., Walker, J.L., and Viger, R.J., 2011, Description and testing of the Geo Data Portal—Data integration framework and Web processing services for environmental science collaboration: U.S. Geological Survey Open-File Report 2011–1157, 9 p., *http://pubs.usgs.gov/of/2011/1157/*.

Charpentier, R.R., and Cook, T.A., 2010, Improved USGS methodology for assessing continuous petroleum resources: U.S. Geological Survey Data Series 547, 22 p. and program, *http://pubs.usgs.gov/ds/547/*.

Chesapeake Energy, 2012, Water use in Niobrara Deep Shale Gas Exploration: Chesapeake Energy Fact Sheet, 2 p., accessed January 27, 2014 at *http://www.chk.com/media/educational-library/fact-sheets/niobrara/niobrara_water_use_fact_sheet.pdf*.

Clark, C.E., Horner, R.M., and Harto, C.B., 2013, Life cycle water consumption for shale gas and conventional natural gas: Environmental Science and Technology, v. 47, p. 11,829–11,836.

Dolley, T.P., 2012, Silica, *in* 2010 minerals yearbook: U.S. Geological Survey, 17 p., *http://minerals.usgs.gov/minerals/pubs/commodity/silica/myb1-2010-silic.pdf*.

Ferrero, R.C., Kolak, J.J., Bills, D.J., Bowen, Z.H., Cordier, D.J., Gallegos, T.J., Hein, J.R., Kelley, K.D., Nelson, P.H., Nuccio, V.F., Schmidt, J.M., and Seal, R.R., 2013, U.S. Geological Survey energy and minerals science strategy—A resource lifecycle approach: U.S. Geological Survey Circular 1383–D, 37 p., *http://pubs.usgs.gov/circ/1383d/*.

Haines, S.S., Diffendorfer, J.E., Balistrieri, Laurie, Berger, Byron, Cook, Troy, DeAngelis, Don, Doremus, Holly, Gautier, D.L., Gallegos, Tanya, Gerritsen, Margot, Graffy, Elisabeth, Hawkins, Sarah, Johnson, K.M., Macknick, Jordan, McMahon, Peter, Modde, Tim, Pierce, Brenda, Schuenemeyer, J.H., Semmens, Darius, Simon, Menjamin, Taylor, Jason, and Walton-Day, Katie, 2014, A framework for quantitative assessment of impacts related to energy and mineral resource development: Natural Resources Research, v. 23, no. 1, p. 3–17. DOI: 10.1007/s11053-013-9208-6.

Healy, R.W., Winter, T.C., LaBaugh, J.W., and Franke, O.L., 2007, Water budgets—Foundations for effective water-resources and environmental management: U.S. Geological Survey Circular 1308, 90 p., *http://pubs.usgs.gov/circ/2007/1308/*.

Kenny, J.F., Barber, N.L., Hutson, S.S., Linsey, K.S., Lovelace, J.K., and Maupin, M.A., 2009, Estimated use of water in the United States in 2005: U.S. Geological Survey Circular 1344, 52 p., *http://pubs.usgs.gov/circ/1344/*.

Nicot, J.P., and Scanlon B.R., 2012, Water use for shale-gas production in Texas: U.S. Environmental Science and Technology, v. 46, p. 3,580–3,586.

Parsen, M., and Zambito, Jay, 2014, Frac sand in Wisconsin: Madison, Wisc., Wisconsin Geological and Natural History Survey, Fact Sheet 05, accessed February 13, 2014 at *http://wisconsingeologicalsurvey.org/pdfs/frac-sand-factsheet.pdf*.

Schmoker, J.W., 2005, U.S. Geological Survey assessment concepts for continuous petroleum accumulations, chap. 13 *of* U.S. Geological Survey Southwestern Wyoming Assessment Team, Petroleum systems and geologic assessment of oil and gas in the southwestern Wyoming province, Wyoming, Colorado, and Utah: U.S. Geological Survey Digital Data Series DDS-69-D, *http://certmapper.cr.usgs.gov/data/noga00/natl/text/CH_13.pdf*.

U.S. Geological Survey, 2007, Facing tomorrow's challenges—U.S. Geological Survey science in the decade 2007–2017: U.S. Geological Survey Circular 1309, 70 p., *http://pubs.usgs.gov/circ/2007/1309/*.

*—By Seth S. Haines, Troy A. Cook, Joanna N. Thamke, Kyle W. Davis, Andy J. Long, Richard W. Healy, Sarah J. Hawkins, and Mark A. Engle*

**For additional information contact:**

**Seth Haines**
**U.S. Geological Survey**
**Box 25046, MS 939**
**Denver Federal Center**
**Denver, CO 80225-0046**
**shaines@usgs.gov**

ISSN 2327-6916 (print)
ISSN 2327-6932 (online)
*http://dx.doi.org/10.3133/fs20143010*

# LIFE HISTORY AND ECOLOGY OF THE HUMPBACK CHUB (Gila cypha) IN THE COLORADO RIVER, GRAND CANYON, ARIZONA

**A Summary of BIO/WEST Findings (1990-95)**
**Researchers Meeting - June 30, 1995**

## INTRODUCTION

Bureau of Reclamation contracted BIO/WEST, Inc. from October 1990 to September 1995. The following six products were identified in the contract, and are summarized in this document.

1.   Final Report (with Executive Summary and Appendices)

2.   Grand Canyon Fisheries Integrated (GCFIN) Database

3.   Development of a Population Model for Humpback Chub (Gila cypha) in Grand Canyon

4.   Flow Routing Model

5.   Data Collection Plan

6.   Photographic Record of Humpback Chub

BLM_0072290

BLM_0072291

1.    Final **Report** (with Executive Summary and **Appendices)**

STATUS:    Preliminary Report Submitted October 1994

Agency Review Draft Submitted February 1995

Draft Final Report Submitted June 1995

Final Report expected by September 30, 1995

FINDINGS:

**Distribution and Abundance**

- Humpback chub were found as nine aggregations from RM 30 to RM 213.

▸ The largest aggregation (LCR inflow) and seven others downstream are probably sustained by reproduction in the LCR.

- One aggregation (30-Mile) consists of about 50 adults that are probably mainstem relicts hatched as recently as about 1970.

- LCR inflow aggregation has 3,000-3,500 adults and 65,980-230,930 subadults (857,750 in 1993); mortality of subadults in the mainstem appears to be very high, and the main source of recruitment to the mainstem may be small adults from the LCR.

- Non-native fish dominate mainstem biomass; rainbow trout from Glen Canyon Dam to Middle Granite Gorge (RM 125) and carp from Middle Granite Gorge to Diamond Creek (RM 225); rainbow trout and carp constitute about 80% of fish biomass.

▸ 34 non-native fishes have been reported from Grand Canyon; 11 of these were found during this investigation.

**Habitat**

- Subadult (<200 mm TL) humpback chub were found primarily along shorelines, while adults (>200 mm TL) were found primarily in large recirculating eddy complexes; this transition in habitat use began after the first year of life and was completed after the third year of life.

- 88% of adults captured and 77% of radio-contacts were in eddy complexes, a habitat type that composed only about 20% of surface area of river.

- Largest numbers of adult humpback chub occur in regions with high frequency of eddy complexes formed by debris fans; i.e., LCR inflow, Middle Granite Gorge.

- Subadult humpback chub densities were highest along (1) vegetated shorelines, (2) talus, and (3) debris fans.

- Adult habitat seems stable through interim flow range; subadult shoreline habitat may be destablized by fluctuating flows which fish are not unable to tolerate because cold year-around temperatures may reduce swimming ability.
- Habitat in western Grand Canyon (i.e., below Granite Park) may be suitable but may lack food resources, especially for subadults.

## Movement

- Home range of the LCR inflow aggregation was 13.5 km in the mainstem Colorado River and 14.9 km in the LCR for a total of 28.4 km.
- Average net displacement (distance from first to last capture or observation) was 1.49 km and 0.99 km for radio-tagged and PIT-tagged adults, respectively.
- Only 2 of 280 adults recaptured (1,524 marked) moved outside of an aggregation; no movement was documented from other aggregations to the LCR inflow aggregation; "sallies" are documented in other populations.
- High water clarity (i.e., low turbidity, <30 NTU) significantly reduced near-surface activity.
- Activity was highest at night, and occurred during days with high turbidity.
- Proportion of fish movement was signficantly greater when on-site flow change exceeded 300 cfs/hr at flow magnitude greater than 10,000 cfs.
- Activity is greatest during spawning periods; adults aggregate locally in large eddy complexes in February, congregate at the LCR inflow in March-April, and ascend the LCR to spawn primarily in March-May.

## Age and Growth

- Growth of subadults in the mainstem (4.00 mm/30 days) was lower than growth in the LCR (10.30 mm/30 days), but growth of adults in the mainstem (1.2-2.79 mm/30 days) may be higher than in the LCR (<1-1.42 mm/30 days).
- Disruption of scale circuli was evident in subadults from the LCR as fish moved from 20°C+ to 10°C.
- Age determination with scales was possible for subadults; should be validated by comparing with otoliths.

## Food Habits

Cladophora composed 87-95% of gut volume of humpback chub.

Of invertebrates in gut, 40% were simulids, 45% were Gammarus 5% were chironomids, 9%  were terrestrial invertebrates, and 1% were other aquatic

BLM_0072293

invertebrates.

- Humpback chub in Middle Granite Gorge (RM 125): 49% simulids, 30% terrestrial invertebrates, 10% Gammarus 6% other invertebrates, and 5% chironomids, hence more terrestrials were consumed in downstream reaches.

- Gammarus were the primary food in spring (51%) with simulids (24%) and terrestrials (23%); simulids were the primary food in summer (47%) with Gammarus (30%) and terrestrials (14%); simulids and Gammarus were each 44% of the diet in fall.

- Cladoohora volume in drift was significantly greater during upramp (increasing flows) and invertebrate volume was significantly greater during downramp (decreasing flows).

- Cladophora volume in drift increased in a downstream direction and invertebrate volume decreased with a downstream direction.

- Adult humpback chub appear to use a midwater feeding strategy on drift material entrained in eddies, as well as a bottom feeding strategy on woody debris, sand riffles, and boulders; subadults seem to rely on food available along shorelines.

- Food of humpback chub and rainbow trout is very similar, and reflects possible competition.

## Reproduction

The only evidence of mainstem reproduction was discovery of about 100 post-larval humpback chub (range, 18-31 mm TL) in a warm spring (21.5°C) at RM 30.6.

- Young humpback chub found near President Harding Rapid in recent years may be from reproduction at the spring at RM 30.6 or from other nearby springs.

- Mainstem reproduction is probably occuring in very localized warm springs or tributary inflows elsewhere in Grand Canyon, but the success is probably insignificant to the population.

- Adult humpback chub in mainstem aggregations are reaching spawning readiness in May-June, while fish that spawn in the LCR are ready in March-April.

## Survival

- Annual survival rates for subadult and adult humpback chub were estimated at 0.100 and 0.755.

- Of 3,000-3,500 adults, as many as 738 to 858 are lost annually; to replace these, 738,000-858,000 YOY need to escape into the mainstem annually.

BLM_0072294

## Interactions With Other Species

- . Humpback chub were found in habitat association with 10 non-native species and 3 native species; the most common were rainbow trout, carp, flannelmouth sucker, speckled dace, fathead minnow.

- . Brown trout, rainbow trout and channel catfish prey on humpback chub, and consume an estimated 227,760, 27,373, and 2,738 subadults annually, or a total of about 250,000 humpback chub.

- . Asian tapeworms (Bothriocephalus acheilognathi) were found in 4% of humpback chub examined with a stomach pump, and Lernaea cyprinacea were found in 1% of all humpback chub examined.

- • Reproduction and recruitment of flannelmouth sucker and bluehead sucker appear to be low, based on length distributions, catch rates, and occurrences of individuals.

BLM_0072295

2. **Grand Canyon Fisheries Integrated (GCFIN) Database**

STATUS:      Preliminary Phase I Report Submitted October 1994

Preliminary Phase II Report Submitted February 1995

Preliminary Phase HI Report Submitted March 1995

Draft Final Report Submitted June 1995

Final Report expected by September 30, 1995

FINDINGS:

- This project developed a recommended framework for data integration.

- Five databases were identified for integration, including ASU, AGF, USFWS (and U of A), B/W, and historic data.

- Each database is recommended to be left in its original form and integrated with other databases through translation filters.

- Common database is recommended with common set of data fields and codes.

- Database Manager is recommended for maintaining databases.

- Custody of data should be clarified between researchers and Database Manager.

BLM_0072296

3. **Development of a Population Model for Humpback Chub (Gila cypha) in Grand Canyon**

        **STATUS:**        Preliminary Phase I (Feasibility) Report Submitted March 1994

                              Preliminary Phase II (Conceptual Model) Report Submitted April 1995

                              Draft Final Report Submitted June 1995

                              Final Report expected by September 30, 1995

        **FINDINGS:**

- Feasibility evaluation shows merits of a population model for better understanding LCR/Mainstem components and linkages, and for future long-term monitoring and core research.

- A conceptual population model should be developed with concensus of fisheries researchers.

- Important state and rate variables from the mainstem have been estimated; estimates of these variables are needed for the LCR.

- Demographics of LCR component is vital information for model.

BLM_0072297

4.      **Data Collection Plan**

        <u>STATUS:</u>      **Preliminary Draft Submitted January 1991**

                      **Draft Final Report Submitted June 1995**

                      **Final Report expected by September 30, 1995**

        <u>**FINDINGS:**</u>

.       **DCP was first developed January 1991 and updated periodically.**

.       **DCP is a companion document to the B/W database and contains descriptions of methods, techniques, data forms, field names, code descriptors, etc.**

5. **Photographic Record of Humpback Chub**

  <u>STATUS:</u>  **Photos Submitted March 1995**

  <u>FINDINGS:</u>

- Photos (35 mm color slides) of 197 adult humpback chub handled during this investigation are included.

- Each photo has associated data, including PIT tag number, date, sex, river mile capture, weight, total length, standard length.

- Originals are at B/W; one copy at GCES, one copy at Bureau of Reclamation, SLC.

6.  **Flow Routing Model**

        <u>STATUS:</u>      Discharges printed out September 1994

                           Draft Final Report Submitted June 1995

                           Final Report expected by September 30, 1995

        <u>FINDINGS:</u>

- A simple method was developed for estimating stream discharge of the Colorado River at various locations downstream of Glen Canyon Dam.

- Method was to transpose the hydrograph from a gaged to an ungaged location, and hydrographic attenuation was incorporated into the model equations.

- Models were developed for various flow stages, including <6,000, 6,000-8,000 cfs, 8,000-10,000 cfs, 10,000-12,000 cfs, and >16,000 cfs.

- Average error between estimated discharge and actual discharge at the above-LCR gage was about 600 cfs; most estimates are in close agreement with gages, but greatest error occurred when releases were rapidly ramped upward.

- Report includes actual estimated values at 0.5-hr intervals during field trips from October 1990 through November 1993.

7. Manuscripts

Submitted Accepted

| | | |
|---|---|---|
| 6-1-92 | 2-15-93 | R.A. Valdez, W.J. Masslich, L. Crist, and W.C. Leibfried. 1993. Field methods for studying the Colorado River fishes in Grand Canyon National Park, pp 23-36 IN P.G. Rowlands, C. van Riper III, and M.K. Sogge (eds.) Proceedings of the First Biennial Conference on Research in Colorado Plateau National Parks. Transactions and Proceedings Series NPS/NRNAU/NRTP-93/10, U.S. Department of Interior. |
| 5-15-93 | 7-20-94 | A. Wasowicz and R.A. Valdez. 1994. A nonlethal technique to recover gut contents of roundtail chub. North American Journal of Fisheries Management 14:656-658. |
| 6-15-93 | 7-20-94 | B.R. Cowdell and R.A. Valdez. 1994. Effects of pulsed DC electroshock on adult roundtail chub from the Colorado River in Colordo. North American Journal of Fisheries Management 14:659-660. |
| 9-9-92 | 3-24-93 | A. Wasowicz and H. Yard. 1993. Predation by osprey on endangered humpback chub. Great Basin Naturalist 53(3):314-315. |
| 6-1-95 | | E.E. Prats and R.A. Valdez. 1995. Use of scales for determining age of subadult humpback chub (Gila cypha) and size at transition into the Colorado River, Grand Canyon, Arizona. The Southwestern Naturalist. |
| 6-21-95 | | R.J. Ryel and R.A. Valdez. 1995. Movement of humpback chub (Gila cypha) in the Colorado River, Grand Canyon, Arizona. North American Journal of Fisheries Management. |
| | | R.J. Ryel and R.A. Valdez. 1995. Population estimates and survival of Gila cypha, in the Colorado River in Grand Canyon, Arizona. Copeia. |
| | | R.A. Valdez and W.J. Masslich. 1996. Successful reproduction of humpback chub (Gila cypha) in a warm spring of the Colorado River, Grand Canyon, Arizona. The Southwestern Naturalist. |
| | | R.A. Valdez and A. Wasowicz. 1996. Distribution of humpback chub (Gila cypha) in Grand Canyon, Arizona. North American Journal of Fisheries Management. |
| | | R.A. Valdez and J.C. Schmidt. 1996. Geomorphic relationships to habitat of humpback chub (Gila cypha) in the Colorado River, Grand Canyon, Arizona. Regulated Rivers. |

BLM_0072301

 **Pergamon**

*Annals of Tourism Research*, Vol. 23, No. 2, pp. 306–321, 1996
Copyright © 1996 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0160-7383/96 $15.00+0.00

**0160-7383(95)00065-8**

# TOURISM IN EUROPEAN HERITAGE CITIES

**Jan van der Borg**
**Paolo Costa**
**Giuseppe Gotti**
University of Venice, Italy

**Abstract:** Heritage cities attract many visitors, generating benefits and costs. When the costs exceed the benefits, tourism development is no longer sustainable, and interventions become necessary. In order to develop guidelines to help heritage cities manage their tourism more adequately, the tourism market and policy of seven art cities were analyzed: Aix-en-Provence, Amsterdam, Bruges, Florence, Oxford, Salzburg and Venice. It was shown that tourism is menacing not only the vitality of their local economies, but also the integrity of their heritage and the quality of life of their residents. Measures to control and guide visitor flows are urgently needed. In reality, tourism management in the heritage cities does not go much further than promotion. **Keywords:** heritage cities, sustainable tourism, management.

**Résumé:** Le tourisme aux villes du patrimoine européen. Les villes patrimoniales attirent beaucoup de visiteurs, ce qui produit des coûts et des bénéfices. Quand les coûts dépassent les bénéfices, le tourisme n'est plus soutenable, et il faut intervenir. Afin de développer des lignes directrices pour aider les villes à mieux gérer leur tourisme, on a analysé le marché et la politique touristique de sept villes d'art: Aix-en-Provence, Amsterdam, Bruges, Florence, Oxford, Salzbourg et Venise. On montre que le tourisme menace la vitalité des économies locales, l'intégrité du patrimoine et la qualité de vie des habitants. Il faut des mesures pour régler et guider les flux de visiteurs, mais la gestion actuelle du tourisme ne va pas beaucoup plus loin que la promotion. **Mots-clés:** villes patrimoniales, tourisme soutenable, gestion.

## INTRODUCTION

Cities in general, and heritage cities in particular, host yearly a large proportion of the world's tourists. Several authors have argued that the heritage tourism segment offers even better growth than others, and that visitor numbers in cities of art are rising more than may be expected from the overall growth figures.

The University of Venice International Center of Studies on the Tourism Economy (CISET) and the UNESCO–ROSTE have been studying tourism in Venice and other heritage cities in the context of the common research program "Art Cities and Visitors Flow" since 1990. The scope of this research program is to describe the impact the visitor flows have on cities of art and to develop a set of guidelines that help art cities to manage tourism more adequately.

**Jan van der Borg** is researcher at the International Center for the Study of the Tourism Economy, University of Venice (Riv. San Pietro, 30030 Oriago di Mira, Italy. email borg@reo@few.eur.nl) and consultant for UNESCO, the Council of Europe and the European Commission on matters regarding heritage cities. **Paolo Costa**, Rector of the University of Venice and President of CISET, teaches tourism economics. **Giuseppe Gotti**, freelance researcher at the Bologna-based consultancy firm NOMISMA, specializes in urban tourism.

BLM_0072302

To that purpose, in the spring of 1991, a survey was held in 20 heritage cities, all but one European. The following cities answered to the request for information: Aix-en-Provence and Avignon (France), Bath, Chester and Oxford (United Kingdom), Venice and Florence (Italy), Salzburg (Austria), Bruges (Belgium), Athens (Greece), Heidelberg, Rothenburg and Weimar (Germany), Evora (Portugal), Granada (Spain), Plovdiv (Bulgaria), Sopron (Hungary) and Savannah (United States). The survey served to sketch a first picture of tourism in cities of art. Costa and van der Borg (1991) provide a detailed description of the methodology and the results.

Even though many cities had not yet organized a visitor survey at the time of the initiative, most had been confronted with a growing number of visitors, a tendency that is generally welcomed by the local authorities. Culture was the visitors' main motive. The mix of tourists (overnight visitors) and excursionists (day visitors) varied greatly; the proportion of day visitors ranged from 85% in Heidelberg to some 50% in Sopron. Tourists spent on average only two nights in the city of art that they chose as holiday destination. This figure was similar for all cities in the sample.

All cities underlined the importance of tourism for the local economy: tourism contributed to the local income, and many people were employed in the tourism industry. In some cities, tourism was the principal economic activity and the only current source of local economic development. It emerged clearly that tourists spend much more on a daily basis than excursionists (shoppers excluded). Therefore, in some cities, measures to discriminate between residential tourists and excursionists were explicitly taken. Not all local authorities have the possibility to levy taxes on tourism.

As far as the negative aspects of tourism were concerned, most of the cities that were easily accessible to cars and tour coaches mentioned the fact that tourism contributed to the pollution of the environment. Restrictive measures directed at traffic management in the historic centers had been applied by most of the city councils in the survey. Vandalism and crime intensified as the number of visitors grew. Further, almost all cities mentioned the congestion and the parking problems that emerged in the historic centers as the principal negative effect for the local society. Oxford explicitly referred to litter as a negative effect. The possibility that tourism has been gradually "crowding out" other urban functions (van der Borg 1991) was mentioned only by Venice. Not even one city in the survey possessed a coherent, explicit tourism development strategy, nor was tourism development continuously monitored. Only a few cities were working on measures to reduce the negative impacts tourism was felt to generate. The survey confirmed above all that the issue of the impact of tourism has become increasingly important for heritage cities. However, not much empirical evidence existed concerning the mechanisms that guide the generation of positive and negative effects at the city level and, hence, about tourism management strategies.

The CISET of the University of Venice, therefore, decided to organize an international, comparative in-depth study of tourism and

BLM_0072303

its management in heritage cities, with the following three objectives: to identify the single effects that together form the impact of tourism on an urban economy, to reconstruct the mechanisms that influence the magnitude of these effects, and to inventory tourism management policies in heritage cities. To that purpose, the CISET's researchers visited seven European cities of art between August 1993 and February 1994: Aix-en-Provence, Amsterdam, Bruges, Florence, Oxford, Salzburg and Venice.

Their inclusion in the comparative study has not been accidental; they are all cities for which cultural tourism is very important, where problems with tourism development are more apparent than in others, or cities where visitor management has already been experienced. Almost all of them are "best sellers" (van der Borg 1994), and no less than three of them (Florence, Salzburg and Venice) are in the top 20 of art cities, according to a readers' contest organized by the magazine *Conde Nast Traveler* (November 1994). In each of these cities, interviews were held with key persons working for public and private institutions involved in tourism and, on the basis of these interviews and other written material gathered during the visits for each city, a case study was prepared. This paper summarizes the results of this international, comparative investigation.

## SUSTAINABLE TOURISM DEVELOPMENT

Sustainability has become a central issue in much of today's tourism development literature. However, the application of the concept of sustainable tourism development has largely been limited to non-urban or rural areas. Only recently has it been recognized that it can be applied to the urban environment as well (Ashworth 1994; van der Borg 1991).

In a recent paper, Wall (1994) stated that tourism changes a local society and that sustainability is very much connected with such changes or, more precisely, with "acceptable" change. But not only does the local society continuously undergo changes, tourism in the destination itself tends to change over time. The development process of any destination may be represented *cyclically*. This "life cycle theory" of destinations is an elaboration of the product life cycle used by marketeers to describe the fluctuations in the sales volume of a product. Instead of the quantity of products sold, the life cycle theory of tourism locations uses the number of visitors as the indicator.

In its most elementary formulation (Butler 1980; Mill and Morrison 1985), the life cycle theory of destinations tells one that, in the absence of drastic external interventions, the number of visitors changes cyclically. Initially, the locality that stimulates tourism experiences a very slow rise in the number of visitors. In the second stage, tourism is booming, while in the third stage growth stagnates and turns into decline (the fourth stage). In van der Borg (1991), it was argued that not only the volume of the visitor flow changed over the cycle, but also its composition (i.e. the mix of tourists and excursionists). Since different types of visitors generate

BLM_0072304

different positive and negative impacts, costs and benefits vary over the different stages of the cycle.

Growth in tourism demand will positively affect income and employment levels of a relevant part of the population. At the same time, increasing numbers of visitors will generate negative effects, or "costs" borne by the physical and cultural environment, the local population and the visitors themselves. By comparing benefits and costs in each heritage city, it is possible to determine whether tourist flows are either insufficiently voluminous or excessive. In reality, the assessment of the benefits and the costs of tourism is difficult because there are several "parties" involved, which perceive benefits and costs in a different manner.

The concept of sustainability — in terms of desirable or acceptable change, as Wall suggested — and the life cycle of the destination are closely related. If tourism development gets stuck in the initial stage, investments are unable to trigger the social and economic change desired. If there are too few visitors, then the opportunities that tourism offers are not fully used. Tourism is costing the destination money. If growth in tourism demand is such that the quality and accessibility of attractions are compromised, the society and eventually even tourism suffer, and change is no longer acceptable. Tourism demand has become excessive and, instead of delivering growth, it threatens the society's continuity.

Tourism management strategies for cities that face the problem of how to overcome the minimum limit to sustainability have been described in Law (1993) and van den Berg, van der Borg and van der Meer (1995). According to these studies, no attempts have been made to quantify the minimum level of sustainable tourism development. In the case of heritage cities, Costa and van der Borg (1992) suggest that it is the maximum limit to tourism development, very much related to what is more generally known as the carrying capacity, that is most relevant. In Canestrelli and Costa (1991), the tourist carrying capacity of Venice has been quantified; the same linear programming technique has been used with success in Cambridge, Vis and Rhodes.

The strategies that are available to manage excess visitor demand have been extensively discussed by Glasson, Godfrey and Goodey (1995). These can be classified as supply-side measures, enlarging the use potential of the city, and demand-side measures, limiting the use of the city for tourism purposes. Furthermore, a distinction between hard and soft interventions can be made. Hard measures affect quantities, or visitor numbers, by rationing demand, cutting supply or raising prices. Soft measures affect the behavior of the visitor or the entrepreneur. It is within the context of the sustainability of tourism development and the tourism management strategy belonging to it that the results of this investigation should be interpreted.

*The Seven Art Cities*

As already noted, seven art cities were involved in the project: Aix, Amsterdam, Bruges, Florence, Oxford, Salzburg and Venice.

BLM_0072305

Florence and Amsterdam, the two largest cities in the group, are also the ones that have the most tourist stays (Table 1): more than 4 million nights in each of 1991 and 1992. Venice follows with 2.6 million overnight stays. In Oxford and Salzburg, the number is smaller, and Bruges and Aix-en-Provence register less than a million overnight stays. The picture is similar for the number of tourist arrivals.

The average duration of the stay of the tourists varies significantly between the different art cities. The longest duration was observed for Aix, but both hotels, and other types of tourist accommodation were included in the figure. In general, the length of the stay in the latter is slightly longer, consequently raising the average. The figures for the other heritage cities are more comparable. Oxford has the longest average duration of stay (three nights), while for Salzburg the average duration of stay is only 1.8 nights. Amsterdam, Florence and Venice have averages that are similar to those registered for most other European heritage cities (Costa and van der Borg 1992).

**Table 1. Arrivals (×1000), Overnight Stays (×1000) and Average Duration of the Stay**

| Year | Aix | Amsterdam | Bruges | Florence | Oxford | Salzburg | Venice |
|------|-----|-----------|--------|----------|--------|----------|--------|
| **Arrivals:** | | | | | | | |
| 1986 | | 1,460 | | | | 636 | 1,118 |
| 1987 | | 1,563 | | | | 682 | 1,130 |
| 1988 | | 1,629 | | 1,831 | | | 1,200 |
| 1989 | | 1,713 | | 1,937 | | | 1,235 |
| 1990 | | 1,895 | 538 | | | | 1,251 |
| 1991 | | 1,731 | | 1,799 | 615 | 796 | 1,111 |
| 1992 | | 1,809 | | | | 756 | 1,209 |
| **Stays:** | | | | | | | |
| 1986 | 514 | 3,090 | | | | 1,156 | 2,458 |
| 1987 | 512 | 3,236 | | | | 1,220 | 2,486 |
| 1988 | 505 | 3,373 | | 4,102 | | | 2,568 |
| 1989 | 527 | 3,587 | 806 | 4,356 | | | 2,663 |
| 1990 | 600 | 4,024 | 895 | | | | 2,760 |
| 1991 | 677 | 3,786 | 907 | 4,160 | 1,845 | 1,523 | 2,508 |
| 1992 | 728 | 4,039 | | | | 1,394 | 2,680 |
| **Duration:** | | | | | | | |
| 1986 | | 2.11 | | | | 1,82 | 2,19 |
| 1987 | | 2,07 | | | | 1,79 | 2.20 |
| 1988 | | 2,07 | | 2.24 | | | 2.14 |
| 1989 | | 2,09 | | 2.25 | | | 2.15 |
| 1990 | | 2.12 | 1.67 | | | | 2.21 |
| 1991 | 4.7[a] | 2.18 | | 2.31 | 3.00 | 1.91 | 2.26 |
| 1992 | | 2.23 | | | | 1.84 | 2.21 |

[a]Summer 1991, all accommodations.
Source: various publications.

Changes in the tourism markets of the seven cities are also portrayed in Table 1. In almost all of the heritage cities considered, a tendency to an increasing demand for accommodation can be observed. This table demonstrates that some cities suffered from the Gulf crisis in 1991: Amsterdam, Venice and probably Florence. In Aix and Bruges, the growth in overnight stays continued in 1991. The average duration of the stay in the cities has not fluctuated much. However, the occupancy rate of hotels remained constant or dropped because of the entrance of new structures into the market (Table 2). An increasing demand for urban-based cultural tourism has proven capable of justifying a growing economic investment in the accommodation sector; this reflects the growing economic significance of tourism in all of the analyzed destinations. Further, there has been a gradual marginalization of establishments less capable of meeting the requirements of a more sophisticated market.

An upward shift is taking place between the clients of various hotel categories, from the 2-star to 3-star and from the 3-star to 4-star and 5-star. The tourists' growing tendency to patronize high-quality hotels has occurred even during periods of unfavorable economic conditions. This means that there is high level of demand for superior qualitative standards. Change is both quantitative and qualitative.

The above data do not display crucial information on tourism demand, that is, the total number of visitors. The subdivision between overnight visitors and day visitors (discussed later) has become a focal point of the analysis of tourism in heritage cities, especially since the growing interest in cultural tourism is usually manifested in an increase in the number of day trips and much less in terms of overnight stays (Costa and van der Borg 1992). Therefore, in order to better understand the relevance of tourism in these cultural destinations, it is essential to observe the composition of the visitor flow (Table 3).

Excursionists are most often blamed for problems related to an excess in tourism demand and to carrying capacity issues, since they bring the destination more costs and less benefits than traditional tourists. The cities, given the relatively high shares of excursionists in total tourist demand, find themselves in advanced stages of the tourism life cycle. Of the seven cities, Amsterdam and Florence cater

**Table 2. Evolution of the Number of Hotel Beds**

| City | From | To |
|------|------|-----|
| Aix-en-Provence | 2,800 in 1978 | 6,400 in 1993 |
| Amsterdam | NA | NA |
| Bruges | 2,700 in 1979 | 5,300 in 1991 |
| Florence | 13,000 in 1978 | 20,000 in 1993 |
| Oxford | NA | NA |
| Salzburg | NA | 11,000 in 1992 |
| Venice | 20,000 in 1973 | 22,200 in 1993 |

NA = not available.
Source: various publications.

BLM_0072307

to the most varied demand, ranging from leisure tourism to conference tourism, with a significant business-related sector. Furthermore, the Dutch city, by far the largest one included in the study, is the only city that has a role as an international destination directly linked to its function as transportation hub. Moreover, Amsterdam is a notable venue for international conferences, and it also benefits from being the cultural heart of the Netherlands and from the touristic image of its historical core. Even in Florence, the second largest city in the study and a cultural destination with a worldwide reputation, many tourist visits are based on reasons other than culture. In fact, Florence is a very important business and conference venue. It ranks third in Italy, after Rome and Milan, as a conference venue for nationals. Nevertheless, all of the seven cities are leisure-dominated destinations.

With the exception of Salzburg, the seasonality patterns of the heritage cities do not show a marked peak in the summer months (Table 4). However, for all cities, the first trimester of the year is

**Table 3. Tourists and Excursionists**

| Aix-en-Provence: | Tourists | 390,000 | 35.7% |
|---|---|---|---|
| (1992) | Excursionists | 700,000[a] | 64.3% |
| Amsterdam: | Tourists | 1,851,000 | 24.2% |
| (1992) | Excursionists | 5,800,000 | 75.8% |
| Bruges: | Tourists | 540,000 | 19.9% |
| (1990) | Excursionists | 2,176,000 | 80.1% |
| Florence: | Tourists | 1,969,582 | 49.6% |
| (1991) | Excursionists | 2,000,000[a] | 50.4% |
| Oxford: | Tourists | 615,000 | 41.0% |
| (1991) | Excursionists | 885,000 | 59.0% |
| Salzburg: | Tourists | 914,861 | 16.9% |
| (1992) | Excursionists | 4,500,000 | 83.1% |
| Venice: | Tourists | 1,208,946 | 16.9% |
| (1992) | Excursionists | 5,946,844 | 83.1% |

[a]Estimated by the Tourist Office.
Source: various publications.

**Table 4. Seasonality in the Seven Cities (expressed as quarterly % share in the yearly number of visitors)**

| City | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Aix-en-Provence | 18 | 27 | 36 | 19 |
| Amsterdam | 15 | 28 | 36 | 21 |
| Bruges | | NA | | |
| Florence | 16 | 29 | 29 | 26 |
| Oxford | | NA | | |
| Salzburg | 12 | 24 | 45 | 19 |
| Venice | 14 | 30 | 32 | 24 |

NA = not available.
Source: various publications.

the one less frequented by tourists. Salzburg is the only destination with a particularly heavy concentration of tourists in the summer months, which is a serious threat to its socioeconomic structure. In fact, the fragile equilibrium of the urban environment in a city such as Salzburg can be imperiled by an excessive concentration of visitors, which generates an increase in the level of pollution, an augmentation of real estate prices, a forced transfer of small artisan workshops to peripheral zones and a deterioration of historical heritage. On the other hand, Venice and Florence benefit from a less typical visitor seasonality through the significant turnover of nationals and foreigners (the former show a slight preference for off-season tourism).

Table 5 shows the origins of the tourists that arrived in the seven heritage cities. Amsterdam, Bruges and Salzburg are predominantly hosting non-national tourism. They also enjoy a significant proportion of overseas tourists who are certainly very aware of the cultural and artistic reputations of these cities. Among the nationals, those living in the nearby regions are the most numerous. Of course, even for the foreigners, distance plays a major role, but these cities of culture benefit from an established worldwide reputation that makes them key destinations in overseas visitors' European tours.

American and Japanese tourists are often the most desired from an economic perspective; Florence and Venice benefit in particular from their presence. The seasonal pattern differs for the different segments of the market. Generally speaking, the further away the origin country is, the more the demand is concentrated in the summer months. Surprisingly, overseas tourists on a leisure-motivated vacation present the same length of the stay (two days) as the Europeans. A significantly longer duration of stay characterizes the tourists on an educational trip (ten days to three weeks) who are a significant segment of the market in places like Florence, Oxford and Aix-en-Provence. More generally, the motivations of an urban visit can be classified in the following three groups, which are closely tied to the diverse characters of the urban centers concerned: business tourism (expressing merely the socioeconomic vitality of a city), conference tourism and leisure tourism. The first two reflect

**Table 5. Arrivals of Tourists by Area of Origin**

| City | Nationals | Europe | USA | Japan |
|---|---|---|---|---|
| Aix-en-Provence | 42.4% | 44.1% | 7.7% | 1.0% |
| Amsterdam | 7.3% | NA | 11.8% | NA |
| Bruges | 10.8% | 68.3% | 11.5% | 3.0% |
| Florence | 37.4% | 33.2% | 11.8% | 17.6% |
| Oxford | 60.0% | 17.0% | 13.0% | 2.0% |
| Salzburg | 16.7% | 42.9% | 10.7% | 4.5% |
| Venice | 26.3% | 36.0% | 17.8% | 11.1% |

NA = not available.
Source: various publications.

