Figure 4-1.   13 Colorado BLM planning areas and 1 New Mexico planning area (the 14 BLM Planning Areas) where separate contributions of new O&G development on Federal lands were obtained for 2021 source apportionment modeling. ...................................................................80

Figure 4-2.   Locations of Class I (dark green) and sensitive Class II (light green) areas where air quality and AQRV impacts were assessed as well as sensitive lakes (blue dots) where ANC calculations will be made (Class I areas are labeled). ...................................................................87

Figure 4-3a.   NPS sensitive Class II areas for the CARMMS analysis labeled.  Class I areas and non-NPS sensitive Class II areas unlabelled...........................................89

Figure 4-3b.   USFS sensitive Class II areas for the CARMMS analysis labeled. Class I area and non-USFS Class II areas displayed but not labeled. ...............................90

Figure 4-3c.   FWS sensitive Class II areas for the CARMMS analysis labeled. Class me areas and non-FWS areas shown but not labeled. .................................................91

Figure 4-4.   La Garita Wilderness Area represented by 4 km grid cells. ...................................95

Figure4-5.   Example of Black Canyon of the Gunnison Class I area grid cell overlap with Curecanti Class II area. ...................................................................96

Figure 4-6.   QA Plot showing all Class I Areas and CARMMS 4 km grid cell receptors that represent the areas. ...................................................................97

Figure 5-1a.   2008-centered ozone DVB (top left), 2021 High Development Scenario ozone DVF (top right) and their differences (2021 High − 2008) (bottom) calculated using MATS. ...................................................................211

Figure 5-1b.   2008-centered ozone DVB (top left), 2021 Low Development Scenario ozone DVF (top right) and their differences (2021 Low − 2008) (bottom) calculated using MATS. ...................................................................212

Figure 5-1c.   2008-centered ozone DVB (top left), 2021 Medium Development Scenario ozone DVF (top right) and their differences (2021 Medium − 2008) (bottom) calculated using MATS. ...................................................................213

Figure 5-2a.   2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group R (top) and S (bottom) showing 2021 DVF without each Source Group (left) and difference in DVFs with 2021 High Development Scenario (right). ...................................................................214

Figure 5-2b.   2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group T (top) and U (bottom) showing 2021 DVF without each Source Group (left) and difference in DVFs with 2021 High Development Scenario (right). ...................................................................215

Figure 5-3a.   2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group R (top) and S (bottom) showing 2021 DVF without each Source

BLM_0072385

Group (left) and difference in DVFs with 2021 Low Development Scenario (right). ...................................................................................216

Figure 5-3b.  2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group T (top) and U (bottom) showing 2021 DVF without each Source Group (left) and difference in DVFs with 2021 Low Development Scenario (right). ...................................................................................217

Figure 5-4a.  2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group R (top) and S (bottom) showing 2021 DVF without each Source Group (left) and difference in DVFs with 2021 Medium Development Scenario (right). ...................................................................................218

Figure 5-4b.  2021 projected ozone DVF 2021 Unmonitored Area Analysis for Source Group T (top) and U (bottom) showing 2021 DVF without each Source Group (left) and difference in DVFs with 2021 Medium Development Scenario (right). ...................................................................................219

Figure 5-5a.  Fourth highest daily maximum 8-hour ozone concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...................................................................................223

Figure 5-5b.  Fourth highest daily maximum 8-hour ozone concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...................................................................................224

Figure 5-5c.  Fourth highest daily maximum 8-hour ozone concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...................................................................................225

Figure 5-6a.  Contributions to fourth highest daily maximum 8-hour ozone due to emissions from new Federal O&G within the GJFO (Source Group E) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ...................................................................................226

Figure 5-6b.  Contributions to fourth highest daily maximum 8-hour ozone due to emissions from new Federal O&G within the UFO (Source Group F) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ...................................................................................227

Figure 5-6c.  Contributions to fourth highest daily maximum 8-hour ozone due to emissions from new Federal O&G within the USFS Pawnee Grasslands (Source Group J) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ...................................................................................228

Figure 5-6d.  Contributions to fourth highest daily maximum 8-hour ozone due to emissions from NM Farmington FO (Source Group N) for the 2021 High

BLM_0072386

March 2016                                    RAMB**ö**LL ENVIRON

(top left), Low (top right) and Medium (bottom) Development
Scenarios. ..................................................................................229

Figure 5-6e.   Contributions to fourth highest daily maximum 8-hour ozone due to
emissions from new Federal O&G and mining within the 13 Colorado
BLM Planning Areas (Source Group R) for the 2021 High (top left), Low
(top right) and Medium (bottom) Development Scenarios. ...............230

Figure 5-6f.   Contributions to fourth highest daily maximum 8-hour ozone due to
emissions from new Federal and non-Federal O&G and mining within
the 14 CO/NM BLM Planning Areas (Source Group T) for the 2021 High
(top left), Low (top right) and Medium (bottom) Development
Scenarios. ..................................................................................231

Figure 5-6g.   Contributions to fourth highest daily maximum 8-hour ozone due to
emissions from existing, new Federal and non-Federal O&G within the
entire CARMMS 4 km domain and Federal mining in Colorado (Source
Group U) for the 2021 High (top left), Low (top right) and Medium
(bottom) Development Scenarios. ..................................................232

Figure 5-7a.   Contributions of Federal O&G from the NMFFO (Source Group N; left)
and new Federal O&G and mining in the 13 Colorado Planning Areas
(Source Group R; right) to modeled fourth highest daily maximum 8-
hour ozone concentrations greater than the NAAQS for the 2021 High
(top), Low (middle) and Medium (bottom) Development Scenarios. ...............237

Figure 5-7b.   Contributions of new Federal and non-Federal O&G and mining from
the 14 BLM Planning Areas (Source Group T; left) and all O&G within
the 4 km CARMMS domain plus Colorado Federal mining (Source
Group U; right) to modeled fourth highest daily maximum 8-hour
ozone concentrations greater than the NAAQS for the 2021 High (top),
Low (middle) and Medium (bottom) Development Scenarios. ..........238

Figure 5-8a.   Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case
(top left), 2021 High Development Scenario (top right), 2021 High
minus 2008 differences (bottom left) and Natural Emissions (bottom
right). ........................................................................................243

Figure 5-8b.   Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case
(top left), 2021 Low Development Scenario (top right), 2021 Low
minus 2008 differences (bottom left) and Natural Emissions (bottom
right). ........................................................................................244

Figure 5-8c.   Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case
(top left), 2021 Medium Development Scenario (top right), 2021
Medium minus 2008 differences (bottom left) and Natural Emissions
(bottom right)..............................................................................245

BLM_0072387

Figure 5-9.    Locations of grid cells with modeled 2021 High Development Scenario 8th highest 24-hour $PM_{2.5}$ concentrations above the 35 µg/m[3] NAAQS. ............246

Figure 5-10.   Natural Emissions (Source Group V, top) and Mining of Federal land in Colorado (Source Group Q, bottom) contributions to the modeled 8th highest 24-hour $PM_{2.5}$ concentration from the 2021 High Development Scenario. ..................................................................................................247

Figure 5-11.   Combined new Federal O&G and Mining from the 13 Colorado BLM Planning Areas (Source Group R, top) and Mining of Federal land in Colorado (Source Group S, bottom) contributions to the modeled 8th highest 24-hour $PM_{2.5}$ concentration from the 2021 High Development Scenario. ..................................................................................................248

Figure 5-12.   Contribution to 8th highest daily $PM_{2.5}$ concentrations due to emissions from new Federal O&G within the GJFO (top left), UFO (top right) and USFS-PG (bottom left) Planning Areas and new Federal O&G and mining within the 13 Colorado BLM Planning Areas (bottom right) for the 2021 High Development Scenario. ...............................................249

Figure 5-13a.  Contribution to 8th highest daily $PM_{2.5}$ concentration from NM Farmington FO (source group N) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios.........................................250

Figure 5-13b.  Contribution to 8th highest daily $PM_{2.5}$ concentrations due to emissions from new Federal and non-Federal O&G and mining within the 14 BLM Planning Areas (top) and all O&G emissions within the 4 km CARMMS domain (bottom) for the 2021 High (left) and Low (right) Development Scenarios. ..................................................................................251

Figure 5-14a.  Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right)........................254

Figure 5-14b.  Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right)........................255

Figure 5-14c.  Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right). ..............256

Figure 5-15a.  Contribution to annual average $PM_{2.5}$ from NM Farmington FO (source group N) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ....................................................257

Figure 5-15b.  Contribution to annual average $PM_{2.5}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining

BLM_0072388

and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario. ...................................................258

Figure 5-16.  Second highest 24-hour average $PM_{10}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................260

Figure 5-17a. Contribution to second highest 24-hour average $PM_{10}$ concentrations from NM Farmington FO (source group N) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ......................261

Figure 5-17b. Contribution to second highest 24-hour average $PM_{10}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario. ..................................................262

Figure 5-18.  Fourth highest (99th percentile) daily maximum 1-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...........................................264

Figure 5-19.  Second highest 3-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................265

Figure 5-20.  24-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .......................266

Figure 5-21.  Annual average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .......................267

Figure 5-22.  Contribution to fourth highest daily maximum hourly $SO_2$ concentrations due to emissions from new Federal O&G and mining within the 13 CO BLM Planning Areas (top left) and new Federal O&G and mining and non-Federal O&G within the 14 CO/NM BLM Planning Areas (top right).  New Federal O&G and mining and new non-Federal O&G from 14 CO/NM BLM Planning Areas contributions to second highest 3-hour $SO_2$ (bottom left) and annual average $SO_2$ (bottom right ) concentrations for the 2021 High Development Scenario. ..............................268

Figure 5-23a. Eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations for the 2008 Base Case (top left), 2021 High

BLM_0072389

Development Scenario (top right), 2021 Low Development Scenario (bottom left) and 2021 Medium Development Scenario (bottom right). ..........271

Figure 5-23b. Differences in eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations between the 2021 emission scenarios and the 2008 Base Case for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ......................................272

Figure 5-23c. Contributions from NM Farmington FO (source group N) to the eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations in the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ...................................................273

Figure 5-23d. Contributions from CO mining plus coal EGUs CO (source group AD) to the eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations in the 2021 High Development Scenario. ..........................274

Figure 5-23e. Contributions from CO O&G plus oil/gas EGUs CO (source group AE) to the eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations in the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ......................................275

Figure 5-23f. Contributions from NM O&G plus oil/gas EGUs NM (source group AF) to the eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations in the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ......................................276

Figure 5-24. Grid cells used to represent the Mesa Verde Class I area with new Federal O&G emissions from the TRFO Planning Area. ......................................278

Figure 5-25. Grid cells used to represent the South San Juan Class II area with new Federal O&G emissions from the TRFO Planning Area. ......................................279

Figure 5-26. Grid cells used to represent the Class I and sensitive Class II areas with new Federal O&G emissions from the NMFFO (Mancos Shale) Planning Area. ..................................................................................280

## APPENDICES

Appendix A: 2008 WRF Modeling for CARMMS

Appendix B: 2008 CAMx Base Case Model Performance Evaluation

Appendix C: Draft Final CARMMS Oil and Gas Emissions Calculator Documentation

Appendix D: Draft CARMMS Coal and Uranium/Vanadium Mining Emissions

BLM_0072390

March 2016                                   **RAMBØLL** ENVIRON

Appendix E: Mancos Shale Oil and Gas Emission Calculator Documentation

## ATTACHMENTS

Attachment A-1:  PSD Pollutant Concentrations 2021 High Development Scenario (Excel)

Attachment A-2:  PSD Pollutant Concentrations 2021 Low Development Scenario (Excel)

Attachment A-3:  PSD Pollutant Concentrations 2021 Medium Development Scenario (Excel)

Attachment B-1:  Visibility Impacts using FLAG (2010) 2021 High Development Scenario (Excel)

Attachment B-2:  Visibility Impacts using FLAG (2010) 2021 Low Development Scenario (Excel)

Attachment B-3:  Visibility Impacts using FLAG (2010) 2021 Medium Development Scenario (Excel)

Attachment C-1:  Cumulative Visibility Impacts 2021 High Development Scenario (Excel)

Attachment C-2:  Cumulative Visibility Impacts 2021 Low Development Scenario (Excel)

Attachment C-3:  Cumulative Visibility Impacts 2021 Medium Development Scenario (Excel)

Attachment D-1:  Nitrogen and Sulfur Deposition 2021 High Development Scenario (Excel)

Attachment D-2:  Nitrogen and Sulfur Deposition 2021 Low Development Scenario (Excel)

Attachment D-3:  Nitrogen and Sulfur Deposition 2021 Medium Development Scenario (Excel)

Attachment E-1:  Acid Neutralizing Capacity (ANC) 2021 High Development Scenario (Excel)

Attachment E-2:  Acid Neutralizing Capacity (ANC) 2021 Low Development Scenario (Excel)

Attachment E-3:  Acid Neutralizing Capacity (ANC) 2021 Medium Development Scenario (Excel)

Attachment F-1:  Ozone Projections using MATS 2021 High Development Scenario (Excel)

Attachment F-2:  Ozone Projections using MATS 2021 Low Development Scenario (Excel)

Attachment F-3:  Ozone Projections using MATS 2021 Medium Development Scenario (Excel)

Attachment G-1:  Modeled Ozone Contributions 2021 High Development Scenario (Excel)

Attachment G-2:  Modeled Ozone Contributions 2021 Low Development Scenario (Excel)

BLM_0072391

March 2016 

Attachment G-3:  Modeled Ozone Contributions 2021 Medium Development Scenario (Excel)

Attachment H-1:  Modeled PM$_{2.5}$ Contributions 2021 High Development Scenario (Excel)

Attachment H-2:  Modeled PM$_{2.5}$ Contributions 2021 Low Development Scenario (Excel)

Attachment H-3:  Modeled PM$_{2.5}$ Contributions 2021 Medium Development Scenario (Excel)

Attachment I:  Spatial Maps 2021 High, Low and Medium Development Scenarios (zipped)

BLM_0072392

March 2016



## 1.0 INTRODUCTION

## 1.1 Background

The Bureau of Land Management (BLM) is developing new Resource Management Plans (RMPs) for several Field Offices in Colorado. The approved RMP and Record of Decision (ROD) for the Grand Junction Field Office (GJFO) were released on August 24, 2015[1]. In September 2013, a draft RMP and Environmental Impact Statement (EIS) for the Dominguez-Escalante National Conservation Area (D-E NCA) was released[2]. The draft RMP for the Uncompahgre Field Office (UFO[3]), the Eastern Colorado RMP under the Royal Gorge Field Office (RGFO[4]), and the Roan Plateau Planning Area Supplemental Environmental Impact Statement (SEIS[5]) are all underway. As part of these RMPs, BLM is estimating the air quality (AQ) and air quality related value (AQRV) impacts due to the projected BLM-authorized mineral development activities. The analysis includes the cumulative AQ and AQRV impacts due to all Reasonable Foreseeable Development (RFD) sources in the region. In the past, individual RMPs have generally performed their own AQ/AQRV analysis for a long-term year (e.g., 20 years out) when the maximum RMP development is projected to occur. This has resulted in inefficiencies and potential inconsistencies in the RMP's AQ/AQRV analysis and a possibility for a failure to adequately assess the effects of cumulative development across all BLM planning areas on AQ/AQRV in the region. In addition, making emissions projections for such a long-term future year results in increased uncertainties and may create potential inconsistencies in the RMP planned and actual development activities. Thus, the BLM GJFO RMP Air Resource Management Plan (ARMP[6]) contains a commitment to perform a unified regional air quality modeling study to address the AQ/AQRV impacts due to development activities within the GJFO planning area as well as all of BLM Colorado's development activities for a short-term year approximately 10 years in the future.

To address this commitment, the BLM previously conducted the Colorado Air Resource Management Modeling Study (CARMMS) (referred to hereafter as CARMMS 1.0) wherein the AQ and AQRV impacts of High, Medium and Low oil and gas (O&G) development emissions, mining and other cumulative sources in 2021 were modeled by Ramboll Environ US Corporation (Ramboll Environ) under sub-contract to Environmental Management Planning and Solutions Inc. (EMPSi). The final CARMMS 1.0 report under this contract entitled "Colorado Air Resource Management Modeling Study (CARMMS), 2021 Modeling Results for the High, Low and Medium Oil and Gas Development Scenarios" (ENVIRON et al., 2015) and associated attachments are available on the BLM website[7] as of January 2015.

---

[1] http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp.html
[2] http://www.blm.gov/co/st/en/nca/denca/denca_rmp.html
[3] http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html
[4]
http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/royal_gorge_field/oil_and_gas.Par.16932.File.dat/RoyalGorgeFinal_RFD_August_2012%20web.pdf
[5] http://www.blm.gov/co/st/en/BLM_Programs/land_use_planning/rmp/roan_plateau.html
[6]
http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/grand_junction_field/Draft_RMP/appdx.Par.47942.File.dat/AppdxG_Draft%20GJFO%20Air%20Plan_508.pdf
[7] http://www.blm.gov/co/st/en/BLM_Information/nepa/air_quality/carmms.html

BLM_0072393

March 2016                                    

During CARMMS, the BLM Colorado State Office (COSO) convened an Interagency Air Quality Review Team (IAQRT) that consists of U.S. Environmental Protection Agency (EPA) Region 8, Colorado Department of Health and Environment (CDPHE) Air Pollution Control Division (APCD), National Park Service (NPS), Fish and Wildlife Service (FWS) and United States Forest Service (USFS) to review and comment on the CARMMS Modeling Protocol in accordance with the June 23, 2011 Memorandum of Understanding (MOU[8]) between the United States Department of Interior (USDOI), United States Department of Agriculture (USDA) and United States Environmental Protection Agency (EPA) on procedures for assessing the AQ and AQRV impacts due to on-land oil and gas development activities on Federal lands under the National Environmental Policy Act (NEPA). With the addition of the BLM New Mexico Farmington Field Office (NMFFO) Mancos Shale development to CARMMS as discussed below, the IAQRT was expanded to include EPA Region 6 and the New Mexico Environmental Department (NMED).

The BLM New Mexico State Office (NMSO) was preparing a RMP for oil and gas development within the Mancos Shale development area in north-western New Mexico that resides primarily within the BLM NMFFO. Given that the Mancos Shale development area is adjacent to some of the Colorado BLM Planning Areas and is within the CARMMS modeling domain, the BLM decided to add the Mancos Shale oil and gas development area to the CARMMS analysis.

Kleinfelder, Inc. (Kleinfelder) and subcontractor, Ramboll Environ, responded to BLM's Performance Work Statement regarding "Ozone and Far-Field Air Quality and AQRV Assessment of the Mancos Shale Oil Development through Expansion of the West CARMMS" and submitted a Proposal and Cost Sheet dated March 7, 2014 which was approved by BLM Call Order No L14BP00246 under Blanket Purchase Agreement (BPA) Contract No. L12PA00050. The March 7, 2014 Work Order (labelled Modification 0002) added the Mancos Shale O&G development AQ and AQRV impact assessment to CARMMS; this assessment has been described in the CARMMS 1.0 report.

The current study builds upon the CARMMS 1.0 analysis in four major areas:

1.  At the time modeling was initiated for CARMMS 1.0, only the Mancos Shale 2021 High Development scenario emissions were available, so they were used in the original CARMMS 2021 Low development scenario. Modification 0003 to BLM Call Order No L14BP00246 added the evaluation of the 2021 Low Development scenario using the new Mancos Low Development emissions inventory. Also, an error was identified in the CARMMS 1.0 ozone calculations, so those were redone in CARMMS 1.5 for the Low, Medium and High Development scenarios. More information may be found in Section 4.1.1.

2.  Modification 0003 also added an assessment of the impact of ozone precursor emissions with respect to the new October 2015 ozone National Ambient Air Quality Standard (NAAQS) of 0.070 ppm.

3.  In addition to the analyses required under Modification 0003, the BLM recently (December 2015) identified a need to provide analyses of indirect impacts of oil and gas and coal-

---

[8] http://www.epa.gov/compliance/resources/policies/nepa/air-quality-analyses-mou-2011.pdf

BLM_0072394



related projects in Colorado and New Mexico. The AQ and AQRV contributions of coal, oil and gas-fired Electrical Generating Units (EGUs) are assessed in the current study.

4. Excessive primary sulfate emissions were identified in the EPA mining $PM_{2.5}$ speciation profile that was applied to Colorado mines in the CARMMS 1.0 study.  This resulted in an over-estimation of sulfur deposition and visibility impacts due to Colorado mines.  A more appropriate $PM_{2.5}$ speciation profile for mining emissions, with lower primary sulfate and correspondingly higher primary ("other") $PM_{2.5}$, is applied in the current study.

Although O&G emissions in the current study differ from CARMMS 1.0 only in the Low Development scenario, new analyses are also required for the High and Medium Development scenarios for the reasons mentioned in items #2 to #4 above.

