

### 5.6.3   PM$_{2.5}$ NAAQS Analysis

There are two PM$_{2.5}$ NAAQS, one for a 24-hour averaging time that is expressed as a three-year average of the 98[th] percentile value in a year with a threshold of 35 µg/m$^3$ and an annual average over three-years with a threshold of 12 µg/m$^3$. With a complete year of modeling results, the 98th percentile corresponds to the 8th highest daily PM$_{2.5}$ concentration in a year.

#### 5.6.3.1   24-Hour PM$_{2.5}$ NAAQS Analyses

Figure 5-8 displays the 8th highest 24-hour PM$_{2.5}$ concentrations for the 2011 Base Case and 2025 emission scenarios and their differences and the contributions of Natural Emissions to the 8[th] highest 24-hour PM$_{2.5}$ concentration. The maximum 8th high 24-hour PM$_{2.5}$ in 2011 (421.3 µg/m$^3$) and 2025 High, Low and Medium Development Scenarios (420.9 µg/m$^3$) far exceed the 35 µg/m$^3$ NAAQS (Figure 5-8, top panels). This high value occurs on the AZ/NM boarder and is largely due to emissions from wildfires (406.5 µg/m$^3$), as shown from the map of contribution by Natural Emissions (Figure 5-8, bottom right). The greater Denver area shows exceedance in 2011 Base case and all three 2025 Scenarios. The maps of difference between 2015 Scenarios and 2011 Base case (Figure 5-8, bottom left) show decrease of PM$_{2.5}$ concentrations in a majority of places in the domain and increase in many places, including Denver, eastern Utah, and central and northwestern New Mexico.

Figures 5-9 through 5-11 show the contribution of new Federal O&G in CO to 8th high 24-hour PM$_{2.5}$ in 2025 High, Low and Medium Scenarios. The maximum contribution is 6.3, 0.9 and 5.6 µg/m$^3$ for the High, Low and Medium Scenarios, respectively, all of which occur in the White River Field Office Planning Area, while the maximum is found in a different place for the Medium Scenario than the High and Low Scenarios.

Figure 5-12 displays the contributions of Federal O&G from the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 Planning Areas to the 8th highest 24-hour PM$_{2.5}$ concentrations for the 2025 High Development Scenario. Results for the 2025 Low and Medium Development Scenario are lower and can be found in Attachment I. The maximum contribution to 8[th] highest 24-hour PM$_{2.5}$ concentration due to emissions from new Federal O&G in these four Source Groups in the High Development Scenario are 6.3 µg/m$^3$ (WRFO), 0.3 µg/m$^3$ (CRVFO), 2.6 µg/m$^3$ (GJFO) and 1.3 µg/m$^3$ (RGFO #1) (Table 5-42).

Figure 5-13a shows the contributions of new Federal O&G and mining in CO (Source Group A2) to PM$_{2.5}$ concentrations in the three 2025 Development Scenarios. The peak 8[th] highest daily PM$_{2.5}$ concentrations are 6.3, 4.2 and 5.6 µg/m$^3$ in the 2025 High, Low and Medium Development Scenarios, respectively. Figure 5-13b presents the contributions of new Federal and non-Federal O&G and mining in CO (Source Group A3) for the 2025 High, Low and Medium Development Scenarios. The peak 8th highest daily PM$_{2.5}$ concentrations are 17.6, 6.1 and 17.5 µg/m$^3$ in the 2025 High, Low and Medium Development Scenarios, respectively. Comparing Figure 5-13a and Figure 5-13b suggests that these peaks near Denver are to a large extent due to contribution from non-Federal O&G. The year 2025 minus year 2011 impacts difference plots (bottom left of Figures 5-8a, 5-8b and 5-8c) in conjunction with plots for Source Groups A2 and A3 indicate relatively large increases in 24-hour PM$_{2.5}$ concentrations primarily due to new non-Federal oil and gas in the RGFO #1.

BLM_0073090

July 2017 

Table 5-42 summarizes the maximum contribution to the 8th highest 24-hour $PM_{2.5}$ concentrations for all of the Source Groups and the 2025 High, Low and Medium Development Scenarios. For most BLM Planning Areas, the contribution of Federal O&G to the 8th highest 24-hour $PM_{2.5}$ concentrations is small, around or less than 1 $\mu g/m^3$. The top 6 contributors for the High Development Scenario are White River FO (6.3 $\mu g/m^3$), Southern Ute Indian Tribe (2.9 $\mu g/m^3$), Grand Junction FO (2.6 $\mu g/m^3$), Little Snake FO (1.3 $\mu g/m^3$), RGFO #1 (1.3 $\mu g/m^3$), and RGFO #3 (1.3 $\mu g/m^3$), which are also the largest contributors for the Low and Medium Scenarios.

BLM_0073091



**Table 5-42.   Maximum contribution to the 8th high 24-hour PM$_{2.5}$ concentrations (µg/m$^3$) for each of the Source Groups and the 2025 High, Low and Medium Development Scenarios.**

| Source Group | High | Low | Med |
|---|---|---|---|
| A.  Natural emissions | 406.5 | 406.5 | 406.5 |
| B.  Little Snake FO | 1.3 | 0.1 | 0.5 |
| C.  White River FO | 6.3 | 0.9 | 5.5 |
| D.  Colorado River Valley FO (CRVFO) | 0.3 | 0.2 | 0.3 |
| E.  Roan Plateau Planning area portion of CRVFO | 0.8 | 0.3 | 0.5 |
| F.  Grand Junction FO | 2.6 | 0.0 | 0.9 |
| G.  Uncompahgre FO | 0.2 | 0.0 | 0.2 |
| H.  Tres Rios FO | 0.4 | 0.1 | 0.2 |
| I.  Kremmling FO | 0.1 | 0.0 | 0.1 |
| J.  RGFO #1 | 1.3 | 0.1 | 0.6 |
| K.  RGFO #2 | 0.1 | 0.0 | 0.1 |
| L.  RGFO #3 | 1.3 | 0.2 | 0.7 |
| M.  RGFO #4 | 0.1 | 0.0 | 0.1 |
| N.  Southern Ute Indian Tribe | 2.9 | 1.5 | 1.2 |
| O.  New Mexico Farmington Field Office | 0.8 | 0.4 | 0.4 |
| P.  Combined future non-Federal O&G from BLM Planning Areas | 17.4 | 6.1 | 17.4 |
| Q.  Combined Existing O&G from BLM Planning Areas | 14.6 | 16.4 | 14.6 |
| R.  Mining from BLM Planning Areas | 5.4 | 4.2 | 5.4 |
| S.  All O&G in 12 km domain outside of the BLM Planning Areas | 19.0 | 19.0 | 19.0 |
| T.  Remaining anthropogenic emissions | 86.7 | 86.9 | 86.7 |
| U.  Coal EGU Colorado + New Mexico | 3.3 | 3.3 | 3.3 |
| V.  Oil/Gas EGU Colorado + New Mexico | 0.1 | 0.1 | 0.1 |
| W.  All Other EGUs in 12 km domain | 5.6 | 5.6 | 5.6 |
| X.  Total new federal O&G in CO | 6.3 | 0.9 | 5.6 |
| Y.  New total CRVFO | 1.0 | 0.5 | 0.6 |
| Z.  New total RGFO | 1.4 | 0.3 | 0.7 |
| A1.  All new O&G in CO plus new non-federal FFO1 | 17.6 | 6.1 | 17.5 |
| A2.  New federal O&G + new Mining in CO | 6.3 | 4.2 | 5.6 |
| A3.  New federal O&G + new non-federal O&G + Mining in CO | 17.6 | 6.1 | 17.5 |
| A4.  All EGUs in CO and NM | 3.3 | 3.3 | 3.3 |
| A5.  2025 BC | 14.0 | 14.0 | 14.0 |
| A6.  2025 Total | 420.9 | 420.9 | 420.9 |
| A7.  2011 Total | 421.3 | 421.3 | 421.3 |
| X1.  Total new federal O&G in CO (X) using Brute-Force zero-out run | 6.5 | 0.9 | 5.7 |

BLM_0073092



**Table 5-42a.   Maximum contribution to the annual PM$_{2.5}$ concentrations (µg/m$^3$) for each of the Source Groups and the 2025 High, Low and Medium Development Scenarios.**

| Source Group | High | Low | Med |
|---|---|---|---|
| A.  Natural emissions | 17.4 | 17.4 | 17.4 |
| B.  Little Snake FO | 0.6 | 0.0 | 0.3 |
| C.  White River FO | 3.4 | 0.4 | 2.8 |
| D.  Colorado River Valley FO (CRVFO) | 0.2 | 0.1 | 0.2 |
| E.  Roan Plateau Planning area portion of CRVFO | 0.4 | 0.2 | 0.3 |
| F.  Grand Junction FO | 1.2 | 0.0 | 0.6 |
| G.  Uncompahgre FO | 0.2 | 0.0 | 0.1 |
| H.  Tres Rios FO | 0.2 | 0.0 | 0.1 |
| I.  Kremmling FO | 0.1 | 0.0 | 0.1 |
| J.  RGFO #1 | 0.6 | 0.1 | 0.3 |
| K.  RGFO #2 | 0.1 | 0.0 | 0.0 |
| L.  RGFO #3 | 0.6 | 0.1 | 0.3 |
| M.  RGFO #4 | 0.1 | 0.0 | 0.0 |
| N.  Southern Ute Indian Tribe | 1.4 | 0.7 | 0.6 |
| O.  New Mexico Farmington Field Office | 0.3 | 0.1 | 0.1 |
| P.  Combined future non-Federal O&G from BLM Planning Areas | 7.2 | 2.5 | 7.2 |
| Q.  Combined Existing O&G from BLM Planning Areas | 5.6 | 5.7 | 5.6 |
| R.  Mining from BLM Planning Areas | 2.9 | 1.6 | 2.9 |
| S.  All O&G in 12 km domain outside of the BLM Planning Areas | 8.1 | 8.1 | 8.1 |
| T.  Remaining anthropogenic emissions | 18.9 | 18.9 | 18.9 |
| U.  Coal EGU Colorado + New Mexico | 0.6 | 0.6 | 0.6 |
| V.  Oil/Gas EGU Colorado + New Mexico | 0.0 | 0.0 | 0.0 |
| W.  All Other EGUs in 12 km domain | 1.2 | 1.2 | 1.2 |
| X.  Total new federal O&G in CO | 3.5 | 0.4 | 2.9 |
| Y.  New total CRVFO | 0.5 | 0.3 | 0.4 |
| Z.  New total RGFO | 0.6 | 0.1 | 0.3 |
| A1.  All new O&G in CO plus new non-federal FFO1 | 7.3 | 2.5 | 7.3 |
| A2.  New federal O&G + new Mining in CO | 3.5 | 1.6 | 2.9 |
| A3.  New federal O&G + new non-federal O&G + Mining in CO | 7.3 | 2.5 | 7.3 |
| A4.  All EGUs in CO and NM | 0.6 | 0.6 | 0.6 |
| A5.  2025 BC | 3.1 | 3.1 | 3.1 |
| A6.  2025 Total | 21.1 | 20.9 | 21.0 |
| A7.  2011 Total | 23.5 | 23.5 | 23.5 |
| X1.  Total new federal O&G in CO (X) using Brute-Force zero-out run | 3.6 | 0.5 | 2.9 |

BLM_0073093

July 2017

RAMBØLL ENVIRON



**Figure 5-8a. Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 High minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073094

July 2017



**Figure 5-8b. Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2011 Base Case (top left), 2025 Low Development Scenario (top right), 2025 Low minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073095

July 2017    RAMBØLL ENVIRON



**Figure 5-8c. Eighth highest 24-hour PM₂.₅ concentrations for the 2011 Base Case (top left), 2025 Medium Development Scenario (top right), 2025 Medium minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073096

RAMBØLL ENVIRON



Figure 5-9.   Contribution to 8th highest daily PM$_{2.5}$ concentrations due to emissions from new Federal O&G in CO (Source Group X) for the 2025 High Development Scenario.

BLM_0073097

RAMBØLL ENVIRON



Figure 5-10.  Contribution to 8th highest daily PM$_{2.5}$ concentrations due to emissions from new Federal O&G in CO (Source Group X) for the 2025 Low Development Scenario.

BLM_0073098

July 2017



**Figure 5-11. Contribution to 8th highest daily PM₂.₅ concentrations due to emissions from new Federal O&G in CO (Source Group X) for the 2025 Medium Development Scenario.**

BLM_0073099

Case No. 1:20-cv-02484-MSK Document 51-2 filed 04/28/21 USDC Colorado pg 11 of 108

**Figure 5-12. Contribution to 8th highest daily $PM_{2.5}$ concentrations due to emissions from new Federal O&G within the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 (bottom right) Planning Areas for the 2025 High Development Scenario.**

BLM_0073100

July 2017



**Figure 5-13a.** Contribution to 8th highest daily PM2.5 concentration from new Federal O&G and mining in CO (source group A2) for the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.

BLM_0073101

RAMBOLL ENVIRON



**Figure 5-13b.  Contribution to 8th highest daily PM2.5 concentration from new Federal O&G, new non-Federal O&G, and mining in CO (source group A3) for the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0073102

July 2017



### 5.6.3.2   Annual PM$_{2.5}$ NAAQS Analysis

Figure 5-14 displays the annual average PM$_{2.5}$ concentrations for the 2011 Base Case and 2025 emissions scenarios and their differences and the annual average PM$_{2.5}$ concentrations due to Natural Emissions. The highest annual average PM$_{2.5}$ concentration is about 23.5 µg/m$^3$ for the 2011 Base Case, and 21.1, 20.9, and 21.0 µg/m$^3$ in the 2025 High, Low, and Medium Development Scenarios. Compared to the year of 2011, annual PM$_{2.5}$ concentrations drop in the majority of places in the domain, and increases in a number of places, including in the RGFO #1 Planning Area near Denver, where about 10 µg/m$^3$ of increase in annual PM$_{2.5}$ occurs for the High and Medium Development Scenarios.

The maximum contribution of each Source Group to annual PM$_{2.5}$ concentrations for the 2025 High and Low Development Scenarios are shown in Table 5-42a. The 6 Planning Areas with highest contributions are White River FO (3.4 µg/m$^3$), Southern Ute Indian Tribe (1.4 µg/m$^3$), Grand Junction FO (1.2 µg/m$^3$), Little Snake FO (0.6 µg/m$^3$), RGFO #1 (0.6 µg/m$^3$), and RGFO #3 (0.6 µg/m$^3$).

Figure 5-15a shows the contributions of new Federal O&G emissions (Source Group X) in Colorado to annual average PM$_{2.5}$ concentrations in the three 2025 scenarios. The spatial peaks of the annual average PM$_{2.5}$ concentrations are 3.5, 0.4 and 2.9 µg/m$^3$ in the 2025 High, Low and Medium Development Scenarios, respectively.

Figure 5-15b displays the contributions from the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 (bottom right) Planning Areas to annual average PM$_{2.5}$ concentrations in the 2025 High Development Scenario. The maximum contributions for these 4 Source Groups are 3.4, 0.2, 1.2, and 0.6 µg/m$^3$, respectively, with each of them occurring within its corresponding Planning Area.

BLM_0073103

July 2017                                                          RAMBØLL  ENVIRON



**Figure 5-14a.  Annual average PM2.5 concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 High minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073104

July 2017         **RAMBØLL** ENVIRON



**Figure 5-14b.** Annual average PM$_{2.5}$ concentrations for the 2011 Base Case (top left), 2025 Low Development Scenario (top right), 2025 Low minus 2011 differences (bottom left) and Natural Emissions (bottom right).

BLM_0073105

RAMBØLL ENVIRON



**Figure 5-14c.   Annual average PM$_{2.5}$ concentrations for the 2011 Base Case (top left), 2025 Medium Development Scenario (top right), 2025 Medium minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073106



**Figure 5-15a.  Contribution to annual average PM$_{2.5}$ from new Federal O&G in CO (source group X) for the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

July 2017

RAMBØLL ENVIRON



**Figure 5-15b.  Contribution to annual PM$_{2.5}$ concentrations due to emissions from new Federal O&G within the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 (bottom right) Planning Areas for the 2025 High Development Scenario.**

BLM_0073108



### 5.6.4   PM$_{10}$ NAAQS Analysis

Figures 5-16, 5-17a and 5-17b display the 2025 High Development Scenario modeling results for 24-hour PM$_{10}$ that can be compared to the 150 µg/m$^3$ 24-hour PM$_{10}$ NAAQS. Much of the discussion on 24-hour PM$_{2.5}$ also holds for 24-hour PM$_{10}$, although there appear to be more exceedances of the 24-hour PM$_{10}$ NAAQS. Extremely large highest second high PM$_{10}$ concentrations occur in the 2011 and 2025 emissions scenarios that exceed 1,000 µg/m$^3$ (Figure 5-16, top panels), which are largely due to natural emissions from wild fires near the AZ/NM boarder.

