temporal and spatial separation of livestock and wildlife to minimize risk. In the GYA, significant, and what some may consider drastic steps (e.g., lethal removal of bison, test-and-slaughter programs for feedground elk) have been undertaken to minimize risk of association and possible transmission of *Brucella* between wild ungulates and domestic livestock. The situation is very similar for pasteurellosis in wild sheep caused by bacteria from the *Pasteurellaceae* (bacteria now classified in the genera *Pasteurella, Mannheimia,* and *Bibersteinia* families (Ward et al. 1990, Ward et al. 1997, Miller 2001): there is cause for concern that is supported by logic, experience, and clinical scientific study. As a result, there is a clear strategy for minimizing risk of disease transmission by separating reservoir and susceptible species. In the case of pasteurellosis between domestic sheep or goats and wild sheep, we believe a sufficient amount of reliable information is available to justify seeking effective separation.

<u>Concept of Risk</u>

Two-way transmission of certain diseases (e.g., paratuberculosis, some enteric pathogens and parasites) between wild sheep and domestic sheep or goats in shared habitats can occur. However, as domestic animals have evolved and have been selected for their ability to live at high densities and for their resilience to infectious diseases (reviewed by Diamond 1997), we believe the most important and ecologically significant transmission in this context is <u>from</u> domestic sheep or goats <u>to</u> wild sheep. It is widely recognized (Garde et al. 2005, C.A.S.T. 2008), but needs to be re-emphasized, that thinhorn sheep (Dall's sheep, Stone's sheep) in Alaska and northwestern Canada are immunologically naïve compared to wild sheep occurring in southern Canada and the remainder of the western U.S. Additional precautions should be taken to ensure that no association occurs between naïve thinhorn sheep and domestic sheep or goats.

We acknowledge that wild sheep die-offs have occurred in the absence of reported association with domestic sheep or goats (Aune et al. 1998, UC-Davis 2007). However, when contact between wild sheep and domestic sheep or goats has been documented, severity of the wild sheep die-off is typically more severe (Onderka and Wishart 1984, Aune et al. 1998, Martin et al. 1996, George et al. 2008).

Winter 2009-2010 bighorn sheep pneumonia die-offs (totaling an estimated 880 dead bighorns) in Montana, Nevada, Washington, Utah, and Wyoming have reduced bighorn numbers in at least 9 herds, either through direct mortality or agency removal (i.e., "culling") of bighorn sheep exhibiting symptoms of respiratory infections (WAFWA WSWG 2010b). Association between wild sheep and domestic sheep or goats is known to have preceded at least one of these aforementioned die-offs, was likely in 2 others, and was possible in 4 more, as domestic sheep or goats were known to occur within or near occupied bighorn sheep ranges, and within normal bighorn movement zones.

Although these recommendations have been developed by a working group comprised of state and provincial wildlife agency personnel, we recognize that cooperation between numerous concerned parties (e.g., state, provincial, territorial wildlife agencies, federal land management agencies, First Nation or tribal representatives, domestic sheep or goat producers and grazing permittees, agricultural industry representatives, wild sheep conservation organizations, environmental groups, academic institutions, and various interested publics) is critically important to deriving on-the-ground solutions (USAHA 2009). It is our hope that collaborative discussions and actions (e.g., British Columbia Wild/Domestic Sheep   Separation Program, Wyoming Statewide Domestic Sheep/Bighorn Sheep Interaction Working Group, Idaho Governor's Bighorn Sheep Collaborative) will take place in each jurisdiction where this issue occurs, and that those discussions yield productive solutions.

BLM_0073308

We recognize there are many human-caused (e.g., displacement/disturbance) and environmental (e.g., predation, climatic) stressors (C.A.S.T. 2008) that also influence dynamics and viability of wild sheep populations. We also acknowledge that some factors affecting wild sheep population performance can be managed, while others cannot. Nevertheless, the guiding principle of our effort has been "to seek effective separation" between wild sheep and domestic sheep or goats. We believe that even though no "cookbook" exists for conducting risk assessments of respiratory disease transmission between wild sheep and domestic sheep or goats, comprehensive risk assessment is a critically important component for managing potential disease transmission.

Management Recommendations

The following recommendations have applicability to state, provincial, or territorial wildlife agencies, federal land management agencies, wild sheep conservation organizations, domestic sheep or goat producers or permittees, and private landowners. These recommendations have been strategically assigned to a category we have judged to be most logical and reasonable. However, it is imperative that readers recognize these recommendations are typically pertinent to multiple parties, and further recognize that a multi-disciplinary and collaborative approach will likely produce the best outcomes for wild sheep and for domestic sheep or goat producers or permittees. We have defined specific, frequently-used terms (e.g., "effective separation") in a glossary (Appendix A).

We recommend that wild sheep managers design and implement management strategies by prioritizing the conservation values (e.g., federal- and/or state-listed status, sensitive species status, native wild sheep herds that have never been extirpated or augmented, naïve wild sheep populations with no previous exposure to domestic sheep or goats) and relative importance of wild sheep populations. The higher the wild sheep conservation value, and the greater the risk of association with domestic sheep or goats, the more aggressive and comprehensive that wild sheep and domestic sheep or goat management strategies should be, commensurate with the level of risk.

## Recommendations to WAFWA Agencies

➢ Historic and suitable but currently unoccupied wild sheep range should be identified, evaluated, and compared against currently-occupied wild sheep distribution by each state, province, or territory within historic range of wild sheep, and also compared to existing and potential areas where domestic sheep or goats are, or may be, authorized.

➢ Risk assessments should be periodically completed (at least once per decade, more often if situations warrant) for existing and potential wild sheep habitat, to specifically identify where and to what extent wild sheep might interface with domestic sheep or goats, and monitor changes in risk along that interface.

➢ Following completion of site-specific risk assessments, wild sheep translocation, population augmentation, restoration, and management strategies should be designed to minimize likelihood of association between wild sheep and domestic sheep or goats.

➢ Wild sheep managers should identify, analyze, and evaluate the implications (i.e., both positive and negative) of connectivity and movement corridors between largely insular herds within a meta-

7

BLM_0073309

population against the opportunity for increased association with domestic sheep or goats. Analyses should include the relative continuity vs. discrete occurrence (Mack 2008) of occupied wild sheep distribution, and the expected frequency of movement between/within normally-anticipated wild sheep range. Benefits of genetic interchange (and implications for population viability) must be weighed against heightened risks of possible disease transmission (Bleich et al. 1990), especially if dispersing or wandering wild sheep might travel through occupied domestic sheep or goat grazing allotments or trailing routes, or result in the transfer of locally endemic pathogens from an infected wild herd to a naïve herd.

➢ Removal of wild sheep known or suspected to have closely associated with domestic sheep or goats is an effective management tool to address disease transmission concerns, when applied to wild sheep found outside of expected wild sheep range. Although the probability of detecting physical contact is typically low, non-typical movements by wild sheep outside of normal wild sheep ranges can heighten risk of association with domestic sheep or goats. If frequency of suspected association occurs above defined, acceptable levels, additional measures to work toward effective separation should be implemented.

➢ Removal of wild sheep within occupied, normally-anticipated wild sheep range is not always recommended as the preferred, first management option to address disease transmission or maintain effective separation. When domestic sheep or goats are grazed within normally-anticipated wild sheep range, a continuous and frequent risk of association exists during active grazing seasons. High probability of association, coupled with low probability of detection, renders removal of wild sheep ineffective for addressing disease transmission or maintaining separation. In addition, removal of wild sheep within normally-anticipated range does not involve wandering wild sheep, but resident reproductive members of a population whose removal could have substantial negative impacts on population viability. When selected, the option to remove wild sheep should occur only after critical evaluation and further implementation of measures designed to minimize association and enhance effective separation.

➢ Do not translocate wild sheep where there is no reasonable likelihood of achieving effective separation between wild sheep and domestic sheep or goats.

➢ As potential agricultural conflicts, landscape conditions and habitat suitability change, stocking wild sheep onto historic range, particularly on public lands, should be re-evaluated.

➢ Wild sheep populations should be managed to reach pre-determined population objectives, and those populations should be maintained at agreed-upon densities, to minimize wild sheep dispersal. It should be recognized that wild sheep dispersal occurs regardless of population density, so some risk of association is always present, if domestic sheep or goats are within range of dispersing wild sheep.

➢ The higher the risk of association between wild sheep and domestic sheep or goats, the more intensively wild sheep herds need to be monitored and managed. Intensity of monitoring should be commensurate with level of risk and probability of domestic sheep and goat association when considering "new" vs. "augmented" wild sheep populations. If there are anticipated differences in likelihood of association with domestic sheep or goats, a site-specific protocol should be spelled out

8

BLM_0073310

for "new" vs. "augmented" wild sheep populations. For example, the percentage of translocated wild sheep that should be radio-collared (preferably with GPS collars) should, in part, depend upon subsequent risk of domestic sheep or goat association. Intensive monitoring allows for documenting proximity between wild sheep and domestic sheep or goats, and allows for evaluation of post-release habitat use and movements. Budgets to translocate wild sheep should be adequate to ensure long-term monitoring.

➢ Wild sheep managers should recognize that augmentation of a wild sheep herd from discrete source populations also poses a risk for moving pathogens. Wild sheep management agencies should only use healthy wild sheep herds as source stock for translocations. Source herds should have extensive health histories and be regularly monitored to evaluate herd health. Wild sheep managers should evaluate tradeoffs between anticipated genetic benefits and potential health consequences of mixing wild sheep from various source herds, when conducting translocations.

➢ Prior to conducting a wild sheep translocation, a map of anticipated wild sheep distribution and movement should be developed and compared with domestic sheep and goat distributions. If a wild sheep translocation occurs, and association with domestic sheep or goats is confirmed or is likely to occur beyond an identified timeframe or beyond a mapped geographic area (possibly including historic, suitable wild sheep habitat), domestic sheep or goat producers should be held harmless.

➢ Agencies should develop, adopt, and widely distribute a written strategy to address dispersing or wandering wild sheep (e.g., British Columbia Ministry of Environment, Appendix B; Wyoming Game and Fish Department, Appendix C). These animals may physically contact domestic sheep or goats, and continue traveling, either back to their source herd or to other wild sheep herds, with or without infectious disease. This strategy should clearly identify what and when specific actions are to be taken (e.g., kill and medically evaluate wandering wild sheep), and specify who is authorized to take those actions. Furthermore, this strategy should be openly discussed with affected stakeholders, so there is clear and widespread understanding of subsequent management actions that could be implemented by state, provincial, or territorial wildlife agencies.

➢ Agencies should develop a response protocol for confirmed association between wild sheep and domestic sheep or goats. This strategy should include notification requirements, wildlife health intervention (if appropriate), and post-contact monitoring strategies. Furthermore, state, provincial, or territorial wildlife and agriculture agencies, land management agencies, producers and permittees, grazing industry representatives, and wild sheep advocates should collaborate to develop an effective, efficient, and legal response protocol for errant domestic sheep or goats (e.g., feral, abandoned) for which no owner can be identified and that threaten to associate with wild sheep.

➢ State, provincial, or territorial wildlife agencies should work together to develop a system (possibly internet-based) to report, record, and summarize association between wild sheep and domestic sheep or goats. Once established, the WAFWA WSWG website http://www.wafwa.org/html/wswg.shtml would be a logical place to host this incident reporting system. Furthermore, state, provincial, or territorial wild sheep managers and federal land managers should encourage prompt reporting by the public of observed proximity between wild sheep and domestic sheep or goats.

BLM_0073311

➢ The use of domestic sheep or goats as pack animals by hunters, anglers, and other recreational or commercial users that travel in identified wild sheep habitat should be prohibited. Where legislation or regulations are not already in place, an effective outreach and public education program should be implemented, to inform potential users of the risks associated with that activity and recommend that individuals not use domestic sheep or goats as pack animals in occupied wild sheep habitat.

➢ Wild sheep managers should coordinate with local Weed & Pest Districts or other applicable agencies or organizations involved with weed management to preclude the use of domestic sheep or goats for noxious weed control in areas where association with wild sheep is likely to occur. Agencies should provide educational information and offer assistance to Weed & Pest Districts regarding disease risks associated with use of domestic sheep or goats for weed control. Specific guidelines have already been developed by, and implemented in, British Columbia (http://www.for.gov.bc.ca/hfp/publications/00006/).

➢ Several capture and disease-testing protocols (pre-translocation, post-die-off) have been developed and are available to wild sheep managers (Foster 2004, UC-Davis 2007, WAFWA Wildlife Health Committee (WHC) 2009). Specific protocols for sampling, testing prior to translocation, and responding to disease outbreaks are useful and should be standardized to the extent practical across state and federal jurisdictions. Protocols should be reviewed and updated as necessary by the WHC and presented to WAFWA Directors for endorsement. Once endorsed by WAFWA Directors, wild sheep management agencies should implement the existing protocols, and the WHC should lead the effort to further refine and implement said protocols.

➢ Wild sheep management agencies should coordinate with each other and pool resources to support improvement in laboratory testing methods for important wild sheep diseases. Furthermore, state, provincial, and territorial wild sheep managers should support efforts on data sharing, and development and use of standardized protocols (WAFWA WHC 2009). Inter-agency communication between wildlife disease experts should be encouraged, to synergistically accomplish more than individual agencies or organizations are capable of by themselves.

➢ Wild sheep management agencies should pro-actively develop educational materials and outreach programs identifying and explaining the risk of association between wild sheep and domestic sheep or goat farm flocks and 4-H animals.

## Recommendations to BLM and USFS (and other applicable Land Management agencies)

➢ Joint federal land management agency guidelines on management of domestic sheep or goats in wild sheep habitat should be developed and included in broad agency policy documents (e.g., USFS Manuals) and in local Forest Plan/Resource Management Plans. Guidelines should be based on the premise of minimizing risk of association and providing effective separation between domestic sheep or goats and wild sheep. Once guidelines have been approved, there should not be an automatic "sunset" provision or expiration date. If there is a specified longevity required by federal policy, and if appropriate and timely review cannot be completed, existing guidelines should remain in effect, rather than becoming obsolete.

BLM_0073312

➢ Land management agencies responsible for domestic sheep or goat grazing allotments, trailing routes, vegetation management (e.g., weed control, enhancement of conifer regeneration), use as pack stock, or any other uses involving domestic sheep or goats should only authorize such use outside of occupied wild sheep range.

➢ Land management agencies should require prompt (i.e., within 24 hours) notification by permittees and their herders of association between wild sheep and domestic sheep or goats. Notification procedures (including phone numbers/contact information for permittees, and use of satellite phones in backcountry settings) should be included in Annual Operating Instructions for grazing allotments and trailing permits.

➢ Land management agencies should map active vs. inactive domestic sheep or goat grazing allotments and trailing routes, including information on dates of use and contact information for responsible grazing or trailing permittees.

➢ Ensure that advance written instructions (such as USFS Annual Operating Instructions) exist, and that they address management, retrieval, and disposition of stray domestic sheep or goats left on public lands prior to or after permitted grazing or trailing dates.

➢ Work collaboratively with state, provincial, or territorial wildlife and agricultural interests, to develop written agreements addressing management, retrieval, and disposition of stray domestic sheep or goats occurring on public lands where there is no permitted use. These agreements should also address feral sheep or goats as well as other exotic breeds (e.g., aoudad, Iranian red sheep, urial, argali) that range on public lands.

➢ Review domestic sheep allotment boundaries or use areas such as trailing routes. Reconfigure allotment boundaries or trailing routes where appropriate and feasible, to avoid or minimize overlap with occupied wild sheep habitat. Where feasible, use strategies and techniques including:
   o geographic/topographic barriers that enhance species separation;
   o seasonal or spatial separation through domestic sheep or goat grazing management.

➢ Undertake habitat enhancements that improve wild sheep habitats (both summer and winter range) outside allotment boundaries to attract wild sheep away from domestic sheep allotments.

➢ Undertake water developments to enhance bighorn sheep distribution or to move domestic sheep or goats  away from preferred wild sheep foraging areas.

➢ Annual Operating Instructions should require careful management and vigilant herding to minimize potential association between wild sheep and stray domestic sheep or goats. A count-on, count-off inventory of domestic sheep or goats should be required as a condition of operation.

➢ In areas of high risk of association, trucking should be required, since trailing may result in additional management risks. Trucking of domestic sheep or goats is preferred to trailing, since there is less chance of straying, and thereby less chance of association with wild sheep, particularly when domestic ewes are in estrus.

11

BLM_0073313

➢ If trailing occurs, on-site compliance monitoring to minimize strays should be conducted by the permittee and/or the land management agency.

➢ Land Use or Resource Management Plans, where relevant, should specifically address the issue of potential for domestic sheep or goat association with wild sheep. Land use plans should evaluate the suitability of permitting activities involving domestic sheep or goats, and determine the best course of action with respect to wild sheep conservation. Plans should address this issue and identify general areas of public land where domestic sheep or goats should not be permitted for weed control, commercial grazing, recreational packing, conifer regeneration, vegetation management, and other management activities.

➢ Land management agencies should coordinate closely with appropriate entities involved in weed control programs (e.g., local Weed & Pest Districts, University Experiment Stations, private landowners) using domestic sheep or goats on public lands, adjoining private lands, or state, provincial, or territorial wildlife habitat management areas.

➢ Where topography, vegetation, and other parameters are suitable, conversion of allotments from domestic sheep or goats to domestic livestock that pose a lower risk of disease transmission to wild sheep should be considered.

➢ Land management agencies should not convert cattle grazing allotments to domestic sheep or goat grazing or allow trailing in areas of suitable, historic wild sheep habitat. In suitable, historic wild sheep habitat not currently stocked with domestic sheep or goats, management strategies should emphasize options for restoring wild sheep populations.

➢ Stocking of allotments not currently under permit to domestic sheep or goats under emergency conditions (e.g., reduced forage availability in permitted allotment areas due to wildfire or drought) should only be permitted after adequate risk assessment has been completed, including documentation and a conclusion that effective separation can be assured. This assessment can be completed via project-level NEPA analysis.

➢ Land management agencies should incorporate state, provincial, or territorial wild sheep management plans either in, or supplemental to, federal Resource or Land Use Management Plans. Land management agencies should collaborate with state, provincial, or territorial wildlife agencies on comprehensive risk assessments (Clifford et al. 2007, Clifford et al. 2009, USDA-FS 2010) of domestic sheep or goat grazing allotments or trailing routes in wild sheep habitat, to assess risk of association with wild sheep. Adequate training (e.g., workshops, manuals) should be provided to agency staff to conduct risk assessments.

➢ Where mandatory buffer zones (frequently cited as a minimum of 9 airline miles [13.5 km]) between domestic sheep or goats and wild sheep have been used to minimize association, it should be recognized that buffer zones apply to herds or populations of wild sheep, rather than individual wandering wild sheep (e.g., most often sub-adult rams).

➢ In some cases, buffer zones have been a very effective strategy to reduce association between wild sheep and domestic sheep or goats. However, in continuous wild sheep habitat, where movements by

12

wild sheep may eventually exceed *a priori* expectations, buffer zones may not be effective or practical (Schommer and Woolever 2001).

➢ Topographic features or other natural or man-made barriers (e.g., fenced, interstate highways) can also be effective in minimizing association between wild sheep and domestic sheep or goats. Site-specific risk assessments should be completed, to evaluate efficacy of using natural barriers, defined buffer zones and other preventive actions to minimize risk. Given the wide range of circumstances across jurisdictions, buffer zones may not be needed in all situations; conversely, buffer zones should not be precluded as an effective strategy to address potential association between wild sheep and domestic sheep or goats.

➢ The presence of sick domestic sheep or goats may increase risk of association with wild sheep, as sick domestic animals may be less able to keep up with their bands and may be more prone to straying. Land management agencies, in collaboration with state, provincial, or territorial domestic sheep or goat  health agencies, should work with producers and permittees to prevent turnout of sick or diseased domestic sheep or goats on grazing allotments or trailing routes, or use for weed control or as pack stock. Sick or diseased animals observed on the range should be reported to land management agency personnel as soon as possible; after that initial notification, inter-agency coordination should promptly occur. Analogous to requirements to use certified weed-free hay on public lands, or requirements to clean logging or other heavy equipment which have been operating in areas where noxious weed seed might be inadvertently scattered into new areas, domestic sheep or goats should be healthy before being turned out. Alberta and British Columbia (http://www.for.gov.bc.ca/hfp/publications/00006/) have developed specific health certification protocols that must be complied with before domestic sheep are turned out for vegetation management in conifer regeneration efforts. The higher the risk of association between domestic sheep or goats with wild sheep, the higher the certainty of domestic animal health should be. It must be recognized that even healthy domestic sheep or goats may still carry pathogens that can be transmitted to wild sheep, and thus, still pose a significant risk to wild sheep.

➢ Proportional to risk of association between domestic sheep or goats and wild sheep, land management agencies should work with producers and permittees, state, provincial, or territorial wildlife agencies, wild sheep advocates, and others, to implement a variety of management practices (e.g., herders, dogs or other guarding animals trained to repel animals foreign to domestic sheep bands or goat flocks such as wandering wild sheep or various predators, regular counts, removal of sick animals, confinement of domestic sheep or goats at night to minimize strays, adequate fencing configurations, covenants, allotment retirements, conversion of class of livestock, trucking vs. trailing, etc). We recognize that effectiveness of management practices to reduce risk of association are not proven (Baumer et al. 2009, Schommer 2009) and recommend that these practices not be solely relied upon to achieve effective separation. Such practices might, however, help achieve separation when applied outside of occupied wild sheep range, to mitigate impacts of straying domestic sheep or goats and wandering wild sheep.

➢ Land management and state, provincial, or territorial wildlife agencies should cooperatively manage for healthy wild sheep habitat. Agencies should routinely monitor wild sheep habitat to detect changes in habitat quality or condition and, as needed and appropriate, conduct habitat enhancements (e.g., prescribed burning, pre-commercial thinning, salting, mineral supplements,

BLM_0073315

water development, etc.) to encourage wild sheep to remain in wild sheep habitats, away from domestic sheep or goat use areas.

➢ In areas where association between wild sheep and domestic sheep or goats is likely, land management agencies should post advisory signs at trailheads, campgrounds, and other popular, high-use recreational areas, to educate visitors about the issue of interaction, and to encourage prompt reporting of wild sheep association with domestic sheep or goats. Furthermore, individuals accompanied by pets (i.e., dogs) should ensure that dogs remain under their control, and do not disturb or scatter domestic sheep or goats in permitted areas, or chase wild sheep.

➢ Land management agencies should clearly define the process, protocols, and timelines for short-term or emergency management actions when intervention is needed to minimize risk of association between wild sheep and domestic sheep or goats.

➢ Develop programs to foster and recognize compliance, cooperation, and cost-sharing in efforts to prevent commingling of wild sheep and domestic sheep on shared ranges.

➢ In collaboration with state, provincial, or territorial wild sheep management agencies, investigate and implement an option to allow the permittee or producer or appropriate agency representatives to remove commingling wild sheep.

➢ Where not already established, develop or clarify legal authority for removing stray domestic sheep from public lands by lethal means.

➢ Risk assessment should be conducted on an appropriate geographic scale, regardless of jurisdictional boundaries. Recognizing the limits of regulatory authority, land management agencies should consider private lands (i.e., either adjacent to, or inholdings of, federal land) when conducting risk assessments.

➢ Land management agencies should closely evaluate timing of permitted domestic sheep or goat grazing or trailing activities, to reduce disease transmission risk. For example, grazing domestic sheep when ewes are in estrus heightens attraction and increases possibility of association between wild sheep and domestic sheep.

➢ In areas with high risk of association between wild sheep and domestic sheep or goats, agencies and permittees should pursue enhanced monitoring of domestic sheep or goat grazing or trailing patterns via use of Global Positioning System collars or other technology that would provide detailed data on movements and grazing patterns. While enhanced monitoring will not reduce risk of association, it is vital for development of risk assessments and to ensure appropriate management recommendations are taken to achieve effective separation.

## Recommendations to Wild Sheep (and Other ) Conservation Organizations

➢ Recognize and support efforts of wild sheep management agencies.

➢ Assist state, provincial, or territorial wild sheep and federal land management agencies with education efforts to inform those who might enter or utilize wild sheep habitat to not use domestic

14

sheep or goats as pack animals, as they travel in, and through, wild sheep habitat. If use of domestic pack goats is authorized, close control, tethering, or night-penning to reduce strays should be encouraged. Encourage prompt reporting of association between wild sheep and domestic sheep or goats. Help agencies promote a reporting system for monitoring association between wild sheep and domestic sheep or goats.

➢ Assist state, provincial, or territorial wild sheep and federal land management agencies with development of informational, educational brochures and other materials identifying and explaining risk of association between wild sheep and domestic sheep or goat farm flocks and 4-H animals.

➢ Maintain or establish open lines of communication with domestic sheep or goat producers and industry organizations (e.g., woolgrowers associations) to reduce polarization on this issue. Jointly organized and cooperatively-funded workshops on risk assessment, identification of practical strategies to achieve effective separation between wild sheep and domestic sheep or goats, development and distribution of pamphlets or brochures, and public speaking opportunities are tangible examples of a collaborative, multi-disciplinary approach to address potential disease transmission.

➢ Continue to negotiate alternatives or incentives for domestic sheep or goat permittees to shift or move to grazing allotments outside wild sheep habitat; where suitable, convert to a different class of livestock with lower risk of potential disease transmission; or waive permitted domestic sheep or goat use in areas where risk assessment indicates high potential for association with wild sheep.

➢ Encourage and support development and funding of cooperative research on this issue. Encourage state, provincial, and federal agencies and other conservation groups to commit appropriate resources to maintain wild sheep resources.

**<u>Suggested Management Practices for Domestic Sheep and Goat Permittees</u>**

(While these suggestions [largely based on C.A.S.T. 2008, Baumer et al. 2009, USAHA 2009] provide a common-sense approach that might reduce risk of association, there is no science-based evidence or evaluation [Schommer 2009] that assesses effectiveness of these actions in reducing risk or enhancing separation).

➢ Support multi-lingual education for, and the need for prompt, accurate reporting of association by, foreign herders working on domestic sheep or goat grazing allotments where proximity between wild sheep and domestic sheep or goats is possible.

➢ Select only highly gregarious breeds of sheep (e.g., Merino, Rambouillet, "Western/white-faced ewes", fine wools and crosses thereof) for grazing shared ranges.

➢ Use pregnant domestic ewes or ewe-lamb pairs for grazing near occupied wild sheep habitats; avoid grazing of open ewes, yearling replacement ewes and ewes that have lost their lambs because ewes in estrus may attract bighorn rams.

BLM_0073317

- Maintain a band size of less than 900 ewes with single lambs (1,800 total) or 700-800 ewes with twin lambs (2,100 to 2,400 total); if dry ewes or yearlings are grazed, maintain flock size of less than 1,500 head.

- Place more experienced, informed, and responsible sheepherders on allotments located nearest to wild sheep habitats.

- Place mature and effective guard dogs and herding dogs with domestic sheep (at least 2 of each per band). Female dogs in heat should not be placed on allotments.

- Conduct full counts of all individual ewes when moving onto and off of each allotment.

- Maintain an appropriate ratio of marker sheep within bands; depending on local needs and conditions, ratios should be no fewer than 1 marker for every 100 adult sheep. More markers may be required when dictated by local conditions.

- Count marker sheep on a regular basis, immediately any time sheep scatter and more frequently (e.g., once or twice per day) if required under local grazing agreements. It is customary to count marker sheep when they are bedded and this should be encouraged. After sheep scatter, complete a full count as soon as reasonably possible.

- Place bells on at least 1 in every 100 mature ewes to serve as warning, and for identification and location of sheep relative to other sheep.

- Select camp locations and bedding grounds that are acceptable and ensure domestic sheep remain within the bedding grounds.

- Select herder's camp, nighttime bedding ground, and midday bedding ground locations that maintain communication between guard dogs and herding dogs by smell, sound (barking) and sight, and to take advantage of differences in the sleep cycles of guard dog and herding dogs. If grazing federal lands, comply with established "bed ground" standards. Construct temporary electric or boundary fences in congregation areas (e.g., bed grounds), where feasible.

- Truck in water (if needed) to prevent straying.

- In situations where sheep are difficult to observe because of dense vegetation or difficult terrain, always count marker sheep after emerging from such conditions.

- Increase sheepherder vigilance on bright moonlit nights because sheep may rise to graze under these conditions.

- Truck domestic sheep through "driveway" areas that include occupied wild sheep habitat where interspecies association is considered likely.

- Do not trail more than 5 miles per day and stop trailing when sheep or lambs show signs of fatigue. Provide for a "babysitter" or removal of lagging sheep when trailing. Follow all agency guidelines on federal lands.

BLM_0073318

➢ Remove sick or physically disabled domestic sheep from the band.

➢ Require that sheepherders use communication equipment such as cellular or satellite phones or two-way radios, and use location equipment such as global positioning system (GPS) receivers to report and record grazing movements and encounters with wild sheep. Seek cost-sharing partnerships for providing electronic and other equipment when an operator changes grazing management practices for the sole purpose of minimizing domestic sheep association with wild sheep; these partnerships could include wildlife management agencies, federal land managers, or private organizations.

➢ Have sheepherders use a log book or other record keeping aids to record GPS locations, counts, losses, and other information as needed or required.

➢ Develop a detection and response protocol that includes the following:
   o reporting wild sheep (including a count and GPS location) that are in proximity to domestic sheep bands;
   o reporting stray or missing domestic sheep to the land management agency;
   o immediate, two-way notification (between permittee and land management  agency) of actual commingling;
   o a post turn-off stray domestic sheep removal protocol;
   o a protocol for removing individual commingling wild sheep;
   o where feasible, collect standardized diagnostic samples on stray domestic sheep and commingling wild sheep;
   o instructions for domestic sheep herders to not leave sick domestic sheep behind.

➢ Develop and follow a plan for locating and reacquiring (dead or alive) stray sheep.  If a domestic sheep is determined to be missing, the permittee will immediately initiate a comprehensive search and notify the land manager that domestic sheep are missing, or when those strays are located.

➢ Allow and encourage the permittee or producer and appropriate agency representatives to remove any stray domestic sheep in areas where interspecies association is likely to occur.

➢ Allow and encourage the permittee or producer and appropriate agency representatives to haze wild sheep that appear intent on commingling.

➢ Encourage voluntary allotment monitoring by permittees or independent observers in conjunction with federal and state agencies; where used, independent observers should receive prior training from permittees or agency personnel.

➢ Commensurate with risk of association between wild sheep and domestic sheep or goats, and recognizing the differential seasonal likelihood of wandering wild sheep, provide an adequate number of herders and guard animals, and employ other methods (e.g., volunteers, hazing of approaching wild sheep) to monitor and minimize potential association between wild sheep and domestic sheep or goats. Confine domestic sheep or goats at night where feasible, rather than loose herding/bedding, to minimize possible strays.

BLM_0073319

## Suggested Management Practices on Private Lands

➢ Recognize that domestic sheep or goat husbandry on private lands may influence wild sheep population viability on adjacent public lands. Voluntarily participate in comprehensive risk assessments with state, provincial, territorial and federal agencies when private land or farm flocks adjoin public land with wild sheep resources.

➢ Any observed association between wild sheep and domestic sheep or goats on or near private land should be promptly reported to the state, provincial, or territorial wildlife agency.

➢ Participate in cooperative educational efforts to enhance understanding of the issues of disease transmission between domestic sheep or goats and wild sheep.

➢ Do not release or leave unattended domestic sheep or goats in areas where they may seek out, or be sought out by, wild sheep.

➢ Cooperate with the public, state, provincial, territorial, or federal government agencies, agricultural organizations, producer associations, wild sheep conservation organizations, and other interested stakeholders to develop effective, comprehensive risk management approaches to ensure effective separation between wild sheep and domestic sheep or goats, while recognizing private property rights in and near wild sheep habitat. Approaches may include but are not limited to changing species/class of livestock, buyouts of land and/or domestic sheep or goats , use of methods to ensure physical separation (e.g., fencing strategies, use of guarding animals), conservation-based resolutions, bylaws, covenants or legislation.

➢ Develop adequate risk management strategies by private producers on privately-owned land.

➢ Consider alternative domestic livestock management strategies if they can reduce risk of disease transmission without causing economic hardship or reducing profitability.

➢ Consider partnerships with non-governmental organizations and wild sheep advocate groups for cost sharing on fencing or other domestic sheep or goat management that reduces risk of disease transmission from private flocks to public wild sheep.

➢ Support "effective separation" fencing standards whenever feasible, including the options of electric outrigger fences or double fencing methods to reduce transmission of respiratory disease agents. The goal of separation fencing is the physical prevention of nose-to-nose contact, and an adequate physical distance to prevent aerosol transmission. Outriggers of electric wire 2 feet from page-(woven) wire fencing or double fencing consisting of two page-wire fences with a minimum spacing of at least 10 feet are considered effective. A combination of fencing methods may be most effective to ensure that wild sheep do not physically contact domestic sheep or goats on private land.

➢ Participate in cooperative research ventures to enhance understanding of this issue and test mitigation protocols for disease risk management.

BLM_0073320

➢ Carefully consider the use of domestic sheep or goats for weed control on private land areas where association with wild sheep may occur. Work with agencies to consider alternative weed management strategies to reduce risk of association, while adequately managing weed problems.

## **Literature Cited**

http://www.for.gov.bc.ca/hfp/publications/00006/ British Columbia Ministry of Forests and Range: Sheep Vegetation Management Guidelines.

Aune, K., N. Anderson, D. Worley, L. Stackhouse, J. Henderson, J. Daniel. 1998. A comparison of population and health histories among seven Montana bighorn sheep populations. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 11:46-69.

Baumer, A., N. East, J. Echnique, M. Haworth, M.F. Leinassar, C. Papouchis, T. Stephenson, D. Weaver, and G. Wilson. 2009. A Process for Identifying and Managing Risk of Contact between Sierra Nevada Bighorn Sheep and Domestic Sheep. 37 pp.

Beecham, J.J. Jr., C.P. Collins, and T.D. Reynolds. 2007. Rocky Mountain Bighorn Sheep (*Ovis canadensis*): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region. http://www.fs.fed.us/r2/projects/scp/assessments/rockymountainbighornsheep.pdf

Black, S.R, I.K. Barker, K.G. Mehren, G.J. Crawshaw, S. Rosendal, L. Ruhnke, J. Thorsen, and P.S. Camran. 1988. An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep (*Ovis dalli dalli*). J. Wildl. Dis. 24:627-635

Bleich, V.C., J.D. Wehausen, and S.A. Holl. 1990. Desert-dwelling mountain sheep: conservation implications of a naturally fragmented distribution. Cons. Bio. 4:383-390.

Callan, R.J., T.D. Bunch, G.W. Workman, and R.E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic domestic sheep. J. Amer. Veter. Med. Assoc. 198(6):1052-1056.

Cassirer, E.F., L.E. Oldenberg, V.L. Coggins, P. Fowler, K.M. Rudolph, D.L. Hunter, and W.J. Foreyt. 1996. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995-1996. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 10: 78-86.

Clifford, D.L., B.A. Schumaker, T.R. Stephenson, V.C. Bleich, M. Leonard-Cahn, B.J. Gonzales, J.A.K. Mazet. 2007. Modeling risks of disease transmission from domestic sheep to bighorn sheep: implications for the persistence and restoration of an endangered endemic ungulate. Univ. of California-Davis Wildlife Health Center, Department of Fish and Game Resource Assessment Program Final Report. 47 pp.

Clifford, D.L., B.A. Schumaker, T.R. Stephenson, V.C. Bleich, M. Leonard-Cahn, B.J. Gonzales, W.M. Boyce, and J.A.K. Mazet. 2009. Assessing disease risk at the wildlife-livestock interface: a study of Sierra Nevada bighorn sheep. Biol. Cons. 142:2559-2568.

BLM_0073321

Coggins, V.L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:57-64.

Coggins, V.L. 2002. Rocky Mountain bighorn sheep/domestic sheep and domestic goat interactions: a management perspective. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 13:165-174.

Coggins, V.L. and P.E. Matthews. 1992. Lamb survival and herd status of the Lostine bighorn herd following a *Pasteurella* die-off. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 8:147-154.

Colorado Division of Wildlife. 2009. Colorado Bighorn Sheep Management Plan: 2009−2019. Denver, CO. 93 pp.

Council for Agricultural Science and Technology (C.A.S.T.). 2008. *Pasteurellosis Transmission Risks between Domestic and Wild Sheep.* C.A.S.T. Commentary QTA 2008-1. C.A.S.T., Ames, IA. 8 pp.

Croft, B., M. Haworth, M. Hennessy, R. Mazur, S. Nelson, R. Perloff, J. Robson, and T. Stephenson. 2009. Application of the Document Entitled A Process for Identifying and Managing Risk of Contact between Sierra Nevada Bighorn Sheep and Domestic Sheep. 12 pp.

Croft, B., A. Fesnock, M. Haworth, R. Mazur, L. Murphy, S. Nelson, R. Perloff, and T. Stephenson. 2010. Application of the Document Entitled A Process for Identifying and Managing Risk of Contact between Sierra Nevada Bighorn Sheep and Domestic Sheep. 19 pp.

Desert Bighorn Council. 1990. Guidelines for management of domestic sheep in the vicinity of desert bighorn habitat. Trans. Desert Bighorn Counc. 34:33-35.

Diamond, J.M. 1997. Guns, Gems, and Steel: The Fates of Human Societies. W.W. Norton, New York, NY. 480 pp.

Dubay, S., H. Schwantje, J. deVos, and T. McKinney. 2002. Bighorn sheep (*Ovis canadensis)* diseases: a brief literature review and risk assessment for translocation. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 13:134-152.

Epps, C.W., D.R. McCulloch, J.D. Wehausen, V.C. Bleich, and J.L. Rechel. 2004. Effects of climate change on population persistence of desert-dwelling mountain sheep in California. Cons. Bio. 18:102-113.

Epps, C.W., J.D. Wehausen, V.C. Bleich, S.G. Torres, and J.S. Brashares. 2007. Optimizing dispersal and corridor models using landscape genetics. J. Appl. Ecol.

Festa-Bianchet, M. 1988. A pneumonia epizootic in bighorn sheep, with comments on preventative management. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 6:66-76.

Foreyt, W.J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 9:7-14.

BLM_0073322

Foreyt, W.J. and D.A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. J. Wildl. Dis. 18(2):163-168.

Foreyt, W.J., K.P. Snipes, and R.W. Kasten. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. J. Wildl. Dis. 30(2):137-145.

Foreyt, W.J. and J.E. Lagerquist. 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. J. Wildl. Dis. 32:594-602.

Foreyt, W.J., R.M. Silflow, and J.E. Lagerquist. 1996. Susceptibility of Dall sheep (*Ovis dalli dalli*) to pneumonia caused by *Pasteurella haemolytica*. J. Wildl. Dis. 32:586-593.

Foreyt, W.J, E.J. Jenkins, and G.D. Appleyard. 2009. Transmission of lungworms (*Mullerius capillaris*) from domestic goats to bighorn sheep on common pasture. J. Wildl. Dis. 45(2): 272-278.

Foster, C.L. 2004. Wild sheep capture guidelines. Proc. North. Wild Sheep and Goat Counc. 14:211-282.

Garde, E., S. Kutz, H. Schwantje, A. Veitch, E. Jenkins, B. Elkin. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats and introduced domestic sheep, goats and llamas in the Northwest Territories. Northwest Territories Agricultural and Policy Framework and Environment and Natural Resources Government of the Northwest Territories, Canada. 139 pp.

George, J.L, D.J. Martin, P.M. Lukacs, and M.W. Miller. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. J. Wildl. Dis. 4:388-403.

Goodson, N. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 3:287-313.

Grinnell, G.B. 1928. Mountain sheep. J. Mammal. 9:1-9.

Gross, J.E, F.J. Singer, and M.E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Rest. Ecol. 8(4S):25-37.

Honess, R.F. and N.M. Frost, 1942. A Wyoming bighorn sheep study. Wyoming Game and Fish Department Bull. No. 1.

Hunt, E.G. 1980. Report on Lava Beds National Monument bighorn sheep die-off. California Department of Fish and Game Memorandum. 6 pp.

Jansen, B.D., J.R. Heffelfinger, T.H. Noon, P.R. Krausman, and J.C. deVos, Jr. 2006. Infectious keratoconjunctivitis in bighorn sheep, Silver Bell Mountains, Arizona. J. Wildl. Dis. 42(2):407-411.

Jeffress, J. 2008. Transmission of *Pasteurella haemolytica* between domestic sheep and a free-ranging bighorn ewe. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 16:160.

BLM_0073323

Jenkins, E.J., A.M. Veitch, S.J. Kutz, T.K. Bollinger, J.M. Chirino-Trejo, B.T. Elkin, K.H. West, E.P. Holberg, and L. Polley. 2007. Protostrongylid parasites and pneumonia in captive and wild thinhorn sheep (*Ovis dalli*). J. Wildl. Dis. 43:189-205.

Jessup, D.A. 1982. Bighorn sheep and domestic sheep: conflict in Nevada's Granite Mountains. Association of Wildlife Veterinarians Newsletter 14:4-5

Jessup, D.A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Trans. Desert Bighorn Counc. 29:29-33.

Lawrence, P.K., S. Shanthalingam, R.P. Dassanayake, R. Subramaniam, C.N. Herndon, D.P. Knowles, F.R. Rurangirwa, W.J. Foreyt, G. Wayman, A.M. Marciel, S.K. Highlander, S. Srikumaran. 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): Unequivocal demonstration with green fluorescent protein-tagged organisms. J. Wildl. Dis. [in press].

Mack, C.M. 2008. Wandering Wild Sheep Policy: A Theoretical Review. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 16:211-220.

Marsh. H. 1938. Pneumonia in Rocky Mountain bighorn sheep. J. Mammal. 19:214-219.

Martin, K.D., T.J. Schommer, and V.L. Coggins. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 10:72-77.

McQuivey, R.P. 1978. The bighorn sheep of Nevada. Nevada Dept. of Fish and Game Biol. Bull. No. 6.

Miller, M.W. 2001. Pasteurellosis. Pages 330-339 *in* E.S. Williams and I.K. Barker, editors. Infectious Diseases of Wild Mammals. 3rd edition. Iowa State University Press, Ames, IA.

Montana Department of Fish, Wildlife and Parks. 2009. Montana Bighorn Sheep Conservation Strategy. Helena, MT. 319 pp.

Onderka, D.K. and W.D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 4:356-363.

Onderka, D.K. and W.D. Wishart. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. J. Wildl. Dis. 24(4):663-667.

Onderka, D.K., S.A. Rawluk, and W.D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Can. J. Veter. Res. 52:439-444.

Pybus, M.J., R.A. Fenton, and H. Lange. 1994. A health protocol for domestic sheep used on forest grazing allotments in Alberta and British Columbia. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 9:20-24.

BLM_0073324

Rudolph, K.M., D.L. Hunter, W.J. Foreyt, E.F. Cassirer, R.B. Rimler, and A.C.S. Ward. 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. J. Wildl. Dis. 39:897-903.

Rudolph, K.M., D.L. Hunter, R.B. Rimler, E.F. Cassirer, W.J. Foreyt, W.J. DeLong, G.C. Weiser, and A.C. Ward. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). J. Zoo. Wildl. Med. 38:548-558.

Ryder, T.J., E.S. Williams, and S.L. Anderson. 1994. Residual effects of pneumonia on the bighorn sheep of Whiskey Mountain, Wyoming. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 9:15-19.

Schommer, T. 2009. Evaluation of "Best Management Practices". Appendix F, Payette NF DSEIS. 5 pp.

Schommer, T. and M. Woolever. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. USDA Forest Service, Washington, DC. 62pp.

Schwantje, H. 1988. Causes of bighorn sheep mortality and die-offs: literature review. Wildlife Working Report No. WR-35. Wildlife Branch, Ministry of Environment, Victoria, BC, Canada. 49 pp.

Singer, F.J., V.C. Bleich, and M.A. Gudorf. 2000. Restoration of bighorn sheep meta-populations in and near western national parks. Restor. Ecol. 8(4S):14-24.

Skinner. M.P. 1928. The elk situation. J. Mammal. 9:309-317.

U.S. Animal Health Association. 2009. Recommendations on best management practices for domestic sheep grazing on public land ranges shared with bighorn sheep. USAHA Joint Working Group Committee on Wildlife Diseases & Committee on Sheep & Goats. 8 pp.

USDA Forest Service. 2009. Briefing Paper on Disease Transmission from Domestic to Bighorn Sheep, presented to Western Association of Fish and Wildlife Agencies, January 9, 2010, San Diego, CA.

USDA Forest Service. 2010. Update to the Draft Supplemental Environmental Impact Statement, Southwest Idaho Ecogroup Land and Resource Management Plans. USDA-FS Intermountain Region, Ogden, UT. 384 pp.

USDI Bureau of Land Management. 1992. Instruction Memorandum 92-264. Guidelines for Domestic Sheep Management in Bighorn Sheep Habitats. USDI-BLM, Washington, DC. 3 pp.

USDI Bureau of Land Management. 1998. Instruction Memorandum 98-140. Revised Guidelines for Management of Domestic Sheep and Goats in Native Wild Sheep Habitats. USDI-BLM, Washington, DC. 6 pp.

USDI Bureau of Land Management. 2010. Briefing Paper on Status of Domestic Sheep and Goat Management in Native Wild Sheep Habitat, presented to Western Association of Fish and Wildlife Agencies, January 9, 2010, San Diego, CA.

University of California-Davis. 2007. Workshop Summary: Respiratory Disease in Mountain Sheep: Knowledge Gaps and Future Research. 80 pp.

BLM_0073325

Ward, A.C.S., M.R. Dunbar, D.L. Hunter, R.H. Hillman, M.S. Bulgin, W.J. Delong, and E.R. Silva. 1990. *Pasteurellaceae* from bighorn and domestic sheep. Proc. Bienn. Symp. North. Wild Sheep and Goat Counc. 7:109-117.

Ward, A.C.S., D.L. Hunter, M.D. Jaworski, P.J. Benolkin, M.P. Dobel, J.B. Jeffress, and G.A. Tanner. 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. J. Wildl. Dis. 33(3):554-557.

Western Association of Fish and Wildlife Agencies (WAFWA) Wild Sheep Working Group (WSWG). 2007. Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat, June 21, 2007. 27 pp. http://www.wafwa.org/html/wswg.shtml

Western Association of Fish and Wildlife Agencies (WAFWA) Wildlife Health Committee (WHC). 2009. Wild Sheep Herd Health Monitoring Recommendations. 14 pp. http://www.wafwa.org/html/wswg.shtml

Western Association of Fish and Wildlife Agencies (WAFWA). Wild Sheep Working Group (WSWG). 2010a. GIS maps (in prep) for 14 western states, showing bighorn sheep distribution overlain with vacant and active domestic sheep and goat grazing allotments and trailing routes.

Western Association of Fish and Wildlife Agencies (WAFWA) Wild Sheep Working Group. 2010b. June 14, 2010 Summary on 9 bighorn sheep die-offs, winter 2009-2010. 2 pp. http://www.wafwa.org/html/wswg.shtml

## Appendix A.
## Glossary of Terms

<u>Allotment</u>: A portion of a landscape where livestock grazing of a plant community is prescribed according to a specific land use plan or legally defined regulatory authority.

<u>Annual Operating Instructions</u>: Specific language included in a term grazing or trailing permit file; reviewed each year with the permittee, prior to turnout of livestock on a grazing allotment or trailing route.

<u>Association</u>: Close proximity between wild sheep and domestic sheep or goats, potentially leading to direct physical contact and potential disease transmission.

<u>Augment</u>: An intentional introduction of wild sheep from one or more a source populations into another existing wild sheep population, to enhance the recipient population demographically or genetically.

<u>Buffer Zone</u>: A defined and delineated space on a landscape established by wildlife managers to reduce association and prevent possible disease transmission between wild and domestic sheep or goats across that geographic space.

BLM_0073326

Bighorn Sheep: A member of the species *Ovis canadensis* found throughout the mountains of western North America. They occur from the Peace River in Canada to northern Mexico and east to the Badlands of the Dakotas. Eight races are reported if one counts the extinct Audubon's bighorn.

Contact: Direct contact between body parts of two animals during which a disease might be transmitted from one to another. In this document, "contact" typically refers to nose-to-nose or face-to-face interaction that may lead to the transmission of respiratory disease via secretions or aerosols. Synonymous with "Interaction".

Close Management: A specific management prescription that requires intensive monitoring of animals in a population whose long-term persistence is at risk.

Connectivity: Creating or maintaining networks of habitat that connect fragmented habitats, thus linking population segments of wildlife. Connectivity allows gene flow and enhances long-term species survival.

Conservation Incentives: Incentive-based conservation is in direct contrast to regulation-based conservation. Incentive-based conservation provides economic, management or esthetic benefits to individuals or corporations to encourage them to conduct management activities that have positive conservation consequence to wildlife or wildlife habitat.  Examples are: private land conservation easements, direct lease agreements for grazing rights for conservation purposes, or a trade/exchange of equal value grazing rights among various partners to minimize wildlife-domestic livestock conflict.

Die-off: A large-scale mortality event that impacts many animals from a population and may have significant demographic consequence to the long-term persistence of that population. In this report, such mortality events are usually caused by respiratory disease epidemics involving bacterial and/or other pathogens alone or in various combinations.

Disease: The word disease means literally "free of ease". Disease is any impairment that modifies or interferes with normal functions of an animal, including responses to environmental factors such as nutrition, toxicants, and climate. Typically, disease involves transmission of, and exposure to, some infectious agent but it may involve non-infectious causes such as congenital defects.

Dispersal: The process where individuals leave one habitat or landscape to seek another habitat or landscape in which to live.

Double Fencing: Two fences running parallel around a landscape or pasture to prevent contact between animals across the fence line, designed to inhibit disease transmission.

Effective Separation: Spatial and/or temporal separation between wild sheep and domestic sheep or goats, resulting in minimal risk of contact and subsequent transmission of respiratory disease between animal groups.

Feral: An animal of a domestic species that resides in a non-domestic setting and is not presently owned or controlled.

BLM_0073327

Historic habitat: Landscape that at one time (most often at the time of European settlement) provided all necessary habitat requirements to sustain a wild sheep population through time.

Interaction: Direct contact between body parts of two animals during which a disease might be transmitted from one to another. In this document, "interaction" typically refers to nose-to-nose or face-to-face interaction that may lead to the transmission of respiratory disease via secretions or aerosols. Synonymous with "Contact".

Meta-population: An assemblage of populations, or a system of local populations (demes) connected by movement of individuals (dispersal) among various population segments.

Migration or migratory: A term used to refer to the movement of individuals or genes (gene flow) across a landscape; typically refers to movements from one seasonal habitat to another, or between breeding and non-breeding habitats.

Movement corridor: Routes that facilitate movement of animals between habitat fragments.

Occupied habitat: Suitable habitat in which a wild sheep population currently exists (ca. 2007).

Preferred: A specific management action that *should* be chosen over another, whenever possible:

Radio Collars: Transmitters fitted on neckband material to monitor animal locations.

Global Positioning System (GPS): A radio transmitter fitted on neckband material linked with orbiting satellites; animal locations can be precisely triangulated from space, with the location data then electronically stored in a memory chip or transmitted from a satellite system for data retrieval.

Very High Frequency (VHF): Radio instrument fitted to neckband material transmitting in the Very High Frequency range that can be located from the ground and/or aircraft, using a telemetry receiver.

Removal of sheep: Physical extraction of domestic sheep or goats or wild sheep to eliminate (permanently or temporarily) occupancy of that range or habitat.

Required: A specific management action that **must** be chosen over another.

Risk/Risk Assessment/Risk Management: In this context, evaluation of the probability that a wild sheep population could experience a disease event with subsequent demographic impacts. Identification of what factors might contribute to the probability of a disease event. Management actions taken to reduce the probability of exposure and/or infection among, or between, animals. Examples of risk management include separation of infected and non-infected animals, treatment of infected individuals, vaccination, manipulations of the host environment, or manipulations of the host population.

Qualitative Risk Assessment: Interpretation and analysis of factors that cannot necessarily be measured.

BLM_0073328

Quantitative Risk Assessment: Use of tangible data and measurements.

Spatial separation: A defined physical distance between animal populations.

Stray: A domestic sheep or goat physically or temporally separated from its flock or band.

Stressor: A specific action or condition that causes an animal to experience stress and the subsequent physiological results of that stress.

Suitable habitat: Landscape that has all necessary habitat requirements to sustain a wild sheep population through time.

Temporal separation: Segregating animal populations over time to prevent association, such that they may occupy the same physical space but at different times.

Thinhorn sheep: A member of the species *Ovis dalli* ranging from Alaska, the Yukon, Northwest Territories, and northern British Columbia.

Transmission: The physical transfer (direct or indirect mechanisms) of a disease agent from one animal to another, either within an animal population or between animal populations. In some instances, transmission can lead to full expression of disease in individuals or populations.

Transplant: An intentional movement of wild sheep from a source population to other suitable wild sheep habitat, either currently occupied or not. (Also called "translocation" in some documents.)

Trailing: The planned ambulatory movement of domestic sheep or goats across a landscape or within a corridor to reach a destination where grazing or use will be allowed.

Unoccupied habitat: Suitable habitat in which a wild sheep population does not currently exist.

Unsuitable habitat: Landscape that does not provide all necessary habitat requirements to sustain a wild sheep population through time.

Viability: The demographic and genetic status of an animal population whereby long-term persistence is likely.

Wandering Wild Sheep: wild sheep, primarily but not always young, sexually-mature rams, occasionally traveling outside of normally-anticipated or expected wild sheep range and adjacent habitat. Removal of wandering wild sheep typically does not have population-level implications for wild sheep; conversely, failure to respond to wandering wild sheep which may have known, likely, or suspected association with domestic sheep and/or goats may result in significant, adverse population-level impacts on wild sheep herds of origin, or of destination.

BLM_0073329

Appendix B.

**British Columbia Domestic-Wild Sheep Separation Project Contact Protocol**
The following protocols outline <u>the steps to be taken when reports of wild sheep contact with domestic sheep are received by the Ministry of Environment</u> in one of several ways:

1.  **Regular report from public to regional office (Conservation Officer Service or Wildlife Section):**
    - Contact reported to Regional office.
    - Assessment of situation by sheep biologist and COS, in consultation with wildlife veterinarian
    - If close contact is confirmed and is considered a high risk situation, consider the following options:
        a.  Kill bighorn and save carcass - sample bighorn and/or domestics in consultation with wildlife veterinarian
        b.  Continue to monitor bighorn herd in area – observe and record general signs of health
        c.  Do nothing – but keep records
    - If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

2.  **Regular report from public to Call Line.**
    - Contact reported to Call Line; Call Line staff forwards to regional COS.
    - Assessment of situation by COS and sheep biologist, in consultation with wildlife veterinarian
    - If close contact is confirmed and is considered a high risk situation, consider the following options:
        a.  Kill bighorn and save carcass - sample bighorn and/or domestics in consultation with wildlife veterinarian
        b.  Continue to monitor bighorn herd in area – observe and record general signs of health
        c.  Do nothing – but keep records
    - If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

3.  **Out of hours call from public to Call Line.**
    - Contact reported to Call Line; Call Line staff forwards to regional COS officer-on-call.
    - Assessment of situation by COS officer-on-call - contacts sheep biologist and wildlife veterinarian, if possible for consultation
    - **If sheep biologist and wildlife veterinarian cannot be contacted, biologist and veterinarian will support COS decision and action. COS will inform sheep biologist and wildlife veterinarian by email of the situation and action taken.**
    - If close contact is confirmed and is considered a high risk situation, consider the following options:
    - Kill bighorn and save carcass - sample bighorn and/or domestics in consultation with wildlife veterinarian
    - Continue to monitor bighorn herd in area – observe and record general signs of health
    - Do nothing – but keep records
    - If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

28

Appendix C.



# WYOMING GAME AND FISH DEPARTMENT

5400 Bishop Blvd. Cheyenne, WY 82006

Phone: (307) 777-4600 Fax: (307) 777-4610

Web site: http://gf.state.wy.us

**GOVERNOR**
DAVE FREUDENTHAL

**DIRECTOR**
TERRY CLEVELAND

**COMMISSIONERS**
RON LOVERCHECK – President
BILL WILLIAMS, DVM – Vice President
CLARK ALLAN
LINDA FLEMING
JERRY GALLES
CLIFFORD KIRK
KERRY POWERS

April 5, 2006

MEMORANDUM

TO:        Wildlife Division Employees

FROM:     Jay Lawson, Chief, Wildlife Division

COPY TO:  Terry Cleveland, Gregg Arthur, File

SUBJECT:  **PROTOCOL FOR HANDLING THE COMMINGLING OF BIGHORN SHEEP AND DOMESTIC SHEEP/GOATS**

     Due to the threat of disease transmission and subsequent bighorn sheep die-offs, the following protocol should be followed.

## Wandering Bighorn Sheep:

Where there is known, suspected, or likely contact by a wandering bighorn sheep with domestic sheep/goats:

- If possible, that bighorn(s) should be live-captured and transported (one-way) to our Sybille Research Unit.

- If that bighorn(s) cannot be live-captured, that bighorn(s) should be lethally removed (per authority of Chapter 56) and, if possible, transported (either whole or samples) to our Sybille Unit or our WGFD Lab in Laramie.

## Stray Domestic Sheep/Goat:

Where there is known, suspected, or likely contact by a stray domestic sheep/goat with bighorn sheep:

- The owner of such livestock should be notified and asked to remove the stray sheep/goat to eliminate the threat of disease transmission; however, it will be the owner's prerogative to determine what course of action should be taken.

## Reporting:

All documented commingling and any actions taken must be reported to the employee's immediate supervisor, Wildlife Administration as well as the Bighorn Sheep Working Group Chairman, presently Kevin Hurley.

*"Conserving Wildlife - Serving People"*

29

BLM_0073331



RECOMMENDATIONS FOR
# Domestic Sheep and Goat Management in Wild Sheep Habitat

Prepared by the
Wild Sheep Working Group

Western Association of
Fish and Wildlife Agencies

2012

BLM_0073332

## WILD SHEEP WORKING GROUP MEMBERS AND CONTRIBUTORS

| | |
|---|---|
| Clay Brewer (Current Chair) | Texas Parks & Wildlife Department |
| Kevin Hurley (Past Chair) | Wild Sheep Foundation |
| Becky Schwanke | Alaska Department of Fish & Game |
| Jim Allen | Alberta Fish & Wildlife Division |
| Jon Jorgenson | Alberta Fish & Wildlife Division |
| Bob Henry | Arizona Game & Fish Department |
| Helen Schwantje | British Columbia Fish, Wildlife & Habitat Management Branch |
| Tom Stephenson | California Department of Fish & Game |
| Vern Bleich | California Department of Fish & Game (Retired) |
| Janet George | Colorado Parks & Wildlife |
| Michael Miller | Colorado Parks & Wildlife |
| Dale Toweill | Idaho Department of Fish & Game |
| Tom Carlsen | Montana Department of Fish, Wildlife, & Parks |
| Todd Nordeen | Nebraska Game & Parks Commission |
| Bruce Trindle | Nebraska Game & Parks Commission |
| Mike Cox | Nevada Department of Wildlife |
| Eric Rominger | New Mexico Department of Game & Fish |
| Brett Wiedmann | North Dakota Game & Fish Department |
| Don Whittaker | Oregon Department of Fish & Wildlife |
| Vic Coggins | Oregon Department of Fish & Wildlife |
| John Kanta | South Dakota Department of Game, Fish, & Parks |
| Ted Benzon | South Dakota Department of Game, Fish, & Parks (Retired) |
| Froylan Hernandez | Texas Parks & Wildlife Department |
| Anis Aoude | Utah Division of Wildlife Resources |
| Jim Karpowitz (Director Sponsor) | Utah Division of Wildlife Resources |
| Donny Martorello | Washington Department of Fish & Wildlife |
| Doug McWhirter | Wyoming Game & Fish Department |
| Troy Hegel | Government of Yukon Department of Environment |
| Jean Carey | Government of Yukon Department of Environment |
| Melanie Woolever | USDA-U.S. Forest Service, Denver, CO |
| Tom Rinkes | USDI-Bureau of Land Management, Boise, Idaho |
| Amy Krause | USDI-Bureau of Land Management, Washington, DC |

Cover photos by: Ted Borda (Borda Land & Sheep Company), Dale Toweill (IDFG)

Banner photo by: Jerrell Coburn (Texas Bighorn Society)

**Suggested Citation:** Wild Sheep Working Group. 2012. Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat. Western Association of Fish and Wildlife Agencies.

# Table of Contents

Executive Summary   2

Introduction   3

Background   4

Disease Transmission   5

Effective Separation   6

Management Recommendations   8

     WAFWA Agencies   9

     Land Management Agencies   11

     Wild Sheep Conservation Organizations   16

     Domestic Sheep and Goat Permittees/Owners   16

     Private Landowners   18

Literature Cited   19

Appendix A: Glossary of Terms   21

Appendix B: British Columbia Domestic-Wild Sheep Separation Project Contact Protocol   23

Appendix C: Wyoming Game and Fish Department Protocol for Handling the Commingling of Bighorn Sheep and Domestic Sheep/Goats   24

BLM_0073334

## Executive Summary

Although the risk of disease transmission from domestic sheep or goats to wild sheep is widely recognized, a unified set of management recommendations for minimizing this risk has not been adopted by responsible agencies. These Western Association of Fish and Wildlife Agencies (WAFWA) recommendations were produced to help state, provincial, and territorial wild sheep managers, federal/crown land management agencies, private landowners and others take appropriate steps to eliminate range overlap, and thereby, reduce opportunities for transmission of pathogens to wild sheep.

Transmission of *Mannheimia haemolytica* from domestic sheep to bighorn sheep was irrefutably demonstrated by Lawrence et al. (2010) and provides justification sufficient for preventing range overlap and potential association of domestic sheep and goats with wild sheep. The higher the conservation value of a wild sheep population (e.g., federally or state listed, "sensitive species" status, native herds, transplant source stock, herds in areas with no history of domestic livestock presence), the more aggressive and comprehensive wild sheep and domestic sheep or goat separation management strategies should be.

Practical solutions will be difficult, if not impossible to achieve until the risk of disease transmission from domestic sheep or goats to wild sheep is acknowledged by those responsible for wildlife and agricultural management. All parties benefit when risk is assessed and actively managed to minimize the potential for transmission of pathogens. The recommendations contained within this report are intended to help achieve that objective to benefit all sectors and are summarized as follows:

**WAFWA agencies should:**
(1) assess wild sheep conservation value/status and complete risk assessments of interspecies contact in a meta-population context; (2) remove wild sheep that have likely associated with domestic sheep or goats and develop a policy to promptly respond to wild sheep wandering from occupied wild sheep ranges; (3) thoroughly explore demographic consequences of translocations and conduct appropriate analyses of habitat suitability and risk of disease transfer prior to implementing any translocations; (4) coordinate with other agencies, land owners and stakeholders regarding management of domestic sheep or goats on or near ranges occupied by wild sheep; (5) fully consider the risk of disease transmission when issuing or commenting on permits/regulations associated with private lands used for domestic production; and (6) develop educational materials and outreach programs to interpret the risk of association between wild sheep and domestic sheep or goats.

**Land management agencies should:**
(1) reduce risk of association by eliminating overlap of domestic sheep or goat allotments or grazing permits/tenures within wild sheep habitat; (2) ensure that annual operating instructions or their equivalent include measures to minimize domestic association with wild sheep and confirm appropriate methods to remove stray domestic sheep or goats; and (3) manage wild sheep habitat to promote healthy populations in areas without domestic sheep or goats.

**Wild sheep conservation organizations should:**
(1) assist with educational/extension efforts to all parties; (2) negotiate alternatives and incentives for domestic sheep or goat grazers on public land to find alternatives to wild sheep habitat; and (3) advocate for and support research concerning disease and risk associated with domestic sheep and goats in proximity to wild sheep.



Photo by: David Wetzel (Texas Bighorn Society)



Photo by: Tom Carlsen (MDFWP)

BLM_0073335

# Introduction

**Domestic sheep and goat permittees/owners should:**
(1) implement best management practices (BMPs) to prevent straying by domestic sheep or goats; and (2) establish protocols to respond to straying.

**Private landowners should:**
(1) educate themselves and work with wild sheep managers and advocates to support effective separation through a variety of site-specific mitigation measures; and (2) promptly report the potential or actual association between domestic sheep or goats and wild sheep.

## Introduction

In January 2007, the Western Association of Fish and Wildlife Agencies (WAFWA), comprised of 23 state and provincial wildlife agencies from the western United States (U.S.) and western Canada, established a Wild Sheep Working Group (WSWG) to develop a report titled, "Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat" (WAFWA 2007). Unanimously endorsed by WAFWA Directors in July 2007, that report provided recommendations to which state, provincial and federal agencies could tier their management actions. In August 2007, the report was forwarded to the heads of the U.S. Forest Service (USFS), Bureau of Land Management (BLM), National Park Service, U.S. Fish and Wildlife Service, Bureau of Reclamation, and Department of Defense. In July 2010, the report was revised (WAFWA 2010c) and has represented the official position of WAFWA on the management of domestic sheep and goats and wild sheep.

Scientific literature that has become available since July 2010 has been incorporated into this document to ensure that the recommendations contained herein remain current and robust, but the basic purpose, scope, and principles of the document remain unchanged. Additional editorial modifications are intended to improve the readability of the document. Information contained in this report is provided to assist BLM and USFS leadership with development of a unified policy addressing the grazing of domestic sheep or goats in wild sheep habitat on lands under the administration of those agencies. In addition, this document is intended to assist state, provincial, and territorial wild sheep managers, federal/crown land management agencies, private landowners and others take appropriate steps to eliminate range overlap, and thereby, reduce opportunities for transmission of pathogens to wild sheep. This revision was approved by the WAFWA Directors March 29, 2012, and supersedes all previous versions.

In this paper we do not review and synthesize all available literature or evidence pertaining to the issue of disease transmission among bighorn sheep and domestic sheep and goats. We do, however, include relevant citations, results,


Photo by: Earl Nottingham (TPWD)


Photo by: Dr. Peri Wolff (NDOW)

literature, or analyses published since completion of our previous reports (WAFWA 2007, 2010c). We provide reasonable and logical recommendations based on the best available information to help achieve effective separation between wild sheep and domestic sheep or goats. We recognize it is impossible to achieve zero risk of contact or disease transmission; however, we also recognize there are many ways to reduce the probability of association between these species and, thereby, lower the overall risk of epizootics occurring in populations of wild sheep.

BLM_0073336

# Background


Photo by: David Wetzel (Texas Bighorn Society)


Photo by: Mike Pittman (TPWD)


Photo by: Brett Wiedmann (NDGFD)

## Background

Throughout substantial portions of their range, bighorn sheep (*Ovis canadensis*) experience periods when populations in are depressed; those episodes generally are associated with epizootics of respiratory disease (Ryder et al.1994). Diseases have contributed to the decline of bighorn sheep populations in much of western North America (Beecham et al. 2007, CAST 2008) and many native herds declined to less than 10% of historical size. According to historical accounts, such declines coincided with the advent of domestic livestock grazing on ranges occupied by bighorn sheep (Warren 1910, Grinnell 1928, Schillinger 1937, Honess and Frost 1942, CAST 2008). Epizootics among native bighorn herds were reported in various locations following European settlement and establishment of domestic livestock grazing throughout the central and southern Rocky Mountains. These observations may reflect the introduction of novel bacterial pathogens (including some strains of *Pasteurella [Mannheimia]* spp.) to naïve bighorn populations beginning in the late 1800s (Grinnell 1928, Skinner 1928, Marsh 1938, Honess and Frost 1942, Miller 2001).

Over the past 30 years, increasing evidence has underscored the potential risk of disease transmission from domestic sheep or goats to wild sheep (McQuivey 1978, Hunt 1980, Jessup 1982, Foreyt and Jessup 1982, Goodson 1982, Onderka and Wishart 1984, Jessup 1985, Black et al.1988, Coggins 1988, Festa-Bianchet 1988, Onderka and Wishart 1988, Onderka et al.1988, Schwantje 1988, Callan et al.1991, Coggins and Matthews 1992, Foreyt 1994, Foreyt et al. 1994, Cassirer et al.1996, Foreyt and Lagerquist 1996, Martin et al. 1996, Coggins 2002, Rudolph et al. 2003, Jenkins et al. 2007, Rudolph et al. 2007, George et al. 2008, Jeffress 2008, Lawrence et al. 2010). Moreover, a number of recent risk assessments and reviews (Beecham et al. 2007, CAST 2008, Baumer et al. 2009, USAHA 2009, WAFWA 2009, Croft et al. 2010, USDA Forest Service 2010a, b; Wehausen et al. 2011), conservation management strategies or plans (Colorado Division of Wildlife 2009, Montana Department of Fish, Wildlife, and Parks 2009), modeling exercises (Clifford et al. 2009, Cahn et al. 2011), and many wildlife biologists and wildlife veterinarians (Gross et al. 2000, Singer et al. 2000, Dubay et al. 2002, Epps et al. 2004, Garde et al. 2005, Jansen et al. 2006, Foreyt et al. 2009) have focused on risks associated with contact between wild sheep and domestic sheep or goats. Many of the aforementioned investigators and participants in workshops conducted throughout the western US (California, Arizona, Utah, and Idaho),

BLM_0073337

have recommended temporal or spatial separation of domestic sheep or goats from wild sheep to reduce the potential for disease in the latter.

## Disease Transmission

Although domestic animals have been selected for their ability to live at high densities and for their resilience to infectious diseases (Diamond 1997), two-way transmission of certain diseases (e.g., paratuberculosis, some enteric pathogens and parasites) between wild sheep and domestic sheep or goats in shared habitats can occur (Garde et al. 2005). However, the most important and ecologically significant transmission in this context is from domestic sheep or goats to wild sheep.

Winter 2009-2010 bighorn sheep pneumonia die-offs (totaling an estimated 880 bighorns) in Montana, Nevada, Washington, Utah, and Wyoming have reduced bighorn numbers in at least 9 herds, either through direct mortality or agency removal (i.e., "culling") of bighorn sheep exhibiting symptoms of respiratory infections (Edwards et al. 2010, WAFWA 2010b). Domestic sheep and goats were known to occur within or near occupied bighorn sheep ranges and within normal bighorn movement zones, and association between wild sheep and domestic sheep or goats is known to have preceded at least one of these die-offs, was likely in 2 others, and was possible in 4 more (WAFWA 2010b).

Die-offs of wild sheep populations and individual animals have occurred in the absence of reported association with domestic sheep or goats (Aune et al. 1998, UC-Davis 2007). However, when contact between wild sheep and domestic sheep or goats has been documented, the pattern and severity of die-off is typically greater than when otherwise is the case (Onderka and Wishart 1984, Martin et al. 1996, Aune et al. 1998, George et al. 2008).

It is generally acknowledged (Garde et al. 2005, CAST 2008) that thinhorn sheep (*Ovis dalli* spp.) in Alaska and northwestern Canada are likely naïve to exposure to many organisms commonly carried by domestic species, compared to wild sheep occurring in southern Canada and the continental U.S. Until this is confirmed and the effects of exposure to infectious organisms are clearly understood, it is essential that no association occurs between thinhorn sheep and domestic sheep or goats.



Photo by: Donny Martorello (WDFW)



Photo by: Ernie Finch

BLM_0073338

## Effective Separation



Photo by: John Kanta (SDGFP)



Photo by: Ted Borda (Borda Land & Sheep Company)



Photo by: Ted Borda (Borda Land & Sheep Company)

## Effective Separation

WAFWA defines "Effective Separation" as spatial or temporal separation between wild sheep and domestic sheep or goats to minimize the potential for association and the probability of transmission of diseases between species. WAFWA advocates that effective separation should be a primary management goal of state, provincial, territorial and federal agencies responsible for the conservation of wild sheep, based on evidence that domestic sheep or goats can transfer pathogens to wild sheep. Literature (reviewed by Wehausen et al. 2011) and experimental evidence (Lawrence et al. 2010) support the goal that domestic sheep or goats should not concurrently occupy areas where conservation of wild sheep is a clearly stated management goal.

Effective separation does not necessarily require removal of domestic sheep or goats in all situations. However, the option of removing domestic sheep or goats should be included in an array of alternatives available to address this issue. In fact, some collaborative working groups (USAHA 2009) have recommended domestic goats not be allowed to graze in occupied bighorn sheep habitat because of their gregarious nature and tendency to wander. We are aware of the continuing debate and discussion (CAST 2008, USAHA 2009) between wildlife advocates and some domestic sheep or goat industry proponents and resource managers regarding the credibility or scientific merit of past findings; that debate is founded largely on criticisms of experimental design or rigor, and limitations of drawing inferences about natural disease events when compared to controlled experiments in confined settings. However, it is WAFWA's collective opinion that enough is known about potential pathogen transmission from domestic sheep or goats to wild sheep that efforts toward achieving effective separation are necessary and warranted.

Reducing risk of disease transmission on the landscape by minimizing or preventing association between wild and domestic sheep or goats is a key management strategy for WAFWA agencies (e.g., Colorado Division of Wildlife 2009, Montana Department of Fish, Wildlife and Parks 2009). Legislation in Utah (House Bill 240 Supplement, 2009), Wyoming (Senate Enrolled Act No. 30, 2009) and Idaho (Senate Bill 1232 amended, 2009) provides direction, authority and responsibilities for addressing feral or stray livestock that pose a disease transmission risk. Further, recent court rulings (e.g., U.S. District Court, Idaho Case 09-0507-BLW) have mandated separation between domestic sheep or goats and bighorn sheep, including mandatory non-use of grazing allotments where effective separation could not be assured.

BLM_0073339

Principal federal land management agencies in the western U.S., BLM and USFS, continue to review, revise, and update policies on the management of domestic sheep or goats in wild sheep habitat (USDI BLM 1992, 1998, 2010; USDA Forest Service 2009). Additionally, several administrative units of the USFS (Northern Region, Rocky Mountain Region, Southwest Region, Intermountain Region, and the Pacific Southwest Region) have designated bighorn sheep as a "Sensitive Species," thereby mandating special management emphasis. This includes: thorough reviews and analyses of management actions that could affect populations of bighorn sheep or their habitat to ensure their viability and to preclude demographic trends that would result in the need for Federal listing.

An interagency GIS-based decision-support tool and GIS coverage maps that overlay current bighorn sheep distribution with vacant and active domestic sheep or goat grazing allotments and trailing routes were finalized for 14 western states (WAFWA 2010a). These maps identify areas where association between domestic sheep or goats and bighorn sheep could occur on, or adjacent to, lands managed by BLM or USFS, and also identify areas that could provide spatial separation. The maps further provide a context for national policy development, and help identify situations where proactive management is necessary to minimize risk of association. Although risk of disease transmission from domestic sheep or goats to wild sheep is widely acknowledged by wildlife and land management agencies, a unified set of management guidelines for minimizing this risk has not yet been adopted.

In some cases, results of contact between domestic sheep or goats and wild sheep have been severe enough to endanger entire populations of the latter. In Idaho, legislation (Senate Bill 1232 amended, May 2009) mandated collaboration between the Idaho Department of Fish and Game and domestic sheep grazing permittees that identified BMPs to achieve effective separation between domestic sheep and wild sheep on both public and private lands. In specific situations, implementation of BMPs could lead to a reduced risk of association. In particular, BMPs implemented in open, gentle terrain where domestic sheep or goats can be easily controlled and monitored can reduce risk of association (Schommer 2009). Nevertheless, BMPs that work in one situation may not work in other situations (Schommer 2009).

Consequently, we recommend that managers take appropriate steps to minimize opportunities for association and, thereby, the potential for disease transmission in all situations.



Photo by Bighorn Institute



Provided by: Chans O'Brien (USFS)

BLM_0073340

## Management Recommendations



Photo by: Rebecca Barboza (CDFG)



Photo by: Larry Kruckenberg

The recommendations that follow can be applied to state, provincial, and territorial wildlife agencies, federal/crown land management agencies, wild sheep conservation organizations, domestic sheep or goat producers or permittees, and private landowners, and have been strategically assigned to logical categories. It is imperative, however, that readers recognize these recommendations typically apply to multiple parties, and that they further recognize that a multi-disciplinary and collaborative approach will produce the best outcomes, both for wild sheep and for producers or permittees. Definitions of various terms used throughout this document are provided in Appendix A.

Although these recommendations have been developed by a working group largely comprised of wildlife agency personnel, cooperation between numerous concerned parties is critically important to deriving on-the-ground solutions (USAHA 2009, Wild Sheep Foundation 2011). Among these are state, provincial, and territorial wildlife agencies; federal/crown land management agencies; First Nation or tribal representatives; domestic sheep or goat producers or grazing permittees; agricultural industry representatives; wild sheep conservation organizations; environmental groups; academic institutions; and interested individuals. As a result of information contained herein, it is our hope that collaborative discussions will occur and that those discussions yield results in the form of innovative and collaborative site-specific delivery of programs such as the British Columbia Wild/Domestic Sheep Separation Program and the Wyoming Statewide Domestic Sheep/Bighorn Sheep Interaction Working Group.

Many anthropogenic and environmental factors (CAST 2008) influence the demographics and viability of wild sheep populations. Some factors affecting wild sheep population performance can be managed while others cannot. Nevertheless, the guiding principle of our effort has been "to seek effective separation" between wild sheep and domestic sheep or goats. There is no "one size fits all" risk assessment of respiratory disease transmission between wild sheep and domestic sheep or goats. However, a comprehensive risk assessment (qualitative and quantitative) is a critically important component for managing the potential for disease transmission.

We recommend that wild sheep managers design and implement management strategies by taking the first step of assessing and prioritizing conservation value and relative importance of wild sheep populations. The greater the conservation value and the greater the risk of association with domestic sheep or goats, the more aggressive and comprehensive a strategy to ensure effective separation should be. To ensure that is the case, we offer the following:

BLM_0073341

# Management Recommendations

## RECOMMENDATIONS TO WAFWA AGENCIES

Historic and suitable but currently unoccupied wild sheep range should be identified, evaluated, and compared against currently-occupied wild sheep distribution and existing or potential areas where domestic sheep or goats may occur.

Risk assessments should be completed at least once per decade (more often if warranted) for existing and potential wild sheep habitat. These assessments should specifically identify where and to what extent wild sheep could interface with domestic sheep or goats, and the level of risk within those areas.


Photo by: Mike Cox (NDOW)

Following completion of site or herd-specific risk assessments, any translocations, population augmentations, or other restoration and management strategies for wild sheep should minimize the likelihood of association between wild sheep and domestic sheep or goats. Agencies should:
- Avoid translocations of wild sheep into areas with no reasonable likelihood of effective separation from domestic sheep or goats.
- Re-evaluate planned translocations of wild sheep to historical ranges as potential conflicts, landscape conditions, and habitat suitability change.
- Recognize that augmentation of a wild sheep herd from discrete source populations poses a risk of pathogen transfer (CAST 2008) and thus, only use source stock verified as healthy through a proper health assessment (WAFWA 2009) for translocations. Source herds should have extensive health histories and be regularly monitored to evaluate herd health. Wild sheep managers should evaluate tradeoffs between anticipated benefits such as demographic, behavioral and genetic interchange, and the potential consequences of mixing wild sheep from various source herds.
- Develop and employ mapping or modeling technology as well as ground based land use reviews prior to translocations to compare wild sheep distribution and movements with distribution of domestic sheep or goats. If a translocation is implemented and association with domestic sheep or goats occurs, or is likely to occur beyond an identified timeframe or pre-determined geographic area, domestic sheep or goat producers should be held harmless.

The higher the risk of association between wild sheep and domestic sheep or goats, the more intensively wild sheep herds should be monitored and managed. This is particularly important when considering "new" vs. "augmented" wild sheep populations.
- Site-specific protocols should be developed when association with domestic sheep or goats is probable. For example, decisions concerning percentage of translocated wild sheep that must be radio-collared


Photo by Chase Fountain (TPWD)

BLM_0073342

# Management Recommendations

for achieving desired monitoring intensities should in part, be based upon the subsequent level of risk of association with domestic sheep or goats.

- Intensive monitoring provides a mechanism for determining proximity of wild sheep to domestic sheep or goats and for evaluating post-release habitat use and movements.
- Budgets for wild sheep translocation projects should include adequate funding for long-term monitoring.

Wild sheep managers should identify, analyze, and evaluate the implications of connectivity and movement corridors between largely insular herds comprising a meta-population against opportunities for increased association with domestic sheep or goats. Analyses should include distribution and continuity (Mack 2008) among populations of wild sheep and the anticipated frequency of movement among or within wild sheep range. In doing so, the benefits

of genetic interchange and its resultant implications for population viability, must be weighed against the risks of disease transmission (Bleich et al. 1990), especially if dispersing or wandering wild sheep could travel across domestic sheep or goat grazing allotments or trailing routes, private land holdings or other areas where the potential transfer of endemic pathogens from an infected wild herd to a naive herd could occur.

Removal of wild sheep known, or suspected to have closely associated with domestic sheep or goats is considered to be an effective management tool. Atypical movements by wild sheep can heighten risk of association with domestic sheep or goats. Additional measures to achieve effective separation should be implemented if such association occurs. However, removal of wild sheep from occupied, normally-anticipated wild sheep range is not always the best management option. Continuous risk of association exists during active grazing seasons when domestic sheep or goats are grazed within normally-anticipated wild sheep range. Thus, removal of individual wild sheep is an ineffective method for maintaining separation, and has potentially negative consequences for population viability. Removal of wild sheep should occur only after critical evaluation and further implementation of measures designed to minimize association and enhance effective separation.

Wild sheep populations should have pre-determined population objectives, and should be managed at agreed-upon densities to minimize the potential for dispersal. Because some dispersal occurs regardless of population density, some risk of association is always present if domestic sheep or goats are within range of dispersing wild sheep.

Agencies should develop a written protocol to be implemented when association between wild sheep and domestic sheep or goats is confirmed. Notification requirements, appropriate response and post-contact monitoring options for both domestic sheep and goats and dispersing or wandering wild sheep should be included. Moreover, wildlife agencies should collaborate with agricultural agencies, land management agencies, producers and permittees, grazing industry representatives,



Nevada: Domestic Sheep & Bighorn Sheep Distribution

Provided by: Chans O'Brien (USFS)

BLM_0073343

# Management Recommendations

and wild sheep advocates to develop an effective, efficient, and legal protocol to be implemented when feral or abandoned domestic sheep or goats threaten to associate with wild sheep but for which no owner can be identified. Written protocol examples are provided in Appendix B (British Columbia Fish, Wildlife and Habitat Management Branch) and Appendix C (Wyoming Game and Fish Department).

Wildlife agencies should develop databases as a system to report, record, and summarize association between wild sheep and domestic sheep or goats and its outcome; the WAFWA WSWG website (http://www.wafwa.org/html/wswg.shtml) would be a logical host. Further, wildlife managers and federal/crown land managers should encourage prompt reporting by the public of observed proximity between wild sheep and domestic sheep or goats.

Wild sheep managers should coordinate with local weed or pest management districts, or other applicable agencies or organizations involved with weed or vegetation management, to preclude the use of domestic sheep or goats for noxious weed or vegetation control in areas where association with wild sheep is likely to occur. Agencies should provide educational information and offer assistance to such districts regarding disease risks associated with domestic sheep or goats. Specific guidelines (Pybus et al. 1994) have already been developed and implemented in British Columbia, and are available at: http://www.for.gov.bc.ca/hfp/publications/00006/.

Specific protocols for sampling, testing prior to translocation, and responding to disease outbreaks should be developed and standardized to the extent practical across state and federal jurisdictions. Several capture and disease-testing protocols have been developed and are available to wild sheep managers (Foster 2004, UC-Davis 2007, WAFWA 2009). Protocols should be reviewed and updated as necessary by the WAFWA Wildlife Health Committee (WHC) and presented to WAFWA Directors for endorsement. Once endorsed, agencies should implement the protocols, and the WHC should lead an effort to further refine and ensure implementation of said protocols.

Agencies should coordinate and pool resources to support the ongoing laboratory detection and interpretation of important diseases of wild sheep. Furthermore, wild sheep managers should support data sharing and development and use of standardized protocols (WAFWA 2009). Interagency communication between wildlife disease experts such as the WAFWA Wildlife Health Committee (WHC) should be encouraged to enhance strategies for monitoring, managing and improving health of wild sheep populations through cooperative efforts.

Wild sheep management agencies should develop educational materials and outreach programs to identify and interpret the risk of association between wild sheep and domestic sheep or goats for producer groups, owners of small and large farm flocks, animals used for packing and 4-H animals. In some cases, regulation may be necessary to maintain separation.

## RECOMMENDATIONS TO BLM, USFS, PARKS, PROTECTED AREAS AND OTHER APPLICABLE LAND MANAGEMENT AGENCIES

Joint federal land management agency guidelines on management of domestic sheep or goats in wild sheep habitat should be developed and included in broad agency policy documents. Guidelines should be based on the need to minimize risk of association and provide effective separation between domestic sheep or goats and wild sheep.


Photo by: Todd Nordeen (NGPC)


Photo by: Debra Hamilton (CDFG)

BLM_0073344

## Management Recommendations

Approved guidelines should not include an automatic "sunset" provision or expiration date but, if there is a maximum longevity (i.e., a "sunset clause") specified by federal policy and if appropriate and timely review cannot be completed, guidelines should remain in effect, rather than becoming obsolete, until any mandated review can be completed.

The use of domestic sheep or goats as pack animals by persons that travel in identified wild sheep habitat should be prohibited by the appropriate management agency (e.g., USDA Forest Service 2011). Where legislation or regulations are not already in place, an outreach program to inform

potential users of the risks associated with that activity should be implemented to discourage use of domestic sheep or goats as pack animals.

Land management agencies that regulate or are responsible for domestic sheep or goat grazing allotments, trailing routes, vegetation management, use as pack stock, or any other uses involving domestic sheep or goats should only authorize such use(s) outside of occupied wild sheep range.

Land management agencies should require immediate notification by permittees and their herders of association between wild sheep and domestic sheep or goats and in no case should it be more than within 24 hours of any such event. Notification procedures, including phone numbers and contact information for permittees and use of satellite phones in backcountry settings, should be outlined in Annual Operating Instructions for grazing allotments and trailing permits, and should include consequences for failure to report.

Land management agencies should map active and inactive domestic sheep or goat grazing allotments and trailing routes, including information on dates of use and contact information for responsible grazing or trailing permittees.

Land management agencies must ensure that advance written instructions (such as USFS Annual Operating Instructions) exist, and that they address management, retrieval, and disposition of domestic sheep or goats present on public lands prior to or after permitted grazing or trailing dates.



Photo by: Ted Borda (Borda Land & Sheep Company)

Oregon: Domestic Sheep & Bighorn Sheep Interaction

* DRAFT COPY *

Provided by: Chans O'Brien (USFS)

Land management agencies should work collaboratively with state, provincial, and territorial wildlife and agricultural interests to develop written agreements that address management, retrieval, and disposition of domestic sheep or goats occupying public lands where there is no permitted use. Such agreements should also address the presence of feral sheep or goats and other exotic ungulates, especially ovines such as aoudad, red sheep, urial, or argali that are detected on public lands.

Land management agencies should review domestic sheep allotment boundaries or other use areas, such as trailing routes, and reconfigure boundaries or routes to avoid or minimize overlap with occupied wild sheep habitat. Techniques available to accomplish this include the use of geographic or topographic

BLM_0073345

# Management Recommendations

barriers that enhance species separation, and temporal or spatial separation resulting from implementation of novel domestic sheep or goat grazing management strategies.

Land management agencies should undertake habitat enhancements that improve wild sheep habitat outside allotment boundaries in an effort to attract wild sheep away from domestic sheep allotments.

Land management agencies should undertake water developments to divert wild sheep away from domestic sheep allotments or domestic sheep or goats away from areas used by wild sheep.

Land management agencies should ensure that Annual Operating Instructions require careful management and vigilant herding to minimize potential association between wild sheep and stray domestic sheep or goats. A count-on, count-off inventory of domestic sheep or goats must be required as a condition of operation with follow-up provisions to account for missing livestock.

In areas of high risk of association, trucking should be required to minimize risks associated with trailing. Trucking of domestic sheep or goats is preferred to trailing because there is less chance of straying and, thereby, less likelihood of association with wild sheep, particularly when domestic sheep are in estrus.

Land management agencies should require marking of all permitted domestic sheep and goats to provide for rapid ownership identification of stray animals.

In the event of trailing, on-site compliance monitoring to minimize strays must be conducted by the permittee or the land management agency.

Land use or resource management plans should explicitly address the potential for domestic sheep or goats to associate with wild sheep. Land use plans should evaluate the suitability of permitting activities involving domestic sheep or goats, and determine the best course of action with respect to wild sheep conservation. Plans should also identify general areas of public land where domestic sheep or goats cannot be permitted for weed control, commercial grazing, recreational packing, vegetation management, or other uses.

Land management agencies should coordinate with appropriate entities involved in weed control programs that use domestic sheep or goats on public or Crown lands (Pybus et al. 1994), adjoining private lands, or state, provincial, and territorial wildlife habitat management areas to minimize risk of association between domestic sheep or goats and wild sheep.

Within occupied or suitable wild sheep habitat, where topography, vegetation, and other parameters allow, conversions of allotments from domestic sheep or goats to types of domestic livestock that pose a lower risk of disease transmission to wild sheep should be implemented.

Within suitable, historic wild sheep habitat not currently occupied by wild sheep, agencies should not convert cattle grazing allotments to domestic sheep or goat grazing, or allow trailing if restoration of wild sheep populations is an agency goal.



Photo by: AZGFD



Photo by: Justin Binfet (WGFD)

BLM_0073346

# Management Recommendations

Under emergency conditions, stocking of allotments not currently under permit to domestic sheep or goats should be permitted only after an adequate risk assessment has been completed. Any such assessment must include appropriate documentation and the conclusion that effective separation can be assured, and can be accomplished via project-level NEPA analysis.

Land management agencies should incorporate state, provincial, or territorial wild sheep management plans either in, or as supplements to, federal resource or land use management plans, and collaborate with wildlife agencies to ensure comprehensive risk assessments (Clifford et al. 2009, USDA Forest Service 2010a, b) of domestic sheep or goat grazing allotments or trailing routes in wild sheep habitat are thorough and complete. To accomplish this objective, training adequate to allow the preparation of such assessments must be provided.



Photo by: Mike Cox (NDOW)



Photo by: Todd Nordeen (NGPC)

Where mandatory buffer zones (frequently cited as a minimum of 9 airline miles [14.5 km]) between domestic sheep or goats and wild sheep have been used to minimize association, it should be recognized that buffer zones apply to herds or populations of wild sheep, rather than individual wandering wild sheep. In some cases, buffer zones have been effective in reducing association between wild sheep and domestic sheep or goats. However, in contiguous wild sheep habitat where movements by wild sheep have the potential to exceed *a priori* expectations, buffer zones may not be effective or practical (Schommer and Woolever 2001).

Topographic features or other natural or man-made barriers (e.g., fenced, interstate highways) can be effective in minimizing association between wild sheep and domestic sheep or goats. Site-specific risk assessments should be completed to evaluate the efficacy of using natural barriers, defined buffer zones, or other actions to minimize risk of contact. Given the wide range of circumstances that exists across jurisdictions, buffer zones may not be needed in all situations. Conversely, buffer zones should not be precluded as an effective method to address potential association between wild sheep and domestic sheep or goats.

Land management agencies, in collaboration with jurisdictional domestic sheep or goat health agencies, should work with producers and permittees to prevent turnout or use of sick or diseased domestic sheep or goats on grazing allotments and trailing routes. Sick or diseased domestic sheep or goats can increase risk of association with wild sheep because they likely are less able to keep up with their bands and are more prone to straying. Sick or diseased animals observed on the range should be reported to land management agency personnel immediately, and inter-agency coordination to address the situation should promptly occur. Further, responsible agencies must require that domestic sheep or goats are in good health before being turned out. For example, Alberta and British Columbia have developed health certification protocols (Pybus et al. 1994) that must be complied with before domestic sheep are turned out for vegetation management in conifer regeneration efforts (available at: http://www.for.gov.bc.ca/hfp/publications/00006/). We emphasize that the higher the risk of association between domestic sheep or goats with wild sheep, the higher the certainty of domestic animal health should be. Further, it must be recognized that even clinically healthy domestic sheep or goats can still carry pathogens that are transmissible to wild sheep, and thus, pose a significant risk to wild sheep.

BLM_0073347

# Management Recommendations

Proportional to risk of association between domestic sheep or goats and wild sheep, land management agencies should work with stakeholders to implement a variety of management practices. Examples include: herders, dogs or other guarding animals trained to repel animals foreign to domestic sheep bands or goat flocks (wandering wild sheep or various predators), regular counts, removal of sick animals, confinement of domestic sheep or goats at night, adequate fencing configurations, covenants, allotment retirements, conversion of class of livestock, trucking versus trailing, and others. Effectiveness of management practices designed to reduce risk of association are not proven (Baumer et al. 2009, Schommer 2009) and therefore should not be solely relied upon to achieve effective separation. Such practices could however, help achieve separation when applied outside of occupied wild sheep range or connected and potentially mitigate impacts associated with straying domestic sheep or goats, or wandering wild sheep.

Land management agencies and wildlife agencies should cooperatively manage for quality wild sheep habitat and routinely monitor habitat to detect changes in condition.

In areas where association between wild sheep and domestic sheep or goats is likely, land management agencies should post advisory signs at trailheads, campgrounds, and other high-use areas that are designed to educate visitors about the issue of interaction and to encourage prompt reporting of association of wild sheep with domestic sheep or goats. Agencies should also ensure that individuals keep dogs under immediate voice control or on leash to prevent scattering of domestic sheep or goats in permitted areas, or disturbances to wild sheep.

Land management agencies should clearly define the processes, protocols, and timelines for short-term or emergency management actions when intervention is needed to minimize risk of association between wild sheep and domestic sheep or goats.

Land management agencies should develop programs to foster and recognize the benefits of compliance, cooperation, and cost-sharing in efforts to prevent commingling of wild sheep and domestic sheep or goats on shared ranges.

In collaboration with wild sheep management agencies, land management agencies should investigate and implement an option to allow the permittee or producer, or appropriate agency representatives, to remove commingling wild sheep and, where not already established, develop or clarify legal authority for removing stray domestic sheep from public lands by lethal means.

Risk assessment should be conducted on an appropriate geographic scale regardless of jurisdictional boundaries. Recognizing the limits of regulatory authority, land management agencies should consider private in-holdings and adjacent private lands when conducting risk assessments.

Land management agencies should closely evaluate timing of permitted domestic sheep or goat grazing or trailing activities to reduce risk of disease transmission. For example, grazing estrous domestic females heightens



Photo by: Robin Fehlau (BLM)



Photo by: Stephanie Steinhoff (CPW)

BLM_0073348

# Management Recommendations

attraction and increases the probability of association between wild sheep and domestic sheep, and should be eliminated where benefits can be accrued.

In areas of high risk of association between wild sheep and domestic sheep or goats, agencies and permittees should ensure enhanced monitoring of grazing and trailing patterns using global positioning system (GPS) collars or other technology that provide detailed data on movements and grazing patterns. While enhanced monitoring will not reduce risk of association, it is vital for development of meaningful risk assessments and to ensure appropriate management recommendations are taken to achieve effective separation.



Photo by: Mike Cox (NDOW)



Photo by: Helen Schwantje (BC FLNRO)

## RECOMMENDATIONS TO WILD SHEEP AND OTHER CONSERVATION ORGANIZATIONS

Recognize and support efforts of wild sheep management agencies and industry leaders in maintaining effective separation.

Assist wildlife and land management agencies with development of informational brochures and other materials that identify and explain risk of association between wild sheep and domestic sheep or goats.

Assist wildlife and land management agencies with educational efforts regarding risks associated with the use of domestic sheep or goats as pack animals in wild sheep habitat. If use is authorized, encourage participants to closely control, tether, and night-pen their pack stock. Encourage prompt reporting of association between wild sheep and domestic sheep or goats, and promote a reporting system for monitoring association between wild sheep and domestic sheep or goats.

Maintain or establish open lines of communication with domestic sheep or goat producers and industry organizations to reduce polarization. Jointly organized and cooperatively-funded workshops on risk assessment, identification of practical strategies to achieve effective separation, development and distribution of pamphlets or brochures, and public speaking opportunities are tangible examples of collaborative, multi-disciplinary approaches to address potential disease transmission.

Continue to negotiate alternatives or incentives for domestic sheep or goat permittees to shift their operations to grazing allotments outside of wild sheep habitat. Advocate that permittees convert to a different class of livestock with lower risk of disease transmission or waive permitted domestic sheep or goat use in areas where risk assessment indicates high potential for association with wild sheep.

Encourage and support development and funding of cooperative research, and encourage agencies and conservation groups to commit resources necessary to maintain wild sheep populations.

## SUGGESTED MANAGEMENT PRACTICES FOR DOMESTIC SHEEP AND GOAT PERMITTEES

The following suggestions are based largely on recommendations provided by CAST (2008), Baumer et al. (2009), or USAHA (2009), and are intended to provide a responsible and common-sense approach for reducing risk of association. However, there is no science-based evidence or evaluation that assesses the effectiveness of these actions to reduce risk or enhance separation (Schommer 2009).

BLM_0073349

# Management Recommendations

Implement the following reporting and record keeping procedures or use an existing standard such as the BC (Appendix B) or Wyoming (Appendix C) models:

- Require prompt, accurate reporting by herders working on domestic sheep or goat grazing allotments where association of wild sheep with domestic sheep or goats is possible.
- Support fluency in English or translators for foreign herders in order to facilitate accurate reporting.
- Require sheepherders to use cellular or satellite phones or two-way radios, and location equipment such as GPS receivers to report and record grazing movements and encounters with wild sheep. Seek cost-sharing partnerships for providing communications equipment when an operator changes grazing management practices for the sole purpose of minimizing domestic sheep association with wild sheep. Partnerships could include wildlife management agencies, federal land managers, or private organizations.
- Require herders to record GPS locations, counts, losses and other information in a log book.

Place only experienced, informed and responsible sheepherders on allotments located near wild sheep habitat.

Ensure that all domestics are individually marked and traceable to source flocks.

Conduct full counts when trailing, immediately any time scattering occurs and regularly during general grazing.

Develop agreements between permittees and wildlife agencies that provide for locating and reacquiring all stray domestic sheep, either dead or alive. In the event of missing domestic sheep, a comprehensive search should be initiated immediately and the land manager and state wildlife agency must be notified of missing and subsequent recovery of animals.

Develop a detection and response protocol that includes:
- Reporting of wild sheep and domestic sheep associations (animal counts and GPS location) to the appropriate wildlife agency.
- Reporting of stray or missing domestic sheep to the land management agency who will, in turn, report that information to the wildlife agency.
- Removal of stray domestic sheep by the permittee, land manager or wildlife agency personnel.
- Removal of individual commingling wild sheep by wildlife agency personnel.
- Collection of standardized diagnostic samples from stray domestic sheep or commingling wild sheep.

Utilize the following trailing procedures:
- Conduct full counts when moving on and off each allotment/grazing site.

- Truck domestic sheep through "driveway" areas that pass through occupied wild sheep habitat.
- Truck in water (if needed) to reduce straying.
- Immediately remove animals unable to stay with the flock/herd and move them to a base property.
- Avoid trailing more than 5 miles per day and stop trailing when sheep or lambs show signs of fatigue. Provide for a "babysitter" or removal of lagging sheep when trailing.
- In the event that all animals cannot be accounted for, the permittee must advise the responsible agency and initiate efforts to locate missing animals and implement removal protocol as necessary.

Sick domestic sheep should be removed from allotments immediately and must never be abandoned.


Photo by: Mike Pittman (TPWD)


Photo by: Aaron Reid (BC FLNRO)

BLM_0073350

# Management Recommendations

Select herder's camp, nighttime bedding ground, and midday bedding ground locations that maintain communication between guard dogs and herding dogs by smell, sound (barking) and sight, and to take advantage of differences in the sleep cycles of guard dog and herding dogs. Place mature and effective guard dogs and herding dogs with domestic sheep (at least 2 of each per 1000 animals) and do not use female dogs in heat.

If grazing on federal lands, comply with established "bed ground" standards. Where conditions permit, construct temporary electric or boundary fences to ensure that domestic sheep remain within selected bedding grounds.

## SUGGESTED MANAGEMENT PRACTICES ON PRIVATE LANDS

Recognize that domestic sheep or goat farming on private lands can influence wild sheep population viability on adjacent public or other private lands.

Report any observed association between wild sheep and domestic sheep or goats on or near private land to the appropriate wildlife conservation agency.

Cooperate with wildlife agencies in reporting and removing feral sheep or goats and other exotic bovine ungulates such as aoudad, red sheep, urial, or argali that are detected within or near wild sheep habitat.

Participate in cooperative educational efforts to enhance understanding of the issues of disease transmission between domestic sheep or goats and wild sheep.

Do not release or leave unattended domestic sheep or goats in areas where they may seek, or be sought, by wild sheep.

Cooperate with appropriate agencies, agricultural and producer associations, conservation organizations, and other interested stakeholders to develop effective, comprehensive risk management approaches to help ensure effective separation between wild sheep and domestic sheep or goats, consistent with private property rights in and near wild sheep habitat.
• Possible approaches include, but are not limited to, changing species or class of livestock, purchase of land or the domestic sheep or goats, use of methods to ensure physical separation, or development of conservation incentives, bylaws, covenants, or legislation.

Consider partnerships with non-governmental organizations and wild sheep advocate groups for cost sharing on risk management/mitigation strategies such

as fencing, or other domestic sheep or goat management actions that reduce risk of disease transmission from private flocks to wild sheep.

Support "effective separation" fencing standards that are designed to prevent nose-to-nose contact and aerosol transmission through adequate physical distance, in order to reduce transmission of respiratory disease agents. Examples include: electric outrigger fences (2 feet from page (woven) wire fencing) and double fencing (two page-wire fences with a minimum spacing of at least 10 feet). A combination of fencing methods with or without the use of effective livestock guardian dogs may be most effective to ensure that wild sheep do not physically contact domestic sheep or goats on private land.

Participate in or support cooperative research to enhance understanding and test mitigation protocols for disease risk management.

Carefully consider the consequences of using domestic sheep or goats for weed control on private lands where association with wild sheep could occur. Work with agencies to develop alternative weed management strategies to reduce risk of association, while adequately managing weed problems.



Photo by: David Wetzel (Texas Bighorn Society)

BLM_0073351

# Literature Cited

Aune, K., N. Anderson, D. Worley, L. Stackhouse, J. Henderson, and J. Daniel. 1998. A comparison of population and health histories among seven Montana bighorn sheep populations. Northern Wild Sheep and Goat Council Proceedings 11:46-69.

Baumer, A., N. East, J. Echnique, M. Haworth, M. F. Leinassar, C. Papouchis, T. Stephenson, D. Weaver, and G. Wilson. 2009. A Process for identifying and managing risk of contact between Sierra Nevada bighorn sheep and domestic sheep. Available at http://www.dfg.ca.gov/snbs/literature.html. Accessed 21 July 2010.

Beecham, J. Jr., C. P. Collins, and T. D. Reynolds. 2007. Rocky Mountain bighorn sheep (Ovis canadensis): a technical conservation assessment. USDA Forest Service, Rocky Mountain Region, Ogden, Utah. Available at http://www.fs.fed.us/r2/projects/scp/ assessments /rockymountainbighornsheep.pdf. Accessed 21 July 2010.

Black, S. R., L. K. Barker, K. G. Mehren, G. J. Crawshaw, S. Rosendal, L. Ruhnke, J. Thorsen, and P. S. Carman. 1988. An epizootic of Mycoplasma ovipneumoniae infection in captive Dall's sheep (Ovis dalli dalli). Journal of Wildlife Diseases 24:627-635.

Bleich, V. C., J. D. Wehausen, and S. A. Holl. 1990. Desert-dwelling mountain sheep: conservation implications of a naturally fragmented distribution. Conservation Biology 4:383-590.

British Columbia Ministry of Forests and Range. 2008. Sheep vegetation management guidelines. Available at http://www.for.gov.bc.ca/hfp/publications/00006. Accessed 21 July 2010.

Cahn, M. L., M. M. Conner, O. J. Schmitz, T. R. Stephenson, J. D. Wehausen, and H. E. Johnson. 2011. Disease, population viability, and recovery of endangered Sierra Nevada bighorn sheep. Journal of Wildlife Management 75.1753-1766.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic domestic sheep. Journal of the American Veterinary Medical Association 198:1052-1056.

Cassirer, E. F., L. E. Oldenberg, V. L. Coggins, P. Fowler, K. M. Rudolph, D. L. Hunter, and W. J. Foreyt. 1996. Overview and preliminary analysis of a bighorn sheep die-off, Hells Canyon 1995-1996. Northern Wild Sheep and Goat Council Proceedings 10:78-86.

Clifford, D. L., B. A. Schumaker, T. R. Stephenson, V. C. Bleich, M. Leonard-Cahn, B. J. Gonzales, W. M. Boyce, and J. A. K. Mazet. 2009. Assessing disease risk at the wildlife-livestock interface: a study of Sierra Nevada bighorn sheep. Biological Conservation 142:2559-2568.

Coggins, V. L. 1988. The Lostine Rocky Mountain bighorn sheep die-off and domestic sheep. Northern Wild Sheep and Goat Council Proceedings 6:57-64.

Coggins, V. L. 2002. Rocky Mountain bighorn sheep/domestic sheep and domestic goat interactions: a management perspective. Northern Wild Sheep and Goat Council Proceedings 13:165-174.

Coggins, V. L., and P. E. Matthews. 1992. Lamb survival and herd status of the Lostine bighorn herd following a Pasteurella die-off. Northern Wild Sheep and Goat Council Proceedings 8:147-154.

Colorado Division of Wildlife. 2009. Colorado Bighorn Sheep Management Plan: 2009-2019. Colorado Division of Wildlife, Denver, USA.

CAST (Council for Agricultural Science and Technology). 2008. Pasteurellosis transmission risks between domestic and wild sheep. CAST Commentary QTA 2008-1. Council for Agricultural Science and Technology, Ames, Iowa, USA.

Croft, B., A. Fesnock, M. Haworth, R. Magut, L. Murphy, S. Nelson, R. Perloff, and T. Stephenson. 2010. Application of the document entitled a process for identifying and managing risk of contact between Sierra Nevada bighorn sheep and domestic sheep. Available at http://www.dfg.ca.gov/snbs/literature.html. Accessed 21 July 2010.

Diamond, J. M. 1997. Guns, germs, and steel: the fates of human societies. W. W. Norton, New York, USA.

Dubay, S., H. Schwantje, J. deVos, and T. McKinney. 2002. Bighorn sheep (Ovis canadensis) diseases:a brief literature review and risk assessment for translocation. Northern Wild Sheep and Goat Council Proceedings 13:134-152.

Epps, C. W., D. R. McCullough, J. D. Wehausen, V. C. Bleich, and J. L. Rechel. 2004. Effects of climate change on population persistence of desert-dwelling mountain sheep in California. Conservation Biology 18:102-113.

Edwards, V. L., J. Ramsey, C. Jourdannis, R. Vinkey, M. Thompson, N. Anderson, T. Carlsen, and C. Anderson. 2010. Situational agency response to four bighorn sheep dieoffs in western Montana. Northern Wild Sheep and Goat Council Proceedings 17:in press.

Festa-Bianchet, M. 1988. A pneumonia epizootic in bighorn sheep, with comments on preventative management. Northern Wild Sheep and Goat Council Proceedings 6:66-76.

Foreyt, W. J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Northern Wild Sheep and Goat Council Proceedings 9:7-14.

Foreyt, W. J., and D. A. Jessup. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163-168.

Foreyt, W. J., K. P. Snipes, and R. W. Kasten. 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with Pasteurella haemolytica from healthy domestic sheep. Journal of Wildlife Diseases 30:137-145.

Foreyt, W. J., and J. E. Lagerquist. 1996. Experimental contact of bighorn sheep (Ovis canadensis) with horses and cattle, and comparison of neutrophil sensitivity to Pasteurella haemolytica cytotoxins. Journal of Wildlife Diseases 32:594-602.

Foreyt, W. J., R. M. Silflow, and J. E. Lagerquist. 1996. Susceptibility of Dall sheep (Ovis dalli dalli) to pneumonia caused by Pasteurella haemolytica. Journal of Wildlife Diseases 52:586-593.

Foreyt, W. J., E. J. Jenkins, and G. D. Appleyard. 2009. Transmission of lungworms (Muellerius capillaris) from domestic goats to bighorn sheep on common pasture. Journal of Wildlife Diseases 45:272-278.

Foster, C. L. 2004. Wild sheep capture guidelines. Northern Wild Sheep and Goat Council Proceedings 14:211-282.

Garde, E., S. Kutz, H. Schwantje, A. Veitch, E. Jenkins, and B. Elkin. 2005. Examining the risk of disease transmission between wild Dall's sheep and mountain goats and introduced domestic sheep, goats and llamas in the Northwest Territories. Northwest Territories Agricultural and Policy Framework and Environment and Natural Resources Government of the Northwest Territories, Yellowknife, Canada.

George, J. L., D. J. Martin, P. M. Lukacs, and M. W. Miller. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44:388-403.

Goodson, N. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review. Northern Wild Sheep and Goat Council Proceedings 3:287-313.

Grinnell, G. B. 1928. Mountain sheep. Journal of Mammalogy 9:1-9.

Gross, J. E., F. J. Singer, and M. E. Moses. 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Restoration Ecology 8(4S):25-37.

Honess, R. F., and N. M. Frost. 1942. A Wyoming bighorn sheep study. Wyoming Game and Fish Department Bulletin 1:1-127.

Hunt, E. G. 1980. Report on Lava Beds National Monument bighorn sheep die-off. Memorandum. California Department of Fish and Game, Sacramento, USA.

Jansen, B. D., J. R. Heffelfinger, T. H. Noon, P. R. Krausman, and J. C. deVos, Jr. 2006. Infectious keratoconjunctivitis in bighorn sheep, Silver Bell Mountains, Arizona. Journal of Wildlife Diseases 42:407-411.

Jeffress, J. 2008. Transmission of Pasteurella haemolytica between domestic sheep and a free-ranging bighorn ewe. Northern Wild Sheep and Goat Council Proceedings 16:160.

Jenkins, E. J., A. M. Veitch, S. J. Kutz, T. K. Bollinger, J. M. Chirino-Trejo, B. T. Elkin, K. H. West, E. P. Holberg, and L. Polley. 2007. Protostrongylid parasites and pneumonia in captive and wild thinhorn sheep (Ovis dalli). Journal of Wildlife Diseases 43:189-205.

Jessup, D. A. 1982. Bighorn sheep and domestic sheep: conflict in Nevada's Granite Mountains. Association of Wildlife Veterinarians Newsletter 14:4-5.

Jessup, D. A. 1985. Diseases of domestic livestock which threaten bighorn sheep populations. Desert Bighorn Council Transactions 29:29-33.

Lawrence, P. K., S. Shanthalingam, R. P. Dassanayake, R. Subramaniam, C. N. Herndon, D. P. Knowles, F. R. Rurangirwa, W. J. Foreyt, G. Wayman, A. M. Marciel, S. K. Highlander, and S. Srikumaran. 2010. Transmission of Mannheimia haemolytica from domestic sheep (Ovis aries) to bighorn sheep (Ovis canadensis): unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46:706-717, and erratum (46:1346-1347).

Mack, C. M. 2008. Wandering wild sheep policy: a theoretical review. Northern Wild Sheep and Goat Council Proceedings 16:211-220.

Marsh, H. 1938. Pneumonia in Rocky Mountain bighorn sheep. Journal of Mammalogy 19:214-219.

Martin, K. D., T. J. Schommer, and V. L. Coggins. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. Northern Wild Sheep and Goat Council Proceedings 10:72-77.

BLM_0073352

# Literature Cited

McQuivey, R. P. 1978. The desert bighorn sheep of Nevada. Nevada Department of Fish and Game. Biological Bulletin 6:1-81.

Miller, M. W. 2001. Pasteurellosis. Pages 330-339 *In* E. S. Williams and I. K. Barker, editors. Infectious diseases of wild mammals. Third edition. Iowa State University Press, Ames, USA.

Montana Department of Fish, Wildlife and Parks. 2009. Montana bighorn sheep conservation strategy. Montana Department of Fish, Wildlife, and Parks, Helena, USA.

Onderka, D. K. and W. D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Northern Wild Sheep and Goat Council Proceedings 4:356-363.

Onderka, D. K., and W. D. Wishart. 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24:663-667.

Onderka, D. K., S. A. Rawluk, and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Canadian Journal of Veterinary Research 52:439-444.

Rybus, M. J., R. A. Fenton, and H. Lange. 1994. A health protocol for domestic sheep used on forest grazing allotments in Alberta and British Columbia. Northern Wild Sheep and Goat Council Proceedings 9:20-24.

Rudolph, K. M., D. L. Hunter, W. J. Foreyt, E. F. Cassirer, R. B. Rimler, and A. C. S. Ward. 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. Journal of Wildlife Diseases 39:897-903.

Rudolph, K. M., D. L. Hunter, R. B. Rimler, E. F. Cassirer, W. J. Foreyt, W. J. DeLong, G. C. Weiser, and A. C. S. Ward. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Zoo and Wildlife Medicine 38:548-558.

Ryder, T. J., E. S. Williams, and S. L. Anderson. 1994. Residual effects of pneumonia on the bighorn sheep of Whiskey Mountain, Wyoming. Northern Wild Sheep and Goat Council Proceedings 9:15-19.

Schommer, T. 2009. Evaluation of "best management practices." In final supplement to the final environmental impact statement for the southwest Idaho ecogroup land and resource management plans, Appendix F. July 2010. USDA Forest Service, Intermountain Region, Ogden, Utah, USA.

Schommer, T., and M. Woolever. 2001. A process for finding management solutions to the incompatibility between domestic and bighorn sheep. USDA Forest Service, Washington, DC, USA.

Schwantje, H. 1988. Causes of bighorn sheep mortality and die-offs: literature review. Wildlife Working Report WR-35. Wildlife Branch, British Columbia Ministry of the Environment, Victoria, Canada.

Schillinger, J. E. 1937. Disease relationship of domestic stock and wildlife. Transactions of the North American Wildlife Conference 2:298-302.

Singer, F. J., V. C. Bleich, and M. A. Gudorf. 2000. Restoration of bighorn sheep meta-populations in and near western national parks. Restoration Ecology 8(4S):14-24.

Skinner, M. P. 1928. The elk situation. Journal of Mammalogy 9:309-317.

USAHA (U.S. Animal Health Association). 2009. Recommendations on best management practices for domestic sheep grazing on public land ranges shared with bighorn sheep. U.S. Animal Health Association Joint Working Group Committee on Wildlife Diseases and Committee on Sheep and Goats. Available at http://portals5.gomembers.com/ Portals/6/ Reports/2009/report-wd-2009.pdf. Accessed 21 Jul 2010.

USDA Forest Service (U.S. Department of Agriculture Forest Service). 2009. Briefing paper on disease transmission from domestic to bighorn sheep. Presented at the Biannual Meeting of the Western Association of Fish and Wildlife Agencies, January 9, 2010. San Diego, California, USA.

USDA Forest Service. 2010a. Update to the draft supplemental environmental impact statement, southwest Idaho ecogroup land and resource management plans. USDA Forest Service, Intermountain Region, Ogden, Utah, USA.

USDA Forest Service. 2010b. Final supplement to the final environmental impact statement, southwest Idaho ecogroup land and resource management plans. USDA Forest Service, Intermountain Region, Ogden, Utah, USA.

USDA Forest Service 2011. Shoshone National Forest Supervisor's Office Order 02-14- 00-12-01. Temporary Area Closure to Domestic Goat Use. Available at: http://www.fs.usda.gov/detail/shoshone/alerts-notices/?cid=stelprdb5175892. Accessed 14 July 2011.

USDI BLM (U.S. Department of Interior, Bureau of Land Management). 1992. Guidelines for domestic sheep management in bighorn sheep habitats. Instruction Memorandum 92-264. USDI Bureau of Land Management, Washington, DC, USA.

USDI BLM. 1998. Revised guidelines for management of domestic sheep and goats in native wild sheep habitats. Instruction Memorandum 98-140. USDI Bureau of Land Management, Washington, DC, USA.

USDI BLM. 2010. Briefing paper on status of domestic sheep and goat management in native wild sheep habitat. Presented at the Biannual Meeting of the Western Association of Fish and Wildlife Agencies, January 9, 2010, San Diego, California, USA.

UC-Davis (University of California, Davis). 2007. Workshop summary: respiratory disease in mountain sheep: knowledge gaps and future research. School of Veterinary Medicine, University of California, Davis, USA. Available at: http://www.aawv.net/Members Only/April%2025-26%202007%20Respiratory%20Disease%20Workshop% 20Summary.pdf. Accessed 21 Jul 2010.

Warren, E. R. 1910. The mountain sheep. Pages 9-12. *In* The Mammals of Colorado: An account of the several species found within the boundaries of the State, together with a record of their habits and of their distribution. G. P. Putnam's Sons, The Knickerbocker Press, New York, USA and London, England.

Wehausen, J. D., R. R. Ramey II, and S. T. Kelley. 2011. Domestic sheep, bighorn sheep, and respiratory disease: a review of experimental evidence. California Fish and Game 97:7-24.

Western Association of Fish and Wildlife Agencies (WAFWA). 2007. Wild Sheep Working Group (WSWG), Recommendations for domestic sheep and goat management in wild sheep habitat. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA. Available at http://www.wafwa.org/html/wswg.shtml. Accessed 21 Jul 2010.

WAFWA. 2009. Wildlife Health Committee (WHC),Wild sheep herd health monitoring recommendations. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA. Available at http://www.wafwa.org/html/wswg.shtml. Accessed 21 Jul 2010.

WAFWA. 2010a. WSWG, GIS maps for 14 western states, showing bighorn sheep distribution overlain with vacant and active domestic sheep and goat grazing allotments and trailing routes. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

WAFWA. 2010b. WSWG, Summary on 9 bighorn sheep die-offs, winter 2009-2010. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA. Available at http://www.worg/html/wswg.shtml. Accessed 21 Jul 2010.

WAFWA. 2010c. WSWG, Recommendations for domestic sheep and goat management in wild sheep habitat. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA. Available at http://www.wafwa.org/html/wswg.shtml. Accessed 1 Mar 2012.

Wild Sheep Foundation. 2011. Wild Sheep Foundation Policy on Domestic Sheep & Goats. 4 pp. http://www.wildsheepfoundation.org/pdf/2012/domesticpolicies.pdf

BLM_0073353

## Glossary of Terms

**Allotment:** A portion of a landscape where livestock grazing of a plant community is prescribed according to a specific land use plan or legally defined regulatory authority.

**Annual Operating Instructions:** Specific language included in a term grazing or trailing permit file; reviewed each year with the permittee, prior to turnout of livestock on a grazing allotment or trailing route.

**Association:** Close proximity between wild sheep and domestic sheep or goats, potentially leading to direct physical contact and potential disease transmission.

**Augment:** To intentionally introduce wild sheep from one or more source populations into another existing wild sheep population, to enhance the recipient population demographically or genetically.

**Buffer zone:** A defined and delineated space on a landscape established by wildlife managers to reduce association and the potential for disease transmission between wild and domestic sheep or goats across that geographic space.

**Bighorn sheep:** A member of the species *Ovis canadensis* found throughout the mountains of western North America from the Peace River in Canada to northern Mexico and east to the Badlands of the Dakotas.

**Contact:** Direct contact between body parts of two animals during which a disease might be transmitted from one to another. In this document, "contact" typically refers to nose-to-nose or face-to-face interactions that may lead to the transmission of respiratory disease via secretions or aerosols. Synonymous with "Interaction."

**Connectivity:** Creating or maintaining networks of habitat that connect fragmented habitats, thus linking population segments of wildlife. Connectivity allows gene flow and enhances long-term species survival.

**Conservation Incentives:** In direct contrast to regulation-based conservation, incentive-based conservation provides economic, management or esthetic benefits to individuals or corporations to encourage them to conduct management activities that have positive conservation consequence to wildlife or wildlife habitat. Examples are: private land conservation easements, direct lease agreements for grazing rights for conservation purposes, or a trade/exchange of equal value grazing rights among various partners to minimize wildlife-domestic livestock conflict.

**Die-off:** A large-scale mortality event that impacts many animals from a population and may have significant demographic consequence for the long-term persistence of that population. In this report, such mortality events are usually caused by respiratory disease epidemics involving bacterial or other pathogens alone or in various combinations.

**Disease:** The word disease means literally "free of ease." Disease is any impairment that modifies or interferes with normal functions of an animal, including responses to environmental factors such as nutrition, toxicants, and climate. Typically, disease involves transmission of, and exposure to, some infectious agent but it may involve non-infectious causes such as congenital defects.

**Dispersal:** The process whereby individuals leave one habitat or landscape to seek another habitat or landscape in which to live.

**Double fencing:** Two fences running parallel around a landscape or pasture to prevent contact between animals across the fence line, designed to inhibit disease transmission.

**Effective separation:** Spatial or temporal separation between wild sheep and domestic sheep or goats, resulting in minimal risk of contact and subsequent transmission of respiratory disease between animal groups.

**Feral:** An animal of a domestic species that resides in a non-domestic setting and is not presently owned or controlled.

**Historic habitat:** Based on historic records, landscape that was previously occupied by bighorn sheep and thought to have provided necessary requirements to sustain a wild sheep population through time.

**Interaction:** Direct contact between body parts of two animals during which a pathogen might be transmitted from one to another. In this document, "interaction" typically refers to nose-to-nose or face-to-face interaction that may lead to the transmission of respiratory disease via secretions or aerosols. Synonymous with "Contact".

**Metapopulation:** An assemblage of populations, or a system of local populations (demes) connected by movement of individuals (dispersal) among various population segments.

**Movement corridor:** Routes that facilitate movement of animals between habitat fragments.

BLM_0073354

# Appendix A

**Occupied habitat/range:** Suitable habitat in which a wild sheep population currently exists.

**Preferred:** A specific management action that *should* be chosen over another, whenever possible:
**Radio collars:** Transmitters fitted on neckband material to monitor animal locations.

**Global Positioning System (GPS):** A radio transmitter fitted on neckband material linked with orbiting satellites; animal locations can be precisely triangulated from space, with the location data then electronically stored in a memory chip or transmitted by various methods for data retrieval.

**Very High Frequency (VHF):** A radio transmitter fitted to neckband material transmitting in the Very High Frequency range that can be located from the ground or aircraft using a telemetry receiver.

**Removal:** Physical extraction of domestic sheep or goats, or wild sheep, to eliminate (permanently or temporarily) occupancy of that range or habitat.

**Risk/Risk Assessment/Risk Management:** In this context, evaluation of the probability that a wild sheep population could experience a disease event with subsequent demographic impacts. Identification of what factors might contribute to the probability of a disease event. Management actions taken to reduce the probability of exposure and/or infection among or between animals. Examples of risk management include separation of infected and non-infected animals, treatment of infected individuals, vaccination, manipulations of the host environment, or manipulations of the host population.

• Qualitative Risk Assessment: Interpretation and analysis of factors that cannot necessarily be measured.

• Quantitative Risk Assessment: Use of tangible data and measurements.

**Spatial separation:** A defined physical distance between animal populations.

**Stray:** A domestic sheep or goat physically separated from its flock or band.

**Stressor:** A specific action or condition that causes an animal to experience stress and the subsequent physiological results of that stress.

**Suitable habitat:** Landscape that has all necessary habitat requirements to sustain a wild sheep population through time.
**Temporal separation:** Segregating animal populations over time to prevent association, such that they may occupy the same physical space but at different times.

**Thinhorn sheep:** A member of the species *Ovis dalli* occurring in Alaska, Yukon Territory, Northwest Territories, and northern British Columbia.

**Transmission:** The physical transfer (direct or indirect mechanisms) of a disease agent from one animal to another, either within an animal population or between animal populations. In some instances, transmission can lead to full expression of disease in individuals or populations.

**Transplant:** An intentional movement of wild sheep from a source population to other suitable wild sheep habitat, either currently occupied or not. (Also called "translocation" in some documents.)

**Trailing:** The planned ambulatory movement of domestic sheep or goats across a landscape or within a corridor to reach a destination where grazing or use will be allowed.

**Unoccupied habitat/range:** Suitable habitat in which a wild sheep population does not currently exist.

**Viability:** The demographic and genetic status of an animal population whereby long-term persistence is likely.

**Wandering Wild Sheep:** Wild sheep, primarily but not always young, sexually-mature rams, occasionally traveling outside of normally anticipated or expected wild sheep range and adjacent habitat. Removal of wandering wild sheep typically does not have population-level implications for wild sheep. Conversely, failure to respond to wandering wild sheep may result in significant, adverse population-level impacts.

BLM_0073355

**Appendix B**

# British Columbia Domestic-Wild Sheep Separation Project Contact Protocol

The following protocols outline *the steps to be taken when reports of wild sheep contact with domestic sheep are received by the Ministry of Environment* in one of several ways:

**1. Regular report from public to regional office (Conservation Officer Service or Wildlife Section):**
- Contact reported to Regional office.
- Assessment of situation by sheep biologist and COS, in consultation with wildlife veterinarian
- If close contact is confirmed and is considered a high risk situation, consider the following options:
  - a. Kill bighorn and save carcass – sample bighorn and/or domestics in consultation with wildlife veterinarian
  - b. Continue to monitor bighorn herd in area – observe and record general signs of health
  - c. Do nothing – but keep records
- If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

**2. Regular report from public to Call Line.**
- Contact reported to Call Line; Call Line staff forwards to regional COS.
- Assessment of situation by COS and sheep biologist, in consultation with wildlife veterinarian
- If close contact is confirmed and is considered a high risk situation, consider the following options:
  - a. Kill bighorn and save carcass – sample bighorn and/or domestics in consultation with wildlife veterinarian
  - b. Continue to monitor bighorn herd in area – observe and record general signs of health
  - c. Do nothing – but keep records
- If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

**3. Out of hours call from public to Call Line.**
- Contact reported to Call Line; Call Line staff forwards to regional COS officer-on-call.
- Assessment of situation by COS officer-on-call – contacts sheep biologist and wildlife veterinarian, if possible for consultation
- If sheep biologist and wildlife veterinarian cannot be contacted, biologist and veterinarian will support COS decision and action. COS will inform sheep biologist and wildlife veterinarian by email of the situation and action taken.
- If close contact is confirmed and is considered a high risk situation, consider the following options:
  - a. Kill bighorn and save carcass – sample bighorn and/or domestics in consultation with wildlife veterinarian
  - b. Continue to monitor bighorn herd in area – observe and record general signs of health
  - c. Do nothing – but keep records
- If contact is unsubstantiated/considered low risk, continue to monitor bighorn herd in area, alert and encourage mitigation measures with domestic producers in area to ensure separation.

BLM_0073356

## Appendix C



**WYOMING GAME AND FISH DEPARTMENT**

5400 Bishop Blvd.  Cheyenne, WY  82006

Phone:  (307) 777-4600  Fax: (307) 777-4610

Web site: http://gf.state.wy.us

**GOVERNOR**
DAVE FREUDENTHAL

**DIRECTOR**
TERRY CLEVELAND

**COMMISSIONERS**
RON LOVERCHECK – President
BILL WILLIAMS, DVM – Vice President
CLARK ALLAN
LINDA FLEMING
JERRY GALLES
CLIFFORD KIRK
KERRY POWERS

**MEMORANDUM**

TO:               Wildlife Division Employees

FROM:          Jay Lawson, Chief, Wildlife Division

COPY TO:     Terry Cleveland, Gregg Arthur, File

SUBJECT:     **PROTOCOL FOR HANDLING THE COMMINGLING
                     OF BIGHORN SHEEP AND DOMESTIC SHEEP/GOATS**

Due to the threat of disease transmission and subsequent bighorn sheep die-offs, the following protocol should be followed.

**Wandering Bighorn Sheep:**
Where there is known, suspected, or likely contact by a wandering bighorn sheep with domestic sheep/goats:

- If possible, that bighorn(s) should be live-captured and transported (one-way) to our Sybille Research Unit.
- If that bighorn(s) cannot be live-captured, that bighorn(s) should be lethally removed (per authority of Chapter 56) and, if possible, transported (either whole or samples) to our Sybille Unit or our WGFD Lab in Laramie.

**Stray Domestic Sheep/Goat:**
Where there is known, suspected, or likely contact by a stray domestic sheep/goat with bighorn sheep:

- The owner of such livestock should be notified and asked to remove the stray sheep/goat to eliminate the threat of disease transmission; however, it will be the owner's prerogative to determine what course of action should be taken.

**Reporting:**
All documented commingling and any actions taken must be reported to the employee's immediate supervisor, Wildlife Administration as well as the Bighorn Sheep Working Group Chairman, presently Kevin Hurley.

*"Conserving Wildlife • Serving People"*

BLM_0073357

Financial assistance for this publication and other important work conducted by the Western Association of Fish and Wildlife Agencies Wild Sheep Working Group has been provided by:





















**WAFWA**
**WESTERN ASSOCIATION OF FISH & WILDLIFE AGENCIES**

*"Delivering conservation through information exchange and working partnerships"*

Alaska Department of Fish & Game
Alberta Fish & Wildlife Division
Arizona Game & Fish Department
British Columbia Ministry of Forests, Lands and Natural Resources Operations
California Department of Fish & Game
Colorado Parks & Wildlife
Hawaii Division of Forestry and Wildlife
Idaho Department of Fish & Game
Kansas Department of Fish and Parks
Montana Department of Fish, Wildlife and Parks
Nebraska Game & Parks Commission
Nevada Department of Wildlife
New Mexico Department of Game & Fish
North Dakota Game and Fish Department
Oklahoma Department of Wildlife Conservation
Oregon Department of Fish & Wildlife
Saskatchewan Ministry of Environment, Fish, Wildlife, and Biodiversity Branch
South Dakota Department of Game, Fish and Parks
Texas Parks and Wildlife Department
Utah Division of Wildlife Resources
Washington Department of Fish and Wildlife
Government of Yukon Department of Environment
Wyoming Game and Fish Department

Eur J Forest Res (2011) 130:17–40
DOI 10.1007/s10342-010-0378-z

ORIGINAL PAPER

# Canopy effects on vegetation caused by harvesting and regeneration treatments

Sven Wagner · Holger Fischer · Franka Huth

Received: 2 October 2009 / Revised: 19 February 2010 / Accepted: 5 March 2010 / Published online: 31 March 2010
© Springer-Verlag 2010

**Abstract** This paper reviews the primary effects of canopy on understorey vegetation to provide insight into the management of the canopy space to benefit tree regeneration. Site conditions, like nutrient and water availability, overstorey conditions, e.g. tree species, and canopy density, are important determinants of ground vegetation. An investigation of canopy effects is concerned about how the canopy trees modify site conditions. As canopy density may be deliberately modified during regeneration treatments, the effect of canopy density on individual species in the herbaceous layer and tree regeneration is important. This autecological perspective focuses on the successional traits of species to help understand species differences in fecundity, survival, density and growth. From a synecological perspective, the importance of successional traits for the outcome of competition between species arising from differences in canopy densities is highlighted. This review shows that moderately dense canopies may favour tree regeneration over aggressive shade-intolerant graminoids or forbs. This is particularly true for shade-tolerant and intermediate shade-tolerant tree species. To better understand and utilise this phenomenon, research should try to identify and isolate different canopy effects.

This article originates from the final conference of the Cost action F47 "European Network for Forest Vegetation Management: Towards Environmental Sustainability" in Vejle, Denmark, 4–7 May 2009.

Communicated by C. Ammer.

S. Wagner (✉) · H. Fischer · F. Huth
Dresden University of Technology, Pienner Str. 8,
01737 Dresden, Tharandt, Germany
e-mail: wagner@forst.tu-dresden.de

**Keywords** Overstorey density · Competition · Niche partitioning · Ground vegetation · Regeneration · Successional traits · Overstorey manipulation

## Introduction

The majority of vegetation management research in forests is concerned with the use of chemical or mechanical measures, or prescribed burning for regulating competition between shrubs, grasses, herbs, ferns and mosses, on one hand, and forest tree species regeneration on the other (Wagner 1993). Field experiments are often designed to investigate measures to restrict competing vegetation. Foresters rely on scientific research developing such measures for application in the field, e.g. on former agricultural land or on clearcuts. However, scientific research conducted at sites influenced by old trees has long shown that the composition and vitality of competing species under a tree canopy differs markedly from those in open field conditions (Lüpke 1982; Hannerz and Hånell 1997). Many species with high vitality in open fields loose much of their competitive ability under canopy conditions. Due to this shift in competitive ability in general, tree regeneration can be established under a canopy, thereby benefiting from the reduction in the vitality of competing vegetation and, as a result, simplifying vegetation management measures. Even so, the vitality of seedlings and saplings of tree species under a canopy may also be lower than in open conditions (Kenk 1988; Kuuluvainen et al. 1993). Thus, to implement a strategy of indirect competition management by utilising canopy effects, more knowledge about species-specific interactions under various canopy situations is necessary.

Moreover, it has been shown that the outcome of competition between species is site dependent (Küßner et al.

Springer

2000). Consequently, detailed investigations are needed to analyse how the canopy affects species growing below it. If a study of canopy effects is to include any relevant change in environmental conditions relative to an open field due to the influence of forest stands, the effect of shading (Canham et al. 1994) and root competition (Coomes and Grubb 2000) come to mind immediately. However, on a given site, one single canopy effect will rarely influence ground vegetation and tree regeneration independently of other canopy effects. How do different canopy effects interact in a given situation in forests?

This review seeks to give some insights into simultaneous canopy effects on ground vegetation and on tree species regeneration. In the section on "Fundamentals about canopy effects", we present an overview (1) about the main canopy effects and (2) about primary determinants of ground vegetation in general. We then show (3) how individual ground species respond to canopy effects and (4) how canopy effects influence the competitive outcome between species.

In the applied research section, we discuss (5) whether forest management can benefit from canopy effects to reduce the competitiveness of unwanted species while keeping the vitality of desired tree species regeneration at an economically acceptable level.

## Fundamentals about canopy effects

### Definition of canopy effects

Canopy effects is defined here as any change in environmental conditions at the forest floor level brought about by the presence of forest canopy when compared to clearances. Brechtel (1962), Mitscherlich et al. (1967) and, more recently, Heithecker and Halpern (2006) have reported critical findings about the effects of different canopy densities on microclimate at the forest floor. From these publications, we know that the canopy can influence the quantity and quality of light available, air and soil temperature and soil moisture. Furthermore, Beatty (1984) showed effects of canopy species composition on soil temperature, depth of litter and the quantity of nitrogen and calcium available in the humus layer.

These changes are primarily caused by trees, e.g. by their leaves, roots, branches and main stem. Yet, the influence of the trees may also be modified by herbaceous and woody vegetation (Heithecker and Halpern 2006).

As a forest stand is an assembly of individual trees, the environmental changes caused by single trees also needs to be considered. This has led to the notion of zones of influence or ecological fields (Wu et al. 1985; Grimm and Railsback 2005) of single trees. Some efforts have been



undertaken to identify the effects of individual trees on light (Canham et al. 1994), water (van Noordwijk et al. 1996) and nutrient availability (Finzi et al. 1998a). In some cases, these findings have resulted in ecological field models, e.g. of light availability (Wälder et al. 2009). Other ecological effects of single trees included in ecological field models relate to pollen (Degen et al. 1996; Shimatani et al. 2007), seed (Clark et al. 1998; Stoyan and Wagner 2001) and leaf litter dispersal (Ferrari and Sugita 1996) as well as fine root distribution (Ammer and Wagner 2002). Most of these effects are important determinants of forest dynamics in a broad sense. Moreover, other phenomena are also driven by the interaction of the above-mentioned canopy effects in forest ecosystems, e.g. humus layer morphology (Finzi et al. 1998b; Wälder et al. 2008) and ground vegetation species (Kühlmann et al. 2001). Harmer and Morgan (2007) documented significant effects of canopy cover and distance to parent tree on oak regeneration.

To facilitate forest stand regeneration, foresters can modify tree species composition and stand density by cutting. A description of the effect of the total canopy in modified stands may be regarded as a combination of single-tree effects. To model the effect of an entire stand based on ecological fields of single trees, the effects of single trees are added in most cases, e.g. in leaf litter (Staelens et al. 2003), but a multiplicative approach is appropriate when modelling single-tree effects on resources, e.g. in light penetration (Wälder et al. 2009).

### Determination of vegetation: general remarks

In investigations of canopy effects on species number, composition and vitality etc. of the herbaceous layer in forest stands, the main determinants of this vegetation layer should be investigated first. The two factors that modify this vegetation layer most are site and forest stand.

#### Determination of vegetation by site

Forest sites support complex systems resulting from the interaction of all environmental factors. Site, a natural unit, is the function of the interaction between climate, topography, parent material and vegetation over a specific period of time (e.g. Attiwill and Leeper 1987). Site heterogeneity in forest landscapes frequently is higher than in other landscapes (O'Connell et al. 2000) due to the high proportion of rock outcrops, standing trees, fallen logs, variety of litter and various forms of biotic disturbance. Even within a defined area, site characteristics (micro-climatic conditions, soil heterogeneity, resources) are very diverse. This diversity in abiotic conditions causes diversity in the vegetation (Strandberg et al. 2005). The way plants cope

BLM_0073361

Eur J Forest Res (2011) 130:17–40

with resource changes, for example in soil nutrient concentrations or in water availability, is partly reflected in indicator values for plant species (Ellenberg 1996; Haeupler 2000), which can be deduced from soil type, and moisture and nutrient regime.

The concept of 'Potential Natural Vegetation' (PNV, *sensu* Tüxen 1956) is a tool for specifying sets of site conditions influencing plant growth and distribution for different vegetation types. PNV indicates the combination of species that would exist today under the prevailing environmental conditions in the absence of [past and present] anthropogenic influence when plant succession progresses to its final stage. The final stage of natural succession at each site depends upon climate and soil conditions. This means that specific soil and climate conditions determine the final vegetation stage, the climatic climax community and the so-called zonal vegetation (*sensu* Ellenberg 1988).

Current plant communities often comprise replacement communities resulting from anthropogenic activity. Examples of coniferous and deciduous afforestation show that, in addition to near-natural and natural forest communities, entirely man-made plantation forests (which Zerbe 2003 called 'Forste') can also be informal integrated into the Braun-Blanquet vegetation system.

*Nutrients and humus* The influence of nutrient availability on primary production and the structure and diversity of plant communities has been demonstrated in many communities along soil fertility and/or soil moisture gradients (Tilman and Wedin 1991; Briggs and Knapp 1995; Ebrecht and Schmidt 2003). Effects of soil resource limitations are more pronounced in soils with low fertility, where biomass production is low and plant communities are dominated by a smaller number of species using the most limiting resources more efficiently (Mamolos et al. 1995).

The main growth-limiting nutrients for plants in natural environments are nitrogen and phosphorus (Vitousek and Howarth 1991; Koerselman and Meuleman 1996; Hofmeister et al. 2002; Güsewell 2005). For this reason, studies on mineral nutrition have focused mainly on these nutrients.

The rate at which nutrients circulate within the forest ecosystems (Ovington 1965; Ponge 2003) influences humus form, which varies according to climate and parent rock (Baritz 2001), but also to canopy and vegetation (Beniamino et al. 1991; Aubert et al. 2004), stand age (Emmer and Sevink 1994; Fischer et al. 2002), management (Liski 1995; Vanmechelen et al. 1997) and fertilisation (Deleporte and Tillier 1999).

Like the plants themselves, organic matter, in terms of its distribution and various humus forms, can be regarded as an integrated indicator of functionality of soils (Fischer et al. 2002). Organic matter has been classified into three organic matter types diverging in morphology: the mull type which has very active fauna and microflora, mor type which does not and moder type which lies in between.

*Water* Apart from non-organic chemical elements and organic matter, soil productivity depends on water (Ernst 2004). Soil water availability influences primary productivity and species composition (1) directly, since water is required for plant establishment and growth and influences the length of the growing season during the summer, permitting more species to share the temporal niche, and (2) indirectly by limiting nutrient availability and modifying soil characteristics, such as organic matter (Buczko et al. 2002; Bens et al. 2007).

*Additional factors* In addition to water content, nutrient status, soil fertility and climate, other environmental factors play a minor role in influencing ground vegetation in most forest ecosystems. Yet, some additional factors do influence distribution, evenness and diversity of understorey plants in temperate forests, notably edaphic conditions (Gilbert and Lechowicz 2004; Hofmeister et al. 2009), human activity (Ebrecht and Schmidt 2003; Godefroid and Koedam 2004) or former land-use (Fraterrigo et al. 2006).

### Determination of vegetation by stand, i.e. canopy effects

Ground vegetation is influenced by overstorey (species composition, structure and density) which, in turn, modifies site-specific resource availability (light transmittance, water competition and nutrient availability), other environmental factors (temperature extremes, wind speed) and additional factors such as litter fall.

The forest ground vegetation is rarely assumed to be the result of one specific ecological effect of the canopy alone. In fact, an interaction of various canopy effects is expected to determine vegetation characteristics. Seidling (2005) stressed that models predicting and explaining understorey floristic composition and its changes need to include a spectrum of parameters from different ecological domains. The mechanisms for different understorey vegetation responses to overstorey characteristics are complex, and careful attention is required to avoid overlooking these interactions when identifying the mechanisms involved.

*Tree species* The relationship between diversity and abundance of tree species within and between the canopy and understorey has been investigated (Beatty 1984; Jennings et al. 1999; Harrington et al. 2003; Aubert et al. 2004; Balandier et al. 2006; Hart and Chen 2006) and reviewed (Barbier et al. 2008) many times.

BLM_0073362

Eur J Forest Res (2011) 130:17–40

The effects of tree species in the canopy on the diversity and composition of understorey vegetation have often been discussed and comparisons made between conifer and hardwood forests. Based on a review of published data for understorey species richness, Barbier et al. (2008) found ten sites under a broadleaved forest canopy with greater species richness and four sites under a conifer canopy with higher species richness. There are indications that, in many cases, monospecific stands can be more favourable for biodiversity than mixed stands comprising two species. For instance, Schmidt and Weckesser (2001) have shown the influence of overstorey tree species composition on the diversity of ground vegetation in pure and mixed stands of Norway spruce and European beech. Their results showed clearly that species diversity was highest in pure Norway spruce stands and that canopy species composition affected species composition of the herbaceous layer, i.e. some understorey species were missing in European beech stands yet were abundant in Norway spruce stands. Likewise, Jobidon et al. (2004) found the proportion of Black spruce (*P. mariana* (Mill.) BSP.) mixed with broadleaved species to affect species richness of the herbaceous layer.

Figure 1 shows an example of the effect of the interaction between canopy tree species and resources on the



**Fig. 1** Ordination-biplot of a Principal Component Analysis (CA-NOCO) for species of the herb layer (Tischer 2009). Each arrow denotes a single species of the herb layer. The samples are divided into three groups of canopy layer species (see legend). The longer a single arrow, the higher is the value (cover, individuals) of single species within the sampling locations around them. Smaller distance between *arrow* and *axis* represents a higher correlation between the two values. The first ordination axis explains 32.3%, the second axis 21.7% of the variance of species data

species composition of the herbaceous vegetation in a Norway spruce (*P. abies* (L.) Karst)—silver birch (*B. pendula* Roth) stand (Tischer 2009) based on a PCA. The PCA is one linear method attempting to relate species composition to hypothetical environmental gradients. The purpose of all ordination methods is to detect axes of the greatest variation in the community composition for a set of samples and to visualise the dissimilarity structure for the samples and species (Leps and Smilauer 2007).

The first group marked in the diagram is highly variable and includes predominantly samples taken near a single silver birch. In this group, the grass species *Deschampsia flexuosa* was more important than other species, as indicated by the long arrow. The second group is characterised by less variation and a different set of dominant vascular plants, e.g. *Calamagrostis villosa* and *Vaccinium myrtillus*. This group was almost exclusively sampled near a Norway spruce tree surrounded by silver birch. In the third group, Norway spruce saplings dominate the mixture and vegetation layer. The samples in this group were taken around a Norway spruce tree with no other tree species nearby.

A separation of the samples into three groups is obvious. Therefore, effects of canopy species on species composition and coverage by different herbs are indicated. Wallrup et al. (2006) reported similar findings in boreal silver birch—Norway spruce mixtures.

In addition to diversity of herbaceous-layer, biomass may correlate positively with canopy species diversity. Mölder et al. (2008) stressed that productivity of the herbaceous layer could be promoted by increasing nutrient supply and base saturation. A higher proportion of beech in the canopy may reduce productivity of the herbaceous layer.

Litter may also affect tree species. The effect of litter fall on ground cover and species diversity may be positive or negative; while microclimate (e.g. humidity) may improve conditions for seed germination, seedlings cannot establish roots easily. Some litter removal experiments found litter thickness to inhibit understorey vegetation vitality or germination rates (Holderegger 1996; Augusto et al. 2003), whereas others found litter beneficial in seeding experiments (Ammer et al. 2002).

In Fig. 2, the example shows the relationship between moss cover and amount of broadleaf litter, suggesting that the amount of common oak (*Q. robur* L.) litter alone determines intensity of moss cover. Given the high acidotolerance of mosses, low moss coverage is probably due to the inability of mosses to survive the massive annual autumn leaf fall, as Ellenberg (1988) claimed. The nature of tamping effects by litter fall on understory vegetation seems to be non-linear and reversed above a definite amount of thickness (Suding and Goldberg 1999).

BLM_0073363

Eur J Forest Res (2011) 130:17–40                                                                21



**Fig. 2** Moss coverage and oak leaf amount on a poor sandy soil in a Scots pine (*P. sylvestris*) in relation to distance to a single pedunculate oak (*Q. petraea*) tree in that stand. Scale for oak litter density is inverted. Data of moss coverage (*circles*) are from Wehnert, unpublished. Oak litter amount data (*solid line*) are from a distance-dependent litter model (Lehmann 2007) and are calibrated to 100% at tree trunk

*Canopy density* When forest management deliberately designs regeneration measures in a stand, it generally follows the idea of assigning growing space (e.g. sensu Oliver and Larson 1996) to the regeneration that was previously occupied by one or several old trees. Seedlings can utilise this growing space, but it is also available to the remaining old trees and competing ground vegetation. In plant communities, growing space reflects the resource supply (Tilman 1982), and modifying canopy density can modify site-specific resource availability.

Relative light intensity (RLI) is used to determine growing space in many studies (Bolstad et al. 1990; Sonohat et al. 2004; Xiao et al. 2006; Arias et al. 2007). At the stand level, the size, shape, angle, orientation, arrangement and density of leaf layers can also be seen as critical crown parameters of single trees, tree groups (mixed tree species) or canopy structures affecting light availability. The parameters leaf area index (LAI, e.g. Küßner 1991) and gap light index (GLI, *sensu* Canham et al. 1990 and Dai 1996) are also used to quantify canopy and light conditions in forest understorey. However, it is clear that these parameters cannot be measured in isolation (Harper 1977).

Even though the shade tolerance of understorey species varies (Ellenberg classified vascular species along a gradient of nine indicator values), light is commonly considered to be the most limiting parameter for ground vegetation coverage, abundance, composition, height and species richness (Schmidt 2005; Barbier et al. 2008). However, changes in canopy density influences not only light regime; other microclimatic changes may occur such as air and soil temperature or humidity (Barkman 1992).

We know that ground vegetation is adapted to light regimes in stands, which have specific transmittance. Many European beech forest species have adapted to unfavourable light conditions (e.g. *Oxalis acetosella* L., *Luzula luzuloides* (Lam.) D. & Willm.), or complete their development cycles within 1 year, before the canopy is fully closed (geophytes in nutrient rich beech stands). Thus, the light factor in most beech forests has virtually no influence on species number in the ground vegetation (Härdtle et al. 2003).

Hofmeister et al. (2009) investigated the influence of light availability on species richness in the ground vegetation in oak-dominated forests in central Bohemia. They found positive correlations, with one exception.

In high light environments, graminoids are especially strong and effective competitors. The growth rates and belowground root density of these grass species increase markedly under better light conditions. Moreover, it is well known that graminoid species often have a competitive advantage when resource availability is high, including high light availability (Kull and Aan 1997). This feature allows them to colonise new soil volume efficiently, and rapidly take up available resources (Balandier et al. 2006).

In most ecological studies, radiation is traditionally quantified in terms of radiant energy and/or PAR (photosynthetically active radiation) irradiance. However, the quality of radiation, including its spectral composition within the canopy layer, is also important as it may influence physiology and the photosynthetic apparatus (Navrátil et al. 2007; Grant 1997). However, understanding whole plant photosynthesis is complicated due to the pronounced spatial PAR differences (Meir et al. 2002). The canopy reduces the total light intensity received by understorey vegetation and filters light rays selectively (Combes et al. 2000). Thus, in addition to the quantity of solar radiation, the quality (wavebands) may play a role for growth and competition within forest ecosystems as well. Changes in radiation quality, in terms of the ratio of red (RR) to far red radiation (FR), occur naturally in the forest canopy because the transmitted radiation and reflected radiation at the forest floor have lower ratios of red to far-red photons than the incident radiation at the forest canopy (Kozlowski et al. 1991). Although the influence of RR:RF ratio on the photosynthetic characteristics of plants is described in some studies as being limited (see Schmitt and Wulff 1993; Lee et al. 2000), some recent work shows that it may be more important than previously thought—especially in the context of interspecific competition (see section entitled "Competition between two species under varying canopy densities").

Leuchner et al. (2007) quantitatively compared light quality and light availability in a mature mixed Norway spruce–European beech forest over an entire vegetation

BLM_0073364

Eur J Forest Res (2011) 130:17–40

period in southern Germany. The red:far red ratios indicated a non-linear relationship between light availability and light quality. The relationship varied seasonally by vegetation/forest type and by meteorological conditions. Beech exhibits a higher variability in R:FR relationship than spruce. The results obtained facilitate the assessment of light quality from light availability measurements, and vice versa, under different types of mature mixed forest.

Heterogeneity is another important factor in light regimes, especially if direct light and diffuse light are partitioned. The photon flux density of direct and diffuse radiation is fundamentally different. The response of different plant species to particular combinations of these radiation components varies significantly (Larcher 2001). For example, the amount of diffuse and direct radiation varies within gaps, from the gap centre to the edge, and along N-S and E-W gradients (Canham et al. 1990; Wayne and Bazzaz 1993; Ritter et al. 2005). For this reason, scientists examining the influence of direct and diffuse relative radiation on certain measured parameters classify their plots into microsite types according to the prevailing combination of direct and diffuse radiation (Diaci 2002).

In addition to light, water is an essential resource for ground vegetation. Canopy density may affect soil water availability by changing (1) amount of non-intercepted water, (2) quantity of water absorbed by tree roots and (3) spatial distribution of water at trunk and crown. Water uptake by roots is species dependent and is modified by the specific morphology of the root system. Leuschner et al. (2001) were able to show the differences between distributions of fine roots, which cause a high interspecific competition with ground vegetation. For example, European beech has a denser fine root system than sessile oak or Scots pine. (Curt and Prévosto 2004). By high water absorption, fine roots in the upper soil horizons near the surface may limit ground vegetation vitality. Powell and Bork (2006) investigated the effect of the removal of aspen (*Populus tremula*) canopy on understorey vegetation, and Vincke et al. (2005) showed that understorey can sometimes take up more water than the overstorey trees.

In acidophytic beech and mixed beech–oak forests, there is a high positive and a negative correlation between the number of ground vegetation species and soil moisture, and light supply, respectively (Härdtle et al. 2003).

The mitigation of frost by canopies also deserves attention: as Agestam et al. (2003) show, beech regeneration suffers less from frost damage under dense or sparse shelter than in a clearcut. Frost mitigation for Norway spruce advance regeneration under dense shelterwood was very similar (Örlander and Karlsson 2000). The effect of canopies on frost occurrence can also be modelled (Blennow 1998).

In pure stands, i.e. stands with one overstorey species, canopy density is the factor which influences the herbaceous layer most. Under a mixed species canopy, the understorey vegetation may be affected by (1) the dominant tree species, which determine the crown morphology, LAI and spatio-temporal variability in canopy openness (Falinski 1986; Collins and Picket 1987; Canham et al. 1990; Fischer and Bens 2002; Thomsen et al. 2005), or (2) the tree mixture (mixing degree or composition, Mölder and Schmidt 2007).

As, in forest management, cutting treatments are predominantly designed to create growing space for regeneration, the following discussion mainly addresses the effects of different canopy densities. However, the effect of species composition in the overstorey may be neglected in harvesting operations.

Canopy density effects on single species

Studies have been performed in which canopy density is adopted as an explanatory variable for different responses of target ground vegetation species to canopy effects (e.g. Tyler 1989; Moola and Mallik 1998). Both temporal (seasonal light availability—coniferous versus broad-leaved tree species; Anderson and Loucks 1969) and spatial variability in canopy effects on ground vegetation are found (vertical gradient and horizontal differences, e.g. gaps or edges; Canham 1988; Collins and Battaglia 2008). According to Goldberg (1990), the vitality and growth responses of ground vegetation species and tree regeneration to different light conditions can be distinguished. Relationships between the explanatory variable and vitality variables may be linear (Modrý et al. 2004) or non-linear (Mountford et al. 2006). It seems that the nature of this relationship depends on the species and the explanatory variable, but often also on the scale chosen for the explanatory variable. Thus, for a better understanding of light effects caused by canopy closure or structure, it is necessary to distinguish between responses of ground cover species such as mosses, herbaceous plants and grasses (graminoids) and tree regeneration (seedlings and saplings). It is also necessary to differentiate between regeneration of light-demanding and shade-tolerant tree species (Brzeziecki and Kienast 1994).

*Ground vegetation species*

*Vegetative growth*   In the last 20 years, correlation analyses of light availability and vegetation cover or abundance were often carried out on plots (Bolte and Bilke 1998; Bisbee et al. 2001; Modrý et al. 2004; Denner 2007), resulting in estimations of small-scale spatial differences at the stand level (Cole and Weltzin 2005; Messaoud and Houle 2006). Species with high competition potential (Gaudio et al. 2008), e.g. genera like *Calamagrostis,*

BLM_0073365

Eur J Forest Res (2011) 130:17–40

*Deschampsia, Epilobium, Vaccinium, Pteridium* and *Rubus* (Tyler 1989; Pyšek 1993; Ricard and Messier 1996; Fischer and Bens 2002), were often the focus of these studies. A more detailed overview of 'recalcitrant' ground vegetation species was conducted by Royo and Carson (2006). The authors defined recalcitrant understorey plants as those with high resistance to displacement which negatively affected other ground vegetation or tree species regeneration. Most of these studies were able to show positive linear relationships between light availability and cover of a single dominant species in the ground layer.

For light-demanding or early successional species, maximum light availability leads to maximum species cover (Anderson and Loucks 1969; Fischer and Bens 2002). For these species, light is the most important factor for them to dominate the forest ground cover (Wild et al. 2004). Thus, they are favoured by gaps, edges or openings in the canopy (Lieffers and Stadt 1994; Küßner 1999; Harrington 2006). However, ground vegetation includes different types of light-adapted plants (Ellenberg 1992; Fischer and Bens 2002; Lindh and Muir 2004). For example Gaudio et al. (2008) documented a strong linear increase in *Cytisus scoparius* (L.) link, with maximum cover of 70% in the 75% light transmittance class. In the same study, maximum cover of *Rubus idaeus* L. reached only 50%, and this occurred in lower class of approximately 45% light transmittance. Ricard and Messier (1996) found very low abundance of *Rubus idaeus* under light conditions below 10% PPFD (Photosynthetic Photon Flux Density). The same was documented by Lieffers and Stadt (1994), who found low abundance and cover of *Epilobium angustifolium* L. and *Calamagrostis canadensis* (Michx.) Beauv. in *Picea mariana* (Mill.) Britton stands when PAR transmittance was below 18%; yet above 25% PPFD, these species have a high presence. During 5 years of research in a 150-year-old pedunculate oak forest, Harmer and Morgan (2007) were able to show a continuous increase in *Rubus fruticosus* and *Pteridium aquilinum* cover after canopy cover was reduced. In the first year after cutting, these species covered 18% of the area, whereas, after 5 years, 80% of the stand was covered mainly by these species. However, Harrington (2006) concluded that there was no correlation between mean coverage of the two grass species *Anthaenantia villosa* and *Sporobolus junceus* and stand densities in *Pinus palustris* (Mill.) stands.

One of the rare examples of the use of light measurements to analyse bryophyte cover (e.g. *Sphagnum* sp.) was conducted by Bisbee et al. (2001) in black spruce forests in Canada. The cover of *Sphagnum* reached 10% on average and was positively correlated with PAR transmittance. However, with a LAI ($m^2\,m^{-2}$) of 4.2 in the overstorey, this moss was absent.

Analyses of total plant biomass production for different light-demanding species have shown positive relationships (linear or non-linear) between light availability and biomass of ground vegetation by area (Ricard and Messier 1996; Moola and Mallik 1998; Kotowski et al. 2001; Strengbom et al. 2004). Under closed canopy conditions in old Norway spruce forests, Pyšek (1991) measured a mean total biomass of 1,540 g/$m^2$ for *Calamagrostis villosa* (Chaix.) Gmel. compared to approximately 3,377 g $m^{-2}$ in clearings with full light availability.

Different light conditions modify growth ratios between leaves, shoots and roots, i.e. allocation features (Olff 1992; Edelkraut 2003). Harper (1977) described expansive root growth and restricted above-ground biomass development under high light exposition. The reverse was observed for canopy shadow effects (Kotowski et al. 2001; Sakamaki and Ino 2002). For *Vaccinium myrtilloides* (Michx.) in boreal mixed species stands, Moola and Mallik (1998) showed that increasing light availability resulted in increasing allocation of total biomass to leaf mass and decreasing allocation to stem mass. As with tree species regeneration, vertical light gradients change habits and silhouettes of herbaceous plants (Grime and Jeffrey 1965).

The ability to invest most energy into height development favours pioneer species in competition with climax species under suitable conditions. As suitable conditions, e.g. canopy gaps, are only available for a limited time, pioneer species respond with rapid height growth and capture open space rapidly (Yamamoto 2000).

Figure 3 shows the maximum height per plot of the pioneer *Epilobium angustifolium* in relation to light availability in gaps in a European beech stand. The dependence of height on light availability appears non-linear. Studies looking at height growth of ground vegetation species are rare compared to studies of regeneration; the one example available documented height growth for bramble (mean



**Fig. 3** Maximum height per plot of *Epilobium angustifolium* in relation to light availability in gaps in a beech-stand within the Solling Mountains; data from Fischer (unpublished)

height 64 cm) and bracken (mean height 85 cm) after cuttings in oak over 5 years (Harmer and Morgan 2007).

When plants are shaded by canopies (or by neighbours), they undergo a major reprogramming of their morphological development. Phytochromes are clearly involved in these responses to shade (Smith 2000; Ballaré 1999). The plants perceive a decrease in the ratio of red to far-red radiation, as described in the section on "Canopy density" above. This change in light quality serves as a warning for competition, triggering a series of responses known as the 'shade-avoidance syndrome' (Smith and Whitelam 1997). In response to shade, stems elongate and leaf expansion accelerates (Ballaré 1999). Many vegetative growth parameters of understorey vegetation may change in response to a change in light quality. These changes can be observed morphogenetic processes and plant architecture (Leicht and Silander 2006) or internode lengths, plant height, branching patterns, patterns of plant tissue allocation, leaf size, rooting ability and biomass (Newton et al. 1996; Stuefer and Huber 1998; Griffith and Sultan 2005).

*Reproduction and survival rate*   Species maintenance in forest stands often depends on the ability of plants to flower and produce seeds (Thompson and Grime 1979; Hester et al. 1991). Some studies show strong, positive correlations between light availability and species fertility or number of inflorescences (Moola and Mallik 1998; Lindh and Muir 2004; Harrington 2006; Dorland and Willems 2006). Under closed canopy conditions, flowering is rare or impossible in some species (e.g. *Poa nemoralis* L. in Tyler 1989 and *V. myrtilloides* in Moola and Mallik 1998, *D. flexuosa* L. (Trin.) in Strengbom et al. 2004) because specific light and temperature requirements for inducing flower development are not met (Schopfer and Brennicke 2006). Dorland and Willems (2006) searched for the presence of flowering *Ophrys insectifera* L. em. L. (an endangered orchid species in many European countries) in forest stands in The Netherlands over a period of 4 years. A minimum RLI of 40–50% was necessary to guarantee good flowering conditions under a forest canopy. Generally, significant linear positive regressions were obtained between RLI and flowering of *O. insectifera*. From Pyšek (1991), we know flowering tiller densities for *C. villosa* under forest canopies lies between $25.4 \pm 25.7$ compared to $364.6 \pm 276.7$ per m$^2$ in clearings.

Shade tolerance in pioneer species is low for adult plants, and high rates of survival will only be achieved under open canopy conditions (Cole and Weltzin 2005). Harrington's (2006) studies in *Pinus palustris* stands provide an exception since no difference in survival rate of both grasses (*Anthaenantia villosa* and *Sporobolus junceus*) was found due to large differences in basal area of pine stands.

## Regeneration of tree species

Hutchinson (1978) and Pianka and Horn (2005) described r- and K-specialists, which differ in their establishment strategies. Grime (2001) pointed out that the two groups also differed in their physiological metabolism, development and allocation response to different light conditions. The morphological, physiological and anatomical differences have been described comprehensively by Lyr et al. (1967), Harper (1977), and Larcher (2001).

For the management of forest tree species, Hutchinson's (1978) concept may be helpful to better understand traits of plant survival, density and growth of desirable tree species. This may be useful for predicting relevant development parameters for successful regeneration growth in relation to canopy density. Agestam et al. (2003) and Paquette et al. (2006) described an interaction triangle between shelterwood or canopy density, regeneration establishment and competition from ground vegetation. In accordance with Modrý et al. (2004), most studies of this interaction triangle in European forests appear to be restricted to European beech (*Fagus sylvatica*), pedunculate oak (*Quercus robur*) and sessile oak (*Quercus petraea*). Intensive research into other tree species (e.g. *Fraxinus* spp., *Acer* spp., *Tilia* spp., *Picea* spp.) may be seen as underrepresented. However, we have searched for a wider spectrum of tree species to find examples for the following topics.

*Tree regeneration density*   Canopy density influences flowering and fruiting probability and intensity of most tree species (Karlsson 2000). Adult fruiting trees represent seed sources, and closeness to seed bearers may be decisive for regeneration density (Reader et al. 1995). The importance of distance to fruiting trees in determining seed presence and seedling densities is more pronounced in species with low seed dispersal ability, e.g. beech, than in pioneer species, e.g. birch. In general, a sound knowledge about seed dispersal of different species exists (Clark et al. 1998).

However, Janzen (1970) hypothesised that vicinity to conspecific adult trees would increase probability of seed occurrence and seedling mortality due to pathogens and herbivores. Some studies have justified this assumption (e.g. Packer and Clay 2000; Tomita et al. 2002). Shade tolerance of many tree species during the early stages of development is comparatively high (Beon and Bartsch 2003). In silvicultural management strategies, optimal canopy density and light regime become important for guaranteeing high seedling and sapling densities (Örlander and Karlsson 2000). Furthermore, seedling density research is concerned about suitable light conditions for competing ground vegetation, renewed canopy closure after low cuttings and damage caused by climatic effects, e.g. frost or drought (Agestam et al. 2003; Madsen and Hahn 2008;

BLM_0073367

Eur J Forest Res (2011) 130:17–40                                                                    25

Bílek et al. 2009). Most studies about light-demanding tree species have shown that seedling and sapling densities decreased with an increase in canopy density (Modrý et al. 2004; Dobrowolska 2008a). For Pedunculate oak (*Quercus robur*), Dobrowolska (2008a) found regeneration cover averaged between 60–86% under open, and 27–58% under dense canopy conditions (RLI < 16%).

Madsen and Larsen (1997) reported low sapling densities for European beech under a beech canopy with high LAI values (up to 5.8). Bílek et al. (2009), though not significant, described the same result. They subdivided the beech canopy into plots under (1) a canopy of parent trees, and (2) an open canopy. As a result, regeneration cover was higher under the open canopy compared to positions directly influenced by crown projection area. Overall, under a dense crown layer (RLI ≤ 11%), the lowest number of seedlings was observed. Studies by Agestam et al. (2003) and Modrý et al. (2004) pointed out that beech seedling density was low on clearcuts because of the lack of seed trees and the climatic damage, e.g. frost. There were no significant differences for beech regeneration densities under different canopy densities in the range from 12 to 49% (PAR) and 5.6–24.1% (RLI). Additionally, Modrý et al. (2004) emphasised that no canopy effect could be proven for *Picea* sp. and *Tilia* sp. regeneration, but density of *Fraxinus* sp. regeneration was negatively influenced by dense beech shelter.

*Height growth rate*   Compared with quantitative research studies (density), height growth rate is often used as qualitative parameter to assess regeneration potential and vitality (Suner and Röhrig 1980; Welander and Ottosson 1998) as tree specific responses can be measured efficiently with minimal effort in the field (Ammer et al. 2004).

Non-linear, exponentially declining functions are commonly used in models predicting height and diameter growth in relation to RLI (e.g. Suzuki and Jacalne 1986; Pacala et al. 1994; Ammer 1996b; Schall 1998; Petritan et al. 2007; Wagner et al. 2009). Chrimes and Nilson (2005) have shown positively linear relationships between relative canopy openness and height increment at different regeneration stages (seedling, sapling, small tree) of the intermediate shade-tolerant species, Norway spruce. Lieffers and Stadt (1994) found a linear relationship in height growth until maximum growth was attained at 40% of transmitted light for *Picea glauca* (Moench) Voss seedlings, followed by decreasing height growth with a further increase in light availability. Dai (1996) found a non-linear relationship for height growth of *P. abies* regeneration to gap light index (GLI). Örlander and Karlsson (2000) studied height growth of *Picea abies* regeneration under different canopy density classes of 15, 27, 56, 75, 93 and about 100% RLI. They found the optimal canopy density

for mean height growth of Norway spruce regeneration to lie between the RLI classes 56 and 75%. These results can be considered characteristic for tree species with intermediate shade tolerance. Paquette et al. (2006) document another example of this kind of shade tolerance for *Quercus rubra* regeneration. Growth behaviour of this species was comparable to *Picea abies*, because maximal height growth could be observed under intermediate shelter conditions.

Height growth under low canopy densities differentiates pioneer tree species (light-demanding) from climax (shade-tolerant) tree species (Pacala et al. 1996). Regeneration of shade-tolerant species (e.g. *Fagus* sp., *Abies* sp., *Tilia* sp., *Taxus* sp.) utilises low light availability better due to anatomical and physiological adaptations (Mitamura et al. 2009), but has problems in further development (growth depression) when abrupt changes in light availability to 100% occur (Lyr et al. 1967). As we have seen, Agestam et al. (2003) found low regeneration densities for European beech on clearcuts. This was associated with low growth rates during the first years. However, after 6 years, European beech regeneration achieved the highest growth rates in open conditions and lowest under dense shelter. In the study by Madsen and Hahn (2008), beech seedlings showed negative responses in height growth during the first year after shelter cutting. Collet et al. (2001) described similar results in beech, showing constant height growth after canopy opening. Furthermore, annual height increment of beech seedlings under canopy (RLI 5.4–15.5%) and in canopy gaps (RLI 26.5–52.3%) ranged from 15–25 to 38–75 cm, respectively. Clearly, shade-tolerant tree species require more time to adapt to changes in light conditions than pioneer species. Different studies have shown positive responses in height growth for light-demanding tree species such as *Fraxinus* sp., *Quercus* sp., *Acer* sp., *Larix* sp., *Betula* sp. and *Ulmus* sp. with minimal time delays (Welander and Ottosson 1998; Modrý et al. 2004; Madsen and Hahn 2008). The early seedling growth of *Pinus densiflora* and three oak species (*Q. serrata, Q. mongolica, Q. variabilis*) was analysed under varying levels of light availability by Beon and Bartsch (2003). Combined with low moisture supply, a continuous increase in pine seedling shoot lengths was evident from 8 to 52% RLI whereas seedlings of oak species achieved their maximum height growth at lower light levels.

Emborg (1998) established a lower threshold of 3.5% RLI for height development of European beech compared to higher values for the intermediate shade-tolerant species, *Fraxinus excelsior* (Emborg 1998) and sycamore maple (Petritan et al. 2007), as well as in the light-demanding species, Scots pine (Dai 1996; Harrington 2006) and silver birch (Ericsson 1995). Welander and Ottosson (1998) established experiments to test adaptability of different tree

BLM_0073368

Eur J Forest Res (2011) 130:17–40

species under changing light conditions. RLI levels between 2 and 70% were chosen in this study. The authors stressed the relevance of temporal aspects in light availability caused by varying canopy density. During the first year of decreased shelter, European beech regeneration was distinguished by higher shoot development compared to *Quercus robur* seedling regeneration. In the second year, oak was characterised by an advanced shoot growth. When light availability decreased as a result of horizontal canopy growth, the shoot growth of both beech and oak regeneration decreased. Harmer and Morgan (2007) proved that the canopy of single trees in the overstorey affected height growth of oak seedlings. Oak regeneration under the vertical crown projection was significantly smaller in height than those outside the crown projection area.

*Biomass and allocation*   In studies from Lyr et al. (1963, 1964), detailed information about light responses of 2- and 3-year-old trees is available. *Quercus rubra* showed no changes in biomass production in different classes of relative light availability (class I.: 100–85%, class II.: 70–55%, class III.: 45–30%, IV.: = 15%). In comparison with this species, biomass decreases in *Betula pendula*, *Pinus sylvestris* and *Robina pseudacacia* were considerable between class III and IV. Biomass production of Douglas fir declined linearly in these light classes. In another study, pine seedlings produced between 6 and 10 times less biomass when exposed to only 8% RLI rather than 52% (Beon and Bartsch 2003). Studies from Burschel et al. (1985), Ammer (1996b) and Hunziker and Brang (2005) provide examples for biomass development in shade-tolerant tree species such as *Abies alba*. These authors have documented positive correlations between annual dry weight and canopy opening. Collet et al. (2002) refer to different studies, which have shown that beech seedlings adapted to dense canopy conditions with low light availability have low shoot–root and branch–stem ratios.

Allocation patterns in tree species regeneration follow the same physiological principles as were shown for ground vegetation earlier. High light availability caused by reduced canopy cover in the overstorey increases root biomass at the expense of biomass production of shoots and leaves, and vice versa (e.g. Burschel and Schmaltz 1965; Kramer and Kozlowski 1979). However, light-demanding and shade-tolerant species need to be distinguished (Thomasius 1988; Brzeziecki and Kienast 1994). Experiments by Lyr et al. (1967), Ericsson (1995) and Larcher (2001) show that light-demanding tree species like *Betula pendula*, *Pinus sylvestris*, *Fraxinus excelsior*, *Robina pseudacacia* and *Pinus nigra* experience a very steep decline in the root–shoot ratio if light availability decreases to any level, whereas for intermediate shade and shade-tolerant species (e.g. *Picea abies*, *Tilia cordata*,

*Fagus sylvatica* and *Abies alba*), root biomass production was favoured down to 35% RLI (Lyr et al. 1967). In the light experiments by Welander and Ottosson (1998), dry mass of all parameters increased significantly for beech with increasing light conditions. This was also found for number of leaves, leaf area and root–shoot ratio, yet no significant canopy effect on aboveground biomass was detected for oak seedlings in this study. However, root biomass, leaf area and number of leaves increased significantly with higher light availability in oak stands (Welander and Ottosson 1998). Grime and Jeffrey (1965), as well as Welander and Ottosson (1998), described the ability for tree species with heavy seeds to compensate the lack of light by seed sources during the first year of life.

*Habit and morphology*   At low light levels, trees will eventually show morphological adaptations to this environment (Lieffers et al. 1999; Roloff 2004). As the morphological changes may be indicators for tree development and future wood quality (Conrad 2005; Leonhardt and Wagner 2006), they may also be indicators for further management measures, e.g. canopy opening to enhance form and growth. The horizontal growth of terminal shoots, e.g. plagiotropy of *Fagus* sp. (Brown 1951), in low light may indicate poor quality. More detailed information about beech regeneration morphology and anatomy as a result of different canopy densities is provided by Collet et al. (2002). In their study, canopy effects influenced morphological parameters like length and width significantly. Banez et al. (1999) have reported bifurcation independence for different oak species under changing light conditions; yet mean branch length was high in RLI between 12 and 25%. Parent and Messier (1995) described morphological adaptations of balsam fir (*Abies balsamea*) along a shade gradient which was similar to those of Norway spruce (Greis and Kellomäki 1981). The characteristic 'shade habit' of *Abies alba* was described by Grassi et al. (2004) as a relationship between terminal shoot and branch lengths. Thus, the degree of apical dominance (ADR—apical dominance ratio) influenced by low or high light conditions was ascertained. Positive correlations between ADR and light availability were found. Dumais and Prévost (2008) adopted the same research approach for red spruce (*Picea rubens*) and balsam fir (*Abies balsamea*) with regard to different overstorey removal treatments. They documented the ratio of height growth (HG) to lateral growth (LG) for both tree species for 6 years after canopy change. After 6 years, the ratio was high for both tree species in the absence of canopy influence. However, when only 40% of the overstorey trees were removed, the HG/LG ratio was consistently low. Consequently, lateral growth increased disproportionately under low light conditions.

🖄 Springer

Further studies, including phenotypic plasticity and anatomical measurements, appear necessary for better understanding physiological responses of young plants (Collet et al. 2002).

Axelsson et al. (2006) investigated the morphological development of oak (*Quercus robur*) seedlings grown in different light qualities. The seedlings germinated in darkness for 3 weeks and were then given continuous light or short pulses of light. Stem elongation showed a high energy response, i.e. stem length increased only in continuous long wavelength far-red light but was not influenced by short pulses of red light or far-red light. Leaf expansion, however, was increased by short pulses of red light with a partial reversal of the effect by a subsequent pulse of far-red light.

The effects of shading levels, comparable to light quantity and quality below the canopy of a Norway spruce stand, on 1-year-old European beech and pedunculate oak were tested by Ammer (2003a) in a shade experiment. Beech seedlings showed a large decrease in height, diameter and dry mass of stems, branches, leaves and roots with decreasing light quantity. Neither growth rates nor total yield revealed a change in growth and biomass partitioning of beech as a result of slight changes in the red:far-red ratio. However, the relative growth rate of the oak main stem dry mass was considerably higher for seedlings in the shade treatment with a R-FR ratio lower than the control and the other shade treatment, whereas, when exposed to changed light quantity and quality, branch dry biomass decreased disproportionally, resulting in the lowest branch–stem ratio. The tallest oak seedlings occurred under the treatment with reduced light quantity and quality, whereas the control produced the shortest seedlings.

Further development of growth models should integrate the effect of light quality on growth, particularly for light-demanding species (Ammer 2003a; Ritchie 1997).

*Survival* In early seedling stages, moisture supply and nutrient reserves contained in the seeds (Fenner 2000; Silvertown and Charlesworth 2001) are important factors for successful germination and survival. Seed size in particular determines the survival of different tree species during the first year. Hence, seedlings of some light-demanding tree species such as oak may survive under low light conditions. However, after all nutrient reserves have been used, appropriate canopy density becomes essential for seedling survival.

It is common knowledge that the number of tree species that survive in light conditions below 2% of full daylight is small (Lyr et al. 1967; Madsen and Larsen 1997; Emborg 1998; Dobrowolska 2008b). Shade tolerance characteristics of tree species were determined by the minimum RLI value seedling required to survive in shade (Pacala et al. 1996).

Thresholds for tree species with low (10–12% RLI), intermediate (4–5% RLI) and high shade (1–3% RLI) tolerance (Lieffers and Stadt 1994; Banez et al. 1999; Örlander and Karlsson 2000; Collet et al. 2002; Petritan et al. 2007) may be found. Even so, pine seedlings were able to survive independent of the degree of light transmittance (Karlsson 2001; Harrington 2006). In addition, oak seedlings demonstrated no significant differences in mortality between gaps, edges and closed forest canopy (Collins and Battaglia 2008). This contradicts results from Pagès et al. (2003), who reported that shade had a negative influence on survival rate of *Picea* sp., *Abies* sp., *Acer* sp. and *Fagus* sp. in stands in the northern French Alps. According to experimental findings for height growth and biomass production, the optimal light level for maximal survival rates of shade-tolerant tree species varies between 100 and 2% RLI (Agestam et al. 2003). Furthermore, site quality, degree of canopy openness and dominant species in the overstorey of research plots may explain these opposite results. Once a minimum threshold of canopy openness is given, e.g. under pine on better soil, oak will have no difficulty surviving under a variety of canopy densities (Mosandl and Kleinert 1998). Above all, differences in survival ability are also influenced by differences in regeneration establishment (natural vs. artificial) and previous growth development (Collet et al. 2002; Agestam et al. 2003; Paquette et al. 2006). For older established plants, the probability of survival under unfavourable environmental conditions increases. Örlander and Karlsson (2000) have documented high survival rates for Norway spruce natural regeneration under a dense canopy when the plants had achieved shoot lengths over 20 cm. In this study, shelterwood densities with less than 74% RLI resulted in a 10% survival rate of small Norway spruce seedlings (shoot ≤ 20 cm) whereas plants greater than 50 cm in height experienced a 75% survival rate. Löf et al. (2007) found tree species-specific survival responses in underplantings of different tree species. In their model with light as single factor only for Norway maple (*Acer platanoides*), European ash (*Fraxinus excelsior*), pedunculate oak (*Quercus robur*) and Norway spruce (*Picea abies*), the influence of light on survival rate was significant; this was not so for wild cherry (*Prunus avium*) and lime (*Tilia cordata*). Experiments with artificial regeneration produced a lower sensitivity of the survival response to canopy effects than natural regeneration. Thus, Collet et al. (2002) and Paquette et al. (2006) found that the survival rate of planted tree species was independent of light availability. This may be due to protection and competition from overstorey trees overriding the relevance of light conditions (Royo and Carson 2006).

Furthermore, partially closed canopies may affect browsing behaviour and therefore there may also be an

indirect shelter effect on survival rates. As snow melts later on sheltered sites and seedlings are covered longer, plants on cleared areas are browsed more (Ammer 1996a). Schulze (1998) stressed the complex interdependencies between survival rates of natural regeneration, coverage and competition power of ground vegetation and browsing intensity by roe dear.

Finally, the establishment of seedling banks (*sensu* Silvertown and Doust 1997) represents a strategic adaptation to prevailing high canopy densities and is mostly observed in shade-tolerant species such as beech and hornbeam (Shibata and Nakashizuka 1995; Abe et al. 2005) and intermediate shade-tolerant species such as *Acer pseudoplatanus* (Ammer 2003b). This has also been reported for oak under pine canopies (Mosandl and Kleinert 1998) and for spruce in mixed mountain forests in Bavaria (Burschel et al. 1992).

Canopy density effects on multi-species performance

*Canopy density effects on stand scale*

Some broadcast treatment experiments have documented the impact of different harvest intensities on the herbaceous layer of forests. In mixed maple forests of southern Ontario, Burke et al. (2008) found a linear increase in diversity and herbaceous species richness with increasing harvest intensity 2–6 years after treatments. However, this occurred at the expense of forest specialist species.

A very similar result was obtained by Ammer (1996b) who found increasing herbaceous species richness and diversity in the Bavarian Alps with increasing RLI values 17 years after cutting treatments in mixed European beech–Norway spruce stands. However, the relationship between species number and RLI was non-linear, i.e. exponentially declining. Consequently, the highest gain in species numbers with increasing RLI values was reached at low light levels between 10 and 20% RLI, whereas the gain in species richness above 30% RLI was linear and more gradual.

In their work on the effects of harvest intensity on ground flora of upland mixed oak forests, Zenner et al. (2006) found a clear gradient in species richness and ground cover 3–4 years after cuttings with increasing harvest intensity, with the highest values in clearcuts. However, graminoids, annuals and biennials as well as woody vines benefited most in terms of relative cover. Although the highest diversity was reached in clearcuts in the three investigations mentioned above, in fertile Norway spruce peatland forests in Sweden, Hannerz and Hånell (1997) found a higher richness and diversity of vascular plant species under light shelter compared to clearcuts 7–8 years after harvest cuttings, where total cover of vascular plants was similar in the two treatments applied. These

authors suggested that, in clearcutting, the more light and nutrient-demanding species, i.e. early successional species, gain importance while late successional species lose coverage.

Harrington (2006) reviewed experiments in longleaf pine (*Pinus palustris* Mill.) ecosystems with a maximum herbaceous cover being attained in thinned rather than non-thinned treatments. Thinning also increased species diversity.

In all investigations mentioned, the aggregated cover of all ground layer species increased following any cutting treatment compared to pre-harvest conditions. However, while Bergstedt and Milberg (2001) found the gain in cover of single species to increase exponentially at very high harvest intensities, as did Zenner et al. (2006), for aggregated ground cover, Ammer (1996b) found aggregated ground cover declined exponentially with increasing RLI values. Expanding the idea of Bergstedt and Milberg (2001), we suggest that the different response functions of herbaceous layer cover to increasing degrees of canopy openness in different studies can be explained by the most limiting environmental factor on the sites. While on sites with poor nutrient availability or with unfavourable temperatures during the growing season, e.g. in boreal conditions, an exponential increase in cover with canopy openness seems likely, whereas under more temperate, nutrient rich conditions where light is the limiting growth factor, an exponential decline may be observed.

Besides documenting the general gain in diversity and species richness in the herbaceous layer by canopy opening, the abovementioned investigations also appear to show consistently a shift in competitiveness from early- to late-successional species depending on the intensity of treatment so long as mid- to late successional species dominate the overstorey, e.g. spruce (Hannerz and Hånell 1997; Weisberg et al. 2003), beech, maple (Ammer 1996b; Burke et al. 2008) or oak (Zenner et al. 2006). While the proportional cover of late successional species drops relative to undisturbed conditions in these ecosystems, the early successional species, not surprisingly, gain importance following disturbances, i.e. harvest cuttings (see also Roberts and Zhu 2002). This may be seen in absolute gains in coverage of those species. This finding led Burke et al. (2008) to caution against the reduction of forest-dependent specialist species by high harvest intensities.

Lüpke (1982) found graminoids dominating a clearcut on a moderately nutrient-rich site in Germany 4 years after cutting while in a shelterwood nearby herbs prevailed by far; a gap cut in this experiment gave intermediate values of coverage of both functional groups. However, Weisberg et al. (2003) and Cole and Weltzin (2005) reported examples based on specific species competitive relationships which contradict this general statement.

Case No. 1:20-cv-02484-MSK   Document 51-4   filed 04/28/21   USDC Colorado   pg 65 of 94

*Canopy density effects at edges and in gaps*

Small-scale treatments take advantage of the forest edge as a transition zone between two contrasting environments, i.e. closed forest and clearing, where values of canopy coverage, basal area (Chen et al. 1992) and light at recently-cut edges (Matlack and Litvaitis 1999; Drever and Lertzman 2003) may show transect-like features with largely moderate conditions. Research into forest edge environments has been summarised by e.g. Matlack and Litvaitis (1999), particularly with regard to forest specialist species. Edges may therefore pose some threats to these species. As edge influence within a forest may also result in higher animal species numbers (Matlack and Litvaitis 1999) or in enriched tree seedling mixtures (Chen et al. 1992) compared to either closed forests or clearings, the competitiveness and coexistence of species in the moderate canopy openings represented by the forest edge deserve more attention. Aggregated retention at edges or edge cuttings—similar to strip shelterwood (*sensu* Nyland 2002)—may also be seen as an experimental opportunity to generate transects along a gradient of canopy openness from clearing to closed forests (e.g. Groot 1999). Gap experiments represent a similar approach to capture gradients of canopy openness on a small scale (Mosandl 1984).

Nelson and Halpern (2005) showed pronounced effects on species composition of green-tree retention in aggregates at edges. While early successional species gained importance with increasing distance to the edge of the clearcut, forest species kept their dominance in aggregates 1 ha in size. However, transition effects, extending about 15 m into the aggregate, and a few metres into the clearing from the edge were also observed. Hahn and Thomsen (2007) investigated the effects of gap formation on the herbaceous layer in a semi-natural forest dominated by European beech. They found higher diversity in gaps, and increasing proportional cover of light-, and soil nitrogen-demanding species with long-distance seed dispersal ability in the gaps. It should also be noted that the RLI threshold for these light-demanding species was 2% (Hahn and Thomsen 2007). Hanssen (2003) found a significantly higher coverage of *Deschampsia flexuosa* in 4-year-old gaps of 0.25 ha in southern Norway where the coverage of most other species declined compared to pre-harvest conditions. Figure 4 shows the percentage cover of all ground vegetation species—excluding tree species—in the first year after gap establishment in near-natural old European beech forest stands on acidic sandstone. In addition to the relative cover of species, herb species number, abundance and total ground vegetation biomass increase with light availability.

Taking forest stands consisting predominantly of shade-tolerant canopy species into consideration, one can



**Fig. 4** Relative cover of ground vegetation layer in a beech-stand within the Solling Mountains in relation to light availability; data from Fischer (unpublished)

conclude, at this point, that there is evidence that the opening up of canopies, either by broadcast treatments or by group selection treatments, to create gaps shifts competitiveness in the herbaceous layer from late successional species to mid- or early successional ones. In temperate regions where fire is not a dominating disturbance factor, this corresponds to a shift towards light-, and nitrogen-demanding species. For Central European conditions, in particular, graminoids like *Calamagrostis epigejos*, *C. villosa*, *Carex brizoides*, *Deschampsia cespitosa*, *D. flexuosa*, *Molinia caerulea* must be considered. These species represent the major weed species in forests (see Röhrig et al. 2006, pp. 79). In many cases, invasive species benefit from canopy openings if they belong to the aforementioned guild of species.

In forests predominantly consisting of light-demanding species, e.g. pines, this shift has not been described yet. Rather, pyrophytic features may become much more important (Brockway et al. 2006) than factors associated with tolerance of shade.

*Competition between two species under varying canopy densities*

As well as the very general statement about the competitive shift between groups or groups of species of different successional status above, some investigations about canopy effects on relative vitality of two species in mixtures of ground vegetation have been published. Rice and Nagy (2000) found differences in the relative reproduction rate of two grasses under varying canopy densities in oak ecosystems. By focussing more on the vegetative growth of plants on a very fertile site under a European beech canopy, Mrotzek (1998) established a threshold of RLI, i.e. 7%, below which the proportion of *Mercurialis perennis* L. in

BLM_0073372

mixture was higher whereas above this threshold, *Urtica dioica* L. became dominant. Similarly, Bolte and Bilke (1998) analysed the competitive outcome between *D. flexuosa* and *C. epigejos* under a Scots pine (*P. sylvestris*) canopy. When RLI exceeded 32%, *C. epigejos* became dominant over and suppressed *D. flexuosa*. These findings show that a more or less sharp threshold of resource availability, i.e. RLI, may influence the competitive outcome between two species.

Therefore, height growth in early successional ground vegetation species such as *Rubus idaeus, Cytisus scoparius* and *Epilobium angustifolium* was analysed in different studies (Ricard and Messier 1996; Gaudio et al. 2008). For example, *R. idaeus* was dominant over *C. scoparius* in the mean transmittance class 45% and achieved plant heights of about 60 cm in stands of *Picea abies. R. idaeus* dominated light transmittance classes of about 75% with a mean plant height of 100 cm. Again, positive linear regressions between height of *R. idaeus* and light availability were evident (Ricard and Messier 1996), and the mean height of first-year vegetative stems (primocanes) reached 2 m at 40% RLI.

## Application of canopy effects in silviculture taking tree regeneration into account

To this end, it may be assumed that the competitive outcome between species at the forest floor is dependent on the interaction between environmental conditions, the response of the species to those conditions, and the effect of the species on the environmental factors simultaneously. The complexity is enhanced when, for all species, all phases of the lifecycle relevant to the regeneration process are taken into account, i.e. in natural regeneration.

Consequently, one cannot expect to find a single environmental factor, e.g. canopy density, to be so important as to control solely competition at the forest floor. Nevertheless, in a meta-analysis of underplanting experiments, Paquette et al. (2006) found evidence that intermediate and light density shelterwoods were more favourable than clearcuts and control trials for height growth of the underplanted tree species. Similarly, the history of development of cutting systems (see Vanselow 1949) clearly demonstrates the use of different degrees of canopy closure to regulate the survival of tree regeneration. These systems utilise the spatial distribution of trees in the canopy layer to achieve the environmental conditions necessary for the survival of tree seedlings and saplings in the ground layer (Palik et al. 2003). Empirical evidence corroborates the importance of harvest intensities on tree species regeneration for the competitive outcome between early and late successional species. This fact is also reported in

silvicultural textbooks (e.g. Nyland 2002, pp. 242 for single-tree selection method; Röhrig et al. 2006, pp. 367 for Femelschlag).

The complex long-term research studies by Mosandl (1991) and Ammer (1996b) in the European Alps have documented maximum regeneration densities after three different mast years for tree species in relation to RLI: for *Acer pseudoplatanus* and *Picea abies* at 18.4% RLI, for *Fagus sylvatica* at 10.2% RLI and for *Abies alba* at 8.2% RLI. It is of considerable importance that, in these complex studies, the highest tree regeneration densities are observed in low to moderate canopy densities but not under open canopy conditions. Maximum regeneration densities represent an indicator for differences in ecological niches of tree species in relation to canopy opening (Watt 1925; Hutchinson 1978). Below heterogeneous canopies (closed or sheltered canopy, small and large gaps), species-specific density differences create mosaic structures in regeneration at the stand level (Wagner 1999). This can also be seen in studies by Busing (1994) and Abé et al. (1995).

Furthermore, Lüpke (1998), reporting on the competitive outcome between sessile oak (*Q. petraea*) and European beech under varying harvest intensities, showed that the residual stand stocking must be very low and a threshold-like RLI value must exist for oak to have an advantage over beech. McClure et al. (2000) showed the importance of gaps for the regeneration success of yellow birch (*B. alleghaniensis*) in northern hardwoods in competition with shade-tolerant American beech (*F. grandifolia*) and sugar maple (*A. saccharum*). Canham (1990) and Yamamoto (2000) attributed the increasing densities of light-demanding tree species (e.g. birch) to favourable canopy conditions in gaps. Chen et al. (1992) found a gradient of distance to edges from clearcuts in the regeneration of Douglas-fir and shade tolerant pacific silver fir, with more silver fir regeneration in the forest remnants. Even less research is available about canopy effects on mixtures of an intact herbaceous layer and tree regeneration on one site. Böcker and Lochmann (1977) maintained the largest increment in height of naturally regenerated European beech seedlings occurred under beech shelterwood shade, i.e. an RLI of 15%, as graminoids have a high competitive potential when the canopy becomes more open. Under light shelter, grasses overtopped the beech seedlings, whereas, in shade, the beech seedlings grew more quickly than grasses even though beech shoot length increment was not high. Similar results were obtained for European beech by Lüpke (1987), who reported the largest height increment of planted beech after 8 years of moderate shading (RLI of 48%) compared to a nearby clearcut where the vitality of beech seedlings declined due to herbaceous competition and frost damage. Gray and Spies (1997) demonstrated that—compared to more open canopy

Case No. 1:20-cv-02484-MSK   Document 51-4   filed 04/28/21   USDC Colorado   pg 67 of 94

conditions—the highest survival rate of naturally regenerated Douglas fir seedlings in competition with vegetation cover of varying intensities occurred at the centre, and the southern edge of small gaps, i.e. canopy openings where the proportion of gap diameter to surrounding forest stand height was 0.4. Groot (1999) conducted an interesting edge-cut experiment with planted white spruce (*P. glauca*) in which he found the tallest spruce seedlings in the "no-herbicide" treatment after the second growing period near the edge, whereas, on the clearcut, the spruce seedlings were damaged by frost. Observing shade-tolerant white fir (*A. alba*) and European beech, Schmidt-Vogt (1972) found the highest survival rates under shade, i.e. RLI of 20%, compared to more open conditions, due to a more pronounced loss of ground vegetation vitality compared to the tree seedlings vitality. Likewise, regeneration density in gap studies of *Picea abies* seedlings was negatively correlated with light availability (Dai 1996). Ammer (1996b) found the highest sycamore maple seedlings (*A. pseudoplatanus*) under shade, i.e. RLI of 15%, compared to a shelterwood stand nearby which he attributed to competition from herbaceous vegetation under the light shelter, i.e. RLI of 25%. An example of a gap-cutting experiment in mixed deciduous forests in Central Europe on limestone is given in Fig. 5 (data from Wagner 1999). Beginning with less than 25% cover in the first growing season after cuttings, tree seedlings gained dominance within four vegetation periods, i.e. coverage of 100%, for RLI above 25% in gaps. The highest graminoid cover occurred in the second growing season (Fig. 6), but these were then overtaken by the trees while forb cover decreased



**Fig. 6** Changes in relative cover of *graminoids* over time in relation to relative light intensity (*RLI*) in a gap experiment. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Bars* show succeeding vegetation periods after gap cutting; *error bars* show standard deviation



**Fig. 7** Changes in relative cover of *forbs* over time in relation to relative light intensity (*RLI*) in a gap experiment. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Bars* show succeeding vegetation periods after gap cutting; *error bars* show standard deviation



**Fig. 5** Changes in relative cover of *tree seedlings* over time in relation to relative light intensity (*RLI*) in a gap experiment. Tree species are beech and ash predominantly. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Bars* show succeeding vegetation periods after gap cutting; *error bars* show standard deviation

continuously over time (Fig. 7). In moderate to low RLI values, i.e. less than 15%, neither trees nor the graminoids and forbs had established dominance after four growing seasons. However, trees were the only life form, which benefited in relative cover over time in all RLI conditions. In this investigation, tree species of different successional status were involved. In Fig. 8, it can be seen that the relative cover of late successional European beech declined with increasing light availability compared to other species. On this site, the intermediate shade-tolerant European

BLM_0073374



**Fig. 8** Changes in relative cover of *beech* in percentage of total tree species cover over time in relation to relative light intensity (*RLI*) in a gap experiment. Prevailing tree species at RLI-classes higher than 15% is ash. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Bars* show succeeding vegetation periods after gap cutting; *error bars* show standard deviation

ash (*Fraxinus excelsior*) was favoured over shade-tolerant beech in particular at RLI values higher than 15% (compare to Fig. 5).

In an attempt to disentangle the various ecological factors affecting tree and ground vegetation growth, many experiments on the root competition from canopy trees have been carried out (overview in Coomes and Grubb 2000). As pointed out in their review, it is difficult to disentangle competition for light from competition for water without trenching experiments. However, York et al. (2003) conducted a gap experiment without trenching in Sierran mixed forests in California and found that Douglas fir and giant sequoia were sensitive to both drought and light shortage simultaneously. Dealing with herbaceous vegetation solely, Riegel et al. (1995) showed trenching effects on the biomass production; in a ponderosa pine (*P. ponderosa*) ecosystem, the effect of trenching was more pronounced than canopy reduction. Ammer (2000, 2002) demonstrated the importance of Norway spruce fine root competition for the growth of advance plantings of beech in a combined trenching and modelling experiment.

Silvicultural research has tried to define the circumstances under which tree regeneration benefits more than herbaceous vegetation from canopy trees. Lüpke and Hauskeller-Bullerjahn (2004) found different height growth responses of pedunculate oak and European beech to trenching of canopy trees roots, as well as to mechanical weeding. Weeding and trenching gave oak an advantage over beech when RLI exceeded 30% in 8-year-old planted seedlings. Trenching and weeding did not favour oak when RLI was below 30%. In the abovementioned gap

experiment on limestone, Wagner (1999) indicated additional effects of trenching on the competitive outcome differentiating forbs and trees. Although trees benefited from trenching, as shown by relative cover, across the entire light gradient after four growing periods (Fig. 9), the reverse was true in forbs (Fig. 10). Based on this finding, one can assume that, on this shallow limestone site, the combined effects of light and moisture supply determine the competitive outcome between forbs and trees. The more resources supplied—either by root trenching or by canopy opening or a combination of the two—the better the tree growth compared to forbs. Indeed, trenching may



**Fig. 9** Relative cover of tree regeneration in the 4th growing period after cutting in relation to relative light intensity (*RLI*) and trenching variants in a gap experiment. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Regression lines* are significant at $P < 0.1$



**Fig. 10** Relative cover of forbs in the 4th growing period after cutting in relation to relative light intensity (*RLI*) and trenching variants in a gap experiment. Data from Wagner (1999); cover measured by photographic method represents the uppermost stratum of the herbaceous-layer. *Regression lines* are significant at $P < 0.05$

BLM_0073375

Eur J Forest Res (2011) 130:17–40                                                                33

compensate for a light deficit to a certain degree, leading to the notion of a complementary resource relationship (*sensu* Tilman 1982).

The list of publications concerned with tree species regeneration in the presence of a competing herbaceous layer under varying canopy densities is short. However, the examples given show that, under particular circumstances, tree regeneration may develop best when canopy effects restrict the growth of herbaceous vegetation more than that of the tree seedlings. In doing so, the seedlings have a "relative" advantage over the herbaceous vegetation since seedling growth is lower under canopy than under more open canopy conditions with no herbaceous competition, e.g. due to herbicide application (Lüpke 1982; Groot 1999). The shade tolerance of tree seedlings is the main characteristic, which gives seedlings an advantage over the herbaceous vegetation. Most examples given above are concerned with European beech (Lüpke 1987; Ammer 1996b; Wagner 1999) or silver fir (Schmidt-Vogt 1972; Ammer 1996b), both shade-tolerant species. However, also intermediate shade-tolerant species like Douglas fir (Gray and Spies 1997), pedunculate oak (Lüpke 1982) or European ash (Wagner 1999) have been subjected to canopy opening treatments in experiments in which they gained an advantage over herbaceous vegetation.

**Concluding remarks and research needs**

The effects of forest stands on organisms at the forest floor are multiple and have been known for a long time (Ellenberg 1939). However, detailed analysis of habitat demands of those organisms with regard to canopy tree species and canopy closure are rare. Yet, there is emerging interest in animal research on this question, e.g. see Ziesche and Roth (2008) for soil-dwelling spiders and Fuller (2008) for carabid beetles.

In plant science and in tree regeneration in particular, the observations in most of the above mentioned studies were not explained by disentangling particular effects of canopy trees. It is, however, clear that tree species and stands density are important factors. This general statement may be qualified further by taking into account the canopy effects on resource availability, i.e. light, nutrients and water. By doing so, the general concept of competition for resources from Goldberg (1990) may be applied. Goldberg pointed out that the competitive strength of a species is due to both its ability to reduce the resource availability to neighbouring plants and its ability to withstand low levels of resource availability. From this approach, it is clear that research is needed to clarify the effect of herbaceous species on resource availability (see e.g. Landhäusser et al. 1996; Ter-Mikaelian et al. 1997; Shropshire et al. 2001). It

is, however, also clear that response functions are needed to assess the ecological amplitude of resource availability in which species maintain their growth vitality. Such functions for canopy density have been reported in the section "Canopy density effects on single species". More specific to tree regeneration, Davis et al. (1999) presented an "effect-response" scheme, which included herbaceous vegetation and oak seedlings as well as soil water, soil nitrogen and light availability as important components. To our best knowledge, no data are available that specify all the resource-based plant–plant interactions that need to be taken into account in a single complex canopy—tree seedling—herbaceous-layer system.

Although it does seem impossible to favour tree regeneration under specific conditions by appropriate manipulation of the overstorey canopy density, e.g. on rich soil under a pine canopy, to reduce graminoid competition, other questions are more open in this regard. Regeneration of intermediate shade-tolerant species and sites where the potential graminoid competition is high should be the focus of future research efforts. To improve future knowledge, integrated research incorporating knowledge from vegetation science, forest meteorology, soil science and regeneration ecology will be needed. Although this seems a difficult task, theoretical concepts exist for the input of empirical data, as it becomes available (see Davis et al. 1999). Research modules should include a definition of canopy effects as well as effect and resource availability response functions for tree seedlings and ground-layer species.

Today, ecological research about the effects of harvesting treatments on species and performance of the vegetation communities in the herbaceous layer is abundant.

These research activities are concerned about features of "old-growthness" (*sensu* Bauhus et al. 2009) or habitat continuity and often point to the fact that forest management may affect important ecological functions of forests, during harvest operations in particular. Yet, there is an urgent need for more research specifically into the niche partitioning between tree species seedlings and ground vegetation in relation to the nature and intensity of canopy cover (Lieffers et al. 1999). This review shows that, under specific circumstances and in some tree species, e.g. shade-tolerant and intermediate shade-tolerant species, habitat continuity may be beneficial for tree regeneration success as well. This may be due to the relative competitive advantage of shade-tolerant tree seedlings over herbaceous vegetation in general, and over graminoids in particular, under light to moderate canopy openings. At least under these circumstances, forest management may facilitate forest regeneration and habitat continuity simultaneously by designing specific, suitable harvesting measures.

BLM_0073376

However, these "specific" measures need to be defined appropriately.

## References

Abe M, Miguchi H, Honda A, Makita A, Nakashizuka T (2005) Short-term changes affecting regeneration of *Fagus crenata* after the simultaneous death of *Sasa kurilensis*. J Veg Sci 16:49–56

Abé S, Masaki T, Nakashizuka T (1995) Factors influencing sapling composition in canopy gaps of a temperate deciduous forest. Vegetatio 120:21–32

Agestam E, Ekö P-M, Nilsson U, Welander NT (2003) The effects of shelterwood density and site preparation on natural regeneration of *Fagus sylvatica* in southern Sweden. For Ecol Manag 176:61–73

Ammer C (1996a) Impact of ungulates on structure and dynamics of natural regeneration of mixed mountain forests in the Bavarian Alps. For Ecol Manag 88:43–53

Ammer C (1996b) Konkurrenz um Licht—zur Entwicklung der Naturverjüngung im Bergmischwald. Forstliche Forschungsberichte München, Schriftenreihe der Universität München und der bayerischen forstlichen Versuchsanstalt No. 158

Ammer C (2000) Untersuchungen zum Einfluss von Fichtenaltbeständen auf die Entwicklung junger Buchen. Berichte aus der Holz—und Forstwirtschaft, Shaker Verlag, Aachen, 185 p

Ammer C (2002) Response of *Fagus sylvatica* seedlings to root trenching of overstorey *Picea abies*. Scand J For Res 17:408–416

Ammer C (2003a) Growth and biomass partitioning of *Fagus sylvatica* L. and *Quercus robur* L. seedlings in response to shading and small changes in the R/FR-ratio of radiation. Ann For Sci 60:163–171

Ammer C (2003b) Zum Einfluss waldbaulicher Massnahmen auf die Naturverjüngung eines Bergmischwaldes. BFW-Berichte 130:67–78

Ammer C, Wagner S (2002) Problems and options in modelling fine root biomass of single mature Norway spruce trees at given points from stand data. Can J For Res 32:581–590

Ammer C, Mosandl R, El Kateb H (2002) Direct seeding of beech (*Fagus sylvatica* L.) in Norway spruce (*Picea abies* [L.] Karst.) stands—effects of canopy density and fine root biomass on seed germination. For Ecol Manag 159:59–72

Ammer C, Brang P, Knoke T, Wagner S (2004) I. Methoden zur waldbaulichen Untersuchung von Jungwüchsen. Forstarchiv 75(3):83–110

Anderson RC, Loucks OL (1969) Herbaceous response to canopy cover, light intensity, and throughfall precipitation in coniferous forests. Ecology 50(2):255–263

Arias D, Calvo-Alvarado J, Dohrenbusch A (2007) Calibration of LAI-2000 to estimate leaf area index (LAI) and assessment of its relationship with stand productivity in six native and introduced tree species. For Ecol Manage 247:185–193

Attiwill PM, Leeper GW (1987) Forest soils and nutrient cycles. Melbourne University Press, Melbourne

Aubert M, Bureau F, Alard D, Bardat J (2004) Effect of tree mixture on the humic epipedon and vegetation diversity in managed beech forests (Normandy, France). Can J For Res 34:233–248

Augusto L, Dupouey JL, Ranger J (2003) Effects of tree species substitution on understory vegetation and environmental conditions in temperate forests. Ann For Sci 60:823–831

Axelsson L, Klockare B, Sundqvist C (2006) Oak seedlings grown in different light qualities. Physiol Plant 45(4):378–392

Balandier P, Collet C, Miller J, Reynolds P, Zedaker S (2006) Designing forest vegetation management strategies based on the mechanisms and dynamics of crop tree competition by neighbouring vegetation. Forestry 79:3–27

Ballaré CL (1999) Keeping up with the neighbours: phytochrome sensing and other signalling mechanisms. Trends Plant Sci 4(3):97–102

Banez G, Ggokusen K, Saito A (1999) Plasticity in the branching characteristics of four year old *Quercus acutissima* and *Q. serrata* seedlings in response to low light intensity and additional fertilizer. Bull Kyushu Univ For 80:27–39

Barbier S, Gosselin F, Balandier P (2008) Influence of tree species on understory vegetation diversity and mechanisms involved—a critical review for temperate and boreal forests. For Ecol Manage 254:1–15

Baritz R (2001) Humus forms in forests of the northern German lowlands. Academic Dissertation, Institute of Landscape Development, Technical University, Berlin

Barkman JJ (1992) Canopies and microclimate of tree species mixtures. In: Cannell MGR, Malcolm DC, Robertson PA (eds) The Ecology of Mixed-Species Stands of Trees. Special Publication 11 of the British Ecological Society, Blackwell Scientific Publications, Oxford, UK, pp 181–188

Bauhus J, Puettmann K, Messier C (2009) Silviculture for old-growth attributes. For Ecol Manage 258:525–537

Beatty SW (1984) Influence of microtopography and canopy species on spatial patterns of forest understory plants. Ecology 65(5):1406–1419

Beniamino F, Ponge JF, Arpin P (1991) Soil acidification under the crown of oak trees. I. Spatial distribution. For Ecol Manage 40:221–232

Bens O, Wahl NA, Fischer H, Hüttl RF (2007) Water infiltration and hydraulic conductivity in sandy cambisols, impacts of forest transformation on soil hydraulic properties. Eur J Forest Res 126:101–109

Beon M-S, Bartsch N (2003) Early seedling growth of pine (*Pinus densiflora*) and oaks (*Quercus serrata, Q. mongolica, Q. variabilis*) in response to light intensity and soil moisture. Plant Ecol 167:97–105

Bergstedt J, Milberg P (2001) The impact of logging intensity on field-layer vegetation in Swedish boreal forests. For Ecol Manage 154:105–115

Bílek L, Remeš J, Zahradník D (2009) Natural regeneration of senescent even-aged beech (*Fagus sylvatica* L.) stands under the conditions of Central Bohemia. J For Sci 55(4):145–155

Bisbee KE, Gower ST, Norman JM, Nordheim EV (2001) Environmental controls on ground cover species composition and productivity in a boreal black spruce forest. Oecologia 129:261–270

Blennow K (1998) Modelling minimum air temperature in partially and clear felled forests. Agric For Meteorol 91:223–235

Böcker L, Lochmann E (1977) Ergebnisse ökologischer und technologischer Untersuchungen zur Buchen-Naturverjüngung im Harz und Thüringer Becken. Sozialistische Forstwirtschaft 27(5):145–149

Bolstad P, Gower ST, Isebrands JG, Dickson RE, Ceulemans R (1990) Estimation of leaf area index in fourteen southern Wisconsin forest stands using a portable radiometer. Tree Physiol 7:115–124

Bolte A, Bilke A (1998) Wirkung der Bodenbelichtung auf die Ausbreitung von Calamagrostis epigejos in den Kiefernforsten Noddeutschlands. Forst und Holz 53(8):232–236

Brechtel HM (1962) Methodische Beiträge zur Ökologie der Überschirmung und Auflichtung einschichtiger Waldbestände. Schriftenreihe der Landesforstverwaltung Baden-Württemberg, No. 14, Baden-Württembergische Versuchs—und Forschungsanstalt—Sektion Ökologie, Freiburg

Briggs JM, Knapp AK (1995) Interannual variability in primary production in tallgrass prairie: climate, soil moisture,



topographic position and fire as determinants of aboveground biomass. Am J Bot 82(8):1024–1030

Brockway DG, Outcalt KW, Boyer WD (2006) Longleaf pine regeneration ecology and methods. In: Jose S, Jokela EJ, Miller DL (eds) The longleaf pine ecosystem: ecology, silviculture, and restoration. Springer, New York, pp 95–133

Brown JMB (1951) Influence of shade on the height growth and habit of beech. Forestry commission report on forest research for 1951. HMSO, London, pp 41–45

Brzeziecki B, Kienast F (1994) Classifying the life-history strategies of trees on the basis of the Grimian model. For Ecol Manage 69:167–187

Buczko U, Bens O, Fischer H, Hüttl RF (2002) Water repellency in sandy luvisols under different forest transformation stages in Northeast-Germany. Geoderma 109(12):1–18

Burke DM, Elliott KA, Holmes SB, Bradley D (2008) The effects of partial harvest on the understory vegetation of southern Ontario woodlands. For Ecol Manage 255:2204–2212

Burschel P, Schmaltz J (1965) Die Bedeutung des Lichtes für die Entwicklung junger Buchen. Allgemeine Forst- und Jagd-Zeitung 136(9):193–210

Burschel P, El Kateb H, Huss J, Mosandl R (1985) Die Verjüngung im Bergmischwald. Erste Ergebnisse einer Untersuchung in den ostbayerischen Kalkalpen. Forstw Cbl 104:65–100

Burschel P, El Kateb H, Mosandl R (1992) Experiments in mixed mountain forests in Bavaria. In: Kelty MJ, Larson BC, Oliver CD (eds) The ecology and silviculture of mixed-species-forests. Kluwer, Dordrecht, pp 183–216

Busing RT (1994) Canopy cover and tree regeneration in old-growth cove forests of the Appalachian Mountains. Vegetatio 115:19–27

Canham CD (1988) Growth and canopy architecture of shade-tolerant trees: response to canopy gaps. Ecology 69(3):786–795

Canham CD, Denslow JS, Platt WJ, Runkle JR, Spies TA, White PS (1990) Light regimes beneath closed canopies and tree-fall gaps in temperate tropical forests. Can J For Res 20:620–631

Canham CD, Finzi AC, Pacala SW, Burbank DH (1994) Causes and consequences of resource heterogeneity in forests: interspecific variation in light transmission by canopy trees. Can J For Res 24:337–349

Chen J, Franklin JF, Spies TA (1992) Vegetation responses to edge environments in old-growth Douglas-fir forests. Ecol Appl 2(4):387–396

Chrimes D, Nilson K (2005) Overstorey density influence on the height of Picea abies regeneration in northern Sweden. Forestry 78(4):433–442

Clark JS, Macklin E, Wood L (1998) Stages and spatial scales of recruitment limitation in southern Appalachian forests. Ecol Monogr 68(2):213–235

Cole PG, Weltzin JF (2005) Light limitation creates patchy distribution of an invasive grass in eastern deciduous forests. Biol Invasions 7:477–488

Collet C, Lanter O, Pardos M (2001) Effects of canopy opening on height and diameter growth in naturally regenerated beech seedlings. Ann For Sci 58:127–134

Collet C, Lanter O, Pardos M (2002) Effects of canopy opening on the morphology and anatomy of naturally regenerated beech seedlings. Trees 16:291–298

Collins B, Battaglia LL (2008) Oak regeneration in southeastern bottomland hardwood forest. For Ecol Manage 255:3026–3034

Collins BS, Picket STA (1987) Influence of canopy opening on the environment and herb layer in a northern hardwoods forest. Vegetatio 70:3–10

Combes D, Sinoquet H, Varlet-Grancher C (2000) Preliminary measurement and simulation of the spatial distribution of the morphogenetically active radiation (MAR) within an isolated tree canopy. Ann For Sci 57:497–511

Conrad B (2005) Regenerationsdynamik buchendominierter Laubwälder auf Kalkstandorten. Dissertation, Albert-Ludwigs-Universität Freiburg im Breisgau

Coomes DA, Grubb PJ (2000) Impacts of root competition in forests and woodlands: a theoretical framework and review of experiments. Ecol Monogr 70(2):171–207

Curt T, Prévosto B (2004) Dimensional relationships of naturally established European beech trees beneath Scots pine and Silver birch canopy. For Ecol Manage 194:335–348

Dai X (1996) Influence of light conditions in canopy gaps on forest regeneration: a new gap light index and its application in a boreal forest in east-central Sweden. For Ecol Manage 84:187–197

Davis MA, Wrage KJ, Reich PB, Tjoelker MG, Schaeffer T, Muermann C (1999) Survival, growth, and photosynthesis of tree seedlings competing with herbaceous vegetation along a water-light-nitrogen gradient. Plant Ecol 145:341–350

Degen B, Gregorius H-R, Scholz F (1996) ECO-GENE, a model for simulation studies on the spatial and temporal dynamics of genetic structures of tree populations. Silvae Genetica 45(5/6):323–329

Deleporte S, Tillier P (1999) Long-term effects of mineral amendments on soil fauna and humus in an acid beech forest floor. For Ecol Manage 118:245–252

Denner M (2007) Auswirkungen des ökologischen Waldumbaus in der Dübener Heide und im Erzgebirge auf die Bodenvegetation. Ermittlung phytozönotischer Indikatoren für naturschutzfachliche Bewertungen. No. 29, Forstwissenschaftliche Beiträge Tharandt

Diaci J (2002) Regeneration dynamics in a Norway spruce plantation on a silver fir-beech forest site in the Slovenian Alps. For Ecol Manage 161:27–38

Dobrowolska D (2008a) Effect of stand density on oak regeneration in flood plain forests in Lower Silesia, Poland. Forestry 81(4):511–523

Dobrowolska D (2008b) Growth and development of silver fir (Abies alba Mill.) regeneration and restoration of the species in the Karkonosze Mountains. J For Sci 54(9):398–408

Dorland E, Willems JH (2006) High light availability alleviates the costs of reproduction in Ophrys insectifera (Orchidaceae). J Europäischer Orchideen 38(2):369–386

Drever CR, Lertzman KP (2003) Effects of a wide gradient of retained tree structure on understory light in coastal Douglas-fir forests. Can J For Res 33:137–146

Dumais D, Prévost M (2008) Ecophysiology and growth of advance red spruce and balsam fir regeneration after partial cutting in yellow birch-conifer stands. Tree Physiol 28:1221–1229

Ebrecht L, Schmidt W (2003) Nitrogen mineralization and vegetation along skidding tracks. Ann For Sci 60:733–740

Edelkraut KA (2003) Interacting effects of resources and competition on the growth of wetland plants. Dissertation ETH No. 15250, Swiss Federal Institute of Technology, Zurich

Ellenberg H (1939) Über Zusammensetzung, Standort und Stoffproduktion bodenfeuchter Eichen- und Buchen-Mischwaldgesellschaften Nordwestdeutschlands. Mitt Florist Soziol Arb gem Niedersachsen 5:3–135

Ellenberg H (1988) Vegetation ecology of Central Europe (trans: Strutt GK). Cambridge University Press

Ellenberg H (1992) Zeigerwerte von Pflanzen in Mitteleuropa. Scripta Geobotanica XVIII, 2., verb. und erw. Aufl., Verlag Erich Goltze, Göttingen

Ellenberg H (1996) Vegetation Mitteleuropas mit den Alpen in ökologischer, dynamischer und historischer Sicht. 5., stark veränd. u. verb. Aufl., Stuttgart, UTB für Wissenschaft: Botanik, Ökologie, Agrar—und Forstwissenschaften, Geographie


BLM_0073378

Emborg J (1998) Understorey light conditions and regeneration with respect to the structural dynamics of a near-natural temperate deciduous forest in Denmark. For Ecol Manage 106:83–95

Emmer M, Sevink J (1994) Temporal and vertical changes in the humus form profile during a primary succession of *Pinus sylvestris*. Plant Soil 167:281–295

Ericsson T (1995) Growth and shoot: root ratio of seedlings in relation to nutrient availability. Plant Soil 168–169:205–214

Ernst WHO (2004) Vegetation, organic matter and soil quality. In: Developments in Soil Science, vol 29. Elsevier, pp 41–98

Falinski JB (1986) Vegetation dynamics in temperate lowland primeval forests. W. Junk Publishers, Dordrecht, The Netherlands

Fenner M (2000) Seeds—the ecology of regeneration in plant communities, 2nd edn. CABI, Wallingford

Ferrari JB, Sugita S (1996) A spatially explicit model of leaf litter fall in hemlock-hardwood forests. Can J For Res 26:1905–1913

Finzi AC, van Breemen N, Canham CD (1998a) Canopy tree-soil interactions within temperate forests: species effects on soil carbon and nitrogen. Ecol Appl 8(2):440–446

Finzi AC, Canham CD, van Breemen N (1998b) Canopy tree-soil interactions within temperate forests: species effects on pH and cations. Ecol Appl 8(2):447–454

Fischer H, Bens O (2002) Artenkombination und assoziierte Artmerkmale der Bodenvegetation innerhalb einer unechten Eichen-Zeitreihe (*Quercus petraea* Liebl.). Allgemeine Forst- und Jagd-Zeitung 173(1):8–14

Fischer H, Bens O, Hüttl RF (2002) Changes in humus form, humus stock and soil organic matter distribution caused by forest transformation in the North-Eastern lowlands of Germany. Forstw Cbl 121:322–334

Fraterrigo JM, Turner MG, Pearson SM (2006) Interactions between land use, life history traits and understory spatial heterogeneity. Landsc Ecol 21:777–790

Fuller RJ (2008) Forest management effects on carabid beetle communities in coniferous and broadleaved forests: implications for conservation. Insect Conserv Divers 1:242–252

Gaudio N, Balandier P, Marquier A (2008) Light-dependent development of two competitive species (*Rubus idaeus*, *Cytisus scoparius*) colonizing gaps in temperate forest. Ann For Sci 65:104

Gilbert B, Lechowicz MJ (2004) Neutrality, niches, and dispersal in a temperate forest understory. Proc Natl Acad Sci USA 101:7651–7656

Godefroid S, Koedam N (2004) The impact of forest paths upon adjacent vegetation: effects of the path surfacing material on the species composition and soil compaction. Biol Conserv 119:405–419

Goldberg DE (1990) Components of resource competition in plant communities. In: Grace and Tilman (ed) Perspectives on plant competition. Academic Press, pp 27–49

Grant RH (1997) Partitioning of biologically active radiation in plant canopies. Int J Biometeorol 40(1):26–40

Grassi G, Minotta G, Tonon G, Bagnaresi U (2004) Dynamics of Norway spruce and silver fir natural regeneration in a mixed stand under uneven-aged management. Can J For Res 34(1):141–149

Gray AN, Spies TA (1997) Microsite controls on tree seedling establishment in conifer forest canopy gaps. Ecology 78(8):2458–2473

Greis I, Kellomäki S (1981) Crown structure and stem growth of Norway spruce undergrowth under varying shading. Silva Fennica 15(3):306–322

Griffith TM, Sultan SE (2005) Shade tolerance plasticity in response to neutral vs. green shade cues in *Polygonum* species of contrasting ecological breadth. New Phytol 166:141–148

Grime JP (2001) Plant strategies and vegetation processes. Wiley, Chichester 417 p

Grime JP, Jeffrey DW (1965) Seedling establishment in vertical gradients of sunlight. J Ecol 53(3):621–642

Grimm V, Railsback SF (2005) Individual-based modeling and ecology. Princeton series in theoretical and computational biology. Princeton University Press, Princeton, p 428

Groot A (1999) Effects of shelter and competition on early growth of planted white spruce. Can J For Res 29:1002–1014

Güsewell S (2005) Nutrient resorption of wetland graminoids is related to the type of nutrient limitation. Ecology 19:344–354

Haeupler H (2000) Biodiversität in Zeit und Raum—Dynamik oder Konstanz. Ber Reinhold-Tüxen-Ges 12

Hahn K, Thomsen RP (2007) Ground flora in Suserup Skov: characterized by forest continuity and natural gap dynamics or edge-effect and introduced species? Ecol Bull 52:167–181

Hannerz M, Hånell B (1997) Effects on the flora in Norway spruce forests following clearcutting and shelterwood cutting. For Ecol Manage 90:29–49

Hanssen KH (2003) Natural regeneration of *Picea abies* on small clear-cuts in SE Norway. For Ecol Manage 180:199–213

Härdtle W, von Oheimb G, Westphal C (2003) The effects of light and soil conditions on the species richness of the ground vegetation of deciduous forests in northern Germany (Schleswig-Holstein). For Ecol Manage 182:327–338

Harmer R, Morgan G (2007) Development of *Quercus robur* advance regeneration following canopy reduction in an oak woodland. Forestry 80:137–149

Harper JL (1977) Population biology of plants. Academic Press, New York

Harrington TB (2006) Plant competition, facilitation, and other overstorey-understory interactions in longleaf pine ecosystems. In: Jose S, Jokela EJ, Miller DL (eds) The longleaf pine ecosystem: ecology, silviculture, and restoration. Springer, New York, pp 135–156

Harrington TB, Dagley CM, Edwards MB (2003) Above- and belowground competition from longleaf pine plantations limits performance of reintroduced herbaceous species. For Sci 49(5):681–695

Hart SA, Chen HYH (2006) Understory vegetation dynamics of North American boreal forests. Crit Rev Plant Sci 25:381–397

Heithecker TD, Halpern CB (2006) Variation in microclimate associated with dispersed-retention harvests in coniferous forests of western Washington. For Ecol Manage 226:60–71

Hester AJ, Miles J, Gimingham CH (1991) Succession from heather moorland to birch woodland. II. Competition between *Vaccinium myrtillus*, *Deschampsia flexuosa* and *Agrostis capillaries*. J Ecol 79:317–328

Hofmeister J, Jaljevic M, Hosek J, Sádlo J (2002) Eutrophication of deciduous forests in the Bohemian Karst (Czech Republic): the role of nitrogen and phosphorus. For Ecol Manage 169:213–230

Hofmeister J, Hosek J, Modrý M, Rolecek J (2009) The influence of light and nutrient availability on herb layer species richness in oak-dominated forests in central Bohemia. Plant Ecol (in press)

Holderegger R (1996) Effects of litter removal on the germination of *Anemone nemorosa* L. Flora 191:175–177

Hunziker U, Brang P (2005) Microsite patterns of conifer seedling establishment and growth in a mixed stand in the southern Alps. For Ecol Manage 210:67–79

Hutchinson GE (1978) An introduction to population ecology. Yale University Press, New Haven

Janzen DH (1970) Herbivores and the number of tree species in tropical forests. Am Nat 104(940):501–528

Jennings SB, Brown ND, Sheil D (1999) Assessing forest canopies and understory illumination: canopy closure, canopy cover and other measures. Forestry 72(1):59–73



Jobidon R, Cyr G, Thiffault N (2004) Plant species diversity and composition along an experimental gradient of northern hardwood abundance in *Picea mariana* plantations. For Ecol Manage 198:209–221

Karlsson C (2000) Seed production of *Pinus sylvestris* after release cutting. Can J For Res 30:982–989

Karlsson M (2001) Natural regeneration of broadleaved tree species in Southern Sweden. Effects of silvicultural treatments and seed dispersal from surrounding stands. Silvestra 196

Kenk G (1988) Der Volumen—und Wertzuwachs im Stadium der natürlichen Verjüngung eines Kiefern—Tannen—Bestandes durch den Schirmkeilschlag in Langenbrand/Nordschwarzwald. Allgemeine Forst- und Jagd-Zeitung 159(8):154–164

Koerselman W, Meuleman AFM (1996) The vegetation N:P ratio: a new tool to detect the nature of nutrient limitation. J Appl Ecol 33:1441–1450

Kotowski W, van Andel J, van Diggelen R, Hogendorf J (2001) Responses of fen plant species to groundwater level and light intensity. Plant Ecol 155:147–156

Kozlowski TT, Kramer PJ, Pallardy SG (1991) The physiological ecology of woody plants. Academic Press, San Diego, p 657

Kramer PJ, Kozlowski TT (1979) Physiology of woody plants. Academic Press, San Diego

Kühlmann S, Heikkinen J, Särkkä A, Hjort U (2001) Relating abundance of ground vegetation species and tree patterns at local scale using ecological field theory. In: Proceedings of IUFRO 4.11, conference. University of Greenwich. [Online] http://cms1.gre.ac.uk/conferences/iufro/proceedings. Accessed 19 Sep 2009

Kull O, Aan A (1997) The relative share of graminoid and forb life-forms in a natural gradient of herb layer productivity. Ecography 120:146–154

Küßner R (1991) Sukzessionale Prozesse in Fichtenbeständen (*Picea abies*) des Osterzgebirges—Möglichkeiten ihrer waldbaulichen Beeinflussung und ihre Bedeutung für einen ökologisch begründeten Waldumbau. Forstw Cbl 116:359–369

Küßner R (1999) Ein auf Strahlungsmessungen basierendes Verfahren zur Bestimmung des Blattflächenindexes und zur Charakterisierung der Überschirmung in Fichtenbeständen—Methodische Untersuchungen und Anwendung in der waldbaulichen Praxis. Forstwissenschaftliche Beiträge Tharandt 5

Küßner R, Reynolds PE, Bell FW (2000) Growth response of *Picea mariana* seedlings to competition for radiation. Scand J For Res 15:334–342

Kuuluvainen T, Hokkanen TJ, Järvinen E, Pukkala T (1993) Factors related to seedling growth in a boreal Scots pine stand: a spatial analysis of a vegetation-soil system. Can J For Res 23:2101–2109

Landhäusser SM, Stadt KJ, Lieffers VJ (1996) Screening for control of a forest weed: early competition between three replacement species and *Calamagrostis canadensis* or *Picea glauca*. J Appl Ecol 33:1517–1526

Larcher W (2001) Ökophysiologie der Pflanzen—Leben, Leistung und Streßbewältigung der Pflanzen in ihrer Umwelt. 6. neubearb. Aufl., Ulmer, Stuttgart

Lee DW, Oberbauer SF, Johnson P, Krishnapilay B, Mansor M, Mohamad H, Yap SK (2000) Effects of irradiance and spectral quality on leaf structure and function in seedlings of two Southeast Asian *Hopea* (Dipterocarpaceae) species. Am J Bot 87:447–455

Lehmann B (2007) Effekte einzelbaumweise eingemischter einheimischer Eichen in Wäldern der Gemeinen Kiefer (*Pinus sylvestris* L.) auf Standorten geringer Trophie und Wasserversorgung im Süden Brandenburgs. Dresden, Technical University, Fak. Forst-, Geo- und Hydrowissenschaften, Dissertation, 145 p

Leicht SA, Silander JA Jr (2006) Differential responses of invasive *Celastrus orbiculatus* (Celastraceae) and native *C. scandens* to changes in light quality. Am J Bot 93:972–977

Leonhardt B, Wagner S (2006) Qualitative Entwicklung von Buchen-Voranbauten unter Fichtenschirm. Forst und Holz 61(11):454–457

Leps J, Smilauer P (2007) Multivariate analysis of ecological data using CANOCO, 3rd edn. Cambridge University Press, Cambridge 269 p

Leuchner M, Menzel A, Werner H (2007) Quantifying the relationship between light quality and light availability at different phenological stages within a mature mixed forest. Agric For Meteorol 142:35–44

Leuschner Ch, Hertel D, Coners H, Büttner V (2001) Root competition between beech and oak: a hypothesis. Oecologia 126(2):276–284

Lieffers VJ, Stadt KJ (1994) Growth of understory *Picea glauca*, *Calamagrostis canadensis*, and *Epilobium angustifolium* in relation to overstorey light transmission. Can J For Res 24:1193–1198

Lieffers VJ, Messier C, Stadt KJ, Gedron F, Comeau PG (1999) Predicting and managing light in the understory of boreal forests. Can J For Res 29:796–811

Lindh BC, Muir PS (2004) Understory vegetation in young Douglas-fir forests: does thinning help restore old-growth composition? For Ecol Manage 192:285–296

Liski J (1995) Variation in soil organic carbon and thickness of soil horizons within boreal forest stand—effect of tree implication for sampling. Silva Fennica 29(4):255–266

Löf M, Karlsson M, Sonesson K, Welander TN, Collet C (2007) Growth and mortality in underplanted tree seedlings in response to variations in canopy closure of Norway spruce stands. Forestry 80(4):371–384

Lüpke Bv (1987) Einflüsse von Altholzüberschirmung und Bodenvegetation auf das Wachstum junger Buchen und Traubeneichen. Forstarchiv 58:18–24

Lüpke Bv (1998) Silvicultural methods of oak regeneration with special respect to shade tolerant mixed species. For Ecol Manage 106:19–26

Lüpke Bv (1982) Versuche zur Einbringung von Lärche und Eiche in Buchenbestände. Schriftenreihe der Forstlichen Fakultät der Uni Göttingen und der Niedersächsischen Forstlichen Versuchsanstalt Göttingen, No 74, J.D. Sauerländer's Verlag, Frankfurt

Lüpke Bv, Hauskeller-Bullerjahn K (2004) Beitrag zur Modellierung der Jungwuchsentwicklung am Beispiel von Traubeneichen-Buchen-Mischverjüngung. Allgemeine Forst- und Jagd-Zeitung 175(4/5):61–69

Lyr H, Hoffmann G, Dohse K (1963) Über den Einfluß unterschiedlicher Beschattung auf die Stoffproduktion von Jungpflanzen einiger Waldbäume. I. Mitteilung Flora-Allgemeine Botanische Zeitung (Jena) 152:291–311

Lyr H, Hoffmann G, Engel W (1964) Über den Einfluß unterschiedlicher Beschattung auf die Stoffproduktion von Jungpflanzen einiger Waldbäume. II. Mitteilung Flora-Allgemeine Botanische Zeitung (Jena) 155:305–330

Lyr H, Polster H, Fiedler H-J (1967) Gehölzphysiologie. Gustav Fischer Verlag, Jena

Madsen P, Hahn K (2008) Natural regeneration in a beech-dominated forest managed by close-to-nature principles—a gap cutting based experiment. Can J For Res 38:1716–1729

Madsen P, Larsen B (1997) Natural regeneration of beech (*Fagus sylvatica* L.) with respect to canopy density, soil moisture and soil carbon content. For Ecol Manage 97:95–105

Mamolos AP, Veresoglou DS, Barbayiannis N (1995) Plant species abundance and tissue concentrations of limiting nutrients in low-

BLM_0073380

nutrient grasslands: a test of competition theory. J Ecol 83:485–497

Matlack GR, Litvaitis JA (1999) Forest edges. In: Hunter ML Jr (ed) Maintaining biodiversity in forest ecosystems. Cambridge University Press, Cambridge

McClure JW, Lee TD, Leak WB (2000) Gap capture in northern hardwoods: patterns of establishment and height growth in four species. For Ecol Manage 127:181–189

Meir P, Kruijt B, Broadmeadow M, Barbosa E, Kull O, Carswell F, Nobre A, Jarvis PG (2002) Acclimation of photosynthetic capacity to irradiance in tree canopies in relation to leaf nitrogen concentration and leaf mass per unit area. Plant Cell Environ 25:343–357

Messaoud Y, Houle G (2006) Spatial patterns of tree seedling establishment and their relationship to environmental variables in a cool-temperate deciduous forest of eastern North America. Plant Ecol 185:319–331

Mitamura M, Yamamura Y, Nakano T (2009) Large-scale canopy opening causes decreased photosynthesis in the saplings of shade-tolerant. Tree Physiol 29:137–145

Mitscherlich G, Künstle E, Lang W (1967) Ein Beitrag zur Frage der Beleuchtungsstärke im Bestande. Allgemeine Forst- und Jagd-Zeitung 138(10):213–223

Modrý M, Hubený D, Rejšek K (2004) Differential response of naturally regenerated European shade tolerant tree species to soil type and light availability. For Ecol Manag 188:185–195

Mölder A, Schmidt W (2007) Relationship between herb layer biomass and tree layer diversity in deciduous forests. Verh Ges Ökol 37:52

Mölder A, Bernhardt-Römermann M, Schmidt W (2008) Herb-layer diversity in deciduous forests: raised by tree richness or beaten by beech? For Ecol Manag 256:272–281

Moola FM, Mallik AU (1998) Morphological plasticity and regeneration strategies of velvet leaf blueberry (Vaccinium myrtilloides Michx.) following canopy disturbance in boreal mixedwood forests. For Ecol Manage 111:35–50

Mosandl R.(1984) Löcherhiebe im Bergmischwald. Ein waldbauökologischer Beitrag zur Femelschlagverjüngung in den Chiemgauer Alpen. Forstl. Forsch.ber. München 61, 317 S

Mosandl R (1991) Die Steuerung von Waldökosystemen mit waldbaulichen Mitteln—dargestellt am Beispiel des Bergmischwaldes. Mitteilungen aus der Staatsforstverwaltung Bayerns No. 46, München

Mosandl R, Kleinert A (1998) Development of oaks (Quercus petraea [MATT.] Liebl.) emerged from bird-dispersed seeds under old-growth pine (Pinus silvestris L.) stands. For Ecol Manage 106:35–44

Mountford EP, Savill PS, Bebber DP (2006) Patterns of regeneration and ground vegetation associated with canopy gaps in a managed beechwood in southern England. Forestry 79(4):389–408

Mrotzek R (1998) Wuchsdynamik und Mineralstoffhaushalt der Krautschicht in einem Buchenwald auf Basalt. Berichte des Forschungszentrums Waldökosysteme, Reihe A, No. 152, Selbstverlag des Forschungszentrums Waldökosysteme der Universität Göttingen

Navrátil M, Špunda V, Marková I, Janouš D (2007) Spectral composition of photosynthetically active radiation penetrating into a Norway spruce canopy: the opposite dynamics of the blue/red spectral ratio during clear and overcast days. Trees Struct Funct 21:311–320

Nelson CR, Halpern CB (2005) Edge-related responses of understory plants to aggregated retention harvest in the Pacific Northwest. Ecol Appl 15(1):196–209

Newton AC, Dick JM, McBeath C, Leakey RRB (1996) The influence of R:FR ratio on the growth, photosynthesis and rooting ability

of Terminalia spinosa Engl. and Triplochiton scleroxylon K. Schum. Ann Appl Biol 128(3):541–556

Nyland RD (2002) Silviculture, 2nd edn. Mc Craw Hill, Boston

O'Connell DA, Ryan PJ, McKenzie NJ, Ringrose-Voase AJ (2000) Quantitative site and soil descriptors to improve the utility of forest soil surveys. For Ecol Manage 138:107–122

Olff H (1992) Effects of light and nutrient availability on dry matter and N allocation in six successional grassland species. Oecologia 89:412–421

Oliver CD, Larson BC (1996) Forest stand dynamics. Wiley, New York (Update edn)

Örlander G, Karlsson Ch (2000) Influence of shelterwood density on survival and height increment of Picea abies advance growth. Scand J For Res 15:20–29

Ovington JD (1965) Organic production, turnover and mineral cycling in woodlands. Biol Rev 40:295–336

Pacala SW, Canham CD, Silander JA Jr, Kobe RK (1994) Sapling growth as a function of resources in a north temperate forest. Can J For Res 24:2172–2183

Pacala SW, Canham CD, Saponara J, Silander JA, Kobe RK, Ribbens E (1996) Forest models defined by field measurements: estimation, error analysis and dynamics. Ecol Monogr 66(1):1–43

Packer A, Clay K (2000) Soil pathogens and spatial patterns of seedling mortality in a temperate tree. Nature 404:278–281

Pagès J-P, Pache G, Joud D, Magnan N, Michalet R (2003) Direct and indirect effects of shade on four forest tree seedlings in the French Alps. Ecology 84(10):2741–2750

Palik B, Mitchell RJ, Pecot S, Battaglia M, Pu M (2003) Spatial distribution of overstorey retention influences resources and growth of longleaf pine seedlings. Ecol Appl 13(3):674–686

Paquette A, Bouchard A, Cogliastro A (2006) Survival and growth of under-planted trees: a meta-analysis across four biomes. Ecol Appl 16(4):1575–1589

Parent S, Messier C (1995) Effets d'un gradient de lumière sur la croissance en hauteur et la morphologie de la cime du sapin baumier régénéré naturellement. Can J For Res 25:878–885

Petritan AM, von Lüpke B, Petritan IC (2007) Effects of shade on growth and mortality of maple (Acer pseudoplatanus), ash (Fraxinus excelsior) and beech (Fagus sylvatica) saplings. Forestry 80(4):397–412

Pianka ER, Horn HS (2005) Ecology's legacy from Robert MacArthur, Chap. 11. In: Cuddington K, Biesner B (eds) Ecological paradigms lost: routes of theory change. Elsevier and Academic Press, pp 213–232

Ponge JF (2003) Humus forms in terrestrial ecosystems: a framework to biodiversity. Soil Biol Biochem 35:935–945

Powell GW, Bork EW (2006) Aspen canopy removal and root trenching effects on understory vegetation. For Ecol Manage 230:79–90

Pyšek P (1991) Biomass production and size structure of Calamagrostis villosa populations in different habitats. Preslia, Praha 63:9–20

Pyšek P (1993) What do we know about Calamagrostis villosa? A review of the species behaviour in secondary habitats. Preslia, Praha 64(4):1–20

Reader RJ, Bonser SP, Duralia TE, Bricker BD (1995) Interspecific variation in tree seedling establishment in canopy gaps in relation to tree density. J Veg Sci 6:609–614

Ricard J-P, Messier C (1996) Abundance, growth and allometry of red raspberry (Rubus idaeus L.) along a natural light gradient in a northern hardwood forest. For Ecol Manage 81:153–160

Rice KJ, Nagy ES (2000) Oak canopy effects on the distribution patterns of two annual grasses: the role of competition and soil nutrients. Am J Bot 87(11):1699–1706



BLM_0073381

Riegel GM, Miller RF, Krueger WC (1995) The effects of above ground and belowground competition on understory species composition in a *Pinus ponderosa* forest. For Sci 41:864–889

Ritchie GA (1997) Evidence for red:far red signaling and morphogenetic growth response in Douglas fir (*Pseudotsuga menziesii*) seedlings. Tree Physiol 17:161–168

Ritter E, Dalsgaard L, Einhorn KS (2005) Light, temperature and soil moisture regimes following gap formation in a semi-natural beech-dominated forest in Denmark. For Ecol Manage 206:15–33

Roberts MR, Zhu L (2002) Early response of the herbaceous layer to harvesting in a mixed coniferous-deciduous forest in New Brunswick. Can For Ecol Manage 155:17–31

Röhrig E, Bartsch N, Bv Lüpke (2006) Waldbau auf ökologischer Grundlage. Ulmer, Stuttgart

Roloff A (2004) Bäume—Phänomene der Anpassung und Optimierung. Ecomed, Landsberg am Lech

Royo AA, Carson WP (2006) On the formation of dense understorey layers in forests worldwide: consequences and implications for forest dynamics, biodiversity, and succession. Can J For Res 36:1345–1362

Sakamaki Y, Ino Y (2002) Influence of shade timing on an *Equisetum arvense* L. population. Ecol Res 17:673–686

Schall P (1998) Ein Ansatz zur Modellierung der Naturverjüngungsprozesse im Bergmischwald der östlichen Bayerischen Alpen. Berichte des Forschungszentrums Waldökosysteme, Reihe A, Bd. 155

Schmidt W (2005) Herb layer species as indicators of biodiversity of managed and unmanaged beech forests. For Snow Landsc Res 79:111–125

Schmidt W, Weckesser M (2001) Struktur und Diversität der Waldvegetation als Indikatoren für eine nachhaltige Waldnutzung. Forst und Holz 56(15):493–498

Schmidt-Vogt H (1972) Untersuchungen zur Bedeutung des Lichtfaktors bei Femelschlagverjüngung von Tannen-Buchen-Fichten-Wäldern im westlichen Hoch-schwarzwald. Forstwissenschaftliches Centralblatt 91:238–247

Schmitt J, Wulff RD (1993) Light spectral quality, phytochrome and plant competition. Trends Ecol Evol 8:47–51

Schopfer P, Brennicke A (2006) Pflanzenphysiologie. 6. Aufl., Elsevier, Spektrum Akad., Heidelberg, 700 S

Schulze K (1998) Wechselwirkungen zwischen Waldbauform, Bejagungsstrategie und der Dynamik von Rehwildbeständen. Ph.D. Thesis, Institute of silviculture, University of Göttingen, 265 p

Seidling W (2005) Ground floor vegetation assessment within the intensive (Level II) monitoring of forest ecosystems in Germany: chances and challenges. Eur J Forest Res 124:301–312

Shibata M, Nakashizuka T (1995) Seed and seedling demography of four co-occurring Carpinus species in a temperate deciduous forest. Ecology 76(4):1099–1108

Shimatani K, Kimura M, Kitamura K, Suyama Y, Isagi Y, Sugita H (2007) Determining the location of a deceased mother tree and estimating forest regeneration variables by use of microsatellites and spatial genetic models. Popul Ecol 49:317–330

Shropshire C, Wagner RG, Bell FW, Swanton CJ (2001) Light attenuation by early successional plants of the boreal forest. Can J For Res 31:812–823

Silvertown JW, Charlesworth D (2001) Introduction to plant population biology, 4th edn. Blackwell Publishing, Oxford

Silvertown JW, Doust JL (1997) Introduction to plant population biology, 3rd edn. Blackwell Science, Oxford

Smith H (2000) Phytochromes and light signal perception by plants—an emerging synthesis. Nature 407:585–691

Smith H, Whitelam GC (1997) The shade avoidance syndrome: multiple responses mediated by multiple phytochromes. Plant Cell Environ 20:840–844

Sonohat G, Balandier P, Ruchaud F (2004) Predicting solar radiation transmittance in the understory of even-aged coniferous stands in temperate forests. Ann For Sci 61:629–641

Staelens J, Nachtergale L, Luyssaert S, Lust N (2003) A model of wind-influenced leaf litterfall in a mixed hardwood forest. Can J For Res 33:201–209

Stoyan D, Wagner S (2001) Estimating the fruit dispersion of anemochorous forest trees. Ecol Modell 145(1):35–47

Strandberg B, Kristiansen SM, Tybir K (2005) Dynamic oak-scrub to forest succession: effects of management on understory vegetation, humus forms and soils. For Ecol Manage 211:318–328

Strengbom J, Näsholm T, Ericson L (2004) Light, not nitrogen, limits growth of the grass *Deschampsia flexuosa* in boreal forests. Can J Bot 82:430–435

Stuefer JF, Huber H (1998) Differential effects of light quantity and spectral light quality on growth, morphology and development of two stoloniferous *Potentilla* species. Oecologia 117(1–2):1–8

Suding KN, Goldberg DE (1999) Variation in the effects of litter and vegetation across productivity gradients. J Ecol 78:436–449

Suner A, Röhrig E (1980) Die Entwicklung der Buchennaturverjüngung in Abhängigkeit von der Auflichtung des Altbestandes. Forstarchiv 51:145–149

Suzuki T, Jacalne DV (1986) Response of dipterocarp seedling to various light conditions under forest canopies. Bull For For Prod Res Inst No 336:19–34

Ter-Mikaelian MT, Wagner RG, Shropshire C, Bell FW, Swanton CJ (1997) Using a mechanistic model to evaluate sampling designs for light transmission through forest plant canopies. Can J For Res 27:117–126

Thomasius H (1988) Stabilität natürlicher und künstlicher Waldökosysteme sowie deren Beeinflußbarkeit durch forstwirtschaftliche Maßnahmen. Allgemeine Forstzeitschrift 43(1037–1043):1064–1068

Thompson K, Grime JP (1979) Seasonal variation in the seed banks of herbaceous species in ten contrasting habitats. J Ecol 67:893–921

Thomsen RP, Svenning J-C, Balsev H (2005) Overstorey control of understory species composition in a near-natural temperate broadleaved forest in Denmark. Plant Ecol 181:113–126

Tilman D (1982) Resource competition and community structure. Princeton University Press, Princeton

Tilman D, Wedin D (1991) Dynamics of nitrogen competition between successional grasses. Ecology 72:1038–1049

Tischer A (2009) Untersuchungen zu Wirkungen eingemischter Sand-Birken (*Betula pendula* Roth) in Wäldern der Gemeinen Fichte (*Picea abies* (L.) Karst.) auf Oberbodenstruktur, Oberbodenfeuchte und Bodenvegetation. Masterarbeit, Inst. für Waldbau u. Forstschutz Tharandt

Tomita M, Hirabuki Y, Seiwa K (2002) Post-dispersal changes in the spatial distribution of *Fagus crenata* seeds. Ecology 83(6):1560–1565

Tüxen R (1956) Die heutige potentielle Vegetation als Gegenstand der Vegetationskartierung. Angew Pflanzensoz 13:5–42

Tyler G (1989) Interacting effects of soil acidity and canopy cover on the species composition of field-layer vegetation in Oak/Hornbeam Forests. For Ecol Manage 28:101–114

van Noordwijk M, Lawson G, Soumaré A, Groot JJR, Hairiah K (1996) Root distribution of trees and crops: competition and/or complementary. In: Ong CK, Huxley P (eds) Tree-crop interactions. CAB international, Wallingford, pp 319–363

Vanmechelen L, Groenemans R, van Ranst E (1997) Forest soil condition in Europe—results of a large-scale soil survey. Forest soil coordinating centre, University of Ghent

Vanselow K (1949) Natürliche Verjüngung im Wirtschaftswald. Neumann Verlag, Radebeul und Berlin

Vincke C, Breda N, Granier A, Devillez F (2005) Evapotranspiration of a declining *Quercus robur* (L.) stand from 1999 to 2001. I.

Springer

BLM_0073382

Trees and forest floor daily transpiration. Ann For Sci 62:503–512

Vitousek PM, Howarth RW (1991) Nitrogen limitation on land and in the sea. How can it occur? Biogeochemistry 13:87–115

Wagner RG (1993) Research directions to advance forest vegetation management in North America. Can J For Res 23:2317–2327

Wagner S (1999) Ökologische Untersuchungen zur Initialphase der Naturverjüngung in Eschen-Buchen-Mischbeständen. Schriftenreihe der Forstlichen Fakultät der Uni Göttingen und der Niedersächsischen Forstlichen Versuchsanstalt Göttingen Bd. 129, Sauerländer's Verlag, Göttingen

Wagner S, Madsen P, Ammer C (2009) Evaluation of different approaches for modelling individual tree seedling height growth. Trees 23:701–715

Wälder K, Frischbier N, Bredemeier M, Näther W, Wagner S (2008) Analysis of layer humus mass variation in a mixed stand of European beech and Norway spruce: an application of structural equation modelling. Ecol Model 213:319–330

Wälder K, Näther W, Wagner S (2009) Improving inverse model fitting in trees—anisotropy, multiplicative effects, and Bayes estimation. Ecol Model 220:1044–1053

Wallrup E, Saetre P, Rydin H (2006) Deciduous trees affect small-scale floristic diversity and tree regeneration in conifer forests. Scand J For Res 21:399–404

Watt AS (1925) On the ecology of British beechwoods with special reference to their regeneration: II. Sections II and III: the development and structure of beech communities on the Sussex Downs continued. J Ecol 13(1):27–73

Wayne PM, Bazzaz FA (1993) Morning vs. afternoon sun patches in experimental forest gaps—consequences of temporal incongruency of resources to birch regeneration. Oecologia 94:235–243

Weisberg PJ, Hadorn C, Bugmann H (2003) Predicting understory vegetation cover from overstorey attributes in two temperate mountain forests. Forstwissenschaftliches Centralblatt 122:273–286

Welander NT, Ottosson B (1998) The influence of shading on growth and morphology in seedlings of Quercus robur L. and Fagus sylvatica L. For Ecol Manag 107:117–126

Wild J, Neuhäuslová Z, Sofron J (2004) Changes of plant species composition in the Šumava spruce forests, SW Bohemia, since the 1970s. For Ecol Manage 187:117–132

Wu H-I, Sharpe PJH, Walker J, Penridge LK (1985) Ecological field theory: a spatial analysis of resource interference among plants. Ecol Model 29:215–243

Xiao CW, Janssens IA, Curiel-Yuste J, Ceulemans R (2006) Variation of specific leaf area and upscaling to leaf area index in mature Scots pine. Trees Struct Funct 20(3):304–310

Yamamoto S-I (2000) Forest gap dynamics and tree regeneration. Can J For Res 5(4):223–229

York RA, Battles JJ, Heald RC (2003) Edge effects in mixed conifer group selection openings: tree height response to resource gradients. For Ecol Manage 179:107–121

Zenner EK, Kabrick JM, Jensen RG, Peck JLE, Grabner JK (2006) Responses of ground flora to a gradient of harvest intensity in the Missouri Ozarks. For Ecol Manage 222:326–334

Zerbe S (2003) The differentiation of anthropogenous forest communities: a synsystematical approach. Mitt Naturwiss Ver Steiermark 133:109–117

Ziesche TM, Roth M (2008) Influence of environmental parameters on small-scale distribution of soil-dwelling spiders in forests: what makes the difference, tree species or microhabitat? For Ecol Manage 255:738–752


BLM_0073383

*Research Article*

# Greater Sage-Grouse Population Response to Energy Development and Habitat Loss

**BRETT L. WALKER,**[1] *Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA*

**DAVID E. NAUGLE,** *Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA*

**KEVIN E. DOHERTY,** *Wildlife Biology Program, College of Forestry and Conservation, University of Montana, Missoula, MT 59812, USA*

**ABSTRACT** Modification of landscapes due to energy development may alter both habitat use and vital rates of sensitive wildlife species. Greater sage-grouse (*Centrocercus urophasianus*) in the Powder River Basin (PRB) of Wyoming and Montana, USA, have experienced rapid, widespread changes to their habitat due to recent coal-bed natural gas (CBNG) development. We analyzed lek-count, habitat, and infrastructure data to assess how CBNG development and other landscape features influenced trends in the numbers of male sage-grouse observed and persistence of leks in the PRB. From 2001 to 2005, the number of males observed on leks in CBNG fields declined more rapidly than leks outside of CBNG. Of leks active in 1997 or later, only 38% of 26 leks in CBNG fields remained active by 2004–2005, compared to 84% of 250 leks outside CBNG fields. By 2005, leks in CBNG fields had 46% fewer males per active lek than leks outside of CBNG. Persistence of 110 leks was positively influenced by the proportion of sagebrush habitat within 6.4 km of the lek. After controlling for habitat, we found support for negative effects of CBNG development within 0.8 km and 3.2 km of the lek and for a time lag between CBNG development and lek disappearance. Current lease stipulations that prohibit development within 0.4 km of sage-grouse leks on federal lands are inadequate to ensure lek persistence and may result in impacts to breeding populations over larger areas. Seasonal restrictions on drilling and construction do not address impacts caused by loss of sagebrush and incursion of infrastructure that can affect populations over long periods of time. Regulatory agencies may need to increase spatial restrictions on development, industry may need to rapidly implement more effective mitigation measures, or both, to reduce impacts of CBNG development on sage-grouse populations in the PRB. (JOURNAL OF WILDLIFE MANAGEMENT 71(8):2644–2654; 2007)

DOI: 10.2193/2006-529

**KEY WORDS** agriculture, *Centrocercus urophasianus*, coal-bed methane, coal-bed natural gas, energy development, greater sage-grouse, lek count, population, Powder River Basin, sagebrush.

Large-scale modification of habitat associated with energy development may alter habitat use or vital rates of sensitive wildlife species. Populations in developed areas may decline if animals avoid specific features of infrastructure such as roads or power lines (Trombulak and Frissell 2000; Nelleman et al. 2001, 2003) or if energy development negatively affects survival or reproduction (Holloran 2005, Aldridge and Boyce 2007). For example, mortality caused by collisions with vehicles and power lines reduces adult and juvenile survival in a variety of wildlife species (reviewed in Bevanger 1998 and Trombulak and Frissell 2000). Indirect effects of energy development on populations are also possible due to changes in predator or parasite communities (Knight and Kawashima 1993, Steenhof et al. 1993, Daszak et al. 2000) or changes in vegetation structure and composition associated with disturbance (Trombulak and Frissell 2000, Gelbard and Belnap 2003). Negative impacts may be exacerbated if features of development that attract animals (e.g., ponds) simultaneously reduce survival and thereby function as ecological traps (Gates and Gysel 1978).

Rapidly expanding coal-bed natural gas (CBNG) development is a concern for conservation of greater sage-grouse (*Centrocercus urophasianus*) in the Powder River Basin (PRB) of northeastern Wyoming and southeastern Montana, USA. The PRB supports an important regional population, with over 500 leks documented between 1967 and 2005 (Connelly et al. 2004). In the past decade, the PRB has also experienced rapidly increasing CBNG development,

with impacts on wildlife habitat projected to occur over an area of approximately 24,000 km$^2$ (Bureau of Land Management [BLM] 2003*a*, *b*). Coal-bed natural gas development typically requires construction of 2–7 km of roads and 7–22 km of power lines per square kilometer as well as an extensive network of compressor stations, pipelines, and ponds (BLM 2003*b*). Approximately 10% of surface lands and 75% of mineral reserves in the PRB are federally owned and administered by the BLM (BLM 2003*a*, *b*). Over 50,000 CBNG wells have been authorized for development on federal mineral reserves in northeastern Wyoming, at a density of 1 well per 16–32 ha, and as many as 18,000 wells are anticipated in southeastern Montana (BLM 2003*a*, *b*). According to data from the Wyoming Oil and Gas Conservation Commission and Montana Board of Oil and Gas Conservation, by the beginning of 2005, approximately 28,000 CBNG wells had been drilled on federal (approx. 31%), state (approx. 11%), and private (approx. 58%) mineral holdings in the PRB. Mitigation for sage-grouse on BLM lands typically includes lease stipulations prohibiting surface infrastructure within 0.4 km of sage-grouse leks as well as restrictions on timing of drilling and construction within 3.2 km of documented leks during the 15 March–15 June breeding season and within crucial winter habitat from 1 December–31 March (MT only; BLM 2003*a*, *b*). These restrictions can be modified or waived by BLM, or additional conditions of approval applied, on a case-by-case basis. In contrast, most state

[1] *E-mail: pancaminando@hotmail.com*

BLM_0073384



**Figure 1.** Distribution and status of active, inactive, and destroyed greater sage-grouse leks, coal-bed natural gas wells, and major highways in the Powder River Basin, Montana and Wyoming, USA. The dashed line shows the extent of SPOT-5 satellite imagery. This map excludes leks that became inactive or were destroyed prior to 1997 and leks whose status in 2004–2005 was unknown. The status of leks within a lek complex are depicted separately. Dot sizes of active leks represent the final count of displaying males in 2004 or 2005, whichever was the last year surveyed: small = 1–25 males, medium = 26–50 males, large = 51–75 males.

and private minerals have been developed with few or no requirements to mitigate impacts on wildlife.

Coal-bed natural gas development and its associated infrastructure may affect sage-grouse populations via several different mechanisms, and these mechanisms can operate at different scales. For example, males and females may abandon leks if repeatedly disturbed by raptors perching on power lines near leks (Ellis 1984), by vehicle traffic on nearby roads (Lyon and Anderson 2003), or by noise and human activity associated with energy development during the breeding season (Braun et al. 2002, Holloran 2005, Kaiser 2006). Collisions with nearby power lines and vehicles and increased predation by raptors may also increase mortality of birds at leks (Connelly et al. 2000a, b). Alternatively, roads and power lines may indirectly affect lek persistence by altering productivity of local populations or survival at other times of the year. For example, sage-grouse mortality associated with power lines and roads occurs year-round (Patterson 1952, Beck et al. 2006,

Aldridge and Boyce 2007), and ponds created by CBNG development may increase risk of West Nile virus (WNv) mortality in late summer (Walker et al. 2004, Zou et al. 2006, Walker et al. 2007). Loss and degradation of sagebrush habitat can also reduce carrying capacity of local breeding populations (Swenson et al. 1987, Braun 1998, Connelly et al. 2000b, Crawford et al. 2004). Alternatively, birds may simply avoid otherwise suitable habitat as the density of roads, power lines, or energy development increases (Lyon and Anderson 2003, Holloran 2005, Kaiser 2006, Doherty et al. 2008).

Understanding how energy development affects sage-grouse populations also requires that we control for other landscape features that affect population size and persistence, including the extent of suitable habitat. Sage-grouse are closely tied to sagebrush habitats throughout their annual cycle, and variation in the amount of sagebrush habitat available for foraging and nesting is likely to influence the size of breeding populations and persistence of leks (Swenson et al. 1987, Ellis et al. 1989, Schroeder et al. 1999, Leonard et al. 2000, Smith et al. 2005). For this reason, it is crucial to quantify and separate the effects of habitat loss from those of energy development.

To assess how CBNG development and habitat loss influence sage-grouse populations in the PRB, we conducted 2 analyses based on region-wide lek-count data. Lek counts are widely used for monitoring sage-grouse populations and, at present, are the only data suitable for examining trends in population size and distribution at this scale (Connelly et al. 2003, 2004). First, we analyzed counts of the numbers of males displaying on leks (lek counts) to assess whether trends in the number of males counted and proportion of active and inactive leks differed between areas with and without CBNG development. Second, we used logistic regression to model lek status (i.e., active or inactive) in relation to landscape features hypothesized to influence sage-grouse demographics and habitat use at 3 spatial scales. The objectives of the lek-status analysis were 1) to identify the scale at which habitat and non-CBNG landscape features influence lek persistence and 2) to evaluate and compare effects of CBNG development at different scales with those of non-CBNG landscape features after controlling for habitat.

## STUDY AREA

We analyzed data from sage-grouse leks within an approximately 50,000-km$^2$ area of northeastern Wyoming and southeastern Montana (Fig. 1). This area included all areas with existing or predicted CBNG development in the PRB (BLM 2003a, b) as well as surrounding areas without CBNG. Land use in this region was primarily cattle ranching with limited dry-land and irrigated tillage agriculture. Natural vegetation consisted of sagebrush-steppe and mixed-grass prairie interspersed with occasional stands of conifers. Sagebrush-steppe was dominated by Wyoming big sagebrush (*Artemisia tridentata* ssp. *wyomingensis*) with an understory of native and nonnative grasses

BLM_0073385

and forbs. Plains silver sagebrush (*A. cana* ssp. *cana*) and black greasewood (*Sarcobatus vermiculatus*) co-occurred with Wyoming big sagebrush in drainage bottoms.

## METHODS

### Lek-Count Trend Analyses

*Lek-count data.*—We used sage-grouse lek-count data in public databases maintained by Wyoming Game and Fish Department and Montana Department of Fish, Wildlife, and Parks as the foundation for analyses. We augmented databases with lek counts provided by consultants and by the BLM's Miles City field office for 37 leks (36 in MT, 1 in WY) known to have been counted but for which data were missing. We checked for and, when possible, corrected errors in the database after consultation with database managers and regional biologists for each state. We excluded records with known errors, surveys in which lek status was not determined, leks without supporting count data, and duplicate leks prior to analysis.

*Coal-bed natural gas development.*—We obtained data on the type, location, status, drilling date, completion date, and abandonment date of wells from public databases maintained by the Wyoming Oil and Gas Conservation Commission and Montana Board of Oil and Gas Conservation. Because wells are highly correlated with other features of development, such as roads, power lines, and ponds (D. E. Naugle, University of Montana, unpublished data), using well locations is a reliable way to map and measure the extent of CBNG development. We retained only those wells that were clearly in the ground, associated with energy development (gas, oil, stratification test, disposal, injection, monitoring, and water source wells), and likely to have infrastructure. We excluded wells that were plugged and abandoned, wells waiting on permit approval, wells drilled or completed in 2005 or later, and those with status reported as dry hole, expired permit, permit denied, unknown, or no report. We included wells in analyses starting in the year in which they were drilled or completed (i.e., started producing). For active wells without drilling or completion dates, we estimated start year based on approval and completion dates of nearby wells and those in the same unit lease. We included wells with status reported as dormant, temporarily abandoned, or permanently abandoned only until the year prior to when they were first reported as abandoned. Because capped wells (also commonly referred to as shut-in wells) may or may not have associated infrastructure, we included them only in years in which they were surrounded by, or within 1 km of, a producing gas field.

We estimated the extent of CBNG development around each lek in each year. We first approximated the area affected by CBNG development by creating a 350-m buffer around all well locations using ArcInfo 8.2 and dissolving boundaries where buffers overlapped. We then estimated the proportion of the area within 3.2 km of the lek center that was covered by the buffer around wells. At current well density (1 well/32–64 ha), a 350-m buffer around wells estimates the extent of CBNG development more accurately than larger or smaller buffer sizes. This metric is less sensitive to variation in spacing of wells than measures such as well density and therefore more accurate for estimating the total area affected by CBNG development.

*Trends in lek counts.*—We examined lek-count data from 1988 to 2005. In each year, we categorized a lek as in CBNG if ≥40% of the area within 3.2 km was developed or if ≥25% within 3.2 km was developed and ≥1 well was within 350 m of the lek center. We categorized a lek as outside CBNG if <40% of the area within 3.2 km was developed and no wells were within 350 m of the lek center. However, because few leks in CBNG were counted in consecutive years prior to 2001, we analyzed trends in lek-counts only from 2001 to 2005. We calculated the rate of increase in the number of males counted on leks for each year-to-year transition by summing count data across leks within each category (in CBNG vs. outside CBNG) according to their stage of development at the end of the first year of each year-to-year transition (Connelly et al. 2004). We summed data across leks to reduce the influence of geographic variation in detectability and used the maximum annual count for each lek to reduce the influence of within-year variation in detectability on the estimated rate of increase. We derived data for each transition only from leks counted in both years and known to be active in at least 1 of the 2 years of the transition. We estimated mean rates of increase in CBNG versus outside CBNG fields based on the slope of a linear regression of interval length versus rate of increase (Morris and Doak 2002). Wells completed between January and March (i.e., before lek counts were conducted) in the second year of each transition may have caused us to underestimate the amount of CBNG development around leks at the time counts were conducted. However, if CBNG development negatively affects populations, this would cause the difference between trends in lek-count data in CBNG and outside CBNG to be underestimated and would produce a conservative estimate of impacts.

*Timing of lek disappearance.*—If CBNG development negatively affects lek persistence, most leks in CBNG fields that became inactive should have done so following CBNG development. To explore this prediction, we examined the timing of lek disappearance in relation to when a lek was first classified as being in a CBNG field (i.e., ≥40% development within 3.2 km or ≥25% development within 3.2 km and ≥1 well within 350 m of the lek center) for leks confirmed active in 1997 or later.

### Lek-Status Analysis

*Definition of leks.*—We defined a lek as a site where multiple males were documented displaying on multiple visits within a single year or over multiple years. We defined a lek complex as multiple leks located <2.5 km from the largest and most regularly attended lek in the complex (Connelly et al. 2004). We defined an initial set of lek complexes based on those known prior to 1990. We considered leks discovered in 1990 or later as separate

BLM_0073386

complexes, even if they occurred <2.5 km from leks discovered in previous years. We did this to avoid problems with the location of already-defined leks and lek complexes shifting as new leks were discovered or if new leks formed in response to nearby CBNG development. We grouped leks discovered within 2.5 km of each other in the same year in the same lek complex. We used lek complexes as the sample unit for calculating proportion of active and inactive leks and in the lek-status analysis, but because the term lek complex can refer either to multiple leks or to a single lek, we hereafter refer to both simply as a lek.

*Lek status.*—We determined the final status of leks by examining count data from 2002 to 2005. We considered a lek active if ≥1 male was counted in 2004 or 2005, whichever was the last year surveyed. To minimize problems with nondetection of males, we considered a lek inactive only if 1) ≥3 consecutive ground or air visits in the last year surveyed failed to detect males or 2) surveys in the last 3 consecutive years the lek was checked (2002–2004 or 2003–2005) failed to detect males. We classified the status of leks that were not surveyed or were inadequately surveyed in 2004 or 2005 as unknown. Survey effort in the PRB increased 5-fold from 1997 to 2005 and included systematic aerial searches for new leks and repeated air and ground counts of known leks within and adjacent to CBNG fields. Therefore, it is unlikely that leks shifted to nearby sites without being detected. Many leks in the PRB disappeared during a region-wide population decline in 1991–1995 (Connelly et al. 2004), well before most CBNG development in the PRB began. To eliminate leks that became inactive for reasons other than CBNG, we calculated proportions of active and inactive leks in CBNG and outside CBNG based only on leks active in 1997 or later.

*Scale.*—We calculated landscape metrics at 3 distances around each lek: 0.8 km (201 ha), 3.2 km (3,217 ha), and 6.4 km (12,868 ha). We selected the 0.8-km scale to represent processes that impact breeding birds at or near leks, while avoiding problems with spatial error in lek locations. We selected the 6.4-km scale to reflect processes that occur at larger scales around the lek, such as loss of nesting habitat, demographic impacts on local breeding populations, or landscape-scale avoidance of CBNG fields. The 3.2-km scale is that at which state and federal agencies apply mitigation for CBNG impacts (e.g., timing restrictions), and it is important to determine the appropriateness of managing at a 3.2-km scale versus at smaller or larger scales.

*Habitat variables.*—Each model represented a distinct hypothesis, or combination of hypotheses, regarding how landscape features influence lek persistence. We included 2 types of habitat variables in the analysis, the proportion of sagebrush habitat and the proportion of tillage agriculture in the landscape around each lek. Because the scale at which habitat most strongly influenced lek persistence was unknown, we considered habitat variables at all 3 scales. We calculated the amount of sagebrush habitat and tillage agriculture around each lek at each scale using ArcInfo 8.2 based on classified SPOT-5 satellite imagery taken in

August 2003 over an approximately 15,700-km$^2$ area of the PRB. We restricted the lek-status analysis to leks within the SPOT-5 satellite imagery because the only other type of classified imagery available for this region (Thematic Mapper at 30-m resolution) is unreliable for measuring the extent of sagebrush habitat (Moynahan 2004). We visually identified and manually digitized areas with tillage agriculture from the imagery. Classification accuracy was 83% for sagebrush habitat (i.e., sagebrush-steppe and sagebrush-dominated grassland). We excluded 20 leks for which >10% of classified habitat data were unavailable due to cloud cover or proximity to the edge of the imagery.

*Road, power line, and CBNG variables.*—We hypothesized that infrastructure can affect lek persistence in 3 ways and included different variables to examine each hypothesis. Roads, power lines, and CBNG development may affect lek persistence in proportion to their extent on the landscape. Alternatively, the effects of roads and power lines may depend their distance from the lek, in which case they are expected to drop off rapidly as distance increases. Coal-bed natural gas development may also influence lek status depending on how long the lek has been in a CBNG field. If CBNG increases mortality, it may be several years before local breeding populations are reduced to the point that males no longer attend the lek (Holloran 2005). Avoidance of leks in CBNG fields by young birds (Kaiser 2006) combined with site fidelity of adults to breeding areas (Schroeder et al. 1999) would also result in a time lag between CBNG development and lek disappearance.

We used TIGER/Line® 1995 public-domain road layers for Wyoming and Montana (U.S. Census Bureau 1995) to estimate the proportion of each buffer around each lek within 350 m of a road at each of the 3 scales. We used 1995 data, rather than a more recent version, to represent roads that existed on the landscape prior to CBNG development. We obtained autumn 2005 GIS coverages of power lines directly from utility companies and used this layer to estimate the proportion of each buffer around each lek within 350 m of a power line at each scale. Year-specific power line coverages were not available, so this variable includes both CBNG and non-CNBG power lines. We estimated the extent of CBNG development around each lek at each scale by calculating the proportion of the total buffer area around the lek center covered by a dissolved 350-m buffer around well locations. If a lek was a complex, we first placed a buffer around all lek centers in the complex then dissolved the intersections to create a single buffer. We selected a 350-m buffer around roads, power lines, and CBNG wells for 2 reasons. First, quantitative estimates of the distance at which infrastructure affects habitat use or vital rates of sage-grouse were not available, and 350 m is a reasonable distance over which to expect impacts to occur, such as increased risk of predation near power lines or increased risk of vehicle collisions near roads. Second, we also wished to maintain a consistent relationship between well, road, and power line variables and the amount of area affected by each feature. We measured how long a lek was in

BLM_0073387

a CBNG field as the number of years prior to 2005 during which the lek had ≥40% CBNG development within 3.2 km (or ≥25% CBNG within 3.2 km and ≥1 well within 350 m of the lek center).

*Analyses.*—We used a hierarchical analysis framework to evaluate how landscape features influenced lek status (i.e., active or inactive). Our first goal was to identify the scale at which habitat, roads, and power lines affected lek persistence. Our second goal was to evaluate and compare effects of CBNG development at different scales with those of roads and power lines after controlling for habitat. In both cases, we used an information-theoretic approach (Burnham and Anderson 2002) to select the most parsimonious model from a set of plausible candidate models. We conducted all analyses using logistic regression in R (version 2.3.1, R Development Core Team 2006). We used a logit-link function to bound persistence estimates within a (0,1) interval. Almost all CBNG development within the extent of the SPOT-5 imagery occurred after 1997, so we restricted our analysis to leks known to have been active in 1997 or later to eliminate those that disappeared for reasons other than CBNG development. We also excluded 4 leks known to have been destroyed by coal mining.

To identify the most relevant scale(s) for each landscape variable, we first allowed univariate models at different scales to compete. Variables assessed for scale effects included 1) proportion sagebrush habitat, 2) proportion tillage agriculture, 3) proportion area affected by power lines, and 4) proportion area affected by non-CBNG roads. We then used the scale for each variable that best predicted lek status to construct the final set of candidate models. We also included models with squared distance to nearest road and squared distance to nearest power line in the final model set. To assess different possible mechanisms of CBNG impacts, we evaluated models with the extent of CBNG development or the number of years since the lek was classified as in CBNG. To assess the scale at which CBNG impacts occur, we included models with CBNG effects at all 3 scales. We also included models with interactions between habitat and CBNG metrics to evaluate whether effects of CBNG development are ameliorated by the amount of sagebrush habitat around the lek. To avoid problems with multicollinearity, we did not allow models with correlated variables (i.e., $r > |0.7|$) in the final model set.

We judged models based on Akaike's Information Criterion adjusted for small sample size (AIC$_c$) and examined beta coefficients and associated standard errors in all models to determine the direction and magnitude of effects. We estimated overdispersion by dividing the deviance of the global model by the deviance degrees of freedom. We conducted goodness-of-fit testing in R following methods described in Hosmer et al. (1997). We used parametric bootstrapping (Efron and Tibshirani 1993) to obtain means, standard errors, and 95% confidence limits for persistence estimates because coefficients of variation for most beta estimates were large (Zhou 2002). Due to model uncertainty, we used model averaging to obtain uncondi-



**Figure 2.** Population indices based on male lek attendance for greater sage-grouse in the Powder River Basin, Montana and Wyoming, USA, 2001–2005 for leks categorized as in coal-bed natural gas fields or outside coal-bed natural gas (CBNG) fields on a year-by-year basis. Sample sizes in parentheses next to each year-to-year transition indicate the number of leks available for calculating rates of increase for that transition.

tional parameter estimates and variances (Burnham and Anderson 2002). We compared the relative importance of habitat, CBNG, and infrastructure in determining lek persistence by summing Akaike weights across all models containing each class of variable (Burnham and Anderson 2002). We also calculated evidence ratios to compare the likelihood of the best approximating habitat-plus-CBNG model versus the best approximating habitat-plus-infrastructure and habitat-only models.

To assess whether a known WNv outbreak or habitat loss associated with tillage agriculture disproportionately influenced model selection and interpretation, we also reanalyzed the dataset after removing specific leks. The first analysis excluded 4 leks near Spotted Horse, Wyoming, known to have disappeared after 2003 likely due to WNv-related mortality (Walker et al. 2004). The second analysis excluded 20 leks that had ≥5% agriculture at ≥1 of the 3 scales examined.

To evaluate the effectiveness of the stipulation for no surface infrastructure within 0.4 km of a lek, we examined the estimated probability of lek persistence without development versus that under full CBNG development with a 0.4-km buffer.

## RESULTS

*Trends in lek counts.*—From 2001 to 2005, lek-count indices in CBNG fields declined by 82%, at a rate of 35% per year ($\bar{x}$ rate of increase in CBNG = 0.65, 95% CI: 0.34–1.25) whereas indices outside CBNG declined by 12%, at a rate of 3% per year ($\bar{x}$ rate of increase outside CBNG = 0.97, 95% CI: 0.50–1.87; Fig. 2). The mean number of males per active lek was similar for leks in CBNG and outside CBNG in 2001, but averaged 46 ± 8% ($\bar{x}$ ± SE; range 33–55%) lower for leks in CBNG from 2002 to 2005 (Fig. 3).

*Lek status.*—Among leks active in 1997 or later, fewer leks remained active by 2004–2005 in CBNG fields (38%) than outside CBNG fields (84%; Table 1). Of the 10

BLM_0073388



**Figure 3.** Number of male sage-grouse per active lek in coal-bed natural gas (CBNG) fields (gray) and outside (black) CBNG fields in the Powder River Basin, Montana and Wyoming, USA, 2001–2005. Error bars represent 95% confidence intervals (error bars for leks outside CBNG are too small to be visible). Sample sizes in parentheses above each index indicate the number of active leks available for calculating males per active lek in each year.



**Figure 4.** Timing of greater sage-grouse lek disappearance relative to coal-bed natural gas (CBNG) development in the Powder River Basin, Montana and Wyoming, USA, for leks confirmed active in 1997 or later. Leks above the diagonal line became inactive after CBNG development reached ≥40% within 3.2 km (or >25% development within 3.2 km and ≥1 well within 350 m of the lek center). Small dot = 1 lek, medium dot = 2 leks, large dot = 3 leks.

remaining active leks in CBNG fields, all were classified as being in CBNG in 2000 or later.

*Timing of lek disappearance.*—Of 12 leks in CBNG fields monitored intensively enough to determine the year when they disappeared, 12 became inactive after or in the same year that development occurred (Fig. 4). The average time between CBNG development and lek disappearance for these leks was $4.1 \pm 0.9$ years ($\bar{x} \pm$ SE).

*Lek-status analysis.*—We analyzed data from 110 leks of known status within the SPOT-5 imagery that were confirmed active in 1997 or later. Proportion sagebrush habitat and proportion tillage agriculture best explained lek persistence at the 6.4-km scale (Table 2). Proportion power lines best explained lek persistence at the 6.4-km scale (although power line effects at the 3.2-km scale were also supported), whereas proportion roads best explained lek persistence at the 3.2-km scale.

The final model set consisted of 19 models: 2 models based on habitat only (i.e., sagebrush, sagebrush plus tillage

**Table 1.** Status of greater sage-grouse leks in the Powder River Basin, Montana and Wyoming, USA, as of 2004–2005, including only leks confirmed active in 1997 or later.[a]

| | In CBNG | | Outside CBNG | |
| --- | --- | --- | --- | --- |
| Lek status | No. | % | No. | % |
| Active | 10 | 38 | 211 | 84 |
| Inactive | 16 | 62 | 39 | 16 |
| Unknown | 1 | | 43 | |
| Total active + inactive | 26 | | 250 | |

[a] Leks in coal-bed natural gas (CBNG) had ≥40% development within 3.2 km or ≥25% development and ≥1 well within 350 m of the lek center. Leks outside CBNG development had <40% CBNG development and no wells within 350 m of the lek center. Each lek complex counted as one lek. We calculated percentages based only on the total number of active and inactive leks.

agriculture), 4 models with habitat plus power line variables, 4 models with habitat plus road variables, and 9 models with habitat plus CBNG variables (Table 3). Goodness-of-fit testing using the global model revealed no evidence of lack of fit ($P = 0.49$). Our estimate of the variance inflation factor based on the global model ($\hat{c} = 0.96$) indicated no evidence of overdispersion, so we based model selection on $AIC_c$ values (Burnham and Anderson 2002).

Despite substantial model uncertainty, the top 8 of 19 models all included a moderate to strong positive effect of sagebrush habitat on lek persistence and a strong negative effect of CBNG development, measured either as proportion CBNG development within 0.8 km, proportion CBNG development within 3.2 km, or number of years in a CBNG field. These 8 models were well supported, with a combined Akaike weight of 0.96. Five of the 8 models were within 2 $\Delta AIC_c$ units of the best approximating model, whereas all habitat-plus-infrastructure and habitat-only models showed considerably less support (>6 $\Delta AIC_c$ units lower). Evidence ratios indicate that the best habitat-plus-CBNG model was 28 times more likely to explain patterns of lek persistence than the best habitat-plus-infrastructure model and 50 times more likely than the best habitat-only model. Models 1 and 2 both included a negative effect of proportion CBNG development within 0.8 km. Models with a negative effect of number of years in CBNG (model 3) or proportion CBNG development within 3.2 km (model 4) also had considerable support. Although regression coefficients suggested that CBNG within 6.4 km also had a negative impact on lek persistence (Table 4), models with CBNG at

BLM_0073389

**Table 2.** Univariate model selection summary for different classes of landscape variables influencing greater sage-grouse lek persistence in the Powder River Basin, Montana and Wyoming, USA, 1997–2005.[a]

| Model | LL | K | n | $\Delta AIC_c$ | $w_i$ | $\beta$ | SE |
|---|---|---|---|---|---|---|---|
| **Sagebrush** | | | | | | | |
| 6.4 km | −60.05 | 2 | 110 | 0.00 | 0.70 | 5.20 | 1.68 |
| 3.2 km | −60.95 | 2 | 110 | 1.81 | 0.28 | 4.38 | 1.53 |
| 0.8 km | −63.43 | 2 | 110 | 6.77 | 0.02 | 2.26 | 1.15 |
| **Tillage agriculture** | | | | | | | |
| 6.4 km | −55.52 | 2 | 110 | 0.00 | 0.79 | −20.98 | 6.02 |
| 3.2 km | −56.83 | 2 | 110 | 2.63 | 0.21 | −19.31 | 6.30 |
| 0.8 km | −60.92 | 2 | 110 | 10.81 | 0.00 | −10.44 | 4.59 |
| **Power lines** | | | | | | | |
| 6.4 km | −58.69 | 2 | 110 | 0.00 | 0.52 | −6.06 | 1.76 |
| 3.2 km | −58.81 | 2 | 110 | 0.24 | 0.46 | −4.92 | 1.43 |
| 0.8 km | −62.12 | 2 | 110 | 6.84 | 0.02 | −2.51 | 0.99 |
| **Roads** | | | | | | | |
| 3.2 km | −64.59 | 2 | 110 | 0.00 | 0.50 | −2.50 | 1.99 |
| 6.4 km | −65.20 | 2 | 110 | 1.21 | 0.27 | −1.52 | 2.35 |
| 0.8 km | −65.41 | 2 | 110 | 1.63 | 0.22 | −0.08 | 0.87 |

[a] We present max. log-likelihood (LL), no. of parameters (K), sample size (n), relative Akaike's Information Criterion adjusted for small sample size ($\Delta AIC_c$ values), $AIC_c$ wt ($w_i$), estimated regression coeff. ($\beta$), and SE for each model in each class in order of decreasing max. log-likelihood.

6.4 km showed considerably less support (approx. 5–7 $\Delta AIC_c$ units lower). Tillage agriculture appeared in one well-supported model (model 2), and the coefficient suggested that tillage agriculture had a strong negative effect on lek persistence. However, this effect was poorly estimated, and the same model without tillage agriculture (model 1) was more parsimonious. Regression coefficients suggested negative effects of proximity to power lines and of proportion power line development within 6.4 km (Table 4), but models with power line effects were only weakly supported (approx. 6–8 $\Delta AIC_c$ units lower; Table 3).

Models containing effects of roads unrelated to CBNG development received little or no support. Coefficients for interaction terms did not support an interaction between habitat and CBNG variables. The best approximating model accurately predicted the status of 79% of 79 active leks and 47% of 31 inactive leks. The summed Akaike weight for CBNG variables (0.97) was almost as large as that of sagebrush habitat (1.00) and greater than that for the effects of tillage agriculture (0.26), power lines (0.02), or non-CBNG roads (0.01). Unconditional, model-averaged estimates and 95% confidence limits for beta estimates and

**Table 3.** Model selection summary for hypotheses to explain greater sage-grouse lek persistence in the Powder River Basin, Montana and Wyoming, USA, 1997–2005.[a]

| No. | Model[b] | LL | K | n | $\Delta AIC_c$ | $w_i$ |
|---|---|---|---|---|---|---|
| 1 | Sagebrush 6.4 + CBNG 0.8 | −51.16 | 3 | 110 | 0.00 | 0.24 |
| 2 | Sagebrush 6.4 + Agriculture 6.4 + CBNG 0.8 | −50.48 | 4 | 110 | 0.80 | 0.16 |
| 3 | Sagebrush 6.4 + Years in CBNG | −51.56 | 3 | 110 | 0.80 | 0.16 |
| 4 | Sagebrush 6.4 + CBNG 3.2 | −51.70 | 3 | 110 | 1.09 | 0.14 |
| 5 | Sagebrush 6.4 * CBNG 0.8 | −50.98 | 4 | 110 | 1.81 | 0.10 |
| 6 | Sagebrush 6.4 * Years in CBNG | −51.32 | 4 | 110 | 2.48 | 0.07 |
| 7 | Sagebrush 6.4 + Agriculture 6.4 + CBNG 3.2 | −51.52 | 4 | 110 | 2.88 | 0.06 |
| 8 | Sagebrush 6.4 + CBNG 6.4 | −53.69 | 3 | 110 | 5.07 | 0.02 |
| 9 | Sagebrush 6.4 + Agriculture 6.4 + Dist. power line[2] | −53.39 | 4 | 110 | 6.63 | 0.01 |
| 10 | Sagebrush 6.4 + Agriculture 6.4 + CBNG 6.4 | −53.48 | 4 | 110 | 6.81 | 0.01 |
| 11 | Sagebrush 6.4 + Agriculture 6.4 | −55.08 | 3 | 110 | 7.84 | 0.00 |
| 12 | Sagebrush 6.4 + Power lines 6.4 | −55.08 | 3 | 110 | 7.84 | 0.00 |
| 13 | Sagebrush 6.4 + Agriculture 6.4 + Power lines 6.4 | −54.07 | 4 | 110 | 7.99 | 0.00 |
| 14 | Sagebrush 6.4 + Agriculture 6.4 + Dist. road[2] | −54.47 | 4 | 110 | 8.78 | 0.00 |
| 15 | Sagebrush 6.4 + Agriculture 6.4 + Roads 3.2 | −54.49 | 4 | 110 | 8.83 | 0.00 |
| 16 | Sagebrush 6.4 + Dist. power line[2] | −57.36 | 3 | 110 | 12.41 | 0.00 |
| 17 | Sagebrush 6.4 | −60.05 | 2 | 110 | 15.67 | 0.00 |
| 18 | Sagebrush 6.4 + Roads 3.2 | −59.39 | 3 | 110 | 16.46 | 0.00 |
| 19 | Sagebrush 6.4 + Dist. road[2] | −59.46 | 3 | 110 | 16.62 | 0.00 |

[a] We present max. log-likelihood (LL), no. of parameters (K), sample size (n), relative Akaike's Information Criterion adjusted for small sample size ($\Delta AIC_c$ values), and $AIC_c$ wt ($w_i$) for each model in order of increasing $\Delta AIC_c$ units, starting with the best approximating model. The $AIC_c$ value of the best approximating model in the analysis was 108.54.

[b] CBNG = coal-bed natural gas development. Numbers refer to the radius (km) around the lek at which the variable was measured.

BLM_0073390

Table 4. Model-averaged estimates of regression coefficients (β) and standard errors, odds ratios, and lower and upper 95% confidence limits on odds ratios for effects of landscape variables on greater sage-grouse lek persistence in the Powder River Basin, Montana and Wyoming, USA, 1997–2005.

| Variable[a] | β | SE | Odds ratio | Lower CL | Upper CL |
|---|---|---|---|---|---|
| Intercept | −1.25 | 1.40 | | | |
| Sagebrush | 4.06 | 2.03 | 58.241 | 1.083 | 3131.682 |
| Agriculture | −8.76 | 8.73 | $1.57 \times 10^{-4}$ | $5.81 \times 10^{-12}$ | $4.22 \times 10^{3}$ |
| Dist. power line[2] | 1.72 | 1.27 | 5.603 | 0.462 | 67.925 |
| Power lines | −4.52 | 2.40 | 0.011 | 0.0001 | 1.203 |
| Dist. road[2] | 0.62 | 0.67 | 1.86 | 0.505 | 6.859 |
| Roads | −2.38 | 2.23 | 0.092 | 0.001 | 7.331 |
| CBNG 0.8 km | −3.67 | 1.18 | 0.026 | 0.003 | 0.257 |
| CBNG 3.2 km | −4.72 | 1.50 | 0.009 | 0.001 | 0.169 |
| CBNG 6.4 km | −5.11 | 2.04 | 0.006 | 0.0001 | 0.328 |
| Years in CBNG | −1.41 | 0.58 | 0.244 | 0.078 | 0.761 |

[a] CBNG = coal-bed natural gas development. The estimated regression coeff. for Years in CBNG could only be derived from one model.

odds ratios show that loss of sagebrush habitat and addition of CBNG development around leks had effects of similar magnitude (Table 4).

The model-averaged estimate for the effect of CBNG within 0.8 km was close to that of the best approximating model (model 1, $\beta_{CBNG\ 0.8\ km} = −3.91 \pm 1.11$ SE; Table 4). Thus, we illustrate the effects CBNG within 0.8 km on lek persistence using estimates from that model (Fig. 5a). We also illustrate results from model 3, which indicated that leks disappeared, on average, within 3–4 years of CBNG development (Fig. 5b).

The current 0.4-km stipulation for no surface infrastructure leaves 75% of the landscape within 0.8 km and 98% of the landscape within 3.2 km open to current CBNG development. In an average landscape around a lek (i.e., 74% sagebrush habitat, 26% other land cover types), 75% CBNG development within 0.8 km would drop the probability of lek persistence from 86% to 24% (Fig. 5a). Similarly, 98% CBNG development within 3.2 km would drop the average probability of lek persistence from 87% to 5%.

*Secondary analyses.*—Analysis of reduced datasets did not meaningfully change model fit, model selection, or interpretation, nor did it alter the magnitude or direction of estimated CBNG effects. After excluding leks affected by WNv, the top 8 of 19 models and all 3 models within 2 $\Delta AIC_c$ units included a positive effect of sagebrush within 6.4 km and a negative effect of CBNG development. Model-averaged estimates of CBNG effects were similar to those from the original analysis ($\beta_{Sagebrush\ 6.4\ km} = 3.96 \pm 1.97$ SE; $\beta_{CBNG\ 0.8\ km} = −3.48 \pm 1.15$ SE; $\beta_{CBNG\ 3.2\ km} = −4.39 \pm 1.52$ SE; $\beta_{CBNG\ 6.4\ km} = −4.57 \pm 2.06$ SE; $\beta_{Years\ in\ CBNG} = −1.30 \pm 0.61$ SE). After excluding leks with ≥5% tillage agriculture, the top 4 of 11 models and 4 of 5 models within 2 $\Delta AIC_c$ units included a positive effect of sagebrush within 6.4 km and a negative effect of CBNG development. Estimates of CBNG effects were again similar to the original model-averaged values ($\beta_{Sagebrush\ 6.4\ km} = 4.03 \pm 2.29$ SE; $\beta_{CBNG\ 0.8\ km} = −3.34 \pm 1.41$ SE; $\beta_{CBNG\ 3.2\ km} = −4.83 \pm 2.06$ SE; $\beta_{CBNG\ 6.4\ km} = −4.76 \pm 3.21$ SE; $\beta_{Years\ in\ CBNG} = −2.44 \pm 1.25$ SE).

## DISCUSSION

Coal-bed natural gas development appeared to have substantial negative effects on sage-grouse breeding populations as indexed by male lek attendance and lek persistence. Although the small number of transitions ($n = 4$) in the trend analysis limited our ability to detect differences between trends, effect sizes were nonetheless large and suggest more rapidly declining breeding populations in CBNG fields. Effects of CBNG development explained lek persistence better than effects of power lines, preexisting roads, WNv mortality, or tillage agriculture, even after controlling for availability of sagebrush habitat. Strong support for models with negative effects of CBNG at both the 0.8-km and 3.2-km scales indicate that the current restriction on surface infrastructure within 0.4 km is insufficient to protect breeding populations. Moreover, support for a lag time between CBNG development and lek disappearance suggests that monitoring effects of a landscape-level change like CBNG may require several years before changes in lek status are detected.

Although CBNG development was clearly associated with population declines, the relative contribution of different components of infrastructure to overall population impacts remains unclear. Models with power line effects were weakly supported compared to models with CBNG, but coefficients nonetheless suggested that power lines (including those associated with CBNG) had a negative effect on lek persistence. In our study, non-CBNG roads did not appear to influence lek persistence, even though collisions with vehicles and disturbance of leks near roads can have negative impacts on sage-grouse (Lyon and Anderson 2003, Holloran 2005). This may be because most roads in sage-grouse habitat in the PRB prior to CBNG development were rarely traveled dirt tracks rather than the more heavily traveled, all-weather roads associated with CBNG development. West Nile virus has also contributed to local lek extirpations in the PRB (Walker et al. 2004). However, unless CBNG development facilitates the spread of WNv into sage-grouse habitat, impacts of the virus should be similar in areas with and without CBNG. Thus, the impact of WNv by itself cannot explain declining breeding populations in CBNG. Rather, increased WNv-related

BLM_0073391

mortality may be an indirect effect of CBNG development (Zou et al. 2006). Other indirect effects, such as changes in livestock grazing due to newly available CBNG water or changes in predator abundance caused by addition of ponds or power lines, may also contribute to the cumulative effect of CBNG development on sage-grouse populations.

Although CBNG development and loss of sagebrush habitat both contributed to declines in lek persistence, more of the landscape in the PRB has potential for CBNG than for tillage agriculture, which suggests that CBNG may eventually have a greater impact on region-wide populations. In our analyses, we were unable to distinguish between conversion of sagebrush to cropland that would have occurred without CBNG development and that which occurred because CBNG water became available for irrigation following development. Although sage-grouse sometimes use agricultural fields during brood-rearing (Schroeder et al. 1999, Connelly et al. 2000b), conversion of sagebrush habitat to irrigated cropland in conjunction with CBNG development may be detrimental (Swenson et al. 1987, Leonard et al. 2000, Smith et al. 2005), particularly if birds in agricultural areas experience elevated mortality due to mowing, pesticides, or WNv (Patterson 1952, Connelly et al. 2000b, Naugle et al. 2004).

Accumulated evidence across studies suggests that sage-grouse populations typically decline following energy development (Braun 1986, Remington and Braun 1991, Braun et al. 2002, Holloran 2005), but our study is the first to quantify and separate effects of energy development from those of habitat loss. Our results are similar to those of Holloran (2005:49), who found that "natural gas field development within 3–5 km of an active greater sage-grouse lek will lead to dramatic declines in breeding populations," leks heavily impacted by development typically became inactive within 3–4 years, and energy development within 6.2 km of leks decreased male attendance. As in other parts of their range, sage-grouse populations in the PRB likely have declined due to cumulative impacts of habitat loss combined with numerous other known and unknown stressors. New threats, such as WNv, have also emerged (Naugle et al. 2004, Walker et al. 2007). Nonetheless, our analysis indicates that energy development has contributed to recent localized population declines in the PRB. More importantly, the scale of future development in the PRB suggests that, without more effective mitigation, CBNG will continue to impact populations over an even larger area.

It is unclear whether declines in lek attendance within CBNG fields were caused by impacts to breeding birds at the lek, reduced survival or productivity of birds in the surrounding area, avoidance of developed areas, or some combination thereof. We simultaneously observed less support for models with CBNG effects and increasing magnitude of those effects at larger scales around leks, but model uncertainty precluded identification of a specific mechanism underlying impacts. Experimental research using a before–after, control–impact design with radio-marked birds would be required to rigorously evaluate these





**Figure 5.** Estimated lek persistence as a function of proportion sagebrush habitat within 6.4 km and either (a) proportion coal-bed natural gas (CBNG) development within 0.8 km or (b) number of years within a CBNG field for greater sage-grouse leks in the Powder River Basin, Montana and Wyoming, USA, 1997–2005. Means and 95% confidence intervals (dashed lines) are based on parametric bootstrapping. In (a), black lines are estimated lek persistence with no CBNG development, and gray lines are estimated lek persistence with 75% CBNG development within 0.8 km. Seventy-five percent CBNG development within 0.8 km is equivalent to full development under the Bureau of Land Management's current restriction on surface infrastructure within 0.4 km of active sage-grouse leks. In (b), black lines are estimated lek persistence prior to CBNG development, and gray lines are estimated lek persistence after 3 years in a developed CBNG field (i.e., ≥40% CBNG within 3.2 km or ≥25% CBNG within 3.2 km and ≥1 well within 350 m of the lek center).

hypotheses. Although this would allow us to identify mechanisms underlying declines, based on our findings and those of others (e.g., Holloran 2005, Aldridge and Boyce 2007, Doherty et al. 2008), such an experiment would

BLM_0073392

likely be detrimental to the affected populations. Nonetheless, ongoing development provides an opportunity to test mitigation measures in an adaptive management framework, with the ultimate goal of determining how to maintain robust sage-grouse populations in areas with CBNG development.

## MANAGEMENT IMPLICATIONS

Our analysis indicates that maintaining extensive stands of sagebrush habitat over large areas (6.4 km or more) around leks is required for sage-grouse breeding populations to persist. This recommendation matches those of all major reviews of sage-grouse habitat requirements (Schroeder et al. 1999; Connelly et al. 2000*b*, 2004; Crawford et al. 2004; Rowland 2004). Our findings also refute the idea that prohibiting surface infrastructure within 0.4 km of the lek is sufficient to protect breeding populations and indicate that increasing the size of no-development zones around leks would increase the probability of lek persistence. The buffer size required would depend on the amount of suitable habitat around the lek and the level of population impact deemed acceptable. Timing restrictions on construction and drilling during the breeding season do not prevent impacts of infrastructure (e.g., avoidance, collisions, raptor predation) at other times of the year, during the production phase (which may last a decade or more), or in other seasonal habitats that may be crucial for population persistence (e.g., winter). Previous research suggests that a more effective mitigation strategy would also include, at minimum, burying power lines (Connelly et al. 2000*b*); minimizing road and well pad construction, vehicle traffic, and industrial noise (Lyon and Anderson 2003, Holloran 2005); and managing water produced by CBNG to prevent the spread of mosquitoes that vector WNv in sage-grouse habitat (Zou et al. 2006, Walker et al. 2007). The current pace and scale of CBNG development suggest that effective mitigation measures should be implemented quickly to prevent impacts from becoming more widespread.

## ACKNOWLEDGMENTS

We thank D. J. Thiele, T. P. Thomas, J. Binfet, J. M. Sandrini, and B. A. Jellison of the Wyoming Game and Fish Department; B. J. Baker of Montana BLM; and R. D. Northrup of Montana Fish, Wildlife, and Parks for providing lek-count data and checking lek databases. J. D. Berry of Western Water Consultants Engineering and K. M. Clayton of Thunderbird Wildlife Consulting provided supplemental lek-count data. The University of Montana Wildlife Spatial Analysis Laboratory processed and analyzed Geographic Information System data. J. J. Rotella of Montana State University provided R code, and J. M. Graham of the University of Montana provided advice on statistical analyses. The BLM, United States Department of Energy, Montana Department of Fish, Wildlife, and Parks, Wyoming Game and Fish Department, Wolf Creek Charitable Foundation, National Fish and Wildlife Foundation, Petroleum Association of Wyoming, Western Gas Resources, Incorporated, Anheuser-Busch Companies, Incorporated, and the University of Montana provided funding for the project. We also thank numerous private landowners in the PRB for providing access to leks. J. W. Hupp, J. L. Beck, and M. A. Gregg provided valuable feedback on the original manuscript.

## LITERATURE CITED

Aldridge, C. L., and M. S. Boyce. 2007. Linking occurrence and fitness to persistence: a habitat-based approach for endangered greater sage-grouse. Ecological Applications 17:508–526.

Beck, J. L., K. P. Reese, J. W. Connelly, and M. B. Lucia. 2006. Movements and survival of juvenile greater sage-grouse in southeastern Idaho. Wildlife Society Bulletin 34:1070–1078.

Bevanger, K. 1998. Biological and conservation aspects of bird mortality caused by electricity power lines: a review. Biological Conservation 86:67–76.

Braun, C. E. 1986. Changes in sage-grouse lek counts with advent of surface coal mining. Proceedings: Issues and Technology in the Management of Impacted Western Wildlife, Thorne Ecological Institute 2:227–231.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of State Fish and Wildlife Agencies 78:139–156.

Braun, C. E., O. O. Oedekoven, and C. L. Aldridge. 2002. Oil and gas development in western North America: effects on sagebrush steppe avifauna with particular emphasis on sage grouse. Transactions of the North American Wildlife and Natural Resources Conference 67:337–349.

Bureau of Land Management [BLM]. 2003*a*. Final Environmental Impact Statement and Proposed Plan Amendment for the Powder River Basin Oil and Gas Project. <http://www.blm.gov/wy/st/en/info/NEPA/bfodocs/prb_feis.html>. Accessed 18 Mar 2007.

Bureau of Land Management [BLM]. 2003*b*. Montana Final Statewide Oil and Gas Environmental Impact Statement and Proposed Amendment of the Powder River and Billings Resource Management Plans. <http://www.mt.blm.gov/mcfo/obm/eis/index.html>. Accessed 18 Mar 2007.

Burnham, K. P., and D. R. Anderson. 2002. Model selection and inference: a practical information-theoretic approach. Second edition. Springer-Verlag, New York, New York, USA.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese. 2000*a*. Effects of predation and hunting on adult sage grouse *Centrocercus urophasianus* in Idaho. Wildlife Biology 6:227–232.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

Connelly, J. W., K. P. Reese, and M. A. Schroeder. 2003. Monitoring of greater sage-grouse habitats and populations. Station Bulletin 80. University of Idaho College of Natural Resources Experiment Station, Moscow, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000*b*. Guidelines to manage sage-grouse populations and their habitats. Wildlife Society Bulletin 28:967–985.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Moseley, M. A. Schroeder, T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2–19.

Daszak, P., A. A. Cunningham, and A. D. Hyatt. 2000. Emerging infectious diseases of wildlife—threats to biodiversity and human health. Science 287:443–449.

Doherty, K. E., D. E. Naugle, B. L. Walker, and J. M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72:in press.

Efron, B., and R. J. Tibshirani. 1993. An introduction to the bootstrap. Chapman and Hall, New York, New York, USA.

Ellis, K. L. 1984. Behavior of lekking sage grouse in response to a perched golden eagle. Western Birds 15:37–38.

Ellis, K. L., J. R. Parish, J. R. Murphy, and G. H. Richins. 1989. Habitat

BLM_0073393

use by breeding male sage grouse: a management approach. Great Basin Naturalist 49:404–407.

Gates, J. E., and L. W. Gysel. 1978. Avian nest dispersion and fledging success in field-forest ecotones. Ecology 59:871–883.

Gelbard, J. L., and J. Belnap. 2003. Roads as conduits for exotic plant invasions in a semiarid landscape. Conservation Biology 17:420–432.

Holloran, M. J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Dissertation, University of Wyoming, Laramie, USA.

Hosmer, D. W., T. Hosmer, S. le Cessie, and S. Lemeshow. 1997. A comparison of goodness-of-fit tests for the logistic regression model. Statistics in Medicine 16:965–980.

Kaiser, R. C. 2006. Recruitment by greater sage-grouse in association with natural gas development in western Wyoming. Thesis, University of Wyoming, Laramie, USA.

Knight, R. L., and J. Y. Kawashima. 1993. Responses of raven and red-tailed hawk populations to linear right-of-ways. Journal of Wildlife Management 57:266–271.

Leonard, K. M., K. P. Reese, and J. W. Connelly. 2000. Distribution, movements and habitats of sage grouse, *Centrocercus urophasianus,* on the Upper Snake River Plain of Idaho: changes from the 1950's to the 1990's. Wildlife Biology 6:265–270.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486–491.

Morris, W., and D. F. Doak. 2002. Quantitative conservation biology. Sinauer, Sunderland, Massachusetts, USA.

Moynahan, B. J. 2004. Landscape-scale factors affecting population dynamics of greater sage-grouse (*Centrocercus urophasianus*) in north-central Montana, 2001–2004. Dissertation, University of Montana, Missoula, USA.

Naugle, D. E., C. L. Aldridge, B. L. Walker, T. E. Cornish, B. J. Moynahan, M. J. Holloran, A. Brown, G. D. Johnson, E. T. Schmidtmann, R. T. Mayer, C. Y. Kato, M. R. Matchett, T. J. Christiansen, W. E. Cook, T. Creekmore, R. D. Falise, E. T. Rinkes, and M. S. Boyce. 2004. West Nile virus: pending crisis for greater sage-grouse. Ecology Letters 7:704–713.

Nelleman, C., I. Vistnes, P. Jordhøy, and O. Strand. 2001. Winter distribution of wild reindeer in relation to power lines, roads, and resorts. Biological Conservation 101:351–360.

Nelleman, C., I. Vistnes, P. Jordhøy, O. Strand, and A. Newton. 2003. Progressive impact of piecemeal infrastructure development on wild reindeer. Biological Conservation 113:307–317.

Patterson, R. L. 1952. The sage grouse in Wyoming. Wyoming Game and Fish Commission and Sage, Denver, Colorado, USA.

R Development Core Team. 2006. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria. <http://www.R-project.org>. Accessed 3 Feb 2006.

Remington, T. E., and C. E. Braun. 1991. How surface coal mining affects sage grouse, North Park, Colorado. Proceedings: issues and technology in the management of impacted western wildlife. Thorne Ecological Institute 5:128–132.

Rowland, M. M. 2004. Effects of management practices on grassland birds: greater sage-grouse. Version 12AUG2004. Northern Prairie Wildlife Research Center, Jamestown, North Dakota, USA. Northern Prairie Wildlife Research Center Online. <http://www.npwrc.usgs.gov/resource/literatr/grasbird/grsg/grsg.htm>. Accessed 14 Feb 2007.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage-grouse (*Centrocercus urophasianus*). Account 425 *in* A. Poole and F. Gill, editors. The birds of North America. The Academy of Natural Sciences, Philadelphia, Pennsylvania, USA.

Smith, J. T., L. D. Flake, K. F. Higgins, G. D. Kobriger, and C. G. Homer. 2005. Evaluating lek occupancy of greater sage-grouse in relation to landscape cultivation in the Dakotas. Western North American Naturalist 65:310–320.

Steenhof, K., M. N. Kochert, and J. A. Roppe. 1993. Nesting by raptors and common ravens on electrical transmission line towers. Journal of Wildlife Management 57:272–281.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing of sagebrush steppe. Biological Conservation 41:125–132.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology 14: 18–30.

U.S. Census Bureau. 1995. TIGER/Line® 1995 data. Available from the Wyoming Natural Resources Data Clearinghouse. <http://www.sdvc.uwyo.edu/24k/road.html>. Accessed 3 Aug 2006.

Walker, B. L., D. E. Naugle, K. E. Doherty, and T. E. Cornish. 2004. Outbreak of West Nile virus in greater sage-grouse and guidelines for monitoring, handling, and submitting dead birds. Wildlife Society Bulletin 32:1000–1006.

Walker, B. L., D. E. Naugle, K. E. Doherty, and T. E. Cornish. 2007. West Nile virus and greater sage-grouse: estimating infection rate in a wild population. Avian Diseases 51:691–696.

Zhou, S. 2002. Estimating parameters of derived random variables: comparison of the Delta and parametric bootstrap methods. Transactions of the American Fisheries Society 131:667–675.

Zou, L., S. Miller, and E. Schmidtmann. 2006. Mosquito larval habitat mapping using remote sensing and GIS: implications of coal-bed methane development and West Nile virus. Journal of Medical Entomology 43:1034–1041.

*Associate Editor: Hupp.*

BLM_0073394

The Journal of

**Regional
Analysis
& Policy**

*Pedagogy in Regional Studies, JRAP 37(2):140-146.   © 2007 MCRSA. All rights reserved.*

# Determining Economic Contributions and Impacts:
## *What is the difference and why do we care?*

**Philip Watson, Joshua Wilson, Dawn Thilmany, and Susan Winter**
*NOAA Fisheries, USDA Forest Service, and Colorado State University - USA*

**Abstract.** Economic contribution and impact studies are common tasks for regional economists, but the semantics of the discipline suffer from a lack of standardization with respect to differences between economic contributions, impacts and benefits. These terms refer to 3 distinct metrics which are useful for answering different questions and each has situations when their use is appropriate. This article provides a pedagogical and methodological framework for how and when these terms should be applied in the context of regional economic analysis. Past studies are reviewed and a standardized semantic is presented. It is recommended that economists working in this field use a more explicit and unified terminology and methodology when conducting regional economic analysis.

## 1. Introduction

Researchers working in the field of regional economics are often asked to determine the economic contribution, impact, or benefit of various industries, events, or policies in a given region. Local decision-makers come to regional economists seeking answers about how policy changes will affect their economy and use such numbers in the educational or political campaigns to inform policy decisions or garner support for a specific position or business strategy.

However, the terms 'contribution', 'impact', and 'benefit' are often used interchangeably in these studies and there is a great deal of confusion as to how these should be applied in a regional economic analysis (Crompton 1993, Frechtling 1994, Aruna et al. 1997, Moore and Barthlow 1998). This is particularly problematic in situations that are political in nature, given that the inappropriate or inconsistent use of some terms may be misleading. Economic contribution, economic impact, and economic benefit are separate terms for distinctly different metrics and the analysis of each of these, taken separately, may all be perfectly reasonable studies to perform. Therefore, it is imperative that researchers be explicit in their terminology

and methodology and that what constitutes a contribution, impact, or benefit in a study must be consistent across the discipline.

The degree of variation in methods and semantics of regional and industry economic analysis has confounded the comparability and interpretation of results (Hudson 2001). A great deal of the debate could be avoided if a well defined semantic were to be employed for the science of regional economic analysis and if practitioners were to explicitly state the type of analysis they are performing. For the purposes of standardization and to foster greater credibility for applied research results with respect to economic principles, the authors propose a terminology for regional and industry economic assessment and then suggest when each is an appropriate method of research.

## 2. Case in Point

The January 26, 2006, edition of the Missoulian newspaper (Missoula, Montana) ran an article that highlights the scope of the problem. The article reports how a consulting economist was forced to adjust down the estimate of the economic impact of restoring

BLM_0073395

wild salmon runs in Idaho after an independent review of the study estimated the impact at $7 million, down considerably from the initial $544 million. How can two seemingly qualified economists arrive at such widely disparate numbers? Aside from simple dishonesty or poor methodology, is it possible for two economists to, in good faith, come up with such different results? In fact, there are likely numerous cases where economists conduct distinctly different economic analyses with different methods but one may erroneously label the results as an "economic impact" (or worse, an "economic benefit") when it should labeled an "economic contribution".

The bulk of the $544 million dollars was estimated based on recreational fishing expenditures for the wild salmon. In the initial study all expenditures by all types of anglers, both local and non-local, were included. No concessions were made for the fact that if local anglers go salmon fishing more often, they will likely do some other activities less often (such as trout fishing). Public policies that either promote or harm salmon habitat are not likely to have any effect on local resident's disposable income or total allotment of leisure time. Additionally, no adjustments for retail margins of fishing related expenditures and expenditures that were likely made outside the study area were included in the analysis. Not surprisingly, changing these assumptions can greatly alter the final answer obtained.

What figures actually belong in this type of study depend greatly on how the researcher defines the terms in the study. Obviously, if a researcher takes credit for every dollar that can even remotely be linked to an activity, then that number will be higher than a researcher who conservatively includes only expenditures that constitute new dollars being brought into the region that would not otherwise exist. What is appropriate to include depends largely on whether the analyst is conducting an economic contribution analysis, an economic impact analysis, or cost-benefit analysis.

However, what is and is not included in a regional economic assessment and whether a contribution, impact, or cost-benefit analysis is conducted is not always simply a matter of preference. There are times when only one is the appropriate answer to the question at hand. Thus, it is the best practice to explicitly state what type of analysis is being performed and what is being included in the measure of direct effects and how the regional model is being estimated.

The bulk of the issue centers on 1) what direct expenditures or values to include, 2) the appropriate methodology to perform the analysis of regional effects (such as input-output, computable general equilibrium, social benefit/cost ratio, net present value, etc.) and 3) the geographic scale of the analysis. In-depth discussion of techniques for choosing the appropriate estimation methodology and geographic scale are beyond the scope of this paper (see Miller and Blair 1985, Davis 1990, or Shaffer et. al 2004 for more discussion of methods). Consequently, the discussion will be limited to what types of expenditures are appropriate for inclusion as direct effects in different types of regional economic analysis.

To this end it would be beneficial if regional scientists would agree on a tightened definition for what constitutes a regional economic contribution or impact and how these differ from an economic benefit. The goal of this paper, then, is to provide a semantic for regional economic analyses and describe the different expenditures that belong in each of these types of studies.

## 3. Definitions

For the purposes of clarity, standardization, and conformity to regional science, the authors propose the following terminology for regional economic analysis (Table 1). The terminology initially diverges into two broad distinctions, those that measure economic activity and those that measure economic benefits. Economic activity measures actual expenditures and how those cycle through the region's economy. The first three terms: economic contribution, regional gross domestic product (GDP), and economic impact, are all different measures of economic activity. The term economic benefit is not solely a measure of economic activity, but rather a measure of social welfare. This paper will focus primarily on measures of economic activity and will only touch on economic benefits in order to distinguish them from the former.

### 3.1 Economic Contribution

The term 'economic contribution' will be used to address the broader and more general case of the how the economic activity cycles through the region's existing economy. An economic contribution is defined as the gross changes in a region's existing economy that can be attributed to a given industry, event, or policy. If the analysis is to be performed with a standard Input-Output Model (IOM) then the appropriate measure of economic activity is total final demands (Miller and Blair 1985). If the analysis is to look at the effects of changes in output of an industry rather than final demands, then a Mixed Exogenous/Endogenous Variables Input-Output Model or an appropriately speci-

**Table 1.** A Definition of Terminology for Regional Economic Analysis

| Term | Definition |
| --- | --- |
| Economic Activity | Dollars spent within region that are attributable to a given industry, event, or policy. |
| Economic Activity Analysis | An analysis that tracks the flow of dollars spent within a region (market values). Both economic impact and economic contribution analysis are types of economic activity analysis. |
| Economic Contribution | The gross change in economic activity associated with an industry, event, or policy in an existing regional economy. |
| Economic Impact | The net changes in new economic activity associated with an industry, event, or policy in an existing regional economy. |
| Economic Benefit | A net increase in total social welfare. Economic benefits include both market and nonmarket values. |
| Cost-Benefit Analysis | An economic efficiency analysis that measures net changes or levels in social welfare associated with an industry, event, or policy. This type of analysis includes both market and non-market values and accounts for opportunity costs. |
| Input-Output Model | A specific methodological framework that characterizes the financial linkages in a regional economy between industries, households, and institutions. Input-Output only measures economic activity and does not include any nonmarket values. |

fied Computable General Equilibrium model (CGE) is necessary (Steinback 2004)[1].

Contribution analysis is a descriptive analysis that simply tracks the gross economic activity of the given event, policy, or industry as the dollars cycle through the region's economy. Policies or events can be analyzed for the extent to which they support the gross economic activity of a given industry in a given region. An economic contribution analysis says nothing about how spending on one industry may crowd out spending in another industry. This type of analysis is arguably the most common analysis that is performed and is very often mislabeled as an "economic impact".

Spending by people who are <u>explicitly</u> participating in activities associated with the industry's output represents a "stemming from effect" and could also be considered a direct effect of the industry. For example, people who come to the golf course and spend $10 on lunch at the restaurant across the street are a stemming from effect of the golf course operations. The contribution analysis would then follow the direct economic activity and associated stemming from effects through the regional economy. The economic model is built to represent the structure and degree of interconnectedness in the regional economy with the output of each sector broken down and attributed to expenditures on intermediate inputs or to value-added components such as labor, taxes, and returns to capital. Output multipliers, which are sector and region specific, are derived from the appropriate model and relate an industry's economic activity to gross sales in the other sectors of the regional economy. An industry's current final demand multiplied by the sector's multiplier for that region gives the total economic contribution of the industry to the regional economy.

The contribution analysis simply looks at the actual regional data and the current linkages that exist

---

[1] This paper is primarily concerned with discussing terminology, not methodology. Therefore, there will be little discussion here of the distinctions or appropriateness of output versus final demands as a metric for economic activity under different situations. This, however, is an important issue for how many industries whose output is further processed locally (such as fisheries and forestry) are modeled. For further discussion see Steinback 2004.

BLM_0073397

within the economy. The purpose of the analysis is to determine how much economic activity was associated with the industry, event, or policy. It is a "just the facts" type of analysis and is based on exploring the revealed preference of how people spent their money.

When related to an existing industry, a contribution analysis may provide evidence of how relatively large a sector is in the existing economy and how much economic activity is being cycled through the economy by a given industry. The contribution analysis does not account for the fact that if the person that came to golf was a local, then the $10 they spent on lunch potentially represents $10 they are not spending at another restaurant elsewhere in the town. The direct effect in a contribution analysis includes purchases by local consumers and non-local consumers and is neither a measure of changes to the region's economic base nor a measure of the value added to the region above what was paid to input suppliers.

## 3.2 Regional GDP

GDP can be defined as the sum of all value added at every stage of production within a defined region. A regional GDP analysis examines the fraction of the region's total value added for which a given industry accounts. Thus, a regional GDP analysis is a subset of the full contribution analysis and represents a more conservative analysis of the role of a given sector in the regional economy. Linking the analysis to a more commonly understood concept like GDP provides additional theoretical grounding and gives additional perspective to the results. This type of analysis can easily be performed through the use of a 'value-added multiplier' that is calculated in ready-made regional Input-Output models such as IMPLAN[2].

Therefore the total direct contribution to GDP of an industry is the value of the sector's output that is above what is paid to intermediate inputs. An appropriate regional economic model would then be employed to generate a value added multiplier which determines the value added generated in the regional economy from each dollar of value added generated by the given sector.

For example, if the restaurant sells a $10 lunch to a golfer but pays $6 for the meat, bun, and cheese, then the value-added of the hamburger is $4. The $6 in intermediate inputs represent either expenditures to another local sector, which will be accounted for in the

multiplier, or represent money paid to out of region suppliers, which would then not cycle through the regional economy. Notice we are still not saying that $4 would have been lost to the regional economy if this lunch had not been purchased; no concessions for substitutes exists in this analysis.

## 3.3 Economic Impact

An 'economic impact' should be reserved for the narrow results where an industry, event, or policy has the result of either: 1) bringing new revenues into the region that would otherwise not occur in the region or 2) keeping revenues in the region that would otherwise be lost to the region. Economic impacts are defined as the net changes to the economic base of a region that can be attributed to the industry, event, or policy that would otherwise not be there. Measure of the direct effects in an economic impact analysis consist of the final demand portion of revenues that are generated by an industry from sales outside the region (exports), the margined final demand portion of sales to visitors that come to the region (tourist spending), and the margined final demand expenditures of locals who would have spent their money on goods from outside the region had the industry not been present inside the region (import substitution). Positive economic impacts may potentially also arise from the additional value added portion of revenue that is kept in the economy by a local's expenditures in an industry which is more connected to the local economy relative to their second choice substitute. Figures that should be included in an economic impact should be limited to cases that constitute new dollars being brought into the region or dollars kept in the regional economy that would otherwise leak out. In short, economic impact is the best estimation at what economic activity would likely be lost from the local economy if the event, industry, or policy were removed.

This, obviously, is a much more complicated and exclusive way to perform a regional economic analysis but one that really attempts to get at the net effects of an industry, event, or policy on a region's economic base. This method also requires more data than does a contribution or even GDP analysis. It may require more elaborate models (such as a properly specified CGE) or the ability to estimate people's likely behavior had they not purchased this good or service and then subtracting this scenario from the "gross" economic measure of the industry, event, or policy.

A well done impact analysis should also be able to get at some measure of net gains in regional economic activity and requires information on how people will substitute other activities, purchases, or employment

---

[2] IMPLAN is a computer based regional input-output economic impact and contribution assessment modeling system (www.implan.com).

*Watson et al.*

in the absence of the primary study industry; something rarely available unless primary data is collected to augment available secondary data. An economic impact of an increase in an industry's economic activity, therefore, could potentially be negative whereas the economic contribution of additional economic activity of an industry is always positive.

This can be seen, for example, if a local baseball stadium is renovated and subsequently generates an additional $100,000 a year in output. An economic contribution analysis can be performed to determine how this $100,000 cycles through the regional economy. Further analysis, then, determines that all this additional revenue comes from local people (people within the study area) and that these people would have all gone bowling had they not gone to the ballpark. It is also determined through the economic model that the bowling industry is actually more interconnected to the region's economy and that the $100,000 in spending at the ball park actually leaks out of the region more quickly than does the same revenue spent in the bowling sector. In this simplistic and hypothetical situation, the increase in the economic contribution associated with the ball park, then, could actually have a negative regional economic impact after substitutes are netted out.

It must be explicitly stated that an economic impact does not equate to any measure of net welfare change and that an economic impact analysis is not the same as a benefit-cost analysis. There is no way to say how much "better off" the local people were made due to the renovation of the ball park. The only thing the analysis can say is that the local people choose to spend their money by going to the ball park, that money then cycles through the economy in a specific way, and that if they had spent their money on what was determined to be the most likely alternative, the money would have cycled through the economy in the alternative way. To answer questions of how people are made "better off" it is necessary to determine net benefits which are very different from economic contributions or even impacts.

## 4. A Cursory Look at Economic Benefits

The term economic benefit is often mistakenly interchanged with economic impact (Frechtling 1994). An economic impact is still a step away from an economic benefit as impact analysis is only concerned with what takes place in the given study area and only counts actual market transactions. Thus economic impact and contribution studies are useful for looking at distributional effects of the economic activity associated with industries, events, and policies, but can not

look at welfare measures such as changes in consumer surplus, equivalent variation, or compensating variation. For this reason the authors will collectively refer to contribution, GDP, and impact analysis as types of activity analysis.

The term 'economic benefit' is reserved for an entirely different type of analysis: a cost-benefit analysis. Cost-benefit analysis is an economic efficiency analysis that, unlike economic activity analysis, is concerned with overall economic efficiency and social welfare measures. For example, Colorado's wine industry has a positive economic impact on the state of Colorado because the local purchase of wine that is produced in Colorado displaces some of the wine that would have otherwise been purchased from California, other states or imported from other countries. This is not necessarily a true benefit in the economic definition of this term because California is made financially worse off by the same amount that Colorado is made financially better off. This could be a true benefit, however, if consumers' total utility is enhanced by the availability of local wines. Most cost-benefit analyses follow the Kaldor-Hicks criterion, also known as the potential pareto efficiency rule, which implies that actions are only warranted in cases where those parties who gain can fully compensate those who are made worse off, and still be better off themselves (Boardman et. al, 2001). However, economic activity analyses focus on a certain region, thus little thought is given to those individuals outside of the study area.

Likewise, the economic contribution of the Arapahoe-Roosevelt National Forest in Northern Colorado is likely to be very small because there is little commercial logging or mining and recreational users are not required to pay to use the trails. Subsequently, there is little economic activity that is generated in the market from the National Forest being there. The social welfare benefit, however, may be very large as the participants may have a very large willingness to pay for the associated recreation. Therefore, the welfare gain from the National Forest may be immense. Additionally, the benefits of the forest will include less tangible goods such as ecosystem services and nonuse values.

In summary, the term benefit should be reserved for welfare and cost-benefit analysis and should not be employed in contribution or impact analysis. There are many subtleties and nuances associated with benefit-cost analysis concerning measuring benefits and costs, the likes of which are beyond the scope of this paper on regional economic activity analysis, but warrant future investigation. The issue remains that the two types of analysis are different and different terminology and "framing" of discussion should be employed respectively.

## 5. The Importance of Study Area Size

Another important parallel consideration in conducting regional economic impact and contribution studies is the size of the study area selected. The size and boundary of the study area will affect the results of an economic contribution or impact analysis in two fundamental ways: by affecting the size of the multiplier and by affecting the total economic activity associated with the study area, thereby affecting the relative size of the contribution of a given industry.

Multipliers are a function of the structure of the local economy and the size of the multiplier depends directly on the ability of the local economy to retain revenues generated locally within the region. If a study area has a large, broad and diverse local economy it is likely that it will have the ability to retain these revenues longer as there are more opportunities for households and industries to purchase good and services from local suppliers. If a local economy is not very broad or diverse, it will not be as likely to have the structural capacity to recycle revenues through the economy. Small regions generally do not have highly diversified economies and must import a great many of their goods and services. The necessity to import these goods and services represent leakages from the local economy and serve to lower a region's economic multiplier.

Using a very large study area will almost certainly increase the economic multiplier by including a more diversified set of industries. Large regions (especially if they include a large city) contain an increased number of suppliers of goods and services, which then allow for more local purchases within the study area.

Choice of study area size will also influence the relative importance of various industries in a region. Choosing a relatively small study area will make whatever industries are in that region look very important. Choosing a very large study area will dilute the effects of locally important industries. Therefore, choosing a large study area, while making the multiplier larger, may also serve to diminish an individual sector's relative importance in a specific region.

The importance of study size choice is often overlooked in regional impact and contribution analysis. An analyst can manipulate results of these studies in numerous ways simply by changing the area of analysis. Generally a higher multiplier for a given industry can be obtained simply by increasing the study area size or the relative importance of a given industry can be enhanced by simply reducing the study area to a smaller region. Choosing the appropriate scale and size of the analysis region must be considered carefully and justified for the purposes of the analysis. For example, if the question at hand involves how the output from the logging industry in a small town ripples through the regional economy then a larger study area is the appropriate choice. On the other hand, if the relevant question involves the impacts of the logging industry on the income of the specific small town adjacent to the National Forest, then a smaller study area is the appropriate scale for the economic impact and contribution analysis.

## 6. Policy Implications

Economic contribution and impact analyses are often used to inform public policy and by interested parties with a vested interest who are lobbying for a certain outcome. The different factions may employ their own economists to analyze the "economic impact" of the industry, event, or policy. Policy makers, researchers, and governmental organizations themselves may also conduct a regional economic assessment for their own purposes. The result can be multiple models with differing results based on the methodology and the quality of the analysis. This can be both confusing to the public and harmful to the credibility of regional economic analysis, however it may also be helpful at getting to the heart of complex issues and bringing out real nuances and subtleties of the issues at hand may encourage more thoughtful discussion.

Sporting events and new stadium construction are often claimed to bring much needed revenue to the region. However, analysts such as Porter (2001) use the more circumscribed methods of economic impact analysis to show that the net impact of such an event can be significantly smaller, and may be reduced to zero. Proponents of large events and stadium development consistently prefer economic contribution studies because of the larger numbers may make for better headlines and may help their cause. Only when someone is willing to insist upon an economic impact analysis will the more accurate and conservative estimate enter the debate.

However, even if a sporting event or a new stadium construction is shown to have no impact on the total economic activity generated in a city, there may be new net economic activity (and therefore an actual impact) that will occur in a specific area of the city. If that area is a previously economically depressed area, then the support of the stadium may potentially be desirable for "urban renewal" purposes. Because economic contribution and impact analysis are performed on a specific geographic area that is determined prior to conducting the analysis, then how that geographic

BLM_0073400

area is defined will have profound implications on the results. A new stadium may have no affect on net economic activity in a city, but it may generate increased net economic activity in a deteriorating section of the downtown (Weiler 2000). Therefore the economic impact of the stadium on the city as a whole may be zero, but the economic impact on the section of downtown may be sizable.

Additionally, people may or may not be made better off in ways that are not fully tractable by the economic activity (dollars spent) in a region credited to the new stadium or sporting event. Many of the locals may be made "better off" by being able to go to the event or new stadium and they are "happier" spending the $100 on the sporting event than they would be spending the same $100 on the closest substitute activity. If this is the case, then the actual economic activity in the city has not been changed but the net benefits to the local population have increased.

## 7. Conclusion

It is the hope of the authors that an explicit and consistent semantic will be adopted by practitioners of regional economic activity analysis. This paper is an attempt to present a standard set of terminology for use in regional economic assessments. This terminology coupled with a thorough description of methodology and assumptions used in a given study will serve to reduce the confusion and misuse of regional economic analysis. Moreover, the short set of examples may prompt Extension programmers to integrate economic impact and contribution discussions into planning and prioritizing exercises with regard to traditional and new clientele groups as outreach programming targets new topic areas. This is particularly relevant given the emerging role of economic development in Land Grant and government agency missions, and the renewed call for local-based industry development in rural America.

## Acknowledgements

The authors would like to thank Steve Davies, Greg Alward, and an anonymous referee for their helpful comments on earlier versions of this paper.

## References

Aruna, P.B., Frederick Cubbage; Karen J. Lee and Clair Redmon. 1997. Regional economic contributions of the forest-based industries in the South. *Forest Products Journal* 47(7/8):35-45.

Boardman, A. E., D. H. Greenberg, A. R. Vining, and D. L. Weimer. 2001. *Cost Benefit Analysis: Concepts and Practices*, Second Edition. New Jersey: Prentice Hall.

Crompton, John L. 1993. Economic impact analysis: Myths and misapplication. *Trends* 30(4):9-13.

Davis, H. 1990. *Regional economic impact analysis and project evaluation*. Vancouver: UBC Press.

Frechtling, Douglas C. 1994. Assessing the impacts of travel and tourism: Measuring economic benefits. In: J.R. Ritche and C. Goeldner (eds.) *Travel, Tourism and Hospitality Research*, revised edition. New York: John Wiley and Sons.

Miller, R.E. and P.D. Blair, 1985. *Input-Output Analysis: Foundations and Extensions*. Prentice-Hall, London.

Moore, R. L. and K. Barthlow. 1998. The economic impacts and uses of long-distance trails: Featuring a case study of the Overmountain Victory National Historic Trail. National Park Service. Washington, D.C.

Porter, P. 1999. Mega-sports events as municipal investments: A critique of impact analysis. In J. Fizel, E. Gustafson, and L. Hadley (eds.) *Sports Economics: Current Research*. Westport, CT: Praeger Press.

Shaffer, R., S. Deller, and D. Marcouiller. 2004. *Community economics: Linking theory and practice*, Second Edition. Blackwell Publishing.

Steinback, S. 2004. Using ready made regional input-output models to estimate backward-linkage effects of exogenous output shocks. *The Review of Regional Studies* 34(1):57-71.

Weiler, S. 2000. Pioneers and settlers in Lo-Do Denver: Private risk and public benefits in urban redevelopment. *Urban Studies* 37(1):167-179.