*RESEARCH*

## REPORTS

### INDUCED SEISMICITY

# High-rate injection is associated with the increase in U.S. mid-continent seismicity

M. Weingarten,[1]* S. Ge,[1] J. W. Godt,[2] B. A. Bekins,[3] J. L. Rubinstein[3]

An unprecedented increase in earthquakes in the U.S. mid-continent began in 2009. Many of these earthquakes have been documented as induced by wastewater injection. We examine the relationship between wastewater injection and U.S. mid-continent seismicity using a newly assembled injection well database for the central and eastern United States. We find that the entire increase in earthquake rate is associated with fluid injection wells. High-rate injection wells (>300,000 barrels per month) are much more likely to be associated with earthquakes than lower-rate wells. At the scale of our study, a well's cumulative injected volume, monthly wellhead pressure, depth, and proximity to crystalline basement do not strongly correlate with earthquake association. Managing injection rates may be a useful tool to minimize the likelihood of induced earthquakes.

The injection of fluids into the subsurface has been known to induce earthquakes since the mid-1960s (1–3). However, few additional cases of earthquakes induced by wastewater injection have been documented until 2009 (4). The hazard from these earthquakes was considered small because they were infrequent and not expected to be large (largest observed prior to 2011 was the M 4.9 Rocky Mountain Arsenal earthquake in 1967) (4–6). The central and eastern United States (CEUS) has seen an unprecedented increase in earthquake rate since 2009, and many of these earthquakes are believed to be induced (7). Along with the increase rate, several damaging earthquakes have occurred such as the 2011 magnitude (M) 5.6 Prague, Oklahoma, earthquake (8, 9), the 2011 M 5.3 Trinidad, Colorado, earthquake (10), the 2012 M 4.8 Timpson, Texas, earthquake (11), and the 2011 M 4.7 Guy, Arkansas, earthquake (12). The increased earthquake rate and occurrence of multiple damaging earthquakes has prompted the scientific community to refocus efforts to understand the hazard posed by injection-induced earthquakes (13).

The sudden appearance of several large, potentially induced earthquakes led to many site-specific case studies (4). These case studies examined the operation of injection wells in close proximity to the earthquakes, showing a link between the timing and location of injection and seismicity (12, 14–18). Though useful to understand the individual systems in which these earthquakes occurred, broader-scale studies are needed to understand the phenomenon as a whole. One previous study examined earthquakes in Texas's Barnett Shale region and found that earthquakes are commonly located near wells injecting more than 150,000 barrels per month (19). However, to fully understand the possibility of induced seismicity associated with a given injection well, we must analyze a range of geologic, hydrogeologic, and operational differences between injection wells that are potentially associated with earthquakes and those that are not.

We examined the location and timing of earthquakes and their relationship to the location and operation of injection wells across the CEUS (Fig. 1). We compiled a database from publicly available sources that documents the location and operational parameters of underground injection control class II injection wells in the CEUS (Fig. 1 and table S1). Class II injection wells inject fluids associated with oil and gas production and are distinct from hydraulically fractured production wells (20). The database contained 187,570 wells as of December 2014, with 56% actively injecting fluid (Fig. 1) and the remaining 44% being inactive or abandoned. About 75% of the active class II injection wells operated for the purposes of enhanced oil recovery (EOR), whereas nearly all of the remaining wells were designated as salt water disposal (SWD) wells (fig. S1). EOR wells inject fluid into depleted oil reservoirs to increase oil production. SWD wells inject to dispose of waste fluids produced by oil and gas production, which would otherwise be hazardous to surface waters or underground sources of drinking water. Injection wells are geographically clustered in the basins and regions of major oil and gas operations. Texas, Oklahoma, Kansas, and Wyoming contain ~85% of all class II injection wells in the CEUS. The

spatial density of active SWD wells is highest (≥5 wells per 5 km²) in the Forth Worth Basin of north-central Texas and the Mississippi Lime Play extending from north-central Oklahoma northward into central Kansas. The spatial density of active EOR wells is highest (≥5 wells per 5 km²) in the Permian Basin of West Texas, the Fort Worth Basin, south-central Oklahoma, and southeastern Kansas (fig. S1).

We obtained earthquake location and magnitude data from the Advanced National Seismic System's comprehensive earthquake catalog (ANSS ComCat) (21). During the study period (1973 to 2014), we identified 7175 M ≥ 0.0 events in the catalog in the CEUS region (Fig. 2). Although the catalog is not complete down to M 0.0 during the study period, we treated all earthquakes as potentially induced events to capture the most comprehensive data set of associated earthquakes and injection wells. We used a magnitude of completeness of 3.0 when comparing associated versus nonassociated earthquakes through time (7).

We used spatial and temporal filtering methods to discriminate injection wells that may be associated with earthquakes from those that are probably not. We considered any earthquake within 15 km of an active injection well to be associated with that well. This distance of association is based upon the sum of a 5-km radius within which earthquakes are traditionally considered as potentially induced (22) and a 10-km estimate of the spatial uncertainty in earthquake epicenter location in the CEUS (23). We designed the temporal filter to include only injection wells active at the time of the spatially associated earthquake. Both filters could be considered conservative, because induced seismicity has been found tens of kilometers from injection wells (24) and also after a well is shut-in (25) owing to the injection prior to the well becoming inactive (4, 5). To analyze the sensitivity of our results to these filtering parameters, we also tested our analysis using spatial association distances of 5 and 10 km. This first-order analysis attempts to understand which basic well properties affect the likelihood of earthquake association.

We find 18,757 injection wells (~10% of all wells) associated with earthquakes in the CEUS after filtering, mostly in the states of Oklahoma and Texas (Fig. 1). The number of associated injection wells has tripled since the year 2000 (fig. S2). The spatiotemporal filter identifies every case of induced seismicity from class II injection wells documented in the literature for the CEUS region (table S2). We identify far more injection wells that are potentially related to earthquakes than those indicated by published cases. Of the wells that are associated with earthquakes, 66% are EOR wells. However, active SWD wells are more than 1.5 times as likely as active EOR wells to be associated with an earthquake, which accounts for their respective well totals (Fig. 1). The finding that SWD wells are preferentially associated with earthquakes likely resides with difference in well operation. SWD injection causes a net-positive reservoir pressure change, whereas EOR injection and extraction

Downloaded from www.sciencemag.org on June 18, 2015

[1]Department of Geological Sciences, University of Colorado, Boulder, CO, USA. [2]United States Geological Survey, Denver, CO, USA. [3]United States Geological Survey, Menlo Park, CA, USA.
*Corresponding author. E-mail: matthew.weingarten@colorado.edu

BLM_0073402

wells are typically operated in tandem with injection rates managed carefully to balance reservoir pressures (7).

Over the past four decades, more than 60% of all CEUS seismicity (M 3.0+) is associated with injection wells using our filtering criteria (Figs. 2 and 3). Varying the spatial distance of association by several kilometers only changes this percentage by ±5% (fig. S3). Before the year 2000, an average of ~20% of all CEUS seismicity was associated with injection wells. The yearly percentage of associated earthquakes has risen sharply to ~87% from 2011 to 2014 (Fig. 3 and fig. S4). The percentage increase of associated earthquakes, combined with the rising CEUS earthquake rate, implies that recent seismicity in the CEUS is preferentially occurring near injection wells. The number of nonassociated earthquakes during the same period has also remained stable (Fig. 3). This increase in associated earthquake rate does not correspond to an increase in the rate of wells completed; the well completion rate has remained constant over this period (fig. S5) (26). A portion of the increase in associated earthquakes may be due to increasing spatial coverage of wells, but we suggest that this effect is minimal, considering

that the relative increase in spatial coverage was much more rapid between 1960 and 1980 than in recent years (fig. S5). Wells in central and north-central Oklahoma are the main contributors to the dramatic increase in associated seismicity. New production methods in these regions are generating large volumes of produced water, which are injected at high rates (fig. S6, A and B) (27). Regions such as west Texas, southern Colorado, central Arkansas, and southern Illinois also show concentrations of seismicity associated with injection wells (Fig. 2). However, several regions with large numbers of injection wells appear to be aseismic during the study period, including the Williston Basin of North Dakota (28), the Michigan Basin, and extensive areas of the Texas and Louisiana Gulf Coast (Figs. 1 and 2).

Several operational parameters are hypothesized to influence the likelihood of an induced seismic event: injection rate (19, 24), cumulative injected volume (29, 30), wellhead injection pressure (31), and injection in proximity to crystalline basement (18, 32). Four states—Oklahoma, Arkansas, Colorado, and New Mexico—with both natural and induced earthquakes all have more than 15 years of injection data that include readily ac-

cessible information on monthly injection rate and pressure for a large proportion of operational wells. Using these data, we explore injection operational parameter control on the likelihood that SWD and EOR wells will be associated with earthquakes.

The maximum monthly injection rate of wells across these four states varies by several orders of magnitude, ranging from 100 barrels (~15.9 m³) per month (bbl/month) up to 2 million bbl/month (~318,000 m³) (Fig. 4A) (33). The average SWD well operates at a mean monthly rate of ~13,000 bbl/month. For each histogram bin in Fig. 4, A and B, we calculate the percentage of wells associated with earthquakes. The likelihood that an SWD well is associated with earthquakes increases as the maximum injection rate increases (Fig. 4C). To discern whether the association is random, we estimated upper (95%) and lower (5%) confidence bounds using a bootstrapped resampling method with 10,000 resamples (Fig. 4C) (34, 35). Wells operating at maximum injection rates greater than 300,000 bbl/month fall outside the bootstrap resampling confidence bounds, suggesting a greater-than-expected likelihood of association with an earthquake at a statistical significance near 99%. This is contrasted with wells operating at maximum injection rates less than 100,000 bbl/month, which mostly fall within the bounds of random association. We confirmed this result using spatial distances of association of 5 and 10 km (fig. S7), as well as restricting our well associations to earthquakes greater than M 3.0 (fig. S8). Of the 413 wells operating at injection rates greater than 300,000 bbl/month, 253 (61%) are spatiotemporally associated compared with only 40% of wells operating at injection rates less than 10,000 bbl/month. Additionally, 34 (76%) of the 45 highest-rate SWD wells (injecting more than a million barrels per month) are associated with an earthquake. When SWD operations are examined state by state, the overall percentage associated varies, but the trend of increased earthquake association at higher rates is generally preserved (fig. S9A). Fewer data are available for EOR wells, but we do not observe a clear trend of increasing earthquake association with increasing injection rate for EOR wells (fig. S10A). Without considering geologic or hydrogeologic setting, the highest-rate SWD wells are nearly twice as likely to be near an earthquake as are low-rate SWD wells.

We next examine whether cumulative injected volume affects the likelihood of well association with earthquakes. For the four states examined during the period from 1973 to 2014, cumulative injected volume ranged from 1000 bbl to nearly 100 million bbl (Fig. 4B). Many large cumulative volume wells inject at moderate rates for decades, providing a contrasting data set from maximum injection rate. We do not observe a strong trend of increasing SWD well association as a function of increasing cumulative injected volume (Fig. 4D). The difference between the association rate of wells that have injected more than 1,000,000 bbl cumulatively (45%) and those which



**Fig. 1. Active and associated class II injection wells in the CEUS.** (**A**) Map showing the location of active class II injection wells in the CEUS. Active injection wells from the database are shown as blue circles. Spatiotemporally associated injection wells, defined as those within a 15-km radius and active at the time of an earthquake, are shown as yellow circles. The CEUS region comprises all states intersected by 109°W longitude and eastward. The total number of wells, including inactive or abandoned wells in the CEUS, is 188,570. Of the 18,757 associated injection wells, >77% are currently active. (**B**) The inset pie diagram shows spatiotemporally associated injection wells by state. Only 8% of all injection wells are located in Oklahoma, but 40% of the associated injection wells in the CEUS are located in Oklahoma.

Legend for map:
- Active Injection Wells
  - 27,102 - Salt Water Disposal
  - 78,968 - Enhanced Oil Recovery
- Associated Injection Wells
  - 6,961 - Salt Water Disposal
  - 11,796 - Enhanced Oil Recovery

Pie chart labels: Indiana 2%, All Other States 4%, Arkansas 2%, Wyoming 3%, Illinois 3%, Kansas 8%, Texas 38%, Oklahoma 40%

**RESEARCH** | REPORTS

have injected less than 10,000 bbl cumulatively (38%) is not statistically significant, as determined by a bootstrap resampling method (35). The percentage of wells associated with earthquakes at high cumulative injected volumes can be mostly explained by random variation given the total number of associated and nonassociated wells. EOR wells exhibit a trend of earthquake association similar to that of SWD wells as a function of cumulative injected volume (fig. S10B). If we instead calculate cumulative injected volume not for individual wells, but for all wells within 15 km of an associated earthquake, we observe a log-normal distribution of volumes without a clear threshold of increased earthquake association (fig. S11). We do not observe cumulative injected volume as strongly affecting the likelihood of an injection well's association with an earthquake.

The majority of class II injection wells operate at monthly wellhead injection pressures less than 500 pounds per square inch (psi). Reported wellhead pressures for both SWD and EOR wells ranged from 0 to 3000 psi (fig. S12, A and B). In the same four states studied, the proportion of SWD and EOR wells associated with earthquakes show no strong correlation toward increased monthly wellhead pressures (figs. S12 and S13). However, reported monthly wellhead pressure may not always be reliable because many wells report constant wellhead pressures despite changing injection rates. Wellhead injection pressure data may not reflect the pore-pressure conditions in the injection formation due to friction in the wellbore and other factors. In addition, wells reporting zero wellhead pressure still create bottomhole pressure from the hydrostatic fluid column in the well that could be large enough induce an earthquake. There are several hundred wells with zero wellhead pressures that are associated with earthquakes (fig. S12, A and B). This is consistent with field observations of earthquakes induced by wells with zero wellhead pressure (10,36). We do not consider the reported maximum wellhead pressure to be a controlling factor on injection well and earthquake association. This finding, together with the indication that SWD wells are preferentially associated with earthquakes, underscores the need to collect reservoir pressure data. Ideally, preinjection reservoir pore pressure and bottomhole formation pressure measurements during injection would prove more useful in determining whether a link exists between injection pressure and earthquakes.

Injection depth and proximity to crystalline basement have been hypothesized to affect the likelihood that wells are associated with earthquakes (32). Comparison of injection depths for most states in the CEUS, excluding Mississippi, Indiana, West Virginia, and Alabama, is possible, as these data are more readily available than injection rates and pressures (table S1). Class II injection wells are permitted over a wide range of injection depths from 300 to 4000 m (fig. S14). The majority of both SWD and EOR wells inject between 300 and 1500 m (fig. S14, B and E).

Wells associated with earthquakes also inject over a similarly wide range of injection depths (fig. S14, A and D). We find no clear evidence that increasing injection depth increases the likelihood that a well will be associated with seismicity; the proportion of both SWD and EOR wells associated with earthquakes does not increase with increasing injection depth (fig. S14, C and F).

However, comparison of injection depths neglects the large variations in sediment thickness across the CEUS.

Using a map of sediment thickness across the CEUS (37), we estimate injection proximity to basement for all wells by subtracting injection well depth from the sediment thickness at the closest sediment thickness data point. The



**Fig. 2. Associated earthquakes in the CEUS from 1973 to 2014.** Map showing the locations of M ≥ 0.0 earthquakes in the ANSS ComCat earthquake catalog from 1 January 1973 through 31 December 2014. White dots denote earthquakes that are not spatiotemporally associated with injection wells. Red dots denote earthquakes that are spatiotemporally associated with injection wells. Following Ellsworth (7), the U.S. mid-continent is defined by the dashed lines inside of the greater CEUS.

**Fig. 3. Associated and nonassociated earthquakes per year in the U.S. mid-continent.** The gray bars represent the number of M ≥ 3.0 earthquakes per year in the U.S. mid-continent (Fig. 2) located by the networks of the ANSS ComCat earthquake catalog from 1 January 1973 to 31 December 2014. The red bars represent the number of earthquakes that are spatiotemporally associated with injection wells. The black line denotes the number of nonassociated earthquakes per year. Over the time period of the catalog, the number of nonassociated earthquakes has stayed roughly constant at 10 to 25 per year. Meanwhile, the number of associated earthquakes per year has risen from ~1 to 7 per year in the 1970s to 75 to 190 per year between 2011 and 2013 and >650 earthquakes in 2014.



BLM_0073404

sediment thickness map was tested against known reference depths of crystalline basement and found to have errors in thickness up to ±15% (table S3). Thousands of wells in the CEUS inject fluid within 500 m of crystalline basement rock, but only a small proportion are associated with seismicity. When taking into account the error in basement depth over the CEUS region, we did not observe a significant correlation between a well's injecting near basement and earthquakes using a bootstrap resampling method (fig. S15). However, injection wells operating very far from basement, between 7 and 12 km vertically, exhibited an association rate near zero. We found similar results for both depth parameters using only well associations with earthquakes greater than *M* 3.0 (figs. S16 and S17). This finding supports the notion that detailed stratigraphic knowledge surrounding the injection interval is necessary to quantify the mechanistic linkage between injection and seismicity (*32*).

The lack of spatiotemporal association between injection and seismicity in several regions highlights the apparent influence of factors other than injection well operation. The San Juan Basin of New Mexico, the Williston Basin of North Dakota, the Michigan Basin, and extensive areas of the Texas and Louisiana Gulf Coast contain thousands of SWD and EOR wells that are not associated with seismicity (Fig. 1). In some of these regions, wells inject at rates similar to those in areas such as central Oklahoma, where large numbers of wells are associated with earthquakes. In the aseismic Michigan Basin, 30 wells operate at maximum injection rates greater than 200,000 bbl/month (fig. S18). Obviously, other factors in addition to high injection rate must play a role; the regional state of stress, fault size, fault orientation, the presence of fluid pathways between the injection point and faults, as well as other geologic factors must be examined to assess the potential for injection-induced seismicity (*4*).

Our analysis shows that injection rate is the most important well operational parameter affecting the likelihood of an induced seismic event in regions and basins potentially prone to induced seismicity. High-rate SWD wells are nearly twice as likely as low-rate wells to be near an earthquake. These high-rate wells perturb the ambient reservoir pressure by a larger magnitude and over a larger area than low-rate wells, thus increasing the likelihood that pressure changes will reach an optimally oriented, critically stressed fault. Previous studies have shown that high-rate wells exert greater influence on the extent and magnitude of reservoir and fault pressure perturbation (*24*). At the scale of our study, no other operational parameter was found to have a strong influence on the likelihood of association with an earthquake. The important distinction between operational parameters such as injection rate and cumulative injected volume shows the effect of the recent rise of new production methods and high-rate SWD wells. Thus, the oil and gas industry and regulatory bodies can use this operational parameter to lower the likelihood of earthquakes associated with injection wells.

**REFERENCES AND NOTES**

1. D. M. Evans, *Mt. Geol.* **3**, 23–26 (1966).
2. J. H. Healy, W. W. Rubey, D. T. Griggs, C. B. Raleigh, *Science* **161**, 1301–1310 (1968).
3. C. B. Raleigh, J. H. Healy, J. D. Bredehoeft, *Science* **191**, 1230–1237 (1976).
4. National Research Council, *Induced Seismicity Potential in Energy Technologies* (National Academies Press, Washington, DC, 2013).
5. R. B. Herrmann, S. K. Park, C. Y. Wang, *Bull. Seismol. Soc. Am.* **71**, 731–745 (1981).
6. M. D. Petersen *et al.*, Documentation for the 2008 update of the United States National Seismic Hazard Maps. *U.S. Geol. Surv. Open-File Rep.* **08-1128** (2008).
7. W. L. Ellsworth, *Science* **341**, 1225942 (2013).
8. K. M. Keranen, H. M. Savage, G. A. Abers, E. S. Cochran, *Geology* **41**, 699–702 (2013).
9. A. L. Llenos, A. J. Michael, *Bull. Seismol. Soc. Am.* **103**, 2850–2861 (2013).
10. J. L. Rubinstein, W. L. Ellsworth, A. McGarr, H. Benz, *Bull. Seismol. Soc. Am.* **104**, 2162 (2014).
11. C. Frohlich *et al.*, *J. Geophys. Res.* **119**, 581–593 (2014).
12. S. Horton, *Seismol. Res. Lett.* **83**, 250–260 (2012).
13. M. D. Petersen *et al.*, Incorporating induced seismicity in the 2014 United States National Seismic Hazard Model–Results of 2014 workshop and sensitivity studies. *U.S. Geol. Surv. Open-File Rep.* **2015-1070** (2015).
14. P. A. Hsieh, J. D. Bredehoeft, *J. Geophys. Res.* **86** (B2), 903–920 (1981).
15. C. Nicholson, E. Roeloffs, R. L. Wesson, *Bull. Seismol. Soc. Am.* **78**, 188–217 (1988).
16. J. Ake, K. Mahrer, D. O'Connell, L. Block, *Bull. Seismol. Soc. Am.* **95**, 664–683 (2005).
17. C. Frohlich, C. Hayward, B. Stump, E. Potter, *Bull. Seismol. Soc. Am.* **101**, 327–340 (2011).
18. W.-Y. Kim; W.-Y. Kim, *J. Geophys. Res.* **118**, 3506–3518 (2013).
19. C. Frohlich, *Proc. Natl. Acad. Sci. U.S.A.* **109**, 13934–13938 (2012).
20. U.S Environmental Protection Agency, Evaluation of impacts to underground sources of drinking water by hydraulic fracturing of coalbed methane reservoirs. EPA Publication 816-F-04-017 (2004).
21. ANSS Comprehensive Catalog (ComCat), U.S. Geological Survey, http://earthquake.usgs.gov/earthquakes/search; accessed 15 February 2015.
22. S. D. Davis, C. Frohlich, *Seismol. Res. Lett.* **64**, 207–224 (1993).
23. A. Frankel, *Seismol. Res. Lett.* **66**, 8–21 (1995).
24. K. M. Keranen, M. Weingarten, G. A. Abers, B. A. Bekins, S. Ge, *Science* **345**, 448–451 (2014).
25. Well shut-in occurs when injection operations are either temporarily or permanently ceased, but the tubing and casing of the well remain in place for possible future reactivation of injection operations.



**Fig. 4. Well operational parameter analysis.** (**A**) Histogram showing the maximum monthly injection rate of salt water disposal (SWD) wells in Oklahoma, Arkansas, Colorado, and New Mexico. The blue and yellow bars show the number of wells operating at a given maximum monthly injection rate for all SWD wells (blue) and SWD wells spatiotemporally associated with an earthquake (yellow). (**B**) Histogram showing the cumulative injected volume at all wells in the same states as those in (A). The blue and yellow bars represent the number of wells operating at a given cumulative injected volume for all SWD wells (blue) and spatiotemporally associated SWD wells (yellow). Injection data for Oklahoma were available from 1995 to 2013, for Arkansas from 1999 to 2013, for Colorado from 1999 to 2014, and for New Mexico from 1994 to 2014. (**C** and **D**) The percentage of all wells that are associated with an earthquake in each histogram bin is plotted as a function of (C) maximum monthly injection rate and (D) cumulative injected volume. The two dashed red lines represent the upper (95%) and lower (5%) confidence limits in each bin computed from 10,000 bootstrap resamples and following the assumption that the rate of association is random. The shaded gray region of (D) indicates a lack of associated wells at the given volume. These data are also broken down state by state and for EOR wells in figs. S9 and S10.

BLM_0073405

RESEARCH | REPORTS

26. Well completion is the process to ready for injection. This process includes installing tubing used to inject fluid, perforating the portion of the well in the injection zone, and casing the well to ensure no injection fluids leakage.
27. K. E. Murray, A. A. Holland, *Shale Shaker* **65**, 98–106 (2014).
28. C. Frohlich, J. I. Walter, J. F. W. Gale, *Seismol. Res. Lett.* **86** (2A), 492–499 (2015).
29. A. McGarr, *J. Geophys. Res.* **81**, 1487–1494 (1976).
30. A. McGarr, *J. Geophys. Res.* **119**, 1008–1019 (2014).
31. L. V. Block, C. K. Wood, W. L. Yeck, V. M. King, *Seismol. Res. Lett.* **85**, 609–624 (2014).
32. Y. Zhang et al., *Ground Water* **51**, 525–538 (2013).
33. The volume conversion from the oil industry standard of barrels to the metric standard of meters cubed is

~6.29 barrels per meter cubed, assuming a 42-gallon oil barrel.
34. B. Efron, R. J. Tibshirani, *An Introduction to the Bootstrap* (CRC press, Boca Raton, FL, 1994).
35. Information on materials and methods is available on *Science* Online.
36. J. Rutqvist et al., *Math. Geosci.* **47**, 3–29 (2015).
37. W. D. Mooney, M. K. Kaban, *J. Geophys. Res.* **115**, B12424 (2010).

**ACKNOWLEDGMENTS**

This work was conducted as a part of the Understanding Fluid Injection Induced Seismicity Project supported by the John Wesley Powell Center for Analysis and Synthesis, funded by the U.S. Geological Survey (grant G13AC00023). We thank J. Hardebeck and W. Ellsworth for their thoughtful comments. This project was aided by injection data

contributed by A. Holland (OK), C. Eisenger (CO), T. Kropatsch (WY), J. Amrhein (IN), T. Tomastik (OH), S. Platt (PA), I. Allec (UT), M. Berry (UT), A. Wickert (TX), and I. Van-Vloten (CEUS). This project used earthquake data from the ANSS Comprehensive Catalog. The well data used in this study are available as supplementary materials on *Science* Online.

**SUPPLEMENTARY MATERIALS**

www.sciencemag.org/content/348/6241/1336/suppl/DC1
Materials and Methods
Figs. S1 to S18
Tables S1 to S4
References (38–46)

16 March 2015; accepted 28 May 2015
10.1126/science.aab1345

**POLARON DYNAMICS**

# Long-lived photoinduced polaron formation in conjugated polyelectrolyte-fullerene assemblies

Rachel C. Huber,[1]* Amy S. Ferreira,[1]* Robert Thompson,[1] Daniel Kilbride,[1] Nicholas S. Knutson,[1] Lekshmi Sudha Devi,[1] Daniel B. Toso,[2] J. Reddy Challa,[1] Z. Hong Zhou,[2,3] Yves Rubin,[1]† Benjamin J. Schwartz,[1,3]† Sarah H. Tolbert[1,3,4]†

The efficiency of biological photosynthesis results from the exquisite organization of photoactive elements that promote rapid movement of charge carriers out of a critical recombination range. If synthetic organic photovoltaic materials could mimic this assembly, charge separation and collection could be markedly enhanced. We show that micelle-forming cationic semiconducting polymers can coassemble in water with cationic fullerene derivatives to create photoinduced electron-transfer cascades that lead to exceptionally long-lived polarons. The stability of the polarons depends on the organization of the polymer-fullerene assembly. Properly designed assemblies can produce separated polaronic charges that are stable for days or weeks in aqueous solution.

In biological photosynthetic systems, energy cascade structures promote the spatial separation of photogenerated charges created at the reaction center, preventing their recombination. These energy cascade structures require close proximity of the electron donors and acceptors, on the scale of ~1 nm, and the corresponding electron transfer (ET) processes take only a few picoseconds (*1*). Similarly, photoexcitation in artificial organic photovoltaic (OPV) cells generates dissociated charges at a donor-acceptor interface on subpicosecond time scales. However, OPVs suffer a large degree of recombination because they rely on phase separation of the conjugated polymer donor and fullerene acceptor into domains on the length scale of 10 to 20 nm to facilitate efficient exciton diffusion and charge transfer (*2*, *3*). The high charge densities present in OPVs, coupled with the low dielectric constant of organic materials, favor carrier recombination before the charges can be extracted through external electrodes. If OPVs could be designed to use ET cascade structures that are reminiscent of photosynthetic complexes, it should be possible to greatly improve charge separation and reduce recombination losses (*4*).

Here we describe how molecular self-assembly can enable dissolved OPV materials (conjugated polymers and fullerenes) in aqueous solution to mimic the ET cascade structures of biological complexes and allow us to "spatially" control photogenerated charges. We demonstrate efficient long-time charge separation following photoexcitation: The ET cascade produces separated polarons that are exceptionally stable for weeks, a lifetime that is unprecedented

for OPV materials. Although long polaron lifetimes have been observed in covalently linked donor-acceptor dyads and triads (*5*) and micellar structures (*6*), our use of standard organic photovoltaic materials sets this work apart. In addition, our use of self-assembly provides potential future advantages in reproducibility and scalability, both of which are major hurdles for conventional OPVs with kinetically controlled structures (*7*–*9*). Finally, the photoinduced charge separation we achieve takes place in water, opening possibilities for the "green" production of artificial photosynthetic devices.

The particular materials used in this study are a combination of a conjugated polyelectrolyte, poly(fluorene-alt-thiophene) (PFT) (*10*), and several regioisomers of the charged fullerene derivatives $C_{60}$-$N,N$-dimethylpyrrolidinium iodide [$C_{60}(PI)_n$], where $n$ is the number of charged pyrrolidinium iodide groups (*11*) (Fig. 1, A to C). PFT is a water-soluble semiconducting polyelectrolyte whose bis-alkylated sp$^3$-hybridized fluorenyl carbon forms a wedge-shaped monomer that facilitates the assembly of the charged polymer into rod-like micelles (Fig. 1B); details of how the polymer assembles have been published previously (*10*). Because of the charged nature of the polymer, the electron acceptor(s) must also carry cationic charges to avoid heterocoagulation. The synthesis of $C_{60}(PI)_n$, depending on the reaction conditions, produced multiadducts with $n$ ranging from 2 to 5, including multiple regioisomers for each $n$. To avoid confusion, we will refer to $C_{60}(PI)_n$ with $n = 3$ to 5 as "higher" adducts and fullerenes with $n = 2$ as "mixed-bis" adducts.

We achieved control over the solution-phase aggregation of these materials by exploiting the different solubility properties of the conjugated polyelectrolyte and charged fullerene derivatives. Mixed-bis adducts show limited solubility (without PFT) in aqueous solution, whereas higher adducts are water soluble at high concentration. This difference suggests that the mixed-bis adducts should coassemble in aqueous solution with PFT, a result we confirmed by cryogenic electron microscopy (cryoEM), small-angle x-ray scattering (SAXS), and luminescence quenching studies. CryoEM images of pure PFT, PFT:mixed-bis adducts, and PFT:high adducts

[1]Department of Chemistry and Biochemistry, University of California–Los Angeles (UCLA), Los Angeles, CA 90095-1569, USA. [2]Department of Microbiology, Immunology and Molecular Genetics, and the Biomedical Engineering Program, UCLA, Los Angeles, CA 90095, USA. [3]The California NanoSystems Institute (CNSI), UCLA, Los Angeles, CA 90095, USA. [4]Department of Materials Science and Engineering, UCLA, Los Angeles, CA 90095, USA.
*These authors contributed equally to this work. †Corresponding author. E-mail: tolbert@chem.ucla.edu (S.H.T.), schwartz@chem.ucla.edu (B.J.S.), rubin@chem.ucla.edu (Y.R.)

BLM_0073406



THE

DINOSAURIA

Edited by
DAVID B. WEISHAMPEL
PETER DODSON
HALSZKA OSMÓLSKA

Copyrighted Material

Copyrighted Material

BLM_0073407

# THE
# DINOSAURIA

Edited by

## DAVID B. WEISHAMPEL

## PETER DODSON

## HALSZKA OSMÓLSKA

UNIVERSITY OF CALIFORNIA PRESS

Berkeley / Los Angeles / Oxford

BLM_0073408

University of California Press
Berkeley and Los Angeles, California

University of California Press. Ltd.
Oxford, England

Copyright © 1990 by The Regents of the University of California

First Paperback Printing 1992

Library of Congress Cataloging-in-Publication Data

The Dinosauria / edited by David B. Weishampel, Peter Dodson, Halszka Osmólska.
    p.   cm.
  Includes bibliographical references
  ISBN 0-520-06727-4
  1. Dinosaurs.  I. Weishampel, David B., 1952–      . II. Dodson, Peter.
III. Osmólska, Halszka.
QE862.D5D5I3    1990
567.9'1—dc20

89-20516
CIP

Printed in the United States of America

The paper used in this publication meets the minimum
requirements of American National Standard for Informa-
tion Sciences—Permanence of Paper for Printed Library
Materials, ANSI Z39.48—1984.  ∞

**Database Placeholder(file available in native format)**

**File Name:**                    0_WesternGovernorsAssn2005_Wild_Rx.dbf

BLM_0073410

# Clean and Diversified Energy Initiative



# WESTERN GOVERNORS' ASSOCIATION



# Geothermal Task Force Report

**January 2006**

BLM_0073411

# Western Governors' Association
# Clean and Diversified Energy Initiative

## Geothermal Task Force Report

**The Western Governors' Association's Clean and Diversified Energy Advisory Committee (CDEAC) commissioned this task force report in February 2005.  Members of the Task Force are listed below.  This is one of several task force reports presented to the CDEAC on December 8, 2005 and accepted for further consideration as the CDEAC develops recommendations for the Governors.  While this task force report represents the consensus views of the members, it does not represent the adopted policy of WGA or the CDEAC.  At their Annual Meeting in June, 2006, Western Governors will consider and adopt a broad range of recommendations for increasing the development of clean and diverse energy, improving the efficient use of energy and ensuring adequate transmission. The CDEAC commends the Task Force for its thorough analysis and thoughtful recommendations.**

**Members of the Geothermal Task Force**

| | |
|---|---|
| Dan Schochet (Chair) | Ormat (CDEAC Member) |
| Frank Barbera | Imperial Irrigation District Energy Division |
| John Bebout | Bureau of Land Management - Washington |
| Peggy Duxbury | Calpine |
| Troy Gagliano | Renewable Northwest Project |
| Karl Gawell | Geothermal Energy Association |
| Sean Hagerty | Bureau of Land Management - Sacramento |
| Roger Hill | Sandia National Laboratories |
| Roy Mink | U.S. Department of Energy |
| Bernie Smith | Alaska Energy Authority |
| Jim States | Rocky Mountain Oilfield Testing Center |
| Martin Vorum | National Renewable Energy Laboratory |
| Jonathan Weisgall | Mid-American Energy |
| Charlene Wardlow | Calpine Corporation |

**Facilitator**

| | |
|---|---|
| Will Singleton | The Keystone Center |

1

BLM_0073412

**Quantitative Working Group**

*The quantitative working group was created by the CDEAC to compare the analysis of data among task forces in order to ensure consistency in assumptions across the reports. The following members contributed to this report:*

| | |
|---|---|
| Doug Arent | National Renewable Energy Laboratory |
| John Tschirhart | Department of Economics, University of Wyoming |
| Dick Watson | Quantitative Working Group |

The Task Force would like to acknowledge the contributions of Alyssa Kagel Geothermal Energy Association; Nathanael Hance Geothermal Energy Association; and Pat Laney Idaho National Laboratory.

2

BLM_0073413

**Table of Contents**

I.  Executive Summary
        A. Introduction
        B. Benefits of Geothermal Power Generation
        C. Siting – Where are the Geothermal Sites?
        D. Cost Curve Information – How Many Megawatts can Geothermal Generate?
        E.  Geothermal Priority Recommendations

II. Introduction

III. Cost Curve
        A. Cost Curve graph
        B. Methodology
        C. Description of the Cost Curve
        D. Description of Alternative Cases
        E. Geothermal Development Timetable

IV. Siting
        A. Map of the resource
        B. The Siting Process
        C. Transmission issues – specific geothermal needs

V. Benefits of Geothermal Energy

VI. Barriers and Policy Recommendations
        A. Federal Issues
        B. State and Local Issues
        C. Transmission-related Issues
        D. Direct Use Issues

VII. Appendix
        A. Cost curve data
        B. In depth discussion of cost curve methodology
        C. Siting data

BLM_0073414

<div align="center">

**Western Governors' Association**
**Geothermal Task Force Report**
*Executive Summary*

</div>

## A. Introduction

The Geothermal Task Force of the Clean and Diversified Energy Initiative reviewed geothermal resources of the states in the Western Governors' Association region. On July 25, 2005, two dozen members of the geothermal community met in Reno, Nevada, to assess the potential for commercial development of roughly 140 known geothermal sites. The Task Force also estimated the economics of developing these sites for commercial power production for projects that could be on-line in a timeframe extending to 2015. Finally, the Task Force compiled a profile of recommendations for interstate policy and regulatory frameworks to induce Western States' renewable energy development by 2015. The options for policy and regulatory direction outlined in this report provide a rich opportunity to set a common, strategic energy development. In summary, the Geothermal Task Force offers these conclusions to the CDEAC and WGA:

➢ The Western States share a capacity of almost 13,000 megawatts of geothermal energy that can be developed on specific sites within a reasonable timeframe. Of these, 5,600 megawatts are considered by the geothermal industry to be viable for commercial development within the next 10 years, i.e. by about 2015. This is a commercially achievable capacity for new generation and does not include the much larger potential of unknown, undiscovered resources.

➢ The 5,600 MW is estimated to be developable at busbar costs in a range of levelized costs of energy (LCOE) of about 5.3 to 7.9 cents per kilowatt-hour (kWh). This assumes commercial project financing conditions and the extension of a production tax credit (PTC) consistent with current federal energy law. Lacking a PTC to catalyze renewable energy development, LCOE values would be 2.3 ¢/kWh higher. (See graph on page 6)

➢ If actual future markets were to sustain costs up to 20 ¢/kWh, or the risk and cost of development reduced substantially, the Task Force estimates that known resources could support new capacity of about 13,000 MW.

➢ The Task Force recommends policy and regulatory initiatives that will (1) broadly strengthen and expand the renewable energy market; (2) facilitate timely leasing and permitting; (3) lead to the expansion of the transmission infrastructure; and (4) support key state and federal technology research to expand energy capacity.

➢ Geothermal power can be a major contributor to the power infrastructure and economic well-being of the Western States. New geothermal power capacity of 5,600 MW could add nearly 10,000 jobs, and also generate about 36,000 person-years of construction and manufacturing business. Geothermal power is a reliable, continuously available (24 hours per day – 7 days per week) baseload energy source that typically operates at 90 to 98 percent of the time. Insulated from conventional fossil fuel market volatility, geothermal power supports energy price stability and boosts energy security because it is a domestic resource. Geothermal power can help fulfill Renewable Portfolio Standards (RPS) that strive to diversify the states' and nation's energy supply. Geothermal energy is a clean electricity source, discharging far less emissions, including greenhouse gases, than equivalent fossil-fueled generation.

4

## B.  Benefits of Geothermal Power Generation

Geothermal energy is the heat from the earth of which only a small portion has been tapped for either electrical generation or direct use.  It has a wide range of benefits that policymakers should consider as detailed below.

*Reliable Electricity at Stable Prices*

Geothermal power plants supply baseload power, i.e., electricity that is available 24 hours per day, seven days per week.  Except for short outages to repair equipment and conduct overhauls every few years, these facilities have very high availability and capacity factors.  Most facilities are also capable of load following if preferred by the power system.  Geothermal's high reliability compares favorably to conventional power plants.

