Technical Summary

## TS.6    Key Uncertainties

This final section of the Technical Summary provides readers with a short overview of key uncertainties in the understanding of the climate system and the ability to project changes in response to anthropogenic influences. The overview is not comprehensive and does not describe in detail the basis for these findings. These are found in the main body of this Technical Summary and in the underlying chapters to which each bullet points in the curly brackets.

### TS.6.1    Key Uncertainties in Observation of Changes in the Climate System

- There is only *medium* to *low confidence* in the rate of change of tropospheric warming and its vertical structure. Estimates of tropospheric warming rates encompass surface temperature warming rate estimates. There is *low confidence* in the rate and vertical structure of the stratospheric cooling. {2.4.4}

- *Confidence* in global precipitation change over land is *low* prior to 1951 and *medium* afterwards because of data incompleteness. {2.5.1}

- Substantial ambiguity and therefore *low confidence* remains in the observations of global-scale cloud variability and trends. {2.5.6}

- There is *low confidence* in an observed global-scale trend in drought or dryness (lack of rainfall), due to lack of direct observations, methodological uncertainties and choice and geographical inconsistencies in the trends. {2.6.2}

- There is *low confidence* that any reported long-term (centennial) changes in tropical cyclone characteristics are robust, after accounting for past changes in observing capabilities. {2.6.3}

- Robust conclusions on long-term changes in large-scale atmospheric circulation are presently not possible because of large variability on interannual to decadal time scales and remaining differences between data sets. {2.7}

- Different global estimates of sub-surface ocean temperatures have variations at different times and for different periods, suggesting that sub-decadal variability in the temperature and upper heat content (0 to to 700 m) is still poorly characterized in the historical record. {3.2}

- Below ocean depths of 700 m the sampling in space and time is too sparse to produce annual global ocean temperature and heat content estimates prior to 2005. {3.2.4}

- Observational coverage of the ocean deeper than 2000 m is still limited and hampers more robust estimates of changes in global ocean heat content and carbon content. This also limits the quantification of the contribution of deep ocean warming to sea level rise. {3.2, 3.7, 3.8; Box 3.1}

- The number of continuous observational time series measuring the strength of climate relevant ocean circulation features (e.g., the meridional overturning circulation) is limited and the existing time series are still too short to assess decadal and longer trends. {3.6}.

- In Antarctica, available data are inadequate to assess the status of change of many characteristics of sea ice (e.g., thickness and volume). {4.2.3}

- On a global scale the mass loss from melting at calving fronts and iceberg calving are not yet comprehensively assessed. The largest uncertainty in estimated mass loss from glaciers comes from the Antarctic, and the observational record of ice–ocean interactions around both ice sheets remains poor. {4.3.3, 4.4}

### TS.6.2    Key Uncertainties in Drivers of Climate Change

- Uncertainties in aerosol–cloud interactions and the associated radiative forcing remain large. As a result, uncertainties in aerosol forcing remain the dominant contributor to the overall uncertainty in net anthropogenic forcing, despite a better understanding of some of the relevant atmospheric processes and the availability of global satellite monitoring. {2.2, 7.3–7.5, 8.5}

- The cloud feedback is *likely* positive but its quantification remains difficult. {7.2}

- Paleoclimate reconstructions and Earth System Models indicate that there is a positive feedback between climate and the carbon cycle, but *confidence* remains *low* in the strength of this feedback, particularly for the land. {6.4}

### TS.6.3    Key Uncertainties in Understanding the Climate System and Its Recent Changes

- The simulation of clouds in AOGCMs has shown modest improvement since AR4; however, it remains challenging. {7.2, 9.2.1, 9.4.1, 9.7.2}

- Observational uncertainties for climate variables other than temperature, uncertainties in forcings such as aerosols, and limits in process understanding continue to hamper attribution of changes in many aspects of the climate system. {10.1, 10.3, 10.7}

- Changes in the water cycle remain less reliably modelled in both their changes and their internal variability, limiting confidence in attribution assessments. Observational uncertainties and the large effect of internal variability on observed precipitation also precludes a more confident assessment of the causes of precipitation changes. {2.5.1, 2.5.4, 10.3.2}

- Modelling uncertainties related to model resolution and incorporation of relevant processes become more important at regional scales, and the effects of internal variability become more significant. Therefore, challenges persist in attributing observed change to external forcing at regional scales. {2.4.1, 10.3.1}

BLM_0073623

- The ability to simulate changes in frequency and intensity of extreme events is limited by the ability of models to reliably simulate mean changes in key features. {10.6.1}

- In some aspects of the climate system, including changes in drought, changes in tropical cyclone activity, Antarctic warming, Antarctic sea ice extent, and Antarctic mass balance, *confidence* in attribution to human influence remains *low* due to modelling uncertainties and low agreement between scientific studies. {10.3.1, 10.5.2, 10.6.1}

### TS.6.4 Key Uncertainties in Projections of Global and Regional Climate Change

- Based on model results there is limited confidence in the predictability of yearly to decadal averages of temperature both for the global average and for some geographical regions. Multi-model results for precipitation indicate a generally low predictability. Short-term climate projection is also limited by the uncertainty in projections of natural forcing. {11.1, 11.2, 11.3.1, 11.3.6; Box 11.1}

- There is *medium confidence* in near-term projections of a northward shift of NH storm track and westerlies. {11.3.2}

- There is generally *low confidence* in basin-scale projections of significant trends in tropical cyclone frequency and intensity in the 21st century. {11.3.2, 14.6.1}

- Projected changes in soil moisture and surface run off are not robust in many regions. {11.3.2, 12.4.5}

- Several components or phenomena in the climate system could potentially exhibit abrupt or nonlinear changes, but for many phenomena there is *low confidence* and little consensus on the likelihood of such events over the 21st century. {12.5.5}

- There is *low confidence* on magnitude of carbon losses through $CO_2$ or $CH_4$ emissions to the atmosphere from thawing permafrost. There is *low confidence* in projected future $CH_4$ emissions from natural sources due to changes in wetlands and gas hydrate release from the sea floor. {6.4.3, 6.4.7}

- There is *medium confidence* in the projected contributions to sea level rise by models of ice sheet dynamics for the 21st century, and *low confidence* in their projections beyond 2100. {13.3.3}

- There is *low confidence* in semi-empirical model projections of global mean sea level rise, and no consensus in the scientific community about their reliability. {13.5.2, 13.5.3}

- There is *low confidence* in projections of many aspects of climate phenomena that influence regional climate change, including changes in amplitude and spatial pattern of modes of climate variability. {9.5.3, 14.2–14.7}

BLM_0073624

BLM_0073625

# Chapters

BLM_0073626

BLM_0073627

# 1

# Introduction

**Coordinating Lead Authors:**

Ulrich Cubasch (Germany), Donald Wuebbles (USA)

**Lead Authors:**

Deliang Chen (Sweden), Maria Cristina Facchini (Italy), David Frame (UK/New Zealand), Natalie Mahowald (USA), Jan-Gunnar Winther (Norway)

**Contributing Authors:**

Achim Brauer (Germany), Lydia Gates (Germany), Emily Janssen (USA), Frank Kaspar (Germany), Janina Körper (Germany), Valérie Masson-Delmotte (France), Malte Meinshausen (Australia/Germany), Matthew Menne (USA), Carolin Richter (Switzerland), Michael Schulz (Germany), Uwe Schulzweida (Germany), Bjorn Stevens (Germany/USA), Rowan Sutton (UK), Kevin Trenberth (USA), Murat Türkeş (Turkey), Daniel S. Ward (USA)

**Review Editors:**

Yihui Ding (China), Linda Mearns (USA), Peter Wadhams (UK)

**This chapter should be cited as:**

Cubasch, U., D. Wuebbles, D. Chen, M.C. Facchini, D. Frame, N. Mahowald, and J.-G. Winther, 2013: Introduction. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0073628

# Table of Contents

**1**

**Executive Summary** ....................................................................... 121

**1.1    Chapter Preview** ................................................... 123

**1.2    Rationale and Key Concepts of the
        WGI Contribution** ............................................... 123
1.2.1    Setting the Stage for the Assessment ...................... 123
1.2.2    Key Concepts in Climate Science .............................. 123
1.2.3    Multiple Lines of Evidence for Climate Change ......... 129

**1.3    Indicators of Climate Change** .......................... 130
1.3.1    Global and Regional Surface Temperatures .............. 131
1.3.2    Greenhouse Gas Concentrations .............................. 132
1.3.3    Extreme Events .......................................................... 134
1.3.4    Climate Change Indicators ....................................... 136

**1.4    Treatment of Uncertainties** ............................ 138
1.4.1    Uncertainty in Environmental Science ..................... 138
1.4.2    Characterizing Uncertainty ...................................... 138
1.4.3    Treatment of Uncertainty in IPCC ........................... 139
1.4.4    Uncertainty Treatment in This Assessment .............. 139

**1.5    Advances in Measurement and Modelling
        Capabilities** ........................................................ 142
1.5.1    Capabilities of Observations .................................... 142
1.5.2    Capabilities in Global Climate Modelling ................. 144
**Box 1.1**: **Description of Future Scenarios** ................................ 147

**1.6    Overview and Road Map to the Rest of
        the Report** ........................................................... 151
1.6.1    Topical Issues ............................................................ 151

**References** ...................................................................... 152

**Appendix 1.A: Notes and Technical Details on Figures
Displayed in Chapter 1** ................................................... 155

**Frequently Asked Questions**

FAQ 1.1    **If Understanding of the Climate System Has
           Increased, Why Hasn't the Range of
           Temperature Projections Been Reduced?** ........... 140

BLM_0073629

## Executive Summary

### Human Effects on Climate

**Human activities are continuing to affect the Earth's energy budget by changing the emissions and resulting atmospheric concentrations of radiatively important gases and aerosols and by changing land surface properties.** Previous assessments have already shown through multiple lines of evidence that the climate is changing across our planet, largely as a result of human activities. The most compelling evidence of climate change derives from observations of the atmosphere, land, oceans and cryosphere. Unequivocal evidence from *in situ* observations and ice core records shows that the atmospheric concentrations of important greenhouse gases such as carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) have increased over the last few centuries. {1.2.2, 1.2.3}

**The processes affecting climate can exhibit considerable natural variability. Even in the absence of external forcing, periodic and chaotic variations on a vast range of spatial and temporal scales are observed.** Much of this variability can be represented by simple (e.g., unimodal or power law) distributions, but many components of the climate system also exhibit multiple states—for instance, the glacial–interglacial cycles and certain modes of internal variability such as El Niño-Southern Oscillation (ENSO). Movement between states can occur as a result of natural variability, or in response to external forcing. The relationship among variability, forcing and response reveals the complexity of the dynamics of the climate system: the relationship between forcing and response for some parts of the system seems reasonably linear; in other cases this relationship is much more complex. {1.2.2}

### Multiple Lines of Evidence for Climate Change

**Global mean surface air temperatures over land and oceans have increased over the last 100 years.** Temperature measurements in the oceans show a continuing increase in the heat content of the oceans. Analyses based on measurements of the Earth's radiative budget suggest a small positive energy imbalance that serves to increase the global heat content of the Earth system. Observations from satellites and *in situ* measurements show a trend of significant reductions in the mass balance of most land ice masses and in Arctic sea ice. The oceans' uptake of $CO_2$ is having a significant effect on the chemistry of sea water. Paleoclimatic reconstructions have helped place ongoing climate change in the perspective of natural climate variability. {1.2.3; Figure 1.3}

Observations of $CO_2$ concentrations, globally averaged temperature and sea level rise are generally well within the range of the extent of the earlier IPCC projections. The recently observed increases in $CH_4$ and $N_2O$ concentrations are smaller than those assumed in the scenarios in the previous assessments. Each IPCC assessment has used new projections of future climate change that have become more detailed as the models have become more advanced. Similarly, the scenarios used in the IPCC assessments have themselves changed over time to reflect the state of knowledge. The range of climate projections from model results provided and assessed in the first IPCC assessment in 1990 to those in the 2007 AR4 provides an opportunity to compare the projections with the actually observed changes, thereby examining the deviations of the projections from the observations over time. {1.3.1, 1.3.2, 1.3.4; Figures 1.4, 1.5, 1.6, 1.7, 1.10}

**Climate change**, whether driven by natural or human forcing, can lead to changes in the likelihood of the occurrence or strength of extreme weather and climate events or both. Since the AR4, the observational basis has increased substantially, so that some extremes are now examined over most land areas. Furthermore, more models with higher resolution and a greater number of regional models have been used in the simulations and projections of extremes. {1.3.3; Figure 1.9}

### Treatment of Uncertainties

**For AR5, the three IPCC Working Groups use two metrics to communicate the degree of certainty in key findings:** (1) Confidence is a qualitative measure of the validity of a finding, based on the type, amount, quality and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement[1]; and (2) Likelihood provides a quantified measure of uncertainty in a finding expressed probabilistically (e.g., based on statistical analysis of observations or model results, or both, and expert judgement)[2]. {1.4; Figure 1.11}

### Advances in Measurement and Modelling Capabilities

**Over the last few decades, new observational systems, especially satellite-based systems, have increased the number of observations of the Earth's climate by orders of magnitude.** Tools to analyse and process these data have been developed or enhanced to cope with this large increase in information, and more climate proxy data have been acquired to improve our knowledge of past changes in climate. Because the Earth's climate system is characterized on multiple spatial and temporal scales, new observations may reduce the uncertainties surrounding the understanding of short timescale

---

[1]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0073630

**1**

processes quite rapidly. However, processes that occur over longer timescales may require very long observational baselines before much progress can be made. {1.5.1; Figure 1.12}

**Increases in computing speed and memory have led to the development of more sophisticated models that describe physical, chemical and biological processes in greater detail**. Modelling strategies have been extended to provide better estimates of the uncertainty in climate change projections. The model comparisons with observations have pushed the analysis and development of the models. The inclusion of 'long-term' simulations has allowed incorporation of information from paleoclimate data to inform projections. Within uncertainties associated with reconstructions of past climate variables from proxy record and forcings, paleoclimate information from the Mid Holocene, Last Glacial Maximum, and Last Millennium have been used to test the ability of models to simulate realistically the magnitude and large-scale patterns of past changes. {1.5.2; Figures 1.13, 1.14}

As part of the process of getting model analyses for a range of alternative images of how the future may unfold, four new scenarios for future emissions of important gases and aerosols have been developed for the AR5, referred to as Representative Concentration Pathways (RCPs). {Box 1.1}

122

BLM_0073631

## 1.1    Chapter Preview

This introductory chapter serves as a lead-in to the science presented in the Working Group I (WGI) contribution to the Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (AR5). Chapter 1 in the IPCC Fourth Assessment Report (AR4) (Le Treut et al., 2007) provided a historical perspective on the understanding of climate science and the evidence regarding human influence on the Earth's climate system. Since the last assessment, the scientific knowledge gained through observations, theoretical analyses, and modelling studies has continued to increase and to strengthen further the evidence linking human activities to the ongoing climate change. In AR5, Chapter 1 focuses on the concepts and definitions applied in the discussions of new findings in the other chapters. It also examines several of the key indicators for a changing climate and shows how the current knowledge of those indicators compares with the projections made in previous assessments. The new scenarios for projected human-related emissions used in this assessment are also introduced. Finally, the chapter discusses the directions and capabilities of current climate science, while the detailed discussion of new findings is covered in the remainder of the WGI contribution to the AR5.

## 1.2    Rationale and Key Concepts of the WGI Contribution

### 1.2.1    Setting the Stage for the Assessment

The IPCC was set up in 1988 by the World Meteorological Organization and the United Nations Environment Programme to provide governments with a clear view of the current state of knowledge about the science of climate change, potential impacts, and options for adaptation and mitigation through regular assessments of the most recent information published in the scientific, technical and socio-economic literature worldwide. The WGI contribution to the IPCC AR5 assesses the current state of the physical sciences with respect to climate change. This report presents an assessment of the current state of research results and is not a discussion of all relevant papers as would be included in a review. It thus seeks to make sure that the range of scientific views, as represented in the peer-reviewed literature, is considered and evaluated in the assessment, and that the state of the science is concisely and accurately presented. A transparent review process ensures that disparate views are included (IPCC, 2012a).

As an overview, Table 1.1 shows a selection of key findings from earlier IPCC assessments. This table provides a non-comprehensive selection of key assessment statements from previous assessment reports—IPCC First Assessment Report (FAR, IPCC, 1990), IPCC Second Assessment Report (SAR, IPCC, 1996), IPCC Third Assessment Report (TAR, IPCC, 2001) and IPCC Fourth Assessment Report (AR4, IPCC, 2007)—with a focus on policy-relevant quantities that have been evaluated in each of the IPCC assessments.

Scientific hypotheses are contingent and always open to revision in light of new evidence and theory. In this sense the distinguishing features of scientific enquiry are the search for truth and the willingness to subject itself to critical re-examination. Modern research science conducts this critical revision through processes such as the peer review. At conferences and in the procedures that surround publication in peer-reviewed journals, scientific claims about environmental processes are analysed and held up to scrutiny. Even after publication, findings are further analysed and evaluated. That is the self-correcting nature of the scientific process (more details are given in AR4 Chapter 1 and Le Treut et al., 2007).

Science strives for objectivity but inevitably also involves choices and judgements. Scientists make choices regarding data and models, which processes to include and which to leave out. Usually these choices are uncontroversial and play only a minor role in the production of research. Sometimes, however, the choices scientists make are sources of disagreement and uncertainty. These are usually resolved by further scientific enquiry into the sources of disagreement. In some cases, experts cannot reach a consensus view. Examples in climate science include how best to evaluate climate models relative to observations, how best to evaluate potential sea level rise and how to evaluate probabilistic projections of climate change. In many cases there may be no definitive solution to these questions. The IPCC process is aimed at assessing the literature as it stands and attempts to reflect the level of reasonable scientific consensus as well as disagreement.

To assess areas of scientific controversy, the peer-reviewed literature is considered and evaluated. Not all papers on a controversial point can be discussed individually in an assessment, but every effort has been made here to ensure that all views represented in the peer-reviewed literature are considered in the assessment process. A list of topical issues is given in Table 1.3.

The Earth sciences study the multitude of processes that shape our environment. Some of these processes can be understood through idealized laboratory experiments, by altering a single element and then tracing through the effects of that controlled change. However, as in other natural and the social sciences, the openness of environmental systems, in terms of our lack of control of the boundaries of the system, their temporally and temporally multi-scale character and the complexity of interactions, often hamper scientists' ability to definitively isolate causal links. This in turn places important limits on the understanding of many of the inferences in the Earth sciences (e.g., Oreskes et al., 1994). There are many cases where scientists are able to make inferences using statistical tools with considerable evidential support and with high degrees of confidence, and conceptual and numerical modelling can assist in forming understanding and intuition about the interaction of dynamic processes.

### 1.2.2    Key Concepts in Climate Science

Here, some of the key concepts in climate science are briefly described; many of these were summarized more comprehensively in earlier IPCC assessments (Baede et al., 2001). We focus only on a certain number of them to facilitate discussions in this assessment.

First, it is important to distinguish the meaning of weather from climate. Weather describes the conditions of the atmosphere at a certain place and time with reference to temperature, pressure, humidity, wind, and other key parameters (meteorological elements); the

BLM_0073632

**Table 1.1** | Historical overview of major conclusions of previous IPCC assessment reports. The table provides a non-comprehensive selection of key statements from previous assessment reports—IPCC First Assessment Report (FAR; IPCC, 1990), IPCC Second Assessment Report (SAR; IPCC, 1996), IPCC Third Assessment Report (TAR; IPCC, 2001) and IPCC Fourth Assessment Report (AR4; IPCC, 2007)—with a focus on global mean surface air temperature and sea level change as two policy relevant quantities that have been covered in IPCC since the first assessment report.

| Topic | | FAR SPM Statement | SAR SPM Statement | TAR SPM Statement | AR4 SPM Statement |
|---|---|---|---|---|---|
| **Human and Natural Drivers of Climate Change** | | There is a natural greenhouse effect which already keeps the Earth warmer than it would otherwise be. Emissions resulting from human activities are substantially increasing the atmospheric concentrations of the greenhouse gases carbon dioxide, methane, chlorofluorocarbons and nitrous oxide. These increases will enhance the greenhouse effect, resulting on average in an additional warming of the Earth's surface.<br><br>Continued emissions of these gases at present rates would commit us to increased concentrations for centuries ahead. | Greenhouse gas concentrations have continued to increase. These trends can be attributed largely to human activities, mostly fossil fuel use, land use change and agriculture.<br><br>Anthropogenic aerosols are short-lived and tend to produce negative radiative forcing. | Emissions of greenhouse gases and aerosols due to human activities continue to alter the atmosphere in ways that are expected to affect the climate. The atmospheric concentration of $CO_2$ has increased by 31% since 1750 and that of methane by 151%.<br><br>Anthropogenic aerosols are short-lived and mostly produce negative radiative forcing by their direct effect. There is more evidence for their indirect effect, which is negative, although of very uncertain magnitude.<br><br>Natural factors have made small contributions to radiative forcing over the past century. | Global atmospheric concentrations of carbon dioxide, methane and nitrous oxide have increased markedly as a result of human activities since 1750 and now far exceed pre-industrial values determined from ice cores spanning many thousands of years. The global increases in carbon dioxide concentration are due primarily to fossil fuel use and land use change, while those of methane and nitrous oxide are primarily due to agriculture.<br><br>*Very high confidence* that the global average net effect of human activities since 1750 has been one of warming, with a radiative forcing of +1.6 [+0.6 to +2.4] W m$^{-2}$. |
| **Direct Observations of Recent Climate Change** | **Temperature** | Global mean surface air temperature has increased by 0.3°C to 0.6°C over the last 100 years, with the five global-average warmest years being in the 1980s. | Climate has changed over the past century. Global mean surface temperature has increased by between about 0.3 and 0.6°C since the late 19th century. Recent years have been among the warmest since 1860, despite the cooling effect of the 1991 Mt. Pinatubo volcanic eruption. | An increasing body of observations gives a collective picture of a warming world and other changes in the climate system.<br><br>The global average temperature has increased since 1861. Over the 20th century the increase has been 0.6°C.<br><br>Some important aspects of climate appear not to have changed. | Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level.<br><br>Eleven of the last twelve years (1995–2006) rank among the 12 warmest years in the instrumental record of global surface temperature (since 1850). The updated 100-year linear trend (1906 to 2005) of 0.74°C [0.56°C to 0.92°C] is therefore larger than the corresponding trend for 1901 to 2000 given in the TAR of 0.6°C [0.4°C to 0.8°C].<br><br>Some aspects of climate have not been observed to change. |
| | **Sea Level** | Over the same period global sea level has increased by 10 to 20 cm These increases have not been smooth with time, nor uniform over the globe. | Global sea level has risen by between 10 and 25 cm over the past 100 years and much of the rise may be related to the increase in global mean temperature. | Tide gauge data show that global average sea level rose between 0.1 and 0.2 m during the 20th century. | Global average sea level rose at an average rate of 1.8 [1.3 to 2.3] mm per year over 1961 to 2003. The rate was faster over 1993 to 2003: about 3.1 [2.4 to 3.8] mm per year. The total 20th century rise is estimated to be 0.17 [0.12 to 0.22] m. |
| **A Palaeoclimatic Perspective** | | Climate varies naturally on all timescales from hundreds of millions of years down to the year-to-year. Prominent in the Earth's history have been the 100,000 year glacial–interglacial cycles when climate was mostly cooler than at present. Global surface temperatures have typically varied by 5°C to 7°C through these cycles, with large changes in ice volume and sea level, and temperature changes as great as 10°C to 15°C in some middle and high latitude regions of the Northern Hemisphere. Since the end of the last ice age, about 10,000 years ago, global surface temperatures have probably fluctuated by little more than 1°C. Some fluctuations have lasted several centuries, including the Little Ice Age which ended in the nineteenth century and which appears to have been global in extent. | The limited available evidence from proxy climate indicators suggests that the 20th century global mean temperature is at least as warm as any other century since at least 1400 AD. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature. | New analyses of proxy data for the Northern Hemisphere indicate that the increase in temperature in the 20th century is *likely* to have been the largest of any century during the past 1,000 years. Also *likely* that, in the Northern Hemisphere, the 1990s was the warmest decade and 1998 the warmest year. Because less data are available, less is known about annual averages prior to 1,000 years before present and for conditions prevailing in most of the Southern Hemisphere prior to 1861. | Palaeoclimatic information supports the interpretation that the warmth of the last half century is unusual in at least the previous 1,300 years.<br><br>The last time the polar regions were significantly warmer than present for an extended period (about 125,000 years ago), reductions in polar ice volume led to 4 to 6 m of sea level rise. |

*(continued on next page)*

Introduction

BLM_0073633

*(Table 1.1 continued)*

| Topic | | FAR SPM Statement | SAR SPM Statement | TAR SPM Statement | AR4 SPM Statement |
|---|---|---|---|---|---|
| **Understanding and Attributing Climate Change** | | The size of this warming is broadly consistent with predictions of climate models, but it is also of the same magnitude as natural climate variability. Thus the observed increase could be largely due to this natural variability; alternatively this variability and other human factors could have offset a still larger human-induced greenhouse warming. The unequivocal detection of the enhanced greenhouse effect from observations is not likely for a decade or more. | The balance of evidence suggests a discernible human influence on global climate. Simulations with coupled atmosphere–ocean models have provided important information about decade to century timescale natural internal climate variability. | There is new and stronger evidence that most of the warming observed over the last 50 years is attributable to human activities. There is a longer and more scrutinized temperature record and new model estimates of variability. Reconstructions of climate data for the past 1,000 years indicate this warming was unusual and is *unlikely* to be entirely natural in origin. | Most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations. Discernible human influences now extend to other aspects of climate, including ocean warming, continental-average temperatures, temperature extremes and wind patterns. |
| **Projections of Future Changes in Climate** | **Temperature** | Under the IPCC Business-as-Usual emissions of greenhouse gases, a rate of increase of global mean temperature during the next century of about 0.3°C per decade (with an uncertainty range of 0.2°C to 0.5°C per decade); this is greater than that seen over the past 10,000 years. | Climate is expected to continue to change in the future. For the mid-range IPCC emission scenario, IS92a, assuming the 'best estimate' value of climate sensitivity and including the effects of future increases in aerosols, models project an increase in global mean surface air temperature relative to 1990 of about 2°C by 2100. | Global average temperature and sea level are projected to rise under all IPCC SRES scenarios. The globally averaged surface temperature is projected to increase by 1.4°C to 5.8°C over the period 1990 to 2100.<br><br>Confidence in the ability of models to project future climate has increased.<br><br>Anthropogenic climate change will persist for many centuries. | For the next two decades, a warming of about 0.2°C per decade is projected for a range of SRES emission scenarios. Even if the concentrations of all greenhouse gases and aerosols had been kept constant at year 2000 levels, a further warming of about 0.1°C per decade would be expected.<br><br>There is now higher confidence in projected patterns of warming and other regional-scale features, including changes in wind patterns, precipitation and some aspects of extremes and of ice.<br><br>Anthropogenic warming and sea level rise would continue for centuries, even if greenhouse gas concentrations were to be stabilised. |
| | **Sea Level** | An average rate of global mean sea level rise of about 6 cm per decade over the next century (with an uncertainty range of 3 to 10 cm per decade) is projected. | Models project a sea level rise of 50 cm from the present to 2100. | Global mean sea level is projected to rise by 0.09 to 0.88 m between 1990 and 2100. | Global sea level rise for the range of scenarios is projected as 0.18 to 0.59 m by the end of the 21st century. |

**1**

presence of clouds, precipitation; and the occurrence of special phenomena, such as thunderstorms, dust storms, tornados and others. Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Classically the period for averaging these variables is 30 years, as defined by the World Meteorological Organization. Climate in a wider sense also includes not just the mean conditions, but also the associated statistics (frequency, magnitude, persistence, trends, etc.), often combining parameters to describe phenomena such as droughts. Climate change refers to a change in the state of the climate that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and that persists for an extended period, typically decades or longer.

The Earth's climate system is powered by solar radiation (Figure 1.1). Approximately half of the energy from the Sun is supplied in the visible part of the electromagnetic spectrum. As the Earth's tempera-

ture has been relatively constant over many centuries, the incoming solar energy must be nearly in balance with outgoing radiation. Of the incoming solar shortwave radiation (SWR), about half is absorbed by the Earth's surface. The fraction of SWR reflected back to space by gases and aerosols, clouds and by the Earth's surface (albedo) is approximately 30%, and about 20% is absorbed in the atmosphere. Based on the temperature of the Earth's surface the majority of the outgoing energy flux from the Earth is in the infrared part of the spectrum. The longwave radiation (LWR, also referred to as infrared radiation) emitted from the Earth's surface is largely absorbed by certain atmospheric constituents—water vapour, carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$) and other greenhouse gases (GHGs); see Annex III for Glossary—and clouds, which themselves emit LWR into all directions. The downward directed component of this LWR adds heat to the lower layers of the atmosphere and to the Earth's surface (greenhouse effect). The dominant energy loss of the infrared radiation from the Earth is from higher layers of the troposphere. The Sun provides its energy to the Earth primarily in the tropics and the subtropics; this energy is then partially redistributed to middle and high latitudes by atmospheric and oceanic transport processes.



**Figure 1.1 |** Main drivers of climate change. The radiative balance between incoming solar shortwave radiation (SWR) and outgoing longwave radiation (OLR) is influenced by global climate 'drivers'. Natural fluctuations in solar output (solar cycles) can cause changes in the energy balance (through fluctuations in the amount of incoming SWR) (Section 2.3). Human activity changes the emissions of gases and aerosols, which are involved in atmospheric chemical reactions, resulting in modified $O_3$ and aerosol amounts (Section 2.2). $O_3$ and aerosol particles absorb, scatter and reflect SWR, changing the energy balance. Some aerosols act as cloud condensation nuclei modifying the properties of cloud droplets and possibly affecting precipitation (Section 7.4). Because cloud interactions with SWR and LWR are large, small changes in the properties of clouds have important implications for the radiative budget (Section 7.4). Anthropogenic changes in GHGs (e.g., $CO_2$, $CH_4$, $N_2O$, $O_3$, CFCs) and large aerosols (>2.5 μm in size) modify the amount of outgoing LWR by absorbing outgoing LWR and re-emitting less energy at a lower temperature (Section 2.2). Surface albedo is changed by changes in vegetation or land surface properties, snow or ice cover and ocean colour (Section 2.3). These changes are driven by natural seasonal and diurnal changes (e.g., snow cover), as well as human influence (e.g., changes in vegetation types) (Forster et al., 2007).

126

BLM_0073635

Changes in the global energy budget derive from either changes in the net incoming solar radiation or changes in the outgoing longwave radiation (OLR). Changes in the net incoming solar radiation derive from changes in the Sun's output of energy or changes in the Earth's albedo. Reliable measurements of total solar irradiance (TSI) can be made only from space, and the precise record extends back only to 1978. The generally accepted mean value of the TSI is about 1361 W m$^{-2}$ (Kopp and Lean, 2011; see Chapter 8 for a detailed discussion on the TSI); this is lower than the previous value of 1365 W m$^{-2}$ used in the earlier assessments. Short-term variations of a few tenths of a percent are common during the approximately 11-year sunspot solar cycle (see Sections 5.2 and 8.4 for further details). Changes in the outgoing LWR can result from changes in the temperature of the Earth's surface or atmosphere or changes in the emissivity (measure of emission efficiency) of LWR from either the atmosphere or the Earth's surface. For the atmosphere, these changes in emissivity are due predominantly to changes in cloud cover and cloud properties, in GHGs and in aerosol concentrations. The radiative energy budget of the Earth is almost in balance (Figure 1.1), but ocean heat content and satellite measurements indicate a small positive imbalance (Murphy et al., 2009; Trenberth et al., 2009; Hansen et al., 2011) that is consistent with the rapid changes in the atmospheric composition.

In addition, some aerosols increase atmospheric reflectivity, whereas others (e.g., particulate black carbon) are strong absorbers and also modify SWR (see Section 7.2 for a detailed assessment). Indirectly, aerosols also affect cloud albedo, because many aerosols serve as cloud condensation nuclei or ice nuclei. This means that changes in aerosol types and distribution can result in small but important changes in cloud albedo and lifetime (Section 7.4). Clouds play a critical role in climate because they not only can increase albedo, thereby cooling the planet, but also because of their warming effects through infrared radiative transfer. Whether the net radiative effect of a cloud is one of cooling or of warming depends on its physical properties (level of occurrence, vertical extent, water path and effective cloud particle size) as well as on the nature of the cloud condensation nuclei population (Section 7.3). Humans enhance the greenhouse effect directly by emitting GHGs such as $CO_2$, $CH_4$, $N_2O$ and chlorofluorocarbons (CFCs) (Figure 1.1). In addition, pollutants such as carbon monoxide (CO), volatile organic compounds (VOC), nitrogen oxides ($NO_x$) and sulphur dioxide ($SO_2$), which by themselves are negligible GHGs, have an indirect effect on the greenhouse effect by altering, through atmospheric chemical reactions, the abundance of important gases to the amount of outgoing LWR such as $CH_4$ and ozone ($O_3$), and/or by acting as precursors of secondary aerosols. Because anthropogenic emission sources simultaneously can emit some chemicals that affect climate and others that affect air pollution, including some that affect both, atmospheric chemistry and climate science are intrinsically linked.

In addition to changing the atmospheric concentrations of gases and aerosols, humans are affecting both the energy and water budget of the planet by changing the land surface, including redistributing the balance between latent and sensible heat fluxes (Sections 2.5, 7.2, 7.6 and 8.2). Land use changes, such as the conversion of forests to cultivated land, change the characteristics of vegetation, including its colour, seasonal growth and carbon content (Houghton, 2003; Foley et al., 2005). For example, clearing and burning a forest to prepare agricultural land reduces carbon storage in the vegetation, adds $CO_2$ to the atmosphere, and changes the reflectivity of the land (surface albedo), rates of evapotranspiration and longwave emissions (Figure 1.1).

Changes in the atmosphere, land, ocean, biosphere and cryosphere—both natural and anthropogenic—can perturb the Earth's radiation budget, producing a radiative forcing (RF) that affects climate. RF is a measure of the net change in the energy balance in response to an external perturbation. The drivers of changes in climate can include, for example, changes in the solar irradiance and changes in atmospheric trace gas and aerosol concentrations (Figure 1.1). The concept of RF cannot capture the interactions of anthropogenic aerosols and clouds, for example, and thus in addition to the RF as used in previous assessments, Sections 7.4 and 8.1 introduce a new concept, effective radiative forcing (ERF), that accounts for rapid response in the climate system. ERF is defined as the change in net downward flux at the top of the atmosphere after allowing for atmospheric temperatures, water vapour, clouds and land albedo to adjust, but with either sea surface temperatures (SSTs) and sea ice cover unchanged or with global mean surface temperature unchanged.

Once a forcing is applied, complex internal feedbacks determine the eventual response of the climate system, and will in general cause this response to differ from a simple linear one (IPCC, 2001, 2007). There are many feedback mechanisms in the climate system that can either amplify ('positive feedback') or diminish ('negative feedback') the effects of a change in climate forcing (Le Treut et al., 2007) (see Figure 1.2 for a representation of some of the key feedbacks). An example of a positive feedback is the water vapour feedback whereby an increase in surface temperature enhances the amount of water vapour present in the atmosphere. Water vapour is a powerful GHG: increasing its atmospheric concentration enhances the greenhouse effect and leads to further surface warming. Another example is the ice albedo feedback, in which the albedo decreases as highly reflective ice and snow surfaces melt, exposing the darker and more absorbing surfaces below. The dominant negative feedback is the increased emission of energy through LWR as surface temperature increases (sometimes also referred to as blackbody radiation feedback). Some feedbacks operate quickly (hours), while others develop over decades to centuries; in order to understand the full impact of a feedback mechanism, its timescale needs to be considered. Melting of land ice sheets can take days to millennia.