314 HERITAGE CITIES

the economic rank of a city, while leisure tourism reflects the quality of life it provides.

*The Impact of Tourism*

Glasson, Godfrey and Goodey (1995) have shown that the impact of tourism on a destination can be measured on various levels, such as the level of the individual attraction and that of the destination as a whole. The character of the city determines which of the levels is the most relevant. For heritage cities that are attractions themselves (for example, Bruges and Venice), the destination level dominates; for cities with a particular attraction (for example, the Castle of Salzburg and the University Colleges of Oxford), the attraction level is the most suitable. Furthermore, impact has various dimensions. For most heritage cities, the socioeconomic one, which expresses the conflict between tourism and the social and economic dynamism of the city, will be of particular concern.

It is not easy to establish what exactly the pressure on a society or a city is. One way of quantifying the pressure is by calculating the visitors/residents ratios for the seven case studies; it is thus possible to perceive how the different cities bear varying dimensions of visitor impact (Table 6). With more than 89 visitors per inhabitant, Venice's historical core is by far the most "mature" of the seven destinations. It is the city that most clearly represents what the term "touristification" means for an urban area. Salzburg and Bruges follow at a distance. Amsterdam and, to a lesser extent, Aix-en-Provence and Florence, do not seem to be under extreme pressure from tourism.

**Table 6. Visitors/Residents Ratio**

| | |
|---|---|
| Aix-en-Provence | 8.0 |
| Amsterdam | 5.9 |
| Bruges | 23.4 |
| Florence | 9.8 |
| Oxford | 11.5 |
| Salzburg | 36.0 |
| Venice (historical center) | 89.4 |
| Venice (municipality) | 27.6 |

Source: various publications.

If one observes the more homogenous indexes at the municipality scale, then Venice's 27.6 visitors per inhabitant comes much closer to Bruges and Salzburg, with 23 and 36 visitors per inhabitant, respectively. All cities exhibit the same notions due to the fact that their well-preserved historical centers have become "cultural resorts" attracting a significant proportion of excursionists. The lower ratio observed in Aix-en-Provence and Oxford is due to the fact that the number of visitors (tourists and excursionists) is not yet as important as in the other cities. Despite their reputations as

BLM_0072310

cities of art, the tourist function of Florence and Amsterdam is proportionally minor in respect to their political, administrative, educational, economic and of course residential roles. In fact, although they benefit from large numbers of visitors, their vast resident populations numerically offset the social impact of tourism on the urban area. Being cities with large, diversified economies, they are less vulnerable than the smaller heritage cities.

No reliable data were available for a more precise analysis of residents/visitors ratios for specific zones of the urban centers. Even in cities such as Florence and Amsterdam, there are specific areas around concentrations of attractions (respectively, Ponte Vecchio and Museumplein) where pressure is excessive. However, one also needs to consider the supply of accommodation (and thus potential traditional tourism demand) and then apply the tourist function index, defined here as the relationship between the number of available beds divided by the permanent resident population, to the cases of this study (Table 7). Where data are available (in Florence and Venice) the role of the tourist function in the historical center is clearly evident. The historical center of Florence has the highest tourist function index: 15.3, which means more than 15 hotel beds per inhabitant of the inner city. The hotels that have been constructed in Venice's suburbs to host commuting tourists (van der Borg 1991), cause it to score very high for the inner city and also for the municipality as a whole.

**Table 7. Tourist Function Index**

| | |
|---|---|
| Aix-en-Provence | 6.70 |
| Bruges | 6.64 |
| Florence (municipality) | 6.37 |
| Florence (historical center) | 15.30 |
| Salzburg | 7.30 |
| Venice (municipality) | 7.30 |
| Venice (historical center) | 15.00 |

Source: various publications.

Of course, these indices are just indicators of the relative weight of tourism on the heritage cities. They symbolize a whole range of problems and of negative externalities. Most of them are impossible to quantify. A tentative list of problems observed for the seven cities shows that Aix-en-Provence is overcrowded in the summer months; that the center of Amsterdam has serious parking problems; that Bruges has problems with traffic all year around, but especially during weekends and holidays, and its center is losing inhabitants and economic activities, with hotels and souvenir shops taking their place; that Florence loses many opportunities tourism offers due to poor urban management; that Oxford's most famous University Colleges are threatened by huge visitor flows, and its inner city is congested with tourist buses; that Salzburg, like Bruges, has a serious traffic problem, caused by the huge number of tourist buses delivering excursionists during the summer months, and it suffers from crowding out

BLM_0072311

of residents and of businesses as well; and that the historical center of Venice is becoming a mono-culture and congestion suffocates economic activities and affects the quality of life of inhabitants.

Interest in heritage cities is growing. This not only causes an increase in the number of traditional tourists, but also in the number of excursionists. The share of excursionism in tourism demand is already considerable in the seven cities studied. Moreover, the continuous expansion of the number of hotel beds has led to diminishing occupancy rates, explaining the ongoing intensification of promotional activities. This all leads to excessive pressure on the more vulnerable heritage cities, menacing the vitality of the local economies, the integrity of the heritage and the quality of life of residents. The problems the seven cities are faced with, either caused or aggravated by tourism, can be summarized as follows: traffic and parking problems, pollution, crowding out, occasional irritation of the local population and "wear and tear" of heritage. The answer to these problems is forsaking the principle of *laissez faire* that currently dominates the attitudes of policymakers and entrepreneurs towards tourism development and adopting an explicit tourism management policy that goes much further than promotion alone.

*Tourism Management in Heritage Cities*

Although residents are more apt to perceive disadvantages caused by excessive numbers of visitors, in all of the cases analyzed where a survey among inhabitants was conducted (Oxford, Salzburg, Bruges and Venice) respondents clearly felt that the overall effect of tourism in their city is positive or at least neutral rather than negative. For the inhabitants the regulation of tourism does not seem to be a priority. It is possible to evaluate the weight tourism has on the local society and the economy and thus judge to what extent immediate management actions seem to be needed in the seven cities (Table 8).

**Table 8. Relative Urgency of Tourism Issues**

| City | Social Weight | Economic Weight | Necessity of a Management Action |
|------|:---:|:---:|:---:|
| Aix-en-Provence | – | 0 | – |
| Amsterdam | – | 0 | – |
| Bruges | + | + | + |
| Florence | + | + | + |
| Oxford | 0 | 0 | 0 |
| Salzburg | + | + | + |
| Venice | + | + | + |

+ = score above average.
0 = average score.
– = score below average.
Source: various publications.

This evaluation can be based on the information presented earlier, particularly on the indicators of tourism pressure (see Tables 6 and 7). The cities where pressure on the local society and economy is becoming unbearable and where tourism management should be an integral part of urban policies are Bruges, Florence, Salzburg and Venice. In Aix-en-Provence, tourism has only recently emerged as a relevant activity. In Amsterdam and Oxford, tourism is but one of the many functions these cities perform; however, in the latter, some reasons for specific interventions exist.

Although studies conducted in all of the cities have recognized the range of problems raised by visitor flows and have also specified potential tactics to overcome or reduce them, it has been rare to find any municipality involved in the investigation taking political decisions regarding tourism issues. The only issue confronted by the city councils' urban policy that in some way concerns visitors relates to traffic and parking. In most cities, a policy to manage traffic congestion has been implemented in the form of a park-and-ride system on the edge of town, often in combination with a new traffic plan. In the cities of Bruges, Oxford and Salzburg, the pressure from day-visitors has been eased by means of control of incoming excursionist buses, which are easy to spot and thus to divert. However, more direct interventions to improve the visitors' experience and to ease the conflict among tourism and other urban activities are now sorely needed. More than traffic control, it is management of the tourism function that should be the central focus in controlling the flows of visitors, in particular the excursionists, the real threat to a more balanced and profitable urban tourism system in all of the analyzed destinations.

In theory, there are two procedures available: enlarging supply in time and space, and acting on the demand by rationing the use of the city. These actions can be characterized by controlling the flows with an increase in the cost of the visit or with some type of booking policy or with a restricting traffic policy; and by stimulating visitors to make use of alternative attractions, for example through better organization and promotion of information dispersal.

The measures that have been taken in the seven cities (distinguishing between those limiting and those guiding visitor flows) in the recent past concerning the management of tourism are schematized in Table 9. The measures intended to control tourism demand in these cities are in most cases taken by public bodies that are not directly involved in tourism development, such as traffic departments and planning agencies. They are not part of the tourism policy of the city as such; hence, the probability that these measures are coordinated with other, usually direct, interventions regarding tourism is low. The measures that are supposed to stimulate dispersion of tourism demand in time (initiatives to render the low season more attractive, for example) or in space (alternative routes) tend to be implemented by public and private bodies together. However, their promotional aspect is still dominant. Of course, the implementation of strategies and policies affecting visitors in a city of art is not independent from other issues and policies for the management of

BLM_0072313

**Table 9. Tourism Management in Practice**

| Measures Taken | Control | Stimulus |
|---|---|---|
| Aix-en-Provence | None | Alternative Walks |
| Amsterdam | NA | NA |
| Bruges | Traffic Plan, Excursionist Bus Restrictions | Trips to the Periphery |
| Florence | Traffic Plan | Alternative Routes, Promotion of Alternative Attractions, Off Season Events |
| Oxford | Entrance Fee at Some Colleges | Alternative Walks |
| Salzburg | Traffic Plan, Excursionist Bus Restrictions | Alternative Walks, Off-Season Events |
| Venice | Limited Number of Hotel Beds, Restricted Access to Piazzale Roma | Alternative Walks, Promotion of Alternative Attractions |

NA = not available.
Source: various publications.

**Table 10. Appreciation of the Responses to Concrete Needs**

| | Strategic Management | Organizational Capacity | Adequacy of Measures Taken |
|---|---|---|---|
| Aix-en-Provence | + | + | − |
| Amsterdam | − | 0 | − |
| Bruges | 0 | − | − |
| Florence | − | − | − |
| Oxford | − | 0 | − |
| Salzburg | 0 | + | 0 |
| Venice | − | − | − |

+ = score above average.
0 = average score.
− = score below average.
Source: various publications.

that urban area. Thus, a clear, comprehensive, action plan is necessary to meet goals for sustainable tourism development in delicate urban environments.

From the different case studies, one may arrive at a global judgement of the quality of tourism management in the seven heritage cities. Three aspects of tourism management are considered here: whether or not a strategy has been designed and implemented; the existence of partnerships between the public and the private sector; and the measures that have been taken (see Table 9). Table 10 shows

BLM_0072314

Case No. 1:20-cv-02484-MSK   Document 50-7   filed 04/28/21   USDC Colorado   pg 98 of 167

how the cities score on the three aspects of direct and indirect tourism management actions. The only city that has implemented a strategic tourism policy is Aix-en-Provence. Aix is also the only city still in an early stage of tourism development and, therefore, does not feel an urgent need for visitor management policies. The cities for which such policies seem indispensable either lack a strategy (Venice) or have just started working on it (Bruges and Salzburg).

The numerous components of the tourism product make it necessary to coordinate the decisions and the actions taken by all of the entities operating within the sector. In order to conduct a marketing campaign in the most efficient manner, the tourism offer should be the fruit of a comprehensive agreement between all of the operators, public and private, of the city. This is especially relevant for those places characterized by an historical core area and an active urban life. Due to their physical structure and their social functions, these cities require a public body capable of more than passively controlling the private sector, of assuming a proactive role. In Aix-en-Provence and Salzburg, the public and the private sectors have started to work more closely together. In both cities, the Tourist Bureau is the crucial link between them. In Bruges, Florence and Venice cooperation is almost non-existent.

The measures listed in Table 9 did not in reality help to reduce visitor flows, nor change the composition of demand. Only the bus plan implemented in Salzburg helped to reduce some of the negative consequences of unbalanced tourism development. This explains the negative scores for all cities but Salzburg. Venice has been exploring a system to make visitors book their trip to the city, issuing a "Venice Card". This card will be free of charge and facultative, give considerable discounts and offer visitors access to museums and attractions that would otherwise remain closed. Without the card it will still be possible to visit Venice. It has to be turned into a strong enough incentive to stop people improvising and to start planning their visit to the city. This promising project is still in its infancy. Nevertheless, some form of flexible control is needed because it is less important to launch initiatives to maximize (private) economic gains than to try to minimize (public) costs in order to maintain the long-term profitable sustainability of tourism. For this reason, heritage cities ought to have a public body capable of managing tourism. As stated earlier, in order to do so, public administrators need to know how tourism is developing and how the changes can be managed.

There are several other reasons that tourism should be an integral part of the political decision process in all of the seven art cities. First, both at the city and attraction levels, tourism can be a strongly disequilibrating factor. Second, tourism in cities affects the entire urban community, and services that were originally provided for residents must be extended to satisfy the visitors' requirements. Third, but not least, competition has been intensified by an increasing number of new urban destinations. Having recognized the social and economic forces of tourism and its critical impacts on urban systems, it is surprising to note that, even in these highly reputed international destinations, tourism is still treated as a self-maintain-

BLM_0072315

able activity and is thus left to itself. The real problem is that the cities' policy-makers are unable to respond properly because they do not appreciate the "soft" sphere of tourism issues. They are generally effective on "hard" issues such as parking lots and congress centers. However, they are not equipped to handle the management of the multiple variables associated with tourism in cities of art. On the other hand, the private sector, pursuing its proper interests, has insufficient vision to ensure that limits to tourism development are respected. A good example of the consequences of this is the continuous flow of promotional material produced in the heritage cities. Since the increase in the supply of hotel beds has by far exceeded the growth in demand, operators insist in publicizing the cities, stimulating, however, mainly excursionist demand. The lack of overall organizational competence has a devastating effect on the development of tourism in these sensitive urban environments.

## CONCLUSIONS

The CISET of the University of Venice and the UNESCO–ROSTE have been studying tourism in heritage cities since 1990, with the aim to describe the impact of visitor flows on cities of art, and to develop a set of guidelines to help art cities to manage their tourism more adequately. Since studies on the positive and negative effects of tourism development on the city level and on tourism management strategies are scarce, the CISET decided to organize an in-depth study of tourism and its management in a limited number of European heritage cities: Aix-en-Provence, Amsterdam, Bruges, Florence, Oxford, Salzburg and Venice.

It was decided to interpret the results of the investigation in the context of sustainability, which is as valid for human as for natural environments. If sustainability means supporting the desirable or acceptable changes that tourism brings, and if the life cycle theory means that tourism changes in time, one may arrive at two situations violating the requirements of sustainability: not enough visitors to compensate for initial launching efforts; and too many visitors to guarantee social and economic continuity. For many heritage cities, the second situation is the most relevant. Therefore, management strategies ought to concentrate on the control and guidance of visitor flows.

The case studies demonstrate that tourists' interest in heritage cities is growing. This causes an increase in the number of traditional tourists and also in the number of excursionists. The share of excursionism in tourism demand is already considerable in the seven cities studied. However, cities are still intensifying promotional activities. This all leads to excessive pressure on the vulnerable heritage cities, menacing not only the vitality of the local economies, but also the integrity of the heritage and the quality of life of residents. The problems the cities face can be summarized as follows: traffic and parking problems caused or aggravated by tourism, pollution, crowding out of the inner city, occasional irritation of the local population and "wear and tear" of heritage.

BLM_0072316

An explicit tourism management policy going much further than promotion alone is needed. Tourism should be constantly monitored in all its dimensions and correcting mechanisms implemented, not only to reduce the negative externalities tourism generates, but also to make tourism compatible with the needs of local societies. The investigation has shown that not many heritage cities, notwithstanding their fame as tourism destinations, are fully aware of this necessity.

## REFERENCES

Ashworth, Gregory
    1994 Heritage, Tourism and Sustainability: A Canadian Case. Paper presented at the expert meeting on "Sustainability in Tourism and Leisure", Tilburg.
Berg, Leo van den, Jan van der Borg, and Jan van der Meer
    1995 Urban Tourism. Aldershot: Avebury.
Borg, Jan van der
    1991 Tourism and Urban Development. Amsterdam: Thesis Publishers.
    1994 Demand for City Tourism in Europe. Tourism Management 15:66–69.
Butler, Richard W.
    1980 The Concept of a Tourist Area Cycle Evolution: Implications for the Management of Resources. Canadian Geographer 24(1):5–12.
Canestrelli, Elio, and Paolo Costa
    1991 Tourist Carrying Capacity: A Fuzzy Approach. Annals of Tourism Research 18:295–311.
Costa, Paolo, and Jan van der Borg
    1991 The Impact of Tourism in Cities of Art. Paper presented at the UNESCO–ROSTE workshop "Art Cities and Visitors Flow", Venice.
    1992 The Management of Tourism in Cities of Art. Vrije Tijd en Samenleving 10(2/3):45–57.
Glasson, John, Kerry Godfrey, and Brian Goodey
    1995 Towards Visitor Impact Management. Aldershot: Avebury.
Law, Christopher M.
    1993 Urban Tourism. London: Mansell.
Mill, Richard C., and Anthony M. Morrison
    1985 The Tourism System. Englewood Cliffs: Prentice Hall.
Wall, Geoffrey
    1994 Change, Impact and Opportunities: Turning Victims into Victors. Paper presented at the expert meeting on "Sustainability in Tourism and Leisure", Tilburg.

Submitted 5 January 1995
Resubmitted 25 July 1995
Accepted 2 August 1995
Refereed anonymously

BLM_0072317

USU Home (http://www.usu.edu/)        A-Z Index (http://www.usu.edu/azindex/)

(http://digitalcommons.usu.edu)                                        (https://library.usu.edu/)

ALL GRADUATE THESES AND DISSERTATIONS (HTTP://DIGITALCOMMONS.USU.EDU/ETD)

## Title

Ecological Studies of Native Greenriver Fishes Below Flaming Gorge Dam, 1964-1966 (http://digitalcommons.usu.edu/cgi/viewcontent.cgi?article=3885&context=etd)

## Author

Charles David Vanicek (http://digitalcommons.usu.edu/do/search/?q=author_lname%3A%22Vanicek%22%20author_fname%3A%22Charles%22&start=0&context=656526)

## Date of Award:

1967

## Document Type:

Dissertation

## Degree Name:

Doctor of Philosophy (PhD)

## Department:

Wildland Resources

## Advisor/Chair:

Donald R. Franklin

## Co-Advisor/Chair:

Robert H. Kramer

## Abstract

Investigations to study (1) the species composition and distribution of Green River fishes between Flaming Gorge Dam and Ouray, Utah and (2) the ecology and life history of selected native species (Colorado squawfish, Ptychocheilus lucius; Colorad chub, Gila robusta; bluehead sucker, Pantosteus delphinus; and humpback sucker, Xyrauchen texanus) in Dinosaur National Monument were conducted from May, 1964, to October, 1966. A total of 23,735 fish consisting of 9 indigenous and 11 exotic species, were taken in 639 collections by electrofishing gear, gill nets, seines, and fry gear. Flaming Gorge Dam has caused a major change in the ecology of the downstream Green River by alteration of seasonal flow and water temperature patterns as far as the mouth of the Yampa River, 65 miles below the dam. As a result, native fish populations particularly in the first 26 miles below the dam, have been largely replaced by introduced rainbow and brown trout (Salmo gairdneri and S. trutta). Below the Yampa River mouth, fish populations were similar to those reported here during the pre-impoundment years. Age and growth determinations were made from scales from 167 Colorado squawfish and 333 Colorado chubs. Both species grew slower in the years after dam closure (1963-1965) than before (1955-1962). The bonytail form of the Colorado chub grew slightly faster than the roundtail form. Length-frequency analyses of young Colorado squawfish, Colorado chubs, and bluehead suckers described seasonal growth of the first three year classes and provided evidence that these species reproduced successfully in Dinosaur National Monument every year since impoundment. During years of high summer discharge from the dam with resultant lower water temperatures (1964 and 1966), no reproduction of any native fishes was found above the mouth of the Yampa River. No juvenile humpback suckers were collected during the study. The roundtail and bonytail forms of the Colorado chub had significantly different length-weight relationships. Squawfish over 200 mm total length were entirely piscivorous, while shorter squawfish consumed microcrustaceans and aquatic insects. The diet of the Colorado chub consisted largely of aquatic and terrestrial insects.

## Recommended Citation

Vanicek, Charles David, "Ecological Studies of Native Greenriver Fishes Below Flaming Gorge Dam, 1964-1966" (1967). *All Graduate Theses and Dissertations*. 2893.
http://digitalcommons.usu.edu/etd/2893

Download (http://digitalcommons.usu.edu/cgi/viewcontent.cgi?article=3885&context=etd)

28 Downloads

*Since July 28, 2014*

Included in

Ecology and Evolutionary Biology Commons (http://network.bepress.com/hgg/discipline/14)

Share

   (http://www.addthis.com/bookmark.php?v=300&pubid=bepress)

COinS

*Copyright for this work is retained by the student. If you have any questions regarding the inclusion of this work in the Digital Commons, please email us at DigitalCommons@usu.edu (mailto:DigitalCommons@usu.edu) .*

BLM_0072319



MDPI      Journals A-Z      For Authors      For Editors      About      Open Access Policy      Submit to Sensors      Login      Register

**sensors**

| Title / Keyword | | Journal | Sensors | Volume | |
| Author | | Section | all | Issue | |
| Article Type | all | Special Issue | all | Page | |

Clear      Search

IMPACT FACTOR 1.953

*Sensors* **2008**, *8*(3), 2017-2042; doi:10.3390/s8032017                    Open Access

*Sensors*
**Volume 8, Issue 3**

*Article*

**Article Versions**

- Abstract
- Full-Text PDF [3208 KB]
- Full-Text XML
- Article Versions Notes

**Related Info**

- Article Statistics
- Google Scholar
- Order Reprints

**Citation**

- Cite this article
- Export to BibTeX
- Export to EndNote

**More by Authors**

- [+] on DOAJ
- [+] on Google Scholar
- [+] on PubMed

**Share This Article**

- CiteULike
- Facebook
- Mendeley
- Twitter

# Monitoring the Effects of Forest Restoration Treatments on Post-Fire Vegetation Recovery with MODIS Multitemporal Data

Willem J. D. Van Leeuwen

Department of Geography and Regional Development and the Office of Arid Lands Studies, 1955 E. Sixth Street, The University of Arizona, Tucson, AZ 85721, USA

Received: 29 January 2008 / Accepted: 21 March 2008 / Published: 25 March 2008

(This article belongs to the Special Issue Remote Sensing of Natural Resources and the Environment)

Download PDF Full-Text [3208 KB, uploaded 16 September 2008 11:01 CEST]

**Abstract:** This study examines how satellite based time-series vegetation greenness data and phenological measurements can be used to monitor and quantify vegetation recovery after wildfire disturbances and examine how pre-fire fuel reduction restoration treatments impact fire severity and impact vegetation recovery trajectories. Pairs of wildfire affected sites and a nearby unburned reference site were chosen to measure the post-disturbance recovery in relation to climate variation. All site pairs were chosen in forested uplands in Arizona and were restricted to the area of the Rodeo-Chediski fire that occurred in 2002. Fuel reduction treatments were performed in 1999 and 2001. The inter-annual and seasonal vegetation dynamics before, during, and after wildfire events can be monitored using a time series of biweekly composited MODIS NDVI (Moderate Resolution Imaging Spectroradiometer - Normalized Difference Vegetation Index) data. Time series analysis methods included difference metrics, smoothing filters, and fitting functions that were applied to extract seasonal and inter-annual change and phenological metrics from the NDVI time series data from 2000 to 2007. Pre- and post-fire Landsat data were used to compute the Normalized Burn Ratio (NBR) and examine burn severity at the selected sites. The phenological metrics (pheno-metrics) included the timing and greenness (i.e. NDVI) for the start, peak and end of the growing season as well as proxy measures for the rate of green-up and senescence and the annual vegetation productivity. Pre-fire fuel reduction treatments resulted in lower fire severity, which reduced annual productivity much less than untreated areas within the Rodeo-Chediski fire perimeter. The seasonal metrics were shown to be useful for estimating the rate of post-fire disturbance recovery and the timing of phenological greenness phases. The use of satellite time series NDVI data and derived pheno-metrics show potential for tracking vegetation cover dynamics and successional changes in response to drought, wildfire disturbances, and forest restoration treatments in fire-suppressed forests.

**Keywords:** vegetation recovery; phenology; fire severity; fuel reduction treatments; MODIS; LANDSAT.

## Article Statistics

Click here to load and display the download statistics.

## Cite This Article

**MDPI and ACS Style**

Van Leeuwen, W.J.D. Monitoring the Effects of Forest Restoration Treatments on Post-Fire Vegetation Recovery with MODIS Multitemporal Data. *Sensors* **2008**, *8*, 2017-2042.

**AMA Style**

Van Leeuwen WJD. Monitoring the Effects of Forest Restoration Treatments on Post-Fire Vegetation Recovery with MODIS Multitemporal Data. *Sensors*. 2008; 8(3):2017-2042.

**Chicago/Turabian Style**

Van Leeuwen, Willem J.D. 2008. "Monitoring the Effects of Forest Restoration Treatments on Post-Fire Vegetation Recovery with MODIS Multitemporal Data." *Sensors* 8, no. 3: 2017-2042.

Terms & Conditions      Privacy Policy      Contact MDPI      Payment Information      Jobs at MDPI
© 1996-2013 MDPI AG (Basel, Switzerland) unless otherwise stated

BLM_0072320

J. Range Manage.
50:300–306

# Comparison of forage value on private and public grazing leases

LARRY W. VAN TASSELL, L. ALLEN TORELL, NEIL R. RIMBEY, AND E. TOM BARTLETT

*Authors are professor, Dept. of Agricultural Economics, University of Wyoming, Laramie, Wyo. 82071, professor, Dept. of Agricultural Economics, New Mexico State University, Las Cruces, N.M. 88003, professor, Dept. of Agricultural Economics and Rural Sociology, University of Idaho, Caldwell, Ida. 83605, and professor, Dept. of Rangeland Ecosystem Science, Colorado State University, Ft. Collins, Colo. 80523.*

## Abstract

Federal land grazing fees have been set by a formula that uses a base rate developed from a 1966 study comparing total grazing costs on private and public lands. A similar market comparison was recently conducted in Idaho, New Mexico, and Wyoming. Total grazing costs were gathered through personal interviews from 258 ranchers using 245 public grazing permits and 149 private leases. Public land grazing permit values were also estimated in each state. This study demonstrated that many public land ranchers have been willing to pay more for grazing than the apparent value implied from the private forage market. With the 1992 grazing fee of $1.92/animal unit month (AUM), 34% of Bureau of Land Management (BLM) cattle producers, 62% of U.S. Forest Service (USFS) cattle producers, 60% of BLM sheep producers and 92% of USFS sheep producers paid more for grazing public lands than did those grazing privately leased lands. Estimated forage values averaged $3.63/AUM for cattle grazing BLM land, and were negative for cattle using USFS lands and for sheep using both BLM and USFS allotments. Using a 3.35% interest rate to amortize permit value, the annual value of public land forage was estimated to be from $3 to $5/AUM. Doubts were cast about the standard assumptions that ranchers have profit maximization as their primary goal, that permit value measures only excess forage value, and that sufficient private leases are available for a valid comparison between private and public forage markets.

**Key Words:** grazing fees, permit value, profit maximization, public land policy, land use

Fees for grazing public lands were first assessed in 1906 by the U.S. Forest Service (USFS) and in 1936 by the Bureau of Land Management (BLM). The authorization to graze livestock on federal lands was controlled by issuing grazing permits to those who could meet the "prior–use" and "commensurability" requirements. To encourage sale and private investment on the range-

lands the original permits were freely given to ranchers, with grazing fees set at low levels. The difference between the cost of utilizing federal rangelands and the value of the forage was quickly capitalized into the value of the base ranch (Roberts 1963).

Since the first administered grazing fee, numerous attempts have been made to establish a fair market price for public land forage (Kearl 1989). Because federal grazing fees are set by a formula and are not open market transactions between willing buyers and sellers, no direct estimate of market value is obtainable and indirect valuation procedures are necessary. One method frequently used is to compare grazing fees on public lands to private land lease rates. Private land lease rates were used to imply the value of National Forest lands as early as 1915 (Rachford 1924). Recent federal grazing fee studies have relied on market price comparisons to establish forage value. Grazing fee studies conducted during the 1960's (USDA/USDI 1977) and 1980's (Obermiller 1992) compared the total cost of grazing public and private lands. Studies conducted in the 1980's (USDA/USDI 1986) and updated in 1992 (USDA/USDI 1992) used a market rental appraisal of private land leases to imply forage value. LaFrance and Watts (1995) also used the private grazing market to examine forces that influence private grazing fees across western states and draw implications to public grazing policy. A main inference of these studies was that considerable variation exists in forage value both within and between selected areas.

The objective of this study was to examine the value of public forage in Idaho, New Mexico, and Wyoming by comparing the total costs of grazing public and private leases (total cost approach). A further objective was to examine the value of federal grazing permits in each state and compare the capitalized value of permits with the forage value obtained from the total cost approach. This second objective not only provides an estimate of the rancher's "willingness–to–pay" for federal forage, but also provides a verification on the theoretical "correctness" of the total costs approach.

## Theoretical Justification

The theoretical justification for using the private forage market to imply equitable federal land grazing fees is founded in economic models developed in the 1960's at Utah State University (Roberts 1963, Jensen and Thomas 1967, Nielsen and Wennergren 1970). The "Utah model" assumes private and public

The authors would like to thank the other members of the Grazing Fee Task Group that assisted in this study, including, BLM advisors K Lynn Bennett and Don Waite, BLM appraisers Ron Appel, Tim Heisler and Gerald Stoebig, and USFS economist John DeVilbiss. Research associates Tom Bagwell, New Mexico State University, Paul Burgener, University of Wyoming, and Juli Coen, University of Idaho, were instrumental in the collection and analysis of data. Morris Southward, New Mexico State University, gave valuable advise on statistical analyses. The Cooperative States Research Service of USDA is acknowledged for their assistance in funding.
Manuscript accepted 11 Aug. 1996.

BLM_0072321

land forage are direct substitutes and that the marginal productivity of the 2 inputs are equal (Nielsen and Wennergren 1970). This implies the amount a profit maximizing rancher should be willing to pay for the 2 types of forage would also be equal.

The marginal factor costs of grazing leased land are comprised of fee (FEE) and non-fee (NFEE) costs. Fee costs are the fees paid to the lessor for the forage utilized and services provided. Non-fee costs are supplementary costs incurred by the lessee to utilize the leased forage. Examples of non-fee costs are transportation of livestock to the lease site, maintenance of fences and facilities, and care of livestock while on the lease.

The total cost approach of determining the value of federal forage compares the fee and non-fee costs of grazing both private and public rangelands. Theoretically, it is the marginal factor costs of the forages, or the amount the rancher was willing to pay for grazing the last unit of forage, that should be equated. What is obtainable from ranchers is their current level of production and the total cost of grazing the allotment. Grazing fees derived from the total cost approach have therefore been based on average rather than marginal costs (USDA/USDI 1977).

To apply the total cost method, total costs of grazing public lands (excluding the grazing fee) are subtracted from the total costs of grazing private lands (including the lease rate) to estimate the grazing fee that equates total grazing costs on private and public lands. This is equivalent to equating costs of utilizing public grazing to private grazing costs by adjusting the public land grazing fee. The estimated grazing fee would be

$$FEE_{public} = (FEE_{private} + NFEE_{private}) - (NFEE_{public}). \quad (1)$$

Estimation of the variables defined in equation [1] resulted in the \$1.23/AUM base charge established in the Public Rangeland Improvement Act of 1978 (PRIA) fee formula[1]. The estimated difference in total grazing costs (\$1.23/AUM) was considered to be the "average" grazing fee that should be charged to equate grazing costs (USDA/USDI 1977).

It should be noted that valuing forage by comparing total grazing costs does not provide a direct estimate of net forage value, but rather an estimate of the net value of public land grazing. Total private grazing costs define the amount willingly paid for the total grazing package, including services. Subtracting non–fee grazing costs on public lands from this amount results in an estimate of the amount that could be paid for public land forage while maintaining total private and public grazing costs at the same level.

The fee charged to graze public land has historically been less than the value of its marginal product and the rancher who had access to federal land grazing realized a surplus economic value known as permit value. Permit value (PERMIT) is said to be the capitalized cost advantage that public land ranchers have over those grazing on private lands or

$$PERMIT_{public} = \frac{(FEE_{private} + NFEE_{private} - (FEE_{public} \, NFEE_{public})}{r}$$

$$= \frac{COSTADV}{r} \quad (2)$$

This capitalization formula calculates the present value of a perpetual flow of any cost advantage (COSTADV) that may accrue from grazing on public lands. This formula is sensitive to the capitalization or interest rate, r, that is assumed. The greater the r, the smaller the present value of the perpetual flow. The cap-

italization formula also assumes the decision maker has an infinite planning horizon and determines the permit value accordingly. A finite planning horizon would suggest a smaller permit value. An infinite planning horizon is typically justified even when a rancher maintains the permit for a finite time since the rancher can sell the rights to utilize the permit. The capitalization formula would not be valid if the rancher anticipated the grazing rights would be appropriated by the federal government without just compensation.

Because access to grazing is embodied in the grazing permit, the surplus value became a marketable item that was transferred when the permit was sold (Nielsen and Wennergren 1970). As the cost differential between grazing public and private lands fluctuates, in the presence of a competitive market, the changing value of the grazing permit theoretically eliminates the cost advantage that public land ranchers have. When a public land rancher buys the grazing permit, total grazing costs are equated and the cost advantage is eliminated (Workman 1988; Torell and Doll 1991).

Obermiller (1992) argued that permit value is not a capitalized cost advantage, but rather the capitalized value of cost savings realized through economies of size when federal grazing permits are attached to the ranch unit. Complementarity between different seasonal forage sources is also cited as a reason for permit value. Some combination of these factors may be appropriate.

Because grazing permits can be purchased and sold[2], a direct estimate of the annual value of public land grazing can be obtained by computing a rate of return on grazing permit investment and adding this to the current grazing fee (Nielsen and Wennergren 1970). This can be seen by rearranging equation [2] as

$$COSTADV = PERMIT_{public} \times r \quad (3)$$

and then adding COSTADV to the current grazing fee to obtain the annual value of public land grazing. This procedure gives a site-specific estimate of forage value while directly considering the costs, forage quality, level of improvement, and characteristics of specific public land ranches. More productive and/or lower cost ranches should theoretically have a higher valued grazing permit, implying a higher forage value.

## Theoretical Inference

If permit values arise only because of a capitalized cost advantage for public land grazing, determining the annual forage value from permit values should provide a verification of the forage value determined from the total cost approach. However, if permit values are influenced by factors other than expected livestock returns, valid estimates of forage value will not necessarily be obtained using this method. Jensen and Thomas (1967) found that factors associated with grazing cattle on public ranges explained only 55% of the variation in permit sales value. Similarly, Torell and Doll (1991) found that permit values have not provided a consistent estimate of the value of public land forage. They found that permit values contributed more to the value of the ranch in the early 1980's than the capitalized cost advantage of public land grazing would justify. After 1987, public lands contributed less to the value than the simple capitalization formula would suggest. Thus, permit values may not be a sensitive and consistent indicator of forage value.

BLM_0072322

## Approach

To identify public and private grazing costs, a survey of ranchers in Idaho, New Mexico, and Wyoming was conducted. Non–fee grazing cost data were gathered on the cost items identified in the 1966 grazing fee study (Refer to Table 1 for a listing of cost items. A more detailed variable description of the study design is provided in Torell et al. (1993) and Bartlett et al. (1993)).

Range improvement investments (development depreciation) on public lands were determined from BLM and USFS records and from the interview process. Only the rancher's share of cost was considered and investments on non-federal land were prorated by the percentage of time or use on the federal allotment.

### Sampling Procedures

A random sample of public permittees and private lessees in the 3 states were personally interviewed to solicit estimates of fee and non–fee grazing costs. Lists of public land permittees were obtained from BLM and USFS records for each state. Lists of private forage lessees were available from prior grazing lease surveys, from USDA/National Agricultural Statistics Service, stock-grower organizations, and County Extension faculty.

Surveys were conducted in the 3 states during October through December 1992. The grazing cost data were obtained from 77 ranchers in Idaho, 85 ranchers in New Mexico, and 99 ranchers in Wyoming. The three–state data base included information on 173 BLM allotments, 72 USFS allotments, and 151 private leases.