For convenience and to allow for easy distinction from CARMMS 1.0, the current CARMMS/Mancos study is referred to as CARMMS 1.5 hereafter in this report.  As discussed in Section 4, although only the Mancos Low Development Scenario was re-run in CARMMS 1.5, AQ and AQRV analyses were performed again for the High, Low and Medium Development Scenarios because of the other three changes between 1.0 and 1.5 described above.

The CARMMS 1.0 also included current year 2008 base case modeling and model performance evaluation as well as a description of model inputs. Those results, inputs descriptions and other items that do not change from 1.0 are reproduced in the current report to make this a stand-alone document. Thus, the CARMMS 1.0 report and attachments are completely superseded by the current CARMMS 1.5 report and attachments.

## 1.2   Purpose

This document presents the 2021 modeling results for the CARMMS High, Low and Medium Development Scenarios source apportionment modeling including the Mancos Shale O&G development emission updates and the other three updates mentioned above, collectively referred to as CARMMS 1.5.  Presented are the individual AQ and AQRV impacts due to O&G development on Federal lands within 13 separate Colorado BLM planning areas and the NMFFO Mancos Shale development area as well as the combined assessment of O&G development on Federal and non-Federal lands.  In addition, the AQ and AQRV impacts due to mining within the 13 Colorado BLM planning areas and all O&G development within the 4 km CARMMS domain is presented.  The 2021 modeling results are compared against NAAQS and State Ambient Air Quality Standards (SAAQS) throughout the 4 km modeling domain.  The contributions of O&G development to AQ and AQRV at Class I and sensitive Class II areas are presented and compared to PSD increment concentrations and visibility and deposition thresholds of concern.  The contributions of coal-fired and oil/gas-fired EGUs to AQ and AQRV impacts are also presented.

## 1.3   Overview of Modeling Approach

A photochemical grid model (PGM) is used in CARMMS to assess the AQ and AQRV impacts associated with BLM-authorized mineral development on Federal lands within BLM Colorado and the New Mexico Farmington Field Office Planning Areas. CARMMS does not assess the near-source AQ impacts of the O&G and other development activities; that will be addressed at

RAMBØLL ENVIRON

- o 2021 mining emissions within western Colorado BLM Planning Areas were also estimated using CARMMS emissions calculators (Appendix D). The EPA $PM_{2.5}$ emissions speciation profile for mining emissions was adjusted to remove the over-estimation of primary sulfate emissions from mining in Colorado (Section 3.7.1).
  - o O&G emissions for eastern Colorado BLM Planning Areas were developed in a study for the BLM Royal Gorge Field Office (RGFO) and provided by the BLM COSO.
  - o The CARMMS emissions calculators were adapted to estimate emissions for the Mancos Shale development area using information provided by the BLM NMFFO. In particular, the new Low Development inventory for Mancos Shale was applied (Section 3.2.2 and Appendix E).
  - o O&G emissions for the Uinta Basin were developed for the Air Resource Management Study (ARMS) and were provided by the BLM Utah State Office (UTSO).
  - o O&G emissions for the Wyoming were based on recent future year emission developed for the BLM Wyoming State Office (WYSO) Continental Divide-Creston Draft EIS[13] modeling.
  - o O&G emissions for the remainder of the region were based on recent 2020 emission projections developed by the Three State Air Quality Study (3SAQS)
  - o Future year anthropogenic emissions for the remainder of the source categories were based on a 2020 emissions inventory developed by EPA for the $PM_{2.5}$ NAAQS rulemaking and updated by 3SAQS.
  - o Future year emissions for biogenic sources, fires, windblown dust, sea salt and lightning were kept constant at 2008 levels and were based on the WestJumpAQMS.
- The future year emissions were processed using the SMOKE emissions model to generate 2020/2021 emissions for the WestJumpAQMS 36/12 km domain and 4 km CARMMS domain.
- CAMx modeling was performed for the 36/12 km domains and the 2020/2021 emissions scenario using the 2008 WestJumpAQMS modeling platform.
- 2020/2021 Boundary Condition (BC) inputs for the CARMMS 4 km modeling domain were generated using output from the 36/12 km CAMx model simulation for the 2020/2021 emissions scenario using the 2008 WestJumpAQMS 2008 meteorological inputs.
- CAMx ozone and particulate matter source apportionment simulations were performed for the 2021 High, Low and Medium Development Scenarios and 4 km CARMMS modeling domain using the 2008 CARMMS modeling platform.
  - o The CAMx 2021 4 km CARMMS domain source apportionment output for the High, Low and Medium Development Scenarios were post-processed to obtain the separate AQ and AQRV impacts due to mineral development activities on Federal lands within the BLM New Mexico FFO planning area and each of the 13 Colorado BLM planning areas.

[13] http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html

5



- o The CAMx 2021 High, Low and Medium O&G Development Scenarios output was also post-processed to obtain the cumulative AQ and AQRV impacts due to mineral development on Federal and non-Federal lands within the BLM New Mexico FFO planning area and 13 BLM planning areas in Colorado as well as O&G development throughout the CARMMS 4 km modeling domain.
  - o Additional CAMx emission source apportionment groups were added for coal and oil/gas EGUs as follows: (1) coal-fired EGUs in Colorado and other states north of CO-NM border; (2) oil/natural gas EGUs in Colorado and states north of the CO-NM border; (3) coal-fired EGUs south of CO-NM border; and (4) oil/natural gas EGUs south of CO-NM border.
- The AQ and AQRV impacts of BLM-authorized oil and gas development on Federal lands within the BLM NMFFO and each BLM Colorado planning area and cumulative impacts across all planning areas for the 2021 High, Low and Medium Development Scenarios are summarized in this report.

## 1.4   Air Quality Standards and AQRV Thresholds

### 1.4.1   Federal and State Air Quality Standards and PSD Increments

EPA sets National Ambient Air Quality Standards NAAQS for six pollutants, which are called criteria air pollutants (CAPs).  The CAPs are: ozone ($O_3$), nitrogen dioxide ($NO_2$), carbon monoxide (CO), suspended Particle Pollution (particulate matter with a mean aerodynamic diameter of less than or equal to 10 and 2.5 microns; $PM_{10}$ and $PM_{2.5}$), sulfur dioxide ($SO_2$) and lead (Pb).  States may also set their own ambient air quality standards, which must be as stringent as the NAAQS but may be more stringent.

Federal air quality regulations adopted and enforced by the states limit incremental emission increases to specific levels defined by the classification of air quality in an area. The Prevention of Significant Deterioration (PSD) Program is designed to limit the incremental increase of specific air pollutant concentrations above a legally defined baseline level. Incremental increases in PSD Class I areas are strictly limited, while increases allowed in Class II areas are less strict.  PSD Class I and Class II increments are defined for $NO_2$, $PM_{10}$, $PM_{2.5}$ and $SO_2$.  Note the PSD increments are project level thresholds, and are not an appropriate metric for reference against field office level impacts.

Table 1-1 summarizes the NAAQS, the Colorado Ambient and Quality Standards (CAAQS) and the New Mexico Ambient Air Quality Standards (NMAAQS).  PSD Class I and Class II increments are also shown in Table 1-1.

BLM_0072398

RAMBØLL ENVIRON

**Table 1-1.    Applicable National and State Ambient Air Quality Standards and PSD concentration increments.**

| Pollutant/Averaging Time | NAAQS | CAAQS[13] | NMAAQS[14] | PSD Class I Increment[1] | PSD Class II Increment[1] |
|---|---|---|---|---|---|
| **CO** | | | | | |
| 1-hour[2] | 35 ppm | -- | 13.1 ppm | -- | -- |
| 8-hour[2] | 9 ppm | -- | 8.7 ppm | -- | -- |
| **NO$_2$** | | | | | |
| 1-hour[3] | 100 ppb | -- | -- | -- | -- |
| 24-hour | -- | -- | 0.10 ppm | -- | -- |
| Annual[4] | 53 ppb | -- | 0.05 ppm | 2.5 | 25 |
| **O$_3$[15]** | | | | | |
| 8-hour[5] | 0.070 ppm | -- | -- | -- | -- |
| **PM$_{10}$** | | | | | |
| 24-hour[6] | 150 µg/m$^3$ | -- | -- | 8 | 30 |
| Annual[7] | -- | -- | -- | 4 | 17 |
| **PM$_{2.5}$** | | | | | |
| 24-hour[8] | 35 µg/m$^3$ | -- | -- | 2 | 9 |
| Annual[9] | 12 µg/m$^3$ | -- | -- | 1 | 4 |
| **SO$_2$** | | | | | |
| 1-hour[10] | 75 ppb | -- | -- | | |
| 3-hour[11] | 0.5 ppm | 700 µg/m$^3$ | -- | 25 | 512 |
| 24-hour[12] | -- | -- | 0.10 ppm | 5 | 91 |
| Annual[4] | -- | -- | 0.02 ppm | 2 | 20 |

1.  The PSD demonstrations serve information purposes only and do not constitute a regulatory PSD increment consumption analysis.
2.  No more than one exceedance per calendar year; for NMAAQS - No more than one exceedance per consecutive 12 months
3.  98th percentile, averaged over 3 year; for NMAAQS - not to be exceeded more than once over any 12 consecutive months
4.  Annual mean not to be exceeded; for NMAAQS - arithmetic average over any four consecutive quarters not to be exceeded
5.  Fourth-highest daily maximum 8-hour ozone concentrations in a year, averaged over 3 years
6.  Not to be exceeded more than once per calendar year on average over 3 years.
7.  3 year average of the arithmetic means over a calendar year
8.  98th percentile, averaged over 3 years
9.  Annual mean, averaged over 3 years, NAAQS promulgated December 14, 2012
10. 99th percentile of daily maximum 1-hour concentrations in a year, averaged over 3 years
11. No more than one exceedance per calendar year (secondary NAAQS) and no more than one exceedance in 12 consecutive months (CAAQS)
12. For areas in New Mexico not within 3.5 miles of the Chino Mines Company
13. http://www.colorado.gov/cs/Satellite/CDPHE-Main/CBON/1251601911433
14. http://www.nmcpr.state.nm.us/nmac/parts/title20/20.002.0003.htm
15. Finalized on October 1, 2015.

BLM_0072399

March 2016                                          ENVIRON

### 1.4.2   Air Quality Related Value (AQRV) Thresholds

The impacts of each BLM authorized oil and gas and other activities within each BLM Planning area, as well as cumulative impacts of all activities together, at Class I and sensitive Class II areas will be assessed for three AQRVs: visibility, deposition and acid neutralizing capacity (ANC).  The June 23, 2011 MOU between EPA, USDOI and USDA states that the project and cumulative AQRV impacts at Class I and sensitive Class II areas should be assessed by comparing against thresholds of concern defined by the Federal Land Manager (FLM) for the given Class I or sensitive Class II area in question.  In the CARMMS first draft Modeling Protocol and at the October 30, 2013 meeting with the Interagency Air Quality Review Team (IAQRT) we presented the following threshold of concern for AQRVs in Class I and sensitive Class II areas and there were no disagreements in the comments received from the IAQRT:

- Visibility impacts for BLM-authorized oil and gas sources within each BLM Planning Area are assessed using the FLAG (2010) procedures that use the new IMPROVE equation, annual average natural visibility background and monthly relative humidity adjustment factors [f(RH)] (see Section 4.6.1).  The visibility impacts from mineral development on Federal lands within each separate BLM planning area are compared against a 0.5 and 1.0 change in deciview (dv) haze index threshold of concern and any exceedances will be reported.  Please note the dv thresholds are project level thresholds, and not an appropriate metric to reference against field office level or cumulative impacts.

- Cumulative sources visibility impacts from multiple BLM Planning Areas are assessed using a new visibility approach and metrics developed by the FLMs based on the regional haze rule visibility metrics for the best and worst 20% visibility days as discussed in Section 4.6.2.

- Acid deposition impacts due to mineral development on Federal lands within each separate BLM Planning Area for annual total sulfur (S) and total nitrogen (N)  deposition are compared against the 0.005 kg/ha-yr Deposition Analysis Threshold (DAT) for the western states.  Please note the DAT is a project level threshold, and not an appropriate metric to reference against field office level or cumulative impacts.

- Total N and S deposition impacts due to all emissions in the 2008 and 2021 emissions scenarios (i.e., cumulative) are compared to Critical Load values of 2.2 kg/ha-yr for N in Wyoming, 2.3 kg/ha-yr for N in Colorado except for Dinosaur National Monument where a 3.0 kg/ha-yr Critical Load value for N is used.  For S, a 5.0 kg/ha-yr critical load value is used everywhere (see Section 4.7).

- The predicted annual deposition fluxes of sulfur and nitrogen at sensitive lake receptors due to Federal O&G development from individual BLM Planning Areas are used to estimate the change in ANC in accordance with the January 2000, USFS Rocky Mountain Region's Screening Methodology for Calculating ANC Change to High Elevation Lakes, User's Guide (USFS, 2000).  The predicted changes in ANC are compared with the USFS's Level of Acceptable Change (LAC) thresholds of 10% for lakes with ANC values greater than 25 µeq/l and 1 µeq/l for lakes with background ANC values of 25 µeq/l and less (see Section 4.8).  Please note the LAC is a project level threshold, and not an appropriate metric to reference against field office level or cumulative impacts.

BLM_0072400



## 2.0 CARMMS DATABASE DEVELOPMENT

## 2.1   Modeling System

The CARMMS 2008 modeling database was based on the WestJumpAQMS so the same modeling system was adopted.  The justification for the model selection is given in the CARMMS Modeling Protocol (ENVIRON, Cater Lake and EMPSi, 2014).  Table 2-1 lists the main models selected for the BLM CARMMS modeling with a brief summary of the reasons for their selection as follows:

- The WRF meteorological model was selected because it contains more recent updates and features compared to the MM5 alternative that is no longer supported by its developer.

- The SMOKE emissions model is the most current and up-to-date emissions modeling system and has performance improvements over the alternatives.

- The MOVES on-road mobile emissions modeling system is the recommended modeling system by the EPA.

- The MEGAN biogenic emissions model has been updated by WRAP specifically for simulating biogenic emissions in the western states.

- The CAMx PGM includes a source apportionment capability that is critically important for the CARMMS and was not available in the version of CMAQ PGM alternative at the time the study was initiated.

**Table 2-1.   Summary of models selected for the BLM CARMMS modeling*.**

| Model Type | Selected Model |
|---|---|
| Meteorological Model | Weather Research Forecasting (WRF) |
| Emissions Model | Sparse Matrix Operator Kernel Emissions  (SMOKE) |
| Emissions Model – On Road Sources | Motor Vehicle Emissions Simulator (MOVES2010) |
| Emissions Model – Biogenic Sources | Model for Emissions of Gases and Aerosols in Nature (MEGAN) |
| Photochemical Grid Model | Comprehensive Air-quality Model with extensions (CAMx) |

* See descriptions below for more information on the models used

## 2.2   Episode Selection

Since the CARMMS will need to address annual average air quality issues (e.g., $PM_{2.5}$) and deposition issues, a full year is selected for modeling.  Due to computational requirements and resource constraints, a single meteorological baseline year will be modeled.  The entire 2008 calendar year was selected for the CARMMS modeling because it satisfied the most episode selection criteria of recent years:

1. The entire 2008 calendar year includes a variety of meteorological conditions.  The year appears to have higher than average photochemical production potential so was not an atypical low year for secondary ozone and PM formation.

2. 2008 had observed ozone and $PM_{2.5}$ concentrations that were close to and even above the ozone and $PM_{2.5}$ Design Values in Colorado.

BLM_0072401



3.  The 2008 year did not include any special study data in Colorado.  Note that enhanced monitoring of the Front Range region and vicinity was collected for the summer of 2014, but that was after most of the CARMMS modeling was completed.

4.  By modeling a full year (366 days) there should be sufficient number of days to calculate Relative Response Factors (RRFs) following EPA's guidance document (EPA, 2007).

5.  The 2008 calendar year was already modeled as part of the Denver ozone modeling and in the WestJumpAQMS and 3SAQS.  In particular, the ability to leverage the CARMMS database development off of WestJumpAQMS is critical to the success of the study.

6.  The entire 2008 calendar year dataset includes both weekdays and weekend days.

7.  Of the recent years, 2008 fulfils more of the episode selection criteria than other recent years available at the time the project was initiated.

## 2.3   CARMMS Modeling Domains

To leverage modeling data from other studies, the CARMMS adopted the so-called RPO Lambert projection that uses a longitude/latitude origin at (-97, 40) and standard latitude parallels of 33 and 45 degrees.  Figure 2-1 displays the 4 km modeling domain used in the CARMMS emissions and photochemical modeling.  An initial 4 km modeling domain was identified by including all Class I areas for which any part of the Class I area is within 200 km of a western Colorado BLM Field Office Planning Area.  While developing the Modeling Protocol, the BLM New Mexico State Office (NMSO) indicated that they would like to include their Mancos Shale Oil development in the CARMMS modeling.  The Mancos Shale Oil development area would be within the New Mexico BLM Farmington Field Office area, but would primarily reside in San Juan County with portions potentially stretching into neighboring Rio Arriba, Sandoval and McKinley Counties.  Thus, the CARMMS 4 km domain was extended southward to include all Class I areas within 300 km of the Mancos Shale development area.

Figure 2-1 also shows the Class I areas throughout the domain that were analyzed for air quality and AQRV impacts.  More details on the Class I and sensitive Class II areas where the AQ and AQRV impacts due to oil and gas and other activities within the BLM planning areas will be assessed are given in Chapter 4.

The CAMx vertical domain definitions will depend on the definition of the WRF vertical layer structure.  WRF was run with 37 vertical levels (36 vertical layers using CAMx definition of layer thicknesses) from the surface up to 50 mb (~19-km high above mean sea level) (ENVIRON and Alpine, 2012[14]).  The WRF model employs a terrain following coordinate system defined by pressure, using multiple layers that extend from the surface to 50 mb (approximately 19 km above mean sea level).  CARMMS is adopting the same layer collapsing strategy as used by WestJumpAQMS whereby multiple WRF layers are combined into one CAMx layer to reduce the air quality model computational time.  Table 2-2 displays the approach for collapsing the WRF 36 vertical layers to 25 vertical layers in CAMx for CARMMS and WestJumpAQMS.  The WRF

---

[14] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf

March 2016



layer collapsing scheme in Table 2-2 is collapsing two WRF layers into one CAMx/CMAQ layer for the lowest four layers in CAMx/CMAQ.  In the past, the lowest layers of MM5/WRF were mapped directly into CAMx/CMAQ with no layer collapsing.  However, in those applications the MM5/WRF layer 1 was much thicker (20-40 m) than used in this WRF application (12 m).  Use of a 12 m lowest layer may trap emissions in a too shallow layer and may result in overstated surface concentrations.  For example, $NO_X$ emissions are caused by combustion so are buoyant and have plume rise that in reality could take them out of the first layer if it is defined too shallow.