Figure 5-17a shows the contributions of new Federal O&G emissions CO (Source Group X) to PM$_{10}$ concentrations in the three 2025 scenarios. The spatial peaks of the 2nd highest 24-hour PM$_{10}$ concentrations are 19.7, 2.0 and 11.4 µg/m$^3$ in the 2025 High, Low and Medium Development Scenarios, respectively.

Figure 5-17b displays the contributions from the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 (bottom right) Planning Areas to 2nd highest daily PM$_{10}$ concentrations in the 2025 High Development Scenario. The maximum contributions for these 4 Source Groups are 19.6, 1.3, 15.4, and 9.0 µg/m$^3$, respectively, with each of them occurring within its corresponding Planning Area.

The contributions of all of the Source Groups and all three 2025 emission scenarios to 24-hour PM$_{10}$ concentrations can be found in Attachment I.

BLM_0073109

July 2017



**Figure 5-16. Second highest 24-hour average PM$_{10}$ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073110

July 2017

RAMBOLL ENVIRON



**Figure 5-17a.   Contribution to second highest 24-hour average PM$_{10}$ concentrations from new Federal O&G in CO (source group X) for the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0073111

July 2017



**Figure 5-17b.** Contribution to 2nd highest daily PM10 concentrations due to emissions from new Federal O&G within the WRFO (top left), CRVFO (top right), GJFO (bottom left), and RGFO #1 (bottom right) Planning Areas for the 2025 High Development Scenario.

BLM_0073112

July 2017



### 5.6.5   SO$_2$ NAAQS Analysis

The 2011 Base Case and 2025 High Development Scenario, their differences and contributions of Natural Emissions to 1-hour, 3-hour and annual SO$_2$ concentrations are shown in Figures 5-18 through 5-21, respectively. The 1-hour SO$_2$ NAAQS is 75 ppb and it is exceeded when the colors in Figure 5-18 are yellow or hotter. Natural emissions from wild fires are the primary cause for the two exceeding areas in Arizona and New Mexico. 1-hour SO$_2$ is overall below 30 ppb in most places and shows reduction from the 2011 base year to the 2025 High Development Scenario. Similarly, as shown in Figures 5-19 through 5-22, 3-hour, 24-hour and annual average SO$_2$ are all well below the corresponding NAAQS/CAAQS/NMAAQS, with the exception of small areas affected by extreme wild fires, and all of them show a reduction from the 2011 base year to the 2025 High Development Scenario.

As an example, Figure 5-22 shows contribution to fourth highest daily maximum hourly SO$_2$ concentrations due to emissions from new Federal O&G and mining in CO (Source Group A2) (left) and new Federal O&G and mining and non-Federal O&G in CO (Source Group A3) (right). The contributions from both A2 and A3 Source Groups are relatively small with a maximum of 2.8 ppb in the White River FO. Spatial maps showing the SO$_2$ contributions from all other Source Groups and 2025 emission scenarios are given in Attachment I.

BLM_0073113

July 2017

RAMBOLL ENVIRON



**Figure 5-18.** Fourth highest (99th percentile) daily maximum 1-hour average SO$_2$ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 minus 2011 differences (bottom left) and Natural Emissions (bottom right).

BLM_0073114

July 2017

RAMBÖLL ENVIRON



**Figure 5-19. Second highest 3-hour average SO₂ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073115

July 2017



**Figure 5-20.  24-hour average SO₂ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073116

July 2017



**Figure 5-21.  Annual average SO₂ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 minus 2011 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0073117

July 2017



**Figure 5-22. Contribution to fourth highest daily maximum hourly SO₂ concentrations due to emissions from new Federal O&G and mining in CO (Source Group A2) (left) and new Federal O&G and mining and non-Federal O&G in CO (Source Group A3) (right).**

BLM_0073118



### 5.6.6   NO$_2$ NAAQS Analysis

Figure 5-23a displays spatial maps of the 98th percentile daily maximum 1-hour NO$_2$ concentrations for the 2011 Base Case and 2025 High, Low and Medium Development Scenarios with the differences in NO$_2$ concentrations between the 2025 emissions scenarios and the 2011 Base Case shown in Figure 5-23b. The 1-hour NO$_2$ NAAQS is 188 µg/m$^3$ (100 ppb) and the tile plots in Figure 5-23a have a cut-point at 100 ppb. In all four scenarios, the highest 1-hour NO$_2$ concentration occurs near the AZ/NM border that is above the NAAQS. This NO$_2$ exceedance is due to wildfires and is present in the 2011 Base Case and 2025 scenarios since wildfires were assumed to be unchanged.

The differences in 1-hour NO$_2$ concentrations between the 2011 and 2025 emission scenarios (Figure 5-23b) indicate increases in RGFO #1, WRFO, GJFO, and Uncompahgre FO, large increases in northern, as well as eastern Arizona and New Mexico. The largest increases are 64.1, 54.2, and 64.0 ppb for the High, Low, Medium Scenarios, respectively, all of which are on the southern border of Uncompahgre FO.

Figure 5-23d-f show the contributions from new Federal O&G in CO (source group X), new Federal O&G and mining in CO (source group A2), new Federal O&G, new non-Federal O&G and mining in CO (source group A3), and all EGUs in CO and NM (source group A4) to the 98th percentile daily maximum 1-hour NO$_2$ concentrations for each of the High, Low and Medium Development Scenarios, respectively. Source Group X has maximum contributions for the High, Medium and Low Development Scenarios of 64.2, 11.3 and 61.3 ppb, respectively, all of which occur near the southern border of WRFO. The maximum contributions from Source Group A2 are 64.2, 40.3, and 61.3 ppb for the three scenarios, while the maximum contributions from Source Group A3 are 65.4, 40.3, and 61.3 ppb for the three scenarios. The maximum contributions from all EGUs in CO and NA are 18.3 ppb for all three scenarios, while the slightly different value of 18.4 ppb for the Low Development Scenario is due to different chemistry among different emission scenarios.

BLM_0073119

July 2017



**Figure 5-23a.  Eighth highest (98th percentile) daily maximum 1-hour average NO₂ concentrations for the 2011 Base Case (top left), 2025 High Development Scenario (top right), 2025 Low Development Scenario (bottom left) and 2025 Medium Development Scenario (bottom right).**

BLM_0073120

July 2017

**RAMBOLL** ENVIRON



**Figure 5-23b.** Differences in eighth highest (98th percentile) daily maximum 1-hour average NO₂ concentrations between the 2025 emission scenarios and the 2011 Base Case for the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.

BLM_0073121

July 2017

RAMBOLL ENVIRON



**Figure 5-23c.** Contributions from new Federal O&G in CO (source group X) to the eighth highest (98th percentile) daily maximum 1-hour average NO₂ concentrations in the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.

BLM_0073122

July 2017                                      RAMBØLL ENVIRON



**Figure 5-23d.  Contributions from new Federal O&G and mining in CO (source group A2) to the eighth highest (98th percentile) daily maximum 1-hour average NO₂ concentrations in the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0073123

July 2017                                                      RAMBOLL ENVIRON



**Figure 5-23e.   Contributions from new Federal O&G, new non-Federal O&G and mining in CO (source group A3) to the eighth highest (98th percentile) daily maximum 1-hour average NO2 concentrations in the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0073124

July 2017

RAMBØLL ENVIRON



**Figure 5-23f.** Contributions from all EGUs in CO and NM (source group A4) to the eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations in the 2025 High (top left), Low (top right) and Medium (bottom) Development Scenarios.

BLM_0073125



## 5.7   W126 Cumulative Ozone Exposure Index

Figure 5-24 shows spatial maps of W126 Cumulative Ozone Exposure Index for 2011 Base Year (upper left), 2025 High Development Scenario (upper right), and their difference (lower left). The annual W126 index ranges from 4 to 35 ppm-hours for the 2011 Base Year, and ranges from 7 to 32 ppm-hours for the 2025 High Scenario. The maximum W126 is seen in New Mexico for both the 2011 Base Year and the 2025 High Scenario. Reduction of W126 from 2011 to 2025 is seen over most areas within the 12/4 km domain except at some locations near Denver and in northwestern New Mexico. Annual W126 index for the 2025 Low and Medium Scenarios has very similar spatial pattern to the 2025 High Scenario, and show similar reduction compared to the 2011 Base Year.

Figure 5-25 shows contribution from total new Federal O&G in Colorado to W126 Cumulative Ozone Exposure Index (Source Group X) in the 2025 High, Low and Medium Development Scenarios. The contribution of new Federal O&G in Colorado is very small for all three scenarios with spatial maximums of 0.82, 0.24, and 0.71 ppb, respectively. The maximum contribution from Source Group X to W126 within the 12/4 km domain occurs in the White River FO for the High and Medium Scenarios, and occurs in the CRVFO for the Low Scenario.

BLM_0073126

July 2017

RAMBØLL ENVIRON



**Figure 5-24. W126 Cumulative Ozone Exposure Index for 2011 Base Year (upper left), 2025 High Development Scenario (upper right), and their difference (lower left).**

BLM_0073127

July 2017                                    **RAMBOLL** ENVIRON



**Figure 5-25.  Contribution from total new Federal O&G in Colorado to W126 Cumulative Ozone Exposure Index (Source Group X) in the 2025 High, Low and Medium Development Scenarios.**

237

BLM_0073128

July 2017 

## 6.0 ACRONYMS

| | |
|---|---|
| ACHD | Allegheny County Health Department |
| AES | Applied Envirosolutions |
| AMET | Atmospheric Model Evaluation Tool |
| APCA | Anthropogenic Precursor Culpability Assessment |
| APU | Auxiliary Power Units |
| ARMS | Air Resource Management Study |
| AQ | Air Quality |
| AQRV | Air Quality Related Value |
| AQS | Air Quality System |
| BC | Boundary Condition |
| BLM | Bureau of Land Management |
| CAFOS | Concentrated Animal Feeding Operations |
| CAMD | Clean Air Markets Division |
| CAMx | Comprehensive Air-quality Model with extensions |
| CAPS | Criteria Air Pollutants |
| CARMMS | Colorado Air Resource Management Modeling Study |
| CASTNet | Clean Air Status and Trends Network |
| CAVR | Clean Air Visibility Rule |
| CB05 | Carbon Bond mechanism version 5 |
| CD-C | Continental Divide-Creston |
| CDPHE | Colorado Department of Health and Environment |
| CEM | Continuous Emissions Monitor |
| CENRAP | Central Regional Air Planning Association |
| CMAQ | Community Multiscale Air Quality modeling system |
| CMU | Carnegie Mellon University |
| ConCEPT | Consolidated Community Emissions Processing Tool |
| CONUS | Continental United States |
| COSO | BLM Colorado State Office |
| CRVFO | Colorado River Valley Field Office |
| CPC | Center for Prediction of Climate |
| CSAPR | Cross State Air Pollution Rule |
| CSN | Chemical Speciation Network |
| DDM | Decoupled Direct Method |
| DEASCO3 | Deterministic and Empirical Assessment of Smoke's Contribution to Ozone |
| Dv | deciview |
| ECA | Emissions Control Area |
| EGU | Electrical Generating Units |
| EIS | Environmental Impact Statement |
| EM | Emissions Model |
| EMS | Emissions Modeling System |
| EPA | Environmental Protection Agency |
| EPS | Emissions Processing System |
| ERG | Eastern Research Group |
| ESRL | Earth Systems Research Laboratory |
| FB | Fractional Bias |
| FE | Fractional Error |

BLM_0073129

July 2017  

| | |
|---|---|
| FFO | New Mexico BLM Farmington Field Office |
| FINN | Fire Inventory from NCAR |
| FLM | Federal Land Manager |
| FRM | Federal Reference Method |
| FWS | Fish and Wildlife Service |
| GCM | Global Chemistry Model |
| GEOS-Chem | Goddard Earth Observing System (GEOS) global chemistry model |
| GJFO | Grand Junction Field Office |
| GSE | Ground Support Equipment |
| IAD | Impact Assessment Domain |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| IMWD | Inter-Mountains West Processing Domain |
| IPAMS | Independent Petroleum Association of the Mountain States |
| JSFP | Joint Science Fire Program |
| FO | Kremmling Field Office |
| LCP | Lambert Conformal Projection |
| LTO | Landing and Takeoff Operations |
| LSFO | Little Snake Field Office |
| LSM | Land Surface Model |
| MADIS | Meteorological Assimilation Data Ingest System |
| MATS | Modeled Attainment Test Software |
| MEGAN | Model of Emissions of Gases and Aerosols in Nature |
| MM | Meteorological Model |
| MM5 | Version 5 of the Mesoscale Model |
| MNGE | Mean Normalized Gross Error |
| MNB | Mean Normalized Bias |
| MOVES | Motor Vehicle Emissions Simulator |
| MOZART | Model for Ozone And Related chemical Tracers |
| NAAQS | National Ambient Air Quality Standard |
| NADP | National Acid Deposition Program |
| NCAR | National Center for Atmospheric Research |
| NCDC | National Climatic Data Center |
| NDBC | National Data Buoy Center |
| NEI | National Emissions Inventory |
| NEPA | National Environmental Policy Act |
| NMB | Normalized Mean Bias |
| NME | Normalized Mean Error |
| NMED | New Mexico Environmental Department |
| NMFFO | New Mexico Farmington Field Office |
| NMIM | National Mobile Inventory Model |
| NMSO | BLM New Mexico State Office |
| NOAA | National Oceanic and Atmospheric Administration |
| NPRI | National Pollutant Release Inventory |
| NPS | National Park Service |
| NSPS | New Source Performance Standard |
| NSR | New Source Review |
| O&G | Oil and Gas |
| OA | Organic Aerosol |
| OSAT | Ozone Source Apportionment Technology |

BLM_0073130

July 2017 

| | |
|---|---|
| PAVE | Package for Analysis and Visualization |
| PBL | Planetary Boundary Layer |
| PGM | Photochemical Grid Model |
| PiG | Plume-in-Grid |
| PM | Particulate Matter |
| PPM | Piecewise Parabolic Method |
| PSAT | Particulate Source Apportionment Technology |
| PSD | Prevention of Significant Deterioration |
| QA | Quality Assurance |
| QC | Quality Control |
| RAQC | Regional Air Quality Council |
| RGFO | Royal Gorge Field Office |
| RMC | Regional Modeling Center |
| RMNP | Rocky Mountain National Park |
| RMP | Resource Management Plan |
| ROMANS | Rocky Mountain Atmospheric Nitrogen and Sulfur Study |
| SCC | Source Classification Code |
| SIP | State Implementation Plan |
| SMOKE | Sparse Matrix Kernel Emissions modeling system |
| SOA | Secondary Organic Aerosol |
| TCEQ | Texas Commission on Environmental Quality |
| TRFO | Tres Rios Field Office |
| UAM | Urban Airshed Model |
| UCR | University of California at Riverside |
| UFO | Uncompahgre Field Office |
| UNC | University of North Carolina |
| UPA | Unpaired Peak Accuracy |
| USFS | United States Forest Service |
| USFS-PG | United State Forest Service Pawnee Grasslands |
| UTSO | BLM Utah State Office |
| VERDI | Visualization Environment for Rich Data Interpretation |
| VISTAS | Visibility Improvements for States and Tribal Associations in the Southeast |
| VMT | Vehicle Miles Traveled |
| WBD | Wind Blown Dust |
| WEA | Western Energy Alliance |
| WESTUS | Western United States |
| WRAP | Western Regional Air Partnership |
| WRFO | White River Field Office |
| WGA | Western Governors' Association |
| WRF | Weather Research Forecasting model |

BLM_0073131

July 2017



## 7.0 REFERENCES

AECOM. 2013. Utah State BLM Emissions Inventory Technical Support Document. AECOM, Fort Collins, Colorado. November.

Abt. 2012. Modeled Attainment Software, User's Manual. Abt Associates Inc., Bethesda, MD. October. (http://www.epa.gov/ttn/scram/guidance/guide/MATS-2-5-1_manual.pdf).

Adelman, Z. 2004. Quality Assurance Protocol – WRAP RMC Emissions Modeling with SMOKE, Prepared for the WRAP Modeling Forum by the WRAP Regional Modeling Center, Riverside, CA

AECOM. 2013. Utah State BLM Emissions Inventory Technical Support Document. AECOM, Fort Collins, Colorado. November. (http://www.blm.gov/pgdata/etc/medialib/blm/ut/natural_resources/airQuality.Par.34346.File.dat/UTSO_EmissionsTSD121913.pdf).

Arunachalam, S. 2009. Peer Review of Source Apportionment Tools in CAMx and CMAQ. University of North Carolina Institute for the Environment, Chapel Hill, NC. August 31. (http://www.epa.gov/scram001/reports/SourceApportionmentPeerReview.pdf).