Geothermal power plants protect against volatile electricity prices because their lifetime fuel is secured at the initiation of the project.  The resource is secured through long-term leases with private, state, or federal landowners, and the costs to drill the resource in advance of plant start-up are capitalized.  This transfers the future fuel cost risk from the consumer back to the developer and/or operator.  The acquisition of a long-term power purchase agreement from a utility further stabilizes the long-term electricity price and supports the financing and operational costs of a project.

*Diversity of Resources for Utilities' Renewable Portfolio Standards*

Geothermal can help utilities meet state RPS. Currently 20 states and the District of Columbia have an RPS.  Geothermal energy is one of the only renewable resources that can provide baseload power. Geothermal power plants, ranging from 10 to over 200 megawatts depending upon the resource, can supply enough electricity to meet the needs of 10,000 to 200,000 homes accordingly.  And, since geothermal resources are developed locally, geothermal power can reduce our dependence on imported energy resources.  Additionally, geothermal plants can lower homeland security risks: they do not rely upon unstable international energy sources, nor are they terrorist targets.  Also, geothermal facilities are local and smaller than large fossil or nuclear plants.

*Economic Development Potential*

Geothermal resources provide economic development opportunities for states, bringing jobs to rural areas as well as tax and royalty income.  Based upon the findings of a recent industry employment survey (*Geothermal Industry Employment: Survey Results & Analysis*, Cedric Nathanael Hance, September 2005), achieving 5600 MW of geothermal production  would result in 9,580 new full-time jobs from geothermal power facilities, and an additional 36,064 person-years of manufacturing and construction employment.  An economic multiplier effect would increase these numbers further.  New power facilities would also increase state and local tax and royalty income.  In 2003, The Geysers Geothermal Field in California, with almost 1,000 MW of geothermal power generation capacity in place, paid $11 million in property taxes to two counties, while royalty revenues added several million dollars more to state and county revenues.

5

*Clean Electricity*
Geothermal energy is one of the cleanest resources for generating electricity.  Compared to fossil fuels, geothermal utilizes less land, consumes and discharges less water, has fewer air emissions, and generates fewer wastes.  Geothermal particularly stands out when the relative air emissions from geothermal plants and fossil fuel plants are compared.  In contrast to fossil fuel plants, geothermal plants only emit small amounts (if any) of carbon dioxide (a greenhouse gas), particulate matter, sulfur dioxides (acid rain) and nitrogen oxides (smog).  Standing as a testament to this point, the air basin downwind of the largest geothermal field in the world, The Geysers, is the only air district in California to be in attainment with all federal and state ambient air quality standards for over 18 years.

*New Technology*
Although geothermal power plants have been producing electricity for decades, only a small fraction of geothermal potential has been tapped. With new technology and rising energy costs, geothermal resources that historically have not been economical to develop will become increasingly more attractive to investors and utilities.   New geothermal technologies for direct use, such as for greenhouses, district heating, and fish farms, can also play an important role in reducing a community's overall need for other energy supplies.

## C. Siting  - Where are the Geothermal Sites?
The state-by-state capacity subtotals are listed in GT-I.2.  This listing reflects a consensus of diverse experts in geothermal technology, development, and power generating operations. Appendix A discusses the generation of this profile of resource data.

<u>Table GT-I.2</u>

**Summary of Western States' Near-Term
New Geothermal Power Capacity**

|  | Capacities (in Megawatts) | Number of Sites |
|---|---|---|
| **Alaska** | 20 | 3 |
| **Arizona** | 20 | 2 |
| **Colorado** | 20 | 9 |
| **California** | 2,400 | 25 |
| **Hawaii** | 70 | 3 |
| **Idaho** | 860 | 6 |
| **Nevada** | 1,500 | 63 |
| **New Mexico** | 80 | 6 |
| **Oregon** | 380 | 11 |
| **Utah** | 230 | 5 |
| **Washington** | 50 | 5 |
| **Total** | **5,630 MW** | **138** |

NOTE:  The capacity of **Wyoming, Montana, Texas, Kansas, Nebraska, South Dakota, North Dakota** was not analyzed during the July 25 Geothermal Task Force Sub Group meeting on Supply. This information will be incorporated into this report once available.

6



**D. Cost Curve Information –
How Many Megawatts Can
Geothermal Generate?**

The WGA Geothermal Task
Force bases the projections for
geothermal power capacity and
economics contained in this
report on specific, identified
geothermal resource capacities
and on current development
economics in the WGA region.
A detailed description of the cost
curve is available in Appendix A
of this report.

The projected capacity for
electrical power generation for
the WGA region is phased over
two time spans and four cost
levels, as listed in the table below.  Geothermal resources considered to have good commercial
potential are designated as preferred development prospects by year 2015 at levelized costs of
energy (LCOE) of up to 8 cents per kilowatt-hour (¢ / kWh).  The supply curve for geothermal
resources represents the potential energy supply from specific, identified sites at current
development economics using existing technology.  (Note: These projections do not consider
advances in technology or any learning curve effects that could reduce costs or expand available
production.)

The U.S. Geologic Survey is in
the process of updating
assessment data for geothermal
resources as mandated by The
Energy Policy Act of 2005.
That information, when
available, should provide
additional insight into the long-
term potential for geothermal
resources to meet the West's
energy needs.



7

BLM_0073418

**E.  Geothermal Priority Recommendations**

**Market Development-** The marketplace needs to support the continued development of geothermal resources.
1.  Federal and state tax credits are important to reduce the risk and high capital cost of new projects.  The federal production tax credit (and clean renewable bonding authority) should be made permanent, or at least extended ten years.
2.  State laws and regulations should promote a continuing series of opportunities for power purchase agreements between developers and utilities.  Whether generated through Renewable Portfolio Standards, Integrated Resource Planning, or other mechanisms, power purchase contracts are fundamental drivers of the market.
3.  Federal and state laws and regulations should provide incentives for utilities and others to enter into long-term contracts for renewable power.  Accounting and regulatory standards should treat renewable power contracts as benefits instead of liabilities, and power purchase contracts should have the backing of the government to ensure their credit worthiness.

**Timely Permitting and Environmental Reviews-** Geothermal projects should be prioritized to ensure that permitting, leasing, and environmental reviews are completed  in a timely and efficient manner.
1.  Federal, state, and local agencies should coordinate resources and requirements.  Agencies should be designated to take the lead on specific issues to avoid duplication, and once issues are resolved they should not be revisited without cause.
2.  A critical path for new projects should be defined as part of this cooperative effort, and timeframes for key agency decisions along the pathway should be established.

**Transmission Access and Adequacy-** The Western Governors should lead the process to ensure that adequate transmission is available for the identified resources.
1.  There should be consistent western state policies on inter-connection to the grid that facilitate new geothermal (and other renewable) power development.
2.  A fee to support the cost of new transmission could be set that would spread the cost across all states, parties and technologies on a capacity basis.
3.  Both inter- and intra- state transmission is needed to support the identified resources should be fast-tracked for permitting and environmental reviews.

**Federal Program Support-** Continuing support from key federal programs is needed to achieve the 2015 goals.  Federal programs should be coordinated with state agencies.
1.  As the National Research Council concluded (*Renewable Power Pathways, 2002*), given the enormous potential of the resource base, geothermal research by the US Department of Energy should be  increased, particularly into technologies that can reduce risk, reduce costs, or expand the accessible resource base.
2.  Better resource information is needed.  The USGS' new resource assessment and DOE's cost-shared drilling and exploration technology efforts should be priorities.
3.  The US Department of Energy's *GeoPowering the West* initiative should continue to support state and local governments, Indian Tribes, and others seeking to utilize the West's untapped geothermal resources.

8

BLM_0073419

## II.  Introduction

## A.  Introduction

The Geothermal Task Force of the Clean and Diversified Energy Initiative reviewed geothermal resources of the states in the Western Governors' Association region.  On July 25, 2005, two dozen members of the geothermal community met in Reno, Nevada, to assess the potential for commercial development of roughly 140 known geothermal sites.  The Task Force also estimated the economics of developing these sites for commercial power production for projects that could be on-line in a timeframe extending to 2015.  Finally, the Task Force compiled a profile of recommendations for interstate policy and regulatory frameworks to induce Western States' renewable energy development by 2015.  The options for policy and regulatory direction outlined in this report provide a rich opportunity to set a common, strategic energy development. In summary, the Geothermal Task Force offers these conclusions to the CDEAC and WGA:

> ➢ The Western States share a capacity of almost 13,000 megawatts of geothermal energy that can be developed on specific sites within a reasonable timeframe.  Of these, 5,600 megawatts are considered by the geothermal industry to be viable for commercial development within the next 10 years, i.e. by about 2015.  This is a commercially achievable capacity for new generation and does not include the much larger potential of unknown, undiscovered resources.
> ➢ The 5,600 MW is estimated to be developable at busbar costs in a range of levelized costs of energy (LCOE) of about 5.3 to 7.9 cents per kilowatt-hour (kWh).  This assumes commercial project financing conditions and the extension of a production tax credit (PTC) consistent with current federal energy law.  Lacking a PTC to catalyze renewable energy development, LCOE values would be 2.3 ¢/kWh higher.  (See graph on page 6)
> ➢ If actual future markets were to sustain costs up to 20 ¢/kWh, or the risk and cost of development reduced substantially, the Task Force estimates that known resources could support new capacity of about 13,000 MW.
> ➢ The Task Force recommends policy and regulatory initiatives that will (1) broadly strengthen and expand the renewable energy market; (2) facilitate timely leasing and permitting; (3) lead to the expansion of the transmission infrastructure; and (4) support key state and federal technology research to expand energy capacity.
> ➢ Geothermal power can be a major contributor to the power infrastructure and economic well-being of the Western States.  New geothermal power capacity of 5,600 MW could add nearly 10,000 jobs, and also generate about 36,000 person-years of construction and manufacturing business.  Geothermal power is a reliable, continuously available (24 hours per day – 7 days per week) baseload energy source that typically operates at 90 to 98 percent of the time.  Insulated from conventional fossil fuel market volatility, geothermal power supports energy price stability and boosts energy security because it is a domestic resource.  Geothermal power can help fulfill Renewable Portfolio Standards (RPS) that strive to diversify the states' and nation's energy supply.  Geothermal energy is a clean electricity source, discharging far less emissions, including greenhouse gases, than equivalent fossil-fueled generation.

BLM_0073420

## III. Cost Curve

### A. Cost Curve graphs

Figures III-1 and III-2 are, respectively, supply curves for a geothermal Base Case and Alternate Cases #1 and #2. These represent the economic analyses for geothermal generating power potential in the WGA region, addressing commercially attractive resources that could be developed during approximately the 10-year time frame to 2015. Data used to generate these curves are presented in Appendix A.

### Figure III-1

### Base Case Geothermal Supply Curve



**Supply Curve for Geothermal Power Generation**

**Base Case LCOE versus Cumulative Generating Capacity**
2005 real dollar basis

Base Case -- for Greenfield Capital Costs
> System (book) life of 25 years
> Grid interconnect point adjacent plant boundary
> Debt/equity ratio of 55% to 45%
> No learning curve improvement to overall development costs
> 9.8 % weighted average cost of capital
> No policy benefits, e.g. investment or production tax credits

10

‍‌‌‌

‌

‌‌

‌

**Figure III-2**
**Alternate Cases #1 and #2 Geothermal Supply Curves**



### B. Methodology

The geothermal task force applied an economic model developed by the WGA Quantitative Work Group (QWG). This model uses a profile of economic and physical parameters to predict the performance of business projects such as development programs for energy resources. The details of the method and how the geothermal task force applied it are described in Appendix A.

The QWG method uses discounted investment and operating cash flow to solve for annuitized lifecycle product costs -- i.e. the levelized cost of energy (LCOE), in year 2005 dollar values. This analysis estimates a future cost of developable geothermal power that compares directly to prices we experience today.

The QWG method applies a standardized profile of economic terms to calculate a Base Case LCOE result. The Base Case economic terms are not realistic for development of commercial geothermal power ventures, nor, for that matter, for the other energy technologies considered in the WGA Initiative.

### C. Description of Cost Curves

11

The geothermal supply curves in Figures III-1 and III-2 depict a Base Case and Alternate Cases #1 and #2. The meaning of the Base Case is summarized in the preceding section. The two Alternate Cases approximate real-world economic conditions that geothermal power development projects must address. The main difference between the Base Case and the two alternates is a reduction in the "book life" of the project from 25 years to 15 years, corresponding to the typical debt repayment term for financing such projects. Amortizing the debt capital over a shorter term better represents the geothermal industry as compared to a 25-year term, which would be more characteristic of large, public utility projects.

The Alternate Cases also use a different debt/equity ratio than the Base Case: i.e. 70/30 versus 55/45, respectively, expressed as percentages of total capital cost.

The Base Case and Alternate #1 both represent costs of energy with NO tax benefits applied. Alternate #2 includes the effect of a Production Tax Credit (PTC) to illustrate the impact of such policy options.

The Geothermal Task Force conducted a workshop to estimate very current capital and operating and maintenance (O&M) costs. The workshop produced estimates that apportion development prospects into three capital cost categories. This produces the step-function nature of the "curves," corresponding to three defined unit capital cost values: $3000/$3500/$4000 per kilowatt of installed capacity for all potential developable projects. Each curve has three overlapping cost bands that fade in the overlap zones. The shaded ends of the cost bands graphically depict uncertainty about where the quantities of capacity may actually fall on the cost curves. The shaded band sections anticipate the possible capacity distribution from low to high may be 1/3-1/3-1/3, or 1/4-1/2-1/4; many other schedules of cost distribution are possible. Notice also the height of the three cost bands in each figure. The height reflects a range of potential O&M costs of $0.018 to $0.026 per kWh. In combination the O&M uncertainty and the capacity uncertainty indicate the uncertainty in what total capacity may come in at a specific capital cost level. The O&M cost incorporates an ongoing wellfield construction cost for progressively replacing wells to keep the resource producing at power plant design capacity.

**D. Description of Alternative Cases**
The cases presented in this report apply specifically to "greenfield" project developments, with no allowance for a "learning curve." There could be two forms of learning curves. One form would reflect reduced LCOE results obtained through advances in technology, such as improvements in rates of drilling, reduced costs of construction materials for highly corrosive geothermal resource conditions, or improvements in the efficiency of power plant conversion of thermal energy to electrical power. A second form of learning curve might more appropriately be described as invoking economies of scale. For example, as geothermal resources are progressively developed to expand the extraction of thermal energy from the earth, it would be expected that marginal capacity would incur reduced unit costs per kilowatt installed. This reflects savings attainable because of support infrastructure previously constructed, and reduced unit O&M costs as staffing for an operating systems would be expected to grow less quickly than its capacity.

12

BLM_0073423

The WGA Geothermal Task Force anticipated that marginal costs under expansive system development as outlined here may fall in a range 10 to 15 percent less than the greenfield costs cited in Section II-C, preceding.

**E. Geothermal Development Timetable**
Because WGA has asked for predicted energy levels by 2015, one key question regarding renewable energy goals is "what is the lead time required to develop the operating projects"? For geothermal energy projects, as for other renewable technologies, the answer can be complicated. The initial elements that create the critical mass for a successful geothermal project development may be summarized as follows:

1. The potential geothermal resource has been identified and is under the control of the developer.
2. The developer has sufficient financial resources to initiate development.
3. Any unusual environmental, regulatory or permitting difficulties can be overcome.

If, the answer to all of the above questions is a clear yes, then the overall development timetable may reasonably be assumed as encompassing some 36 months. If the above assumptions prove difficult, long delays may extend this timeframe.

**The "Critical Mass"**
The development and financing of geothermal projects is not much different from the financing of other energy projects. First and foremost, it is about the allocation and management of risks among the parties, with a few notable exceptions. The assumptions relating to achieving the "critical Mass' are as follows:

**a) The Developer**
A key issue is the ability of the developer to assemble a committed team with the skills needed to develop and manage the geothermal field power plant effectively. The major operators in the geothermal industry have in-house talent including geologists, reservoir engineers, power plant engineers and other technical personnel, which they supplement with specialized consultants. Assembling and structuring this team is a process that at a minimum encompasses a six (6) to twelve (12) month process.

**b) Site Control**
Anyone who has drilled geothermal wells would agree that the geothermal resource is THE key to the success of a geothermal project. Among the resource issues that need to be addressed are:
1. Who owns the land? Most projects are developed on land that is leased either from the federal government (i.e., Bureau of Land Management) or private land owners.
2. Resource delineation: Most active geothermal prospects in play today have had some preliminary exploration performed in the past or have manifestations such as geological structures or hot springs.
3. Financial: In order to develop a financiable project the developer must obtain site control through a geothermal lease or a fee land purchase of the entire geothermal resource. This is to preclude competing interests from negatively impacting projects sharing a resource.

13

BLM_0073424

This site control may be as simple as acquiring an existing resource area from a private owner, or winning a competitive bid in a BLM auction of Known Geothermal Resource Areas (KGRAs). In both of those instances site control may be accomplished in a relatively short time period. If non-competitive BLM, or state lands, lease applications are the site acquisition mechanisms, then the period for processing including performing NEPA studies can stretch for years if not decades. Negotiating geothermal leases with a group of private landowners can also be a tedious time consuming process. In summary, site control should be a three (3) to twelve (12) month process.

**c) Permitting and Regulatory Issues**
This can be the most complicated of the initial issues. Rather than deal with all the possible problems relating to these issues, we should assume that an experienced consultant can define a roadmap for permitting a particular project (see section on Barriers and Impediments in Environmental Review and Permitting Processes). If this roadmap does not allow for the project to be developed over a nominal 36 month period, unless there are very special circumstances, it may not be practical to consider such project in the WGA CDEAC planning process. In particular a partial list of site conditions which would result in material project environmental and permitting delays are:

- The presence of Native American sacred sites or sensitive areas.
- The presence of an endangered species on critical portions of the site, however, these can usually be mitigated.
- The need to use wetlands areas for site access or construction, although these can usually be mitigated using wetland banks if available.
- A site with large existing residential areas in close proximity. It is important to be proactive with a community early in the process.

**d) A Developer with Access to Sufficient Capital Resources**
Experience shows that on average the development of a geothermal project, after site acquisition, takes three years from start to commercial operation. The developer needs the capital and the commitment to go through the exploration and resource delineation processes, which many times do not yield a project at all. This equity contribution, which is usually in the order of $3M to $5M, is pure risk capital, and is the most difficult and expensive to obtain. The developer either has these financial resources or may well expect to spend a long frustrating period raising these funds. For planning purposes we can assume a six (6) to twelve (12) month period.

**Project Execution**
The new geothermal projects that will be developed to meet the WGA goals will probably range in capacity from 5 MW to several hundred MW. However, the most likely project size will be in the 20 to 50 MW range with an estimated 36-month development timeframe.

**IV. Siting**

**A.      Map of the Resource**

14

BLM_0073425

These sites may be found in tabular format under table A.5.

## B.      The Siting Process

The Geothermal Energy Association (GEA) organized a workshop Reno, Nevada, on Monday July 25, 2005, in order to review existing resource potential and development cost estimates of known geothermal sites. The first objective of this initiative was to provide better information to the Western Governors' Association (WGA) Clean and Diversified Energy Initiative, notably by gathering data needed to build a geothermal supply curve. The workshop also aimed to gather ideas and identify options for the US-DOE Geothermal Program and the USGS to proceed to a more extensive review of the existing data and ensure their update on a regular basis.

*Resource Potential*

The morning session reviewed the resource capacity estimates of the geothermal resources located in the western states. The list of existing sites was based on the USGS Circular 790 (resources with T > 150 °C), EIA data and the recently published "New geothermal site identification and qualification" (GeothermEx-CEC, 2004).

The review process focused on the list to correctly identify valid sites and to review and assess the power potential for each site.

Two different values were sought:
- The first power capacity estimate corresponds to the incremental new power capacity that could be built at each site within the next 10 years for a price of power less or equal to 8 ¢/kWh (price of power excluding transmission costs and considering the availability of a 10 year Production Tax Credit or PTC).
- The second resource potential estimate investigated the power capacity that could be built at each site with the best currently available technology when price and timeframe constraints were relaxed. No timeframe limit was provided and the indicative power price limit was 20¢/kWh.[1]

Where little information was available about the resources, some sites were lumped together within a single power capacity estimate (e.g. "Cascade volcanoes" or "other Nevada sites", etc.).

*Site Location and Maps*

The resultant preliminary maps are provided below.

---

1 It is important to note that this second power capacity values correspond to either **(1)** sites that would need more than 10 years to be developed (even if power production cost could be lower than 8¢/kWh) and/or **(2)** sites that would need power price above 8 ¢/kWh (and up to 20¢/kWh) to be developed.

(suite of footnote 1) A great deal of uncertainty characterizes at least part of these estimates since little information is known about sites where minimal exploration had been completed. Sites where little information data is available were particularly affected by the 10 years timeframe constraint as venture capital needed to fund exploration activities is very difficult to attract (exploration investment is quite risky) and potential prospects may thus require a lot of time to come online. Given the time needed to develop a geothermal project *(time required to secure lease, to gather funds need for exploration and explore the site, to obtain permits and confirm the power potential of the resource)*, most projects considered developable within the next 10 years are already well-known resources.

15

BLM_0073426



A table corresponding to the sites with most individual resources identified, with capacities indicated is provided in Table A.5.

### C.   Transmission Issues—Specific Geothermal Needs

The environment is right for the development of both geothermal energy and transmission. As mentioned above there is a need to meet renewable portfolios; in many parts of the West there is a need for transmission project implementation. From the utility point of view there are a number of good transmission plans on the drawing boards (ISO, STEP, SWAT, NTAC, RMATS, and CCPG). The problem has been that in some parts of the West many of these plans have not been implemented because of price and operational uncertainties that exist between potential co-owners. We need something in place to *quickly* bridge the gap and get joint transmission projects built. We believe that support for integrated resource plans and support for PPIW initiative accomplishes this goal. Add on the socialized tax and incentive program and we have the foundation to build transmission for the geothermal resources.

There are characteristics of Geothermal energy resources that differentiate them from other renewable resources. These include but are not limited to:

- Dependable 24/7 resource
- Production life of over 30 years

16

BLM_0073427

- Requires firm transmission

Within the Western Interconnect, geothermal resources need *dedicated* transmission capacity - which generally means new construction to support their near 100% capacity factor.  If there were long-term capacities available on existing corridors then dedicated access to these corridors would be sought on a firm contract basis from the existing transmission providers; however, the existing transmission infrastructure does not support large-scale geothermal development.  Additionally large geothermal energy pockets are remotely located requiring major interconnection transmission development.  As the number of transmission stakeholders involved in new transmission projects increases (for both geothermal **and** other needs) the unit cost of transmission goes down for all. Significant economies of scale can be achieved if the geothermal plants and transmission are sized to their maximum capability.

In parts of the Western Interconnection, transmission construction has come to a virtual standstill.  The CAISO operates under its FERC approved tariff and does not offer price or operational certainty, which discourages joint participation projects in California and at its seams.  (Congestion charges, curtailments, possible rotating blackouts, and one year transmission bidding processes are all part of the ISO environment).   Public Power, which has over 40% of the transmission in the Western Interconnect, has developed very aggressive renewable portfolios.  Unfortunately many geothermal resources are currently unattainable – as previously identified there is minimal existing transmission today that can be used and the prospect of new joint projects (under existing rules in some areas of the Western Interconnect) is dim because of a lack of transmission with cost and operational certainty.  This has discouraged joint transmission projects not only with Public Power but also with other IOUs (outside the ISO) in the Western Interconnect. The PPIW initiative offers a resolution to the problem wherein the two different models (the financial model (of ISOs/RTOs) and the physical model of the other control areas) can coexist and yet, jointly build major transmission projects.  In addition the PPIW initiative promotes participation by others through the "Open Season" process in order that any of these projects could maximize the economies of scale.  It can easily be seen that the areas of the Western Interconnect where this would have the most positive effect would be those regions that interface with the ISO.  This initiative was sponsored by many Publics in the Western Grid, is supported by many other IOUs in the Western Grid, and is simple to implement.  Therefore implementation of this initiative and other similar cooperative initiatives would surely accelerate transmission projects in areas needing it most.

The WGA could establish a fee to support the cost of new transmission spread equitably across all states, parties and technologies on a capacity basis to support the costs of new transmission needed for geothermal and other clean and renewable technologies identified as a result of this process.

Joint ownership projects have played a vital role in the growth and development of many Southwest utilities, and the West in general, for over 50 years. The result is a highly integrated transmission and distribution system that has fostered extensive cooperation and coordination among owners.

## V. Benefits of Geothermal

17

BLM_0073428

The heat within the earth is a vast but largely untapped energy source. Just below the surface the temperature never deviates far from 55°F, but deeper beneath the surface temperatures are hot enough to make hot water or steam. There are three ways to use this heat from the earth: by generating electricity, through direct use applications, and by using a geothermal heat-pump. Only a small fraction of geothermal's true potential has been tapped. State policymakers should consider the following benefits of geothermal energy:

**Geothermal energy has the ability to:**
• provide reliable electricity at a stable price;
• help states diversify the mix of fuels they use to produce electricity;
• transfer the future fuel price risk from the consumer to the geothermal developer/operator;
• generate electricity in a manner that produces minimal environmental impacts and emissions;
• help states meet renewable portfolio standards;
• generate economic development opportunities, especially in rural areas;
• provide heat for agricultural, industrial and space heating applications;
• provide baseload power.

**Reliable Power**
One of the principal benefits of geothermal power plants is that they provide baseload power. Baseload power plants provide power all or most of the time and contrast with "peaker" plants which turn on or off as demand rises, or peaks, as dispatched. Geothermal plants contrast with other renewable energy resources like wind and solar energy that generate power intermittently, or hydro whose availability peaks seasonally. New geothermal plants in the United States are available to operate over 95% of the time.   Such high percentages make them compare favorably with fossil fuel and nuclear power plants and geothermal's additional benefits (outlined below) make geothermal a highly favorable option for energy production

Geothermal resources can provide power for many years. The Geysers geothermal field for example, which began commercial production in 1960 in Northern California, had the first domestic geothermal power plant. Nearly half a century later, the 21 power plants operating there generate power for approximately one million households in California. The key to successful long-term sustainable geothermal production lies in efficiently managing the resource. Technological advances—such as water injection, continue to be developed and allow developers to maximize resources and minimize drilling.

**Electricity at Stable Prices**
Using geothermal resources for power can help protect against volatile electricity prices. For any power plant, the price of the fuel used to generate power influences the price of the electricity produced; if the price of fuel is unpredictable, the price of electricity is unpredictable. Unlike traditional power plants that require fuel purchases, geothermal power plants secure their fuel supply before the plants begin operating by capitalizing the costs of the geothermal wells. This in essence transfers the future fuel cost risk from the consumer back to the geothermal project developer and subsequently to the project operator.

Since the price of geothermal resources will not change, it is possible to know what the price of electricity generated at a geothermal power plant will be over time. The price of electricity from

18

BLM_0073429

new geothermal power plants ranges from between $0.06 per kWh and $0.08 per kWh. Once capital costs for the projects are recovered, the cost of producing of power usually decreases. Fossil fuels have traditionally generated power for less, but the price of these fuels can suddenly increase to a level that is more expensive than geothermal electricity. For example, the price of natural gas is nearly three to five times what it was throughout the 1990s.

On a life-cycle cost basis, when all fuel costs and risks are considered, geothermal plants are a good investment.  The fuel costs for a geothermal power plant are not dependent upon fuel volatile markets. Electricity price from geothermal power plants is predictable and stable over the life of the project.

**Diversify Mix of Resources**
Renewable energy resources like geothermal can help states diversify the mix of fuels they rely on for power and heat and protect customers from price volatility.  In contrast, the price of other fuels may be volatile and difficult to predict accurately.  In addition, using domestic renewable resources can help states reduce the amount of fuel they import from nearby states or overseas.

**Clean Electricity**
*Air Emissions*
One of the most significant environmental benefits of geothermal energy is clean air, which translates into fewer respiratory health problems for the U.S. population.  Compared to conventional fossil fuel plants, geothermal facilities emit very small amounts of particulate matter, sulfur dioxide, carbon dioxide, and typically no nitrogen oxides.  Mercury and hydrogen sulfide emissions are typically minimal due to improvements in abatement technology.  When comparing an average coal plant to an average geothermal flash plant, the coal plant emits 24 times more carbon dioxide, about 11,000 times more sulfur dioxide, and 4,000 times more nitrous oxides per megawatt hour than a geothermal steam plant.  Lake County, downwind of the world's largest geothermal field known as "The Geysers," is the only air district in California that has been in compliance with all state and federal air quality standards for 17 years.

*Water Use*
In many areas of the country, especially the western United States, water resources need to be conserved.  Geothermal power plants use less freshwater resources than many other forms of electricity production.  For example, comparing two recent power plant applications in California, a new geothermal flash plant would use 5 gallons of freshwater per megawatt hour, while a new gas facility would use 361 gallons per megawatt hour.   Alternatively, a binary, air-cooled geothermal facility would consume no water.  Also, the fluids used to generate geothermal power are kept separate from drinking water and are continuously recycled through the geothermal system, so they are not depleted through geothermal use. (*A Guide to Geothermal Energy and the Environment*, Kagel *et al*, April 22, 2005, pages 43-47.)

*Other Environmental Benefits*
- **Minimal noise pollution:** Normal geothermal power plant operation typically produces less noise than the equivalent produced "near leaves rustling from breeze," according to common sound level standards, and thus is not considered an issue of concern.

19

- **Minimal land use**: Over 30 years, the period of time commonly used to compare the life cycle impacts from different power sources, a geothermal facility uses 404 square meters of land per gigawatt hour, while a coal facility uses 3632 square meters per gigawatt hour. (*A Guide to Geothermal Energy and the Environment*, Kagel et al, April 22, 2005, pages 48-55; Environmental Advantages to the Utilization of Geothermal Energy, Paul Brophy, *Renewable Energy*, Vol 10:2/3, Table 3, pp. 374; *Environmental Aspects of Geothermal Development*, Kevin L. Brown, International Geothermal Association, Pisa, Italy, May 1995, Page 13.)

**Meet Renewable Energy Standards**
Twenty states and the District of Columbia now have some sort of renewable portfolio standard (RPS) that requires power providers to supply a certain amount of their power from renewable resources by a specific year. In many of these states, electricity generated from geothermal can count toward meeting the standard.

**Economic Development Potential**
Using geothermal resources can provide economic development opportunities for states in the form of property taxes, royalty payments and jobs. Geothermal power plants are among the largest taxpayer in every county where they exist. The 21 geothermal power plants at the Geysers Geothermal Field in California can generate almost 1,000 MW of electricity and have been an important source of revenue and jobs for Lake and Sonoma counties for many years. These power plants employ approximately 425 people full-time plus an additional full-time equivalent contract work force of 225. In 2003, property tax payments to the two counties totaled more than $11 million.

Another revenue stream flows from royalties that developers pay in exchange for the right to tap resources on federal, state or private lands. These are similar to severance taxes that states charge for extracting fuels or minerals. In 2003, operations at The Geysers generated a total of $6.15 million in federal royalties and $4.1 million in royalties to the State of California. Local county governments share in both the federal and state royalties.

20

BLM_0073431



**Top Reasons Why the West Benefits From Geothermal Energy**

BLM_0073432

Geothermal energy is clean energy
- It is a statute-recognized renewable resource that qualifies in most states' Renewable Portfolio Standards (RPS)
- Geothermal plants produce minimal pollutant emissions compared to traditional fossil fuel plants, with some types of geothermal plants producing no air emissions at all
- Geothermal plants conserve freshwater resources
- Geothermal energy eliminates the mining, processing, and transporting required for producing electricity from fossil fuel sources
- Geothermal energy uses less land than other energy sources, according to the U.S. DOE

Geothermal energy provides diversity
- Geothermal resources do not present a fuel risk
- Geothermal helps to diversify the mix of fuels used to generated electricity, and can help meet RPS requirements
- Geothermal resources are scattered throughout the Western states (see map)
- As a local or regional resource that uses a renewable, reliable, and indigenous fuel source, geothermal offers security and does not rely upon unstable outside markets
- Geothermal energy reduces the need for customer fuel cost adjustments

There is a vast geothermal resource
- The heat beneath the earth is a tremendous, but largely untapped energy source
- Geothermal resources can deliver energy and power for decades
- The heat flows continuously from earth
- There are thousands of locations where geothermal resources are known to be developable throughout the West
- Many additional locations are yet to be found

Geothermal energy is reliable
- No intermittent resource with geothermal--it operates 24 hours per day, 7 days per week, 365 day per year
- Geothermal power plants provide steady and predictable baseload power
- Not dependent on out-of-state or out-of-country fuel

- Geothermal power plants operate at the highest capacity factors
- A geothermal power plant will use most of its reserved transmission capacity most of the peak hours. Other energy sources, e.g. wind, do not typically use the reserved transmission capacity reliably at peak hours.

Geothermal energy can stabilize prices
- New geothermal power plants generate electricity between 5 and 8 cents/kwh
- Because geothermal plants rely on a stable source of fuel, prices do not fluctuate like natural gas prices
- Once the capital costs have been recovered, the cost to produce geothermal power will decrease
- On a levelized basis, it is competitive with any new generation
- On a risk basis, it is competitive with any new generation
- On an environmental cost basis, it is competitive with any new generation

Geothermal Energy helps develop the economy
- In terms of economics, one acre of a geothermally heated greenhouse is comparable to a megawatt of power production
- It generates economic opportunities, especially in rural areas
- It provides heat for agricultural, industrial, and space heating applications
- Geothermal energy creates jobs
- Geothermal energy supports minority communities
- Geothermal power plants are often the largest taxpayer in the county where they are located
- The counties share in the royalties

Geothermal heat can be used directly
- It is an enabling technology, especially in times of high natural gas prices
- It provides heat for agricultural, industrial, and space heating applications
- Direct use applications create construction, operation, administrative, and maintenance jobs
- Direct uses applications use widespread lower temperature geothermal resources
- There are limitless clever direct use applications, from aquaculture to agriculture.

**Table V.1.  Comparative Air Emission Benefits of Geothermal vs. Coal**

22

| Emission | | Nitrogen oxide (NOx) | Sulfur Dioxide (SO₂)* | Particulate Matter (PM) | Carbon Dioxide (CO₂) |
|---|---|---|---|---|---|
| Sample Impacts | | lung irritation, coughing, smog formation, water quality deterioration | wheezing, chest tightness, respiratory illness, ecosystem damage | asthma, bronchitis, cancer, atmospheric deposition, visibility impairment | global warming produced by carbon dioxide increases sea level, flood risk, glacial melting |
| Geothermal Emissions (lb/MWh) | Binary | 0 | 0 | 0 | 0 |
| | Flash | 0 | 0.000215 | negligible | 60 |
| | Steam | 0.00104 | 0.35 | negligible | 88.8 |
| Coal emissions (lb/MWh) | | 4.31 | 10.39 | 2.23 | 2191 |
| Emissions Offset by Geothermal Use (per yr) | | 32 thousand tons | 78 thousand tons | 17 thousand tons | 16 million tons |

For more detailed information about the environmental aspects of geothermal energy, please access Geothermal Energy Association's (GEA's) *Guide to Geothermal Energy and the Environment*, available at  http://www.geo-energy.org/Facilities/Links/GeothermalGuide.pdf.

## Other Opportunities
*Direct Use*
In addition to generating electricity, the heat in geothermal fluids can be used directly for such purposes as growing flowers, raising fish and heating buildings. There are a number of basic types of direct use applications: aquaculture, greenhouses, industrial and agricultural processes, resorts and spas, space and district heating, and cooling. Generally, direct use projects use fluids with temperatures of between 70°F and 300°F. Direct use systems in the United States currently provide approximately 600 thermal megawatts of heat, enough to heat approximately 115,000 average homes. (The power from direct use systems is measured in megawatts of heat as opposed to power plants that measure power in megawatts of electricity.)  Some geothermal projects "cascade" geothermal energy by using the same resource for different purposes simultaneously such as heating and power. Cascading uses the resource more efficiently and may improve the economics of a project.

Four commercial greenhouses in southern New Mexico, which at times have employed up to 400 people, occupy more than 50 acres and use geothermal heat to grow plants.  In 2002, these projects generated nearly $23 million in sales and paid more than $6 million in payroll. A large greenhouse in rural Utah that grows flowers employs between 80 and 120 people at different times throughout the year.

*Opportunities to Use Geothermal Resources to Improve Energy Efficiency*
Like many natural resources, there is no end to the number of clever things that can be done with geothermal energy.  There is a danger, therefore, of neglecting other potentially significant

23

BLM_0073434

opportunities, perhaps with as great of potential to that of geothermal generation. Although these are not directly related to the electric utility sector, they contribute to energy efficiency and need to be considered if the overall strategy is to be both comprehensive and adaptive. As the thermal market is dependent on natural gas and other fuels, geothermal resources offer potentially large energy and economic advantages.

*Geothermal Heat Pumps*
Another opportunity is offered by ground source heat pumps, taking advantage of the fact that subsurface temperatures at very shallow depths remain relatively constant year-round. Using closed-loop piping systems buried beneath the earth, these systems can be used almost anywhere to reduce heating costs in winter and cooling costs in summer.

The geothermal heat pump is a highly efficient renewable energy technology that is gaining wide acceptance for both residential and commercial buildings. Geothermal heat pumps are used for space heating and cooling, as well as water heating. Its great advantage is that it works by concentrating naturally existing heat, rather than by producing heat through combustion of fossil fuels.

The technology relies on the fact that the Earth (beneath the surface) remains at a relatively constant temperature throughout the year, warmer than the air above it during the winter and cooler in the summer, very much like a cave. The geothermal heat pump takes advantage of this by transferring heat stored in the Earth or in ground water into a building during the winter, and transferring it out of the building and back into the ground during the summer. The ground, in other words, acts as a heat source in winter and a heat sink in summer.

*Engineered Geothermal systems*
Engineered geothermal systems (EGS) are reservoirs created to produce energy from geothermal resources deficient in economical amounts of water and/or permeability. Enhanced geothermal technology will increase the productivity and lifetime of those reservoirs. The U.S. Department of Energy (DOE) estimates that the application of enhanced geothermal technology can significantly expand the extent and amount of geothermal resources used in the West.

*Using Oil and Gas Infrastructure to Enhance Geothermal Resources and Vice Versa*
Nearly 2/3 of all oil discovered in the U.S. is still in place. With conventional technology, that is all we can extract from most oil fields and still make a profit. Also, the cost of electricity to operate oil fields is the most important factor determining the economic life of those fields. New technologies, such as enhanced oil recovery techniques and drilling microholes with less expensive rigs, can be combined with measures to reduce electrical costs, like utilizing renewable resources (wind, solar, and geothermal), to significantly increase the percentage of oil recovered and proportionately reduce the need for foreign oil. These advances must be tested under real world conditions before they will be adopted by a risk-averse oil industry.