A spectrum of models is used to project quantitatively the climate response to forcings. The simplest energy balance models use one box to represent the Earth system and solve the global energy balance to deduce globally averaged surface air temperature. At the other extreme, full complexity three-dimensional climate models include the explicit solution of energy, momentum and mass conservation equations at millions of points on the Earth in the atmosphere, land, ocean and cryosphere. More recently, capabilities for the explicit simulation of the biosphere, the carbon cycle and atmospheric chemistry have been added to the full complexity models, and these models are called Earth System Models (ESMs). Earth System Models of Intermediate Complexity include the same processes as ESMs, but at reduced resolution, and thus can be simulated for longer periods (see Annex III for Glossary and Section 9.1).

1

127

**1**

An equilibrium climate experiment is an experiment in which a climate model is allowed to adjust fully to a specified change in RF. Such experiments provide information on the difference between the initial and final states of the model simulated climate, but not on the time-dependent response. The equilibrium response in global mean surface air temperature to a doubling of atmospheric concentration of $CO_2$ above pre-industrial levels (e.g., Arrhenius, 1896; see Le Treut et al., 2007 for a comprehensive list) has often been used as the basis for the concept of equilibrium climate sensitivity (e.g., Hansen et al., 1981; see Meehl et al., 2007 for a comprehensive list). For more realistic simulations of climate, changes in RF are applied gradually over time, for example, using historical reconstructions of the $CO_2$, and these simulations are called transient simulations. The temperature response in these transient simulations is different than in an equilibrium simulation. The transient climate response is defined as the change in global surface temperature at the time of atmospheric $CO_2$ doubling in a global coupled ocean–atmosphere climate model simulation where concentrations of $CO_2$ were increased by 1% yr⁻¹. The transient climate response

is a measure of the strength and rapidity of the surface temperature response to GHG forcing. It can be more meaningful for some problems as well as easier to derive from observations (see Figure 10.20; Section 10.8; Chapter 12; Knutti et al., 2005; Frame et al., 2006; Forest et al., 2008), but such experiments are not intended to replace the more realistic scenario evaluations.

Climate change commitment is defined as the future change to which the climate system is committed by virtue of past or current forcings. The components of the climate system respond on a large range of timescales, from the essentially rapid responses that characterise some radiative feedbacks to millennial scale responses such as those associated with the behaviour of the carbon cycle (Section 6.1) and ice sheets (see Figure 1.2 and Box 5.1). Even if anthropogenic emissions were immediately ceased (Matthews and Weaver, 2010) or if climate forcings were fixed at current values (Wigley, 2005), the climate system would continue to change until it came into equilibrium with those forcings (Section 12.5). Because of the slow response time of some components



**Figure 1.2** | Climate feedbacks and timescales. The climate feedbacks related to increasing $CO_2$ and rising temperature include negative feedbacks (–) such as LWR, lapse rate (see Glossary in Annex III), and air–sea carbon exchange and positive feedbacks (+) such as water vapour and snow/ice albedo feedbacks. Some feedbacks may be positive or negative (±): clouds, ocean circulation changes, air–land $CO_2$ exchange, and emissions of non-GHGs and aerosols from natural systems. In the smaller box, the large difference in timescales for the various feedbacks is highlighted.

BLM_0073637

of the climate system, equilibrium conditions will not be reached for many centuries. Slow processes can sometimes be constrained only by data collected over long periods, giving a particular salience to paleo-climate data for understanding equilibrium processes. Climate change commitment is indicative of aspects of inertia in the climate system because it captures the ongoing nature of some aspects of change.

A summary of perturbations to the forcing of the climate system from changes in solar radiation, GHGs, surface albedo and aerosols is presented in Box 13.1. The energy fluxes from these perturbations are balanced by increased radiation to space from a warming Earth, reflection of solar radiation and storage of energy in the Earth system, principally the oceans (Box 3.1, Box 13.1).

The processes affecting climate can exhibit considerable natural variability. Even in the absence of external forcing, periodic and chaotic variations on a vast range of spatial and temporal scales are observed. Much of this variability can be represented by simple (e.g., unimodal or power law) distributions, but many components of the climate system also exhibit multiple states—for instance, the glacial-interglacial cycles and certain modes of internal variability such as El Niño-Southern Oscillation (ENSO) (see Box 2.5 for details on patterns and indices of climate variability). Movement between states can occur as a result of natural variability, or in response to external forcing. The relationship between variability, forcing and response reveals the complexity of the dynamics of the climate system: the relationship between forcing and response for some parts of the system seems reasonably linear; in other cases this relationship is much more complex, characterised by hysteresis (the dependence on past states) and a non-additive combination of feedbacks.

Related to multiple climate states, and hysteresis, is the concept of irreversibility in the climate system. In some cases where multiple states and irreversibility combine, bifurcations or 'tipping points' can been reached (see Section 12.5). In these situations, it is difficult if not impossible for the climate system to revert to its previous state, and the change is termed irreversible over some timescale and forcing range. A small number of studies using simplified models find evidence for global-scale 'tipping points' (e.g., Lenton et al., 2008); however, there is no evidence for global-scale tipping points in any of the most comprehensive models evaluated to date in studies of climate evolution in the 21st century. There is evidence for threshold behaviour in certain aspects of the climate system, such as ocean circulation (see Section 12.5) and ice sheets (see Box 5.1), on multi-centennial-to-millennial timescales. There are also arguments for the existence of regional tipping points, most notably in the Arctic (e.g., Lenton et al., 2008; Duarte et al., 2012; Wadhams, 2012), although aspects of this are contested (Armour et al., 2011; Tietsche et al., 2011).

### 1.2.3   Multiple Lines of Evidence for Climate Change

While the first IPCC assessment depended primarily on observed changes in surface temperature and climate model analyses, more recent assessments include multiple lines of evidence for climate change. The first line of evidence in assessing climate change is based on careful analysis of observational records of the atmosphere, land, ocean and cryosphere systems (Figure 1.3). There is incontroverti-

ble evidence from *in situ* observations and ice core records that the atmospheric concentrations of GHGs such as $CO_2$, $CH_4$, and $N_2O$ have increased substantially over the last 200 years (Sections 6.3 and 8.3). In addition, instrumental observations show that land and sea surface temperatures have increased over the last 100 years (Chapter 2). Satellites allow a much broader spatial distribution of measurements, especially over the last 30 years. For the upper ocean temperature the observations indicate that the temperature has increased since at least 1950 (Willis et al., 2010; Section 3.2). Observations from satellites and *in situ* measurements suggest reductions in glaciers, Arctic sea ice and ice sheets (Sections 4.2, 4.3 and 4.4). In addition, analyses based on measurements of the radiative budget and ocean heat content suggest a small imbalance (Section 2.3). These observations, all published in peer-reviewed journals, made by diverse measurement groups in multiple countries using different technologies, investigating various climate-relevant types of data, uncertainties and processes, offer a wide range of evidence on the broad extent of the changing climate throughout our planet.

Conceptual and numerical models of the Earth's climate system offer another line of evidence on climate change (discussions in Chapters 5 and 9 provide relevant analyses of this evidence from paleoclimatic to recent periods). These use our basic understanding of the climate system to provide self-consistent methodologies for calculating impacts of processes and changes. Numerical models include the current knowledge about the laws of physics, chemistry and biology, as well as hypotheses about how complicated processes such as cloud formation can occur. Because these models can represent only the existing state of knowledge and technology, they are not perfect; they are, however, important tools for analysing uncertainties or unknowns, for testing different hypotheses for causation relative to observations, and for making projections of possible future changes.

One of the most powerful methods for assessing changes occurring in climate involves the use of statistical tools to test the analyses from models relative to observations. This methodology is generally called detection and attribution in the climate change community (Section 10.2). For example, climate models indicate that the temperature response to GHG increases is expected to be different than the effects from aerosols or from solar variability. Radiosonde measurements and satellite retrievals of atmospheric temperature show increases in tropospheric temperature and decreases in stratospheric temperatures, consistent with the increases in GHG effects found in climate model simulations (e.g., increases in $CO_2$, changes in $O_3$), but if the Sun was the main driver of current climate change, stratospheric and tropospheric temperatures would respond with the same sign (Hegerl et al., 2007).

Resources available prior to the instrumental period—historical sources, natural archives, and proxies for key climate variables (e.g., tree rings, marine sediment cores, ice cores)—can provide quantitative information on past regional to global climate and atmospheric composition variability and these data contribute another line of evidence. Reconstructions of key climate variables based on these data sets have provided important information on the responses of the Earth system to a variety of external forcings and its internal variability over a wide range of timescales (Hansen et al., 2006; Mann et al.,

129

BLM_0073638

2008). Paleoclimatic reconstructions thus offer a means for placing the current changes in climate in the perspective of natural climate variability (Section 5.1). AR5 includes new information on external RFs caused by variations in volcanic and solar activity (e.g., Steinhilber et al., 2009; see Section 8.4). Extended data sets on past changes in atmospheric concentrations and distributions of atmospheric GHG concentrations (e.g., Lüthi et al., 2008; Beerling and Royer, 2011) and mineral aerosols (Lambert et al., 2008) have also been used to attribute reconstructed paleoclimate temperatures to past variations in external forcings (Section 5.2).

## 1.3    Indicators of Climate Change

There are many indicators of climate change. These include physical responses such as changes in the following: surface temperature, atmospheric water vapour, precipitation, severe events, glaciers, ocean and land ice, and sea level. Some key examples of such changes in

important climate parameters are discussed in this section and all are assessed in much more detail in other chapters.

As was done to a more limited extent in AR4 (Le Treut et al., 2007), this section provides a test of the planetary-scale hypotheses of climate change against observations. In other words, how well do the projections used in the past assessments compare with observations to date? Seven additional years of observations are now available to evaluate earlier model projections. The projected range that was given in each assessment is compared to observations. The largest possible range of scenarios available for a specific variable for each of the previous assessment reports is shown in the figures.

Based on the assessment of AR4, a number of the key climate and associated environmental parameters are presented in Figure 1.3, which updates the similar figure in the Technical Summary (TS) of IPCC (2001). This section discusses the recent changes in several indicators, while more thorough assessments for each of these indicators are



**Figure 1.3 |** Overview of observed climate change indicators as listed in AR4. Chapter numbers indicate where detailed discussions for these indicators are found in AR5 (temperature: red; hydrological: blue; others: black).

BLM_0073639

provided in other chapters. Also shown in parentheses in Figure 1.3 are the chapter and section where those indicators of change are assessed in AR5.

Note that projections presented in the IPCC assessments are not predictions (see the Glossary in Annex III); the analyses in the discussion below only examine the short-term plausibility of the projections up to AR4, including the scenarios for future emissions and the models used to simulate these scenarios in the earlier assessments. Model results from the Coupled Model Intercomparison Project Phase 5 (CMIP5) (Taylor et al., 2012) used in AR5 are therefore not included in this section; Chapters 11 and 12 describe the projections from the new modelling studies. Note that none of the scenarios examined in the IPCC assessments were ever intended to be short-term predictors of change.

### 1.3.1   Global and Regional Surface Temperatures

Observed changes in global mean surface air temperature since 1950 (from three major databases, as anomalies relative to 1961–1990) are shown in Figure 1.4. As in the prior assessments, global climate

models generally simulate global temperatures that compare well with observations over climate timescales (Section 9.4). Even though the projections from the models were never intended to be predictions over such a short timescale, the observations through 2012 generally fall within the projections made in all past assessments. The 1990–2012 data have been shown to be consistent with the FAR projections (IPCC, 1990), and not consistent with zero trend from 1990, even in the presence of substantial natural variability (Frame and Stone, 2013).

The scenarios were designed to span a broad range of plausible futures, but are not aimed at predicting the most likely outcome. The scenarios considered for the projections from the earlier reports (FAR, SAR) had a much simpler basis than those of the Special Report on Emission Scenarios (SRES) (IPCC, 2000) used in the later assessments. For example, the FAR scenarios did not specify future aerosol distributions. AR4 presented a multiple set of projections that were simulated using comprehensive ocean–atmosphere models provided by CMIP3 and these projections are continuations of transient simulations of the 20th century climate. These projections of temperature provide in addition a measure of the natural variability that could not be obtained



**Figure 1.4 |** Estimated changes in the observed globally and annually averaged surface temperature anomaly relative to 1961–1990 (in °C) since 1950 compared with the range of projections from the previous IPCC assessments. Values are harmonized to start from the same value in 1990. Observed global annual mean surface air temperature anomaly, relative to 1961–1990, is shown as squares and smoothed time series as solid lines (NASA (dark blue), NOAA (warm mustard), and the UK Hadley Centre (bright green) reanalyses). The coloured shading shows the projected range of global annual mean surface air temperature change from 1990 to 2035 for models used in FAR (Figure 6.11 in Bretherton et al., 1990), SAR (Figure 19 in the TS of IPCC, 1996), TAR (full range of TAR Figure 9.13(b) in Cubasch et al., 2001). TAR results are based on the simple climate model analyses presented and not on the individual full three-dimensional climate model simulations. For the AR4 results are presented as single climate model runs of the CMIP3 ensemble for the historical period from 1950 to 2000 (light grey lines) and for three scenarios (A2, A1B and B1) from 2001 to 2035. The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. For the three SRES scenarios the bars show the CMIP3 ensemble mean and the *likely* range given by –40% to +60% of the mean as assessed in Meehl et al. (2007). The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

131

BLM_0073640

**1**

from the earlier projections based on models of intermediate complexity (Cubasch et al., 2001).

Note that before TAR the climate models did not include natural forcing (such as volcanic and solar variability). Even in AR4 not all models included natural forcing and some also did not include aerosols. Those models that allowed for aerosol effects presented in the AR4 simulated, for example, the cooling effects of the 1991 Mt Pinatubo eruption and agree better with the observed temperatures than the previous assessments that did not include those effects.

The bars on the side for FAR, SAR and TAR represent the range of results for the scenarios at the end of the time period and are not error bars. In contrast to the previous reports, the AR4 gave an assessment of the individual scenarios with a mean estimate (cross bar; ensemble mean of the CMIP3 simulations) and a *likely* range (full bar; –40% to +60% of the mean estimate) (Meehl et al., 2007).

In summary, the trend in globally averaged surface temperatures falls within the range of the previous IPCC projections. During the last decade the trend in the observations is smaller than the mean of the projections of AR4 (see Section 9.4.1, Box 9.2 for a detailed assessment of the hiatus in global mean surface warming in the last 15 years). As shown by Hawkins and Sutton (2009), trends in the observations during short-timescale periods (decades) can be dominated by natural variability in the Earth's climate system. Similar episodes are also seen in climate model experiments (Easterling and Wehner, 2009). Due to

their experimental design these episodes cannot be duplicated with the same timing as the observed episodes in most of the model simulations; this affects the interpretation of recent trends in the scenario evaluations (Section 11.2). Notwithstanding these points, there is evidence that early forecasts that carried formal estimates of uncertainty have proved highly consistent with subsequent observations (Allen et al., 2013). If the contributions of solar variability, volcanic activity and ENSO are removed from the observations the remaining trend of surface air temperature agree better with the modelling studies (Rahmstorf et al., 2012).

### 1.3.2   Greenhouse Gas Concentrations

Key indicators of global climate change also include the changing concentrations of the radiatively important GHGs that are significant drivers for this change (e.g., Denman et al., 2007; Forster et al., 2007). Figures 1.5 through 1.7 show the recent globally and annually averaged observed concentrations for the gases of most concern, $CO_2$, $CH_4$, and $N_2O$ (see Sections 2.2, 6.3 and 8.3 for more detailed discussion of these and other key gases). As discussed in the later chapters, accurate measurements of these long-lived gases come from a number of monitoring stations throughout the world. The observations in these figures are compared with the projections from the previous IPCC assessments.

The model simulations begin with historical emissions up to 1990. The further evolution of these gases was described by scenario projections. TAR and AR4 model concentrations after 1990 are based on the SRES



**Figure 1.5 |** Observed globally and annually averaged $CO_2$ concentrations in parts per million (ppm) since 1950 compared with projections from the previous IPCC assessments. Observed global annual $CO_2$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $CO_2$ concentrations from 1950 to 2035 from FAR (Figure A.3 in the Summary for Policymakers of IPCC, 1990); SAR (Figure 5b in the Technical Summary of IPCC, 1996); TAR (Appendix II of IPCC, 2001); and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

1



**Figure 1.6 |** Observed globally and annually averaged $CH_4$ concentrations in parts per billion (ppb) since 1950 compared with projections from the previous IPCC assessments. Estimated observed global annual $CH_4$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $CH_4$ concentrations from 1950 to 2035 from FAR (Figure A.3 of the Annex of IPCC, 1990); SAR (Table 2.5a in Schimel et al., 1996); TAR (Appendix II of IPCC, 2001); and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.



**Figure 1.7 |** Observed globally and annually averaged $N_2O$ concentrations in parts per billion (ppb) since 1950 compared with projections from the previous IPCC assessments. Observed global annual $N_2O$ concentrations are shown in dark blue. The shading shows the largest model projected range of global annual $N_2O$ concentrations from 1950 to 2035 from FAR (Figure A3 in the Annex of IPCC, 1990), SAR (Table 2.5b in Schimel et al., 1996), TAR (Appendix II of IPCC, 2001), and from the A2, A1B and B1 scenarios presented in the AR4 (Figure 10.26 in Meehl et al., 2007). The bars at the right hand side of the graph show the full range given for 2035 for each assessment report. The publication years of the assessment reports are shown. See Appendix 1.A for details on the data and calculations used to create this figure.

133

Case No. 1:20-cv-02484-MSK   Document 51-7   filed 04/28/21   USDC Colorado   pg 21 of 75

scenarios but those model results may also account for historical emissions analyses. The recent observed trends in $CO_2$ concentrations tend to be in the middle of the scenarios used for the projections (Figure 1.5).

As discussed in Dlugokencky et al. (2009), trends in $CH_4$ showed a stabilization from 1999 to 2006, but $CH_4$ concentrations have been increasing again starting in 2007 (see Sections 2.2 and 6.3 for more discussion on the budget and changing concentration trends for $CH_4$). Because at the time the scenarios were developed (e.g., the SRES scenarios were developed in 2000), it was thought that past trends would continue, the scenarios used and the resulting model projections assumed in FAR through AR4 all show larger increases than those observed (Figure 1.6).

Concentrations of $N_2O$ have continued to increase at a nearly constant rate (Elkins and Dutton, 2010) since about 1970 as shown in Figure 1.7. The observed trends tend to be in the lower part of the projections for the previous assessments.

### 1.3.3    Extreme Events

Climate change, whether driven by natural or human forcings, can lead to changes in the likelihood of the occurrence or strength of extreme weather and climate events such as extreme precipitation events or warm spells (see Chapter 3 of the IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX); Seneviratne et al., 2012). An extreme weather event is one that is rare at a particular place and/or time of year. Definitions of 'rare' vary, but an extreme weather event would normally be as rare as or rarer than the 10th or 90th percentile of a probability density function estimated from observations (see also Glossary in Annex III and FAQ 2.2). By definition, the characteristics of what is called extreme weather may vary from place to place in an absolute sense. At present, single extreme events cannot generally be directly attributed to anthropogenic influence, although the change in likelihood for the event to occur has been determined for some events by accounting for observed changes in climate (see Section 10.6). When a pattern of extreme weather persists for some time, such as a season, it may be classified as an extreme climate event, especially if it yields an average or total that is itself extreme (e.g., drought or heavy rainfall over a season). For some climate extremes such as drought, floods and heat waves, several factors such as duration and intensity need to be combined to produce an extreme event (Seneviratne et al., 2012).

The probability of occurrence of values of a climate or weather variable can be described by a probability density function (PDF) that for some variables (e.g., temperature) is shaped similar to a Gaussian curve. A PDF is a function that indicates the relative chances of occurrence of different outcomes of a variable. Simple statistical reasoning indicates that substantial changes in the frequency of extreme events (e.g., the maximum possible 24-hour rainfall at a specific location) can result from a relatively small shift in the distribution of a weather or climate variable. Figure 1.8a shows a schematic of such a PDF and illustrates the effect of a small shift in the mean of a variable on the frequency of extremes at either end of the distribution. An increase in the frequency of one extreme (e.g., the number of hot days) can be accompanied by



**Figure 1.8 |** Schematic representations of the probability density function of daily temperature, which tends to be approximately Gaussian, and daily precipitation, which has a skewed distribution. Dashed lines represent a previous distribution and solid lines a changed distribution. The probability of occurrence, or frequency, of extremes is denoted by the shaded areas. In the case of temperature, changes in the frequencies of extremes are affected by changes (a) in the mean, (b) in the variance or shape, and (c) in both the mean and the variance. (d) In a skewed distribution such as that of precipitation, a change in the mean of the distribution generally affects its variability or spread, and thus an increase in mean precipitation would also imply an increase in heavy precipitation extremes, and vice-versa. In addition, the shape of the right-hand tail could also change, affecting extremes. Furthermore, climate change may alter the frequency of precipitation and the duration of dry spells between precipitation events. (Parts a–c modified from Folland et al., 2001, and d modified from Peterson et al., 2008, as in Zhang and Zwiers, 2012.)

BLM_0073643

a decline in the opposite extreme (in this case the number of cold days such as frost days). Changes in the variability, skewness or the shape of the distribution can complicate this simple picture (Figure 1.8b, c and d).

While the SAR found that data and analyses of extremes related to climate change were sparse, improved monitoring and data for changes in extremes were available for the TAR, and climate models were being analysed to provide projections of extremes. In AR4, the observational basis of analyses of extremes had increased substantially, so that some extremes were now examined over most land areas (e.g., rainfall extremes). More models with higher resolution, and a larger number of regional models have been used in the simulation and projection of extremes, and ensemble integrations now provide information about PDFs and extremes.

Since the TAR, climate change studies have especially focused on changes in the global statistics of extremes, and observed and projected changes in extremes have been compiled in the so-called 'Extremes'-Table (Figure 1.9). This table has been modified further to account for the SREX assessment. For some extremes ('higher maximum temperature', 'higher minimum temperature', 'precipitation extremes', 'droughts or dryness'), all of these assessments found an increasing trend in the observations and in the projections. In the observations for

| Changes in Phenomenon | Uncertainty in observed changes (since about the mid-20th century) | | | Uncertainty in projected changes (up to 2100) | | |
|---|---|---|---|---|---|---|
| IPCC Assessment Report | TAR | AR4 | SREX | TAR | AR4 | SREX |
| Higher maximum temperatures and more hot days | *Likely* over nearly all land areas | *Very Likely* over most land areas | *Very Likely* at a global scale | *Very Likely* over nearly all land areas | *Virtually Certain* over most land areas | *Virtually Certain* at a global scale |
| Higher minimum temperatures, fewer cold days | *Very Likely* over nearly all land areas | *Very Likely* over most land areas | *Very Likely* at a global scale | *Very Likely* over nearly all land areas | *Virtually Certain* over most land areas | *Virtually Certain* at a global scale |
| Warm spells/heat waves. frequency, length or intensity increases | – | *Likely* over most land areas | *Medium Confidence* in many regions | – | *Very Likely* over most land areas | *Very Likely* over most land areas |
| Precipitation extremes | *Likely*[1], over many Northern Hemisphere mid-to high latitude land areas | *Likely*[2] over most areas | *Likely*[3] | *Very Likely*[1] over many areas | *Very Likely*[2] | *Likely*[2,4] in many land areas of the globe |
| Droughts or dryness | *Likely*[5], in a few areas | *Likely*[6], in many regions since 1970s | *Medium Confidence* in more intense and longer droughts in some regions , but some opposite trend exists | *Likely*[3], over most mid-latitude continental interiors (Lack of consistent projections in other areas) | *Likely*[6] | *Medium Confidence*[7] that droughts will intensify in some seasons and regions; Overall *low confidence* elsewhere |
| Changes in tropical cyclone activity (i.e. intensity, frequency, duration) | Not Observed[8], in the few analyses available | *Likely*[9], in some regions since 1970 | *Low confidence*[10] | *Likely*[9], over some areas | *Likely*[9] | *Likely*[11] |
| Increase in extreme sea level (excludes tsunamis) | – | *Likely* | *Likely*[12] | – | *Likely* | *Very Likely*[13] |

[1]  More intense precipitation events
[2]  Heavy precipitation events. Frequency (or proportion of total rainfall from heavy falls) increases
[3]  Statistically significant trends in the number of heavy precipitation events in some regions. It is *likely* that more of these regions have experienced increases than decreases
[4]  See SREX Table 3-3 for details on precipitation extremes for the different regions.
[5]  Increased summer continental drying and associated risk of drought
[6]  Area affected by droughts increases
[7]  Some areas include southern Europe and the Mediterranean region, central Europe, central North America and Mexico, north-east Brazil and southern Africa
[8]  Increase in tropical cyclone peak wind intensities
[9]  Increase in intense tropical cyclone activity
[10]  In any observed long-term (i.e., 40 years or more) after accounting for past changes in observing capabilities (see SREX, section 3.4.4)
[11]  Increase in average tropical cyclone maximum wind speed s, although not in all ocean basins; either decrease or no change in the global frequency of tropical cyclones
[12]  Increase in extreme coastal high water worldwide related to increases in mean sea level in the late 20th century
[13]  Mean sea level rise will contribute to upward trends in extreme coastal high water levels

**Figure 1.9 |** Change in the confidence levels for extreme events based on prior IPCC assessments: TAR, AR4 and SREX. Types of extreme events discussed in all three reports are highlighted in green. Confidence levels are defined in Section 1.4. Similar analyses for AR5 are discussed in later chapters. Please note that the nomenclature for confidence level changed from AR4 to SREX and AR5.

BLM_0073644

the 'higher maximum temperature' the likelihood level was raised from *likely* in the TAR to *very likely* in SREX. While the diurnal temperature range was assessed in the Extremes-Table of the TAR, it was no longer included in the Extremes-Table of AR4, since it is not considered a climate extreme in a narrow sense. Diurnal temperature range was, however, reported to decrease for 21st century projections in AR4 (Meehl et al., 2007). In projections for precipitation extremes, the spatial relevance has been improved from *very likely* 'over many Northern Hemisphere mid-latitudes to high latitudes land areas' from the TAR to *very likely* for all regions in AR4 (these 'uncertainty labels' are discussed in Section 1.4). However, likelihood in trends in projected precipitation extremes was downscaled to *likely* in the SREX as a result of a perception of biases and a fairly large spread in the precipitation projections in some regions. SREX also had less confidence than TAR and AR4 in the trends for droughts and dryness, 'due to lack of direct observations, some geographical inconsistencies in the trends, and some dependencies of inferred trends on the index choice' (IPCC, 2012b).

For some extremes (e.g., 'changes in tropical cyclone activity') the definition changed between the TAR and the AR4. Whereas the TAR only made a statement about the peak wind speed of tropical cyclones, the AR4 also stressed the overall increase in intense tropical cyclone activity. The '*low confidence*' for any long term trend (>40 years) in the observed changes of the tropical cyclone activities is due to uncertainties in past observational capabilities (IPCC, 2012b). The 'increase in extreme sea level' has been added in the AR4. Such an increase is *likely* according to the AR4 and the SREX for observed trends, and *very likely* for the climate projections reported in the SREX.

The assessed likelihood of anthropogenic contributions to trends is lower for variables where the assessment is based on indirect evidence. Especially for extremes that are the result of a combination of factors such as droughts, linking a particular extreme event to specific causal relationships is difficult to determine (e.g., difficult to establish the clear role of climate change in the event) (see Section 10.6 and Peterson et al., 2012). In some cases (e.g., precipitation extremes), however, it may be possible to estimate the human-related contribution to such changes in the probability of occurrence of extremes (Pall et al., 2011; Seneviratne et al., 2012).

### 1.3.4    Climate Change Indicators

Climate change can lead to other effects on the Earth's physical system that are also indicators of climate change. Such integrative indicators include changes in sea level (ocean warming + land ice melt), in ocean acidification (ocean uptake of $CO_2$) and in the amount of ice on ocean and land (temperature and hydrological changes). See Chapters 3, 4 and 13 for detailed assessment.

#### 1.3.4.1    Sea Level

Global mean sea level is an important indicator of climate change (Section 3.7 and Chapter 13). The previous assessments have all shown that observations indicate that the globally averaged sea level is rising. Direct observations of sea level change have been made for more than 150 years with tide gauges, and for more than 20 years with satellite radar altimeters. Although there is regional variability from

non-uniform density change, circulation changes, and deformation of ocean basins, the evidence indicates that the global mean sea level is rising, and that this is *likely* (according to AR4 and SREX) resulting from global climate change (ocean warming plus land ice melt; see Chapter 13 for AR5 findings). The historical tide gauge record shows that the average rate of global mean sea level rise over the 20th century was $1.7 \pm 0.2$ mm yr$^{-1}$ (e.g., Church and White, 2011). This rate increased to $3.2 \pm 0.4$ mm yr$^{-1}$ since 1990, mostly because of increased thermal expansion and land ice contributions (Church and White, 2011; IPCC, 2012b). Although the long-term sea level record shows decadal and multi-decadal oscillations, there is evidence that the rate of global mean sea level rise during the 20th century was greater than during the 19th century.

All of the previous IPCC assessments have projected that global sea level will continue to rise throughout this century for the scenarios examined. Figure 1.10 compares the observed sea level rise since 1950 with the projections from the prior IPCC assessments. Earlier models had greater uncertainties in modelling the contributions, because of limited observational evidence and deficiencies in theoretical understanding of relevant processes. Also, projections for sea level change in the prior assessments are scenarios for the response to anthropogenic forcing only; they do not include unforced or natural interannual variability. Nonetheless, the results show that the actual change is in the middle of projected changes from the prior assessments, and towards the higher end of the studies from TAR and AR4.

#### 1.3.4.2    Ocean Acidification

The observed decrease in ocean pH resulting from increasing concentrations of $CO_2$ is another indicator of global change. As discussed in AR4, the ocean's uptake of $CO_2$ is having a significant impact on the chemistry of sea water. The average pH of ocean surface waters has fallen by about 0.1 units, from about 8.2 to 8.1 (total scale) since 1765 (Section 3.8). Long time series from several ocean sites show ongoing declines in pH, consistent with results from repeated pH measurements on ship transects spanning much of the globe (Sections 3.8 and 6.4; Byrne et al., 2010; Midorikawa et al., 2010). Ocean time-series in the North Atlantic and North Pacific record a decrease in pH ranging between –0.0015 and –0.0024 per year (Section 3.8). Due to the increased storage of carbon by the ocean, ocean acidification will increase in the future (Chapter 6). In addition to other impacts of global climate change, ocean acidification poses potentially serious threats to the health of the world's oceans ecosystems (see AR5 WGII assessment).

#### 1.3.4.3    Ice

Rapid sea ice loss is one of the most prominent indicators of Arctic climate change (Section 4.2). There has been a trend of decreasing Northern Hemisphere sea ice extent since 1978, with the summer of 2012 being the lowest in recorded history (see Section 4.2 for details). The 2012 minimum sea ice extent was 49% below the 1979 to 2000 average and 18% below the previous record from 2007. The amount of multi-year sea ice has been reduced, i.e., the sea ice has been thinning and thus the ice volume is reduced (Haas et al., 2008; Kwok et al., 2009). These changes make the sea ice less resistant to wind forcing.

BLM_0073645



**Figure 1.10** | Estimated changes in the observed global annual mean sea level (GMSL) since 1950 relative to 1961–1990. Estimated changes in global annual sea level anomalies are presented based on tide gauge data (warm mustard: Jevrejeva et al., 2008; dark blue: Church and White, 2011; dark green: Ray and Douglas, 2011) and based on sea surface altimetry (light blue). The altimetry data start in 1993 and are harmonized to start from the mean 1993 value of the tide gauge data. Squares indicate annual mean values and solid lines smoothed values. The shading shows the largest model projected range of global annual sea level rise from 1950 to 2035 for FAR (Figures 9.6 and 9.7 in Warrick and Oerlemans, 1990), SAR (Figure 21 in TS of IPCC, 1996), TAR (Appendix II of IPCC, 2001) and for Church et al. (2011) based on the Coupled Model Intercomparison Project Phase 3 (CMIP3) model results not assessed at the time of AR4 using the SRES B1, A1B and A2 scenarios. Note that in the AR4 no full range was given for the sea level projections for this period. Therefore, the figure shows results that have been published subsequent to the AR4. The bars at the right-hand side of the graph show the full range given for 2035 for each assessment report. For Church et al. (2011) the mean sea level rise is indicated in addition to the full range. See Appendix 1.A for details on the data and calculations used to create this figure.

Sea ice extent has been diminishing significantly faster than projected by most of the AR4 climate models (SWIPA, 2011). While AR4 found no consistent trends in Antarctica sea ice, more recent studies indicate a small increase (Section 4.2). Various studies since AR4 suggest that this has resulted in a deepening of the low-pressure systems in West Antarctica that in turn caused stronger winds and enhanced ice production in the Ross Sea (Goosse et al., 2009; Turner and Overland, 2009).

AR4 concluded that taken together, the ice sheets in Greenland and Antarctica have *very likely* been contributing to sea level rise. The Greenland Ice Sheet has lost mass since the early 1990s and the rate of loss has increased (see Section 4.4). The interior, high-altitude areas are thickening due to increased snow accumulation, but this is more than counterbalanced by the ice loss due to melt and ice discharge (AMAP, 2009; Ettema et al., 2009). Since 1979, the area experiencing surface melting has increased significantly (Tedesco, 2007; Mernild et al., 2009), with 2010 breaking the record for surface melt area, runoff, and mass loss, and the unprecedented areal extent of surface melt of the Greenland Ice Sheet in 2012 (Nghiem et al., 2012). Overall, the Antarctic continent now experiences a net loss of ice (Section 4.4). Significant mass loss has been occurring in the Amundsen Sea sector

of West Antarctica and the northern Antarctic Peninsula. The ice sheet on the rest of the continent is relatively stable or thickening slightly (Lemke et al., 2007; Scott et al., 2009; Turner et al., 2009). Since AR4, there have been improvements in techniques of measurement, such as gravity, altimetry and mass balance, and understanding of the change (Section 4.4).

As discussed in the earlier assessments, most glaciers around the globe have been shrinking since the end of the Little Ice Age, with increasing rates of ice loss since the early 1980s (Section 4.3). The vertical profiles of temperature measured through the entire thickness of mountain glaciers, or through ice sheets, provide clear evidence of a warming climate over recent decades (e.g., Lüthi and Funk, 2001; Hoelzle et al., 2011). As noted in AR4, the greatest mass losses per unit area in the last four decades have been observed in Patagonia, Alaska, northwest USA, southwest Canada, the European Alps, and the Arctic. Alaska and the Arctic are especially important regions as contributors to sea level rise (Zemp et al., 2008, 2009).

BLM_0073646

## 1.4    Treatment of Uncertainties

### 1.4.1    Uncertainty in Environmental Science

Science always involves uncertainties. These arise at each step of the scientific method: in the development of models or hypotheses, in measurements and in analyses and interpretation of scientific assumptions. Climate science is not different in this regard from other areas of science. The complexity of the climate system and the large range of processes involved bring particular challenges because, for example, gaps in direct measurements of the past can be filled only by reconstructions using proxy data.

Because the Earth's climate system is characterized by multiple spatial and temporal scales, uncertainties do not usually reduce at a single, predictable rate: for example, new observations may reduce the uncertainties surrounding short-timescale processes quite rapidly, while longer timescale processes may require very long observational baselines before much progress can be made. Characterization of the interaction between processes, as quantified by models, can be improved by model development, or can shed light on new areas in which uncertainty is greater than previously thought. The fact that there is only a single realization of the climate, rather than a range of different climates from which to draw, can matter significantly for certain lines of enquiry, most notably for the detection and attribution of causes of climate change and for the evaluation of projections of future states.