Of the federal allotments surveyed, 44 provided grazing for sheep. Sheep grazing on private rangeland was not common. The survey included only 3 private sheep leases in Idaho, 3 in New Mexico, and 9 in Wyoming. Recognition of limited sample size should be given when interpreting sheep grazing costs and forage values.

### Statistical Analysis

Total grazing costs were calculated for each lease using the labor and mileage rates and other assumptions detailed in Bartlett et al. (1993). Total costs were converted to a $/AUM value and non-fee grazing costs were spread over all AUMs on the allotment or lease, regardless of land ownership.

Grazing cost calculations and analysis were completed using appropriate statistical routines found in the SAS statistical program (SAS Institute, Inc. 1988). Variation in grazing costs were analyzed using an unbalanced analysis of variance (ANOVA) with a three-way design and interaction. Differences in the size of leases and sample size between states and classes of livestock were accounted for in the least squares means (LSM) computed with the statistical models. Forage value estimates are presented as mean values followed by 90% confidence limits about the mean. A more complete description of the model used in the analysis is given in Bartlett et al. (1993).

### Permit Values

Ranch sales data were collected in Idaho and Wyoming from Farm Credit Services (FCS) for the period 1986 through 1992. Summary statistics were compiled from 129 BLM and 38 USFS permit ranch sales in Idaho, and 290 BLM and 35 USFS sales in Wyoming. Sales data compiled included an appraiser's allocation of the contribution that public and state AUMs made to the market value of recent ranch sales. These estimates of permit value were recorded from FCS sales sheets and averaged over the 1986–92 period. The reported averages were weighted by the number of federal AUMs leased.

A previously developed land value model was used to estimate New Mexico grazing permit values. The model used FCS ranch sales data for 1987 through March 1993. Average 1992 permit values were determined using the estimated regression equation developed from 378 ranch sales (Torell and Kincaid 1996). This was done by estimating the January 1992 market value of a 300 AUY ranch totally dependent on BLM or USFS for grazing capacity. The regression model has historically given permit values consistent with the appraisers values used to obtain permit values for Idaho and Wyoming (Torell and Fowler 1986).

Using the permit value approach, annual forage value was estimated by multiplying average permit values by a capitalization rate of 3.35% and adding this to the 1992 grazing fee of $1.92/AUM. The result is the annual amount that ranchers have paid in the market place for public land grazing (Torell and Doll 1991). The 3.35% capitalization rate is consistent with long–term rates of return realized from western public land ranches (Agee 1972, Madsen et al. 1982, Workman 1986). Obviously, annual forage value will vary considerably depending on the interest rate. This is a limitation of using permit values to imply forage value.

## Results

### Three-State Average Grazing Costs

Grazing costs were estimated for BLM and USFS allotments, and compared to costs for private leased lands in the 3 states (Table 1). Different cost categories are shown for both cattle and sheep. They were estimated across states after adjusting for differences in lease size through the ANOVA process. Total non–fee grazing costs were estimated to be $15.41/AUM for cattle on BLM, $21.89 for cattle on USFS, $23.23 for sheep on BLM, and $32.68 for sheep on USFS. By comparison, the same costs on private leased lands totalled $19.04/AUM for cattle and $20.46/AUM for sheep, including the private land lease rate.

Nearly all cost categories were significantly higher on public lands than on private leased lands (Table 1). This is consistent with the perception commonly expressed by public land ranchers that non-fee costs for grazing public lands are higher than on private lands. Major cost items for private and public land grazing included lost animals, moving and herding livestock, salt and feed, and range improvement maintenance. The private lease rate averaged $7.71/AUM for cattle producers and $7.18/AUM for sheep producers. The lease rate was a major part of the total cost of grazing on private leased lands, accounting for over 34% of total grazing costs. Total grazing costs were statistically different between private and public cattle producers and between private and USFS sheep producers (Table 1).

### BLM vs. USFS

As previously noted, cattle grazing costs were estimated to be higher on USFS land than BLM administered land (Table 1). This is similar to what Obermiller (1992) found for eastern Oregon

BLM_0072323

Table 1. Average grazing costs per AUM on BLM, USFS, and private leased lands in Idaho, New Mexico, and Wyoming combined (adjusted for differences in lease size), 1992.

| | Cattle | | | Sheep | | |
|---|---|---|---|---|---|---|
| | BLM | USFS | Private | BLM | USFS | Private |
| Sample size (n) | 141 | 60 | 134 | 32 | 12 | 15 |
| Lost animals | 3.09[a] | 4.49[b] | 2.10[c] | 5.16[b] | 6.05[b] | 2.63[a,c] |
| | (0.31) | (0.41) | (0.28) | (0.69) | (0.95) | (0.87) |
| Association fees | 0.20[a] | 1.07[c] | 0.01[b] | 0.17[a] | 0.00[b] | 0.00[a,b] |
| | (0.08) | (0.10) | (0.07) | (0.17) | (0.24) | (0.22) |
| Veterinary | 0.08[a] | 0.12[a] | 0.12[a] | 0.16[a] | 0.37[b] | 0.20[a] |
| | (0.03) | (0.04) | (0.03) | (0.07) | (0.10) | (0.09) |
| Moving livestock | 2.61[a] | 4.49[b] | 1.93[c] | 3.97[b] | 5.97[d] | 2.51[a,b,c] |
| | (0.29) | (0.38) | (0.26) | (0.64) | (0.88) | (0.81) |
| Herding | 3.63[a] | 5.00[c] | 2.94[a] | 7.30[b] | 13.49[d] | 3.05[a] |
| | (0.37) | (0.49) | (0.33) | (0.83) | (1.13) | (1.04) |
| Misc. labor and mileage | 0.61[a] | 0.77[a] | 0.18[b] | 0.73[a] | 1.13[c] | 0.34[a,b] |
| | (0.08) | (0.10) | (0.07) | (0.17) | (0.23) | (0.21) |
| Salt and feed | 1.41[a] | 1.12[a] | 1.80[a] | 1.81[a] | 1.06[a] | 1.53[a] |
| | (0.27) | (0.36) | (0.24) | (0.60) | (0.82) | (0.75) |
| Water | 0.47[a] | 0.24[b] | 0.11[b] | 0.51[a,b] | 0.38[a] | 0.16[a,b] |
| | (0.07) | (0.09) | (0.06) | (0.16) | (0.22) | (0.20) |
| Horse | 0.22[a] | 0.45[b] | 0.15[a] | 0.34[a] | 0.78[c] | 0.22[a] |
| | (0.03) | (0.04) | (0.03) | (0.07) | (0.10) | (0.09) |
| Improvement maintenance | 2.86[a] | 3.41[a] | 1.84[b] | 2.33[a,b] | 2.26[a,b] | 2.22[a,b] |
| | (0.29) | (0.37) | (0.25) | (0.63) | (0.86) | (0.79) |
| Development depreciation | | | | | | |
| Federal land | 0.30[a] | 0.39[d] | 0.00[c] | 0.14[b] | 0.24[a,b,d] | 0.02[b,c] |
| | (0.03) | (0.04) | (0.03) | (0.07) | (0.10) | (0.09) |
| Private land | 0.16[a] | 0.07[a] | 0.15[a] | 0.11[a] | 0.02[a] | 0.22[a] |
| | (0.05) | (0.06) | (0.04) | (0.11) | (0.15) | (0.13) |
| Other costs | 0.23[a] | 0.50[c] | 0.11[a] | 1.01[b] | 1.89[d] | 0.35[a] |
| | (0.09) | (0.11) | (0.08) | (0.19) | (0.26) | (0.24) |
| Private land lease rate | — | — | 7.71[a] | — | — | 7.18[a] |
| | | | (0.34) | | | (1.07) |
| Total cost | 15.41[a] | 21.89[b] | 19.04[c] | 23.23[b] | 32.68[d] | 20.46[b] |
| | (0.99) | (1.30) | (0.88) | (2.19) | (3.00) | (2.74) |
| Forage Value | 3.63 ± 2.42 | −2.86 ± 2.59 | | −2.77 ± 6.22 | −12.22 ± 6.94 | |
| | (1.47) | (1.58) | | (3.71) | (4.07) | |

Note: Means on the same row followed by the same letter are not statistically different at P = 0.10. The number in parenthesis is the standard error of the mean. Individual cost items may not add up to the total cost because the mean for each cost item was estimated using an independent linear statistical model and is not the simple average for the cost category. Least-squares or adjusted means are presented which give the average value had there been a balanced design for class variables and with all covariates set at their mean value (SAS 1989, p. 948). Forage value is shown as the mean value with 90% confidence limits about the mean.

where, on average, utilization of USFS land was the most expensive lease, followed by private land, and then BLM. The 1966 grazing cost survey did not find USFS grazing costs to be higher than private land leases when averaged across all forests and BLM districts. Part of the reason for this insignificance was the considerable variation that was found within a forest and region. The 1966 study found the average cost of grazing USFS land was $0.62/AUM higher than BLM land, but again, this difference was not statistically significant (Houseman et al. 1968. Special report on the grazing fee survey. Unpublished Report. USDA/Statistical Reporting Service).

Major cost categories explaining the higher cost of grazing USFS lands included lost animals, association fees, moving and herding livestock, miscellaneous labor, vehicle expenses, and horse costs. Other cost categories, including miscellaneous expenses and development depreciation on federal lands, were significantly higher on USFS administered lands in some cases but contributed little to the higher cost of USFS grazing.

Several explanations are possible for the relatively high cost estimated for grazing USFS lands and the negative estimate of forage value for these lands.

1. Private leases included in the grazing cost survey were considered comparable to BLM and state trust lands with respect to proximity and physical characteristics. However, few leases were found that were directly comparable to USFS lands with respect to vegetation types, climate, and water resources. Had similar substitutes been identified for USFS grazing, the value of private lease costs might have been higher that the non–fee costs of using USFS grazing.

2. If the estimated cost of using USFS lands is correct, USFS permittees are spending more to graze than ranchers who use private lands. This would suggest that USFS permits should have low or zero value. The total cost approach, though, may not capture all elements of value associated with USFS permits. For example, USFS permittees may be willing to pay higher costs to graze in scenic remote areas and maintain a

BLM_0072324

way of life or accept a below–market wage rate and return on investment (Bartlett et al. 1989, Harper and Eastman 1980, Smith and Martin 1972).

3. In New Mexico, some of the cost increases could be explained by culture and the high value placed on the agrarian way of life. Of the 21 USFS ranchers interviewed in New Mexico, 10 had relatively small herds and were Hispanic ranchers, mostly in north–central New Mexico. Grazing costs, especially the value of unpaid family labor, were higher for these individuals.

4. Market–price comparisons for valuing forage assumes ranchers have numerous alternatives available to them. Private and public forage are assumed to be direct substitutes. In reality, most private forage sources remain leased and federal leases are not accessible to the general public unless transferred with the base ranch. Ranchers are therefore forced to use higher–cost alternatives (e.g., USFS allotments) if they want to be in the livestock business. However, this does not mean that ranchers who utilize USFS forage are losing money or are not profitable, only that their costs are higher on average.

### Cattle vs. Sheep

The total cost of grazing sheep on public lands was significantly higher than for cattle. When the values in Table 1 are weighted by the number of AUMs and averaged for federal lands, the total cost of grazing sheep on public land was estimated to average $7.72/AUM more than grazing cattle on public land and $1.42/AUM more for private–land sheep producers compared to private–land cattle producers.

Sheep grazing costs were also the most variable. Because of this variability and the relatively small sample size for sheep producers, especially on private lands, the confidence intervals estimated for sheep forage values are over twice that estimated for cattle production. As shown in Table 1, some of the variability is explained by differences between BLM and USFS.

### Permit Value

Table 2 shows estimated permit values for Idaho, New Mexico, and Wyoming and the 1992 forage value implied from these values. Average permit values ranged from $36/AUM for BLM in Wyoming to $89/AUM for BLM in New Mexico. BLM and USFS permit values were significantly different in Wyoming but not in Idaho or New Mexico. Implied forage value using the permit valuation method was highest in New Mexico ($4.90/AUM for BLM and $4.33/AUM for USFS). Forage value was estimated to be from $3.00 to $3.50/AUM for the permits in Idaho and Wyoming. Permits in New Mexico may be more expensive because of their yearlong use compared to the seasonal permits found in Idaho and Wyoming.

If, as economic theory suggests, permit value constitutes a surplus economic value created because the fee charged to graze public land has been less than the value of the marginal product (VMP) of the forage, the forage value obtained from the total cost approach should equal the amortized value of the permit (yearly surplus) plus the federal grazing fee. The theory appears to hold for BLM cattle permits as the forage value obtained from the total cost approach approximates the total value ranchers were willing to pay for the permit while also paying the federal grazing fee. For the remaining public leases, the total cost approach shows that public lands do not have a capitalized cost advantage over

**Table 2. Grazing permit value and forage value implied from average permit values in Idaho, New Mexico, and Wyoming ($/AUM).**

| State | Permit Value | | Forage Value[1] | |
| --- | --- | --- | --- | --- |
| | BLM | USFS | BLM | USFS |
| Idaho | 37a | 42a | 3.16 | 3.32 |
| | (1.31, 129) | (2.71,38) | | |
| New Mexico | 89a | 72a | 4.90 | 4.33 |
| Wyoming | 36a | 47b | 3.13 | 3.50 |
| | (1.01, 359) | (3.47, 43) | | |

Note: Permit value means in the same row that are followed by the same letter are not statistically different at P = 0.10. Means in the same column are not compared statistically. The numbers in parenthesis are the standard error of the mean and the sample size. The standard error is not shown for New Mexico because the mean value is estimated from a regression model.

[1] Estimated as permit value × 3.35% + $1.92/AUM 1992 grazing fee.

grazing on private lands. By comparison, the permit value approach demonstrates that ranchers were willing to pay a premium for federal grazing permits in the land resource market. This dichotomy suggests permit values are comprised of more than a capitalized cost advantage for public land. As previously discussed, cost savings realized through economies of size, complementarity between different seasonal forage sources, or the utility a rancher receives from managing cattle in scenic remote areas may also contribute to permit value.

Theoretically, grazing fees equal to the forage value estimates in Table 2 should eliminate permit value. Yet, permit value estimates in New Mexico for state trust lands indicate this may not always be the case. Torell and Doll (1991) estimated that as New Mexico state land grazing fees went from $1.60/AUM in 1986 to $3.13/AUM in 1989 the value of state land grazing permits decreased by about $30/AUM for every $1/AUM increase in the fee. State land permits went from the most valuable permit to the least valuable permit in 6 years. New regression estimates indicate that New Mexico state land permits have recently increased in value relative to BLM and USFS (Torell and Kincaid 1996). This is true even though New Mexico state land fees are nearly double those on federal lands and USFS total grazing costs were estimated to be considerably higher than those on BLM land. Security of lease and certainty concerning fee policy and other public land policies, then, may be important considerations in determining the price paid for a public grazing permit.

### Discussion and Conclusions

A comparison to the private forage market has historically been used to estimate the value of public land forage. Results of this study indicate grazing values that equate public and private lease costs fall, with P = .10, between $6.05 and $1.21 for BLM cattle permits, -$0.27 and –$5.45 for USFS cattle, $3.45 and –$8.99 for BLM sheep, and between –$5.28 and –$19.16 for USFS sheep permits.

Theoretical justification for the total cost valuation method comes from the standard economic models and principles that describe the motives of profit maximizing firms (ranches). These methods are justified based on certain limiting assumptions: 1) ranchers are profit maximizers, 2) ranchers have at their disposal numerous alternative forage sources and leasing alternatives, 3) private and public forage are direct substitutes, and 4) rational and profit-motivated livestock producers are willing to pay a

BLM_0072325

price equal to the value of forage in production. If the competitive forage market were efficient, the capitalized value of the grazing permit would theoretically eliminate any cost differentials, thus equating the total cost of public and private grazing.

If only forage values for cattle grazing BLM land are considered, this economic scenario would appear to hold. Non–fee grazing costs on BLM lands were found to average $3.63/AUM less than grazing costs on private leased lands after adjusting to the same lease size and averaging across all 3 states. Given the 1992 public land grazing fee of $1.92/AUM, an excess value of $1.71/AUM ($3.63/AUM–$1.92/AUM = $1.71/AUM) was apparently capitalized into a grazing permit value and ranchers were paying equal amounts for grazing public and private lands[3]. The implied permit value is consistent with the value found for BLM grazing permits using a capitalization rate of about 4.75% for Idaho and Wyoming, and 2% for New Mexico.

Negative forage value estimates for USFS and BLM sheep allotments do not support the total cost approach whereby grazing permit value is the factor that equates total grazing costs. In these cases, grazing costs were found to be higher, on average, than for private lands. Theoretically, profit–motivated ranchers should not be willing to pay more for grazing public lands if private leases are available at a lower cost. The fact that USFS permits and some sheep permits[4] continue to have a market value furthers the argument that comparison with the private market fails to account for several factors. The total cost approach requires one to make several assumptions that apparently are not valid. First, profit may not be the most important motive of public land ranchers. This is consistent with the results of Bartlett et al. (1989), Harper and Eastman (1980), Young and Shumway (1991), and Smith and Martin (1992). The implication is all livestock producers cannot be treated as profit maximizers since ranch resources generate both production and consumption outputs. Second, private leases may not be directly comparable to public leases in attributes that affect value. For example, the limited number of private leases that were truly comparable to USFS lands leads one to question the validity of the total cost approach in determining forage value for USFS lands. Third, in many areas of the west, private land is in short supply, leaving few economical alternatives to public land forage. Rejecting the total cost approach as a method of valuing forage does not mean that grazing cost comparisons that were made between private and public land ranchers are not useful. The cost differential for public and private leases has changed since the 1966 Western Livestock Grazing Survey. It was estimated that with the 1992 grazing fee of $1.92/AUM, 34% of cattle producers on BLM land, 62% of USFS cattle producers, 60% of BLM sheep producers and 92% of USFS sheep producers paid more for grazing public lands than did those leasing private lands (Bartlett et al. 1993; Torell et al. 1993). Additional investments were also made to buy the grazing permit. The common belief that public land ranchers pay less on average than those leasing private lands is not true.

This study confirms results by Houseman et al. (1968. Special report on the grazing fee survey. Unpublished Report. USDA/Statistical Reporting Service), Obermiller (1992) and LaFrance and Watts (1995) that no singular value exists for federal forage. Results suggest that forage value varies by season of use, type of use, and other variables. As a result, any effort to determine a single value for federal forage is futile. Approaches that allow the value of forage to vary such as competitive bidding

have been suggested (Gardner 1963). LaFrance and Watts (1995) recommended the permanent transfer of grazing rights to current permit holders. They suggest privatization of permits would provide incentives for good stewardship and allow permits to be sold to parties who value them most.

Other methodologies such as linear programming or budgeting could be used to determine the value of specific forage types in an area, but results are sensitive to assumptions concerning the rate of return given to other resources used on the ranch. An effort to determine public grazing fees on a site–by–site basis using such modeling approaches would also be very expensive and time consuming.

## Literature Cited

**Agee, D.E. 1972.** Rates of return to investment for Western cattle ranches. J. of the Amer. Society of Farm Managers and Rural Appraisers. 36:53–58.

**Bartlett, E.T., N.R. Rimbey, L.A. Torell, L.W. Van Tassell, J. DeVilbiss, R. Appel, T. Heisler, G. Stoebig, T. Bagwell, P. Burgener, and J. Coen. 1993.** The Federal grazing fee: 1993. *In*: Incentive–based grazing fee system for public rangeland administered by the Bureau of Land Management and United Stated Forest Service, part I. Washington D.C.

**Bartlett, E.T., R.G. Taylor, J.R. McKean and J.G. Hof. 1989.** Motivation of Colorado ranchers with Federal grazing allotments. J. Range Manage. 42:454–457.

**Gardner, B.D. 1962.** Transfer restrictions and misallocation in grazing public range. J.of Farm Econ. 44:50–63.

**Gardner, B.D. 1963.** A proposal to reduce misallocation of livestock grazing permits. J. of Farm Econ. 45:109–120.

**Harper, W.M. and C. Eastman. 1980.** An evaluation of goal hierchies for small farm operators. Amer. J. of Agr. Econ. 62:742–747.

**Jensen, B.C. and D. Thomas. 1967.** Determining grazing fees on national forests, p. 47- 60. *In*: Range and ranch problems, policy implications and alternatives for future research. West. Agr. Econ. Res. Coun. Rep. No. 9.

**Kearl, W.G. 1989.** Critical review and appraisal of federal grazing fee studies. Univ. of Wyoming, Agr. Exp. Sta. No. B-930.

**LaFrance, J.T. and M.J. Watts. 1995.** Public grazing in the West and "Rangeland Reform '94". Amer. J. of Agr. Econ. 77:447–461.

**Madsen, A.G., C.K. Gee, and J.B. Keffeler. 1982.** Market vs. productive value of Colorado ranches. J. of the Amer. Society of Farm Managers and Rural Appraisers. 46:19–23.

**Nielsen, D.B. and E.B. Wennergren. 1970.** Public policy and grazing fees on Federal lands: some unsolved issues. Land and Water Law Rev. 5:293–320.

**Obermiller, F.W. 1992.** Costs incurred by permittees in grazing cattle on public and private rangelands and pastures in Eastern Oregon: 1982 and 1990. Oregon State Univ., Coop. Ext. Serv. Spec. Rep. No. 903.

**Rachford, C.E. 1924.** Range appraisal report. Report prepared for the Secretary of Agriculture, Washington D.C.

**Roberts, N.K. 1963.** Economic foundations for grazing use fees on public lands. J. of Farm Econ. 45:721–731.

**SAS Institute Inc. 1988.** SAS™ Procedures Guide. Version 6.03 Edition. SAS Institute Inc. Cary, N.C.

**SAS Institute Inc. 1989.** SAS/STAT™ Users Guide. Version 6, Fourth Edition, Volume 2, SAS Institute Inc. Cary, N.C.

**Smith, A.H., and W.E. Martin. 1972.** Socioeconomic behavior of cattle ranchers with implications for rural community development in the West. Amer. J. of Agr. Econ. 54:217–225.

**Torell, L.A. and J.P. Doll. 1991.** Public land policy and the value of grazing permits. West. J. of Agr. Econ. 16:174–184.

**Torell, L.A. and J.M. Fowler. 1986.** A model for predicting trends of New Mexico grazing land values. New Mexico State Univ. Res. Bull. No. 723.

BLM_0072326

**Torell, L.A. and M.E. Kincaid. 1996.** Public land policy and the market value of New Mexico ranches, 1979-94. J. of Range Manage. 49:270–276.

**Torell, L.A., L.W. Van Tassell, N.R. Rimbey, E.T. Bartlett, T. Bagwell, P. Burgener, and J. Coen. 1993.** The value of public land forage and the implications for grazing fee policy. New Mexico St. Univ. Res. Bull. 767.

**U.S. Department of Agriculture, Forest Service, and U.S. Department of Interior, Bureau of Land Management (USDA/USDI). 1977.** Study of fees for grazing livestock on federal lands. A report from the Sec. of Agr. and Interior. Washington D.C.

**U.S. Department of Agriculture, Forest Service, and U. S. Department of Interior, Bureau of Land Management (USDA/USDI). 1986.** Grazing fee review and evaluation final report 1979-1985: A report from the Sec. of Agr. and Interior. Washington D.C.

**U.S. Department of Agriculture, Forest Service, and U.S. Department of Interior, Bureau of Land Management (USDA/USDI). 1992.** Grazing fee review and evaluation update of the 1986 final report: a report from the Secr. of Agr. and Interior. Washington D.C.

**Workman, J.P. 1986.** Range economics. MacMillan Publ. Co., N. Y.

**Workman, J.P. 1988.** Federal grazing fees: a controversy that won't go away. Rangelands. 10:128–30.

**Young, K.D. and C.D. Shumway. 1991.** Cow–calf producers perceived profit maximization objective: a logit analysis. Southern J. of Agr. Econ. 23:129–136.

**Endnotes**

1. The PRIA fee formula is:

$$Fee = \$1.23 \left( \frac{FVI + BCPI - PPI}{100} \right)$$

The $1.23 base forage value is the estimated difference in total fee and non–fee costs of grazing private and public rangeland using data collected by a 1966 Western Livestock Grazing Survey (USDA/USDI 1977, p. 2-22). The base is adjusted by annual changes in private grazing land lease rates (FVI), costs of beef production (PPI) and prices received for beef cattle (BCPI).

2. Gardner (1962) hypothesized that transfer retrictions for grazing permits including commensurate property and priority requirements impeded the market for grazing permits. Nielson and Wennergren (1970) and Torell and Doll (1991) concluded that even given these transfer restrictions a resonable amount of competition exists and that a relatively free market exists for permits to graze public lands.

3. Much variability was found, however, and grazing cost estimates for individual grazing allotments ranged from -$74/AUM to + $20/AUM (Bartlett et al. 1993, Torell et al. 1993). Permit values also vary considerably.

4. It appears that some sheep permits do not have economic value. Vacant sheep allotments exist in nearly all of the western states. The uncertainty about grazing fee policy and other public land policies has reduced permit values (Torell and Doll 1991).



# granite
# ⟩SEED

- Pasture & Range
- Erosion Control
- Alfalfa
- Custom Seed Blends
- Over 300 Species in Stock
- Fast, professional service

Call or Fax for our Catalog  (801) 531-1456, Fax (801) 768-3967
Granite Seed Co., P.O. Box 177, Lehi, Utah 84043

BLM_0072327



**Paleontological Society**

Vertebrates from the Halgaito Tongue of the Cutler Formation, Permian of San Juan County, Utah
Author(s): Peter Paul Vaughn
Source: *Journal of Paleontology*, Vol. 36, No. 3 (May, 1962), pp. 529-539
Published by: Paleontological Society
Stable URL: http://www.jstor.org/stable/1301085
Accessed: 28/12/2009 13:18

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless
you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you
may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at
http://www.jstor.org/action/showPublisher?publisherCode=sepm and
http://www.jstor.org/action/showPublisher?publisherCode=paleo.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed
page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Paleontological Society* and *SEPM Society for Sedimentary Geology* are collaborating with JSTOR to digitize,
preserve and extend access to *Journal of Paleontology.*

http://www.jstor.org

Journal of Paleontology, v. 36, no. 3, p. 529–539, May, 1962

# VERTEBRATES FROM THE HALGAITO TONGUE OF THE CUTLER FORMATION, PERMIAN OF SAN JUAN COUNTY, UTAH

PETER PAUL VAUGHN
University of California at Los Angeles

ABSTRACT—The Cutler formation in San Juan County, Utah, with its alternating units of red beds and light-colored, largely aeolian sandstones, is ideally suited to the study of Permian terrestrial vertebrate chronofaunas. Fossils have been collected from stream deposits in the lowest unit, the Halgaito tongue, in the vicinity of Mexican Hat. Forms referable or close to known Four Corners genera are: *Xenacanthus* aff. *X. texensis*, *Eryops* sp., *Platyhystrix* cf. *P. rugosus*, *Diadectes* sp., a limnoscelid, *Ophiacodon* cf. *O. navajovicus*, and a sphenacodontid pelycosaur. Of three kinds of palaeoniscoid scales, one is like scales known from the Cutler formation in New Mexico. Finds of *Ectosteorhachis* aff. *E. nitidus* and, possibly, a nectridian help to reduce the faunal differences between the lower Permian of the Four Corners and the mid-continent. There is evidence of a variety of limnoscelids in the Four Corners early Permian. The Halgaito tongue in the vicinity of Mexican Hat is probably Wolfcampian in age.

## INTRODUCTION

THE early Permian terrestrial vertebrate fauna of the mid-continental area of the United States, including northcentral Texas, Oklahoma and Kansas, is now well known, having received a great deal of attention during the last half century (see Romer, 1958). Less well, but fairly well known are the early Permian terrestrial vertebrate faunas of the Dunkard series of the eastern United States (see Romer, 1952) and the Abo and Cutler formations of northern New Mexico (see Case, Williston & Mehl, 1913, and Langston, 1953). Work in the Lower Permian sediments of the Four Corners area—where Colorado, New Mexico, Arizona and Utah meet—was carried into southwestern Colorado a few years ago by a party from Harvard and the U. S. Geological Survey, with a good degree of success; Dr. G. E. Lewis, of the Geological Survey, and I shall soon publish a monograph on early Permian vertebrates from San Miguel County, Colorado. There is also a scanty record from central Colorado, in Fremont County (Brill, 1952).

Farther to the West, the occurrence of terrestrial vertebrate fossils in the Halgaito and Organ Rock tongues of the Cutler formation in San Juan County, in southeastern Utah has been known of for some time (Baker, 1936, p. 30,35), but the heretofore known material is extremely fragmentary.

In 1954, the party from Harvard and the Geological Survey discovered more fragments of bone in these tongues. Encouraged by these reports, a field party from the University of California at Los Angeles collected in San Juan County under my direction in the summer of 1960.

The Cutler formation in San Juan County, Utah is ideally suited to long-term studies on Permian vertebrates for a number of reasons: (1) The Cutler formation in San Juan County is very thick, thousands of feet in places, and it is probable that a great amount of time is represented. It may be that we shall eventually be able to correlate Cutler strata not only with the Lower Permian of the mid-continent, as we can now, but also with the Mid-Permian and perhaps higher there—Olson has described vertebrates of probably early Middle Permian age in northcentral Texas (Olson & Beerbower, 1953; Olson, 1955). (2) The Cutler formation in San Juan County consists in places of five well defined units named, in ascending order, the Halgaito tongue, the Cedar Mesa member, the Organ Rock tongue, the De Chelly member, and the Hoskinini tongue (Baker & Reeside, 1929). These units are easily identified in the field. Although the number and thickness of the units varies from place to place (see Baker & Reeside, *op. cit.*, fig. 9), so that a unit at one place may not be of the same age as that

530       *PETER PAUL VAUGHN*

same unit at another place, a careful program of correlation with the stratigraphic sequence of the mid-continent will probably eventually allow us to assign dates to the units for their various places of exposure. In the meantime, a program of collection and study of fossils from a restricted area where all five units are present, as, say, the Comb Ridge area or the Monument Valley area, will enjoy the advantage of ease in relative dating, and a column of fossils may be assembled that may be productively compared with that of the mid-continent. (3) The Halgaito, Organ Rock and Hoskinini tongues are principally "red beds," lithologically continuous with the undifferentiated Cutler red beds farther to the East, while the intervening Cedar Mesa and De Chelly members are principally light-colored, cross-bedded sandstones, probably largely of aeolian origin, and probably lithologically continuous with the Coconino sandstone of the Grand Canyon section. One would expect the faunas of these alternating lithotopes to reflect different Permian environmental conditions. There exists the possibility that one may detect shifts of faunal elements between successive lithotopes in San Juan County. The history of San Juan County includes movement into and out of the area of conditions of red-beds deposition, accompanied by corresponding movements of aeolian-sand conditions. Possibly, elements of the fauna of one biotope may have persisted in the area through a time of shift in environmental conditions. The faunas of successive red-beds units in San Juan County must be studied not only with an eye to evaluation of the amount of phylogenetic change that may have occurred while the red beds were "elsewhere," but also with consideration of the possibility of interchange of elements between biotopes. One of the essential processes in the study of "chronofaunas," a study begun by Olson (1952) in the mid-continent, is the distinction between actual phylogenetic changes in an area and the changes due to migrations in and out of that area with shifting environmental conditions. It would seem that San Juan County is an ideal area in which to study chronofaunas. (4) Further studies on Lower Permian vertebrates in any additional part of the Four Corners region, with the

possibility of representation of animals from sedimentary facies heretofore unknown or unproductive in this region, are important in that they may add significantly to our knowledge of faunal similarities and differences between the two sides of the early Permian sea (the "Leonardian Sea") that separated the Four Corners region from the mid-continent. It is fairly clear that such a sea was present and that it was interrupted by less land in early Permian times than it was in the late Pennsylvanian (Hills, 1942); and a detailed picture of the distribution of islands in this sea is beginning to appear (see, e.g., Kottlowski & Foster, 1960). It is, of course, hoped that it will eventually be possible to trace paths of migration along the borders of this sea. (5) It may be possible to build up in the Four Corners region a broad paleozoogeographic picture of faunas, at the same horizons, spread across several wide belts of different environmental conditions from piedmont to delta or alluvial fans to sand dunes to epicontinental sea. San Juan County would occupy a central part of such a picture.

Against this background of ambitious prospectus, we may proceed to the results of beginning efforts. The following is a report on the animals known so far from the lowest unit of the Cutler formation in San Juan County, the Halgaito tongue. Almost all of the specimens known are fragmentary but identifiable, which is all that is needed for a faunal study. Almost all of the materials are referable to genera described on the basis of fossils from elsewhere; frequent reference is made to the forthcoming monograph by G. E. Lewis and myself, in which a number of new forms are described on good materials from southwestern Colorado. Except where otherwise noted, all the fossils from the Halgaito tongue referred to here were collected by the party from the University of California at Los Angeles in 1960 and are the property of that University. I extend my thanks to my field companions, O. M. Buchanan, Jr., Harry L. Fierstine, Robert Siegel, and James W. Warren. This work was supported by a grant from the National Science Foundation.

OCCURRENCE

The known fossils from the Halgaito

tongue of the Cutler formation, with rare exceptions, were found in lenses of channel conglomerates or in cross-bedded sandstones immediately above, below, or at the lateral edges of such conglomerates. These conglomerates, reddish, but with a somber grayish-green cast that makes them stand out darkly at a distance against their reddish-brown surroundings, vary in thickness from less than a foot to about twenty-five feet. The cross-bedded sandstons eimmediately adjacent to the conglomerates vary from red to bluish-green. In polished section, typical pieces of the conglomerate are seen to be composed of rounded pebbles mostly in the size range from 0.5 to 2 cm. in diameter; besides these rounded, obviously transported pebbles, there are variously-sized calcareous concretions, with jutting processes, that seem to have grown in place. The conglomerates, separated by stratigraphic intervals ranging from less than ten to over a hundred feet, are found scattered widely over the area of exposure of the Halgaito tongue in the general vicinity of Mexican Hat, Utah, a town on the San Juan River just east of the famous goosenecks of that river. The University of California's collections were made in Lime Creek Valley and near John's Canyon. Some especially productive sites were: NE¼ sec. 5, T. 42 S., R. 19 E., the immediate area of Mexican Hat Monument; NW¼ sec. 21, T. 41 S., R. 19 E., the locality of the bone "pocket" that yielded, among other items, fragments of *Platyhystrix* spines; and SE¼ sec. 21, T. 41 S., R. 19 E., the locality from which was taken the best specimen of crossopterygian fish in the collection; all these localities are, of course, in San Juan County, Utah. The scattered occurrence of the lenses of conglomerate, with exposures usually limited to sides of buttes, made correlation difficult in the short time available for collection, but preliminary observations over a north-south distance of several miles, using as a control the uppermost fossiliferous limestone layer of the underlying Rico formation, would seem to indicate that drainage was, in general, towards the north.

The bone in the conglomerate appears in varying degrees of concentration, from "richly" fossiliferous, with pieces of bone only inches apart, through various lesser degrees to very rare or nonexistent. Except for elements of lower jaws and an instance of two limb bones, articulated elements were almost never found in the conglomerate. The associated cross-bedded sandstones yielded larger pieces of bone and, occasionally, articulated vertebrae and other elements. That it is possible to find good fossils in these sandstones was shown by the discovery of the weathered-out, unfortunately broken-up, majority of elements of a single specimen of a crossopterygian fish. Pith casts of *Calamites* stems were found in such sandstones at Mexican Hat Monument and at the "*Platyhystrix* pocket"; impressions of *Callipteris* pinnae were found in the John's Canyon area.

The significance of the near-restriction of these Halgaito fossils to stream deposits may only be surmised at this time. Possibly, the animals were actually limited to life in or near streams. In northcentral Texas, terrestrial vertebrate fossils are found in stream, pond, and flood-plain deposits in the Wichita group (lower Lower Permian) and in the lower part of the Clear Fork group (upper Lower Permian). Higher in the Clear Fork group, in the lower half of the Choza formation, animal and plant remains are almost entirely restricted to in or near stream and pond deposits. No fossils are known from the upper half of the Choza formation, which includes prominent beds of evaporites. Olson (1958) interprets this evidence as an indication of arid conditions in northcentral Texas in Choza time, and he feels that the restricted occurrence of vertebrate remains is actually a reflection of near-limitation of these animals in life to in or near watercourses and ponds. In the Four Corners region, vertebrates are not restricted to stream deposits in the Cutler formation in southwestern Colorado (Lewis & Vaughn, MS); and in the Cutler beds of Rio Arriba County in northern New Mexico, although most of the vertebrates do seem to come from pond or lake deposits, those from the well known Camp quarry were preserved, apparently, in a flood-plain deposit (Langston, 1953). Elston & Shoemaker (1960) report fanglomerates—indicating dry conditions with bajada slopes—in the Cutler formation in the vicinity of the Colorado-Utah border; these fanglomerates

are continuous through arkosic red beds with the Cedar Mesa sandstone to the Southwest. In the area of Comb Ridge, the presence in the Halgaito tongue of beds of gypsum, noted also by Baker & Reeside (1929), would suggest aridity. Possibly, then, there were fairly moist conditions in southwestern Colorado and northern New Mexico on the southwestern slopes of the Permian San Luis-Uncompahgre highlands, drier conditions near the Colorado-Utah border, arid conditions with vertebrate life largely restricted to in or near watercourses in the general vicinity of Mexican Hat, and, still farther to the West, an area of sand dunes. The probably Wolfcampian age of the Halgaito tongue near Mexican Hat indicates a difference from northcentral Texas, where arid conditions seem not to have set in before the time of deposition of the Choza formation, of late Leonardian age, but such zonation is not surprising in the Permian, a time of abundance of upland areas. This suggested environmental picture is, of course, a preliminary one; refinement and possible major change must wait on collection of more data.