BLM_0072403

March 2016

RAMBØLL ENVIRON



**Legend**

- CARMMS 4km Domain
- Class I Areas
- Sensitive Class II Areas

Coordinates of 4km Domain:

SW Corner: (-1260,-720) km
NE Corner: (-396,216) km
(nx,ny) = (216,234)

Projection = Lambert Conformal
parameters:(-97, 40, 33, 45)

**Figure 2-1.   4 km modeling domain used in the Colorado Air Resource Management Modeling Study (CARMMS).**

BLM_0072404

March 2016

RAMBØLL ENVIRON

**Table 2-2.    37 Vertical layer interface definition for WRF simulations (left most columns), and approach for reducing to 25 vertical layers for CAMx by collapsing multiple WRF layers (right columns).**

| WRF Meteorological Model | | | | | CAMx Air Quality Model | | |
|---|---|---|---|---|---|---|---|
| WRF Layer | Sigma | Pressure (mb) | Height (m) | Thickness (m) | CAMx Layer | Height (m) | Thickness (m) |
| 37 | 0.0000 | 50.00 | 19260 | 2055 | 25 | 19260.0 | 3904.9 |
| 36 | 0.0270 | 75.65 | 17205 | 1850 | | | |
| 35 | 0.0600 | 107.00 | 15355 | 1725 | 24 | 15355.1 | 3425.4 |
| 34 | 0.1000 | 145.00 | 13630 | 1701 | | | |
| 33 | 0.1500 | 192.50 | 11930 | 1389 | 23 | 11929.7 | 2569.6 |
| 32 | 0.2000 | 240.00 | 10541 | 1181 | | | |
| 31 | 0.2500 | 287.50 | 9360 | 1032 | 22 | 9360.1 | 1952.2 |
| 30 | 0.3000 | 335.00 | 8328 | 920 | | | |
| 29 | 0.3500 | 382.50 | 7408 | 832 | 21 | 7407.9 | 1591.8 |
| 28 | 0.4000 | 430.00 | 6576 | 760 | | | |
| 27 | 0.4500 | 477.50 | 5816 | 701 | 20 | 5816.1 | 1352.9 |
| 26 | 0.5000 | 525.00 | 5115 | 652 | | | |
| 25 | 0.5500 | 572.50 | 4463 | 609 | 19 | 4463.3 | 609.2 |
| 24 | 0.6000 | 620.00 | 3854 | 461 | 18 | 3854.1 | 460.7 |
| 23 | 0.6400 | 658.00 | 3393 | 440 | 17 | 3393.4 | 439.6 |
| 22 | 0.6800 | 696.00 | 2954 | 421 | 16 | 2953.7 | 420.6 |
| 21 | 0.7200 | 734.00 | 2533 | 403 | 15 | 2533.1 | 403.3 |
| 20 | 0.7600 | 772.00 | 2130 | 388 | 14 | 2129.7 | 387.6 |
| 19 | 0.8000 | 810.00 | 1742 | 373 | 13 | 1742.2 | 373.1 |
| 18 | 0.8400 | 848.00 | 1369 | 271 | 12 | 1369.1 | 271.1 |
| 17 | 0.8700 | 876.50 | 1098 | 177 | 11 | 1098.0 | 176.8 |
| 16 | 0.8900 | 895.50 | 921 | 174 | 10 | 921.2 | 173.8 |
| 15 | 0.9100 | 914.50 | 747 | 171 | 9 | 747.5 | 170.9 |
| 14 | 0.9300 | 933.50 | 577 | 84 | 8 | 576.6 | 168.1 |
| 13 | 0.9400 | 943.00 | 492 | 84 | | | |
| 12 | 0.9500 | 952.50 | 409 | 83 | 7 | 408.6 | 83.0 |
| 11 | 0.9600 | 962.00 | 326 | 82 | 6 | 325.6 | 82.4 |
| 10 | 0.9700 | 971.50 | 243 | 82 | 5 | 243.2 | 81.7 |
| 9 | 0.9800 | 981.00 | 162 | 41 | 4 | 161.5 | 64.9 |
| 8 | 0.9850 | 985.75 | 121 | 24 | | | |
| 7 | 0.9880 | 988.60 | 97 | 24 | 3 | 96.6 | 40.4 |
| 6 | 0.9910 | 991.45 | 72 | 16 | | | |
| 5 | 0.9930 | 993.35 | 56 | 16 | 2 | 56.2 | 32.2 |
| 4 | 0.9950 | 995.25 | 40 | 16 | | | |
| 3 | 0.9970 | 997.15 | 24 | 12 | 1 | 24.1 | 24.1 |
| 2 | 0.9985 | 998.58 | 12 | 12 | | | |
| 1 | 1.0000 | 1000 | 0 | | | 0 | |

13

March 2016



## 2.4    Meteorological Modeling Approach

The CARMMS meteorological inputs for the CAMx modeling are based on the WRF modeling performed as part of the WestJumpAQMS.  The WRF computational domains were defined to be slightly larger than the CAMx and SMOKE modeling domains to eliminate the occurrence of boundary artifacts in the CAMx meteorological inputs.  Such boundary artifacts can occur when the boundary conditions (BCs) for the meteorological variables come into dynamic balance with WRF's atmospheric equations and numerical methods.

The WRF model contains many different physics options, and achieving the best model performance for any particular year and region is accomplished by performing model sensitivity tests using different options.  As part of the post-2008 Denver ozone SIP modeling, Alpine Geophysics, LLC and ENVIRON conducted numerous WRF meteorological sensitivity simulations to determine the best performing configuration for simulating meteorology in the Inter-Mountain West region (Morris et al., 2011).  The final WRF configuration was used for the 2008 Denver ozone modeling as well as for the WestJumpAQMS WRF modeling results that are used in CARMMS.

### 2.4.1    2008 WRF Modeling Methodology

The WestJumpAQMS 2008 WRF modeling methodology is described below.  More details are provided in the WestJumpAQMS WRF Application/Evaluation report (ENVIRON and Alpine, 2012[15]).

Horizontal Domain Definition:  The computational domain on which WRF was applied for WestJumpAQMS included a 36 km CONUS, 12 km WESTUS and 4 km Inter-Mountain West Domain (IMWD).  The 4 km domain includes the 4 km CARMMS domain shown in Figure 2-1. The grid projection is Lambert Conformal with a pole of projection of 40 degrees North, -97 degrees East and standard parallels of 33 and 45 degrees, the RPO projection.  The datum (size and shape of earth) is a perfect sphere with radius 6370.0 km.

Vertical Domain Definition:  The WRF modeling was based on 37 vertical layers with an approximately 12 meter deep surface layer.  The vertical domain is presented in both sigma and height coordinates in Table 2-2.

Topographic Inputs:  Topographic information for WRF were developed using the standard WRF terrain databases. The 36 km domain is based on the 10 minute (18 km) global data.  The 12 km domain is based on the 2 minute (~4 km) data.  The 4 km domain is based on 30 second (~900 m) data.

Vegetation Type and Land Use Inputs:  Vegetation type and land use information were developed using the most recently released WRF databases provided with the WRF distribution. Standard WRF surface characteristics corresponding to each land use category were employed.

Atmospheric Data Inputs:  The first guess fields were taken from the 12 km North American Model (NAM) database.

---

[15] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf

BLM_0072406

March 2016                                 

Diffusion Options:  Horizontal Smagorinsky first-order closure (km_opt = 4) with sixth-order numerical diffusion and suppressed up-gradient diffusion (diff_6th_opt = 2) were used.

Lateral Boundary Conditions:  Lateral boundary conditions were specified from the initialization dataset (12 km NAM) on the 36 km domain with continuous updates nested from the 36 km domain to the 12 km domain and continuous updates nested from the 12 km domain to the 4 km domain, using one-way nesting (feedback = 0).

Top and Bottom Boundary Conditions:  The top boundary condition was selected as an implicit Rayleigh dampening for the vertical velocity.  Consistent with the model application for non-idealized cases, the bottom boundary condition was selected as physical, not free-slip.

Water Temperature Inputs:  The water temperature data were taken from the National Centers for Environmental Prediction (NCEP) Real Time Global (RTG) global one-twelfth degree analysis[16].

FDDA Data Assimilation:  The WRF model was run with a combination of analysis and observation nudging (i.e., Four Dimensional Data assimilation [FDDA]).  Analysis nudging was used on the 36 km and 12 km domain using the 12 km NAM dataset.  For winds and temperature, analysis nudging coefficients of $5\times10^{-4}$ and $3.0\times10^{-4}$ were used on the 36 km and 12 km domains, respectively.  For mixing ratio, an analysis nudging coefficient of $1.0\times10^{-5}$ was used for both the 36 km and 12 km domains.  The nudging uses both surface and aloft nudging with nudging for temperature and mixing ratio not performed in the lower atmosphere (i.e., within the boundary layer and at the surface).  Observation nudging was performed on the 4 km grid domain using the Meteorological Assimilation Data Ingest System (MADIS)[17] observation archive.  The MADIS archive includes the National Climatic Data Center (NCDC)[18] observations and the National Data Buoy Center (NDBC) Coastal-Marine Automated Network C-MAN[19] stations.  The observational nudging coefficients for winds, temperatures and mixing ratios were $1.0\times10^{-4}$, $1.0\times10^{-4}$, and $1.0\times10^{-5}$, respectively and the radius of influence was set to 50 km.

Physics Options:  The WRF model contains many different physics options.  The physics options chosen for the WestJumpAQMS application are presented in Table 2-3.

Application Methodology:  The WRF model was executed in 5½ day blocks initialized at 12Z every 5 days.  Model results were output every 60 minutes.  The first twelve (12) hours of each 5 ½ day block is used for model spin-up and not used in the PGM model inputs or in the WRF model performance evaluation.  WRF was configured to run in distributed memory parallel mode.

---

[16] Real-time, global, sea surface temperature (RTG-SST) analysis.  http://polar.ncep.noaa.gov/sst/oper/Welcome.html
[17] Meteorological Assimilation Data Ingest System.  http://madis.noaa.gov/
[18] National Climatic Data Center.  http://lwf.ncdc.noaa.gov/oa/ncdc.html
[19] National Data Buoy Center.  http://www.ndbc.noaa.gov/cman.php

BLM_0072407



**Table 2-3.    Physics options used in the WestJumpAQMS WRF 2008 simulation modeling.**

| WRF Treatment | Option Selected | Notes |
|---|---|---|
| Microphysics | Thompson scheme | New with WRF 3.1. |
| Longwave Radiation | RRTMG | Rapid Radiative Transfer Model for GCMs includes random cloud overlap and improved efficiency over RRTM. |
| Shortwave Radiation | RRTMG | Same as above, but for shortwave radiation. |
| Land Surface Model (LSM) | NOAH | Two-layer scheme with vegetation and sub-grid tiling. |
| Planetary Boundary Layer (PBL) scheme | YSU | Yonsie University (Korea) Asymmetric Convective Model with non-local upward mixing and local downward mixing. |
| Cumulus parameterization | Kain-Fritsch in the 36 km and 12 km domains. None in the 4 km domain. | 4 km can explicitly simulate cumulus convection so parameterization not needed. |
| Analysis nudging | Nudging applied to winds, temperature and moisture in the 36 km and 12 km domains | Temperature and moisture nudged above PBL only. |
| Observation Nudging | Nudging applied to surface wind only in the 4 km domain | Surface temperature and moisture observation nudging can introduce instabilities. |
| Initialization Dataset | 12 km North American Model (NAM) | Also used in analysis nudging |

### 2.4.2   Meteorological Model Performance Evaluation

The WestJumpAQMS performed a comprehensive and detailed model performance evaluation of the 2008 WRF 36/12/4 km model simulation. The WestJumpAQMS WRF model performance evaluation is documented in a WRF Application/Evaluation report that is available on its website (ENVIRON and Alpine, 2012[20]). The WRF evaluation consisted of the following:

- Evaluation against surface meteorological observations of wind direction, wind speed, temperature and water vapor mixing ratio (humidity) with monthly performance statistics calculated using the METSTAT program:
  - Surface meteorological performance statistics were calculated across the 36 km CONUS, 12 km WESTUS and 4 km Inter-Mountain West domains, across each individual western state and at individual monitoring sites within each western state, including Colorado[21] that is the main focus of the CARMMS.
  - The surface meteorological model performance statistics were compared against model performance evaluation benchmarks in order to help interpret the WRF model performance and compare it with other studies that were used to develop the benchmarks. The 2008 WRF model performance was compared against both the

---

[20] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf
[21] http://www.wrapair2.org/pdf/westjump.wrf.site.co.2012-04-04.pdf

BLM_0072408



simple (simple terrain and/or simple meteorological conditions) and complex (complex terrain and/or more complex meteorological conditions) model performance benchmarks.

o   The WRF 2008 precipitation estimates were compared with monthly analysis fields generated by the Climate Prediction Center (CPC) in a qualitative evaluation.

Appendix A summarizes some of the WestJumpAQMS WRF model performance evaluation products as they relate to WRF performance within the CARMMS 4 km modeling domain. The WestJumpAQMS 2008 WRF model performance within the CARMMS region is as good or better than meteorological model performance seen in past photochemical modeling studies of the region (e.g., WRAP regional haze modeling and Denver 2008 ozone State Implementation Plan modeling).  Thus, the WestJumpAQMS 2008 WRF meteorological fields were judged to be appropriate for use in the CARMMS.

## 2.5   2008 Base Case Emissions

The 2008 Base Case emissions were developed by the WestJumpAQMS.  The primary source for the 2008 Base Case emissions is Version 2.0 of the National Emissions Inventory (NEIv2.0[22]). For most source categories, the SMOKE emissions modeling system was used to process the emissions into the hourly gridded speciated emissions needed as input for CAMx.  The comprehensive and detailed documentation for the WestJumpAQMS 2008 Base Case emissions inventory is available on the WestJumpAQMS website[23] and includes a final report (ENVIRON, Alpine and UNC, 2013) and 16 Emissions Technical Memorandums that provide details on the 2008 emissions for each source category as well as for the parameters used in the emissions modeling.

### 2.5.1   Source of 2008 Base Case Emissions

Table 2-4 summarizes the emission models and sources of 2008 Base Case emissions that are based primarily on the 2008 NEIv2.0 with the following enhancements:

- Major (≥25 MW) Electrical Generating Units (EGUs) point source $SO_2$ and $NO_x$ emissions used Continuous Emissions Monitor (CEM) measurement data that are available online from the EPA Clean Air Markets Division (CAMD[24]).  These data are hour-specific for $SO_2$, $NO_x$ and heat input.  The temporal variability of other pollutant emissions (e.g., PM) for the CEM sources were estimated using the hourly CEM heat input data to allocate the annual emissions from the NEIv2.0 to each hour of the year.  Emissions, locations and stack parameters for point sources without CEM devices were based on the 2008 NEIv2.0.

- The WRAP-IPAMS Phase III 2006 oil and gas emission inventories were projected to 2008 for all Phase III basins that were available at the time of the WestJumpAQMS 2008 emissions development.  In addition, under WestJumpAQMS new oil and gas emissions

[22] http://www.epa.gov/ttnchie1/net/2008inventory.html
[23] http://www.wrapair2.org/WestJumpAQMS.aspx
[24] http://www.epa.gov/airmarkets/

BLM_0072409



inventory was developed for the Permian Basin in southeastern New Mexico/northwestern Texas.

- On-road mobile source emissions were based on the MOVES2010[25] model with county-specific weekday and weekend day VMT and monthly meteorology for the 2008 base case modeling year.

- The WRAP windblown dust (WBD) model [26] was used to generate WBD emissions using day-specific hourly meteorology from the 2008 WRF simulation.

- Sea salt and lightning emissions were generated using the 2008 WRF model hourly gridded output.

- Emissions from fires (wildfires, prescribed burns and agricultural burning) are based on the 2008 fire emissions inventory developed in the Joint Fire Sciences Program (JFSP) Deterministic and Empirical Assessment of Smoke's Contribution to Ozone (DEASCO3[27]) study.

- Biogenic emissions were generated using an enhanced version of the Model of Emissions of Gases and Aerosols in Nature (MEGAN[28]) that was updated by WRAP to better represent biogenic emissions for the western states.

- Mexico emissions were based on the 2008 projections from the 1999 Mexico national emissions inventory.

- The Environment Canada 2006 emissions inventory based on the National Pollutant Release Inventory (NPRI) was used for Canada.

- New spatial surrogates for the emissions were developed using the latest 2010 Census and other data that are now available and includes population and housing statistics for 2010. Details on the new spatial surrogates used for allocating county-level emissions to the 4 km grid cells can be found in the WestJumpAQMS Emissions Technical Memorandum Number 13[29].

---

[25] http://www.epa.gov/otaq/models/moves/
[26] http://www.wrapair.org/forums/dejf/fderosion.html
[27] https://www.firescience.gov/projects/11-1-6-6/proposal/11-1-6-6_11-1-6_attachment_1_primary.pdf
[28] http://acd.ucar.edu/~guenther/MEGAN/MEGAN.htm
[29] http://www.wrapair2.org/pdf/Memo13_Parameters_Sep30_2013.pdf

BLM_0072410

March 2016                                    

## Table 2-4.       Summary of sources of emissions and emission models used to generate 2008 base case emissions for use in CARMMS.

| Emissions Component | Configuration | Details |
|---|---|---|
| Model Code | SMOKE Version 3.1 | http://www.smoke-model.org/index.cfm |
| Oil and Gas Emissions | Update WRAP Phase III 2006 to 2008 | Seven WRAP Phase III Basins in CO, NM, UT and WY plus  add 2008 Permian Basin O&G Emissions |
| Area Source Emissions | 2008 NEI Version 2.0 | Western state updates, then SMOKE processing of http://www.epa.gov/ttn/chief/net/2008inventory.html |
| On-Road Mobile Sources | MOVES2010 | County specific emissions run for monthly weekday and weekend days.  California based on EMFAC2011. |
| Point Sources | 2008 CEM and Non-CEM Sources | Use 2008 day-specific hourly measured CEM for $SO_2$ and $NO_x$ emissions for CEM sources, 2008 NEIv2.0 for other pollutants and non-CEM sources |
| Off-Road Mobile Sources | 2008 NEIv2.0 | Based on EPA NONROAD model http://www.epa.gov/oms/nonrdmdl.htm |
| Wind Blown Dust Emissions | WRAP Wind Blown Dust (WBD) | WRAP WBD Model with 2008 WRF meteorology adjusted to be consistent with 2002 WBD modeling |
| Ammonia Emissions | NEIv2.0 | Based on CMU Ammonia Model.  Review and update spatial allocation if appropriate. |
| Biogenic Sources | MEGAN | Enhanced version of MEGAN Version 2.1 from WRAP Biogenics study http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf |
| Fires | 2008 DEASCO3 | 2008 DEASCO3 fire inventory used. http://www.wrapair2.org/pdf/JSFP_DEASCO3_TechnicalProposal_November19_2010.pdf |
| Temporal Adjustments | Seasonal, day, hour | Based on latest collected information |
| Chemical Speciation | CB05 Chemical Speciation | CB6 considered but was too new at time study was initiated. |
| Gridding | Spatial Surrogates based on landuse | Develop new spatial surrogates using 2010 census data and other data |
| Quality Assurance | SMOKE QA Tools; PAVE, VERDI plots; Summary reports | Follow WRAP emissions QA/QC plan. |

BLM_0072411



### 2.5.2   On-Road Mobile Sources

The Motor Vehicle Emissions Simulator (MOVES[30]) is EPA's current tool to construct on-road mobile source emissions estimates for national, state, and county level inventories of criteria air pollutants, greenhouse gas emissions, and some mobile source air toxics from highway vehicles.  In addition, MOVES can make projections for energy consumption (total, petroleum-based, and fossil-based).  EPA requires that all new regulatory modeling studies use the MOVES model for mobile source emissions and MOVES is also recommended for NEPA studies (EPA, 2012c).

The CARMMS/WestJumpAQMS 2008 on-road mobile source emission modeling was conducted using MOVES2010 (EPA, 2012a).  On July 31, 2014, EPA released a new version of MOVES (MOVES2014; EPA, 2014a,b).  The CARMMS mobile source emissions modeling was conducted in 2013 using MOVES2010, well before the release of MOVES2014.  As stated in EPA's MOVES2014 Policy Guidance (EPA, 2014c) "All states other than California should use MOVES2014 for future SIPs in order to take full advantage of the improvements incorporated in this version.  However, state and local agencies that have already completed significant work on a SIP with MOVES2010 can continue to use it"[31] (EPA, 2014c).  Thus, MOVES 2010 was used instead of MOVES 2014 in this study.

The WestJumpAQMS ran MOVES2010 configured to estimate 2008 mobile source emissions directly (i.e., emissions inventory mode) at a county level basis by month using the monthly average diurnally varying 2008 WRF meteorological conditions.  However, the 3SAQS updated the 2008 and 2020 mobile source emissions using MOVES2010 in the emissions factor mode to generate a lookup table of emissions factors that was used with SMOKE-MOVES and the 2008 WRF gridded hourly meteorological data to generate day-specific hourly gridded on-road mobile source emission inputs.  The CARMMS 2021 High, Low and Medium Development Scenarios CAMx source apportionment modeling used the 3SAQS 2020 SMOKE-MOVES on-road mobile source emissions.  SMOKE-MOVES spatially allocated the mobile source activity data to the 36/12/4 km modeling domains using spatial surrogates developed using the 2010 census and other data.  This includes new spatial surrogate categories specific to new source categories in MOVES (e.g., heavy duty truck idling at rest stops).  SMOKE-MOVES also chemically speciated the emissions to the CB05 chemical mechanism using CB05 chemical speciation profiles based on the SPECIATE4.3 database.  More details on the 2008 on-road mobile source emissions can be found in the 3SAQS 2008 base case modeling report (Adelman, Shanker, Yang and Morris, 2014).

### 2.5.3   Area and Non-Road Mobile Sources

The 2008 NEIv2.0 area and non-road emissions were processed using the SMOKE emissions model with new 2010 census spatial surrogates and default temporal and CB05 speciation adjustments.  Several source categories within the area and non-road category were removed from the NEIv2.0 so that they could be replaced or updated and separately processed, which allows a more thorough QA/QC analysis.  The source categories that were extracted from the NEIv2.0 area and non-road sources for separate treatment or replacement were as follows:

---

[30] http://www.epa.gov/otaq/models/moves/
[31] http://www.epa.gov/otaq/models/moves/documents/420b14008.pdf

BLM_0072412

RAMBØLL ENVIRON

- Oil and gas (O&G) exploration and production sources for locations covered by most of the WRAP Phase III O&G Basins and the Permian Basin were removed from the 2008 NEIv2. They were replaced by the WRAP Phase III 2006 emissions projected to 2008 (see Section 2.5.4). New 2008 O&G emissions were developed for the Permian Basin in southeastern New Mexico/northwestern Texas. The 2008 NEIv2.0 O&G emissions were used for the remainder of the U.S. locations, which includes the Williston and Great Plains Basins (North Dakota and Montana) whose WRAP Phase III emissions were not available at the time of the 2008 emissions inventory development.
- Ammonia emissions due to livestock and fertilizer sources were removed from the NEIv2.0 and processed separately.
- Aircraft, locomotive and marine (ALM) sources were processed separately as their own source group in the emissions modeling. The marine sources do not include large ocean going (Class 3) vessels (Commercial Marine Vessels, CMV) that were processed under the off-shore shipping category.
- Fire emissions were removed from the NEIv2.0 and were replaced by 2008 fire emissions developed as part of the DEASCO3 study.
- Fugitive dust emissions were removed from the NEIv2.0 for separate processing.