Baron, J.S. 2006. Hindcasting nitrogen deposition to determine an ecological critical load. *Ecological Applications*, 16(2): 433–439.

BLM. 2012a. Draft Environmental Impact Statement Continental Divide-Creston Natural Gas Development Project. Bureau of Land Management, Wyoming High Desert District, Rawlins Field Office. November. (http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html).

BLM. 2012b. Grand Junction Field Office – Draft Resource Management Plan and Environmental Impact Statement. Bureau of Land Management, Grand Junction Field Office. December. (http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp/docs.html).

BLM. 2016a. CARRMS 2 O&G Information Request. Via email from Chad Meister, United States Bureau of Land Management. April 2016a.

BLM. 2016b. CARRMS 2 O&G Supplemental Data. Via email from Forrest Cook, United States Bureau of Land Management. July 2016.

BLM. 2016c. Uncompahgre Field Office Draft Resource Management Plan and Environmental Impact Statement. June 2016. <https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage&currentPageId=86004>

Boylan, J.W. 2004. Calculating Statistics: Concentration Related Performance Goals. EPA PM Model Performance Workshop, Chapel Hill, NC. February 11.

Byun, D.W., and J.K.S. Ching. 1999. "Science Algorithms of the EPA Models-3 Community Multiscale Air Quality (CMAQ) Modeling System", EPA/600/R-99/030.

Chang, J.S., R.A. Brost, I.S.A. Isaksen, S. Madronich, P. Middleton, W.R. Stockwell, and C.J. Walcek. 1987. A Three-dimensional Eulerian Acid Deposition Model: Physical Concepts and Formulation. *J. Geophys. Res.*, **92**, 14,681-14,700.

Coats, C.J. 1995. Sparse Matrix Operator Kernel Emissions (SMOKE) Modeling System, MCNC Environmental Programs, Research Triangle Park, NC.

Colella, P., and P.R. Woodward. 1984. The Piecewise Parabolic Method (PPM) for Gasdynamical Simulations. *J. Comp. Phys.*, **54**, 174201.

Emery, C., E. Tai, and G. Yarwood. 2001. "Enhanced Meteorological Modeling and Performance Evaluation for Two Texas Episodes", report to the Texas Natural Resources Conservation Commission, prepared by ENVIRON, International Corp, Novato, CA.

Emery, C., E. Tai, G. Yarwood and R. Morris. 2011. Investigation into approaches to reduce excessive vertical transport over complex terrain in a regional photochemical grid model. *Atmos. Env.*, Vol. 45, Issue 39, December 2011, pp. 7341-7351. (http://www.sciencedirect.com/science/article/pii/S1352231011007965).

Emery, C.A., E. Tai, E., R. E. Morris, G. Yarwood. 2009a. Reducing Vertical Transport Over Complex Terrain in CMAQ and CAMx; AWMA Guideline on Air Quality Models Conference, Raleigh, NC, October 26-30, 2009.

Emery, C.A., E. Tai, R.E. Morris, G. Yarwood. 2009b. Reducing Vertical Transport Over Complex Terrain in Photochemical Grid Models; 8th Annual CMAS Conference, Chapel Hill, NC, October 19-21, 2009.

ENVIRON, Carter Lake and EMPSi, 2015. Colorado Air Resource Management Modeling Study (CARMMS), 2021 Modeling Results for the High, Low and Medium Oil and Gas Development Scenarios. ENVIRON International Corporation, Novato, CA. January.

ENVIRON, Carter Lake and EMPSi. 2014. Colorado Air Resource Management Modeling Study (CARMMS), Preliminary Results for the High Development Scenario. ENVIRON International Corporation, Novato, CA. May.

ENVIRON, Carter Lake and EMPSI. 2014. Modeling Protocol Colorado Air Resource Management Modeling Study. (CARMMS) ENVIRON International Corporation, Novato, CA. January.

ENVIRON. 2013. User's Guide – Comprehensive Air Quality Model with Extensions – Version 6.0. ENVIRON International Corporation, Novato, California. May. (http://www.camx.com/files/camxusersguide_v6-00.aspx).

EPA, 2014a. Motor Vehicle Emission Simulator (MOVES) – User's Guide for MOVES2014. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-055. July. (http://www.epa.gov/otaq/models/moves/documents/420b14055.pdf).

EPA, 2014b. MOVES2014 User Interface Manual. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-057. July. (http://www.epa.gov/otaq/models/moves/documents/420b14057.pdf).

EPA, 2014c. Policy Guidance for the Use of MOVES2014 for State Implementation Plan Development, Transportation Conformity, and Other Purposes. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-008. July. (EPA, 2014b. MOVES2014 User Interface Manual. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-057. July. (http://www.epa.gov/otaq/models/moves/documents/420b14008.pdf).

BLM_0073133



EPA. 2007. Guidance on the Use of Models and Other Analyses for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5 and Regional Haze. U.S. Environmental Protection Agency, Research Triangle Park, NC. EPA-454/B-07-002. April. (http://www.epa.gov/ttn/scram/guidance/guide/final-03-pm-rh-guidance.pdf).

EPA. 2012a. Motor Vehicle Emissions Simulator (MOVES) – User Guide for MOVES2010b. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. EPA 420-B-12-001b. June. (http://www.epa.gov/otaq/models/moves/documents/420b12001b.pdf).

EPA. 2012b. Using MOVES to Prepare Emissions Inventories in State Implementation Plans and Transportation Conformity. Technical Guidance for MOVRS2010, 2010a and 2010b. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. EPA 420-B-12-028. April. (http://www.epa.gov/otaq/models/moves/documents/420b12028.pdf).

EPA. 2012c. Policy Guidance on the Use of MOVES2010 and Subsequent Minor Revisions for State Implementation Plan Development, Transportation Conformity and Other Purposes. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Transportation and Climate Division. EPA 420-B-12-010. April. (http://www.epa.gov/otaq/models/moves/documents/420b12010.pdf).

EPA. 2012d. Technical Support Document (TSD) – Preparation of Emissions Inventories for the Versions 5.0 2007 Emissions Modeling Platform. U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Air Quality Assessment Division. December 14. (http://epa.gov/ttn/chief/emch/2007v5/2007v5_2020base_EmisMod_TSD_13dec2012.pdf).

EPA. 1991. Guideline on the Regulatory Application of the Urban Airshed Model. U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, technical Support Division, Source Receptor Analysis Branch, Research Triangle Park, North Carolina. July. (http://www.epa.gov/ttn/scram/guidance/guide/uamreg.pdf).

ERG. 2010. Documentation for the Commercial Marine Vessel Component of the National Emissions Inventory – Methodology. Eastern Research Group, Morrisville, NC. EPA Contract No. EP-D-07-097. March 30.

FLAG. 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG) – Phase I Report – Revised (2010). Natural Resource Report NPS/NRPC/NRR – 2012/232. (http://nature.nps.gov/air/pubs/pdf/flag/FLAG_2010.pdf).

Fox, Douglas, Ann M. Bartuska, James G. Byrne, Ellis Cowling, Rich Fisher, Gene E. Likens, Steven E. Lindberg, Rick A. Linthurst, Jay Messer, and Dale S. Nichols. 1989. A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas. General Technical Report RM-168. U.S.D.A. Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado. 36 pp.

FWS and NPS. 2012. Letter on Cumulative Visibility Metric Approach from Sandra V. Silva, Chief, Branch of Air Quality, U.S. Fish and Wildlife Service and Carol McCoy, Chief, Air Resource Division, National Park Service to Kelly Bott, Wyoming Department of Environment. February 10.

BLM_0073134

RAMBØLL ENVIRON

Grant, J., J. Zapert and R. Morris. 2013a. Draft West-CARMMS Oil and Gas Emission Calculator Documentation. Prepared for Chad Meister and Forrest Cook, BLM Colorado State Office. Prepared by ENVIRON International Corporation, Novato, CA and Carter Lake Consulting, Laramie, WY. May 9.

Grant, J., J. Zapert and R. Morris. 2013b. Draft West-CARMMS Coal and Uranium/Vanadium Mining Emissions. Prepared for Chad Meister and Forrest Cook, BLM Colorado State Office. Prepared by ENVIRON International Corporation, Novato, CA and Carter Lake Consulting, Laramie, WY. May 9.

Grant, J., R. Morris, M. Steyskal. 2014. Mancos Shale Oil and Gas Emission Calculator Documentation. Prepared for Mary Uhl, BLM New Mexico State Office. Prepared by ENVIRON International Corporation, Novato, CA and Kleinfelder, Denver, CO. September 22.

Kemball-Cook, S., Y. Jia, C. Emery, R. Morris, Z. Wang and G. Tonnesen. 2005. Annual 2002 MM5 Meteorological Modeling to Support Regional Haze Modeling of the Western U.S. ENVIRON International Corporation, Novato, CA. University of California at Riverside. March. (http://www.camx.com/files/camxusersguide_v6-00.aspx).

Koo, B., Chien, C.-J., Tonnesen, G., Morris, R., Johnson, J., Sakulyanontvittaya, T., Piyachaturawat, P., and Yarwood, G.: Natural Emissions for regional modeling of background ozone and particulate matter and impacts on emissions control strategies, Atmos. Environ., 44, 2372–2382., doi:10.1016/j.atmosenv.2010.02.041, 2010.

Kwok. R. 2012. Implementation and Evaluation of PM2.5 Source Contribution Analysis in a Photochemical Modeling. Presented at 11th Annual CMAS Workshop, October 15-17, Chapel Hill, NC. (http://www.cmascenter.org/conference/2012/agenda.cfm).

Martin, L.R. and T.W. Good. 1991. Catalyzed Oxidation of Sulfur Dioxide in Solution: The Iron-Manganese Synergism. *Atmos. Env.* Vol. 25, Issue 10, pp. 2395-2399.

McNally, D. E. 2009. 12 km MM5 Performance Goals. Presentation to the Ad-hoc Meteorology Group. June 25. (http://www.epa.gov/scram001/adhoc/mcnally2009.pdf).

Morris, R. E. and T. C. Myers. 1990a. "User's Guide for the Urban Airshed Model. Volume I: User's Manual for UAM (CB-IV)" prepared for the US Environmental Protection Agency (EPA-450/4-90-007a), Systems Applications International, San Rafael, CA.

Morris, R. E., T. C. Myers, E. L. Carr, and S. G. Douglas. 1990b. "User's Guide for the Urban Airshed Model. Volume II: User's Manual for the UAM (CB-IV) Modeling System" prepared for the US Environmental Protection Agency (EPA-450/4-90-007b), Systems Applications International, San Rafael, CA.

Morris, R., B. Koo, J. Jung, C. Loomis and D. McNally. Air Quality Technical Support Document (AQTSD) for the Proposed Revision to the Allegheny County Portion of the Pennsylvania State Implementation Plan (SIP). ENVIRON International Corporation, Novato, CA. Appendix G-3 of the draft Liberty-Clairton PM2.5 SIP. November. (http://www.achd.net/air/index.php).

Morris, R., E. Tai, B. Koo, D. McNally and C. Loomis. 2011. Sensitivity Modeling to Investigate Modeling Improvements for the June-July 2006 Denver Ozone Episode. ENVIRON International Corporation, Novato, CA. June.

BLM_0073135

RAMBÖLL ENVIRON

Morris, R., E. Tai, C. Loomis and Z. Adelman. 2012. Technical Memorandum No. 5 Fire Emissions – Wildfires, Prescribed Burns and Agricultural Burning Emissions. ENVIRON International Corporation, Novato, CA. April 27. (http://www.wrapair2.org/pdf/Memo_5_Fires_Apr27_2012_Final.pdf).

Morris, R.E., B. Koo, B. Wang, G. Stella, D. McNally and C. Loomis. 2009c. Technical Support Document for VISTAS Emissions and Air Quality Modeling to Support Regional Haze State Implementation Plans. ENVIRON International Corporation, Novato, CA and Alpine Geophysics, LLC, Arvada, CO. March. (http://www.metro4-sesarm.org/vistas/data/RHR/Modeling/Reports/VISTASII_TSD_FinalReport_3-09.pdf).

Morris, R.E., B. Koo, T. Sakulyanontvittaya, G. Stella, D. McNally, C. Loomis and T.W. Tesche. 2009d. Technical Support Document for the Association for Southeastern Integrated Planning (ASIP) Emissions and Air Quality Modeling to Support $PM_{2.5}$ and 8-Hour Ozone State Implementation Plans. ENVIRON International Corporation, Novato, CA and Alpine Geophysics, LLC, Arvada, CO. March 24. (http://www.metro4-sesarm.org/vistas/data/ASIP/Modeling/Reports/ASIP_TSD_PM25-O3_FinalRept_3.24.09.pdf).

National Park Service. 2014. National Park Service Air Resources Division, Email from Andrea Stacy NPS to Charis Tuers BLM Wyoming State Office regarding applicable critical load values for Wyoming and Colorado, August 15, 2014.

Pardo, L.H., Robin-Abbott, M, J., and Driscoll C,T., editors. 2011. Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States. U.S. Forest Service, May.

Parker, L. and R. Morris. 2014. Additional CARMMS sensitive Class II areas to accommodate Mancos Shale Development area in north New Mexico. Technical Memorandum. ENVIRON Internationa Corporation, Novato, CA. Prepared for Mary Uhl, BLM New Mexico State Office. August 28.

Ramboll Environ and Kleinfelder, 2016a. Colorado Air Resource Management Modeling Study (CARMMS) with Updated Mancos Shale Modeling: 2021 Modeling Results for the High, Low and Medium Oil and Gas Development Scenarios CARMMS 1.5 Final Report. Novato, CA. March.

Ramboll Environ and Klienfelder. 2016b. Memorandum: CARMMS 2.0 Oil and Gas Emission Calculator Documentation. August.

Ramboll Environ, 2016. Emission Inventory for Supplemental Environmental Impact Statement for Shale Formation Oil and Gas Plan of Development on the Southern Ute Indian Reservation. In progress.

Sakulyanontvittaya, T., G. Yarwood and A. Guenther. 2012. Improved Biogenic Emission Inventories across the West. ENVIRON International Corporation, Novato, CA. March 19. (http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf).

Saros, J.E., D.W. Clow, T. Blett and A.P. Wolfe. 2010. Critical Nitrogen Deposition Loads in High-Elevation Lakes of the Western U.S. Inferred from Paleolimnological Records. Water, Air & Soil Pollution, DOI 10.1007/s11270-010-0526-6.

BLM_0073136

RAMBOLL ENVIRON

Simon, H., K. Baker and S. Phillips. 2012. Compilations and Interpretation of Photochemical Model Performance Statistics Published between 2006 and 2012. *Atmos. Env.* 61 (2012) 124-139. December. (http://www.sciencedirect.com/science/article/pii/S135223101200684X).

Timin, B. 2012. O3/PM2.5/Regional Haze Modeling Guidance Summary. 2012. EPA/OAQPS. Presented at 2012 EPA Regional/State/Local Modelers Workshop, Chicago, IL, April 30 – May 4, (http://www.cmascenter.org/conference/2009/slides/young_mass_consistency_2009.pdf).

UNC and Ramboll Environ, 2016, Western Air Quality Modeling Study (WAQS) photochemical grid model draft model performance evaluation: Simulation 2011 Base Version B (Base11b), January.

URS. 2012a. Air Resources Technical Support Document – White River Field Office oil and Gas Resource Management Plan Amendment / Environmental Statement. URS Corporation, Denver, CO. Updated June. (http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/white_river/documents/ARTSD.Par.87204.File.dat/Updated_WRFO_ARTSD_June.20.2012.pdf).

URS. 2012b. Technical Support Document – Colorado River Valley Field Office Oil and Gas Resource Management Plan Revision. URS Corporation, Denver, CO. Revised August. (http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/crvfo/rmp_vol_1_chapter4.Par.53741.File.dat/Revised_CRVFO_ARTSD_08-31-2012_with_Appendices.pdf).

USEPA. 2015. U.S. Environmental Protection Agency, Office of Transportation and Air Quality. MOVES 2014a. November 2015. < http://www.epa.gov/otaq/models/moves/index.htm>.

USFS. 2000. Screening Methodology for Calculation ANC Change to High Elevation Lakes. USDA Forest Service, Rocky Mountain Region. January. (http://www.fs.fed.us/air/documents/anc_scre.pdf).

Wilkinson J.G., C. Loomis and R. Morris. 2012. Technical Memorandum No. 3: ON-Road Mobile Sources – on-Road Mobile Source Emissions. Alpine Geophysics, LLC and ENVIRON International Corporation. June 25. (http://www.wrapair2.org/pdf/Memo_3_MOVES_On-Road_June25_2012_final.pdf).