A company has been recently formed to pursue its patented idea for converting nearly-depleted oil and gas fields into geothermal assets using several proven technologies in unique combination. Initially, solar energy is transferred as heat to aging oil and gas reservoirs in a pattern designed to increase the recovery of remaining oil and gas, at the same time building up

24

BLM_0073435

the heat content of the reservoir. Ultimately, the banked solar energy would be extracted utilizing naturally occurring brines to drive geothermal power plants and local heating systems.

The cost of drilling to develop geothermal resources is often the most decisive factor in determining the economic viability of proposed geothermal power plants. Yet the thousands of oil and gas wells that are typically drilled to even greater depths (accessing even hotter zones) have scarcely been considered for use in geothermal systems. If only 5% of the 600,000 wells that have been drilled in Texas could be used for geothermal extraction, that would mean 30,000 wells available for electrical power generation. As a conservative estimate, if each well had an average production of 2 megawatts, we could have as much as 60,000 megawatts of electrical power generated out of Texas alone. This potential applies as well to the deep sedimentary basins of the western U.S.

**Taking Care of the West's Vast Rural Areas**
 In the west most of the territory is rural. These rural areas not only have significant political clout but are also the areas where the most significant increases in population, and therefore in energy services, are anticipated.  Geothermal energy resources are widely distributed across the West and can serve as sustainable economic drivers for rural communities.  Powerplants can provide lasting local income and jobs, direct use applications can support schools, farms and business, and geothermal heat pumps can provide economical heating and cooling.  When rural economic development are also recognized, the benefits to the Western States of geothermal energy are even greater

**VI. Barriers and Policy Recommendations**

This section is divided up into four parts:  the first addresses federal issues; the second state and local issues; the third transmission-related issues; and finally, issues related to direct use.  The Task Force believes that Governors can play an important role at each of these levels to make geothermal an important part of the western states' energy portfolio.

*Introduction*
This area reviews key issues that affect geothermal development, both benefits and barriers, and how the barriers might be addressed through federal or state legislation, memorandums of understanding (MOUs), regulation, or policy recommendations.  Additionally, the National Geothermal Collaborative (NGC) recently published a document entitled "Geothermal Outreach Principles and Comment Analysis Report" that reviewed 8 geothermal projects around the West and found that the same concerns are raised by the public and regulatory agencies regardless of where the project is located -- whether in a forest or desert, a rural area or near a community. Similarly, a survey the Geothermal Energy Association (GEA) distributed to geothermal developers across a number of states found that many barriers are rated as most significant regardless of location.  These concerns and the mitigation measures that are known to work are addressed in this report as well as actions the WGA could take to meet their goal of expanding geothermal development by 2015.  Some of the recommendations are state specific while some involve the federal government, as many of the known geothermal resources are located on federal lands.  Fortunately there are other reviews of federal laws and regulations currently in process that may link well with the task force recommendations outlined in this report.

25

BLM_0073436

Additionally, the recent passage of the Energy Bill provided much needed incentives and directives for geothermal energy.

## A. Federal Issues

The federal government needs to be a major partner in achieving the energy goals of the west, and it policies and programs need to support expanded use of the region's geothermal resources. Here is a quick summary of recommendations related to the Congress and federal agencies, followed by a more extensive discussion of each.

### Key Recommendations:

- The Governors should urge Congress to extend the placed in service date for the Production Tax Credit to December 31, 2015 and provide more flexibility in meeting the deadline for technologies that have longer construction times. They should also urge Congress to extend the deadline for issuance of new "Clean Renewable Energy Bonds" in a similar manner.

- The WGA should urge the Department of the Interior to expeditiously implement recent changes to the Geothermal Steam Act and implement BLM's new Strategic Plan. BLM efforts are central to the federal government's role in geothermal development, and the Department needs to recognize this in setting priorities and budgets.

- WGA should support the work of the National Task Force on Improving NEPA, and otherwise support and pursue improvements in federal processing that reduce cost, reduce delays, and ensure timely decisions without substantive changes to the environmental protections sought by underlying laws.

- The Governors should support strong, continuing geothermal research and outreach efforts by the Department of Energy. In addition, WGA should ask the Secretary of Energy to expand DOE's support for exploration and exploratory drilling and examine whether existing federal loan guarantee authority in law can be used to supplement these activities to reduce risk and encourage development in new resource areas

- The WGA should urge the Administration and Congress to review Executive Orders established by the Clinton administration, (EO 13007 and 12898), and the underlying law to improve its administration and seek to facilitate resolution of conflicts and provide direction on how to balance competing values when there are irreconcilable differences.

### Issue: the Energy Policy Act of 2005 Fell Short of What is Needed

The Energy Policy Act of 2005, HR 6, builds upon the amendments Congress made last year in the FISC-ETI bill to extend the Production Tax Credit and improve its equitable treatment of all renewable technologies. The legislation expands the renewable technologies covered to include incremental hydropower, and expands the credit period from five to the full ten years for all

26

technologies.  As a result, the federal production tax credit is poised to be a significant incentive for new geothermal power production.

However, while the Western Governors supported a longer extension, HR 6 only extends the "placed in service date" for geothermal and other renewable technologies by two years.  This gives developers 29 months to have their facilities on-line.   Only new power plants placed in service by December 31, 2007 will qualify for the PTC under this bill.

HR 6 takes major new strides in providing cooperatives and public power new reasons to invest in renewable power technologies.  Cooperatives and public power entities provide significant electric services in the West, so these new provisions will greatly assist in achieving the CEDEAC goals.

First, the new law provides pass through of Section 45 for cooperatives, allowing eligible cooperatives to elect to pass any portion of the renewable electricity production credit to their patrons. An eligible cooperative is defined as a cooperative organization that is owned more than 50 percent by agricultural producers or entities owned by agricultural producers.

Second, HR 6 creates new Clean Renewable Energy Bonds ("CREBs").  CREBs are defined as bonds issued by qualified issuer if, in addition to other requirements, 95 percent of proceeds are used to finance capital expenditures incurred for facilities qualifying for tax credit under section 45. Qualified issuers include governmental bodies (including Indian tribal governments) and mutual or cooperative electric companies. This provision is effective for bonds issued after December 31, 2005 and before December 31, 2007 and is limited to a total of $800 million.

These are very significant provisions, and together they will lead to an expansion in new renewable power development in the West.  Congress should be applauded for including these important renewable energy tax incentives in the Energy Policy Act of 2005.

However, the West still needs a long term federal policy to encourage new renewable energy development.  For both the Section 45 credits and the new clean energy bonds, Congress has limited them to facilities placed in service (or bonds issued) in the next two years.  Other technologies, such as clean coal and new nuclear power, are provided much longer timeframes. While this may be due to the expectation that clean coal and nuclear power plants will take longer to build, renewable technologies also need and deserve policies with duration of more than two years.  The limited horizon Congress has provided for its renewable energy incentives will hamper their ability to contribute to meeting the CEDEAC goals and create substantial uncertainty for investors, utilities and the Western States.

It's important to recognize that for all renewable projects, initial siting and permitting can take several years.  Once this is completed, construction can take from less than a year for a wind or solar facility to three to five years for a geothermal or biomass plant.  Thus, even in the best cases -- where all permits are in hand today -- geothermal and biomass developers will have a very limited time to take advantage of the PTC without facing unacceptable risks.

27

BLM_0073438

Recommendation:  The Western Governors recognized the need for longer-term policies when they urged Congress to adopt an extension of the Production Tax Credit of at least five years. This would have provided the time-horizon needed to stimulate investment in the full range of renewable technologies and bring many new projects on-line.  The federal tax incentives are an important complement to on-going state level initiatives to promote new renewable technologies, such as renewable portfolio standards.  Together they will provide the policy basis needed to ensure vigorous growth in these industries, but this policy foundation is incomplete.

WGA should urge Congress to address this shortcoming as a high priority, either in legislative opportunities still coming up in this Session or in future Sessions.  In the remaining months of this Session of Congress, the Budget Reconciliation package and other tax bills could provide an opportunity to extend the PTC deadline or to modify its strict treatment of placed in service. While HR 6 made great progress, without these changes many of the renewable projects that WGA's CEDEAC process is examining would suffer.

Congress should address the critical need for a long-term federal policy to encourage new renewable power development.  It should make the Section 45 tax credit permanent or extend the placed in service date to 2015.  Congress should also consider modifying its approach to placed in service for technologies that have longer lead times and construction periods.  We would urge Congress to consider allowing such facilities to qualify for the PTC once they have secured a power sales contract and have begun construction.  At this stage, projects have cleared all of the major hurdles and reached the point where developers must make the most significant financial commitment.  To ensure that developers proceed to completion with all diligence, Congress could require that construction be completed within a reasonable period of time say two or three years.

**Issue: Federal Agencies Represent Major Barriers (results from GEA survey)**

Geothermal Energy Association (GEA), the trade group for the geothermal industry, distributed a survey in 2005 to new developers and other geothermal industry members assessing the significance of a range of barriers to geothermal energy production.  The following are some key results from that survey:

- *Of the more than 60 barriers listed in the GEA survey, the Bureau of Land Management was rated as one of the most significant barriers, often due to lack of adequate funding and staff.*
- *Of the eight barrier categories listed in the GEA survey, "Procedures and Decisions of Federal Agencies" was rated second most often as one of the top three barriers (after financing).*
- *Respondents to the GEA survey reported up to 25 years of delays, often due to a backlog of leasing and permitting applications and drawn out environmental reviews.  In addition, they rated "Lack of clear administrative procedures" as one of the most significant barriers.*
- *"Lack of clear timeframes" was rated one of the most significant barriers in the GEA survey.*

28

BLM_0073439

- *Two barriers rated most significant, according to the GEA survey, were "Lack of coordination between state & federal policies" and "Lack of coordination among federal agencies." See enclosed chart of existing MOU between the BLM and USFS.*
- *"Obtaining permits" was rated as one of the most significant barriers for geothermal developers, according to the GEA survey. (See chart developed by BLM)*

The results of this survey simply reconfirm other studies conducted by NREL and others of the problems that developers face on federal public land.  It should be noted that many of the barriers identified in GEA's survey have been addressed or identified as priority actions in BLM's Geothermal Strategic Plan.  As previously mentioned, BLM has processed more than 200 geothermal lease applications over the past 5 years.  Land use planning on BLM and Forest Services lands remains the single biggest barrier to processing leases.  BLM and the Forest Service are using available resources to prioritize and amend land use plans to enable geothermal leasing, but these resources need to be sustained and a timeline compatible with the 2015 target established.

<u>Recommendations:</u>  When the Geothermal Steam Act Amendments of 2005 and the BLM 2005 Strategic Plan are fully implemented some of these recommendations will have been addressed.  However, timely implementation is critical to their success and support of geothermal development to meet the WGA's goals.

Therefore, as a first order of business, the Department of the Interior should work to expeditiously implement the changes to the Geothermal Steam Act and implement BLM's new Strategic Plan.  BLM efforts are central to the federal government's role in geothermal development, and the Department needs to recognize this in setting priorities and budgets.

In addition, we recommend that the Department consider undertaking the following specific actions, in cooperation with the Western states:

- Establish federal and state "SWAT" teams to perform the environmental reviews and to ensure that all permits from respective agencies are issued in a specific time frame for geothermal projects.  Identify one lead federal agency for NEPA (i.e. BLM) and one state agency (i.e. CDOGGR in California for CEQA) to facilitate a coordinated yet thorough review process.  These SWAT teams should be given decision authority and should be held accountable for their actions, through, for example, reporting their progress on pending applications to either Congress or the Governors' respectively. Funding provided to the BLM through the Geothermal Steam Act (GSA) Amendments of 2005 can finance a program such as this allows the Department of Interior to transfer funds to the US Forest Service for geothermal related actions.  The BLM royalties that go back to states with geothermal could be used to facilitate the states' staffing needs for this type of directive.   Under the GSA 50% of the BLM royalties go back to the state of origin.

- Establish federal and state statutory timelines for completion of environmental reviews and permitting of no longer than 4 months for an exploration project (if it's not already Categorically Exempt) and 12-months for a power plant project once a complete application is received.  Require strict adherence to the timeframes established for public

BLM_0073440

review of an environmental document or permit, for example 45-days for a draft EIS. Scoping of projects need to be as thorough as possible to facilitate these timelines and the agencies must take control of the process throughout the entire review.  Implement Executive Order 13212 signed by President Bush on May 18, 2001.  These statutory timelines could be recommended to Congress by the National Task Force on improving NEPA.

- Establish procedures to expedite or limit administrative appeals and judicial review of agency decisions.  Templates for this type of review are contained in the Healthy Forest Restoration Act and the Warren Alquist Act in California among others.

- Insure implementation of the MOU between the USFS and BLM for coordination on federal lands as outlined in the Steam Act Amendments of 2005 (HR 6). If necessary, include other federal agencies in order to facilitate the SWAT team process and recommended timelines.  This MOU is also required to set forth administrative procedures for lease processing which will reduce the backlog of least applications by 90% within five years.

- Simplify permitting for geothermal drilling rig engines (off-road engines) as a portable source allowing flexibility to move rigs as needed for this temporary operation.

- Prepare a Programmatic Agreement for Section 106 under the National Historic Preservation Act to address all geothermal energy resources in the United States. Assume a possible effect and require appropriate mitigation measures to avoid cultural resources.

- If a federal land management agency's land use plan is in conflict with possible geothermal leasing or utilization, allow any amendments to the plan to be addressed in the NEPA document for the project.

- As required by the BLM Strategic Plan (June 2005), update and prioritize operations that are considered Categorically Exempt under NEPA.  This should also be completed in California under CEQA.  Geothermal exploration projects, including well testing operations (up to and including full size well exploration projects), should be categorically exempt from NEPA and CEQA.

**Issue: NEPA Review on Federal Lands**
There is a lengthy, costly, and complicated maze to develop any resource, including geothermal, located on federal lands.  Depending upon which agency is the landowner-- the US Forest Service, Bureau of Land Management (BLM), military or a combination-- the agency must perform an environmental review under the National Environmental Policy Act (NEPA).  These agencies then interact or consult with other agencies that may have oversight given a specific issue of concern. For example, it may be necessary to consult with the US Fish and Wildlife Service (USFWS) if a federal listed endangered or threatened species has habitat or may live in the project area (Section 7 Consultation).   Suffice it to say, there is a lack of a defined method for coordination between the federal agencies, even those within the same agency. For example,

30

the directives and objectives of agencies within the Department of Interior, including the BLM and the USFWS, differ. The BLM is to manage and utilize resources, whereas the USFWS's directive is protection. Additionally, the federal land management agencies such as the USFS and BLM have different regulations and procedures for implementing NEPA. Their land management plans may also differ as to priorities in the management of resources. All the clean and diversified resources need to be identified in all the agency management plans to facilitate development; however, these land management plans can take years to update as they also are reviewed under NEPA.

There has recently been established by the House Resources Committee a National Task Force on improving NEPA. It is chaired by Congressman Cathy McMorris from Washington State and Ranking member Tom Udall from New Mexico. They held their first public meeting in Spokane on April 23 to collect information on how NEPA has been implemented and is working in the Pacific Northwest. The question of this task force is "Is NEPA meeting the original intent of the law passed in 1969?" Although the timeline of the task force may not meet with the timeline of the recommendations of the WGA, it is very possible that many of the recommendations will align not only with the Geothermal Task Force but also with those from other Task Forces.

Recommendation: The WGA should support the work of the National Task Force on Improving NEPA, and otherwise support and pursue improvements in federal processing that reduce cost, reduce delays, and ensure timely decisions without substantive changes to the environmental protections sought by underlying laws.

**Issue: Research Needed To Achieve Full Potential of Geothermal Resources**
The analysis supporting this report indicates that there are substantial geothermal resources which have been specifically identified in the West. In addition, it is expected that even more resource potential remains undiscovered. But, the cost and risk of current development preclude utilization of this vast resource. The federal government has taken the lead in supporting development of new technologies for exploration, resource verification, drilling, efficient production and utilization, and advanced concepts like enhanced geothermal systems and its support for these efforts is critical to the future of geothermal energy use in the West. The Department of Energy has also coordinated its efforts with state activities, and made significant outreach through its Geopowering the West initiative. These programs need to be continued, and expanded to address key needs particularly in resource identification and confirmation.

Recommendation: The Governors should support a strong, continuing geothermal research effort at the Department of Energy that addresses the full range of technical problems encountered in achieving full production from the identified and undiscovered resources in the West. They should also support continuation of advanced technology programs and outreach through GeoPowering the West. In addition, WGA should ask the Secretary of Energy to expand DOE's geothermal program in critical areas, particularly the identification and development of new resources. WGA should urge the Department to expand its support for exploration and exploratory drilling and examine whether existing federal loan guarantee authority in law can be used to supplement these activities to reduce risk and encourage development of new resource areas.

31

BLM_0073442

**Issue: Need for Combined Technology Research**

The best forecasting and planning is often overcome by unforeseen developments. Historically, technology development has proceeded independently in each energy resource area. However, for the first time in our history, predominantly used fossil fuels face increasingly severe shortages and environmental limitations, creating the necessity for integration of all our resources into energy portfolios. Potential advances from combining technologies may be significant, changing our thinking about how best to proceed.

Recommendation. It is recommended that the WGA actively support research into promising new geothermal technologies and combinations of energy technologies, particularly those that may enhance a transition from increasingly limited fossil fuel resources to clean renewable resources.

Also, DOE should expand its efforts use oil and gas infrastructure to enhance geothermal resources and vice versa. Nearly 2/3 of all oil discovered in the U.S. is still in place. With conventional technology, that is all we can extract from most oil fields and still make a profit. Also, the cost of electricity to operate oil fields is the most important factor determining the economic life of those fields. New technologies, such as enhanced oil recovery techniques and drilling microholes with less expensive rigs, can be combined with measures to reduce electrical costs, like utilizing renewable resources (wind, solar, and geothermal), to significantly increase the percentage of oil recovered and proportionately reduce the need for foreign oil. These advances must be tested under real world conditions before they will be adopted by a risk-averse oil industry.

The cost of drilling to develop geothermal resources is often the most decisive factor in determining the economic viability of proposed geothermal power plants. Yet the thousands of oil and gas wells that are typically drilled to even greater depths (accessing even hotter zones) have scarcely been considered for use in geothermal systems. If only 5% of the 600,000 wells that have been drilled in Texas could be used for geothermal extraction, that would mean 30,000 wells available for electrical power generation. As a conservative estimate, if each well had an average production of 2 megawatts, we could have as much as 60,000 megawatts of electrical power generated out of Texas alone. This potential applies as well to the deep sedimentary basins of the western U.S.

**Issue: Recognize Energy Development as Rural Economic Development in the West's**

Because of where the bulk of the population is located, much of our current thinking derives from energy developments in the eastern U. S. We need to be careful in applying that thinking to the west. For example, in the east the population is concentrated in large urban areas with relatively little rural country in between. In the west, much more of the territory is rural. These rural areas not only have significant political clout but are also the areas where the most significant increases in population, and therefore in energy services, are anticipated.

Recommendation: It is recommended that the WGA not simply focus on solving our problems in urban areas but, consistent with our extensive rural areas, promote energy development policies that balance urban and rural needs. A sound western strategy may differ from eastern strategies.

32

For example, the U.S. Department of Energy, through its Geothermal Technologies Program (GTP), is seeking to replace diesel generators in use at a remote location in Alaska that currently consume over 125,000 gallons of diesel fuel annually for power generation by using domestic geothermal resources from local hot springs. DOE has teamed with an industrial partner and the Chena Hot Springs Resort (CHSR) to validate that a power plant can be installed for $1000/kW rather than the >$2500/kW current average plant cost, and that the operating and maintenance costs will be <1 ¢/kWh, thereby demonstrating the feasibility of generating power at less than 5 ¢/kWh from a very low temperature geothermal resource.

**Issue: Process and Assumptions for Addressing Cultural Concerns Need Revision**

It is very likely that every geothermal hot spring in this country has been used by Indian Tribes and is considered sacred. The Section 106 consultation under the National Historic Preservation Act can creates significant delays and controversy, while not necessarily providing new information on the hot spring or area and not facilitating resolution of all tangible issues. It may be impossible to completely mitigate perceived concerns on the effect the development of the geothermal resource may have on the surface features or spirituality of the area, but the law and its regulations provide little guidance on how to balance historic or cultural needs with national energy, security or environmental priorities.

Recommendation: The WGA should urge the Administration and Congress to review Executive Orders established by the Clinton administration, (EO 13007 and 12898), and the underlying law to improve its administration and seek to facilitate resolution of conflicts and provide direction on how to balance competing values when there are irreconcilable differences.

**B. State and Local Issues**

*State Policy Options for Promoting Geothermal Energy*
This section focuses on policies that the Western Governors can use to encourage the development of geothermal energy for electric generation. This document is divided into two sections. The first section features a brief description of 13 policy options the governors could support to expand geothermal development in their own states. The second section is a graphic representation of these same policies and features some pros and cons associated with each. For further details on state renewable energy policies visit the National Geothermal Collaborative at www.geocollaborative.org and the Database of State Incentives for Renewable Energy at www.dsireusa.org.

**State Policy Options**
This section includes a list and a brief description of various renewable energy policy options governors can support in their own states and is divided into economic incentives and regulatory mechanisms.

| Economic Incentives | Regulatory Mechanisms |
| --- | --- |
| Grants and Loans | Renewable Portfolio Standards |
| Property Tax Incentives | Green Pricing Programs |
| Sales Tax Incentives | State Renewable Purchases |

33

| Investment Tax Credits | Disclosure & Certification Programs |
| System Benefit Charges | Interconnection Requirements |
| State Production Tax Credits | Transmission Policy |
| Royalty Payments | Integrated Resource Planning |

## Economic Incentives
### *Grants and Loans*
States have grant programs to support renewable energy in the commercial, industrial and government sectors and for schools and utilities. Some programs focus on research and development, but most aim to encourage the purchase and installation of equipment. Programs vary in the amount offered—from a few hundred dollars up to $1 million — and some states set no limit. Twenty-two states, including Kansas, New Mexico, Oregon and Wyoming, offer grants like these.

It also is possible for states to provide a loan guarantee on financing for renewable energy projects. Banks and lending institutions that have no experience financing such projects may be hesitant to do so. However, if a state were to guarantee a loan, it could facilitate renewable energy development by decreasing the risk for the lender and helping projects gain easier access to capital. Eighteen states, including Alaska, Idaho, Montana, Nebraska and Oregon, have loan programs such as these.

The California Energy Commission's Geothermal Program promotes geothermal energy in the state by extending financial and technical assistance to public entities for planning, project impact mitigation, and direct use projects. It also provides financial assistance to private entities for research, development, mitigation and commercialization projects. The funding comes from royalties that developers pay the federal government tied to geothermal energy production on federal leases in California. Typically, this program provides grants and loans each fiscal year.

### *Property Tax Incentives*
Property tax incentives usually come in the form of exemptions, exclusions and credits. Many tax exemptions are structured so that any additional value that a device adds to the property is not included in the value of the property for taxation purposes. Because property tax is collected locally, some states give local authorities the option of providing special property tax incentives or exemptions to lure project developers. Twenty-five states, including California, Kansas, Montana, North Dakota, Nevada, Oregon, South Dakota, and Texas, either have property tax exemptions or allow localities the option to exempt renewable energy systems from property tax.

### *Sales Tax Incentives*
Sales tax incentives usually exempt equipment and labor used to construct a renewable energy facility from the state or local sales taxes. These exemptions can save developers money especially on critical upfront capital expenditures; although property tax incentives usually produce greater savings over the life of the project. This incentive is available in 17 states including Arizona, Idaho, North Dakota, New Mexico, Nevada, Utah, Washington and Wyoming.

### *Investment Tax Credits/Corporate Tax Incentives*

34

State investment tax credits can help encourage investment in renewable technologies that are typically more expensive than conventional technologies. The federal government offers a ten percent tax credit for businesses that invest in equipment used to produce, distribute or use geothermal energy. Corporate tax incentives allow corporations to receive credits or deductions ranging from 10% to 35% against the cost of renewable energy equipment or installation costs In some cases, the incentive decreases over time. Some states allow the tax credit only if a corporation has invested a specific amount into a given renewable energy project. In most cases, there is no maximum limit imposed on the amount of the deductible or credit. Fifteen states, including California, Hawaii, Montana, New Mexico, North Dakota, Oklahoma, Oregon, Texas and Utah, feature this incentive.

### System Benefit Funds
States use system benefit charges (also known as public benefit funds) to support renewable energy, energy efficiency and energy assistance programs. These funds are collected through a consumption-based charge (typically a fraction of a cent per kWh) that all electricity customers pay. States use them in a variety of ways, including identifying their domestic renewable resources; for rebates to customers who purchase renewable energy systems; or for energy education programs. A few states now allow certain non-governmental organizations that specialize in energy programs to administer the funds. Fifteen states have such funds including Arizona, California, Montana and Oregon.

### State Production Tax Credits
This option provides a tax credit (usually around 1 cent per kWh) for electricity generated from renewable resources. This is essentially a state version of the federal production tax credit. Such production-based incentives are useful not only because they reduce the price of electricity from renewable sources, but especially because they encourage developers to actually generate electricity rather than just install equipment. This is useful only in states that assess property tax. Also, a state production tax credit may offset some value associated with the federal production tax credit. Maryland, Minnesota, New Mexico and Oklahoma offer production tax credits.

### Royalty Payments
Developers generally pay royalties to state, tribal or federal governments based on a percentage of their revenue that comes from using geothermal resources on leased land. For geothermal projects on federal lands, the federal government collects a royalty of 3% of the gross revenues from electricity sales at geothermal power plants. (For the first 10 years the royalty is assessed at 1.5%.) Of this amount, 25% goes to the county and 50% to the state. The remaining 25% goes to the Bureau of Land Management who uses it to facilitate geothermal leasing on federal lands. The federal model serves as an example of how states could assess royalties for geothermal projects located on state lands.

### Regulatory Mechanisms
### Renewable Portfolio Standards (RPS)
This policy requires electricity providers in a state to ensure that a specific percentage of the total power they sell comes from renewable resources. A carefully crafted RPS can be an effective way to greatly expand the use of renewable energy. Nineteen states have some form of RPS and nearly a dozen more have considered them in recent legislative sessions. Table 2 lists the states

35

BLM_0073446

that have an RPS and the amount of renewable energy that the policy requires.
**Note:** The following Western states explicitly include geothermal in their RPS: California, Colorado, Hawaii, Montana, New Mexico, Nevada and Texas.

Just as each state's energy situation is unique, so is each RPS policy. States can craft these policies to encourage development of the resources they choose. The standards in Arizona and Nevada are written to encourage solar power. Similarly, states with strong geothermal resources can structure their RPS to encourage geothermal development. Although an RPS can boost the development of renewable resources, this policy alone does not address other impediments to geothermal development such as the siting and permitting of projects or issues regarding transmission lines.

**Figure VI.2.  States With Renewable Portfolio Standards**



*Minimum requirement and/or increased credit for solar
¹ PA: 8% Tier I, 10% Tier II (includes non-renewable sources)

**Table VI.2.** Advantages and Disadvantages of RPS Policies

| Advantages | Disadvantages |
|---|---|
| Can create a market by ensuring that there are buyers and sellers for the power. | Complex and difficult to design. |
| Can be applied in regulated and competitive energy markets. | Exact cost cannot be determined in advance but can be limited. |
| Can give incentives to specific resources, depending on the state's priorities. | The RPS is a mandate. |
| Relatively low administrative cost to the state. | Fairly new policy and experience is limited. |

*Source: The National Conference of State Legislatures, 2004. For more detailed information on state renewable portfolio standards see the report "Evaluating State Renewable Portfolio Standards" at www.geocollaborative.org/publications.*

### Green Pricing Programs

Through green pricing programs, power providers offer a menu of different renewable—or "green"— products to customers. An example would be a program that allows customers to

36

support renewable technologies by purchasing 100 kWh blocks of electricity generated from renewable resources for $2 to $3 per month. The utility itself can administer and market these programs to customers or it could contract with another company that specializes in providing these marketing services. Thirty-two states have regulated green power programs that are available to customers through utilities.  However, anyone can support green power through buying renewable energy certificates through a retail provider.

*State Renewables Purchases*
State government can elect to purchase a certain amount of its energy from renewable sources for use in state-owned facilities. Since state agencies are significant energy users, this commitment can help support the renewables market in the state; it also gives the government an opportunity to be a model for other power customers. Individual large cities like Seattle and Chicago also participate in these programs. These purchases can be made through existing utility green pricing programs or, in some cases, through negotiation with the power supplier.  Nine states in the eastern United States have committed to purchasing a renewable energy.  Several large municipalities in the west purchase renewables this way but not any western states.

*Disclosure and Certification Programs*
These programs require electricity retailers to display on a customer's bill the mix of fuel sources that are used to generate electricity. The aim is to provide a sort of "truth in advertising" for electricity retailers. Polls have shown that consumers want more of their power to come from renewable sources and that many will pay a premium.  Demand for green power may increase as more customers see the actual amount of energy that is generated from non-renewable sources. This effort is under way in 25 states including Arizona, California, Colorado, Montana, Nevada, Oregon, Texas and Washington.

*Interconnection Requirements*
Geothermal developers typically must connect their power plants to the existing network of power transmission lines to get their product to market. In most cases, the allocation of the associated interconnection costs is determined in accordance with Federal Energy Regulatory Commission requirements. In some limited situations, state policymakers also regulate interconnection to the power grid.

*Transmission*
The many challenges associated with siting, permitting and paying for power lines can hinder the development of renewable energy in many states. Many of the nation's best renewable resources are located in remote areas; using them often requires building new lines to deliver the power to customers. States can examine their laws governing how transmission lines are sited and financed in order to determine if these processes impede renewable energy development. Kansas recently passed legislation streamlining the process for siting transmission lines and allowing the issuance of bonds to finance them. In Minnesota, the Public Utility Commission recently approved four new transmission lines for one utility with the condition that it acquire new renewable energy projects at the same time as the new lines. (The utility is allowed to recover costs associated with these specific lines.) This may help guarantee that the renewable energy projects will have transmission capacity available.

37

BLM_0073448

**Integrated Resource Planning (IRP)**

An integrated resource plan essentially details a utility's process for meeting customers' energy needs into the future (often a 20 year planning horizon). The plan evaluates the full range of possibilities including building new power plants (renewable or other), purchasing power through a contract, energy conservation and efficiency measures. Some state IRP processes also consider risk factors like resource diversity, reliability and dispatchability.

IRP processes are expanding from focusing only on cost to considering risks to customers associated with an energy plan that is too heavily dependent on one energy resource. Many investor-owned utilities across the west are addressing the risk of future carbon regulation by placing a value on tons of carbon dioxide emissions. States are implementing IRP processes again in light of the halt of utility restructuring efforts. An IRP process can be the basis for determining whether to offer power purchase agreements or other contract opportunities for new renewable power development.

In some states, IRP includes a means for considering environmental damages caused by electricity supply/transmission and identifying cost effective energy efficiency and renewable energy alternatives. IRP has become a formal process prescribed by law in some states and under some provisions of the Clean Air Act Amendments of 1992, and is encouraged by provisions of the Energy Policy Act of 1992.

(Adapted from From WAPA http://www.wapa.gov/es/about/faqirp.htm, Duke Power http://www.duke-energy.com/company/energy101/glossary/I.asp, and other sources)

**_Western Renewable Energy Generation Information System (WREGIS)_**

WREGIS will track and verify wholesale renewable energy generation in the west. The purpose is to expand the marketplace for renewable energy generated in the west, to increase consumer confidence in renewable energy markets and increase the liquidity and efficiency of those markets. In June 2002, the Western Governors' Association adopted an amendment to its resolution, "Western States' Energy Policy Roadmap," creating an independent system to track and verify renewable energy generation in the region covered by the Western Electricity Coordinating Council. The Western Governors' Association and the California Energy Commission are working collaboratively to develop the system. WREGIS is expected to be operational by early 2007.

**Table of State Policy Options**

Energy policy options are numerous and might best be applied in combinations, which likely will vary in their details from state to state. The Geothermal Energy Taskforce advising the Western Governors' Association CDEAC initiative recommends a focused subset of policy options that would help catalyze the growth of economically viable geothermal power development projects. And in order to help put those recommended options in context of a total range of policy choices available for public sector enactment, the table below features 13 policy options on a single sheet. This is designed to provide an at-a-glance view of how the policy parts fit together. The table lists the names of policy options as economic incentives and regulatory mechanisms, and qualifies their general impacts in terms of drivers toward or against enactment.

38

BLM_0073449

39

BLM_0073450

**Table VI.3.**

**Options for Renewable Energy Policy**
**Relative to Geothermal Power Generation**

**General Note:** This table summarizes 13 policy options as economic incentives and regulatory mechanisms that states could enact, either individually or as joint measures, to catalyze commercial development of renewable energy sources. Many of the options could have Federal counterparts, as well. For example Federal Production Tax Credit (PTC) legislation is pending in the U.S. Congress. The WGA could, for example, approach joint policy agreement by providing recommendations and support for Federal legislation.

| Economic Incentives | Enactment Drivers<br>Toward Enactment | Against Enactment |
|---|---|---|
| **Grants, Loans, Loan Guarantees** -- cited in 23 states, most to encourage systems procurement, and some R&D. | • Motivates investment by developers.<br>• Reduces risk perceived by financing sources.<br>• (See Royalty Payments, below) | • Spreads price-control costs as broad-based tax burden.<br>• Incurs public financing risk. |
| **Property Tax Incentives** -- cited in 25 states. | • Excludes incremental value from tax base of a development, yielding recurring annual savings.<br>• Improves investment competitiveness.<br>• Optionally state or local implementation. | • Affects government revenue shortfalls, and/or spreads price-control costs as broad-based tax burden. |
| **Sales Tax Incentives** -- cited in 17 states. | • Reduces front-end burden of capital cost payments.<br>• Improves investment competitiveness.<br>• Promotes business growth to boost tax revenues, replacing deferred revenues of the incentives. | • Affects government revenue shortfalls, and/or spreads price-control costs as broad-based tax burden.<br>• Typically less savings than via property tax incentives. |
| **Investment Tax Credits** -- e.g. federal 10% tax credit; applicable to production, distribution (transmission), and use. | • Encourages investment in technologies costing more than "conventional" energy sources.<br>• Improves investment competitiveness. | • Affects government revenue shortfalls, and/or spreads price-control costs as broad-based tax burden.<br>• May be susceptible to abuse if technology is inferior. |
| **System Benefit Charges** (or Public Benefit Funds) -- cited in 15 states; typically less than 1¢ per kWh. | • Promotes option to consume energy from higher-cost sources.<br>• Used to raise awareness of alternative energy benefits. | • Defacto tax on consumption to users at large. |

40

BLM_0073407

| State Production Tax Credits -- cited in 4 states, typically at 1¢ per kWh. Federal PTC -- the 2005 Energy bill extended the term to 10 years. | • Improves investment competitiveness (i.e. geothermal production and power plant infrastructure) by reducing delivered COE. <br> • Motivates productivity, efficiency. | • Affects government revenue shortfalls, and/or spreads price-control costs as broad-based tax burden. |
|---|---|---|
| Royalty Payments | • Based on energy derived from leased resources, with flexibility to encourage development thereof. <br> • Federal resource royalties ploughed back into development, production, and green pricing programs to support power competitiveness (e.g. California's program for grants, loans to geothermal programs). | • Affects government revenue shortfalls, and/or spreads price-control costs as broad-based tax burden. |

| Regulatory Mechanisms | Implementation Drivers <br> Toward Implementation | Against Implementation |
|---|---|---|
| Renewable Portfolio Standard (RPS) -- requires that power sales comprise a percentage from renewable sources; cited in 20 states. | • Promotes consumption of renewable generation. <br> • Motivates generators, purchasers, and marketers. <br> • Invokes economy-of-scale costing trends. <br> • Can target local/state/regional resources. | • Raises energy costs (initially, at least); perceived as mandate. <br> • Does not address siting, permitting barriers. <br> • Assuring fulfillment of RPS targets needs to be addressed. **(1)** |
| Green Pricing Programs -- cited in 32 states at nominal rates of 1-3¢ per kWh. | • Motivates purchasers and marketers, promoting consumption of renewable generation. <br> • Benefits ratepayers via favorable discounts | • Spreads price-control costs to non-participants as higher energy costs. <br> • Limited subscriptions available, typically. |
| State Renewable Purchases -- cited in 9 states, with participation in various cities independently of their states. | • Adds volume consumption of renewable generation. <br> • Motivates investors and generators. <br> • State acts as consumer model. | • Spreads price-control costs as broad-based tax burden. |

41

| | | |
|---|---|---|
| **Disclosure and Certification Programs** -- cited in 24 states. | • Requires generators and marketers to publicize their acquisition of power from renewable resources.<br>• Promotes awareness to motivate purchasers. **(2)** | • Perceived as punitive motivation to generators and marketers. |
| **Interconnection Requirements** | • Motivates transmission grid owners/investors to help facilitate geothermal power development.<br>• States may regulate allocation of connection costs to selectively benefit resources. | • Spreads price-control costs to non-participants as higher energy costs. |
| **Transmission Policy** | • Addresses typical need for site-specific tie-in lines.<br>• Addresses permitting and financing hurdles.<br>• Motivates transmission grid owners/investors to help facilitate geothermal power development. | • Spreads price-control costs to non-participants as higher energy costs. |

<u>Notes</u>:   **(1)** Fulfillment of a statutory or regulatory RPS mandate isn't necessarily a given.  Therefore, such policy should be formulated by considering, for example, what kinds of enforcement mechanisms would be needed <u>and</u> effective?  If a government designates cost penalties for failure by utilities to deliver a quota of green power, the result may be to simply collect penalties, with little, if any, green power resources actually coming on line.  That would hardly be a satisfactory outcome of an RPS mandate.

**(2)**  Imposing a requirement on generators and marketers to disclose and certify the quotient of their power generated from renewable energy resources actually has three potential benefits:  i.e., as stated above, such a policy explicitly requires power suppliers to declare their generation or acquisition of renewable power for sale, and therefore make it available.  The disclosure alerts the public to the availability of renewable energy.  Implicitly, the public awareness aspect of the policy also may induce a snowball effect in demand, whereby the more the public is aware of a (good) thing, the more they will want of it.

BLM_0073453

**State Incentives for Geothermal Heat Pnmps**
Eight of the 18 states in the WGA have incentive programs for the installation of
Geoexhange or closed-loop geothermal heat pump systems in residential and commercial
applications.  They are Hawaii, Idaho, Montana, Nebraska, Nevada, North Dakota,
Oregon and South Dakota.  The incentives include income tax credits and deductions,
investment tax credits, rebates, low-interest loans, property tax exemptions.  It is
important that Geothermal heat pumps (also called ground source heat pumps or
geoexchange systems) be included in renewable incentive programs for new construction
as well as retrofit.

**Geothermal Awareness needs to be strengthened**
Issue Geothermal resources and technology capabilities are largely unknown by energy
professionals in state governments and utility sector policy areas.  This clean and
enabling resource has not been developed at levels consistent with its potential.