### 1.4.2    Characterizing Uncertainty

'Uncertainty' is a complex and multifaceted property, sometimes originating in a lack of information, and at other times from quite fundamental disagreements about what is known or even knowable (Moss and Schneider, 2000). Furthermore, scientists often disagree about the best or most appropriate way to characterize these uncertainties: some can be quantified easily while others cannot. Moreover, appropriate characterization is dependent on the intended use of the information and the particular needs of that user community.

Scientific uncertainty can be partitioned in various ways, in which the details of the partitioning usually depend on the context. For instance, the process and classifications used for evaluating observational uncertainty in climate science is not the same as that employed to evaluate projections of future change. Uncertainty in measured quantities can arise from a range of sources, such as statistical variation, variability, inherent randomness, inhomogeneity, approximation, subjective judgement, and linguistic imprecision (Morgan et al., 1990), or from calibration methodologies, instrumental bias or instrumental limitations (JCGM, 2008).

In the modelling studies that underpin projections of future climate change, it is common to partition uncertainty into four main categories: scenario uncertainty, due to uncertainty of future emissions of GHGs and other forcing agents; 'model uncertainty' associated with climate models; internal variability and initial condition uncertainty; and forcing and boundary condition uncertainty for the assessment of historical and paleoclimate simulations (e.g., Collins and Allen, 2002; Yip et al., 2011).

Model uncertainty is an important contributor to uncertainty in climate predictions and projections. It includes, but is not restricted to, the uncertainties introduced by errors in the model's representation of dynamical and physical and bio-geochemical aspects of the climate system as well as in the model's response to external forcing. The phrase 'model uncertainty' is a common term in the climate change literature, but different studies use the phrase in different senses: some use it to represent the range of behaviours observed in ensembles of climate model (model spread), while others use it in more comprehensive senses (see Sections 9.2, 11.2 and 12.2). Model spread is often used as a measure of climate response uncertainty, but such a measure is crude as it takes no account of factors such as model quality (Chapter 9) or model independence (e.g., Masson and Knutti, 2011; Pennell and Reichler, 2011), and not all variables of interest are adequately simulated by global climate models.

To maintain a degree of terminological clarity this report distinguishes between 'model spread' for this narrower representation of climate model responses and 'model uncertainty' which describes uncertainty about the extent to which any particular climate model provides an accurate representation of the real climate system. This uncertainty arises from approximations required in the development of models. Such approximations affect the representation of all aspects of the climate including the response to external forcings.

Model uncertainty is sometimes decomposed further into parametric and structural uncertainty, comprising, respectively, uncertainty in the values of model parameters and uncertainty in the underlying model structure (see Section 12.2). Some scientific research areas, such as detection and attribution and observationally-constrained model projections of future change, incorporate significant elements of both observational and model-based science, and in these instances both sets of relevant uncertainties need to be incorporated.

Scenario uncertainty refers to the uncertainties that arise due to limitations in our understanding of future emissions, concentration or forcing trajectories. Scenarios help in the assessment of future developments in complex systems that are either inherently unpredictable, or that have high scientific uncertainties (IPCC, 2000). The societal choices defining future climate drivers are surrounded by considerable uncertainty, and these are explored by examining the climate response to a wide range of possible futures. In past reports, emissions scenarios from the SRES (IPCC, 2000) were used as the main way of exploring uncertainty in future anthropogenic climate drivers. Recent research has made use of Representative Concentration Pathways (RCP) (van Vuuren et al., 2011a, 2011b).

Internal or natural variability, the natural fluctuations in climate, occur in the absence of any RF of the Earth's climate (Hawkins and Sutton, 2009). Climate varies naturally on nearly all time and space scales, and quantifying precisely the nature of this variability is challenging, and is characterized by considerable uncertainty. The analysis of internal and forced contributions to recent climate is discussed in Chapter 10. The fractional contribution of internal variability compared with other forms of uncertainty varies in time and in space, but usually diminishes with time as other sources of uncertainty become more significant (Hawkins and Sutton, 2009; see also Chapter 11 and FAQ 1.1).

138

In the WGI contribution to the AR5, uncertainty is quantified using 90% uncertainty intervals unless otherwise stated. The 90% uncertainty interval, reported in square brackets, is expected to have a 90% likelihood of covering the value that is being estimated. The value that is being estimated has a 5% likelihood of exceeding the upper endpoint of the uncertainty interval, and the value has a 5% likelihood of being less than that the lower endpoint of the uncertainty interval. A best estimate of that value is also given where available. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate.

In a subject as complex and diverse as climate change, the information available as well as the way it is expressed, and often the interpretation of that material, varies considerably with the scientific context. In some cases, two studies examining similar material may take different approaches even to the quantification of uncertainty. The interpretation of similar numerical ranges for similar variables can differ from study to study. Readers are advised to pay close attention to the caveats and conditions that surround the results presented in peer-reviewed studies, as well as those presented in this assessment. To help readers in this complex and subtle task, the IPCC draws on specific, calibrated language scales to express uncertainty (Mastrandrea et al., 2010), as well as specific procedures for the expression of uncertainty (see Table 1.2). The aim of these structures is to provide tools through which chapter teams might consistently express uncertainty in key results.

### 1.4.3    Treatment of Uncertainty in IPCC

In the course of the IPCC assessment procedure, chapter teams review the published research literature, document the findings (including uncertainties), assess the scientific merit of this information, identify the key findings, and attempt to express an appropriate measure of the uncertainty that accompanies these findings using a shared guidance procedure. This process has changed over time. The early Assessment Reports (FAR and SAR) were largely qualitative. As the field has grown and matured, uncertainty is being treated more explicitly, with a greater emphasis on the expression, where possible and appropriate, of quantified measures of uncertainty.

Although IPCC's treatment of uncertainty has become more sophisticated since the early reports, the rapid growth and considerable diversity of climate research literature presents ongoing challenges. In the wake of the TAR the IPCC formed a Cross-Working Group team charged with identifying the issues and compiling a set of Uncertainty Guidance Notes that could provide a structure for consistent treatment of uncertainty across the IPCC's remit (Manning et al., 2004). These expanded on the procedural elements of Moss and Schneider (2000) and introduced calibrated language scales designed to enable chapter teams to use the appropriate level of precision to describe findings. These notes were revised between the TAR and AR4 and again between AR4 and AR5 (Mastrandrea et al., 2010).

Recently, increased engagement of social scientists (e.g., Patt and Schrag, 2003; Kandlikar et al., 2005; Risbey and Kandlikar, 2007; Broomell and Budescu, 2009; Budescu et al., 2009; CCSP, 2009) and expert advisory panels (CCSP, 2009; InterAcademy Council, 2010) in the area of uncertainty and climate change has helped clarify issues

and procedures to improve presentation of uncertainty. Many of the recommendations of these groups are addressed in the revised Guidance Notes. One key revision relates to clarification of the relationship between the 'confidence' and 'likelihood' language, and pertains to demarcation between qualitative descriptions of 'confidence' and the numerical representations of uncertainty that are expressed by the likelihood scale. In addition, a finding that includes a probabilistic measure of uncertainty does not require explicit mention of the level of confidence associated with that finding if the level of *confidence* is *high* or *very high*. This is a concession to stylistic clarity and readability: if something is described as having a high likelihood, then in the absence of additional qualifiers it should be inferred that it also has *high* or *very high confidence*.

### 1.4.4    Uncertainty Treatment in This Assessment

All three IPCC Working Groups in the AR5 have agreed to use two metrics for communicating the degree of certainty in key findings (Mastrandrea et al., 2010):

- Confidence in the validity of a finding, based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement. Confidence is expressed qualitatively.

- Quantified measures of uncertainty in a finding expressed probabilistically (based on statistical analysis of observations or model results, or expert judgement).

A level of confidence synthesizes the Chapter teams' judgements about the validity of findings as determined through evaluation of the available evidence and the degree of scientific agreement. The evidence and agreement scale underpins the assessment, as it is on the basis of evidence and agreement that statements can be made with scientific confidence (in this sense, the evidence and agreement scale replaces the 'level of scientific understanding' scale used in previous WGI assessments). There is flexibility in this relationship; for a given evidence and agreement statement, different confidence levels could be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence. Confidence cannot necessarily be assigned for all combinations of evidence and agreement, but where key variables are highly uncertain, the available evidence and scientific agreement regarding that variable are presented and discussed. Confidence should not be interpreted probabilistically, and it is distinct from 'statistical confidence'.

The confidence level is based on the evidence (robust, medium and limited) and the agreement (high, medium and low). A combination of different methods, e.g., observations and modelling, is important for evaluating the confidence level. Figure 1.11 shows how the combined evidence and agreement results in five levels for the confidence level used in this assessment.

The qualifier 'likelihood' provides calibrated language for describing quantified uncertainty. It can be used to express a probabilistic estimate of the occurrence of a single event or of an outcome, for example, a climate parameter, observed trend, or projected change

BLM_0073648

**1**

Frequently Asked Questions

**FAQ 1.1 | If Understanding of the Climate System Has Increased, Why Hasn't the Range of Temperature Projections Been Reduced?**

*The models used to calculate the IPCC's temperature projections agree on the direction of future global change, but the projected size of those changes cannot be precisely predicted. Future greenhouse gas (GHG) emission rates could take any one of many possible trajectories, and some underlying physical processes are not yet completely understood, making them difficult to model. Those uncertainties, combined with natural year-to-year climate variability, produce an 'uncertainty range' in temperature projections.*

*The uncertainty range around projected GHG and aerosol precursor emissions (which depend on projections of future social and economic conditions) cannot be materially reduced. Nevertheless, improved understanding and climate models—along with observational constraints—may reduce the uncertainty range around some factors that influence the climate's response to those emission changes. The complexity of the climate system, however, makes this a slow process. (FAQ1.1, Figure 1)*

Climate science has made many important advances since the last IPCC assessment report, thanks to improvements in measurements and data analysis in the cryosphere, atmosphere, land, biosphere and ocean systems. Scientists also have better understanding and tools to model the role of clouds, sea ice, aerosols, small-scale ocean mixing, the carbon cycle and other processes. More observations mean that models can now be evaluated more thoroughly, and projections can be better constrained. For example, as models and observational analysis have improved, projections of sea level rise have become more accurate, balancing the current sea level rise budget.

Despite these advances, there is still a range in plausible projections for future global and regional climate—what scientists call an 'uncertainty range'. These uncertainty ranges are specific to the variable being considered (precipitation vs. temperature, for instance) and the spatial and temporal extent (such as regional vs. global averages). Uncertainties in climate projections arise from natural variability and uncertainty around the rate of future emissions and the climate's response to them. They can also occur because representations of some known processes are as yet unrefined, and because some processes are not included in the models.

There are fundamental limits to just how precisely annual temperatures can be projected, because of the chaotic nature of the climate system. Furthermore, decadal-scale projections are sensitive to prevailing conditions—such as the temperature of the deep ocean—that are less well known. Some natural variability over decades arises from interactions between the ocean, atmosphere, land, biosphere and cryosphere, and is also linked to phenomena such as the El Niño-Southern Oscillation (ENSO) and the North Atlantic Oscillation (see Box 2.5 for details on patterns and indices of climate variability).

Volcanic eruptions and variations in the sun's output also contribute to natural variability, although they are externally forced and explainable. This natural variability can be viewed as part of the 'noise' in the climate record, which provides the backdrop against which the 'signal' of anthropogenic climate change Is detected.

Natural variability has a greater influence on uncertainty at regional and local scales than it does over continental or global scales. It is inherent in the Earth system, and more knowledge will not eliminate the uncertainties it brings. However, some progress is possible—particularly for projections up to a few years ahead—which exploit advances in knowledge of, for instance, the cryosphere or ocean state and processes. This is an area of active research. When climate variables are averaged over decadal timescales or longer, the relative importance of internal variability diminishes, making the long-term signals more evident (FAQ1.1, Figure 1). This long-term perspective is consistent with a common definition of climate as an average over 30 years.

A second source of uncertainty stems from the many possible trajectories that future emission rates of GHGs and aerosol precursors might take, and from future trends in land use. Nevertheless, climate projections rely on input from these variables. So to obtain these estimates, scientists consider a number of alternative scenarios for future human society, in terms of population, economic and technological change, and political choices. They then estimate the likely emissions under each scenario. The IPCC informs policymaking, therefore climate projections for different emissions scenarios can be useful as they show the possible climatic consequences of different policy choices. These scenarios are intended to be compatible with the full range of emissions scenarios described in the current scientific literature, with or without climate policy. As such, they are designed to sample uncertainty in future scenarios. *(continued on next page)*

140

BLM_0073649

1

FAQ 1.1 (continued)

Projections for the next few years and decades are sensitive to emissions of short-lived compounds such as aerosols and methane. More distant projections, however, are more sensitive to alternative scenarios around long-lived GHG emissions. These scenario-dependent uncertainties will not be reduced by improvements in climate science, and will become the dominant uncertainty in projections over longer timescales (e.g., 2100) (FAQ 1.1, Figure 1).

The final contribution to the uncertainty range comes from our imperfect knowledge of how the climate will respond to future anthropogenic emissions and land use change. Scientists principally use computer-based global climate models to estimate this response. A few dozen global climate models have been developed by different groups of scientists around the world. All models are built on the same physical principles, but some approximations are needed because the climate system is so complex. Different groups choose slightly different approximations to represent specific processes in the atmosphere, such as clouds. These choices produce differences in climate projections from different models. This contribution to the uncertainty range is described as 'response uncertainty' or 'model uncertainty'.

The complexity of the Earth system means that future climate could follow many different scenarios, yet still be consistent with current understanding and models. As observational records lengthen and models improve, researchers should be able, within the limitations of the range of natural variability, to narrow that range in probable temperature in the next few decades (FAQ 1.1, Figure 1). It is also possible to use information about the current state of the oceans and cryosphere to produce better projections up to a few years ahead.

As science improves, new geophysical processes can be added to climate models, and representations of those already included can be improved. These developments can appear to increase model-derived estimates of climate response uncertainty, but such increases merely reflect the quantification of previously unmeasured sources of uncertainty (FAQ1.1, Figure 1). As more and more important processes are added, the influence of unquantified processes lessens, and there can be more confidence in the projections.



FAQ 1.1, Figure 1 | Schematic diagram showing the relative importance of different uncertainties, and their evolution in time. (a) Decadal mean surface temperature change (°C) from the historical record (black line), with climate model estimates of uncertainty for historical period (grey), along with future climate projections and uncertainty. Values are normalised by means from 1961 to 1980. Natural variability (orange) derives from model interannual variability, and is assumed constant with time. Emission uncertainty (green) is estimated as the model mean difference in projections from different scenarios. Climate response uncertainty (blue-solid) is based on climate model spread, along with added uncertainties from the carbon cycle, as well as rough estimates of additional uncertainty from poorly modelled processes. Based on Hawkins and Sutton (2011) and Huntingford et al. (2009). (b) Climate response uncertainty can appear to increase when a new process is discovered to be relevant, but such increases reflect a quantification of previously unmeasured uncertainty, or (c) can decrease with additional model improvements and observational constraints. The given uncertainty range of 90% means that the temperature is estimated to be in that range, with a probability of 90%.

BLM_0073650

**Figure 1.11** | The basis for the confidence level is given as a combination of evidence (limited, medium, robust) and agreement (low, medium and high) (Mastrandrea et al., 2010).

lying in a given range. Statements made using the likelihood scale may be based on statistical or modelling analyses, elicitation of expert views, or other quantitative analyses. Where sufficient information is available it is preferable to eschew the likelihood qualifier in favour of the full probability distribution or the appropriate probability range. See Table 1.2 for the list of 'likelihood' qualifiers to be used in AR5.

Many social sciences studies have found that the interpretation of uncertainty is contingent on the presentation of information, the context within which statements are placed and the interpreter's own lexical preferences. Readers often adjust their interpretation of probabilistic language according to the magnitude of perceived potential consequences (Patt and Schrag, 2003; Patt and Dessai, 2005). Furthermore, the framing of a probabilistic statement impinges on how it is interpreted (Kahneman and Tversky, 1979): for example, a 10% chance of dying is interpreted more negatively than a 90% chance of surviving.

In addition, work examining expert judgement and decision making shows that people—including scientific experts—are prone to a range of heuristics and biases that affect their judgement (e.g., Kahneman et al., 1982). For example, in the case of expert judgements there is a tendency towards overconfidence both at the individual level (Morgan et al., 1990) and at the group level as people converge on a view and draw confidence in its reliability from each other. However, in an assessment of the state of scientific knowledge across a field

**Table 1.2** | Likelihood terms associated with outcomes used in the AR5.

| Term | Likelihood of the Outcome |
|---|---|
| Virtually certain | 99–100% probability |
| Very likely | 90–100% probability |
| Likely | 66–100% probability |
| About as likely as not | 33–66% probability |
| Unlikely | 0–33% probability |
| Very unlikely | 0–10% probability |
| Exceptionally unlikely | 0–1% probability |

Notes:
Additional terms that were used in limited circumstances in the AR4 (*extremely likely* = 95–100% probability, *more likely than not* = >50–100% probability, and *extremely unlikely* = 0–5% probability) may also be used in the AR5 when appropriate.

such as climate change—characterized by complexity of process and heterogeneity of data constraints—some degree of expert judgement is inevitable (Mastrandrea et al., 2010).

These issues were brought to the attention of chapter teams so that contributors to the AR5 might be sensitized to the ways presentation, framing, context and potential biases might affect their own assessments and might contribute to readers' understanding of the information presented in this assessment. There will always be room for debate about how to summarize such a large and growing literature. The uncertainty guidance is aimed at providing a consistent, calibrated set of words through which to communicate the uncertainty, confidence and degree of consensus prevailing in the scientific literature. In this sense the guidance notes and practices adopted by IPCC for the presentation of uncertainties should be regarded as an interdisciplinary work in progress, rather than a finalized, comprehensive approach. Moreover, one precaution that should be considered is that translation of this assessment from English to other languages may lead to a loss of precision.

## 1.5 Advances in Measurement and Modelling Capabilities

Since AR4, measurement capabilities have continued to advance. The models have been improved following the progress in the understanding of physical processes within the climate system. This section illustrates some of those developments.

### 1.5.1 Capabilities of Observations

Improved understanding and systematic monitoring of Earth's climate requires observations of various atmospheric, oceanic and terrestrial parameters and therefore has to rely on various technologies (ranging from ground-based instruments to ships, buoys, ocean profilers, balloons, aircraft, satellite-borne sensors, etc.). The Global Climate Observing System (GCOS, 2009) defined a list of so-called Essential Climate Variables, that are technically and economically feasible to observe, but some of the associated observing systems are not yet operated in a systematic manner. However, during recent years, new observational systems have increased the number of observations by orders of magnitude and observations have been made at places where there have been no data before (see Chapters 2, 3 and 4 for an assessment of changes in observations). Parallel to this, tools to analyse and process the data have been developed and enhanced to cope with the increase of information and to provide a more comprehensive picture of the Earth's climate. At the same time, it should be kept in mind that there has been some limited progress in developing countries in filling gaps in their *in situ* observing networks, but developed countries have made little progress in ensuring long-term continuity for several important observing systems (GCOS, 2009). In addition, more proxy (non-instrumental) data have been acquired to provide a more comprehensive picture of climate changes in the past (see Chapter 5). Efforts are also occurring to digitize historic observations, mainly of ground-station data from periods prior to the second half of the 20th century (Brunet and Jones, 2011).

BLM_0073651



**Figure 1.12 |** Development of capabilities of observations. Top: Changes in the mix and increasing diversity of observations over time create challenges for a consistent climate record (adapted from Brönnimann et al., 2008). Bottom left: First year of temperature data in Global Historical Climatology Network (GHCN) daily database (available at http://www.ncdc.noaa.gov/oa/climate/ghcn-daily/; Menne et al., 2012). Bottom right: Number of satellite instruments from which data have been assimilated in the European Centre for Medium-Range Weather Forecasts production streams for each year from 1996 to 2010. This figure is used as an example to demonstrate the fivefold increase in the usage of satellite data over this time period.

Reanalysis is a systematic approach to produce gridded dynamically consistent data sets for climate monitoring and research by assimilating all available observations with help of a climate model (Box 2.3). Model-based reanalysis products play an important role in obtaining a consistent picture of the climate system. However, their usefulness in detecting long-term climate trends is currently limited by changes over time in observational coverage and biases, linked to the presence of biases in the assimilating model (see also Box 2.3 in Chapter 2). Because AR4 both the quantity and quality of the observations that are assimilated through reanalysis have increased (GCOS, 2009). As an example, there has been some overall increase in mostly atmospheric observations assimilated in European Centre for Medium-Range Weather Forecasts Interim Reanalysis since 2007 (Dee et al., 2011). The overwhelming majority of the data, and most of the increase over recent years, come from satellites (Figure 1.12) (GCOS, 2011). For example, information from Global Positioning System radio occultation measurements has increased significantly since 2007. The increases in data from fixed stations are often associated with an increased frequency of reporting, rather than an increase in the number of stations. Increases in data quality come from improved instrument design or from more accurate correction in the ground-station processing that is applied before the data are transmitted to users and data centres. As an example for *in situ* data, temperature biases of radiosonde measurements from radiation effects have been reduced over recent years. The new generation of satellite sensors such as the high spectral resolution infrared sounders (such as the Atmospheric Infrared Sounder and the Infrared Atmospheric Sounding Interferometer) are instrumental to achieving a better temporal stability for recalibrating sensors such as the High-Resolution Infrared Radiation Sounder. Few instruments (e.g., the Advanced Very High Resolution Radiometer) have now been

143

in orbit for about three decades, but these were not originally designed for climate applications and therefore require careful re-calibration.

A major achievement in ocean observation is due to the implementation of the Argo global array of profiling floats system (GCOS, 2009). Deployment of Argo floats began in 2000, but it took until 2007 for numbers to reach the design target of 3000 floats. Since 2000 the ice-free upper 2000 m of the ocean have been observed systematically for temperature and salinity for the first time in history, because both the Argo profiling float and surface drifting buoy arrays have reached global coverage at their target numbers (in January 2009, there were 3291 floats operating). Biases in historical ocean data have been identified and reduced, and new analytical approaches have been applied (e.g., Willis et al., 2009). One major consequence has been the reduction of an artificial decadal variation in upper ocean temperature and heat content that was apparent in the observational assessment for AR4 (see Section 3.2). The spatial and temporal coverage of biogeochemical measurements in the ocean has also expanded. Satellite observations for sea level (Sections 3.7 and 13.2), sea surface salinity (Section 3.3), sea ice (Section 4.2) and ocean colour have also been further developed over the past few years.

Progress has also been made with regard to observation of terrestrial Essential Climate Variables. Major advances have been achieved in remote sensing of soil moisture due to the launch of the Soil Moisture and Oceanic Salinity mission in 2009 but also due to new retrieval techniques that have been applied to data from earlier and ongoing missions (see Seneviratne et al., 2010 for a detailed review). However, these measurements have limitations. For example, the methods fail under dense vegetation and they are restricted to the surface soil. Updated Advanced Very High Resolution Radiometer-based Normalized Differenced Vegetation Index data provide new information on the change in vegetation. During the International Polar Year 2007–2009 the number of borehole sites was significantly increased and therefore allows a better monitoring of the large-scale permafrost features (see Section 4.7).

### 1.5.2   Capabilities in Global Climate Modelling

Several developments have especially pushed the capabilities in modelling forward over recent years (see Figure 1.13 and a more detailed discussion in Chapters 6, 7 and 9).



**Figure 1.13 |** The development of climate models over the last 35 years showing how the different components were coupled into comprehensive climate models over time. In each aspect (e.g., the atmosphere, which comprises a wide range of atmospheric processes) the complexity and range of processes has increased over time (illustrated by growing cylinders). Note that during the same time the horizontal and vertical resolution has increased considerably e.g., for spectral models from T21L9 (roughly 500 km horizontal resolution and 9 vertical levels) in the 1970s to T95L95 (roughly 100 km horizontal resolution and 95 vertical levels) at present, and that now ensembles with at least three independent experiments can be considered as standard.

BLM_0073653

**Figure 1.14 |** Horizontal resolutions considered in today's higher resolution models and in the very high resolution models now being tested: (a) Illustration of the European topography at a resolution of 87.5 × 87.5 km; (b) same as (a) but for a resolution of 30.0 × 30.0 km.

There has been a continuing increase in horizontal and vertical resolution. This is especially seen in how the ocean grids have been refined, and sophisticated grids are now used in the ocean and atmosphere models making optimal use of parallel computer architectures. More models with higher resolution are available for more regions. Figure 1.14a and 1.14b show the large effect on surface representation from a horizontal grid spacing of 87.5 km (higher resolution than most current global models and similar to that used in today's highly resolved models) to a grid spacing of 30.0 km (similar to the current regional climate models).

Representations of Earth system processes are much more extensive and improved, particularly for the radiation and the aerosol cloud interactions and for the treatment of the cryosphere. The representation of the carbon cycle was added to a larger number of models and has been improved since AR4. A high-resolution stratosphere is now included in many models. Other ongoing process development in climate models includes the enhanced representation of nitrogen effects on the carbon cycle. As new processes or treatments are added to the models, they are also evaluated and tested relative to available observations (see Chapter 9 for more detailed discussion).

145

BLM_0073654

**1**

Ensemble techniques (multiple calculations to increase the statistical sample, to account for natural variability, and to account for uncertainty in model formulations) are being used more frequently, with larger samples and with different methods to generate the samples (different models, different physics, different initial conditions). Coordinated projects have been set up to generate and distribute large samples (ENSEMBLES, climateprediction.net, Program for Climate Model Diagnosis and Intercomparison).

The model comparisons with observations have pushed the analysis and development of the models. CMIP5, an important input to the AR5, has produced a multi-model data set that is designed to advance our understanding of climate variability and climate change. Building on previous CMIP efforts, such as the CMIP3 model analysis reported in AR4, CMIP5 includes 'long-term' simulations of 20th century climate and projections for the 21st century and beyond. See Chapters 9, 10, 11 and 12 for more details on the results derived from the CMIP5 archive.

Since AR4, the incorporation of 'long-term' paleoclimate simulations in the CMIP5 framework has allowed incorporation of information from paleoclimate data to inform projections. Within uncertainties associated with reconstructions of past climate variables from proxy records and forcings, paleoclimate information from the Mid Holocene, Last Glacial Maximum and Last Millennium have been used to test the ability of models to simulate realistically the magnitude and large-scale patterns of past changes (Section 5.3, Box 5.1 and 9.4).

The capabilities of ESMs continue to be enhanced. For example, there are currently extensive efforts towards developing advanced treatments for the processes affecting ice sheet dynamics. Other enhancements are being aimed at land surface hydrology, and the effects of agriculture and urban environments.

As part of the process of getting model analyses for a range of alternative assumptions about how the future may unfold, scenarios for future emissions of important gases and aerosols have been generated for the IPCC assessments (e.g., see the SRES scenarios used in TAR and AR4). The emissions scenarios represent various development pathways based on well-defined assumptions. The scenarios are used to calculate future changes in climate, and are then archived in the Climate Model Intercomparison Project (e.g., CMIP3 for AR4; CMIP5 for AR5). For CMIP5, four new scenarios, referred to as Representative Concentration Pathways (RCPs) were developed (Section 12.3; Moss et al., 2010). See Box 1.1 for a more thorough discussion of the RCP scenarios. Because results from both CMIP3 and CMIP5 will be presented in the later chapters (e.g., Chapters 8, 9, 11 and 12), it is worthwhile considering the differences and similarities between the SRES and the RCP scenarios. Figure 1.15, acting as a prelude to the discussion in Box 1.1, shows that the RF for several of the SRES and RCP scenarios are similar over time and thus should provide results that can be used to compare climate modelling studies.



**Figure 1.15** | Historical and projected total anthropogenic RF (W m⁻²) relative to preindustrial (about 1765) between 1950 and 2100. Previous IPCC assessments (SAR IS92a, TAR/AR4 SRES A1B, A2 and B1) are compared with representative concentration pathway (RCP) scenarios (see Chapter 12 and Box 1.1 for their extensions until 2300 and Annex II for the values shown here). The total RF of the three families of scenarios, IS92, SRES and RCP, differ for example, for the year 2000, resulting from the knowledge about the emissions assumed having changed since the TAR and AR4.

BLM_0073655

**1**

## Box 1.1 | Description of Future Scenarios

Long-term climate change projections require assumptions on human activities or natural effects that could alter the climate over decades and centuries. Defined scenarios are useful for a variety of reasons, e.g., assuming specific time series of emissions, land use, atmospheric concentrations or RF across multiple models allows for coherent climate model intercomparisons and synthesis. Scenarios can be formed in a range of ways, from simple, idealized structures to inform process understanding, through to comprehensive scenarios produced by Integrated Assessment Models (IAMs) as internally consistent sets of assumptions on emissions and socio-economic drivers (e.g., regarding population and socio-economic development).

### Idealized Concentration Scenarios
As one example of an idealized concentration scenario, a 1% $yr^{-1}$ compound increase of atmospheric $CO_2$ concentration until a doubling or a quadrupling of its initial value has been widely used in the past (Covey et al., 2003). An exponential increase of $CO_2$ concentrations induces an essentially linear increase in RF (Myhre et al., 1998) due to a 'saturation effect' of the strong absorbing bands. Such a linear ramp function is highly useful for comparative diagnostics of models' climate feedbacks and inertia. The CMIP5 intercomparison project again includes such a stylized pathway up to a quadrupling of $CO_2$ concentrations, in addition to an instantaneous quadrupling case.

### The Socio-Economic Driven SRES Scenarios
The SRES suite of scenarios were developed using IAMs and resulted from specific socio-economic scenarios from storylines about future demographic and economic development, regionalization, energy production and use, technology, agriculture, forestry and land use (IPCC, 2000). The climate change projections undertaken as part of CMIP3 and discussed in AR4 were based primarily on the SRES A2, A1B and B1 scenarios. However, given the diversity in models' carbon cycle and chemistry schemes, this approach implied differences in models' long lived GHG and aerosol concentrations for the same emissions scenario. As a result of this and other shortcomings, revised scenarios were developed for AR5 to allow atmosphere-ocean general circulation model (AOGCM) (using concentrations) simulations to be compared with those ESM simulations that use emissions to calculate concentrations.

### Representative Concentration Pathway Scenarios and Their Extensions
Representative Concentration Pathway (RCP) scenarios (see Section 12.3 for a detailed description of the scenarios; Moss et al., 2008; Moss et al., 2010; van Vuuren et al., 2011b) are new scenarios that specify concentrations and corresponding emissions, but are not directly based on socio-economic storylines like the SRES scenarios. The RCP scenarios are based on a different approach and include more consistent short-lived gases and land use changes. They are not necessarily more capable of representing future developments than the SRES scenarios. Four RCP scenarios were selected from the published literature (Fujino et al., 2006; Smith and Wigley, 2006; Riahi et al., 2007; van Vuuren et al., 2007; Hijioka et al., 2008; Wise et al., 2009) and updated for use within CMIP5 (Masui et al., 2011; Riahi et al., 2011; Thomson et al., 2011; van Vuuren et al., 2011a). The four scenarios are identified by the 21st century peak or stabilization value of the RF derived by the reference model (in W m$^{-2}$) (Box 1.1, Figure 1): the lowest RCP, RCP2.6 (also referred to as

*(continued on next page)*



**Box 1.1, Figure 1 |** Total RF (anthropogenic plus natural) for RCPs and extended concentration pathways (ECP)—for RCP2.6, RCP4.5, and RCP6, RCP8.5, as well as a supplementary extension RCP6 to 4.5 with an adjustment of emissions after 2100 to reach RCP4.5 concentration levels in 2250 and thereafter. Note that the stated RF levels refer to the illustrative default median estimates only. There is substantial uncertainty in current and future RF levels for any given scenario. Short-term variations in RF are due to both volcanic forcings in the past (1800–2000) and cyclical solar forcing assuming a constant 11-year solar cycle (following the CMIP5 recommendation), except at times of stabilization. (Reproduced from Figure 4 in Meinshausen et al., 2011.)

147

**1**

*Box 1.1 (continued)*

RCP3-PD) which peaks at 3 W m$^{-2}$ and then declines to approximately 2.6 W m$^{-2}$ by 2100; the medium-low RCP4.5 and the medium-high RCP6 aiming for stabilization at 4.5 and 6 W m$^{-2}$, respectively around 2100; and the highest one, RCP8.5, which implies a RF of 8.5 W m$^{-2}$ by 2100, but implies rising RF beyond that date (Moss et al., 2010). In addition there is a supplementary extension SCP6to4.5 with an adjustment of emissions after 2100 to reach RCP 4.5 concentration levels in 2250 and thereafter. The RCPs span the full range of RF associated with emission scenarios published in the peer-reviewed literature at the time of the development of the RCPs, and the two middle scenarios where chosen to be roughly equally spaced between the two extremes (2.6 and 8.5 W m$^{-2}$). These forcing values should be understood as comparative labels representative of the forcing associated with each scenario, which will vary somewhat from model to model. This is because concentrations or emissions (rather than the RF) are prescribed in the CMIP5 climate model runs.

Various steps were necessary to turn the selected 'raw' RCPs into emission scenarios from IAMs and to turn these into data sets usable by the climate modelling community, including the extension with historical emissions (Granier et al., 2011; Meinshausen et al., 2011), the harmonization (smoothly connected historical reconstruction) and gridding of land use data sets (Hurtt et al., 2011), the provision of atmospheric chemistry modelling studies, particularly for tropospheric ozone (Lamarque et al., 2011), analyses of 2000–2005 GHG emission levels, and extension of GHG concentrations with historical GHG concentrations and harmonization with analyses of 2000–2005 GHG concentrations levels (Meinshausen et al., 2011). The final RCP data sets comprise land use data, harmonized GHG emissions and concentrations, gridded reactive gas and aerosol emissions, as well as ozone and aerosol abundance fields ( Figures 2, 3, and 4 in Box 1.1). *(continued on next page)*



**Box 1.1, Figure 2 |** Concentrations of GHG following the 4 RCPs and their extensions (ECP) to 2300. (Reproduced from Figure 5 in Meinshausen et al., 2011.) Also see Annex II Table AII.4.1 for CO$_2$, Table AII.4.2 for CH$_4$, Table AII.4.3 for N$_2$O.

148

BLM_0073657

*Box 1.1 (continued)*



**1**



**Box 1.1, Figure 3** | (a) Equivalent $CO_2$ concentration and (b) $CO_2$ emissions (except land use emissions) for the four RCPs and their ECPs as well as some SRES scenarios.

To aid model understanding of longer-term climate change implications, these RCPs were extended until 2300 (Meinshausen et al., 2011) under reasonably simple and somewhat arbitrary assumptions regarding post-2100 GHG emissions and concentrations. In order to continue to investigate a broad range of possible climate futures, the two outer RCPs, RCP2.6 and RCP8.5 assume constant emissions after 2100, while the two middle RCPs aim for a smooth stabilization of concentrations by 2150. RCP8.5 stabilizes concentrations only by 2250, with $CO_2$ concentrations of approximately 2000 ppm, nearly seven times the pre-industrial levels. As the RCP2.6 implies netnegative $CO_2$ emissions after around 2070 and throughout the extension, $CO_2$ concentrations are slowly reduced towards 360 ppm by 2300.

**Comparison of SRES and RCP Scenarios**
The four RCP scenarios used in CMIP5 lead to RF values that span a range larger than that of the three SRES scenarios used in CMIP3 (Figure 12.3). RCP4.5 is close to SRES B1, RCP6 is close to SRES A1B (more after 2100 than during the 21st century) and RCP8.5 is somewhat higher than A2 in 2100 and close to the SRES A1FI scenario (Figure 3 in Box 1.1). RCP2.6 is lower than any of the SRES scenarios (see also Figure 1.15). *(continued on next page)*

149

BLM_0073658

**1**

*Box 1.1 (continued)*



**Box 1.1, Figure 4 |** (a) Anthropogenic BC emissions (Annex II Table AII.2.22), (b) anthropogenic NO$_x$ emissions (Annex II Table AII.2.18), and (c) anthropogenic SO$_x$ emissions (Annex II Table II.2.20).