### FAUNA

The known animals from the Halgaito tongue are not numerous, but they represent many of the larger vertebrate taxa of the Permian:

Class CHONDRICHTHYES
  Subclass Elasmobranchii
    Order Pleuracanthodii
      *Xenacanthus* aff. *X. texensis* (Cope)
Class OSTEICHTHYES
  Subclass Actinopterygii
    Order Palaeoniscoidea
      Possibly three species of palaeoniscoids
  Subclass Choanichthyes
    Order Crossopterygii
      Family Osteolepidae
        *Ectosteorhachis* aff. *E. nitidus* Cope
Class AMPHIBIA
  Subclass Apsidospondyli
    Order Temnospondyli
      Suborder Rhachitomi
        Family Eryopsidae
          *Eryops* sp.
        Family Dissorophidae
          *Platyhystrix* cf. *P. rugosus* (Case)
  Subclass Lepospondyli
    Order ?Nectridia
      A ?nectridian
Class REPTILIA
  Subclass Anapsida
    Order Cotylosauria
      Suborder Diadectomorpha
        Family Diadectidae
          *Diadectes* sp.
      Suborder Captorhinomorpha
        Family Limnoscelidae
          A limnoscelid
  Subclass Synapsida
    Order Pelycosauria
      Suborder Ophiacodontia
        Family Ophiacodontidae
          *Ophiacodon* cf. *O. navajovicus* (Case)
      Suborder Sphenacodontia
        Family Sphenacodontidae
          A sphenacodontid

These animals may be discussed in more detail:

### XENACANTHUS aff. X. TEXENSIS (Cope)

Teeth of xenacanth (pleuracanth) sharks are common in the conglomerates. No calcified cartilages or cranial spines were found, however. The teeth are well enough preserved to show the characteristic pattern of two large, laterally compressed cusps with a small cuspule between them, set on a base with an apical button and a basal tubercle. Hotton (1952) divides the xenacanth freshwater sharks of the Texas Lower Permian into *Xenacanthus texensis* (Cope), confined to the Wichita group, and *X. platypternus* (Cope), confined to the Clear Fork group. "Teeth of *X. texensis* and *X. platypternus* differ strikingly in shape of base; in the former the base is thick, massive, wider than long, and bears a strong basal tubercle, while in the latter it is thin-edged and plate-like, longer than wide, and bears a very small, though usually clearly defined basal tubercle," according to Hotton (*op cit.*, p. 498). The teeth from the Halgaito tongue fit the description of *X. texensis*. Langston (1953) lists *Xenacanthus* cf. *X. texensis* from the Cutler formation of northern New Mexico. Hotton (*op. cit.*) notes that it is difficult to distinguish the teeth of *X. texensis* from those of the Pennsylvanian form *X. compressus*. In view of this lack of sharp distinction, and also in consideration of the geographic gap, positive assignment of the Halgaito xenacanth to any particular species is postponed pending collection of better specimens. The resemblance of the Halgaito xenacanth to the *X. texensis-X. compressus* group indicates a pre-Clear Fork age for the Halgaito tongue in the general vicinity of Mexican Hat.

BLM_0072332

### Palaeoniscoid fishes

While remains of crossopterygians, including not only scales but cranial and appendicular elements as well, are numerous in the conglomerates, remains of palaeoniscoids are rare. In all, only seven palaeoniscoid scales were found, at scattered localities, always in association with remains of crossopterygians. At least three different kinds of palaeoniscoid scales may be recognized in the collection. All three of these occur together in a conglomerate in NW¼ sec. 29, T. 41 S., R. 19 E.

One of these kinds of scales is distinguished by the presence on its external surface of rounded, longitudinal ridges separated by grooves. The outline of the scale, as far as can be made out, seems to be roughly rhomboidal. Preservation is not good enough to permit accurate measurement, but the greatest width may be about 3 mm., and the length perhaps twice that much; the greatest thickness is about 0.6 mm. In thin section under a microscope, it may be seen that the lamellae of ganoine are limited to the ridges. In the features already noted, as well as in more detailed structure—the poor development of the cosmine layer, the disposition of Sharpey's fibers, and so on—there is great resemblance to the scales of *Progyrolepis tricessimilaris* described by Dunkle (1946) from the Wichita group of Texas, and possibly the Halgaito scales pertain to the same genus. Langston (1953) has noted scales of *Progyrolepis* type from the Cutler beds of northern New Mexico.

Another kind of scale in the collection has an elliptical outline with a long axis of at least 4 mm. In this scale, the external surface is marked by poorly defined concentric grooves pitted by irregularly spaced pores. Thin sections reveal a thick layer of ganoine lamellae and, again, a poorly developed cosmine layer.

A third kind of scale from the Halgaito tongue is rhomboidal in outline, with two opposite corners rounded and two opposite corners acutely tapered. The distance between the apices of the acute corners is 4.8 mm. Through the translucent external surface can be seen closely spaced concentric rings, which probably mark the intersections of the lamellae of ganoine with the surface; the rings parallel the outline of the scale.

The general appearance of the scale is much like that of the scales of *Lawnia taylorensis* described by Wilson (1953) from the Vale formation, Clear Fork group of Texas.

It is, of course, hazardous to attempt determination of fishes on the basis of a few scales; all that is attempted here is comparison to known scales of similar structure. Considering variation in scale structure within individual specimens of fishes, it is not possible even to be sure as to the number of kinds of fishes represented by a few scales, but it does seem that the collection to date indicates possibly three species of palaeoniscoid fishes in the Halgaito tongue.

### Ectosteorhachis aff. E. nitidus Cope

Remains referable to the crossopterygian fish *Ectosteorhachis* are plentiful in the Halgaito tongue. They occur, at least as scales, in almost all of the fossiliferous conglomerates. Parts besides scales that are commonly found include fragments of jaws with teeth, and fragments of the pectoral girdle. A weathered-out, broken-up large part of a single specimen (UCLA VP 1620) was collected from a thin red sandstone immediately above a conglomerate in SE¼ sec. 21, T. 41 S., R. 19 E.

Although there is minor variation from scale to scale, thin sections through scales and through dermal bones of the lower jaw of the Halgaito crossopterygian reveal a cosmoid microstructure indistinguishable from that seen in sections taken from specimens of *Ectosteorhachis nitidus* from northcentral Texas. In every other way too, at least with the materials collected so far, it is impossible to distinguish the Halgaito fish from *E. nitidus*. In the lower jaw of both, for example, can be seen the outer marginal row of small, simple teeth and the inner marginal row of larger teeth with labyrinthine infolding near their bases; medial to these rows can be seen the shagreen of tiny denticles coating the internal surface of the jaw. The Halgaito fish is of the same size as the Texas *E. nitidus:* A nearly complete principal gular plate found near John's Canyon has a length of about 80 mm.; this is about 20 mm. longer than the principal gular of a specimen of the Texas fish at hand but only a few millimeters longer than the principal

BLM_0072333

gular in the type specimen of *E. nitidus* (figured by Case, 1911, pl. 31).

In the lack of better materials, it seems prudent to avoid positive assignation of the Halgaito crossopterygian to *E. nitidus*. The inexact state of stratigraphic correlation between the Utah and the Texas beds, and the geographic gap between the two animals are additional reasons for this uncertainty.

In Texas, *Ectosteorhachis* is not known above the level of the Wichita group (Romer, 1958). Its occurrence in Carboniferous strata is uncertain. This fits in with the evidence from other fossils described here for Wolfcampian age of the Halgaito tongue.

This is the first report of any crossopterygian fish from the Cutler formation, indeed, of any crossopterygian fish from the Permian of the Four Corners region, and it removes one faunal difference between eastern and western sides of the "Leonardian Sea." The previous absence of any record of crossopterygians in the Cutler may be due simply to the almost complete lack of collections from channel conglomerates in this formation. A few non-crossopterygian fossils have been collected from conglomerates in the Cutler formation of southwestern Colorado (Lewis & Vaughn, MS), but the conglomerates in that area have not been thoroughly searched. Vertebrate fossils from the Cutler beds of northern New Mexico seem to have been derived largely from lake and pond deposits, more rarely flood-plain deposits (Langston, 1953). Possibly, this indicates a preference by *Ectosteorhachis* for streams rather than bodies of standing water.

### ERYOPS sp.

Fragments referable to the rhachitomous amphibian *Eryops* were found together with various parts of pelycosaurs and part of a *Platyhystrix* rib in red sandstone associated with a conglomerate about a tenth of a mile southwest of the "*Platyhystrix* pocket." The definitely identifiable remains of *Eryops* are a sacral neural arch (UCLA VP 1621) that lacks only the spine, and a neural spine (UCLA VP 1622). Other parts from this same site that may be referable to this genus include fragments of dermal bone with coarse pitting and ridging on the external

surface similar to the pattern of "sculpture" known in *Eryops*, and poorly preserved labyrinthine teeth. The teeth are possibly of *Platyhystrix*, whose teeth are not yet known, but the fragments of dermal bone are probably not—known dermal bones of *Platyhystrix* have a papillose external surface (Langston, 1953). The sacral neural arch is exactly like that known in *Eryops* from elsewhere. The distance between the lateralmost points on the transverse processes is about 50 mm. This is less than the corresponding distance in many specimens from Texas—several measured specimens at hand from the Wichita group average about 70 mm. in this dimension—but it is not clear, in the absence of more materials, that this difference may not be merely ontogenetic. The neural spine, with its roughly quadrangular cross-section and its expanded upper end, is like those known in *Eryops*. *E. grandis* (Marsh) comes from northern New Mexico (Langston, 1953), but there is too little known of the Halgaito animal to permit specific identification. The presence of *Eryops* is of only limited stratigraphic value: *Eryops* is known to occur in the upper Pennsylvanian and throughout most, if not all, of the Lower Permian (Vaughn, 1958).

### PLATYHYSTRIX cf. P. RUGOSUS (Case)

The most productive site in terms of well preserved specimens of a good number of species was the "*Platyhystrix* pocket" in NW¼ sec. 21, T. 41 S., R. 19 E. At this site, a conglomerate and the finely laminated red sandstone immediately above and at the lateral edges of the conglomerate yielded remains of: a lepospondylous amphibian, the long-spined rhachitomous amphibian *Platyhystrix* cf. *P. rugosus* (Case), the cotylosaur *Diadectes* sp., a limnoscelid cotylosaur, the pelycosaur *Ophiacodon* cf. *O. navajovicus* (Case), and a sphenacodontid pelycosaur.

*Platyhystrix* is represented by numerous fragments of its tuberculated, highly characteristic neural spines. An intercentrum and, possibly, several labyrinthine teeth from this same site may also pertain to *Platyhystrix*. Part of a rib, also with the characteristic tuberculation, was found along with remains of *Eryops* at another place in the Halgaito tongue.

BLM_0072334

The parts of neural spines and rib cannot be distinguished from those of *Platyhystrix rugosus* (Case) from the Cutler beds of northern New Mexico, and probably the Halgaito animal either belongs to or is very close to this species. This is evidence for Wolfcampian age of the Halgaito tongue (see Langston, 1953). There seem to be related forms from Texas, but the relationships of the elusive and mysterious *Platyhystrix*, known almost solely from post-cranial axial parts, are not clearly understood; an attempt at its classification is made in the forthcoming paper by G. E. Lewis and myself.

### A ?nectridian amphibian

On a piece of red sandstone from the "*Platyhystrix* pocket" are preserved the tiny, fragmentary remains (UCLA VP 1623) of one or perhaps two specimens of a lepospondylous amphibian that may be tentatively referred to the order Nectridia. These remains occupy an area of less than eight square centimeters. There are a few isolated vertebrae, but most of the vertebrae lie in one or the other of two parallel strings. Six vertebrae can be counted in one of these strings; the other string, to which at least eight ribs can be seen attached, is at least twice as long, but the exact number of vertebrae in it cannot be determined. The centra vary in length from about 1.4 to 1.7 mm. At one end of the longer string of vertebrae are fragments of flat bones that may have formed part of a skull. At the other end of the shorter string of vertebrae, lie fragments of what seems to be a pelvic girdle. Near this are the much-weathered remnants of what are apparently two long limb bones, almost in end-to-end articulation. The one nearest the pelvis has the gently sigmoidal shape common in femora; it is 4.5 mm. long. The element distal to it is about 5 mm. long. Distal to this there are tiny, scattered bones that may be tarsal elements.

None of the vertebrae are well preserved, but certain important features can be made out: The centrum is a notochordal, hour-glass-shaped shell. The transverse process arises from a broad base that extends almost the whole length of the centrum; it tapers rapidly towards its costal end, which lies in a vertical plane about midway in the length of the vertebra. It has not been possible to determine the number of costal facets.

The position of the transverse process midway in the length of the centrum is characteristic of the aistopod-nectridian group of lepospondyls (Gregory, Peabody & Price, 1956). The Halgaito lepospondyl cannot well be an aistopod: it has limbs, and its ribs do not bear dorsal and ventral processes near their proximal ends. The characteristic fan-shaped neural and haemal arches of the nectridians are not evident in the specimen, but none of the neural arches is well preserved, and it is possible that no caudal vertebrae are present. The bone of the vertebrae is not porous as it is in, say, the early Permian nectridians *Diplocaulus* and *Diploceraspis*. In spite of this, I feel that the specimen probably pertains to the Nectridia.

Although their presence there has certainly not been unexpected, this is the first report of a non-microsaurian lepospondyl from the Permian of the Four Corners region. Nectridians are common in the Pennsylvanian and Lower Permian; an undetermined nectridian is of no great stratigraphic value.

### DIADECTES sp.

One almost complete vertebra (UCLA VP 1624) and one partial neural arch (UCLA VP 1625) referable to *Diadectes* were taken from the "*Platyhystrix* pocket." Possibly some of the fragments of appendicular elements in this pocket may also pertain to this genus. The vertebra has all the features characteristic of *Diadectes*, including episphenes and hyposphenes. The width of the centrum measured across the anterior face is about 29 mm.; the distance between the lateralmost points of the anterior zygapophyses is about 52 mm. Two badly weathered neural arches of *Diadectes* were found about three miles to the Northeast, also in the Halgaito tongue, by the Harvard-U. S. Geological Survey party in 1954; the distance between the lateralmost points of the anterior zygapophyses in the better of these two neural arches is close to 70 mm. Three, possibly four species of diadectids are known from the Cutler formation (Lewis & Vaughn, MS); and species of *Diadectes* are quite variable, making for a confused taxonomy; it

BLM_0072335

would be unwise to attempt specific determination on the basis of several vertebrae alone. *Diadectes* may have existed in the late Pennsylvanian (Olson, 1947), and it is found as high as the Vale formation, mid-Clear Fork group in northcentral Texas (Olson, 1958). The presence of *Diadectes* indicates nothing more definite than probable early Permian age for the Halgaito tongue in the vicinity of Mexican Hat.

### A limnoscelid cotylosaur

One of the more interesting animals in the Halgaito fauna has been identified on the basis of the left half of a neural arch (UCLA VP 1626) taken from the "*Platyhystrix* pocket." This neural arch is so thoroughly like that in a new genus and species of limnoscelid cotylosaur described elsewhere from the Cutler formation of southwestern Colorado (Lewis & Vaughn, MS) that it must represent at least the same family, if not the same species. Especially characteristic is a short shelf that projects mediad from the medial end of the anterior zygapophysis to partially separate the neural canal from a supraneural fossa. A badly weathered vertebra found by the Harvard-U. S. Geological Survey party in 1954 nine miles to the North-Northeast seems to belong to the same form.

The picture is not yet clear, but there is evidence for a variety of limnoscelids in the Permian of the Four Corners. At the end of the summer's field work in Utah, the party from the University of California at Los Angeles visited the Camp quarry in the Cutler formation of Rio Arriba County, New Mexico where they found a vertebra that was of obviously limnoscelid pattern, similar to the vertebrae of *Limnoscelis paludis* Williston from El Cobre Canyon in New Mexico, but even more similar to the vertebrae of the "Colorado limnoscelid." Subsequently, it was learned that parties from the University of California at Berkeley had discovered a vertebra and a femur (UCMP 40237 & 35767) of the same animal at the Camp quarry and another vertebra (UCMP 40239) at the VanderHoof quarry (see Langston, 1953 for localities). The Berkeley party had correctly recognized the limnoscelid character of their finds, as shown on their labels. That the vertebrae and the femur of

the "Rio Arriba limnoscelid" belong to a single form is attested to by the great similarity of this femur to that of the Colorado limnoscelid. There is an interesting difference, however: the femur of the Rio Arriba limnoscelid is shorter, thicker throughout, and in general, more "clumsily" built. In these probably primitive features, the Rio Arriba animal is intermediate between the primitive *Limnoscelis paludis* and the advanced, long-legged Colorado limnoscelid. *Limnosceloides dunkardensis* Romer from the Dunkard group of the eastern United States, with its flattened femur, seems to be on a somewhat different phylogenetic line. There seem, then, to be at least three distinct limnoscelids known from the Cutler formation, from beds probably roughly equivalent in age to the Wichita group of Texas. The Dunkard group, from which comes *Limnosceloides*, is probably of the same age (Romer, 1952). Without further information, this would seem to leave us with a disjunct distribution, but it does not: MCZ 2793, a vertebra from the Wichita group in the Museum of Comparative Zoology, is very much like those of the four limnoscelids noted above, in features that include the supraneural fossa, the ventrally directed wedge above the neural canal on the posterior face of the neural arch, and so on. MCZ2793, heretofore unidentified, seems to belong to a limnoscelid. Even so, in view of the intensive programs of collection that have been carried out in the mid-continent, we are left with the problems of seeming scarcity of limnoscelids in Wichita time in Texas and their seeming complete absence there in Clear Fork time. To what extent the scarcity of record reflects actual degree of abundance and of variety of limnoscelids in early Permian time in northcentral Texas remains to be determined.

### Ophiacodon cf. O. navajovicus (Case)

Among the materials from the "*Platyhystrix* pocket" are remains that probably pertain to *Ophiacodon navajovicus* (Case). These include: several dorsal vertebrae (UCLA VP 1627–1630), parts of four scapulocoracoids (1631–1634), and the distal end of a left humerus (1635). The vertebrae are indistinguishable from those of AMNH 4793, a specimen of *O. navajovicus* in the

American Museum, and are exactly like those of *O. navajovicus* figured by Williston (1914, fig. 11). They are of the typically *Ophiacodon* pattern, without the lateral compression seen in sphenacodonts, with a flattened strip along the ventral midline of the centrum, and with non-excavated neural arches. The greatest length of the centrum of UCLA VP 1627 is 17 mm., a size that fits comfortably into the range of 14–18 mm. given for dorsal vertebrae of *O. navajovicus* by Romer & Price (1940, table 3). The scapulocoracoid is of typically *Ophiacodon* style, with a thick posterior coracoid, with the supraglenoid foramen opening into the upper angle of the supraglenoid buttress, with the posterior part of the glenoid surface barely set off from the general coracoid surface, and with the process for the coracoid head of the triceps muscle blunt and directed more backwards than upwards; it is only slightly smaller than the scapulocoracoid of *O. navajovicus* figured by Romer & Price (*op cit.*, fig. 22). Except that it is smaller, the humerus, with its broad entepicondyle, looks exactly like that of AMNH 4777, the holotype of *O. navajovicus*. The distal width of the Halgaito humerus is about 38 mm., not including the supinator process; the least distal width recorded by Romer & Price (*op. cit.*, table 4) for *O. navajovicus* is 61 mm.

*O. navajovicus* is known from El Cobre Canyon in northern New Mexico, from beds considered Wolfcampian in age by Langston (1953). In Texas, the genus *Ophiacodon* is known throughout the Wichita group but does not occur in beds above the Clyde formation (Romer, 1958), a formation usually included in the Wichita group but considered the basal part of the Clear Fork group by Romer; the Clyde form, *O. major*, is the largest known species of *Ophiacodon*. *Ophiacodon* is not recorded from the Pennsylvanian although other ophiacodontids are.

### A sphenacodontid pelycosaur

Besides the ophiacodont, another pelycosaur is known from the "*Platyhystrix* pocket." An articulated series of six long-spined vertebrae (UCLA VP 1636) represents a sphenacodont. The first three of these vertebrae are the last three presacrals; the fourth is the first sacral. The neural arches of all these vertebrae are deeply excavated laterally at the base of the spine, between the anterior and posterior zygapophyses—a feature characteristic of sphenacodonts. The fossa of this excavation is of uniform size in the three presacrals but shrinks markedly in outline and depth in the transition from presacral to sacral. There is also a deep fossa on either side on the ventral half of each centrum, leaving a broadly rounded ridge along the ventral midline (at least in the presacrals, the only vertebrae of the series in which the ventral halves of the centra are preserved). The transverse process of the last presacral is a nubbin placed far dorsally on the anterior lip of the centrum; that of the first sacral vertebra is thick and deep. The greatest length of the centrum of the next-to-last presacral is 16 mm.; the width across the posterior end of this centrum is 15.5 mm. In this same vertebra, the length of the neural spine, measured from the articular surface of the posterior zygapophysis, is 51 mm. In terms of the linear units of Romer & Price (1940, p. 8), the length of the spine is about 13 units, very close to the 14 units measured in typical dorsal vertebrae of *Sphenacodon ferox* Marsh from northern New Mexico (Romer & Price, *op. cit.*, p. 327). The Halgaito sphenacodont resembles the sphenacodontid *Sphenacodon* rather than the more primitive varanopsids in that the neural spines are somewhat expanded from front to back towards their tops and in that the spines are directed straight upwards; in *Varanops*, the spines of the last few presacral vertebrae are tapered and are tilted forwards; and the neural spine in varanopsids is always less than ten units long. Usually in sphenacodonts, the floor of the neural canal is well ossified, so that, unlike the condition in ophiacodonts and edaphosaurs, the ventral boundary of the neural canal does not parallel the dorsal boundary of the notochordal canal (see Romer & Price, *op. cit.*, fig. 17). In the Halgaito sphenacodont, the neural canal does parallel the notochordal canal. There seems, however, to be some variation in ossification in this area in sphenacodonts: Romer & Price (*loc. cit.*) illustrate the centrum of the varanopsid *Aerosaurus* with a well ossified floor of the neural canal, but in MCZ 1926, a specimen of *Varanops* sp. in the Museum of

Case No. 1:20-cv-02484-MSK   Document 50-7   filed 04/28/21   USDC Colorado   pg 121 of 167

Comparative Zoology, the neural canal parallels the notochordal canal.

In sum, the vertebrae described indicate the presence of a sphenacodontid pelycosaur close to, if not actually pertaining to, *Sphenacodon*.

A partial posterior coracoid (UCLA VP 1637) from the same site corroborates this determination. It is of typically sphenacodontid style, thin and with a well defined process for the coracoid head of the triceps muscle directed more upwards than backwards.

Fragments of jaws, vertebrae, and limb elements referable to the Sphenacodontia have been collected from other, scattered localities in the Halgaito tongue.

The resemblance of the pelycosaur described here to *Sphenacodon*, known only from the Abo and Cutler formations of New Mexico, may indicate equivalence in age of the Halgaito and the probably Wolfcampian New Mexican beds. Caution and further work are required, however: Many parts of several specimens of *Sphenacodon* cf. *S. ferocior* Romer have been found, in association with fragments pertaining to *Eryops* and *Ophiacodon*, in the Organ Rock tongue of the Cutler formation in Monument Valley by Mr. J. R. Dyer; the exact age of the Organ Rock tongue has not yet been determined. I intend to report on these and other Organ Rock fossils at a later date.

### AGE

The palaeoniscoids and the ?nectridian are not of much value in correlation. The presence of *Eryops* and *Diadectes* indicates nothing more precise than age within the range late Pennsylvanian through early Permian. *Xenacanthus* aff. *X. texensis* and *Ectosteorhachis* aff. *E. nitidus* are more useful; by comparison with the mid-continental section, they indicate an age greater than that of the Clear Fork group. *Platyhystrix* cf. *P. rugosus* suggests equivalence with the fossiliferous Cutler beds of northern New Mexico, which are probably Wolfcampian in age (Langston, 1953); relatives of this form from elsewhere are not close to this same species, if, indeed, they are even congeneric. *Ophiacodon* cf. *O. navajovicus*, by comparison with the probably conspecific pelycosaur in El Cobre Canyon in New

Mexico, argues for Wolfcampian age, especially in view of its primitive nature (see Romer & Price, 1940). Limnoscelids are unknown in beds above the level of the Wichita group, so that the limnoscelid in the Halgaito tongue does not contradict the evidence for pre-Clear Fork age. Neither does the presence of the sphenacodontid close to *Sphenacodon* contradict this evidence even though the complete stratigraphic range of *Sphenacodon* requires further study.

In sum, the Halgaito tongue in the area collected from seems clearly to be of early Permian age, but greater in age than the Clear Fork group of northcentral Texas. More precise determination than this must be regarded as only tentative at this stage of study, but, using Cheney's (1940) correlation of the Admiral formation, Wichita group, with the Wolfcampian-Leonardian boundary, it seems probable that the Halgaito tongue in the vicinity of Mexican Hat, Utah is Wolfcampian in age.

### COMMENT

Collection from stream deposits in the Halgaito tongue of the Cutler formation in San Juan County has yielded remains of the crossopterygian fish *Ectosteorhachis* and, possibly, of a nectridian. These finds help to reduce the faunal differences between the Lower Permian strata of the Four Corners and the mid-continent. Nevertheless, seemingly real differences still remain, perhaps the most dramatic of these being the restriction of the sphenacodontid pelycosaur *Sphenacodon* to the Four Corners while its near-parallel, the long-spined *Dimetrodon*, is found only on the eastern side of the "Leonardian Sea." Whether or not there was a greater variety of limnoscelids in the Four Corners than in the mid-continent remains to be seen.

This report is the first of a projected series of studies on the vertebrates of the Cutler formation of southeastern Utah. Later reports will include attempts at evaluation of evolutionary change in the column and recognition of interchange of elements between biotopes. Of the red-beds tongues other than the Halgaito, vertebrates are known from the Organ Rock (Baker, 1936; also: personal collection, and examination of collections at the University of California at

Berkeley and elsewhere), but not from the Hoskinini. Of the sandstone members, footprints are known from the De Chelly (G. E. Lewis, personal communication), but vertebrates are as yet unknown from the Cedar Mesa. One of the difficulties that is expected to arise in comparison of the faunas of the red-beds tongues and the sandstone members is that these cross-bedded sandstones, apparently largely aeolian in origin, will probably produce the same sort of fossils as are found in the Coconino sandstone with which they seem to be lithologically continuous, that is, footprints, mostly if not exclusively. Bones will probably have to be compared with footprints.

LITERATURE CITED

BAKER, A. A., 1936, Geology of the Monument Valley-Navajo Mountain region, San Juan County, Utah: Bull. U. S. Geol. Survey, no. 865, p. 1–106, 17 pls., 3 figs., 2 maps.

—— & REESIDE, J. B., JR., 1929, Correlation of the Permian of southern Utah, northern Arizona, northwestern New Mexico, and southwestern Colorado: Bull. American Assoc. Petrol. Geol., v. 13, p. 1413–1448, 12 figs.

BRILL, K. G., JR., 1952, Stratigraphy in the Permo-Pennsylvanian zeugogeosyncline of Colorado and northern New Mexico: Bull. Geol. Soc. America, v. 63, p. 809–880, 3 pls., 5 figs.

CASE, E. C., 1911, Revision of the Amphibia and Pisces of the Permian of North America: Carnegie Inst. Washington, publ. no. 146, p. 1–179, 32 pls., 56 figs.

——, WILLISTON, S. W., & MEHL, M. G., 1913, Permo-Carboniferous vertebrates from New Mexico: Carnegie Inst. Washington, publ. no. 181, p. 1–81, 51 figs.

CHENEY, M. G., 1940, Geology of north-central Texas: Bull. American Assoc. Petrol. Geol., v. 24, p. 65–118, 10 figs.

DUNKLE, D. H., 1946, A new palaeoniscoid fish from the lower Permian of Texas: Jour. Washington Acad. Sci., v. 36, p. 402–409, 2 figs.

ELSTON, D. P., & SHOEMAKER, E. M., 1960, Late Paleozoic and early Mesozoic structural history of the Uncompahgre front: Four Corners Geol. Soc. Handbook, Field Conf. no. 3, p. 47–55, 3 figs.

GREGORY, J. T., PEABODY, F. E., & PRICE, L. I., 1956, Revision of the Gymnarthridae, American Permian microsaurs: Bull. Peabody Mus.

Nat. Hist., Yale Univ., v. 10, p. 1–77, frontis., 33 figs.

HILLS, J. M., 1942, Rhythm of Permian seas—a paleogeographic study: Bull. American Assoc. Petrol. Geol., v. 26, p. 217–255, 14 figs.

HOTTON, N., III, 1952, Jaws and teeth of American xenacanth sharks: Jour. Paleontology, v. 26, p. 489–500, 1 pl., 4 figs.

KOTTLOWSKI, F. E., & FOSTER, R. W., 1960, Ancient shore-line sedimentary rocks of Permian age, northern Pedernal Hills, New Mexico (Abstract): Program, 1960 Annual Meeting, Geol. Soc. America, p. 140–141.

LEWIS, G. E., & VAUGHN, P. P. (In manuscript), Early Permian vertebrates from the Cutler formation of the Placerville area, Colorado.

LANGSTON, W., JR., 1953, Permian amphibians from New Mexico: Univ. California Publ. in Geol. Sci., v. 29, p. 349–416, 24 figs.

OLSON, E. C., 1947, The family Diadectidae and its bearing on the classification of reptiles: Fieldiana, Geol., v. 11, p. 1–53, 8 figs.

——, 1952, The evolution of a Permian vertebrate chronofauna: Evolution, v. 6, p. 181–196, 5 figs.

——, 1955, Parallelism in the evolution of the Permian reptilian faunas of the Old and New Worlds: Fieldiana, Zool., v. 37, p. 385–401.

——, 1958, Fauna of the Vale and Choza: 14, Summary, review and integration of the geology and the faunas: Fieldiana, Geol., v. 10, p. 397–448, 11 figs., 1 map.

—— & BEERBOWER, J. R., 1953, The San Angelo formation, Permian of Texas, and its vertebrates: Jour. Geology, v. 61, p. 389–423, 10 figs.

ROMER, A. S., 1952, Late Pennsylvanian and early Permian vertebrates of the Pittsburgh-West Virginia region: Ann. Carnegie Mus., v. 33, p. 47–112, 2 pls., 13 figs.

——, 1958, The Texas Permian redbeds and their vertebrate fauna: *in* Studies on Fossil Vertebrates Presented to D. M. S. Watson, Univ. London, the Athlone Press, p. 157–179, 1 map.

—— & PRICE, L. I., 1940, Review of the Pelycosauria: Geol. Soc. America Special Paper, no. 28, p. 1–538, 46 pls., 71 figs.

VAUGHN, P. P., 1958, On the geologic range of the labyrinthodont amphibian *Eryops*: Jour. Paleontology, v. 32, p. 918–922.

WILLISTON, S. W., 1914, The osteology of some American Permian vertebrates: Jour. Geology, v. 22, p. 364–419, 19 figs.

WILSON, J. A., 1953, Permian vertebrates from Taylor County, Texas: Jour. Paleontology, v. 27, p. 456–470, 15 figs.

MANUSCRIPT RECEIVED JUNE 4, 1961

BLM_0072339



**Paleontological Society**

Vertebrates from the Organ Rock Shale of the Cutler Group, Permian of Monument Valley and Vicinity, Utah and Arizona
Author(s): Peter Paul Vaughn
Source: *Journal of Paleontology,* Vol. 38, No. 3 (May, 1964), pp. 567-583
Published by: Paleontological Society
Stable URL: http://www.jstor.org/stable/1301529
Accessed: 28/12/2009 16:08

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/action/showPublisher?publisherCode=sepm and http://www.jstor.org/action/showPublisher?publisherCode=paleo.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Paleontological Society* and *SEPM Society for Sedimentary Geology* are collaborating with JSTOR to digitize, preserve and extend access to *Journal of Paleontology.*

http://www.jstor.org

Journal of Paleontology, v. 38, no. 3, p. 567–583, pls. 93–94, 2 text-figs., May, 1964

# VERTEBRATES FROM THE ORGAN ROCK SHALE OF THE CUTLER GROUP, PERMIAN OF MONUMENT VALLEY AND VICINITY, UTAH AND ARIZONA

PETER PAUL VAUGHN[1]
University of California, Los Angeles

ABSTRACT—Various field parties have accumulated a fairly sizable collection of vertebrates from the Organ Rock Shale, Cutler Group, in Monument Valley and vicinity, Utah and Arizona. As in the Halgaito Shale—the lowest unit of the Cutler in this region—Organ Rock fossils are almost entirely restricted to stream-channel deposits. These deposits occur low in the Organ Rock, only a short distance above the underlying Cedar Mesa Sandstone. The vertebrates found to date are: unidentified palaeoniscoid fishes; the labyrinthodont amphibians *?Eryops* sp. and a ?zatracheid; a new genus and species of cotylosaurian reptiles; the cotylosaur *Diadectes* sp.; and the pelycosaurs *Ophiacodon* sp., *Sphenacodon* cf. *S. ferocior*, and *Ctenospondylus* aff. *C. casei*. Trackways indicate the presence of other tetrapods. The new cotylosaur has an important bearing on the problem of the origin of the diadectomorph cotylosaurs. The *Ctenospondylus* materials show that this heretofore very poorly known pelycosaur is closely related to *Dimetrodon* and *Sphenacodon*. The fauna and the sizes of its individual elements indicate equivalence to a horizon somewhere in the upper part of the Wichita Group of Texas—earliest Leonardian age. The presence of the plants *Supaia*, *Yakia* and *Walchia* indicates environmental conditions similar to those of the Hermit Shale of the Grand Canyon, semi-arid with long dry seasons. Such conditions may account for the paucity of the record of fishes. Both the Texas and the Four Corners beds show evidence of increase in aridity during early Permian time; it would seem that arid conditions set in earlier in the Four Corners.

## INTRODUCTION

A PREVIOUS report by the writer on the vertebrates of the Cutler Group of southeastern Utah was based on fossils collected from the lowest unit, the Halgaito "tongue"; it was concluded that the Halgaito is Wolfcampian in age, at least in the vicinity of Mexican Hat, Utah (Vaughn, 1962). At the time that report was written, D. L. Baars' (1962) highly useful, broad-ranging correlation of the Permian rocks of the Colorado Plateau was not available to me. On the basis of lithologic relations, Baars places the Halgaito low in the Wolfcampian. Baars (*op. cit.*, p. 169) feels that "The depositional site of the Halgaito was probably a broad marginal marine mud flat, alternatively receiving fluvial sedimentation and periodic marine invasions." Baars also points to lithologic evidence that the Halgaito was laid down under arid conditions; this agrees with my conclusion based on the amost total restriction of Halgaito fossils to stream-channel deposits.

Baars accepts the suggestion of Wengerd and Matheny (1958) that the strata previously called Cutler Formation be raised to group status. Wengerd and Matheny refer to the former Halgaito "tongue" and Cedar Mesa "member"

[1] A contribution of $100.00 was made toward publication costs of this paper from National Science Foundation grant NSF GB-1014.

as formations. The Organ Rock "tongue" and De Chelly "member," however, have not yet been formally raised to formation status, and I shall follow Baars in referring to the units of the Cutler Group in Utah and Arizona as, in ascending order, the Halgaito Shale, the Cedar Mesa Sandstone, the Organ Rock Shale, and the De Chelly Sandstone. Baker and Reeside (1929) assigned the redbed unit they called Hoskinnini tongue to the Cutler, but Stewart (1959) has shown that the Hoskinnini is more appropriately assigned to the overlying Moenkopi Formation. Nevertheless, as Baars (*op. cit.*, p. 210) points out, "no conclusive evidence of its [the Hoskinnini's] Triassic age was found so that the Cutler-like redbeds could be of Upper Permian age." Unfortunately, no fossils are known from the Hoskinnini, despite intensive search by a number of parties.