Below we summarize the processing area and non-road emissions used from the 2008 NEIv2 in the CARMMS 2008 base case, more details can be found in WestJumpAQMS Technical Memorandum No.2 Area and Non-Road Emissions (Loomis, Morris and Adelman, 2013[32]).

## 2.5.3.1   Area Sources

The NEI Area (or Non-Point) data category contains emission estimates for sources which individually are too small in magnitude or too numerous to inventory as individual point sources, and which can often be estimated more accurately as a single aggregate source for a County or Tribal area. Area source (non-point) emissions are emissions sources that are summed over a geographic region, rather than specifically located. Examples of area sources include small industrial, residential, consumer product, and agricultural emissions. For emissions modeling purposes, these types of emissions are defined by state and county (or tribal) identifiers, and SCC codes. After extracting the area source categories from the NEIv2.0 as indicated above, the remaining area sources in the NEIv2.0 were processed by SMOKE as their own source category.

## 2.5.3.2   Non-Road Sources

The NEI Non-Road data categories contain mobile sources which are estimated for version 2.0 of the 2008 NEI using the EPA NONROAD[33] model, run within the National Mobile Inventory Model (NMIM[34]). The non-road emissions have been compiled as both annual total emissions, and average day emissions by month. In order to take the best advantage of the monthly and seasonal variability of the non-road emissions sources, we used the monthly options for SMOKE modeling inputs.

---

[32] http://www.wrapair2.org/pdf/Memo_2_Area_Jan22_2013%20review%20draft.pdf
[33] http://www.epa.gov/otaq/nonrdmdl.htm
[34] http://www.epa.gov/otaq/nmim.htm

BLM_0072413



Note that emissions data for aircraft, locomotives, and commercial marine vessels are <u>not</u> included in the NEI non-road data category starting with the 2008 NEI.  These three non-road mobile source categories were handled as special cases, with separate input processing streams.  Aircraft engine emissions occurring during Landing and Takeoff Operations (LTO) and the Ground Support Equipment (GSE) and Auxiliary Power Units (APU) associated with the aircraft are now included in the point data category at individual airports in the 2008 NEI. Emissions from locomotives that occur at rail yards are also included in the point data category. In-flight aircraft emissions, locomotive emissions outside of the rail yards, and commercial marine vessel emissions (both underway and port emissions) are included in the Non-Point data category.

### 2.5.4    2008 Oil and Gas Emissions

For Basins covered by the WRAP-IPAMS Phase III 2006 oil and gas (O&G) emissions available at the time of the 2008 base case emissions development, the WRAP Phase III O&G 2006 emissions were projected to 2008.  WestJumpAQMS also developed new 2008 O&G emissions for the Permian Basin in southeastern New Mexico/northwestern Texas.  For all other Basins in the U.S. (including Williston and Great Plains Basins whose WRAP Phase III emissions were not available at the time of the 2008 base case development) the 2008 O&G emissions from the NEIv2.0 were used and processed as area and point sources.

#### 2.5.4.1   <u>2008 Phase III O&G Emissions Update</u>

The WRAP Phase III 2006 baseline O&G inventories were projected to 2008 for the following eight WRAP Phase III Basins:

- Denver-Julesburg Basin (CO)
- Piceance Basin (CO)
- Uinta Basin (UT)
- North San Juan Basin (CO)
- South San Juan Basin (NM)
- Wind River Basin (WY)
- Powder River Basin (WY)
- Greater Green River Basin (WY)

The 2008 O&G emission update for the WRAP Phase III and Permian Basins used 2008 O&G production statistics from the Enerdeq database published by IHS Global, also referred to as the "PI Dwight's" database.  This database contains production statistics that are consistent and typically of higher quality than the primary data in individual state O&G Commission databases.

Processing of the IHS data for the 2008 projections followed the same methodology as used in the WRAP Phase III study[35].  Summaries of production statistics were extracted from the IHS database, including well count by well type and location, spud count, production of gas by well type and well location, production of liquid petroleum (oil or condensate) by well type and well

---

[35] http://www.wrapair2.org/PhaseIII.aspx

BLM_0072414



location, and production of water by well type and well location.  All data were summarized at the county and basin level, for tribal and non-tribal land separately as applicable to each basin. No new survey work was conducted for the 2008 O&G emissions update so the analysis did not include any updates of company-specific production statistics as was done in the development of the Phase III 2006 O&G emission inventories.  The resulting production statistics data were summarized at the county, tribal and basin levels for all basins including the Permian Basin.

The 2008 production statistics from the IHS database were used to project the Phase III baseline 2006 O&G inventories.  The projections were developed as scaling factors that represented the ratio of the value of a specific activity parameter in 2008 to the value in 2006.  The scaling factors were developed at the county and tribal levels for all basins.  Scaling factors were then matched to all source categories considered as part of the Phase III inventories, using the same cross-referencing analysis conducted as part of the midterm (2012) projections in the Phase III study.  The 2008 to 2006 scaling factors were used to adjust the activity data for the oil and gas emissions.

Where specific scaling factors are estimated to be less than one (1), indicating a reduction in an activity parameter from 2006 to 2008, all emissions factors and activity data were assumed to be identical in 2008 as in 2006 and no emission controls assessment is needed (i.e., when activity is reduced between 2006 and 2008 we are assuming that the same equipment is being used in the field, it is just producing less).  In this case, the 2008 emissions were developed assuming the direct application of the scaling factor with no additional controls.

Where scaling factors are estimated to be greater than one (1), it is assumed that some growth in activity has occurred in the 2006-2008 time period and that new equipment may have been deployed in the field.  A controls analysis was conducted specific to each basin and utilized the control measures identified as part of the WRAP Phase III midterm O&G projections work.  The controls analysis only considered broad control factors, rather than detailed analyses as conducted in the Phase III midterm projections.  Where no significant impact of controls from federal or state regulations are anticipated in the 2006-2008 time period, no control factors for the specific source category will be assumed.

For Colorado Basins, the permitted O&G 2008 emissions were based on the CDPHE 2008 APEN database rather than projected from the WRAP Phase III 2006 O&G emissions, whose permitted O&G emissions were based on the CDPHE 2006 APEN database.  In addition, the Colorado Department of Health and Development (CDPHE) has determined that not all condensate flash VOC emissions that were assumed to be controlled 95% by flares make it to the flare and are instead vented to the atmosphere.  Thus, CDPHE has introduced the concept of a Capture Efficiency (CE) for condensate flare control that assumes only 75% of the condensate flash VOC emissions are actually controlled by the flare and the other 25% is released directly to the atmosphere.  The CDPHE 75% CE assumption was adopted in the CARMMS/WestJumpAQMS 2008 base case O&G emissions in Colorado.  The WRAP Phase III 2006 unpermitted condensate tank O&G emissions are either projected to 2008 (D-J Basin) or the 2008 APEN condensate tank emissions are reduced (Piceance Basin) in order for the total 2008 condensate production in the inventory to match the 2008 IHS database production statistics.

BLM_0072415



Details on the development of the 2008 O&G emissions for the Colorado Basins, the Uinta and South San Juan Basins and the Wyoming Basins can be found in three WestJumpAQMS Technical Memorandums by, respectively, Bar-Ilan and Morris (2012a[36]), Bar-Ilan and Morris (2012b[37]) and Bar-Ilan and Morris (2012c[38]).

2.5.4.2   2008 Emission Inventory for the Permian Basin

A study prepared by Applied EnviroSolutions, Inc. (AES) on 2007 O&G emissions in the New Mexico portion of the Permian Basin along with 2008 O&G emissions from the Texas Commission on Environmental Quality (TCEQ) was used to develop a comprehensive O&G emissions inventory of the Permian Basin.  The Permian Basin lies outside of the CARMMS modeling domain, although Permian Basin emissions are used in the CAMx 36/12 km modeling to provide BCs for the CARMMS 4 km domain.  Details on the development of the 2008 O&G emissions for the Permian Basin can be found in WestJumpAQMS Emissions Technical Memorandum Number 4d (Bar-Ilan and Morris, 2013[39]).

2.5.4.3   2008 O&G Emissions for the Remainder of the U.S.

The WRAP Phase III Basins and Permian Basin O&G emissions described above covers most of an area including northwestern TX, NM, CO, UT and WY and all of the 4 km CARMMS domain. For areas within these states not covered by the WRAP Phase III and Permian Basins, and O&G emissions outside of this region, the O&G emissions from the 2008 NEIv2.0 were used.  Details on the O&G emissions used in the 2008 base case not covered by the WRAP Phase III Basins can be found in WestJumpAQMS Technical Memorandum No. 4e (Loomis, Adelman, Morris and Bar-Ilan, 2013[40]).

**2.5.5   Fire Emissions**

2008 emissions from wild fires, prescribed burns and agricultural burning were based on the comprehensive 2008 fire emissions inventory developed as part of the DEASCO3[41] project sponsored by the Joint Fire Science Program (JFSP).  The WestJumpAQMS emissions Technical Memorandum Number 5 (Morris, Tai, Loomis and Adelman, 2012[42]) discusses and compares available fire emissions data for 2008.  Details on the DEASCO3 fire emissions development methodology[43] and the methodology for fire plume rise and speciation[44] is available on the DEASCO3 website.

**2.5.6   Ammonia Emissions**

Ammonia emissions were based on the 2008 NEIv2.0 emissions inventory.  A vast majority of the ammonia emissions in the 2008 NEIv2.0 were from livestock and fertilizer application that

[36] http://www.wrapair2.org/pdf/Memo_4a_OG_Jun06_2012_Final.pdf
[37] http://www.wrapair2.org/pdf/Memo_4b_OG_June06_2012_Final.pdf
[38] http://www.wrapair2.org/pdf/Memo_4c_OG_Jan23_2013_RevisedFinal.pdf
[39] http://www.wrapair2.org/pdf/Memo_4d_OG_Apr24_2013_Final.pdf
[40] http://www.wrapair2.org/pdf/Final_Memo_4e_RemainderOG_Mar6_2013.pdf
[41] http://www.wrapair2.org/pdf/JSFP_DEASCO3_TechnicalProposal_November19_2010.pdf
[42] http://www.wrapair2.org/pdf/Memo_5_Fires_Apr27_2012_Final.pdf
[43] https://wraptools.org/pdf/ei_methodology_20130930.pdf
[44] https://wraptools.org/pdf/DEASCO3_Plume_Rise_Memo_20131210.pdf

BLM_0072416



were based on the CMU ammonia model[45].  Updated spatial surrogates for locations of Concentrated Animal Feeding Operations (CAFOs) in Colorado developed as part of the NPS ROMANS study were used to spatially allocate the NEIv2.0 livestock ammonia emissions in Colorado, which greatly improves the ammonia emissions within the CARMMS domain.  Details on the development of the ammonia emissions used in the CARMMS 2008 base case can be found in the WestJumpAQMS Technical Memorandum No. 8 (Loomis, Wilkinson, Adelman and Morris, 2013[46]).

### 2.5.7   Ocean Going Vessels

The 2008 off-shore shipping emissions inventory was based on the 2008 NEIv2.0.  These emissions are developed and carried as point sources, rather than the area-level files generally used for off-road mobiles sources, including marine emissions sources.  Details on the Off-Shore Shipping emissions are provided in a report "Documentation for the Commercial Marine Vessel Component of the National Emissions Inventory – Methodology" prepared by Eastern Research Group (ERG, 2010[47]) dated March 30, 2010.  The WestJumpAQMS emissions Technical Memorandum Number 7 (Loomis, Morris and Adelman, 2012[48]) describes the off-shore shipping emissions and how they were processed for input into the photochemical grid model.

### 2.5.8   Biogenic Emissions

WRAP performed a Western Biogenic Emissions Update Study that enhanced the MEGAN biogenic emissions model to better simulate biogenic emissions in the western U.S.  The CARMMS used the new enhanced version of MEGAN along with the 2008 WRF 36/12/4 km data to generate hourly gridded speciated biogenic emission inputs for 2008 and the CARMMS 4 km domain.  Details on the WRAP Biogenic Emissions Update Study can be found in the study's final report (Sakulyanontvittaya, Yarwood and Guenther, 2012[49]) with a summary provided in the WestJumpAQMS emissions Technical Memorandum Number 9 on biogenic emissions (Sakulyanontvittaya et al., 2012[50]).

### 2.5.9   Spatial Allocation

New spatial allocation surrogates were developed at 4 km resolution for the CONUS domain using the latest 2010 CENSUS and other new data.  The 4 km surrogate distributions were used directly for disaggregating the county-level emissions to the 4 km grid cells in the CARMMS modeling domain, as well as collapsed to 36 and 12 km resolution for spatial allocation to the 36 km CONUS and 12 km WESTUS domains used in WestJumpAQMS modeling.  Table 2-5 summarizes the spatial surrogates to be used for spatial allocation in the CARMMS/WestJumpAQMS SMOKE emissions modeling.  More details are provided in the WestJumpAQMS emissions Technical Memorandum Number 13 on SMOKE modeling parameters (Adelman, Loomis and Morris, 2013[51]).

---

[45] http://www.cmu.edu/ammonia/
[46] http://www.wrapair2.org/pdf/Memo8_AmmoniaSources_Feb28_2013review_draft.pdf
[47] http://www.epa.gov/ttn/chief/net/nei08_alm_popup.html
[48] http://www.wrapair2.org/pdf/OffshoreShippingEmissionsMemo_7WestJumpAQMS_Jan23_2012.pdf
[49] http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf
[50] http://www.wrapair2.org/pdf/Memo_9_Biogenics_May9_2012_Final.pdf
[51] http://www.wrapair2.org/pdf/Memo13_Parameters_Feb28_2013review_draft.pdf

BLM_0072417

March 2016



**Table 2-5.    Spatial surrogate distributions to be used in the SMOKE emissions modeling spatial allocations.**

| Shapefile | Description | Type | Year | Source |
|---|---|---|---|---|
| cty_pophu2k_revised | U.S. County Boundaries | Polygon | 2005 | U.S. Census Bureau |
| pophu_bg2010 | Population/ Housing | Polygon | 2010 | U.S. Census Bureau |
| rd_ps_tiger2010 | Roadways | Line | 2010 | U.S. Census Bureau |
| waterway_ntad2011 | Waterways | Line | 2010 | U.S. Bureau of Transport Statistics |
| rail_tiger2010 | Railways | Line | 2010 | U.S. Census Bureau |
| exits** | Highway Exits | Point | 2010 | ESRI |
| mjrrds** | Major Roads | Line | 2010 | ESRI |
| transterm** | Transportation Terminals | Point | 2010 | ESRI |
| fema_bsf_2002bnd | Building footprints | Polygon | 2010 | FEMA |
| heating_fuels_acs0510_c2010 | Home heating fuels | Polygon | 2010 | U.S. Census Bureau |

### 2.5.10  Temporal Allocation

Temporal profiles are available from the U.S. EPA for a wide range of emissions sources.  While the majority of the temporal profiles available from the EPA represent nationally averaged emissions sources, state-specific monthly profiles exist for prescribed fires, wildfires, livestock, and some mobile sources.  For most sources the emissions modeling temporal allocations were based on the U.S. EPA temporal profiles distributed with the 2008 NEIv2.0[52] (filename: amptpro_2008aa_us_can_revised_06oct2011_v0.txt).  Several source categories use episode emissions that already have hourly emissions so will not use the temporal allocation profiles. These emissions categories include: large point sources with measured hourly CEM emissions; on-road mobile sources that use the MOVES monthly weekday/weekend day hourly emissions; biogenic emissions from MEGAN; and fire emissions from DEASCO3.  The EPA default cross walk file between SCC codes and temporal allocations is available on the NEIv2.0 website[53].

### 2.5.11  Chemical Speciation

The U.S. EPA develops speciation profiles from information stored in the SPECIATE database[54]. The SPECIATE database is the official repository of volatile organic compound (VOC) and particulate matter (PM) emissions source profiles for different categories of emissions sources. CARMMS SMOKE emissions modeling used the SPECIATE Version 4.3 database released in September 2011 that contains 5,592 profiles of chemical mass fractions from source testing conducted by EPA, state agencies, or published in the literature since the 1970's.  Of the profiles in SPECIATE V4.3, 3,570 are for PM sources, 1,775 are for VOC sources, and 247 are for other gases, such as mercury.  The most recent update to the SPECIATE database occurred with the release of version 4.4 in February 2014 that includes 5,728 speciation profiles for VOC, PM and mercury.  SPECIATE 4.4 was released after CARMMS conducted most of its emissions modeling and thus was not used.

Part of the speciation process for VOCs includes converting inventory reactive organic gases (ROG) to total organic gases (TOG).  This step is required because inventoried VOC excludes

---

[52] http://www.epa.gov/ttnchie1/net/2008inventory.html
[53] ftp://ftp.epa.gov/EmisInventory/2008v2/doc/scc_eissector_xwalk_2008neiv2.xlsx
[54] http://www.epa.gov/ttnchie1/software/speciate/

BLM_0072418



ethane and methane in the mass of total VOC while the speciation profiles include ethane and methane.  Before the speciation profiles can be applied to the inventory, the inventory VOC must be scaled up to account for the missing methane mass.  SCC-specific ROG-to-TOG conversion factors are included with the speciation profiles to prepare the inventories for speciation.

The CARMMS CAMx photochemical grid modeling used the Carbon Bond version 05 (CB05) chemical mechanism (Yarwood et al., 2005[55]).  The SMOKE emissions modeling was performed using CB05 speciation profiles, based on the SPECIATE V4.3 database, and ROG-to-TOG conversion factors.  The Speciation Tool is an interface to the SPECIATE database that develops CB05 VOC speciation profiles for use in the SMOKE emissions modeling.  The exception to using the SPECIATE V4.3 VOC speciation profiles was for the WRAP Phase III Basins where Basin-specific CB05 VOC speciation profiles were used for O&G VOC emissions.