Yarwood, G., J. Jung, G. Z. Whitten, G. Heo, J. Mellberg and M. Estes. 2010. Updates to the Carbon Bond Mechanism for Version 6 (CB6). 2010 CMAS Conference, Chapel Hill, NC. October. (http://www.cmascenter.org/conference/2010/abstracts/emery_updates_carbon_2010.pdf).

Yarwood. G., S. Rao, M. Yocke, and G.Z. Whitten. 2005. Updates to the Carbon Bond chemical mechanism: CB05. Final Report prepared for US EPA. Available at http://www.camx.com/publ/pdfs/CB05_Final_Report_120805.pdf.

Zhang, L., J. R. Brook, and R. Vet. 2003. A revised parameterization for gaseous dry deposition in air-quality models. *Atmos. Chem. Phys*., **3**, 2067–2082.

BLM_0073137

July 2017                                         

Zhang, L., S. Gong, J. Padro, L. Barrie. 2001. A size-segregated particle dry deposition scheme for
    an atmospheric aerosol module. *Atmos. Environ.*, **35**, 549-560.

BLM_0073138

Appendix A: CARMMS 2.0 CAMx Model Performance Evaluation of 2011 Base Case

BLM_0073139



RAMBOLL ENVIRON

September 2, 2016

## MEMORANDUM

To:        Forrest Cook and Chad Meister: BLM Colorado State Office
From:      Zhen Liu, Krish Vijayaraghavan and Ralph Morris: Ramboll Environ
CC:        Russ Erbes, Dustin Collins and Michele Steyskal: Kleinfelder

Subject:   CARMMS 2.0 CAMx Model Performance Evaluation of 2011 Base Case

### 1. Introduction

The Colorado Air Resources Management Modeling Study (CARMMS 2.0) uses data from the modeling platform of Western Air Quality Study (WAQS) from the Intermountain West Data Warehouse (IWDW) for the 2011 base year and 2025 future year air quality modeling. Following the CARMMS 2.0 work plan (Ramboll Environ, 2016), the air quality modeling for the 2011 base year has been conducted using the Comprehensive Air Quality Model with Extensions (CAMx) photochemical grid model (PGM). The results from the base year modeling will be used in conjunction with the future year modeling results to assess the Air Quality (AQ) and Air Quality Related Value (AQRV) impacts associated with BLM-authorized new Federal mineral development within Colorado as well as other cumulative emission sources.

> **Commented [KV1]:** We are intentionally not mentioning New Mexico because the focus of the MPE is on Colorado and the focus of CARMMS is on Colorado.

The CARMMS 2.0 approach for the 2011 base year air quality modeling was designed to leverage the WAQS-IWDW year 2011b modeling platform to the largest extent possible. As emphasized in comments from EPA on the presentation of the CARMMS 2.0 work plan (EPA, 2016), the purpose of the WAQS-IWDW project *was to more efficiently conduct air quality analyses to accommodate the needs of the Cooperators for air quality planning, including NEPA analyses. One component of accomplishing this goal includes the WAQS-IWDW using its resources to complete a Base Case platform that uses the most current data and tools, and provide a comprehensive MPE. This results in (1) agreement among regulatory and authorizing agencies on air quality analysis techniques, (2) consistency among data and analytical assumptions, and (3) streamlining a process for air quality analyses. The resources from the study are also intended to prevent projects from needing to generate (a) model input data for Base Case period; (b) No-Action scenario for future model simulation; and (c) MPEs. This results in reducing the uncertainty, time, and expense of starting an air quality analysis. Therefore, the EPA would prefer that the BLM use the WAQS-IWDW model platform as-is, and consider taking the resources saved from not re-generating the Base Case, Future Case, and MPE towards sustaining the WAQS-IWDW.*

1

Indeed, this approach has led to very efficient preparation of input data for the CARMMS 2.0 2011 base year modeling as it uses data extensively from the WAQS-IWDW. Also, the WAQS modeling has already gone through a comprehensive MPE (UNC and Ramboll Environ, 2016). Thus, a comprehensive MPE for CARMMS 2.0 modeling results is not required. However, due to a few changes made in the CARMMS 2.0 modeling compared to the WAQS platform as discussed below, an abbreviated MPE has been conducted to check for equivalency with the WAQS results.

There are two main differences between CARMMS 2.0 and the WAQS-IWDW modeling platform, namely the modeling domain and the CAMx model version. It is not computationally practical to run the WAQS-IWDW modeling platform as is for CARMMS, so a subset of the domain is selected for CARMMS 2.0 (Figure 2-1) to reduce the computational burden of the CAMx source apportionment runs for the three 2025 future year cases for the high, medium and low oil and gas scenarios. CARMMS 2.0 uses CAMx version 6.20 while WAQS applied version 6.10. Through test runs, we confirmed that the change in CAMx version from 6.10 to 6.20 does not introduce notable changes in the modeling results for ozone and $PM_{2.5}$ in this domain.

The rest of this document is organized as follows. The configuration of the CARMMS 2.0 base year 2011 modeling is described in Section 2. Section 3 describes the procedures for the CARMMS 2.0 MPE. The results of the MPE are presented in Section 4, and the conclusions are provided in Section 5.

## 2. CARMMS 2.0 Modeling Approach and Configuration

A 12/4 km two-way nested domain (Figure 2-1) for CARMMS 2.0 modeling was defined to ensure that (1) the spatial extent was the same as that in CARMMS 1.0, (2) the modeling domain covers all relevant areas for assessing the AQ and AQRV impacts associated with BLM-authorized new Federal mineral development within Colorado and other cumulative emission sources, and that (3) input data can be used from the IWDW WAQS 2011 modeling platform to the largest extent possible. The spatial extent of the CARMMS 2.0 domain is the same as that in CARMMS 1.0 except that 2.0 uses a nested 12 km/ 4 km domain. The CARMMS 2.0 domain is defined to be smaller than the WAQS domain to reduce the computational complexity of the CAMx source apportionment runs and because the focus here is on Colorado.

Input data for emissions, meteorological fields and initial and boundary conditions for CARMMS 2.0 2011 base year modeling were prepared using data from the WAQS 2011b platform archived by IWDW. Specifically, the merged emission files for the 12 and 4 km WAQS air quality domains from the IWDW database were "windowed" to prepare CAMx-ready emissions for the CARMMS 2.0 12/4 km domain for Year 2011 modeling. Prior to CARMMS 2.0, an error was found in the lightning NOx emissions used in WAQS 2011b modeling; this error was fixed in the merged point source emission files used for CARMMS 2.0 modeling. Meteorological inputs and land use files for the CARMMS 12 km and 4 km modeling domains were windowed from the CAMx-ready WRFCAMx inputs used for WAQS 12 km and 4 km domains, respectively. Initial and

BLM_0073141

boundary conditions for the CARMMS 2.0 12 km domain were extracted from 3-D modeling outputs from WAQS 2011b 12 km domain modeling.

CAMx version 6.20 with the CB6r2 photochemical mechanism was used in CARMMS 2.0 modeling, whereas WAQS 2011b modeling used CAMx version 6.10 with the CB6r2 photochemical mechanism. This minor change in model version was verified through test runs on the CARMMS 2.0 domain to not introduce notable differences in the modeling results for ozone and $PM_{2.5}$.

To summarize, the CARMMS 2.0 base year 2011 modeling bears high consistency with the IWDW WAQS 2011b platform, with the only known differences being (1) the model version, (2) the lightning NOx point source emissions, and (3) the difference in model resolution for areas to the north and west of the CARMMS 4 km domain, which were simulated at 12 km resolution in CARMMS 2.0 and at 4 km resolution in WAQS.



**Figure 2-1.    IWDW WAQS 2011 12 km (dashed blue) and 4 km (dashed pink) domains, and CARMMS 2.0 12 km (solid blue) and 4 km (solid pink) air quality modeling domains.**

### 3.    Model Performance Evaluation Procedures

An abbreviated MPE was conducted for CARMMS 2.0 2011 modeling results. In contrast to the comprehensive MPE that was conducted for the WAQS-IWDW 2011b platform, the scope and procedures of the MPE for CARMMS 2.0 were specifically designed to verify the consistency of CARMMS 2011 MPE results with WAQS 2011b modeling results. This is in keeping with EPA's recommendation to use the WAQS platform as much as possible.

Modeled daily maximum 8-hour (MDA8) $O_3$ corresponding to observed $O_3$ greater than 60 ppb (following EPA guidance (2014)) and daily 24-hour average $PM_{2.5}$ and its components from the

BLM_0073143

CARMMS 2.0 modeling were compared with WAQS 2011b modeling results and observed data in the state of Colorado. Observational data from AQS and CASTNET networks were used for the performance evaluation of $O_3$, and for $PM_{2.5}$ mass and components data from the IMPROVE network were used. IMPROVE data were used for the $PM_{2.5}$ mass and components evaluation because these stations are generally located at Class I area sites that correspond to National Parks and Wilderness Areas and a key focus of CARMMS is to study AQ and AQRV impacts at Class I and sensitive Class II areas. Figure 4-1 shows the locations of AQS, CASTNET, and IMPROVE sites within the boundaries of state of Colorado (shown in green). Because the purpose of this MPE is only to demonstrate equivalency with WAQS results and because the focus of CARMMS is on Colorado, we restricted the MPE to the stations within Colorado. Hourly model outputs of $O_3$ and $PM_{2.5}$ components from the grid cells where monitoring stations are present were extracted from the 4 km domain of CARMMS 2.0 2011 modeling and the 4 km domain of WAQS 2011b modeling.



**Figure 4-1.   Locations of sites from AQS, CASTNET, and IMPROVE networks within the CARMMS 2.0 domain. The boundaries of State of Colorado are highlighted in green, encompassing the sites that are used for the MPE comparison between CARMMS 2.0 and WAQS 2011b.**

As recommended for use in the MPE for WAQS modeling platform (WAQS, 2015), the Atmospheric Model Evaluation Tool (AMET) was used to generate model-data pairs and

calculate five key statistical metrics, including normalized mean bias (NMB), normalized mean error (NME), fractional bias (FB), and fractional error (FE), and correlation coefficient (r). The definitions of these metrics are listed in Table 4-1. MPE metrics were calculated for all the sites within the state of Colorado on a quarterly and annual basis, for both CARMMS 2.0 2011 and WAQS 2011b modeling results, and compared against goals and criteria listed in Table 4-2. The same criteria and goals were also used in the MPE for the WAQS 2011b modelling platform. We note that while there are no bright-line goals or criteria, these goals and criteria have been used historically and are useful to assess model performance.

**Table 4-1. Definition of model performance evaluation statistical measures used in model performance evaluation.**

| Statistical Measure | Mathematical Expression | Notes |
|---|---|---|
| Correlation Coefficient (r) | $$\frac{\sum_{i=1}^{N}[(P_i - \bar{P}) \times (O_i - \bar{O})]}{\sqrt{\sum_{i=1}^{N}(P_i - \bar{P})^2 \times \sum_{i=1}^{N}(O_i - \bar{O})^2}}$$ | $P_i$ = prediction at time and location i; $O_i$ = observation at time and location i; $\bar{P}$ = arithmetic average of $P_i$, i=1,2,..., N; $\bar{O}$ = arithmetic average of $O_i$, i=1,2,...,N |
| Normalized Mean Error (NME) | $$\frac{\sum_{i=1}^{N}|P_i - O_i|}{\sum_{i=1}^{N}O_i}$$ | Reported as % |
| Fractional Error (FE) | $$\frac{2}{N}\sum_{i=1}^{N}\left|\frac{P_i - O_i}{P_i + O_i}\right|$$ | Reported as % and bounded by 0% to 200% |
| Normalized Mean Bias (NMB) | $$\frac{\sum_{i=1}^{N}(P_i - O_i)}{\sum_{i=1}^{N}O_i}$$ | Reported as % |
| Fractional Bias (FB) | $$\frac{2}{N}\sum_{i=1}^{N}\left(\frac{P_i - O_i}{P_i + O_i}\right)$$ | Reported as %, bounded by -200% to +200% |

**Table 4-2. Ozone and PM model performance goals and criteria for bias and error (source: UNC and Ramboll Environ, 2015).**

| Normalized Mean Bias | Normalized Mean Error | Comment |
|---|---|---|
| ≤±15% | ≤35% | Ozone model performance Goal from the 1991 guidance that would be considered very good model performance for PM species (EPA, 1991). |
| ≤±30% | ≤50% | PM model performance Goal, considered good PM performance. |
| ≤±60% | ≤75% | PM model performance Criteria, considered average PM performance. |

| | | Exceeding this level of performance for PM species with significant mass may be cause for concern. |
|---|---|---|

## 4. Results and discussion

Table 5-1 shows statistical metrics calculated for MDA8 $O_3$ (with a 60 ppb cutoff) from CARMMS 2.0 2011 and WAQS 2011b modeling. Overall, the difference in model bias and error between CARMMS 2.0 and WAQS 2011b is very small (within 1%), except for results in Quarters 1 and 4 that have few data points (n <50). Both CARMMS 2.0 and WAQS 2011b show negative model bias (NMB and FB), indicating that they both tend to underestimate MDA8 $O_3$ at concentrations greater than 60 ppb of observed $O_3$, while CARMMS 2.0 is slightly lower than WAQS 2011b. In terms of error (NME and FE), CARMMS 2.0 is slightly worse than WAQS 2011b when the comparison focuses on days with concentrations greater than 60 ppb of observed $O_3$. When compared against the goals and criteria in Table 4-2, WAQS 2011b meets the goals for both bias (≤±15%) and error (≤35%) for $O_3$ in Table 4-2 in all the metrics calculated on quarterly or annual basis. CARMMS 2.0 meets the goal for bias and error in all but one case; the fractional bias (FB) is slightly higher at 17.4% in the first quarter of 2011 at CASTNET sites. The correlation coefficients calculated for the two sets of modeling results are very close, while the lack of correlation (r is typically < 0.5) is likely due to omitting large portion of variability with the 60 ppb cutoff applied.

Time series of observed versus modeled $O_3$ from CARMMS and WAQS were compared at all AQS and CASTNET sites in Colorado. These show that WAQS 2011b and CARMMS 2.0 simulate very similar day-to-day variability of $O_3$, while the two are more different in colder than in warmer months (see discussion below; time series plots at sites that are not discussed below are provided separately in an attachment). It is also seen that the CARMMS 2.0 modeling performance is often better at concentrations lower than the 60 ppb cutoff. CARMMS 2.0 performance is better on an annual basis than WAQS 2011b at the majority of AQS and CASTNET sites, while only at 3 out of all AQS sites and 1 out of 4 CASTNET sites is CARMMS 2.0 worse in both bias and error than WAQS 2011b.

Figure 5-1 and Figure 5-2 show time series plots at two AQS sites (Welby and Manitou), with the former being an example of a site where WAQS performance is slightly better than CARMMS 2.0, and the latter being an example where CARMMS 2.0 is better than WAQS. Figure 5-3 and Figure 5-4 show results from two CASTNET sites (Rocky Mountain National Park and Gothic), which show slightly worse and better performance by CARMMS 2.0 in comparison to WAQS 2011b, respectively (see statistical metrics embedded in the time series figures).



**Figure 5-1. Time series plot of observed versus modeled MDA8 O3 (upper panel) and of model biases (lower panel) at the AQS Welby (080013001) site in the Denver area.**

BLM_0073147



**Figure 5-2. Time series plot of observed versus modeled MDA8 O3 (upper panel) and of model biases (lower panel) at the AQS Manitou (080410016) site in the Colorado Springs region .**

BLM_0073148



**Figure 5-3. Time series plot of observed versus modeled MDA8 O3 (upper panel) and of model biases (lower panel) at the CASTNET Rocky Mountain National Park (ROM406) site in Larimer County in Colorado .**

BLM_0073149





**Figure 5-4. Time series plot of observed versus modeled MDA8 O3 (upper panel) and of model biases (lower panel) at the AQS Gothic (GTH161) site in Gunnison County in Colorado.**

Table 5-2 presents a comparison of model performance of CARMMS 2.0 and WAQS 2011b for $PM_{2.5}$ total mass concentrations at IMPROVE sites within Colorado. As in the case of $O_3$, the difference between CARMMS 2.0 and WAQS is very small in terms of both bias and error (difference < 1%), except for in the first quarter of 2011 when both show very small bias and error (< 3%). Both modeling results show marked underestimation of $PM_{2.5}$ compared to observations in the summer months. Time series plots show that the two modeling results track each other very well at all sites, with very similar MPE statistics on an individual site basis.

Figure 5-5 shows the time series plot at the Weminuche (WEMI1) site of the IMPROVE network, as an example with CARMMS 2.0 having slightly worse bias and error than WAQS, while Figure 5-6 shows another opposite example with CARMMS 2.0 being slightly better. In general, the CARMMS and WAQS results have very similar temporal trends with differences hardly discernible. $PM_{2.5}$ time series plots for all IMPROVE sites in Colorado are provided separately in an attachment. Again, the temporal trends are similar for WAQS and CARMMS at all sites.