Recommendation.   It is recommended that the WGA encourage state energy officials
become familiar with geothermal resource areas in both power generation and direct use.
This will include communication of geothermal maps and databases, and ensuring that
state government energy officials as well as economic development officials are made
aware of the benefits and potential.

**C. Transmission-Related Issues**
The Geothermal Task Force is recommending that the Western Governors:
- Facilitate and promote integrated resource planning of base load resources that
  require firm transmission.  Additionally incentives should be made available for
  entities pursuing integrated geothermal resource plans. This position would
  promote economies of scale by sizing geothermal plants and transmission
  correctly;
- Support and promote Transmission development by implementation of simple
  individual principles.  Through the Western Interconnect there are different
  regional obstacles.  The WGA should support generically sound principles that
  resolve discreet regional problems.  One such principle that the WGA should
  specifically support is the PPIW (Public Power Initiative of the West)
  Transmission Initiative which encourages joint transmission projects in areas
  subject to tariff obstacles;
- Promote socialization of geothermal transmission costs such that the actual energy
  user pays for the transportation costs.

In addition to the above recommendations it is recommended that the WGA direct the
Transmission Task Force to assess the industry to incorporate any other resources,
including other renewables that complement the geothermal effort.  The reason
geothermal energy should be the preference green renewable is that it is a base load
resource that requires the firm transmission (highway) system.

43

Additionally it is requested that the WGA direct the Transmission Task Force to implement a multitude of solutions and not concentrate on any one generic action plan. Having a portfolio of planned approaches affords a greater possibility of success, by limiting the risk that comes with only pursuing one option. A diversified approach would encourage entities, such as Public Power, to minimize risk, and avoid unintended consequences.

### D. Direct Use Issues

Low–temperature geothermal resources exist throughout the western US, and there is tremendous potential for new direct–use applications. A recent survey of 10 western states identified more than 9000 thermal wells and springs, more than 900 low– to moderate–temperature geothermal resource areas, and hundreds of direct–use sites.

The survey also identified 271 collocated sites – cities within 5 miles (8 kilometers) of a resource hotter than 122 degrees F (50 degrees C) – that have excellent potential for near–term direct use. If these collocated resources were used only to heat buildings, the cities have the potential to displace 18 million barrels of oil per year.



**Stand Alone Direct Use Applications**

44

Geothermal reservoirs of low-to moderate-temperature water – 68°F to 302°F (20°C to 150°C) – provide direct heat for residential, industrial, and commercial uses. This resource is widespread in the U.S., and is used to heat homes and offices, commercial greenhouses, fish farms, food processing facilities, gold mining operations, and a variety of other applications.

Direct use of geothermal energy in homes and commercial operations is much less expensive than using traditional fuels. Savings can be as much as 80% over fossil fuels. Direct use is also very clean, producing only a small percentage (and in many cases none) of the air pollutants emitted by burning fossil fuel.

**District and Space Heating**

The primary uses of low–temperature geothermal resources are in district and space heating, greenhouses, and aquaculture facilities.

In the U.S., more than 120 operations, with hundreds of individual systems at some sites, are using geothermal energy for district and space heating. District systems distribute hydrothermal water from one or more geothermal wells through a series of pipes to several individual houses and buildings, or blocks of buildings. Geothermal district heating systems can save consumers 30% to 50% of the cost of natural gas heating. Space heating uses one well per structure. In both types, the geothermal production well and distribution piping replace the fossil–fuel–burning heat source of the traditional heating system.

**Greenhouse and Aquaculture Facilities**

Greenhouses and aquaculture (fish farming) are the two primary uses of geothermal energy in the agribusiness industry. Thirty–eight greenhouses, many covering several acres, are raising vegetables, flowers, houseplants, and tree seedlings in 8 western states. Twenty–eight aquaculture operations are active in 10 states.

Most greenhouse operators estimate that using geothermal resources instead of traditional energy sources saves about 80% of fuel costs – about 5% to 8% of total operating costs. The relatively rural location of most geothermal resources also offers advantages, including clean air, few disease problems, clean water, a stable workforce, and, often, low taxes.

**Industrial and Commercial Uses**

Industrial applications include food dehydration, laundries, gold mining, milk pasteurizing, spas, and others. Dehydration, or the drying of vegetable and fruit products, is the most common industrial use of geothermal energy. The earliest commercial use of geothermal energy was for swimming pools and spas.

**Cascaded Use**

45

BLM_0073456

Spent fluids from geothermal electric plants can be subsequently used for direct use applications in so-called "cascaded" operation.   This provides added value to the generation operation and more efficient use of the geothermal resource.

**Conclusion**

There are substantial untapped geothermal resources in the Western United States that can be developed to meet power, heat and other energy needs.  The resource base could support a five-fold increase in power production and perhaps even greater proportional increases in direct-use and geothermal heat pump applications.  The energy, environmental, and economic benefits of achieving the use of these resources would be tremendous.

Federal and state efforts to support the development and use of geothermal resources are needed.  Both federal and state tax, regulatory, transmission, research, and outreach policies need to be improved and sustained.

46

BLM_0073457

## VII. Appendix

### A. Cost curve data

On July 25, 2005, a group of 26 individuals with diverse expertise related to geothermal resources and geothermal power production participated in a workshop at the University of Nevada, Reno, to review and evaluate a compilation of historic and contemporary data. The workshop was facilitated under the auspices of the geothermal task force of the WGA Clean and Diversified Energy Initiative.

The results of the workshop assessment of resource capacities are summarized in Tables GT-1.1 and GT-1.2 in Section I, and supporting details are described in this Appendix. The data quantify geothermal resource capacities and the economics of developing power production from them at utility scale.  The individuals who contributed their knowledge and effort at the workshop came from commercial geothermal energy developers and operators, geothermal professional associations, various academic institutions specializing in the geothermal field, the office of United States Senator Harry Reid, the U.S. Department of Energy (DOE) Geothermal Technology Program, and the U.S. Department of Interior Geological Survey (USGS).  The names and affiliations of the workshop participants are listed in Table A-1.  (Additional parties provided input outside of the workshop format.)

**Table A-1**

**Workshop to Review and Estimate Geothermal Resource Estimates**
**Monday, July 25, 2005**

|   | Last Name | First Name | Organization |
|---|---|---|---|
| 1 | Allman | Ellen | Caithness |
| 2 | Benoit | Dick | Sustainable Solutions |
| 3 | Box | Tom | Calpine Corp. |
| 4 | Brown | Peggy | Great Basin Center for Geothermal Energy (UNR) |
| 5 | Clutter | Ted | Geothermal Resources Council |
| 6 | Combs | Jim | Geo Hills Associates |
| 7 | Coolbaugh | Mark | Great Basin Center for Geothermal Energy (UNR) |
| 8 | Erikson | Jody | RESOLVE, Inc. |
| 9 | Escudero | Arsenio | Senator Harold Reed's Office |
| 10 | Garside | Larry | NBMG |
| 11 | Hance | Nathanael | Geothermal Energy Association |
| 12 | Hulen | Jeff | EGI |
| 13 | Hill | Roger | Sandia Laboratory, U.S. Department of Energy |
| 14 | Johnson | Elizabeth | CA Div. of Oil, Gas, & Geothermal Resources |

47

BLM_0073458

**Table A-1**

**Workshop to Review and Estimate Geothermal Resource Estimates**
**Monday, July 25, 2005**

|    | **Last Name** | **First Name** | **Organization** |
|----|----------------|----------------|------------------|
| **15** | Laney | Patrick | Idaho National Laboratory, U.S. Department of Energy |
| **16** | Lovekin | Jim | GeothermEx |
| **17** | Mink | Roy | U.S. Department of Energy |
| **18** | Munson | Steve | Vulcan Power Co. |
| **19** | Petty | Susan | Black Mountain Technologies |
| **20** | Price | Jon | NBMG |
| **21** | Pritchett | John | SAIC |
| **22** | Reed | Marshall | U. S. Department of Interior, Geologic Survey |
| **23** | Renner | Joel | Idaho National Laboratory, U.S. Department of Energy |
| **24** | Schochet | Dan | ORMAT |
| **25** | Shevenell | Lisa | Great Basin Center for Geothermal Energy (UNR) |
| **26** | Vorum | Martin | National Renewable Energy Laboratory |

**B. In depth discussion of cost curve methodology**

**WGA Economic Analysis Approach**
The WGA Quantitative Work Group (QWG) developed a comprehensive economic analysis guideline for the WGA Clean and Diversified Energy Initiative.  The guideline defines**:**
- ➢ a modeling logic for economic analysis,
- ➢ a set of variable input factors with which to model diverse cases, and
- ➢ a set of common Base Case values for the input factors.

This methodology affords the CDEAC board a unified analytical framework shared by economic studies coming out of all technology task forces working on the WGA Initiative.  The QWG also provided a spreadsheet that implements the guideline methods and reference data for all of the subject technologies.  This provides all task forces a common calculation engine to standardize and automate the mathematical processing of economic cases.

As a result, the following describe the perspective for interpreting economic results for the Initiative, and in particular for the geothermal power technologies:

48

BLM_0073459

➤ The economic logic is standardized and applies equally to all energy technologies being considered by the various WGA task forces.
➤ The economic logic uses a simplified, discounted cash flow approach for which capital expenditures occur at one time by default, but which can be modified to simulate timed investments using future value input values.
➤ The guidelines require task force analyses to apply the Base Case input values in order to establish at least one economic result for each task force that rests on a common definition of economic terms.

**Common Bases for Economics**

The use of levelized costs[2] enables direct comparison of alternatives utilizing different technologies, scales of operation, and operating lifetimes. This accounts for the initial capital investment in a system, fixed and variable costs associated with operating and maintaining a system over its life, and fuel costs required to produce energy.

**Base Case Parameters**

The following parameter list defines the QWG economic analysis profile. The values of these terms can be revised to generate technology-specific cases over wide ranging conditions. The Base Case prescribed by the QWG assigned values as follows:

➤ System book life (debt financing term ) of 25 years
➤ 5-year accelerated depreciation with half-year convention (MACRS)
➤ Discounting with a weighted average cost of capital of 9.8% (based on 55%/45% split of debt and equity to finance capital costs, with 6.5%/16.7% discount rate and return rate, respectively)
➤ Current costs and capacity factors (i.e. no cost and performance improvements over time)
➤ Inflation rate of 2.5% annually
➤ Federal corporate tax rate of 35%
➤ State corporate tax rate of 0%
➤ Combined property tax and insurance rate of 2% of initial investment
➤ Fixed O&M cost of $20/kW-year for power distribution costs.
➤ Variables costs associated with electricity transmission not included
➤ State-level credits or incentives not included
➤ Federal investment tax credit of 10%, per policy prior to Energy Policy Act of 2005[3] (not used)
➤ Federal production tax credit of $.019/kWh, 10 years duration as of Energy Policy Act of 2005 (note used for Base Case)

As noted above, the Base Case criteria are defined in common for all technologies being considered for the WGA Initiative. This provides an apples-and-apples economic comparison so that policy analysts have the distinctive economic characteristics of each technology plainly called out. The selection of policy to foster energy development

---

2 The levelized cost is that cost that, if assigned to every unit of energy produced over a system's life, equals the total life cycle cost of the system discounted to the base year.
3 Current investment tax credit does not appear to be altered by Energy Policy Act of 2005, except as to term of application.

BLM_0073460

should consider both the Base Case results and the technology-specific Alternate Cases, below, in order to determine a profile of incentives that will balance the relative economic strengths of desired renewable energy sources.

**Geothermal Economic Case Studies**
Geothermal power project economics reflect economic risks and productivity factors that are unique to both the technology and the challenges of energy resource accessibility. Some key characteristics of geothermal energy distinguish it from all other energy sources, both conventional (e.g. fossil) and other renewables (e.g. solar, wind, biomass), as follows:
  ➢ Geothermal resources are "hidden," requiring major speculative expenditures for exploration to identify and prove resources as commercially viable.
  ➢ Geothermal energy is available at relatively very low density (BTU's per pound of produced energy bearing material, for both water and steam) compared to other mineral energy forms such as coal, gas, and oil.
  ➢ Geothermal energy is characterized by relatively fixed ongoing fuel costs since, once accessed, a geothermal resource continues producing energy into the future without the risk factor of market volatility characteristic of conventional mineral fuels.

These factors influence the manner in which geothermal power projects evolve as investments, and also the trends of future variable cost changes under evolving market conditions.

**Alternate Case Analysis Parameters**
Reflecting the unique economics of geothermal power development projects, the following parameter values are specific to the Alternate Cases for geothermal power:
  ➢ Debt financing term of 15 years
  ➢ Federal production tax credit is applied ($.019/kWh, 10 years duration - policy per the Energy Policy Act of 2005.
  ➢ Debt/equity ratio of 70/30, with WACC set at 10 %.

**Discussion of Alternate Case Definitions**
Table A-2 below lists parameters used to calculate the cost of energy by the guideline of the Quantitative Work Group (QWG) of the WGA support teams.  Their method yields technology results with which to construct supply curves expressing levelized cost of energy (LCOE) versus cumulative electrical generating capacity.

The QWG guideline calls for submitting, at a minimum, a Base Case economic profile with supply curve.  The Base Case values listed in Table A-2 are a hypothetical profile that the QWG defined to put all generating technologies under the WGA initiative on equal arithmetic footing.  This reveals the relative economic posture of each technology, but the context of the Base Case is not realistic in business terms.  The QWG recognized this, and their guideline invites "alternate" economic cases to show realistic technological and economic conditions that necessarily move away from the Base Case scenario.

50

BLM_0073461

| Table A-2<br>Bases for Economic Amortization Calculations<br>for Geothermal Power Technologies | | | |
|---|---|---|---|
| | Base Case | Alternate Cases | Notes |
| | | | Geothermal Task Force Entries |
| Construction Period, years | 3 | 3 | Not used in LCOE calculation-- model applies one-time investment payment. |
| Equivalent annual payments during construction | 3 | 3 | Not used in LCOE calculation-- model applies one-time investment payment. |
| Book life, years | 25 | 15 | As per 7/25/05 workshop |
| Tax life, straight line (SL) depreciation recovery period, years | 25 | 15 | Not used  --  model applies DB/MACRS, below |
| Tax life, declining balance modified accelerated cost recovery system (DB/MACRS) recovery period, years | 5 / 6 | 5 / 6 | |
| MACRS depreciation system | GDS | GDS | |
| MACRS Declining Balance (DB) depreciation percent | 200% | 200% | |
| Federal corporate tax rate | 35% | 35% | |
| Property tax and insurance | 2% | 2% | |
| Nominal Return on equity | 16.7% | note | Base Case combined discount rate values are equivalent to 9.8 % weighted average cost of capital (WACC).  Alternate Cases apply a WACC of 10 %, per 7/25/05 workshop |
| Nominal interest on debt | 6.5% | note | |
| Equity share | 45% | 30 | As per 7/25/05 workshop and 08/04/05 draft review meeting, this may range from 25/75 to 35/65  -- apply the median value.  This is superseded by setting WACC = 10%, per above. |
| Debt Share | 55% | 70 | |
| Real discount rate | 6% | | Not used - apply weighted average cost of capital. |

BLM_0073462

| Table A-2<br><br>**Bases for Economic Amortization Calculations**<br><br>**for Geothermal Power Technologies** | | | |
|---|---|---|---|
| | Base Case | Alternate Cases | Notes |
| | | | Geothermal Task Force Entries |
| Inflation rate, annual | 2.5% | 2.5% | |
| Plant capital cost,   2005  $ / kW | note | note | All cases:  $3,000 / $3,500 / $4,000 per kW installed capacity |
| Fixed O&M,  2005  $ / kWh | n/a | | |
| Variable O&M,  2005  $ / kWh | note | | Treated as fuel term, e.g. for biomass technology. For geothermal install O&M cost range as per 7/25/05:  Sites allocated:  1.8 / 2.2 / 2.6¢ / kWh |
| Heat rate in 2004, MMBTU / kWh | n/a | n/a | Not pertinent to this model for geothermal |
| Distribution cost (fixed O&M adder),  2005  $ / kW-year | $20 | $20 | |
| Grid connection capital cost, 2005  $ / MW-mile | $1,000 | $2,000 | Application pending determination of distance bases by Transmission Task Force |
| Capacity Factor (CF), Variant 1  --  2005 | 0.86 | | |
| Capacity Factor (CF), Variant 2  --  2010 | 0.95 | 0.95 | All geothermal cases use 0.95 |
| Capacity Factor (CF), Variant 3  --  2025 | 0.95 | | |
| Plant Nameplate Capacity,  MW | 50 | 50 | delete question in prior draft in this cell |
| Distance to nearest grid connection,  miles | 0 | 0 | Per 8/3/05 conference call, zero this value in alternate cases, pending Transmission Task Force feedback |
| State annual corporate tax rate,  percent | 0% | 0% | |
| Federal investment tax credit, % per year | | | |
| Federal production tax credit (PTC),  ¢ / kWh / year | n/a | Alt. 1 – n/a<br>Alt. 2 – 1.9 | |
| Transmission cost (variable adder),  2005  $ / kWh | 0 | 0 | |

52

**Analytical Background**

The remaining text is copied from the QWG "Guideline for Economic Analysis of Renewable Energy Sources," July 12, 2005. Following are the terms outlining the QWG method of calculating LCOE for the WGA support process.

**Base Case Supply Curve Calculations with Transmission Costs**

1. Each task force shall develop a base case supply curve based on the above financing rules and methods as outlined below to calculate $/MW-hr as a function of added capacity.
   - Where applicable, scenarios shall be developed for fuel price variations, and include low, medium, and high fuel price cases. EIA forecasts may be referenced, or published alternatives.
2. Task forces develop "busbar +" resource costs by using bus bar costs plus $1000/MW-mile to nearest existing transmission line. Transmission calculations shall:
   - Exclude obvious restricted areas like national parks, etc., and assume current land use exclusion policy.
   - Use 2005 costs, midpoint power class capacity factors, no ancillary service adders.
3. Supply curves shall then be developed with two transmission system assumptions.
   - Assume 0% transmission capacity availability to nearest load center(s). That is, the supply curve must include new transmission and associated costs. Utilize $1000- MW-mile as the assumed transmission cost.
   - Assume 20% transmission capacity availability to nearest load center. Once the 20% capacity is allocated, assume new transmission must be built to carry additional supply to the nearest load center. Utilize $1000- MW-mile as the assumed transmission cost.
4. Generation MW and "ISO-price" contour maps[1]
   - Use IRP, RPS, sub-regional plans and announced developments as additional inputs in selection (not only least cost from supply curves).
5. Following receipt and review of the base case supply curves, and additional analysis, if offered to the CDEAC, the following steps will be conducted:
   - CDEAC integration subcommittee will select diverse energy scenarios of generation fuels and locations from task force inputs for transmission modeling, based upon the base case supply curve modeling and maps.
   - Transmission costs will be modeled and evaluated for each scenario by the Transmission Task Force. No attempt to allocate costs to individual generators or technologies (see section below).
   - Distribution costs added, delivered cost total (with distributed technology getting appropriate credits for avoided T & D).
6. Per CDEAC instructions, the task forces are to provide emissions estimates for criteria pollutants and carbon as well as other important environmental indicators and impacts (e.g., land use, water use).

**Specifics for Base Case Economics:**

1. All costs in $2005 dollars

BLM_0073464

2.  25 year life times for levelized cost of energy calculations
3.  Present analysis with and without Federal production tax credit incentives
4.  State assumptions of when plants are built and capital costs.
5.  Include fixed "adder" for Distribution costs of $20/kW-yr.[2]
6.  Assume weighted cost of capital is constant over life of plant
7.  Use EIA AEO 2005 stated capacity factors (Table 73 or equivalent)
8.  Use EIA AEO 2005 cost and performance characteristics (Table 38) for overnight capital, fixed O&M, variable O&M, heat rate OR state assumptions and rational for differences to EIA values.
9.  Use 2005 Federal tax depreciation schedule with straight line or MACRS (General Depreciation System [GDS] method with declining balance) with half-year convention[3]
10. Do not include "ancillary services" surcharge
11. Escalation rate on variable O&M is equal to inflation

**Optional Analyses—Alternate Cases**

1.  Each task force may present alternative analyses that indicate the impacts of other assumptions such as:
    - Cash flow models vs. Fixed Charge Rate as described below and used for base cases.
    - Fuel price variation.
    - Federal credits, such as the PTC.
    - State credits.
    - Policy Recommendations.
2.  Deployment Scenarios - All task forces should consider whether future levels of technology deployment might reduce costs of generation due to learning curve impacts. Where such deployment cost reductions are expected, task forces should present analysis and optionally develop an additional set of supply curves based on a low and high projected level of future deployment and the projected cost reductions associated with this deployment. Clearly state assumptions.
3.  Ownership and Financing Variations – Showing how the impacts of alternative ownership structure and financing mechanisms affect generation costs.
4.  Others Identified by the Task Forces – Each task force may choose develop additional scenarios that they deem relevant and useful.
5.  If desired, clarify and separate any proposed "externality" benefits from electricity generation/delivery economics.
6.  If desired, separate and clarify any analysis that proposes "capacity value" enhancements and show ranges of possible values as function of critical variables. Task forces must supply load/supply shape curves in support of capacity value analysis.
7.  If desired, separate and clarify any analysis that proposes "alternative sales" enhancements such as liquid fuels or other products and show ranges of possible values as function of critical variables.

**Other**

54

> ➢ Base case analysis shall be conducted on a WGA Regional basis, not state specific.
> ➢ Plant siting recommendations shall be based on adequate energy resources (wind, solar, geothermal, etc) and/or access to fuel transportation (road, rail, pipeline, etc.), water, and other critical elements.

**Analysis of Avoided Costs**
This does not pertain to commercial, large-scale geothermal systems. It is for customer-sited renewables such as on-site PV or biomass generation that displace "end of the line" consumption of power from other generators such as utilities.

**BACKGROUND INFORMATION ON RESOURCE CAPACITIES AND ECONOMICS**
The Geothermal Energy Association (GEA) organized a workshop at the University of Nevada at Reno on Monday July 25, 2005 to review existing resource capacity potential and development cost estimates of known geothermal sites. The objective of this workshop was to provide updated information to the Western Governors' Association (WGA) Clean and Diversified Energy Initiative, notably by gathering data needed to build a geothermal supply curve.

**RESOURCE POTENTIALS**
Workshop participants reviewed resource capacity estimates of geothermal resources located in the western United States. The review targeted a list of existing sites based on the USGS Circular 790 (resources with temperatures nominally greater than 150 °C), a database from the Information Administration (EIA) of the U.S. Department of Energy, and a recently published "New geothermal site identification and qualification" (GeothermEx-CEC, June 2004).

The review process considered two different values of a power potential for each site:
> ➢   A first power capacity estimate cites new power capacity that is considered to be commercially attractive to be developed at each site within the next 10 years at a price of power up to 8 cents per kilowatt-hour (¢/kWh). This price excludes supplemental transmission costs, i.e. for tie-in carriers to transmission corridors.
> ➢   Second, the workshop considered resource power potential estimates that might be built at sites, using currently available technology, when price and timeframe constraints were relaxed. A nominal target power price limit was 20¢/kWh, and an approximate time frame of 2015 to 2025 was a basis for development projections.

The methodology employed for the workshop to evaluate resource potentials was as follows: A set of spreadsheets listing existing site-specific resource potential values was circulated among workshop participants before the workshop for review and the source documents identified. During the workshop, the resource potential estimates were debated. Consensus was obtained for each site. In cases for which workshop participants provided a review for a site, the discussions began with this value. When a value was not

55

BLM_0073466

available from the participants, the discussion began with the GeothermEx-CEC value. And last, the EIA and USGS values were used as a starting point for discussion when no reviewed or CEC data were available.

Where little information was available about individual resources, some sites were lumped together with a combined power capacity estimate (e.g. "Cascade volcanoes" or "other Nevada sites"). Some sites were removed from the list that were considered not to be developable or the information was deemed otherwise not reliable.

Significantly, the second, longer-term power capacity values correspond to either (1) sites that would need more than ten years to be developed (even if power production cost could be lower than 8¢/kWh), or (2) sites that would be viable only at power prices above 8 ¢/kWh and up to about 20¢/kWh. Substantial uncertainty characterizes some resource estimates for sites where little exploration has been completed. Such sites would be commercially questionable development candidates within the 10-year (2015) time frame, as venture capital would be difficult to secure to fund the inherently risky exploration phase of development. These prospects would thus require added time to guide them through commercial proving and bring them online. Given the time needed to develop even proven geothermal resources (i.e. to secure leases, to obtain permits, and to confirm practically achievable power potentials), most projects now considered developable within the next 10 years are, in reality, already well-known resources.

## DEVELOPMENT ECONOMICS
Workshop participants did not provide any cost review before the workshop, but all agreed that existing cost estimates are dated and likely inaccurate. In order to gather enough information of sufficient detail to build a supply curve, most of the session on economics was used to discuss a methodology that would attribute reasonable cost estimates to the sites, collectively.

As a result, the first objective of the economic discussion aimed to review the major capital cost components of geothermal power projects and to assess updated values for each component. A second objective was to consolidate those values in aggregated capital cost figures and agree on a tactic by which to allocate the new values to replace existing capital cost figures. This task was applied only to those sites considered developable within the next 10 years at a power price of 8¢/kWh or lower.

## A. Capital Costs:
Eight general capital cost components may be defined for geothermal projects:

1. **Early development** -- The early development phase includes all activities that are financed with venture capital. This encompasses leasing mineral properties, exploration, permitting, and confirmation well costs to prove resource capacity and project economics, in order to secure commercial financing.

56

BLM_0073467

2. **Infrastructure**  --  A substantial cost component for greenfield projects entails developing infrastructure to support a field construction and operation program, e.g. roads, water supply, utilities installation, etc.

3. **Production well field drilling**  --  The drilling cost component encompasses the drilling of all complementary wells required to supply the power plant during its initial commercial operations.  Confirmation of a resource's capacity for development (item 1, above) is estimated to provide 25 percent of the wellhead capacity required for a generating capacity.  A minimum total wellhead capacity of 105 percent of design power plant capacity is typically installed to provide a contingency to maximize steam supply stability.  Therefore, production well field drilling consists of installing the production well balance equivalent to 80 percent of the design plant capacity.

4. **Steam and brine gathering system**  --  A steam and brine gathering system is a network of above-ground pipes connecting production wells arrayed over an area that can range to several square miles for a power plant.  It was decided that components of the steam gathering system would exclude any components inside the battery limits of a power plant, and would also include downhole pumps, as needed.  The gathering system includes typical fluid handling equipment such as steam/brine flash separators, but excludes unusual equipment characteristic of systems for handling very aggressive brines, such as are found at Salton Sea installations.

5. **Power plant**  --  The power plant costs include all equipment located within the battery limits of the energy conversion systems, i.e. for actual power generation, cooling systems, emissions abatement subsystems, etc.  This cost component also includes the electrical substation that conditions power for transmission.

6. **Interconnection**  --  The interconnection cost assumes that greenfield projects will incur an average interconnection cost corresponding to a 230 kV transmission line to link the power plant substation to a transmission corridor.  Pending a determination of locations and allocations of those corridors by the transmission task force, economic analyses will be provided to characterize costs for an average distance for the interconnection run.

7. **Soft costs**  --  Soft costs are incurred by developers during the project development, for example interest during construction, developers' fees, overhead costs, financing costs and fees, legal and additional environmental costs, etc.

8. **High-brine handling system**  --  Power plants using resources with very aggressive, hyper-saline brines typically need specialized and costly "high-brine handling systems."  They include crystallizer-clarifier technology to blunt the scaling and corrosive properties of brines as produced;  the scope of specific components is highly site-specific.  In the US, the only resource known to need such equipment routinely is the Salton Sea area.

57

BLM_0073468

Cost estimates for individual cost components developed during the economic discussion are presented in Table A-2. All cost values are assumed to correspond to a greenfield power project of 50-megawatts (MW) generating capacity. Table A-3 gives the costs as unit values, i.e. converted to values as dollars per kilowatt of plant capacity.

**Table A-3: Major capital Cost Components of Geothermal Power Projects**

Basis:  50 MW generating capacity

| Capital Cost Component: ($ Millions) | Low | Average | High |
|---|---|---|---|
| Early Development | 12 | 15 | 20 |
| Infrastructure | 1 | 2 | 2.5 |
| Drilling | 60 | 75 | 90 |
| Steam Gathering System | 20 | 30 | 50 |
| Power Plant | 50 | 65 | 75 |
| Interconnection costs | 6 | 8 | 10 |
| Soft Costs | 8 | 10 | 15 |

**Table A-4: Unit Cost Components of Geothermal Projects Capital Costs**

Basis:  50 MW generating capacity

| Capital Cost Component: (¢/kWh) | Low | Average | High |
|---|---|---|---|
| Early Development | 240 | 300 | 400 |
| Infrastructure | 20 | 40 | 50 |
| Drilling | 1200 | 1500 | 1800 |
| Steam Gathering System | 400 | 600 | 1000 |
| Power Plant | 1000 | 1300 | 1500 |
| Interconnection costs | 120 | 160 | 200 |
| Soft Costs | 160 | 200 | 300 |

These values represent ranges of cost values for geothermal power projects for contemporary technology and raw material prices. The low, average, and high component cost estimates cannot be summed to obtain the low, average and high total capital cost figures of power projects. Most projects will have cost profiles representing case-specific blends of the line-item components in the tables. Particularly competitive prospects would be expected to favor low-cost component ranges. The high end of the cost estimates is related to the current market conditions. In most cases, this value would rise corresponding to higher power prices (i.e. higher demand and/or scarcer conventional energy fuel sources). This would lead to developers' interest and fiscal ability to commercialize some of the more difficult, geotechnically challenged resource prospects.

BLM_0073469

As the low, average, and high value ranges were examined, the workshop participants agreed that a low-end capital cost value for greenfield projects should be $3,000/kW, and a high-end value should not exceed $4000/kW.  An average value of $3,500/kW was assigned.

Expansions are projects built to expand resource production and generating capacity on a resource already supporting a geothermal power plant -- i.e. they are built as expansions of previously developed greenfield projects.  Since project expansions benefit from significant cost savings in exploration, infrastructure, and connection costs, their capital cost values were estimated to be in a range of 10 to 15 percent lower than the capital cost estimates of greenfield projects.

Finally the workshop allocated capital cost estimates to each geothermal resource appearing on the list of sites considered developable within the next 10 years, as follows: This methodology attributes to each prospective resource site a capital cost estimate in the range of $3,000 to $4,000 per kilowatt plant capacity.  The allocations are based on existing capital cost estimates.  A three-tiered cost category breakdown was used:

> Low Capital Cost figure:                    $3,000 per kilowatt capacity ($/kW)
> Average Capital Cost figure:    $3,500 / kW
> High Capital Cost figure:                    $4,000 / kW

The capital cost estimates were assigned to each site according to their position in a range of existing capital cost estimates.  For those sites for which GeothermEx-CEC capital cost figures  were available, these were used to assign the new WGA estimates by relative ranking in the GeothermEx-CEC database.  For sites not addressed in the GeothermEx-CEC study, EIA cost data were used for allocating the range of WGA values.  Finally the average capital cost figure of $3500/kW is assigned to sites where no previous capital cost estimate is available.

**B. Operation and Maintenance (O&M) Costs:**
Similar methodology was adopted to allocate O&M costs, based on relative standing in a range of EIA database estimates of O&M costs for a selection of sites.  Sites included in these categories received O&M cost figure of 1.8, 2.2, and 2.6 ¢/kWh respectively, in relative rank order.  Sites that had no previous O&M cost estimates were allocated the median 2.2 ¢/kWh value.

**C. Make-up Drilling Costs:**
Make-up drilling costs are estimated at 5 percent of the initial well field drilling costs, applied as an annual, variable O&M cost factor.  Considering the average initial drilling cost figure provide in Table 1, i.e. $1,500/kW, this suggests that a levelized make-up drilling cost would be 0.9 ¢/kWh.  This is equivalent to $75/kW annually at a capacity factor of 95 percent.  It is assumed that this cost is included in the above O&M cost values.

59

An alternative methodology would consider that initial drilling cost represents 36% of initial capital costs.  Annual make-up drilling cost base on the project's capital cost correspond to 1.8% of the project capital costs.

## D.  Detailed Resource Capacity Information

Table A-5 lists the sites that were assessed to estimate their developable capacities during the above-cited workshop of geothermal experts on July 25, 2005.  Shown here are the estimated capacities that were allocated for the prospective 10-year and 20-year development time frames.  Sites that are considered to have expansion potential are coded with the letter "e."  The table lists capital costs and operating and maintenance costs values allocated by the workshop.

In the process of estimating capacity values to assign to all the sites, the workshop determined that it would assign values of no more than two significant figures.  However, the summation of state subtotals and the WGA regional total are not rounded off in Table A-5.  Tables GT-I.1/2 use the rounded summations.

| Table A-5 Detailed Geothermal Resource Capacity and Cost Allocations | | | | | |
|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | **Expansion** | **Cost Allocations** |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| **CALIFORNIA ----> Subtotal** | | **2,375** | **4,703** | | | |
| Border | CA | | 30 | | $3,500 | 2.2 |
| Brawley | CA | 200 | 463 | | $3,750 | 2.45 |
| Calistoga | CA | 10 | 20 | | $3,500 | 2.2 |
| Clear Lake Volcanic Field area | CA | 20 | 50 | | $3,000 | 2.2 |
| Coso area | CA | 75 | 150 | e | $3,500 | 2.45 |
| Dunes | CA | | 10 | | $3,750 | 2.2 |
| East Mesa | CA | 50 | 100 | e | $4,000 | 1.95 |

60

BLM_0073471

| Table A-5 | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Detailed Geothermal Resource Capacity and Cost Allocations** | | | | | |
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | **Expansion** | **Cost Allocations** |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| Glamis | CA | | 10 | | $4,000 | 2.6 |
| Heber | CA | 20 | 50 | e | $3,250 | 2.6 |
| Honey Lake & Wendell & Amidy | CA | 10 | 10 | | $3,250 | 2.2 |
| Kelly HS | CA | | 10 | | $4,000 | 2.6 |
| Long Valley caldera | CA | 120 | 240 | e | $3,000 | 2.2 |
| Medicine Lake | CA | 480 | 480 | | $3,400 | 1.8 |
| Morgan Springs-Growler Springs (includes parts of Lassen not in the National Park) | CA | | 50 | | $3,500 | 2.2 |
| Mount Signal | CA | 25 | 25 | | $3,250 | 2.2 |
| Niland | CA | 75 | 150 | | $3,500 | 2.2 |
| Randsburg area | CA | 10 | 40 | | $3,000 | 1.95 |
| Salton Sea area | CA | 860 | 2,000 | e | $3,500 | 2.2 |
| Superstition Mountain | CA | 25 | 25 | | $3,500 | 2.2 |
| Surprise Valley / Lake City | CA | 25 | 50 | | $3,500 | 2.2 |
| The Geysers | CA | 150 | 300 | | $3,200 | 2.2 |
| Westmorland | CA | 50 | 100 | | $3,500 | 2.45 |
| Truckhaven | CA | 25 | 50 | | $3,500 | 2.2 |
| Mount Shasta - Military Pass Road area | CA | 120 | 240 | | $3,500 | 2.2 |
| East Brawley | CA | 25 | 50 | | $4,000 | 2.2 |
| | | | | | | |
| **NEVADA ----> Subtotal** | | **1,488** | **2,895** | | | |
| Aurora | NV | 120 | 240 | | $3,500 | 2.2 |
| Baltazor Hot Springs | NV | 15 | 30 | | $4,000 | 2.2 |
| Beowawe Hot Springs | NV | 50 | 100 | e | $3,750 | 1.8 |
| Blue Mountain | NV | 30 | 90 | | $3,000 | 2.2 |
| Brady Hot Springs | NV | 10 | 20 | | $3,500 | 1.95 |
| Colado | NV | 30 | 60 | | $3,750 | 2.2 |

61

BLM_0073472

| Table A-5 Detailed Geothermal Resource Capacity and Cost Allocations | | | | | | |
|---|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | **Expansion** | **Cost Allocations** | |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| Desert Peak area | NV | 20 | 50 | e | $3,000 | 1.8 |
| Dixie Valley | NV | 70 | 70 | e | $4,000 | 1.8 |
| Sulfur Hot Springs (Double - Black Rock) | NV | | 50 | | $4,000 | 2.2 |
| Fallon / Carson Lake | NV | 50 | 150 | | $3,500 | 2.2 |
| Fish Lake | NV | 50 | 75 | | $3,750 | 2.2 |
| Fish Lake Valley - Emigrant | NV | 50 | 100 | | $3,750 | 2.2 |
| Fly Ranch (Granite Ranch) | NV | 10 | 20 | | $3,500 | 2.2 |
| Great Boiling Springs (Gerlach) | NV | 30 | 60 | | $3,750 | 2.2 |
| Hawthorne | NV | 20 | 40 | | $4,000 | 2.2 |
| Hazen (Black Butte) | NV | 10 | 20 | | $3,500 | 2.2 |
| Hot Sulphur Springs (Tuscarora) | NV | 20 | 40 | | $3,500 | 2.2 |
| Hyder Hot Springs | NV | 10 | 20 | | $4,000 | 2.2 |
| Kyle Hot Springs (Granite Mtn.) | NV | 15 | 30 | | $3,500 | 2.2 |
| Leach Hot Springs | NV | 18 | 36 | | $4,000 | 2.2 |
| Lee & Allan Hot Springs | NV | 30 | 60 | | $3,750 | 2.2 |
| McGee Mountain | NV | 10 | 20 | | $3,500 | 2.2 |
| New York Canyon | NV | 35 | 70 | | $3,250 | 2.2 |
| North Valley / Black Warrior Peak | NV | 37 | 49 | | $3,250 | 2.2 |
| Pinto Hot Springs | NV | 29 | 58 | | $3,250 | 2.2 |
| Pirouette Mountain | NV | 23 | 46 | | $3,250 | 2.2 |
| Pumpernickel Valley | NV | 30 | 60 | | $3,750 | 2.2 |
| Pyramid Lake Indian Reserve | NV | 25 | 50 | | $3,500 | 2.2 |
| Rye Patch (Humboldt House District) | NV | 15 | 30 | | $3,500 | 1.95 |
| Salt Wells | NV | 50 | 50 | | $3,000 | 2.2 |