150

## 1.6 Overview and Road Map to the Rest of the Report

As this chapter has shown, understanding of the climate system and the changes occurring in it continue to advance. The notable scientific advances and associated peer-reviewed publications since AR4 provide the basis for the assessment of the science as found in Chapters 2 to 14. Below a quick summary of these chapters and their objectives is provided.

**Observations and Paleoclimate Information (Chapters 2, 3, 4 and 5):** These chapters assess information from all climate system components on climate variability and change as obtained from instrumental records and climate archives. This group of chapters covers all relevant aspects of the atmosphere including the stratosphere, the land surface, the oceans and the cryosphere. Information on the water cycle, including evaporation, precipitation, runoff, soil moisture, floods, drought, etc. is assessed. Timescales from daily to decades (Chapters 2, 3 and 4) and from centuries to many millennia (Chapter 5) are considered.

**Process Understanding (Chapters 6 and 7):** These chapters cover all relevant aspects from observations and process understanding, to projections from global to regional scale. Chapter 6 covers the carbon cycle and its interactions with other biogeochemical cycles, in particular the nitrogen cycle, as well as feedbacks on the climate system. Chapter 7 treats in detail clouds and aerosols, their interactions and chemistry, the role of water vapour, as well as their role in feedbacks on the climate system.

**From Forcing to Attribution of Climate Change (Chapters 8, 9 and 10):** In these chapters, all the information on the different drivers (natural and anthropogenic) of climate change is collected, expressed in terms of RF, and assessed (Chapter 8). As part of this, the science of metrics commonly used in the literature to compare radiative effects from a range of agents (Global Warming Potential, Global Temperature Change Potential and others) is covered. In Chapter 9, the hierarchy of climate models used in simulating past and present climate change is assessed. Information regarding detection and attribution of changes on global to regional scales is assessed in Chapter 10.

**Future Climate Change and Predictability (Chapters 11 and 12):** These chapters assess projections of future climate change derived from climate models on timescales from decades to centuries at both global and regional scales, including mean changes, variability and extremes. Fundamental questions related to the predictability of climate as well as long-term climate change, climate change commitments and inertia in the climate system are addressed.

**Integration (Chapters 13 and 14):** These chapters integrate all relevant information for two key topics in WGI AR5: sea level change (Chapter 13) and climate phenomena across the regions (Chapter 14). Chapter 13 assesses information on sea level change ranging from observations and process understanding to projections from global to regional scales. Chapter 14 assesses the most important modes of variability in the climate system and extreme events. Furthermore, this chapter deals with interconnections between the climate phenomena, their regional expressions, and their relevance for future regional climate change. Maps produced and assessed in Chapter 14, together with Chapters 11 and 12, form the basis for the Atlas of Global and Regional Climate Projections in Annex I. RFs and estimates of future atmospheric concentrations from Chapters 7, 8, 11 and 12 form the basis of the Climate System Scenario Tables in Annex II.

### 1.6.1 Topical Issues

A number of topical issues are discussed throughout the assessment. These issues include those of areas where there is contention in the peer-reviewed literature and where questions have been raised that are being addressed through ongoing research. Table 1.3 provides a non-comprehensive list of many of these and the chapters where they are discussed.

**Table 1.3 |** Key topical issues discussed in the assessment.

| Topic | Section |
|---|---|
| Abrupt change and irreversibility | 5.7, 12.5, 13.4 |
| Aerosols | 6.4, 7.3, 7.4, 7.5, 7.6, 8.3, 11.3, 14.1 |
| Antarctic climate change | 5.8, 9.4, 10.3, 13.3 |
| Arctic sea ice change | 4.2, 5.5, 9.4, 10.3, 11.3, 12.4 |
| Hydrological cycle changes | 2.5, 2.6, 3.3, 3.4, 3.5, 7.6, 10.3, 12.4 |
| Carbon-climate feedbacks | 6.4, 12.4 |
| Climate sensitivity | 5.3, 9.7, 10.8, 12.5 |
| Climate stabilization | 6.3, 6.4, 12.5 |
| Cloud feedbacks | 5.3, 7.2, 9.7, 11.3, 12.4 |
| Cosmic ray effects on clouds | 7.4 |
| Decadal climate variability | 5.3, 9.5, 10.3 |
| Earth's Energy (trends, distribution and budget) | 2.3, 3.2, 13.3 |
| El Niño-Southern Oscillation | 2.7, 5.4, 9.4, 9.5, 14.4 |
| Geo-engineering | 6.4, 7.7 |
| Glacier change | 4.3, 5.5, 10.5, 13.3 |
| Ice sheet dynamics and mass balance assessment | 4.4, 5.3, 5.6, 10.5, 13.3 |
| Monsoons | 2.7, 5.5, 9.5, 14.2 |
| Ocean acidification | 3.8, 6.4 |
| Permafrost change | 4.7, 6.3, 10.5 |
| Solar effects on climate change | 5.2, 8.4 |
| Sea level change, including regional effects | 3.7, 5.6, 13.1 |
| Temperature trends since 1998 | 2.4, 3.2, 9.4 |
| Tropical cyclones | 2.6, 10.6, 14.6 |
| Upper troposphere temperature trends | 2.4, 9.4 |

BLM_0073660

# References

Allen, M. R., J. F. B. Mitchell, and P. A. Stott, 2013: Test of a decadal climate forecast. *Nature Geosci.*, **6**, 243–244.

AMAP, 2009: Summary – The Greenland Ice Sheet in a Changing Climate: Snow, Water, Ice and Permafrost in the Arctic (SWIPA). Arctic Monitoring and Assessment Programme (AMAP), 22 pp.

Armour, K. C., I. Eisenman, E. Blanchard-Wrigglesworth, K. E. McCusker, and C. M. Bitz, 2011: The reversibility of sea ice loss in a state-of-the-art climate model. *Geophys. Res. Lett.*, **38**.

Arrhenius, S., 1896: On the influence of carbonic acid in the air upon the temperature of the ground. *Philos. Mag.*, **41**, 237–276.

Baede, A. P. M., E. Ahlonsou, Y. Ding, and D. Schimel, 2001: The climate system: An overview. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Beerling, D. J., and D. L. Royer, 2011: Convergent Cenozoic $CO_2$ history. *Nature Geosci.*, **4**, 418–420.

Bretherton, F. P., K. Bryan, and J. D. Woodes, 1990: Time-dependent greenhouse-gas-induced climate change. In: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 177–193.

Brönnimann, S., T. Ewen, J. Luterbacher, H. F. Diaz, R. S. Stolarski, and U. Neu, 2008: A focus on climate during the past 100 years. In: *Climate Variability and Extremes during the Past 100 Years* [S. Brönnimann, J. Luterbacher, T. Ewen, H. F. Diaz, R. S. Stolarski and U. Neu (eds.)]. Springer Science+Business Media, Heidelberg, Germany and New York, NY, USA, pp. 1–25.

Broomell, S., and D. Budescu, 2009: Why are experts correlated? Decomposing correlations between judges. *Psychometrika*, **74**, 531–553.

Brunet, M., and P. Jones, 2011: Data rescue initiatives: Bringing historical climate data into the 21st century. *Clim. Res.*, **47**, 29–40.

Budescu, D., S. Broomell, and H.-H. Por, 2009: Improving communication of uncertainty in the reports of the Intergovernmental Panel on Climate Change. *Psychol. Sci.*, **20**, 299–308.

Byrne, R., S. Mecking, R. Feely, and X. Liu, 2010: Direct observations of basin-wide acidification of the North Pacific Ocean. *Geophys. Res. Lett.*, **37**.

CCSP, 2009: *Best Practice Approaches for Characterizing, Communicating, and Incorporating Scientific Uncertainty in Climate Decision Making*. U.S. Climate Change Science Program, Washington, DC, USA, 96 pp.

Church, J. A., and N. J. White, 2011: Sea-level rise from the late 19th to the early 21st century. *Surv. Geophys.*, **32**, 585–602.

Church, J. A., J. M. Gregory, N. J. White, S. M. Platten, and J. X. Mitrovica, 2011: Understanding and projecting sea level change. *Oceanography*, **24**, 130–143.

Cleveland, W. S., 1979: Robust locally weighted regression and smoothing scatterplots. *J. Am. Stat. Assoc.*, **74**, 829–836.

Collins, M., and M. R. Allen, 2002: Assessing the relative roles of initial and boundary conditions in interannual to decadal climate predictability. *J. Clim.*, **15**, 3104–3109.

Covey, C., et al., 2003: An overview of results from the Coupled Model Intercomparison Project. *Global Planet. Change*, **37**, 103–133.

Cubasch, U., et al., 2001: Projections of future climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 527–582.

Dee, D. P., et al., 2011: The ERA-Interim reanalysis: Configuration and performance of the data assimilation system. *Q. J. R. Meteorol. Soc.*, **137**, 553–597.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 501–587.

Dlugokencky, E. J., et al., 2009: Observational constraints on recent increases in the atmospheric $CH_4$ burden. *Geophys. Res. Lett.*, **36**, L18803.

Duarte, C. M., T. M. Lenton, P. Wadhams, and P. Wassmann, 2012: Commentary: Abrupt climate change in the Arctic. *Nature Clim. Change*, **2**, 60–62.

Easterling, D. R., and M. F. Wehner, 2009: Is the climate warming or cooling? *Geophys. Res. Lett.*, **36**, L08706.

Elkins, J., and G. Dutton, 2010: Nitrous oxide and sulfur hexaflouride. Section in State of the Climate in 2009. *Bull. Am. Meteorol. Soc.*, **91**, 44–45.

Ettema, J., M. R. van den Broeke, E. van Meijgaard, W. J. van de Berg, J. L. Bamber, J. E. Box, and R. C. Bales, 2009: Higher surface mass balance of the Greenland ice sheet revealed by high-resolution climate modeling. *Geophys. Res. Lett.*, **36**, L12501.

Foley, J., et al., 2005: Global consequences of land use. *Science*, **309**, 570–574.

Folland, C. K., et al., 2001: Observed climate variability and change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 101–181.

Forest, C. E., P. H. Stone, and A. P. Sokolov, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus A*, **60**, 911–920.

Forster, P., et al., 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 131–234.

Frame, D. J., and D. A. Stone, 2013: Assessment of the first consensus prediction on climate change. *Nature Clim. Change*, **3**, 357–359.

Frame, D. J., D. A. Stone, P. A. Stott, and M. R. Allen, 2006: Alternatives to stabilization scenarios. *Geophys. Res. Lett.*, **33**.

Fujino, J., R. Nair, M. Kainuma, T. Masui, and Y. Matsuoka, 2006: Multi-gas mitigation analysis on stabilization scenarios using aim global model. *Energy J.*, **0**, 343–353.

GCOS, 2009: Progress Report on the Implementation of the Global Observing System for Climate in Support of the UNFCCC 2004–2008, GCOS-129 (WMO/TD-No. 1489; GOOS-173; GTOS-70), Geneva, Switzerland.

GCOS, 2011: Systematic Observation Requirements for Satellite-based Products for Climate Supplemental details to the satellite-based component of the Implementation Plan for the Global Observing System for Climate in Support of the UNFCCC – 2011 Update, (GCOS-154) – December 2011, Geneva, Switzerland.

Goosse, H., W. Lefebvre, A. de Montety, E. Crespin, and A. H. Orsi, 2009: Consistent past half-century trends in the atmosphere, the sea ice and the ocean at high southern latitudes. *Clim. Dyn.*, **33**, 999–1016.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Haas, C., A. Pfaffling, S. Hendricks, L. Rabenstein, J. L. Etienne, and I. Rigor, 2008: Reduced ice thickness in Arctic Transpolar Drift favors rapid ice retreat. *Geophys. Res. Lett.*, **35**, L17501.

Hansen, J., D. Johnson, A. Lacis, S. Lebedeff, P. Lee, D. Rind, and G. Russell, 1981: Climate impact of increasing atmospheric carbon dioxide. *Science*, **213**, 957–966.

Hansen, J., M. Sato, R. Ruedy, K. Lo, D. W. Lea, and M. Medina-Elizade, 2006: Global temperature change. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 14288–14293.

Hansen, J., R. Ruedy, M. Sato, and K. Lo, 2010: Global surface temperature change. *Rev. Geophys.*, **48**, RG4004.

Hansen, J., M. Sato, P. Kharecha, and K. von Schuckmann, 2011: Earth's energy imbalance and implications. *Atmos. Chem. Phys.*, **11**, 13421–13449.

Hawkins, E., and R. Sutton, 2009: The potential to narrow uncertainty in regional climate predictions. *Bull. Am. Meteorol. Soc.*, **90**, 1095–1107.

Hawkins, E., and R. Sutton, 2011: The potential to narrow uncertainty in projections of regional precipitation change. *Clim. Dyn.*, **37**, 407–418.

BLM_0073661

Hegerl, G. C., et al., 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 665–745.

Hijioka, Y., Y. Matsuoka, H. Nishomoto, M. Masui, and M. Kainuma, 2008: Global GHG emission scenarios under GHG concentration stabilization targets. *JGEE*, **13**, 97–108.

Hoelzle, M., G. Darms, M. P. Lüthi, and S. Suter, 2011: Evidence of accelerated englacial warming in the Monte Rosa area, Switzerland/Italy. *Cryosphere*, **5**, 231–243.

Houghton, R., 2003: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000. *Tellus B*, **55**, 378–390.

Huntingford, C., J. Lowe, B. Booth, C. Jones, G. Harris, L. Gohar, and P. Meir, 2009: Contributions of carbon cycle uncertainty to future climate projection spread. *Tellus B*, doi:10.1111/j.1600--0889.2009.00414.x, 355–360.

Hurtt, G. C., et al., 2011: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Clim. Change*, **109**, 117–161.

InterAcademy Council, 2010: Climate change assessments. In: *Review of the Processes and Procedures of the IPCC*, Amsterdam, The Netherlands.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 212 pp.

IPCC , 1996: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 584 pp.

IPCC , 2000: IPCC Special Report on Emissions Scenarios. Prepared by Working Group III of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambrudge, United Kingdom, pp 570.

IPCC , 2001: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, N. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC , 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC)* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, 996 pp.

IPCC , 2012a: Procedures for the preparation, review, acceptance, adoption, approval and publication of IPCC reports. Appendix A to the Principles Governing IPCC Work, Geneva, Switzerland, 6-9 June 2012, 29 pp.

IPCC , 2012b: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. Special Report of the Intergovernmental Panel on Climate Change*. [ Field, C. B., V. Barros, T. F. Stocker, D. Qin, D. J. Dokken, K. L. Ebi, M. D. Mastrandrea, K. J. Mach, G.-K. Plattner, S. K. Allen, M. Tignor, and P. M. Midgley (Eds.)]. Cambridge University Press, Cambridge, United Kingdom, 582 pp.

JCGM, 2008: JCGM 100: 2008. GUM 1995 with minor corrections. Evaluation of measurement data—Guide to the expression of uncertainty in measurement. Joint Committee for Guides in Metrology.

Jevrejeva, S., J. C. Moore, A. Grinsted, and P. L. Woodworth, 2008: Recent global sea level acceleration started over 200 years ago? *Geophys. Res. Lett.*, **35**, L08715.

Kahneman, D., and A. Tversky, 1979: Prospect theory: An analysis of decision under risk. *Econometrica*, **47**, 263–291.

Kahneman, D., P. Slovic, and A. Tversky, Eds., 1982: *Judgment under Uncertainty: Heuristics and Biases*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 544 pp.

Kandlikar, M., J. Risbey, and S. Dessai, 2005: Representing and communicating deep uncertainty in climate-change assessments. *C. R. Geosci.*, **337**, 443–455.

Knutti, R., F. Joos, S. A. Müller, G. K. Plattner, and T. F. Stocker, 2005: Probabilistic climate change projections for $CO_2$ stabilization profiles. *Geophys. Res. Lett.*, **32**, L20707.

Knutti, R., et al., 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Kopp, G., and J. L. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706.

Kwok, R., G. F. Cunningham, M. Wensnahan, I. Rigor, H. J. Zwally, and D. Yi, 2009: Thinning and volume loss of the Arctic Ocean sea ice cover: 2003–2008. *J. Geophys. Res. Oceans*, **114**, C07005.

Lamarque, J. F., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lambert, F., et al., 2008: Dust-climate couplings over the past 800,000 years from the EPICA Dome C ice core. *Nature*, **452**, 616–619.

Lemke, P., et al., 2007: Observations: Changes in snow, ice and frozen ground. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 339–383.

Lenton, T., H. Held, E. Kriegler, J. Hall, W. Lucht, S. Rahmstorf, and H. Schellnhuber, 2008: Tipping elements in the Earth's climate system. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1786–1793.

Le Treut, H., et al., 2007: Historical Overview of Climate Change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 94–127.

Lüthi, M., and M. Funk, 2001: Modelling heat flow in a cold, high-altitude glacier: Interpretation of measurements from Colle Gnifetti, Swiss Alps. *J. Glaciol.*, **47**, 314–324.

Lüthi, D., et al., 2008: High-resolution carbon dioxide concentration record 650,000–800,000 years before present. *Nature*, **453**, 379–382.

Mann, M., Z. Zhang, M. Hughes, R. Bradley, S. Miller, S. Rutherford, and F. Ni, 2008: Proxy-based reconstructions of hemispheric and global temperature variations over the past two millennia. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 13252–13257.

Manning, M., et al., 2004: *IPCC workshop Report: Describing scientific uncertainties in climate change to support analysis of risk and of options* [IPCC IPCC Working Group I Technical Support Unit (ed.)]. Available at http://www.ipcc.ch/ (accessed 07-10-2013), 138.

Masson, D., and R. Knutti, 2011: Climate model genealogy. *Geophys. Res. Lett.*, **38**, L08703.

Mastrandrea, M. D., et al., 2010: Guidance notes for lead authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties. Available at http://www.ipcc.ch (accessed 07-10-2013).

Masui, T., et al., 2011: An emission pathway for stabilization at 6 $Wm^{-2}$ radiative forcing. *Clim. Change*, **109**, 59–76.

Matthews, H. D., and A. J. Weaver, 2010: Committed climate warming. *Nature Geosci.*, **3**, 142–143.

Meehl, G. A., et al., 2007: Global climate projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 749–845.

Meinshausen, M., et al., 2011: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Menne, M. J., I. Durre, R. S. Vose, B. E. Gleason, and T. G. Houston, 2012: An overview of the Global Historical Climatology Network-Daily Database. *J. Atmos. Ocean. Technol.*, **29**, 897–910.

Mernild, S. H., G. E. Liston, C. A. Hiemstra, K. Steffen, E. Hanna, and J. H. Christensen, 2009: Greenland ice sheet surface mass-balance modelling and freshwater flux for 2007, and in a 1995–2007 perspective. *Hydrol. Proc.*, **23**, 2470–2484.

Midorikawa, T., et al., 2010: Decreasing pH trend estimated from 25-yr time series of carbonate parameters in the western North Pacific. *Tellus B*, **62**, 649–659.

Morgan, M. G., M. Henrion, and M. Small, 1990: *Uncertainty: A Guide to Dealing with Uncertainty in Quantitative Risk and Policy Analysis*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 332 pp.

Morice, C. P., J. J. Kennedy, N. A. Rayner, and P. D. Jones, 2012: Quantifying uncertainties in global and regional temperature change using an ensemble of observational estimates: The HadCRUT4 data set. *J. Geophys. Res. Atmos.*, **117**, D08101.

BLM_0073662

Moss, R. H., and S. H. Schneider, 2000: Uncertainties in the IPCC TAR: Recommendations to lead authors for more consistent assessment and reporting. In: *Guidance Papers on the Cross Cutting Issues of the Third Assessment Report of the IPCC*. World Meteorological Organization, Geneva, pp. 33–51.

Moss, R., et al., 2008: *Towards New Scenarios for Analysis of Emissions, Climate Change, Impacts, and Response Strategies*. Geneva, Intergovernmental Panel on Climate Change, 132 pp.

Moss, R., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Murphy, D., S. Solomon, R. Portmann, K. Rosenlof, P. Forster, and T. Wong, 2009: An observationally based energy balance for the Earth since 1950. *J. Geophys. Res. Atmos.*, **114**, D17107.

Myhre, G., E. Highwood, K. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Nghiem, S. V., et al., 2012: The extreme melt across the Greenland ice sheet in 2012. *Geophys. Res. Lett.*, **39**, L20502.

Oreskes, N., K. Shrader-Frechette, and K. Belitz, 1994: Verification, validation, and confirmation of numerical models in the earth sciences. *Science*, 263, 641–646.

Pall, P., et al., 2011: Anthropogenic greenhouse gas contribution to flood risk in England and Wales in autumn 2000. *Nature*, **470**, 382–385.

Patt, A. G., and D. P. Schrag, 2003: Using specific language to describe risk and probability. *Clim. Change*, 61, 17–30.

Patt, A. G., and S. Dessai, 2005: Communicating uncertainty: Lessons learned and suggestions for climate change assessment. *C. R. Geosci.*, **337**, 425–441.

Pennell, C., and T. Reichler, 2011: On the effective number of climate models. *J. Clim.*, **24**, 2358–2367.

Peterson, T. C., P. A. Stott, and S. Herring, 2012: Explaining extreme events of 2011 from a climate perspective. *Bull. Am. Meteorol. Soc.*, **93**, 1041–1067.

Peterson, T. C., et al., 2008: Why weather and climate extremes matter. In: *Weather and Climate Extremes in a Changing Climate. Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands*, [Karl, T. R., G. A. Meehl, C. D. Miller, S. J. Hassol, A. M. Waple, and W. L. Murray (eds.)]. A Report by the U.S.Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC., USA, 11–33.

Rahmstorf, S., G. Foster, and A. Cazenave, 2012: Comparing climate projections to observations up to 2011. *Environ. Res. Lett.*, **7**, 044035.

Ray, R. D., and B. C. Douglas, 2011: Experiments in reconstructing twentieth-century sea levels. *Prog. Oceanogr.*, **91**, 496–515.

Riahi, K., A. Grübler, and N. Nakicenovic, 2007: Scenarios of long-term socio-economic and environmental development under climate stabilization. *Technol. ForecastSoc Change*, **74**, 887–935.

Riahi, K., et al., 2011: RCP 8.5–A scenario of comparatively high greenhouse gas emissions. *Clim. Change*, **109**, 33–57.

Risbey, J., and M. Kandlikar, 2007: Expressions of likelihood and confidence in the IPCC uncertainty assessment process. *Clim. Change*, **85**, 19–31.

Schimel, D., et al., 1996: Radiative forcing of climate change. In: *Climate Change 1995: The Science of Climate Change, Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, L. G. Meiro Filho, B. A. Callander, N. Harris, A. Kattenburg and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 69–131.

Scott, J. T. B., G. H. Gudmundsson, A. M. Smith, R. G. Bingham, H. D. Pritchard, and D. G. Vaughan, 2009: Increased rate of acceleration on Pine Island Glacier strongly coupled to changes in gravitational driving stress. *The Cryosphere*, **3**, 125–131.

Seneviratne, S., et al., 2010: Investigating soil moisture-climate interactions in a changing climate: A review. *Earth-Sci. Rev.*, **99**, 125–161.

Seneviratne, S. I., et al., 2012: Chapter 3: Changes in climate extremes and their Impacts on the Natural Physical Environment. In: *SREX: Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation* [C. B. Field, et al. (eds.]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp.109–230.

Smith, S., and T. Wigley, 2006: Multi-gas forcing stabilization with Minicam. *Energy J.*, 373–391.

Smith, T. M., R. W. Reynolds, T. C. Peterson, and J. Lawrimore, 2008: Improvements to NOAA's historical merged land-ocean surface temperature analysis (1880–2005). *J. Clim.*, **21**, 2283–2296.

Steinhilber, F., J. Beer, and C. Fröhlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

SWIPA, 2011: Snow, water, ice and permafrost in the Arctic. SWIPA 2011 Executive Summary. AMAP, Oslo, Norway, 16 pp.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tedesco, M., 2007: A new record in 2007 for melting in Greenland. *EOS, Trans. Am. Geophys. Union*, **88**, 383.

Thomson, A. M., et al., 2011: RCP4.5: A pathway for stabilization of radiative forcing by 2100. *Clim. Change*, **109**, 77–94.

Tietsche, S., D. Notz, J. H. Jungclaus, and J. Marotzke, 2011: Recovery mechanisms of Arctic summer sea ice. *Geophys. Res. Lett.*, **38**, L02707.

Trenberth, K. E., J. T. Fasullo, and J. Kiehl, 2009: Earth's global energy budget. *Bull. Am. Meteorol. Soc.*, **90**, 311–323.

Turner, J., and J. E. Overland, 2009: Contrasting climate change in the two polar regions. *Polar Res.*, **28**, 146–164.

Turner, J., et al., 2009: Antarctic Climate Change and the environment. Scientific Committee on Antarctic Research, Cambridge, United Kingdom, 526 pp.

van Vuuren, D., et al., 2007: Stabilizing greenhouse gas concentrations at low levels: An assessment of reduction strategies and costs. *Clim. Change*, **81**, 119–159.

van Vuuren, D. P., et al., 2011a: RCP2.6: Exploring the possibility to keep global mean temperature increase below 2°C. *Clim. Change*, **109**, 95–116.

van Vuuren, D. P., et al., 2011b: The representative concentration pathways: An overview. *Clim. Change*, **109**, 5–31.

Wadhams, P., 2012: Arctic ice cover, ice thickness and tipping points. *Ambio*, **41**, 23–33.

Warrick, R., and J. Oerlemans, 1990: Sea level rise. In: *Climate Change: The IPCC Scientific Assessment* [J. T. Houghton, G. J. Jenkins and J. J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 261–281.

Wigley, T. M. L., 2005: The climate change commitment. *Science*, 307, 1766–1769.

Willis, J. K., J. M. Lyman, G. C. Johnson, and J. Gilson, 2009: In situ data biases and recent ocean heat content variability. *J. Atmos. Ocean. Technol.*, **26**, 846–852.

Willis, J., D. Chambers, C. Kuo, and C. Shum, 2010: Global sea level rise recent progress and challenges for the decade to come. *Oceanography*, **23**, 26–35.

Wise, M., et al., 2009: Implications of limiting $CO_2$ concentrations for land use and energy. *Science*, **324**, 1183–1186.

Yip, S., C. A. T. Ferro, D. B. Stephenson, and E. Hawkins, 2011: A simple, coherent framework for partitioning uncertainty in climate predictions. *J. Climate*, **24**, 4634–4643.

Zemp, M., I. Roer, A. Kääb, M. Hoelzle, F. Paul, and W. Haeberli, 2008: Global glacier changes: Facts and figures. United Nations Environment Programme and World Glacier Monitoring Service, 88 pp.

Zemp, M., M. Hoelzle, and W. Haeberli, 2009: Six decades of glacier mass-balance observations: A review of the worldwide monitoring network. *Ann. Glaciol.*, **50**, 101–111.

Zhang, X., and F. Zwiers, 2012: Statistical indices for the diagnosing and detecting changes in extremes. In: *Extremes in a Changing Climate: Detection, Analysis and Uncertainty* [A. AghaKouchak, D. Easterling, K. Hsu, S. Schubert, and S. Sorooshian (eds.)]. Springer Science+Business Media, Heidelberg, Germany and New York, NY, USA, 1–14.

BLM_0073663

## Appendix 1.A:
## Notes and Technical Details on Figures Displayed in Chapter 1

### Figure 1.4: Documentation of Data Sources

#### Observed Temperature

NASA GISS evaluation of the observations: Hansen et al. (2010) updated: The data were downloaded from http://data.giss.nasa.gov/gistemp/tabledata_v3/GLB.Ts+dSST.txt. Annual means are used (January to December) and anomalies are calculated relative to 1961–1990.

NOAA NCDC evaluation of the observations: Smith et al. (2008) updated: The data were downloaded from ftp://ftp.ncdc.noaa.gov/pub/data/anomalies/annual.land_ocean.90S.90N.df_1901–2000mean.dat. Annual mean anomalies are calculated relative to 1961–1990.

Hadley Centre evaluation of the observations: Morice et al. (2012): The data were downloaded from http://www.metoffice.gov.uk/hadobs/hadcrut4/data/current/download.html#regional_series. Annual mean anomalies are calculated relative to 1961–1990 based on the ensemble median.

#### IPCC Range of Projections

**Table 1.A.1 |** FAR: The data have been digitized using a graphics tool from FAR Chapter 6, Figure 6.11 (Bretherton et al., 1990) in 5-year increments as anomalies relative to 1990 (°C).

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|------|--------------------------|---------------------------------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.09 | 0.14 |
| 2000 | 0.15 | 0.30 |
| 2005 | 0.23 | 0.53 |
| 2010 | 0.28 | 0.72 |
| 2015 | 0.33 | 0.91 |
| 2020 | 0.39 | 1.11 |
| 2025 | 0.45 | 1.34 |
| 2030 | 0.52 | 1.58 |
| 2035 | 0.58 | 1.86 |

**Table 1.A.2 |** SAR: The data have been digitized using a graphics tool from Figure 19 of the TS (IPCC, 1996) in 5-year increments as anomalies relative to 1990. The scenarios include changes in aerosols beyond 1990 (°C).

| Year | Lower Bound (IS92c/1.5) | Upper Bound (IS92e/4.5) |
|------|-------------------------|-------------------------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.05 | 0.09 |
| 2000 | 0.11 | 0.17 |
| 2005 | 0.16 | 0.28 |
| 2010 | 0.19 | 0.38 |
| 2015 | 0.23 | 0.47 |
| 2020 | 0.27 | 0.57 |
| 2025 | 0.31 | 0.67 |
| 2030 | 0.36 | 0.79 |
| 2035 | 0.41 | 0.92 |

**Table 1.A.3 |** TAR: The data have been digitized using a graphics tool from Figure 9.13(b) (Cubasch et al., 2001) in 5-year increments based on the GFDL_R15_a and DOE PCM parameter settings (°C).

| Year | Lower Bound | Upper Bound |
|------|-------------|-------------|
| 1990 | 0.00 | 0.00 |
| 1995 | 0.05 | 0.09 |
| 2000 | 0.11 | 0.20 |
| 2005 | 0.14 | 0.34 |
| 2010 | 0.17 | 0.52 |
| 2015 | 0.22 | 0.70 |
| 2020 | 0.28 | 0.87 |
| 2025 | 0.37 | 1.08 |
| 2030 | 0.43 | 1.28 |
| 2035 | 0.52 | 1.50 |

AR4: The temperature projections of the AR4 are presented for three SRES scenarios: B1, A1B and A2. Annual mean anomalies relative to 1961–1990 of the individual CMIP3 ensemble simulations (as used in AR4 SPM Figure SPM5) are shown. One outlier has been eliminated based on the advice of the model developers because of the model drift that leads to an unrealistic temperature evolution. As assessed by Meehl et al. (2007), the *likely* range for the temperature change is given by the ensemble mean temperature change +60% and –40% of the ensemble mean temperature change. Note that in the AR4 the uncertainty range was explicitly estimated for the end of the 21st century. Here, it is shown for 2035. The time dependence of this range has been assessed in Knutti et al. (2008). The relative uncertainty is approximately constant over time in all estimates from different sources, except for the very early decades when natural variability is being considered (see Figure 3 in Knutti et al., 2008).

### Data Processing

#### Observations

The observations are shown from 1950 to 2012 as annual mean anomaly relative to 1961–1990 (squares). For smoothing, first, the trend of each of the observational data sets was calculated by locally weighted scatter plot smoothing (Cleveland, 1979; f = 1/3). Then, the 11-year running means of the residuals were determined with reflected ends for the last 5 years. Finally, the trend was added back to the 11-year running means of the residuals.

#### Projections

For FAR, SAR and TAR, the projections have been harmonized to match the average of the three smoothed observational data sets at 1990.

155

BLM_0073664

**1**

### Figure 1.5: Documentation of Data Sources

**Observed $CO_2$ Concentrations**

Global annual mean $CO_2$ concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.4 |** FAR: The data have been digitized using a graphics tool from Figure A.3 (Annex, IPCC, 1990) as anomalies compared to 1990 in 5-year increments (ppm) and the observed 1990 value (353.6) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 353.6 | 353.6 |
| 1995 | 362.8 | 363.7 |
| 2000 | 370.6 | 373.3 |
| 2005 | 376.5 | 386.5 |
| 2010 | 383.2 | 401.5 |
| 2015 | 390.2 | 414.3 |
| 2020 | 396.6 | 428.8 |
| 2025 | 401.5 | 442.0 |
| 2030 | 406.0 | 460.7 |
| 2035 | 410.0 | 480.3 |

**Table 1.A.5 |** SAR: The data have been digitized using a graphics tool from Figure 5b in the TS (IPCC, 1996) in 5-year increments (ppm) as anomalies compared to 1990 and the observed 1990 value (353.6) has been added.

| Year | Lower Bound (IS92c) | Upper Bound (IS92e) |
|---|---|---|
| 1990 | 353.6 | 353.6 |
| 1995 | 358.4 | 359.0 |
| 2000 | 366.8 | 369.2 |
| 2005 | 373.7 | 380.4 |
| 2010 | 382.3 | 392.9 |
| 2015 | 391.4 | 408.0 |
| 2020 | 400.7 | 423.0 |
| 2025 | 408.0 | 439.6 |
| 2030 | 416.9 | 457.7 |
| 2035 | 424.5 | 477.7 |

TAR: The data were taken in 10-year increments from table Appendix II (IPCC, 2001) SRES Data Tables Table II.2.1 (ISAM model high and low setting). The scenarios that give the upper bound or lower bound respectively vary over time.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

### Data Processing

The projections have been harmonized to start from the observed value in 1990.

### Figure 1.6: Documentation of Data Sources

**Observed $CH_4$ Concentrations**

Global annual mean $CH_4$ concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.6 |** FAR: The data have been digitized using a graphics tool from FAR SPM Figure 5 (IPCC, 1990) in 5-year increments (ppb) as anomalies compared to 1990 the observed 1990 value (1714.4) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 1714.4 | 1714.4 |
| 1995 | 1775.7 | 1816.7 |
| 2000 | 1809.7 | 1938.7 |
| 2005 | 1819.0 | 2063.8 |
| 2010 | 1823.1 | 2191.1 |
| 2015 | 1832.3 | 2314.1 |
| 2020 | 1847.7 | 2441.3 |
| 2025 | 1857.9 | 2562.3 |
| 2030 | 1835.3 | 2691.6 |
| 2035 | 1819.0 | 2818.8 |

SAR: The data were taken in 5-year increments from Table 2.5a (Schimel et al., 1996). The scenarios that give the upper bound or lower bound respectively vary over time.

TAR: The data were taken in 10-year increments from Appendix II SRES Data Tables Table II.2.2 (IPCC, 2001). The upper bound is given by the A1p scenario, the lower bound by the B1p scenario.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

### Data Processing

The observations are shown as annual means. The projections have been harmonized to start from the same value in 1990.

156

BLM_0073665

## Figure 1.7: Documentation of Data Sources

**Observed N₂O Concentrations**

Global annual mean $N_2O$ concentrations are presented as annual mean values from Annex II Table AII.1.1a.

**IPCC Range of Projections**

**Table 1.A.7: FAR |** The data have been digitized using a graphics tool from FAR A.3 (Annex, IPCC, 1990) in 5-year increments (ppb) as anomalies compared to 1990 and the observed 1990 value (308.7) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 308.7 | 308.7 |
| 1995 | 311.7 | 313.2 |
| 2000 | 315.4 | 317.7 |
| 2005 | 318.8 | 322.9 |
| 2010 | 322.1 | 328.0 |
| 2015 | 325.2 | 333.0 |
| 2020 | 328.2 | 337.9 |
| 2025 | 331.7 | 343.0 |
| 2030 | 334.0 | 348.9 |
| 2035 | 336.1 | 354.1 |

SAR: The data were taken in 5-year increments from Table 2.5b (Schimel et al., 1996). The upper bound is given by the IS92e and IS92f scenario, the lower bound by the IS92d scenario.