The Cedar Mesa Sandstone has long been thought to be largely aeolian in origin, but Baars shows that the lithologic evidence—character of the cross-stratification, presence of limestone beds, and so on—and reports of marine invertebrates are more consistent with a hypothesis of near-shore marine deposition. Baars agrees with earlier opinion that the De Chelly Sandstone is largely aeolian, at least in the region of southeastern Utah, although he feels that its more southerly extensions, such as the Meseta Blanca Sandstone, are probably marine.

567

Baker and Reeside (1929) thought that the De Chelly was lithologically continuous with the Coconino Sandstone of the Grand Canyon, but Baars shows that the two are really quite different, that the silica-cemented Coconino is probably considerably younger than the iron oxide-cemented De Chelly.

Enough vertebrate fossils have now been collected from the Organ Rock Shale to allow one to begin to speak in terms of an Organ Rock fauna. The earliest specimens taken from the Organ Rock are fragments noted by A. A. Baker (1936); these are the property of the United States National Museum. A sizable collection, including important specimens, was made in Monument Valley in 1942 by C. L. Camp and his field party; these materials were deposited in the Museum of Paleontology, University of California, Berkeley. A small but significant collection from a restricted area in the Arizona part of Monument Valley was made by J. R. Dyer, of Bismarck, North Dakota, in 1950; this collection was sent to Princeton University and later transferred, as an exchange, to the University of California, Los Angeles. A party from the Museum of Comparative Zoology, Harvard University, obtained fragments from the Red House Cliffs area, north of the San Juan River, in 1954. University of California, Los Angeles field parties have collected under my direction during the last several summers both north and south of the river. The materials from north of the river are catalogued at UCLA; the materials from south of the river are the property of the Navajo Tribal Council and are registered in the catalogue of the Navajo Tribal Museum, Window Rock, Arizona. Collection of fossils from those parts of the Organ Rock Shale on the Navajo Indian Reservation was conducted with the permission of the Navajo Tribal Council and the United States Department of the Interior. In addition, there are plants from the Organ Rock kept at the Museum of Northern Arizona, Flagstaff. All of the above materials have been available to me, many of them on extended loan, and I am indebted to a host of collectors and curators. I am also indebted to Mr. O. M. Buchanan, Jr. for his invaluable assistance in the field, to Mr. David Berman for his careful assistance in preparation of the specimens, and to Mrs. Pamela Zlatnik who made the drawings used in this paper. This study was supported by a grant from the National Science Foundation.

### ABBREVIATIONS

The following abbreviations are used throughout the text to refer to repositories of particular specimens:

AMNH, American Museum of Natural History, New York

NTM, Navajo Tribal Museum, Window Rock, Arizona

UCLA, University of California, Los Angeles

UCMP, Museum of Paleontology, University of California, Berkeley

USNM, United States National Museum, Washington

YP, Peabody Museum of Natural History, Yale University, New Haven

### OCCURRENCE

As in the Halgaito Shale, fossils in the Organ Rock Shale are restricted, with rare exceptions, to stream-channel deposits. In these deposits, the fossils occur in conglomerates and in cross-bedded sandstones immediately above, below, and at the lateral edges of the lenses of conglomerate. There are also fossiliferous lenses of cross-bedded sandstone within the bodies of the conglomerates. The pellets in the conglomerates are mostly less than one centimeter in diameter. There are no conglomerates of the coarse kind seen in the undifferentiated Cutler redbeds of southwestern Colorado; the Colorado beds were laid down nearer the source of the red sediments of the Cutler, the Permian Uncompahgre highlands.

The fossiliferous stream-channel deposits in the Organ Rock stand out as resistant ledges that are somberly colored in comparison with the more brightly red mudstones, shales and sandstones above and below them. With a little experience, it is quite easy to pick out these ledges at a distance with the aid of field glasses.

The fossils in the conglomerates are generally fragmentary, but excellent specimens, often with a large number of elements in articulation, as well as many impressions of the plant *Walchia*, may be taken from the associated cross-bedded sandstones. This is evidence for the primary nature of these deposits. The effects of stream action are almost always obvious. Only one skeleton, that of the cotylosaur found by C. L. Camp's party, was complete. A large portion of the skeleton of a single specimen of a pelycosaur, including an almost complete skull, the cervical vertebrae, and parts of the pectoral girdle, was found in one place, but the skull was in lateral halves with the braincase parts lying separately, and the cervical vertebrae and the parts of the pectoral girdle were separated by several feet from the skull parts, the whole scattered over an area of about thirty square feet in the same bedding plane. Generally, the preserved materials are heavy, solidly built elements such as: vertebral centra, sometime with attached neural

arches but rarely with neural spines; proximal and distal ends of limb bones, rarely with shafts; heavier parts of skulls as the pterygoid flanges, occiputs, premaxillae, ends of quadrate and articular bones; and so on. The degree of concentration of the fossils varies from locality to locality but is everywhere greater in the conglomerates than in the associated cross-bedded sandstones.

In the Halgaito, fossiliferous stream-channel deposits occur at various levels. Although conglomerates occur at various levels in the Organ Rock, the only good fossiliferous layer lies near the base, only thirty-five feet or so above the uppermost typical sandstone of the Cedar Mesa, as this was measured in the collecting area northwest of Oljato Trading Post, Utah. This layer, about six to seven feet thick in places, thicker in other places, seems to be fairly persistent south of the San Juan River in the Monument Valley area, although it is not easily traced over large distances because it is not conglomeratic everywhere. The thickness and composition of the fossiliferous zone varies. In outliers of the Organ Rock Shale southeast of Train Rock, there is a thickness of about three and a half feet of dull, grayish-red, interlensing conglomerate and cross-bedded sandstone, from which many fragments of bone were taken. This is underlain by a red, partly reduced to gray-white, shaly slope about five feet thick. Under this, there is a four foot thick layer of red, finely laminated, ripple-marked sandstone from which a tetrapod trackway and several impressions of the plant *Walchia* were taken. The base of the laminated layer is about twenty-five feet above the uppermost typical sandstone of the Cedar Mesa.

Rarely, bones are found outside of this zone. North of the river, where conglomerates are scarce, a Harvard field party found fragments in nodules in the Red House Cliffs area, and a University of California, Los Angeles party found a few scraps on the southern slope of Elk Ridge, south of Bears Ears Pass. Like the materials from the stream-channel deposits, these fossils occurred low in the Organ Rock.

The contact of the Cedar Mesa with the Organ Rock is gradational (see Baker, 1936), and the fossiliferous zone here referred to the Organ Rock could conceivably be also referred to the top of the Cedar Mesa. Nevertheless, the widespread occurrence of the fossiliferous stream-channel layer would seem to indicate some slight erosional interval. Although it is obvious in places that the conglomerates and cross-bedded sandstones laid down in these channels have been bevelled above, it would still seem best to consider them as part of the Organ Rock.

This is also consonant with Baars' evidence for near-shore marine deposition of the Cedar Mesa.

The following is a list of some of the more productive localities, with land divisions based on the topographic and geologic maps published by Baker (1936); all of these localities are in San Juan County, Utah: (1) The general area a couple of miles southeast of Monument Pass, in the southern part of sec. 17 and northern part of sec. 20, T. 43 S., R. 17 E. C. L. Camp's party worked here in 1942. (2) Outliers of the Organ Rock Shale southeast of Train Rock, in NE¼ sec. 11, T. 43 S., R. 15 E. A. A. Baker was the first to collect here. (3) The area immediately north of Hoskinnini Mesa, especially around the base of a bell-shaped butte in SW¼ sec. 7, T. 43 S., R. 14 E. and near the base of the northern slope of Hoskinnini Mesa in NW¼ sec. 8, T. 43 S., R. 14 E. and NW¼ sec. 13, T. 43 S., R. 13 E. (4) The sides of low buttes about a mile north of Organ Rock Monument, near the center of the northern half of sec. 16, T. 42 S., R. 14 E. The greater part of the collection and the best specimens taken by the University of California, Los Angeles field parties come from area "3"; good specimens were also taken in area "4".

## FAUNA

The known fauna of the Organ Rock Shale consists almost entirely of tetrapods, as will be seen from the following list:

Class OSTEICHTHYES
  Subclass ACTINOPTERYGII
    Order PALAEONISCOIDEA
      Unidentified palaeoniscoid(s)

Class AMPHIBIA
  Subclass APSIDOSPONDYLI
    Superorder LABYRINTHODONTIA
      Order TEMNOSPONDYLI
        Suborder RHACHITOMI
          Family ?ERYOPSIDAE
            ?ERYOPS sp.
          Family ?ZATRACHEIDAE
            A ?zatracheid

Class REPTILIA
  Subclass ANAPSIDA
    Order COTYLOSAURIA
      Suborder uncertain
        New family
          New genus and species

      Suborder DIADECTOMORPHA
        Family DIADECTIDAE
          DIADECTES sp.

  Subclass SYNAPSIDA
    Order PELYCOSAURIA

Suborder OPHIACODONTIA
Family OPHIACODONTIDAE
OPHIACODON sp.

Suborder SPHENACODONTIA
Family SPHENACODONTIDAE
SPHENACODON cf. S. FEROCIOR Romer
CTENOSPONDYLUS aff. C. CASEI
Romer

Besides the above, there are tetrapods represented by a few footprints and trackways, and, of course, there are a number of indeterminate bony fragments. One of the trackways, NTM VP 1019, provides a good indication of how much remains to be learned of the Organ Rock fauna; it represents an animal with a gleno-acetabular length of only about 40 mm., much smaller than any of the Organ Rock tetrapods known from skeletal materials. The plants collected from the Organ Rock are *Supaia* sp., *Yakia* sp., and *Walchia* sp.

The vertebrates may be discussed in more detail:

### Palaeoniscoid fishes

A striking difference in faunal content between the Halgaito and the Organ Rock is the paucity of fish remains in the latter. In the Halgaito, remains of various parts of crossopterygians are numerous, teeth of plaueracanth sharks are common, and, although they are rare, at least three different kinds of palaeoniscoid scales were found. In contrast, the Organ Rock has yielded only a very few traces of palaeoniscoids.

No fish scales have been found free in the Organ Rock. The only ones that are known have been found in coprolites! A good number of coprolites were found in the area southeast of Monument Pass. These are of various sizes and shapes, but two kinds predominate. One kind is fusiform, with a maximum length of about 27 mm. and a maximum diameter of 9 mm., tapering gently toward one end and more rapidly toward the other. This kind shows spiral layering, caused probably by a spiral intestine, and possibly represents fish. The other kind of coprolite has the form of a slightly curved cylinder, about 20 mm. long and 10 mm. thick, and is wedge-tapered at the ends. The sides of the cylinder are lightly grooved, probably due to anal sphincteric action. It would be hazardous to attempt to assign these coprolites to any particular group of vertebrates; they were found in association with a labyrinthine tooth and parts of diadectid and pelycosaurian reptiles. Random acid-etching of blocks of fine conglomerate from southeast of Train Rock has revealed a number of subspherical pellets, up to 6 mm. in diameter, that are probably also coprolites. All these coprolites contain scales and parts of scales. Nothing much can be said of these scales except that they represent palaeoniscoid fishes. Thin sections reveal a bony footplate, a poorly to modestly developed cosmine layer, and a number of layers of ganoine.

### Labyrinthodont amphibians

Remains of labyrinthodont amphibians in the Organ Rock are almost as elusive as those of fishes, but traces may be found here and there. Small fragments of jaws containing labyrinthine teeth have been found in the conglomerates in the area north of Organ Rock Monument. The teeth are not well preserved, but it can be seen that they have a maximum diameter of about 5 mm. near their bases and that the dentine and enamel are strongly infolded. In these same conglomerates are found bits of dermal bone with a pattern of sculpture typical of labyrinthodonts. Similar teeth are found in the conglomerates southeast of Monument Pass.

In the area approximately a couple of miles east of Mitchell Butte, in the Arizona part of Monument Valley, J. R. Dyer found in 1950 a small aggregation of bones, mostly of pelycosaurs. Included among these bones are two fragments that may pertain to the rhachitome *Eryops*. One, UCLA VP 1642, is a portion of a neural spine, subquadrate in section and with an expanded distal end as in *Eryops*. The transverse width of the spine just below the distal end is 16 mm. The other fragment, UCLA VP 1643, is an 80 mm.-long part of a lower jaw, unfortunately without any remains of teeth. The external surface of this fragment shows a coarsely pitted sculpture of the kind seen in *Eryops*. The referral to *Eryops* is only tentative.

A few fragments of dermal bone from conglomerates in the outliers of the Organ Rock southeast of Train Rock have a pattern of sculpture reminiscent of that seen in the region of the cornua in the rhachitome *Zatrachys*. One of these fragments, UCLA VP 1644, about 45 mm. long, looks as if it might have come from the quadratojugal region. This fragment has attached to its presumed posterior end a thick spike on which the sculpturing of the doral surface is carried around onto the ventral surface, where the pattern changes to one of essentially longitudinal grooves, as in *Zatrachys*. Referral of these specimens to the Zatracheidae is, however, very uncertain.

### A new cotylosaur

Possibly the most important fossil found in the Organ Rock Shale to date is an almost complete

BLM_0072344

skeleton that represents a new genus and species of cotylosaurian reptiles. Because of the phylogenetic significance of this new form, a thorough study of its anatomy and relationships will be published later; a preliminary account is included here as part of the picture of the Organ Rock fauna. The subordinal position of this animal is still obscure. It is obvious that a new family must be set up for its reception, but I prefer to postpone the diagnosis of this family.

### Class REPTILIA
### Subclass ANAPSIDA
### Order COTYLOSAURIA
#### Suborder uncertain
#### TSEAJAIIDAE, n. fam.

This family is based on the new genus *Tseajaia*, described below.

#### TSEAJAIA, n. gen.

*Type species.*—*Tseajaia campi*, n. sp.

*Diagnosis.*—Cotylosaurs with: diadectid-like otic notches; conical, labyrinthine teeth; elongated teeth in the premaxillary and mid-maxillary regions; mobile articulation between braincase and palate; fairly wide interpterygoid vacuities; twenty-six presacral vertebrae; two sacral vertebrae; no spine on the atlantal neural arch; a well developed axial neural spine; swollen neural arches on dorsal vertebrae; external iliac shelf; prominent supinator process on humerus; intermedium and fibulare separate elements in tarsus.

*Etymology.*—The name of the genus is taken from "Tse Ajai" ("Rock Heart"), the name given by the Navajo Indians to a plug of igneous rock not far from the type locality of the type species (see Baker, 1936, p. 63).

#### TSEAJAIA CAMPI, n. sp.
#### Pls. 93–94

*Holotype.*—UCMP V4225/59012 (pls. 93–94), a nearly complete skeleton including the first two caudal vertebrae, but lacking the rest of the tail and lacking the parts of the right limbs distal to the propodials. The skeleton was complete when first found, when the parts that were visible before preparation being photographed in the field. The photograph, reproduced in a popular magazine article (Hilton, 1942), shows a crack running through the matrix, separating the major part of the skeleton from the parts that have since been lost.

*Horizon and locality.*—The holotype was collected by Prof. Charles L. Camp and party in June, 1942 from a stream-channel lens in approximately NW$\frac{1}{4}$ sec. 20, T. 43 S., R. 17 E., San Juan County, Utah. The horizon is lowermost Organ Rock Shale—or, possibly, uppermost Cedar Mesa Sandstone (see section on Occurrence). The species is named in honor of Prof. Camp.

*Referred specimen.*—UCMP V4216/63841, a string of nine articulated dorsal vertebrae, two other vertebrae in articulation, fragments of vertebrae, and a small jaw fragment with a labyrinthine tooth in transverse section. This specimen was collected by Prof. Camp's party in NW$\frac{1}{4}$ sec. 13, T. 43 S., R. 16 E., San Juan County, Utah, at the same horizon as the holotype.

*Diagnosis.*—The same as for the genus.

*Description and discussion.*—As shown in the photograph in Hilton's article (*op. cit.*), the holotype lay in a curled position with the tail swung around towards the head on the right side. The length of the holotype, from tip of snout to posterior end of the second caudal vertebra, is about 51 cm. The photograph shows that the missing part of the tail must have been at least 42 cm. long, so that the total length of the animal, to the tip of the tail, was at least 93 cm., a little more than a yard. The skull is about 125 mm. long. The snout is narrow in its front part but is broadened to about 55 mm. in front of the orbits. The posterior border of the skull table is about 72 mm. long; allowing for distortion, the distance between the ventro-lateral ends of the quadrate bones was about 110 mm. The height of the skull immediately behind the orbits is about 33 mm.

Further description and discussion of *Tseajaia* are better postponed, but a few remarks are in order. The combination of primitive characters such as are found in *Seymouria*—conical, labyrinthine teeth, mobile braincase-palate joint—with an otic notch and quadrate bone both of diadectid pattern obviously has a significant bearing on the problem of the origin of the diadectomorph cotylosaurs. At present, subordinal assignation is difficult. *Tseajaia* cannot be fitted into any of the currently recognized suborders of cotylosaurs as these are diagnosed by Romer (1956): the otic notch keeps it out of the Captorhinomorpha; the mobile braincase-palate joint keeps it out of the Diadectomorpha; and the thoroughly reptilian pattern of what can be seen of the atlas-axis complex—the ventral parts are not yet visible—keeps it out of the Seymouriamorpha. It seems probable to me that *Tseajaia* will eventually be seen to form a link between the seymouriamorphs and the diadectomorphs, confirming a relationship that has been advocated by a number of authors. *Tseajaia* is, of course, too late in time to represent any actual seymouriamorph-diadectomorph link, but it does seem to form a morphological link, an ani-

BLM_0072345

mal with, in many ways, the primitive marks of a seymouriamorph, but further advanced towards the typically reptilian grade in such features as the atlas-axis complex, and with a diadectid-like otic notch but still retaining a mobile basal articulation. As would be expected, *Tseajaia* possesses some characters, as widened interpterygoid vacuities, that are characteristic of neither seymouriamorphs nor diadectomorphs. Many questions remain to be answered; for examples, the question of whether or not an intertemporal bone is present in the dermal skull roof of *Tseajaia* cannot be answered with confidence at this stage of preparation, and the all-important position of the fenestra ovalis can be determined only after delicate development that may require serial-sectioning techniques. Further, *Tseajaia* must be carefully compared with the primitive captorhinomorph *Limnoscelis* whose teeth have, according to Romer (1956), traces of labyrinthine infolding. I am coming more and more to be in sympathy with the use of the grouping Class Batrachosauria (Efremov, 1946; see also Olson, 1962) for animals that stand at or near the amphibian-reptilian borderline, but for the present we may consider *Tseajaia* as a very primitive reptile.

## DIADECTES sp.

Remains of the cotylosaur *Diadectes* sp. are fairly common in the Organ Rock and have been found in all the general areas listed under Occurrence. The most frequently encountered parts are the sturdy vertebrae.

Large portions of the skeletons of at least two individuals were found on the southeast side of the base of the bell-shaped butte north of Hoskinnini Mesa. These materials lay exposed on the surfaces of small sandstone slabs that were scattered over an area about twenty-four feet long by sixteen feet wide on a sloping bench, with some fragments lying farther away in a gully. It has been possible to fit many of these slabs together. Two long strings of dorsal vertebrae, each with attached ribs and associated parts of pectoral girdles and forelimbs, have been reassembled. One of these strings is about fifteen vertebrae long, the other about ten. Separate strings of caudal vertebrae and an almost complete left lower jaw were also reassembled. There are also many other fragments, including parts of skull bones, some with teeth. Because many of the slabs cannot be fitted together and because it is clear that the slabs had become much disarranged in sliding down the slope, it is not possible to relate the smaller fragments to the vertebral strings with any

confidence; all these materials are catalogued together as NTM VP 1002. These materials are severely weathered, but diagnostic and interesting features can be made out.

The preserved portion of left lower jaw shows that, as in *Diadectes* generally, the jaw is deep, the anterior teeth are somewhat procumbent, and the teeth midway in the "molar" series are transversely widened. The pattern of the cusps is not evident in the specimen, but a transverse section through one of the molar teeth allows measurement: 4.5 mm. from front to back and 13 mm. from side to side.

Details of the individual vertebrae in the two strings are obscure, but the distance between the tips of the posterior zygapophyses can be measured in one of the vertebrae of the longer string: about 86 mm. A loose vertebra shows the general pattern of *Diadectes* clearly although the epi- and hyposphenes are lacking, due, apparently, to weathering. The ribs are holocephalous. On the anterior two ribs of the shorter string can be seen fragments of the large plates that overlie the sixth, seventh and eighth ribs in *Diadectes*. Case (1911, p. 78) referred to these plates in *Diadectes* as "thin, elongate dermal plates which overlapped each other from before backwards. . . ." Romer (1956, p. 281) says only that the ribs "are overlain by large, flattened plates said to be separate structures. . . ." In NTM VP 1002, the bone of one of the plates passes insensibly into the bone of the corresponding rib in the region about 60 mm. distal to the tuberculum, but farther distally, about 100 mm. from the tuberculum, the plate seems to be free from the rib although appressed to it. It would appear that the plates and ribs probably had separate origins and that they fused to some extent later in ontogeny. It may be noted that Case and Williston (1913) found no trace of such plates in *Diasparactus* from New Mexico, the closest known relative of *Diadectes*.

The pectoral girdles associated with the strings of vertebrae are too poorly preserved to deserve further comment. Outlines and fragments of humeri, radii, ulnae and elements of a manus are preserved; what can be seen of these shows that they are the short, stout elements one would expect.

NTM VP 1003, an anterior jaw fragment found near the base of the northern slope of Hoskinnini Mesa, shows the large, anteriorly placed Meckelian fenestra characteristic of *Diadectes*.

The best preserved vertebrae have been found separately and in short strings of two or three. A. A. Baker (1936, p. 35) reported a vertebra of

"*Notodon* sp.," USNM 11929, from an outlier southeast of Train Rock. UCMP V4217/59002, two short strings with intercentra, comes from near Mitten Buttes in the Arizona part of Monument Valley. UCMP V4222/58999 & 59000, V4226/59009, and NTM VP 1005–1007 come from the area north of Hoskinnini Mesa. These vertebrae are all of typically diadectid structure and, at least until *Diasparactus* is better known, they may all be referred to *Diadectes*. Only one vertebra retains well preserved epi- and hyposphenes. The zygapophysial surfaces display the prominent growth annuli characteristic of *Diadectes*. There is some variation in relative heights of centra and neural arches; presumably this reflects differences in serial position in the vertebral column. In UCMP V4217/59002, the distance across the posterior zygapophyses is about 76 mm., the length of the centrum is about 30 mm., the transverse diameter of the centrum taken at the anterior end is about 42 mm., and the distance from the bottom of the centrum to the base of the neural spine is about 86 mm. NTM VP 1005 has a greater distance across the zygapophyses, 98 mm., but this specimen consists of only the neural arch. The posterior fossa of the neural arch is rarely well preserved—the bone here is usually "rotten." In one of the few specimens in which it is in good condition, the fossa is shallow and simple. In two other specimens, there is a rounded, vertical ridge, wider above than below, which divides the fossa into lateral halves. Such a ridge is not obvious in the illustrations of *Diadectes* vertebrae that I have seen, but it occurs also in UCMP V3529/40231, a vertebra of *Diadectes* sp. from the Cutler of Rio Arriba County, New Mexico.

A part of an ilium with the characteristic diadectid external shelf is known from UCMP locality V4218, near Mitten Buttes. NTM VP 1008 is the distal end of a femur of *Diadectes* sp. from the area southeast of Monument Pass. This femur has a distal width of about 90 mm.

Romer (1944, p. 142) says "It seems certain that in the case of *Diadectes* . . . there was a steady increase in size within species phyla during that period of the early Permian covered by the Wichita and early Clear Fork deposits [of Texas]." Comparison on the basis of maximum sizes would, therefore, be important in correlation. The value of such comparison is, of course, not great with the limited materials at hand, but it may be noted that some of the vertebrae of *Diadectes* sp. from the Organ Rock are close in size to those of *D. phaseolinus* from the Wichita Group figured by Case (1911, pl. 14); all are exceeded in size by the vertebrae of *D. tenuitectus*

described by Romer (*op. cit.*) from the Arroyo Formation of the Clear Fork Group.

## OPHIACODON sp.

The remains of *Ophiacodon* sp. from the Organ Rock are scant and come from only two places. NTM VP 1009–1013, separate dorsal vertebrae, and UCMP V4220/59004, a scapulocoracoid, come from the area southeast of Monument Pass. UCLA VP 1645, a dorsal vertebra, was found among the parts of sphenacodontid pelycosaurs and fragments of labyrinthodont amphibian collected by J. R. Dyer east of Mitchell Butte. It is possible that other fragments of pelycosaurs found in the Organ Rock also pertain to *Ophiacodon*, but this is unsure.

In each of the vertebrae: the centrum does not have a ventral keel, the lateral surfaces of the laminae of the neural arches are not excavated, and the floor of the neural canal dips downward toward the center of the centrum to parallel the dorsal border of the notochordal canal. There is no question that these vertebrae are ophiacodontid. Of the three genera of ophiacodontids, *Clepsydrops* is unknown above the Pennsylvanian, and *Varanosaurus* may be distinguished by massive neural arches; referral of the vertebrae to *Ophiacodon* seems safe enough. In UCLA VP 1645, the greatest length of the centrum is about 30 mm., the posterior width and height of the centrum are both about 31 mm., and the height from the bottom edge of the centrum to the top of the posterior zygapophyses is about 43 mm.

The scapulocoracoid has all the features characteristic of *Ophiacodon:* the scapula is broad throughout its height, the supraglenoid foramen opens into the upper angle of the supraglenoid buttress, the posterior coracoid is thick and has a rugose hind border, the posterior part of the glenoid surface is barely set off from the general coracoid surface, and the process for the coracoid head of the triceps muscle is only modestly developed and is directed more backwards than upwards. The dimensions of the scapulocoracoid are: distance from top of anterior end of glenoid to top of scapula, 185 mm. + (the scapula is incomplete distally); length of glenoid, 58 mm.

The Organ Rock form is the largest representative of *Ophiacodon* known from the Four Corners region. By reference to the measurements published by Romer and Price (1940, tables 3 & 4), it can be seen that the Organ Rock form, in both its vertebrae and scapulocoracoid, fits easily into the size range of *Ophiacodon retroversus* and is of almost exactly the same size as specimens of *O. retroversus* from the Admiral and Belle Plains Formations, Wichita Group, Texas. *O. retroversus*

BLM_0072347

is exceeded in size only by *O. major* from the overlying Clyde Formation. Heretofore, the largest known form of *Ophiacodon* described from the Four Corners was *O. mirus*, from northern New Mexico. Comparison of the dimensions of the Organ Rock specimens with the dimensions of the largest dorsal vertebrae and scapulocoracoid of *O. mirus* recorded by Romer and Price (*loc. cit.*) shows that the Organ Rock form is about 60 per cent larger.

In Texas, there seems to be a fairly steady increase in size within the genus *Ophiacodon* as the lower Permian column is ascended. This is apparently so in the Four Corners too. *O. mirus* and the even smaller species *O. navajovicus* come from beds in northern New Mexico that are probably roughly equivalent to the Putnam Formation, lower Wichita Group (see Romer, 1960), and *Ophiacodon* cf. *O. navajovicus* has been reported from the Halgaito Shale of southeastern Utah (Vaughn, 1962). In discussing the various collecting localities in the Cutler near Arroyo de Agua, Rio Arriba County, New Mexico, Langston (1953, p. 360) notes that the Anderson quarry probably lies stratigraphically at least 235 feet above the other quarries and that it has yielded "elements of a large *Ophiacodon,* and . . . of *Spenacodon* cf. *S. ferocior* Romer." Romer (1960, p. 53) compares the level of the Anderson quarry to that of the type locality of *Sphenacodon ferocior* near Jemez Springs, New Mexico and predicts that "Very probably the *Sphenacodon ferocior* horizon will prove to be an Admiral equivalent," that is to say, higher than the Putnam Formation. I have examined two right *Ophiacodon* scapulocoracoids from the Anderson quarry, both catalogued as UCMP V3431/40036. Although these specimens are not completely preserved, it is obvious that they were much greater in all dimensions that the largest scapulocoracoid reported for *O. mirus,* but still smaller than the scapulocoracoid from the Organ Rock.

The evidence of the Organ Rock *Ophiacodon* indicates an age equivalent to that of the Admiral and Belle Plains Formations, upper Wichita Group. The Organ Rock specimens probably represent a new species of *Ophiacodon,* but I prefer not to name such a species until more and better materials are available and until relationships with the various New Mexican forms become clearer.

### SPHENACODON cf. S. FEROCIOR Romer
### Text-fig. 2-B,C

The difficulty in distinguishing most of the skeletal elements in *Sphenacodon* from those in *Ctenospondylus* will be discussed in the section on the latter. Sphenacodontid elements are plentiful in the collection made by J. R. Dyer east of Mitchell Butte, but the diagnostic elements are not included among the skull fragments, and in none of the vertebrae—except an axis—is the neural spine complete. Nevertheless, two elements in this collection can be referred to *Sphenacodon,* one with certainty and the other with probability.

UCLA VP 1646 (text-fig. 2,B,C) is the greater part of an axis that fits into the pattern of *Sphenacodon* cf. *S. ferocior* Romer in every way. The centrum is lacking, so that not all the usual measurements can be taken, but the neural spine and left diapophysis are complete, and the left posterior zygapophysial buttress is almost complete. In its shape, this specimen is similar to the axis of YP 818, a specimen of *S. ferocior* from New Mexico figured by Case and Williston (1913, fig. 42; identification of species by Romer & Price, 1940). Case and Williston presented only a lateral view. Comparison of the Organ Rock axis with an axis from UCMP locality V3855, which is also the source of the type specimen of *S. ferocior,* demonstrates agreement in posterior aspect too. What is more, there is also close agreement in size. In the axis from UCMP V3855, the height from the upper edges of the posterior zygapophyses to the top of the spine is 90.5 mm., and the greatest thickness of the spine, at the posterior border, is 17 mm. The corresponding dimensions in the Organ Rock axis are 87 mm. and 16.5 mm. Calculating from the figure given by Case and Williston, the height of the spine above the posterior zygapophyses in YP 818 is about 89 mm.

The axis in *Ctenospondylus* is quite different from *Sphenacodon.* Nor is there any question of confusion with *Dimetrodon;* this genus has never been reported west of northcentral Texas. Besides, Case and Williston (*op. cit.,* p. 65) say of the axis in *Sphenacodon* that "there is a small but prominent knob or process just over each posterior zygapophysis. We have never seen such a process on the axis of *Dimetrodon* or other pelycosaur." The Organ Rock axis has such a process.

The two described species of *Sphenacodon* are *S. ferox* and *S. ferocior,* both from New Mexico; *S. ferocior* is much larger than *S. ferox.* The type specimen of *S. ferocior* comes from near Jemez Springs, from a horizon probably much higher than that of the "typical" New Mexican beds (see discussion of *Ophiacodon;* see also Romer, 1960). As with *Ophiacodon* elements, *Sphenacodon* axes from the Anderson quarry near Arroyo de Agua, Rio Arriba County, New Mexico are intermediate in size between the axes from the

other Arroyo de Agua quarries and the axis from the Organ Rock, as the following list will show. In this list, I use two *Sphenacodon* axes from the Anderson quarry and an axis of *S. ferox* from the Miller bone bed, near Arroyo de Agua, that is of almost exactly the same size as one described by Case and Williston (*op. cit.*, fig. 40) from the same bone bed. The most convenient measurement to use for comparison is the height of the spine above the neural canal: UCLA specimen of *S. ferox* from Miller bone bed, 69 mm.; UCMP V3431/34203 & 34218, Anderson quarry, 80.5 mm. and 76 mm.; UCLA VP 1646, Organ Rock, 91 mm.; axis from UCMP V3855, the type locality of *S. ferocior*, 99 mm. Here again, as in the consideration of increase in size in *Ophiacodon*, it appears that the horizon of the Anderson quarry is above that of the other Arroyo de Agua quarries, as Langston (1953) and Romer (1960) have said, and it would seem that the horizon of the Organ Rock is still higher.

Probable corroborative evidence for the presence of *Sphenacodon* in the Organ Rock is afforded by UCLA VP 1647, an atlantal centrum from the same locality as the axial neural spine. It is equal in size, about 22 mm. high, to the atlantal centrum of YP 818, the specimen of *S. ferocior* figured by Case and Williston (*loc. cit.*). A difference that may or may not be significant is that in YP 818 there is a short, conical process in the place where in the Organ Rock specimen there is a shallow notochordal pit. The ventral surface of the Organ Rock atlantal centrum is about 6.5 mm. long, about the same as in YP 818. This means that in the form represented by UCLA VP 1647, the atlantal centrum made a prominent entrance into the ventral border of the vertebral column, as in *Sphenacodon*. In *Ctenospondylus*, as will be seen, the atlantal centrum barely enters the ventral border of the column. The atlantal centrum UCLA VP 1647 may be referred at least tentatively to *Sphenacodon* cf. *S. ferocior*.

### *Ctenospondylus* aff. *C. casei* Romer
### Text-figs. 1-A-E, 2-A

Among the more gratifying fossils taken from the Organ Rock Shale are remains referable to the heretofore very poorly known pelycosaur *Ctenospondylus*.

W. F. Cummins discovered the holotype of *Ctenospondylus casei* in the Belle Plains Formation, Wichita Group, Archer County, Texas in 1881. The holotype, AMNH 4047, consists of: a complete dorsal vertebra, a dorsal vertebra with a partial neural spine, a cervical vertebra lacking the spine, one complete spine and one distal part of a spine, and several fragments of ribs. The neural spines are remarkable for their great length, about 250 mm. above the posterior zygapophyses in the complete vertebra—in this vertebra the centrum is 34 mm. long and 33 mm. high. Case (1910, p. 176) made a passing reference to these vertebrae and suggested assignment to the European Lower Triassic genus *Ctenosaurus* Huene, a long-spined reptile known only from its vertebral column; such assignment cannot well be correct (see discussion in Romer & Price, 1940). Romer (1936, p. 91) named *Ctenospondylus casei*, and Romer and Price (*op. cit.*, pp. 329–330, pl. 35) have described and figured the holotype. Nothing more has been known of *Ctenospondylus* until now.

The best *Ctenospondylus* specimen from the Organ Rock is NTM VP 1001, taken near the base of the western slope of the bell-shaped butte north of Hoskinnini Mesa. This specimen consists of: the fairly complete dermal skull roof in separate lateral halves; the posterior moieties of the lower jaws; the basiparasphenoid; the presphenoid; the two quadrate bones, the right one attached to its respective skull half; a fragment of pterygoid; a string of the first four cervical vertebrae, almost complete, with an impression of the spine of the fifth; fragments of neural spines; a few ribs and parts of ribs; the right clavicle; and the left posterior coracoid. These materials were found partly exposed at the surface of a large sandstone slab that had fallen away from a conglomerate-sandstone ledge. They lay scattered in the slab within an area of about five feet by six feet, all on the same bedding plane; the string of cervical vertebrae lay about five behind the skull halves. The appropriateness in size of these parts to one another, plus the absence of any duplicate elements convinces me that they all came from one individual.

There are many loose parts of sphenacodontid pelycosaurs in this same quarry—partial jaws, vertebral centra, humeri, femora, and so on—that are of the size one would expect in *Ctenospondylus* as it is represented by NTM VP 1001, but in the lack of direct association with diagnostic elements it cannot be proven that these loose materials do not pertain to *Sphenacodon*. The vertebrae, of course, are the most diagnostic elements in *Ctenospondylus*, and several have been found isolated in this quarry. One, NTM VP 1014, a dorsal vertebra complete except for the posterior half of the centrum, was found at one end of the quarry, about 100 feet north of NTM VP 1001, and another dorsal vertebra, NTM VP 1015, lacking only the more distal portion of the neural spine, was found near the other end, about 700 feet to the South. Therefore, for what it is worth, it may at least be said

BLM_0072349

576                   *PETER PAUL VAUGHN*



TEXT-FIG. *1—Ctenospondylus* aff. *C. casei: A*, posterior view of the vertebra NTM VP 1014; the spine is twisted on its long axis as preserved, so that a part of its right lateral surface is seen. *B*, left lateral view of the spine of the same vertebra. *C*, dorsal, and *D*, right lateral views of the presphenoid of NTM VP 1001. *E*, right lateral view of the basiparasphenoid of NTM VP 1001; only the left side is preserved posterior to the sella turcica. All ×½. Unshaded areas represent matrix.

---

EXPLANATION OF PLATE 93

*Tseajaia campi*, n. gen., n. sp. Ventral view of holotype, UCMP V4225/59012. Ca. ×0.30.