## 2.5.12  Emissions Quality Assurance and Quality Control

The emissions modeling quality assurance (QA) and quality control (QC) procedures developed as part of the WRAP Regional Modeling Center are being used in the CARMMS and WestJumpAQMS emissions modeling (Adelman, 2004).  The 2008 base case emissions are processed by major source category in several different "streams" of emissions modeling.  This is done in order to assist in the QA/QC of the emissions modeling as it is much easier to identify potential issues in the emissions fields when analyzing single source categories at a time.  Each stream of emissions modeling generates a pre-merged CAMx-ready emissions model input with all pre-merged emissions inputs merged together to generate the final CAMx-ready two-dimensional gridded low-level (layer 1) and point source emission inputs.  Table 2-6 lists an example of separate streams of emissions modeling by source category that can be used.  Also shown in Table 2-6 are the source of the emissions, processing comments and the temporal allocation strategy whose options are as follows:

- Single day per year (aveday_yr)
- Single day per month (aveday_mon)
- Typical Monday, Weekday, Saturday, Sunday per year (mwdss_yr)
- Typical Monday, Weekday, Saturday, Sunday per month (mwdss_mon)
- Emissions estimated for each model simulation day (daily)
- Emissions estimated for each model simulation day with temporal profiles generated with average daily meteorology (daily met)
- Emissions estimated for each model simulation day with temporal profiles generated with hourly meteorology (hourly met)

---

[55] http://www.camx.com/publ/pdfs/cb05_final_report_120805.aspx

BLM_0072419

March 2016     

**Table 2-6.    Emissions processing categories and temporal allocation approach for 2008 Base Case emissions modeling.**

| No. | Emissions Processing Category (Abbr) | Inventory Source | Temporal | Processing Comments |
|---|---|---|---|---|
| 1 | Nonpoint/Area (nonpt) | NEI | mwdss_mon | Remove oil & gas, agricultural NH3, and dust,; includes commercial marine and rail |
| 2 | Livestock NH3 (lv) | NEI | mwdss_mon | Do not apply met-based temporal profiles; separate out for possible sensitivity later |
| 3 | Fertilizer NH3 (ft) | NEI | mwdss_mon | Group with lv as a full agricultural NH3 sector (ag) |
| 4 | Fugitive and Road Dust (fd) | NEI | mwdss_mon | Includes paved and unpaved road dust; apply transport factors but not met factors |
| 5 | Residential Wood Combustion (rwc) | NEI | mwdss_mon | Do not apply met-based temporal profiles; separate out for possible sensitivity later |
| 6 | Area Oil & Gas from P3 (ogp3) | WRAP P3 | mwdss_mon | Basin specific speciation profiles and spatial surrogates (includes Permian Basin) |
| 7 | Area Oil and Gas from NEI (ognei) | NEI | MWDSS_mon | Use default speciation and allocations |
| 8 | Nonroad mobile (nr) | NEI | mwdss_mon | Includes NMIM commercial marine and rail |
| 9 | MOVES RPD (rpd) | MOVES | hourly met | |
| 10 | CEM Point (ptcem) | NEI08/CAMD | daily | Anomalies removed from 2008 CAMD data |
| 11 | Non-CEM Point (ptncem) | NEI08 | mwdss_mon | Removed oil & gas sources from NEI and transferred to ptognei sector |
| 12 | Point Oil & Gas from P3 (ptogp3) | WRAP P3 | mwdss_mon | WRAP Phase III inventory and Permian Basin |
| 13 | Point Oil & Gas from NEI (ptognei) | WRAP NEI | mwdss_mon | Remove NEI oil and gas emissions for counties in WRAP P3/Permian Basins |
| 14 | Point Fires (ptfire) | FINN or SMARTFIRE | daily | |
| 15 | Commercial Marine (ptseca) | NEI | aveday_mon | Latest version from Emissions Control Area (ECA) rule |
| 16 | Lightning NOx (lnox) | | hourly met | Gridded hourly NO emissions tied to WRF convective rainfall (optional) |
| 17 | Sea salt (ss) | | hourly met | Surf zone and open ocean PM emissions (Optional) |
| 18 | Windblown Dust (wbd) | TBD | hourly met | WRAP WBD model one option |
| 19 | MEGAN Biogenic (bg) | MEGAN2.1 | hourly met | Use new versions of MEGAN V2.10 updated by WRAP for the western U.S. |
| 20 | Mexico Area (mexar) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2008 |
| 21 | Mexico Point (mexpt) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2013 |
| 22 | Mexico Mobile (mexmb) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2013 |
| 23 | Canada Area (canar) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 24 | Canada Point (canpt) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 25 | Canada Mobile (canmb) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 26+ | BLM Planning Areas | BLM | Mwdss_mon | Separate processing of O&G and mining emissions in each BLM Planning Area |

BLM_0072420



Separate QA/QC is performed for each separate stream of emissions processing and in each step. SMOKE includes advanced quality assurance features that include error logs when emissions are dropped or added. The QA/QC procedures developed under the WRAP RMC were used (Adelman, 2004) that includes visual displays such as:

- Spatial plots of the hourly emissions for each major species (e.g., $NO_X$, VOC, some speciated VOC, $SO_2$, $NH_3$, PM and CO);
- Vertical average emissions plots for major species and each of the grids;
- Diurnal plots of total emissions by major species and by state; and
- Summary tables of emissions for major species for each grid and by major source category.

This QA information was examined against the original point and area source data and summarized in an overall QA/QC assessment.

Scripts to perform the emissions merging of the appropriate biogenic, on-road, non-road, area, low-level, fire, and point emission files were written to generate the CAMx-ready two-dimensional day-specific hourly speciated gridded emission inputs. The point source and, as available, elevated fire emissions were processed into the day-specific hourly speciated emissions in the CAMx-ready point source format.

The resultant CAMx model-ready emissions were subjected to a final QA using spatial maps, vertical plots and diurnal plots to assure that: (1) the emissions were merged properly; (2) CAMx inputs contain the same total emissions; and (3) to provide additional QA/QC information.

## 2.6   2008 Base Case Modeling and Model Performance Evaluation

WestJumpAQMS performed a CAMx 2008 4 km Base Case simulation for the CARMMS 4 km modeling domain and conducted a model performance evaluation. The CARMMS model performance evaluation was documented in Section 4.5.3 in the WestJumpAQMS final report (ENVIRON, Alpine and UNC, 2013[56]). The CARMMS study intended to rely on the WestJumpAQMS CAMx model performance evaluation that focused on monthly and annual model performance statistics across the 4 km CARMMS domain for ozone, $PM_{2.5}$ and related species. However, when presenting the CARMMS 2008 Base Case modeling and model performance evaluation results to the IAQRT at a February 28, 2014 meeting, the IAQRT requested that more model performance information be provided. In particular, the IAQRT requested that ozone model performance statistics be calculated using a 60 ppb observed ozone cut-off concentration instead of 40 ppb as used by WestJumpAQMS, and that model performance statistics be provided down to an individual monitoring site. Thus, CARMMS calculated additional ozone model performance statistics using the 60 ppb ozone cut-off and packaged up all of the WestJumpAQMS model performance products for the 4 km CARMMS domain and 2008 Base Case simulation. The result was a 72 Mb zipped file of model performance products that had over 4,500 model performance statistics and displays that

---

[56] http://www.wrapair2.org/pdf/WestJumpAQMS_FinRpt_Finalv2.pdf

BLM_0072421

March 2016 

summarized model performance down to the individual monitoring site for each month and for each day of 2008 across the 4 km CARMMS domain. The zipped file of model performance products was provided to the IAQRT.

Appendix B summarizes the CARMMS CAMx 2008 Base Case simulation and model performance evaluation across the 4 km CARMMS domain, including ozone model performance statistics using a 60 ppb observed ozone cut-off threshold as recommended by EPA. The CARMMS CAMx Base Case simulation achieved EPA's ozone model performance goals, except in the winter months (Jan, Feb, Nov and Dec) when a 60 ppb observed ozone cut-off is used. The highest winter ozone events in the CARMMS 4 km domain occur during the winter ozone episodes in the Uinta Basin under cold pool shallow inversion conditions or stratospheric ozone intrusions events that the CARMMS modeling system was either not configured to simulate or has difficulty simulating, respectively. The CARMMS CAMx Base Case simulation also mostly achieved the PM Model Performance Criteria. More details on the CARMMS 2008 4 km base case simulation and model performance evaluation are provided in Appendix B.

BLM_0072422



## 3.0 FUTURE YEAR EMISSIONS

The meteorological base year for the CARMMS modeling is 2008.  The development of the 2008 Base Case modeling database and emissions scenario was described in Chapter 2.  In this section, we describe the development of the future year emissions scenario.  The future year emissions scenario modeled is 2021.  Projecting future year oil and gas (O&G) emissions has many uncertainties as it depends on economic conditions (e.g., price of natural gas and oil), identification of new O&G plays, availability of exploration and development equipment and regulatory requirements.  For CARMMS, future year O&G emissions were developed for a range of potential outcomes that would hopefully bound the actual future year O&G development in the region.  CARMMS developed three levels of 2021 future year O&G development within the BLM Colorado Planning Areas:

- High Development Scenario;
- Low Development Scenario; and
- Medium Development Scenario, which is a mitigated version of the High Development Scenario.

Similarly, High, Low and Medium Development Scenario emissions were developed for the Mancos Shale. There are four general types of future year emissions addressed in CARMMS:

1. BLM-authorized (Federal lands) and other (non-Federal lands) oil and gas and mining emissions within the Colorado BLM planning areas (as well as the BLM Farmington Field Office in northern New Mexico);

2. Oil and gas and other development areas outside of Colorado/northern New Mexico BLM Planning Areas;

3. Remainder future year anthropogenic emissions; and

4. Emissions related to the 2008 base year that remained unchanged in the future year scenarios.

## 3.1   Western Colorado BLM Planning Area Oil and Gas Emissions Calculators

To address emissions from future BLM-authorized (Federal lands) and non-BLM-authorized (non-Federal lands) oil and gas development in the western Colorado planning areas, CARMMS has developed several emission calculators.  Existing emissions calculators were improved under CARMMS and representative calculators for "typical" crude oil, conventional gas (with condensate), coal bed natural gas (CBNG), and shale gas within the region have been developed.  New information has been incorporated for drilling times; engine configurations; condensate and produced water production; well pad versus offsite gas treatment and storage; well-head, infield, and pipeline compression; and gas/oil production.  The ability to readily modify input assumptions, such as production parameters, emission control assumptions, and wellhead equipment configurations, has also been incorporated into the calculators.

The refined emission calculators were used to develop the 2021 future-year O&G emissions inventories for the eight western Colorado BLM planning areas.

BLM_0072423



The following sections summarize the emission calculators used to estimate the O&G and mining emissions for western Colorado and northern New Mexico. Details on the emission calculators are provided in two Technical Memoranda (Grant, Zapert and Morris, 2013a,b) that are included as Appendices C and D.

### 3.1.1  Overview of Calculators

Emission calculators have been developed for each of the following well types.

- Conventional gas
- Conventional oil
- Shale gas
- Coalbed natural gas (CBNG)

For each well type, a separate self-contained emission calculator spreadsheet contains all of the inputs and calculations need to generate well site emissions.

Additionally, a calculator has been developed to estimate midstream emissions for each area. The midstream emission calculator draws upon Colorado Department of Public Health (CDPHE) Air Pollutant Emission Notice (APEN) emissions for base year emission estimates. Future year midstream emission projections are dependent on the change in oil and gas production in a given planning area which can be updated based on linkages to the by well type emission calculators.

### 3.1.2  Pollutants

The emission calculators include estimates of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides ($NO_X$)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases[57]
  - Carbon dioxide ($CO_2$)
  - Methane ($CH_4$)
  - Nitrous oxide ($N_2O$)
- Hazardous Air Pollutants (HAPs)[58]

---

[57] Note that the CARMMS PGM modeling does not use Greenhouse Gas (GHG) emissions, but the emission calculators provide GHG emission estimates so they can be reported in the RMPs.

BLM_0072424

March 2016                                    

While lead (Pb) is a criteria pollutant, emissions of lead in the BLM western Colorado planning areas due to O&G and mining activities are extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

Although the CARMMS emissions calculators calculate HAP and GHG emissions for oil and gas sources, the CARMMS PGM modeling do not use these emissions so they are not included in this report.

### 3.1.3   Temporal

The calculators estimate annual emissions associated with oil and gas exploration.  Baseline emissions are estimated for 2011 with annual emission forecasts made for every year out to 10 years (2021).

### 3.1.4   Calculator Inputs

The emission calculator for each well type allows for specification of the following inputs.

- Base year oil and gas activity (gas production, oil production, spud counts, active well counts)
- Well decline estimates
- Level of control by source category
- Gas composition
- Equipment configurations (e.g. drill rigs, fracing rigs)
- Gas venting activity (e.g. completions, blowdowns)

The midstream emission calculator includes estimates of base year 2011 gas plant and compressor station emissions are taken from CDPHE APEN data.  Base year midstream emissions are projected to future years based upon the gas production in each planning area.

### 3.1.5   Emission Calculations

Emission calculations for all emission-generating activities were developed based on typical emission inventory methodology.  Methods used to estimate emissions from each source category are explained in detail in Appendix C (Grant, Zapert and Morris, 2013a).  For each source category, emissions for the 2011 baseline were estimated.  Emissions were then

---

[58] Note that the CARMMS PGM modeling does not use HAPs emissions, but the emission calculators provide HAPs emission estimates so they can be reported in the RMPs.

BLM_0072425

RAMBØLL ENVIRON

forecasted to future years, accounting for activity growth and for applicable sources emissions controls.

The methodologies described here are used consistently in all four calculators by well type; however the input data of each calculator was selected to best reflect the operational characteristics of each well type (oil, gas, CBNG, and shale gas) and thus obtained from literature sources including the following Air Quality Technical Support Documents (AQTSD) from Colorado field office planning areas and BLM emission calculators:

- White River AQTSD (URS, 2012a)
- Colorado River Valley AQTSD (URS, 2012b)
- Grand Junction AQTSD (BLM, 2012b)
- Uncompahgre AQTSD (in preparation)
- BLM Crude Oil Well Gas Emission Calculator
- BLM Coalbed Natural Gas Well Emission Calculator

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the well pad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

The methodologies implemented to estimate base year and future year emissions from oil and gas sources are explained in Appendix C (Grant, Zapert and Morris, 2013a) and covered the following source categories:

- Well pad construction and development:
  - Well pad, access road and pipeline construction equipment;
  - Well pad, access road and pipeline construction traffic;
  - Drilling and completion equipment;
  - Fracing equipment;
  - Refracing equipment;
  - Drilling and well completion traffic;
  - Well pad, access road and pipeline construction wind erosion; and
  - Well completion venting.

- Production phase emissions:
  - Well workover equipment;
  - Production traffic;
  - Blowdown venting;
  - Well recompletion venting;
  - Pneumatic devices and fugitive components;

RAMBØLL ENVIRON

- o Water injection pumps;
- o Compressor station maintenance traffic exhaust and fugitive dust;
- o Condensate or oil tanks flashing and working and breathing losses;
- o Loading emissions from condensate and oil tanks;
- o Haul trucks traffic emissions;
- o Heaters; and
- o Dehydrators;

- Midstream sources:
  - o Natural gas processing facilities;
  - o Natural gas compressor stations; and
  - o Gas sweetening.

The oil and gas emission calculators are designed to estimate emissions from both BLM-authorized and non-BLM-authorized activities within the western Colorado BLM planning areas. Emissions were also estimated for coal and uranium mines on federal lands in the western Colorado BLM planning areas. However, unlike the oil and gas emissions, emissions from mines not on federal lands were not estimated and were obtained from the EPA 2020 projections. The emissions for mines on federal lands were estimated for the baseline (2011) and future years and were based on the CDPHE APEN database and available EISs and EAs. Details on the mining emissions are given in Appendix D (Grant, Zapert and Morris, 2013b). Emissions were estimated for the following mines (BLM field office in parenthesis):

- Book Cliffs Area (Grand Junction).
- McClane (Grand Junction).
- Oak Mesa Area (Uncompahgre).
- King (Tres Rios).
- Foidel (Kremmling).
- Deserado (White River).
- Trapper (Little Snake).
- Colowyo (Little Snake).
- Sage Creek (Little Snake).
- West Elk (Uncompahgre).
- Elk Creek (Uncompahgre).

BLM_0072427



## 3.2   Oil and Gas Emissions outside of the BLM Western Colorado Planning Areas

The following three sections describe the procedures for estimating baseline and future year oil and gas emissions for areas within the CARMMS 4 km modeling domain but outside of the western Colorado BLM planning areas.

### 3.2.1   Colorado Royal Gorge Field Office

Baseline and future year oil and gas emissions for the BLM Royal Gorge Field Office[59] (RGFO) planning area in eastern Colorado were developed by the BLM COSO using RGFO specific oil and gas RFD estimates and air pollutant emissions calculators designed specifically for eastern Colorado oil and gas development / operations. Due to the geographic size and diversity of the RGFO, the RGFO was divided into four unique geographic areas and baseline and projected emissions inventories were developed for each RGFO area. Future year 2021 oil and gas emissions estimates were developed for future "permitted" and "non-permitted" activities. To develop the year 2021 "permitted" oil and gas emissions estimates, the year 2011 APENs emissions for each RGFO area was scaled  using the year 2011 oil and gas production data with projected year 2021 oil and gas production data. The APENs based projections account for all permitted source types but do not include non-permitted sources such as pneumatics, small tanks and some fugitives. To account for "non-permitted" activities in the DJ Basin, WRAP Phase III emissions inventories for non-permitted sources and production data were used to develop production average emissions factors for non-permitted sources / activities and these emissions factors were then used with future projected year 2021 production rates to develop a future year 2021 non-permitted oil and gas emissions inventory for the DJ Basin. For eastern and south-eastern portions of the RGFO, a CENRAP oil and gas emissions inventory report was used with projected future year 2021 production data to develop future non-permitted oil and gas emissions estimates similar to what was completed for the DJ Basin. For the Raton Basin, oil and gas operators were specifically queried for operations / activities that are not routinely permitted and future projected year 2021 non-permitted emissions estimates for these activities were made using that information. In addition to the "permitted" and "non-permitted" RGFO emissions inventories described above, oil and gas development and production related traffic emissions were developed for year 2021.  The "RFD / High" and "Low" emissions scenarios assumed on-the-books controls and the "RFD-Controlled / Medium" scenario assumes the following enhanced emissions controls for future projected Federal oil and gas: no venting during blow-downs, 30% electrification, Tier 4 drill and completion engines, 80% dust control to unpaved roads, 50% dust controls for well-pad and road construction disturbed areas and 50% of small non-permitted condensate tanks are assumed controlled.

The following charts show year 2011 and projected year 2021 RGFO NOx and VOC emissions estimates and well counts for the CARMMS Low and High modeling scenarios. As shown in the plots, projected year 2021 Federal O&G related emissions for the RFD / High Scenario are higher than projected year 2021 Federal O&G emissions estimates for the Low scenario. For the cumulative plots, future year 2021 cumulative (Federal and non-Federal) emission estimates for the Low Scenario (projected development based on recent development rates) are higher than the RFD / High Scenario and are being driven by the non-Federal oil and gas projection estimates. The current annual non-Federal oil and gas development rates are higher than the

---

[59] http://www.blm.gov/co/st/en/fo/rgfo.html

RFD projected estimates primarily because the RFD analysis assumes that current annual non-Federal development rates are not sustainable.













**Figure 3-1.    Year 2011 and projected year 2021 RGFO NOx and VOC emissions and well counts for the low and high development scenarios.**

### 3.2.2    South San Juan Basin, New Mexico

Oil and gas emissions for the New Mexico BLM Farmington Field Office in the South San Juan Basin that includes San Juan, Rio Arriba, Sandoval and McKinley Counties were estimated based on oil and gas activity provided by the New Mexico BLM State and Farmington Field Office for the Mancos Shale Play and 2012 WRAP Phase III inventories for oil and gas emissions in the South San Juan basin.  Figure 3-2a displays the Mancos Shale oil and gas development area in

RAMBULL ENVIRON

northwestern New Mexico in relation to BLM Planning Areas (note that the Mancos Shale extends into southern Colorado Tres Rios Field Office Planning Area).  Figure 3-2b displays a detailed map of the Mancos Shale development area; the formation includes an oil prone area in the south and a gas prone area to the north.

70% of the new O&G emissions due to the Mancos Shale development are assumed to occur on Federal lands (i.e., BLM-authorized) and these emissions will be attributed to the New Mexico BLM Farmington Field Office even though there are small amounts of emissions within the BLM Colorado Tres Rios Field Office Planning Area.



**Legend**
☐ Mancos Oil and Gas

**Figure 3-2a.  Mancos Shale development area (shown with other oil and gas source areas from CARMMS).**

BLM_0072430

March 2016

RAMBØLL ENVIRON



**Figure 3-2b. Map of oil and gas prone development areas within the Mancos Shale Oil formation primarily in the New Mexico BLM FFO planning area.**

3.2.2.1   2021 High, Low and Medium Development Scenarios for the Mancos Shale

As part of CARMMS 1.0, Mancos Shale oil and gas well development and production information was incorporated in emission calculators to the extent that Mancos Shale specific data was available based on information provided by the BLM New Mexico Farmington Field Office (NMFFO) petroleum engineers.   Based on the data available at the time that emissions were developed for the CARMMS 1.0 study, a single set of Mancos Shale emissions were available to characterize emissions for the Low, Medium, and High Development scenarios. Thus, the same emissions were included in CARMMS 1.0 for the Low, Medium, and High scenarios.  As part of a subsequent study commissioned by the BLM New Mexico State Office (Grant, Morris and Steyksal, 2014), Mancos Shale emissions calculators were refined and development scenarios were updated; separate emissions for the High, Low and Medium Development scenarios were developed.

Pollutants included in CARMMS 1.0 and Grant, Morris and Steyksal (2014) Mancos Shale calculators, temporal considerations, and calculator input parameters are all consistent with the CARMMS Western Colorado Planning Area calculators as described in Sections 3.1.2, 3.1.3, and 3.1.4, respectively.  Methods used to estimate emissions from each source category are also consistent with the CARMMS Western Colorado Planning Area calculators.  The Grant, Morris and Steyksal (2014) memorandum is included in Appendix E and documents the assumptions and methodology for the Mancos Shale calculators. For each source category, emissions were estimated for all years of activity, accounting for activity growth and for applicable sources, emissions controls.

BLM_0072431

March 2016 

As described in Grant, Morris and Steyksal (2014; Appendix E), recent trends in gas production in the South San Juan Basin show consistent decline since 2006. Given existing midstream capacity and recent declines in gas production in the South San Juan Basin, additional emissions at midstream sources (i.e. compressor stations and gas plants) were assumed negligible for the Mancos Shale development in CARMMS 1.0 and in the calculators developed as part of Grant, Morris and Steyksal (2014).

Estimates of Mancos Shale development by scenario are as follows:

- The High Development Scenario assumes 1,866 and 934 total active oil and gas wells, respectively, in 2021, with 70% of oil well and gas well activity on federally-owned mineral estate.

- The Low Development Scenario assumes 700 and 300 total active oil and gas wells, respectively, in 2021, with 70% of oil well and gas well activity on federally-owned mineral estate.