Comparing those metrics calculated in Table 5-2 against to the goals and criteria in Table 4-2 suggests that, for most of the instances, CARMMS 2.0 and WAQS simultaneously meets or miss the goals or criteria. On an annual basis, both CARMMS 2.0 and WAQS meet the criteria for bias (≤±60%) and error (≤75%). When considering the goals, CARMMS 2.0 meets the goal for NMB and FB, while WAQS misses (FB = 30.2%) the goal for FB (≤±30%); both meet the goal for error (≤50%) with NME but miss the goal with FE. When considering metrics calculated on a quarterly basis, CARMMS and WAQS are always consistent in either meeting or missing the goals or criteria.





**Figure 5-5. Time series plot of observed versus modeled 24-hour PM$_{2.5}$ (upper panel) and the model biases (lower panel) at the Weminuche (WEMI1) IMPROVE site.**

BLM_0073151



**Figure 5-6. Time series plot of observed versus modeled 24-hour PM$_{2.5}$ (upper panel) and the model biases (lower panel) at the Shamrock Mine (SHMI1) IMPROVE site.**

Table 5-3 through Table 5-8 show the MPE statistics calculated for PM$_{2.5}$ components, SO4, NO3, OC, EC, NH4, and other PM$_{2.5}$ components (OPM25) using IMPROVE speciated measurements. Similar to the results for total PM$_{2.5}$ mass concentrations, CARMMS 2.0 and WAQS show very similar performance for these individual components. When considering the annual normalized or fractional bias, CARMMS performs slightly better than WAQS for PM$_{2.5}$ mass, SO4, OC and EC. When considering other statistics and/or species, CARMMS performs slightly worse. Time series plots showing model performances at individual sites are provided separately in an attachment.

 RAMBØLL ENVIRON

**Table 5-1. Comparison of WAQS 2011b and CARMMS 2.0 model performance for MDA8 $O_3$ with 60 ppb cutoff.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | AQS | 43 | 62.4 | -13.0 | -7.4 | 13.0 | 7.4 | -14.6 | -10.5 | 14.9 | 11.0 | -0.1 | -0.1 |
| | CASTNET | 22 | 62.3 | -14.5 | -8.6 | 14.5 | 8.6 | -17.4 | -10.3 | 17.4 | 10.6 | 0.3 | 0.2 |
| Q2 | AQS | 514 | 66.6 | -8.2 | -6.8 | 9.2 | 8.8 | -8.2 | -6.9 | 10.6 | 10.2 | 0.4 | 0.3 |
| | CASTNET | 131 | 66.1 | -9.8 | -7.2 | 9.8 | 8.0 | -10.1 | -7.5 | 11.4 | 9.9 | 0.3 | 0.3 |
| Q3 | AQS | 738 | 66.7 | 0.6 | -0.5 | 6.9 | 6.8 | 0.2 | -1.0 | 7.8 | 7.7 | 0.3 | 0.3 |
| | CASTNET | 87 | 65.3 | -2.2 | -3.1 | 5.7 | 6.3 | -1.5 | -2.5 | 7.5 | 7.5 | 0.3 | 0.3 |
| Q4 | AQS | 4 | 63.3 | -9.4 | -8.2 | 11.0 | 8.6 | -11.0 | -9.6 | 12.5 | 9.9 | 1.0 | 1.0 |
| | CASTNET | 4 | 62.3 | -9.7 | -8.5 | 13.6 | 11.4 | -9.9 | -8.3 | 13.6 | 11.2 | 0.7 | 0.7 |
| Annual | **AQS** | **1299** | **66.5** | **-3.3** | **-3.3** | **7.8** | **7.4** | **-3.7** | **-3.7** | **9.2** | **8.8** | **0.3** | **0.3** |
| | **CASTNET** | **244** | **65.4** | **-6.7** | **-5.4** | **8.7** | **7.3** | **-7.7** | **-5.9** | **10.6** | **9.1** | **0.3** | **0.3** |

**Table 5-2. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average $PM_{2.5}$.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 204 | 1.7 | 2.24 | -0.578 | 37.1 | 35.9 | 2.78 | 0.485 | 44.7 | 44.5 | 0.4 | 0.41 |
| Q2 | IMPROVE | 201 | 4 | -54.9 | -54.6 | 56.4 | 56.3 | -70.1 | -70 | 76.8 | 76.6 | 0.6 | 0.6 |
| Q3 | IMPROVE | 208 | 3.1 | -33.4 | -32.7 | 34.4 | 33.8 | -40.5 | -39.2 | 43.7 | 43.4 | 0.59 | 0.55 |
| Q4 | IMPROVE | 203 | 1.65 | -12.8 | -14.2 | 33 | 32.9 | -10.4 | -12.5 | 41.3 | 40.7 | 0.42 | 0.45 |
| Annual | **IMPROVE** | **816** | **2.61** | **-26.7** | **-26.8** | **32.8** | **31.1** | **-29.5** | **-30.2** | **51.5** | **51.2** | **0.49** | **0.5** |

14

BLM_0073153

**Table 5-3. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ SO4.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 202 | 0.294 | 91.4 | 96 | 97.5 | 101 | 59 | 60.9 | 68.3 | 69.6 | 0.39 | 0.39 |
| Q2 | IMPROVE | 181 | 0.528 | -4.97 | -4.52 | 31.3 | 30.1 | -1.49 | 0.176 | 38.2 | 38.2 | 0.21 | 0.21 |
| Q3 | IMPROVE | 202 | 0.532 | -4.71 | -3.87 | 24.2 | 24.4 | 2.87 | 4.39 | 28.9 | 28.7 | 0.45 | 0.44 |
| Q4 | IMPROVE | 200 | 0.333 | 46.2 | 47.7 | 57.2 | 58 | 35.3 | 36.3 | 50 | 50.1 | 0.39 | 0.4 |
| Annual | IMPROVE | 785 | 0.419 | 26.9 | 28.9 | 44.7 | 45.5 | 24.6 | 26.1 | 46.6 | 46.9 | 0.36 | 0.36 |

**Table 5-4. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ NO3.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 202 | 0.159 | -57.9 | -55.9 | 90.5 | 92 | -69.8 | -69 | 121 | 121 | 0.21 | 0.19 |
| Q2 | IMPROVE | 181 | 0.151 | -87.2 | -83.1 | 88.1 | 85.6 | -156 | -153 | 161 | 159 | 0.32 | 0.32 |
| Q3 | IMPROVE | 202 | 0.0738 | -99.6 | -99.7 | 100 | 99.7 | -193 | -193 | 194 | 194 | 0.44 | 0.45 |
| Q4 | IMPROVE | 200 | 0.103 | -60.8 | -56.9 | 88.1 | 88.3 | -90.6 | -87.7 | 127 | 125 | 0.51 | 0.52 |
| Annual | IMPROVE | 785 | 0.121 | -72.9 | -72.5 | 86.1 | 86.6 | -127 | -125 | 151 | 150 | 0.36 | 0.35 |

**Table 5-5. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ OC.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 194 | 0.256 | -0.304 | -6.43 | 41.5 | 39.9 | 4.15 | -7.19 | 53.5 | 55.2 | 0.21 | 0.18 |
| Q2 | IMPROVE | 202 | 0.562 | -25.6 | -29.2 | 35.4 | 36.5 | -29.6 | -33.5 | 54.5 | 55.1 | 0.83 | 0.83 |
| Q3 | IMPROVE | 213 | 0.638 | -13.5 | -12.5 | 32.8 | 32.8 | -17.6 | -16.7 | 42.5 | 42.9 | 0.44 | 0.39 |
| Q4 | IMPROVE | 200 | 0.27 | -12.5 | -19.5 | 45.9 | 45.3 | -4.82 | -14.8 | 60.6 | 61.1 | 0.18 | 0.2 |
| Annual | IMPROVE | 809 | 0.437 | -14.3 | -17.5 | 36.9 | 35.9 | -12.2 | -18.1 | 52.6 | 53.4 | 0.63 | 0.62 |

BLM_0073154

**Table 5-6. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ EC.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|--------|---------|------|----------|---------|------|---------|------|--------|------|--------|------|-------------------|------|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 201 | 0.0498 | 58.6 | 56.3 | 76.9 | 76.6 | 39.1 | 36.4 | 65.2 | 64.9 | 0.26 | 0.24 |
| Q2 | IMPROVE | 203 | 0.0788 | 10.4 | 9.8 | 43.1 | 43.3 | 11 | 11.2 | 48.1 | 48.3 | 0.75 | 0.74 |
| Q3 | IMPROVE | 213 | 0.0852 | -19.4 | -19 | 32.8 | 34 | -24.5 | -22.8 | 44.4 | 44 | 0.58 | 0.57 |
| Q4 | IMPROVE | 202 | 0.0628 | 18.7 | 17.1 | 48.1 | 46.9 | 17.4 | 15.9 | 56.3 | 55.7 | 0.17 | 0.18 |
| Annual | IMPROVE | 819 | 0.0694 | 7.8 | 8.0 | 47.2 | 46.3 | 10.1 | 9.58 | 53.3 | 53 | 0.62 | 0.63 |

**Table 5-7. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ NH4.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|--------|---------|------|----------|---------|------|---------|------|--------|------|--------|------|-------------------|------|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 202 | 0.156 | -1.3 | 0.237 | 35.9 | 37.7 | -8.1 | -6.67 | 45.3 | 46 | 0.42 | 0.41 |
| Q2 | IMPROVE | 181 | 0.242 | -34 | -32.5 | 36.6 | 36.1 | -31.4 | -29.6 | 46.7 | 45.9 | 0.28 | 0.27 |
| Q3 | IMPROVE | 202 | 0.221 | -19.1 | -17.6 | 29.5 | 28.8 | -16.3 | -14.7 | 33.3 | 32.5 | 0.43 | 0.43 |
| Q4 | IMPROVE | 200 | 0.155 | 0.465 | 0.0709 | 29.6 | 29.5 | -3.16 | -2.33 | 39.5 | 39 | 0.49 | 0.5 |
| Annual | IMPROVE | 785 | 0.192 | -13.0 | -12.3 | 30.6 | 30.2 | -14.3 | -12.9 | 41.1 | 40.7 | 0.41 | 0.41 |

**Table 5-8. Comparison of WAQS 2011b and CARMMS 2.0 model performance for 24-hour average PM$_{2.5}$ OtherPM25.**

| Period | Network | #Obs | Mean obs | NMB (%) | | NME (%) | | FB (%) | | FE (%) | | Correlation Coeff | |
|--------|---------|------|----------|---------|------|---------|------|--------|------|--------|------|-------------------|------|
| | | | | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS | CARMMS2 | WAQS |
| Q1 | IMPROVE | 168 | 0.714 | -21.9 | -19.4 | 76.6 | 75.7 | -21.4 | -20.6 | 86.1 | 85 | 0.19 | 0.2 |
| Q2 | IMPROVE | 175 | 1.96 | -79 | -78.8 | 79 | 78.8 | -116 | -115 | 129 | 128 | 0.33 | 0.33 |
| Q3 | IMPROVE | 195 | 1.05 | -73.2 | -72 | 73.2 | 72 | -112 | -111 | 115 | 113 | 0.38 | 0.39 |
| Q4 | IMPROVE | 180 | 0.604 | -47.4 | -48.6 | 53.3 | 53.3 | -51.5 | -50.5 | 81.3 | 80.5 | 0.31 | 0.31 |
| Annual | IMPROVE | 718 | 1.08 | -64.9 | -63.9 | 67.2 | 66.6 | -76.4 | -75.5 | 103 | 102 | 0.23 | 0.23 |

     ENVIRON

### 5. Conclusion

In conclusion, results from the abbreviated CARMMS 2.0 MPE show that the modified modeling platform for CARMMS 2.0 shows approximately equivalent model performance with the WAQS-IWDW 2011b modeling platform and also meets relevant goals and/or criteria for ozone and $PM_{2.5}$ in general. The extensive use of modeling data from WAQS-IWDW has significantly improved the efficiency of CARMMS 2.0 air quality modeling for the 2011 base year; the CARMMS 2.0 2025 future year modeling will continue to leverage the data and resources provided by WAQS-IWDW.

### References

Boylan, J.W., 2004. Calculating Statistics: Concentration Related Performance Goals. EPA PM Model Performance Workshop, Chapel Hill, NC. February 11.

EPA. 1991. Guidance for Regulatory Application of the Urban Airshed Model (UAM), Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina.

EPA, 2014. Draft Modeling Guidance for demonstrating attainment of air quality goals for ozone, PM2.5, and regional haze. U.S. Environmental Protection Agency, Research Triangle Park, NC. EPA-452/P-14-006. November. (https://www3.epa.gov/scram001/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf).

WAQS, 2015, Recommendations for evaluating the performance of the WAQS photochemical grid model platform. August.

EPA, 2016, Comments on the work plan of CARMMS 2.0 study. August.

Ramboll Environ, 2016, Colorado Air Resources Management Modeling Study: CARMMS 2.0, Work Plan. April.

UNC and Ramboll Environ, 2016, Western Air Quality Modeling Study (WAQS) photochemical grid model draft model performance evaluation: Simulation 2011 Base Version B (Base11b), January.

BLM_0073156

Appendix B: CARMMS 2.0 Oil and Gas Emission Calculator Documentation

BLM_0073157





August 4, 2016

# MEMORANDUM

To:        Forrest Cook and Chad Meister, BLM Colorado State Office
From:      John Grant, Rajashi Parikh, Krish Vijayaraghavan: Ramboll Environ
           Russ Erbes, Michele Steyskal, Kaitlin Meszaros, Dustin Collins: Kleinfelder

Subject:   CARMMS 2.0 Oil and Gas Emission Calculator Documentation

---

## 1.0 INTRODUCTION

### 1.1   Scope and Goals

The purpose of this document is to explain the emissions calculation procedures used in the oil and gas emission calculators developed for the Colorado Air Resource Management Modeling Study (CARMMS) 2.0.  For CARMMS 2.0, we developed a new set of emissions calculators for the Royal Gorge Field Office (RGFO) and updated existing emissions calculators for Western Colorado Field Offices for CARMMS 1.0 (ENVIRON et al.; 2015) and the Mancos Shale for CARMMS 1.5 (Ramboll Environ and Kleinfelder, 2016).

The RGFO is divided into four separate planning areas, with three planning areas containing mostly conventional oil and gas well development and one planning area containing mostly coal bed methane gas well development.  One of the conventional oil and gas well areas (RGFO Area 1, see Figure 1-1) is also a non-attainment area for ozone. For the RGFO calculators, we used an emission calculator template similar to the existing calculators developed in CARMMS 1.0 and CARMMS 1.5 for consistency across field offices. Source data used in the RGFO calculcators were based on RGFO specific operations and equipment currently in the field. Similarly, the on-the-books regulations used for emission controls also took into account RGFO specific considerations, such as regulations specific to the non-attainment area. The RGFO calculators, for all four of the RGFO planning areas, estimate emissions for 2015 to 2025 using current decline curve data and the most recent version of MOVES2014a (Motor Vehicle Emission Simulator version 2014a; EPA, 2015) to create on-road vehicle and off-road equipment emission factors. The RGFO has both conventional oil and conventional gas wells; however, operations at RGFO oil and gas wells are similar so they were combined into one calculator.

The Western Colorado Field Offices CARMMS 1.0 emission calculators and the Mancos Shale CARMMS 1.5 emission calculators were updated to estimate emissions for the 2015 to 2025 period, including updates to emission controls required by on-the-books regulations. We also updated well decline curves and updated on-road vehicle and off-road equipment emission factors using the latest version of MOVES2014a. The Tres Rios Field Office emission calculators were modified to exclude future oil and gas activity on Southern Ute Indian Tribe land because

---

BLM_0073158

 

emissions from future oil and gas activity on Southern Ute Indian Tribe land are estimated based on the Supplemental Environmental Impact Statement for Shale Formation Oil and Gas Plan of Development emissions inventory (Ramboll Environ, 2016).

The refined emission calculators are used to develop the 2025 emissions inventories for Colorado and New Mexico Bureau of Land Management (BLM) planning areas (see Figure 1-1) and the Mancos Shale (see Figure 1-2).



**Figure 1-1. Colorado Field Office Planning Areas.**

BLM_0073159





**Figure 1-2.  Mancos Shale development area (in red outline with Tres Rios and Farmington Field Offices).**

BLM_0073160

 

## 1.2   Overview of Calculators

Emission calculators have been developed for this study for each of the following areas and well types.