BLM_0073473

| Table A-5 Detailed Geothermal Resource Capacity and Cost Allocations | | | | | | |
|---|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | Expansion | **Cost Allocations** | |
| | | Near-Market cost up to 8 ¢/kWh online within 10 years | Longer-Term cost up to 20 ¢/kWh online within 20 years | | **Capital** | **O & M** |
| | | | | | $ / kW | ¢ / kWh |
| San Emidio Desert area (Empire) | NV | 13 | 20 | | $4,000 | 2.6 |
| Shoshone-Reese River | NV | 18 | 36 | | $3,250 | 2.2 |
| Silver Peak | NV | 50 | 100 | | $3,250 | 2.2 |
| Soda Lake area | NV | 20 | 35 | e | $3,000 | 1.95 |
| South Hot Springs | NV | 10 | 20 | | $3,750 | 2.2 |
| Steamboat Springs | NV | 50 | 100 | e | $3,000 | 1.95 |
| Stillwater area | NV | 30 | 60 | e | $3,000 | 1.95 |
| Sulphur Hot Springs (Hot Sulphur Springs) | NV | 15 | 15 | | $3,500 | 2.2 |
| Trinity Mountains | NV | 50 | 75 | | $3,250 | 2.2 |
| Wabuska | NV | 10 | 20 | e | $4,000 | 2.6 |
| Wilson Hot Springs | NV | 10 | 20 | | $3,250 | 2.2 |
| Cressent Valley | NV | 50 | 100 | | $3,500 | 2.2 |
| All other NV sites together:  in part, Hot Creek Canyon, Smith Creek, McCoy Mine, Adobe Valley, Antelope, Battle Mountain, Big Smokey Valley, Dry Lake, Dyke, Eleven Mile Canyon, Excelsior, Fireball Ridge, Fox Mountain, Lockwood, Mcfarlanes, Rose Creek, Shoshone, Southern Pacific, Sulphur Hot Spring, Shoshone-Reese River, Black Rock Desert. | | **250** | **500** | | $3,500 | 2.2 |
| | | | | | | |
| **OREGON ---->  Subtotal** | | **380** | **1,250** | | | |
| Newberry Caldera | OR | 240 | 480 | | $3,250 | 1.8 |
| Crump's Hot Springs | OR | 20 | 40 | | $3,500 | 2.2 |
| Three Creeks Butte | OR | 20 | 40 | | $3,250 | 1.8 |
| Mickey Hot Springs | OR | 25 | 50 | | $3,500 | 2.2 |
| Trout Creek area | OR | 10 | 20 | | $3,500 | 2.2 |

BLM_0073474

| Table A-5 Detailed Geothermal Resource Capacity and Cost Allocations | | | | | | |
|---|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | **Expansion** | **Cost Allocations** | |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| | | | | | | |
| Neal Hot Springs | OR | 25 | 50 | | $3,500 | 2.2 |
| Lakeview ~ Hot Lake area | OR | 20 | 20 | | $3,500 | 2.2 |
| Summer Lake | OR | 20 | 50 | | $3,500 | 2.2 |
| 3 sisters | Cascade Volcanoes together | | | | | |
| Mt Rose (east) | | | 500 | | $3,500 | 2.2 |
| Mt Hood (excluding Park) | | | | | | |
| | | | | | | |
| **WASHINGTON ---->  Subtotal** | | **50** | **600** | | | |
| Mt Baker | WA Cascade Volcanoes together: | 50 | 100 | | $3,500 | 2.45 |
| Mt Adam area | | | | | | |
| Wind River area | | | 500 | | $3,500 | 2.2 |
| Mt St Helen | | | | | | |
| Mt Rainer | | | | | | |
| | | | | | | |
| **ALASKA ---->  Subtotal** | | **20** | **150** | | **$3,500** | **2.2** |
| Hot Springs Bay Autau | AK | | | | | |
| Bell Island Hot Springs | AK | | | | | |
| Circle | AK | | | | | |
| Unalaska | AK | | | | | |
| | | | | | | |
| **ARIZONA ---->  Subtotal** | | **20** | **50** | | **$3,500** | **2.2** |
| Clifton | AZ | | | | | |
| Gillard | AZ | | | | | |
| | | | | | | |
| **COLORADO ---->  Subtotal** | | **20** | **50** | | **$3,500** | **2.2** |
| Waunita Hot Springs | CO | | | | | |
| Routt Hot Springs | CO | | | | | |
| Cottonwood Hot Springs | CO | | | | | |
| Mt Princeton Hot Springs | CO | | | | | |

64

BLM_0073475

| Table A-5  Detailed Geothermal Resource Capacity and Cost Allocations | | | | | |
|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | Expansion | **Cost Allocations** |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| Poncha Hot Springs | CO | | | | | |
| Wagon Wheel Gap | CO | | | | | |
| Orvis | CO | | | | | |
| Ouray | CO | | | | | |
| Pagosa Springs | CO | | | | | |
| **HAWAII ---->  Subtotal** | | **70** | **400** | | | |
| Kilauea SW Rift | HI | | 100 | | $3,500 | 2.45 |
| Puna (including Kamaili & Kapoho) | HI | 50 | 250 | | $3,500 | 2.2 |
| Maui | HI | 20 | 50 | | $3,500 | 2.2 |
| **IDAHO ---->  Subtotal** | | **855** | **1,670** | | | |
| Crane Creek-Cove Creek area | ID | 25 | 50 | | $3,500 | 2.2 |
| Raft River | ID | 50 | 100 | | $3,500 | 2.45 |
| Big Creek Hot Springs | ID | 10 | 20 | | $3,500 | 2.2 |
| Rexburg | ID | 20 | 100 | | $3,500 | 2.2 |
| willow springs | ID | 100 | 200 | | $3,000 | 2.2 |
| China Cap | ID | 100 | 200 | | $3,000 | 2.2 |
| Other ID sites | | 550 | 1,000 | | $3,500 | 2.2 |
| **NEW MEXICO ----> Subtotal** | | **80** | **170** | | | |
| Lower Rio Grande Rift (including Tortuga Mtn & Ricon) | NM | 50 | 100 | | $3,500 | 2.6 |
| Lightning Dock | | 20 | 40 | | $3,500 | 2.2 |
| Radium Springs | 4 sites together | 10 | 10 | | $3,500 | 2.2 |
| McGregor | | | | | | |
| San Diego | | | 20 | | $3,500 | 2.2 |

65

BLM_0073476

| Table A-5 Detailed Geothermal Resource Capacity and Cost Allocations | | | | | |
|---|---|---|---|---|---|
| **Resource Names ad State** | | **Resource Capacity Values Megawatts** | | **Expansion** | **Cost Allocations** |
| | | **Near-Market cost up to 8 ¢/kWh online within 10 years** | **Longer-Term cost up to 20 ¢/kWh online within 20 years** | | **Capital** | **O & M** |
| | | | | | **$ / kW** | **¢ / kWh** |
| | | | | | | |
| Lower Frisco | | | | | | |
| | | | | | | |
| **UTAH ----> Subtotal** | | **230** | **620** | | | |
| Cove Fort-Sulphurdale | UT | 50 | 200 | e | $3,500 | 2.2 |
| Roosevelt Hot Springs (McKeans) | UT | 100 | 250 | e | $3,500 | 1.8 |
| Thermo Hot Springs | UT | 50 | 100 | | $3,500 | 2.2 |
| New Castle | UT | 10 | 20 | | $3,500 | 2.2 |
| Other (Monroe, Mineral Mountain, etc.) | UT | 20 | 50 | | $3,500 | 2.2 |
| | | | | | | |
| **WYOMING ----> Subtotal** | | **0** | **0** | | | |
| | | | | | | |
| **TOTAL CAPACITIES: Western** | | **5,588 MW** | **12,558 MW** | | | |

66

BLM_0073477

Coop sites

## **Arizona**

Betatakin

Dinnehotso

Kayenta

Monument Valley

Teec Nos Pos

## **Colorado**

Aguilar 1 Se

Akron 4 E

Akron 1 N

Alamosa Wso Ap

Allenspark Lodge

Allenspark 1 Nw

Altenbern

Ames

Amy

Antero Reservoir

Arapaho 14 N

Arapahoe

Arboles

Aroya 6 Ne

Arriba

Aspen

Aspen 1 Sw

Avon

Ayer Ranch

Bailey

Basalt

Berthoud Pass

Blanca

Blue Mesa Lake

Bond

Bonham Reservoir

Bonny Lake

Boulder

BLM_0073478

Bovina 3 Nne
Brandon
Branson
Breckenridge
Briggsdale
Brighton
Browns Park Refuge
Buckhorn Mtn 1 E
Buena Vista
Burlington
Butler Ranch
Byers 5 Ene
Cabin Creek
Campo 7 S
Canon City
Caribou Ranch
Cascade
Castle Rock
Cedaredge
Center 4 Ssw
Cheesman
Cheraw 1 N
Cherry Creek Dam
Cheyenne Wells
Cimarron
Climax
Coal Creek Canyon
Cochetopa Creek
Collbran
Colorado Natl Monument
Colorado Springs Wso Ap
Conejos 3 Nnw
Cortez
Craig
Craig 4 Sw
Creede
Creede 2 S
Crested Butte

Crestone 1 Se
Deer Trail
Delhi
Del Norte
Delta
Denver Wsfo Ap
Denver Wso City
Dillon 1 E
Dinosaur Natl Monument
Doherty Ranch
Dolores
Durango
Durango Water Resources
Eads 2 S
Eagle Faa Airport
Eastonville 1 Nnw
Eastonville 2 Nne
Eastonville 6 Wsw
Edgewater
Elbert
Elbert 3 Nw
Elbert 3 Se
Elbert 4 Ssw
Elbert 5 Sw
Elbert 8 Sw
Electra Lake
Estes Park
Evergreen
Eversoll Ranch
Fairplay
Ferndale Ranch
Flagler 2 Nw
Fleming 1 W
Florissant Fossil Bed
Forder 8 S
Fort Carson
Fort Collins
Fort Collins 4e

Fort Lewis
Fort Lupton 2 Se
Fort Morgan
Fountain
Fountain 6 Nne
Fowler 1 Se
Fraser
Fraser
Fruita 1 W
Gardner
Gateway 1 Se
Genoa
Georgetown
Glendevey
Glenwood Springs # 2
Gore Pass Ranch
Grand Junction Walker
Grand Junction 6 Ese
Grand Lake 1 Nw
Grand Lake 6 Ssw
Grand Valley
Grant
Great Sand Dunes N M
Greeley
Greeley Unc
Green Mountain Dam
Gross Reservoir
Grover 10 W
Guffey 10 Se
Gunnison 1 N
Hamilton
Harmon Ranch
Hartsel
Haswell
Hawthorne
Hayden
Hermit 7 Ese
Higbee 2 Sw

Hohnholz Ranch
Holly
Holyoke
Hot Sulphur Springs 2 S
Hourglass Reservoir
Hugo
Idaho Springs
Idalia 4 Nne
Ignacio 1 N
Independence Pass 5 Sw
Inter Canyon
Joes 2 Se
John Martin Dam
Jones Pass 2 E
Julesburg
Karval
Kassler
Kauffman 4 Sse
Kim 15 Nne
Kim 10 Sse
Kiowa 5 Se
Kiowa 4 Sw
Kit Carson 6 Se
Kremmling
La Junta 4 Nne
La Junta 20 S
Lake City
Lake George 8 Sw
Lake Moraine
Lakewood
Lamar
Las Animas
La Veta
Leadville
Leadville 2 Sw
Lemon Dam
Leroy 5 Wsw
Lime 3 Se

BLM_0073482

Limon 10 Ssw
Limon
Limon Wsmo
Lindon 4 S
Little Hills
Littleton
Longmont 2 Ese
Loveland Ncwcd
Manassa
Mancos
Marvine
Marvine Ranch
Massadona 3 E
Maybell
Meeker
Meeker No 2
Meredith
Mesa Lakes Resort
Mesa Verde Natl Park
Monte Vista
Montrose 1
Montrose 2
Monument 2 Wsw
Monument
Mt Evans Research Stn
Nederland 2 Nne
New Raymer
New Raymer 21 N
Northdale
Northglenn
North Lake
Norwood
Nunn
Olathe
Ordway 2 Ene
Ordway 21 N
Otis 11 Ne
Ouray

Ovid
Pagosa Springs
Palisade
Palisade Lakes 6 Sse
Palmer Lake
Paonia 1 Sw
Paonia
Parachute
Paradox 1 E
Paradox 1 W
Parker 6 E
Parshall 10 Sse
Penrose
Perry Park
Peverly Ranch
Pitkin
Placerville
Platoro
Powderhorn
Pueblo Wb Airport
Pueblo Wso Ap
Pueblo City Reservoir
Pueblo Fire Stn #2
Pueblo Army Depot
Pueblo Reservoir
Pueblo 6 Ssw
Pyramid
Ralston Reservoir
Rand
Rangely 1 E
Red Feather Lakes
Red Feather Lakes 2 Se
Redstone 4 W
Red Wing 1 Wsw
Rico
Ridgway
Rifle
Rio Grande Reservoir

Rocky Ford 2 Se
Rush
Rustic 9 Wsw
Ruxton Park
Rye
Saguache
Salida
Salida 3 W
San Luis 1 E
San Luis Lakes 3w
Sapinero 8 E
Sargents
Sargents 6w
Sedalia 4 Sse
Sedgwick
Sedgwick 5 S
Shaw 2 E
Sheep Mountain
Shoshone
Silverton
South Platte
Spicer
Springfield
Springfield 7 Wsw
Springfield 8 S
Springfield 8 Sw
Squaw Mountain
State Turkey Exp Far
Steamboat Springs
Sterling
Stonington
Stratton
Strontia Springs Dam
Sugarloaf Reservoir
Tacoma
Tacony 10 Se
Taylor Park
Telluride

BLM_0073485

Timpas 13 Sw
Trinidad
Trinidad River
Trinidad Faa Arpt
Trinidad Lake
Trout Lake
Troy 1 Se
Twin Lakes Reservoir
Two Buttes
Uravan
Utleyville
Vail
Vallecito Dam
Victor
Vona
Wagon Wheel Gap 3 N
Walden
Walsenburg
Walsh 1 W
Waterdale
Westcliffe
Wetmore 2 S
Wetmore 9 S
Wheat Ridge 2
Wiggins 7 Sw
Williams Fork Dam
Windsor
Winter Park
Wolf Creek Pass 1 E
Wolf Creek Pass 4 W
Woodros 6 Nne
Wootton Ranch
Wray
Yampa
Yellow Jacket 2 W
Yuma
Yuma 10 Nw

# Kansas

BLM_0073486

Elkhart
Richfield 10 Wsw
St Francis 8 Nw

## **Nebraska**

Big Springs
Dalton
Haigler
Kimball
Lamar 3 Sse
Lewellen
Lisco
Lodgepole
Oshkosh 1 W
Oshkosh 8 Sw
Potter 4 N
Sidney 6 Nnw
Sidney 3 S

## **New Mexico**

Anchor Mine
Aspen Grove Ranch
Aztec Ruins Natl Monume
Bateman Ranch
Bloomfield 3 Se
Brazos Lodge
Canjilon Ranger Stn
Capulin 6 Sse
Capulin Natl Monument
Cerro
Chama
Cimarron 4 Sw
Cimarron 7 Se
Clayton Wso Airport
Cundiyo
Cunico Ranch
Dawson
Des Moines
Dulce

BLM_0073487

Eagle Nest
El Vado Dam
Elizabethtown
Farmington Faa Airport
Farmington 3 Ne
Farmington Ag Science C
Fruitland 2 E
Gavilan
Governador
Grenville
Johnsons Park
Lake Alice Near
Lake Maloya
Long Canyon
Maxwell
Navajo Dam
Navajo Reservoir
Philmont Ranch
Raton
Raton Filter Plant
Raton Krtn Radio
Raton Near
Raton Wb Airport
Red River
Rosa (Near)
Rutledge Ranch
San Antone Ranger Stn
San Cristobal
Servillata (Near)
Shiprock
Skarda
Taylor
Tierra Amarilla 4 N
Tres Piedras
Vermejo Park

# **Oklahoma**

Boise City 2 E
Kenton

BLM_0073488

Kenton 6 N
Regnier

## Utah

Allen'S Ranch
Altamont
Aneth Plant
Arches Natl Park Hq
Blanding
Bluff
Bonanza
Bonanza Pumping Stn
Canyonlands The Neck
Canyonlands The Needle
Castleton
Castle Valley Inst
Cedar Point
Cisco
Dewey
Dinosaur National Monum
Dinosaur Nm Quarry Area
Duchesne Airport
Duchesne
Elkhorn Ashley Rngr Stn
Flaming Gorge
Fort Duchesne
Green River Aviation
Hans Flat Ranger Stn
Hite
Hite Marina
Hite Ranger Stn
Hovenweep Nm
Jensen
La Point
La Sal
La Sal 2 Se
Maeser 9 Nw
Manila
Mexican Hat

Moab
Montezuma Creek
Monticello
Monument Vly Mission
Moon Lake
Myton
Natural Bridges Natl Mo
Neola
Nutters Ranch
Ouray 4 Ne
Roosevelt Radio
Sunnyside
Sunnyside City Center
Thompson
Vernal Arpt
Woodside

# **Wyoming**

Albin
Archer
Baggs
Carpenter
Centennial 1 N
Cheyenne Wsfo Ap
Cheyenne Hort F Stn
Church Buttes Gas Plt
Dixon
Encampment 11 Ese
Fort Bridger Caa Airpor
Foxpark
Green River
Hecla
Hecla 1 E
Horse Creek 2 Nw
Laramie
Laramie 2
Laramie Faa Airport
Laramie 2 Nw
Lonetree

Mountain View
Pine Bluffs
Pine Bluffs 5 W
Pole Mountain
Saratoga 1 Sse
Tennyson

---

*Western Regional Climate Center, wrcc@dri.edu*

BLM_0073491

Select a site by placing mouse cursor over a site. Site name will appear in location box below the map if browser supports javascript1.1. Click site to go to graphing options.

Large boxes indicate stations that had reported during the month when these maps were last generated. Small boxes indicate inactive or removed stations.

Map last generated on 04/11/06.

If a location has multiple stations or more than one platform in the near vicinity, overlapping boxes may create difficulty when selecting from the map. Select from the list to the left in such cases.



*Western Regional Climate Center, wrcc@dri.edu*

BLM_0073492

**Location:** Move Mouse to a location on the map.

Select a site by placing mouse cursor over a site. Site name will appear in location box below the map if browser supports javascript1.1. Click site to go to available products list.

 ...back to Map Page.

*Western Regional Climate Center, wrcc@dri.edu*

BLM_0073493



# ipcc

INTERGOVERNMENTAL PANEL ON climate change

# CLIMATE CHANGE 2013
*The Physical Science Basis*

WG I

WORKING GROUP I CONTRIBUTION TO THE
FIFTH ASSESSMENT REPORT OF THE
INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE

WMO   UNEP

BLM_0073494

BLM_0073495

# Climate Change 2013
# The Physical Science Basis

## Working Group I Contribution to the
## Fifth Assessment Report of the
## Intergovernmental Panel on Climate Change

### Edited by

**Thomas F. Stocker**
Working Group I Co-Chair
University of Bern

**Dahe Qin**
Working Group I Co-Chair
China Meteorological Administration

**Gian-Kasper Plattner**
Director of Science

**Melinda M.B. Tignor**
Director of Operations

**Simon K. Allen**
Senior Science Officer

**Judith Boschung**
Administrative Assistant

**Alexander Nauels**
Science Assistant

**Yu Xia**
Science Officer

**Vincent Bex**
IT Officer

**Pauline M. Midgley**
Head

**Working Group I Technical Support Unit**



CAMBRIDGE
UNIVERSITY PRESS
www.cambridge.org

BLM_0073496

CAMBRIDGE UNIVERSITY PRESS

Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paolo, Delhi, Mexico City

Cambridge University Press

32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org

Information on this title: www.cambridge.org/9781107661820

© Intergovernmental Panel on Climate Change 2013

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 2013

Printed in the United States of America

A catalog record for this publication is available from the British Library.

ISBN 978-1-107-05799-1 hardback

ISBN 978-1-107-66182-0 paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party Internet Web sites referred to in this publication and does not guarantee that any content on such Web sites is, or will remain, accurate or appropriate.

Please use the following reference to the whole report:

IPCC, 2013: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

Cover photo:

Folgefonna glacier on the high plateaus of Sørfjorden, Norway (60°03′ N - 6°20′ E) © Yann Arthus-Bertrand / Altitude.

BLM_0073497

# Foreword, Preface and Dedication

BLM_0073498

BLM_0073499

# Foreword

"Climate Change 2013: The Physical Science Basis" presents clear and robust conclusions in a global assessment of climate change science—not the least of which is that the science now shows with 95 percent certainty that human activity is the dominant cause of observed warming since the mid-20th century. The report confirms that warming in the climate system is unequivocal, with many of the observed changes unprecedented over decades to millennia: warming of the atmosphere and the ocean, diminishing snow and ice, rising sea levels and increasing concentrations of greenhouse gases. Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850.

These and other findings confirm and enhance our scientific understanding of the climate system and the role of greenhouse gas emissions; as such, the report demands the urgent attention of both policymakers and the general public.

As an intergovernmental body jointly established in 1988 by the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP), the Intergovernmental Panel on Climate Change (IPCC) has provided policymakers with the most authoritative and objective scientific and technical assessments. Beginning in 1990, this series of IPCC Assessment Reports, Special Reports, Technical Papers, Methodology Reports and other products have become standard works of reference.

This Working Group I contribution to the IPCC's Fifth Assessment Report contains important new scientific knowledge that can be used to produce climate information and services for assisting society to act to address the challenges of climate change. The timing is particularly significant, as this information provides a new impetus, through clear and indisputable physical science, to those negotiators responsible for concluding a new agreement under the United Nations Framework Convention on Climate Change in 2015.

Climate change is a long-term challenge, but one that requires urgent action given the pace and the scale by which greenhouse gases are accumulating in the atmosphere and the risks of a more than 2 degree Celsius temperature rise. Today we need to focus on the fundamentals and on the actions otherwise the risks we run will get higher with every year.

This Working Group I assessment was made possible thanks to the commitment and dedication of many hundreds of experts worldwide, representing a wide range of disciplines. WMO and UNEP are proud that so many of the experts belong to their communities and networks. We express our deep gratitude to all authors, review editors and expert reviewers for devoting their knowledge, expertise and time. We would like to thank the staff of the Working Group I Technical Support Unit and the IPCC Secretariat for their dedication.

We are also grateful to the governments that supported their scientists' participation in developing this report and that contributed to the IPCC Trust Fund to provide for the essential participation of experts from developing countries and countries with economies in transition. We would like to express our appreciation to the government of Italy for hosting the scoping meeting for the IPCC's Fifth Assessment Report, to the governments of China, France, Morocco and Australia for hosting drafting sessions of the Working Group I contribution and to the government of Sweden for hosting the Twelfth Session of Working Group I in Stockholm for approval of the Working Group I Report. The generous financial support by the government of Switzerland, and the logistical support by the University of Bern (Switzerland), enabled the smooth operation of the Working Group I Technical Support Unit. This is gratefully acknowledged.

We would particularly like to thank Dr. Rajendra Pachauri, Chairman of the IPCC, for his direction and guidance of the IPCC and we express our deep gratitude to Professor Qin Dahe and Professor Thomas Stocker, the Co-Chairs of Working Group I for their tireless leadership throughout the development and production of this report.



**M. Jarraud**
Secretary-General
World Meteorological Organization

**A. Steiner**
Executive Director
United Nations Environment Programme

BLM_0073500

BLM_0073501

# Preface

The Working Group I contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) provides a comprehensive assessment of the physical science basis of climate change. It builds upon the Working Group I contribution to the IPCC's Fourth Assessment Report in 2007 and incorporates subsequent new findings from the Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation, as well as from research published in the extensive scientific and technical literature. The assessment considers new evidence of past, present and projected future climate change based on many independent scientific analyses from observations of the climate system, paleoclimate archives, theoretical studies of climate processes and simulations using climate models.

## Scope of the Report

During the process of scoping and approving the outline of its Fifth Assessment Report, the IPCC focussed on those aspects of the current understanding of the science of climate change that were judged to be most relevant to policymakers.

In this report, Working Group I has extended coverage of future climate change compared to earlier reports by assessing near-term projections and predictability as well as long-term projections and irreversibility in two separate chapters. Following the decisions made by the Panel during the scoping and outline approval, a set of new scenarios, the Representative Concentration Pathways, are used across all three Working Groups for projections of climate change over the 21st century. The coverage of regional information in the Working Group I report is expanded by specifically assessing climate phenomena such as monsoon systems and their relevance to future climate change in the regions.

The Working Group I Report is an assessment, not a review or a text book of climate science, and is based on the published scientific and technical literature available up to 15 March 2013. Underlying all aspects of the report is a strong commitment to assessing the science comprehensively, without bias and in a way that is relevant to policy but not policy prescriptive.

## Structure of the Report

This report consists of a short Summary for Policymakers, a longer Technical Summary and fourteen thematic chapters plus annexes. An innovation in this Working Group I assessment is the Atlas of Global and Regional Climate Projections (Annex I) containing time series and maps of temperature and precipitation projections for 35 regions of the world, which enhances accessibility for stakeholders and users.

The Summary for Policymakers and Technical Summary of this report follow a parallel structure and each includes cross-references to the chapter and section where the material being summarised can be found in the underlying report. In this way, these summary components of the report provide a road-map to the contents of the entire report and a traceable account of every major finding.

In order to facilitate the accessibility of the findings of the Working Group I assessment for a wide readership and to enhance their usability for stakeholders, each section of the Summary for Policymakers has a highlighted headline statement. Taken together, these 19 headline statements provide an overarching summary in simple and quotable language that is supported by the scientists and approved by the member governments of the IPCC. Another innovative feature of this report is the presentation of Thematic Focus Elements in the Technical Summary that provide end to end assessments of important cross-cutting issues in the physical science basis of climate change.

*Introduction (Chapter 1):* This chapter provides information on the progress in climate change science since the First Assessment Report of the IPCC in 1990 and gives an overview of key concepts, indicators of climate change, the treatment of uncertainties and advances in measurement and modelling capabilities. This includes a description of the future scenarios and in particular the Representative Concentration Pathway scenarios used across all Working Groups for the IPCC's Fifth Assessment Report.

*Observations and Paleoclimate Information (Chapters 2, 3, 4, 5):* These chapters assess information from all climate system components on climate variability and change as obtained from instrumental records and climate archives. They cover all relevant aspects of the atmosphere including the stratosphere, the land surface, the oceans and the cryosphere. Timescales from days to decades (Chapters 2, 3 and 4) and from centuries to many millennia (Chapter 5) are considered.

*Process Understanding (Chapters 6 and 7):* These chapters cover all relevant aspects from observations and process understanding to projections from global to regional scales for two key topics. Chapter 6 covers the carbon cycle and its interactions with other biogeochemical cycles, in particular the nitrogen cycle, as well as feedbacks on the climate system. For the first time, there is a chapter dedicated to the assessment of the physical science basis of clouds and aerosols, their interactions and chemistry, and the role of water vapour, as well as their role in feedbacks on the climate system (Chapter 7).

*From Forcing to Attribution of Climate Change (Chapters 8, 9, 10):* All the information on the different drivers (natural and anthropogenic) of climate change is collected, expressed in terms of Radiative Forcing and assessed in Chapter 8. In Chapter 9, the hierarchy of climate models used in simulating past and present climate change is assessed and evaluated against observations and paleoclimate reconstructions.

BLM_0073502

Information regarding detection of changes on global to regional scales and their attribution to the increase in anthropogenic greenhouse gases is assessed in Chapter 10.

*Future Climate Change, Predictability and Irreversibility (Chapters 11 and 12):* These chapters assess projections of future climate change derived from climate models on time scales from decades to centuries at both global and regional scales, including mean changes, variability and extremes. Fundamental questions related to the predictability of climate as well as long term climate change, climate change commitments and inertia in the climate system are addressed. Knowledge on irreversible changes and surprises in the climate system is also assessed.

*Integration (Chapters 13 and 14):* These chapters synthesise all relevant information for two key topics of this assessment: sea level change (Chapter 13) and climate phenomena across the regions (Chapter 14). Chapter 13 presents an end to end assessment of information on sea level change based on paleoclimate reconstructions, observations and process understanding, and provides projections from global to regional scales. Chapter 14 assesses the most important modes of variability in the climate system, such as El Niño-Southern Oscillation, monsoon and many others, as well as extreme events. Furthermore, this chapter deals with interconnections between the climate phenomena, their regional expressions and their relevance for future regional climate change.

Maps assessed in Chapter 14, together with Chapters 11 and 12, form the basis of the Atlas of Global and Regional Climate Projections in Annex I, which is also available in digital format. Radiative forcings and estimates of future atmospheric concentrations from Chapters 7, 8, 11 and 12 form the basis of the Climate System Scenario Tables presented in Annex II. All material including high-resolution versions of the figures, underlying data and Supplementary Material to the chapters is also available online: www.climatechange2013.org.

The scientific community and the climate modelling centres around the world brought together their activities in the Coordinated Modelling Intercomparison Project Phase 5 (CMIP5), providing the basis for most of the assessment of future climate change in this report. Their efforts enable Working Group I to deliver comprehensive scientific information for the policymakers and the users of this report, as well as for the specific assessments of impacts carried out by IPCC Working Group II, and of costs and mitigation strategies, carried out by IPCC Working Group III.

Following the successful introduction in the previous Working Group I assessment in 2007, all chapters contain Frequently Asked Questions. In these the authors provide scientific answers to a range of general questions in a form that will be accessible to a broad readership and serves as a resource for teaching purposes. Finally, the report is accompanied by extensive Supplementary Material which is made available in the online versions of the report to provide an additional level of detail, such as description of datasets, models, or methodologies used in chapter analyses, as well as material supporting the figures in the Summary for Policymakers.

## The Process

This Working Group I Assessment Report represents the combined efforts of hundreds of leading experts in the field of climate science and has been prepared in accordance with rules and procedures established by the IPCC. A scoping meeting for the Fifth Assessment Report was held in July 2009 and the outlines for the contributions of the three Working Groups were approved at the 31st Session of the Panel in November 2009. Governments and IPCC observer organisations nominated experts for the author team. The team of 209 Coordinating Lead Authors and Lead Authors plus 50 Review Editors selected by the Working Group I Bureau was accepted at the 41st Session of the IPCC Bureau in May 2010. In addition, more than 600 Contributing Authors provided draft text and information to the author teams at their request. Drafts prepared by the authors were subject to two rounds of formal review and revision followed by a final round of government comments on the Summary for Policymakers. A total of 54,677 written review comments were submitted by 1089 individual expert reviewers and 38 governments. The Review Editors for each chapter monitored the review process to ensure that all substantive review comments received appropriate consideration. The Summary for Policymakers was approved line-by-line and the underlying chapters were then accepted at the 12th Session of IPCC Working Group I from 23–27 September 2007.

## Acknowledgements

We are very grateful for the expertise, hard work, commitment to excellence and integrity shown throughout by the Coordinating Lead Authors and Lead Authors with important help by the many Contributing Authors. The Review Editors have played a critical role in assisting the author teams and ensuring the integrity of the review process. We express our sincere appreciation to all the expert and government reviewers. We would also like to thank the members of the Bureau of Working Group I: Jean Jouzel, Abdalah Mokssit, Fatemeh Rahimizadeh, Fredolin Tangang, David Wratt and Francis Zwiers, for their thoughtful advice and support throughout the preparation of the report.

We gratefully acknowledge the long-term efforts of the scientific community, organized and facilitated through the World Climate Research Programme, in particular CMIP5. In this effort by climate modelling centres around the world, more than 2 million gigabytes of numerical data have been produced, which were archived and distributed under the stewardship of the Program for Climate Model Diagnosis and Intercomparison. This represents an unprecedented concerted effort by the scientific community and their funding institutions.

BLM_0073503

Our sincere thanks go to the hosts and organizers of the four Working Group I Lead Author Meetings and the 12th Session of Working Group I. We gratefully acknowledge the support from the host countries: China, France, Morocco, Australia and Sweden. The support for their scientists provided by many governments as well as through the IPCC Trust Fund is much appreciated. The efficient operation of the Working Group I Technical Support Unit was made possible by the generous financial support provided by the government of Switzerland and logistical support from the University of Bern (Switzerland).

We would also like to thank Renate Christ, Secretary of the IPCC, and the staff of the IPCC Secretariat: Gaetano Leone, Jonathan Lynn, Mary Jean Burer, Sophie Schlingemann, Judith Ewa, Jesbin Baidya, Werani Zabula, Joelle Fernandez, Annie Courtin, Laura Biagioni and Amy Smith. Thanks are due to Francis Hayes who served as the conference officer for the Working Group I Approval Session.

Finally our particular appreciation goes to the Working Group I Technical Support Unit: Gian-Kasper Plattner, Melinda Tignor, Simon Allen, Judith Boschung, Alexander Nauels, Yu Xia, Vincent Bex and Pauline Midgley for their professionalism, creativity and dedication. Their tireless efforts to coordinate the Working Group I Report ensured a final product of high quality. They were assisted in this by Adrien Michel and Flavio Lehner with further support from Zhou Botao and Sun Ying. In addition, the following contributions are gratefully acknowledged: David Hansford (editorial assistance with the Frequently Asked Questions), UNEP/GRID-Geneva and University of Geneva (graphics assistance with the Frequently Asked Questions), Theresa Kornak (copyedit), Marilyn Anderson (index) and Michael Shibao (design and layout).

Preface

**Rajendra K. Pachauri**
IPCC Chair

**Qin Dahe**
IPCC WGI Co-Chair

**Thomas F. Stocker**
IPCC WGI Co-Chair

BLM_0073504

BLM_0073505

# Dedication



**Bert Bolin**
**(15 May 1925 – 30 December 2007)**

The Working Group I contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) *Climate Change 2013: The Physical Science Basis* is dedicated to the memory of Bert Bolin, the first Chair of the IPCC.

As an accomplished scientist who published on both atmospheric dynamics and the carbon cycle, including processes in the atmosphere, oceans and biosphere, Bert Bolin realised the complexity of the climate system and its sensitivity to anthropogenic perturbation. He made a fundamental contribution to the organisation of international cooperation in climate research, being involved in the establishment of a number of global programmes.

Bert Bolin played a key role in the creation of the IPCC and its assessments, which are carried out in a unique and formalized process in order to provide a robust scientific basis for informed decisions regarding one of the greatest challenges of our time. His vision and leadership of the Panel as the founding Chair from 1988 to 1997 laid the basis for subsequent assessments including this one and are remembered with deep appreciation.

BLM_0073506

BLM_0073507

# Contents

**Front Matter**

Foreword ............................................................................................................. v

Preface ............................................................................................................... vii

Dedication ........................................................................................................... xi

**SPM**

Summary for Policymakers .................................................................................... 3

**TS**

Technical Summary ............................................................................................... 33

**Chapters**

Chapter 1    Introduction .......................................................................................... 119

Chapter 2    Observations : Atmosphere and Surface ................................................... 159

Chapter 3    Observations: Ocean ............................................................................... 255

Chapter 4    Observations: Cryosphere ........................................................................ 317

Chapter 5    Information from Paleoclimate Archives ..................................................... 383

Chapter 6    Carbon and Other Biogeochemical Cycles .................................................. 465

Chapter 7    Clouds and Aerosols ................................................................................ 571

Chapter 8    Anthropogenic and Natural Radiative Forcing ............................................. 659

Chapter 9    Evaluation of Climate Models ................................................................... 741

Chapter 10   Detection and Attribution of Climate Change: from Global to Regional ........... 867

Chapter 11   Near-term Climate Change: Projections and Predictability .............................. 953

Chapter 12   Long-term Climate Change: Projections, Commitments and Irreversibility .......... 1029

Chapter 13   Sea Level Change .................................................................................... 1137

Chapter 14   Climate Phenomena and their Relevance for Future Regional Climate Change ....... 1217

**Annexes**

Annex I      Atlas of Global and Regional Climate Projections ........................................ 1311

Annex II     Climate System Scenario Tables ............................................................... 1395

Annex III    Glossary ................................................................................................ 1447

Annex IV     Acronyms .............................................................................................. 1467

Annex V      Contributors to the IPCC WGI Fifth Assessment Report ................................ 1477

Annex VI     Expert Reviewers of the IPCC WGI Fifth Assessment Report ......................... 1497

Index ................................................................................................................. 1523

BLM_0073509

# Summary for Policymakers

BLM_0073510

BLM_0073511

# SPM

# Summary for Policymakers

**Drafting Authors:**

Lisa V. Alexander (Australia), Simon K. Allen (Switzerland/New Zealand), Nathaniel L. Bindoff (Australia), François-Marie Bréon (France), John A. Church (Australia), Ulrich Cubasch (Germany), Seita Emori (Japan), Piers Forster (UK), Pierre Friedlingstein (UK/Belgium), Nathan Gillett (Canada), Jonathan M. Gregory (UK), Dennis L. Hartmann (USA), Eystein Jansen (Norway), Ben Kirtman (USA), Reto Knutti (Switzerland), Krishna Kumar Kanikicharla (India), Peter Lemke (Germany), Jochem Marotzke (Germany), Valérie Masson-Delmotte (France), Gerald A. Meehl (USA), Igor I. Mokhov (Russian Federation), Shilong Piao (China), Gian-Kasper Plattner (Switzerland), Qin Dahe (China), Venkatachalam Ramaswamy (USA), David Randall (USA), Monika Rhein (Germany), Maisa Rojas (Chile), Christopher Sabine (USA), Drew Shindell (USA), Thomas F. Stocker (Switzerland), Lynne D. Talley (USA), David G. Vaughan (UK), Shang-Ping Xie (USA)

**Draft Contributing Authors:**

Myles R. Allen (UK), Olivier Boucher (France), Don Chambers (USA), Jens Hesselbjerg Christensen (Denmark), Philippe Ciais (France), Peter U. Clark (USA), Matthew Collins (UK), Josefino C. Comiso (USA), Viviane Vasconcellos de Menezes (Australia/Brazil), Richard A. Feely (USA), Thierry Fichefet (Belgium), Arlene M. Fiore (USA), Gregory Flato (Canada), Jan Fuglestvedt (Norway), Gabriele Hegerl (UK/Germany), Paul J. Hezel (Belgium/USA), Gregory C. Johnson (USA), Georg Kaser (Austria/Italy), Vladimir Kattsov (Russian Federation), John Kennedy (UK), Albert M. G. Klein Tank (Netherlands), Corinne Le Quéré (UK), Gunnar Myhre (Norway), Timothy Osborn (UK), Antony J. Payne (UK), Judith Perlwitz (USA), Scott Power (Australia), Michael Prather (USA), Stephen R. Rintoul (Australia), Joeri Rogelj (Switzerland/Belgium), Matilde Rusticucci (Argentina), Michael Schulz (Germany), Jan Sedláček (Switzerland), Peter A. Stott (UK), Rowan Sutton (UK), Peter W. Thorne (USA/Norway/UK), Donald Wuebbles (USA)

**This Summary for Policymakers should be cited as:**

IPCC, 2013: Summary for Policymakers. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0073512

SPM

## A.    Introduction

The Working Group I contribution to the IPCC's Fifth Assessment Report (AR5) considers new evidence of climate change based on many independent scientific analyses from observations of the climate system, paleoclimate archives, theoretical studies of climate processes and simulations using climate models. It builds upon the Working Group I contribution to the IPCC's Fourth Assessment Report (AR4), and incorporates subsequent new findings of research. As a component of the fifth assessment cycle, the IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) is an important basis for information on changing weather and climate extremes.