TAR: The data were taken in 10-year increments from Appendix II SRES Data Tables Table II.2.3 (IPCC, 2001). The upper bound is given by the A1FI scenario, the lower bound by the B2 and A1T scenario.

AR4: The data used was obtained from Figure 10.26 in Chapter 10 of AR4 (Meehl et al., 2007, provided by Malte Meinshausen). Annual means are used.

### Data Processing

The observations are shown as annual means. No smoothing is applied. The projections have been harmonized to start from the same value in 1990.

## Figure 1.10: Documentation of Data Sources

**Observed Global Mean Sea Level Rise**

Three data sets based on tide gauge measurements are presented: Church and White (2011), Jevrejeva et al. (2008), and Ray and Douglas (2011). Annual mean anomalies are calculated relative to 1961–1990.

Estimates based on sea surface altimetry are presented as the ensemble mean of five different data sets (Section 3.7, Figure 3.13, Section 13.2, Figure 13.3) from 1993 to 2012. Annual means have been calculated. The data are harmonized to start from the mean of the three tide gauge based estimates (see above) at 1993.

**IPCC Range of Projections**

**Table 1.A.8 |** FAR: The data have been digitized using a graphics tool from Chapter 9, Figure 9.6 for the upper bound and Figure 9.7 for the lower bound (Warrick and Oerlemans, 1990) in 5-year increments as anomalies relative to 1990 (cm) and the observed anomaly relative to 1961–1990 (2.0 cm) has been added.

| Year | Lower Bound (Scenario D) | Upper Bound (Business as Usual) |
|---|---|---|
| 1990 | 2.0 | 2.0 |
| 1995 | 2.7 | 5.0 |
| 2000 | 3.7 | 7.9 |
| 2005 | 4.6 | 11.3 |
| 2010 | 5.5 | 15.0 |
| 2015 | 6.3 | 18.7 |
| 2020 | 6.9 | 22.8 |
| 2025 | 7.7 | 26.7 |
| 2030 | 8.4 | 30.9 |
| 2035 | 9.2 | 35.4 |

**Table 1.A.9 |** SAR: The data have been digitized using a graphics tool from Figure 21 (TS, IPCC, 1996) in 5-year increments as anomalies relative to 1990 (cm) and the observed anomaly relative to 1961–1990 (2.0 cm) has been added.

| Year | Lower Bound (IS92c/1.5) | Upper Bound (IS92e/4.5) |
|---|---|---|
| 1990 | 2.0 | 2.0 |
| 1995 | 2.4 | 4.3 |
| 2000 | 2.7 | 6.5 |
| 2005 | 3.1 | 9.0 |
| 2010 | 3.4 | 11.7 |
| 2015 | 3.8 | 14.9 |
| 2020 | 4.4 | 18.3 |
| 2025 | 5.1 | 21.8 |
| 2030 | 5.7 | 25.4 |
| 2035 | 6.4 | 29.2 |

TAR: The data are given in Table II.5.1 in 10-year increments. They are harmonized to start from mean of the observed anomaly relative to 1961–1990 at 1990 (2.0 cm).

BLM_0073666

**1**

AR4: The AR4 did not give a time-dependent estimate of sea level rise. These analyses have been conducted post AR4 by Church et al. (2011) based on the CMIP3 model results that were available at the time of AR4. Here, the SRES B1, A1B and A2 scenarios are shown from Church et al. (2011). The data start in 2001 and are given as anomalies with respect to 1990. They are displayed from 2001 to 2035, but the anomalies are harmonized to start from mean of the observed anomaly relative to 1961–1990 at 1990 (2.0 cm).

### Data Processing

The observations are shown from 1950 to 2012 as the annual mean anomaly relative to 1961–1990 (squares) and smoothed (solid lines). For smoothing, first, the trend of each of the observational data sets was calculated by locally weighted scatterplot smoothing (Cleveland, 1979; f = 1/3). Then, the 11-year running means of the residuals were determined with reflected ends for the last 5 years. Finally, the trend was added back to the 11-year running means of the residuals.

BLM_0073667

# 2 Observations: Atmosphere and Surface

**Coordinating Lead Authors:**

Dennis L. Hartmann (USA), Albert M.G. Klein Tank (Netherlands), Matilde Rusticucci (Argentina)

**Lead Authors:**

Lisa V. Alexander (Australia), Stefan Brönnimann (Switzerland), Yassine Abdul-Rahman Charabi (Oman), Frank J. Dentener (EU/Netherlands), Edward J. Dlugokencky (USA), David R. Easterling (USA), Alexey Kaplan (USA), Brian J. Soden (USA), Peter W. Thorne (USA/Norway/UK), Martin Wild (Switzerland), Panmao Zhai (China)

**Contributing Authors:**

Robert Adler (USA), Richard Allan (UK), Robert Allan (UK), Donald Blake (USA), Owen Cooper (USA), Aiguo Dai (USA), Robert Davis (USA), Sean Davis (USA), Markus Donat (Australia), Vitali Fioletov (Canada), Erich Fischer (Switzerland), Leopold Haimberger (Austria), Ben Ho (USA), John Kennedy (UK), Elizabeth Kent (UK), Stefan Kinne (Germany), James Kossin (USA), Norman Loeb (USA), Carl Mears (USA), Christopher Merchant (UK), Steve Montzka (USA), Colin Morice (UK), Cathrine Lund Myhre (Norway), Joel Norris (USA), David Parker (UK), Bill Randel (USA), Andreas Richter (Germany), Matthew Rigby (UK), Ben Santer (USA), Dian Seidel (USA), Tom Smith (USA), David Stephenson (UK), Ryan Teuling (Netherlands), Junhong Wang (USA), Xiaolan Wang (Canada), Ray Weiss (USA), Kate Willett (UK), Simon Wood (UK)

**Review Editors:**

Jim Hurrell (USA), Jose Marengo (Brazil), Fredolin Tangang (Malaysia), Pedro Viterbo (Portugal)

**This chapter should be cited as:**

Hartmann, D.L., A.M.G. Klein Tank, M. Rusticucci, L.V. Alexander, S. Brönnimann, Y. Charabi, F.J. Dentener, E.J. Dlugokencky, D.R. Easterling, A. Kaplan, B.J. Soden, P.W. Thorne, M. Wild and P.M. Zhai, 2013: Observations: Atmosphere and Surface. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

159

BLM_0073668

# Table of Contents

Executive Summary.................................................... 161

2.1   Introduction ................................................... 164

2.2   Changes in Atmospheric Composition..................... 165
2.2.1   Well-Mixed Greenhouse Gases ................................. 165
Box 2.1: Uncertainty in Observational Records .................... 165
2.2.2   Near-Term Climate Forcers ......................................... 170
2.2.3   Aerosols ......................................................... 174
Box 2.2: Quantifying Changes in the Mean:
Trend Models and Estimation .................................. 179

2.3   Changes in Radiation Budgets ............................ 180
2.3.1   Global Mean Radiation Budget.............................. 181
2.3.2   Changes in Top of the Atmosphere
Radiation Budget .......................................... 182
2.3.3   Changes in Surface Radiation Budget..................... 183
Box 2.3: Global Atmospheric Reanalyses ............................. 185

2.4   Changes in Temperature.................................... 187
2.4.1   Land Surface Air Temperature ............................... 187
2.4.2   Sea Surface Temperature and Marine
Air Temperature .......................................... 190
2.4.3   Global Combined Land and Sea
Surface Temperature ..................................... 192
2.4.4   Upper Air Temperature ................................... 194

2.5   Changes in Hydrological Cycle ........................... 201
2.5.1   Large-Scale Changes in Precipitation ..................... 201
2.5.2   Streamflow and Runoff ................................... 204
2.5.3   Evapotranspiration Including Pan Evaporation.......... 205
2.5.4   Surface Humidity.......................................... 205
2.5.5   Tropospheric Humidity ................................... 206
2.5.6   Clouds.................................................... 208

2.6   Changes in Extreme Events.................................. 208
2.6.1   Temperature Extremes ..................................... 209
2.6.2   Extremes of the Hydrological Cycle...................... 213
2.6.3   Tropical Storms .......................................... 216
2.6.4   Extratropical Storms...................................... 217
Box 2.4: Extremes Indices.......................................... 221

2.7   Changes in Atmospheric Circulation and
Patterns of Variability .................................... 223
2.7.1   Sea Level Pressure........................................ 223
2.7.2   Surface Wind Speed ...................................... 224
2.7.3   Upper-Air Winds.......................................... 226
2.7.4   Tropospheric Geopotential Height and
Tropopause ............................................... 226
2.7.5   Tropical Circulation ..................................... 226
2.7.6   Jets, Storm Tracks and Weather Types ..................... 229
2.7.7   Stratospheric Circulation................................. 230
2.7.8   Changes in Indices of Climate Variability ................. 230
Box 2.5: Patterns and Indices of Climate Variability .......... 232

References  ..................................................... 237

Frequently Asked Questions
FAQ 2.1   How Do We Know the World Has Warmed?........ 198
FAQ 2.2   Have There Been Any Changes in
Climate Extremes? ....................................... 218

Supplementary Material

*Supplementary Material is available in online versions of the report.*

2

BLM_0073669

## Executive Summary

The evidence of climate change from observations of the atmosphere and surface has grown significantly during recent years. At the same time new improved ways of characterizing and quantifying uncertainty have highlighted the challenges that remain for developing long-term global and regional climate quality data records. Currently, the observations of the atmosphere and surface indicate the following changes:

### Atmospheric Composition

**It is certain that atmospheric burdens of the well-mixed greenhouse gases (GHGs) targeted by the Kyoto Protocol increased from 2005 to 2011.** The atmospheric abundance of carbon dioxide ($CO_2$) was 390.5 ppm (390.3 to 390.7)[1] in 2011; this is 40% greater than in 1750. Atmospheric nitrous oxide ($N_2O$) was 324.2 ppb (324.0 to 324.4) in 2011 and has increased by 20% since 1750. Average annual increases in $CO_2$ and $N_2O$ from 2005 to 2011 are comparable to those observed from 1996 to 2005. Atmospheric methane ($CH_4$) was 1803.2 ppb (1801.2 to 1805.2) in 2011; this is 150% greater than before 1750. $CH_4$ began increasing in 2007 after remaining nearly constant from 1999 to 2006. Hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulphur hexafluoride ($SF_6$) all continue to increase relatively rapidly, but their contributions to radiative forcing are less than 1% of the total by well-mixed GHGs. {2.2.1.1}

**For ozone-depleting substances (Montreal Protocol gases), it is certain that the global mean abundances of major chlorofluorocarbons (CFCs) are decreasing and HCFCs are increasing.** Atmospheric burdens of major CFCs and some halons have decreased since 2005. HCFCs, which are transitional substitutes for CFCs, continue to increase, but the spatial distribution of their emissions is changing. {2.2.1.2}

**Because of large variability and relatively short data records, confidence[2] in stratospheric $H_2O$ vapour trends is low.** Near-global satellite measurements of stratospheric water vapour show substantial variability but small net changes for 1992–2011. {2.2.2.1}

**It is certain that global stratospheric ozone has declined from pre-1980 values.** Most of the decline occurred prior to the mid 1990s; since then ozone has remained nearly constant at about 3.5% below the 1964–1980 level. {2.2.2.2}

**Confidence is medium in large-scale increases of tropospheric ozone across the Northern Hemisphere (NH) since the 1970s.**

**Confidence is low in ozone changes across the Southern Hemisphere (SH) owing to limited measurements.** It is likely[3] that surface ozone trends in eastern North America and Western Europe since 2000 have levelled off or decreased and that surface ozone strongly increased in East Asia since the 1990s. Satellite and surface observations of ozone precursor gases $NO_x$, CO, and non-methane volatile organic carbons indicate strong regional differences in trends. Most notably $NO_2$ has likely decreased by 30 to 50% in Europe and North America and increased by more than a factor of 2 in Asia since the mid-1990s. {2.2.2.3, 2.2.2.4}

**It is very likely that aerosol column amounts have declined over Europe and the eastern USA since the mid 1990s and increased over eastern and southern Asia since 2000.** These shifting aerosol regional patterns have been observed by remote sensing of aerosol optical depth (AOD), a measure of total atmospheric aerosol load. Declining aerosol loads over Europe and North America are consistent with ground-based in situ monitoring of particulate mass. Confidence in satellite based global average AOD trends is low. {2.2.3}

### Radiation Budgets

**Satellite records of top of the atmosphere radiation fluxes have been substantially extended since AR4, and it is unlikely that significant trends exist in global and tropical radiation budgets since 2000.** Interannual variability in the Earth's energy imbalance related to El Niño-Southern Oscillation is consistent with ocean heat content records within observational uncertainty. {2.3.2}

**Surface solar radiation likely underwent widespread decadal changes after 1950, with decreases ('dimming') until the 1980s and subsequent increases ('brightening') observed at many land-based sites.** There is medium confidence for increasing downward thermal and net radiation at land-based observation sites since the early 1990s. {2.3.3}

### Temperature

**It is certain that Global Mean Surface Temperature has increased since the late 19th century. Each of the past three decades has been successively warmer at the Earth's surface than all the previous decades in the instrumental record, and the first decade of the 21st century has been the warmest.** The globally averaged combined land and ocean surface temperature data as calculated by a linear trend, show a warming of 0.85 [0.65 to 1.06] °C, over the period 1880–2012, when multiple independently produced datasets exist, and

---

[1]   Values in parentheses are 90% confidence intervals. Elsewhere in this chapter usually the half-widths of the 90% confidence intervals are provided for the estimated change from the trend method.

[2]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., medium confidence. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[3]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., very likely (see Section 1.4 and Box TS.1 for more details).

BLM_0073670

about 0.72°C [0.49°C to 0.89°C] over the period 1951–2012. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C and the total increase between the average of the 1850–1900 period and the reference period for projections, 1986–2005, is 0.61 [0.55 to 0.67] °C, based on the single longest dataset available. For the longest period when calculation of regional trends is sufficiently complete (1901–2012), almost the entire globe has experienced surface warming. In addition to robust multi-decadal warming, global mean surface temperature exhibits substantial decadal and interannual variability. Owing to natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over the past 15 years (1998–2012; 0.05 [–0.05 to +0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade). Trends for 15-year periods starting in 1995, 1996, and 1997 are 0.13 [0.02 to 0.24], 0.14 [0.03 to 0.24] and 0.07 [–0.02 to 0.18], respectively. Several independently analyzed data records of global and regional land-surface air temperature (LSAT) obtained from station observations are in broad agreement that LSAT has increased. Sea surface temperatures (SSTs) have also increased. Intercomparisons of new SST data records obtained by different measurement methods, including satellite data, have resulted in better understanding of uncertainties and biases in the records. {2.4.1, 2.4.2, 2.4.3; Box 9.2}

**It is** *unlikely* **that any uncorrected urban heat-island effects and land use change effects have raised the estimated centennial globally averaged LSAT trends by more than 10% of the reported trend.** This is an average value; in some regions with rapid development, urban heat island and land use change impacts on regional trends may be substantially larger. {2.4.1.3}

*Confidence* **is** **medium in reported decreases in observed global diurnal temperature range (DTR), noted as a key uncertainty in the AR4.** Several recent analyses of the raw data on which many previous analyses were based point to the potential for biases that differently affect maximum and minimum average temperatures. However, apparent changes in DTR are much smaller than reported changes in average temperatures and therefore it is *virtually certain* that maximum and minimum temperatures have increased since 1950. {2.4.1.2}

**Based on multiple independent analyses of measurements from radiosondes and satellite sensors it is** *virtually certain* **that globally the troposphere has warmed and the stratosphere has cooled since the mid-20th century.** Despite unanimous agreement on the sign of the trends, substantial disagreement exists among available estimates as to the rate of temperature changes, particularly outside the NH extratropical troposphere, which has been well sampled by radiosondes. Hence there is only *medium confidence* in the rate of change and its vertical structure in the NH extratropical troposphere and *low confidence* elsewhere. {2.4.4}

### Hydrological Cycle

*Confidence* **in precipitation change averaged over global land areas since 1901 is** *low* **for years prior to 1951 and** *medium* **afterwards.** Averaged over the mid-latitude land areas of the **Northern Hemisphere, precipitation has** *likely* **increased since 1901 (***medium confidence* **before and** *high confidence* **after 1951).** For other latitudinal zones area-averaged long-term positive or negative trends have *low confidence* due to data quality, data completeness or disagreement amongst available estimates. {2.5.1.1, 2.5.1.2}

**It is** *very likely* **that global near surface and tropospheric air specific humidity have increased since the 1970s.** However, during recent years the near surface moistening over land has abated (*medium confidence*). As a result, fairly widespread decreases in relative humidity near the surface are observed over the land in recent years. {2.4.4, 2.5.4, 2.5.5}

**While trends of cloud cover are consistent between independent data sets in certain regions, substantial ambiguity and therefore** *low confidence* **remains in the observations of global-scale cloud variability and trends.** {2.5.6}

### Extreme Events

**It is** *very likely* **that the numbers of cold days and nights have decreased and the numbers of warm days and nights have increased globally since about 1950.** There is only *medium confidence* that the length and frequency of warm spells, including heat waves, has increased since the middle of the 20th century mostly owing to lack of data or of studies in Africa and South America. However, it is *likely* that heatwave frequency has increased during this period in large parts of Europe, Asia and Australia. {2.6.1}

**It is** *likely* **that since about 1950 the number of heavy precipitation events over land has increased in more regions than it has decreased.** *Confidence* is *highest* for North America and Europe where there have been *likely* increases in either the frequency or intensity of heavy precipitation with some seasonal and/or regional variation. It is *very likely* that there have been trends towards heavier precipitation events in central North America. {2.6.2.1}

*Confidence* **is** *low* **for a global-scale observed trend in drought or dryness (lack of rainfall) since the middle of the 20th century, owing to lack of direct observations, methodological uncertainties and geographical inconsistencies in the trends.** Based on updated studies, AR4 conclusions regarding global increasing trends in drought since the 1970s were probably overstated. However, this masks important regional changes: the frequency and intensity of drought have *likely* increased in the Mediterranean and West Africa and *likely* decreased in central North America and north-west Australia since 1950. {2.6.2.2}

*Confidence* **remains** *low* **for long-term (centennial) changes in tropical cyclone activity, after accounting for past changes in observing capabilities.** However, it is *virtually certain* that the frequency and intensity of the strongest tropical cyclones in the North Atlantic has increased since the 1970s. {2.6.3}

*Confidence* **in large-scale trends in storminess or storminess proxies over the last century is** *low* **owing to inconsistencies**

BLM_0073671

between studies or lack of long-term data in some parts of the world (particularly in the SH). {2.6.4}

Because of insufficient studies and data quality issues *confidence* is also *low* for trends in small-scale severe weather events such as hail or thunderstorms. {2.6.2.4}

### Atmospheric Circulation and Indices of Variability

It is *likely* that circulation features have moved poleward since the 1970s, involving a widening of the tropical belt, a poleward shift of storm tracks and jet streams, and a contraction of the northern polar vortex. Evidence is more robust for the NH. It is *likely* that the Southern Annular Mode has become more positive since the 1950s. {2.7.5, 2.7.6, 2.7.8; Box 2.5}

Large variability on interannual to decadal time scales hampers robust conclusions on long-term changes in atmospheric circulation in many instances. *Confidence* is *high* that the increase in the northern mid-latitude westerly winds and the North Atlantic Oscillation (NAO) index from the 1950s to the 1990s and the weakening of the Pacific Walker circulation from the late 19th century to the 1990s have been largely offset by recent changes. {2.7.5, 2.7.8, Box 2.5}

*Confidence* in the existence of long-term changes in remaining aspects of the global circulation is *low* owing to observational limitations or limited understanding. These include surface winds over land, the East Asian summer monsoon circulation, the tropical cold-point tropopause temperature and the strength of the Brewer Dobson circulation. {2.7.2, 2.7.4, 2.7.5, 2.7.7}

BLM_0073672

## 2.1   Introduction

This chapter assesses the scientific literature on atmospheric and surface observations since AR4 (IPCC, 2007). The most likely changes in physical climate variables or climate forcing agents are identified based on current knowledge, following the IPCC AR5 uncertainty guidance (Mastrandrea et al., 2011).

As described in AR4 (Trenberth et al., 2007), the climate comprises a variety of space- and timescales: from the diurnal cycle, to interannual variability such as the El Niño-Southern Oscillation (ENSO), to multi-decadal variations. 'Climate change' refers to a change in the state of the climate that can be identified by changes in the mean and/or the variability of its properties and that persists for an extended period of time (Annex III: Glossary). In this chapter, climate change is examined for the period with instrumental observations, since about 1850. Change prior to this date is assessed in Chapter 5. The word 'trend' is used to designate a long-term movement in a time series that may be regarded, together with the oscillation and random component, as composing the observed values (Annex III: Glossary). Where numerical values are given, they are equivalent linear changes (Box 2.2), though more complex nonlinear changes in the variable will often be clear from the description and plots of the time series.

In recent decades, advances in the global climate observing system have contributed to improved monitoring capabilities. In particular, satellites provide additional observations of climate change, which have been assessed in this and subsequent chapters together with more traditional ground-based and radiosonde observations. Since AR4, substantial developments have occurred including the production of revised data sets, more digital data records, and new data set efforts. New dynamical reanalysis data sets of the global atmosphere have been published (Box 2.3). These various innovations have improved understanding of data issues and uncertainties (Box 2.1).

Developing homogeneous long-term records from these different sources remains a challenge. The longest observational series are land surface air temperatures (LSATs) and sea surface temperatures (SSTs). Like all physical climate system measurements, they suffer from non-climatic artefacts that must be taken into account (Box 2.1). The global combined LSAT and SST remains an important climate change measure for several reasons. Climate sensitivity is typically assessed in the context of global mean surface temperature (GMST) responses to a doubling of $CO_2$ (Chapter 8) and GMST is thus a key metric in the climate change policy framework. Also, because it extends back in time farther than any other global instrumental series, GMST is key to understanding both the causes of change and the patterns, role and magnitude of natural variability (Chapter 10). Starting at various points in the 20th century, additional observations, including balloon-borne measurements and satellite measurements, and reanalysis products allow analyses of indicators such as atmospheric composition, radiation budgets, hydrological cycle changes, extreme event characterizations and circulation indices. A full understanding of the climate system characteristics and changes requires analyses of all such variables as well as ocean (Chapter 3) and cryosphere (Chapter 4) indicators. Through such a holistic analysis, a clearer and more robust assessment of the changing climate system emerges (FAQ 2.1).

This chapter starts with an assessment of the observations of the abundances of greenhouse gases (GHGs) and of aerosols, the main drivers of climate change (Section 2.2). Global trends in GHGs are indicative of the imbalance between sources and sinks in GHG budgets, and play an important role in emissions verification on a global scale. The radiative forcing (RF) effects of GHGs and aerosols are assessed in Chapter 8. The observed changes in radiation budgets are discussed in Section 2.3. Aerosol–cloud interactions are assessed in Chapter 7. Section 2.4 provides an assessment of observed changes in surface and atmospheric temperature. Observed change in the hydrological cycle, including precipitation and clouds, is assessed in Section 2.5. Changes in variability and extremes (such as cold spells, heat waves, droughts and tropical cyclones) are assessed in Section 2.6. Section 2.7 assesses observed changes in the circulation of the atmosphere and its modes of variability, which help determine seasonal and longer-term anomalies at regional scales (Chapter 14).

Trends have been assessed where possible for multi-decadal periods starting in 1880, 1901 (referred to as long-term trends) and in 1951, 1979 (referred to as short-term trends). The time elapsed since AR4 extends the period for trend calculation from 2005 to 2012 for many variables. The GMST trend since 1998 has also been considered (see also Box 9.2) as well as the trends for sequential 30-year segments of the time series. For many variables derived from satellite data, information is available for 1979–2012 only. In general, trend estimates are more reliable for longer time intervals, and trends computed on short intervals have a large uncertainty. Trends for short intervals are very sensitive to the start and end years. An exception to this is trends in GHGs, whose accurate measurement and long lifetimes make them well-mixed and less susceptible to year-to-year variability, so that trends computed on relatively short intervals are very meaningful for these variables. Where possible, the time interval 1961–1990 has been chosen as the climatological reference period (or normal period) for averaging. This choice enables direct comparisons with AR4, but is different from the present-day climate period (1986–2005) used as a reference in the modelling chapters of AR5 and Annex I: Atlas of Global and Regional Climate Projections.

It is important to note that the question of whether the observed changes are outside the possible range of natural internal climate variability and consistent with the climate effects from changes in atmospheric composition is not addressed in this chapter, but rather in Chapter 10. No attempt has been undertaken to further describe and interpret the observed changes in terms of multi-decadal oscillatory (or low-frequency) variations, (long-term) persistence and/or secular trends (e.g., as in Cohn and Lins, 2005; Koutsoyiannis and Montanari, 2007; Zorita et al., 2008; Lennartz and Bunde, 2009; Mills, 2010; Mann, 2011; Wu et al., 2011; Zhou and Tung, 2012; Tung and Zhou, 2013). In this chapter, the robustness of the observed changes is assessed in relation to various sources of observational uncertainty (Box 2.1). In addition, the reported trend significance and statistical confidence intervals provide an indication of how large the observed trend is compared to the range of observed variability in a given aspect of the climate system (see Box 2.2 for a description of the statistical trend model applied). Unless otherwise stated, 90% confidence intervals are given. The chapter also examines the physical consistency across

different observations, which helps to provide additional confidence in the reported changes. Additional information about data sources and methods is described in the Supplementary Material to Chapter 2.

## 2.2 Changes in Atmospheric Composition

### 2.2.1 Well-Mixed Greenhouse Gases

AR4 (Forster et al., 2007; IPCC, 2007) concluded that increasing atmospheric burdens of well-mixed GHGs resulted in a 9% increase in their RF from 1998 to 2005. Since 2005, the atmospheric abundances of many well-mixed GHG increased further, but the burdens of some ozone-depleting substances (ODS) whose production and use were controlled by the Montreal Protocol on Substances that Deplete the Ozone Layer (1987; hereinafter, 'Montreal Protocol') decreased.

Based on updated *in situ* observations, this assessment concludes that these trends resulted in a 7.5% increase in RF from GHGs from 2005 to 2011, with carbon dioxide ($CO_2$) contributing 80%. Of note

is an increase in the average growth rate of atmospheric methane ($CH_4$) from ~0.5 ppb yr$^{-1}$ during 1999–2006 to ~6 ppb yr$^{-1}$ from 2007 through 2011. Current observation networks are sufficient to quantify global annual mean burdens used to calculate RF and to constrain global emission rates (with knowledge of loss rates), but they are not sufficient for accurately estimating regional scale emissions and how they are changing with time.

The globally, annually averaged well-mixed GHG mole fractions reported here are used in Chapter 8 to calculate RF. A direct, inseparable connection exists between observed changes in atmospheric composition and well-mixed GHG emissions and losses (discussed in Chapter 6 for $CO_2$, $CH_4$, and $N_2O$). A global GHG budget consists of the total atmospheric burden, total global rate of production or emission (i.e., sources), and the total global rate of destruction or removal (i.e., sinks). Precise, accurate systematic observations from independent globally distributed measurement networks are used to estimate global annual mean well-mixed GHG mole fractions at the Earth's surface, and these allow estimates of global burdens. Emissions are predominantly from surface sources, which are described in Chapter 6 for $CO_2$, $CH_4$, and $N_2O$. Direct

**Box 2.1 | Uncertainty in Observational Records**

The vast majority of historical (and modern) weather observations were not made explicitly for climate monitoring purposes. Measurements have changed in nature as demands on the data, observing practices and technologies have evolved. These changes almost always alter the characteristics of observational records, changing their mean, their variability or both, such that it is necessary to process the raw measurements before they can be considered useful for assessing the true climate evolution. This is true of all observing techniques that measure physical atmospheric quantities. The uncertainty in observational records encompasses instrumental/recording errors, effects of representation (e.g., exposure, observing frequency or timing), as well as effects due to physical changes in the instrumentation (such as station relocations or new satellites). All further processing steps (transmission, storage, gridding, interpolating, averaging) also have their own particular uncertainties. Because there is no unique, unambiguous, way to identify and account for non-climatic artefacts in the vast majority of records, there must be a degree of uncertainty as to how the climate system has changed. The only exceptions are certain atmospheric composition and flux measurements whose measurements and uncertainties are rigorously tied through an unbroken chain to internationally recognized absolute measurement standards (e.g., the $CO_2$ record at Mauna Loa; Keeling et al., 1976a).

Uncertainty in data set production can result either from the choice of parameters within a particular analytical framework—parametric uncertainty, or from the choice of overall analytical framework— structural uncertainty. Structural uncertainty is best estimated by having multiple independent groups assess the same data using distinct approaches. More analyses assessed now than in AR4 include published estimates of parametric or structural uncertainty. It is important to note that the literature includes a very broad range of approaches. Great care has been taken in comparing the published uncertainty ranges as they almost always do not constitute a like-for-like comparison. In general, studies that account for multiple potential error sources in a rigorous manner yield larger uncertainty ranges. This yields an apparent paradox in interpretation as one might think that smaller uncertainty ranges should indicate a better product. However, in many cases this would be an incorrect inference as the smaller uncertainty range may instead reflect that the published estimate considered only a subset of the plausible sources of uncertainty. Where this issue would be most acute, such parametric uncertainty estimates are therefore not generally included. Consistent with AR4 HadCRUT4 uncertainties in GMST are included in Figure 2.19, which in addition includes structural uncertainties in GMST.

To conclude, the vast majority of the raw observations used to monitor the state of the climate contain residual non-climatic influences. Removal of these influences cannot be done definitively and neither can the uncertainties be unambiguously assessed. Therefore, care is required in interpreting both data products and their stated uncertainty estimates. Confidence can be built from: redundancy in efforts to create products; data set heritage; and cross-comparisons of variables that would be expected to co-vary for physical reasons, such as LSATs and SSTs around coastlines. Finally, trends are often quoted as a way to synthesize the data into a single number. Uncertainties that arise from such a process and the choice of technique used within this chapter are described in more detail in Box 2.2.

165

use of observations of well-mixed GHG to model their regional budgets can also play an important role in verifying inventory estimates of emissions (Nisbet and Weiss, 2010).

Systematic measurements of well-mixed GHG in ambient air began at various times during the last six decades, with earlier atmospheric histories being reconstructed from measurements of air stored in air archives and trapped in polar ice cores or in firn. In contrast to the physical meteorological parameters discussed elsewhere in this chapter, measurements of well-mixed GHG are reported relative to standards developed from fundamental SI base units (SI = International System of Units) as dry-air mole fractions, a unit that is conserved with changes in temperature and pressure (Box 2.1). This eliminates dilution by $H_2O$ vapour, which can reach 4% of total atmospheric composition. Here, the following abbreviations are used: ppm = $\mu mol\ mol^{-1}$; ppb = $nmol\ mol^{-1}$; and ppt = $pmol\ mol^{-1}$. Unless noted otherwise, averages of National Oceanic and Atmospheric Administration (NOAA) and Advanced Global Atmospheric Gases Experiment (AGAGE) annually averaged surface global mean mole fractions is described in Section 2.2.1 (see Supplementary Material 2.SM.2 for further species not listed here).

Table 2.1 summarizes globally, annually averaged well-mixed GHG mole fractions from four independent measurement programs. Sampling strategies and techniques for estimating global means and their uncertainties vary among programs. Differences among measurement programs are relatively small and will not add significantly to uncertainty in RF. Time series of the well-mixed GHG are plotted in Figures 2.1 ($CO_2$), 2.2 ($CH_4$), 2.3 ($N_2O$), and 2.4 (halogen-containing compounds).

### 2.2.1.1 Kyoto Protocol Gases (Carbon Dioxide, Methane, Nitrous Oxide, Hydrofluorocarbons, Perfluorocarbons and Sulphur Hexafluoride)

#### 2.2.1.1.1 Carbon Dioxide

Precise, accurate systematic measurements of atmospheric $CO_2$ at Mauna Loa, Hawaii and South Pole were started by C. D. Keeling from Scripps Institution of Oceanography in the late 1950s (Keeling et al., 1976a; Keeling et al., 1976b). The 1750 globally averaged abundance of atmospheric $CO_2$ based on measurements of air extracted from ice cores and from firn is 278 ± 2 ppm (Etheridge et al., 1996). Globally averaged $CO_2$ mole fractions since the start of the instrumental record

**Table 2.1** | Global annual mean surface dry-air mole fractions and their change since 2005 for well-mixed greenhouse gases (GHGs) from four measurement networks. Units are ppt except where noted. Uncertainties are 90% confidence intervals[a]. REs (radiative efficiency) and lifetimes (except $CH_4$ and $N_2O$, which are from Prather et al., 2012) are from Chapter 8.

| Species | Lifetime (yr) | RE (W m⁻² ppb⁻¹) | 2011 Global Annual Mean | | | Global Increase from 2005 to 2011 | | |
|---|---|---|---|---|---|---|---|---|
| | | | UCI | SIO[b]/AGAGE | NOAA | UCI | SIO[b]/AGAGE | NOAA |
| $CO_2$ (ppm) | | $1.37 \times 10^{-5}$ | | 390.48 ± 0.28 | 390.44 ± 0.16 | | 11.67 ± 0.37 | 11.66 ± 0.13 |
| $CH_4$ (ppb) | 9.1 | $3.63 \times 10^{-4}$ | 1798.1 ± 0.6 | 1803.1 ± 4.8 | 1803.2 ± 1.2 | 26.6 ± 0.9 | 28.9 ± 6.8 | 28.6 ± 0.9 |
| $N_2O$ (ppb) | 131 | $3.03 \times 10^{-3}$ | | 324.0 ± 0.1 | 324.3 ± 0.1 | | 4.7 ± 0.2 | 5.24 ± 0.14 |
| $SF_6$ | 3200 | 0.575 | | 7.26 ± 0.02 | 7.31 ± 0.02 | | 1.65 ± 0.03 | 1.64 ±0.01 |
| $CF_4$ | 50,000 | 0.1 | | 79.0 ± 0.1 | | | 4.0 ± 0.2 | |
| $C_2F_6$ | 10,000 | 0.26 | | 4.16 ± 0.02 | | | 0.50 ± 0.03 | |
| HFC-125 | 28.2 | 0.219 | | 9.58 ± 0.04 | | | 5.89 ± 0.07 | |
| HFC-134a | 13.4 | 0.159 | 63.4 ± 0.9 | 62.4 ± 0.3 | 63.0 ± 0.6 | 27.7 ± 1.4 | 28.2 ± 0.4 | 28.2 ± 0.1 |
| HFC-143a | 47.1 | 0.159 | | 12.04 ± 0.07 | | | 6.39 ± 0.10 | |
| HFC-152a | 1.5 | 0.094 | | 6.4 ± 0.1 | | | 3.0 ± 0.2 | |
| HFC-23 | 222 | 0.176 | | 24.0 ± 0.3 | | | 5.2 ± 0.6 | |
| CFC-11 | 45 | 0.263 | 237.9 ± 0.8 | 236.9 ± 0.1 | 238.5 ± 0.2 | −13.2 ± 0.8 | −12.7 ± 0.2 | −13.0 ± 0.1 |
| CFC-12 | 100 | 0.32 | 525.3 ± 0.8 | 529.5 ± 0.2 | 527.4 ± 0.4 | −12.8 ± 0.8 | −13.4 ± 0.3 | −14.1 ± 0.1 |
| CFC-113 | 85 | 0.3 | 74.9 ± 0.6 | 74.29 ± 0.06 | 74.40 ± 0.04 | −4.6 ± 0.8 | −4.25 ± 0.08 | −4.35 ±0.02 |
| HCFC-22 | 11.9 | 0.2 | 209.0 ± 1.2 | 213.4 ± 0.8 | 213.2 ± 1.2 | 41.5 ± 1.4 | 44.6 ± 1.1 | 44.3 ± 0.2 |
| HCFC-141b | 9.2 | 0.152 | 20.8 ± 0.5 | 21.38 ± 0.09 | 21.4 ± 0.2 | 3.7 ± 0.5 | 3.70 ± 0.1 | 3.76 ± 0.03 |
| HCFC-142b | 17.2 | 0.186 | 21.0 ± 0.5 | 21.35 ± 0.06 | 21.0 ± 0.1 | 4.9 ± 0.5 | 5.72 ± 0.09 | 5.73 ± 0.04 |
| $CCl_4$ | 26 | 0.175 | 87.8 ± 0.6 | 85.0 ± 0.1 | 86.5 ± 0.3 | −6.4 ± 0.5 | −6.9 ± 0.2 | −7.8 ± 0.1 |
| $CH_3CCl_3$ | 5 | 0.069 | 6.8 ± 0.6 | 6.3 ± 0.1 | 6.35 ± 0.07 | −14.8 ± 0.5 | −11.9 ± 0.2 | −12.1 ± 0.1 |

Notes:

AGAGE = Advanced Global Atmospheric Gases Experiment; NOAA = National Oceanic and Atmospheric Administration, Earth System Research Laboratory, Global Monitoring Division; SIO = Scripps Institution of Oceanography, University of California, San Diego; UCI = University of California, Irvine, Department of Chemistry. HFC-125 = $CHF_2CF_3$; HFC-134a = $CH_2FCF_3$; HFC-143a = $CH_3CF_3$; HFC-152a = $CH_3CHF_2$; HFC-23 = $CHF_3$; CFC-11 = $CCl_3F$; CFC-12 = $CCl_2F_2$; CFC-113 = $CClF_2CCl_2F$; HCFC-22 = $CHClF_2$; HCFC-141b = $CH_3CCl_2F$; HCFC-142b = $CH_3CClF_2$.