BLM_0072350

JOURNAL OF PALEONTOLOGY, VOL. 38   PLATE 93

Peter Paul Vaughn



JOURNAL OF PALEONTOLOGY, VOL. 38   PLATE 94                    Peter Paul Vaughn







Text-fig. 2—*A*, right lateral view of the anterior cervical vertebrae of NTM VP 1001, *Ctenospondylus* aff. *C. casei. B*, right lateral, and *C*, posterior views of the axial neural arch and spine UCLA VP 1646, *Sphenacodon* cf. *S. ferocior*. All ×⅓. Unshaded areas represent matrix.

that *Ctenospondylus* fossils are widely distributed in the quarry. This may heighten the probability that other sphenacodontid materials from this quarry also represent *Ctenospondylus*, but caution forbids this presumption. That other animals were also preserved at this locality is shown by the presence of a vertebra of *Diadectes* sp.

Materials from other quarries that are referable to *Ctenospondylus* are NTM VP 1016, which includes a presphenoid and a nasal bone, and NTM VP 1018, a badly weathered string of three dorsal vertebrae with partial neural spines; both of these came from near the base of the northern slope of Hoskinnini Mesa. Other isolated materials from these and other quarries are likely of

Explanation of Plate 94

*Tseajaia campi*, n. gen., n. sp. Holotype, UCMP V4225/59012. Upper figure: dorsal view of the skull and the anterior vertebrae, ca. ×0.65. Lower figure: lateral view of the skull, slightly less than natural size.

BLM_0072353

*Ctenospondylus* but may pertain to *Sphenacodon*. This uncertainty is extremely unfortunate; good parts of pectoral and pelvic girdles are included among these isolated materials, especially in C. L. Camp's collection from southeast of Monument Pass.

In shape, the almost complete dorsal vertebra NTM VP 1014 (text-fig. 1-A,B) is indistinguishable from the complete dorsal vertebra in the holotype of *Ctenospondylus casei*, and the description of the spine given by Romer and Price (*op. cit.*, pp. 329–330) applies equally well here: "the spine preserves distally the typical pelycosaur shape, flattened from side to side, broad in the longitudinal plane, and even expanding somewhat distally. . . . The basal part of the spine bears anteriorly and posteriorly a system of ridges and grooves . . . these structures cease part way up the spine . . . and are replaced by rounded margins. There is at this point none of the abrupt change in shape of the spine present in *Dimetrodon*, but there is a slight contraction in antero-posterior dimensions, and a series of short ridges is present on the lateral surfaces. . . ." The spine of NTM VP 1014 is 7.5 mm. thick and about 22 mm. in antero-posterior length near its summit. The Organ Rock vertebra is smaller than the Texas specimen. In NTM VP 1014, the greatest transverse diameter of the centrum is only about 22 mm., and the height of the neural spine above the posterior zygapophyses is only about 211 mm. Nevertheless, the proportions are the same. In terms of orthometric linear units (one linear unit is equal to the radius of the centrum to the 2/3 power; see Romer & Price, *op. cit.*, p. 8), the spine of the Organ Rock vertebra is 42.5 units long, a figure very close to the approximately 40 units calculated for the Texas spine (Romer & Price, p. 329). It hardly needs to be added that the Organ Rock vertebrae are of thoroughly sphenacodontid style in every way: pinching of the centrum ventrally, complete ossification of the floor of the neural canal, and deep excavation of the lateral surfaces of the laminae of the neural arch.

Although the Organ Rock and Texas vertebrae cannot be distinguished morphologically, the magnitude of the geographic separation makes it seem probable that different species are represented. Possibly the difference in size is of consequence. However, until a larger suite of specimens is known from the Four Corners, and until the Texas form is known from more than a few vertebrae, it seems best to refer to the Organ Rock form as *Ctenospondylus* aff. *C. casei*.

There is no doubt that the skull of NTM VP 1001 is of a sphenacodontid—the inturned articular and the well developed angular flange on the lower jaw are evidence enough for this—and the assignment by Romer and Price of *Ctenospondylus* to the subfamily Sphenacodontinae is amply supported by the remarkably close resemblance of this skull to those in *Sphenacodon* and *Dimetrodon*.

The dermal roof of the skull is well enough preserved to allow almost all of the major features of shape to be made out, but parts of the lateral surfaces are missing and only a few of the sutures can be followed with confidence. Neither of the lateral skull halves retains a premaxilla, but the right half includes an internal cast with an impression of the inner surface of this bone, thus permitting an estimate of total length of the skull

In most of the measurements that can be taken, the proportions of this skull are similar to those of a specimen of *Dimetrodon grandis* whose dimensions are listed by Romer and Price (*op. cit.*, table 1). The height of the skull NTM VP 1001 measured immediately in front of the orbit is about 112 mm.; the length of the skull posterior to the orbit is about 75 mm. Allowing for a proportionately scaled-down premaxilla, the total length of the skull, from anterior edge of premaxilla to posterior edge of quadrate, may be estimated at about 285 mm. The corresponding measurements in the specimen of *D. grandis* are 167 mm., 110 mm., and 413 mm., giving the following ratios, NTM VP 1001 skull to *D. grandis* skull, 1:1.49, 1:1.47, and 1:1.45. There are some differences in proportions. The anteroposterior diameter of the orbit of NTM VP 1001 is 55 mm., and the estimated length of the skull in front of the orbit is about 155 mm. The corresponding measurements in the *D. grandis* skull are 57 mm. and 246 mm., giving the ratios, 1:1.04 and 1:1.59. The relatively large size of the orbit of NTM VP 1001 can, of course, be accounted for by the fact that, as Romer and Price (*op. cit.*, p. 52) say of the orbit of pelycosaurs in general, "Its size changes but little in relation to the size of the skull . . . we find that small pelycosaurs appear to have large orbits and vice versa." The relatively large size of the orbit may partially account for the relatively shorter snout in NTM VP 1001, but this is not clear. The materials do not permit measurements of the width of the skull.

It must be noted at this point that the skulls in *Dimetrodon* and *Sphenacodon* are practically indistinguishable. Case and Williston (1913, p. 62) remarked of *Sphenacodon*: "It is not surprising that Case, in his first description of this genus, referred it to *Dimetrodon*, since, with all the fragments of the skull before us, representing

a goodly portion of its structure, we are unable to discover a single character that would separate the form generically from that genus. It is practically only in the vertebrae that a distinction is possible." More recently, Romer (1960, p. 51) has said of *Sphenacodon:* "This form is closely related to the well-known *Dimetrodon* of Texas, but lacks the long slender spines that give the latter its spectacular appearance and has instead relatively short and flattened neural spines. In every other respect, however, the two are indistinguishable." Romer and Price (*op. cit.*) point out that the skull in *Dimetrodon* is generally somewhat shorter than in *Sphenacodon* and that this is largely attributable to a tendency toward shorter postorbital length. Calculation from measurements given by these authors (*op. cit.*, table 1) shows that the ratio postorbital length:total skull length ranges from 0.28 to 0.30 in *Sphenacodon* and from 0.19 to 0.30 in *Dimetrodon. Dimetrodon* certainly does tend toward shorter postorbital length, but the ratios in *Dimetrodon* do overlap those in *Sphenacodon.* The ratio in NTM VP 1001 is about 0.26, a figure hardly adequate to demonstrate greater similarity to *Dimetrodon* than to *Sphenacodon.*

In all the other features that I can discern in the dermal roof of NTM VP 1001, including the temporal fenestra, canine swelling of the maxilla, and so on, this skull is similar to that of a specimen of *Dimetrodon limbatus* figured by Romer and Price (*op. cit.*, pls. 6–15). This similarity extends to the quadrate bone and, as far as I can make out, to the dentition. The teeth are not completely preserved, and it is possible that some difference may be found here when better specimens are known. *Ctenospondylus* now joins the camp of *Dimetrodon* and *Sphenacodon,* bringing to three the number of sphenacodontids that are known to be strikingly different in vertebral structure but that are almost indistinguishable in their skulls. This raises an obvious problem in identification. Is it possible that a *Ctenospondylus* skull has already been collected in Texas and that it resides in some museum drawer labelled *"Dimetrodon?"* This problem can be solved. I have said that the skull in *Ctenospondylus* is "almost" indistinguishable from those in *Dimetrodon* and *Sphenacodon.* There are discernible differences in the structure of the braincase.

Romer and Price (*op. cit.*, figs. 9,11, pls. 7,8) have presented excellent illustrations of the basiparasphenoid and presphenoid in *Dimetrodon,* and I have had access to UCMP V3431/34218, which includes a fairly well preserved *Sphenacodon* presphenoid from the Anderson quarry in New Mexico. Both a basiparasphenoid

and a presphenoid were found among the materials of NTM VP 1001. The basiparasphenoid (text-fig. 1E) lacks only the right side behind the sella trucica. Except for a short, sharply concave identation a short distance anterior to the sella turcica, the upper border of the parasphenoidal rostrum is smoothly and markedly convex. This is in contrast to *Dimetrodon,* in which the upper border of the rostrum is gently concave, at least as far forward as the central region of the presphenoid where the border becomes strongly convex. I have not seen a well preserved *Sphenacodon* basiparasphenoid, but the markings on the sides of the UCMP *Sphenacodon* presphenoid indicate that conditions were as in *Dimetrodon.* In the *Dimetrodon* presphenoid, there is an unroofed dorso-lateral channel, and the posterior border of the anterior dorsal plate is thick and ends in an acute median angle. The UCMP *Sphenacodon* presphenoid shows similar conditions. In the presphenoid of NTM VP 1001 (text-fig. 1,C,D), contrariwise, the dorso-lateral "channel" is roofed over by bone, and the posterior border of the anterior dorsal plate is thin and ends in an obtuse angle. Also, in *Ctenospondylus* the median longitudinal trough is not bridged posteriorly by a plate of bone, another difference from *Dimetrodon.* The UCMP *Sphenacodon* presphenoid is too damaged for comparison in this region. Other discernible but probably minor differences from at least *Dimetrodon* are that in *Ctenospondylus* the notch in the posterior border of the presphenoid is acute, and the bar of bone separating the dorso-lateral "channel" from the ventro-medial foramen is incomplete, consisting of only a medial ridge. Another presphenoid, NTM VP 1016, cited earlier, is badly crushed, but it can be clearly seen that the dorso-lateral "channel" is roofed over.

It is unfortunate that the ranges of variation in braincase structure in these three genera are so very poorly known. Nevertheless, the described differences are probably significant. Although these features are not the easiest to uncover in most specimens, they could be of use in identification of an isolated *Ctenospondylus* skull. More interesting, in these features *Dimetrodon,* from Texas, and *Sphenacodon,* from the Four Corners, are closer to one another than either of them is to *Ctenospondylus,* from both places.

The neural spines of the anterior cervical vertebrae of NTM VP 1001 (text-fig. 2A) increase rapidly in length passing posteriorly. Measured along lines perpendicular to the ventral border of the vertebral column, the heights of the spines above the posterior zygapophyses

BLM_0072355

*PETER PAUL VAUGHN*

are: axis, 44 mm.; third cervical, 90 mm.; fourth cervical, 113 mm. The partial impression of the fifth cervical spine indicates greater height than that of the fourth. The spine of the third cervical is bent forwards in a pronounced curvature to overhang the axis. The spine of the fourth cervical is also curved forwards, but not as markedly This curvature of the anterior neural spines resembles the condition in *Edaphosaurus*. As in the dorsal vertebra NTM VP 1014 described earlier, the spines are flat from side to side and are somewhat expanded in the antero-posterior plane towards their distal ends. The spine in the dorsal vertebra is 211 mm. high. The radius of the centrum of the fourth cervical vertebra is about 11 mm., which indicates that the cervical vertebrae came from an individual of about the same size as that represented by the dorsal vertebra. Presumably then, the length of the neural spines in the individual represented by NTM VP 1001 continued to increase passing posteriorly until a height of at least 211 mm. was reached, probably near the mid-dorsal region as in *Dimetrodon* and *Edaphosaurus*.

The ventral portions of centra 3 and 4 are compressed from side to side, so that a keel is formed, as is typical of sphenacodontids. This is especially well shown in a loose cervical vertebra from the same quarry, NTM VP 1017, the spine of which is of about the same length as that of cervical 4 in the string. The lateral surfaces of the laminae of the neural arches are excavated, but not as deeply as in the dorsal vertebrae. As in the dorsals, the floor of the neural canal is well ossified.

Of the atlas-axis complex, the atlantal centrum, axial intercentrum, and axial centrum and neural arch are preserved. The transverse process of the axis is not complete. The right posterior zygapophysis and its buttress have been lost, but these structures are preserved on the left side. The posterior surface of the axial neural spine seems to have been deeply concave, but preservation is not good in this region. The posterior border of the spine meets the dorsal border at a large, semicircular notch, unlike any other sphenacodontid axis I have seen figured. A hatchet-like extension of the axial spine overhangs the anterior zygapophyses, as is common in sphenacodontids. The shape of the axial neural arch is probably not significant in determining phylogenetic position; for example, the arch takes a variety of shapes within the genus *Dimetrodon* (see figures in Romer & Price, *op. cit.*).

The nature of the atlantal centrum and axial intercentrum would seem to be more significant.

In NTM VP 1001 the large axial intercentrum almost excludes the atlantal centrum from entrance into the ventral border of the vertebral column; the ventral surface of the atlantal centrum is only about 2 mm. long. This approaches the condition in ophiacodontid pelycosaurs in which the atlantal centrum is completely excluded from the ventral border of the column. Romer and Price (*op. cit.*, p. 206–207) say of the total exclusion in ophiacodontids: "This feature is highly characteristic and in strong contrast with sphenacodontoid and edaphosauroid conditions." In *Sphenacodon* and *Dimetrodon* the atlantal centrum makes a prominent entrance into the ventral border of the column. In this feature it would seem again—as in the structure of the braincase—that *Sphenacodon* and *Dimetrodon* are nearer to one another than either is to *Ctenospondylus*.

The few parts of dorsal ribs that are included in NTM VP 1001 show the typically sphenacodontid dichocephalous condition. A fragmentary cervical rib, partly impression, is somewhat expanded distally. In this rib, the capitulum and tuberculum meet at an angle of about 130° and are not separated by any noticeable gap. This rib is about 72 mm. long, 18 mm. wide at its proximal end, 7 mm. wide halfway down the shaft, and is expanded to about 13 mm. wide near its rounded distal end; the thickness of the rib halfway down the shaft is 1.5 mm. Romer and Price (*op. cit.*) consider such distal expansion a primitive feature in sphenacodontids and note that it does not occur in *Dimetrodon;* conditions in *Sphenacodon* are obscure.

The only parts of NTM VP 1001 that remain to be described are the right clavicle and the left posterior coracoid. As in sphenacodonts generally, the ventral portion of the clavicle is expanded into a broad plate. The clavicle is about 160 mm. high, and the greatest width of its ventral plate is about 78 mm. The posterior coracoid is of the sphenacodontid pattern; it ends in an acute postero-ventral angle, and the process for the coracoid head of the triceps muscle is well developed.

In Texas, *Ctenospondylus* occurs in the Belle Plains Formation, upper Wichita Group. In the lack of more evidence, it is difficult to assess the significance of the smaller size of the Organ Rock form. The evidence of the Organ Rock *Ctenospondylus* indicates equivalence to a horizon somewhere in the Texas Admiral-Belle Plains sequence.

*Ctenospondylus* is obviously related to *Sphenacodon* and *Dimetrodon*, although some of its characters, as the relationship of its atlantal

centrum to its axial intercentrum, somewhat modify our picture of the Sphenacodontidae. In the dilation of the distal parts of its cervical ribs, *Ctenospondylus* would seem to be more primitive than at least *Dimetrodon*. The differences between *Ctenospondylus* and the other two genera in the structure of the braincase and of the atlas-axis complex cannot, without more information, be considered criteria for either primitiveness or advancement. It is worth noting that Romer and Price (*loc. cit.*) felt that the nature of the atlas-axis complex in the Ophiacodontidae was a specialized condition confined to that family. As far as is known, *Sphenacodon* was confined to the Four Corners side of the "Leonardian seaway," and *Dimetrodon* was confined to the Texas side. *Ophiacodon* and *Edaphosaurus* are pelycosaurs known from both the Four Corners and Texas; of these, *Ophiacodon* is of an obviously primitive pattern and *Edaphosaurus* is known to have been in existence as early as the late Pennsylvanian (Peabody, 1957). *Ctenospondylus* is now also known to have occurred in both places. Possibly this means that the genus *Ctenospondylus* was of earlier origin than either *Spenacodon* or *Dimetrodon*.

### AGE OF ORGAN ROCK SHALE

Comments on the probable age of the Organ Rock Shale have been made in the discussions of individual faunal elements. The evidence may now be summarized. The fragments of palaeoniscoid fishes and labyrinthodont amphibians are of no help here, nor is *Tseajaia campi*. The other faunal elements, however, do allow fairly close correlation.

The remains of *Diadectes* sp. are of a size that indicates a horizon below that of the Clear Fork Group of Texas. Parts of *Ophiacodon* sp. of the size of the larger specimens of the Texas *O. retroversus* indicate equivalence to a horizon somewhere in the sequence of the Admiral and Belle Plains Formations, upper Wichita Group, Texas. This equation is supported by the presence of *Ctenospondylus* aff. *C. casei* in the Organ Rock.

Langston (1953) correlated the vertebrate-bearing Abo and Cutler beds of northern New Mexico with the Moran, Putnam and Admiral Formations, Wichita Group, and Romer (1960) states more specifically that these beds appear to be equivalent to the Putnam Formation. *Sphenacodon* cf. *S. ferocior* and the large *Ophiacodon* sp. in the Organ Rock indicate a level higher than that of the typical New Mexico beds, although perhaps near that of the type locality of *S. ferocior* near Jemez Springs.

In sum, the evidence points to equivalence of the Organ Rock, or, at least, the lower part of the Organ Rock—from which all the fossils come—to some horizon in the upper part of the Wichita Group of Texas. Dunbar *et al.* (1960) have drawn the Wolfcamp-Leonard boundary at the top of the Admiral Formation. Using this standard, the age of the Organ Rock Shale may be estimated as earliest Leonardian. It may be remembered that the age of the Halgaito Shale has been estimated as Wolfcampian (Vaughn, 1962) or, more precisely, early Wolfcampian (Baars, 1962).

### ENVIRONMENT

The plants known from the Organ Rock Shale are *Supaia* sp., *Yakia* sp. and *Walchia* sp. *Walchia* is common in the bone-bearing lenses of the Organ Rock. The *Supaia* and *Yakia* specimens kept at the Museum of Northern Arizona were found near Goulding's Trading Post in Monument Valley; *Walchia* specimens were taken from the same locality. *Yakia* is also known from the top of the Organ Rock in Copper Canyon not far south of the Utah-Arizona boundary (Baker, 1936). All three of these genera occur in the Hermit Shale of the Grand Canyon too (White, 1929), and *Supaia* and *Yakia* are known from nowhere else. This corroborates Baars' (1962) opinion that the Hermit Shale is an extension of the Organ Rock, and it has an important bearing on interpretation of climatic conditions. Of the Hermit Shale, White (*op. cit.*, p. 21) said, "the flora points to a semi-arid climate with a long dry season in this region during Hermit time." Probably, the same was true of the time and place of deposition of the Organ Rock Shale. Such conditions may account for the paucity of the record of fishes; remains of pleuracanth sharks and crossopterygians are plentiful in the Halgaito but seem to be nonexistent in the Organ Rock, where only a very few traces of palaeoniscoids have been found.

*Calamites* and *Callipteris* have been reported from the Halgaito Shale (Vaughn, 1962), and I have recently found a *Neuropteris* pinnule at the "*Platyhystrix* pocket" in the Halgaito (see *op. cit.*). Of these three genera, only *Callipteris* is included in White's floral list of the Hermit Shale. The floral evidence assembled to date is meager, but what there is indicates that there was an increasingly closer approach to Hermit Shale conditions with the passage of early Permian time in the region of Monument Valley.

It is clear that there was such an increase in aridity during the early Permian in northcentral Texas. Bog deposits with a flora of a lush nature

BLM_0072357

582          *PETER PAUL VAUGHN*

are found in the Wichita Group (Romer, 1958); burrows of aestivating lungfish are found in the Clear Fork Group (*ibid.*); and, as one goes higher in the Clear Fork Group, he finds that the vertebrates and plants become increasingly restricted to deposits laid down in streams and small ponds and that the lithologic evidence indicates increasingly longer periods between rainfalls (Olson, 1958). It would seem that arid conditions set in earlier in the Four Corners, at least in the areas some distance to the West of the Uncompahgre uplift. The Halgaito is a lower Wichita equivalent, but even at this low level its fossils are almost completely restricted to stream-channel deposits, and Baars (*op. cit.*) cites lithologic evidence for aridity. Vertebrates are not restricted to stream-channel deposits in the Wolfcampian beds of northern New Mexico, but, as Romer (1960, p. 52) has remarked: "Quite surely Wichita conditions were less arid than those of the Abo-Cutler, and this is reflected in the relative composition of the fauna, the New Mexican beds being conspicuously poor in their representation of aquatic forms." Besides, the New Mexican beds were deposited nearer to the flanks of the Uncompahgre uplift. The Organ Rock is an upper Wichita equivalent and shows evidence of conditions even drier than those of the Halgaito. It would appear that the difference in climate that existed between Texas and the Four Corners in Wolfcampian time persisted until at least early Leonardian time, and that in each of these places there was a fairly steady worsening of conditions. The further history of the environment of the Four Corners Permian vertebrates will have to wait on analysis of the trackways from the presumably aeolian deposits of the De Chelly Sandstone and on refinement of the paleozoögeographic picture through collection over a broader area of the Cutler Group.

ADDENDUM

Field work in the summer of 1963 produced a number of noteworthy specimens. A string of five vertebrae of a rhachitomous amphibian, NTM VP 1022, was found in a new locality in NW¼ sec. 22, T. 42, S., R. 15 E., in a sandstone that grades into stream-channel deposits. This specimen is a welcome addition to the scanty record of amphibians from the Organ Rock shale. Of *Diadectes* sp., a partial skull, NTM VP 1020, was found in the vicinity of Monument Pass, and a perfect innominate bone, NTM VP 1021, was found in the area north of Hoskinnini Mesa. The dimensions of these parts are in accord with a horizon below that of the Clear Fork Group of Texas. In addition, vertebrate trackways were

found in shales associated with stream-channel deposits along the eastern face of Hoskinnini Mesa at a level considerably higher than the fossiliferous level described in this paper.

Further preparation of the specimen of *Tseajaia campi* has shown that the fenestra ovalis of the otic capsule does, indeed, lie far laterally as in *Seymouria* and *Diadectes*. This supports the relationship suggested in this paper.

LITERATURE CITED

BAARS, D. L., 1962, Permian System of Colorado Plateau: Bull. Am. Assoc. Petroleum Geologists, v. 46, p. 149–218.
BAKER, A. A., 1936, Geology of the Monument Valley-Navajo Mountain region, San Juan County, Utah: Bull. U. S. Geol. Survey, no. 865, p. 1–106.
——— & REESIDE, J. B., 1929, Correlation of the Permian of southern Utah, northern Arizona, northwestern New Mexico, and southwestern Colorado: Bull. Am. Assoc. Petroleum Geologists, v. 13, p. 1413–1448.
CASE, E. C., 1910, New or little known reptiles and amphibians from the Permian (?) of Texas: Bull. Am. Mus. Nat. Hist., v. 28, p. 163–181.
———, 1911, A revision of the Cotylosauria of North America: Carnegie Inst. Washington, publ. no. 145, p. 1–122.
——— & WILLISTON, S. W., 1913, Description of a nearly complete skeleton of *Diasparactus zenos* Case, *in* Case, E. C., Williston, S. W., & Mehl, M. G., Permo-Carboniferous vertebrates from New Mexico: Carnegie Inst. Washington, publ. no. 181, p. 17–35.
———, 1913, A description of certain collections of bones referred to *Sphenacodon* Marsh: *Ibid.*, p. 61–70.
DUNBAR, C. O., *et al.*, 1960, Correlation of the Permian formations of North America: Bull. Geol. Soc. America, v. 71, p. 1763–1806.
EFREMOV, I. A., 1946, On the subclass Batrachosauria, a group of forms intermediate between amphibians and reptiles: Isv. Biol. Div. Sci., Acad. Sci. U.S.S.R., v. 6, p. 616–638 (in Russian, English summary).
HILTON, J., 1942, Thumbmark in the book of time: The Desert Magazine, v. 5, no. 12, p. 18–22.
LANGSTON, W., JR., 1953, Permian amphibians from New Mexico: Univ. California Publ. in Geol. Sci., v. 29, p. 349–416.
OLSON, E. C., 1958, Fauna of the Vale and Choza: 14, Summary, review and integration of the geology and the faunas: Fieldiana, Geol., v. 10, p. 397–448.
———, 1962, Late Permian terrestrial vertebrates, U.S.A. and U.S.S.R.: Trans. American Philos. Soc., v. 52, pt. 2, p. 1–224.
PEABODY, F. E., 1957, Pennsylvanian reptiles of Garnett, Kansas: edaphosaurs: Jour. Paleontology, v. 31, p. 947–949.
ROMER, A. S., 1936, Studies on American Permo-Carboniferous tetrapods: Problems of Paleont., Publ. Lab. Paleont., Moscow Univ., U.S.S.R., v. 1, p. 85–93.
———, 1944, The Permian cotylosaur *Diadectes tenuitectus*: Am. Jour. Sci., v. 242, p. 139–144.
———, 1956, Osteology of the Reptiles: Univ. Chicago Press, 772 pp.
———, 1958, The Texas Permian redbeds and their vertebrate fauna, *in* Studies on Fossil Vertebrates

*VERTEBRATES OF THE CUTLER GROUP* 583

Presented to D. M. S. Watson: Univ. London, the Athlone Press, p. 157–179.

——, 1960, The vertebrate fauna of the New Mexico Permian: New Mexico Geol. Soc. Guidebook of Rio Chama Co., 11th Field Conf., p. 48–54.

——, & PRICE, L. I., 1940, Review of the Pelycosauria: Geol. Soc. America Spec. Paper no. 28, 538 p.

STEWART, J. H., 1959, Stratigraphic relations of Hoskinnini member (Triassic?) of Moenkopi formation of Colorado Plateau: Bull. American Assoc. Petroleum Geologists, v. 43, p. 1852–1868.

VAUGHN, P. P., 1962, Vertebrates from the Halgaito tongue of the Cutler formation, Permian of San Juan County, Utah: Jour. Paleontology, v. 36, p. 529–539.

WENGERD, S. A., & MATHENY, M. L., 1958, Pennsylvanian System of Four Corners region: Bull. American Assoc. Petroleum Geologists, v. 42, p. 2048–2106.

WHITE, D., 1929, Flora of the Hermit Shale, Grand Canyon, Arizona: Carnegie Inst. Washington, publ. no. 405, p. 1–221.

BLM_0072359

# REVIEW

# Impact of Shale Gas Development on Regional Water Quality

R. D. Vidic,[1]* S. L. Brantley,[2] J. M. Vandenbossche,[1] D. Yoxtheimer,[2] J. D. Abad[1]

Unconventional natural gas resources offer an opportunity to access a relatively clean fossil fuel that could potentially lead to energy independence for some countries. Horizontal drilling and hydraulic fracturing make the extraction of tightly bound natural gas from shale formations economically feasible. These technologies are not free from environmental risks, however, especially those related to regional water quality, such as gas migration, contaminant transport through induced and natural fractures, wastewater discharge, and accidental spills. We review the current understanding of environmental issues associated with unconventional gas extraction. Improved understanding of the fate and transport of contaminants of concern and increased long-term monitoring and data dissemination will help manage these water-quality risks today and in the future.

Natural gas has recently emerged as an energy source that offers the opportunity for a number of regions around the world to reduce their reliance on energy imports or strive toward energy independence (1, 2). It may also be a potential transition fuel that will allow for the shift from coal to renewable energy resources while helping to reduce the emissions of $CO_2$, criteria pollutants, and mercury by the power sector (3). The driving force behind this shift is that it has become economically feasible to extract unconventional sources of gas that were previously considered inaccessible. Conventional gas is typically extracted from porous sandstone and carbonate formations, where it has generally been trapped under impermeable caprocks after migration from its original source rock. In contrast, unconventional gas is usually recovered from low-permeability reservoirs or the source rocks themselves, including coal seams, tight sand formations, and fine-grained, organic-rich shales. Unconventional gas formations are characterized by low permeabilities that limit the recovery of the gas and require additional techniques to achieve economical flow rates (2).

The archetypical example of rapidly increasing shale gas development is the Marcellus Shale in the eastern United States (Fig. 1). Intensive gas extraction began there in 2005, and it is one of the top five unconventional gas reservoirs in the United States. With a regional extent of 95,000 square miles, the Marcellus is one of the world's largest known shale-gas deposits. It extends from upstate New York, as far south as Virginia, and as far west as Ohio, underlying 70% of the state of Pennsylvania and much of West Virginia. The formation consists of black and dark gray shales, siltstones, and limestones (4). On the basis of a geological study of natural fractures in the formation, Engelder (5) estimated a 50% probability that the Marcellus will ultimately yield 489 trillion cubic feet of natural gas.

Concerns that have been voiced (6) in connection with hydraulic fracturing and the development of unconventional gas resources in the United States include land and habitat fragmentation as well as impacts to air quality, water quantity and quality, and socioeconomic issues (3, 5, 7). Although shale gas development is increasing across several regions of the United States and the world (such as the United Kingdom, Poland, Ukraine, Australia, and Brazil), this review focuses on the potential issues surrounding water quality in the Appalachian region and specifically the Marcellus Shale, where the majority of published studies have been conducted. Our Review focuses on chemical aspects of water quality rather than issues surrounding enhanced sediment inputs into waterways, which have been discussed elsewhere (4, 7, 8).

## Cause of the Shale Gas Development Surge

Recent technological developments in horizontal drilling and hydraulic fracturing have enabled enhanced recovery of unconventional gas in the United States, increasing the contribution of shale gas to total gas production from negligible levels in 1990 to 30% in 2011 (4). Although the first true horizontal oil well was drilled in 1929, this technique only became a standard industry practice in the 1980s (9). Whereas a vertical well allows access to tens or hundreds of meters across a flat-lying formation, a horizontal well can be drilled to conform to the formation and can therefore extract gas from thousands of meters of shale. Horizontal wells reduce surface disturbance by limiting the number of drilling pads and by enabling gas extraction from areas where vertical wells are not feasible. However, horizontal drilling alone would not have enabled exploitation of the unconventional gas resources because the reservoir permeability is not sufficient to achieve economical gas production by natural flow. Hydraulic fracturing—"hydrofracking," or "fracking"—was developed in the 1940s to fracture and increase permeability of target formations and has since been improved to match the characteristics of specific types of reservoirs, including shales.

Hydraulic fracturing fluids consist of water that is mixed with proppants and chemicals before injection into the well under high pressure (480 to 850 bar) in order to open the existing fractures or initiate new fractures. The proppant (commonly sand) represents generally ∼9% of the total weight of the fracturing fluid (10) and is required to keep the fractures open once the pumping has stopped. The number, type, and concentration of chemicals added are governed by the geological characteristics of each site and the chemical characteristics of the water used. The fracturing fluid typically used in the Marcellus Shale is called slickwater, which means that it does not contain viscosity modifiers that are often added to hydrofracture other shales so as to facilitate better proppant transport and placement.

Chemical additives in the fluids used for hydraulic fracturing in the Marcellus Shale include friction reducers, scale inhibitors, and biocides (Table 1 and Box 1). Eight U.S. states currently require that all chemicals that are not considered proprietary must be published online (11), whereas many companies are voluntarily disclosing this information in other states. However, many of the chemicals added for fracturing are not currently regulated by the U.S. Safe Drinking Water Act, raising public concerns about water supply contamination. From 2005 to 2009, about 750 chemicals and other components were used in hydraulic fracturing, ranging from harmless components, including coffee grounds or walnut hulls, to 29 components that may be hazardous if introduced into the water supply (6). An inorganic acid such as hydrochloric acid is often used to clean the wellbore area after perforation and to dissolve soluble minerals in the surrounding formation. Organic polymers or petroleum distillates are added to reduce friction between the fluid and the wellbore, lowering the pumping costs. Antiscalants are added to the fracturing fluid so as to limit the precipitation of salts and metals in the formation and inside the well. Besides scaling, bacterial growth is a major concern for the productivity of a gas well (quantity and quality of produced gas). Glutaraldehyde is the most common antibacterial agent added, but other disinfectants [such as 2,2-dibromo-3-nitrilopropionamide (DBNPA) or chlorine dioxide] are often considered. Surfactants (alcohols such as methanol or isopropanol) may also be added to reduce the fluid surface tension to aid fluid recovery.

## Methane Migration

As inventoried in 2000, more than 40 million U.S. citizens drink water from private wells (12). In some areas, methane—the main component of natural gas—seeps into these private wells from either natural or anthropogenic sources. Given its low solubility (26 mg/L at 1 atm, 20°C), methane

[1]Department of Civil and Environmental Engineering, University of Pittsburgh, Pittsburgh, PA 15261, USA. [2]Earth and Environmental Systems Institute and Department of Geosciences, Pennsylvania State University, University Park, PA 16802, USA.

*Corresponding author. E-mail: vidic@pitt.edu

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072360

that enters wells as a solute is not considered a health hazard with respect to ingestion and is therefore not regulated in the United States. When present, however, methane can be oxidized by bacteria, resulting in oxygen depletion. Low oxygen concentrations can result in the increased solubility of elements such as arsenic or iron. In addition, anaerobic bacteria that proliferate under such conditions may reduce sulfate to sulfide, creating water- and air-quality issues. When methane degasses, it can also create turbidity and, in extreme cases, explode (13, 14). Therefore, the U.S. Department of the Interior recommends a warning if water contains 10 mg/L of $CH_4$ and immediate action if concentrations reach 28 mg/L (15). Methane concentrations above 10 mg/L indicate that accumulation of gas could result in an explosion (16).

The most common problem with well construction is a faulty seal in the annular space around casings that is emplaced to prevent gas leakage from a well into aquifers (13). The incidence rate of casing and cement problems in unconventional gas wells in Pennsylvania has been reported previously as ~1 to 2% (17). Our count in Pennsylvania from 2008 to March 2013 for well construction problems [such as casing or cementing incidents (18)] cited by the Pennsylvania Department of Environmental Protection (DEP) revealed 219 notices of violation out of 6466 wells (3.4%) (19). Of these, 16 wells in northern Pennsylvania were given notices with respect to the regulation that the "operator shall prevent gas and other fluids from lower formations from entering fresh groundwater" (violation code 78.73A). Most of the time, gas leakage is minor and can be remedied. However, in one case attributed to Marcellus drilling and leaky well casings, stray gas that accumulated in a private water well exploded near the northeastern Pennsylvania town of Dimock. A study of 60 groundwater wells in that area, including across the border in upstate New York (20), showed that both the average and maximum methane concentrations were higher when sampled from wells within 1 km of active Marcellus gas wells as compared with those farther away. Much discussion has since ensued as to whether the methane detected in these wells was caused by drilling or natural processes (21–24) because the area has long had sources of both thermogenic and biogenic methane unrelated to hydraulic fracturing, and no predrilling baseline data are available. The averages reported in that study for sites both near and far from drilling are not dissimilar from values for groundwater from areas of Pennsylvania and West Virginia sampled by the U.S. Geological Survey (USGS) before the recent Marcellus Shale development began, or samples in New York state where high-volume hydrofracturing is currently banned (Fig. 2).

The reason gas is found so often in water wells in some areas is because methane not only forms at depth naturally, owing to high-temperature maturation of organic matter, but also at shallow depths through bacterial processes (25, 26). Both these thermogenic and biogenic gas types can migrate through faults upward from deep formations or laterally from environments such as swamps (swamp gas) or glacial till (drift gas) (14, 27). In addition, gas can derive from anthropogenic sources such as gas storage fields, coal mines, landfills, gas pipelines, and abandoned gas wells (28). In fact, ~350,000 oil and gas wells have been drilled in Pennsylvania, and the locations of ~100,000 of these are unknown (29). Thus, it is not surprising that gas problems have occurred in Pennsylvania long before the Marcellus development (30). Pennsylvania is not the only state facing this problem because about ~60,000 documented orphaned wells and potentially more than 90,000 undocumented orphaned wells in the United States have not been adequately plugged and could act as vertical conduits for gas (31).

As natural gas moves in the subsurface, it can be partially oxidized, mixed with other gases, or diluted along flow paths. To determine its provenance, a "multiple lines of evidence approach" must be pursued (24). For example, researchers measure the presence of other hydrocarbons as well as the isotopic signatures of H, O, and C in the water or gas (16, 27, 31). Thermogenic gas in general has more ethane and a higher $^{13}C/^{12}C$ ratio than that of biogenic gas. Stable isotopes in thermogenic gas may sometimes even yield clues about which shale was the source of the gas (24, 32). In northeastern Pennsylvania, researchers argue whether the isotopic signatures of the methane in drinking-water wells indicate the gas derived from the Marcellus or from shallower formations (20, 24).