- The 2021 Medium Development Scenario assumes 1,400 and 600 total active oil and gas wells, respectively, in 2021, with 70% of oil well and gas well activity on federally-owned mineral estate.

The Medium Development Scenario assumes additional control of engine and fugitive emission sources for all phases of well-site operation for Federal wells as follows:

- Drill rig engines will be assumed to be split equally among the following technology types: Tier 2 diesel, Tier 3 diesel, Tier 4 diesel, and mixed-fuel rigs.

- All completion and fracing engines will be assumed split equally among Tier 2, Tier 3, and Tier 4 diesel engines.

- Assume 80% dust control for unpaved road traffic.

Table 3-0 and Figure 3-3 show the total emissions from the Mancos Shale areas for the 2021 High, Low and Medium Development emission scenarios.

BLM_0072432

RAMBØLL ENVIRON

**Table 3-0.    Comparison of oil and gas emissions (tons per year, TPY) from the Mancos Shale Areas for 2021 High, Low and Medium Development emission scenarios.**

| Scenario | VOC | CO | NO$_X$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | Basis |
|---|---|---|---|---|---|---|---|
| **All Wells** | | | | | | | |
| Low | 3,949 | 2,312 | 2,276 | 1,199 | 214 | 3 | Grant, Morris and Steyksal (2014) |
| Medium | 7,923 | 4,695 | 3,914 | 1,462 | 312 | 6 | |
| High* | 10,037 | 4,478 | 4,736 | 2,598 | 447 | 7 | CARMMS 1.0 |
| **Federal Emissions** | | | | | | | |
| Low | 2,765 | 1,618 | 1,593 | 839 | 150 | 2 | Grant, Morris and Steyksal (2014) |
| Medium | 5,553 | 3,308 | 2,548 | 742 | 184 | 4 | |
| High* | 7,026 | 3,135 | 3,315 | 1,818 | 313 | 5 | CARMMS 1.0 |
| **Non-Federal Emissions** | | | | | | | |
| Low | 1,185 | 694 | 683 | 360 | 64 | 1 | Grant, Morris and Steyksal (2014) |
| Medium | 2,370 | 1,387 | 1,366 | 719 | 128 | 2 | |
| High* | 3,011 | 1,344 | 1,421 | 779 | 134 | 2 | CARMMS 1.0 |

*High scenario emissions are based on CARMMS 1.0 Study estimates, Low and Medium scenario emissions are based on Grant, Morris and Steyksal (2014)





**Figure 3-3.    Comparison of total oil and gas emissions from the Mancos Shale formation for the 2021 High*, Low and Medium Development Scenarios (*High scenario emissions are based on CARMMS 1.0 Study estimates; Low and Medium scenario emissions are based on Grant, Morris and Steyksal (2014)).**

### 3.2.3   Uinta Basin, Utah

Baseline and future year emissions associated with oil and gas development in the Uinta Basin have been estimated by AECOM for the BLM Utah State Office (UTSO[60]) under the UTSO Air Resource Management Study (ARMS).  The UTSO ARMS is using a 2010 baseline year.  More

---

[60] http://www.blm.gov/ut/st/en.html

BLM_0072433



details on the oil and gas emissions for the Uinta Basin are available in the UTSO ARMS documentation (AECOM, 2013[61]).

### 3.2.4   Southwestern Wyoming

Oil and gas development emissions for southwestern Wyoming were based on recent BLM Environmental Impact Statements (EISs), including those compiled as part of the draft EIS for the Continental Divide-Creston Natural Gas Project[62].

## 3.3   Other Anthropogenic Emissions

Other anthropogenic emissions (i.e., non O&G and BLM authorized mining sources) for the 2021 future year were based on 2020 emission projections compiled by the 3SAQS that were based on EPA's 2020 projections used in the $PM_{2.5}$ NAAQS rulemaking, which used EPA's 2007v5 modeling platform[63].  Emissions associated with oil and gas emissions within the western Colorado, Royal Gorge, North San Juan Basin, Uinta Basin and southwest Wyoming Basin described in Section 3.2 above were removed from the 2020 3SAQS/NEI to avoid double counting.  Similarly, mining emissions on federal lands in the western Colorado BLM planning areas were also removed from the 2020 NEIs and replaced by estimates from the CARMMS calculators.

Details on the development of the 2020 NEI can be found in the 2020 Emissions Technical Support Document (TSD) for the $PM_{2.5}$ NAAQS rule (EPA, 2012d[64]).

## 3.4   Emissions that Remain at 2008 Levels

The following emission categories from the 2008 Base Case emissions scenario (see Section 2.5) were assumed to remain unchanged for the 2021 future year emission scenarios:

- Biogenic emissions.
- Wildfires, Prescribed Burns and Agricultural Burning emissions.
- Lightning emissions.
- Sea Salt emissions.
- Windblown Dust emissions.
- Emissions from Canada, Mexico and offshore sources (used in the 2021 36/12 km simulation used to provide boundary conditions for the 4 km CARMMS domain).

## 3.5   Western Colorado BLM Planning Area Oil and Gas Emissions

The emission calculators were used to generate O&G emissions for the eleven-year period of 2011-2021 for 8 western Colorado BLM Planning Areas:

- Roan Plateau portion of the Colorado River Valley Field Office (CRVFO)
- CRVFO outside of the Roan Plateau

---

[61] http://www.blm.gov/pgdata/etc/medialib/blm/ut/natural_resources/airQuality.Par.34346.File.dat/UTSO_EmissionsTSD121913.pdf
[62] http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html
[63] http://www.epa.gov/ttnchie1/emch/
[64] http://epa.gov/ttn/chief/emch/2007v5/2007v5_2020base_EmisMod_TSD_13dec2012.pdf

BLM_0072434

March 2016



- Grand Junction Field Office (GJFO)
- Kremmling Field Office (KFO)
- Little Snake Field Office (LSFO)
- Tres Rios Field Office (TRFO)
- Uncompahgre Field Office (UFO)
- White River Field Office (WRFO)

For each year between 2011-2021, the emissions calculators were used to estimate O&G emissions for upstream (well site) and midstream emission sources and for O&G development on Federal and non-Federal lands within in each of the 8 western Colorado BLM Planning Areas listed above.

### 3.5.1   2021 High, Low and Medium Development Scenarios Emissions Overview

The emissions calculators were used to generate O&G emissions within the 8 western Colorado BLM Planning Areas for 2021 High, Low and Medium Development Scenarios. The High Development Scenario is based on BLM COSOs estimates of RFD O&G future development within these 8 BLM Planning Areas. The Low Development Scenario is based on historical 5-year average O&G development over the 2008-2012 period that was used to grow O&G emissions to each year between 2011-2021. Applicable State and Federal controls are applied to the O&G emissions starting in the year that they are required.

The Low Development Scenario assumes 25,710 total active wells in 2021 within the 8 western Colorado BLM Planning Areas with 8,121 wells (32%) on Federal and 17,589 wells (68%) on non-Federal lands. The High Development Scenario assumes 41,033 total active wells, 1.6 times higher than the Low Development Scenario, that are split as 18,347 on Federal (45%) and 22,686 (55%) on non-Federal lands. The 2021 Medium Development Scenario has the same number of wells as the High Development Scenario but assumes additional levels of controls beyond the application of existing state and federal requirements. The Medium Development Scenario assumes additional control of engine and fugitive emission sources for all phases of well-site operation for wells drilled on Federal land after 2015 as follows:

- All development (drilling / completion / fracing) engines will be Tier 4. Tier 4 gen-set standards will be applied for all engines with a horsepower >750; final Tier 4 standards will be applied to all engines with horsepower <750.
- All condensate tank, oil tank, and dehydrator emissions are captured and controlled by VRUs (assumed 95% control efficiency attained by vapor recovery).
- All pneumatic devices are low-bleed or no bleed. Assumed 50% of devices are low-bleed (6 cfh) and 50% of devices are no-bleed.
- Assume that 30% of production engines are powered by electricity (applies to all well-site engines).
- Assume 80% dust control for unpaved road traffic.
- All truck loading emissions are captured and controlled by VRU.

BLM_0072435

March 2016 

Table 3-1 and Figure 3-4 compare the total emissions from the 8 western Colorado BLM Planning Areas for the 2021 High, Low and Medium Development emission scenarios.

**Table 3-1.    Comparison of oil and gas emissions (tons per year, TPY) from the 8 western Colorado BLM Planning Areas for 2021 High, Low and Medium Development emission scenarios.**

| Scenario | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ |
|---|---|---|---|---|---|---|
| All Wells | | | | | | |
| Low | 44,025 | 22,715 | 25,078 | 4,425 | 1,270 | 259 |
| Medium | 78,654 | 45,453 | 51,983 | 7,224 | 2,355 | 1,145 |
| High | 95,427 | 46,014 | 56,666 | 9,482 | 2,714 | 1,145 |
| Federal Emissions | | | | | | |
| Low | 13,950 | 7,369 | 7,939 | 1,233 | 424 | 190 |
| Medium | 30,254 | 22,811 | 26,003 | 2,763 | 1,118 | 971 |
| High | 47,007 | 23,371 | 29,879 | 4,996 | 1,452 | 972 |
| Non-Federal Emissions | | | | | | |
| Low | 30,075 | 15,346 | 17,139 | 3,191 | 846 | 69 |
| Medium | 48,399 | 22,642 | 25,979 | 4,461 | 1,237 | 174 |
| High | 48,420 | 22,642 | 26,787 | 4,486 | 1,262 | 174 |

BLM_0072436

March 2016                                          RAMBØLL ENVIRON



**Figure 3-4.    Comparison of total oil and gas emissions from the 8 western Colorado BLM Planning Areas for the 2021 High, Low and Medium Development Scenarios.**

### 3.5.2    2021 High, Low and Medium Development Scenarios Emissions

The CARMMS air quality modeling results for the 2021 High, Low and Medium Development Scenarios are presented in Chapter 5.  In this section we summarize the emissions for the 8 western Colorado BLM Planning Areas and the three 2021 emission scenarios.  Figure 3-5 and Table 3-2 display the $NO_X$ and VOC O&G emissions for the 8 western Colorado BLM Planning Areas and the 2011 current year emissions and the three 2021 emission scenarios stratified by O&G emissions on Federal and non-Federal lands.  Summary spreadsheets (not shown) also include emissions stratified by upstream vs. midstream and provide emissions per well.  Across the 8 Colorado Planning Areas, the 2021 High Development Scenario O&G $NO_X$ and VOC emissions are, respectively, 2.6 and 2.7 times greater than in 2011, whereas the 2021 Low Development Scenario are 1.1 and 1.3 times greater than 2011, so the 2021 Low Development Scenario emissions are very similar to 2011 O&G emission levels.  The controls assumed in the

BLM_0072437

March 2016



2021 Medium Development Scenario reduce O&G NO$_X$ and VOC emissions by -8.2% and -17.6% from the 2021 High Development Scenario.

**Table 3-2a.   Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 <u>High</u> Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,665 |
| KFO | 69 | 40 | 108 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,907 |
| TRFO | 879 | 4,551 | 5,431 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,198 | 12,159 | 22,708 | 34,867 |
| 2021 High Scenario | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,679 | 4,639 | 6,318 | 5,070 | 14,287 | 19,357 |
| Roan (CRVFO) | 1,835 | 1,856 | 3,692 | 2,971 | 3,425 | 6,395 |
| GJFO | 7,670 | 10,291 | 17,961 | 13,744 | 20,230 | 33,974 |
| KFO | 236 | 221 | 458 | 424 | 326 | 750 |
| LSFO | 2,320 | 1,723 | 4,042 | 3,334 | 2,349 | 5,683 |
| TRFO | 3,386 | 5,096 | 8,482 | 2,289 | 3,861 | 6,150 |
| UFO | 612 | 1,067 | 1,679 | 620 | 1,082 | 1,702 |
| WRFO | 12,141 | 1,893 | 14,034 | 18,556 | 2,859 | 21,415 |
| Grand Total | 29,879 | 26,787 | 56,666 | 47,007 | 48,420 | 95,427 |
| Difference | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 62% | 30% | 37% | 95% | 37% | 49% |
| Roan (CRVFO) | 43% | -14% | 7% | 51% | 2% | 20% |
| GJFO | 1333% | 246% | 412% | 2069% | 402% | 628% |
| KFO | 244% | 455% | 322% | 183% | 136% | 160% |
| LSFO | 213% | 813% | 335% | 123% | 467% | 198% |
| TRFO | 285% | 12% | 56% | 173% | 19% | 51% |
| UFO | 903% | 1302% | 1124% | 1025% | 1565% | 1317% |
| WRFO | 268% | 157% | 248% | 319% | 172% | 290% |
| Grand Total | 278% | 87% | 155% | 287% | 113% | 174% |

BLM_0072438

March 2016

RAMBØLL ENVIRON

**Table 3-2b.   Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 <u>Medium</u> Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,666 |
| KFO | 69 | 40 | 109 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,908 |
| TRFO | 879 | 4,551 | 5,430 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,197 | 12,159 | 22,708 | 34,867 |
| 2021 Medium Scenario | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,428 | 4,459 | 5,887 | 3,174 | 14,283 | 17,457 |
| Roan (CRVFO) | 1,613 | 1,820 | 3,433 | 2,438 | 3,424 | 5,862 |
| GJFO | 6,517 | 9,927 | 16,444 | 6,158 | 20,221 | 26,379 |
| KFO | 197 | 213 | 410 | 245 | 326 | 571 |
| LSFO | 2,092 | 1,680 | 3,772 | 2,690 | 2,348 | 5,038 |
| TRFO | 2,984 | 5,033 | 8,017 | 1,876 | 3,860 | 5,735 |
| UFO | 486 | 1,012 | 1,498 | 531 | 1,081 | 1,611 |
| WRFO | 10,686 | 1,835 | 12,522 | 13,142 | 2,857 | 15,999 |
| Grand Total | 26,003 | 25,979 | 51,983 | 30,254 | 48,399 | 78,654 |
| Difference | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 38% | 25% | 28% | 22% | 37% | 34% |
| Roan (CRVFO) | 26% | -16% | 0% | 24% | 2% | 10% |
| GJFO | 1118% | 234% | 368% | 871% | 402% | 465% |
| KFO | 185% | 433% | 276% | 63% | 136% | 98% |
| LSFO | 182% | 789% | 306% | 80% | 466% | 164% |
| TRFO | 239% | 11% | 48% | 124% | 19% | 41% |
| UFO | 696% | 1232% | 993% | 865% | 1563% | 1243% |
| WRFO | 224% | 149% | 211% | 196% | 172% | 192% |
| Grand Total | 229% | 82% | 134% | 149% | 113% | 126% |

BLM_0072439

March 2016                                    RAMBULL ENVIRON

**Table 3-2c.   Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 Low Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,666 |
| KFO | 69 | 40 | 109 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,908 |
| TRFO | 879 | 4,551 | 5,430 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,197 | 12,159 | 22,708 | 34,867 |
| 2021 Low Scenario | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,212 | 3,334 | 4,546 | 3,701 | 10,456 | 14,157 |
| Roan (CRVFO) | 1,248 | 1,856 | 3,104 | 2,208 | 3,425 | 5,633 |
| GJFO | 819 | 5,229 | 6,049 | 1,203 | 10,107 | 11,310 |
| KFO | 80 | 94 | 175 | 127 | 145 | 272 |
| LSFO | 592 | 389 | 980 | 972 | 536 | 1,508 |
| TRFO | 1,051 | 5,261 | 6,313 | 782 | 3,931 | 4,712 |
| UFO | 176 | 127 | 303 | 200 | 140 | 340 |
| WRFO | 2,760 | 849 | 3,609 | 4,758 | 1,336 | 6,093 |
| Grand Total | 7,939 | 17,139 | 25,078 | 13,950 | 30,075 | 44,025 |
| Difference | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 17% | -7% | -1% | 43% | 0% | 9% |
| Roan (CRVFO) | -3% | -14% | -10% | 13% | 2% | 6% |
| GJFO | 53% | 76% | 72% | 90% | 151% | 142% |
| KFO | 16% | 136% | 60% | -16% | 5% | -6% |
| LSFO | -20% | 106% | 5% | -35% | 29% | -21% |
| TRFO | 20% | 16% | 16% | -7% | 21% | 15% |
| UFO | 189% | 67% | 121% | 264% | 116% | 184% |
| WRFO | -16% | 15% | -11% | 7% | 27% | 11% |
| Grand Total | 1% | 20% | 13% | 15% | 32% | 26% |

BLM_0072440

March 2016                                    RAMBØLL ENVIRON



**Figure 3-5.    NO$_X$ and VOC emissions and well counts from oil and gas development within the 8 western Colorado BLM Planning Areas and for the 2011 current (left) and 2021 High Development Scenario (right) emissions scenarios.**

## 3.6    Future Year Emissions Modeling Procedures

The 2021 future year emissions were processed using the SMOKE emissions model in a similar manner as used for the 2008 Base Case emissions scenario described in Section 2.5.  One difference in the 2021 SMOKE emissions modeling was that each source category for which separate ozone and particulate matter contributions are needed was processed in a separate stream in the SMOKE emissions modeling.  This resulted in many different streams of SMOKE emissions processing for the three 2021 emission scenarios to provide separate source groups so that the AQ/AQRV impacts can be isolated in the source apportionment modeling.

BLM_0072441

March 2016    

### 3.6.1 Non-Oil and Gas Future-Year Emissions Data

For most of the inventory sectors, the 2020 inventory and ancillary emissions data were obtained directly from the 3SAQS modeling platform, which in turn uses data from EPA's 2007v5 modeling platform (EPA, 2012d). Developed by EPA for use in the $PM_{2.5}$ NAAQS RIA, the 2020 inventory represent the best estimate of future year emissions without the implementation of any new controls necessary to attain the current $PM_{2.5}$ annual and 24-hr (35 $\mu g/m^3$ and 15 $\mu g/m^3$) and ozone 8-hr (75 ppb) standards (EPA, 2012d). These emissions reflect rule promulgated or under reconsideration as of July 2012.

A summary of the 2007v5 modeling platform 2020 inventory is provided below and additional details are available from EPA (EPA, 2012d).

CEM Point: For Electric Generating Units (EGUs) with Continuous Emissions Monitors (CEMs), EGU-specific emissions estimates were obtained from the Integrated Planning Model (IPM®[65]), version 4.10 accounting for controls from the Cross-State Air Pollution Rule (CSAPR[66]) and Mercury and Air Toxics Standard (MATS[67]) rulemakings.

Non-CEM Point: Projection factors and percent reductions reflect CSAPR comments and emission reductions due to national rules, control programs, plant closures, consent decrees and settlements and 1997 and 2001 ozone State Implementation Plans in NY, CT, and VA. EPA used projection approaches for corn ethanol and biodiesel plants, refineries and upstream impacts from the Energy Independence and Security Act of 2007 (EISA). Terminal area forecast (TAF) data aggregated to the national level were used for aircraft to account for projected changes in landing/takeoff activity.

Nonpoint/Area: Agricultural sector projection factors for livestock estimates based on expected changes in animal population from 2005 Department of Agriculture data, updated based on personal communication with EPA experts in July 2012; fertilizer application $NH_3$ emissions projections include upstream impacts EISA. Fugitive dust projection factors for dust categories related to livestock estimates based on expected changes in animal population and upstream impacts from EISA. Other nonpoint source projection factors that implement CSAPR comments and reflect emission reductions due to control programs. Residential wood combustion projections are based on growth in lower-emitting stoves and a reduction in higher emitting stoves. PFC projection factors reflecting impact of the final Mobile Source Air Toxics (MSAT 2) rule. Upstream impacts from EISA, including post-2007 cellulosic ethanol plants are also reflected.

Off-road Mobile: Other than for California, this sector uses data from a run of NMIM that utilized NONROAD2008a, using future-year equipment population estimates and control programs to the year 2020 and using national level inputs. Final controls from the final locomotive-marine and small spark ignition OTAQ rules are included. California-specific data were provided by California Air Resources Board (CARB).

---

[65] http://www.icfi.com/insights/products-and-tools/ipm
[66] http://www.epa.gov/crossstaterule/
[67] http://www.epa.gov/mats/

BLM_0072442



Aircraft/locomotive/marine: For all states except California, projection factors for Class 1 and Class 2 commercial marine and locomotives, which reflect final locomotive-marine controls. California projected year-2020 inventory data were provided by CARB.

Offshore shipping: Base-year 2007 emissions grown and controlled to 2020, incorporating controls based on Emissions Control Area (ECA) and International Marine Organization (IMO) global $NO_X$ and $SO_2$ controls.

On-road Mobile, not including refueling: MOVES2010b emissions factors for year 2020 were developed using the same representative counties, state-supplied data, meteorology, and procedures that were used to produce the 2007 emission factors. California-specific data were provided by CARB. Other than California, this sector includes all non-refueling on-road mobile emissions (exhaust, evaporative, evaporative permeation, brake wear and tire wear modes).