- Royal Gorge Field Office
  - Conventional oil and gas
  - Coalbed methane (natural gas) (CBM)
- Western Colorado Field Offices
  - Conventional gas
  - Conventional oil
  - Shale gas
  - Coalbed methane (natural gas) (CBM)
- Mancos Shale
  - Shale gas
  - Shale oil

For each well type a separate, self-contained emission calculator spreadsheet contains all of the inputs and calculations need to generate wellsite emissions.

Additionally, a calculator has been developed to estimate midstream emissions for each planning area.  The midstream emission calculator draws upon Colorado Department of Public Health (CDPHE) Air Pollutant Emission Notice (APEN) emissions for base year emission estimates (CDPHE, 2016).  APEN data only through calendar year 2014 were available at the time that the emission calculators were developed, thus calendar year 2014 data were used to represent the base year (2015).  Future year midstream emission projections are dependent on the change in oil and gas production in a given planning area which can be updated based on linkages to the by well type emission calculators.

### 1.2.1   Pollutants

The emission calculators include estimates of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides ($NO_X$)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases
  - Carbon dioxide ($CO_2$)
  - Methane ($CH_4$)
  - Nitrous oxide ($N_2O$)
- Hazardous Air Pollutants (HAPs)

---

BLM_0073161




While lead (Pb) is a criteria pollutant, emissions of lead in the BLM western Colorado planning areas are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.2.2  Temporal

The calculators estimate annual emissions associated with oil and gas exploration.  Base year emissions are estimated for 2015 with annual emission forecasts to 2025.

## 2.0 CALCULATOR DEVELOPMENT

## 2.1  Calculator Inputs

The emission calculator for each well type allows for specification of the following inputs.  Appendices A through H present gas composition, equipment configuration, and gas venting activity inputs for each area and well type inclusive of on-the-books regulations.  Base year oil and gas activity and well decline estimates are available in the individual spreadsheet calculators.

- Gas composition
- Equipment configurations (e.g. drill rigs, fracing rigs)
- Gas venting activity (e.g. completions, blowdowns)
- Base year oil and gas activity (gas production, oil production, spud counts, active well counts)
- Well decline estimates

The midstream emission calculator includes estimates of base year 2015 gas plant and compressor station emissions taken from CDPHE APEN data.  Base year midstream emissions are projected to future years based upon the gas production in each planning area.  Appendix I shows base year 2015 midstream emissions by field office and facility as reported in APEN data.

## 2.2  Emission Calculations

Emission calculations for all emission-generating activities were developed based on typical oil and gas emission inventory methodology.  Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development

---

BLM_0073162





- Emissions from the Production Phase (occurring at-or-nearby the well pad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

Methods used to estimate emissions from each source category are explained in Section 2.2.1. For each source category, emissions for the base year were estimated. Emissions were then forecasted to future years, accounting for activity growth and for applicable sources emissions controls.

The methodologies described here are used consistently in each of the calculators; however the input data of each calculator was selected to best reflect the operational characteristics by area (RGFO, Western Colorado, and New Mexico) and well type (oil, gas, CBNG, shale gas and shale oil).

### 2.2.1   Emissions from Well pad Construction and Development

Emissions from well pad construction and development include those generated by equipment, vehicles and activities related to well pad construction, access roads construction, pipeline construction, wellbore drilling and well completions. Table 2-1 includes the emission sources identified for the well pad construction and development phase. Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

**Table 2-1.    Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/well | Active wells per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Rig Hauling and Rig Moving Traffic | tons/pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

#### 2.2.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines and is also inclusive of well pad reclamation activity. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors were derived from the literature. The EPA MOVES2014a model (USEPA, 2015) was used to compile emission factors for each equipment type. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium,

---

6

BLM_0073163




Tables 4-13 and 4-17 (API, 2009). Engines were classified in three types as activity data and emissions factors vary by utility: well pad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\,k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$   Equation (1)

where:
    $E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]
    $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
    $HP$ is the horsepower of the engine k [hp]
    $LF$ is the load factor of the engine k
    $t_{event}$ is the number of hours the engine is used  [hr/pad]
    $907,185$ is the mass unit conversion [g/ton]
    $n$ is the number of type-k engines

### 2.2.1.1.1   Area-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\,k,i}$) according to Equation 2:

$$E_{well\,pad\,equip,\ i} = E_{engineTOTAL,i} \times S_{well\,pad}$$   Equation (2)

where:
    $E_{well\,pad\,equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]
    $E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]
    $S_{well\,pad}$ is the scaling surrogate for well pad construction [new pads/yr]

### 2.2.1.2   Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction. Emission factors were developed using the MOVES2014a model (USEPA, 2015). For each field office, by project year, representative county emissions factors were developed. The emission factors were prepared for two vehicle classes, heavy duty trucks (source type combination short-haul truck) and pick-up trucks (source type light commercial truck). MOVES2014a emissions factors were modeled to include exhaust running, idle and start, brake wear, tire wear, and evaporative processes. The representative county for each field office and annual average per mile emission factors by county, year and vehicle type are summarized in Appendix J.

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline

---

7




construction vehicles.  Annual vehicle miles traveled (VMT) to well site were available for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2014a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$
Equation (3)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.1   Area-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\ pad\ traffic,\ i} = E_{traffic,\ i} \times S_{well\ pad}$$
Equation (4)

where:

$E_{well\ pad\ traffic,i}$  is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]
$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]
$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

### 2.2.1.3   Drilling, Completion and Hydraulic Fracturing Equipment

This section refers to emissions associated with off-road engines used during drilling and completion activities. Detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature. Emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment.  Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-1) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_X$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Emissions on a per event (spuds or active wells) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$
Equation (5)

BLM_0073165




where:

$E_{engine}$ are exhaust emissions of pollutant $i$ from an engine type k [ton/event]

$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

$HP$ is the horsepower of the engine k [hp]

$LF$ is the load factor of the engine k

$t_{event}$ is the number of hours engine k is used [hr/event]

907,185 is the mass unit conversion [g/ton]

$n$ is the number of type-k engines

### 2.2.1.3.1   Area-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

$$E_{D\&C\ equipment,\ i} = E_{engineTOTAL,i} \times S_{event}$$   Equation (6)

where:

$E_{D\&C\ equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]

$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]

$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-1.

### 2.2.1.4   Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations. Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic*. However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category. Input data to estimate the annual vehicle miles traveled (VMT) per activity was derived from the literature for each vehicle class (light duty and heavy duty) within each fleet. Fleets were defined by the vehicle destination or utility, which vary by the type of oil and gas development (conventional and CBNG versus shale). These are shown in Table 2-2 below. Annual average emission factors from EPA's MOVES2014a model as described in Section 2.2.1.2 were applied.

**Table 2-2.   Vehicle fleets used during drilling and completion.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
| --- | --- | --- | --- |
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

BLM_0073166




Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2014a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic, \ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (7)

where:

$E_{traffic, \ i}$ is the traffic emissions for pollutant i per spud  [tons/spud]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/spud]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C, \ i} = \sum_{fleet=1}^{7} \left(E_{traffic, \ i}\right)_{fleet}$$   Equation (8)

where

$E_{traffic,D\&C, \ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$E_{traffic, \ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

### 2.2.1.4.1   Area-Wide Annual Emissions from Source Category

Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic, \ i} = E_{traffic,D\&C, \ i} \times S_{spud}$$   Equation (9)

where:

$E_{category \ traffic, \ i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]
$E_{traffic,D\&C, \ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

### 2.2.1.5   Construction Equipment Fugitive Dust

Fugitive dust emissions from disturbed land by well pad construction and reclamation equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995a).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

BLM_0073167




Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$   Equation (10)

where:

$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]
$A$ is the average number of acres disturbed per wellpad [acres/wellpad]
$t$ is the number of construction days per wellpad [days]
$C$ is the control efficiency
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

### 2.2.1.5.1   Area-Wide Annual Emissions from Source Category

Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads}$$   Equation (11)

where:

$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]
$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]
$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

### 2.2.1.6   Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance in Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$   Equation (12)

where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$W$ is the mean vehicle weight (tons)
$k, a, b$ are empirical constants according to Table 2-3.

BLM_0073168

 

**Table 2-3.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | PM$_{10}$ | PM$_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad \text{Equation (13)}$$

where:

> $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
> $EF_i$ is the size-specific emission factor [lb/mile]
> $P$ is number of precipitation days (>0.01" rainfall) at the site
> $CE$ is the control efficiency for watering in unpaved roads; $CE$ =50%

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities.  The vehicle groups were classified according to their vehicle class and utility, and literature data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional oil, conventional gas, CBNG, and shale).  The vehicle fleets used in each type of development are shown in Table 2-4.

**Table 2-4.   Vehicles groups related to fugitive road dust emissions in well construction and development.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|------------------|---------------------|---------------|-------------------|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 |  | Light Duty Truck |  |
| 3 | Pipeline Construction | Heavy Duty Truck |  |
| 4 |  | Light Duty Truck |  |
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 |  | Light Duty Truck |  |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | New pads |
| 8 |  | Light Duty Truck |  |
| 9 | Rig Hauling | Heavy Duty Truck |  |
| 10 | Well Completion & Testing | Heavy Duty Truck | Spuds |
| 11 |  | Light Duty Truck |  |
| 12 | Fuel Haul Truck | Heavy Duty Truck | Spuds |

BLM_0073169




Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$
    Equation (14)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton/event]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/event]
$D$ is the round trip distance [miles/trip]
2000 is the mass conversion [lb/ton]

### 2.2.1.6.1   Area-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event}$$
    Equation (15)

where:
$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]
$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]
$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

### 2.2.1.7   Construction Wind Erosion

Wind erosion dust emissions associated with well pad construction, and road, pipeline construction operations, and  well pad reclamation  activity were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

$$E_{dust,i} = \frac{P \times A \times r}{907,185}$$
    Equation (16)

where:
$E_{dust,\ i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]
$P$ is the erosion potential [g/m$^2$]
$A$ is the well pad construction area [m$^2$/pad]
$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$
907,185 is a mass unit conversion [g/ton]

BLM_0073170




The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$   Equation (17)

where:
   $u*$ is the friction velocity (m/s)
   $u_t$ is the threshold friction velocity (m/s)

$$P = 0 \qquad for \qquad (u* \le u_t)$$   Equation (18)

Friction velocity estimates ($u*$) were made by multiplying the average annual fastest wind speed by 0.053 per AP-42 guidance (USEPA, 2006b). Particle size multipliers of 0.5 and 0.075 were assumed for $PM_{10}$ and $PM_{2.5}$ respectively per AP-42 guidance.

### 2.2.1.7.1  Area-Wide Annual Emissions from Source Category

The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad}$$   Equation (19)

where:
   $E_{dust\ erosion\ total,i}$ are the annual emissions of pollutant $i$ from construction dust wind erosion [ton/yr]
   $E_{dust,\ i}$ are the dust emissions of pollutant i per well pad [ton/pad]
   $S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

### 2.2.1.8  Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

$$E_{completion,i} = \left[ \frac{P \times Q_{completion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185} \times (1 - 0.95 F_{flare} - F_{green})$$   Equation (20)

where:
   $E_{completion,i}$ is the uncontrolled emissions of pollutant $i$ from a single completion event [ton/event]
   $P$ is atmospheric pressure [1 atm]
   $Q_{completion}$ is the volume of gas generated per completion [MCF/event]
   $R$ is the universal gas constant [0.082 L-atm/mol-K]
   $MW_{gas}$ is the molecular weight of the gas [g/mol]
   $T$ is the atmospheric temperature [298 K]
   $f_i$ is the mass fraction of pollutant $i$ in the completion venting gas
   $F_{green}$ is the fraction of completions that were controlled by green completion techniques

14

BLM_0073171




$F_{flare}$ is the fraction of completions controlled by flare
$0.95$ is the control efficiency of the flare

#### 2.2.1.8.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds}$$

Equation (21)

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]
$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds
$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

### 2.2.1.9  Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 22. It was assumed the efficiency of the flare was 95 percent.

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \Big/ 2000$$

Equation (22)

where:

$E_{flare,completion}$ is the area-wide flaring emissions of pollutant i for well completions [ton/event]
$EF_i$ is the flaring emissions factor for pollutant $i$ [lb/MMBtu]
$Q_{completion}$ is the volume of gas generated per completion [MCF/event]
$HV$ is the local heating value of the gas [BTU/SCF]
$F_{flared}$ is the fraction of well completions with flares

#### 2.2.1.9.1  Extrapolation to Area-Wide Annual Emissions

Annual area-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 23:

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$

Equation (23)

where:

$E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]
$E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]
$S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

BLM_0073172





## 2.2.2    Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at well sites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain Area-wide annual emissions from each source.

### 2.2.2.1   Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factor was derived from the literature.  EPA off-road diesel engine emission standards are the basis of workover engine emission rates.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 24:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185} \qquad \text{Equation (24)}$$

where:

$E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine [hp]
$LF$ is the load factor of the engine
$t$ is the number of hours of use per day [hr/day]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of operating days per well [days/well]
$f$ is the  well workover frequency per year

### 2.2.2.1.1   Area-Wide Annual Emissions from Source Category

Annual emissions from well workover equipment by pollutant were estimated according to Equation 25:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells} \qquad \text{Equation (25)}$$

where:

$E_{WO\text{-}equip,\ i}$ are annual emissions of pollutant i from workover equipment [ton/yr]
$E_{engine,\ i}$ is emissions of pollutant i from workover equipment per well [ton/well]
$S_{well\ pad}$ is the scaling surrogate for workovers [active wells/yr]

BLM_0073173

 

### 2.2.2.2 Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance.  Vehicle classes within the four source categories are shown in Table 2-5.  Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

**Table 2-5.    Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | Active Wells |
| 2 | | Heavy Duty Truck | |
| 3 | Road Maintenance | Light Duty Truck | |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | |

Emission factors were developed using the MOVES2014a model as described in Section 2.2.1.2 above.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 26.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (26)

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

#### 2.2.2.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 27:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells}$$   Equation (27)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

---

17

 

### 2.2.2.3   Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (EPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 28.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad\qquad \text{Equation (28)}$$

Where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
$s$ is the surface material silt content (%)
$W$ is the mean vehicle weight (tons)
$k, a, b$ are empirical constants according to Table 2-6.

**Table 2-6.    Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | PM$_{10}$ | PM$_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 28. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 29 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad\qquad \text{Equation (29)}$$

Where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
$P$ is number of precipitation days (>0.01" rainfall) at the site
$CE$ is the control efficiency for watering in unpaved roads

Vehicle fleets comprising production traffic are shown in Table 2-5. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 30

BLM_0073175

 

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$   Equation (30)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/well]

$D$ is the round trip distance [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.2.3.1   Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for each category (fleet) of Production Traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 31:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{wells}$$   Equation (31)

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]

$E_{fleet,traffic,\ i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]

$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

### 2.2.2.4   Blowdown venting

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 32:

$$E_{blowdowni} = \left( \frac{P \times \left( V_{vented} \right)}{\left( R \Big/ MW_{gas} \right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185}$$

Equation (32)

where:

$E_{blowdown,i}$ is the emissions of pollutant i from a single blowdown event [ton/event]

$P$ is atmospheric pressure [1 atm]

$V_{vented}$ is the volume of vented gas per blowdown (uncontrolled) [MCF/event]

$R$ is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

$T$ is the atmospheric temperature [298 K]

$f_i$ is the mass fraction of pollutant i in the vented gas

---

BLM_0073176





### 2.2.2.4.1   Area-Wide Annual Emissions from Source Category

The total emissions from all annual blowdowns events occurring are estimated with Equation 33:

$$E_{blowdownTOTAL} = E_{blowdowni} \times N_{blowdown} \times S_{wells}$$

Equation (33)

where:

$E_{blowdown,TOTAL}$ are the total annual emissions from blowdowns [tons/yr]
$E_{blowdown,i}$ are the blowdown emissions from a single blowdown event [tons/event]
$N_{blowdown}$ is the frequency of blowdowns per well per year [events/yr-well]
$S_{wells}$ is the total number of active wells for a particular year [wells]

## 2.2.2.5   Well Recompletion Venting

This section describes emissions from well recompletion venting. The calculation methodology for estimating venting emissions from a single recompletion event is shown below in Equation 34:

$$E_{recompletion,i} = \left[ \frac{P \times Q_{recompletion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185}$$

Equation (34)

where:

$E_{recompletion,i}$ is the uncontrolled emissions of pollutant $i$ from a single recompletion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{recompletion}$ is the volume of gas generated per recompletion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the recompletion venting gas

### 2.2.2.5.1   Extrapolation to Annual Area-Wide Emissions

Annual emissions are obtained by scaling-up emissions per event with the total number of recompletion events in a particular year. The total emissions from recompletion venting are estimated following Equation 35:

$$E_{recompletion,TOTAL,i} = E_{recompletion,i} \times f \times S_{well\ count}$$

Equation (35)

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from recompletion venting [tons/year]
$E_{completion,i}$ are the venting emissions from a single recompletion event [tons/event]
$f$ is the frequency of recompletion events per well per year [events/yr-well]

---

BLM_0073177

 

$S_{well\ count}$ is the scaling surrogate for recompletion venting in a particular year [active wells]

### 2.2.2.6   Wellhead Fugitives

This source category refers to fugitive emissions or *leaks* from well equipment such as pump seals, valves, connectors, flanges, etc.  Fugitive emissions were estimated for three main streams identified: gas service stream, liquids service stream and high oil stream.  VOC, $CO_2$ and $CH_4$ emissions per stream were estimated using device-specific TOC emission factors for oil and gas production (USEPA, 1995b) and equipment counts. Because Colorado has a state-wide Leak Detection and Repair (LDAR) program that operators are required to implement by 2015, TOC emission factors for < 10,000 ppm from Table 2-8 of the EPA reference were used (USEPA, 1995b). Input data was obtained from the literature, or average field data for the RGFO, on total device counts per well by type of equipment and by the type of service to which the equipment applies – gas, liquids and high oil.