This Summary for Policymakers (SPM) follows the structure of the Working Group I report. The narrative is supported by a series of overarching highlighted conclusions which, taken together, provide a concise summary. Main sections are introduced with a brief paragraph in italics which outlines the methodological basis of the assessment.

The degree of certainty in key findings in this assessment is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from *very low* to *very high*) and, when possible, probabilistically with a quantified likelihood (from *exceptionally unlikely* to *virtually certain*). Confidence in the validity of a finding is based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement[1]. Probabilistic estimates of quantified measures of uncertainty in a finding are based on statistical analysis of observations or model results, or both, and expert judgment[2]. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers. (See Chapter 1 and Box TS.1 for more details about the specific language the IPCC uses to communicate uncertainty.)

The basis for substantive paragraphs in this Summary for Policymakers can be found in the chapter sections of the underlying report and in the Technical Summary. These references are given in curly brackets.

## B.    Observed Changes in the Climate System

*Observations of the climate system are based on direct measurements and remote sensing from satellites and other platforms. Global-scale observations from the instrumental era began in the mid-19th century for temperature and other variables, with more comprehensive and diverse sets of observations available for the period 1950 onwards. Paleoclimate reconstructions extend some records back hundreds to millions of years. Together, they provide a comprehensive view of the variability and long-term changes in the atmosphere, the ocean, the cryosphere, and the land surface.*

**Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, sea level has risen, and the concentrations of greenhouse gases have increased (see Figures SPM.1, SPM.2, SPM.3 and SPM.4).** {2.2, 2.4, 3.2, 3.7, 4.2–4.7, 5.2, 5.3, 5.5–5.6, 6.2, 13.2}

---

[1]    In this Summary for Policymakers, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Chapter 1 and Box TS.1 for more details).

[2]    In this Summary for Policymakers, the following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100% probability, very likely 90–100%, likely 66–100%, about as likely as not 33–66%, unlikely 0–33%, very unlikely 0–10%, exceptionally unlikely 0–1%. Additional terms (extremely likely: 95–100%, more likely than not >50–100%, and extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Chapter 1 and Box TS.1 for more details).

BLM_0073513

## B.1   Atmosphere

> **Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850 (see Figure SPM.1). In the Northern Hemisphere, 1983–2012 was *likely* the warmest 30-year period of the last 1400 years (*medium confidence*).** (2.4, 5.3)

SPM

- The globally averaged combined land and ocean surface temperature data as calculated by a linear trend, show a warming of 0.85 [0.65 to 1.06] °C[3], over the period 1880 to 2012, when multiple independently produced datasets exist. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C, based on the single longest dataset available[4] (see Figure SPM.1). {2.4}

- For the longest period when calculation of regional trends is sufficiently complete (1901 to 2012), almost the entire globe has experienced surface warming (see Figure SPM.1). {2.4}

- In addition to robust multi-decadal warming, global mean surface temperature exhibits substantial decadal and interannual variability (see Figure SPM.1). Due to natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over the past 15 years (1998–2012; 0.05 [−0.05 to 0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade)[5]. {2.4}

- Continental-scale surface temperature reconstructions show, with *high confidence*, multi-decadal periods during the Medieval Climate Anomaly (year 950 to 1250) that were in some regions as warm as in the late 20th century. These regional warm periods did not occur as coherently across regions as the warming in the late 20th century (*high confidence*). {5.5}

- It is *virtually certain* that globally the troposphere has warmed since the mid-20th century. More complete observations allow greater confidence in estimates of tropospheric temperature changes in the extratropical Northern Hemisphere than elsewhere. There is *medium confidence* in the rate of warming and its vertical structure in the Northern Hemisphere extra-tropical troposphere and *low confidence* elsewhere. {2.4}

- *Confidence* in precipitation change averaged over global land areas since 1901 is *low* prior to 1951 and *medium* afterwards. Averaged over the mid-latitude land areas of the Northern Hemisphere, precipitation has increased since 1901 (*medium confidence* before and *high confidence* after 1951). For other latitudes area-averaged long-term positive or negative trends have *low confidence* (see Figure SPM.2). {TS TFE.1, Figure 2; 2.5}

- Changes in many extreme weather and climate events have been observed since   about 1950 (see Table SPM.1 for details). It is *very likely* that the number of cold days and nights has decreased and the number of warm days and nights has increased on the global scale[6]. It is *likely* that the frequency of heat waves has increased in large parts of Europe, Asia and Australia. There are *likely* more land regions where the number of heavy precipitation events has increased than where it has decreased. The frequency or intensity of heavy precipitation events has *likely* increased in North America and Europe. In other continents, *confidence* in changes in heavy precipitation events is at most *medium*. {2.6}

---

[3]  In the WGI contribution to the AR5, uncertainty is quantified using 90% uncertainty intervals unless otherwise stated. The 90% uncertainty interval, reported in square brackets, is expected to have a 90% likelihood of covering the value that is being estimated. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate. A best estimate of that value is given where available.

[4]  Both methods presented in this bullet were also used in AR4. The first calculates the difference using a best fit linear trend of all points between 1880 and 2012. The second calculates the difference between averages for the two periods 1850–1900 and 2003–2012. Therefore, the resulting values and their 90% uncertainty intervals are not directly comparable. {2.4}

[5]  Trends for 15-year periods starting in 1995, 1996, and 1997 are 0.13 [0.02 to 0.24] °C per decade, 0.14 [0.03 to 0.24] °C per decade, and, 0.07 [−0.02 to 0.18] °C per decade, respectively.

[6]  See the Glossary for the definition of these terms: cold days/cold nights, warm days/warm nights, heat waves.

BLM_0073514

**SPM**





**Figure SPM.1 |** (a) Observed global mean combined land and ocean surface temperature anomalies, from 1850 to 2012 from three data sets. Top panel: annual mean values. Bottom panel: decadal mean values including the estimate of uncertainty for one dataset (black). Anomalies are relative to the mean of 1961–1990. (b) Map of the observed surface temperature change from 1901 to 2012 derived from temperature trends determined by linear regression from one dataset (orange line in panel a). Trends have been calculated where data availability permits a robust estimate (i.e., only for grid boxes with greater than 70% complete records and more than 20% data availability in the first and last 10% of the time period). Other areas are white. Grid boxes where the trend is significant at the 10% level are indicated by a + sign. For a listing of the datasets and further technical details see the Technical Summary Supplementary Material. (Figures 2.19–2.21; Figure TS.2)

**Table SPM.1 |** Extreme weather and climate events: Global-scale assessment of recent observed changes, human contribution to the changes, and projected further changes for the early (2016–2035) and late (2081–2100) 21st century. Bold indicates where the AR5 (black) provides a revised* global-scale assessment from the SREX (blue) or AR4 (red). Projections for early 21st century were not provided in previous assessment reports. Projections in the AR5 are relative to the reference period of 1986–2005, and use the new Representative Concentration Pathway (RCP) scenarios (see Box SPM.1) unless otherwise specified. See the Glossary for definitions of extreme weather and climate events.

| Phenomenon and direction of trend | Assessment that changes occurred (typically since 1950 unless otherwise indicated) | Assessment of a human contribution to observed changes | Likelihood of further changes | |
|---|---|---|---|---|
| | | | Early 21st century | Late 21st century |
| **Warmer and/or fewer cold days and nights over most land areas** | Very likely (2.6) / Very likely / *Very likely* | **Very likely** (10.6) / Likely[f] / *Likely* | Likely [11.3] | Virtually certain (12.4) / Virtually certain / *Virtually certain* |
| **Warmer and/or more frequent hot days and nights over most land areas** | Very likely (2.6) / Very likely / *Very likely* | **Very likely** (10.6) / Likely[f] / *Likely* (nights only) | Likely [11.3] | Virtually certain (12.4) / Virtually certain / *Virtually certain* |
| **Warm spells/heat waves. Frequency and/or duration increases over most land areas** | **Medium confidence** on a global scale; Likely in large parts of Europe, Asia and Australia (2.6) / Medium confidence in many (but not all) regions / *Likely* | **Likely**[a] (10.6) / Not formally assessed / *More likely than not* | Not formally assessed[b] [11.3] | Very likely (12.4) / Very likely / *Very likely* |
| **Heavy precipitation events. Increase in the frequency, intensity, and/or amount of heavy precipitation** | Likely more land areas with increases than decreases[c] (2.6) / Likely more land areas with increases than decreases / *Likely over most land areas* | **Medium confidence** (7.6, 10.6) / Medium confidence / *More likely than not* | Likely over many land areas [11.3] | **Very likely** over most of the mid-latitude land masses and over wet tropical regions (12.4) / Likely over many areas / *Very likely over most land areas* |
| **Increases in intensity and/or duration of drought** | Low confidence on a global scale; Likely changes in some regions[d] (2.6) / Medium confidence in some regions / *Likely in many regions, since 1970*[d] | Low confidence (10.6) / Medium confidence[f] / *More likely than not* | Low confidence[g] [11.3] | Likely (medium confidence) on a regional to global scale[h] (12.4) / Medium confidence in some regions / *Likely*[e] |
| **Increases in intense tropical cyclone activity** | Low confidence in long term (centennial) changes; Virtually certain in North Atlantic since 1970 (2.6) / Low confidence / *Likely in some regions, since 1970* | Low confidence[i] (10.6) / Low confidence / *More likely than not* | Low confidence [11.3] | More likely than not in the Western North Pacific and North Atlantic[j] (14.6) / More likely than not in some basins / *Likely* |
| **Increased incidence and/or magnitude of extreme high sea level** | Likely (since 1970) (3.7) / Likely (late 20th century) / *Likely* | **Likely**[k] (3.7) / Likely[k] / *More likely than not*[c] | Likely[j] [13.7] | **Very likely**[l] (13.7) / Very likely[m] / *Likely* |

* The direct comparison of assessment findings between reports is difficult. For some climate variables, different aspects have been assessed, and the revised guidance note on uncertainties has been used for the SREX and AR5. The availability of new information, improved scientific understanding, continued analyses of data and models, and specific differences in methodologies applied in the assessed studies, all contribute to revised assessment findings.

Notes:
a. Attribution is based on available case studies. It is *likely* that human influence has more than doubled the probability of occurrence of some observed heat waves in some locations.
b. Models project near-term increases in the duration, intensity and spatial extent of heat waves and warm spells.
c. In most continents, *confidence* in trends is not higher than *medium* except in North America and Europe where there have been *likely* increases in either the frequency or intensity of heavy precipitation with some seasonal and/or regional variation. It is *very likely* that there have been increases in central North America.
d. The frequency and intensity of drought has *likely* increased in the Mediterranean and West Africa, and *likely* decreased in central North America and north-west Australia.
e. AR4 assessed the area affected by drought.
f. SREX assessed *medium confidence* that anthropogenic influence had contributed to some changes in the drought patterns observed in the second half of the 20th century, based on its attributed impact on precipitation and temperature changes. SREX assessed *low confidence* in the attribution of changes in droughts at the level of single regions.
g. There is *low confidence* in projected changes in soil moisture.
h. Regional to global-scale projected decreases in soil moisture and increased agricultural drought are *likely (medium confidence)* in presently dry regions by the end of this century under the RCP8.5 scenario. Soil moisture drying in the Mediterranean, Southwest US and southern African regions is consistent with projected changes in Hadley circulation and increased surface temperatures, so there is *high confidence* in *likely* surface drying in these regions by the end of this century under the RCP8.5 scenario.
i. There is *medium confidence* that a reduction in aerosol forcing over the North Atlantic has contributed at least in part to the observed increase in tropical cyclone activity since the 1970s in this region.
j. Based on expert judgment and assessment of projections which use an SRES A1B (or similar) scenario.
k. Attribution is based on the close relationship between observed changes in extreme and mean sea level.
l. There is *high confidence* that this increase in extreme high sea level will primarily be the result of an increase in mean sea level. There is *low confidence* in region-specific projections of storminess and associated storm surges.
m. SREX assessed it to be *very likely* that mean sea level rise will contribute to future upward trends in extreme coastal high water levels.

BLM_0073516

7

**Summary for Policymakers**

SPM



**Figure SPM.2 |** Maps of observed precipitation change from 1901 to 2010 and from 1951 to 2010 (trends in annual accumulation calculated using the same criteria as in Figure SPM.1) from one data set. For further technical details see the Technical Summary Supplementary Material. {TS TFE.1, Figure 2; Figure 2.29}

## B.2   Ocean

> **Ocean warming dominates the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (*high confidence*). It is *virtually certain* that the upper ocean (0–700 m) warmed from 1971 to 2010 (see Figure SPM.3), and it *likely* warmed between the 1870s and 1971.** {3.2, Box 3.1}

- On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period 1971 to 2010. Since AR4, instrumental biases in upper-ocean temperature records have been identified and reduced, enhancing confidence in the assessment of change. {3.2}

- It is *likely* that the ocean warmed between 700 and 2000 m from 1957 to 2009. Sufficient observations are available for the period 1992 to 2005 for a global assessment of temperature change below 2000 m. There were *likely* no significant observed temperature trends between 2000 and 3000 m for this period. It is *likely* that the ocean warmed from 3000 m to the bottom for this period, with the largest warming observed in the Southern Ocean. {3.2}

- More than 60% of the net energy increase in the climate system is stored in the upper ocean (0–700 m) during the relatively well-sampled 40-year period from 1971 to 2010, and about 30% is stored in the ocean below 700 m. The increase in upper ocean heat content during this time period estimated from a linear trend is *likely* 17 [15 to 19] × $10^{22}$ J [7] (see Figure SPM.3). {3.2, Box 3.1}

- It is *about as likely as not* that ocean heat content from 0–700 m increased more slowly during 2003 to 2010 than during 1993 to 2002 (see Figure SPM.3). Ocean heat uptake from 700–2000 m, where interannual variability is smaller, *likely* continued unabated from 1993 to 2009. {3.2, Box 9.2}

- It is *very likely* that regions of high salinity where evaporation dominates have become more saline, while regions of low salinity where precipitation dominates have become fresher since the 1950s. These regional trends in ocean salinity provide indirect evidence that evaporation and precipitation over the oceans have changed (*medium confidence*). {2.5, 3.3, 3.5}

- There is no observational evidence of a trend in the Atlantic Meridional Overturning Circulation (AMOC), based on the decade-long record of the complete AMOC and longer records of individual AMOC components. {3.6}

---

[7]   A constant supply of heat through the ocean surface at the rate of 1 W m$^{-2}$ for 1 year would increase the ocean heat content by 1.1 × $10^{22}$ J.

8

### B.3   Cryosphere

> Over the last two decades, the Greenland and Antarctic ice sheets have been losing mass, glaciers have continued to shrink almost worldwide, and Arctic sea ice and Northern Hemisphere spring snow cover have continued to decrease in extent (*high confidence*) (see Figure SPM.3). {4.2–4.7}

- The average rate of ice loss[8] from glaciers around the world, excluding glaciers on the periphery of the ice sheets[9], was *very likely* 226 [91 to 361] Gt yr$^{-1}$ over the period 1971 to 2009, and *very likely* 275 [140 to 410] Gt yr$^{-1}$ over the period 1993 to 2009[10]. {4.3}

- The average rate of ice loss from the Greenland ice sheet has *very likely* substantially increased from 34 [−6 to 74] Gt yr$^{-1}$ over the period 1992 to 2001 to 215 [157 to 274] Gt yr$^{-1}$ over the period 2002 to 2011. {4.4}

- The average rate of ice loss from the Antarctic ice sheet has *likely* increased from 30 [−37 to 97] Gt yr$^{-1}$ over the period 1992–2001 to 147 [72 to 221] Gt yr$^{-1}$ over the period 2002 to 2011. There is *very high confidence* that these losses are mainly from the northern Antarctic Peninsula and the Amundsen Sea sector of West Antarctica. {4.4}

- The annual mean Arctic sea ice extent decreased over the period 1979 to 2012 with a rate that was *very likely* in the range 3.5 to 4.1% per decade (range of 0.45 to 0.51 million km$^2$ per decade), and *very likely* in the range 9.4 to 13.6% per decade (range of 0.73 to 1.07 million km$^2$ per decade) for the summer sea ice minimum (perennial sea ice). The average decrease in decadal mean extent of Arctic sea ice has been most rapid in summer (*high confidence*); the spatial extent has decreased in every season, and in every successive decade since 1979 (*high confidence*) (see Figure SPM.3). There is *medium confidence* from reconstructions that over the past three decades, Arctic summer sea ice retreat was unprecedented and sea surface temperatures were anomalously high in at least the last 1,450 years. {4.2, 5.5}

- It is *very likely* that the annual mean Antarctic sea ice extent increased at a rate in the range of 1.2 to 1.8% per decade (range of 0.13 to 0.20 million km$^2$ per decade) between 1979 and 2012. There is *high confidence* that there are strong regional differences in this annual rate, with extent increasing in some regions and decreasing in others. {4.2}

- There is *very high confidence* that the extent of Northern Hemisphere snow cover has decreased since the mid-20th century (see Figure SPM.3). Northern Hemisphere snow cover extent decreased 1.6 [0.8 to 2.4] % per decade for March and April, and 11.7 [8.8 to 14.6] % per decade for June, over the 1967 to 2012 period. During this period, snow cover extent in the Northern Hemisphere did not show a statistically significant increase in any month. {4.5}

- There is *high confidence* that permafrost temperatures have increased in most regions since the early 1980s. Observed warming was up to 3°C in parts of Northern Alaska (early 1980s to mid-2000s) and up to 2°C in parts of the Russian European North (1971 to 2010). In the latter region, a considerable reduction in permafrost thickness and areal extent has been observed over the period 1975 to 2005 (*medium confidence*). {4.7}

- Multiple lines of evidence support very substantial Arctic warming since the mid-20th century. {Box 5.1, 10.3}

---

[8]   All references to 'ice loss' or 'mass loss' refer to net ice loss, i.e., accumulation minus melt and iceberg calving.

[9]   For methodological reasons, this assessment of ice loss from the Antarctic and Greenland ice sheets includes change in the glaciers on the periphery. These peripheral glaciers are thus excluded from the values given for glaciers.

[10]   100 Gt yr$^{-1}$ of ice loss is equivalent to about 0.28 mm yr$^{-1}$ of global mean sea level rise.

BLM_0073518

SPM



**Figure SPM.3 |** Multiple observed indicators of a changing global climate: (a) Extent of Northern Hemisphere March-April (spring) average snow cover; (b) extent of Arctic July-August-September (summer) average sea ice; (c) change in global mean upper ocean (0–700 m) heat content aligned to 2006–2010, and relative to the mean of all datasets for 1970; (d) global mean sea level relative to the 1900–1905 mean of the longest running dataset, and with all datasets aligned to have the same value in 1993, the first year of satellite altimetry data. All time-series (coloured lines indicating different data sets) show annual values, and where assessed, uncertainties are indicated by coloured shading. See Technical Summary Supplementary Material for a listing of the datasets. {Figures 3.2, 3.13, 4.19, and 4.3; FAQ 2.1, Figure 2; Figure TS.1}

BLM_0073519

## B.4   Sea Level

> The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (*high confidence*). Over the period 1901 to 2010, global mean sea level rose by 0.19 [0.17 to 0.21] m (see Figure SPM.3). {3.7, 5.6, 13.2}

**SPM**

- Proxy and instrumental sea level data indicate a transition in the late 19th to the early 20th century from relatively low mean rates of rise over the previous two millennia to higher rates of rise (*high confidence*). It is *likely* that the rate of global mean sea level rise has continued to increase since the early 20th century. {3.7, 5.6, 13.2}

- It is *very likely* that the mean rate of global averaged sea level rise was 1.7 [1.5 to 1.9] mm yr$^{-1}$ between 1901 and 2010, 2.0 [1.7 to 2.3] mm yr$^{-1}$ between 1971 and 2010, and 3.2 [2.8 to 3.6] mm yr$^{-1}$ between 1993 and 2010. Tide-gauge and satellite altimeter data are consistent regarding the higher rate of the latter period. It is *likely* that similarly high rates occurred between 1920 and 1950. {3.7}

- Since the early 1970s, glacier mass loss and ocean thermal expansion from warming together explain about 75% of the observed global mean sea level rise (*high confidence*). Over the period 1993 to 2010, global mean sea level rise is, with *high confidence*, consistent with the sum of the observed contributions from ocean thermal expansion due to warming (1.1 [0.8 to 1.4] mm yr$^{-1}$), from changes in glaciers (0.76 [0.39 to 1.13] mm yr$^{-1}$), Greenland ice sheet (0.33 [0.25 to 0.41] mm yr$^{-1}$), Antarctic ice sheet (0.27 [0.16 to 0.38] mm yr$^{-1}$), and land water storage (0.38 [0.26 to 0.49] mm yr$^{-1}$). The sum of these contributions is 2.8 [2.3 to 3.4] mm yr$^{-1}$. {13.3}

- There is *very high confidence* that maximum global mean sea level during the last interglacial period (129,000 to 116,000 years ago) was, for several thousand years, at least 5 m higher than present, and *high confidence* that it did not exceed 10 m above present. During the last interglacial period, the Greenland ice sheet *very likely* contributed between 1.4 and 4.3 m to the higher global mean sea level, implying with *medium confidence* an additional contribution from the Antarctic ice sheet. This change in sea level occurred in the context of different orbital forcing and with high-latitude surface temperature, averaged over several thousand years, at least 2°C warmer than present (*high confidence*). {5.3, 5.6}

## B.5   Carbon and Other Biogeochemical Cycles

> The atmospheric concentrations of carbon dioxide, methane, and nitrous oxide have increased to levels unprecedented in at least the last 800,000 years. Carbon dioxide concentrations have increased by 40% since pre-industrial times, primarily from fossil fuel emissions and secondarily from net land use change emissions. The ocean has absorbed about 30% of the emitted anthropogenic carbon dioxide, causing ocean acidification (see Figure SPM.4). {2.2, 3.8, 5.2, 6.2, 6.3}

- The atmospheric concentrations of the greenhouse gases carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) have all increased since 1750 due to human activity. In 2011 the concentrations of these greenhouse gases were 391 ppm[11], 1803 ppb, and 324 ppb, and exceeded the pre-industrial levels by about 40%, 150%, and 20%, respectively. {2.2, 5.2, 6.1, 6.2}

- Concentrations of $CO_2$, $CH_4$, and $N_2O$ now substantially exceed the highest concentrations recorded in ice cores during the past 800,000 years. The mean rates of increase in atmospheric concentrations over the past century are, with *very high confidence*, unprecedented in the last 22,000 years. {5.2, 6.1, 6.2}

---

[11]   ppm (parts per million) or ppb (parts per billion, 1 billion = 1,000 million) is the ratio of the number of gas molecules to the total number of molecules of dry air. For example, 300 ppm means 300 molecules of a gas per million molecules of dry air.

BLM_0073520

**Summary for Policymakers**

SPM

- Annual $CO_2$ emissions from fossil fuel combustion and cement production were 8.3 [7.6 to 9.0] GtC[12] yr[-1] averaged over 2002–2011 (*high confidence*) and were 9.5 [8.7 to 10.3] GtC yr[-1] in 2011, 54% above the 1990 level. Annual net $CO_2$ emissions from anthropogenic land use change were 0.9 [0.1 to 1.7] GtC yr[-1] on average during 2002 to 2011 (*medium confidence*). {6.3}

- From 1750 to 2011, $CO_2$ emissions from fossil fuel combustion and cement production have released 375 [345 to 405] GtC to the atmosphere, while deforestation and other land use change are estimated to have released 180 [100 to 260] GtC. This results in cumulative anthropogenic emissions of 555 [470 to 640] GtC. {6.3}

- Of these cumulative anthropogenic $CO_2$ emissions, 240 [230 to 250] GtC have accumulated in the atmosphere, 155 [125 to 185] GtC have been taken up by the ocean and 160 [70 to 250] GtC have accumulated in natural terrestrial ecosystems (i.e., the cumulative residual land sink). {Figure TS.4, 3.8, 6.3}

- Ocean acidification is quantified by decreases in pH[13]. The pH of ocean surface water has decreased by 0.1 since the beginning of the industrial era (*high confidence*), corresponding to a 26% increase in hydrogen ion concentration (see Figure SPM.4). {3.8, Box 3.2}





**Figure SPM.4 |** Multiple observed indicators of a changing global carbon cycle: (a) atmospheric concentrations of carbon dioxide ($CO_2$) from Mauna Loa (19°32'N, 155°34'W – red) and South Pole (89°59'S, 24°48'W – black) since 1958; (b) partial pressure of dissolved $CO_2$ at the ocean surface (blue curves) and in situ pH (green curves), a measure of the acidity of ocean water. Measurements are from three stations from the Atlantic (29°10'N, 15°30'W – dark blue/dark green; 31°40'N, 64°10'W – blue/green) and the Pacific Oceans (22°45'N, 158°00'W – light blue/light green). Full details of the datasets shown here are provided in the underlying report and the Technical Summary Supplementary Material. {Figures 2.1 and 3.18; Figure TS.5}

---

[12]   1 Gigatonne of carbon = 1 GtC = $10^{15}$ grams of carbon. This corresponds to 3.667 GtCO$_2$.

[13]   pH is a measure of acidity using a logarithmic scale: a pH decrease of 1 unit corresponds to a 10-fold increase in hydrogen ion concentration, or acidity.

BLM_0073521

## C.   Drivers of Climate Change

*Natural and anthropogenic substances and processes that alter the Earth's energy budget are drivers of climate change. Radiative forcing[14] (RF) quantifies the change in energy fluxes caused by changes in these drivers for 2011 relative to 1750, unless otherwise indicated. Positive RF leads to surface warming, negative RF leads to surface cooling. RF is estimated based on in-situ and remote observations, properties of greenhouse gases and aerosols, and calculations using numerical models representing observed processes. Some emitted compounds affect the atmospheric concentration of other substances. The RF can be reported based on the concentration changes of each substance[15]. Alternatively, the emission-based RF of a compound can be reported, which provides a more direct link to human activities. It includes contributions from all substances affected by that emission. The total anthropogenic RF of the two approaches are identical when considering all drivers. Though both approaches are used in this Summary for Policymakers, emission-based RFs are emphasized.*

**Total radiative forcing is positive, and has led to an uptake of energy by the climate system. The largest contribution to total radiative forcing is caused by the increase in the atmospheric concentration of $CO_2$ since 1750 (see Figure SPM.5).** {3.2, Box 3.1, 8.3, 8.5}

SPM

- The total anthropogenic RF for 2011 relative to 1750 is 2.29 [1.13 to 3.33] W m$^{-2}$ (see Figure SPM.5), and it has increased more rapidly since 1970 than during prior decades. The total anthropogenic RF best estimate for 2011 is 43% higher than that reported in AR4 for the year 2005. This is caused by a combination of continued growth in most greenhouse gas concentrations and improved estimates of RF by aerosols indicating a weaker net cooling effect (negative RF). {8.5}

- The RF from emissions of well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$, and Halocarbons) for 2011 relative to 1750 is 3.00 [2.22 to 3.78] W m$^{-2}$ (see Figure SPM.5). The RF from changes in concentrations in these gases is 2.83 [2.26 to 3.40] W m$^{-2}$. {8.5}

- Emissions of $CO_2$ alone have caused an RF of 1.68 [1.33 to 2.03] W m$^{-2}$ (see Figure SPM.5). Including emissions of other carbon-containing gases, which also contributed to the increase in $CO_2$ concentrations, the RF of $CO_2$ is 1.82 [1.46 to 2.18] W m$^{-2}$. {8.3, 8.5}

- Emissions of $CH_4$ alone have caused an RF of 0.97 [0.74 to 1.20] W m$^{-2}$ (see Figure SPM.5). This is much larger than the concentration-based estimate of 0.48 [0.38 to 0.58] W m$^{-2}$ (unchanged from AR4). This difference in estimates is caused by concentration changes in ozone and stratospheric water vapour due to $CH_4$ emissions and other emissions indirectly affecting $CH_4$. {8.3, 8.5}

- Emissions of stratospheric ozone-depleting halocarbons have caused a net positive RF of 0.18 [0.01 to 0.35] W m$^{-2}$ (see Figure SPM.5). Their own positive RF has outweighed the negative RF from the ozone depletion that they have induced. The positive RF from all halocarbons is similar to the value in AR4, with a reduced RF from CFCs but increases from many of their substitutes. {8.3, 8.5}

- Emissions of short-lived gases contribute to the total anthropogenic RF. Emissions of carbon monoxide (CO) are *virtually certain* to have induced a positive RF, while emissions of nitrogen oxides ($NO_x$) are *likely* to have induced a net negative RF (see Figure SPM.5). {8.3, 8.5}

- The RF of the total aerosol effect in the atmosphere, which includes cloud adjustments due to aerosols, is −0.9 [−1.9 to −0.1] W m$^{-2}$ (*medium confidence*), and results from a negative forcing from most aerosols and a positive contribution

---

[14] The strength of drivers is quantified as Radiative Forcing (RF) in un ts watts per square metre (W m$^{-2}$) as in previous IPCC assessments. RF is the change in energy flux caused by a driver, and is calculated at the tropopause or at the top of the atmosphere. In the traditional RF concept employed in previous IPCC reports all surface and tropospheric conditions are kept fixed. In calculations of RF for well-mixed greenhouse gases and aerosols in this report, physical variables, except for the ocean and sea ice, are allowed to respond to perturbations with rapid adjustments. The resulting forcing is called Effective Radiative Forcing (ERF) in the underlying report. This change reflects the scientific progress from previous assessments and results in a better indication of the eventual temperature response for these drivers. For all drivers other than well-mixed greenhouse gases and aerosols, rapid adjustments are less well characterized and assumed to be small, and thus the traditional RF is used. {8.1}

[15] This approach was used to report RF in the AR4 Summary for Policymakers.

13

BLM_0073522

**SPM**

from black carbon absorption of solar radiation. There is *high confidence* that aerosols and their interactions with clouds have offset a substantial portion of global mean forcing from well-mixed greenhouse gases. They continue to contribute the largest uncertainty to the total RF estimate. {7.5, 8.3, 8.5}

- The forcing from stratospheric volcanic aerosols can have a large impact on the climate for some years after volcanic eruptions. Several small eruptions have caused an RF of −0.11 [−0.15 to −0.08] W m$^{-2}$ for the years 2008 to 2011, which is approximately twice as strong as during the years 1999 to 2002. {8.4}

- The RF due to changes in solar irradiance is estimated as 0.05 [0.00 to 0.10] W m$^{-2}$ (see Figure SPM.5). Satellite observations of total solar irradiance changes from 1978 to 2011 indicate that the last solar minimum was lower than the previous two. This results in an RF of −0.04 [−0.08 to 0.00] W m$^{-2}$ between the most recent minimum in 2008 and the 1986 minimum. {8.4}

- The total natural RF from solar irradiance changes and stratospheric volcanic aerosols made only a small contribution to the net radiative forcing throughout the last century, except for brief periods after large volcanic eruptions. {8.5}



**Figure SPM.5 |** Radiative forcing estimates in 2011 relative to 1750 and aggregated uncertainties for the main drivers of climate change. Values are global average radiative forcing (RF[14]), partitioned according to the emitted compounds or processes that result in a combination of drivers. The best estimates of the net radiative forcing are shown as black diamonds with corresponding uncertainty intervals; the numerical values are provided on the right of the figure, together with the confidence level in the net forcing (VH – *very high*, H – *high*, M – *medium*, L – *low*, VL – *very low*). Albedo forcing due to black carbon on snow and ice is included in the black carbon aerosol bar. Small forcings due to contrails (0.05 W m$^{-2}$, including contrail induced cirrus), and HFCs, PFCs and SF$_6$ (total 0.03 W m$^{-2}$) are not shown. Concentration-based RFs for gases can be obtained by summing the like-coloured bars. Volcanic forcing is not included as its episodic nature makes is difficult to compare to other forcing mechanisms. Total anthropogenic radiative forcing is provided for three different years relative to 1750. For further technical details, including uncertainty ranges associated with individual components and processes, see the Technical Summary Supplementary Material. {8.5; Figures 8.14–8.18; Figures TS.6 and TS.7}

BLM_0073523

# D.   Understanding the Climate System and its Recent Changes

*Understanding recent changes in the climate system results from combining observations, studies of feedback processes, and model simulations. Evaluation of the ability of climate models to simulate recent changes requires consideration of the state of all modelled climate system components at the start of the simulation and the natural and anthropogenic forcing used to drive the models. Compared to AR4, more detailed and longer observations and improved climate models now enable the attribution of a human contribution to detected changes in more climate system components.*

SPM

**Human influence on the climate system is clear. This is evident from the increasing greenhouse gas concentrations in the atmosphere, positive radiative forcing, observed warming, and understanding of the climate system.** {2–14}

## D.1   Evaluation of Climate Models

**Climate models have improved since the AR4. Models reproduce observed continental-scale surface temperature patterns and trends over many decades, including the more rapid warming since the mid-20th century and the cooling immediately following large volcanic eruptions (*very high confidence*).** {9.4, 9.6, 9.8}

• The long-term climate model simulations show a trend in global-mean surface temperature from 1951 to 2012 that agrees with the observed trend (*very high confidence*). There are, however, differences between simulated and observed trends over periods as short as 10 to 15 years (e.g., 1998 to 2012). {9.4, Box 9.2}

• The observed reduction in surface warming trend over the period 1998 to 2012 as compared to the period 1951 to 2012, is due in roughly equal measure to a reduced trend in radiative forcing and a cooling contribution from natural internal variability, which includes a possible redistribution of heat within the ocean (*medium confidence*). The reduced trend in radiative forcing is primarily due to volcanic eruptions and the timing of the downward phase of the 11-year solar cycle. However, there is *low confidence* in quantifying the role of changes in radiative forcing in causing the reduced warming trend. There is *medium confidence* that natural internal decadal variability causes to a substantial degree the difference between observations and the simulations; the latter are not expected to reproduce the timing of natural internal variability. There may also be a contribution from forcing inadequacies and, in some models, an overestimate of the response to increasing greenhouse gas and other anthropogenic forcing (dominated by the effects of aerosols). {9.4, Box 9.2, 10.3, Box 10.2, 11.3}

• On regional scales, the confidence in model capability to simulate surface temperature is less than for the larger scales. However, there is *high confidence* that regional-scale surface temperature is better simulated than at the time of the AR4. {9.4, 9.6}

• There has been substantial progress in the assessment of extreme weather and climate events since AR4. Simulated global-mean trends in the frequency of extreme warm and cold days and nights over the second half of the 20th century are generally consistent with observations. {9.5}

• There has been some improvement in the simulation of continental-scale patterns of precipitation since the AR4. At regional scales, precipitation is not simulated as well, and the assessment is hampered by observational uncertainties. {9.4, 9.6}

• Some important climate phenomena are now better reproduced by models. There is *high confidence* that the statistics of monsoon and El Niño-Southern Oscillation (ENSO) based on multi-model simulations have improved since AR4. {9.5}

15

BLM_0073524

SPM

- Climate models now include more cloud and aerosol processes, and their interactions, than at the time of the AR4, but there remains *low confidence* in the representation and quantification of these processes in models. {7.3, 7.6, 9.4, 9.7}

- There is robust evidence that the downward trend in Arctic summer sea ice extent since 1979 is now reproduced by more models than at the time of the AR4, with about one-quarter of the models showing a trend as large as, or larger than, the trend in the observations. Most models simulate a small downward trend in Antarctic sea ice extent, albeit with large inter-model spread, in contrast to the small upward trend in observations. {9.4}

- Many models reproduce the observed changes in upper-ocean heat content (0–700 m) from 1961 to 2005 (*high confidence*), with the multi-model mean time series falling within the range of the available observational estimates for most of the period. {9.4}

- Climate models that include the carbon cycle (Earth System Models) simulate the global pattern of ocean-atmosphere $CO_2$ fluxes, with outgassing in the tropics and uptake in the mid and high latitudes. In the majority of these models the sizes of the simulated global land and ocean carbon sinks over the latter part of the 20th century are within the range of observational estimates. {9.4}

## D.2    Quantification of Climate System Responses

> **Observational and model studies of temperature change, climate feedbacks and changes in the Earth's energy budget together provide confidence in the magnitude of global warming in response to past and future forcing.** (Box 12.2, Box 13.1)

- The net feedback from the combined effect of changes in water vapour, and differences between atmospheric and surface warming is *extremely likely* positive and therefore amplifies changes in climate. The net radiative feedback due to all cloud types combined is *likely* positive. Uncertainty in the sign and magnitude of the cloud feedback is due primarily to continuing uncertainty in the impact of warming on low clouds. {7.2}

- The equilibrium climate sensitivity quantifies the response of the climate system to constant radiative forcing on multi-century time scales. It is defined as the change in global mean surface temperature at equilibrium that is caused by a doubling of the atmospheric $CO_2$ concentration. Equilibrium climate sensitivity is *likely* in the range 1.5°C to 4.5°C (*high confidence*), *extremely unlikely* less than 1°C (*high confidence*), and *very unlikely* greater than 6°C (*medium confidence*)[16]. The lower temperature limit of the assessed *likely* range is thus less than the 2°C in the AR4, but the upper limit is the same. This assessment reflects improved understanding, the extended temperature record in the atmosphere and ocean, and new estimates of radiative forcing. {TS TFE.6, Figure 1; Box 12.2}

- The rate and magnitude of global climate change is determined by radiative forcing, climate feedbacks and the storage of energy by the climate system. Estimates of these quantities for recent decades are consistent with the assessed *likely* range of the equilibrium climate sensitivity to within assessed uncertainties, providing strong evidence for our understanding of anthropogenic climate change. {Box 12.2, Box 13.1}

- The transient climate response quantifies the response of the climate system to an increasing radiative forcing on a decadal to century timescale. It is defined as the change in global mean surface temperature at the time when the atmospheric $CO_2$ concentration has doubled in a scenario of concentration increasing at 1% per year. The transient climate response is *likely* in the range of 1.0°C to 2.5°C (*high confidence*) and *extremely unlikely* greater than 3°C. {Box 12.2}

- A related quantity is the transient climate response to cumulative carbon emissions (TCRE). It quantifies the transient response of the climate system to cumulative carbon emissions (see Section E.8). TCRE is defined as the global mean

---

[16]    No best estimate for equilibrium climate sensitivity can now be given because of a lack of agreement on values across assessed lines of evidence and studies.