[a]   Each program uses different methods to estimate uncertainties.

[b]   SIO reports only $CO_2$; all other values reported in these columns are from AGAGE. SIO $CO_2$ program and AGAGE are not affiliated with each other.

Budget lifetimes are shown; for $CH_4$ and $N_2O$, perturbation lifetimes (12.4 years for $CH_4$ and 121 years for $N_2O$) are used to estimate global warming potentials (Chapter 8).

Year 1750 values determined from air extracted from ice cores are below detection limits for all species except $CO_2$ (278 ± 2 ppm), $CH_4$ (722 ± 25 ppb), $N_2O$ (270 ± 7 ppb) and $CF_4$ (34.7 ± 0.2 ppt). Centennial variations up to 10 ppm $CO_2$, 40 ppb $CH_4$, and 10 ppb occur throughout the late-Holocene (Chapter 6).

BLM_0073675

are plotted in Figure 2.1. The main features in the contemporary $CO_2$ record are the long-term increase and the seasonal cycle resulting from photosynthesis and respiration by the terrestrial biosphere, mostly in the Northern Hemisphere (NH). The main contributors to increasing atmospheric $CO_2$ abundance are fossil fuel combustion and land use change (Section 6.3). Multiple lines of observational evidence indicate that during the past few decades, most of the increasing atmospheric burden of $CO_2$ is from fossil fuel combustion (Tans, 2009). Since the last year for which the AR4 reported (2005), $CO_2$ has increased by 11.7 ppm to 390.5 ppm in 2011 (Table 2.1). From 1980 to 2011, the average annual increase in globally averaged $CO_2$ (from 1 January in one year to 1 January in the next year) was 1.7 ppm yr$^{-1}$ (1 standard deviation = 0.5 ppm yr$^{-1}$; 1 ppm globally corresponds to 2.1 PgC increase in the atmospheric burden). Since 2001, $CO_2$ has increased at 2.0 ppm yr$^{-1}$ (1 standard deviation = 0.3 ppm yr$^{-1}$). The $CO_2$ growth rate varies from year to year; since 1980 the range in annual increase is $0.7 \pm 0.1$ ppm in 1992 to $2.9 \pm 0.1$ ppm in 1998. Most of this interannual variability in growth rate is driven by small changes in the balance between photosynthesis and respiration on land, each having global fluxes of ~120 PgC yr$^{-1}$ (Chapter 6).

#### 2.2.1.1.2    Methane

Globally averaged $CH_4$ in 1750 was $722 \pm 25$ ppb (after correction to the NOAA-2004 $CH_4$ standard scale) (Etheridge et al., 1998; Dlugokencky et al., 2005), although human influences on the global $CH_4$ budget may have begun thousands of years earlier than this time that is normally considered 'pre-industrial' (Ruddiman, 2003; Ferretti et al., 2005; Ruddiman, 2007). In 2011, the global annual mean was 1803 $\pm$ 2 ppb. Direct atmospheric measurements of $CH_4$ of sufficient spatial coverage to calculate global annual means began in 1978 and are plotted through 2011 in Figure 2.2a. This time period is characterized by a decreasing growth rate (Figure 2.2b) from the early 1980s until 1998, stabilization from 1999 to 2006, and an increasing atmospheric burden from 2007 to 2011 (Rigby et al., 2008; Dlugokencky et al.,



**Figure 2.2 |** (a) Globally averaged $CH_4$ dry-air mole fractions from UCI (green; four values per year, except prior to 1984, when they are of lower and varying frequency), AGAGE (red; monthly), and NOAA/ESRL/GMD (blue; quasi-weekly). (b) Instantaneous growth rate for globally averaged atmospheric $CH_4$ using the same colour code as in (a). Growth rates were calculated as in Figure 2.1.

2009). Assuming no long-term trend in hydroxyl radical (OH) concentration, the observed decrease in $CH_4$ growth rate from the early 1980s through 2006 indicates an approach to steady state where total global emissions have been approximately constant at ~550 Tg ($CH_4$) yr$^{-1}$. Superimposed on the long-term pattern is significant interannual variability; studies of this variability are used to improve understanding of the global $CH_4$ budget (Chapter 6). The most likely drivers of increased atmospheric methane were anomalously high temperatures in the Arctic in 2007 and greater than average precipitation in the tropics during 2007 and 2008 (Dlugokencky et al., 2009; Bousquet, 2011). Observations of the difference in $CH_4$ between zonal averages for northern and southern polar regions (53° to 90°) (Dlugokencky et al., 2009, 2011) suggest that, so far, it is unlikely there has been a permanent measureable increase in Arctic $CH_4$ emissions from wetlands and shallow sub-sea $CH_4$ clathrates.

Reaction with the hydroxyl radical (OH) is the main loss process for $CH_4$ (and for hydrofluorocarbons (HFCs) and hydrochlorofluorocarbons (HCFCs)), and it is the largest term in the global $CH_4$ budget. Therefore, trends and interannual variability in OH concentration significantly impact our understanding of changes in $CH_4$ concentration. Methyl chloroform ($CH_3CCl_3$; Section 2.2.1.2) has been used extensively to estimate globally averaged OH concentrations (e.g., Prinn et al., 2005). AR4 reported no trend in OH from 1979 to 2004, and there is no evidence from this assessment to change that conclusion for 2005 to 2011. Montzka et al. (2011a) exploited the exponential decrease and small emissions in $CH_3CCl_3$ to show that interannual variations in OH concentration from 1998 to 2007 are $2.3 \pm 1.5\%$, which is consistent with estimates based on $CH_4$, tetrachloroethene ($C_2Cl_4$), dichloromethane ($CH_2Cl_2$), chloromethane ($CH_3Cl$) and bromomethane ($CH_3Br$).

#### 2.2.1.1.3    Nitrous Oxide

Globally averaged $N_2O$ in 2011 was 324.2 ppb, an increase of 5.0 ppb over the value reported for 2005 in AR4 (Table 2.1). This is an increase



**Figure 2.1 |** (a) Globally averaged $CO_2$ dry-air mole fractions from Scripps Institution of Oceanography (SIO) at monthly time resolution based on measurements from Mauna Loa, Hawaii and South Pole (red) and NOAA/ESRL/GMD at quasi-weekly time resolution (blue). SIO values are deseasonalized. (b) Instantaneous growth rates for globally averaged atmospheric $CO_2$ using the same colour code as in (a). Growth rates are calculated as the time derivative of the deseasonalized global averages (Dlugokencky et al., 1994).

BLM_0073676



**Figure 2.3 |** (a) Globally averaged N$_2$O dry-air mole fractions from AGAGE (red) and NOAA/ESRL/GMD (blue) at monthly resolution. (b) Instantaneous growth rates for globally averaged atmospheric N$_2$O. Growth rates were calculated as in Figure 2.1.

of 20% over the estimate for 1750 from ice cores, 270 ± 7 ppb (Prather et al., 2012). Measurements of N$_2$O and its isotopic composition in firn air suggest the increase, at least since the early 1950s, is dominated by emissions from soils treated with synthetic and organic (manure) nitrogen fertilizer (Rockmann and Levin, 2005; Ishijima et al., 2007; Davidson, 2009; Syakila and Kroeze, 2011). Since systematic measurements began in the late 1970s, N$_2$O has increased at an average rate of ~0.75 ppb yr$^{-1}$ (Figure 2.3). Because the atmospheric burden of CFC-12 is decreasing, N$_2$O has replaced CFC-12 as the third most important well-mixed GHG contributing to RF (Elkins and Dutton, 2011).

Persistent latitudinal gradients in annually averaged N$_2$O are observed at background surface sites, with maxima in the northern subtropics, values about 1.7 ppb lower in the Antarctic, and values about 0.4 ppb lower in the Arctic (Huang et al., 2008). These persistent gradients contain information about anthropogenic emissions from fertilizer use at northern tropical to mid-latitudes and natural emissions from soils and ocean upwelling regions of the tropics. N$_2$O time series also contain seasonal variations with peak-to-peak amplitudes of about 1 ppb in high latitudes of the NH and about 0.4 ppb at high southern and tropical latitudes. In the NH, exchange of air between the stratosphere (where N$_2$O is destroyed by photochemical processes) and troposphere is the dominant contributor to observed seasonal cycles, not seasonality in emissions (Jiang et al., 2007). Nevison et al. (2011) found correlations between the magnitude of detrended N$_2$O seasonal minima and lower stratospheric temperature, providing evidence for a stratospheric influence on the timing and amplitude of the seasonal cycle at surface monitoring sites. In the Southern Hemisphere (SH), observed seasonal cycles are also affected by stratospheric influx, and by ventilation and thermal out-gassing of N$_2$O from the oceans.

#### 2.2.1.1.4 Hydrofluorocarbons, Perfluorocarbons, Sulphur Hexafluoride and Nitrogen Trifluoride

The budgets of HFCs, PFCs and SF$_6$ were recently reviewed in Chapter 1 of the Scientific Assessment of Ozone Depletion: 2010 (Montzka et al., 2011b), so only a brief description is given here. The current atmos-

pheric abundances of these species are summarized in Table 2.1 and plotted in Figure 2.4.

Atmospheric HFC abundances are low and their contribution to RF is small relative to that of the CFCs and HCFCs they replace (less than 1% of the total by well-mixed GHGs; Chapter 8). As they replace CFCs and HCFCs phased out by the Montreal Protocol, however, their contribution to future climate forcing is projected to grow considerably in the absence of controls on global production (Velders et al., 2009).

HFC-134a is a replacement for CFC-12 in automobile air conditioners and is also used in foam blowing applications. In 2011, it reached 62.7 ppt, an increase of 28.2 ppt since 2005. Based on analysis of high-frequency measurements, the largest emissions occur in North America, Europe and East Asia (Stohl et al., 2009).

HFC-23 is a by-product of HCFC-22 production. Direct measurements of HFC-23 in ambient air at five sites began in 2007. The 2005 global annual mean used to calculate the increase since AR4 in Table 2.1, 5.2 ppt, is based on an archive of air collected at Cape Grim, Tasmania (Miller et al., 2010). In 2011, atmospheric HFC-23 was at 24.0 ppt. Its growth rate peaked in 2006 as emissions from developing countries



**Figure 2.4 |** Globally averaged dry-air mole fractions at the Earth's surface of the major halogen-containing well-mixed GHG. These are derived mainly using monthly mean measurements from the AGAGE and NOAA/ESRL/GMD networks. For clarity, only the most abundant chemicals are shown in different compound classes and results from different networks have been combined when both are available.

BLM_0073677

increased, then declined as emissions were reduced through abatement efforts under the Clean Development Mechanism (CDM) of the UNFCCC. Estimates of total global emissions based on atmospheric observations and bottom-up inventories agree within uncertainties (Miller et al., 2010; Montzka et al., 2010). Currently, the largest emissions of HFC-23 are from East Asia (Yokouchi et al., 2006; Kim et al., 2010; Stohl et al., 2010); developed countries emit less than 20% of the global total. Keller et al. (2011) found that emissions from developed countries may be larger than those reported to the UNFCCC, but their contribution is small. The lifetime of HFC-23 was revised from 270 to 222 years since AR4.

After HFC-134a and HFC-23, the next most abundant HFCs are HFC-143a at 12.04 ppt in 2011, 6.39 ppt greater than in 2005; HFC-125 (O'Doherty et al., 2009) at 9.58 ppt, increasing by 5.89 ppt since 2005; HFC-152a (Greally et al., 2007) at 6.4 ppt with a 3.0 ppt increase since 2005; and HFC-32 at 4.92 ppt in 2011, 3.77 ppt greater than in 2005. Since 2005, all of these were increasing exponentially except for HFC-152a, whose growth rate slowed considerably in about 2007 (Figure 2.4). HFC-152a has a relatively short atmospheric lifetime of 1.5 years, so its growth rate will respond quickly to changes in emissions. Its major uses are as a foam blowing agent and aerosol spray propellant while HFC-143a, HFC-125, and HFC-32 are mainly used in refrigerant blends. The reasons for slower growth in HFC-152a since about 2007 are unclear. Total global emissions of HFC-125 estimated from the observations are within about 20% of emissions reported to the UNFCCC, after accounting for estimates of unreported emissions from East Asia (O'Doherty et al., 2009).

$CF_4$ and $C_2F_6$ (PFCs) have lifetimes of 50 kyr and 10 kyr, respectively, and they are emitted as by-products of aluminium production and used in plasma etching of electronics. $CF_4$ has a natural lithospheric source (Deeds et al., 2008) with a 1750 level determined from Greenland and Antarctic firn air of $34.7 \pm 0.2$ ppt (Worton et al., 2007; Muhle et al., 2010). In 2011, atmospheric abundances were 79.0 ppt for $CF_4$, increasing by 4.0 ppt since 2005, and 4.16 ppt for $C_2F_6$, increasing by 0.50 ppt. The sum of emissions of $CF_4$ reported by aluminium producers and for non-aluminium production in EDGAR (Emission Database for Global Atmospheric Research) v4.0 accounts for only about half of global emissions inferred from atmospheric observations (Muhle et al., 2010). For $C_2F_6$, emissions reported to the UNFCCC are also substantially lower than those estimated from atmospheric observations (Muhle et al., 2010).

The main sources of atmospheric $SF_6$ emissions are electricity distribution systems, magnesium production, and semi-conductor manufacturing. Global annual mean $SF_6$ in 2011 was 7.29 ppt, increasing by 1.65 ppt since 2005. $SF_6$ has a lifetime of 3200 years, so its emissions accumulate in the atmosphere and can be estimated directly from its observed rate of increase. Levin et al. (2010) and Rigby et al. (2010) showed that $SF_6$ emissions decreased after 1995, most likely because of emissions reductions in developed countries, but then increased after 1998. During the past decade, they found that actual $SF_6$ emissions from developed countries are at least twice the reported values.

$NF_3$ was added to the list of GHG in the Kyoto Protocol with the Doha Amendment, December, 2012. Arnold et al. (2013) determined 0.59 ppt

for its global annual mean mole fraction in 2008, growing from almost zero in 1978. In 2011, $NF_3$ was 0.86 ppt, increasing by 0.49 ppt since 2005. These abundances were updated from the first work to quantify $NF_3$ by Weiss et al. (2008). Initial bottom-up inventories underestimated its emissions; based on the atmospheric observations, $NF_3$ emissions were $1.18 \pm 0.21$ Gg in 2011 (Arnold et al., 2013).

In summary, it is certain that atmospheric burdens of well-mixed GHGs targeted by the Kyoto Protocol increased from 2005 to 2011. The atmospheric abundance of $CO_2$ was $390.5 \pm 0.2$ ppm in 2011; this is 40% greater than before 1750. Atmospheric $N_2O$ was $324.2 \pm 0.2$ ppb in 2011 and has increased by 20% since 1750. Average annual increases in $CO_2$ and $N_2O$ from 2005 to 2011 are comparable to those observed from 1996 to 2005. Atmospheric $CH_4$ was $1803.2 \pm 2.0$ ppb in 2011; this is 150% greater than before 1750. $CH_4$ began increasing in 2007 after remaining nearly constant from 1999 to 2006. HFCs, PFCs, and $SF_6$ all continue to increase relatively rapidly, but their contributions to RF are less than 1% of the total by well-mixed GHGs (Chapter 8).

### 2.2.1.2 Ozone-Depleting Substances (Chlorofluorocarbons, Chlorinated Solvents, and Hydrochlorofluorocarbons)

CFC atmospheric abundances are decreasing (Figure 2.4) because of the successful reduction in emissions resulting from the Montreal Protocol. By 2010, emissions from ODSs had been reduced by ~11 Pg $CO_2$-eq $yr^{-1}$, which is five to six times the reduction target of the first commitment period (2008–2012) of the Kyoto Protocol (2 PgCO$_2$-eq $yr^{-1}$) (Velders et al., 2007). These avoided equivalent-$CO_2$ emissions account for the offsets to RF by stratospheric $O_3$ depletion caused by ODSs and the use of HFCs as substitutes for them. Recent observations in Arctic and Antarctic firn air further confirm that emissions of CFCs are entirely anthropogenic (Martinerie et al., 2009; Montzka et al., 2011b). CFC-12 has the largest atmospheric abundance and GWP-weighted emissions (which are based on a 100-year time horizon) of the CFCs. Its tropospheric abundance peaked during 2000–2004. Since AR4, its global annual mean mole fraction declined by 13.8 ppt to 528.5 ppt in 2011. CFC-11 continued the decrease that started in the mid-1990s, by 12.9 ppt since 2005. In 2011, CFC-11 was 237.7 ppt. CFC-113 decreased by 4.3 ppt since 2005 to 74.3 ppt in 2011. A discrepancy exists between top-down and bottom-up methods for calculating CFC-11 emissions (Montzka et al., 2011b). Emissions calculated using top-down methods come into agreement with bottom-up estimates when a lifetime of 64 years is used for CFC-11 in place of the accepted value of 45 years; this longer lifetime (64 years) is at the upper end of the range estimated by Douglass et al. (2008) with models that more accurately simulate stratospheric circulation. Future emissions of CFCs will largely come from 'banks' (i.e., material residing in existing equipment or stores) rather than current production.

The mean decrease in globally, annually averaged carbon tetrachloride ($CCl_4$) based on NOAA and AGAGE measurements since 2005 was 7.4 ppt, with an atmospheric abundance of 85.8 ppt in 2011 (Table 2.1). The observed rate of decrease and inter-hemispheric difference of $CCl_4$ suggest that emissions determined from the observations are on average greater and less variable than bottom-up emission estimates, although large uncertainties in the $CCl_4$ lifetime result in large uncertainties in the top-down estimates of emissions (Xiao et al., 2010;

BLM_0073678

Montzka et al., 2011b). $CH_3CCl_3$ has declined exponentially for about a decade, decreasing by 12.0 ppt since 2005 to 6.3 ppt in 2011.

HCFCs are classified as 'transitional substitutes' by the Montreal Protocol. Their global production and use will ultimately be phased out, but their global production is not currently capped and, based on changes in observed spatial gradients, there has likely been a shift in emissions within the NH from regions north of about 30°N to regions south of 30°N (Montzka et al., 2009). Global levels of the three most abundant HCFCs in the atmosphere continue to increase. HCFC-22 increased by 44.5 ppt since 2005 to 213.3 ppt in 2011. Developed country emissions of HCFC-22 are decreasing, and the trend in total global emissions is driven by large increases from south and Southeast Asia (Saikawa et al., 2012). HCFC-141b increased by 3.7 ppt since 2005 to 21.4 ppt in 2011, and for HCFC-142b, the increase was 5.73 ppt to 21.1 ppt in 2011. The rates of increase in these three HCFCs increased since 2004, but the change in HCFC-141b growth rate was smaller and less persistent than for the other two, which approximately doubled from 2004 to 2007 (Montzka et al., 2009).

In summary, for ODS, whose production and consumption are controlled by the Montreal Protocol, it is certain that the global mean abundances of major CFCs are decreasing and HCFCs are increasing. Atmospheric burdens of CFC-11, CFC-12, CFC-113, $CCl_4$, $CH_3CCl_3$ and some halons have decreased since 2005. HCFCs, which are transitional substitutes for CFCs, continue to increase, but the spatial distribution of their emissions is changing.

### 2.2.2    Near-Term Climate Forcers

This section covers observed trends in stratospheric water vapour; stratospheric and tropospheric ozone ($O_3$); the $O_3$ precursor gases, nitrogen dioxide ($NO_2$) and carbon monoxide (CO); and column and surface aerosol. Since trend estimates from the cited literature are used here, issues such as data records of different length, potential lack of comparability among measurement methods and different trend calculation methods, add to the uncertainty in assessing trends.

#### 2.2.2.1    Stratospheric Water Vapour

Stratospheric $H_2O$ vapour has an important role in the Earth's radiative balance and in stratospheric chemistry. Increased stratospheric $H_2O$ vapour causes the troposphere to warm and the stratosphere to cool (Manabe and Strickler, 1964; Solomon et al., 2010), and also causes increased rates of stratospheric $O_3$ loss (Stenke and Grewe, 2005). Water vapour enters the stratosphere through the cold tropical tropopause. As moisture-rich air masses are transported through this region, most water vapour condenses resulting in extremely dry lower stratospheric air. Because tropopause temperature varies seasonally, so does $H_2O$ abundance there. Other contributions include oxidation of methane within the stratosphere, and possibly direct injection of $H_2O$ vapour in overshooting deep convection (Schiller et al., 2009). AR4 reported that stratospheric $H_2O$ vapour showed significant long-term variability and an upward trend over the last half of the 20th century, but no net increase since 1996. This updated assessment finds large interannual variations that have been observed by independent measurement techniques, but no significant net changes since 1996.

The longest continuous time series of stratospheric water vapour abundance is from *in situ* measurements made with frost point hygrometers starting in 1980 over Boulder, USA (40°N, 105°W) (Scherer et al., 2008), with values ranging from 3.5 to 5.5 ppm, depending on altitude. These observations have been complemented by long-term global satellite observations from SAGE II (1984–2005; Stratospheric Aerosol and Gas Experiment II (Chu et al., 1989)), HALOE (1991–2005; HALogen Occultation Experiment (Russell et al., 1993)), Aura MLS (2004–present; Microwave Limb Sounder (Read et al., 2007)) and Envisat MIPAS (2002-2012; Michelson Interferometer for Passive Atmospheric Sounding (Milz et al., 2005; von Clarmann et al., 2009)). Discrepancies in water vapour mixing ratios from these different instruments can be attributed to differences in the vertical resolution of measurements, along with other factors. For example, offsets of up to 0.5 ppm in lower stratospheric water vapour mixing ratios exist between the most current versions of HALOE (v19) and Aura MLS (v3.3) retrievals during their 16-month period of overlap (2004 to 2005), although such biases can be removed to generate long-term records. Since AR4, new studies characterize the uncertainties in measurements from individual types of *in situ* $H_2O$ sensors (Vömel et al., 2007b; Vömel et al., 2007a; Weinstock et al., 2009), but discrepancies between different instruments (50 to 100% at $H_2O$ mixing ratios less than 10 ppm), particularly for high-altitude measurements from aircraft, remain largely unexplained.

Observed anomalies in stratospheric $H_2O$ from the near-global combined HALOE+MLS record (1992–2011) (Figure 2.5) include effects linked to the stratospheric quasi-biennial oscillation (QBO) influence on tropopause temperatures, plus a step-like drop after 2001 (noted in AR4), and an increasing trend since 2005. Variability during 2001–2011 was large yet there was only a small net change from 1992 through 2011. These interannual water vapour variations for the satellite record are closely linked to observed changes in tropical tropopause temperatures (Fueglistaler and Haynes, 2005; Randel et al., 2006; Rosenlof and Reid, 2008; Randel, 2010), providing reasonable understanding of observed changes. The longer record of Boulder balloon measurements (since 1980) has been updated and reanalyzed (Scherer et al., 2008; Hurst et al., 2011), showing deca dal-scale variability and a long-term stratospheric (16 to 26 km) increase of $1.0 \pm 0.2$ ppm for 1980–2010. Agreement between interannual changes inferred from the Boulder and HALOE+MLS data is good for the period since 1998 but was poor during 1992–1996. About 30% of the positive trend during 1980–2010 determined from frost point hygrometer data (Fujiwara et al., 2010; Hurst et al., 2011) can be explained by increased production of $H_2O$ from $CH_4$ oxidation (Rohs et al., 2006), but the remainder cannot be explained by changes in tropical tropopause temperatures (Fueglistaler and Haynes, 2005) or other known factors.

In summary, near-global satellite measurements of stratospheric $H_2O$ show substantial variability for 1992–2011, with a step-like decrease after 2000 and increases since 2005. Because of this large variability and relatively short time series, *confidence* in long-term stratospheric $H_2O$ trends is *low*. There is good understanding of the relationship between the satellite-derived $H_2O$ variations and tropical tropopause temperature changes. Stratospheric $H_2O$ changes from temporally sparse balloon-borne observations at one location (Boulder, Colorado) are in good agreement with satellite observations from 1998 to the present, but discrepancies exist for changes during 1992–1996. Long-

BLM_0073679



**Figure 2.5 |** Water vapour anomalies in the lower stratosphere (~16 to 19 km) from satellite sensors and *in situ* measurements normalized to 2000–2011. (a) Monthly mean water vapour anomalies at 83 hPa for 60°S to 60°N (blue) determined from HALOE and MLS satellite sensors. (b) Approximately monthly balloon-borne measurements of stratospheric water vapour from Boulder, Colorado at 40°N (green dots; green curve is 15-point running mean) averaged over 16 to 18 km and monthly means as in (a), but averaged over 30°N to 50°N (black)

term balloon measurements from Boulder indicate a net increase of 1.0 ± 0.2 ppm over 16 to 26 km for 1980–2010, but these long-term increases cannot be fully explained by changes in tropical tropopause temperatures, methane oxidation or other known factors.

### 2.2.2.2   Stratospheric Ozone

AR4 did not explicitly discuss measured stratospheric ozone trends. For the current assessment report such trends are relevant because they are the basis for revising the RF from –0.05 ± 0.10 W m⁻² in 1750 to –0.10 ± 0.15 W m⁻² in 2005 (Section 8.3.3.2). These values strongly depend on the vertical distribution of the stratospheric ozone changes.

Total ozone is a good proxy for stratospheric ozone because tropospheric ozone accounts for only about 10% of the total ozone column. Long-term total ozone changes over various latitudinal belts, derived from Weber et al. (2012), are illustrated in Figure 2.6 (a–d). Annually averaged total column ozone declined during the 1980s and early 1990s and has remained constant for the past decade, about 3.5 and 2.5% below the 1964–1980 average for the entire globe (not shown) and 60°S to 60°N, respectively, with changes occurring mostly outside the tropics, particularly the SH, where the current extratropical (30°S to 60°S) mean values are 6% below the 1964–1980 average, compared to 3.5% for the NH extratropics (Douglass et al., 2011). In the NH, the 1993 minimum of about –6% was caused primarily by ozone loss through heterogeneous reactions on volcanic aerosols from Mt. Pinatubo.

Two altitude regions are mainly responsible for long-term changes in total column ozone (Douglass et al., 2011). In the upper stratosphere (35 to 45 km), there was a strong and statistically significant decline (about 10%) up to the mid-1990s and little change or a slight increase since. The lower stratosphere, between 20 and 25 km over mid-latitudes, also experienced a statistically significant decline (7 to 8%) between 1979 and the mid-1990s, followed by stabilization or a slight (2 to 3%) ozone increase.

Springtime averages of total ozone poleward of 60° latitude in the Arctic and Antarctic are shown in Figure 2.6e. By far the strongest ozone loss in the stratosphere occurs in austral spring over Antarctica (ozone hole) and its impact on SH climate is discussed in Chapters 11, 12 and 14. Interannual variability in polar stratospheric ozone abundance and chemistry is driven by variability in temperature and transport due to year-to-year differences in dynamics. This variability is particularly large in the Arctic, where the most recent large depletion occurred in 2011, when chemical ozone destruction was, for the first time in the observational record, comparable to that in the Antarctic (Manney et al., 2011).

In summary, it is certain that global stratospheric ozone has declined from pre-1980 values. Most of the decline occurred prior to the mid-1990s; since then there has been little net change and ozone has remained nearly constant at about 3.5% below the 1964–1980 level.

BLM_0073680

**2**



**Figure 2.6 |** Zonally averaged, annual mean total column ozone in Dobson Units (DU; 1 DU = $2.69 \times 10^{16}$ $O_3$/cm²) from ground-based measurements combining Brewer, Dobson, and filter spectrometer data WOUDC (red), GOME/SCIAMACHY/GOME-2 GSG (green) and merged satellite BUV/TOMS/SBUV/OMI MOD V8 (blue) for (a) Non-Polar Global (60°S to 60°N), (b) NH (30°N to 60°N), (c) Tropics (25°S to 25°N), (d) SH (30°S to 60°S) and (e) March NH Polar (60°N to 90°N) and October SH Polar. (Adapted from Weber et al., 2012; see also for abbreviations.)

### 2.2.2.3   Tropospheric Ozone

Tropospheric ozone is a short-lived trace gas that either originates in the stratosphere or is produced *in situ* by precursor gases and sunlight (e.g., Monks et al., 2009). An important GHG with an estimated RF of 0.40 ± 0.20 W m⁻² (Chapter 8), tropospheric ozone also impacts human health and vegetation at the surface. Its average atmospheric lifetime of a few weeks produces a global distribution highly variable by season, altitude and location. These characteristics and the paucity of long-term measurements make the assessment of global ozone trends challenging. However, new studies since AR4 provide greater understanding of surface and free tropospheric ozone trends from the 1950s through 2010. An extensive compilation of measured ozone trends is presented in the Supplementary Material, Figure 2.SM.1 and Table 2.SM.2.

The earliest (1876–1910) quantitative ozone observations are limited to Montsouris near Paris where ozone averaged 11 ppb (Volz and Kley, 1988). Semiquantitative ozone measurements from more than 40 locations around the world in the late 1800s and early 1900s range from 5 to 32 ppb with large uncertainty (Pavelin et al., 1999). The low 19th century ozone values cannot be reproduced by most models (Section 8.2.3.1), and this discrepancy is an important factor contributing to uncertainty in RF calculations (Section 8.3.3.1). Limited quantitative measurements from the 1870s to 1950s indicate that surface ozone in Europe increased by more than a factor of 2 compared to observations made at the end of the 20th century (Marenco et al., 1994; Parrish et al., 2012).

Satellite-based tropospheric column ozone retrievals across the tropics and mid-latitudes reveal a greater burden in the NH than in the SH (Ziemke et al., 2011). Tropospheric column ozone trend analyses are few. An analysis by Ziemke et al. (2005) found no trend over the tropical Pacific Ocean but significant positive trends (5 to 9% per decade) in the mid-latitude Pacific of both hemispheres during 1979–2003. Significant positive trends (2 to 9% per decade) were found across broad regions of the tropical South Atlantic, India, southern China, southeast Asia, Indonesia and the tropical regions downwind of China (Beig and Singh, 2007).

Long-term ozone trends at the surface and in the free troposphere (of importance for calculating RF, Chapter 8) can be assessed only from *in situ* measurements at a limited number of sites, leaving large areas such as the tropics and SH sparsely sampled (Table 2.SM.2, Figure 2.7). Nineteen predominantly rural surface sites or regions around the globe have long-term records that stretch back to the 1970s, and in two cases the 1950s (Lelieveld et al., 2004; Parrish et al., 2012; Oltmans et al., 2013). Thirteen of these sites are in the NH, and 11 sites have statistically significant positive trends of 1 to 5 ppb per decade, corresponding to >100% ozone increases since the 1950s and 9 to 55% ozone increases since the 1970s. In the SH, three of six sites have significant trends of approximately 2 ppb per decade and three have insignificant trends. Free tropospheric monitoring since the 1970s is more limited. Significant positive trends since 1971 have been observed using ozone sondes above Western Europe, Japan and coastal Antarctica (rates of increase range from 1 to 3 ppb per decade), but not at all levels (Oltmans et al., 2013). In addition, aircraft have measured

BLM_0073681

significant upper tropospheric trends in one or more seasons above the north-eastern USA, the North Atlantic Ocean, Europe, the Middle East, northern India, southern China and Japan (Schnadt Poberaj et al., 2009). Insignificant free tropospheric trends were found above the Mid-Atlantic USA (1971–2010) (Oltmans et al., 2013) and in the upper troposphere above the western USA (1975–2001) (Schnadt Poberaj et al., 2009). No site or region showed a significant negative trend.

In recent decades ozone precursor emissions have decreased in Europe and North America and increased in Asia (Granier et al., 2011), impacting ozone production on regional and hemispheric scales (Skeie et al., 2011). Accordingly, 1990–2010 surface ozone trends vary regionally. In Europe ozone generally increased through much of the 1990s but since 2000 ozone has either levelled off or decreased at rural and mountaintop sites, as well as for baseline ozone coming ashore at Mace Head, Ireland (Tarasova et al., 2009; Logan et al., 2012; Parrish et al., 2012; Oltmans et al., 2013). In North America surface ozone has increased in eastern and Arctic Canada, but is unchanged in central and western Canada (Oltmans et al., 2013). Surface ozone has increased in baseline air masses coming ashore along the west coast of the USA (Parrish et al., 2012) and at half of the rural sites in the western USA during spring (Cooper et al., 2012). In the eastern USA surface ozone has decreased strongly in summer, is largely unchanged in spring and has increased in winter (Lefohn et al., 2010; Cooper et al., 2012). East Asian surface ozone is generally increasing (Table 2.SM.2) and at downwind sites ozone is increasing at Mauna Loa, Hawaii but decreasing at Minami Tori Shima in the subtropical western North Pacific (Oltmans et al., 2013). In the SH ozone has increased at the eight available sites, although trends are insignificant at four sites (Helmig et al., 2007; Oltmans et al., 2013).

Owing to methodological changes, free tropospheric ozone observations are most reliable since the mid-1990s. Ozone has decreased above Europe since 1998 (Logan et al., 2012) and is largely unchanged above Japan (Oltmans et al., 2013). Otherwise the remaining regions with measurements (North America, North Pacific Ocean, SH) show a range of positive trends (both significant and insignificant) depending on altitude, with no site having a negative trend at any altitude (Table 2.SM.2).

In summary, there is *medium confidence* from limited measurements in the late 19th through mid-20th century that European surface ozone more than doubled by the end of the 20th century. There is *medium confidence* from more widespread measurements beginning in the 1970s that surface ozone has increased at most (non-urban) sites in the NH (1 to 5 ppb per decade), while there is *low confidence* for ozone increases (2 ppb per decade) in the SH. Since 1990 surface ozone has *likely* increased in East Asia, while surface ozone in the eastern USA and Western Europe has levelled off or is decreasing. Ozone monitoring in the free troposphere since the 1970s is very limited and indicates a weaker rate of increase than at the surface. Satellite instruments can now quantify the present-day tropospheric ozone burden on a near-global basis; significant tropospheric ozone column increases were observed over extended tropical regions of southern Asia, as well as mid-latitude regions of the South and North Pacific Ocean since 1979.