Although determining the origin of gas in water wells may lead to solutions for this problem, the source does not affect liability because gas companies are responsible if it can be shown that any gas—not just methane—has moved into a water well because of shale-gas development activity. For example, drilling can open surficial fractures that allow preexisting native gas to leak into water wells (13). This means that pre- and post-drilling gas concentration data are needed to determine culpability. Only one published study compares pre- and post-drilling water chemistry in the Marcellus Shale drilling area. In that study, a



**Fig. 1. Marcellus Shale wells in Pennsylvania.** Rapid development of Marcellus Shale since 2005 resulted in more than 12,000 well permits, with more than 6000 wells drilled and ~3500 producing gas through December 2012 (average daily production ranged from <0.1 to >20 million cubic feet/day (MMCF/D). Current locations of centralized wastewater treatment facilities (CWTs) are distributed to facilitate treatment and reuse of flowback and produced water for hydraulic fracturing.

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072361

REVIEW

sample of 48 water wells in Pennsylvania investigated between 2010 and 2011 within 2500 feet of Marcellus wells showed no statistical differences in dissolved $CH_4$ concentrations before or shortly after drilling [33]. In addition, no statistical differences related to distance from drilling were observed. However, that study reported that the concentration of dissolved methane increased in one well after drilling was completed nearby, which is possibly consistent with an average rate of casing problems of ~3%.

The rate of detection of methane in water wells in northeast Pennsylvania [80 to 85% [20, 24]] is higher than in the wider region that includes southwestern Pennsylvania [24% [33]], where pre- and post-drilling concentrations were statistically identical. This could be a result of the small sample sizes of the two studies or because the hydrogeological regime in the northeast is more prone to gas migration [34]. Such geological differences also may explain why regions of the Marcellus Shale have been characterized by controversy in regard to methane migration as noted above, whereas other shale gas areas such as the Fayetteville in Arkansas have not reported major issues with respect to methane [35]. Reliable models that incorporate geological characteristics are needed to allow prediction of dissolved methane in groundwater. It is also critical to distinguish natural and anthropogenic causes of migration, geological factors that exacerbate such migration, and the likelihood of ancillary problems of water quality related to the depletion of oxygen. Answering some of these questions will require temporal variations in gas and isotopic concentrations in groundwater wells near and far from drilling by using multiple lines of evidence [16, 24]. Research should also focus on determining flow paths in areas where high sampling density can be attained.

### How Protective Is the "Well Armor"?

The protective armor shielding the freshwater zones and the surrounding environment from the contaminants inside the well consist of several layers of casing (hollow steel pipe) and cement (Fig. 3). When the integrity of the wellbore is compromised, gas migration or stray gas can become an issue [14]. Gas migration out of a well refers to movement of annular gas either through or around the cement sheath. Stray gas, on the other hand, commonly refers to gas outside of the wellbore. One of the primary causes of gas migration or stray gas is related to the upper portion of the wellbore when it is drilled into a rock formation that contains preexisting high-pressure gas. This high-pressure gas can have deleterious effects on the integrity of the outer cement annulus, such as the creation of microchannels [36]. Temperature surveys can be performed shortly after the cementing job is completed in order to ensure that cement is present behind the casing. Acoustic logging tools are also available to evaluate the integrity of the cement annulus in conjunction with pressure testing.

It is well known that to effectively stabilize wellbores with cement in areas with zones of overpressurized gas, proper cement design and proper mud removal are essential [37, 38]. If the hydrostatic pressure of the cement column is not higher than the gas-bearing formation pressure, gas can invade the cement before it sets. Conversely, if this pressure is too high, then the formation can fracture, and a loss of cement slurry can occur. Even when the density is correct, the gas from the formation can invade the cement as it transitions from a slurry to a hardened state [39]. The slurry must be designed to minimize this transition time and the loss of fluid from the slurry to the formation. Also, if drilling mud is not properly cleaned from the hole before cementing, mud channels may allow gas migration through the central portion of the annulus or along the cement-formation interface. Even if the well is properly cleaned and the cement is placed properly, shrinkage

**Table 1.** Common chemical additives for hydraulic fracturing.

| Additive type | Example compounds | Purpose |
|---|---|---|
| Acid | Hydrochloric acid | Clean out the wellbore, dissolve minerals, and initiate cracks in rock |
| Friction reducer | Polyacrylamide, petroleum distillate | Minimize friction between the fluid and the pipe |
| Corrosion inhibitor | Isopropanol, acetaldehyde | Prevent corrosion of pipe by diluted acid |
| Iron control | Citric acid, thioglycolic acid | Prevent precipitation of metal oxides |
| Biocide | Glutaraldehyde, 2,2-dibromo-3-nitrilopropionamide (DBNPA) | Bacterial control |
| Gelling agent | Guar/xantham gum or hydroxyethyl cellulose | Thicken water to suspend the sand |
| Crosslinker | Borate salts | Maximize fluid viscosity at high temperatures |
| Breaker | Ammonium persulfate, magnesium peroxide | Promote breakdown of gel polymers |
| Oxygen scavenger | Ammonium bisulfite | Remove oxygen from fluid to reduce pipe corrosion |
| pH adjustment | Potassium or sodium hydroxide or carbonate | Maintain effectiveness of other compounds (such as crosslinker) |
| Proppant | Silica quartz sand | Keep fractures open |
| Scale inhibitor | Ethylene glycol | Reduce deposition on pipes |
| Surfactant | Ethanol, isopropyl alcohol, 2-butoxyethanol | Decrease surface tension to allow water recovery |

**Box 1. Glossary of Terms**

**Casing:** steel pipe that is inserted into a recently drilled section of a borehole to stabilize the hole, prevent contamination of groundwater, and isolate different subsurface zones.

**Cementing:** placing a cement mixture between the casing and a borehole to stabilize the casing and seal off the formation.

**Class II disposal wells:** underground injection wells for disposal of fluids associated with oil and gas production.

**Flowback water:** water that returns to the surface after the hydraulic fracturing process is completed and the pressure is released and before the well is placed in production; flowback water return occurs for several weeks.

**Produced water:** water that returns to the surface with the gas after the well is placed in production; production water return occurs during the life of a well.

**Proppant:** granular material, such as silica sand, ceramic media, or bauxite, that keeps the fractures open so that gas can flow to the wellbore.

**Slickwater fracturing:** fracturing with fluid that contains mostly water along with friction reducers, proppants, and other additives; used for predominantly gas-bearing formations at shallower depths.

**Source rock:** organic-rich sedimentary rocks, such as shale, containing natural gas or oil.

**Stray gas:** gas contained in the geologic formation outside the wellbore that is accidentally mobilized by drilling and/or hydraulic fracturing.

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072362

REVIEW

of the cement during hydration or as a result of drying throughout the life of the well can result in crack development within the annulus (40, 41).

Although the primary mechanisms contributing to gas migration and stray gas are understood, it is difficult to predict the risk at individual sites because of varying geological conditions and drilling practices. To successfully protect fresh water and the surrounding environment from the contaminants inside the well, the site-specific risk factors contributing to gas migration and stray gas must be better understood, and improvements in the diagnostics of cement and casing integrity are needed for both new and existing wells. Finding solutions to these problems will provide environmental agencies the knowledge needed to develop sound regulations related to the distances around gas wells that can be affected. It will also provide operators the ability to prevent gas migration and stray gas in a more efficient and economical manner.

### The Source and Fate of Fracturing Fluid

The drilling and hydraulic fracturing of a single horizontal well in the Marcellus Shale may require 2 million to 7 million gallons of water (42). In contrast, only about 1 million gallons are needed for vertical wells because of the smaller formation contact volume. Although the projected water consumption for gas extraction in the Marcellus Shale region is 18.7 million gallons per day in 2013 (39), this constitutes just 0.2% of total annual water withdrawals in Pennsylvania. Water withdrawals in other areas are similarly low, but temporary problems can be experienced at the local level during drought periods (3). Furthermore, water quantity issues are prevalent in the drier shale-gas plays of the southwest and western United States (43). It is likely that water needs will change from these initial projections as the industry continues to improve and implement water reuse. Nevertheless, the understanding of flow variability—especially during drought conditions or in regions with already stressed water supplies—is necessary to develop best management practices for water withdrawal (44). It is also necessary to develop specific policies regarding when and where water withdrawals will be permitted in each region (45).

After hydraulic fracturing, the pressure barriers such as frac plugs are removed, the wellhead valve is opened, and "flowback water" is collected at the wellhead. Once the well begins to produce gas, this water is referred to as "produced water" and is recovered throughout the life of the well. Flowback and produced waters are a mixture of injected fluids and water that was originally present in the target or surrounding formations (formation water) (42, 46–50). The fraction of the volume of injected water that is recovered as flowback water from horizontal wells in Pennsylvania ranges from 9 to 53% (9, 41), with an average of 10%. It has been observed that the recovery can be even lower than 10% if the well is shut-in—or maintained closed between fracturing and gas production—so as to allow the gas to

move from the shale matrix into the new fractures. Two of the key unanswered questions is what happens to the fracturing fluid that is not recovered during the flowback period, and whether this fluid could eventually contaminate drinking water aquifers (23, 33, 34, 52–54). The analyses of Marcellus Shale well logs indicate that the low-permeability shale contains very little free water (55, 56), and much of the hydraulic fracturing fluid may imbibe (absorb) into the shale.

Fracturing fluid could migrate along abandoned and improperly plugged oil and gas wells, through an inadequately sealed annulus between the wellbore and casing or through natural or induced fractures outside the target formation. Indeed, out-of-formation fractures have been documented to extend as much as ~460 m above the

top of some hydraulically fractured shales (57), but still ~1.6 km or more below freshwater aquifers. Nonetheless, on the basis of the study of 233 drinking-water wells across the shale-gas region of rural Pennsylvania, Boyer et al. (33) reported no major influences from gas well drilling or hydrofracturing on nearby water wells. Compared with the pre-drilling data reported in that study, only one well showed changes in water quality (salt concentration). These changes were noticed within days after a well was hydrofractured less than ~460 m away, but none of the analytes exceeded the standards of the U.S. Safe Drinking Water Act, and nearly all the parameters approached pre-drilling concentrations within 10 months.

In the case of methane contamination in groundwater near Dimock, Pennsylvania, contamination



**Fig. 2. Methane concentrations in groundwater and springs. (A)** Published values for groundwater or spring samples include 239 sites in New York from 1999 to 2011 (84), 40 sites in Pennsylvania in 2005 (27), and 170 sites in West Virginia from 1997 to 2005 (85). Maxima varied from 68.5 mg/L in West Virginia, to 44.8 mg/L in Tioga County, Pennsylvania, where an underground gas storage field was leaking, to a value approaching 45 mg/L in New York. **(B)** Values shown with down arrows are averages for a set of wells in southeastern New York and northeastern Pennsylvania located <1 km (26 wells) and >1 km (34 wells) from active gas drilling (20).

Downloaded from http://science.sciencemag.org on March 27, 2021

BLM_0072363

by saline flowback brines or fracturing fluids was not observed (*20*). One early U.S. Environmental Protection Agency (EPA) report (*54*) suggested that a vertically fractured well in Jackson County, West Virginia, may have contaminated a local water well with gel from fracturing fluid. This vertical well was fractured at a depth of just ~1220 m, and four old natural gas wells nearby may have served as conduits for upward contaminant transport. A recent EPA study (*53*) implicated gas production wells in the contamination of deep groundwater resources near Pavillion, Wyoming. However, resampling of the monitoring wells by the USGS showed that the flowrate was too small to lend confidence to water-quality interpretations of one well, leaving data from only one other well to interpret with respect to contamination, and regulators are still studying the data (*58*). The Pavillion gas field consists of 169 production wells into a sandstone (not shale) formation and is unusual in that fracturing was completed as shallow as 372 m below ground. In addition, surface casings of gas wells are as shallow

as 110 m below ground, whereas the domestic and stock wells in the area are screened as deep as 244 m below ground. The risk for direct contaminant transport from gas wells to drinking-water wells increases dramatically with a decrease in vertical distance between the gas well and the aquifer.

A recent study applied a groundwater transport model to estimate the risk of groundwater contamination with hydraulic fracturing fluid by using pressure changes reported for gas wells (*52*). The study concluded that changes induced by hydraulic fracturing could allow advective transport of fracturing fluid to groundwater aquifers in <10 years. The model includes numerous simplifications that compromise its conclusions (*59*). For example, the model is based on the assumption of hydraulic conductivity that reflects water-filled voids in the geological formations, and yet many of the shale and overburden formations are not water-saturated (*60*). Hence, the actual hydraulic conductivity in the field could be orders of magnitude lower than that assumed

in the study (*59*). Furthermore, although deep joint sets or fractures exist (*14*), the assumption of preexisting 1500-m long vertical fractures is hypothetical and not based on geologic exploration. Hence, there is a need to establish realistic flow models that take into account heterogeneity in formations above the Marcellus Shale and realistic hydraulic conductivities and fracturing conditions.

Last, it has long been known (*14, 34, 47, 48, 61, 62*) that groundwater is salinized where deeper ancient salt formations are present within sedimentary basins, including basins with shale gas. Where these brines are present at relatively shallow depths, such as in much of the northeastern and southwestern United States and Michigan, brines sometimes seep to the surface naturally and are unrelated to hydraulic fracturing. An important research thrust should focus on understanding these natural brine transport pathways to determine whether they could represent potential risk for contamination of aquifers because of hydraulic fracturing.

**Appropriate Wastewater Management Options**

The flowback and produced water from the Marcellus Shale is the second saltiest (*63*) and most radiogenic (*50*) of all sedimentary basins in the United States where large volume hydraulic fracturing is used. The average amount of natural gas-related wastewater in Pennsylvania during 2008 to 2011 was 26 million barrels per year (a fourfold increase compared with pre-Marcellus period) (*64*). Compared with conventional shallow wells, Marcellus Shale wells generate one third of the wastewater per unit volume of gas produced (*65*). However, the wastewater associated with Marcellus development in 2010 and 2011 accounted for 68 and 79%, respectfully, of the total oil and gas wastewater requiring management in Pennsylvania. Flowback/produced water is typically impounded at the surface for subsequent disposal, treatment, or reuse. Because of the large water volume, high concentration of dissolved solids, and complex physical-chemical composition of this wastewater, which includes organic and radioactive components, the public is becoming increasingly concerned about management of this water and the potential for human health and environmental impacts associated with the release of untreated or inadequately treated wastewater to the environment (*66*). In addition, spills from surface impoundments (*14*) and trucks or infiltration to groundwater though failed liners are potential pathways for surface and groundwater contamination by this wastewater.

Treatment technologies and management strategies for this wastewater are constrained by regulations, economics of implementation, technology performance, geologic setting, and final disposal alternatives (*67*). The majority of wastewater from oil and gas production in the United States is disposed of effectively by deep underground injection (*68*). However, the state of Pennsylvania has only five operating Class II disposal wells. Although underground injection disposal wells will likely increase in number in Pennsylvania, shale gas development is currently occurring



**Fig. 3. Typical Marcellus well construction.** (i) The conductor casing string forms the outermost barrier closest to the surface to keep the upper portion of the well from collapsing and it typically extends less than 12 m (40 ft) from the surface; (ii) the surface casing and the cement sheath surrounding it that extend to a minimum of 15 m below the lowest freshwater zone is the first layer of defense in protecting aquifers; (iii) the annulus between the intermediate casing and the surface casing is filled with cement or a brine solution; and (iv) the production string extends down to the production zone (900 to 2800 m), and cement is also placed in the annulus between the intermediate and production casing. Potential flaws in the cement annulus (Inset, "A" to "E") represent key pathways for gas migration from upper gas-bearing formations or from the target formation.

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072364

in many areas where Class II disposal wells will not be readily available. Moreover, permissions for and construction of new disposal wells is complex, time-consuming, and costly. Disposal of Pennsylvania brines in Ohio and West Virginia is ongoing but limited by high transportation costs.

The lack of disposal well capacity in Pennsylvania is compounded by rare induced low-magnitude seismic events at disposal wells in other locations (69–71). It is likely that the disposal of wastewater by deep-well injection will not be a sustainable solution across much of Pennsylvania. Nonetheless, between 1982 and 1984, Texas reported at most ~100 cases of confirmed contamination of groundwater from oilfield injection wells, saltwater pits, and abandoned wells, even though at that time the state hosted more than 50,000 injection wells associated with oil and gas (72). Most problems were associated with small, independent operators. The ubiquity of wells and relative lack of problems with respect to brine disposal in Texas is one likely explanation why public pushback against hydraulic fracturing is more limited in Texas as compared with the northeastern United States.

Another reason for public pushback in the northeast may be that in the early stages of Marcellus Shale development, particularly in 2008 to 2009, flowback/produced water was discharged and diluted into publicly owned treatment works (POTWs, or municipal wastewater treatment plants) under permit. This practice was the major pathway for water contamination because these POTWs are not designed to treat total dissolved solids (TDS), and the majority of TDS passed directly into the receiving waterways (6, 73), resulting in increased salt loading in Pennsylvania rivers, especially during low flow (74). In response, the Pennsylvania DEP introduced discharge limits to eliminate disposal of Marcellus Shale wastewater to POTWs (75). In early 2010, there were 17 centralized waste treatment plants (CWTs) in Pennsylvania that were exempted from the TDS discharge limits. However, according to Pennsylvania DEP records none of these CWTs reported to be currently receiving Marcellus wastewater, although they may receive produced water from conventional gas wells. Nevertheless, the TDS load to surface waters from flowback/produced water increased from ~230,000 kg/day in 2006 to 350,000 kg/day in 2011 (64).

It is difficult to determine whether shale gas extraction in the Appalachian region since 2006 has affected water quality regionally, because baseline conditions are often unknown or have already been affected by other activities, such as coal mining. Although high concentrations of Na, Ca, and Cl will be the most likely ions detected if flowback or produced waters leaked into waterways, these salts can also originate from many other sources (76). In contrast, Sr, Ba, and Br are highly specific signatures of flowback and produced waters (34, 47). Ba is of particular interest in Pennsylvania waters in that it can be high in sulfate-poor flowback/produced waters but low in sulfate-containing coal-mine drainage. Likewise,

the ratio of $^{87}Sr/^{86}Sr$ may be an isotopic fingerprint of Marcellus DEP began a new monitoring program in 2011. Samples are collected from pristine watersheds as well as from streams near CWT discharges and shale-gas drilling. The Shale Network is collating these measurements with high-quality data from citizen scientists, the USGS, the EPA, and other entities in order to assess potential water quality impacts in the northeast (78, 79). Before 2003, mean concentrations in Pennsylvania surface waters in counties with unconventional shale-gas development were $27 \pm 32$, $550 \pm 620$, and $72 \pm 81$ µg/L for Ba, Sr, and Br ($\pm 1\sigma$), respectively (Fig. 4). Most values more than $3\sigma$ above the mean concentrations since 2003 represent samples from areas of known brine effluents from CWTs. A concern has been raised over bromide levels in the Allegheny River watershed that may derive from active CWTs because of health effects associated with disinfection by-products formed as a result of bromide in drinking water sources (64, 80). Given the current regulatory climate and the fact that the majority of dissolved solids passes through these CWTs, it is expected that these treatment facilities will likely not play a major role in Marcellus Shale wastewater management.

The dominant wastewater management practice in the Marcellus Shale region nowadays is wastewater reuse for hydraulic fracturing [a review of Pennsylvania DEP data for the first 6 months of 2012 indicates 90% reuse rate (81)]. Wastewater is impounded at the surface and used directly, or after dilution or pretreatment. Reuse of wastewater minimizes the volume that must be treated and disposed, thus reducing environmental control costs and risks and enhancing the economic feasibility of shale-gas extraction (67). Currently, operators in the Marcellus region do not fully agree about the quality of wastewater that must be attained for reuse. Major concerns include possible precipitation of $BaSO_4$ and, to a lesser extent, $SrSO_4$ and $CaCO_3$ in the shale formation and the wellbore and the compatibility of wastewater with chemicals that are added to the fracturing fluid (such as friction reducers and viscosity modifiers). Hence, a better understanding of chemical compatibility issues would greatly improve the ability to reuse wastewater and minimize disposal volumes. In addition, radioactive radium that is commonly present in flowback/produced water will likely be incorporated in the solids that form in the wastewater treatment process and could yield a low-concentration radioactive waste that must be handled appropriately and has potential on-site human health implications.

The wastewater reuse program represents a somewhat temporary solution to wastewater management problems in any shale play. This program works only as long as there is net water consumption in a given well field. As the well field matures and the rate of hydraulic fracturing diminishes, the field becomes a net water producer because

the volume of produced water will exceed the amount of water needed for hydraulic fracturing operations (82, 83). It is not yet clear how long it will take to reach that point in the Marcellus region, but it is clear that there is a need to develop additional technical solutions (such as effective and economical approaches for separation and use of dissolved salts from produced water and treatment for naturally occurring radioactive material) that would allow continued development of this important natural resource in an environmentally responsible manner. Considering very high salinity of many produced waters from shale gas development, this is truly a formidable challenge. Research focused on better understanding of where the salt comes from and how hydrofracturing might be designed to minimize salt return to the land surface would be highly beneficial.

## Conclusions

Since the advent of hydraulic fracturing, more than 1 million hydraulic fracturing treatments have been conducted, with perhaps only one documented case of direct groundwater pollution resulting from injection of hydraulic fracturing chemicals used for shale gas extraction (54). Impacts from casing leakage, well blowouts, and spills of contaminated fluids are more prevalent but have generally been quickly mitigated (17). However, confidentiality requirements dictated by legal investigations, combined with the expedited rate of development and the limited funding for research, are substantial impediments to peer-reviewed research into environmental impacts. Furthermore, gas wells are often spaced closely within small areas and could result in cumulative impacts (5) that develop so slowly that they are hard to measure.

The public and government officials are continuing to raise questions and focus their attention on the issue of the exact composition of the hydrofracturing fluid used in shale formations. In 2010, the U.S. House of Representatives directed the EPA to conduct a study of hydraulic fracturing and its impact on drinking-water resources. This study will add important information to account for the fate of hydraulic fracturing fluid injected into the gas-bearing formation. It is well known that a large portion (as much as 90%) of injected fluid is not recovered during the flowback period, and it is important to document potential transport pathways and ultimate disposition of the injected fluid. The development of predictive methods to accurately account for the entire fluid volume based on detailed geophysical and geochemical characteristics of the formation would allow for the better design of gas wells and hydraulic fracturing technology, which would undoubtedly help alleviate public concerns. Research is also needed to optimize water management strategies for effective gas extraction. In addition, the impact of abandoned oil and gas wells on both fluid and gas migration is a concern that has not yet been adequately addressed.

Gas migration received considerable attention in recent years, especially in certain parts of the Appalachian basin (such as northeast Pennsylvania).

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072365

REVIEW



**Fig. 4. Concentrations of three ions in surface waters of Pennsylvania in counties with unconventional shale-gas wells: (A) barium, (B) strontium, and (C) bromide.** Data reported by EPA (STORET data), USGS (NWIS data), Susquehanna River Basin Commission, Appalachian Geological Consulting and ALLARM [from Shale Network database (*78, 79*)], and from the Pennsylvania DEP (SAC046) include all rivers, streams, ponds, groundwater drains, lysimeter waters, and mine-associated pit, seep, and discharge waters accessed by using HydroDesktop (www.cuahsi.org) in the relevant counties (data before 2009 for bromide are not shown). Lines indicate 3σ above the mean of data from 1960 to 2003 for the longest duration dataset (USGS). Most values above the lines

since 2003 represent targeted sampling in areas of known brine effluents from conventional oil and gas wells (such as Blacklick Creek receiving brine effluent from a CWT). The highest plotted Ba concentration was measured in Salt Springs in northern Pennsylvania. Three of the four samples with highest Sr and Br are from Blacklick Creek; next highest is from Salt Springs. Original values reported beneath the detection limit are plotted at that limit (10 to 100 μg Sr/L; 10 μg Ba/L; and 10 to 200 μg/L Br). The EPA maximum contaminant level (MCL) for Ba is 2000 μg/L. EPA reports no MCL for Sr or Br. Lifetime and 1-day health advisory levels for Sr are 4000 and 25000 μg/L, respectively, and a level under consideration for Br is 6000 μg/L.

It has been known for a long time that methane migrates from the subsurface (such as coal seams, glacial till, and black shales), and the ability to ignite methane in groundwater from private wells was reported long before the recent development of the Marcellus Shale (*14*). However, in the absence of reliable baseline information, it is easy to blame any such incidents on gas extraction activities. It is therefore critical to establish baseline conditions before drilling and to use multiple

lines of evidence to better understand gas migration. It is also important to improve drilling and cementing practices, especially through gas-bearing formations, in order to eliminate this potential pathway for methane migration.

Water management for unconventional shale gas extraction is one of the key issues that will dominate environmental debate surrounding the gas industry. Reuse of flowback and produced water for hydraulic fracturing is currently address-

ing the concerns regarding the vast salt quantities that are brought to the surface (each Marcellus well generates as much as 200 tons of salt during the flowback period). However, there is a need for comprehensive risk assessment and regulatory oversight for spills and other accidental discharges of wastewater to the environment. As these well fields mature and the opportunities for wastewater reuse diminish, the need to find alternative management strategies for this wastewater

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072366

REVIEW

will likely intensify. Now is the time to work on these issues in order to avoid an adverse environmental legacy similar to that from abandoned coal mine discharges in Pennsylvania.

**References and Notes**

1. U.S. Energy Information Administration, "Annual Energy Outlook 2013, Early Release" (U.S. Department of Energy, 2013); available at www.eia.gov/forecasts/aeo/erindex.cfm.
2. S. Holditch, K. Perry, J. Lee, "Unconventional Gas Reservoirs—Tight Gas, Coal Seams, and Shales, Working Document of the National Petroleum Council on Global Oil and Gas Study" (National Petroleum Council, 2007).
3. MIT, "The future of natural gas," http://mitei.mit.edu/publications/reports-studies/future-natural-gas. (Massachusetts Institute of Technology, 2011).
4. S. M. Olmstead, L. A. Muehlenbachs, J.-S. Shih, Z. Chu, A. J. Krupnick, Proc. Natl. Acad. Sci. U.S.A., published online 11 March 2013. doi: 10.1073/pnas.1213671110
5. T. Engelder, Fort Worth Basin Oil Gas Mag. 20, 18 (2009).
6. U.S. House of Representatives Committee of Energy and Commerce Minority Staff, "Chemicals used in Hydraulic Fracturing" (prepared for H. A. Waxman, E. J. Markey, D. DeGette, 2011).
7. S. Entrekin, M. Evans-White, B. Johnson, E. Hagenbuch, Rapid expansion of natural gas development poses a threat to surface waters. Front. Ecol. Environ. 9, 503 (2011). doi: 10.1890/110053
8. P. J. Drohan, M. Brittingham, Soil Sci. Soc. Am. J. 76, 1696 (20120).
9. Energy Information Administration, Drilling Sideways—A Review of Horizontal Well Technology and Its Domestic Application, DOE/EIA-TR-0565 (U.S. Department of Energy, Washington, DC, 1993).
10. NYS DEC, "Draft Supplemental Generic Environmental Impact Statement on the Oil, Gas and Solution Mining Regulatory Program, Well Permit Issuance for Horizontal Drilling And High-Volume Hydraulic Fracturing to Develop the Marcellus Shale and Other Low-Permeability Gas Reservoirs" (New York State Department of Environmental Conservation, 2009).
11. www.FracFocus.org.
12. S. Hutson et al., Geol. Surv. Circ. 1268, 1 (2004).
13. A. W. Gorody, Factors affecting the variability of stray gas concentration and composition in groundwater. Environ. Geosci. 19, 17 (2012). doi: 10.1306/eg.12081111013
14. S. S. Harrison, Evaluating system for ground-water contamination hazards due to gas-well drilling on the glaciated Appalachian plateau. Ground Water 21, 689 (1983). doi: 10.1111/j.1745-6584.1983.tb01940.x
15. K. K. Eltschlager, J. W. Hawkins, W. C. Ehler, F. J. Baldassare, "Technical measures for the investigation and mitigation of fugitive methane hazards in areas of coal mining" (U.S. Dept. of the Interior, Office of Surface Mining Reclamation and Enforcement, Pittsburgh, PA, 2001).
16. K. M. Révész, K. J. Breen, F. J. Baldassare, R. C. Burruss, Carbon and hydrogen isotopic evidence for the origin of combustible gases in water-supply wells in north-central Pennsylvania. Appl. Geochem. 25, 1845 (2010). doi: 10.1016/j.apgeochem.2010.09.011
17. T. Considine, R. Watson, N. Considine, J. Martin, "Environmental Impacts during Marcellus Shale Gas Drilling: Causes, Impacts, and Remedies, Report 2012-1" (Shale Resources and Society Institute, State University of New York, Buffalo, 2012).
18. Total count included violations 78.73A, 78.81D1 and D2, 78.83A and B, 78.83GRNDWTR, 78.83COALCSG, 78.84, 78.85, 78.86, and 207B. Wells with multiple violations were counted only once.
19. PA DEP Office of Oil and Gas, "Oil and Gas Compliance Report, www.portal.state.pa.us/portal/server.pt/community/oil_and_gas_compliance_report/20299" (Pennsylvania Department of Oil and Gas, 2013).
20. S. G. Osborn, A. Vengosh, N. R. Warner, R. B. Jackson, Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. Proc. Natl. Acad. Sci. U.S.A. 108, 8172 (2011). doi: 10.1073/pnas.1100682108; pmid: 21555547
21. R. B. Jackson, S. G. Osborn, N. R. Warner, A. Vengosh, "Responses to frequently asked questions and comments

about the shale-gas paper by Osborn et al., June 15, 2011" www.nicholas.duke.edu/cgi/FrackFAQ6_15_11.pdf, 2012).
22. S. C. Schon, Hydraulic fracturing not responsible for methane migration. Proc. Natl. Acad. Sci. U.S.A. 108, E664 (2011).
23. R. J. Davies, Methane contamination of drinking water caused by hydraulic fracturing remains unproven. Proc. Natl. Acad. Sci. U.S.A. 108, E871 (2011).
24. L. J. Molofsky, J. A. Connor, S. K. Farhat, A. S. Wylie Jr., T. Wagner, Oil Gas Dev. 109, 54 (2011).
25. C. D. Laughrey, F. J. Baldassare, Am. Assoc. Pet. Geol. Bull. 82, 317 (1998).
26. M. J. Whiticar, Carbon and hydrogen isotope systematics of bacterial formation and oxidation of methane. Chem. Geol. 161, 291 (1999). doi: 10.1016/S0009-2541(99)00092-3
27. G. Etiope, A. Drobniak, A. Schimmelmann, Marine and Petroleum Geology, http://dx.doi.org/10.1016/j.marpetgeo.2013.02.009 (2013).
28. K. J. Breen, K. Revesz, F. J. Baldassare, S. D. McAuley, "Natural gases in ground water near Tioga Junction, Tioga County, north-central Pennsylvania–Occurrence and use of isotopes to determine origins, 2005" (U.S. Geological Survey, Scientific Investigations Report Series 2007-5085, 2007).
29. PA DEP, "Oil and Gas Well Drilling and Production in Pennsylvania" (Pennsylvania Department of Environmental Protection, PA DEP Fact Sheet, 2011).
30. W. R. Gough, B. A. Waite, in Water Resources in Pennsylvania: Availability, Quality, and Management, S. K. Majumdar, E. W. Miller, R. R. Parizek, Eds. (Pennsylvania Academy of Science, 1990), pp. 384–398.
31. IOGC, "Protecting our Country's Resources: The States' Case, Orphaned Well Plugging Initiative" (Interstate Oil and Gas Compact Commission, National Energy Technology Laboratory, 2008).
32. S. G. Osborn, J. C. McIntosh, Chemical and isotopic tracers of the contribution of microbial gas in Devonian organic-rich shales and reservoir sandstones, northern Appalachian Basin. Appl. Geochem. 25, 456 (2010). doi: 10.1016/j.apgeochem.2010.01.001
33. E. W. Boyer, B. R. Swistock, J. Clark, M. Madden, D. E. Rizzo, "The impact of Marcellus gas drilling on rural drinking water supplies" (The Center for Rural Pennsylvania, Pennsylvania General Assembly, www.rural.palegislature.us/documents/reports/Marcellus_and_drinking_water_2011_rev.pdf, 2012).
34. N. R. Warner et al., Geochemical evidence for possible natural migration of Marcellus Formation brine to shallow aquifers in Pennsylvania. Proc. Natl. Acad. Sci. U.S.A. 109, 11961 (2012). doi: 10.1073/pnas.1121181109; pmid: 22778445
35. T. M. Kresse et al., U.S.G.S. Scientific Investigations Report 2012-5273 (2012).
36. G. Bol, H. Grant, S. Keller, F. Marcassa, J. de Rozieres, Oilfield Rev. 3, 35 (1991).
37. A. Bonnett, D. Pafitis, Oilfield Rev. 8, 36 (1996).
38. V. Gonzalo, B. Aiskely, C. Alicia, in SPE Latin American and Caribbean Petroleum Engineering Conference, Society of Petroleum Engineers international (Rio de Janeiro, Brazil, 2005).
39. M. J. Rogers, R. L. Dillenbeck, R. N. Eid, Society of Petroleum Engineers, 90829 (2004).
40. M. B. Dusseault, M. N. Gray, Society of Petroleum Engineers, 64733 (2000).
41. J. M. Tinsley, E. C. Miller, D. L. Sutton, Society of Petroleum Engineers, 8257 (1979).
42. T. D. Hayes, "Marcellus Shale water chemistry" (Appalachian Shale Water Conservation and Management Committee, 2009).
43. J.-P. Nicot, B. R. Scanlon, Water use for Shale-gas production in Texas, U.S. Environ. Sci. Technol. 46, 3580 (2012). doi: 10.1021/es204602t; pmid: 22385152
44. D. Soeder, W. M. Kappell, "Water resources and natural gas production from the Marcellus Shale" (U.S. Geological Survey Fact Sheet 2009-3032, Reston, VA, 2009).
45. B. G. Rahm, S. J. Riha, Toward strategic management of shale gas development: Regional, collective impacts on water resources. Environ. Sci. Policy 17, 12 (2012). doi: 10.1016/j.envsci.2011.12.004

46. E. Barbot, N. S. Vidic, K. B. Gregory, R. D. Vidic, Spatial and Temporal Correlation of Water Quality Parameters of Produced Waters from Devonian-Age Shale following Hydraulic Fracturing. Environ. Sci. Technol. 47, 2562 (2013). doi: 10.1021/es304638h; pmid: 23425120
47. L. O. Haluszczak, A. W. Rose, L. R. Kump, Geochemical evaluation of flowback brine from Marcellus gas wells in Pennsylvania, USA. Appl. Geochem. 28, 55 (2013). doi: 10.1016/j.apgeochem.2012.10.002
48. P. E. Dresel, A. W. Rose, Pennsylvania Geological Survey, 4th series Open File Report OFOG 10-01.0, www.dcnr.state.pa.us/topogeo/pub/openfile/ofog10_01.aspx (2010), p. 48.
49. M. E. Blauch, R. R. Myers, T. R. Moore, B. A. Lipinski, N. A. Houston, paper presented at the SPE Eastern Regional Meeting, Society of Petroleum Engineers SPE 125740, Charleston, WV, 2009.
50. E. L. Rowan, M. A. Engle, C. S. Kirby, T. F. Kraemer, "Radium content of oil- and gas-field produced waters in the Northern Appalachian Basin (USA): Summary and discussion of data" (U.S. Geological Survey, Scientific Investigation Report 2011-5135, 2011).
51. M. E. Mantell, in EPA Hydraulic Fracturing Study Technical Workshop 4. Water Resources Management, Chesapeake Energy (Oklahoma City, OK, 2011).
52. T. Myers, Potential contaminant pathways from hydraulically fractured shale to aquifers. Ground Water 50, 872 (2012). doi: 10.1111/j.1745-6584.2012.00933.x; pmid: 22509908
53. D. C. DiGiulio, R. T. Wilkin, C. Miller, G. Oberly, "DRAFT: Investigation of Ground Water Contamination near Pavillion, Wyoming" (U.S. Environmental Protection Agency Office of Research and Development, 2011).
54. U.S. Environmental Protection Agency, "Report to Congress: Management of wastes from the exploration, development, and production of crude oil, natural gas, and geothermal energy" (U.S. Environmental Protection Agency, Washington, DC, 1987).
55. T. Engelder, in GSA Annual Meeting and Exposition (Charlotte, NC, 2012); available at https://gsa.confex.com/gsa/2012AM/webprogram/Paper207549.html.
56. T. Engelder, Capillary tension and imbibition sequester frack fluid in Marcellus gas shale.. Proc. Natl. Acad. Sci. U.S.A. 109, E3625 (2012). doi: 10.1073/pnas.1216133110
57. K. Fisher, N. Warpinski, SPE Prod. Oper. 27, 8 (2012).
58. P. R. Wright, P. B. McMahon, D. K. Mueller, M. L. Clark, "Groundwater-Quality and Quality-Control Data for Two Monitoring Wells near Pavillion, Wyoming, April and May 2012" (U.S.G.S. Data Series 718, http://pubs.usgs.gov/ds/718/DS718_508.pdf, 2012).
59. J. E. Saiers, E. Barth, Potential contaminant pathways from hydraulically fractured shale aquifers. Ground Water 50, 826, discussion 828 (2012). doi: 10.1111/j.1745-6584.2012.00990.x; pmid: 23003107
60. K. R. Bruner, R. A. Smosna, "Comparative study of the Mississippian Barnett Shale. Fort Worth Basin, and Devonian Marcellus Shale, Appalachian Basin, DOE/NETL-2011/1478" (Department of Energy, National Energy Technology Laboratory, 2011).
61. C. W. Roth, Pennsylvania Geol. Surv. Bull. M47, 1 (1962).
62. J. A. Williams, U.S. Geological Survey Scientific Investigations Report 2010-5224 (2010).
63. US DOE, "Cost-Effective Recovery of Low-TDS Frac Flowback Water for Re-use" (U.S. Department of Energy, www.netl.doe.gov, 2011).
64. J. M. Wilson, J. M. VanBriesen, Environ. Pract. 14, 288 (2012). doi: 10.1017/S1465404612000427
65. B. D. Lutz, A. N. Lewis, M. W. Doyle, Generation, transport, and disposal of wastewater associated with Marcellus Shale gas development. Water Resour. Res. 49, 647 (2013). doi: 10.1002/wrcr.20096
66. D. M. Kargbo, R. G. Wilhelm, D. J. Campbell, Natural gas plays in the Marcellus Shale: challenges and potential opportunities. Environ. Sci. Technol. 44, 5679 (2010). doi: 10.1021/es903811p; pmid: 20518558
67. K. B. Gregory, R. D. Vidic, D. A. Dzombak, Water Management Challenges Associated with the Production of Shale Gas by Hydraulic Fracturing. Elements 7, 181 (2011). doi: 10.2113/gselements.7.3.181

Downloaded from http://science.sciencemag.org/ on March 27, 2021

BLM_0072367

REVIEW

68. C. E. Clark, J. A. Veil, "Produced Water Volumes and Management Practices in the United States, ANL/EVS/R-09/1" (Environmental Science Division, Argonne National Laboratory, 2009).