On-road Refueling: Uses the same projection and processing approach as the on-road sector, except for California where EPA projected using MOVES2010b and did not include CARB data.

Canada Sources: Held constant at 2006 levels.

Mexico Sources: Projections from 1999 to 2018.

The ancillary data (spatial/temporal/chemical) were held unchanged from the 3SAQS platform for preparing the 2021 emissions for CAMx. In the 3SAQS platform, the base sets of ancillary data were taken directly from the EPA 2007v5 modeling platform. The 3SAQS made targeted improvements to the ancillary files for counties in the 3-state study region (Figure 3-6). The improvements were focused on the assignments of spatial/chemical/temporal profiles to inventory sources and on developing profiles that best represent the emissions patterns in the 3-state study region.

BLM_0072443



**Figure 3-6.    List of counties where the 3SAQS made targeted emission improvements to the EPA NEI.**

The 3SAQS improvements over the EPA 2008, 2011 and 2020 National Emissions Inventory (NEI) for the CO/UT/WY counties include the following:

Utah

- Updated the 2007v5 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

BLM_0072444



Colorado

- Updated the 2007v5 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Created CAFO spatial surrogates from data provided by CDPHE for livestock ammonia sources
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Developed 2008 vehicle miles traveled (VMT)-based spatial surrogates for on-road mobile sources. Figure 3-8 compares the U.S. Census year 2010 TIGER line roadway data with link-based VMT data from CO.
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

Wyoming

- Updated the NEI08v2 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Developed confined animal feeding operation (CAFO) spatial surrogates for livestock sources. The CAFOs locations data were provided by the state of Wyoming (Figure 3-9). The 3SAQS generated WY livestock surrogates for cattle, poultry, and swine.
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

BLM_0072445

こ
こ

March 2016

RAMBÖLL ENVIRON



**Figure 3-7.   3SAQS 2011 residential natural gas consumption monthly temporal profiles.**



**Figure 3-8.   Colorado roadway spatial data improvement plots. Left: TIGER 2010 Shapefile of urban/rural primary/secondary roads. Right: CO 2008 VMT-based roadways.**

BLM_0072446

March 2016

RAMBØLL ENVIRON



**Figure 3-9.    Wyoming CAFO locations.**

### 3.6.2    Oil and Gas Future-Year Emissions Data

For oil and gas sources, Ramboll Environ developed emissions inventories for the western Colorado BLM planning areas as described in Section 3.1 and South San Juan basin, NM as described in Section 3.2.2.  The oil and gas emissions for all other planning areas were provided by BLM as described in Section 3.2.

For oil and gas sources within the 14 BLM planning areas, emissions were divided into existing and RFD (new) source categories to facilitate CAMx source apportionment processing.  The RFD sources were further divided into oil and gas development on the BLM-authorized land (Federal) and other (non-Federal) lands.  The South San Juan basin existing emissions were obtained from the WRAP Phase III midterm projection.

For processing oil and gas emissions, we developed ancillary data (spatial/temporal/chemical) specific to planning areas. The area-specific spatial allocation profiles were developed from the data provided by BLM and chemical speciation profiles were prepared from the gas composition available in the emission calculator.  Table 3-3 provides a list of speciation and gridding profiles developed by planning areas.  The conventional (CG) and CBM gas speciation profile are assigned to source categories associated with the respective well type.  For spatial allocation, gridding profiles were developed for each well type (i.e., conventional, CBM) and land type (Federal, non-Federal) combination.

BLM_0072447

March 2016                                   

**Table 3-3.    Source of VOC speciation profile and spatial surrogates used for gridding oil and gas emissions in the 14 CO/NM BLM Planning Areas.**

| Source Region | Speciation Profiles | Gridding Profiles |
|---|---|---|
| **Colorado** | | |
| Colorado River Valley, without Roan | CRV{CG} | CRVFO {CG}{Fed,non-Fed} |
| Grand Junction FO | GJ {CBM,CG,SG} | GJFO {CG,CBM}{Fed,non-Fed} |
| Kremmling FO | K {CBM,CG,CO} | KFO shapefile |
| Little Snake FO | LS {CG,CO} | CRVFO {CG}{Fed,non-Fed} |
| Roan Plateau | CRV{CG} | CRVFO_Roan_Plateau. |
| Tres Rios FO | TR {CBM,CG,CO,SHL} | TRFO {CG,CBM}{Fed,non-Fed} |
| Uncompahgre FO | U {CBM,CG} | UFO {CG,CBM}{Fed,non-Fed} |
| White River FO | WR {CG,CO} | WRVFO {CG}{Fed,non-Fed} |
| Pawnee National Grasslands | DJ{FLA ,VNT} | RGFO {CG}{Fed} |
| Royal Gorge FO Area1 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area2 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area3 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area4 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| **New Mexico** | | |
| Farmington FO | MAN{SG, SO} | Shapefile |

### 3.6.3    Mining Future-Year Emissions Data

For mining sources, emissions were estimated for coal and uranium mines on Federal lands in the western Colorado BLM Planning Areas.  The emissions for mines on Federal lands were estimated based on the CDPHE APEN database and available EISs and EAs.  The mining emissions not on federal lands were obtained from the 2020 EPA/3SAQS inventory.  EPA default chemical speciation profiles were used in the SMOKE emissions modeling for mining except that the EPA mining $PM_{2.5}$ speciation profile was adjusted as described in Section 3.7.1.

The estimated coal mining sources were consolidated with the 2020 EPA/3SAQS inventory to avoid potential double counting.  The western Colorado uranium mining emissions were modeled as "area" and spatially allocated using spatial surrogates developed from the data provided by BLM in a shapefile format.

## 3.7    Emissions Modeling Results

The CARMMS 1.0 CAMx source apportionment modeling used 20 emission source categories plus three combined O&G source groups as well as total anthropogenic and all emissions within the 4 km CARMMS domain (ENVIRON et al., 2015). Table 3-4 lists the total $NO_X$, VOC, $SO_2$ and $PM_{2.5}$ emissions for these source categories/groups as applied in the CARMMS 1.0 2021 High Development Scenario source apportionment simulation.  These emissions are also applicable to the current study (CARMMS 1.5). In particular, we note that total $PM_{2.5}$ emissions from mining are the same as in CARMMS 1.0 although the $PM_{2.5}$ speciation is different now (Section 3.7.1).  We note that natural emissions were indicated as source group #19 in Table 3-4 in the CARMMS 1.0 report but are now indicated as group #1, so the BLM Field Offices all have a

BLM_0072448



source group number now that is one lower than that used in the CARMMS 1.0 report. Also, new source apportionment groups were added for EGUs in CARMMS 1.5, but these are the same as in the Low Development Scenario and are discussed in detail below in the context of that scenario.

These emissions were obtained from CAMx source apportionment diagnostic output file for each day of the annual simulation and summed to obtain total annual emissions. The emissions in Table 3-4 differ from the ones presented earlier in Tables 3-1 and 3-2a in that they represent emissions after processing by SMOKE emissions model that performs spatial and temporal allocation and chemical speciation. Another important differences in the emissions presented in Table 3-4 from those in Tables 3-1 and 3-2a is that for the BLM Planning Areas (Numbers 1-14) the emissions are in Table 3-4 are just for new O&G emissions on Federal lands, whereas Tables 3-1 and 3-2 Federal O&G emissions are for new and existing sources. For VOC, the differences in emissions between Tables 3-2a and Table 3-4 are even greater because SMOKE also does chemical speciation of the VOCs into the CB05 chemical mechanism that drops the unreactive portions of VOCs that do not participate in photochemistry.

When considering new Federal O&G within the 14 BLM Planning Areas and the 2021 High Development Scenario (Table 3-4), the WRFO has the highest $NO_x$ emissions (11,264 tons per year, TPY) followed by GJFO (7,293 TPY), FFO (3,321 TPY) and TRFO (2,665 TPY). Total 2021 O&G $NO_x$ emissions in the 14 BLM Planning Areas is 178,447 TPY that is split into 18 percent new Federal (32,566 TPY), 37 percent new non-Federal (65,713 TPY) and 45 percent existing O&G emissions (81,168 TPY). Outside of the 14 BLM Planning Areas, there is an additional 61,220 TPY O&G $NO_x$ emissions for a total 2021 High Development Scenario O&G $NO_x$ emissions across the entire 4 km CARMMS domain of 240,667 TPY that represents 34 percent of the total anthropogenic and 30 percent of the total (anthropogenic plus natural) $NO_x$ emissions in the 4 km domain.

Total O&G VOC emissions in the 4 km CARMMS domain for the 2021 High Development Scenario are 835,785 TPY that represents 73 percent of the total anthropogenic and 39 percent of the total anthropogenic plus natural VOC emissions across the domain. Natural VOC emissions represent 46 percent of the annual VOC emissions across the 4 km CARMMS domain. Note that biogenic emissions are highly day-specific with higher emissions under warmer temperatures and higher light intensity. Thus, the contributions of biogenic VOC emissions to the total annual VOC emissions (46 percent) would be expected to be lower on cooler and higher on warmer days. Also note that the VOC emissions in Table 3-4 were obtained from the Carbon Bond chemical mechanism species that will be different than the VOC species input into the SMOKE emissions modeling system (for example, includes ethane and excludes nonreactive carbon in VOCs).

With one exception, $SO_2$ emissions from Federal O&G within the 14 BLM Planning Areas are fairly low (< 20 TPY). The exception is the WRFO Planning Area where the 904 TPY $SO_2$ emissions represent 95 percent of the 950 TPY $SO_2$ emissions from all 14 BLM Planning Areas combined in the 2021 High Development Scenario. A majority of the 2021 $SO_2$ emissions in the WRFO Planning Area come from two gas plants: the Enterprise Gas Proc – Meeker Gas Plant and the Williams Field – Willow Creek Gas Plant. These gas plant emissions were based on the

BLM_0072449



CDPHE 2008 Air Pollution Emission Notice (APEN) database grown to 2021 using the change in gas production between 2008 and 2021 for the 2021 High, Low and Medium Development Scenarios. Total O&G $SO_2$ emissions across the CARMMS domain is 6,071 TPY that is primarily (75 percent) due to O&G from outside of the 14 BLM Planning Areas, these areas in the 4 km CARMMS domain outside of the 14 BLM Planning Areas includes the Uinta Basin where sour gas reserves occur.

Total $PM_{2.5}$ emissions from O&G in the 14 BLM Planning Areas and the 2021 High Development Scenario is 7,849 TPY of which over half (58 percent) is due to new non-Federal O&G and the rest approximately split equally between new Federal and existing O&G. Mining within the 14 BLM Planning Areas contributes 6,957 TPY. By far the largest contribution of primary $PM_{2.5}$ emissions is the other (non O&G and mining) anthropogenic emissions category that contributes 74 percent of the region-wide total with natural emissions (mostly due to wildfires) contributing most of the rest (23 percent).

Table 3-5a is like Table 3-4 but for the 2021 Low Development Scenario, with the percent reductions of emissions between the Low and High development Scenarios shown in Table 3-5b. New source groups are added for coal and oil/gas-fired EGUs. The groups and method for source apportionment are described in detail in Section 4.1.

With the revisions made to the Mancos Shale Low Development Scenario inventory in the current study (CARMMS 1.5), the 2021 emissions from new Federal sources in the FFO are 52% to 68% lower than in the High Development Scenario, depending on pollutant (Table 3-5b). The total new Federal O&G $NO_X$ emissions across the 14 BLM Planning Areas for the low scenario (8,385 TPY) is 74% lower than the high scenario (32,566 TPY). Similar reductions are seen for the other species (-63 to -83 percent). The annual emissions for the 2021 Medium Development Scenario are shown in Table 3-6a with the percent reduction from the 2021 High Development Scenario given in Table 3-6b. The numbers in these two tables are the same as in the CARMMS 1.0 report as the Medium Development scenario is not altered from CARMMS 1.0 to 1.5. Total O&G $NO_X$ emissions across the 14 BLM Planning Areas for the 2021 Medium Development Scenario is 27,071 TPY that is -17% lower than the 201 High Development Scenario (Table 3-6b). Similarly, 2021 Medium Development Scenario O&G VOC emissions across the 14 BLM Planning Areas are 35% lower than the 2021 High Development Scenario.

BLM_0072450

March 2016

RAMBØLL ENVIRON

**Table 3-4.    Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 High Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| Number | Group | $NO_X$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
|---|---|---|---|---|---|---|
| CARMMS 2021 High Development Scenario (tpy) | | | | | | |
| 1 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 2 | LSFO | 2,007 | 4,648 | 13 | 73 | 170 |
| 3 | WRFO | 11,264 | 27,258 | 904 | 597 | 1,368 |
| 4 | CRVFO | 1,311 | 6,076 | 2 | 71 | 250 |
| 5 | RPPA | 1,245 | 2,739 | 1 | 48 | 135 |
| 6 | GJFO | 7,293 | 18,108 | 15 | 310 | 1,496 |
| 7 | UFO | 586 | 870 | 1 | 35 | 140 |
| 8 | TRFO | 2,665 | 1,715 | 2 | 125 | 855 |
| 9 | KFO | 177 | 412 | 0 | 10 | 50 |
| 10 | RGFO #1 | 303 | 875 | 1 | 29 | 225 |
| 11 | PGPA | 930 | 2,682 | 3 | 90 | 689 |
| 12 | RGFO #2 | 1,151 | 1,526 | 1 | 22 | 58 |
| 13 | RGFO #3 | 224 | 77 | 0 | 3 | 16 |
| 14 | RGFO #4 | 90 | 944 | 0 | 16 | 134 |
| 15 | FFO | 3,321 | 8,747 | 5 | 314 | 1,824 |
| 16 | New O&G from non-Fed BLM PAs | 65,713 | 228,655 | 297 | 4,548 | 30,790 |
| 17 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 18 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 19 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20* | Remaining anthro. emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
|  | 14 BLM PAs new Fed O&G | 32,566 | 76,676 | 950 | 1,744 | 7,409 |
|  | 14 PAs Total O&G | 179,447 | 534,080 | 1,499 | 7,849 | 41,038 |
|  | Total O&G | 240,667 | 835,785 | 6,071 | 10,530 | 43,859 |
|  | Total Anthropogenic | 701,260 | 1,148,329 | 101,799 | 260,315 | 1,451,340 |
|  | Total All Emissions | 814,425 | 2,140,889 | 102,931 | 339,768 | 2,025,594 |

*Remaining anthropogenic emissions in this table includes the EGUs which are separated out as new source groups in the current study. See Table 3-5a for a summary of those emissions.

BLM_0072451

March 2016                                                  

**Table 3-5a.   Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 Low Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| | CARMMS 2021 Low Development Scenario (tpy) | | | | | |
|---|---|---|---|---|---|---|
| Number | Group | $NO_X$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
| 1 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 2 | LSFO | 275 | 638 | 2 | 10 | 23 |
| 3 | WRFO | 1,861 | 4,502 | 149 | 99 | 226 |
| 4 | CRVFO | 844 | 3,916 | 1 | 46 | 161 |
| 5 | RPPA | 656 | 1,552 | 1 | 26 | 70 |
| 6 | GJFO | 425 | 965 | 1 | 20 | 72 |
| 7 | UFO | 150 | 270 | 0 | 10 | 45 |
| 8 | TRFO | 326 | 227 | 0 | 16 | 89 |
| 9 | KFO | 21 | 34 | 0 | 1 | 5 |
| 10 | RGFO #1 | 61 | 262 | 0 | 5 | 42 |
| 11 | PGPA | 188 | 804 | 1 | 17 | 129 |
| 12 | RGFO #2 | 104 | 191 | 0 | 2 | 6 |
| 13 | RGFO #3 | 141 | 51 | 0 | 2 | 11 |
| 14 | RGFO #4 | 14 | 135 | 0 | 2 | 20 |
| 15 | FFO | 1,597 | 2,780 | 2 | 141 | 832 |
| 16 | New O&G from non-Fed BLM PAs | 30,509 | 102,337 | 112 | 1,993 | 13,350 |
| 17 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 18 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 19 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| | 14 BLM PAs new Fed O&G | 6,663 | 16,327 | 157 | 397 | 1,731 |
| | 14 PAs Total O&G | 118,341 | 347,413 | 521 | 3,948 | 17,919 |
| | Total O&G | 179,561 | 649,118 | 5,093 | 6,628 | 20,741 |
| (a) | Coal EGU ANTO[b] | 100,488 | 1,349 | 46,101 | 6,318 | 7,299 |
| (a) | Coal EGU CUKNW[c] | 81,199 | 999 | 29,523 | 5,460 | 6,697 |
| (a) | Oil/Gas EGU ANTO[b] | 1,119 | 51 | 109 | 6 | 9 |
| (a) | Oil/Gas EGU CUKNW[c] | 1,850 | 26 | - | 5 | 8 |
| | Remainder Anthropogenic | 275,252 | 310,072 | 19,987 | 231,040 | 1,386,491 |
| | Total Anthropogenic | 640,154 | 961,662 | 100,821 | 256,407 | 1,428,222 |
| | Grand Total | 753,319 | 1,954,222 | 101,953 | 335,860 | 2,002,477 |

(a) New source groups modeled in the current study
(b) ANTO = Parts of Arizona, New Mexico, Texas, Oklahoma within 4 km CARMMS domain
(c) CUKNW = Parts of Colorado, Utah, Kansas, Nebraska, Wyoming within 4 km CARMMS domain

BLM_0072452

March 2016 

**Table 3-5b.  Percent difference in 2021 High and Low Development Scenario emissions (High – Low) for each Source Category (see Section 4.1) and combinations of Source Categories from the CAMx source apportionment diagnostic output after processing by SMOKE.**

| Number | Group | $NO_x$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
|---|---|---|---|---|---|---|
| CARMMS 2021 Low Development Scenario (tpy) | | | | | | |
| 1 | Natural (Biogenics + Fires) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2 | LSFO | -86.3% | -86.3% | -86.4% | -86.3% | -86.4% |
| 3 | WRFO | -83.5% | -83.5% | -83.5% | -83.5% | -83.5% |
| 4 | CRVFO | -35.6% | -35.5% | -35.7% | -35.2% | -35.5% |
| 5 | RPPA | -47.3% | -43.3% | -46.8% | -46.3% | -48.2% |
| 6 | GJFO | -94.2% | -94.7% | -94.1% | -93.6% | -95.2% |
| 7 | UFO | -74.5% | -69.0% | -76.5% | -70.6% | -67.7% |
| 8 | TRFO | -87.8% | -86.8% | -83.8% | -87.1% | -89.6% |
| 9 | KFO | -88.2% | -91.7% | -88.8% | -89.2% | -89.8% |
| 10 | RGFO #1 | -79.8% | -70.0% | -81.9% | -81.6% | -81.3% |
| 11 | PGPA | -79.8% | -70.0% | -81.9% | -81.2% | -81.2% |
| 12 | RGFO #2 | -91.0% | -87.5% | -90.8% | -90.5% | -89.3% |
| 13 | RGFO #3 | -37.0% | -34.0% | -37.5% | -33.0% | -31.0% |
| 14 | RGFO #4 | -85.0% | -85.7% | -85.0% | -85.4% | -85.4% |
| 15 | FFO | -51.9% | -68.2% | -60.0% | -55.1% | -54.4% |
| 16 | New O&G from non-Fed BLM PAs | -53.6% | -55.2% | -62.3% | -56.2% | -56.6% |
| 17 | Existing O&G from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 18 | Mining from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 19 | All O&G outside 14 BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 14 BLM PAs new Fed O&G | -79.5% | -78.7% | -83.5% | -77.2% | -76.6% |
| | 14 PAs Total O&G | -34.1% | -35.0% | -65.2% | -49.7% | -56.3% |
| | Total O&G | -25.4% | -22.3% | -16.1% | -37.1% | -52.7% |
| | Total Anthropogenic | -8.7% | -16.3% | -1.0% | -1.5% | -1.6% |
| | Total All Emissions | -7.5% | -8.7% | -1.0% | -1.2% | -1.1% |