Fugitive VOC emissions for an individual device in a given stream (gas, liquids, and high oil) were estimated according to Equation 36:

$$E_{fugitiveVOC,k} = EF_{TOC} \times N \times t_{annual} \times Y$$

Equation (36)

where:
$E_{fugitive\ VOC,\ k}$ is the fugitive VOC emissions for a given device k [ton/yr-well]
$EF_{TOC}$ is the emission factor of TOC [kg/hr/device]
$N$ is the total number of devices type-k for a given stream per well [devices/well]
$Y$ is the ratio of VOC to TOC in the vented gas

Total VOC fugitive emissions for a given stream are equal to the sum of all fugitive emissions from devices in that stream per Equation 37:

$$E_{fugitiveVOC,stream} = \sum E_{fugitiveVOC,\ k}$$

Equation (37)

where:
$E_{fugitive\ VOC,stream}$ is the total fugitive VOC emissions in a given stream per well [ton/yr-well]

$CO_2$ and $CH_4$ fugitive emissions per stream were estimated according to Equations 38 and 39:

$$E_{fugitiveCH4,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$

Equation (38)

$$E_{fugitiveCO2,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (39)

where:
$E_{fugitive\ CO2,stream}$ is the total fugitive $CO_2$ emissions in a given stream per well [ton/yr-well]
$E_{fugitive\ CH4,stream}$ is the total fugitive $CH_4$ emissions in a given stream per well [ton/yr-well]

BLM_0073178




*Weight fractions* per pollutant were based on gas compositions. For gas and well streams, sales gas composition was used. For condensate stream, fugitive-post flash compositions were used.

### 2.2.2.6.1  Area-Wide Annual Emissions from Source Category

Fugitive emissions were propagated annually according to Equation 40 using the scaling surrogate, active well counts:

$$E_{fugitive,\ i} = E_{fugitive\ i,stream} \times S_{well\ count}$$ 
Equation (40)

where:

$E_{fugitive, i}$ are the annual fugitive emissions for pollutant i in a given stream [ton/yr]
$E_{fugitive\ I, stream}$ are fugitive emissions of pollutant i in a stream per well [ton/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [active wells]

### 2.2.2.7  Pneumatic Devices

Emissions for pneumatic devices will vary by the bleed rate of the device.  The methodology for estimating the emissions from a mix of pneumatic devices i (liquid level controllers, pressure controllers, etc.) for a single typical well is shown in Equation 41:

$$E_{pneumatic,j} = \frac{f_j}{907185}\left(\sum_i \dot{V}_i \times N_i \times t_{annual}\right) \times \frac{P}{\left(\left(R/MW_{gas}\right) \times T \times 3.5 \times 10^{-5}\right)}$$ 
Equation (41)

where:

$E_{pneumatic,j}$ is the total emissions of pollutant j from all pneumatic devices for a typical well [ton/year/well]
$\dot{V}_i$ is the volumetric bleed rate from device i [MCF/hr/device]
$N_i$ is the average number of devices *i* found in a well [devices/well]
$t_{annual}$ is the number of hours per year that devices were operating [8760 hr/yr]
$P$ is the atmospheric pressure [1 atm]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_j$ is the mass fraction of pollutant j in the vented gas

### 2.2.2.7.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions from pneumatic devices were estimated according to Equation 42:

$$E_{pneumatic TOTAL,j} = E_{pneumatic,j} \times N_{well}$$ 
Equation (42)

BLM_0073179





where:

$E_{pneumatic,TOTAL,j}$ is the total annual emissions of pollutant $j$ from pneumatic devices [ton/yr]
$E_{pneumatic,j}$ is the pneumatic device emissions of pollutant $j$ for a single typical well [ton/yr/well]
$N_{well}$ is the total number of active wells in the basin [wells]

## 2.2.2.8   Pneumatic Pumps

To estimate emissions from pneumatic pumps, literature data indicating the average rate of gas consumption per gallon of chemical injected and the annual chemical throughput for a single pump was applied. Emissions per well from pneumatic pumps were estimated as shown in Equation 43:

$$E_{pump,i} = \frac{N_{CIP} \times V_{vented,gas} \times t_{pump} \times MW_i \times R \times Y_i}{2000}$$

Equation (43)

where:

$E_{pump,\ i}$ is the pneumatic pump emissions for pollutant i per well [ton/yr-well]
$V_{vented,TOTAL}$ is the average gas venting rate per pump [SCF/pump/hr]
$N_{CIP}$ is the number of gas-actuated pneumatic pumps per well [pump/well]
$t_{pump}$ is the annual hours of operation of a pump [hrs/yr]
$MW_i$ is the molecular weight of pollutant i [lb/lb-mol]
$R$ is the universal gas constant [lb-mol/391.9scf]
$Y_i$ is the molar fraction of pollutant i in pneumatic pump vented gas
$2000$ is the mass unit conversion [lb/ton]

### 2.2.2.8.1   Area-Wide Annual Emissions from Source Category

To estimate area-wide annual emissions from pneumatic pumps the scaling surrogate, active wells, was used according to Equation 44

$$E_{pneumaticpumps,\ i} = E_{pump,\ i} \times S_{well\ count}$$

Equation (44)

where:

$E_{pneumaticpumps,\ i}$ are the annual emissions for pollutant i from pneumatic pumps [ton/yr]
$E_{pump,\ i}$ is the emissions from all pneumatic pumps per well [ton/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [wells]

## 2.2.2.9   Water Injection Pumps

This category refers to exhaust emissions associated with diesel combustion in water injection pump engines.  Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature.  The EPA MOVES2014a model (USEPA, 2015) was used to compile emission factors.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

BLM_0073180




Emissions on a per well basis for a water injection pump were estimated according to Equation 45:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$

Equation (45)

where:

$E_{engine}$ are per-well emissions of pollutant *i* from water injection pumps [ton/well]
$EF_i$ is the emissions factor of pollutant *i* [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used annually [hrs/unit]
*907,185* is the mass unit conversion [g/ton]
*n* is the number of water injection pumps per well [units/well]

### 2.2.2.9.1   *Area-Wide Annual Emissions from Source Category*

Annual emissions from water injection pumps for pollutant i were estimated according to Equation 46:

$$E_{water\,pumps,\ i} = E_{engine,\ i} \times S_{well}$$

Equation (46)

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from water injection pumps [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for water injection pumps [active wells/yr]

### 2.2.2.10  Miscellaneous Engines

This category refers to exhaust emissions associated with miscellaneous engines at well sites. Detailed data for miscellaneous engines such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature.  The EPA MOVES2014a model (USEPA, 2015) was used to compile emission factors.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009). For the RGFO conventional oil and gas well planning area calculators, the miscellaneous engines were diesel engines that were assumed to meet EPA Tier 2 emission standards.

Emissions on a per well basis for miscellaneous engines were estimated according to Equation 47:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \times f$$

Equation (47)

where:

$E_{engine}$ are per-well emissions of pollutant *i* from miscellaneous engines [ton/well]
$EF_i$ is the emissions factor of pollutant *i* [g/hp-hr]

BLM_0073181




$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used [hrs/unit]
$f$ is the fraction of wells served by a miscellaneous engine
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of engines per well [units/well]

## 2.2.2.10.1 Area-Wide Annual Emissions from Source Category

Annual emissions from miscellaneous engines for pollutant i were estimated according to Equation 48:

$$E_{water\ pumps,\ i} = E_{engine,\ i} \times S_{well}$$     Equation (48)

where:

$E_{well\ pad\ equip}$ are annual emissions of pollutant i from miscellaneous engines [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for miscellaneous engines [active wells/yr]

## 2.2.2.11  Compressor Station Maintenance Traffic Exhaust

This section describes the estimation of exhaust emissions from light-duty vehicles (pickup trucks) used for compressor maintenance at compressor stations.  Emission factors were developed using the MOVES2014a model (USEPA, 2015) as described in Section 2.2.1.2. The total vehicle miles travelled annually from maintenance visits to a single compressor station were obtained from the literature, or from mapping average distances.

Exhaust emissions for this fleet were estimated as shown in Equation 49.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times VMT_{CS}}{907185}$$     Equation (49)

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well [tons/station]
$EF_i$ is the average emission factor for light duty vehicles of pollutant i [g/mile]
$VMT_{CS}$ is the annual miles travelled for maintenance compressor station [miles/station]
$907185$ is the mass unit conversion [g/ton]

## 2.2.2.11.1 Area-Wide Annual Emissions from Source Category

Annual emissions for the compressor maintenance fleet were propagated with the scaling surrogate "total count of active compressor stations" according to Equation 50:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{CS}$$     Equation (50)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from compressor station maintenance traffic [ton/yr]

BLM_0073182




$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.2.12  Fugitive Dust Emissions from Compressor Station Maintenance Traffic

Road dust emission factors for light duty vehicles traveling on unpaved surfaces to and from compressor stations were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 28 and 29.  Fugitive dust road emissions per station (visited) were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29, along with the annual vehicle miles traveled per compressor station.  This is shown in Equation 51.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times VMT}{2000}$$ 
<div align="right">Equation (51)</div>

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per station [ton/station]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$VMT$ is the annual miles travelled for maintenance compressor station [miles/station]

$2000$ is the mass conversion [lb/ton]

#### 2.2.2.12.1 Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for compressor station maintenance traffic were propagated with the "total number of compressor stations" according to Equation 52:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{CS}$$ 
<div align="right">Equation (52)</div>

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

### 2.2.2.13  Condensate Tanks Flashing

Condensate tank emissions were calculated differently for conventional oil and gas developments and for shale gas developments.

An uncontrolled VOC emissions factor applicable to Garfield, Mesa, Rio Blanco, and Moffat Counties (CDPHE, 2014) was used to estimate emissions for condensate tanks in conventional gas, shale gas and coalbed (natural gas) methane developments on a per barrel basis.  The published emissions factor was 10 lbs VOC/bbl [0.005 tons/bbl]; for Western Colorado field office planning areas outside of those counties the emission factor of 11.3 lbs VOC/bbl [0.008

BLM_0073183




tons/bbl] can be used (CDPHE, 2014). For conventional oil developments, the emissions factor of 1.6 lbs VOC/bbl was used based on BLM (2013). For the RGFO conventional oil and gas well planning areas, an average uncontrolled emission factor of 6.565 lbs VOC/bbl [0.003 tons/bbl] was used to estimate emissions from condensate tanks (BLM, 2016a). For the RGFO conventional oil and gas well planning areas, emissions from produced water tanks were also included due to the amount of produced water being generated in these areas. An uncontrolled emission factor of 0.0865 lbs VOC/bbl was used to estimate emissions from produced water tanks (BLM, 2016a). For the RGFO CBM well planning area produced water tanks, the published uncontrolled emission factor of 0.262 lbs VOC/bbl was used (CDPHE, 2014). The VOC emissions factor was multiplied by the annual condensate production from each type of well to propagate VOC emissions to the Planning Area level for each year. For the produced water tanks, a ratio of condensate or oil to water prodution was used to propagate VOC emissions in the RGFO conventional oil and gas well planning areas, and in the RGFO CBM well planning area, the annual water production was used directly to calculate emissions from produced water tanks. Similar to the methodology for conventional oil and gas sources, $CO_2$ and $CH_4$ total emissions were then calculated using the weight fraction ratios from local flash gas composition analyses using Equations 53 and 54.

$$E_{tanks,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (53)}$$

$$E_{tanks,CO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (54)}$$

where:

$E_{tanks,VOC}$ is the total annual condensate tanks emissions from APENS database [tons/yr]
$E_{tanks,CO2}$ is the total condensate tank $CO_2$ emissions [tons/yr]
$E_{tanks,CH4}$ is the total condensate $CH_4$ emissions [tons/yr]
*Weight fractions* of each pollutant in flash gas

### 2.2.2.14 Loading Emissions from Condensate or Oil Tanks

This section describes emissions from truck loading of condensate or crude oil from tanks. The loading loss rate is estimated following Equation 55:

$$L = 12.46 \times \left( \frac{S \times V \times M}{T} \right) \qquad \text{Equation (55)}$$

where:

$L$ is the loading loss rate [lb/1000gal]
$S$ is the saturation factor taken from AP-42 default values based on operating mode. The operating mode for loading assumed was submerged loading: dedicated normal service.
$V$ is the true vapor pressure of the liquid loaded [psia]
$M$ is the molecular weight of the vapor [lb/lb-mole]
$T$ is the temperature of the bulk liquid [ºR], T=540 R

BLM_0073184

     

VOC tank loading emissions are then estimated by Equation 56:

$$E_{loading, \ VOC} = L \times Y_{VOC} \times \frac{42}{2000}$$    Equation (56)

where:

$E_{loading}$ are the VOC tank loading emissions [ton/bbl]
$L$ is the loading loss rate [lb/1000gal]
$Y_{VOC}$ is the weight fraction of VOC in the vapor in the liquid loaded
$42$ is a unit conversion [gal/bbl]
$2000$ is a unit conversion [lbs/ton]

$CO_2$ and $CH_4$ emissions are calculated based on Equations 57-58:

$$E_{loading,CH4} = E_{loading,VOC} \times \frac{weight \ fraction_{CH4}}{weight \ fraction_{VOC}}$$    Equation (57)

$$E_{loading,CO2} = E_{loading,VOC} \times \frac{weight \ fraction_{CO2}}{weight \ fraction_{VOC}}$$    Equation (58)

where:

$E_{loading,CO2}$ is the total loading $CO_2$ emissions per barrel of liquid [ton/bbl]
$E_{loadingCH4}$ is the total loading $CH_4$ emissions per barrel of liquid [ton/bbl]
Weight fractions of each pollutant in the vapor losses from the liquid loaded

For emissions from produced water loading in the RGFO planning areas, the condensate or oil emission factor for loading was scaled by a ratio of the produced water flashing emission factor to the condensate or oil flashing emission factor.

### 2.2.2.14.1 Area-Wide Annual Emissions from Source Category

Annual emissions per pollutant i from condensate loading were scaled by annual condensate production per Equation 59:

$$E_{tank \ loadout, \ i} = E_{loading, \ i} \times S_{bbl \ condensate}$$    Equation (59)

where:

$E_{tank \ loadout, \ i}$ is the total condensate loading emissions for pollutant i from tank load-out [ton/yr]
$E_{loading, \ i}$ is the condensate loading emissions for pollutant i from per barrel [ton/bbl]
$S_{bbl \ condensate}$ is the total annual of barrels condensate [bbl/yr]

### 2.2.2.15  Condensate, Crude Oil and Produced Water Hauling Traffic Exhaust

This section describes the estimation of exhaust emissions from heavy-duty vehicles (haul trucks) used for produced condensate hauling from the well site.  Emission factors were developed using the MOVES2014a model (EPA, 2015) as described in Section 2.2.1.2. The total round trip distance for each hauling trip was derived from the literature. A hauling volume of

BLM_0073185




per truck of 200 barrels of condensate or crude oil, hence the number of round trips per barrel was estimated (1/200).