BLM_0073525

surface temperature change per 1000 GtC emitted to the atmosphere. TCRE is *likely* in the range of 0.8°C to 2.5°C per 1000 GtC and applies for cumulative emissions up to about 2000 GtC until the time temperatures peak (see Figure SPM.10). {12.5, Box 12.2}

- Various metrics can be used to compare the contributions to climate change of emissions of different substances. The most appropriate metric and time horizon will depend on which aspects of climate change are considered most important to a particular application. No single metric can accurately compare all consequences of different emissions, and all have limitations and uncertainties. The Global Warming Potential is based on the cumulative radiative forcing over a particular time horizon, and the Global Temperature Change Potential is based on the change in global mean surface temperature at a chosen point in time. Updated values are provided in the underlying Report. {8.7}

## D.3   Detection and Attribution of Climate Change

> **Human influence has been detected in warming of the atmosphere and the ocean, in changes in the global water cycle, in reductions in snow and ice, in global mean sea level rise, and in changes in some climate extremes (see Figure SPM.6 and Table SPM.1). This evidence for human influence has grown since AR4. It is *extremely likely* that human influence has been the dominant cause of the observed warming since the mid-20th century.** {10.3–10.6, 10.9}

- It is *extremely likely* that more than half of the observed increase in global average surface temperature from 1951 to 2010 was caused by the anthropogenic increase in greenhouse gas concentrations and other anthropogenic forcings together. The best estimate of the human-induced contribution to warming is similar to the observed warming over this period. {10.3}

- Greenhouse gases contributed a global mean surface warming *likely* to be in the range of 0.5°C to 1.3°C over the period 1951 to 2010, with the contributions from other anthropogenic forcings, including the cooling effect of aerosols, *likely* to be in the range of −0.6°C to 0.1°C. The contribution from natural forcings is *likely* to be in the range of −0.1°C to 0.1°C, and from natural internal variability is *likely* to be in the range of −0.1°C to 0.1°C. Together these assessed contributions are consistent with the observed warming of approximately 0.6°C to 0.7°C over this period. {10.3}

- Over every continental region except Antarctica, anthropogenic forcings have *likely* made a substantial contribution to surface temperature increases since the mid-20th century (see Figure SPM.6). For Antarctica, large observational uncertainties result in *low confidence* that anthropogenic forcings have contributed to the observed warming averaged over available stations. It is *likely* that there has been an anthropogenic contribution to the very substantial Arctic warming since the mid-20th century. {2.4, 10.3}

- It is *very likely* that anthropogenic influence, particularly greenhouse gases and stratospheric ozone depletion, has led to a detectable observed pattern of tropospheric warming and a corresponding cooling in the lower stratosphere since 1961. {2.4, 9.4, 10.3}

- It is *very likely* that anthropogenic forcings have made a substantial contribution to increases in global upper ocean heat content (0–700 m) observed since the 1970s (see Figure SPM.6). There is evidence for human influence in some individual ocean basins. {3.2, 10.4}

- It is *likely* that anthropogenic influences have affected the global water cycle since 1960. Anthropogenic influences have contributed to observed increases in atmospheric moisture content in the atmosphere (*medium confidence*), to global-scale changes in precipitation patterns over land (*medium confidence*), to intensification of heavy precipitation over land regions where data are sufficient (*medium confidence*), and to changes in surface and sub-surface ocean salinity (*very likely*). {2.5, 2.6, 3.3, 7.6, 10.3, 10.4}

SPM

17

BLM_0073526

**Summary for Policymakers**

**SPM**



**Figure SPM.6 |** Comparison of observed and simulated climate change based on three large-scale indicators in the atmosphere, the cryosphere and the ocean: change in continental land surface air temperatures (yellow panels), Arctic and Antarctic September sea ice extent (white panels), and upper ocean heat content in the major ocean basins (blue panels). Global average changes are also given. Anomalies are given relative to 1880–1919 for surface temperatures, 1960–1980 for ocean heat content and 1979–1999 for sea ice. All time-series are decadal averages, plotted at the centre of the decade. For temperature panels, observations are dashed lines if the spatial coverage of areas being examined is below 50%. For ocean heat content and sea ice panels the solid line is where the coverage of data is good and higher in quality, and the dashed line is where the data coverage is only adequate, and thus, uncertainty is larger. Model results shown are Coupled Model Intercomparison Project Phase 5 (CMIP5) multi-model ensemble ranges, with shaded bands indicating the 5 to 95% confidence intervals. For further technical details, including region definitions see the Technical Summary Supplementary Material. {Figure 10.21; Figure TS.12}

BLM_0073527

- There has been further strengthening of the evidence for human influence on temperature extremes since the SREX. It is now *very likely* that human influence has contributed to observed global scale changes in the frequency and intensity of daily temperature extremes since the mid-20th century, and *likely* that human influence has more than doubled the probability of occurrence of heat waves in some locations (see Table SPM.1). {10.6}

- Anthropogenic influences have *very likely* contributed to Arctic sea ice loss since 1979. There is *low confidence* in the scientific understanding of the small observed increase in Antarctic sea ice extent due to the incomplete and competing scientific explanations for the causes of change and *low confidence* in estimates of natural internal variability in that region (see Figure SPM.6). {10.5}

- Anthropogenic influences *likely* contributed to the retreat of glaciers since the 1960s and to the increased surface mass loss of the Greenland ice sheet since 1993. Due to a low level of scientific understanding there is *low confidence* in attributing the causes of the observed loss of mass from the Antarctic ice sheet over the past two decades. {4.3, 10.5}

- It is *likely* that there has been an anthropogenic contribution to observed reductions in Northern Hemisphere spring snow cover since 1970. {10.5}

- It is *very likely* that there is a substantial anthropogenic contribution to the global mean sea level rise since the 1970s. This is based on the *high confidence* in an anthropogenic influence on the two largest contributions to sea level rise, that is thermal expansion and glacier mass loss. {10.4, 10.5, 13.3}

- There is *high confidence* that changes in total solar irradiance have not contributed to the increase in global mean surface temperature over the period 1986 to 2008, based on direct satellite measurements of total solar irradiance. There is *medium confidence* that the 11-year cycle of solar variability influences decadal climate fluctuations in some regions. No robust association between changes in cosmic rays and cloudiness has been identified. {7.4, 10.3, Box 10.2}

## E.    Future Global and Regional Climate Change

*Projections of changes in the climate system are made using a hierarchy of climate models ranging from simple climate models, to models of intermediate complexity, to comprehensive climate models, and Earth System Models. These models simulate changes based on a set of scenarios of anthropogenic forcings. A new set of scenarios, the Representative Concentration Pathways (RCPs), was used for the new climate model simulations carried out under the framework of the Coupled Model Intercomparison Project Phase 5 (CMIP5) of the World Climate Research Programme. In all RCPs, atmospheric $CO_2$ concentrations are higher in 2100 relative to present day as a result of a further increase of cumulative emissions of $CO_2$ to the atmosphere during the 21st century (see Box SPM.1). Projections in this Summary for Policymakers are for the end of the 21st century (2081–2100) given relative to 1986–2005, unless otherwise stated. To place such projections in historical context, it is necessary to consider observed changes between different periods. Based on the longest global surface temperature dataset available, the observed change between the average of the period 1850–1900 and of the AR5 reference period is 0.61 [0.55 to 0.67] ºC. However, warming has occurred beyond the average of the AR5 reference period. Hence this is not an estimate of historical warming to present (see Chapter 2) .*

> **Continued emissions of greenhouse gases will cause further warming and changes in all components of the climate system. Limiting climate change will require substantial and sustained reductions of greenhouse gas emissions.** (6, 11–14)

- Projections for the next few decades show spatial patterns of climate change similar to those projected for the later 21st century but with smaller magnitude. Natural internal variability will continue to be a major influence on climate, particularly in the near-term and at the regional scale. By the mid-21st century the magnitudes of the projected changes are substantially affected by the choice of emissions scenario (Box SPM.1). {11.3, Box 11.1, Annex I}

BLM_0073528

SPM

- Projected climate change based on RCPs is similar to AR4 in both patterns and magnitude, after accounting for scenario differences. The overall spread of projections for the high RCPs is narrower than for comparable scenarios used in AR4 because in contrast to the SRES emission scenarios used in AR4, the RCPs used in AR5 are defined as concentration pathways and thus carbon cycle uncertainties affecting atmospheric $CO_2$ concentrations are not considered in the concentration-driven CMIP5 simulations. Projections of sea level rise are larger than in the AR4, primarily because of improved modelling of land-ice contributions.{11.3, 12.3, 12.4, 13.4, 13.5}

## E.1    Atmosphere:  Temperature

Global surface temperature change for the end of the 21st century is *likely* to exceed 1.5°C relative to 1850 to 1900 for all RCP scenarios except RCP2.6. It is *likely* to exceed 2°C for RCP6.0 and RCP8.5, and *more likely than not* to exceed 2°C for RCP4.5. Warming will continue beyond 2100 under all RCP scenarios except RCP2.6. Warming will continue to exhibit interannual-to-decadal variability and will not be regionally uniform (see Figures SPM.7 and SPM.8). {11.3, 12.3, 12.4, 14.8}

- The global mean surface temperature change for the period 2016–2035 relative to 1986–2005 will *likely* be in the range of 0.3°C to 0.7°C (*medium confidence*). This assessment is based on multiple lines of evidence and assumes there will be no major volcanic eruptions or secular changes in total solar irradiance.  Relative to natural internal variability, near-term increases in seasonal mean and annual mean temperatures are expected to be larger in the tropics and subtropics than in mid-latitudes (*high confidence*). {11.3}

- Increase of global mean surface temperatures for 2081–2100 relative to 1986–2005 is projected to *likely* be in the ranges derived from the concentration-driven CMIP5 model simulations, that is, 0.3°C to 1.7°C (RCP2.6), 1.1°C to 2.6°C (RCP4.5), 1.4°C to 3.1°C (RCP6.0), 2.6°C to 4.8°C (RCP8.5). The Arctic region will warm more rapidly than the global mean, and mean warming over land will be larger than over the ocean (*very high confidence*) (see Figures SPM.7 and SPM.8, and Table SPM.2). {12.4, 14.8}

- Relative to the average from year 1850 to 1900, global surface temperature change by the end of the 21st century is projected to *likely* exceed 1.5°C for RCP4.5, RCP6.0 and RCP8.5 (*high confidence*). Warming is *likely* to exceed 2°C for RCP6.0 and RCP8.5 (*high confidence*), *more likely than not* to exceed 2°C for RCP4.5 (*high confidence*), but *unlikely* to exceed 2°C for RCP2.6 (*medium confidence*). Warming is *unlikely* to exceed 4°C for RCP2.6, RCP4.5 and RCP6.0 (*high confidence*) and is *about as likely as not* to exceed 4°C for RCP8.5 (*medium confidence*). {12.4}

- It is *virtually certain* that there will be more frequent hot and fewer cold temperature extremes over most land areas on daily and seasonal timescales as global mean temperatures increase. It is *very likely* that heat waves will occur with a higher frequency and duration. Occasional cold winter extremes will continue to occur (see Table SPM.1). {12.4}

## E.2    Atmosphere:  Water Cycle

Changes in the global water cycle in response to the warming over the 21st century will not be uniform. The contrast in precipitation between wet and dry regions and between wet and dry seasons will increase, although there may be regional exceptions (see Figure SPM.8). {12.4, 14.3}

- Projected changes in the water cycle over the next few decades show similar large-scale patterns to those towards the end of the century, but with smaller magnitude. Changes in the near-term, and at the regional scale will be strongly influenced by natural internal variability and may be affected by anthropogenic aerosol emissions. {11.3}

20

**SPM**





**Figure SPM.7** | CMIP5 multi-model simulated time series from 1950 to 2100 for (a) change in global annual mean surface temperature relative to 1986–2005, (b) Northern Hemisphere September sea ice extent (5-year running mean), and (c) global mean ocean surface pH. Time series of projections and a measure of uncertainty (shading) are shown for scenarios RCP2.6 (blue) and RCP8.5 (red). Black (grey shading) is the modelled historical evolution using historical reconstructed forcings. The mean and associated uncertainties averaged over 2081−2100 are given for all RCP scenarios as colored vertical bars. The numbers of CMIP5 models used to calculate the multi-model mean is indicated. For sea ice extent (b), the projected mean and uncertainty (minimum-maximum range) of the subset of models that most closely reproduce the climatological mean state and 1979 to 2012 trend of the Arctic sea ice is given (number of models given in brackets). For completeness, the CMIP5 multi-model mean is also indicated with dotted lines. The dashed line represents nearly ice-free conditions (i.e., when sea ice extent is less than $10^6$ km² for at least five consecutive years). For further technical details see the Technical Summary Supplementary Material {Figures 6.28, 12.5, and 12.28–12.31; Figures TS.15, TS.17, and TS.20}

21

BLM_0073530

SPM



**Figure SPM.8 |** Maps of CMIP5 multi-model mean results for the scenarios RCP2.6 and RCP8.5 in 2081–2100 of (a) annual mean surface temperature change, (b) average percent change in annual mean precipitation, (c) Northern Hemisphere September sea ice extent, and (d) change in ocean surface pH. Changes in panels (a), (b) and (d) are shown relative to 1986–2005. The number of CMIP5 models used to calculate the multi-model mean is indicated in the upper right corner of each panel. For panels (a) and (b), hatching indicates regions where the multi-model mean is small compared to natural internal variability (i.e., less than one standard deviation of natural internal variability in 20-year means). Stippling indicates regions where the multi-model mean is large compared to natural internal variability (i.e., greater than two standard deviations of natural internal variability in 20-year means) and where at least 90% of models agree on the sign of change (see Box 12.1). In panel (c), the lines are the modelled means for 1986–2005; the filled areas are for the end of the century. The CMIP5 multi-model mean is given in white colour. The projected mean sea ice extent of a subset of models (number of models given in brackets) that most closely reproduce the climatological mean state and 1979 to 2012 trend of the Arctic sea ice extent is given in light blue colour. For further technical details see the Technical Summary Supplementary Material. {Figures 6.28, 12.11, 12.22, and 12.29; Figures TS.15, TS.16, TS.17, and TS.20}

BLM_0073531

- The high latitudes and the equatorial Pacific Ocean are *likely* to experience an increase in annual mean precipitation by the end of this century under the RCP8.5 scenario. In many mid-latitude and subtropical dry regions, mean precipitation will *likely* decrease, while in many mid-latitude wet regions, mean precipitation will *likely* increase by the end of this century under the RCP8.5 scenario (see Figure SPM.8). {7.6, 12.4, 14.3}

- Extreme precipitation events over most of the mid-latitude land masses and over wet tropical regions will *very likely* become more intense and more frequent by the end of this century, as global mean surface temperature increases (see Table SPM.1). {7.6, 12.4}

- Globally, it is *likely* that the area encompassed by monsoon systems will increase over the 21st century. While monsoon winds are *likely* to weaken, monsoon precipitation is *likely* to intensify due to the increase in atmospheric moisture. Monsoon onset dates are *likely* to become earlier or not to change much. Monsoon retreat dates will *likely* be delayed, resulting in lengthening of the monsoon season in many regions. {14.2}

- There is *high confidence* that the El Niño-Southern Oscillation (ENSO) will remain the dominant mode of interannual variability in the tropical Pacific, with global effects in the 21st century. Due to the increase in moisture availability, ENSO-related precipitation variability on regional scales will *likely* intensify. Natural variations of the amplitude and spatial pattern of ENSO are large and thus *confidence* in any specific projected change in ENSO and related regional phenomena for the 21st century remains *low*. {5.4, 14.4}

**Table SPM.2 |** Projected change in global mean surface air temperature and global mean sea level rise for the mid- and late 21st century relative to the reference period of 1986–2005. {12.4; Table 12.2, Table 13.5}

| | | 2046–2065 | | 2081–2100 | |
|---|---|---|---|---|---|
| | Scenario | Mean | *Likely* range[c] | Mean | *Likely* range[c] |
| **Global Mean Surface Temperature Change (°C)[a]** | RCP2.6 | 1.0 | 0.4 to 1.6 | 1.0 | 0.3 to 1.7 |
| | RCP4.5 | 1.4 | 0.9 to 2.0 | 1.8 | 1.1 to 2.6 |
| | RCP6.0 | 1.3 | 0.8 to 1.8 | 2.2 | 1.4 to 3.1 |
| | RCP8.5 | 2.0 | 1.4 to 2.6 | 3.7 | 2.6 to 4.8 |
| | Scenario | Mean | *Likely* range[d] | Mean | *Likely* range[d] |
| **Global Mean Sea Level Rise (m)[b]** | RCP2.6 | 0.24 | 0.17 to 0.32 | 0.40 | 0.26 to 0.55 |
| | RCP4.5 | 0.26 | 0.19 to 0.33 | 0.47 | 0.32 to 0.63 |
| | RCP6.0 | 0.25 | 0.18 to 0.32 | 0.48 | 0.33 to 0.63 |
| | RCP8.5 | 0.30 | 0.22 to 0.38 | 0.63 | 0.45 to 0.82 |

Notes:

[a] Based on the CMIP5 ensemble; anomalies calculated with respect to 1986–2005. Using HadCRUT4 and its uncertainty estimate (5–95% confidence interval), the observed warming to the reference period 1986–2005 is 0.61 [0.55 to 0.67] °C from 1850–1900, and 0.11 [0.09 to 0.13] °C from 1980–1999, the reference period for projections used in AR4. *Likely* ranges have not been assessed here with respect to earlier reference periods because methods are not generally available in the literature for combining the uncertainties in models and observations. Adding projected and observed changes does not account for potential effects of model biases compared to observations, and for natural internal variability during the observational reference period {2.4; 11.2; Tables 12.2 and 12.3}

[b] Based on 21 CMIP5 models; anomalies calculated with respect to 1986–2005. Where CMIP5 results were not available for a particular AOGCM and scenario, they were estimated as explained in Chapter 13, Table 13.5. The contributions from ice sheet rapid dynamical change and anthropogenic land water storage are treated as having uniform probability distributions, and as largely independent of scenario. This treatment does not imply that the contributions concerned will not depend on the scenario followed, only that the current state of knowledge does not permit a quantitative assessment of the dependence. Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. There is *medium confidence* that this additional contribution would not exceed several tenths of a meter of sea level rise during the 21st century.

[c] Calculated from projections as 5–95% model ranges. These ranges are then assessed to be *likely* ranges after accounting for additional uncertainties or different levels of confidence in models. For projections of global mean surface temperature change in 2046–2065 *confidence* is *medium*, because the relative importance of natural internal variability, and uncertainty in non-greenhouse gas forcing and response, are larger than for 2081–2100. The *likely* ranges for 2046–2065 do not take into account the possible influence of factors that lead to the assessed range for near-term (2016–2035) global mean surface temperature change that is lower than the 5–95% model range, because the influence of these factors on longer term projections has not been quantified due to insufficient scientific understanding. {11.3}

[d] Calculated from projections as 5–95% model ranges. These ranges are then assessed to be *likely* ranges after accounting for additional uncertainties or different levels of confidence in models. For projections of global mean sea level rise *confidence* is *medium* for both time horizons.

BLM_0073532

SPM

## E.3    Atmosphere: Air Quality

- The range in projections of air quality (ozone and PM2.5[17] in near-surface air) is driven primarily by emissions (including $CH_4$), rather than by physical climate change (*medium confidence*). There is *high confidence* that globally, warming decreases background surface ozone. High $CH_4$ levels (as in RCP8.5) can offset this decrease, raising background surface ozone by year 2100 on average by about 8 ppb (25% of current levels) relative to scenarios with small $CH_4$ changes (as in RCP4.5 and RCP6.0) (*high confidence*). {11.3}

- Observational and modelling evidence indicates that, all else being equal, locally higher surface temperatures in polluted regions will trigger regional feedbacks in chemistry and local emissions that will increase peak levels of ozone and PM2.5 (*medium confidence*). For PM2.5, climate change may alter natural aerosol sources as well as removal by precipitation, but no confidence level is attached to the overall impact of climate change on PM2.5 distributions. {11.3}

## E.4    Ocean

**The global ocean will continue to warm during the 21st century. Heat will penetrate from the surface to the deep ocean and affect ocean circulation.** {11.3, 12.4}

- The strongest ocean warming is projected for the surface in tropical and Northern Hemisphere subtropical regions. At greater depth the warming will be most pronounced in the Southern Ocean (*high confidence*). Best estimates of ocean warming in the top one hundred meters are about 0.6°C (RCP2.6) to 2.0°C (RCP8.5), and about 0.3°C (RCP2.6) to 0.6°C (RCP8.5) at a depth of about 1000 m by the end of the 21st century. {12.4, 14.3}

- It is *very likely* that the Atlantic Meridional Overturning Circulation (AMOC) will weaken over the 21st century. Best estimates and ranges[18] for the reduction are 11% (1 to 24%) in RCP2.6 and 34% (12 to 54%) in RCP8.5. It is *likely* that there will be some decline in the AMOC by about 2050, but there may be some decades when the AMOC increases due to large natural internal variability. {11.3, 12.4}

- It is *very unlikely* that the AMOC will undergo an abrupt transition or collapse in the 21st century for the scenarios considered. There is *low confidence* in assessing the evolution of the AMOC beyond the 21st century because of the limited number of analyses and equivocal results. However, a collapse beyond the 21st century for large sustained warming cannot be excluded. {12.5}

## E.5    Cryosphere

**It is *very likely* that the Arctic sea ice cover will continue to shrink and thin and that Northern Hemisphere spring snow cover will decrease during the 21st century as global mean surface temperature rises. Global glacier volume will further decrease.** {12.4, 13.4}

- Year-round reductions in Arctic sea ice extent are projected by the end of the 21st century from multi-model averages. These reductions range from 43% for RCP2.6 to 94% for RCP8.5 in September and from 8% for RCP2.6 to 34% for RCP8.5 in February (*medium confidence*) (see Figures SPM.7 and SPM.8). {12.4}

---

[17]  PM2.5 refers to particulate matter with a diameter of less than 2.5 micrometres, a measure of atmospheric aerosol concentration.

[18]  The ranges in this paragraph indicate a CMIP5 model spread.

BLM_0073533

- Based on an assessment of the subset of models that most closely reproduce the climatological mean state and 1979 to 2012 trend of the Arctic sea ice extent, a nearly ice-free Arctic Ocean[19] in September before mid-century is *likely* for RCP8.5 (*medium confidence*) (see Figures SPM.7 and SPM.8). A projection of when the Arctic might become nearly ice-free in September in the 21st century cannot be made with confidence for the other scenarios. {11.3, 12.4, 12.5}

- In the Antarctic, a decrease in sea ice extent and volume is projected with *low confidence* for the end of the 21st century as global mean surface temperature rises. {12.4}

- By the end of the 21st century, the global glacier volume, excluding glaciers on the periphery of Antarctica, is projected to decrease by 15 to 55% for RCP2.6, and by 35 to 85% for RCP8.5 (*medium confidence*). {13.4, 13.5}

- The area of Northern Hemisphere spring snow cover is projected to decrease by 7% for RCP2.6 and by 25% in RCP8.5 by the end of the 21st century for the model average (*medium confidence*). {12.4}

- It is *virtually certain* that near-surface permafrost extent at high northern latitudes will be reduced as global mean surface temperature increases. By the end of the 21st century, the area of permafrost near the surface (upper 3.5 m) is projected to decrease by between 37% (RCP2.6) to 81% (RCP8.5) for the model average (*medium confidence*). {12.4}

## E.6   Sea Level

**Global mean sea level will continue to rise during the 21st century (see Figure SPM.9). Under all RCP scenarios, the rate of sea level rise will *very likely* exceed that observed during 1971 to 2010 due to increased ocean warming and increased loss of mass from glaciers and ice sheets.** {13.3–13.5}

- Confidence in projections of global mean sea level rise has increased since the AR4 because of the improved physical understanding of the components of sea level, the improved agreement of process-based models with observations, and the inclusion of ice-sheet dynamical changes. {13.3–13.5}

- Global mean sea level rise for 2081–2100 relative to 1986–2005 will *likely* be in the ranges of 0.26 to 0.55 m for RCP2.6, 0.32 to 0.63 m for RCP4.5, 0.33 to 0.63 m for RCP6.0, and 0.45 to 0.82 m for RCP8.5 (*medium confidence*). For RCP8.5, the rise by the year 2100 is 0.52 to 0.98 m, with a rate during 2081 to 2100 of 8 to 16 mm yr$^{-1}$ (*medium confidence*). These ranges are derived from CMIP5 climate projections in combination with process-based models and literature assessment of glacier and ice sheet contributions (see Figure SPM.9, Table SPM.2). {13.5}

- In the RCP projections, thermal expansion accounts for 30 to 55% of 21st century global mean sea level rise, and glaciers for 15 to 35%. The increase in surface melting of the Greenland ice sheet will exceed the increase in snowfall, leading to a positive contribution from changes in surface mass balance to future sea level (*high confidence*). While surface melting will remain small, an increase in snowfall on the Antarctic ice sheet is expected (*medium confidence*), resulting in a negative contribution to future sea level from changes in surface mass balance. Changes in outflow from both ice sheets combined will *likely* make a contribution in the range of 0.03 to 0.20 m by 2081–2100 (*medium confidence*). {13.3–13.5}

- Based on current understanding, only the collapse of marine-based sectors of the Antarctic ice sheet, if initiated, could cause global mean sea level to rise substantially above the *likely* range during the 21st century. However, there is *medium confidence* that this additional contribution would not exceed several tenths of a meter of sea level rise during the 21st century. {13.4, 13.5}

---

[19] Conditions in the Arctic Ocean are referred to as nearly ice-free when the sea ice extent is less than 10$^6$ km² for at least five consecutive years.

BLM_0073534

**SPM**



**Figure SPM.9 |** Projections of global mean sea level rise over the 21st century relative to 1986–2005 from the combination of the CMIP5 ensemble with process-based models, for RCP2.6 and RCP8.5. The assessed *likely* range is shown as a shaded band. The assessed *likely* ranges for the mean over the period 2081–2100 for all RCP scenarios are given as coloured vertical bars, with the corresponding median value given as a horizontal line. For further technical details see the Technical Summary Supplementary Material {Table 13.5, Figures 13.10 and 13.11; Figures TS.21 and TS.22}

- The basis for higher projections of global mean sea level rise in the 21st century has been considered and it has been concluded that there is currently insufficient evidence to evaluate the probability of specific levels above the assessed *likely* range. Many semi-empirical model projections of global mean sea level rise are higher than process-based model projections (up to about twice as large), but there is no consensus in the scientific community about their reliability and there is thus *low confidence* in their projections. {13.5}

- Sea level rise will not be uniform. By the end of the 21st century, it is *very likely* that sea level will rise in more than about 95% of the ocean area.  About 70% of the coastlines worldwide are projected to experience sea level change within 20% of the global mean sea level change. {13.1, 13.6}

## E.7   Carbon and Other Biogeochemical Cycles

> **Climate change will affect carbon cycle processes in a way that will exacerbate the increase of $CO_2$ in the atmosphere (*high confidence*). Further uptake of carbon by the ocean will increase ocean acidification.** {6.4}

- Ocean uptake of anthropogenic $CO_2$ will continue under all four RCPs through to 2100, with higher uptake for higher concentration pathways (*very high confidence*). The future evolution of the land carbon uptake is less certain. A majority of models projects a continued land carbon uptake under all RCPs, but some models simulate a land carbon loss due to the combined effect of climate change and land use change. {6.4}

- Based on Earth System Models, there is *high confidence* that the feedback between climate and the carbon cycle is positive in the 21st century; that is, climate change will partially offset increases in land and ocean carbon sinks caused by rising atmospheric $CO_2$. As a result more of the emitted anthropogenic $CO_2$ will remain in the atmosphere. A positive feedback between climate and the carbon cycle on century to millennial time scales is supported by paleoclimate observations and modelling. {6.2, 6.4}

BLM_0073535

**SPM**

**Table SPM.3 |** Cumulative $CO_2$ emissions for the 2012 to 2100 period compatible with the RCP atmospheric concentrations simulated by the CMIP5 Earth System Models. {6.4, Table 6.12, Figure TS.19}

| Scenario | Cumulative $CO_2$ Emissions 2012 to 2100[a] | | | |
|---|---|---|---|---|
| | GtC | | $GtCO_2$ | |
| | Mean | Range | Mean | Range |
| RCP2.6 | 270 | 140 to 410 | 990 | 510 to 1505 |
| RCP4.5 | 780 | 595 to 1005 | 2860 | 2180 to 3690 |
| RCP6.0 | 1060 | 840 to 1250 | 3885 | 3080 to 4585 |
| RCP8.5 | 1685 | 1415 to 1910 | 6180 | 5185 to 7005 |

Notes:

[a] 1 Gigatonne of carbon = 1 GtC = $10^{15}$ grams of carbon. This corresponds to 3.667 $GtCO_2$.

- Earth System Models project a global increase in ocean acidification for all RCP scenarios. The corresponding decrease in surface ocean pH by the end of 21st century is in the range[18] of 0.06 to 0.07 for RCP2.6, 0.14 to 0.15 for RCP4.5, 0.20 to 0.21 for RCP6.0, and 0.30 to 0.32 for RCP8.5 (see Figures SPM.7 and SPM.8). {6.4}

- Cumulative $CO_2$ emissions[20] for the 2012 to 2100 period compatible with the RCP atmospheric $CO_2$ concentrations, as derived from 15 Earth System Models, range[18] from 140 to 410 GtC for RCP2.6, 595 to 1005 GtC for RCP4.5, 840 to 1250 GtC for RCP6.0, and 1415 to 1910 GtC for RCP8.5 (see Table SPM.3). {6.4}

- By 2050, annual $CO_2$ emissions derived from Earth System Models following RCP2.6 are smaller than 1990 emissions (by 14 to 96%). By the end of the 21st century, about half of the models infer emissions slightly above zero, while the other half infer a net removal of $CO_2$ from the atmosphere. {6.4, Figure TS.19}

- The release of $CO_2$ or $CH_4$ to the atmosphere from thawing permafrost carbon stocks over the 21st century is assessed to be in the range of 50 to 250 GtC for RCP8.5 (*low confidence*). {6.4}

## E.8    Climate Stabilization, Climate Change Commitment and Irreversibility

**Cumulative emissions of $CO_2$ largely determine global mean surface warming by the late 21st century and beyond (see Figure SPM.10). Most aspects of climate change will persist for many centuries even if emissions of $CO_2$ are stopped. This represents a substantial multi-century climate change commitment created by past, present and future emissions of $CO_2$.** {12.5}

- Cumulative total emissions of $CO_2$ and global mean surface temperature response are approximately linearly related (see Figure SPM.10). Any given level of warming is associated with a range of cumulative $CO_2$ emissions[21], and therefore, e.g., higher emissions in earlier decades imply lower emissions later. {12.5}

- Limiting the warming caused by anthropogenic $CO_2$ emissions alone with a probability of >33%, >50%, and >66% to less than 2°C since the period 1861–1880[22], will require cumulative $CO_2$ emissions from all anthropogenic sources to stay between 0 and about 1570 GtC (5760 $GtCO_2$), 0 and about 1210 GtC (4440 $GtCO_2$), and 0 and about 1000 GtC (3670 $GtCO_2$) since that period, respectively[23]. These upper amounts are reduced to about 900 GtC (3300 $GtCO_2$), 820 GtC (3010 $GtCO_2$), and 790 GtC (2900 $GtCO_2$), respectively, when accounting for non-$CO_2$ forcings as in RCP2.6. An amount of 515 [445 to 585] GtC (1890 [1630 to 2150] $GtCO_2$), was already emitted by 2011. {12.5}

---

[20] From fossil fuel, cement, industry, and waste sectors.

[21] Quantification of this range of $CO_2$ emissions requires taking into account non-$CO_2$ drivers.

[22] The first 20-year period available from the models.

[23] This is based on the assessment of the transient climate response to cumulative carbon emissions (TCRE, see Section D.2).

BLM_0073536

**Summary for Policymakers**

**SPM**

- A lower warming target, or a higher likelihood of remaining below a specific warming target, will require lower cumulative $CO_2$ emissions. Accounting for warming effects of increases in non-$CO_2$ greenhouse gases, reductions in aerosols, or the release of greenhouse gases from permafrost will also lower the cumulative $CO_2$ emissions for a specific warming target (see Figure SPM.10). {12.5}

- A large fraction of anthropogenic climate change resulting from $CO_2$ emissions is irreversible on a multi-century to millennial time scale, except in the case of a large net removal of $CO_2$ from the atmosphere over a sustained period. Surface temperatures will remain approximately constant at elevated levels for many centuries after a complete cessation of net anthropogenic $CO_2$ emissions. Due to the long time scales of heat transfer from the ocean surface to depth, ocean warming will continue for centuries. Depending on the scenario, about 15 to 40% of emitted $CO_2$ will remain in the atmosphere longer than 1,000 years. {Box 6.1, 12.4, 12.5}

- It is *virtually certain* that global mean sea level rise will continue beyond 2100, with sea level rise due to thermal expansion to continue for many centuries. The few available model results that go beyond 2100 indicate global mean sea level rise above the pre-industrial level by 2300 to be less than 1 m for a radiative forcing that corresponds to $CO_2$ concentrations that peak and decline and remain below 500 ppm, as in the scenario RCP2.6. For a radiative forcing that corresponds to a $CO_2$ concentration that is above 700 ppm but below 1500 ppm, as in the scenario RCP8.5, the projected rise is 1 m to more than 3 m (*medium confidence*). {13.5}



**Figure SPM.10** | Global mean surface temperature increase as a function of cumulative total global $CO_2$ emissions from various lines of evidence. Multi-model results from a hierarchy of climate-carbon cycle models for each RCP until 2100 are shown with coloured lines and decadal means (dots). Some decadal means are labeled for clarity (e.g., 2050 indicating the decade 2040–2049). Model results over the historical period (1860 to 2010) are indicated in black. The coloured plume illustrates the multi-model spread over the four RCP scenarios and fades with the decreasing number of available models in RCP8.5. The multi-model mean and range simulated by CMIP5 models, forced by a $CO_2$ increase of 1% per year (1% yr$^{-1}$ $CO_2$ simulations), is given by the thin black line and grey area. For a specific amount of cumulative $CO_2$ emissions, the 1% per year $CO_2$ simulations exhibit lower warming than those driven by RCPs, which include additional non-$CO_2$ forcings. Temperature values are given relative to the 1861–1880 base period, emissions relative to 1870. Decadal averages are connected by straight lines. For further technical details see the Technical Summary Supplementary Material. {Figure 12.45; TS TFE.8, Figure 1}

BLM_0073537

- Sustained mass loss by ice sheets would cause larger sea level rise, and some part of the mass loss might be irreversible. There is *high confidence* that sustained warming greater than some threshold would lead to the near-complete loss of the Greenland ice sheet over a millennium or more, causing a global mean sea level rise of up to 7 m. Current estimates indicate that the threshold is greater than about 1°C (*low confidence*) but less than about 4°C (*medium confidence*) global mean warming with respect to pre-industrial. Abrupt and irreversible ice loss from a potential instability of marine-based sectors of the Antarctic ice sheet in response to climate forcing is possible, but current evidence and understanding is insufficient to make a quantitative assessment. {5.8, 13.4, 13.5}

- Methods that aim to deliberately alter the climate system to counter climate change, termed geoengineering, have been proposed. Limited evidence precludes a comprehensive quantitative assessment of both Solar Radiation Management (SRM) and Carbon Dioxide Removal (CDR) and their impact on the climate system. CDR methods have biogeochemical and technological limitations to their potential on a global scale. There is insufficient knowledge to quantify how much $CO_2$ emissions could be partially offset by CDR on a century timescale. Modelling indicates that SRM methods, if realizable, have the potential to substantially offset a global temperature rise, but they would also modify the global water cycle, and would not reduce ocean acidification. If SRM were terminated for any reason, there is *high confidence* that global surface temperatures would rise very rapidly to values consistent with the greenhouse gas forcing. CDR and SRM methods carry side effects and long-term consequences on a global scale. {6.5, 7.7}

---

**Box SPM.1: Representative Concentration Pathways (RCPs)**

Climate change projections in IPCC Working Group I require information about future emissions or concentrations of greenhouse gases, aerosols and other climate drivers. This information is often expressed as a scenario of human activities, which are not assessed in this report. Scenarios used in Working Group I have focused on anthropogenic emissions and do not include changes in natural drivers such as solar or volcanic forcing or natural emissions, for example, of $CH_4$ and $N_2O$.

For the Fifth Assessment Report of IPCC, the scientific community has defined a set of four new scenarios, denoted Representative Concentration Pathways (RCPs, see Glossary). They are identified by their approximate total radiative forcing in year 2100 relative to 1750: 2.6 W m$^{-2}$ for RCP2.6, 4.5 W m$^{-2}$ for RCP4.5, 6.0 W m$^{-2}$ for RCP6.0, and 8.5 W m$^{-2}$ for RCP8.5. For the Coupled Model Intercomparison Project Phase 5 (CMIP5) results, these values should be understood as indicative only, as the climate forcing resulting from all drivers varies between models due to specific model characteristics and treatment of short-lived climate forcers. These four RCPs include one mitigation scenario leading to a very low forcing level (RCP2.6), two stabilization scenarios (RCP4.5 and RCP6), and one scenario with very high greenhouse gas emissions (RCP8.5). The RCPs can thus represent a range of 21st century climate policies, as compared with the no-climate policy of the Special Report on Emissions Scenarios (SRES) used in the Third Assessment Report and the Fourth Assessment Report. For RCP6.0 and RCP8.5, radiative forcing does not peak by year 2100; for RCP2.6 it peaks and declines; and for RCP4.5 it stabilizes by 2100. Each RCP provides spatially resolved data sets of land use change and sector-based emissions of air pollutants, and it specifies annual greenhouse gas concentrations and anthropogenic emissions up to 2100. RCPs are based on a combination of integrated assessment models, simple climate models, atmospheric chemistry and global carbon cycle models. While the RCPs span a wide range of total forcing values, they do not cover the full range of emissions in the literature, particularly for aerosols.

Most of the CMIP5 and Earth System Model simulations were performed with prescribed $CO_2$ concentrations reaching 421 ppm (RCP2.6), 538 ppm (RCP4.5), 670 ppm (RCP6.0), and 936 ppm (RCP 8.5) by the year 2100. Including also the prescribed concentrations of $CH_4$ and $N_2O$, the combined $CO_2$-equivalent concentrations are 475 ppm (RCP2.6), 630 ppm (RCP4.5), 800 ppm (RCP6.0), and 1313 ppm (RCP8.5). For RCP8.5, additional CMIP5 Earth System Model simulations are performed with prescribed $CO_2$ emissions as provided by the integrated assessment models. For all RCPs, additional calculations were made with updated atmospheric chemistry data and models (including the Atmospheric Chemistry and Climate component of CMIP5) using the RCP prescribed emissions of the chemically reactive gases ($CH_4$, $N_2O$, HFCs, $NO_x$, CO, NMVOC). These simulations enable investigation of uncertainties related to carbon cycle feedbacks and atmospheric chemistry.