**Figure 2.7 |** Annual average surface ozone concentrations from regionally representative ozone monitoring sites around the world. (a) Europe. (b) Asia and North America. (c) Remote sites in the Northern and Southern Hemispheres. The station name in the legend is followed by its latitude and elevation. Time series include data from all times of day and trend lines are linear regressions following the method of Parrish et al. (2012). Trend lines are fit through the full time series at each location, except for Jungfraujoch, Zugspitze, Arosa and Hohenpeissenberg where the linear trends end in 2000 (indicated by the dashed vertical line in (a)). Twelve of these 19 sites have significant positive ozone trends (i.e., a trend of zero lies outside the 95% confidence interval); the seven sites with non-significant trends are: Japanese MBL (marine boundary layer), Summit (Greenland), Barrow (Alaska), Storhofdi (Iceland), Samoa (tropical South Pacific Ocean), Cape Point (South Africa) and South Pole (Antarctica).

#### 2.2.2.4   Carbon Monoxide, Non-Methane Volatile Organic Compounds and Nitrogen Dioxide

Emissions of carbon monoxide (CO), non-methane volatile organic compounds (NMVOCs) and $NO_x$ ($NO + NO_2$) do not have a direct effect on RF, but affect climate indirectly as precursors to tropospheric $O_3$ and aerosol formation, and their impacts on OH concentrations and $CH_4$ lifetime. NMVOCs include aliphatic, aromatic and oxygenated hydrocarbons (e.g., aldehydes, alcohols and organic acids), and have atmospheric lifetimes ranging from hours to months. Global coverage of NMVOC measurements is poor, except for a few compounds. Reports on trends generally indicate declines in a range of NMVOCs in urban and rural regions of North America and Europe on the order of a few percent to more than 10% yr$^{-1}$. Global ethane levels reported by Simpson et al. (2012) declined by about 21% from 1986 to 2010. Measurements of air extracted from firn suggest that NMVOC concentrations were growing until 1980 and declined afterwards (Aydin et al., 2011; Worton et al., 2012). Satellite retrievals of formaldehyde column abundances from 1997 to 2007 show significant positive trends over northeastern China (4% yr$^{-1}$) and India (1.6% yr$^{-1}$), possibly related to strong increases in anthropogenic NMVOC emissions, whereas negative trends of about −3% yr$^{-1}$ are observed over Tokyo, Japan and the northeast USA urban corridor as a result of pollution regulation (De Smedt et al., 2010).

The major sources of atmospheric CO are *in situ* production by oxidation of hydrocarbons (mostly $CH_4$ and isoprene) and direct emission resulting from incomplete combustion of biomass and fossil fuels. An analysis of MOPITT (Measurements of Pollutants in the Troposphere) and AIRS (Atmospheric Infrared Sounder) satellite data suggest a clear and consistent decline of CO columns for 2002–2010 over a number of polluted regions in Europe, North America and Asia with a global trend of about −1% yr$^{-1}$ (Yurganov et al., 2010; Fortems-Cheiney et al., 2011; Worden et al., 2013). Analysis of satellite data using two known instruments for recent overlapping years shows qualitatively similar decreasing trends (Worden et al., 2013), but the magnitude of trends remains uncertain owing to the presence of instrument biases. Small CO decreases observed in the NOAA and AGAGE networks are consistent with slight declines in global anthropogenic CO emissions over the same time (Supplementary Material 2.SM.2).

Due to its short atmospheric lifetime (approximately hours), $NO_x$ concentrations are highly variable in time and space. AR4 described the potential of satellite observations of $NO_2$ to verify and improve $NO_x$ emission inventories and their trends and reported strong $NO_2$ increases by 50% over the industrial areas of China from 1996 to 2004. An extension of this analysis reveals increases between a factor of 1.7 and 3.2 over parts of China, while over Europe and the USA $NO_2$ has decreased by 30 to 50% between 1996 and 2010 (Hilboll et al., 2013).

Figure 2.8 shows the changes relative to 1996 in satellite-derived tropospheric $NO_2$ columns, with a strong upward trend over central eastern China and an overall downward trend in Japan, Europe and the USA. $NO_2$ reductions in the USA are very pronounced after 2004, related to differences in effectiveness of $NO_x$ emission abatements in the USA and also to changes in atmospheric chemistry of $NO_x$ (Russell et al., 2010). Increasingly, satellite data are used to derive trends in anthropogenic



**Figure 2.8 |** Relative changes in tropospheric $NO_2$ column amounts (logarithmic scale) in seven selected world regions dominated by high $NO_x$ emissions. Values are normalized for 1996 and derived from the GOME (Global Ozone Monitoring Experiment) instrument from 1996 to 2002 and SCIAMACHY (Scanning Imaging Spectrometer for Atmospheric Cartography) from 2003 to 2011 (Hilboll et al., 2013). The regions are indicated in the map inset.

$NO_x$ emissions, with Castellanos and Boersma (2012) reporting overall increases in global emissions, driven by Asian emission increases of up to 29% yr$^{-1}$ (1996–2006), while moderate decreases up to 7% yr$^{-1}$ (1996–2006) are reported for North America and Europe.

In summary, satellite and surface observations of ozone precursor gases $NO_x$, CO, and non-methane volatile organic carbons indicate strong regional differences in trends. Most notably, $NO_2$ has *likely* decreased by 30 to 50% in Europe and North America and increased by more than a factor of 2 in Asia since the mid-1990s.

### 2.2.3   Aerosols

This section assesses trends in aerosol resulting from both anthropogenic and natural sources. The significance of aerosol changes for global dimming and brightening is discussed in Section 2.3. Chapter 7 provides additional discussion of aerosol properties, while Chapter 8 discusses future RF and the ice-core records that contain information on aerosol changes prior to the 1980s. Chapter 11 assesses air quality–climate change interactions. Because of the short lifetime (days to weeks) of tropospheric aerosol, trends have a strong regional signature. Aerosol from anthropogenic sources (i.e., fossil and biofuel burning) are confined mainly to populated regions in the NH, whereas aerosol from natural sources, such as desert dust, sea salt, volcanoes and the biosphere, are important in both hemispheres and likely dependent on climate and land use change (Carslaw et al., 2010). Owing to interannual variability, long-term trends in aerosols from natural sources are more difficult to identify (Mahowald et al., 2010).

#### 2.2.3.1   Aerosol Optical Depth from Remote Sensing

AOD is a measure of the integrated columnar aerosols load and is an important parameter for evaluating aerosol–radiation interactions. AR4 described early attempts to retrieve AOD from satellites but did not provide estimates of temporal changes in tropospheric aerosol. Little high-accuracy information on AOD changes exists prior to 1995. Better satellite sensors and ground-based sun-photometer networks,

BLM_0073683

along with improved retrieval methods and methodological intercomparisons, allow assessment of regional AOD trends since about 1995.

AOD sun photometer measurements at two stations in northern Germany, with limited regional representativity, suggest a long-term decline of AOD in Europe since 1986 (Ruckstuhl et al., 2008). Ground-based, cloud-screened solar broadband radiometer measurements provide longer time-records than spectrally selective sun-photometer data, but are less specific for aerosol retrieval. Multi-decadal records over Japan (Kudo et al., 2011) indicate an AOD increase until the mid-1980s, followed by an AOD decrease until the late 1990s and almost constant AOD in the 2000s. Similar broad-band solar radiative flux multi-decadal trends have been observed for urban–industrial regions of Europe and North America (Wild et al., 2005), and were linked to successful measures to reduce sulphate (precursor) emissions since the mid-1980s (Section 2.3). An indirect method to estimate AOD is offered by ground-based visibility observations. These data are more ambiguous to interpret, but records go further back in time than broadband, sun photometer and satellite data. A multi-regional analysis for 1973–2007 (Wang et al., 2009a) shows that prior to the 1990s visibility-derived AOD was relatively constant in most regions analysed (except for positive trends in southern Asia), but after 1990 positive AOD trends were observed over Asia, and parts of South America, Australia and Africa, and mostly negative AOD trends were found over Europe. In North America, a small stepwise decrease of visibility after 1993 was likely related to methodological changes (Wang et al., 2012f).

AOD can be determined most accurately with sun photometers that measure direct solar intensity in the absence of cloud interferences with an absolute uncertainty of single measurements of ± 0.01% (Holben et al., 1998). AERONET (AErosol RObotic NETwork) is a global sun photometer network (Holben et al., 1998), with densest coverage over Europe and North America. AERONET AOD temporal trends were examined in independent studies (de Meij et al., 2012; Hsu et al., 2012; Yoon et al., 2012), using different data selection and statistical methods. Hsu et al. (2012) investigated AOD trends at 12 AERONET sites with data coverage of at least 10 years between 1997 and 2010. Yoon et al. (2012) investigated AOD and size trends at 14 AERONET sites with data coverage varying between 4 and 12 years between 1997 and 2009. DeMeij et al. (2012) investigated AOD between 2000 and 2009 (550 nm; monthly data) at 62 AERONET sites mostly located in USA and Europe. Each of these studies noted an increase in AOD over East Asia and reductions in North America and Europe. The only dense sun photometer network over southern Asia, ARFINET (Aerosol Radiative Forcing over India NETwork), shows an increase in AOD of about 2% yr$^{-1}$ during the last one to two decades (Krishna Moorthy et al., 2013), with an absolute uncertainty of ± 0.02 at 500 nm (Krishna Moorthy et al., 2007). In contrast, negative AOD trends are identified at more than 80% of examined European and North American AERONET sites (de Meij et al., 2012). Decreasing AOD is also observed near the west coast of northern Africa, where aerosol loads are dominated by Saharan dust outflow. Positive AOD trends are found over the Arabian Peninsula, where aerosol is dominated by dust. Inconsistent AOD trends reported for stations in central Africa result from the use of relatively short time series with respect to the large interannual variability caused by wildfires and dust emissions.

Aerosol products from dedicated satellite sensors complement surface-based AOD with better spatial coverage. The quality of the satellite-derived AOD strongly depends on the retrieval's ability to remove scenes contaminated by clouds and to accurately account for reflectivity at the Earth's surface. Due to relatively weak reflectance of incoming sunlight by the sea surface, the typical accuracy of retrieved AOD over oceans (uncertainty of 0.03 +0.05*AOD; Kahn et al. (2007)) is usually better than over continents (uncertainty of 0.05 +0.15*AOD, Levy et al. (2010)).

Satellite-based AOD trends at 550 nm over oceans from conservatively cloud-screened MODIS data (Zhang and Reid, 2010) for 2000–2009 are presented in Figure 2.9. Strongly positive AOD trends were observed over the oceans adjacent to southern and eastern Asia. Positive AOD trends are also observed over most tropical oceans. The negative MODIS AOD trends observed over coastal regions of Europe and near the east coast of the USA are in agreement with sun photometer observations and *in situ* measurements (Section 2.2.3.2) of aerosol mass in these regions. These regional changes over oceans are consistent with analyses of AVHRR (Advanced Very High Resolution Radiometer) trends for 1981–2005 (Mishchenko et al., 2007; Cermak et al., 2010; Zhao et al., 2011), except over the Southern Ocean (45°S to 60°S), where negative AOD trends of AVHRR retrievals are neither confirmed by MODIS after 2001 (Zhang and Reid, 2010) nor by ATSR-2 (Along Track Scanning Radiometer) for 1995–2001 (Thomas et al., 2010).

Satellite-based AOD changes for both land and oceans (Figure 2.9b) were examined with re-processed SeaWiFS (Sea-viewing Wide Field-of-view Sensor) AOD data for 1998–2010 (Hsu et al., 2012). A small positive global average AOD trend is reported, which is likely influenced by interannual natural aerosol emissions variability (e.g., related to ENSO or North Atlantic Oscillation (NAO); Box 2.5), and compensating larger positive and negative regional AOD trends. In addition, temporal changes in aerosol composition are ignored in the retrieval algorithms, giving more uncertain trends than suggested by statistical analysis alone (Mishchenko et al., 2012). Thus, *confidence* is *low* for global satellite derived AOD trends over these relatively short time periods.

The sign and magnitude of SeaWiFS regional AOD trends over continents are in agreement with most AOD trends by ground-based sun photometer data (see above) and with MODIS trends (Figure 2.9). The strong positive AOD trend over the Arabian Peninsula occurs mainly during spring (MAM) and summer (JJA), during times of dust transport, and is also visible in MODIS data (Figure 2.9). The positive AOD trend over southern and eastern Asia is strongest during the dry seasons (DJF, MAM), when reduced wet deposition allows anthropogenic aerosol to accumulate in the troposphere. AOD over the Saharan outflow region off western Africa displays the strongest seasonal AOD trend differences, with AOD increases only in spring, but strong AOD decreases during the other seasons. SeaWifs AOD decreases over Europe and the USA and increases over southern and eastern Asia (especially during the dry season) are in agreement with reported temporal trends in anthropogenic emissions, and surface observations (Section 2.2.3.2).

In summary, based on satellite- and surface-based remote sensing it is *very likely* that AOD has decreased over Europe and the eastern

175

BLM_0073684

**2**



**Figure 2.9 |** (a) Annual average aerosol optical depth (AOD) trends at 0.55 µm for 2000–2009, based on de-seasonalized, conservatively cloud-screened MODIS aerosol data over oceans (Zhang and Reid, 2010). Negative AOD trends off Mexico are due to enhanced volcanic activity at the beginning of the record. Most non-zero trends are significant (i.e., a trend of zero lies outside the 95% confidence interval). (b) Seasonal average AOD trends at 0.55 µm for 1998–2010 using SeaWiFS data (Hsu et al., 2012). White areas indicate incomplete or missing data. Black dots indicate significant trends (i.e., a trend of zero lies outside the 95% confidence interval).

USA since the mid 1990s and increased over eastern and southern Asia since 2000. In the 2000s dust-related AOD has been increasing over the Arabian Peninsula and decreasing over the North Atlantic Ocean. Aerosol trends over other regions are less strong or not significant during this period owing to relative strong interannual variability. Overall, *confidence* in satellite-based global average AOD trends is *low*.

### 2.2.3.2   *In Situ* Surface Aerosol Measurements

AR4 did not report trends in long-term surface-based *in situ* measurements of particulate matter, its components or its properties. This section summarizes reported trends of $PM_{10}$, $PM_{2.5}$ (particulate matter with aerodynamic diameters <10 and <2.5 µm, respectively), sulphate and equivalent black carbon/elemental carbon, from regionally representative measurement networks. An overview of current networks and definitions pertinent to aerosol measurements is given in Supplementary Material 2.SM.2.3. Studies reporting trends representative of regional changes are presented in Table 2.2. Long-term data are almost entirely from North America and Europe, whereas a few individual studies on aerosol trends in India and China are reported in Supplementary Material 2.SM.2.3. Figure 2.10 gives an overview of observed $PM_{10}$, $PM_{2.5}$, and sulphate trends in North America and Europe for 1990–2009 and 2000–2009.

176



**Figure 2.10 |** Trends in particulate matter ($PM_{10}$ and $PM_{2.5}$ with aerodynamic diameters <10 and <2.5 μm, respectively) and sulphate in Europe and USA for two overlapping periods 2000–2009 (a, b, c) and 1990–2009 (d, e). The trends are based on measurements from the EMEP (Torseth et al., 2012) and IMPROVE (Hand et al., 2011) networks in Europe and USA, respectively. Sites with significant trends (i.e., a trend of zero lies outside the 95% confidence interval) are shown in colour; black dots indicate sites with non-significant trends.

In Europe, strong downward trends are observed for $PM_{10}$, $PM_{2.5}$ and sulphate from the rural stations in the EMEP (European Monitoring and Evaluation Programme) network. For 2000–2009, $PM_{2.5}$ shows an average reduction of 3.9% $yr^{-1}$ for the six stations with significant trends, while trends are not significant at seven other stations. Over 2000–2009, $PM_{10}$ at 12 (out of 24) sites shows significant downward trend of on average 2.6% $yr^{-1}$. Similarly sulphate strongly decreased at 3.1% $yr^{-1}$ from 1990 to 2009 with 26 of 30 sites having significant reductions. The largest decrease occurred before 2000, while for 2000–2009, the trends were weaker and less robust. This is consistent with reported emission reductions of 65% from 1990 to 2000 and 28% from 2001 to 2009 (Yttri et al., 2011; Torseth et al., 2012). Model analysis (Pozzoli et al., 2011) attributed the trends in large part to emission changes.

In the USA, the largest reductions in PM and sulphate are observed in the 2000s, rather than the 1990s as in Europe. IMPROVE (U.S. Interagency Monitoring of Protected Visual Environments Network) $PM_{2.5}$ measurements (Hand et al., 2011) show significant downward trends averaging 4.0% $yr^{-1}$ for 2000–2009 at sites with significant trends,

and 2.1% $yr^{-1}$ at all sites, and $PM_{10}$ decreases of 3.1% $yr^{-1}$ for 2000–2009. Declines of $PM_{2.5}$ and $SO_4^{2-}$ in Canada are very similar (Hidy and Pennell, 2010), with annual mean $PM_{2.5}$ at urban measurement sites decreasing by 3.6% $yr^{-1}$ during 1985–2006 (Canada, 2012).

In the eastern and southwestern USA, IMPROVE data show strong sulphate declines, which range from 2 to 6% $yr^{-1}$, with an average of 2.3% $yr^{-1}$ for the sites with significant negative trends for 1990–2009. However, four IMPROVE sites show strong $SO_4^{2-}$ increases from 2000 to 2009, amounting to 11.9% $yr^{-1}$, at Hawaii (1225 m above sea level), and 4 to 7% $yr^{-1}$ at three sites in southwest Alaska.

A recent study on long-term trends in aerosol optical properties from 24 globally distributed background sites (Collaud Coen et al., 2013) reported statistically significant trends at 16 locations, but the sign and magnitude of the trends varied largely with the aerosol property considered and geographical region (Table 2.3). Among the sites, this study reported strong increases in absorption and scattering coefficients in the free troposphere at Mauna Loa, Hawaii (3400 m above sea level), which is a regional feature also evident in the satellite-based AOD

177

BLM_0073686

**2**

**Table 2.2 |** Trend estimates for various aerosol variables reported in the literature, using data sets with at least 10 years of measurements. Unless otherwise noted, trends of individual stations were reported in % yr⁻¹, and 95% confidence intervals. The standard deviation (in parentheses) is determined from the individual trends of a set of regional stations.

| Aerosol variable | Trend, % yr⁻¹ (1σ, standard deviation) | Period | Reference | Comments |
|---|---|---|---|---|
| **Europe** | | | | |
| $PM_{2.5}$ | −2.9 (1.31) / −3.9 (0.87)[b] | 2000–2009 | (Adapted from Torseth et al., 2012) Regional background sites | 13 sites available, 6 sites show statistically significant results. Average change was −0.37 and −0.52[b] mg m⁻³ yr⁻¹. |
| $PM_{10}$ | −1.9 (1.43) / −2.6 (1.19)[b] | 2000–2009 | | 24 sites available, 12 sites show statistically significant results. Average change was −0.29 and −0.40[b] mg m⁻³ yr⁻¹. |
| $SO_4^{2-}$ | −3.0 (0.82) / −3.1 (0.72)[b] | 1990–2009 | | 30 sites available, 26 sites show statistically significant results. Average change was −0.04 and −0.04[b] mg m⁻³ yr⁻¹. |
| $SO_4^{2-}$ | −1.5 (1.41) / −2.0 (1.8)[b] | 2000–2009 | | 30 sites available, 10 sites show statistically significant results. Average change was −0.01 and −0.01[b] mg m⁻³ yr⁻¹. |
| $PM_{10}$ | −1.9 | 1991–2008 | (Barmpadimos et al., 2012) Rural and urban sites | 10 sites in Switzerland. The trend is adjusted for change in meteorology—unadjusted data did not differ strongly. The average change was −0.51 mg m⁻³ yr⁻¹. |
| **USA** | | | | |
| $PM_{2.5}$ | −2.1 (2.08) / −4.0 (1.01)[b] | 2000–2009 | Adapted from (Hand et al., 2011) Regional background sites | 153 sites available, 52 sites show statistically significant negative results. Only 1 site shows statistically positive trend. |
| $PM_{2.5}$ | −1.5 (1.25) / −2.1 (0.97)[b] | 1990–2009 | | 153 sites available, 39 sites show statistically significant results. |
| $PM_{10}$ | −1.7 (2.00) / −3.1 (1.65)[b] | 2000–2009 | | 154 sites available, 37 sites show statistically significant results. |
| $SO_4^{2-}$ | −3.0 (2.86) / −3.0 (0.62)[b] | 2000–2009 | | 154 sites available, 83 sites show statistically significant negative results. 4 sites showed statistical positive trend. |
| $SO_4^{2-}$ | −2.0 (1.07) / −2.3 (0.85)[b] | 1990–2009 | | 103 sites available, 41 sites show statistically significant results. |
| **Total Carbon** | −2.5 to −7.5 | 1989–2008 | (Hand et al., 2011) Regional background sites | The trend interval includes about 50 sites mainly located along the East and West Coasts of the USA; fewer sites were situated in the central part of the continent. |
| **Arctic** | | | | |
| EBC[a] | −3.8 (0.7)[c] | 1989–2008 | (Hirdman et al., 2010) | Alert, Canada 62.3°W 82.5°N |
| $SO_4^{2-}$ | −3.0 (0.6)[c] | 1985–2006 | | |
| EBC[a] | Not sig.[c] | 1998–2008 | | Barrow, Alaska, 156.6°W 71.3° N |
| $SO_4^{2-}$ | Not sig.[c] | 1997–2008 | | |
| EBC[a] | −9.0 (5.0)[c] | 2002–2009 | | Zeppelin, Svalbard, 11.9°E 78.9° N |
| $SO_4^{2-}$ | −1.9 (1.7)[c] | 1990–2008 | | |

Notes:

[a]   Equivalent black carbon.

[b]   Trend numbers indicated refer to the subset of stations with significant changes over time—generally in regions strongly influenced by anthropogenic emissions (Figure 2.10).

[c]   Trend values significant at 1% level.

trends (illustrated in Figure 2.9). Possible explanations for these changes include the influence of increasing Asian emissions and changes in clouds and removal processes. More and longer Asian time series, coupled with transport analyses, are needed to corroborate these findings. Aerosol number concentrations (Asmi et al., 2013) are declining significantly at most sites in Europe, North America, the Pacific and the Caribbean, but increasing at South Pole based on a study of 17 globally distributed remote sites.

Total carbon (= light absorbing carbon + organic carbon) measurements indicate highly significant downward trends between 2.5 and 7.5% yr⁻¹ along the east and west coasts of the USA, and smaller and less significant trends in other regions of the USA from 1989 to 2008 (Hand et al., 2011; Murphy et al., 2011).

In Europe, Torseth et al. (2012) suggest a slight reduction in elemental carbon concentrations at two stations from 2001 to 2009, subject to

large interannual variability. Collaud Coen et al. (2013) reported consistent negative trends in the aerosol absorption coefficient at stations in the continental USA, Arctic and Antarctica, but mostly insignificant trends in Europe over the last decade.

In the Arctic, changes in aerosol impact the atmosphere's radiative balance as well as snow and ice albedo. Similar to Europe and the USA, Hirdman et al. (2010) reported downward trends in equivalent black carbon and $SO_4^{2-}$ for two out of total three Arctic stations and attributed them to emission changes.

In summary, declining AOD in Europe and North America is corroborated by *very likely* downward trends in ground-based *in situ* particulate matter measurements since the mid-1980s. Robust evidence from around 200 regional background sites with *in situ* ground based aerosol measurements indicate downward trends in the last two decades of $PM_{2.5}$ in parts of Europe (2 to 6% yr⁻¹) and the USA (1 to 2.5% yr⁻¹),

**Table 2.3** | Summary table of aerosol optical property trends reported in the literature, using data sets with at least 10 years of measurements. Otherwise as in Table 2.2.

| Region | Trend, % yr$^{-1}$ (1σ, standard deviation) | Period | Reference | Comments |
|---|---|---|---|---|
| **Scattering coefficient** | | | | |
| Europe (4/1) | +0.6 (1.9) +2.7[a] | 2001–2010 | Adapted from (Collaud Coen et al., 2013) Regional background sites | Trend study including 24 regional background sites with more than 10 years of observations. Regional averages for last 10 years are included here. Values in parenthesis show total number of sites/number of sites with significant trend. |
| USA (14/10) | −2.0 (2.5) −2.9 (2.4)[a] | | | |
| Mauna Loa (1/1) | +2.7 | | | |
| Arctic (1/0) | +2.4 | | | |
| Antarctica (1/0) | +2.5 | | | |
| **Absorption coefficient** | | | | |
| Europe (3/0) | +0.3 (0.4) | 2001–2010 | Adapted from (Collaud Coen et al., 2013) Regional background sites | Trend study of aerosol optical properties including 24 regional background sites with more than 10 years of observations. Regional averages for last 10 years are included here. Values in parenthesis show total number of sites and number of sites with significant trend. |
| USA (1/1) | −2.0 | | | |
| Mauna Loa (1/1) | +9.0 | | | |
| Arctic (1/1) | −6.5 | | | |
| Antarctica (1/1) | −0.1 | | | |
| **Particle number concentration** | | | | |
| Europe (4/2) | −0.9 (1.8) −2.3 (1.0)[a] | 2001–2010 | Adapted from (Asmi et al., 2013) Regional background sites | Trend study of particle number concentration (N) and size distribution including 17 regional background sites. Regional averages of particle number concentration for last 10 years are included here. Values in parentheses show total number of sites and number of sites with significant trend. |
| North America and Caribbean (3/3) | −5.3 (2.8) −6.6 (1.1)[a] | | | |
| Mauna Loa (1/1) | −3.5 | | | |
| Arctic (1/0) | −1.3 | | | |
| Antarctica (2/2) | +2.7 (1.4) | | | |

Notes:

[a]   Trend numbers indicated refer to the subset of stations with significant changes over time—generally in regions strongly influenced by anthropogenic emissions (Figure 2.10).

**Box 2.2 | Quantifying Changes in the Mean: Trend Models and Estimation**

Many statistical methods exist for estimating trends in environmental time series (see Chandler and Scott, 2011 for a review). The assessment of long-term changes in historical climate data requires trend models that are transparent and robust, and that can provide credible uncertainty estimates.

**Linear Trends**

Historical climate trends are frequently described and quantified by estimating the linear component of the change over time (e.g., AR4). Such linear trend modelling has broad acceptance and understanding based on its frequent and widespread use in the published research assessed in this report, and its strengths and weaknesses are well known (von Storch and Zwiers, 1999; Wilks, 2006). Challenges exist in assessing the uncertainty in the trend and its dependence on the assumptions about the sampling distribution (Gaussian or otherwise), uncertainty in the data, dependency models for the residuals about the trend line, and treating their serial correlation (Von Storch, 1999; Santer et al., 2008).

The quantification and visualization of temporal changes are assessed in this chapter using a linear trend model that allows for first-order autocorrelation in the residuals (Santer et al., 2008; Supplementary Material 2.SM.3). Trend slopes in such a model are the same as ordinary least squares trends; uncertainties are computed using an approximate method. The 90% confidence interval quoted is solely that arising from sampling uncertainty in estimating the trend. Structural uncertainties, to the extent sampled, are apparent from the range of estimates from different data sets. Parametric and other remaining uncertainties (Box 2.1), for which estimates are provided with some data sets, are not included in the trend estimates shown here, so that the same method can be applied to all data sets considered.

**Nonlinear Trends**

There is no *a priori* physical reason why the long-term trend in climate variables should be linear in time. Climatic time series often have trends for which a straight line is not a good approximation (e.g., Seidel and Lanzante, 2004). The residuals from a linear fit in time often do not follow a simple autoregressive or moving average process, and linear trend estimates can easily change when recalculated

*(continued on next page)*

BLM_0073688

**2**

*Box 2.2 (continued)*

for shorter or longer time periods or when new data are added. When linear trends for two parts of a longer time series are calculated separately, the trends calculated for two shorter periods may be very different (even in sign) from the trend in the full period, if the time series exhibits significant nonlinear behavior in time (Box 2.2, Table 1).

Many methods have been developed for estimating the long-term change in a time series without assuming that the change is linear in time (e.g., Wu et al., 2007; Craigmile and Guttorp, 2011). Box 2.2, Figure 1 shows the linear least squares and a nonlinear trend fit to the GMST values from the HadCRUT4 data set (Section 2.4.3). The nonlinear trend is obtained by fitting a smoothing spline trend (Wood, 2006; Scinocca et al., 2010) while allowing for first-order autocorrelation in the residuals (Supplementary Material 2.SM.3). The results indicate that there are significant departures from linearity in the trend estimated this way.

Box 2.2, Table 1 shows estimates of the change in the GMST from the two methods. The methods give similar estimates with 90% confidence intervals that overlap one another. Smoothing methods that do not assume the trend is linear can provide useful information on the structure of change that is not as well treated with linear fits. The linear trend fit is used in this chapter because it can be applied consistently to all the data sets, is relatively simple, transparent and easily comprehended, and is frequently used in the published research assessed here.



**Box 2.2, Figure 1** | (a) Global mean surface temperature (GMST) anomalies relative to a 1961–1990 climatology based on HadCRUT4 annual data. The straight black lines are least squares trends for 1901–2012, 1901–1950 and 1951–2012. (b) Same data as in (a), with smoothing spline (solid curve) and the 90% confidence interval on the smooth curve (dashed lines). Note that the (strongly overlapping) 90% confidence intervals for the least square lines in (a) are omitted for clarity. See Figure 2.20 for the other two GMST data products.

**Box 2.2, Table 1** | Estimates of the mean change in global mean surface temperature (GMST) between 1901 and 2012, 1901 and 1950, and 1951 and 2012, obtained from the linear (least squares) and nonlinear (smoothing spline) trend models. Half-widths of the 90% confidence intervals are also provided for the estimated changes from the two trend methods.

| Method | Trends in °C per decade | | |
|---|---|---|---|
| | 1901–2012 | 1901–1950 | 1951–2012 |
| Least squares | 0.075 ± 0.013 | 0.107 ± 0.026 | 0.106 ± 0.027 |
| Smoothing spline | 0.081 ± 0.010 | 0.070 ± 0.016 | 0.090 ± 0.018 |

and also for $SO_4^{2-}$ (2 to 5% $yr^{-1}$). The strongest decreases were in the 1990s in Europe and in the 2000s in the USA. There is robust evidence for downward trends of light absorbing aerosol in the USA and the Arctic, while elsewhere in the world *in situ* time series are lacking or not long enough to reach statistical significance.

## 2.3    Changes in Radiation Budgets

The radiation budget of the Earth is a central element of the climate system. On average, radiative processes warm the surface and cool the atmosphere, which is balanced by the hydrological cycle and sensible heating. Spatial and temporal energy imbalances due to radiation and latent heating produce the general circulation of the atmosphere and oceans. Anthropogenic influence on climate occurs primarily through perturbations of the components of the Earth radiation budget.

The radiation budget at the top of the atmosphere (TOA) includes the absorption of solar radiation by the Earth, determined as the difference between the incident and reflected solar radiation at the TOA, as well as the thermal outgoing radiation emitted to space. The surface radiation budget takes into account the solar fluxes absorbed at the Earth's surface, as well as the upward and downward thermal radiative fluxes emitted by the surface and atmosphere, respectively. In view of new

BLM_0073689

observational evidence since AR4, the mean state as well as multi-decadal changes of the surface and TOA radiation budgets are assessed in the following.

### 2.3.1   Global Mean Radiation Budget

Since AR4, knowledge on the magnitude of the radiative energy fluxes in the climate system has improved, requiring an update of the global annual mean energy balance diagram (Figure 2.11). Energy exchanges between Sun, Earth and Space are observed from space-borne platforms such as the Clouds and the Earth's Radiant Energy System (CERES, Wielicki et al., 1996) and the Solar Radiation and Climate Experiment (SORCE, Kopp and Lawrence, 2005) which began data collection in 2000 and 2003, respectively. The total solar irradiance (TSI) incident at the TOA is now much better known, with the SORCE Total Irradiance Monitor (TIM) instrument reporting uncertainties as low as 0.035%, compared to 0.1% for other TSI instruments (Kopp et al., 2005). During the 2008 solar minimum, SORCE/TIM observed a solar irradiance of $1360.8 \pm 0.5$ W m$^{-2}$ compared to $1365.5 \pm 1.3$ W m$^{-2}$ for instruments launched prior to SORCE and still operating in 2008 (Section 8.4.1.1). Kopp and Lean (2011) conclude that the SORCE/TIM value of TSI is the most credible value because it is validated by a National Institute of Standards and Technology calibrated cryogenic radiometer. This revised TSI estimate corresponds to a solar irradiance close to 340 W m$^{-2}$ globally averaged over the Earth's sphere (Figure 2.11).

The estimate for the reflected solar radiation at the TOA in Figure 2.11, 100 W m$^{-2}$, is a rounded value based on the CERES Energy Balanced and Filled (EBAF) satellite data product (Loeb et al., 2009, 2012b) for the period 2001–2010. This data set adjusts the solar and thermal TOA fluxes within their range of uncertainty to be consistent with independent estimates of the global heating rate based on *in situ* ocean observations (Loeb et al., 2012b). This leaves 240 W m$^{-2}$ of solar radiation absorbed by the Earth, which is nearly balanced by thermal emission to space of about 239 W m$^{-2}$ (based on CERES EBAF), considering a global heat storage of 0.6 W m$^{-2}$ (imbalance term in Figure 2.11) based on Argo data from 2005 to 2010 (Hansen et al., 2011; Loeb et al., 2012b; Box 3.1). The stated uncertainty in the solar reflected TOA fluxes from CERES due to uncertainty in absolute calibration alone is about 2% (2-sigma), or equivalently 2 W m$^{-2}$ (Loeb et al., 2009). The uncertainty of the outgoing thermal flux at the TOA as measured by CERES due to calibration is ~3.7 W m$^{-2}$ ($2\sigma$). In addition to this, there is uncertainty in removing the influence of instrument spectral response on measured radiance, in radiance-to-flux conversion, and in time–space averaging, which adds up to another 1 W m$^{-2}$ (Loeb et al., 2009).

The components of the radiation budget at the surface are generally more uncertain than their counterparts at the TOA because they cannot be directly measured by passive satellite sensors and surface measurements are not always regionally or globally representative. Since AR4, new estimates for the downward thermal infrared (IR) radiation at



**Figure 2.11: |** Global mean energy budget under present-day climate conditions. Numbers state magnitudes of the individual energy fluxes in W m$^{-2}$, adjusted within their uncertainty ranges to close the energy budgets. Numbers in parentheses attached to the energy fluxes cover the range of values in line with observational constraints. (Adapted from Wild et al., 2013.)

BLM_0073690

the surface have been established that incorporate critical information on cloud base heights from space-borne and lidar instruments (L'Ecuyer et al., 2008; Stephens et al., 2012a; Kato et al., 2013). In line with studies based on direct surface radiation measurements (Wild et al., 1998, 2013) these studies propose higher values of global mean downward thermal radiation than presented in previous IPCC assessments, and typically found in climate models, exceeding 340 W m$^{-2}$ (Figure 2.11). This aligns with the downward thermal radiation in the ERA-Interim and ERA-40 reanalyses (Box 2.3), of 341 and 344 W m$^{-2}$, respectively (Berrisford et al., 2011). Estimates of global mean downward thermal radiation computed as a residual of the other terms of the surface energy budget (Kiehl and Trenberth, 1997; Trenberth et al., 2009) are lower (324 to 333 W m$^{-2}$), highlighting remaining uncertainties in estimates of both radiative and non-radiative components of the surface energy budget.