69. C. J. de Pater, S. Baisch, "Geomechanical study of Bowland Shale seismicity, Synthesis Report" (Cuadrilla Resources, Ltd., 2011).

70. Reuters, "Ohio earthquake was not a natural event, expert says," *Reuters*, 2012.

71. National Academy of Sciences, *Induced Seismicity Potential in Energy Technologies* (National Academies Press, Washington, DC, 2012).

72. Texas Department of Agriculture, "Agricultural Land and Water Contamination from Injection Wells, Disposal Pits, and Abandoned Wells Used in Oil and Gas Production" (TX Department of Agriculture, Department of Natural Resources, 1985).

73. K. J. Ferrar et al., *Environmental Science & Technology*, dx.doi.org/10.1021/es301411q (2013).

74. D. J. Rozell, S. J. Reaven, Water pollution risk associated with natural gas extraction from the Marcellus Shale. *Risk Anal.* **32**, 1382 (2012). doi: 10.1111/j.1539-6924.2011.01757.x; pmid: 22211399

75. PA DEP, "Wastewater Treatment Requirements, 25 PA Code 95" (Pennsylvania Department of Environmental Protection, 2010).

76. J. R. Mullaney, D. L. Lorenz, A. D. Arntson, "Chloride in Groundwater and Surface Water in Areas Underlain by the Glacial Aquifer System, Northern United States" (U.S. Department of the Interior, U.S. Geological Survey, Scientific Investigations Report 2009-5086, 2009).

77. E. C. Chapman et al., Geochemical and strontium isotope characterization of produced waters from Marcellus Shale natural gas extraction. *Environ. Sci. Technol.* **46**, 3545 (2012). doi: 10.1021/es204005g; pmid: 22360406

78. S. L. Brantley, C. Wilderman, J. Abad, Workshop discusses database for Marcellus water issues. *Eos Trans. AGU* **93**, 328 (2012). doi: 10.1029/2012EO340006

79. Shale Network database is accessible through HydroDesktop (www.cuahsi.org).

80. S. States et al., paper presented at the AWWA-WQTC, Phoenix, AZ, November 13 to 17, 2011.

81. K. O. Maloney, D. A. Yoxtheimer, Production and Disposal of Waste Materials from Gas and Oil Extraction from the Marcellus Shale Play in Pennsylvania. *Environ. Pract.* **14**, 278 (2012). doi: 10.1017/S1466046612000035X

82. C. Kuijvenhoven et al., paper presented at the Shale Gas Water Management Conference, Dallas, TX, November 30 to December 1, 2011.

83. R. D. Vidic, T. D. Hayes, S. Hughes, in *Shale Gas Water Management Marcellus Initiative* (Pittsburgh, PA, 2011).

84. W. M. Kappell, E. A. Nystrom, Dissolved methane in New York groundwater, 1999–2011. U.S. Geological Survey Open-File Report 2012-1162 (2012); available at http://pubs.usgs.gov/of/2012/1162.

85. J. S. White, M. V. Mathes, "Dissolved-gas concentrations in ground water in West Virginia" (U.S. Geological Survey Data Series 156, 2006).

**Acknowledgments:** R.D.V., S.L.B., D.Y., and J.D.A. acknowledge funding for the Shale Network from NSF grant OCE-11-40159.

10.1126/science.1235009

Downloaded from http://science.sciencemag.org on March 27, 2021

BLM_0072368



# COLORADO AIR RESOURCE MANAGEMENT MODELING STUDY (CARMMS) WITH UPDATED MANCOS SHALE MODELING:

## 2021 MODELING RESULTS FOR THE HIGH, LOW AND MEDIUM OIL AND GAS DEVELOPMENT SCENARIOS

### <u>CARMMS 1.5</u>
### <u>Final Report</u>

Prepared for:
Bureau of Land Management (BLM)
New Mexico State Office
301 Dinosaur Trail
Santa Fe, New Mexico, 87508

Prepared by:
Krish Vijayaraghavan, John Grant, Tejas Shah, Zhen Liu,
Lynsey Parker, Tasko Olevski, Ralph Morris
Ramboll Environ US Corporation
773 San Marin Drive, Suite 2115
Novato, California, 94998
(415) 899-0700

Kleinfelder, Inc.
1801 California St., Suite 1100
Denver, Colorado 80202
(303) 297-5710

March 2016
06-35831B

BLM_0072369

March 2016 

## CONTENTS

1.0 INTRODUCTION ........................................................................................................1

  1.1 Background ...........................................................................................................1

  1.2 Purpose .................................................................................................................3

  1.3 Overview of Modeling Approach .........................................................................3

  1.4 Air Quality Standards and AQRV Thresholds.......................................................6

    1.4.1 Federal and State Air Quality Standards and PSD Increments ...........................6

    1.4.2 Air Quality Related Value (AQRV) Thresholds .................................................8

2.0 CARMMS DATABASE DEVELOPMENT .........................................................................9

  2.1 Modeling System ..................................................................................................9

  2.2 Episode Selection .................................................................................................9

  2.3 CARMMS Modeling Domains .............................................................................10

  2.4 Meteorological Modeling Approach ..................................................................14

    2.4.1 2008 WRF Modeling Methodology ................................................................14

    2.4.2 Meteorological Model Performance Evaluation .............................................16

  2.5 2008 Base Case Emissions .................................................................................17

    2.5.1 Source of 2008 Base Case Emissions .............................................................17

    2.5.2 On-Road Mobile Sources ...............................................................................20

    2.5.3 Area and Non-Road Mobile Sources...............................................................20

    2.5.4 2008 Oil and Gas Emissions ..........................................................................22

    2.5.5 Fire Emissions ...............................................................................................24

    2.5.6 Ammonia Emissions ......................................................................................24

    2.5.7 Ocean Going Vessels .....................................................................................25

    2.5.8 Biogenic Emissions ........................................................................................25

    2.5.9 Spatial Allocation ..........................................................................................25

    2.5.10 Temporal Allocation.....................................................................................26

    2.5.11 Chemical Speciation .....................................................................................26

    2.5.12 Emissions Quality Assurance and Quality Control .........................................27

  2.6 2008 Base Case Modeling and Model Performance Evaluation ........................29

3.0 FUTURE YEAR EMISSIONS ........................................................................................31

  3.1 Western Colorado BLM Planning Area Oil and Gas Emissions Calculators...................31

    3.1.1 Overview of Calculators .................................................................................32

    3.1.2 Pollutants .....................................................................................................32

    3.1.3 Temporal .......................................................................................................33

BLM_0072370

RAMBØLL ENVIRON

3.1.4   Calculator Inputs ..................................................................................33

3.1.5   Emission Calculations ...........................................................................33

3.2   Oil and Gas Emissions outside of the BLM Western Colorado Planning Areas.............36

3.2.1   Colorado Royal Gorge Field Office ........................................................36

3.2.2   South San Juan Basin, New Mexico ......................................................37

3.2.3   Uinta Basin, Utah .................................................................................41

3.2.4   Southwestern Wyoming .......................................................................42

3.3   Other Anthropogenic Emissions ...........................................................................42

3.4   Emissions that Remain at 2008 Levels ...................................................................42

3.5   Western Colorado BLM Planning Area Oil and Gas Emissions ...................................42

3.5.1   2021 High, Low and Medium Development Scenarios Emissions
Overview ..............................................................................................43

3.5.2   2021 High, Low and Medium Development Scenarios Emissions....................45

3.6   Future Year Emissions Modeling Procedures...........................................................49

3.6.1   Non-Oil and Gas Future-Year Emissions Data.........................................50

3.6.2   Oil and Gas Future-Year Emissions Data................................................55

3.6.3   Mining Future-Year Emissions Data .......................................................56

3.7   Emissions Modeling Results .................................................................................56

3.7.1   Mining PM Speciation Issues ................................................................64

**4.0 FUTURE YEAR MODELING APPROACH ...................................................................77**

4.1   CARMMS Source Apportionment Modeling Approach................................................77

4.1.1   Overview of Source Apportionment Tools ...............................................77

4.1.2   CARMMS Source Apportionment Configuration .......................................79

4.2   Post-Processing of the CAMx 2021 Source Apportionment Modeling Results ...........82

4.3   Class I and Sensitive Class II Areas for Analysis .....................................................86

4.3.1   Final Class I and Sensitive Class II Areas................................................86

4.3.2   Class I and Sensitive Class II Area Grid Cell Assignments.........................94

4.4   Ambient Concentration Analysis using Absolute Modeling Results ...........................98

4.5   Ambient Concentration Analysis using Relative Modeling Results.............................98

4.6   Visibility Analysis ...............................................................................................98

4.6.1   IMPROVE Reconstructed Mass Extinction Equations ...............................99

4.6.2   Cumulative Visibility...........................................................................101

4.7   Sulfur and Nitrogen Deposition...........................................................................102

4.8   Acid Neutralizing Capacity .................................................................................104

**5.0 2021 MODELING RESULTS.................................................................................105**

BLM_0072371

RAMBØLL ENVIRON

5.1  PSD Pollutant Concentration Impacts at Class I and Sensitive Class II Areas..............105

    5.1.1  Maximum PSD Concentration Impacts at any Class I or II Area ......................106

    5.1.2  PSD Concentration across All Class I and Sensitive Class II Areas ...................130

5.2  Visibility Impacts at Class I/II Areas using FLAG (2010)..............................................139

    5.2.1  Maximum Visibility Impacts at any Class I Area for all Source Groups ............140

    5.2.2  Individual Planning Area Contributions to Visibility Impairment at Class I and II Areas using FLAG (2010) ...............................................................151

5.3  Cumulative Visibility Impacts at Class I Areas ............................................................167

5.4  Sulfur and Nitrogen Deposition at Class I and Sensitive Class II Areas .......................178

    5.4.1  Highest Deposition Impacts at Class I/II Areas .................................................178

5.5  Acid Neutralizing Capacity (ANC) at Sensitive Lakes ..................................................195

    5.5.1  ANC Calculations for Individual BLM Planning Areas .......................................195

    5.5.2  ANC Calculations for Combined BLM Planning Areas........................................200

5.6  2021 NAAQS Comparisons ........................................................................................207

    5.6.1  Ozone NAAQS Analysis using Relative Modeling Results .................................207

    5.6.2  Ozone NAAQS Analysis using the Absolute Modeling Results .........................220

    5.6.3  $PM_{2.5}$ NAAQS Analysis ..................................................................................239

    5.6.4  $PM_{10}$ NAAQS Analysis ...................................................................................259

    5.6.5  $SO_2$ NAAQS Analysis .......................................................................................263

    5.6.6  $NO_2$ NAAQS Analysis ......................................................................................269

5.7  Source-Receptor Issues .............................................................................................277

**6.0 ACRONYMS.............................................................................................................281**

**7.0 REFERENCES.............................................................................................................284**

## TABLES

Table 1-1.  Applicable National and State Ambient Air Quality Standards and PSD concentration increments. ...................................................................................7

Table 2-1.  Summary of models selected for the BLM CARMMS modeling*. ..........................9

Table 2-2.  37 Vertical layer interface definition for WRF simulations (left most columns), and approach for reducing to 25 vertical layers for CAMx by collapsing multiple WRF layers (right columns). ......................................................13

Table 2-3.  Physics options used in the WestJumpAQMS WRF 2008 simulation modeling................................................................................................................16

Table 2-4.  Summary of sources of emissions and emission models used to generate 2008 base case emissions for use in CARMMS.......................................19

Table 2-5.  Spatial surrogate distributions to be used in the SMOKE emissions modeling spatial allocations. ..................................................................................26

RAMBØLL ENVIRON

Table 2-6.   Emissions processing categories and temporal allocation approach for 2008 Base Case emissions modeling. ...................................................................28

Table 3-0.   Comparison of oil and gas emissions (tons per year, TPY) from the Mancos Shale Areas for 2021 High, Low and Medium Development emission scenarios. ...................................................................................41

Table 3-1.   Comparison of oil and gas emissions (tons per year, TPY) from the 8 western Colorado BLM Planning Areas for 2021 High, Low and Medium Development emission scenarios. ...........................................44

Table 3-2a.   Summary of oil and gas $NO_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 High Development emission scenarios (2021 emissions include both existing and new O&G sources)..................................................................46

Table 3-2b.   Summary of oil and gas $NO_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 Medium Development emission scenarios (2021 emissions include both existing and new O&G sources)........................................................47

Table 3-2c.   Summary of oil and gas $NO_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 Low Development emission scenarios (2021 emissions include both existing and new O&G sources)..................................................................48

Table 3-3.   Source of VOC speciation profile and spatial surrogates used for gridding oil and gas emissions in the 14 CO/NM BLM Planning Areas. ................56

Table 3-4.   Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 High Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE. ..............................................59

Table 3-5a.   Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 Low Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE. ..............................................60

Table 3-5b.   Percent difference in 2021 High and Low Development Scenario emissions (High – Low) for each Source Category (see Section 4.1) and combinations of Source Categories from the CAMx source apportionment diagnostic output after processing by SMOKE. ..........................61

Table 3-6a.   Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 Medium Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE. ..............................................62

Table 3-6b.   Percent difference in 2021 High and Medium Development Scenario emissions (High – Medium) for each Source Category (see Section 4.1)

BLM_0072373

RAMBOLL ENVIRON

and combinations of Source Categories from the CAMx source apportionment diagnostic output files after processing by SMOKE......................63

Table 3-7.    SCC number and description, $PM_{2.5}$ speciation profile code and name, and PM emissions for 95% of the mining emissions on Federal lands used in the CARMMS 2021 modeling.......................................................75

Table 3-8.    $PM_{2.5}$ emissions speciation profiles available for mining PM emissions...............76

Table 4-1.    Ordering of the 20 Source Categories used in the CAMx 2021 source apportionment modeling in CARMMS 1.0. ...........................................81

Table 4-2a.   24 Source apportionment post-processing Source Groups that separate AQ/AQRV impacts at Class I and sensitive Class II areas that were disclosed for the 2021 emission scenarios in CARMMS 1.0. .......................82

Table 4-2b.   Ordering of the 9 Source Categories modeled in the current CARMMS CAMx 2021 Low Development Scenario source apportionment modeling (also see Table 4-2c)....................................................84

Table 4-2c.   32 Source apportionment post-processing Source Groups that separate AQ/AQRV impacts at Class I and sensitive Class II areas that are disclosed for the 2021 emission scenarios in the current study (CARMMS 1.5). .......................................................................84

Table 4-3.    Applicable National and State Ambient Air Quality Standards and PSD concentration increments (bold indicates units in which standard was defined, conversion to ppm/ppb following CDPHE modeling guidance and with the exception of ozone that will be reported in ppb, all modeled concentrations will be reported in $\mu g/m^3$). .............................................85

Table 5-1a.   Maximum annual $NO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .........................................................108

Table 5-1b.   Maximum annual $NO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .........................................................108

Table 5-1c.   Maximum annual $NO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .........................................................109

Table 5-2a.   Maximum annual $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .........................................................110

Table 5-2b.   Maximum annual $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .........................................................111

BLM_0072374

March 2016                                    RAMBOLL ENVIRON

Table 5-2c.   Maximum annual $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .................................................................................112

Table 5-3a.   Maximum 24-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .................................................................................113

Table 5-3b.   Maximum 24-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .................................................................................114

Table 5-3c.   Maximum 24-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .................................................................................114

Table 5-4a.   Maximum 3-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .................................................................................115

Table 5-4b.   Maximum 3-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .................................................................................116

Table 5-4c.   Maximum 3-hour $SO_2$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .................................................................................117

Table 5-5a.   Maximum Annual $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .................................................................................119

Table 5-5b.   Maximum Annual $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .................................................................................120

Table 5-5c.   Maximum Annual $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .................................................................................121

Table 5-6a.   Maximum 24-Hour $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. .................................................................................122

Table 5-6b.   Maximum 24-Hour $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. .................................................................................123

Table 5-6c.   Maximum 24-Hour $PM_{2.5}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. .................................................................................124

BLM_0072375

March 2016   RAMBØLL ENVIRON

Table 5-7a.   Maximum Annual $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. ......................................................................125

Table 5-7b.   Maximum Annual $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. ......................................................................126

Table 5-7c.   Maximum Annual $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. ......................................................................127

Table 5-8a.   Maximum 24-Hour $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 High Development Scenario. ......................................................................128

Table 5-8b.   Maximum 24-Hour $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Low Development Scenario. ......................................................................129

Table 5-8c.   Maximum 24-Hour $PM_{10}$ concentration at any Class I or sensitive Class II area due to the different Source Groups for the 2021 Medium Development Scenario. ......................................................................130

Table 5-9a.   Contributions of new oil and gas emissions on Federal lands within the New Mexico Farmington Field Office Planning Area (Source Group N) to PSD pollutant concentrations at Class I and sensitive Class II areas for the 2021 High Development Scenario. ...........................................131

Table 5-9b.   Contributions of new oil and gas emissions on Federal lands within the New Mexico Farmington Field Office Planning Area to PSD pollutant concentrations at Class I and sensitive Class II areas for the 2021 Low Development Scenario. ......................................................................132

Table 5-9c.   Contributions of new oil and gas emissions on Federal lands within the New Mexico Farmington Field Office Planning Area to PSD pollutant concentrations at Class I and sensitive Class II areas for the 2021 Medium Development Scenario. .........................................................133

Table 5-10a. Contributions of new oil and gas and mining on Federal lands within the 13 Colorado BLM Planning Areas to PSD pollutant concentrations at Class I areas (Source Group R) for the 2021 High Development Scenario. ......................................................................135

Table 5-10b. Contributions of new oil and gas and mining on Federal lands within the 13 Colorado BLM Planning Areas to PSD pollutant concentrations at Class I areas (Source Group R) for the 2021 Low Development Scenario. ......................................................................135

Table 5-10c. Contributions of new oil and gas and mining on Federal lands within the 13 Colorado BLM Planning Areas to PSD pollutant concentrations

BLM_0072376

at Class I areas (Source Group R) for the 2021 Medium Development Scenario. ...............................................................................136

Table 5-11a. Contributions of new oil and gas and mining on Federal lands and new oil and gas on non-Federal lands within the 14 BLM Planning Areas to PSD pollutant concentrations at Class I and sensitive Class II areas (Source Group T) for the 2021 High Development Scenario. .............................136

Table 5-11b. Contributions of new oil and gas and mining on Federal lands and new oil and gas on non-Federal lands within the 14 BLM Planning Areas to PSD pollutant concentrations at Class I and sensitive Class II areas (Source Group T) for the 2021 Low Development Scenario. ..............................137

Table 5-11c. Contributions of new oil and gas and mining on Federal lands and new oil and gas on non-Federal lands within the 14 BLM Planning Areas to PSD pollutant concentrations at Class I and sensitive Class II areas (Source Group T) for the 2021 Medium Development Scenario. .......................137

Table 5-12a. Contributions of new Federal and non-Federal and existing oil and gas throughout the CARMMS 4 km domain and mining on Federal lands in Colorado to PSD pollutant concentrations at Class I areas (Source Group U) for the 2021 High Development Scenario. ............................................138

Table 5-12b. Contributions of new Federal and non-Federal and existing oil and gas throughout the CARMMS 4 km domain and mining on Federal lands in Colorado to PSD pollutant concentrations at Class I areas (Source Group U) for the 2021 Low Development Scenario..............................................138

Table 5-12c. Contributions of new Federal and non-Federal and existing oil and gas throughout the CARMMS 4 km domain and mining on Federal lands in Colorado to PSD pollutant concentrations at Class I areas (Source Group U) for the 2021 Medium Development Scenario....................................139

Table 5-13a. Class I area where each of the Source Groups have the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the High Development Scenario.................................................................142

Table 5-13b. Sensitive Class II area where each of the Source Groups has the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the High Development Scenario....................................................143

Table 5-14a. Class I area where each of the Source Groups have the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the Low Development Scenario. ................................................................144

Table 5-14b. Sensitive Class II area where each of the Source Groups has the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the Low Development Scenario. ...................................................145

Table 5-15a. Class I area where each of the Source Groups have the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the Medium Development Scenario. ..........................................................146

BLM_0072377

RAMBOLL ENVIRON

Table 5-15b. Sensitive Class II area where each of the Source Groups has the maximum number of days that Δdv exceeds the 0.5 and 1.0 dv thresholds for the Medium Development Scenario. ...........................................147

Table 5-16a. Maximum Δdv impact at any Class I and sensitive Class II area due to each of the Source Groups for the 2021 High Development Scenario. ..............148

Table 5-16b. Maximum Δdv impact at any Class I and sensitive Class II area due to each of the Source Groups for the 2021 Low Development Scenario................149

Table 5-16c. Maximum Δdv impact at any Class I and sensitive Class II area due to each of the Source Groups for the 2021 Medium Development Scenario. ....................................................................................................................150

Table 5-17a. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the WRFO Planning Area (2021 High Development Scenario)...............................................153

Table 5-17b. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the WRFO Planning Area (2021 Low Development Scenario)................................................154

Table 5-17c. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the WRFO Planning Area (2021 Medium Development Scenario).......................................155

Table 5-18a. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the GJFO Planning Area (2021 High Development Scenario)...............................................156

Table 5-18b. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the GJFO Planning Area (2021 Low Development Scenario)................................................157

Table 5-18c. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the GJFO Planning Area (2021 Medium Development Scenario).......................................158

Table 5-19a. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the TRFO Planning Area (2021 High Development Scenario)...............................................159

Table 5-19b. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the TRFO Planning Area (2021 Low Development Scenario)................................................160

Table 5-19c. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the TRFO Planning Area (2021 Medium Development Scenario).......................................161

Table 5-20a. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the NMFFO Planning Area (2021 High Development Scenario)...............................................162

BLM_0072378

RAMBOLL ENVIRON

Table 5-20b. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the NMFFO Planning Area (2021 Low Development Scenario)................................................163

Table 5-20c. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the NMFFO Planning Area (2021 Medium Development Scenario).......................................164

Table 5-21a. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the USFS-PG Planning Area (2021 High Development Scenario)................................................165

Table 5-21b. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the USFS-PG Planning Area (2021 Low Development Scenario)................................................166

Table 5-21c. Maximum Δdv and number of days Δdv exceeds 0.5 and 1.0 for each Class I area due to emissions from Federal O&G within the USFS-PG Planning Area (2021 Medium Development Scenario).......................................167

Table 5-22a. Cumulative visibility results for W20% visibility days at Class I areas for current year (2008) and 2021 High Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................172

Table 5-22b. Differences in cumulative visibility results for W20% visibility days at Class I areas between current year (2008) and 2021 High Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility................................................................172

Table 5-23a. Cumulative visibility results for W20% visibility days at Class I areas for current year (2008) and 2021 Low Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................173

Table 5-23b. Differences in cumulative visibility results for W20% visibility days at Class I areas between current year (2008) and 2021 Low Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility................................................................173

Table 5-24a. Cumulative visibility results for W20% visibility days at Class I areas for current year (2008) and 2021 Medium Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................174

Table 5-24b. Differences in cumulative visibility results for W20% visibility days at Class I areas between current year (2008) and 2021 Medium Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility.............................................174

Table 5-25a. Cumulative visibility results for B20% visibility days at Class I areas for current year (2008) and 2021 High Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................175

BLM_0072379

RAMBØLL ENVIRON

Table 5-25b. Differences in cumulative visibility results for B20% visibility days at Class I areas between current year (2008) and 2021 High Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility.................175

Table 5-26a. Cumulative visibility results for B20% visibility days at Class I areas for current year (2008) and 2021 Low Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................176

Table 5-26b. Differences in cumulative visibility results for B20% visibility days at Class I areas between current year (2008) and 2021 Low Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility.................176

Table 5-27a. Cumulative visibility results for B20% visibility days at Class I areas for current year (2008) and 2021 Medium Development Scenario using all emissions and without Source Groups R, S, T and U. .........................................177

Table 5-27b. Differences in cumulative visibility results for B20% visibility days at Class I areas between current year (2008) and 2021 Medium Development Scenario (2008-2021) and contributions of Source Groups R, S, T and U to 2021 W20% day's visibility.................177

Table 5-28a. Highest maximum and average nitrogen deposition (kg/ha-yr) at any Class I or sensitive Class II area due to new Federal oil and gas emissions from the BLM Grand Junction Field Office and Uncompahgre Field Office and the New Mexico Farmington FFO Areas for the 2021 High, Low and Medium Development Scenarios. .................................................180

Table 5-28b. Highest maximum and average sulfur deposition (kg/ha-yr) at any Class I or sensitive Class II area due to new Federal oil and gas emissions from the BLM Grand Junction Field Office and Uncompahgre Field Office and the New Mexico Farmington FFO Planning Areas for the 2021 High, Low and Medium Development Scenarios.................................180

Table 5-29a. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 High Development Scenario using the Maximum deposition in any receptor in the Class I/II area. .................181

Table 5-29b. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 High Development Scenario using the Average deposition in any receptor in the Class I/II area.................182

Table 5-30a. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 Low Development Scenario using the Maximum deposition in any receptor in the Class I/II area. .................183

BLM_0072380

RAMBØLL ENVIRON

Table 5-30b. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 Low Development Scenario using the Average deposition in any receptor in the Class I/II area. ................................................................................................184

Table 5-31a. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 Medium Development Scenario using the Maximum deposition in any receptor in the Class I/II area. ...........................................................................................185

Table 5-31b. Highest nitrogen deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 Medium Development Scenario using the Average deposition in any receptor in the Class I/II area. ................................................................................................186

Table 5-32. Highest sulfur deposition at any Class I area or sensitive Class II area for each of the 32 Source Groups and the 2021 High Development Scenario using the Maximum deposition in any receptor in the Class I/II area. ...........................................................................................187

Table 5-33a. Total annual nitrogen deposition at Class I areas for the 2021 High Development Scenario, 2008 Base Case, their differences (2021 High minus 2008) and 2021 High Development Scenario without the contributions of natural emissions (e.g., wildfires). ...........................................189

Table 5-33b. Total annual nitrogen deposition at Class I areas for the 2021 Low Development Scenario, 2008 Base Case, their differences (2021 Low minus 2008) and 2021 Low Development Scenario without the contributions of natural emissions (e.g., wildfires). ...........................................190

Table 5-33c. Total annual nitrogen deposition at Class I areas for the 2021 Medium Development Scenario, 2008 Base Case, their differences (2021 Medium minus 2008) and 2021 Medium Development Scenario without the contributions of natural emissions (e.g., wildfires). ......................191

Table 5-34a. Total annual sulfur deposition at Class I areas for the 2021 High Development Scenario, 2008 Base Case, their differences (2021 High minus 2008) and 2021 High Development Scenario without the contributions of natural emissions (e.g., wildfires). ...........................................192

Table 5-34b. Total annual sulfur deposition at Class I areas for the 2021 Low Development Scenario, 2008 Base Case, their differences (2021 Low minus 2008) and 2021 Low Development Scenario without the contributions of natural emissions (e.g., wildfires). ...........................................193

Table 5-34c. Total annual sulfur deposition at Class I areas for the 2021 Medium Development Scenario, 2008 Base Case, their differences (2021 Medium minus 2008) and 2021 Medium Development Scenario without the contributions of natural emissions (e.g., wildfires). ......................194

BLM_0072381

RAMB◌LL ENVIRON

Table 5-35a. ANC calculations at sensitive lakes for new Federal oil and gas development within the BLM Grand Junction Field Office Planning Area (Source Group E) and the 2021 High Development Scenario. ...................196

Table 5-35b. ANC calculations at sensitive lakes for new Federal oil and gas development within the BLM Uncompahgre Field Office Planning Area (Source Group F) and the 2021 High Development Scenario. ...........................197

Table 5-35c. ANC calculations at sensitive lakes for new Federal oil and gas development within the USFS Pawnee Grasslands Planning Area (Source Group J) and the 2021 High Development Scenario..............................198

Table 5-35d. ANC calculations at sensitive lakes for new Federal oil and gas development within the New Mexico Farmington Field Office (Source Group N) and the 2021 High Development Scenario...........................................199

Table 5-36a. ANC calculations at sensitive lakes for new Federal oil and gas development and mining within the 13 Colorado BLM Planning Areas (Source Group R) and 2021 High Development Scenario. ..................................201

Table 5-36b. ANC calculations at sensitive lakes for new Federal oil and gas development and mining within the 13 Colorado BLM Planning Areas (Source Group R) and 2021 Low Development Scenario....................................202

Table 5-36c. ANC calculations at sensitive lakes for new Federal oil and gas development and mining within the 13 Colorado BLM Planning Areas (Source Group R) and 2021 Medium Development Scenario............................203

Table 5-37. ANC calculations at sensitive lakes for new Federal oil and gas development and mining and new non-Federal oil and gas within the 14 Colorado and northern New Mexico BLM Planning Areas (Source Group T) and the 2021 High Development Scenario. ..........................................204

Table 5-38a. ANC calculations at sensitive lakes for new Federal oil and gas development and mining and new non-Federal oil and gas within the 14 Colorado and northern New Mexico BLM Planning Areas (Source Group T) and the 2021 Low Development Scenario. ...........................................205

Table 5-38b. ANC calculations at sensitive lakes for new Federal oil and gas development and mining and new non-Federal oil and gas within the 14 Colorado and northern New Mexico BLM Planning Areas (Source Group T) and the 2021 Medium Development Scenario....................................206

Table 5-39a. Current year ozone Base Design Values (DVB) and projected 2021 future year ozone Design Values (DVF) for the 2021 High Development Scenario and without Source Group R, S, T, U and N. .........................208

Table 5-39b. Current year ozone Base Design Values (DVB) and projected 2021 future year ozone Design Values (DVF) for the 2021 Low Development Scenario and without Source Group R, S, T, U and N. .........................209

BLM_0072382

March 2016

RAMBØLL ENVIRON

Table 5-39c.  Current year ozone Base Design Values (DVB) and projected 2021 future year ozone Design Values (DVF) for the 2021 Medium Development Scenario and without Source Group R, S, T, U and N...................209

Table 5-40.  Maximum contribution to the 4th highest DMAX8 ozone (ppb) for each of the Source Groups and the 2021 High, Low and Medium Development Scenarios. ........................................................................222

Table 5-41a. Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 High Development Scenario. ......................................................................234

Table 5-41b. Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 Low Development Scenario. ......................................................................235

Table 5-41c. Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 Medium Development Scenario. ......................................................................236

Table 5-42a. Maximum contribution to the 8th high 24-hour $PM_{2.5}$ concentrations ($\mu g/m^3$) for each of the Source Groups and the 2021 High, Low and Medium Development Scenarios. ..........................................................241

Table 5-42b.  Maximum contribution to the annual $PM_{2.5}$ concentrations ($\mu g/m^3$) for each of the Source Groups and the 2021 High, Low and Medium Development Scenarios. ..........................................................242

**FIGURES**

Figure 2-1.   4 km modeling domain used in the Colorado Air Resource Management Modeling Study (CARMMS). ...........................................12

Figure 3-1.   Year 2011 and projected year 2021 RGFO NOx and VOC emissions and well counts for the low and high development scenarios. ...................37

Figure 3-2a. Mancos Shale development area (shown with other oil and gas source areas from CARMMS). ..........................................................38

Figure 3-2b. Map of oil and gas prone development areas within the Mancos Shale Oil formation primarily in the New Mexico BLM FFO planning area...................39

Figure 3-3.   Comparison of total oil and gas emissions from the Mancos Shale formation for the 2021 High*, Low and Medium Development Scenarios (*High scenario emissions are based on CARMMS 1.0 Study estimates; Low and Medium scenario emissions are based on Grant, Morris and Steyksal (2014)). .................................................................41

Figure 3-4.   Comparison of total oil and gas emissions from the 8 western Colorado BLM Planning Areas for the 2021 High, Low and Medium Development Scenarios. .................................................................45

BLM_0072383

**RAMBØLL** ENVIRON

Figure 3-5.   NO$_X$ and VOC emissions and well counts from oil and gas development within the 8 western Colorado BLM Planning Areas and for the 2011 current (left) and 2021 High Development Scenario (right) emissions scenarios....................................................................................................49

Figure 3-6.   List of counties where the 3SAQS made targeted emission improvements to the EPA NEI. ..............................................................52

Figure 3-7.   3SAQS 2011 residential natural gas consumption monthly temporal profiles....................................................................................................54

Figure 3-8.   Colorado roadway spatial data improvement plots. Left: TIGER 2010 Shapefile of urban/rural primary/secondary roads. Right: CO 2008 VMT-based roadways...................................................................................54

Figure 3-9.   Wyoming CAFO locations. ..........................................................................55

Figure 3-10a. Spatial distribution of Federal (top) and non-Federal oil and gas NO$_X$, VOC and PM$_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario. ....................................66

Figure 3-10b. Spatial distribution of existing oil and gas (top) and mining on Federal lands NO$_X$, VOC and PM$_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario. ....................67

Figure 3-10c. Spatial distribution of other anthropogenic (top) and natural (biogenic, fires, lightning, sea salt and windblown dust) NOX, VOC and PM2.5 emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario........................................................................68

Figure 3-11.   Spatial distribution of total low and elevated source emissions in tons per year in the 2021 Low Development Scenario...................................69

Figure 3-12.   Spatial distribution of Mancos Shale emissions in tons per year in the 2021 Low Development Scenario. ..........................................................70

Figure 3-13.   Spatial distribution of coal-fired EGU emissions in the 2021 Low Development Scenario in Arizona, New Mexico, Texas and Oklahoma ("ANTO" area in 4 km domain). ..............................................................71

Figure 3-14.   Spatial distribution of coal-fired EGU emissions in the 2021 Low Development Scenario in Colorado, Utah, Kansas, Nebraska and Wyoming ("CUKNW" area in 4 km domain)..............................................72

Figure 3-15.   Spatial distribution of oil and gas-fired EGU emissions in the 2021 Low Development Scenario in Arizona, New Mexico, Texas and Oklahoma ("ANTO" area in 4 km domain). ..............................................................73

Figure 3-16.   Spatial distribution of oil and gas-fired EGU emissions in the 2021 Low Development Scenario in Colorado, Utah, Kansas, Nebraska and Wyoming ("CUKNW" area in 4 km domain)..............................................74

BLM_0072384