BLM_0072453

March 2016

RAMBØLL ENVIRON

**Table 3-6a.   Total emissions (tons per year) for each Source Category (see Section 4.1) and combinations of Source Categories for the 2021 Medium Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| | CARMMS 2021 Medium Development Scenario (tpy) | | | | | |
|---|---|---|---|---|---|---|
| Number | Group | $NO_x$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
| 19 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 1 | LSFO | 1,779 | 3,633 | 13 | 58 | 98 |
| 2 | WRFO | 9,809 | 18,803 | 904 | 500 | 810 |
| 3 | CRVFO | 1,060 | 3,253 | 2 | 51 | 123 |
| 4 | RPPA | 1,023 | 1,848 | 1 | 35 | 70 |
| 5 | GJFO | 6,149 | 8,345 | 15 | 196 | 673 |
| 6 | UFO | 460 | 733 | 1 | 24 | 66 |
| 7 | TRFO | 2,263 | 1,253 | 2 | 65 | 361 |
| 8 | KFO | 137 | 210 | 0 | 6 | 23 |
| 9 | RGFO #1 | 193 | 679 | 1 | 10 | 52 |
| 10 | PGPA | 593 | 2,081 | 3 | 29 | 158 |
| 11 | RGFO #2 | 846 | 1,468 | 1 | 15 | 25 |
| 12 | RGFO #3 | 156 | 54 | 0 | 2 | 5 |
| 13 | RGFO #4 | 51 | 679 | 0 | 5 | 30 |
| 14 | FFO | 2,552 | 6,808 | 4 | 185 | 745 |
| 15 | New O&G from non-Fed BLM PAs | 64,849 | 227,796 | 297 | 4,517 | 30,722 |
| 16 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 17 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 18 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20 | Remaining anthro emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
| | 14 BLM PAs new Fed O&G | 27,071 | 49,849 | 947 | 1,180 | 3,239 |
| | 14 PAs Total O&G | 173,089 | 506,394 | 1,496 | 7,254 | 36,800 |
| | Total O&G | 234,309 | 808,100 | 6,068 | 9,935 | 39,621 |
| | Total Anthropogenic | 694,902 | 1,120,643 | 101,796 | 259,720 | 1,447,102 |
| | Total All Emissions | 808,067 | 2,113,203 | 102,928 | 339,173 | 2,021,356 |

BLM_0072454

March 2016



**Table 3-6b.  Percent difference in 2021 High and Medium Development Scenario emissions (High – Medium) for each Source Category (see Section 4.1) and combinations of Source Categories from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| Number | Group | $NO_x$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
|---|---|---|---|---|---|---|
| | CARMMS 2021 Medium Scenario Percent Change from High Scenario (%) | | | | | |
| 19 | Natural (Biogenics + Fires) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 1 | LSFO | -11.3% | -21.8% | -1.4% | -20.7% | -42.7% |
| 2 | WRFO | -12.9% | -31.0% | 0.0% | -16.4% | -40.8% |
| 3 | CRVFO | -19.1% | -46.5% | -0.4% | -27.9% | -50.6% |
| 4 | RPPA | -17.9% | -32.5% | -0.3% | -26.9% | -48.1% |
| 5 | GJFO | -15.7% | -53.9% | -0.6% | -36.8% | -55.0% |
| 6 | UFO | -21.5% | -15.7% | -5.2% | -32.4% | -52.5% |
| 7 | TRFO | -15.1% | -26.9% | -4.1% | -47.9% | -57.8% |
| 8 | KFO | -22.5% | -48.9% | -7.2% | -40.1% | -55.3% |
| 9 | RGFO #1 | -36.2% | -22.4% | -20.6% | -67.0% | -77.0% |
| 10 | PGPA | -36.2% | -22.4% | -20.6% | -67.2% | -77.0% |
| 11 | RGFO #2 | -26.5% | -3.8% | -24.8% | -33.2% | -56.2% |
| 12 | RGFO #3 | -30.2% | -29.8% | -28.3% | -50.5% | -68.3% |
| 13 | RGFO #4 | -43.5% | -28.0% | -1.0% | -71.0% | -77.4% |
| 14 | FFO | -23.1% | -22.2% | -21.4% | -41.0% | -59.2% |
| 15 | New O&G from non-Fed BLM PAs | -1.3% | -0.4% | -0.1% | -0.7% | -0.2% |
| 16 | Existing O&G from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 17 | Mining from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 18 | All O&G outside 14 BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 20 | Remaining anthro emissions | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 14 BLM PAs new Fed O&G | -16.9% | -35.0% | -0.3% | -32.3% | -56.3% |
| | 14 PAs Total O&G | -3.5% | -5.2% | -0.2% | -7.6% | -10.3% |
| | Total O&G | -2.6% | -3.3% | -0.1% | -5.7% | -9.7% |
| | Total Anthropogenic | -0.9% | -2.4% | 0.0% | -0.2% | -0.3% |
| | Total All Emissions | -0.8% | -1.3% | 0.0% | -0.2% | -0.2% |

Figure 3-10 displays spatial maps of $NO_x$, VOC and $PM_{2.5}$ emissions across the 4 km CARMMS domain by different source types for the 2021 High Development Scenario.  The spatial maps for the Low and Medium Development Scenarios have the same locations as the High Development Scenario just with lower intensity.  Figure 3-10a displays the total new Federal and new non-Federal O&G emissions across the 14 CO/NM BLM Planning Areas that shows a mixture of Federal and non-Federal O&G emissions in the western Colorado Planning Areas.  Most of the new O&G emissions in the eastern Colorado Planning Areas (e.g., Weld County) are due to non-Federal O&G, except for the development within the Pawnee Grassland Planning Area.  The differences in the new Federal and non-Federal O&G emissions for the Mancos Shale Development area in northern New Mexico reflects the assumption that new O&G was split 70 percent Federal and 30 percent non-Federal.

Figure 3-10b top panel displays the spatial distribution of emissions that combines the existing O&G within the 14 CO/NM BLM Planning Areas with the remainder O&G (new Federal and non-Federal plus existing) within the 4 km CARMMS domain but outside of the 14 CO/NM BLM

BLM_0072455

March 2016                                       ENVIRON

Planning Areas.  In addition to the familiar Basins within the 14 CO/NM Planning Areas (Denver-Julesburg, Piceance and North and South San Juan), the Uinta Basin is clearly evident along with O&G emissions in southwest Wyoming and in the Texas panhandle.  Mining within the Colorado BLM Planning Areas consist of mainly isolated grid cells that can have very high $PM_{2.5}$ emissions (Figure 3-10b, bottom panel).  Figure 3-10c displays the other (remainder) anthropogenic emissions and natural emissions.  Roadways and the major urban areas of Denver, Salt Lake City, Colorado Springs and Albuquerque are clearly evident in the other anthropogenic emissions $NO_X$ and VOC maps.  Whereas the spatial maps of other anthropogenic $PM_{2.5}$ emissions is more reflective of agricultural sources.  Natural VOC emissions are dominated by forested areas, whereas the natural $NO_X$ emissions are higher in agricultural areas and the locations of fires in 2008.

Figure 3-11 shows the spatial distribution of total low and elevated source emissions in the 2021 Low Development Scenario.  The spatial patterns are due to a combination of oil and gas basins, mining, EGUs, urban areas, transportation and other sources.  Figure 3-12 shows the spatial distribution of future federal Mancos Shale emissions.  Generally oil dominant wells are expected to be located in the southerly part of the Mancos Shale play while gas dominant wells are expected in the northern part of the play.  VOC emissions have a large spatial footprint reflecting the contributions from both oil and gas dominant wells in the Mancos Shale.  The spatial distributions of annual coal-fired and oil/gas-fired EGU emissions in the CARMMS 4 km domain are illustrated in Figures 3-13 to 3-16, with coal-fired EGUs having a much larger contribution than oil/gas-fired EGUs to emissions of NOx, $SO_2$ and $PM_{2.5}$.

### 3.7.1   Mining PM Speciation Issues

In CARMMS 1.0, the EPA default PM speciation profiles as provided with the SMOKE emissions modeling system were used to speciate PM emissions for mining sources.  These PM speciation profiles convert total $PM_{2.5}$ emissions into particulate SO4, NO3, NH4, EC, OA and OPM2.5 (other $PM_{2.5}$) for the PGM modeling.  In analyzing the AQ and AQRV impacts associated with mining on Federal lands in the CARMMS 1.0 2021 modeling results, we noticed sulfur deposition impacts and visibility impairment impacts due to SO4 that were higher than expected given the low $SO_2$ emissions from mining for the 2021 emission scenarios (8 TPY).  These higher than expected sulfur impacts from mining were due to primary sulfate emissions.  Of the 6,957 TPY $PM_{2.5}$ emissions from mining, 12.5% was due to primary SO4 emissions in CARMMS 1.0.

Table 3-7 lists the mining source categories and emissions by Source Classification Code (SCC) and the PM speciation profile code used in the SMOKE modeling system that is used to speciate the mining PM emissions using a cross-reference with the SCC number.  In CARMMS 1.0, most of the mining PM emissions are speciated using the 92047 PM speciation profile that is for "Mineral Products – Avg – Simplified."  Table 3-8 lists the $PM_{2.5}$ speciation profiles for various profiles used to speciate the mining emissions in SMOKE.  For the dominant 92047 PM profile for mining, 14.1% of the $PM_{2.5}$ emissions are speciated as primary SO4.  The reference for the 92047 PM speciation profile in the SPECIATE database is "Shareef, G.S. Engineering Judgment, Radian Corporation.  September 1987."  In our search we could not find this reference.

BLM_0072456

March 2016                                

For some types of above ground mining that uses blasting, higher sulfur emissions may be expected.  However, in Colorado most of the mining is underground that would not include blasting so would be expected to have lower sulfur emissions, which is reflected in the low mining $SO_2$ emissions.  Thus, mining primary SO4 emissions were overstated in the CARMMS 1.0 2021 modeling, resulting in overstated sulfur deposition and visibility impacts associated with mining.  In the current study (CARMMS 1.5), we re-processed the mining emissions using more appropriate $PM_{2.5}$ speciation profiles for mines in Colorado as shown in Table 3-7.

BLM_0072457

March 2016

RAMBØLL ENVIRON



Figure 3-10a.   Spatial distribution of Federal (top) and non-Federal oil and gas NO$_X$, VOC and PM$_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario.

BLM_0072458

March 2016

RAMBØLL ENVIRON



**Figure 3-10b. Spatial distribution of existing oil and gas (top) and mining on Federal lands NO$_X$, VOC and PM$_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario.**

67

BLM_0072459

March 2016





Figure 3-10c.  Spatial distribution of other anthropogenic (top) and natural (biogenic, fires, lightning, sea salt and windblown dust) NOX, VOC and PM2.5 emissions (tons per year) for the 14 BLM Planning Areas in the 2021 High Development Scenario.

BLM_0072460

March 2016

RAMBOLL ENVIRON



**Figure 3-11.  Spatial distribution of total low and elevated source emissions in tons per year in the 2021 Low Development Scenario.**

BLM_0072461

March 2016                                                    RAMBØLL ENVIRON



**Figure 3-12.  Spatial distribution of Mancos Shale emissions in tons per year in the 2021 Low Development Scenario.**

BLM_0072462

March 2016

RAMBØLL ENVIRON



**Figure 3-13.  Spatial distribution of coal-fired EGU emissions in the 2021 Low Development Scenario in Arizona, New Mexico, Texas and Oklahoma ("ANTO" area in 4 km domain).**

BLM_0072463

March 2016

RAMBØLL ENVIRON



**Figure 3-14.  Spatial distribution of coal-fired EGU emissions in the 2021 Low Development Scenario in Colorado, Utah, Kansas, Nebraska and Wyoming ("CUKNW" area in 4 km domain).**

BLM_0072464

March 2016    RAMBØLL ENVIRON



**Figure 3-15.  Spatial distribution of oil and gas-fired EGU emissions in the 2021 Low Development Scenario in Arizona, New Mexico, Texas and Oklahoma ("ANTO" area in 4 km domain).**

73

BLM_0072465

March 2016   RAMBØLL ENVIRON



**Figure 3-16.  Spatial distribution of oil and gas-fired EGU emissions in the 2021 Low Development Scenario in Colorado, Utah, Kansas, Nebraska and Wyoming ("CUKNW" area in 4 km domain).**

BLM_0072466

March 2016

 ENVIRON

Table 3-7.    SCC number and description, PM$_{2.5}$ speciation profile code and name, and PM emissions for 95% of the mining emissions on Federal lands used in the CARMMS 2021 modeling

| SCC | SCC Description | Profile in CARMMS 1.0 | Profile in CARMMS 1.5 | PM2.5 (tpy) |
|---|---|---|---|---|
| 30501099 | Coal Mining, Cleaning & Material Handling /Other Not Classified | 92047 | 92022 | 1,717 |
| 30501022 | Coal Mining, Cleaning & Material Handling /Drilling/Blasting | 92047 | 92022 | 1,460 |
| 30501011 | Coal Mining, Cleaning & Material Handling /Coal Transfer | 92047 | 92022 | 1,449 |
| 30501015 | Coal Mining, Cleaning & Material Handling /Loading | 92047 | 92022 | 457 |
| 30501049 | Coal Mining, Cleaning & Material Handling /Wind Erosion: Exposed Areas | 92022 | 92022 | 403 |
| 30501038 | Coal Mining, Cleaning & Material Handling /Truck Loading: Coal | 92047 | 92022 | 333 |
| 30501043 | Coal Mining, Cleaning & Material Handling /Open Storage Pile: Coal | 92047 | 92022 | 113 |
| 30501024 | Coal Mining, Cleaning & Material Handling /Hauling | 92047 | 92022 | 105 |
| 30504010 | Mining & Quarrying Nonmetallic Minerals /Underground Ventilation | 92073 | 92073 | 72 |
| 30501040 | Coal Mining, Cleaning & Material Handling /Truck Unloading: End Dump – Coal | 92047 | 92022 | 68 |
| 30501046 | Coal Mining, Cleaning & Material Handling /Bulldozing: Coal | 92047 | 92022 | 67 |
| 30501009 | Coal Mining, Cleaning & Material Handling /Raw Coal Storage | 92047 | 92022 | 61 |

BLM_0072467

March 2016

RAMBOLL  ENVIRON

Table 3-8.    PM$_{2.5}$ emissions speciation profiles available for mining PM emissions.

| Profile | Pol | Species | Fraction |
|---------|-----|---------|----------|
| Mineral Products - Avg - Simplified | | | |
| 92047 | PM2_5 | POA | 7.4% |
| 92047 | PM2_5 | PEC | 1.5% |
| 92047 | PM2_5 | PNO3 | 0.3% |
| 92047 | PM2_5 | PSO4 | 14.1% |
| 92047 | PM2_5 | PMFINE | 76.8% |
| Crustal Material - Simplified | | | |
| 92022 | PM2_5 | POA | 7.5% |
| 92022 | PM2_5 | PEC | 0.2% |
| 92022 | PM2_5 | PNO3 | 0.1% |
| 92022 | PM2_5 | PSO4 | 0.2% |
| 92022 | PM2_5 | PMFINE | 92.0% |
| Sand & Gravel - Simplified | | | |
| 92073 | PM2_5 | POA | 0.0% |
| 92073 | PM2_5 | PEC | 0.0% |
| 92073 | PM2_5 | PNO3 | 0.1% |
| 92073 | PM2_5 | PSO4 | 0.3% |
| 92073 | PM2_5 | PMFINE | 99.7% |

BLM_0072468

February 2016



## 4.0 FUTURE YEAR MODELING APPROACH

The CAMx source apportionment tool was used to obtain separate contributions of BLM authorized oil and gas development on Federal lands within 13 Colorado BLM Planning Areas plus the Mancos Shale Development area in northwestern New Mexico.  This report addresses the contributions to air quality (AQ) and air quality related value (AQRV) impacts associated with the 2021 High, Low and Medium Development Scenarios.  Emphasis is laid on the Farmington Field Office (Mancos Shale) sources but the contributions of other source groups are also analyzed.  The following sections describe how the CARMMS 2021 CAMx source apportionment modeling was conducted for the new Low Development Scenario and combined with results from the CARMMS 1.0 High and Medium Development Scenarios. The results are presented in Chapter 5.

## 4.1   CARMMS Source Apportionment Modeling Approach

The CAMx Anthropogenic Precursor Culpability Assessment (APCA) version of the Ozone Source Apportionment Technology (OSAT) and the Particulate Source Apportionment Technology (PSAT) were used to obtain separate AQ and AQRV contributions due to BLM-authorized new oil and gas development on Federal lands for each of the 13 Colorado BLM Planning Areas and the Mancos Shale O&G development area within the BLM NMFFO Planning Area (i.e., the 14 BLM Planning Areas).  Separate source apportionment contributions from new oil and gas emissions on non-Federal lands and existing oil and gas within the combined 14 BLM Planning Areas was also obtained.  Separate source apportionment of AQ/AQRV impacts associated with the 10 mines located within Colorado BLM Planning Areas discussed at in Section 3.6.3 was also obtained.  Separate source apportionment contributions were also obtained for oil and gas emissions within the 4 km CARMMS domain outside of the 14 BLM Planning Areas, remainder anthropogenic emissions and natural emissions (i.e., biogenic sources, fires, lightning, windblown dust and sea salt).  Source contributions of coal-fired and oil/gas-fired EGUs were also obtained as described below.

### 4.1.1   Overview of Source Apportionment Tools

The CAMx OSAT/APCA ozone and PSAT PM source apportionment tools use reactive tracers that are released from each Source Group for which contributions are desired.  These reactive tracers operate in parallel to the host photochemical grid model accessing the model's transport, dispersion, chemistry and deposition algorithms.  For example, the OSAT/APCA ozone source apportionment tools represents each Source Group's ozone contributions using four reactive tracers that represent the Source Groups VOC emissions (V), $NO_X$ emissions (N) and ozone attributed to the Source Group that is formed under more VOC-limited (O3V) and $NO_X$-limited (O3N) conditions.  At each time step and in each grid cell, ozone formed is allocated to the Source Groups based on the Source Groups relative contribution of VOC or more $NO_X$ emissions to the total VOC or $NO_X$ concentrations after determination of whether ozone formation is more VOC-limited or more $NO_X$-limited.  The APCA ozone source apportionment tool differs from OSAT in that it recognizes that some precursor emissions are not controllable so redirects ozone formed from the uncontrollable to the controllable Source Group.  For example, when ozone is formed under VOC-limited conditions due to the interaction between biogenic VOC and anthropogenic $NO_X$ emissions, a case OSAT would assign

BLM_0072469

March 2016



the ozone formed to the biogenic emissions Source Group, APCA redirects the ozone formed to the anthropogenic emissions Source Group recognizing that biogenic VOC emissions are not controllable and without the anthropogenic $NO_X$ the ozone would not have been generated. In a CAMx APCA source apportionment run, the first Source Category specified in the run is assumed to be the uncontrollable Source Group (typically natural emissions) and ozone will only be allocated to natural emissions when it is due to natural VOC and $NO_X$ emissions interacting with each other (e.g., ozone formed due to reactions between biogenic VOC and biogenic NOx). For the CARMMS modeling, the natural emissions Source Group included biogenic, fires (wildfires, prescribed burns and agricultural burning), lightning, windblown dust and sea salt emissions. Although one could argue that emissions from prescribed burns and agricultural burning are not natural, emissions from wildfires dominate the fire emissions especially within the CARMMS 4 km domain.

For the CAMx PSAT PM source apportionment tool there are several families of PM source apportionment tracers that can be run separately or together that track the different components of PM. Each of these families has a different number of reactive tracers to track the pathway from the PM precursor emissions to the ultimate PM compounds. The five different families of PSAT source apportionment are as follows (number of tracers in parenthesis): Sulfate-SO4 (2); Nitrate/Ammonium-NO3/NH4 (7); Primary PM (6); Secondary Organic Aerosol-SOA (20) and Mercury-Hg (3). For CARMMS, we used the SO4, NO3/NH4 and Primary PM PSAT families of tracers so that 15 total reactive tracers are needed to track PM contribution for each Source Group. The Hg PSAT family was not used because mercury is not a focus of CARMMS and O&G sources typically have negligible Hg emissions. There are five SOA precursors treated in CAMx: toluene and xylene (aromatics), isoprene, terpene and sesquiterpene with biogenic sources contributing a majority of the SOA. O&G VOC emissions are dominated by light VOCs that do not form any SOA. We examined the speciation of the O&G emissions and found the five VOC species that are SOA precursors account for approximately 0.1 percent of the O&G VOC emissions. Thus, O&G emission VOCs would have a negligible contribution to SOA so the SOA family of PSAT source apportionment tracers was not used. The CARMMS annual source apportionment runs take over a month to complete and use of the SOA PSAT family would have more than doubled the number of tracers.

Thus, SOA is not included in the $PM_{2.5}$ and visibility impacts associated with Source Groups A through V that are based on the PSAT source apportionment modeling results. But SOA is included in the $PM_{2.5}$ and visibility impacts of Source Groups W and X that represents total emissions from the 2021 and 2008 emission scenarios.

While initiating the current study, we identified an error in the ozone source apportionment in CARMMS 1.0 (we note that the error is in the post-processing of CARMMS 1.0 rather than the 1.0 outputs themselves). Rather than adding the ozone source contribution under more NOx-limited conditions (O3N) to the ozone formed under more VOC-limited conditions (O3V), the O3N value was double-counted. This resulted in an overestimation or underestimation of ozone contributions from sources in the Planning Areas, with more grid cells showing an overestimation rather than an underestimation. The problem does not affect the total ozone predictions or the ozone due to natural or boundary sources. For the reason mentioned above, we recommend that ozone concentrations from the current study (CARMMS 1.5) not be

BLM_0072470