Exhaust emissions for condensate and crude oil hauling fleet were estimated as shown in Equation 60a.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (60a)

where:

$E_{fleet,traffic,\ i}$ is the hauling traffic exhaust emissions for pollutant i per barrel [ton/bbl]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per barrel [trips/bbl]. N=1/200

$D$ is the round trip distance [miles/trip]

$907185$ is the mass conversion [g/ton]

### 2.2.2.15.1 Area-Wide Annual Emissions from Condensate or Crude Oil Hauling

Annual emissions for the condensate and crude oil hauling fleet were propagated with the annual condensate or crude oil production according to Equation 61a:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{bbl,condensate}$$   Equation (61a)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from condensate hauling traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per barrel for the hauling fleet [ton/bbl]

$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.2.15.2 Produced water hauling exhaust emissions

Produced water refers to the water produced with the gas once the well has been completed and is under operation. This water is typically hauled from the well site storage tanks with water trucks or sent via pipeline to injection wells. It was assumed that produced water truck capacity is 130 bbl and that 50 percent of the water is hauled out. For the all planning areas in the RGFO, the calculated annual produced water rates per well based on the decline curves, rather than an average value, were used to the number of trips from produced water trucking. It was assumed that produced water truck capacity is 130 bbl and the amount of water hauled out was dependent on the specific RGFO planning area.

Exhaust emissions for produced water hauling fleet were estimated as shown in Equation 60b:

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (60b)

where:

BLM_0073186

 

$E_{fleet,traffic, i}$ is the produced water hauling exhaust emissions for pollutant i per well [ton/well]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per well [trips/well]

$D$ is the round trip distance [miles/trip]

907185 is the mass conversion [g/ton]

2.2.2.15.2.1   .Area-Wide Annual Emissions from Produced Water Hauling

Annual emissions for the produced water hauling fleet were propagated to the planning area according to Equation 61b:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,, i} \times S_{active\ wells}$$   Equation (61b)

where:

$E_{fleet,TOTAL, i}$ are annual emissions of pollutant i from produced water hauling traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per well for the hauling fleet [ton/well]

$S_{active\ wells}$ is the scaling surrogate for the source category, active wells per year [wells/yr]

*2.2.2.15.3 Fugitive Dust Emissions from Condensate and Produced Water Hauling Traffic*

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for condensate hauling and produced water hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 28 and 29.  Because the number of trips for both of these activities is based on different surrogates as shown in Section 2.2.1.2.15, fugitive dust road emissions of each fleet were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29.  This is shown in Equation 62.

$$E_{fleet,traffic, i} = \frac{EF_{mitigated} \times D \times N_{trips}}{2000}$$   Equation (62)

where:

$E_{fleet,traffic, i}$ is the traffic fugitive dust emissions for pollutant i per (1) barrel of condensate [ton/bbl] for condensate hauling or (2) well [ton/well] for produced water hauling

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per (1) barrel of condensate hauled [trips/bbl] for condensate hauling or (2) well [trips/well] for produced water hauling

$D$ is the round trip distance per hauling trip [miles/trip]

2000 is the mass conversion [lb/ton]

2.2.2.15.3.1   .Area-Wide Annual Emissions from Condensate and Produced Water Hauling Traffic

Annual fugitive dust emissions for condensate hauling were propagated with the annual condensate production according to Equation 63:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,, i} \times S_{bbl,condensate\ or\ active\ wells}$$   Equation (63)

BLM_0073187





where:

    $E_{fleet,TOTAL,\,i}$ are annual fugitive dust emissions of pollutant i from condensate hauling traffic [ton/yr]

    $E_{fleet,traffic,\,i}$ is the dust emissions of pollutant i per barrel for the hauling fleet [ton/surrogate]

    $S_{bbl,condensate\ or\ active\ wells}$ is the scaling surrogate for the source category

### 2.2.2.16  Heaters

This section describes the methodology for estimating emissions from heaters and reboilers. Heater emissions are a function of the properties of the local produced gas used as a fuel. Emissions factors for external combustion of natural gas were obtained from AP-42 Section 1.4 Natural Gas Combustion (USEPA, 1995a). Emissions per well from heaters and reboilers can be estimated individually using Equation 64.

$$E_{heater,i} = N_{heaters} \times \frac{EF_i \times Q_{heater} \times t_{annual}}{(HV_{local} \times 2000)}$$

Equation (64)

where:

    $E_{heater,i}$ is the per well emissions for pollutant from a given heater [ton/well-yr]

    $EF_i$ is the heater emission factor for a given pollutant i [lb/MM SCF]

    $Q_{heater}$ is the heater MMBTU/hr rating [MMBTU$_{rated}$/hr]

    $HV_{local}$ is the local natural gas heating value [BTU$_{local}$/SCF]

    $t_{annual}$ is the annual hours of operation [hr/yr]

    $N_{heaters}$ is the number of heaters per well

#### 2.2.2.16.1 Area-Wide Annual Emissions from heaters

Annual emissions for heaters and reboilers are estimated with Equation 65 using the scaling surrogate active wells.

$$E_{heater,TOTAL,i} = E_{heater,i} \times W_{TOTAL}$$

Equation (65)

where:

    $E_{heater,TOTAL}$ is the total emissions of pollutant i for a given heater type in the Project [ton/yr]

    $E_{heater}$ is the per well annual emissions from a given heater type for pollutant i [ton/well-yr]

    $W_{TOTAL}$ is the total number of wells for a particular year [wells]

### 2.2.2.17  Dehydrator Emissions

This section describes the methodology to estimate emissions from dehydrator still vents. Uncontrolled emission factors per unit of gas production for emissions of VOC, $CH_4$ and $CO_2$ were derived from the literature for the various well types. Total emissions were propagated using the gas production by well type, assuming 100 percent of the gas undergoes well site dehydration. This was done applying Equation 66.

---

BLM_0073188

 

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas\ production,j}$$ 　　　Equation (66)

where:

$E_{dehy,TOTAL,,I,j}$ are the total area-wide emissions from dehydrators still vents for pollutant i in year j [tons/yr]

$EF_{dehy,i}$ is the dehydrator still vent emissions rate [tons/MCF]

$S_{gas\ production}$ is the annual gas production in year j [MCF/yr]

### 2.2.3　Midstream sources

Midstream sources include gathering and treating emissions associated with facilities such as compressor stations and gas plants. Midstream emissions are taken from the 2014 APEN (Air Pollutant Emission Notice) emissions database provided by CDPHE (CDPHE, 2016). CDPHE provided APEN emissions for all oil and gas related emission sources covered by the following SCC and SIC codes:

- All of the SCCs 202002*, 310*, 404003* (where * indicates all sub-SCCs for the SCC)
- And only those with the following SICs: 13*, 492*, 4612

BLM field office planning area designation was assigned according to the latitude and longitude of each source. The APEN oil and gas emissions database includes both well site and midstream sources. Midstream sources were identified for inclusion in the calculator based on the facility name and the suite of equipment included at a given facility. Appendix I includes a table of emissions by facility for each field office area.

Emissions were available in the APEN emissions database for the pollutants VOCs, CO, NOx, PM$_{10}$ and SO$_2$ in tons per year. Emissions for CH$_4$ and CO$_2$ were calculated using the vented gas speciation according to Equations 67 and 68 for the following sources.

- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections

$$E_{source,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$ 　　Equation (67)

$$E_{sourceCO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$ 　　Equation (68)

where:

$E_{source,VOC}$ is the total annual emissions from APENS database *a source* [tons/yr]

$E_{source,CO2}$ is the total CO$_2$ emissions from *a source* [tons/yr]

$E_{source,CH4}$ is the total CH$_4$ emissions from *a source* [tons/yr]

*Weight fractions* of each pollutant in the vented gas

BLM_0073189





For combustion sources such as compressor engines, process heaters and flares, emissions for $CH_4$, $N_2O$ and $CO_2$ were estimated using the ratios of each greenhouse gas to NOx of emissions factors from AP-42.

Emissions in future years were estimated by multiplying 2015 emissions by the ratio of gas production in a given future year to gas production in 2015.

BLM_0073190

   

## 3.0 REFERENCES

API.  2009.  American Petroleum Institute. "API Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and." August 2009.

BLM.  2013.  Crude Oil Emissions Calculator. Via email from Forrest Cook, United States Bureau of Land Management. March 2013.

BLM. 2016a. CARRMS 2 O&G Information Request. Via email from Chad Meister, United States Bureau of Land Management. April 2016a.

BLM. 2016b. CARRMS 2 O&G Supplemental Data. Via email from Forrest Cook, United States Bureau of Land Management. July 2016.

CDPHE.  2014.  Colorado Department of Public Health. Oil and Gas Industry Crude Oil, Condensate and Produced Water Atmospheric Storage Tanks, PS Memo 14-03. August 2014.

CDPHE.  2016.  2014 APEN Emissions for Select Sources. Via email from Dale Wells, Colorado Department of Public Health. April 2016.

ENVIRON, Carter Lake and EMPSi, 2015. Colorado Air Resource Management Modeling Study (CARMMS), 2021 Modeling Results for the High, Low and Medium Oil and Gas Development Scenarios. Appendix E. ENVIRON International Corporation, Novato, CA. January.

Midwest Research Institute. 2006. "Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors." November 2006.

Ramboll Environ, 2016. Emission Inventory for Supplemental Environmental Impact Statement for Shale Formation Oil and Gas Plan of Development on the Southern Ute Indian Reservation. In progress.

Ramboll Environ and Kleinfelder, 2016. Colorado Air Resource Management Modeling Study (CARMMS) with Updated Mancos Shale Modeling: 2021 Modeling Results for the High, Low and Medium Oil and Gas Development Scenarios CARMMS 1.5 Final Report. Appendix C. Novato, CA. March.

USEPA.  1995a.  U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition." U.S. EPA Office of Air Quality Planning and Standards, January 1995 with Supplements.

USEPA.  1995b.  U.S. Environmental Protection Agency. "Protocol for Emission Leak Emission Estimates." U.S. EPA Office of Air Quality Planning and Standards, November 1995.

USEPA.  2006a.  U.S. Environmental Protection Agency. "AP-42, Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, Fifth Edition: Chapter 13.2.2 Unpaved Roads" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

BLM_0073191





USEPA.  2006b.  U.S. Environmental Protection Agency. "Compilation of Air Pollutant Emission Factors: AP-42, Fifth Edition, Volume I: Stationary Point and Area Sources: Chapter 13.2.5 Industrial Wind Erosion" U.S. EPA Office of Air Quality Planning and Standards, November 2006.

USEPA.  2015.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality. MOVES 2014a. November 2015. < http://www.epa.gov/otaq/models/moves/index.htm>.

BLM_0073192

   

**APPENDIX A**

**Royal Gorge Field Office Conventional Oil and Gas Well Calculator Inputs by Source Category**

BLM_0073193

    

NOTE: All input parameters are derived from the data source listed unless noted otherwise. Green shaded data is from (BLM 2016a and BLM 2016b)

| Gas Analysis & Venting | Speciated Sales Gas Analysis | |
|---|---|---|
| **Gas Component** | **Mole Fraction** | BLM provided data |
| | **(%)** | |
| Methane C1 | 62.841 | |
| Ethane C2 | 15.809 | |
| Nitrogen | 0.624 | |
| Water | 0.000 | |
| Carbon Dioxide | 2.280 | |
| Nitrous Oxide | 0.000 | |
| Hydrogen Sulfide | 0.000 | |
| Propane C3 | 9.249 | |
| i-Butane i-C4 | 1.331 | |
| n-Butane n-C4 | 3.670 | |
| i-Pentane iC5 | 0.709 | |
| n-Pentane nC5 | 0.875 | |
| Hexanes C6 | 0.319 | |
| Heptanes C7 | 0.173 | |
| Octanes+ | 0.063 | |
| Benzene | 0.035 | |
| Ethylbenzene | 0.004 | |
| n-Hexane n-C6 | 0.178 | |
| Toluene | 0.030 | |
| 2,2,4-Trimethylpentane | 0.008 | |
| Xylenes | 0.011 | |
| High Heating Value (Btu/scf) | 1,465 | |

| Average number of spuds per pad | |
|---|---|
| Base Year | 6 |
| Future Wells | 10 |

BLM_0073194




| Cn_HEq_Exh | Construction/Drilling/Completion Equipment |
|---|---|

**Construction Equipment**

| Construction Site | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Operating Hours/Day | # of Operating Days/Well Pad | Equipment Category | HP Range |
|---|---|---|---|---|---|---|---|---|
| Well Pad | Construction Equipment | 227 | 7 | 48 | 13 | 9 | Other Construction Equipment | 300 |
| Well Pad Access Road | Construction Equipment | 227 | 7 | 48 | 13 | 3 | Other Construction Equipment | 300 |
| Pipeline | Construction Equipment | 227 | 4 | 48 | 13 | 2 | Other Construction Equipment | 300 |

| Construction Site | Equipment Type | 2015 Emission Factors (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$[a] |
| Well Pad | Construction Equipment | 0.25 | 0.81 | 2.56 | 0.16 | 0.15 | 0.003 | 539.00 | 0.016 | 0.005 |
| Well Pad Access Road | Construction Equipment | 0.25 | 0.81 | 2.56 | 0.16 | 0.15 | 0.003 | 539.00 | 0.016 | 0.005 |
| Pipeline | Construction Equipment | 0.25 | 0.81 | 2.56 | 0.16 | 0.15 | 0.003 | 539.00 | 0.016 | 0.005 |

Emission Factor Source: EPA MOVES2014a diesel fuel construction equipment for Weld County
[a]N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

**Drilling**

| Construction Site | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Operating Hours/Day | # of Operating Days/activity | NONROAD SCC | Tier Level | HP Range for Efs |
|---|---|---|---|---|---|---|---|---|---|
| Rig-up, Drilling, and Rig-down | Drilling Equipment - Avg | 1152 | 3 | 51 | 24 | 8 | 2270010010 | Tier 2 | 750-1200 |

| Construction Site | Equipment Type | Tier Emission Factors (g/hp-hr) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | $CO_2$ | $CH_4$ | $N_2O$[a] |
| Rig-up, Drilling, and Rig-down | Drilling Equipment - Avg | Base year | 0.26 | 2.61 | 4.53 | 0.15 | 0.15 | 0.11 | 530 | 0.004 | 0.002 |

Source: EPA Federal Tier Standards
[a]N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

BLM_0073195




**Completion/Fracing**

| Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Operating Hours/Day | # of Operating Days/activity | NONROAD SCC | Tier Level | HP Range |
|---|---|---|---|---|---|---|---|---|
| Completion Rig Equipment | 1650 | 1 | 50 | 20 | 4 | 2270010010 | Tier 2 | >1200 |
| Completion Nonroad Equipment | 2000 | 5 | 60 | 18 | 6 | 2270010010 | Tier 2 | >1200 |
| Completion Offroad Equipment | 140 | 3 | 44 | 18 | 6 | 2270010010 | Other Construction Equipment | 175 |

| Equipment Type | Capacity (hp) | Base Year Tier Emission Factors (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2Oa |
| Completion Rig Equipment | 1650 | 0.26 | 2.61 | 4.53 | 0.15 | 0.15 | 0.11 | 523 | 0.004 | 0.002 |
| Completion Nonroad Equipment | 2000 | 0.26 | 2.61 | 4.53 | 0.15 | 0.15 | 0.11 | 523 | 0.004 | 0.002 |
| Completion Offroad Equipment | 140 | 0.25 | 0.81 | 2.56 | 0.16 | 0.15 | 0.003 | 539.00 | 0.016 | 0.005 |

Source: EPA Federal Tier Standards for rig and nonroad engines, EPA MOVES2014a diesel fuel construction equipment for Weld County for completion offroad equipment
[a]N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

| | |
|---|---|
| Fracing frequency per spud | 1 |
| Refracing Frequency per Year | 0.05 |

BLM_0073196

 

| Cn_CV_Exh | Construction Traffic Exhaust |
|---|---|

**Well Pad and Access Road Construction Traffic**

| Construction Site Destination | Vehicle | | Round Trip Distance (miles) | # of Round Trips/Well Pad/ Year |
|---|---|---|---|---|
| | **Type** | **Class** | | |
| | | | | |
| Construction Traffic | Semi Trucks | Combination Short-haul Truck | 19 | 18 |
| | Pickup Trucks | Passenger Truck | 23 | 70 |

**Drilling/Completion/Fracing Traffic**

| Construction Site Destination | Vehicle | | Round Trip Distance (miles) | # of Round Trips/activity/ Year |
|---|---|---|---|---|
| | **Type** | **Class** | | |
| | | | | |
| Drilling Traffic | Semi Trucks | Combination Short-haul Truck | 23 | 82 |
| | Pickup Trucks | Passenger Truck | 24 | 215 |
| Well Completion & Testing | Semi Trucks | Combination Short-haul Truck | 23 | 307 |
| | Pickup Trucks | Passenger Truck | 22 | 95 |

| Cn_HEq_FDust | Construction Traffic Dust |
|---|---|

| Area Disturbed for Oil Wells | Avg. Disturbed Acres per wellpad* | Construction Days |
|---|---|---|
| Well Pad | 6.67 | 9 |
| Well Pad Access Road and Pipeline Construction | 1.64 | 3 |

*includes reclamation activity

| Road and Pipeline Construction, (Pipeline Percentage of Acreage) | 6% |
|---|---|

A-4

BLM_0073197