BLM_0073538

BLM_0073539

# Technical Summary

BLM_0073540

BLM_0073541

# TS

# Technical Summary

**Coordinating Lead Authors:**
Thomas F. Stocker (Switzerland), Qin Dahe (China), Gian-Kasper Plattner (Switzerland)

**Lead Authors:**
Lisa V. Alexander (Australia), Simon K. Allen (Switzerland/New Zealand), Nathaniel L. Bindoff (Australia), François-Marie Bréon (France), John A. Church (Australia), Ulrich Cubasch (Germany), Seita Emori (Japan), Piers Forster (UK), Pierre Friedlingstein (UK/Belgium), Nathan Gillett (Canada), Jonathan M. Gregory (UK), Dennis L. Hartmann (USA), Eystein Jansen (Norway), Ben Kirtman (USA), Reto Knutti (Switzerland), Krishna Kumar Kanikicharla (India), Peter Lemke (Germany), Jochem Marotzke (Germany), Valérie Masson-Delmotte (France), Gerald A. Meehl (USA), Igor I. Mokhov (Russian Federation), Shilong Piao (China), Venkatachalam Ramaswamy (USA), David Randall (USA), Monika Rhein (Germany), Maisa Rojas (Chile), Christopher Sabine (USA), Drew Shindell (USA), Lynne D. Talley (USA), David G. Vaughan (UK), Shang-Ping Xie (USA)

**Contributing Authors:**
Myles R. Allen (UK), Olivier Boucher (France), Don Chambers (USA), Jens Hesselbjerg Christensen (Denmark), Philippe Ciais (France), Peter U. Clark (USA), Matthew Collins (UK), Josefino C. Comiso (USA), Viviane Vasconcellos de Menezes (Australia/Brazil), Richard A. Feely (USA), Thierry Fichefet (Belgium), Gregory Flato (Canada), Jesús Fidel González Rouco (Spain), Ed Hawkins (UK), Paul J. Hezel (Belgium/USA), Gregory C. Johnson (USA), Simon A. Josey (UK), Georg Kaser (Austria/Italy), Albert M.G. Klein Tank (Netherlands), Janina Körper (Germany), Gunnar Myhre (Norway), Timothy Osborn (UK), Scott B. Power (Australia), Stephen R. Rintoul (Australia), Joeri Rogelj (Switzerland/Belgium), Matilde Rusticucci (Argentina), Michael Schulz (Germany), Jan Sedláček (Switzerland), Peter A. Stott (UK), Rowan Sutton (UK), Peter W. Thorne (USA/Norway/UK), Donald Wuebbles (USA)

**Review Editors:**
Sylvie Joussaume (France), Joyce Penner (USA), Fredolin Tangang (Malaysia)

**This Technical Summary should be cited as:**
Stocker, T.F., D. Qin, G.-K. Plattner, L.V. Alexander, S.K. Allen, N.L. Bindoff, F.-M. Bréon, J.A. Church, U. Cubasch, S. Emori, P. Forster, P. Friedlingstein, N. Gillett, J.M. Gregory, D.L. Hartmann, E. Jansen, B. Kirtman, R. Knutti, K. Krishna Kumar, P. Lemke, J. Marotzke, V. Masson-Delmotte, G.A. Meehl, I.I. Mokhov, S. Piao, V. Ramaswamy, D. Randall, M. Rhein, M. Rojas, C. Sabine, D. Shindell, L.D. Talley, D.G. Vaughan and S.-P. Xie, 2013: Technical Summary. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

33

# Table of Contents

**TS.1  Introduction** ..................................................... 35
Box TS.1: Treatment of Uncertainty ............................. 36

**TS.2  Observation of Changes in the Climate System** ...... 37
TS.2.1  Introduction ............................................ 37
TS.2.2  Changes in Temperature............................ 37
TS.2.3  Changes in Energy Budget and Heat Content............ 39
TS.2.4  Changes in Circulation and Modes of Variability........ 39
TS.2.5  Changes in the Water Cycle and Cryosphere............. 40
TS.2.6  Changes in Sea Level ............................... 46
TS.2.7  Changes in Extremes................................. 46
TS.2.8  Changes in Carbon and Other Biogeochemical Cycles.................................. 50

**TS.3  Drivers of Climate Change** ......................... 53
TS.3.1  Introduction ............................................ 53
TS.3.2  Radiative Forcing from Greenhouse Gases.................. 53
Box TS.2: Radiative Forcing and Effective Radiative Forcing...................................... 53
TS.3.3  Radiative Forcing from Anthropogenic Aerosols........... 55
TS.3.4  Radiative Forcing from Land Surface Changes and Contrails.................................. 55
TS.3.5  Radiative Forcing from Natural Drivers of Climate Change .................................. 55
TS.3.6  Synthesis of Forcings; Spatial and Temporal Evolution.................................. 56
TS.3.7  Climate Feedbacks................................. 57
TS.3.8  Emission Metrics.................................. 58

**TS.4  Understanding the Climate System and Its Recent Changes** .................................. 60
TS.4.1  Introduction .................................. 60
TS.4.2  Surface Temperature.............................. 60
Box TS.3: Climate Models and the Hiatus in Global Mean Surface Warming of the Past 15 Years............ 61
TS.4.3  Atmospheric Temperature ......................... 66
TS.4.4  Oceans .................................. 68
TS.4.5  Cryosphere .................................. 69
TS.4.6  Water Cycle .................................. 72
TS.4.7  Climate Extremes .................................. 72
TS.4.8  From Global to Regional ......................... 73
Box TS.4: Model Evaluation .................................. 75
Box TS.5: Paleoclimate .................................. 77

**TS.5  Projections of Global and Regional Climate Change** .................................. 79
TS.5.1  Introduction .................................. 79
TS.5.2  Future Forcing and Scenarios .................. 79
Box TS.6: The New Representative Concentration Pathway Scenarios and Coupled Model Intercomparison Project Phase 5 Models .................................. 79
TS.5.3  Quantification of Climate System Response............... 81
TS.5.4  Near-term Climate Change ......................... 85
TS.5.5  Long-term Climate Change .................. 89
TS.5.6  Long-term Projections of Carbon and Other Biogeochemical Cycles.................................. 93
Box TS.7: Climate Geoengineering Methods.................. 98
TS.5.7  Long-term Projections of Sea Level Change............... 98
TS.5.8  Climate Phenomena and Regional Climate Change .................................. 105

**TS.6  Key Uncertainties** .................................. 114
TS.6.1  Key Uncertainties in Observation of Changes in the Climate System .................................. 114
TS.6.2  Key Uncertainties in Drivers of Climate Change ........ 114
TS.6.3  Key Uncertainties in Understanding the Climate System and Its Recent Changes .................. 114
TS.6.4  Key Uncertainties in Projections of Global and Regional Climate Change.......................... 115

**Thematic Focus Elements**
TFE.1  Water Cycle Change.................................. 42
TFE.2  Sea Level Change: Scientific Understanding and Uncertainties.................................. 47
TFE.3  Comparing Projections from Previous IPCC Assessments with Observations .................. 64
TFE.4  The Changing Energy Budget of the Global Climate System.................................. 67
TFE.5  Irreversibility and Abrupt Change.................. 70
TFE.6  Climate Sensitivity and Feedbacks ............. 82
TFE.7  Carbon Cycle Perturbation and Uncertainties ...... 96
TFE.8  Climate Targets and Stabilization .................. 102
TFE.9  Climate Extremes .................................. 109

**Supplementary Material**
*Supplementary Material is available in online versions of the report.*

TS

34

BLM_0073543

## TS.1   Introduction

*Climate Change 2013: The Physical Science Basis* is the contribution of Working Group I (WGI) to the Fifth Assessment Report (AR5) of the Intergovernmental Panel on Climate Change (IPCC). This comprehensive assessment of the physical aspects of climate change puts a focus on those elements that are relevant to understand past, document current and project future climate change. The assessment builds on the IPCC Fourth Assessment Report (AR4)[1] and the recent Special Report on Managing the Risk of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX)[2] and is presented in 14 chapters and 3 annexes. The chapters cover direct and proxy observations of changes in all components of the climate system; assess the current knowledge of various processes within, and interactions among, climate system components, which determine the sensitivity and response of the system to changes in forcing; and quantify the link between the changes in atmospheric constituents, and hence radiative forcing (RF)[3], and the consequent detection and attribution of climate change. Projections of changes in all climate system components are based on model simulations forced by a new set of scenarios. The Report also provides a comprehensive assessment of past and future sea level change in a dedicated chapter. Regional climate change information is presented in the form of an Atlas of Global and Regional Climate Projections (Annex I). This is complemented by Annex II: Climate System Scenario Tables and Annex III: Glossary.

The primary purpose of this Technical Summary (TS) is to provide the link between the complete assessment of the multiple lines of independent evidence presented in the 14 chapters of the main report and the highly condensed summary prepared as the WGI Summary for Policymakers (SPM). The Technical Summary thus serves as a starting point for those readers who seek the full information on more specific topics covered by this assessment. This purpose is facilitated by including pointers to the chapters and sections where the full assessment can be found. Policy-relevant topics, which cut across many chapters and involve many interlinked processes in the climate system, are presented here as Thematic Focus Elements (TFEs), allowing rapid access to this information.

An integral element of this report is the use of uncertainty language that permits a traceable account of the assessment (Box TS.1). The degree of certainty in key findings in this assessment is based on the author teams' evaluations of underlying scientific understanding and is expressed as a level of confidence that results from the type, amount, quality and consistency of evidence and the degree of agreement in the scientific studies considered[4]. Confidence is expressed qualitatively. Quantified measures of uncertainty in a finding are expressed probabilistically and are based on a combination of statistical analyses of observations or model results, or both, and expert judgement. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers (see Chapter 1 and Box TS.1 for more details).

The Technical Summary is structured into four main sections presenting the assessment results following the storyline of the WGI contribution to AR5: Section TS.2 covers the assessment of observations of changes in the climate system; Section TS.3 summarizes the information on the different drivers, natural and anthropogenic, expressed in terms of RF; Section TS.4 presents the assessment of the quantitative understanding of observed climate change; and Section TS.5 summarizes the assessment results for projections of future climate change over the 21st century and beyond from regional to global scale. Section TS.6 combines and lists key uncertainties from the WGI assessment from Sections TS.2 to TS.5. The overall nine TFEs, cutting across the various components of the WGI AR5, are dispersed throughout the four main TS sections, are visually distinct from the main text and should allow stand-alone reading.

The basis for substantive paragraphs in this Technical Summary can be found in the chapter sections of the underlying report. These references are given in curly brackets.

TS

---

[1]  IPCC, 2007: *Climate Change 2007: The Physical Science Basis.* Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

[2]  IPCC, 2012: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation.* A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, UK, and New York, NY, USA, 582 pp.

[3]  Radiative forcing (RF) is a measure of the net change in the energy balance of the Earth system in response to some external perturbation. It is expressed in watts per square metre (W m$^{-2}$); see Box TS.2.

[4]   Mastrandrea, M.D., C.B. Field, T.F. Stocker, O. Edenhofer, K.L. Ebi, D.J. Frame, H. Held, E. Kriegler, K.J. Mach, P.R. Matschoss, G.-K. Plattner, G.W. Yohe, and F.W. Zwiers, 2010: *Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties.* Intergovernmental Panel on Climate Change (IPCC).

BLM_0073544

TS

## Box TS.1 | Treatment of Uncertainty

Based on the Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties, this WGI Technical Summary and the WGI Summary for Policymakers rely on two metrics for communicating the degree of certainty in key findings, which is based on author teams' evaluations of underlying scientific understanding:

- Confidence in the validity of a finding, based on the type, amount, quality and consistency of evidence (e.g., mechanistic understanding, theory, data, models, expert judgement) and the degree of agreement. Confidence is expressed qualitatively.

- Quantified measures of uncertainty in a finding expressed probabilistically (based on statistical analysis of observations or model results, or expert judgement).

The AR5 Guidance Note refines the guidance provided to support the IPCC Third and Fourth Assessment Reports. Direct comparisons between assessment of uncertainties in findings in this Report and those in the AR4 and the SREX are difficult, because of the application of the revised guidance note on uncertainties, as well as the availability of new information, improved scientific understanding, continued analyses of data and models and specific differences in methodologies applied in the assessed studies. For some climate variables, different aspects have been assessed and therefore a direct comparison would be inappropriate.

Each key finding is based on an author team's evaluation of associated evidence and agreement. The confidence metric provides a qualitative synthesis of an author team's judgement about the validity of a finding, as determined through evaluation of evidence and agreement. If uncertainties can be quantified probabilistically, an author team can characterize a finding using the calibrated likelihood language or a more precise presentation of probability. Unless otherwise indicated, high or very high confidence is associated with findings for which an author team has assigned a likelihood term.

The following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. Box TS.1, Figure 1 depicts summary statements for evidence and agreement and their relationship to confidence. There is flexibility in this relationship; for a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement correlate with increasing confidence.



**Box TS.1, Figure 1 |** A depiction of evidence and agreement statements and their relationship to confidence. Confidence increases toward the top right corner as suggested by the increasing strength of shading. Generally, evidence is most robust when there are multiple, consistent independent lines of high quality. {Figure 1.11}

The following terms have been used to indicate the assessed likelihood, and typeset in italics:

| Term* | Likelihood of the outcome |
|---|---|
| *Virtually certain* | 99–100% probability |
| *Very likely* | 90–100% probability |
| *Likely* | 66–100% probability |
| *About as likely as not* | 33–66% probability |
| *Unlikely* | 0–33% probability |
| *Very unlikely* | 0–10% probability |
| *Exceptionally unlikely* | 0–1% probability |

* Additional terms (*extremely likely*: 95–100% probability, *more likely than not*: >50–100% probability, and *extremely unlikely*: 0–5% probability) may also be used when appropriate.

BLM_0073545

## TS.2    Observation of Changes in the Climate System

### TS.2.1    Introduction

Observations of the climate system are based on direct physical and biogeochemical measurements, and remote sensing from ground stations and satellites; information derived from paleoclimate archives provides a long-term context. Global-scale observations from the instrumental era began in the mid-19th century, and paleoclimate reconstructions extend the record of some quantities back hundreds to millions of years. Together, they provide a comprehensive view of the variability and long-term changes in the atmosphere, the ocean, the cryosphere and at the land surface.

The assessment of observational evidence for climate change is summarized in this section. Substantial advancements in the availability, acquisition, quality and analysis of observational data sets for the atmosphere, land surface, ocean and cryosphere have occurred since the AR4. Many aspects of the climate system are showing evidence of a changing climate. {2, 3, 4, 5, 6, 13}

### TS.2.2    Changes in Temperature

#### TS.2.2.1    Surface

It is certain that global mean surface temperature (GMST) has increased since the late 19th century (Figures TS.1 and TS.2). Each of the past three decades has been successively warmer at the Earth's surface than any the previous decades in the instrumental record, and the decade of the 2000's has been the warmest. The globally averaged combined land and ocean temperature data as calculated by a linear trend[5], show a warming of 0.85 [0.65 to 1.06] °C[6], over the period 1880–2012, when multiple independently produced datasets exist, about 0.89 [0.69 to 1.08] °C over the period 1901–2012, and about 0.72 [0.49 to 0.89] °C over the period 1951–2012 when based on three independently-produced data sets. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C, based on the Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4), the global mean surface temperature dataset with the longest record of the three independently-produced data sets. The warming from 1850–1900 to 1986–2005 (reference period for the modelling chapters and the Atlas in Annex I) is 0.61 [0.55 to 0.67] °C, when calculated using HadCRUT4 and its uncertainty estimates. It is also virtually certain that maximum and minimum temperatures over

land have increased on a global scale since 1950.[7] {2.4.1, 2.4.3; Chapter 2 Supplementary Material Section 2.SM.3}

Despite the robust multi-decadal warming, there exists substantial interannual to decadal variability in the rate of warming, with several periods exhibiting weaker trends (including the warming hiatus since 1998) (Figure TS.1). The rate of warming over the past 15 years (1998–2012; 0.05 [−0.05 to +0.15] °C per decade) is smaller than the trend since 1951 (1951–2012; 0.12[0.08 to 0.14] °C per decade). Trends for short periods are uncertain and very sensitive to the start and end years. For example, trends for 15-year periods starting in 1995, 1996, and 1997 are 0.13 [0.02 to 0.24] °C per decade, 0.14 [0.03 to 0.24] °C per decade and 0.07 [−0.02 to 0.18] °C per decade, respectively. Several independently analysed data records of global and regional land surface air temperature obtained from station observations are in broad agreement that land surface air temperatures have increased. Sea surface temperatures (SSTs) have also increased. Intercomparisons of new SST data records obtained by different measurement methods, including satellite data, have resulted in better understanding of errors and biases in the records. {2.4.1–2.4.3; Box 9.2}

It is unlikely that any uncorrected urban heat island effects and land use change effects have raised the estimated centennial globally averaged land surface air temperature trends by more than 10% of the reported trend. This is an average value; in some regions that have rapidly developed urban heat island and land use change impacts on regional trends may be substantially larger. {2.4.1}

There is high confidence that annual mean surface warming since the 20th century has reversed long-term cooling trends of the past 5000 years in mid-to-high latitudes of the Northern Hemisphere (NH). For average NH temperatures, the period 1983–2012 was very likely the warmest 30-year period of the last 800 years (high confidence) and likely the warmest 30-year period of the last 1400 years (medium confidence). This is supported by comparison of instrumental temperatures with multiple reconstructions from a variety of proxy data and statistical methods, and is consistent with AR4. Continental-scale surface temperature reconstructions show, with high confidence, multi-decadal periods during the Medieval Climate Anomaly (950–1250) that were in some regions as warm as in the mid-20th century and in others as warm as in the late 20th century. With high confidence, these regional warm periods were not as synchronous across regions as the warming since the mid-20th century. Based on the comparison between reconstructions and simulations, there is high confidence that not only external orbital, solar and volcanic forcing, but also internal

---

[5]    The warming is reported as an unweighted average based on linear trend estimates calculated from Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4), Merged Land–Ocean Surface Temperature Analysis (MLOST) and Goddard Institute for Space Studies Surface Temperature Analysis (GISTEMP) data sets (see Figure TS.2; Section 2.4.3).

[6]    In the WGI contribution to the AR5, uncertainty is quantified using 90% uncertainty intervals unless otherwise stated. The 90% uncertainty interval, reported in square brackets, is expected to have a 90% likelihood of covering the value that is being estimated. The upper endpoint of the uncertainty interval has a 95% likelihood of exceeding the value that is being estimated and the lower endpoint has a 95% likelihood of being less than that value. A best estimate of that value is also given where available. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate.

[7]    Both methods presented in this paragraph to calculate temperature change were also used in AR4. The first calculates the difference using a best fit linear trend of all points between two years, e.g., 1880 and 2012. The second calculates the difference between averages for the two periods, e.g., 1850 to 1900 and 2003 to 2012. Therefore, the resulting values and their 90% uncertainty intervals are not directly comparable.

TS

37

BLM_0073546

Technical Summary

variability, contributed substantially to the spatial pattern and timing of surface temperature changes between the Medieval Climate Anomaly and the Little Ice Age (1450–1850). {5.3.5, 5.5.1}

### TS.2.2.2 Troposphere and Stratosphere

Based on multiple independent analyses of measurements from radiosondes and satellite sensors, it is *virtually certain* that globally the troposphere has warmed and the stratosphere has cooled since the mid-20th century (Figure TS.1). Despite unanimous agreement on the sign of the trends, substantial disagreement exists between available estimates as to the rate of temperature changes, particularly outside the NH extratropical troposphere, which has been well sampled by

radiosondes. Hence there is only *medium confidence* in the rate of change and its vertical structure in the NH extratropical troposphere and *low confidence* elsewhere. {2.4.4}

### TS.2.2.3 Ocean

It is *virtually certain* that the upper ocean (above 700 m) has warmed from 1971 to 2010, and *likely* that it has warmed from the 1870s to 1971 (Figure TS.1). There is less certainty in changes prior to 1971 because of relatively sparse sampling in earlier time periods. Instrumental biases in historical upper ocean temperature measurements have been identified and reduced since AR4, diminishing artificial decadal variation in temperature and upper ocean heat content, most prominent during the 1970s and 1980s. {3.2.1–3.2.3, 3.5.3}



**Figure TS.1 |** Multiple complementary indicators of a changing global climate. Each line represents an independently derived estimate of change in the climate element. The times series presented are assessed in Chapters 2, 3 and 4. In each panel all data sets have been normalized to a common period of record. A full detailing of which source data sets go into which panel is given in Chapter 2 Supplementary Material Section 2.SM.5 and in the respective chapters. Further detail regarding the related Figure SPM.3 is given in the TS Supplementary Material. {FAQ 2.1, Figure 1; 2.4, 2.5, 3.2, 3.7, 4.5.2, 4.5.3}

38

Technical Summary

It is *likely* that the ocean warmed between 700-2000 m from 1957 to 2009, based on 5-year averages. It is *likely* that the ocean warmed from 3000 m to the bottom from 1992 to 2005, while no significant trends in global average temperature were observed between 2000 and 3000 m depth from circa 1992 to 2005. Below 3000 m depth, the largest warming is observed in the Southern Ocean. {3.2.4, 3.5.1; Figures 3.2b, 3.3; FAQ 3.1}

### TS.2.3   Changes in Energy Budget and Heat Content

The Earth has been in radiative imbalance, with more energy from the Sun entering than exiting the top of the atmosphere, since at least about 1970. It is *virtually certain* that the Earth has gained substantial energy from 1971 to 2010. The estimated increase in energy inventory between 1971 and 2010 is 274 [196 to 351] × $10^{21}$ J (*high confidence*), with a heating rate of 213 × $10^{12}$ W from a linear fit to the annual values over that time period (see also TFE.4). {Boxes 3.1, 13.1}

Ocean warming dominates that total heating rate, with full ocean depth warming accounting for about 93% (*high confidence*), and warming of the upper (0 to 700 m) ocean accounting for about 64%. Melting ice (including Arctic sea ice, ice sheets and glaciers) and warming of the continents each account for 3% of the total. Warming of the atmosphere makes up the remaining 1%. The 1971–2010 estimated rate of ocean energy gain is 199 × $10^{12}$ W from a linear fit to data over that time period, equivalent to 0.42 W $m^{-2}$ heating applied continuously over the Earth's entire surface, and 0.55 W $m^{-2}$ for the portion owing to ocean warming applied over the ocean's entire surface area. The Earth's estimated energy increase from 1993 to 2010 is 163 [127 to 201] × $10^{21}$ J with a trend estimate of 275 × $10^{15}$ W. The ocean portion of the trend for 1993–2010 is 257 × $10^{12}$ W, equivalent to a mean heat flux into the ocean of 0.71 W $m^{-2}$. {3.2.3, 3.2.4; Box 3.1}

It is *about as likely as not* that ocean heat content from 0–700 m increased more slowly during 2003 to 2010 than during 1993 to 2002 (Figure TS.1). Ocean heat uptake from 700–2000 m, where interannual variability is smaller, *likely* continued unabated from 1993 to 2009. {3.2.3, 3.2.4; Box 9.2}

### TS.2.4   Changes in Circulation and Modes of Variability

Large variability on interannual to decadal time scales hampers robust conclusions on long-term changes in atmospheric circulation in many instances. *Confidence* is *high* that the increase of the northern mid-latitude westerly winds and the North Atlantic Oscillation (NAO) index from the 1950s to the 1990s, and the weakening of the Pacific Walker Circulation from the late 19th century to the 1990s, have been largely offset by recent changes. With *high confidence*, decadal and multi-decadal changes in the winter NAO index observed since the 20th century are not unprecedented in the context of the past 500 years. {2.7.2, 2.7.5, 2.7.8, 5.4.2; Box 2.5; Table 2.14}

It is *likely* that circulation features have moved poleward since the 1970s, involving a widening of the tropical belt, a poleward shift of storm tracks and jet streams and a contraction of the northern polar vortex. Evidence is more robust for the NH. It is *likely* that the Southern Annular Mode (SAM) has become more positive since the 1950s. The increase in the strength of the observed summer SAM since 1950 has been anomalous, with *medium confidence*, in the context of the past 400 years. {2.7.5, 2.7.6, 2.7.8, 5.4.2; Box 2.5; Table 2.14}

New results from high-resolution coral records document with *high confidence* that the El Niño-Southern Oscillation (ENSO) system has remained highly variable throughout the past 7000 years, showing no discernible evidence for an orbital modulation of ENSO. {5.4.1}



HadCRUT4 1901-2012

MLOST 1901-2012

GISS 1901-2012

-0.6  -0.4  -0.2  0  0.2  0.4  0.6  0.8  1  1.25  1.5  1.75  2.5
Trend (°C over period)

**Figure TS.2** | Change in surface temperature over 1901–2012 as determined by linear trend for three data sets. White areas indicate incomplete or missing data. Trends have been calculated only for those grid boxes with greater than 70% complete records and more than 20% data availability in the first and last 10% of the time period. Black plus signs (+) indicate grid boxes where trends are significant (i.e., a trend of zero lies outside the 90% confidence interval). Differences in coverage primarily reflect the degree of interpolation to account for data void regions undertaken by the data set providers ranging from none beyond grid box averaging (Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4)) to substantial (Goddard Institute for Space Studies Surface Temperature Analysis (GISTEMP)). Further detail regarding the related Figure SPM.1 is given in the TS Supplementary Material. {Figure 2.21}

TS

39

BLM_0073548

Recent observations have strengthened evidence for variability in major ocean circulation systems on time scales from years to decades. It is *very likely* that the subtropical gyres in the North Pacific and South Pacific have expanded and strengthened since 1993. Based on measurements of the full Atlantic Meridional Overturning Circulation (AMOC) and its individual components at various latitudes and different time periods, there is no evidence of a long-term trend. There is also no evidence for trends in the transports of the Indonesian Throughflow, the Antarctic Circumpolar Current (ACC) or in the transports between the Atlantic Ocean and Nordic Seas. However, a southward shift of the ACC by about 1° of latitude is observed in data spanning the time period 1950–2010 with *medium confidence*. {3.6}

**TS.2.5    Changes in the Water Cycle and Cryosphere**

**TS.2.5.1   Atmosphere**

*Confidence* in precipitation change averaged over global land areas is *low* prior to 1951 and *medium* afterwards because of insufficient data, particularly in the earlier part of the record (for an overview of observed and projected changes in the global water cycle see TFE.1). Further, when virtually all the land area is filled in using a reconstruction method, the resulting time series shows little change in land-based precipitation since 1901. NH mid-latitude land areas do show a *likely* overall increase in precipitation (*medium confidence* prior to 1951, but *high confidence* afterwards). For other latitudes area-averaged long-term positive or negative trends have *low confidence* (TFE.1, Figure 1). {2.5.1}

It is *very likely* that global near surface and tropospheric air specific humidity have increased since the 1970s. However, during recent years the near-surface moistening trend over land has abated (*medium confidence*) (Figure TS.1). As a result, fairly widespread decreases in relative humidity near the surface are observed over the land in recent years. {2.4.4, 2.5.5, 2.5.6}

Although trends of cloud cover are consistent between independent data sets in certain regions, substantial ambiguity and therefore *low confidence* remains in the observations of global-scale cloud variability and trends. {2.5.7}

**TS.2.5.2   Ocean and Surface Fluxes**

It is *very likely* that regional trends have enhanced the mean geographical contrasts in sea surface salinity since the 1950s: saline surface waters in the evaporation-dominated mid-latitudes have become more saline, while relatively fresh surface waters in rainfall-dominated tropical and polar regions have become fresher. The mean contrast between high- and low-salinity regions increased by 0.13 [0.08 to 0.17] from 1950 to 2008. It is *very likely* that the inter-basin contrast in freshwater content has increased: the Atlantic has become saltier and the Pacific and Southern Oceans have freshened. Although similar conclusions were reached in AR4, recent studies based on expanded data sets and new analysis approaches provide *high confidence* in this assessment. {3.3.2, 3.3.3, 3.9; FAQ 3.2}

The spatial patterns of the salinity trends, mean salinity and the mean distribution of evaporation minus precipitation are all similar (TFE.1, Figure 1). These similarities provide indirect evidence that the pattern of evaporation minus precipitation over the oceans has been enhanced since the 1950s (*medium confidence*). Uncertainties in currently available surface fluxes prevent the flux products from being reliably used to identify trends in the regional or global distribution of evaporation or precipitation over the oceans on the time scale of the observed salinity changes since the 1950s. {3.3.2–3.3.4, 3.4.2, 3.4.3, 3.9; FAQ 3.2}

**TS.2.5.3   Sea Ice**

Continuing the trends reported in AR4, there is *very high confidence* that the Arctic sea ice extent (annual, multi-year and perennial) decreased over the period 1979–2012 (Figure TS.1). The rate of the annual decrease was *very likely* between 3.5 and 4.1% per decade (range of 0.45 to 0.51 million km$^2$ per decade). The average decrease in decadal extent of annual Arctic sea ice has been most rapid in summer and autumn (*high confidence*), but the extent has decreased in every season, and in every successive decade since 1979 (*high confidence*). The extent of Arctic perennial and multi-year ice decreased between 1979 and 2012 (*very high confidence*). The rates are *very likely* 11.5 [9.4 to 13.6]% per decade (0.73 to 1.07 million km$^2$ per decade) for the sea ice extent at summer minimum (perennial ice) and *very likely* 13.5 [11 to 16]% per decade for multi-year ice. There is *medium confidence* from reconstructions that the current (1980–2012) Arctic summer sea ice retreat was unprecedented and SSTs were anomalously high in the perspective of at least the last 1,450 years. {4.2.2, 5.5.2}

It is *likely* that the annual period of surface melt on Arctic perennial sea ice lengthened by 5.7 [4.8 to 6.6] days per decade over the period 1979–2012. Over this period, in the region between the East Siberian Sea and the western Beaufort Sea, the duration of ice-free conditions increased by nearly 3 months. {4.2.2}

There is *high confidence* that the average winter sea ice thickness within the Arctic Basin decreased between 1980 and 2008. The average decrease was *likely* between 1.3 m and 2.3 m. *High confidence* in this assessment is based on observations from multiple sources: submarine, electromagnetic probes and satellite altimetry; and is consistent with the decline in multi-year and perennial ice extent. Satellite measurements made in the period 2010–2012 show a decrease in sea ice volume compared to those made over the period 2003–2008 (*medium confidence*). There is *high confidence* that in the Arctic, where the sea ice thickness has decreased, the sea ice drift speed has increased. {4.2.2}

It is *very likely* that the annual Antarctic sea ice extent increased at a rate of between 1.2 and 1.8% per decade (0.13 to 0.20 million km$^2$ per decade) between 1979 and 2012 (*very high confidence*). There was a greater increase in sea ice area, due to a decrease in the percentage of open water within the ice pack. There is *high confidence* that there are strong regional differences in this annual rate, with some regions increasing in extent/area and some decreasing. There are also contrasting regions around the Antarctic where the ice-free season has lengthened, and others where it has decreased over the satellite period (*high confidence*). {4.2.3}

BLM_0073549

Case No. 1:20-cv-02484-MSK Document 51-5 filed 04/28/21 USDC Colorado pg 149 of 151

### TS.2.5.4 Glaciers and Ice Sheets

There is *very high confidence* that glaciers world-wide are persistently shrinking as revealed by the time series of measured changes in glacier length, area, volume and mass (Figures TS.1 and TS.3). The few exceptions are regionally and temporally limited. Measurements of glacier change have increased substantially in number since AR4. Most of the new data sets, along with a globally complete glacier inventory, have been derived from satellite remote sensing {4.3.1, 4.3.3}

There is *very high confidence* that, during the last decade, the largest contributions to global glacier ice loss were from glaciers in Alaska, the Canadian Arctic, the periphery of the Greenland ice sheet, the Southern Andes and the Asian mountains. Together these areas account for more than 80% of the total ice loss. Total mass loss from all glaciers in the world, excluding those on the periphery of the ice sheets, was *very likely* 226 [91 to 361] Gt $yr^{-1}$ (sea level equivalent, 0.62 [0.25 to 0.99] mm $yr^{-1}$) in the period 1971–2009, 275 [140 to 410] Gt $yr^{-1}$ (0.76 [0.39 to 1.13] mm $yr^{-1}$) in the period 1993–2009 and 301 [166 to 436] Gt $yr^{-1}$ (0.83 [0.46 to 1.20] mm $yr^{-1}$) between 2005 and 2009[8]. {4.3.3; Tables 4.4, 4.5}

There is *high confidence* that current glacier extents are out of balance with current climatic conditions, indicating that glaciers will continue to shrink in the future even without further temperature increase. {4.3.3}

There is *very high confidence* that the Greenland ice sheet has lost ice during the last two decades. Combinations of satellite and airborne remote sensing together with field data indicate with *high confidence* that the ice loss has occurred in several sectors and that large rates of mass loss have spread to wider regions than reported in AR4 (Figure TS.3). There is *high confidence* that the mass loss of the Greenland ice sheet has accelerated since 1992: the average rate has *very likely* increased from 34 [–6 to 74] Gt $yr^{-1}$ over the period 1992–2001 (sea level equivalent, 0.09 [–0.02 to 0.20] mm $yr^{-1}$), to 215 [157 to 274] Gt $yr^{-1}$ over the period 2002–2011 (0.59 [0.43 to 0.76] mm $yr^{-1}$). There is *high confidence* that ice loss from Greenland resulted from increased surface melt and runoff and increased outlet glacier discharge, and these occurred in similar amounts. There is *high confidence* that the area subject to summer melt has increased over the last two decades. {4.4.2, 4.4.3}

(a)
(b)
0 2000 Scale (km)
0 500 Scale (km)
-10 -8 -6 -4 -2 0 2 4
Ice-loss
Ice-gain
Change 2003-2012 (cm of water yr⁻¹)
Glaciers
Greenland
Antarctica
Cumulative ice mass loss (Gt)
SLE (mm)
Year

**Figure TS.3 |** (Upper) Distribution of ice loss determined from Gravity Recovery and Climate Experiment (GRACE) time-variable gravity for (a) Antarctica and (b) Greenland, shown in centimetres of water per year (cm of water $yr^{-1}$) for the period 2003–2012. (Lower) The assessment of the total loss of ice from glaciers and ice sheets in terms of mass (Gt) and sea level equivalent (mm). The contribution from glaciers excludes those on the periphery of the ice sheets. {4.3.4; Figures 4.12–4.14, 4.16, 4.17, 4.25}

[8] 100 Gt $yr^{-1}$ of ice loss corresponds to about 0.28 mm $yr^{-1}$ of sea level equivalent.

BLM_0073550

Technical Summary

**TS**

Thematic Focus Elements

## TFE.1 | Water Cycle Change

The water cycle describes the continuous movement of water through the climate system in its liquid, solid and vapour forms, and storage in the reservoirs of ocean, cryosphere, land surface and atmosphere. In the atmosphere, water occurs primarily as a gas, water vapour, but it also occurs as ice and liquid water in clouds. The ocean is primarily liquid water, but the ocean is partly covered by ice in polar regions. Terrestrial water in liquid form appears as surface water (lakes, rivers), soil moisture and groundwater. Solid terrestrial water occurs in ice sheets, glaciers, snow and ice on the surface and permafrost. The movement of water in the climate system is essential to life on land, as much of the water that falls on land as precipitation and supplies the soil moisture and river flow has been evaporated from the ocean and transported to land by the atmosphere. Water that falls as snow in winter can provide soil moisture in springtime and river flow in summer and is essential to both natural and human systems. The movement of fresh water between the atmosphere and the ocean can also influence oceanic salinity, which is an important driver of the density and circulation of the ocean. The latent heat contained in water vapour in the atmosphere is critical to driving the circulation of the atmosphere on scales ranging from individual thunderstorms to the global circulation of the atmosphere. {12.4.5; FAQ 3.2, FAQ 12.2}

### Observations of Water Cycle Change

Because the saturation vapour pressure of air increases with temperature, it is expected that the amount of water vapour in air will increase with a warming climate. Observations from surface stations, radiosondes, global positioning systems and satellite measurements indicate increases in tropospheric water vapour at large spatial scales (TFE.1, Figure 1). It is *very likely* that tropospheric specific humidity has increased since the 1970s. The magnitude of the observed global change in tropospheric water vapour of about 3.5% in the past 40 years is consistent with the observed temperature change of about 0.5°C during the same period, and the relative humidity has stayed approximately constant. The water vapour change can be attributed to human influence with *medium confidence*. {2.5.4, 10.3.2}

Changes in precipitation are harder to measure with the existing records, both because of the greater difficulty in sampling precipitation and also because it is expected that precipitation will have a smaller fractional change than the water vapour content of air as the climate warms. Some regional precipitation trends appear to be robust (TFE.1, Figure 2), but when virtually all the land area is filled in using a reconstruction method, the resulting time series of global mean land precipitation shows little change since 1900. At present there is *medium confidence* that there has been a significant human influence on global scale changes in precipitation patterns, including increases in Northern Hemisphere (NH) mid-to-high latitudes. Changes in the extremes of precipitation, and other climate extremes related to the water cycle are comprehensively discussed in TFE.9. {2.5.1, 10.3.2}

Although direct trends in precipitation and evaporation are difficult to measure with the available records, the observed oceanic surface salinity, which is strongly dependent on the difference between evaporation and precipitation, shows significant trends (TFE.1, Figure 1). The spatial patterns of the salinity trends since 1950 are very similar to the mean salinity and the mean distribution of evaporation minus precipitation: regions of high salinity where evaporation dominates have become more saline, while regions of low salinity where rainfall dominates have become fresher (TFE.1, Figure 1). This provides indirect evidence that the pattern of evaporation minus precipitation over the oceans has been enhanced since the 1950s (*medium confidence*). The inferred changes in evaporation minus precipitation are consistent with the observed increased water vapour content of the warmer air. It is *very likely* that observed changes in surface and subsurface salinity are due in part to anthropogenic climate forcings. {2.5, 3.3.2–3.3.4, 3.4, 3.9, 10.4.2; FAQ 3.2}

In most regions analysed, it is *likely* that decreasing numbers of snowfall events are occurring where increased winter temperatures have been observed. Both satellite and *in situ* observations show significant reductions in the NH snow cover extent over the past 90 years, with most of the reduction occurring in the 1980s. Snow cover decreased most in June when the average extent decreased *very likely* by 53% (40 to 66%) over the period 1967 to 2012. From 1922 to 2012 only data from March and April are available and show *very likely* a 7% (4.5 to 9.5%) decline. Because of earlier spring snowmelt, the duration of the NH snow season has declined by 5.3 days per decade since the 1972/1973 winter. It is *likely* that there has been an anthropogenic component to these observed reductions in snow cover since the 1970s. {4.5.2, 10.5.1, 10.5.3}

*(continued on next page)*

42



**TFE.1, Figure 1** | Changes in sea surface salinity are related to the atmospheric patterns of evaporation minus precipitation (*E − P*) and trends in total precipitable water: (a) Linear trend (1988 to 2010) in total precipitable water (water vapour integrated from the Earth's surface up through the entire atmosphere) (kg m⁻² per decade) from satellite observations. (b) The 1979–2005 climatological mean net evaporation minus precipitation (cm yr⁻¹) from meteorological reanalysis data. (c) Trend (1950–2000) in surface salinity (Practical Salinity Scale 78 (PSS78) per 50 years). (d) The climatological mean surface salinity (PSS78) (blues <35; yellows-reds >35). (e) Global difference between salinity averaged over regions where the sea surface salinity is greater than the global mean sea surface salinity ("High Salinity") and salinity averaged over regions with values below the global mean ('Low Salinity'). For details of data sources see Figure 3.21 and FAQ 3.2, Figure 1. [3.9]

BLM_0073552