Estimates of absorbed solar radiation at the Earth's surface include considerable uncertainty. Published global mean values inferred from satellite retrievals, reanalyses and climate models range from below 160 W m$^{-2}$ to above 170 W m$^{-2}$. Recent studies taking into account surface observations as well as updated spectroscopic parameters and continuum absorption for water vapor favour values towards the lower bound of this range, near 160 W m$^{-2}$, and an atmospheric solar absorption around 80 W m$^{-2}$ (Figure 2.11) (Kim and Ramanathan, 2008; Trenberth et al., 2009; Kim and Ramanathan, 2012; Trenberth and Fasullo, 2012b; Wild et al., 2013). The ERA-Interim and ERA-40 reanalyses further support an atmospheric solar absorption of this magnitude (Berrisford et al., 2011). Latest satellite-derived estimates constrained by CERES now also come close to these values (Kato et al., in press). Recent independently derived surface radiation estimates favour therefore a global mean surface absorbed solar flux near 160 W m$^{-2}$ and a downward thermal flux slightly above 340 W m$^{-2}$, respectively (Figure 2.11).

The global mean latent heat flux is required to exceed 80 W m$^{-2}$ to close the surface energy balance in Figure 2.11, and comes close to the 85 W m$^{-2}$ considered as upper limit by Trenberth and Fasullo (2012b) in view of current uncertainties in precipitation retrieval in the Global Precipitation Climatology Project (GPCP, Adler et al., 2012) (the latent heat flux corresponds to the energy equivalent of evaporation, which globally equals precipitation; thus its magnitude may be constrained by global precipitation estimates). This upper limit has recently been challenged by Stephens et al. (2012b). The emerging debate reflects potential remaining deficiencies in the quantification of the radiative and non-radiative energy balance components and associated uncertainty ranges, as well as in the consistent representation of the global mean energy and water budgets (Stephens et al., 2012b; Trenberth and Fasullo, 2012b; Wild et al., 2013). Relative uncertainty in the globally averaged sensible heat flux estimate remains high owing to the very limited direct observational constraints (Trenberth et al., 2009; Stephens et al., 2012b).

In summary, newly available observations from both space-borne and surface-based platforms allow a better quantification of the Global Energy Budget, even though notable uncertainties remain, particularly in the estimation of the non-radiative surface energy balance components.

### 2.3.2   Changes in Top of the Atmosphere Radiation Budget

While the previous section emphasized the temporally-averaged state of the radiation budget, the focus in the following is on the temporal (multi-decadal) changes of its components. Variations in TSI are discussed in Section 8.4.1. AR4 reported large changes in tropical TOA radiation between the 1980s and 1990s based on observations from the Earth Radiation Budget Satellite (ERBS) (Wielicki et al., 2002; Wong et al., 2006). Although the robust nature of the large decadal changes in tropical radiation remains to be established, several studies have suggested links to changes in atmospheric circulation (Allan and Slingo, 2002; Chen et al., 2002; Clement and Soden, 2005; Merrifield et al., 2011) (Section 2.7).

Since AR4, CERES enabled the extension of satellite records of TOA fluxes into the 2000s (Loeb et al., 2012b). The extended records from CERES suggest no noticeable trends in either the tropical or global radiation budget during the first decade of the 21st century (e.g., Andronova et al., 2009; Harries and Belotti, 2010; Loeb et al., 2012a, 2012b). Comparisons between ERBS/CERES thermal radiation and that derived from the NOAA High Resolution Infrared Radiation Sounder (HIRS) (Lee et al., 2007) show good agreement until approximately 1998, corroborating the rise of 0.7 W m$^{-2}$ between the 1980s and 1990s reported in AR4. Thereafter the HIRS thermal fluxes show much higher values, likely due to changes in the channels used for HIRS/3 instruments launched after October 1998 compared to earlier HIRS instruments (Lee et al., 2007).

On a global scale, interannual variations in net TOA radiation and ocean heating rate (OHR) should correspond, as oceans have a much larger effective heat capacity than land and atmosphere, and therefore serve as the main reservoir for heat added to the Earth–atmosphere system (Box 3.1). Wong et al. (2006) showed that interannual variations in these two data sources are in good agreement for 1992–2003. In the ensuing 5 years, however, Trenberth and Fasullo (2010) note that the two diverge with ocean *in situ* measurements (Levitus et al., 2009), indicating a decline in OHR, in contrast to expectations from the observed net TOA radiation. The divergence after 2004 is referred to as "missing energy" by Trenberth and Fasullo (2012b), who further argue that the main sink of the missing energy likely occurs at ocean depths below 275 m. Loeb et al. (2012b) compared interannual variations in CERES net radiation with OHRs derived from three independent ocean heat content anomaly analyses and included an error analysis of both CERES and the OHRs. They conclude that the apparent decline in OHR is not statistically robust and that differences between interannual variations in OHR and satellite net TOA flux are within the uncertainty of the measurements (Figure 2.12). They further note that between January 2001 and December 2012, the Earth has been steadily accumulating energy at a rate of 0.50 ± 0.43 W m$^{-2}$ (90% CI). Hansen et al. (2011) obtained a similar value for 2005–2010 using an independent analysis of the ocean heat content anomaly data (von Schuckmann and Le Traon, 2011). The variability in the Earth's energy imbalance is strongly influenced by ocean circulation changes relating to the ENSO (Box 2.5); during cooler La Niña years (e.g., 2009) less thermal radiation is emitted and the climate system gains heat while the reverse is true for warmer El Niño years (e.g., 2010) (Figure 2.12).

In summary, satellite records of TOA radiation fluxes have been substantially extended since AR4. It is *unlikely* that significant trends exist in global and tropical radiation budgets since 2000. Interannual variability in the Earth's energy imbalance related to ENSO is consistent with ocean heat content records within observational uncertainty.

### 2.3.3   Changes in Surface Radiation Budget

#### 2.3.3.1   Surface Solar Radiation

Changes in radiative fluxes at the surface can be traced further back in time than the satellite-based TOA fluxes, although only at selected terrestrial locations where long-term records exist. Monitoring of radiative fluxes from land-based stations began on a widespread basis in the mid-20th century, predominantly measuring the downward solar component, also known as global radiation or surface solar radiation (SSR).

AR4 reported on the first indications for substantial decadal changes in observational records of SSR. Specifically, a decline of SSR from the beginning of widespread measurements in the 1950s until the mid-1980s has been observed at many land-based sites (popularly known as 'global dimming'; Stanhill and Cohen, 2001; Liepert, 2002), as well as a partial recovery from the 1980s onward ('brightening'; Wild et al., 2005) (see the longest available SSR series of Stockholm, Sweden, in Figure 2.13 as an illustrative example).

Since AR4, numerous studies have substantiated the findings of significant decadal SSR changes observed both at worldwide distributed terrestrial sites (Dutton et al., 2006; Wild et al., 2008; Gilgen et al., 2009; Ohmura, 2009; Wild, 2009 and references therein) as well as in specific regions. In Europe, Norris and Wild (2007) noted a dimming between 1971 and 1986 of 2.0 to 3.1 W m$^{-2}$ per decade and subsequent brightening of 1.1 to 1.4 W m$^{-2}$ per decade from 1987 to 2002 in a pan-European time series comprising 75 sites. Similar tendencies were found at sites in northern Europe (Stjern et al., 2009), Estonia (Russak, 2009) and Moscow (Abakumova et al., 2008). Chiacchio and Wild (2010) pointed out that dimming and subsequent brightening in Europe is seen mainly in spring and summer. Brightening in Europe from the 1980s onward was further documented at sites in Switzerland, Germany, France, the Benelux, Greece, Eastern Europe and the Iberian Peninsula (Ruckstuhl et al., 2008; Wild et al., 2009; Zerefos et al., 2009; Sanchez-Lorenzo et al., 2013). Concurrent brightening of 2 to 8 W m$^{-2}$ per decade was also noted at continental sites in the USA (Long et al., 2009; Riihimaki et al., 2009; Augustine and Dutton, 2013). The general pattern of dimming and consecutive brightening was further found at numerous sites in Japan (Norris and Wild, 2009; Ohmura, 2009; Kudo et al., 2011) and in the SH in New Zealand (Liley, 2009). Analyses of observations from sites in China confirmed strong declines in SSR from the 1960s to 1980s on the order of 2 to 8 W m$^{-2}$ per decade, which also did not persist in the 1990s (Che et al., 2005; Liang and Xia, 2005; Qian et al., 2006; Shi et al., 2008; Norris and Wild, 2009; Xia, 2010a). On the other hand, persistent dimming since the mid-20th



**Figure 2.12 |** Comparison of net top of the atmosphere (TOA) flux and upper ocean heating rates (OHRs). Global annual average (July to June) net TOA flux from CERES observations (based on the EBAF-TOA_Ed2.6r product) (black line) and 0–700 m (blue) and 0–1800 m (red) OHR from the Pacific Marine Environmental Laboratory/Jet Propulsion Laboratory/Joint Institute for Marine and Atmospheric Research (PMEL/JPL/JIMAR), 0–700 m OHR from the National Oceanic Data Center (NODC) (green; Levitus et al., 2009), and 0–700 m OHR from the Hadley Center (brown; Palmer et al., 2007). The length of the coloured bars corresponds to the magnitude of OHR. Thin vertical lines are error bars, corresponding to the magnitude of uncertainties. Uncertainties for all annual OHR are given at one standard error derived from ocean heat content anomaly uncertainties (Lyman et al., 2010). CERES net TOA flux uncertainties are given at the 90% confidence level determined following Loeb et al. (2012b). (Adapted from Loeb et al., 2012b.)

BLM_0073692

century with no evidence for a trend reversal was noted at sites in India (Wild et al., 2005; Kumari et al., 2007; Kumari and Goswami, 2010; Soni et al., 2012) and in the Canadian Prairie (Cutforth and Judiesch, 2007). Updates on latest SSR changes observed since 2000 provide a less coherent picture (Wild, 2012). They suggest a continuation of brightening at sites in Europe, USA, and parts of Asia, a levelling off at sites in Japan and Antarctica, and indications for a renewed dimming in parts of China (Wild et al., 2009; Xia, 2010a).

The longest observational SSR records, extending back to the 1920s and 1930s at a few sites in Europe, further indicate some brightening during the first half of the 20th century, known as 'early brightening' (cf. Figure 2.13) (Ohmura, 2009; Wild, 2009). This suggests that the decline in SSR, at least in Europe, was confined to a period between the 1950s and 1980s.

A number of issues remain, such as the quality and representativeness of some of the SSR data as well as the large-scale significance of the phenomenon (Wild, 2012). The historic radiation records are of variable quality and rigorous quality control is necessary to avoid spurious trends (Dutton et al., 2006; Shi et al., 2008; Gilgen et al., 2009; Tang et al., 2011; Wang et al., 2012e; Sanchez-Lorenzo et al., 2013). Since the mid-1990s, high-quality data are becoming increasingly available from new sites of the Baseline Surface Radiation Network (BSRN) and Atmospheric Radiation Measurement (ARM) Program, which allow the determination of SSR variations with unprecedented accuracy (Ohmura et al., 1998). Alpert et al. (2005) and Alpert and Kishcha (2008) argued that the observed SSR decline between 1960 and 1990 was larger in densely populated than in rural areas. The magnitude of this 'urbanization effect' in the radiation data is not yet well quantified. Dimming and brightening is, however, also notable at remote and rural sites (Dutton et al., 2006; Karnieli et al., 2009; Liley, 2009; Russak, 2009; Wild, 2009; Wang et al., 2012d).

Globally complete satellite estimates have been available since the early 1980s (Hatzianastassiou et al., 2005; Pinker et al., 2005; Hinkelman et al., 2009). Because satellites do not directly measure the surface fluxes, they have to be inferred from measurable TOA signals using empirical or physical models to remove atmospheric perturbations. Available satellite-derived products qualitatively agree on a brightening from the mid-1980s to 2000 averaged globally as well as over oceans, on the order of 2 to 3 W m⁻² per decade (Hatzianastassiou et al., 2005; Pinker et al., 2005; Hinkelman et al., 2009). Averaged over land, however, trends are positive or negative depending on the respective satellite product (Wild, 2009). Knowledge of the decadal variation of aerosol burdens and optical properties, required in satellite retrievals of SSR and considered relevant for dimming/brightening particularly over land, is very limited (Section 2.2.3). Extensions of satellite-derived SSR beyond 2000 indicate tendencies towards a renewed dimming at the beginning of the new millennium (Hinkelman et al., 2009; Hatzianastassiou et al., 2012).

Reconstructions of SSR changes from more widely measured meteorological variables can help to increase their spatial and temporal coverage. Multi-decadal SSR changes have been related to observed changes in sunshine duration, atmospheric visibility, diurnal temperature range (DTR; Section 2.4.1.2) and pan evaporation (Section 2.5.3).



**Figure 2.13** | Annual mean Surface Solar Radiation (SSR) as observed at Stockholm, Sweden, from 1923 to 2010. Stockholm has the longest SSR record available worldwide. (Updated from Wild (2009) and Ohmura (2009).)

Overall, these proxies provide independent evidence for the existence of large-scale multi-decadal variations in SSR. Specifically, widespread observations of declines in pan evaporation from the 1950s to the 1980s were related to SSR dimming amongst other factors (Roderick and Farquhar, 2002). The observed decline in DTR over global land surfaces from the 1950s to the 1980s (Section 2.4.1.2), and its stabilisation thereafter fits to a large-scale dimming and subsequent brightening, respectively (Wild et al., 2007). Widespread brightening after 1980 is further supported by reconstructions from sunshine duration records (Wang et al., 2012e). Over Europe, SSR dimming and subsequent brightening is consistent with concurrent declines and increases in sunshine duration (Sanchez-Lorenzo et al., 2008), evaporation in energy limited environments (Teuling et al., 2009), visibility records (Vautard et al., 2009; Wang et al., 2009b) and DTR (Makowski et al., 2009). The early brightening in the 1930s and 1940s seen in a few European SSR records is in line with corresponding changes in sunshine duration and DTR (Sanchez-Lorenzo et al., 2008; Wild, 2009; Sanchez-Lorenzo and Wild, 2012). In China, the levelling off in SSR in the 1990s after three decades of decline coincides with similar tendencies in the pan evaporation records, sunshine duration and DTR (Liu et al., 2004a; Liu et al., 2004b; Qian et al., 2006; Ding et al., 2007; Wang et al., 2012d). Dimming up to the 1980s and subsequent brightening is also indicated in a set of 237 sunshine duration records in South America (Raichijk, 2011).

### 2.3.3.2    Surface Thermal and Net Radiation

Thermal radiation, also known as longwave, terrestrial or far-IR radiation is sensitive to changes in atmospheric GHGs, temperature and humidity. Long-term measurements of the thermal surface components as well as surface net radiation are available at far fewer sites than SSR. Downward thermal radiation observations started to become available during the early 1990s at a limited number of globally distributed terrestrial sites. From these records, Wild et al. (2008) determined an overall increase of 2.6 W m⁻² per decade over the 1990s, in line with model projections and the expectations of an increasing greenhouse effect. Wang and Liang (2009) inferred an increase in downward thermal radiation of 2.2 W m⁻² per decade over the period 1973–2008 from globally available terrestrial observations of temperature, humidity and cloud fraction. Prata (2008) estimated a slightly lower increase of 1.7 W m⁻² per decade for clear sky conditions over the earlier period 1964–1990, based on observed temperature and

BLM_0073693

humidity profiles from globally distributed land-based radiosonde stations and radiative transfer calculations. Philipona et al. (2004; 2005) and Wacker et al. (2011) noted increasing downward thermal fluxes recorded in the Swiss Alpine Surface Radiation Budget (ASRB) network since the mid-1990s, corroborating an increasing greenhouse effect. For mainland Europe, Philipona et al. (2009) estimated an increase of downward thermal radiation of 2.4 to 2.7 W m$^{-2}$ per decade for the period 1981–2005.

There is limited observational information on changes in surface net radiation, in large part because measurements of upward fluxes at the surface are made at only a few sites and are not spatially representative. Wild et al. (2004, 2008) inferred a decline in land surface net radiation on the order of 2 W m$^{-2}$ per decade from the 1960s to the 1980s, and an increase at a similar rate from the 1980s to 2000, based on estimated changes of the individual radiative components that constitute the surface net radiation. Philipona et al. (2009) estimated an increase in surface net radiation of 1.3 to 2 W m$^{-2}$ per decade for central Europe and the Alps between 1981 and 2005.

### 2.3.3.3 Implications from Observed Changes in Related Climate Elements

The observed multi-decadal SSR variations cannot be explained by changes in TSI, which are an order of magnitude smaller (Willson and Mordvinov, 2003). They therefore have to originate from alterations in the transparency of the atmosphere, which depends on the presence of clouds, aerosols and radiatively active gases (Kvalevag and Myhre, 2007; Kim and Ramanathan, 2008). Cloud cover changes (Section 2.5.7) effectively modulate SSR on an interannual basis, but their contribution to the longer-term SSR trends is ambiguous. Although cloud cover changes were found to explain the trends in some areas (e.g., Liley, 2009), this is not always the case, particularly in relatively polluted regions (Qian et al., 2006; Norris and Wild, 2007, 2009; Wild, 2009; Kudo et al., 2012). SSR dimming and brightening has also been observed under cloudless atmospheres at various locations, pointing to a prominent role of atmospheric aerosols (Wild et al., 2005; Qian et al., 2007; Ruckstuhl et al., 2008; Sanchez-Lorenzo et al., 2009; Wang et al., 2009b; Zerefos et al., 2009).

**2**

## Box 2.3 | Global Atmospheric Reanalyses

Dynamical reanalyses are increasingly used for assessing weather and climate phenomena. Given their more frequent use in this assessment compared to AR4, their characteristics are described in more detail here.

Reanalyses are distinct from, but complement, more 'traditional' statistical approaches to assessing the raw observations. They aim to produce continuous reconstructions of past atmospheric states that are consistent with all observations as well as with atmospheric physics as represented in a numerical weather prediction model, a process termed data assimilation. Unlike real-world observations, reanalyses are uniform in space and time and provide non-observable variables (e.g., potential vorticity).

Several groups are actively pursuing reanalysis development at the global scale, and many of these have produced several generations of reanalyses products (Box 2.3, Table 1). Since the first generation of reanalyses produced in the 1990s, substantial development has taken place. The NASA Modern-Era Retrospective Analysis for Research and Applications (MERRA) and ERA-Interim reanalyses show improved tropical precipitation and hence better represent the global hydrological cycle (Dee et al., 2011b). The NCEP/CFSR reanalysis
*(continued on next page)*

**Box 2.3, Table 1 |** Overview of global dynamical reanalysis data sets (ranked by start year; the period extends to present if no end year is provided). A further description of reanalyses and their technical derivation is given in pp. S33–35 of Blunden et al. (2011). Approximate resolution is calculated at 1000 km * *20/N* (with N denoting the spectral truncation, Laprise, 1992).

| Institution | Reanalysis | Period | Approximate Resolution at Equator | Reference |
|---|---|---|---|---|
| Cooperative Institute for Research in Environmental Sciences (CIRES), National Oceanic and Atmospheric Administration (NOAA), USA | 20th Century Reanalysis, Vers. 2 (2OCR) | 1871–2010 | 320 km | Compo et al. (2011) |
| National Centers for Environmental Prediction (NCEP) and National Center for Atmospheric Research (NCAR), USA | NCEP/NCAR R1 (NNR) | 1948– | 320 km | Kistler et al. (2001) |
| European Centre for Medium-Range Weather Forecasts (ECMWF) | ERA-40 | 1957–2002 | 125 km | Uppala et al. (2005) |
| Japan Meteorological Agency (JMA) | JRA-55 | 1958– | 60 km | Ebita et al. (2011) |
| National Centers for Environmental Prediction (NCEP), US Department of Energy, USA | NCEP/DOE R2 | 1979– | 320 km | Kanamitsu et al. (2002) |
| Japan Meteorological Agency (JMA) | JRA-25 | 1979– | 190 km | Onogi et al. (2007) |
| National Aeronautics and Space Administration (NASA), USA | MERRA | 1979– | 75 km | Rienecker et al. (2011) |
| European Centre for Medium-Range Weather Forecasts (ECMWF) | ERA-Interim | 1979– | 80 km | Dee et al. (2011b) |
| National Centers for Environmental Prediction (NCEP), USA | CFSR | 1979– | 50 km | Saha et al. (2010) |

185

**2**

*Box 2.3 (continued)*

uses a coupled ocean–atmosphere–land–sea–ice model (Saha et al., 2010). The 20th Century Reanalyses (20CR, Compo et al., 2011) is a 56-member ensemble and covers 140 years by assimilating only surface and sea level pressure (SLP) information. This variety of groups and approaches provides some indication of the robustness of reanalyses when compared. In addition to the global reanalyses, several regional reanalyses exist or are currently being produced.

Reanalyses products provide invaluable information on time scales ranging from daily to interannual variability. However, they may often be unable to characterize long-term trends (Trenberth et al., 2011). Although reanalyses projects by definition use a 'frozen' assimilation system, there are many other sources of potential errors. In addition to model biases, changes in the observational systems (e.g., coverage, introduction of satellite data) and time-dependent errors in the underlying observations or in the boundary conditions lead to step changes in time, even in latest generation reanalyses (Bosilovich et al., 2011).

Errors of this sort were ubiquitous in early generation reanalyses and rendered them of limited value for trend characterization (Thorne and Vose, 2010). Subsequent products have improved and uncertainties are better understood (Dee et al., 2011a), but artefacts are still present. As a consequence, trend adequacy depends on the variable under consideration, the time period and the region of interest. For example, surface air temperature and humidity trends over land in the ERA-Interim reanalysis compare well with observations (Simmons et al., 2010), but polar tropospheric temperature trends in ERA-40 disagree with trends derived from radiosonde and satellite observations (Bitz and Fu, 2008; Grant et al., 2008; Graversen et al., 2008; Thorne, 2008; Screen and Simmonds, 2011) owing to problems that were resolved in ERA-Interim (Dee et al., 2011a).

Studies based on reanalyses are used cautiously in AR5 and known inadequacies are pointed out and referenced. Later generation reanalyses are preferred where possible; however, literature based on these new products is still sparse.

Aerosols can directly attenuate SSR by scattering and absorbing solar radiation, or indirectly, through their ability to act as cloud condensation nuclei, thereby changing cloud reflectivity and lifetime (Chapter 7). SSR dimming and brightening is often reconcilable with trends in anthropogenic emission histories and atmospheric aerosol loadings (Stern, 2006; Streets et al., 2006; Mishchenko et al., 2007; Ruckstuhl et al., 2008; Ohvril et al., 2009; Russak, 2009; Streets et al., 2009; Cermak et al., 2010; Wild, 2012). Recent trends in aerosol optical depth derived from satellites indicate a decline in Europe since 2000 (Section 2.2.3), in line with evidence from SSR observations. However, direct aerosol effects alone may not be able to account for the full extent of the observed SSR changes in remote regions with low pollution levels (Dutton and Bodhaine, 2001; Schwartz, 2005). Aerosol indirect effects have not yet been well quantified, but have the potential to amplify aerosol-induced SSR trends, particularly in relatively pristine environments, such as over oceans (Wild, 2012).

SSR trends are also qualitatively in line with observed multi-decadal surface warming trends (Chapter 10), with generally smaller warming rates during phases of declining SSR, and larger warming rates in phases of increasing SSR (Wild et al., 2007). This is seen more pronounced for the relatively polluted NH than the more pristine SH (Wild, 2012). For Europe, Vautard et al. (2009) found that a decline in the frequency of low-visibility conditions such as fog, mist and haze over the past 30 years and associated SSR increase may be responsible for 10 to 20% of Europe's recent daytime warming, and 50% of Eastern European warming. Philipona (2012) noted that both warming and brightening are weaker in the European Alps compared to the surrounding lowlands with stronger aerosol declines since 1981.

Reanalyses and observationally based methods have been used to show that increased atmospheric moisture with warming (Willett et al., 2008; Section 2.5) enhances thermal radiative emission of the atmosphere to the surface, leading to reduced net thermal cooling of the surface (Prata, 2008; Allan, 2009; Philipona et al., 2009; Wang and Liang, 2009).

In summary, the evidence for widespread multi-decadal variations in solar radiation incident on land surfaces has been substantiated since AR4, with many of the observational records showing a decline from the 1950s to the 1980s ('dimming'), and a partial recovery thereafter ('brightening'). *Confidence* in these changes is *high* in regions with high station densities such as over Europe and parts of Asia. These *likely* changes are generally supported by observed changes in related, but more widely measured variables, such as sunshine duration, DTR and hydrological quantities, and are often in line with aerosol emission patterns. Over some remote land areas and over the oceans, *confidence* is *low* owing to the lack of direct observations, which hamper a truly global assessment. Satellite-derived SSR fluxes support the existence of brightening also over oceans, but are less consistent over land surface where direct aerosol effects become more important. There are also indications for increasing downward thermal and net radiation at terrestrial stations since the early 1990s with *medium confidence.*

BLM_0073695

## 2.4 Changes in Temperature

### 2.4.1 Land Surface Air Temperature

#### 2.4.1.1 Large-Scale Records and Their Uncertainties

AR4 concluded global land-surface air temperature (LSAT) had increased over the instrumental period of record, with the warming rate approximately double that reported over the oceans since 1979. Since AR4, substantial developments have occurred including the production of revised data sets, more digital data records, and new data set efforts. These innovations have improved understanding of data issues and uncertainties, allowing better quantification of regional changes. This reinforces confidence in the reported globally averaged LSAT time series behaviour.

Global Historical Climatology Network Version 3 (GHCNv3) incorporates many improvements (Lawrimore et al., 2011) but was found to be virtually indistinguishable at the global mean from version 2 (used in AR4). Goddard Institute of Space Studies (GISS) continues to provide an estimate based upon primarily GHCN, accounting for urban impacts through nightlights adjustments (Hansen et al., 2010). CRUTEM4 (Jones et al., 2012) incorporates additional station series and also newly homogenized versions of many individual station records. A new data product from a group based predominantly at Berkeley (Rohde et al., 2013a) uses a method that is substantially distinct from earlier efforts (further details on all the data sets and data availability are given in Supplementary Material 2.SM.4). Despite the range of approaches, the long-term variations and trends broadly agree among these various LSAT estimates, particularly after 1900. Global LSAT has increased (Figure 2.14, Table 2.4).

Since AR4, various theoretical challenges have been raised over the verity of global LSAT records (Pielke et al., 2007). Globally, sampling and methodological independence have been assessed through sub-sampling (Parker et al., 2009; Jones et al., 2012), creation of an entirely new and structurally distinct product (Rohde et al., 2013b) and a complete reprocessing of GHCN (Lawrimore et al., 2011). None of these yielded more than minor perturbations to the global LSAT records since 1900. Willett et al. (2008) and Peterson et al. (2011) explicitly showed that changes in specific and relative humidity (Section 2.5.5) were physically consistent with reported temperature trends, a result replicated in the ERA reanalyses (Simmons et al., 2010). Various investigators (Onogi et al., 2007; Simmons et al., 2010; Parker, 2011; Vose et al., 2012a) showed that LSAT estimates from modern reanalyses were in quantitative agreement with observed products.



**Figure 2.14** | Global annual average land-surface air temperature (LSAT) anomalies relative to a 1961–1990 climatology from the latest versions of four different data sets (Berkeley, CRUTEM, GHCN and GISS).

Particular controversy since AR4 has surrounded the LSAT record over the United States, focussed on siting quality of stations in the US Historical Climatology Network (USHCN) and implications for long-term trends. Most sites exhibit poor current siting as assessed against official WMO siting guidance, and may be expected to suffer potentially large siting-induced absolute biases (Fall et al., 2011). However, overall biases for the network since the 1980s are *likely* dominated by instrument type (owing to replacement of Stevenson screens with maximum minimum temperature systems (MMTS) in the 1980s at the majority of sites), rather than siting biases (Menne et al., 2010; Williams et al., 2012). A new automated homogeneity assessment approach (also used in GHCNv3, Menne and Williams, 2009) was developed that has been shown to perform as well or better than other contemporary approaches (Venema et al., 2012). This homogenization procedure *likely* removes much of the bias related to the network-wide changes in the 1980s (Menne et al., 2010; Fall et al., 2011; Williams et al., 2012). Williams et al. (2012) produced an ensemble of data set realizations using perturbed settings of this procedure and concluded through assessment against plausible test cases that there existed a propensity to under-estimate adjustments. This propensity is critically dependent upon the (unknown) nature of the inhomogeneities in the raw data records. Their homogenization increases both minimum temperature and maximum temperature centennial-time-scale USA average LSAT trends. Since 1979 these adjusted data agree with a range of reanalysis products whereas the raw records do not (Fall et al., 2010; Vose et al., 2012a).

Regional analyses of LSAT have not been limited to the United States. Various national and regional studies have undertaken assessments for Europe (Winkler, 2009; Bohm et al., 2010; Tietavainen et al., 2010; van

**Table 2.4:** | Trend estimates and 90% confidence intervals (Box 2.2) for LSAT global average values over five common periods.

| Data Set | Trends in °C per decade | | | | |
|---|---|---|---|---|---|
| | 1880–2012 | 1901–2012 | 1901–1950 | 1951–2012 | 1979–2012 |
| CRUTEM4.1.1.0 (Jones et al., 2012) | 0.086 ± 0.015 | 0.095 ± 0.020 | 0.097 ± 0.029 | 0.175 ± 0.037 | 0.254 ± 0.050 |
| GHCNv3.2.0 (Lawrimore et al., 2011) | 0.094 ± 0.016 | 0.107 ± 0.020 | 0.100 ± 0.033 | 0.197 ± 0.031 | 0.273 ± 0.047 |
| GISS (Hansen et al., 2010) | 0.095 ± 0.015 | 0.099 ± 0.020 | 0.098 ± 0.032 | 0.188 ± 0.032 | 0.267 ± 0.054 |
| Berkeley (Rohde et al., 2013) | 0.094 ± 0.013 | 0.101 ± 0.017 | 0.111 ± 0.034 | 0.175 ± 0.029 | 0.254 ± 0.049 |

187

BLM_0073696

der Schrier et al., 2011), China (Li et al., 2009; Zhen and Zhong-Wei, 2009; Li et al., 2010a; Tang et al., 2010), India (Jain and Kumar, 2012), Australia (Trewin, 2012), Canada (Vincent et al., 2012), South America, (Falvey and Garreaud, 2009) and East Africa (Christy et al., 2009). These analyses have used a range of methodologies and, in many cases, more data and metadata than available to the global analyses. Despite the range of analysis techniques they are generally in broad agreement with the global products in characterizing the long-term changes in mean temperatures. This includes some regions, such as the Pacific coast of South America, that have exhibited recent cooling (Falvey and Garreaud, 2009). Of specific importance for the early global records, large (>1°C) summer time warm bias adjustments for many European 19th century and early 20th century records were revisited and broadly confirmed by a range of approaches (Bohm et al., 2010; Brunet et al., 2011).

Since AR4 efforts have also been made to interpolate Antarctic records from the sparse, predominantly coastal ground-based network (Chapman and Walsh, 2007; Monaghan et al., 2008; Steig et al., 2009; O'Donnell et al., 2011). Although these agree that Antarctica as a whole has warmed since the late 1950s, substantial multi-annual to multi-decadal variability and uncertainties in reconstructed magnitude and spatial trend structure yield only *low confidence* in the details of pan-Antarctic regional LSAT changes.

In summary, it is certain that globally averaged LSAT has risen since the late 19th century and that this warming has been particularly marked since the 1970s. Several independently analyzed global and regional LSAT data products support this conclusion. There is *low confidence* in changes prior to 1880 owing to the reduced number of estimates, non-standardized measurement techniques, the greater spread among the estimates and particularly the greatly reduced observational sampling. *Confidence* is also *low* in the spatial detail and magnitude of LSAT trends in sparsely sampled regions such as Antarctica. Since AR4 significant efforts have been undertaken to identify and adjust for data issues and new estimates have been produced. These innovations have further strengthened overall understanding of the global LSAT records.

### 2.4.1.2   Diurnal Temperature Range

In AR4 diurnal temperature range (DTR) was found, globally, to have narrowed since 1950, with minimum daily temperatures increasing faster than maximum daily temperatures. However, significant multi-decadal variability was highlighted including a recent period from 1997 to 2004 of no change, as both maximum and minimum temperatures rose at similar rates. The Technical Summary of AR4 highlighted changes in DTR and their causes as a key uncertainty. Since AR4, uncertainties in DTR and its physical interpretation have become even more apparent.

No dedicated global analysis of DTR has been undertaken subsequent to Vose et al. (2005a), although global behaviour has been discussed in two broader ranging analyses. Rohde et al. (2012) and Wild et al. (2007) note an apparent reversal since the mid-1980s; with DTR subsequently increasing. This decline and subsequent increase in DTR over global land surfaces is qualitatively consistent with the dimming and subsequent brightening noted in Section 2.3.3.1. Donat et al. (2013c)

using HadEX2 (Section 2.6) find significant decreasing DTR trends in more than half of the land areas assessed but less than 10% of land with significant increases since 1951. Available trend estimates (−0.04 ± 0.01°C per decade over 1950–2011 (Rohde et al., 2013b) and −0.066°C per decade over 1950–2004 (Vose et al., 2005a)) are much smaller than global mean LSAT average temperature trends over 1951–2012 (Table 2.4). It therefore logically follows that globally averaged maximum and minimum temperatures over land have both increased by in excess of 0.1°C per decade since 1950.

Regionally, Makowski et al. (2008) found that DTR behaviour in Europe over 1950 to 2005 changed from a decrease to an increase in the 1970s in Western Europe and in the 1980s in Eastern Europe. Sen Roy and Balling (2005) found significant increases in both maximum and minimum temperatures for India, but little change in DTR over 1931–2002. Christy et al. (2009) reported that for East Africa there has been no pause in the narrowing of DTR in recent decades. Zhou and Ren (2011) reported a significant decrease in DTR over mainland China of −0.15°C per decade during 1961–2008.

Various investigators (e.g., Christy et al. (2009), Pielke and Matsui (2005), Zhou and Ren (2011)) have raised doubts about the physical interpretation of minimum temperature trends, hypothesizing that microclimate and local atmospheric composition impacts are more apparent because the dynamical mixing at night is much reduced. Parker (2006) investigated this issue arguing that if data were affected in this way, then a trend difference would be expected between calm and windy nights. However, he found no such minimum temperature differences on a global average basis. Using more complex boundary layer modelling techniques, Steeneveld et al. (2011) and McNider et al. (2012) showed much lower sensitivity to windspeed variations than posited by Pielke and Matsui but both concluded that boundary layer understanding was key to understanding the minimum temperature changes. Data analysis and long-term side-by-side instrumentation field studies show that real non-climatic data artefacts certainly affect maximum and minimum differently in the raw records for both recent (Fall et al., 2011; Williams et al., 2012) and older (Bohm et al., 2010; Brunet et al., 2011) records. Hence there could be issues over interpretation of apparent DTR trends and variability in many regions (Christy et al., 2006, 2009; Fall et al., 2011; Zhou and Ren, 2011; Williams et al., 2012), particularly when accompanied by regional-scale land-use/land-cover (LULC) changes (Christy et al., 2006).

In summary, *confidence* is *medium* in reported decreases in observed global DTR, noted as a key uncertainty in AR4. Several recent analyses of the raw data on which many previous analyses were based point to the potential for biases that differently affect maximum and minimum average temperatures. However, apparent changes in DTR are much smaller than reported changes in average temperatures and therefore it is *virtually certain* that maximum and minimum temperatures have increased since 1950.

### 2.4.1.3   Land Use Change and Urban Heat Island Effects

In AR4 Urban Heat Island (UHI) effects were concluded to be real local phenomena with negligible impact on large-scale trends. UHI and land-use land-cover change (LULC) effects arise mainly because the