Sarnthein, M., S. Van Kreveld, H. Erlenkeuser, P. Grootes, M. Kucera, U. Pflaumann, and M. Schulz, 2003b: Centennial-to-millennial-scale periodicities of Holocene climate and sediment injections off the western Barents shelf, 75°N. *Boreas*, **32**, 447–461.

Schaefer, J. M., et al., 2009: High-frequency Holocene glacier fluctuations in New Zealand differ from the northern signature. *Science*, **324**, 622–625.

Scherer, D., M. Gude, M. Gempeler, and E. Parlow, 1998: Atmospheric and hydrological boundary conditions for slushflow initiation due to snowmelt. *Ann. Glaciol.*, **26**, 377–380.

Schilt, A., M. Baumgartner, T. Blunier, J. Schwander, R. Spahni, H. Fischer, and T. F. Stocker, 2010: Glacial–interglacial and millennial-scale variations in the atmospheric nitrous oxide concentration during the last 800,000 years. *Quat. Sci. Rev.*, **29**, 182–192.

Schmidt, A., T. Thordarson, L. D. Oman, A. Robock, and S. Sell, 2012a: Climatic impact of the long-lasting 1783 Laki eruption: Inapplicability of mass-independent sulfur isotopic composition measurements. *J. Geophys. Res.*, **117**, D23116.

Schmidt, G. A., et al., 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geoscientif. Model Dev.*, **4**, 33–45.

Schmidt, G. A., et al., 2012b: Climate forcing reconstructions for use in PMIP simulations of the Last Millennium (v1.1). *Geoscientif. Model Dev.*, **5**, 185–191.

Schmittner, A., E. D. Galbraith, S. W. Hostetler, T. F. Pedersen, and R. Zhang, 2007: Large fluctuations of dissolved oxygen in the Indian and Pacific oceans during Dansgaard-Oeschger oscillations caused by variations of North Atlantic Deep Water subduction. *Paleoceanography*, **22**, PA3207.

Schmittner, A., et al., 2011: Climate sensitivity estimated from temperature reconstructions of the Last Glacial Maximum. *Science*, **334**, 1385–1388.

Schneider, B., G. Leduc, and W. Park, 2010: Disentangling seasonal signals in Holocene climate trends by satellite-model-proxy integration. *Paleoceanography*, **25**, PA4217.

Schneider, D. P., C. M. Ammann, B. L. Otto-Bliesner, and D. S. Kaufman, 2009: Climate response to large, high-latitude and low-latitude volcanic eruptions in the Community Climate System Model. *J. Geophys. Res.*, **114**, D15101.

Schneider Mor, A., R. Yam, C. Bianchi, M. Kunz-Pirrung, R. Gersonde, and A. Shemesh, 2012: Variable sequence of events during the past seven terminations in two deep-sea cores from the Southern Ocean. *Quat. Res.*, **77**, 317–325.

Schneider von Deimling, T., H. Held, A. Ganopolski, and S. Rahmstorf, 2006: Climate sensitivity estimated from ensemble simulations of glacial climate. *Clim. Dyn.*, **27**, 149–163.

Schoof, C., 2012: Marine ice sheet stability. *J. Fluid Mech.*, **698**, 62–72.

Schrijver, C. J., W. C. Livingston, T. N. Woods, and R. A. Mewaldt, 2011: The minimal solar activity in 2008–2009 and its implications for long-term climate modeling. *Geophys. Res. Lett.*, **38**, L06701.

Schulz, H., U. von Rad, and H. Erlenkeuser, 1998: Correlation between Arabian Sea and Greenland climate oscillations of the past 110,000 years. *Nature*, **393**, 54–57.

Schurer, A., G. C. Hegerl, M. E. Mann, S. F. B. Tett, and S. J. Phipps, 2013: Separating forced from chaotic climate variability over the past millennium. *J. Clim.*, **26**, 6954-6973.

Schurgers, G., U. Mikolajewicz, M. Gröger, E. Maier-Reimer, M. Vizcaino, and A. Winguth, 2007: The effect of land surface changes on Eemian climate. *Clim. Dyn.*, **29**, 357–373.

Screen, J. A., and I. Simmonds, 2010: The central role of diminishing sea ice in recent Arctic temperature amplification. *Nature*, **464**, 1334–1337.

Scroxton, N., S. G. Bonham, R. E. M. Rickaby, S. H. F. Lawrence, M. Hermoso, and A. M. Haywood, 2011: Persistent El Niño-Southern Oscillation variation during the Pliocene Epoch. *Paleoceanography*, **26**, PA2115.

Seager, R., N. Graham, C. Herweijer, A. Gordon, Y. Kushnir, and E. Cook, 2007: Blueprints for Medieval hydroclimate. *Quat. Sci. Rev.*, **26**, 2322–2336.

Seki, O., G. L. Foster, D. N. Schmidt, A. Mackensen, K. Kawamura, and R. D. Pancost, 2010: Alkenone and boron-based Pliocene pCO$_2$ records. *Earth Planet. Sci. Lett.*, **292**, 201–211.

Semenov, V., M. Latif, D. Dommenget, N. S. Keenlyside, A. Strehz, T. Martin, and W. Park, 2010: The Impact of North Atlantic-Arctic multidecadal variability on northern hemisphere surface air temperature. *J. Clim.*, **23**, 5668–5677.

Seong, Y., L. Owen, C. Yi, and R. Finkel, 2009: Quaternary glaciation of Muztag Ata and Kongur Shan: Evidence for glacier response to rapid climate changes throughout the Late Glacial and Holocene in westernmost Tibet. *Geol. Soc. Am. Bull.*, **129**, 348–365.

Serreze, M. C., and R. G. Barry, 2011: Processes and impacts of Arctic amplification: A research synthesis. *Global Planet. Change*, **77**, 85–96.

Serreze, M. C., A. P. Barrett, J. C. Stroeve, D. N. Kindig, and M. M. Holland, 2009: The emergence of surface-based Arctic amplification. *Cryosphere*, **3**, 11–19.

Servonnat, J., P. Yiou, M. Khodri, D. Swingedouw, and S. Denvil, 2010: Influence of solar variability, CO$_2$ and orbital forcing between 1000 and 1850 AD in the IPSLCM4 model. *Clim. Past*, **6**, 445–460.

Shackleton, N. J., 2000: The 100,000–year ice-age cycle identified and found to lag temperature, carbon dioxide, and orbital eccentricity. *Science*, **289**, 1897–1902.

Shackleton, N. J., M. F. Sánchez-Goñi, D. Pailler, and Y. Lancelot, 2003: Marine Isotope Substage 5e and the Eemian interglacial. *Global Planet. Change*, **36**, 151–155.

Shaffer, G., S. M. Olsen, and C. J. Bjerrum, 2004: Ocean subsurface warming as a mechanism for coupling Dansgaard-Oeschger climate cycles and ice-rafting events. *Geophys. Res. Lett.*, **31**, L24202.

Shakun, J. D., et al., 2012: Global warming preceded by increasing carbon dioxide concentrations during the last deglaciation. *Nature*, **484**, 49–54.

Shanahan, T. M., et al., 2009: Atlantic forcing of persistent drought in west Africa. *Science*, **324**, 377–380.

Shapiro, A. I., W. Schmutz, E. Rozanov, M. Schoell, M. Haberreiter, A. V. Shapiro, and S. Nyeki, 2011: A new approach to the long-term reconstruction of the solar irradiance leads to large historical solar forcing. *Astron. Astrophys.*, **529**, 1–8.

Sheffer, N. A., M. Rico, Y. Enzel, G. Benito, and T. Grodek, 2008: The Palaeoflood record of the Gardon River, France: A comparison with the extreme 2002 flood event. *Geomorphology*, **98**, 71–83.

Shevenell, A. E., A. E. Ingalls, E. W. Domack, and C. Kelly, 2011: Holocene Southern Ocean surface temperature variability west of the Antarctic Peninsula. *Nature*, **470**, 250–254.

Shi, F., et al., 2013: Northern hemisphere temperature reconstruction during the last millennium using multiple annual proxies. *Clim. Res.*, **56**, 231–244.

Shin, S. I., P. D. Sardeshmukh, R. S. Webb, R. J. Oglesby, and J. J. Barsugli, 2006: Understanding the mid-Holocene climate. *J. Clim.*, **19**, 2801–2817.

Shuman, B., P. Pribyl, T. A. Minckley, and J. J. Shinker, 2010: Rapid hydrologic shifts and prolonged droughts in Rocky Mountain headwaters during the Holocene. *Geophys. Res. Lett.*, **37**, L06701.

Sicre, M. A., et al., 2008: A 4500-year reconstruction of sea surface temperature variability at decadal time-scales off North Iceland. *Quat. Sci. Rev.*, **27**, 2041–2047.

Siddall, M., E. J. Rohling, W. G. Thompson, and C. Waelbroeck, 2008: Marine isotope stage 3 sea level fluctuations: Data synthesis and new outlook. *Rev. Geophys.*, **46**, RG4003.

Siddall, M., E. J. Rohling, T. Blunier, and R. Spahni, 2010: Patterns of millennial variability over the last 500 ka. *Clim. Past*, **6**, 295–303.

Siddall, M., T. F. Stocker, T. Blunier, R. Spahni, J. F. McManus, and E. Bard, 2006: Using a maximum simplicity paleoclimate model to simulate millennial variability during the last four glacial periods. *Quat. Sci. Rev.*, **25**, 3185–3197.

Siddall, M., E. J. Rohling, A. Almogi-Labin, C. Hemleben, D. Meischner, I. Schmelzer, and D. A. Smeed, 2003: Sea level fluctuations during the last glacial cycle. *Nature*, **423**, 853–858.

Siegenthaler, U., et al., 2005: Stable carbon cycle-climate relationship during the late Pleistocene. *Science*, **310**, 1313–1317.

Sierro, F. J., et al., 2009: Phase relationship between sea level and abrupt climate change. *Quat. Sci. Rev.*, **28**, 2867–2881.

Sigl, M., et al., 2013: A new bipolar ice core record of volcanism from WAIS Divide and NEEM and implications for climate forcing of the last 2000 years. *J. Geophys. Res.*, **118**, 1151-1169.

Sime, L. C., E. W. Wolff, K. I. C. Oliver, and J. C. Tindall, 2009: Evidence for warmer interglacials in East Antarctic ice cores. *Nature*, **462**, 342–345.

Sime, L. C., C. Risbi, J. C. Tindall, J. Sjolted, E. W. Wolff, V. Masson-Delmotte, and E. Caprona, 2013: Warm climate isotopic simulations: What do we learn about interglacial signals in Greenland ice cores? *Quat. Sci. Rev.*, **67**, 59–80.

Simms, A. R., K. T. Milliken, J. B. Anderson, and J. S. Wellner, 2011: The marine record of deglaciation of the South Shetland Islands, Antarctica since the Last Glacial Maximum. *Quat. Sci. Rev.*, **30**, 1583–1601.

Singarayer, J. S., and P. J. Valdes, 2010: High-latitude climate sensitivity to ice-sheet forcing over the last 120 kyr. *Quat. Sci. Rev.*, **29**, 43–55.

Sinha, A., and L. D. Stott, 1994: New atmospheric pCO$_2$ estimates from palesols during the late Paleocene/early Eocene global warming interval. *Global Planet. Change*, **9**, 297–307.

BLM_0073960

Sinha, A., et al., 2007: A 900-year (600 to 1500 A.D.) record of the Indian summer monsoon precipitation from the core monsoon zone of India. *Geophys. Res. Lett.*, 34, L16707.

Sivan, D., K. Lambeck, R. Toueg, A. Raban, Y. Porath, and B. Shirman, 2004: Ancient coastal wells of Caesarea Maritima, Israel, an indicator for relative sea level changes during the last 2000 years. *Earth Planet. Sci. Lett.*, 222, 315–330.

Sluijs, A., et al., 2007: Environmental precursors to rapid light carbon injection at the Palaeocene/Eocene boundary. *Nature*, 450, 1218–1221.

Smerdon, J. E., 2012: Climate models as a test bed for climate reconstruction methods: pseudoproxy experiments. *Rev. Clim. Change*, 3, 63–77.

Smerdon, J. E., A. Kaplan, D. Chang, and M. N. Evans, 2010: A pseudoproxy evaluation of the CCA and RegEM methods for reconstructing climate fields of the last millennium. *J. Clim.*, 23, 4856–4880.

Smerdon, J. E., A. Kaplan, E. Zorita, J. F. González-Rouco, and M. N. Evans, 2011: Spatial performance of four climate field reconstruction methods targeting the Common Era. *Geophys. Res. Lett.*, 38, L11705.

Smith, J. A., et al., 2011: Deglacial history of the West Antarctic Ice Sheet in the western Amundsen Sea Embayment. *Quat. Sci. Rev.*, 30, 488–505.

Smith, R., and J. Gregory, 2012: The last glacial cycle: Transient simulations with an AOGCM. *Clim. Dyn.*, 38, 1545–1559.

Smith, R. Y., D. R. Greenwood, and J. F. Basinger, 2010: Estimating paleoatmospheric $pCO_2$ during the Early Eocene Climatic Optimum from stomatal frequency of Ginkgo, Okanagan Highlands, British Columbia, Canada. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* 293, 120–131.

Smithers, S. G., and C. D. Woodroffe, 2001: Coral microatolls and 20th century sea level in the eastern Indian Ocean. *Earth Planet. Sci. Lett.*, 191, 173–184.

Soden, B. J., I. M. Held, R. Colman, K. M. Shell, J. T. Kiehl, and C. A. Shields, 2008: Quantifying climate feedbacks using radiative kernels. *J. Clim.*, 21, 3504–3520.

Sokolov, S., and S. R. Rintoul, 2009: Circumpolar structure and distribution of the Antarctic Circumpolar Current fronts: 1. Mean circumpolar paths. *J. Geophys. Res.*, 114, C11018.

Solanki, S. K., I. G. Usoskin, B. Kromer, M. Schussler, and J. Beer, 2004: Unusual activity of the Sun during recent decades compared to the previous 11,000 years. *Nature*, 431, 1084–1087.

Sosdian, S., and Y. Rosenthal, 2009: Deep-sea temperature and ice volume changes across the Pliocene-Pleistocene climate transitions. *Science*, 325, 306–310.

Sowers, T., and M. Bender, 1995: Climate records covering the Last Deglaciation. *Science*, 269, 210–214.

Spence, J. P., M. Eby, and A. J. Weaver, 2008: The sensitivity of the Atlantic Meridional Overturning Circulation to freshwater forcing at eddy-permitting resolutions. *J. Clim.*, 21, 2697–2710.

Spielhagen, R. F., et al., 2011: Enhanced modern heat transfer to the Arctic by warm Atlantic water. *Science*, 331, 450–453.

St. George, S., et al., 2009: The tree-ring record of drought on the Canadian prairies. *J. Clim.*, 22, 689–710.

Stager, J. C., D. Ryves, B. F. Cumming, L. D. Meeker, and J. Beer, 2005: Solar variability and the levels of Lake Victoria, East Africa, during the last millenium. *J. Paleolimnol.*, 33, 243–251.

Stager, J. C., C. Cocquyt, R. Bonnefille, C. Weyhenmeyer, and N. Bowerman, 2009: A late Pleistocene paleoclimatic history of Lake Tanganyika, East Africa. *Quat. Res.*, 72, 47–56.

Stahle, D. W., et al., 2011: Major Mesoamerican droughts of the past millennium. *Geophys. Res. Lett.*, 38, L05703.

Stambaugh, M. C., R. P. Guyette, E. R. McMurry, E. R. Cook, D. M. Meko, and A. R. Lupo, 2011: Drought duration and frequency in the U.S. Corn Belt during the last millennium (AD 992–2004). *Agr. For. Meteorol.*, 151, 154–162.

Stanford, J. D., E. J. Rohling, S. Bacon, A. P. Roberts, F. E. Grousset, and M. Bolshaw, 2011: A new concept for the paleoceanographic evolution of Heinrich event 1 in the North Atlantic. *Quat. Sci. Rev.*, 30, 1047–1066.

Starkel, L., A. Soja, and D. J. Michczyńska, 2006: Past hydrological events reflected in Holocene history of Polish rivers. *CATENA*, 66, 24–33.

Steffensen, J. P., et al., 2008: High-resolution Greenland ice core data show abrupt climate change happens in few years. *Science*, 321, 680–684.

Steig, E. J., D. P. Schneider, S. D. Rutherford, M. E. Mann, J. C. Comiso, and D. T. Shindell, 2009: Warming of the Antarctic ice-sheet surface since the 1957 International Geophysical Year. *Nature*, 457, 459–462.

Steig, E. J., et al., 2013: Recent climate and ice-sheet changes in West Antarctica compared with the past 2,000 years. *Nature Geosci.*, 6, 372-375.

Steinhilber, F., J. Beer, and C. Fröhlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, 36, L19704.

Steinhilber, F., et al., 2012: 9,400 years of cosmic radiation and solar activity from ice cores and tree rings. *Proc. Natl. Acad. Sci. U.S.A.*, 109, 5967-5971.

Steinke, S., M. Kienast, J. Groeneveld, L.-C. Lin, M.-T. Chen, and R. Rendle-Bühring, 2008: Proxy dependence of the temporal pattern of deglacial warming in the tropical South China Sea: toward resolving seasonality. *Quat. Sci. Rev.*, 27, 688–700.

Steinman, B. A., M. B. Abbott, M. E. Mann, N. D. Stansell, and B. P. Finney, 2013: 1,500 year quantitative reconstruction of winter precipitation in the Pacific Northwest. *Proc. Natl. Acad. Sci. U.S.A.*, 109, 11619-11623.

Stendel, M., I. Mogensen, and J. Christensen, 2006: Influence of various forcings on global climate in historical times using a coupled atmosphere–ocean general circulation model. *Clim. Dyn.*, 26, 1–15.

Stenni, B., et al., 2010: The deuterium excess records of EPICA Dome C and Dronning Maud Land ice cores (East Antarctica). *Quat. Sci. Rev.*, 29, 146–159.

Stenni, B., et al., 2011: Expression of the bipolar see-saw in Antarctic climate records during the last deglaciation. *Nature Geosci.*, 4, 46–49.

Steph, S., et al., 2010: Early Pliocene increase in thermohaline overturning: A precondition for the development of the modern equatorial Pacific cold tongue. *Paleoceanography*, 25, PA2202.

Stewart, M. M., I. Larocque-Tobler, and M. Grosjean, 2011: Quantitative inter-annual and decadal June–July–August temperature variability ca. 570 BC to AD 120 (Iron Age–Roman Period) reconstructed from the varved sediments of Lake Silvaplana, Switzerland. *J. Quat. Sci.*, 26, 491–501.

Stirling, C., T. Esat, K. Lambeck, and M. McCulloch, 1998: Timing and duration of the Last Interglacial: Evidence for a restricted interval of widespread coral reef growth. *Earth Planet. Sci. Lett.*, 160, 745–762.

Stocker, T., and S. Johnsen, 2003: A minimum thermodynamic model for the bipolar seesaw. *Paleoceanography*, 18, 1087.

Stone, E. J., D. J. Lunt, J. D. Annan, and J. C. Hargreaves, 2013: Quantification of the Greenland ice sheet contribution to Last Interglacial sea level rise. *Clim. Past*, 9, 621–639.

Stone, J. O., G. A. Balco, D. E. Sugden, M. W. Caffee, L. C. Sass, S. G. Cowdery, and C. Siddoway, 2003: Holocene Deglaciation of Marie Byrd Land, West Antarctica. *Science*, 299, 99–102.

Stott, L., A. Timmermann, and R. Thunell, 2007: Southern hemisphere and deep-sea warming led deglacial atmospheric $CO_2$ rise and tropical warming. *Science*, 318, 435–438.

Stott, L., K. Cannariato, R. Thunell, G. H. Haug, A. Koutavas, and S. Lund, 2004: Decline of surface temperature and salinity in the western tropical Pacific Ocean in the Holocene epoch. *Nature*, 431, 56–59.

Stott, L. D., 1992: Higher temperatures and lower oceanic $pCO_2$: A climate enigma at the end of the Paleocene epoch. *Paleoceanography*, 26, 55–65.

Stríkis, N. M., et al., 2011: Abrupt variations in South American monsoon rainfall during the Holocene based on a speleothem record from central-eastern Brazil. *Geology*, 39, 1075–1078.

Stuiver, M., and T. F. Braziunas, 1993: Sun, ocean, climate and atmospheric $^{14}CO_2$: An evaluation of causal and spectral relationships. *Holocene*, 3, 289–305.

Sundqvist, H., S. Q. Zhang, A. Moberg, K. Holmgren, H. Körnich, J. Nilsson, and G. Brattström, 2010: Climate change between the mid and late Holocene in northern high latitudes - Part 1: survey of temperature and precipitation proxy data. *Clim. Past*, 6, 591–608.

Svalgaard, L., and E. W. Cliver, 2010: Heliospheric magnetic field 1835–2009. *J. Geophys. Res.*, 115, A09111.

Svensson, A., et al., 2008: A 60 000 year Greenland stratigraphic ice core chronology. *Clim. Past*, 4, 47–57.

Swingedouw, D., J. Mignot, P. Braconnot, E. Mosquet, M. Kageyama, and R. Alkama, 2009: Impact of freshwater release in the North Atlantic under different climate conditions in an OAGCM. *J. Clim.*, 22, 6377–6403.

Swingedouw, D., L. Terray, C. Cassou, A. Voldoire, D. Salas-Mélia, and J. Servonnat, 2011: Natural forcing of climate during the last millennium: Fingerprint of solar variability. *Clim. Dyn.*, 36, 1349–1364.

Takemura, T., M. Egashira, K. Matsuzawa, H. Ichijo, R. O'ishi, and A. Abe-Ouchi, 2009: A simulation of the global distribution and radiative forcing of soil dust aerosols at the Last Glacial Maximum. *Atmos. Chem. Phys.*, 9, 3061–3073.

BLM_0073961

Tan, L., Y. Cai, R. Edwards, H. Cheng, C. Shen, and H. Zhang, 2011: Centennial- to decadal-scale monsoon precipitation variability in the semi-humid region, northern China during the last 1860 years: Records from stalagmites in Huangye Cave. *Holocene*, **21**, 287–296.

Tarasov, L., and W. R. Peltier, 2007: Coevolution of continental ice cover and permafrost extent over the last glacial-interglacial cycle in North America. *J. Geophys. Res.*, **112**, F02S08.

Tarasov, P., W. Granoszewski, E. Bezrukova, S. Brewer, M. Nita, A. Abzaeva, and H. Oberhänsli, 2005: Quantitative reconstruction of the last interglacial vegetation and climate based on the pollen record from Lake Baikal, Russia. *Clim. Dyn.*, **25**, 625–637.

Tarasov, P. E., et al., 2011: Progress in the reconstruction of Quaternary climate dynamics in the Northwest Pacific: A new modern analogue reference dataset and its application to the 430-kyr pollen record from Lake Biwa. *Earth Sci. Rev.*, **108**, 64–79.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Telford, R. J., C. Li, and M. Kucera, 2013: Mismatch between the depth habitat of planktonic foraminifera and the calibration depth of SST transfer functions may bias reconstructions. *Clim. Past*, **9**, 859–870.

Tett, S., et al., 2007: The impact of natural and anthropogenic forcings on climate and hydrology since 1550. *Clim. Dyn.*, **28**, 3–34.

Thomas, E., and J. Briner, 2009: Climate of the past millennium inferred from varved proglacial lake sediments on northeast Baffin Island, Arctic Canada. *J. Paleolimnol.*, **41**, 209–224.

Thomas, E. R., E. W. Wolff, R. Mulvaney, S. J. Johnsen, J. P. Steffensen, and C. Arrowsmith, 2009: Anatomy of a Dansgaard-Oeschger warming transition: high-resolution analysis of the North Greenland Ice Core Project ice core. *J. Geophys. Res.*, **114**, D08102.

Thomas, E. R., et al., 2007: The 8.2 ka event from Greenland ice cores. *Quat. Sci. Rev.*, **26**, 70–81.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent southern hemisphere climate change. *Science*, **296**, 895–899.

Thompson, D. W. J., and S. Solomon, 2009: Understanding recent stratospheric climate change. *J. Clim.*, **22**, 1934–1943.

Thompson, W. G., and S. L. Goldstein, 2005: Open-system coral ages reveal persistent suborbital sea level cycles. *Science*, **308**, 401–404.

Thompson, W. G., H. Allen Curran, M. A. Wilson, and B. White, 2011: Sea level oscillations during the last interglacial highstand recorded by Bahamas corals. *Nature Geosci.*, **4**, 684–687.

Thordarson, T., and S. Self, 2003: Atmospheric and environmental effects of the 1783–1784 Laki eruption: A review and reassessment. *J. Geophys. Res.*, **108**, D14011.

Tierney, J., M. Mayes, N. Meyer, C. Johnson, P. Swarzenski, A. Cohen, and J. Russell, 2010: Late-twentieth-century warming in Lake Tanganyika unprecedented since AD 500. *Nature Geosci.*, **3**, 422–425.

Tierney, J. E., S. C. Lewis, B. I. Cook, A. N. LeGrande, and G. A. Schmidt, 2011: Model, proxy and isotopic perspectives on the east African humid period. *Earth Planet. Sci. Lett.*, **307**, 103–112.

Tiljander, M. I. A., M. Saarnisto, A. E. K. Ojala, and T. Saarinen, 2003: A 3000–year palaeoenvironmental record from annually laminated sediment of Lake Korttajarvi, central Finland. *Boreas*, **32**, 566–577.

Timm, O., E. Ruprecht, and S. Kleppek, 2004: Scale-dependent reconstruction of the NAO index. *J. Clim.*, **17**, 2157–2169.

Timm, O., A. Timmermann, A. Abe-Ouchi, F. Saito, and T. Segawa, 2008: On the definition of seasons in paleoclimate simulations with orbital forcing. *Paleoceanography*, **23**, PA2221.

Timmermann, A., H. Gildor, M. Schulz, and E. Tziperman, 2003: Coherent resonant millennial-scale climate oscillations triggered by massive meltwater pulses. *J. Clim.*, **16**, 2569–2585.

Timmermann, A., O. Timm, L. Stott, and L. Menviel, 2009: The roles of $CO_2$ and orbital forcing in driving southern hemispheric temperature variations during the last 21 000 yr. *J. Clim.*, **22**, 1626–1640.

Timmermann, A., F. Justino, F. F. Jin, U. Krebs, and H. Goosse, 2004: Surface temperature control in the North and tropical Pacific during the last glacial maximum. *Clim. Dyn.*, **23**, 353–370.

Timmermann, A., et al., 2010: Towards a quantitative understanding of millennial-scale Antarctic warming events. *Quat. Sci. Rev.*, **29**, 74–85.

Timmermann, A., et al., 2007: The influence of a weakening of the Atlantic meridional overturning circulation on ENSO. *J. Clim.*, **20**, 4899–4919.

Timmreck, C., S. J. Lorenz, T. J. Crowley, S. Kinne, T. J. Raddatz, M. A. Thomas, and J. H. Jungclaus, 2009: Limited temperature response to the very large AD 1258 volcanic eruption. *Geophys. Res. Lett.*, **36**, L21708.

Tingley, M. P., and P. Huybers, 2010: A Bayesian algorithm for reconstructing climate anomalies in space and time. Part I: development and applications to paleoclimate reconstruction problems. *J. Clim.*, **23**, 2759–2781.

Tingley, M. P., and P. Huybers, 2013: Recent temperature extremes at high northern latitudes unprecedented in the past 600 years. *Nature*, **496**, 201–205.

Tingley, M. P., P. F. Craigmile, M. Haran, B. Li, E. Mannshardt, and B. Rajaratnam, 2012: Piecing together the past: statistical insights into paleoclimatic reconstructions. *Quat. Sci. Rev.*, **35**, 1–22.

Tjallingii, R., et al., 2008: Coherent high- and low-latitude control of the northwest African hydrological balance. *Nature Geosci.*, **1**, 670–675.

Torrence, C., and G. P. Compo, 1998: A practical guide to wavelet analysis. *Bull. Am. Meteorol. Soc.*, **79**, 61–78.

Touchan, R., K. J. Anchukaitis, D. M. Meko, S. Attalah, C. Baisan, and A. Aloui, 2008: Long term context for recent drought in northwestern Africa. *Geophys. Res. Lett.*, **35**, L13705.

Touchan, R., K. Anchukaitis, D. Meko, M. Sabir, S. Attalah, and A. Aloui, 2011: Spatiotemporal drought variability in northwestern Africa over the last nine centuries. *Clim. Dyn.*, **37**, 237–252.

Trachsel, M., et al., 2012: Multi-archive summer temperature reconstruction for the European Alps, AD 1053–1996. *Quat. Sci. Rev.*, **46**, 66–79.

Tripati, A. K., C. D. Roberts, and R. A. Eagle, 2009: Coupling of $CO_2$ and ice sheet stability over major climate transitions of the last 20 million years. *Science*, **326**, 1394–1397.

Trouet, V., J. Esper, N. E. Graham, A. Baker, J. D. Scourse, and D. C. Frank, 2009: Persistent positive north Atlantic oscillation mode dominated the Medieval Climate Anomaly. *Science*, **324**, 78–80.

Turney, C. S. M., and R. T. Jones, 2010: Does the Agulhas Current amplify global temperatures during super-interglacials? *J. Quat. Sci.*, **25**, 839–843.

Tzedakis, P. C., H. Hooghiemstra, and H. Palike, 2006: The last 1.35 million years at Tenaghi Philippon: revised chronostratigraphy and long-term vegetation trends. *Quat. Sci. Rev.*, **25**, 3416–3430.

Tzedakis, P. C., J. E. T. Channell, D. A. Hodell, H. F. Kleiven, and L. C. Skinner, 2012a: Determining the natural length of the current interglacial. *Nature Geosci.*, **5**, 138–141.

Tzedakis, P. C. Raynaud, J. F. McManus, A. Berger, V. Brovkin, and T. Kiefer, 2009: Interglacial diversity. *Nature Geosci.*, **2**, 751–755.

Tzedakis, P. C., E. W. Wolff, L. C. Skinner, V. Brovkin, D. A. Hodell, J. F. McManus, and D. Raynaud, 2012b: Can we predict the duration of an interglacial? *Clim. Dyn.*, **8**, 1473–1485.

Uemura, R., V. Masson-Delmotte, J. Jouzel, A. Landais, H. Motoyama, and B. Stenni, 2012: Ranges of moisture-source temperature estimated from Antarctic ice cores stable isotope records over glacial–interglacial cycles. *Clim. Past*, **8**, 1109–1125.

Unterman, M. B., T. J. Crowley, K. I. Hodges, S. J. Kim, and D. J. Erickson, 2011: Paleometeorology: High resolution Northern Hemisphere wintertime mid-latitude dynamics during the Last Glacial Maximum. *Geophys. Res. Lett.*, **38**, L23702.

Urrutia, R., A. Lara, R. Villalba, D. Christie, C. Le Quesne, and A. Cuq, 2011: Multicentury tree ring reconstruction of annual streamflow for the Maule River watershed in south central Chile. *Water Resourc. Res.*, **47**, W06527.

van de Berg, W. J., M. van den Broeke, J. Ettema, E. van Meijgaard, and F. Kaspar, 2011: Significant contribution of insolation to Eemian melting of the Greenland ice sheet. *Nature Geosci.*, **4**, 679–683.

van de Plassche, O., K. van der Borg, and A. F. M. de Jong, 1998: Sea level–climate correlation during the past 1400 yr. *Geology*, **26**, 319–322.

van den Berg, J., R. S. W. van de Wal, G. A. Milne, and J. Oerlemans, 2008: Effect of isostasy on dynamical ice sheet modeling: A case study for Eurasia. *J. Geophys. Res.*, **113**, B05412.

van der Burgh, J., H. Visscher, D. L. Dilcher, and W. M. Kürschner, 1993: Paleoatmospheric signatures in Neogene fossil leaves. *Science*, **260**, 1788–1790.

van Leeuwen, R. J., et al., 2000: Stratigraphy and integrated facies analysis of the Saalian and Eemian sediments in the Amsterdam-Terminal borehole, the Netherlands. *Geolog.Mijnbouw / Netherlands J. Geosci.*, **79**, 161–196.

Varma, V., et al., 2012: Holocene evolution of the Southern Hemisphere westerly winds in transient simulations with global climate models. *Clim. Past*, **8**, 391–402.

**5**

BLM_0073962

Vasskog, K., Ø. Paasche, A. Nesje, J. F. Boyle, and H. J. B. Birks, 2012: A new approach for reconstructing glacier variability based on lake sediments recording input from more than one glacier. *Quat. Res.*, **77**, 192–204.

Vaughan, D. G., D. K. A. Barnes, P. T. Fretwell, and R. G. Bingham, 2011: Potential seaways across West Antarctica. *Geochem., Geophys., Geosyst.*, **12**, Q10004.

Vavrus, S., 2004: The impact of cloud feedbacks on Arctic climate under greenhouse forcing. *J. Clim.*, **17**, 603–615.

Velichko, A. A., O. K. Borisova, and E. M. Zelikson, 2008: Paradoxes of the Last Interglacial climate: Reconstruction of the northern Eurasia climate based on palaeofloristic data. *Boreas*, **37**, 1–19.

Verleyen, E., et al., 2011: Post-glacial regional climate variability along the East Antarctic coastal margin—Evidence from shallow marine and coastal terrestrial records. *Earth Sci. Rev.*, **104**, 199–212.

Verschuren, D., K. Laird, and B. Cumming, 2000: Rainfall and drought in equatorial East Africa during the past 1000 years. *Nature*, **403**, 410–414.

Verschuren, D., J. S. Sinninghe Damste, J. Moernaut, I. Kristen, M. Blaauw, M. Fagot, and G. H. Haug, 2009: Half-precessional dynamics of monsoon rainfall near the East African Equator. *Nature*, **462**, 637–641.

Vettoretti, G., and W. R. Peltier, 2011: The impact of insolation, greenhouse gas forcing, and ocean circulation changes on glacial inception. *Holocene*, **21**, 803–817.

Viau, A. E., M. Ladd, and K. Gajewski, 2012: The climate of North America during the past 2000–years reconstructed from pollen data. *Global Planet. Change*, **84–85**, 75–83.

Vieira, L. E. A., and S. K. Solanki, A. V. Krivov, and I. G. Usoskin 2011: Evolution of the solar irradiance during the Holocene. *Astron. Astrophys.*, **531**, A6.

Vieira, L. E. A., and S. K. Solanki, 2010: Evolution of the solar magnetic flux on time scales of years to millenia. *Astron. Astrophys.*, **509**, A100.

Villalba, R., M. Grosjean, and T. Kiefer, 2009: Long-term multi-proxy climate reconstructions and dynamics in South America (LOTRED-SA): State of the art and perspectives. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **281**, 175–179.

Villalba, R., et al., 2012: Unusual Southern Hemisphere tree growth patterns induced by changes in the Southern Annular Mode. *Nature Geosci.*, **5**, 793–798.

Vimeux, F., P. Ginot, M. Schwikowski, M. Vuille, G. Hoffmann, L. G. Thompson, and U. Schotterer, 2009: Climate variability during the last 1000 years inferred from Andean ice cores: A review of methodology and recent results. *Palaeogeogr. Palaeoclimatol. Palaeoecol.*, **281**, 229–241.

Vinther, B., P. Jones, K. Briffa, H. Clausen, K. Andersen, D. Dahl-Jensen, and S. Johnsen, 2010: Climatic signals in multiple highly resolved stable isotope records from Greenland. *Quat. Sci. Rev.*, **29**, 522–538.

Vinther, B. M., et al., 2009: Holocene thinning of the Greenland ice sheet. *Nature*, **461**, 385–388.

von Grafenstein, U., E. Erlenkeuser, J. Müller, J. Jouzel, and S. Johnsen, 1998: The cold event 8,200 years ago documented in oxygen isotope records of precipitation in Europe and Greenland. *Clim. Dyn.*, **14**, 73–81.

von Gunten, L., M. Grosjean, B. Rein, R. Urrutia, and P. Appleby, 2009: A quantitative high-resolution summer temperature reconstruction based on sedimentary pigments from Laguna Aculeo, central Chile, back to AD 850. *Holocene*, **19**, 873–881.

von Königswald, W., 2007: Mammalian faunas from the interglacial periods in Central Europe and their stratigraphic correlation. In *Developments in Quaternary Science* [F. Sirocko, M. Claussen, M. F. Sánchez Goñi and T. Litt (eds.)]. Elsevier, Philadelphia, PA, USA, pp. 445–454.

von Storch, H., E. Zorita, J. Jones, F. González-Rouco, and S. Tett, 2006: Response to comment on "Reconstructing past climate from noisy data". *Science*, **312**, 1872–1873.

Vuille, M., et al., 2012: A review of the South American Monsoon history as recorded in stable isotopic proxies over the past two millennia. *Clim. Past*, **8**, 1309–1321.

Waelbroeck, C., et al., 2002: Sea level and deep water temperature changes derived from benthic foraminifera isotopic records. *Quat. Sci. Rev.*, **21**, 295–305.

Wagner, J. D. M., J. E. Cole, J. W. Beck, P. J. Patchett, G. M. Henderson, and H. R. Barnett, 2010: Moisture variability in the southwestern United States linked to abrupt glacial climate change. *Nature Geosci.*, **3**, 110–113.

Wagner, S., 2007: Transient simulations, empirical reconstructions and forcing mechanisms for the Mid-holocene hydrological climate in southern Patagonia. *Clim. Dyn.*, **29**, 333–355.

Wahl, E., et al., 2010: An archive of high-resolution temperature reconstructions over the past 2+ millennia. *Geochem. Geophys. Geosyst.*, **11**, Q01001.

Wahl, E. R., and J. E. Smerdon, 2012: Comparative performance of paleoclimate field and index reconstructions derived from climate proxies and noise-only predictors. *Geophys. Res. Lett.*, **39**, L06703.

Wahl, E. R., D. M. Ritson, and C. M. Ammann, 2006: Comment on "Reconstructing past climate from noisy data". *Science*, **312**, 529.

Walter, K. M., S. A. Zimov, J. P. Chanton, D. Verbyla, and F. S. Chapin, 2006: Methane bubbling from Siberian thaw lakes as a positive feedback to climate warming. *Nature*, **443**, 71–75.

Wan, S., J. Tian, S. Steinke, A. Li, and T. Li, 2010: Evolution and variability of the East Asian summer monsoon during the Pliocene: Evidence from clay mineral records of the South China Sea. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **293**, 237–247.

Wang, B., and Q. Ding, 2008: Global monsoon: Dominant mode of annual variation in the tropics. *Dyn. Atmos. Oceans*, **44**, 165–183.

Wang, S., X. Wen, Y. Luo, W. Dong, Z. Zhao, and B. Yang, 2007: Reconstruction of temperature series of China for the last 1000 years. *Chin. Sci. Bull.*, **52**, 3272–3280.

Wang, Y. J., H. Cheng, R. L. Edwards, Z. S. An, J. Y. Wu, C. C. Shen, and J. A. Dorale, 2001: A high-resolution absolute-dated Late Pleistocene monsoon record from Hulu Cave, China. *Science*, **294**, 2345–2348.

Wang, Y. J., et al., 2008: Millennial- and orbital-scale changes in the East Asian monsoon over the past 224,000 years. *Nature*, **451**, 1090–1093.

Wang, Y. M., J. Lean, and N. Sheeley, 2005: Modeling the Sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Wang, Y. M., S. L. Li, and D. H. Luo, 2009: Seasonal response of Asian monsoonal climate to the Atlantic Multidecadal Oscillation. *J. Geophys. Res.*, **114**, D02112.

Wanner, H., O. Solomina, M. Grosjean, S. P. Ritz, and M. Jetel, 2011: Structure and origin of Holocene cold events. *Quat. Sci. Rev.*, **30**, 3109–3123.

Wanner, H., et al., 2008: Mid- to Late Holocene climate change: an overview. *Quat. Sci. Rev.*, **27**, 1791–1828.

Waple, A. M., M. E. Mann, and R. S. Bradley, 2002: Long-term patterns of solar irradiance forcing in model experiments and proxy based surface temperature reconstructions. *Clim. Dyn.*, **18**, 563–578.

Wara, M. W., A. C. Ravelo, and M. L. Delaney, 2005: Permanent El Niño–like conditions during the Pliocene Warm Period. *Science*, **309**, 758–761.

Watanabe, O., J. Jouzel, S. Johnsen, F. Parrenin, H. Shoji, and N. Yoshida, 2003: Homogeneous climate variability across East Antarctica over the past three glacial cycles. *Nature*, **422**, 509–512.

Watanabe, T., et al., 2011: Permanent El Niño during the Pliocene warm period not supported by coral evidence. *Nature*, **471**, 209–211.

Weber, S. L., et al., 2007: The modern and glacial overturning circulation in the Atlantic ocean in PMIP coupled model simulations. *Clim. Past*, **3**, 51–64.

Wegmüller, S., 1992: *Vegetationsgeschichtliche und stratigraphische Untersuchungen an Schieferkohlen des nördlichen Alpenvorlandes.* Denkschriften der Schweizerischen Akademie der Naturwissenschaften, 102, Birkhauser, Basel, 445–454 pp.

Wegner, A., et al., 2012: Change in dust variability in the Atlantic sector of Antarctica at the end of the last deglaciation. *Clim. Past*, **8**, 135–147.

Wei, L. J., E. Mosley-Thompson, P. Gabrielli, L. G. Thompson, and C. Barbante, 2008: Synchronous deposition of volcanic ash and sulfate aerosols over Greenland in 1783 from the Laki eruption (Iceland). *Geophys. Res. Lett.*, **35**, L16501.

Weldeab, S., 2012: Bipolar modulation of millennial-scale West African monsoon variability during the last glacial (75,000–25,000 years ago). *Quat. Sci. Rev.*, **40**, 21–29.

Weldeab, S., D. W. Lea, R. R. Schneider, and N. Andersen, 2007a: 155,000 years of West African monsoon and ocean thermal evolution. *Science*, **316**, 1303–1307.

Weldeab, S., D. W. Lea, R. R. Schneider, and N. Andersen, 2007b: Centennial scale climate instabilities in a wet early Holocene West African monsoon. *Geophys. Res. Lett.*, **34**, L24702.

Welten, M., 1988: *Neue pollenanalytische Ergebnisse über das jüngere Quartär des nördlichen Alpenvorlandes der Schweiz (Mittel-und Jungpleistozän).* Beiträge zur Geologischen Karte der Schweiz, 162, Stämpfli, 40 pp.

Wenzler, T., S. Solanki, and N. Krivova, 2005: Can surface magnetic fields reproduce solar irradiance variations in cycles 22 and 23? *Astron. Astrophys.*, **432**, 1057–1061.

Wenzler, T., S. K. Solanki, N. A. Krivova, and C. Fröhlich, 2006: Reconstruction of solar irradiance variations in cycles 21–23 based on surface magnetic fields. *Astron. Astrophys.*, **460**, 583–595.

Werner, J. P., J. Luterbacher, and J. E. Smerdon, 2013: A pseudoproxy evaluation of Bayesian hierarchical modelling and canonical correlation analysis for climate field reconstructions over Europe. *J. Clim.*, **26**, 851–867.

**5**

BLM_0073963

Westerhold, T., U. Röhl, J. Laskar, I. Raffi, J. Bowles, L. J. Lourens, and J. C. Zachos, 2007: On the duration of magnetochrons C24r and C25n and the timing of early Eocene global warming events: Implications from the Ocean Drilling Program Leg 208 Walvis Ridge depth transect. *Paleoceanography*, **22**, PA2201.

Whitehouse, P. L., M. J. Bentley, G. A. Milne, M. A. King, and I. D. Thomas, 2012: A new glacial isostatic adjustment model for Antarctica: Calibrated and tested using observations of relative sea level change and present-day uplift rates. *Geophys. J. Int.*, **190**, 1464–1482.

Widmann, M., H. Goosse, G. van der Schrier, R. Schnur, and J. Barkmeijer, 2010: Using data assimilation to study extratropical Northern Hemisphere climate over the last millennium. *Clim. Past*, **6**, 627–644.

Wiersma, A., D. Roche, and H. Renssen, 2011: Fingerprinting the 8.2 ka event climate response in a coupled climate model. *J. Quat. Sci.*, **26**, 118–127.

Wiles, G. C., D. J. Barclay, P. E. Calkin, and T. V. Lowell, 2008: Century to millennial-scale temperature variations for the last two thousand years indicated from glacial geologic records of Southern Alaska. *Global Planet. Change*, **60**, 115–125.

Wiles, G. C., D. E. Lawson, E. Lyon, N. Wiesenberg, and R. D. D'Arrigo, 2011: Tree-ring dates on two pre-Little Ice Age advances in Glacier Bay National Park and Preserve, Alaska, USA. *Quat. Res.*, **76**, 190–195.

Wilhelm, B., et al., 2012: 1400 years of extreme precipitation patterns over the Mediterranean French Alps and possible forcing mechanisms. *Quat. Res.*, **78**, 1–12.

Wilmes, S. B., C. C. Raible, and T. F. Stocker, 2012: Climate variability of the mid- and high-latitudes of the Southern Hemisphere in ensemble simulations from 1500 to 2000 AD. *Clim. Past*, **8**, 373–390.

Wilson, M. F., and A. Henderson-Sellers, 1985: A global archive of land cover and soils data for use in general circulation climate models. *J. Climatol.*, **5**, 119–143.

Wilson, R., E. Cook, R. D'Arrigo, N. Riedwyl, M. N. Evans, A. Tudhope, and R. Allan, 2010: Reconstructing ENSO: the influence of method, proxy data, climate forcing and teleconnections. *J. Quat. Sci.*, **25**, 62–78.

Wilson, R., D. Miles, N. Loader, T. Melvin, L. Cunningham, R. Cooper, and K. Briffa, 2013: A millennial long march–July precipitation reconstruction for southern-central England. *Clim. Dyn.*, **40**, 997–1017.

Wilson, R., et al., 2007: A matter of divergence: Tracking recent warming at hemispheric scales using tree ring data. *J. Geophys. Res.*, **112**, D17103.

Winckler, G., R. F. Anderson, M. Q. Fleisher, D. McGee, and N. Mahowald, 2008: Covariant Glacial-Interglacial Dust Fluxes in the Equatorial Pacific and Antarctica. *Science*, **320**, 93–96.

Winkler, S., and J. Matthews, 2010: Holocene glacier chronologies: Are 'high-resolution' global and inter-hemispheric comparisons possible? *Holocene*, **20**, 1137–1147.

Winter, A., et al., 2011: Evidence for 800 years of North Atlantic multi-decadal variability from a Puerto Rican speleothem. *Earth Planet. Sci. Lett.*, **308**, 23–28.

Wolff, C., et al., 2011: Reduced interannual rainfall variability in east Africa during the Last Ice Age. *Science*, **333**, 743–747.

Wolff, E. W., et al., 2010: Changes in environment over the last 800,000 years from chemical analysis of the EPICA Dome C ice core. *Quat. Sci. Rev.*, **29**, 285–295.

Woodhouse, C. A., D. M. Meko, G. M. MacDonald, D. W. Stahle, and E. R. Cook, 2010: A 1,200–year perspective of 21st century drought in southwestern North America. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 21283–21288.

Woodroffe, C., and R. McLean, 1990: Microatolls and recent sea level change on coral atolls. *Nature*, **344**, 531–534.

Woodroffe, C. D., H. V. McGregor, K. Lambeck, S. G. Smithers, and D. Fink, 2012: Mid-Pacific microatolls record sea level stability over the past 5000 yr. *Geology*, **40**, 951–954.

Wunsch, C., 2006: Abrupt climate change: An alternative view. *Quat. Res.*, **65**, 191–203.

Xie, S. P., Y. Okumura, T. Miyama, and A. Timmermann, 2008: Influences of Atlantic climate change on the tropical Pacific via the Central American Isthmus. *J. Clim.*, **21**, 3914–3928.

Yadav, R., A. Braeuning, and J. Singh, 2011: Tree ring inferred summer temperature variations over the last millennium in western Himalaya, India. *Clim. Dyn.*, **36**, 1545–1554.

Yanase, W., and A. Abe-Ouchi, 2010: A numerical study on the atmospheric circulation over the midlatitude North Pacific during the Last Glacial Maximum. *J. Clim.*, **23**, 135–151.

Yang, B., A. Bräuning, Z. Dong, Z. Zhang, and J. Keqing, 2008: Late Holocene monsoonal temperate glacier fluctuations on the Tibetan Plateau. *Global Planet. Change*, **60**, 126–140.

Yang, B., J. Wang, A. Bräuning, Z. Dong, and J. Esper, 2009: Late Holocene climatic and environmental changes in central Asia. *Quat. Int.*, **194**, 68–78.

Yin, Q., and A. Berger, 2012: Individual contribution of insolation and $CO_2$ to the interglacial climates of the past 800,000 years. *Clim. Dyn.*, **38**, 709–724.

Yin, Q. Z., and A. Berger, 2010: Insolation and $CO_2$ contribution to the interglacial climate before and after the Mid-Brunhes Event. *Nature Geosci.*, **3**, 243–246.

Yin, Q. Z., A. Berger, E. Driesschaert, H. Goosse, M. F. Loutre, and M. Crucifix, 2008: The Eurasian ice sheet reinforces the East Asian summer monsoon during the interglacial 500 000 years ago. *Clim. Past*, **4**, 79–90.

Yiou, P., J. Servonnat, M. Yoshimori, D. Swingedouw, M. Khodri, and A. Abe-Ouchi, 2012: Stability of weather regimes during the last millennium from climate simulations. *Geophys. Res. Lett.*, **39**, L08703.

Yokoyama, Y., and T. M. Esat, 2011: Global climate and sea level: Enduring variability and rapid fluctuations over the past 150,000 years. *Oceanography*, **24**, 54–69.

Yoshimori, M., T. Yokohata, and A. Abe-Ouchi, 2009: A comparison of climate feedback strength between $CO_2$ doubling and LGM experiments. *J. Clim.*, **22**, 3374–3395.

Yoshimori, M., J. C. Hargreaves, J. D. Annan, T. Yokohata, and A. Abe-Ouchi, 2011: Dependency of feedbacks on forcing and climate state in physics parameter ensembles. *J. Clim.*, **24**, 6440–6455.

Young, N. E., J. P. Briner, H. A. M. Stewart, Y. Axford, B. Csatho, D. H. Rood, and R. C. Finkel, 2011: Response of Jakobshavn Isbræ, Greenland, to Holocene climate change. *Geology*, **39**, 131–134.

Yue, X., H. Wang, H. Liao, and D. Jiang, 2010: Simulation of the direct radiative effect of mineral dust aerosol on the climate at the Last Glacial Maximum. *J. Clim.*, **24**, 843–858.

Zachos, J. C., G. R. Dickens, and R. E. Zeebe, 2008: An early Cenozoic perspective on greenhouse warming and carbon-cycle dynamics. *Nature*, **451**, 279–283.

Zachos, J. C., et al., 2005: Rapid acidification of the ocean during the Paleocene-Eocene Thermal Maximum. *Science*, **308**, 1611–1615.

Zagwijn, W. H., 1996: An analysis of Eemian climate in western and central Europe. *Quat. Sci. Rev.*, **15**, 451–469.

Zeebe, R. E., J. C. Zachos, and G. R. Dickens, 2009: Carbon dioxide forcing alone insufficient to explain Palaeocene-Eocene Thermal Maximum warming. *Nature Geosci.*, **2**, 576–580.

Zha, X., C. Huang, and J. Pang, 2009: Palaeofloods recorded by slackwater deposits on the Qishuihe river in the middle Yellow river. *J. Geograph. Sci.*, **19**, 681–690.

Zhang, P. Z., et al., 2008: A test of climate, sun, and culture relationships from an 1810–year Chinese cave record. *Science*, **322**, 940–942.

Zhang, Q-B., and R. J. Hebda, 2005: Abrupt climate change and variability in the past four millennia of the southern Vancouver Island, Canada. *Geophys. Res. Lett.*, **32**, L16708.

Zhang, Q., H. S. Sundqvist, A. Moberg, H. Kornich, J. Nilsson, and K. Holmgren, 2010: Climate change between the mid and late Holocene in northern high latitudes—Part 2: Model-data comparisons. *Clim. Past*, **6**, 609–626.

Zhang, R., and T. L. Delworth, 2005: Simulated tropical response to a substantial weakening of the Atlantic thermohaline circulation. *J. Clim.*, **18**, 1853–1860.

Zhang, R., and T. L. Delworth, 2006: Impact of Atlantic multidecadal oscillations on India/Sahel rainfall and Atlantic hurricanes. *Geophys. Res. Lett.*, **33**, L17712.

Zhang, Y., Z. Kong, S. Yan, Z. Yang, and J. Ni, 2009: "Medieval Warm Period" on the northern slope of central Tianshan Mountains, Xinjiang, NW China. *Geophys. Res. Lett.*, **36**, L11702.

Zheng, W., P. Braconnot, E. Guilyardi, U. Merkel, and Y. Yu, 2008: ENSO at 6ka and 21ka from ocean-atmosphere coupled model simulations. *Clim. Dyn.*, **30**, 745–762.

Zhou, T., B. Li, W. Man, L. Zhang, and J. Zhang, 2011: A comparison of the Medieval Warm Period, Little Ice Age and 20th century warming simulated by the FGOALS climate system model. *Chin. Sci. Bull.*, **56**, 3028–3041.

Zhu, H., F. Zheng, X. Shao, X. Liu, X. Yan, and E. Liang, 2008: Millennial temperature reconstruction based on tree-ring widths of Qilian juniper from Wulan, Qinghai province, China. *Chin. Sci. Bull.*, **53**, 3914–3920.

Zinke, J., M. Pfeiffer, O. Timm, W. C. Dullo, and G. Brummer, 2009: Western Indian Ocean marine and terrestrial records of climate variability: A review and new concepts on land–ocean interactions since AD 1660. *Int. J. Earth Sci.*, **98**, 115–133.

5

BLM_0073964

## Appendix 5.A: Additional Information on Paleoclimate Archives and Models

**Table 5.A.1** | Summary of the Atmosphere-Ocean General Circulation Model (AOGCM) simulations available and assessed for Sections 5.3.5 and 5.5.1. Acronyms describing forcings are: SS (solar forcing, stronger variability), SW (solar forcing, weaker variability), V (volcanic activity), G (greenhouse gases concentration), A (aerosols), L (land use–land cover), and O (orbital). The table is divided into Paleoclimate Modelling Intercomparison Project Phase III (PMIP3) and Coupled Model Intercomparison Project Phase 5 (CMIP5) and non-PMIP3/CMIP5 experiments (Braconnot et al., 2012b; Taylor et al., 2012). Superscript indices in forcing acronyms identify the forcing reconstructions used and are listed in the table footnotes. PMIP3 experiments follow forcing guidelines provided in Schmidt et al. (2011, 2012b). See Fernández-Donado et al. (2013) for more information on pre-PMIP3/CMIP5 forcing configurations. See Chapter 8 and Table 9.1 for the forcing and model specifications of the CMIP5 historical runs. The simulations highlighted in red were excluded from Figures 5.8, 5.9 and 5.12 because they did not include at least solar, volcanic and greenhouse gas forcings, they did not span the whole of the last millennium, or for a reason given in the table notes.

| Model | (No. runs) Period | Forcings[a] | Reference |
|---|---|---|---|
| *Pre PMIP3/CMIP5 Experiments* | | | |
| CCSM3 | (1×) 1000–2000<br>(4×) 1500–2000 | SS[11]·V[21]·G[30,31,35] | Hofer et al. (2011) |
| CNRM-CM3.3 | (1×) 1001–1990 | SS[11]·V[21]·G[30,34,36]·A[44]·L[54] | Swingedouw et al. (2011) |
| CSM1.4 | (1×) 850–1999 | SS[13]·V[21]·G[30,31,35]·A[41] | Ammann et al. (2007) |
| CSIRO-MK3L-1-2 | (3×) 1–2001<br>(3×) 1–2001<br>(3×) 501–2001 | SW[14]<br>SW[14]·G[36]·O[50]<br>SW[14]·V[24]·G[36]·O[50] | Phipps et al. (2013) |
| ECHAM4/OPYC | (1×) 1500–2000 | SS[11]·V[21,36]·G[30]·A[45]·L[53] | Stendel et al. (2006) |
| ECHAM5/MPIOM | (5×) 800–2005<br>(3×) 800–2005 | SW[15]·V[25]·G[34,36]·A[44]·L[54]·O[51]<br>SS[15]·V[25]·G[34,33]·A[44]·L[51]·O[51] | Jungclaus et al. (2010) |
| ECHO-G | (1×) 1000–1990<br>(1×) 1000–1990<br>(2×) −7000–1998 | SS[11]·V[25]·G[31,36,37]<br>SS[11]·V[0]·G[11,36,37]<br>SS[12]·G[36]·O[50] | González-Rouco et al. (2003)[b]<br>González-Rouco et al. (2006)<br>Wagner et al. (2007) |
| HadCM3 | (1×) 1492–1999 | SS[11]·V[21]·G[22]·A[43]·L[50,54,35]·O[50] | Tett et al. (2007) |
| IPSLCM4 | (1×) 1001–2000 | SS[11]·G[30,34,36]·A[44]·O[51] | Servonnat et al. (2010) |
| FGOALS-gl | (1×) 1000–1999 | SS[11]·V[21]·G[30,31,35] | Zhou et al. (2011)[c] |
| *PMIP3/CMIP5 Experiments* | | | |
| BCC-csm1-1 | (1×) 850–2005 | SW[15]·V[25]·G[30,33,34]·A[45]·O[50] | |
| CCSM4 | (1×) 850–2004 | SW[15]·V[24]·G[30,33,34]·A[45]·L[51]·O[52] | Landrum et al. (2013) |
| CSIRO-MK3L-1-2 | (1×) 851–2000 | SW[14]·V[25]·G[30,33,34]·O[51] | |
| GISS-E2-R | (8×) 850–2004 | SW[14]·V[27]·G[30,33,34]·A[45]·L[51]·O[50]<br>SW[16]·V[27]·G[30,33,34]·A[45]·L[51]·O[50]<br>SW[14]·V[2,0,13,34]·A·L[51]·O[50]<br>SW[15]·V[25]·G[30,33,34]·A[45]·L[51]·O[50]<br>SW[16]·V[24]·G[30,33,34]·A[45]·L[51]·O[50]<br>SW[14]·V[2,0,13,34]·A·L[51]·O[50]<br>SW[15]·V[25]·G[30,33,34]·A[45]·L[51]·O[50]<br>SW[16]·V[24]·G[30,33,34]·A[45]·L[51]·O[50] | [d] |
| HadCM3 | (1×) 800–2000 | SW[14]·V[25]·G[30,33,34]·A[45]·L[51]·O[50] | Schurer et al. (2013) |
| IPSL-CM5A-LR | (1×) 850–2005 | SW[15]·V[27]·G[30,33,34]·O[50] | |
| MIROC-ESM | (1×) 850–2005 | SW[14]·V[24]·G[30,33,34]·O[50] | [e] |
| MPI-ESM-P | (1×) 850–2005 | SW[15]·V[25]·G[30,33,34]·A[45]·L[51]·O[50] | |

Notes:

[a]   Key for superscript indices in forcing acronyms:

**[1] Solar:**
- [10]   Bard et al. (2000)
- [11]   Bard et al. (2000) spliced to Lean et al. (1995a)
- [12]   Solanki et al. (2004)
- [13]   Krivova et al. (2007)
- [14]   Steinhilber et al. (2009) spliced to Wang et al. (2005)
- [15]   Vieira and Solanki (2010) spliced to Wang et al. (2005)
- [16]   Delaygue and Bard (2011) spliced to Wang et al. (2005)

**[2] Volcanic:**
- [20]   Crowley (2000)
- [21]   Ammann et al. (2003)
- [22]   Total solar irradiances from Crowley (2000) converted to aerosol masses using Ammann et al. (2003) regression coefficients.

- [23]   Crowley et al. (2003)
- [24]   Gao et al. (2008). In the GISS-E2-R simulations this forcing was implemented twice as large as in Gao et al. (2008).
- [25]   Crowley and Unterman (2013)
- [26]   Robertson et al. (2001)
- [27]   Ammann et al. (2007)

**[3] WMGHGs:**
- [30]   Flückiger et al., (1999; 2002); Machida et al. (1995)
- [31]   Etheridge et al. (1996)
- [32]   Johns et al. (2003)
- [33]   Hansen and Sato (2004)
- [34]   MacFarling Meure et al. (2006)
- [35]   Blunier et al. (1995)
- [36]   Etheridge et al. (1998)
- [37]   Battle et al. (1996)

- [38]   Robertson et al. (2001)
- [39]   $CO_2$ diagnosed by the model.

**[4] Aerosols:**
- [40]   Lefohn et al. (1999)
- [41]   Joos et al. (2001)
- [42]   Roeckner et al. (1999)
- [43]   Johns et al. (2003)
- [44]   Boucher and Pham (2002)
- [45]   Lamarque et al. (2010). See Sections 8.2 and 8.3

**[5] Land use, land cover:**
- [50]   Wilson and Henderson-Sellers (1985)
- [51]   Pongratz et al. (2009) spliced to Hurtt et al. (2006)
- [52]   Kaplan et al. (2011)
- [53]   Pongratz et al. (2008)

(continued on next page)

*Table 5.A.1 Notes (continued)*

[54]   Ramankutty and Foley (1999)
[55]   Goldewijk (2001)
**[6] Orbital:**
[60]   Berger (1978)
[61]   Bretagnon and Francou (1988)
[62]   Berger and Loutre (1991)
[63]   Laskar et al. (2004)

b   This simulation was only used in Figure 5.8, using NH temperature adjusted by Osborn et al. (2006).
c   The FGOALS-gl experiment is available in the PMIP3 repository, but the forcing configuration is different from Schmidt et al (2011; 2012b) recommendations so it is included here within the pre-PMIP3 ensemble.
d   The GISS-E2-R experiments with Gao et al. (2008) volcanic forcing were not used in Figures 5.8, 5.9 or 5.12. See [24].
e   This simulation was only used in Figure 5.8, using drift-corrected NH temperature.

**Table 5.A.2** | Summary of atmospheric carbon dioxide ($CO_2$) proxy methods and confidence assessment of their main assumptions.

| Method | Scientific Rationale | Estimated Applicability | Limitations | Main Assumptions (relative confidence) |
|---|---|---|---|---|
| Alkenone (phytoplankton biomarker) carbon isotopes | Measurements of carbon isotope ratios of marine sedimentary alkenones (or other organic compounds) allows determination of the isotopic fractionation factor during carbon fixation ($\epsilon_p$) from which $pCO_2$ can be calculated. | 100 to ~4000 ppm; 0 to 100 Ma | Alkenones are often rare in oligotrophic areas and sometimes absent. Method relies on empirical calibration and $\delta^{13}C$ is sensitive to other environmental factors, especially nutrient-related variables. Method has been used successfully to reconstruct glacial–interglacial changes. | Measured alkenone carbon isotope ratio is accurate and precise (*high*). Ambient aqueous partial pressure of carbon dioxide ($pCO_2$) has a quantifiable relationship with $\epsilon_p$ that can be distinguished from the nutrient-related physiological factors such as algal growth rate, cell size, cell geometry and light-limited growth (*medium*). Aqueous $pCO_2$ is in equilibrium with atmospheric $pCO_2$ (*medium*). Carbon isotope fractionation in modern alkenone-producing species is the same in ancient species and constant through time (*medium*). Levels of biological productivity (e.g., dissolved phosphate concentrations) can be calculated (*high*). Carbon isotope ratio of aqueous $CO_2$ in the mixed layer can be determined (*medium*). Sea surface temperature can be determined (*high*). Atmospheric partial pressure of oxygen ($pO_2$) is known or assumed (*medium*). Diagenetic effects are minimal, or can be quantified (*medium*). |
| Boron isotopes in foraminifera | Boron isotope ratios ($\delta^{11}B$) in foraminifera (or other calcifying organisms) give paleo-pH from which $pCO_2$ can be calculated if a value for a second carbonate system parameter (e.g., alkalinity) is assumed. | 100 to ~4000 ppm; 0 to 100 Ma | Calculated $pCO_2$ is very sensitive to the boron isotope ratio of seawater which is relatively poorly known, especially for the earlier Cenozoic. Effects of foraminiferal preservation are not well understood. Method has been used successfully to reconstruct glacial–interglacial changes. | Measured boron isotope ratio is accurate and precise (*high*). The equilibrium constant for dissociation of boric acid and boron isotopic fractionation between $B(OH)_3$ and $B(OH)_4^-$ are well known (*high*). Boron incorporation into carbonate is predominantly from borate ion (*high*). Boron isotope ratio of foraminifer calcification reflects ambient surface seawater pH (*high*). Aqueous $pCO_2$ is in equilibrium with atmospheric $pCO_2$ (*medium*). Habitats of extinct species can be determined (*high*). There is no vital effect fractionation in extinct species, or it can be determined (*medium*). The boron isotope ratio of seawater ($\delta^{11}B_{sw}$) can be determined (*medium*). Ocean alkalinity or concentration of Total Dissolved Inorganic Carbon can be determined (*high*). Sea surface temperature (SST) and salinity (SSS) can be determined (*high*). Diagenetic effects are minimal or can be quantified (*high*). |
| Carbon isotopes in soil carbonate and organic matter | Atmospheric $pCO_2$ affects the relationship between the $\delta^{13}C$ of soil $CO_2$ and the $\delta^{13}C$ of soil organic matter at depth in certain soil types, hence measurement of these parameters in paleosols can be used to calculate past $pCO_2$. | 1000 to ~4000 ppm; 0 to 400 Ma | Method works better for some soil types than others. $CO_2$ loss is difficult to quantify and method and effects of late diagenesis may be difficult to determine. | Isotopic composition of soil $CO_2$ is reflected in soil carbonates below a depth of 50 cm. (*medium*). The concentration of respired $CO_2$ in the soil is known or assumed (*medium*). Isotopic composition of atmospheric $CO_2$ is known or can be inferred (*low*). Soil carbonates were precipitated in the vadose zone in exchange with atmospheric $CO_2$ (*high*). The original depth profile of a paleosoil can be determined (*low*). Burial (late) diagenetic effects are minimal or can be quantified (*high*). |
| Stomata in plant leaves | The relative frequency of stomata on fossil leaves (Stomatal Index; (Salisbury, 1928) can be used to calculate past atmospheric $CO_2$ levels. | 100 to ~1000 ppm; 0 to 400 Ma | Closely related species have very different responses to $pCO_2$. The assumption that short-term response is the same as the evolutionary response is difficult to test. This and the shape of the calibration curves mean that much greater certainty applies to low $pCO_2$ and short time scales. | Measured stomatal index is accurate and precise (*high*). Measured stomatal index is representative of the plant (*high*). The target plants adjust their stomatal index of leaves to optimize $CO_2$ uptake (*medium*). Atmospheric $pCO_2$ close to the plant is representative of the atmosphere as a whole (*medium*). The quantitative relationship between stomatal index and $CO_2$ observed on short time scales (ecophenotypic or 'plastic response') applies over evolutionary time (*low*). Environmental factors such as irradiance, atmospheric moisture, water availability, temperature, and nutrient availability do not affect the relationship between stomatal index and $CO_2$ (*medium*). Stomatal index response to $CO_2$ of extinct species can be determined or assumed (*low*). Taphonomic processes do not affect stomatal index counts (*high*). Diagenetic processes do not affect stomatal index counts (*high*). |

457

BLM_0073966

**Table 5.A.3** | Summary of sea surface temperature (SST) proxy methods and confidence assessment of their main assumptions.

| Method | Scientific Rationale | Estimated Applicability | Limitations | Main Assumptions (relative confidence) |
|---|---|---|---|---|
| $\delta^{18}O$ of mixed-layer planktonic foraminifera | Partitioning of $^{18}O/^{16}O$ from seawater into calcite shells of all foraminifera is temperature dependent. Verified by theoretical, field and laboratory studies. Utilizes extant and extinct species that resided in the photic zone. | 0°C to 50°C; 0 to 150 Ma | The $^{18}O/^{16}O$ ratios of recrystallized planktonic foraminifer shells in carbonate-rich sediments are biased toward colder seafloor temperatures, and at most, can only constrain the lower limit of SST. The transition in preservation is progressive with age. Well-preserved forams from clay-rich sequences on continental margins are preferred. Diagenetic calcite is detectable by visual and microscopic techniques. | Analytical errors are negligible (*high*). Sensitivity to T is high and similar to modern descendants (*high*). Seawater $\delta^{18}O$ is known. The uncertainty varies with time depending on presence of continental ice-sheets, though error is negligible in the Pleistocene and during minimal ice periods such as the Eocene (<±0.25°C). Error doubles during periods of Oligocene and early Neogene glaciation because of weak constraints on ice-volume (*medium to high*). Species lives in the mixed-layer and thus records SST (*high*). Local salinity/seawater $\delta^{18}O$ is known (*low to medium*). Carbonate ion/pH is similar to modern (*medium, high*). Foraminifera from clay-rich sequences are well preserved and $^{18}O/^{16}O$ ratios unaffected by diagenesis (*high*). Foraminifera from carbonate-rich pelagic sequences are well preserved and ratios unaffected by diagenesis (*medium to low*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| Mg/Ca in mixed-layer planktonic foraminifera | Partitioning of Mg/Ca from seawater into calcite shells is temperature dependent. Calibration to T is based on empirical field and laboratory culturing studies, as Mg concentrations of inorganically precipitated calcite are an order of magnitude higher than in biogenic calcite. There is no ice-volume influence on seawater Mg/Ca, though sensitivity does change with seawater Mg concentration. | 5°C to 35°C; 0 to 65 Ma | Diagenetic recrystallization of foram shells can bias ratios, though the direction of bias is unknown and comparisons with other proxies suggest it is minor. The Mg/Ca is also slightly sensitive to seawater pH. Long-term changes in seawater Mg/Ca, on the order of a 2–5%/10 Myr, must be constrained via models. | Analytical errors are negligible (*high*). Mg containing oxide and organic contaminants have been removed by oxidative/reductive cleaning (*high*). Sensitivity to T in extinct species is similar to modern species (*medium*). Species lives in the mixed-layer and thus records SST (*high*). Seawater Mg/Ca is known (*high to low*: decreasing confidence with time). Surface water carbonate ion/pH is similar to modern (*medium*). Foraminifera from clay-rich sequences are well preserved and ratios unaffected by diagenesis (*high*). Foraminifera from carbonate-rich pelagic sequences are well preserved and ratios unaffected by diagenesis (*high to low*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| TEX$_{86}$ index in Archea | The ratio of cyclopentane rings in archaeal tetraether lipids (TEX), i.e., isoprenoid glycerol dibiphytanyl glycerol tetraethers (GDGTs), is sensitive to the temperature of growth environment. The relationship and calibration with temperature is empirical (based on core tops), as the underlying mechanism(s) for this relationship has yet to be identified. Verification of field calibrations with laboratory cultures is still in progress. The compounds are extracted from bulk sediments. | 1°C to 40°C; 0 to 150 Ma | The depth from which the bulk of sedimentary GDGT's are produced is assumed to be the mixed-layer though this cannot be verified, for the modern or past. At least two species with differing ecologies appear to be producing the tetraethers. The GDGT signal is ultimately an integrated community signal allowing the potential for evolutionary changes to influence regional signals over time. Tetraethers are found in measurable abundances on continental shelves and/or organic rich sediments. | Analytical errors are small (*high*). Sensitivity to T similar to modern (*medium*). Species that produced tropical sedimentary GDGT's resided mainly in the mixed-layer and thus records SST (*high to medium*). Species that produced the sedimentary GDGT's in the sub-polar to polar regions mainly resided in the mixed-layer and thus records SST (*low*). No alteration of GDGT ratios during degradation of compounds (*medium to low*: decreasing confidence with age). No contamination by GDGT's derived from terrestrial sources (*high to medium* if BIT index <0.3). Biased towards summer SST in polar oceans (*medium*). |
| UK$_{37}$ Index in Algae | Based on the relative concentration of C$_{37}$ methyl ketones derived from the cells of haptophyte phytoplankton. Calibrations are empirically derived through field and culture studies. | 5°C to 28°C; 0 to 50 Ma | The distribution of haptophyte algae ranges from sub-polar to tropical. | Analytical errors are negligible (*high*). Sensitivity to SST similar to modern (*high to medium*; decreasing confidence with time). Species that produced the sedimentary alkenones lived in the mixed-layer and thus record SST (*high*). No alteration of alkenone saturation index during degradation of compounds (*medium*; decreasing confidence with age). Biased towards summer SST in polar oceans (*medium*). |
| Microfossil census modern analogue techniques | Utilises a statistical correlation between extant planktonic microfossil assemblage data (most commonly foraminifera, but also diatoms and radiolarians) and climate parameters. Most commonly used statistical methods are modern analogue technique (MAT) and artificial neural network (ANN). | 0°C to 40°C; 0 to 5 Ma | Dependent on quality, coverage, size and representativeness of the core top modern analogue data base. Extant species reduce with increasing age. This and paleogeographic and ocean circulation differences with age-limit applicability to less than 1 Ma. | The composition of modern assemblages can be correlated to SST (*high*). Sensitivity of paleo-assemblages to SST is similar to modern (*high*, but decreases with increasing age). Eurythermal assemblages responding to non-temperature (e.g., nutrient availability) influences can be identified (*medium*). That the extant species used to reconstruct SST mainly reside in the mixed layer (*medium to high*). Depositional and post-depositional processes have not biased the assemblage (*medium to high*). |

BLM_0073967

**Table 5.A.4 |** Assessment of leads and lags between Antarctic, hemispheric temperatures and atmospheric $CO_2$ concentration during terminations. Chronological synthesis of publications, main findings, incorporation in IPCC assessments and key uncertainties.

| Reference | Investigated Period | Source $CO_2$ Data | Source Temperature Data | Lag Quantification Method | Lag Between Temperature and $CO_2$ (positive, temperature lead) | Key Limitations |
|---|---|---|---|---|---|---|
| *TAR: From a detailed study of the last three glacial terminations in the Vostok ice core, Fischer et al. (1999) conclude that $CO_2$ increases started 600 ± 400 years after the Antarctic warming. However, considering the large uncertainty in the ages of the $CO_2$ and ice (1000 years or more if we consider the ice accumulation rate uncertainty), Petit et al. (1999) felt it premature to ascertain the sign of the phase relationship between $CO_2$ and Antarctic temperature at the initiation of the terminations. In any event, $CO_2$ changes parallel Antarctic temperature changes during deglaciations (Sowers and Bender, 1995; Blunier et al., 1997; Petit et al., 1999).* | | | | | | |
| Fischer et al. (1999) | Termination I<br><br>Terminations I, II, III | Taylor Dome, Byrd[a] ($CH_4$ synchronized age scales)<br><br>Vostok[b]<br>(gas age scales based on firn modelling) | Byrd $\delta^{18}O$, Vostok $\delta D$ ($CH_4$ synchronized age)<br><br>Vostok $\delta D$ (GT4 ice age scale) | Maximum at onset of interglacial periods | Antarctica:<br>600 ± 400 years | Ice core synchronization for Termination I (~300 years).<br><br>Gas age–ice age difference simulated by firn models for interglacial conditions could be overestimated by ~400 years.<br><br>Signal-to-noise ratio.<br><br>Resolution of $CO_2$ measurements and firnification smoothing (~300 years). |
| Petit et al. (1999)<br>Pépin et al. (2001) | Terminations I, II, III, IV | Vostok[b]<br>(GT4 gas age scale based on firn modelling) | Vostok $\delta D$ (GT4 ice age scale) | Onset of transitions | Antarctica:<br>in phase within uncertainties<br><br>Positive | Gas age–ice age difference simulated by firn models for glacial conditions could be overestimated by up to 1500 years.<br><br>Resolution of $CO_2$ measurements and firnification smoothing (~300 years). |
| Mudelsee (2001) | 0–420 ka | Vostok[b]<br>(GT4 gas age scale) | Vostok $\delta D$ (GT4 ice age scale) | Lagged generalised least square regression with parametric bootstrap resampling, entire record | Antarctica :<br>1300 ± 1000 years | Signal to noise ratio (1 ice core). |
| *AR4: High-resolution ice core records of temperature proxies and $CO_2$ during deglaciation indicates that Antarctic temperature starts to rise several hundred years before $CO_2$ (Monnin et al., 2001; Caillon et al., 2003). During the last deglaciation, and possibly also the three previous ones, the onset of warming at both high southern and northern latitudes preceded by several thousand years the first signals of significant sea level increase resulting from the melting of the northern ice sheets linked with the rapid warming at high northern latitudes (Petit et al., 1999; Shackleton, 2000; Pépin et al., 2001). Current data are not accurate enough to identify whether warming started earlier in the SH or NH, but a major deglacial feature is the difference between North and South in terms of the magnitude and timing of strong reversals in the warming trend, which are not in phase between the hemispheres and are more pronounced in the NH (Blunier and Brook, 2001).* | | | | | | |
| Monnin et al. (2001) | Termination I | High resolution data from EDC on EDC1 gas age scale (based on firn modelling) | EDC (EPICA (European Project for Ice Coring in Antarctica Dome C) on EDC1 ice age scale | Crossing points of linear fit | Antarctica:<br>800 ± 600 years | Gas age–ice age difference (±1000 years).<br><br>Signal to noise ratio (1 ice core). |
| Caillon et al. (2003) | Termination III | Vostok on GT4 gas age scale | Vostok $\delta^{40}Ar$ on GT4 gas age scale | Maximum lagged correlation | Antarctica:<br>800 ± 200 years | Relationship between $\delta^{40}Ar$ and temperature assumed to be instantaneous. The 800 years is a minimum $CO_2$–temperature lag which does not account for a possible delayed response of firn gravitational fractionation to surface temperature change. |
| *AR5: For the last glacial termination, a large-scale temperature reconstruction (Shakun et al., 2012) documents that temperature change in the SH lead NH temperature change. This lead can be explained by the bipolar thermal seesaw concept (Stocker and Johnsen, 2003) (see also Section 5.7) and the related changes in the inter-hemispheric ocean heat transport, caused by weakening of the Atlantic Ocean meridional overturning circulation (AMOC) during the last glacial termination (Ganopolski and Roche, 2009). SH warming prior to NH warming can also be explained by the fast sea ice response to changes in austral spring insolation (Stott et al., 2007; Timmermann et al., 2009). According to these mechanisms, SH temperature lead over the NH is fully consistent with the NH orbital forcing of deglacial ice volume changes (high confidence) and the importance of the climate–carbon cycle feedbacks in glacial–interglacial transitions. The tight coupling is further highlighted by the near-zero lag between the deglacial rise in $CO_2$ and averaged deglacial Antarctic temperature recently reported from improved estimates of gas-ice age differences (Pedro et al., 2012; Parrenin et al., 2013). Previous studies (Monnin et al., 2001) suggesting a temperature lead of 800 ± 600 years over the deglacial $CO_2$ rise probably overestimated gas-ice age differences.* | | | | | | |
| Shakun et al. (2012) | Termination I | EDC age scale synchronized to GICC05[d](Lemieux-Dudon et al., 2010)[j] | NH: stack of 50 records including 2 Greenland ice cores<br><br>SH: stack of 30 records incl. 4 ice cores (Vostok, EDML, EDC, Dome F)[a] on their original age scale | Lag correlation (20–10 kyr) using Monte-Carlo statistics | SH:<br>620 ± 660 years<br><br>NH:<br>−720 ± 660 years<br><br>Global:<br>−460 ± 340 years | Uncertainties in the original age scales of each record: e.g., reservoir ages of marine sediments, radiocarbon calibration (intCal04), Antarctic gas /ice chronology.<br><br>Assumption that time scale errors (e.g., from reservoir ages or ice core chronologies) are independent from each other. This could lead to higher-than-reported lag estimation uncertainties.<br><br>Similar limitations as in earlier studies for Antarctic temperature lead on $CO_2$.<br><br>Non stability of the phase lags: global temperature leads $CO_2$ at the onset of deglacial warming. |

(continued on next page)

460

*Table 5.A.4 (continued)*

| Reference | Investigated Period | Source $CO_2$ Data | Source Temperature Data | Lag Quantification Method | Lag Between Temperature and $CO_2$ (positive, temperature lead) | Key Limitations |
|---|---|---|---|---|---|---|
| Pedro et al. (2012) | | Siple Dome and Byrd, synchronized to GICC05[b] age scale | δ[18]O composite (Law Dome, Siple Dome, Byrd, EDML and TALDICE[a] ice cores) synchronized to GICC05[b] using firn modelling (Pedro et al., 2011) | Lag correlation (9–21 kyr) and derivative lag correlation | Antarctica: −60 to 380 years | Uncertainty on gas – ice age difference in high accumulation sites (<300 years) and on synchronization methods to GICC05. Data resolution (145 year for Byrd $CO_2$, 266 year for Siple $CO_2$). The $CO_2$ data were resampled at 20 year resolution prior to the lag analysis, which may lead to an underestimation of the statistical error in the lag determination. Temperature versus other (e.g., elevation, moisture origin) signals in coastal ice core δ[18]O. Correlation method sensitive to minima, maxima and inflexion points. |
| (Parrenin et al., 2013) | | EDC, new gas age scale produced from the modified EDC3 ice age scale using lock-in depth derived from δ[15]N of $N_2$ and adjusted to be consistent with GICC05[b] gas age scale. Processes affecting the gas lock-in depth such as impurities are implicitly taken into account when using δ[15]N (no use of firn models). | Stack temperature profile derived from water isotopes from EDC[a], Vostok[a], Dome Fuji[a], TALDICE[a] and EDML[a] synchronized to a modified EDC3 ice age scale | Monte-Carlo algorithm at linear break points | Antarctica: Warming onset: −10 ± 160 years Bølling onset: 260 ± 130 years Younger Dryas onset: −60 ± 120 years Holocene onset: 500 ± 90 years | Accuracy, resolution and interpolation of δ[15]N of $N_2$; assumption of no firn convective zone at EDC under glacial conditions. Data resolution and noise (e.g., precipitation intermittency biases in stable isotope records). |

Notes:

[a]  Names of different Antarctic ice cores (Byrd, Taylor Dome, Vostok, Siple Dome, Law Dome, TALDICE, Dome Fuji, EDML, EDC), with different locations, surface climate and firnification conditions. For the most inland sites (Vostok, EDC, Dome Fuji), at a given ice core depth, gas ages are lower than ice ages by 1500 to 2000 years (interglacial conditions) and 5000–5500 years (glacial conditions) while this gas age–ice age difference is lower (400 to 800. years) for coastal, higher accumulation sites (Byrd, Law Dome, Siple Dome).

[b]  GICC05: Greenland Ice Core Chronology 2005, based on annual layer counting in Greenland (NGRIP, GRIP and DYE3 ice cores) (Rasmussen et al., 2006), back to 60 ka (Svensson et al., 2008). The synchronism between rapid shifts in Greenland climate and in atmospheric $CH_4$ variations allows to transfer GICC05 to Greenland and then to Antarctic $CH_4$ variations (Blunier et al., 2007).

Additional point: $CO_2$-Antarctic temperature phase during AIM events.

Studies on $CO_2$ phasing relative to $CH_4$ during Dansgaard Oeschger (DO) event onsets (Ahn and Brook, 2008; Ahn et al., 2012; Bereiter et al., 2012) suggest a lag of maximum $CO_2$ concentration relative to the Antarctic Isotope Maxima (AIM) 19, 20, 21, 23 and 24 by 260 ± 220 years during MIS5 and 670 to 870 years ± 360 years relative to AIM 12, 14, 17 during MIS3 (Bereiter et al., 2012). Accordingly, the lag is dependent on the climate state. A lag is not discernible for shorter AIM. This study avoids the ice age–gas age difference problem, but relies on the bipolar seesaw concept, i.e., it assumes that maximum Antarctic temperatures are coincident to the onset of DO events and the concurrent $CH_4$ increase.

BLM_0073969

**Table 5.A.5 |** Summary of seasonal estimates of terrestrial surface temperature anomalies (°C) for the Last Interglacial (LIG) plotted in Figure 5.6. *pdf*-method stands for probability-density function method. Dating methods: AMS=Accelerator mass spectrometry; IRSL=Infrared stimulated luminescence; OSL=Optically stimulated luminescence; TL=thermoluminescence.

| Site | Latitude (°N) | Longitude (°E) | Elevation (m asl) | Dating | Proxy | Temperature Anomaly (°C) | | References |
|------|---------------|----------------|-------------------|--------|-------|------|------|------------|
| | | | | | | July | January | |
| Netherlands, Amsterdam Terminal | 52.38 | 4.91 | 1 | Eemian, U/Th | Pollen, diatoms, molluscs, foraminifera, dinoflagellates, ostracods, heavy minerals, paleomagnetism, grain-size, trace elements | 2 | 3 | (Zagwijn, 1996; van Leeuwen et al., 2000; Beets et al., 2006) |
| E Canada, Addington Forks, Nova Scotia | 45.65 | −62.1 | 50 | Uranium-series | Pollen | 4 | | (Dreimanis, 1992) |
| NW America, Humptulips | 47.28 | −123.55 | 100 | interpolation with ¹⁴C dates (peat) of the same core | Pollen | 1 | | (Heusser and Heusser, 1990) |
| NE Siberia, Lake El'gygytgyn | 67.5 | 172 | 492 | TL | Pollen | 6 | 14 | (Lozhkin and Anderson, 2006) |
| NW Alaska, Squirrel Lake | 67.1 | −160.38 | 91 | TL | Pollen, plant macrofossils | 1.5 | −2 | (Berger and Anderson, 2000) |
| SE Baffin Island, Robinson Lake | 63.38 | −64.25 | 170 | TL, IRSL | Pollen, diatoms, macrofossils | 5 | | (Miller et al., 1999; Fréchette et al., 2006) |
| Sweden, Leveäniemi | 67.63 | 21.02 | 380 | 125 ka | Pollen, *pdf* method | 2.1 | 6.6 | (Kühl, 2003, and ref. therein) |
| Finland, Evijärvi | 63.43 | 23.33 | 67 | 125 ka | Pollen, *pdf* method | 2.3 | 10.3 | (Kühl, 2003, and ref. therein) |
| Finland, Norinkylä | 62.58 | 22.02 | 110 | 125 ka | Pollen, *pdf* method | 1.3 | 7.7 | (Kühl, 2003, and ref. therein) |
| Estland, Prangli | 59.65 | 25.08 | 5 | 125 ka | Pollen, *pdf* method | 1.7 | 3.2 | (Kühl, 2003, and ref. therein) |
| Estland, Waewa-Ringen | 58.33 | 26.73 | 50 | 125 ka | Pollen, *pdf* method | 1.3 | 6.8 | (Kühl, 2003, and ref. therein) |
| Norway, Fjøsanger | 60.35 | 5.33 | 5 | 125 ka | Pollen, *pdf* method | 2.9 | 1.6 | (Kühl, 2003, and ref. therein) |
| Denmark, Hollerup | 56.7 | 9.83 | 40 | 125 ka | Pollen, *pdf* method | 1.1 | 3.7 | (Kühl, 2003, and ref. therein) |
| Germany, Husum | 54.52 | 9.17 | 2 | 125 ka | Pollen, *pdf* method | 2.3 | −0.3 | (Kühl, 2003, and ref. therein) |
| Germany, Rederstall | 54.28 | 9.25 | 0 | 125 ka | Pollen, *pdf* method | 0.3 | 1 | (Kühl, 2003, and ref. therein) |
| Germany, Odderade | 54.23 | 9.28 | 7 | 125 ka | Pollen, *pdf* method | 1.8 | 1.4 | (Kühl, 2003, and ref. therein) |
| Germany, Helgoland | 53.95 | 8.85 | −1 | 125 ka | Pollen & macrofossils, *pdf* method | 2 | 0.6 | (Kühl, 2003, and ref. therein) |
| Germany, Oerel | 53.48 | 9.07 | 12.5 | 125 ka | Pollen, *pdf* method | 1.1 | 0.6 | (Kühl, 2003, and ref. therein) |
| Germany, Quakenbrück | 52.4 | 7.57 | 26 | 125 ka | Pollen, *pdf* method | 1.4 | 0.3 | (Kühl, 2003, and ref. therein) |
| Netherlands, Amersfoort | 52.15 | 5.38 | 3 | 125 ka | Pollen, *pdf* method | −0.3 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Wallensen | 52 | 9.4 | 160 | 125 ka | Pollen & macrofossils, *pdf* method | 1.9 | −0.7 | (Kühl, 2003, and ref. therein) |
| Germany, Neumark-Nord | 51.33 | 11.88 | 90 | 125 ka | Pollen & macrofossils, *pdf* method | 1.4 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Grabschütz | 51.48 | 12.28 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 1.3 | −0.2 | (Kühl, 2003, and ref. therein) |
| Germany, Schönfeld | 51.8 | 13.89 | 65 | 125 ka | Pollen, *pdf* method | −0.5 | 2.6 | (Kühl, 2003, and ref. therein) |
| Germany, Kittlitz | 51.43 | 14.78 | 150 | 125 ka | Pollen, *pdf* method | 1.4 | 2.4 | (Kühl, 2003, and ref. therein) |
| Poland, Imbramovice | 50.88 | 16.57 | 175 | 125 ka | Pollen & macrofossils, *pdf* method | 2.5 | 3.4 | (Kühl, 2003, and ref. therein) |
| Poland, Zgierz-Rudunki | 51.87 | 19.42 | 200 | 125 ka | Pollen & macrofossils, *pdf* method | 0.2 | 2.6 | (Kühl, 2003, and ref. therein) |
| Poland, Wladyslawow | 52.13 | 18.47 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 2.4 | −0.9 | (Kühl, 2003, and ref. therein) |
| Poland, Glowczyn | 52.48 | 20.21 | 124 | 125 ka | Pollen, *pdf* method | 1.4 | 3.6 | (Kühl, 2003, and ref. therein) |
| Poland, Gora Kalwaria | 51.98 | 21.18 | 100 | 125 ka | Pollen & macrofossils, *pdf* method | 0.3 | 1.9 | (Kühl, 2003, and ref. therein) |
| Poland, Naklo | 53.15 | 17.6 | 62 | 125 ka | Pollen & macrofossils, *pdf* method | 0.6 | 3 | (Kühl, 2003, and ref. therein) |
| Poland, Grudziadz | 53.48 | 18.75 | 10 | 125 ka | Pollen, *pdf* method | 0.5 | 1.6 | (Kühl, 2003, and ref. therein) |
| England, Wing | 52.62 | −0.78 | 119 | 125 ka | Pollen, *pdf* method | 2.4 | −0.5 | (Kühl, 2003, and ref. therein) |

*(continued on next page)*

5

Table 5.A.5 (continued)

| Site | Latitude (°N) | Longitude (°E) | Elevation (m asl) | Dating | Proxy | Temperature Anomaly (°C) July | Temperature Anomaly (°C) January | References |
|---|---|---|---|---|---|---|---|---|
| England, Bobbitshole | 52.05 | 1.15 | 3 | 125 ka | Pollen & macrofossils, pdf method | 2.5 | −2.3 | (Kühl, 2003, and ref. therein) |
| England, Selsey | 50.42 | 0.48 | 0 | 125 ka | Pollen & macrofossils, pdf method | 0.7 | −2.2 | (Kühl, 2003, and ref. therein) |
| England, Stone | 50.42 | −1.02 | 0 | 125 ka | Pollen & macrofossils, pdf method | 2.9 | −2.3 | (Kühl, 2003, and ref. therein) |
| France, La Grande Pile | 47.73 | 6.5 | 330 | 125 ka | Pollen, pdf method | 0.5 | −0.7 | (Kühl, 2003, and ref. therein) |
| Germany, Krumbach | 48.04 | 9.5 | 606 | 125 ka | Pollen, pdf method | 0.5 | 2.3 | (Kühl, 2003, and ref. therein) |
| Germany, Jammertal | 48.1 | 9.72 | 578 | 125 ka | Pollen, pdf method | 0 | 0.5 | (Kühl, 2003, and ref. therein) |
| Germany, Samerberg | 47.75 | 12.2 | 600 | 125 ka | Pollen & macrofossils, pdf method | 2.7 | 4.1 | (Kühl, 2003, and ref. therein) |
| Germany, Zeifen | 47.93 | 12.83 | 427 | 125 ka | Pollen & macrofossils, pdf method | 3.4 | 2.5 | (Kühl, 2003, and ref. therein) |
| Austria, Mondsee | 47.51 | 13.21 | 534 | 125 ka | Pollen & macrofossils, vmethod | 4.3 | 1.3 | (Kühl, 2003, and ref. therein) |
| Germany, Eurach | 47.29 | 11.13 | 610 | 125 ka | Pollen, pdf method | 6.4 | 4.7 | (Kühl, 2003, and ref. therein) |
| Germany, Füramoos | 47.91 | 9.95 | 662 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −2.8 | −1.2 | (Müller, 2001) |
| Swiss, Gondiswil-Seilern | 47.12 | 7.88 | 639 | 125 ka | Pollen, pdf method | 0.1 | 0.4 | (Kühl, 2003, and ref. therein) |
| Swiss, Meikirch | 47 | 7.37 | 620 | 125 ka | Pollen, pdf method | 0.3 | −0.3 | (Kühl, 2003, and ref. therein) |
| Swiss, Meikirch II | 47.01 | 7.33 | 620 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −1.2 | −4.5 | (Welten, 1988) |
| Swiss, Beerenmösli | 47.06 | 7.51 | 649 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −1.1 | −5.5 | (Wegmüller, 1992) |
| France, Lac Du Bouchet | 44.55 | 3.47 | 1200 | 125 ka | Pollen, pdf method | 1.7 | −0.2 | (Kühl, 2003, and ref. therein) |
| Italia, Valle di Castiglione | 41.85 | 12.73 | 110 | 125 ka | Pollen, pdf method | −3.4 | −5.9 | (Kühl, 2003, and ref. therein) |
| Romania, Turbuta | 47.25 | 23.3 | 275 | U/Th, 125 ka | Pollen, pdf method | −1.2 | 2.4 | (Kühl, 2003, and ref. therein) |
| Greece, Tenaghi Phillipon | 41.17 | 24.33 | 40 | 125 ka | Pollen, pdf method | 0.9 | 2 | (Kühl, 2003, and ref. therein) |
| Greece, Ioannina | 39.67 | 20.85 | 472 | 125 ka | Pollen, pdf method | −1.9 | −1.9 | (Kühl, 2003, and ref. therein) |
| Germany, Bispingen | 53.08 | 9.98 | 100 | TL, 125 ka | Pollen, pdf method | 1.2 | 0.9 | (Kühl, 2003, and ref. therein) |
| Germany, Gröbern | 52.02 | 12.08 | 95 | TL, 125 ka | Pollen & macrofossils, pdf method | 0.4 | 1.8 | (Kühl, 2003, and ref. therein) |
| Germany, Klinge | 51.75 | 14.52 | 10 | pollen correlation | Pollen (Grichuk, 1985) | 0 | 2 | (Novenko et al., 2008) |
| Germany, Ober-Rheinebene near Darmstadt | 49.82 | 8.4 | 90 | Eem | Vegetation, mammals | | | (von Königswald, 2007) |
| France, La Flachere | 45.23 | 5.58 | 333 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −0.9 | −14.4 | (Peschke et al., 2000) |
| France, Lathuile | 45.75 | 6.14 | 452 | 125 ka | Pollen, modern analogue vegetation (MAV) and probability mutual climatic spheres (PCS) | −0.5 | −2.2 | (Klotz et al., 2003) |
| France, La Grande Pile | 47.73 | 6.5 | 330 | TL, 125 ka | Pollen, carbon isotopes | 10 | −15 | (Rousseau et al., 2007) |
| Japan, Lake Biwa | 35.33 | 136.17 | 86 | tephrochronological and magnetostratigraphic information | Pollen | −3 | −2.5 | (Nakagawa et al., 2008) |
| | | | | | Pollen | −5.5 | −1.5 | (Tarasov et al., 2011) |
| Siberia, Lake Baikal, Continent Ridge CON01-603-2 | 53.95 | 108.9 | −386 | AMS, 125 ka | Pollen | 2 | −1 | (Tarasov et al., 2005) |
| Bol'shoi Lyakhovsky Island | 73.33 | 141.5 | 40 | MIS 5, ca. 130–110 ka (IRSL) | Pollen, beetles, chironomids, rhizopods, palaeomagnetic, BMA | 4.5 | | (Andreev et al., 2004) |
| Wairarapa Valley, New Zealand | −41.37 | 175.07 | 10 | OSL, MIS 5e | Beetles | 2.8 winter | 2.1 summer | (Marra, 2003) |

## 5.A.1    Additional Information to Section 5.3.5

Section 5.3.5 assesses knowledge of changes in hemispheric and global temperature over the last 2 ka from a range of studies, reconstructions and simulations. Tables 5.A.1 and 5.A.6 provide further information about the datasets used in Figures 5.7–5.9 and 5.12, and the construction of Figure 5.8 is described in more detail. All reconstructions assessed in, or published since, AR4 were considered, but those that have been superseded by a related study using an expanded proxy dataset and/or updated statistical methods were excluded.

Figure 5.8 compares simulated and reconstructed NH temperature changes (see caption). Some reconstructions represent a smaller spatial domain than the full NH or a specific season, while annual temperatures for the full NH mean are shown for the simulations. Multi-model means and estimated 90% multi-model ranges are shown by the thick and thin lines, respectively, for two groups of simulations (Table 5.A.1): those forced by stronger (weaker) solar variability in red (blue). Note that the strength of the solar variability is not the only difference between these groups: the GCMs and the other forcings are also different between the groups. In Figure 5.7, the reconstructions are shown as deviations from their 1881–1980 mean, which allows them to be compared with the instrumental record. In Figure 5.8a, all timeseries are expressed as anomalies from their 1500–1850 mean (prior to smoothing with a 30-year Gaussian-weighted filter, truncated 7 years from the end of each series to reduce end-effects of the filter) because the comparison of simulations and reconstructions is less sensitive to errors in anthropogenic aerosol forcing applied to the models when a pre-industrial reference period is used, and less sensitive to different realisations of internal variability with a multi-century reference period. The grey shading represents a measure of the overlapping reconstruction confidence intervals, with scores of 1 and 2 assigned to temperatures within ±1.645 standard deviation (90% confidence range) or ±1 standard deviation, respectively, then summed over all reconstructions and scaled so that the maximum score is dark grey, and minimum score is pale grey. This allows the multi-model ensembles to be compared with the ensemble of reconstructed NH temperatures, taking into account the published confidence intervals.

The superposed composites (time segments from selected periods positioned so that the years with peak negative forcing are aligned; top panels of Figure 5.8b–d) compare the simulated and reconstructed temperatures (bottom panels) associated with (b) individual volcanic forcing events; (c) multi-decadal changes in volcanic activity; (d) multi-decadal changes in solar irradiance. Only reconstructions capable of resolving (b) interannual or (c, d) interdecadal variations are used. The thick green line in Figure 5.8d shows the composite mean of the volcanic forcing, also band-pass filtered, but constructed using the solar composite periods to demonstrate the changes in volcanic forcing that are coincident with solar variability. The composite of individual volcanic events shown in (b) is formed by aligned time segments centred on the 12 years (1442, 1456, 1600, 1641, 1674, 1696, 1816, 1835, 1884, 1903, 1983 and 1992) during 1400–1999 that the Crowley and Unterman (2013) volcanic forcing history exceeds 1.0 W m$^{-2}$ below the 1500–1899 mean volcanic forcing, excluding events within 7 years (before or after) of a stronger event. The composite of multi-decadal changes in volcanic forcing shown in (c) is formed from 80-year periods

centred on the five years (1259, 1456, 1599, 1695 and 1814) during 850–1999 when the Crowley and Unterman (2013) volcanic forcing, smoothed with a 40-year Gaussian-weighted filter, exceeds 0.2 W m$^{-2}$ below the 1500–1899 mean volcanic forcing, except that a year is not selected if it is within 39 years of another year that has a larger negative 40-year smoothed volcanic forcing. The composite of the strongest multidecadal changes in the solar forcing shown in (d) is formed from 80-year periods centred on the seven years (1044, 1177, 1451, 1539, 1673, 1801 and 1905) during 850–1999 when the Ammann et al. (2007) solar forcing, band-pass filtered to retain variations on time scales between 20 and 160 years, is reduced by at least 0.1 W m$^{-2}$ over a 40-year period. Reconstructed and simulated temperature timeseries were smoothed with a 40-year Gaussian-weighted filter in (c) or 20-to-160-year band-pass filtered in (d), and each composite was shifted to have zero mean during the (b) 5 or (c, d) 40 years preceding the peak negative forcing.

BLM_0073972

Table 5.A.6 | Hemispheric and global temperature reconstructions assessed in Table 5.4 and used in Figures 5.7 to 5.9.

| Reference [Identifier] | Period (CE) | Resolution | Region[a] | Proxy Coverage[b] | | | | Method & Data |
|---|---|---|---|---|---|---|---|---|
| | | | | H | M | L | O | |
| Briffa et al. (2001) [only used in figure 5.8b–d due to divergence issue] | 1402–1960 | Annual (summer) | L 20°N to 90°N | ✹ | ⊠ | ☐ | ☐ | Principal component forward regression of regional composite averages. Tree-ring density network, age effect removed via age-band decomposition. |
| Christiansen and Ljungqvist (2012) [CL12loc] | 1–1973 | Annual | L+S 30°N to 90°N | ✹ | ✹ | ☐ | ☐ | Composite average of local records calibrated by local inverse regression. Multi-proxy network. |
| D'Arrigo et al. (2006) [Da06treecps] | 713–1995 | Annual | L 20°N to 90°N | ✹ | ⊠ | ☐ | ☐ | Forward linear regression of composite average. Network of long tree-ring width chronologies, age effect removed by Regional Curve Standardisation. |
| Frank et al. (2007) [Fr07treecps] | 831–1992 | Annual | L 20°N to 90°N | ⊠ | ⊠ | ☐ | ☐ | Variance matching of composite average, adjusted for artificial changes in variance. Network of long tree-ring width chronologies, age effect removed by Regional Curve Standardisation. |
| Hegerl et al. (2007) [He07tls] | 558–1960 | Decadal | L 30°N to 90°N | ⊠ | ⊠ | ☐ | ☐ | Total Least Squares regression. Multi-proxy network. |
| Juckes et al. (2007) [Ju07cvm] | 1000–1980 | Annual | L+S 0° to 90°N | ⊠ | ⊠ | ☐ | ☐ | Variance matching of composite average. Multi-proxy network. |
| Leclercq and Oerlemans (2012) [LO12glac] | 1600–2000 | Multidecadal | L 0° to 90°N L 90S to 0° L 90°S to 90°N | ⊠ | ✹ | ⊠ | ☐ | Inversion of glacier length response model. 308 glacier records. |
| Ljungqvist (2010) [Lj10cps] | 1–1999 | Decadal | L+S 30°N to 90°N | ✹ | ⊠ | ☐ | ⊠ | Variance matching of composite average. Multi-proxy network. |
| Loehle and McCulloch (2008) [LM08ave] | 16–1935 | Multidecadal | L+S mostly 0° to 90°N | ⊠ | ⊠ | ☐ | ⊠ | Average of calibrated local records. Multi-proxy network (almost no tree-rings). |
| Mann et al. (2008) [Ma08cpsl] [Ma08eivl] [Ma08eivf] [Ma08min7eivf] | 200–1980 | Decadal | L [cpsl/eivl] and L+S [eivf] versions, 0° to 90°N, 0° to 90°S, and 90°S to 90°N | ✹ | ✹ | ⊠ | ⊠ | (i) Variance matching of composite average. (ii) Total Least Squares regression. Multi-proxy network.[c] |
| Mann et al. (2009) [Ma09regm] | 500–1849 | Decadal | L+S 0 to 90°N | ✹ | ✹ | ⊠ | ⊠ | Regularized Expectation Maximization with Truncated Total Least Squares. Multi-proxy network.[c] |
| Moberg et al. (2005) [Mo05wave] | 1–1979 | Annual | L+S 0° to 90°N | ⊠ | ✹ | ⊠ | ☐ | Variance matching of composites of wavelet decomposed records. Tree-ring width network for short time scales; non-tree-ring network for long time scales. |
| Pollack and Smerdon (2004) [PS04bore] | 1500–2000 | Centennial | L 0° to 90°N L 0° to 90°S L 90°S to 90°N | ⊠ | ✹ | ⊠ | ☐ | Borehole temperature profiles inversion |
| Shi et al. (2013) [Sh13pcar] | 1000–1998 | Annual | L 0 to 90°N | ✹ | ⊠ | ☐ | ☐ | Principal component regression with autoregressive timeseries model. Multi-proxy network (tree-ring and non-tree-ring versions). |

Notes:

[a]  Region: L = land only, L+S = land and sea, latitude range indicated.

[b]  Proxy location and coverage: H = high latitude, M = mid latitude, L = low latitude, O = oceans, ☐ = none or very few, ⊠ = limited, ✹ = moderate

[c]  These studies also present versions without tree-rings or without seven inhomogeneous proxies (including the Lake Korttajärvi sediment records; Tiljander et al., 2003). The latter version is used in figure 5.7a (Ma08min7eivf) in preference to the reconstruction from the full network. The impact of these seven proxies on the other NH reconstructions is negligible (Ma08cpsl) or results in a slightly warmer pre-900 reconstruction compared to the version without them (Ma09regm).

BLM_0073973

# Carbon and Other Biogeochemical Cycles

**6**

### Coordinating Lead Authors:
Philippe Ciais (France), Christopher Sabine (USA)

### Lead Authors:
Govindasamy Bala (India), Laurent Bopp (France), Victor Brovkin (Germany/Russian Federation), Josep Canadell (Australia), Abha Chhabra (India), Ruth DeFries (USA), James Galloway (USA), Martin Heimann (Germany), Christopher Jones (UK), Corinne Le Quéré (UK), Ranga B. Myneni (USA), Shilong Piao (China), Peter Thornton (USA)

### Contributing Authors:
Anders Ahlström (Sweden), Alessandro Anav (UK/Italy), Oliver Andrews (UK), David Archer (USA), Vivek Arora (Canada), Gordon Bonan (USA), Alberto Vieira Borges (Belgium/Portugal), Philippe Bousquet (France), Lex Bouwman (Netherlands), Lori M. Bruhwiler (USA), Kenneth Caldeira (USA), Long Cao (China), Jérôme Chappellaz (France), Frédéric Chevallier (France), Cory Cleveland (USA), Peter Cox (UK), Frank J. Dentener (EU/Netherlands), Scott C. Doney (USA), Jan Willem Erisman (Netherlands), Eugenie S. Euskirchen (USA), Pierre Friedlingstein (UK/Belgium), Nicolas Gruber (Switzerland), Kevin Gurney (USA), Elisabeth A. Holland (Fiji/USA), Brett Hopwood (USA), Richard A. Houghton (USA), Joanna I. House (UK), Sander Houweling (Netherlands), Stephen Hunter (UK), George Hurtt (USA), Andrew D. Jacobson (USA), Atul Jain (USA), Fortunat Joos (Switzerland), Johann Jungclaus (Germany), Jed O. Kaplan (Switzerland/Belgium/USA), Etsushi Kato (Japan), Ralph Keeling (USA), Samar Khatiwala (USA), Stefanie Kirschke (France/Germany), Kees Klein Goldewijk (Netherlands), Silvia Kloster (Germany), Charles Koven (USA), Carolien Kroeze (Netherlands), Jean-François Lamarque (USA/Belgium), Keith Lassey (New Zealand), Rachel M. Law (Australia), Andrew Lenton (Australia), Mark R. Lomas (UK), Yiqi Luo (USA), Takashi Maki (Japan), Gregg Marland (USA), H. Damon Matthews (Canada), Emilio Mayorga (USA), Joe R. Melton (Canada), Nicolas Metzl (France), Guy Munhoven (Belgium/Luxembourg), Yosuke Niwa (Japan), Richard J. Norby (USA), Fiona O'Connor (UK/Ireland), James Orr (France), Geun-Ha Park (USA), Prabir Patra (Japan/India), Anna Peregon (France/Russian Federation), Wouter Peters (Netherlands), Philippe Peylin (France), Stephen Piper (USA), Julia Pongratz (Germany), Ben Poulter (France/USA), Peter A. Raymond (USA), Peter Rayner (Australia), Andy Ridgwell (UK), Bruno Ringeval (Netherlands/France), Christian Rödenbeck (Germany), Marielle Saunois (France), Andreas Schmittner (USA/Germany), Edward Schuur (USA), Stephen Sitch (UK), Renato Spahni (Switzerland), Benjamin Stocker (Switzerland), Taro Takahashi (USA), Rona L. Thompson (Norway/New Zealand), Jerry Tjiputra (Norway/Indonesia), Guido van der Werf (Netherlands), Detlef van Vuuren (Netherlands), Apostolos Voulgarakis (UK/Greece), Rita Wania (Austria), Sönke Zaehle (Germany), Ning Zeng (USA)

### Review Editors:
Christoph Heinze (Norway), Pieter Tans (USA), Timo Vesala (Finland)

**This chapter should be cited as:**
Ciais, P., C. Sabine, G. Bala, L. Bopp, V. Brovkin, J. Canadell, A. Chhabra, R. DeFries, J. Galloway, M. Heimann, C. Jones, C. Le Quéré, R.B. Myneni, S. Piao and P. Thornton, 2013: Carbon and Other Biogeochemical Cycles. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0073974

# Table of Contents

Executive Summary ................................... 467

6.1   Introduction ................................. 470
6.1.1   Global Carbon Cycle Overview ................. 470
Box 6.1: Multiple Residence Times for an Excess of Carbon Dioxide Emitted in the Atmosphere ............... 472
6.1.2   Industrial Era ............................. 474
6.1.3   Connections Between Carbon and the Nitrogen and Oxygen Cycles ...................... 475
Box 6.2: Nitrogen Cycle and Climate-Carbon Cycle Feedbacks ................................. 477

6.2   Variations in Carbon and Other Biogeochemical Cycles Before the Fossil Fuel Era ............... 480
6.2.1   Glacial–Interglacial Greenhouse Gas Changes ..... 480
6.2.2   Greenhouse Gas Changes over the Holocene ....... 483
6.2.3   Greenhouse Gas Changes over the Last Millennium .............................. 485

6.3   Evolution of Biogeochemical Cycles Since the Industrial Revolution ...................... 486
6.3.1   Carbon Dioxide Emissions and Their Fate Since 1750 ................................ 486
6.3.2   Global Carbon Dioxide Budget ............... 488
Box 6.3: The Carbon Dioxide Fertilisation Effect ......... 502
6.3.3   Global Methane Budget .................... 508
6.3.4   Global Nitrogen Budgets and Global Nitrous Oxide Budget in the 1990s ................. 510

6.4.   Projections of Future Carbon and Other Biogeochemical Cycles ...................... 514
6.4.1   Introduction ............................ 514
6.4.2   Carbon Cycle Feedbacks in Climate Modelling Intercomparison Project Phase 5 Models ....... 514
Box 6.4: Climate–Carbon Cycle Models and Experimental Design .......................... 516
6.4.3   Implications of the Future Projections for the Carbon Cycle and Compatible Emissions ........ 523
6.4.4   Future Ocean Acidification ................. 528
6.4.5   Future Ocean Oxygen Depletion ............. 532
6.4.6   Future Trends in the Nitrogen Cycle and Impact on Carbon Fluxes ...................... 535
6.4.7   Future Changes in Methane Emissions .......... 539
6.4.8   Other Drivers of Future Carbon Cycle Changes ..... 542
6.4.9   The Long-term Carbon Cycle and Commitments ..... 543

6.5   Potential Effects of Carbon Dioxide Removal Methods and Solar Radiation Management on the Carbon Cycle ...................... 546
6.5.1   Introduction to Carbon Dioxide Removal Methods ............................... 546
6.5.2   Carbon Cycle Processes Involved in Carbon Dioxide Removal Methods ................. 547
6.5.3   Impacts of Carbon Dioxide Removal Methods on Carbon Cycle and Climate ............... 550
6.5.4   Impacts of Solar Radiation Management on the Carbon Cycle ......................... 551
6.5.5   Synthesis .............................. 552

References ................................. 553

Frequently Asked Questions
FAQ 6.1   Could Rapid Release of Methane and Carbon Dioxide from Thawing Permafrost or Ocean Warming Substantially Increase Warming? ....... 530
FAQ 6.2   What Happens to Carbon Dioxide After It Is Emitted into the Atmosphere? ............... 544

Supplementary Material
*Supplementary Material is available in online versions of the report.*

6

BLM_0073975

## Executive Summary

This chapter addresses the biogeochemical cycles of carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$). The three greenhouse gases (GHGs) have increased in the atmosphere since pre-industrial times, and this increase is the main driving cause of climate change (Chapter 10). $CO_2$, $CH_4$ and $N_2O$ altogether amount to 80% of the total radiative forcing from well-mixed GHGs (Chapter 8). The increase of $CO_2$, $CH_4$ and $N_2O$ is caused by anthropogenic emissions from the use of fossil fuel as a source of energy and from land use and land use changes, in particular agriculture. The observed change in the atmospheric concentration of $CO_2$, $CH_4$ and $N_2O$ results from the dynamic balance between anthropogenic emissions, and the perturbation of natural processes that leads to a partial removal of these gases from the atmosphere. Natural processes are linked to physical conditions, chemical reactions and biological transformations and they respond themselves to perturbed atmospheric composition and climate change. Therefore, the physical climate system and the biogeochemical cycles of $CO_2$, $CH_4$ and $N_2O$ are coupled. This chapter addresses the present human-caused perturbation of the biogeochemical cycles of $CO_2$, $CH_4$ and $N_2O$, their variations in the past coupled to climate variations and their projected evolution during this century under future scenarios.

### The Human-Caused Perturbation in the Industrial Era

**$CO_2$ increased by 40% from 278 ppm about 1750 to 390.5 ppm in 2011. During the same time interval, $CH_4$ increased by 150% from 722 ppb to 1803 ppb, and $N_2O$ by 20% from 271 ppb to 324.2 ppb in 2011.** It is unequivocal that the current concentrations of atmospheric $CO_2$, $CH_4$ and $N_2O$ exceed any level measured for at least the past 800,000 years, the period covered by ice cores. Furthermore, the average rate of increase of these three gases observed over the past century exceeds any observed rate of change over the previous 20,000 years. {2.2, 5.2, 6.1, 6.2}

**Anthropogenic $CO_2$ emissions to the atmosphere were 555 ± 85 PgC (1 PgC = $10^{15}$ gC) between 1750 and 2011.** Of this amount, fossil fuel combustion and cement production contributed 375 ± 30 PgC and land use change (including deforestation, afforestation and reforestation) contributed 180 ± 80 PgC. {6.3.1, Table 6.1}

**With a *very high level of confidence*[1], the increase in $CO_2$ emissions from fossil fuel burning and those arising from land use change are the dominant cause of the observed increase in atmospheric $CO_2$ concentration.** About half of the emissions remained in the atmosphere (240 ± 10 PgC) since 1750. The rest was removed from the atmosphere by sinks and stored in the natural carbon cycle reservoirs. The ocean reservoir stored 155 ± 30 PgC. Vegetation biomass and soils not affected by land use change stored 160 ± 90 PgC. {6.1, 6.3, 6.3.2.3, Table 6.1, Figure 6.8}

**Carbon emissions from fossil fuel combustion and cement production increased faster during the 2000–2011 period than during the 1990–1999 period.** These emissions were 9.5 ± 0.8 PgC $yr^{-1}$ in 2011, 54% above their 1990 level. Anthropogenic net $CO_2$ emissions from land use change were 0.9 ± 0.8 PgC $yr^{-1}$ throughout the past decade, and represent about 10% of the total anthropogenic $CO_2$ emissions. It is *more likely than not*[2] that net $CO_2$ emissions from land use change decreased during 2000–2011 compared to 1990–1999. {6.3, Table 6.1, Table 6.2, Figure 6.8}

**Atmospheric $CO_2$ concentration increased at an average rate of 2.0 ± 0.1 ppm $yr^{-1}$ during 2002–2011. This decadal rate of increase is higher than during any previous decade since direct atmospheric concentration measurements began in 1958.** Globally, the size of the combined natural land and ocean sinks of $CO_2$ approximately followed the atmospheric rate of increase, removing 55% of the total anthropogenic emissions every year on average during 1958–2011. {6.3, Table 6.1}

**After almost one decade of stable $CH_4$ concentrations since the late 1990s, atmospheric measurements have shown renewed $CH_4$ concentrations growth since 2007.** The drivers of this renewed growth are still debated. The methane budget for the decade of 2000–2009 (bottom-up estimates) is 177 to 284 Tg($CH_4$) $yr^{-1}$ for natural wetlands emissions, 187 to 224 Tg($CH_4$) $yr^{-1}$ for agriculture and waste (rice, animals and waste), 85 to 105 Tg($CH_4$) $yr^{-1}$ for fossil fuel related emissions, 61 to 200 Tg($CH_4$) $yr^{-1}$ for other natural emissions including, among other fluxes, geological, termites and fresh water emissions, and 32 to 39 Tg($CH_4$) $yr^{-1}$ for biomass and biofuel burning (the range indicates the expanse of literature values). Anthropogenic emissions account for 50 to 65% of total emissions. By including natural geological $CH_4$ emissions that were not accounted for in previous budgets, the fossil component of the total $CH_4$ emissions (i.e., anthropogenic emissions related to leaks in the fossil fuel industry and natural geological leaks) is now estimated to amount to about 30% of the total $CH_4$ emissions (*medium confidence*). Climate driven fluctuations of $CH_4$ emissions from natural wetlands are the main drivers of the global interannual variability of $CH_4$ emissions (*high confidence*), with a smaller contribution from the variability in emissions from biomass burning during high fire years. {6.3.3, Figure 6.2, Table 6.8}

**The concentration of $N_2O$ increased at a rate of 0.73 ± 0.03 ppb $yr^{-1}$ over the last three decades.** Emissions of $N_2O$ to the atmosphere are mostly caused by nitrification and de-nitrification reactions

---

[1] In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

[2] In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

6

BLM_0073976

of reactive nitrogen in soils and in the ocean. Anthropogenic $N_2O$ emissions increased steadily over the last two decades and were 6.9 {2.7 to 11.1} TgN ($N_2O$) yr$^{-1}$ in 2006. Anthropogenic $N_2O$ emissions are 1.7 to 4.8 TgN ($N_2O$) yr$^{-1}$ from the application of nitrogenous fertilisers in agriculture, 0.2 to 1.8 TgN ($N_2O$) yr$^{-1}$ from fossil fuel use and industrial processes, 0.2 to 1.0 TgN ($N_2O$) yr$^{-1}$ from biomass burning (including biofuels) and 0.4 to 1.3 TgN ($N_2O$) yr$^{-1}$ from land emissions due to atmospheric nitrogen deposition (the range indicates expand of literature values). Natural $N_2O$ emissions derived from soils, oceans and a small atmospheric source are together 5.4 to 19.6 TgN ($N_2O$) yr$^{-1}$. {6.3, 6.3.4, Figure 6.4c, Figure 6.19, Table 6.9}

**The human-caused creation of reactive nitrogen in 2010 was at least two times larger than the rate of natural terrestrial creation.** The human-caused creation of reactive nitrogen is dominated by the production of ammonia for fertiliser and industry, with important contributions from legume cultivation and combustion of fossil fuels. Once formed, reactive nitrogen can be transferred to waters and the atmosphere. In addition to $N_2O$, two important nitrogen compounds emitted to the atmosphere are $NH_3$ and $NO_x$ both of which influence tropospheric $O_3$ and aerosols through atmospheric chemistry. All of these effects contribute to radiative forcing. It is also *likely* that reactive nitrogen deposition over land currently increases natural $CO_2$ sinks, in particular forests, but the magnitude of this effect varies between regions. {6.1.3, 6.3, 6.3.2.6.5, 6.3.4, 6.4.6, Figures 6.4a and 6.4b, Table 6.9, Chapter 7}

### Before the Human-Caused Perturbation

**During the last 7000 years prior to 1750, atmospheric $CO_2$ from ice cores shows only very slow changes (increase) from 260 ppm to 280 ppm, in contrast to the human-caused increase of $CO_2$ since pre-industrial times. The contribution of $CO_2$ emissions from early anthropogenic land use is** *unlikely* **sufficient to explain the $CO_2$ increase prior to 1750.** Atmospheric $CH_4$ from ice cores increased by about 100 ppb between 5000 years ago and around 1750. *About as likely as not*, this increase can be attributed to early human activities involving livestock, human-caused fires and rice cultivation. {6.2, Figures 6.6 and 6.7}

**Further back in time, during the past 800,000 years prior to 1750, atmospheric $CO_2$ varied from 180 ppm during glacial (cold) up to 300 ppm during interglacial (warm) periods.** This is well established from multiple ice core measurements. Variations in atmospheric $CO_2$ from glacial to interglacial periods were caused by decreased ocean carbon storage (500 to 1200 PgC), partly compensated by increased land carbon storage (300 to 1000 PgC). {6.2.1, Figure 6.5}

### Future Projections

**With** *very high confidence*, **ocean carbon uptake of anthropogenic $CO_2$ emissions will continue under all four Representative Concentration Pathways (RCPs) through to 2100, with higher uptake corresponding to higher concentration pathways.** The future evolution of the land carbon uptake is much more uncertain, with a majority of models projecting a continued net carbon uptake

under all RCPs, but with some models simulating a net loss of carbon by the land due to the combined effect of climate change and land use change. In view of the large spread of model results and incomplete process representation, there is *low confidence* on the magnitude of modelled future land carbon changes. {6.4.3, Figure 6.24}

**There is** *high confidence* **that climate change will partially offset increases in global land and ocean carbon sinks caused by rising atmospheric $CO_2$.** Yet, there are regional differences among Climate Modelling Intercomparison Project Phase 5 (CMIP5) Earth System Models, in the response of ocean and land $CO_2$ fluxes to climate. There is a high agreement between models that tropical ecosystems will store less carbon in a warmer climate. There is medium agreement between models that at high latitudes warming will increase land carbon storage, although none of the models account for decomposition of carbon in permafrost, which may offset increased land carbon storage. There is high agreement between CMIP5 Earth System models that ocean warming and circulation changes will reduce the rate of carbon uptake in the Southern Ocean and North Atlantic, but that carbon uptake will nevertheless persist in those regions. {6.4.2, Figures 6.21 and 6.22}

**It is** *very likely*, **based on new experimental results {6.4.6.3} and modelling, that nutrient shortage will limit the effect of rising atmospheric $CO_2$ on future land carbon sinks, for the four RCP scenarios.** There is *high confidence* that low nitrogen availability will limit carbon storage on land, even when considering anthropogenic nitrogen deposition. The role of phosphorus limitation is more uncertain. Models that combine nitrogen limitations with rising $CO_2$ and changes in temperature and precipitation thus produce a systematically larger increase in projected future atmospheric $CO_2$, for a given fossil fuel emissions trajectory. {6.4.6, 6.4.6.3, 6.4.8.2, Figure 6.35}

**Taking climate and carbon cycle feedbacks into account, we can quantify the fossil fuel emissions compatible with the RCPs. Between 2012 and 2100, the RCP2.6, RCP4.5, RCP6.0, and RCP8.5 scenarios imply cumulative compatible fossil fuel emissions of 270 (140 to 410) PgC, 780 (595 to 1005) PgC, 1060 (840 to 1250) PgC and 1685 (1415 to 1910) PgC respectively** (values quoted to nearest 5 PgC, range derived from CMIP5 model results). For RCP2.6, an average 50% (range 14 to 96%) emission reduction is required by 2050 relative to 1990 levels. By the end of the 21st century, about half of the models infer emissions slightly above zero, while the other half infer a net removal of $CO_2$ from the atmosphere. {6.4.3, Table 6.12, Figure 6.25}

**There is** *high confidence* **that reductions in permafrost extent due to warming will cause thawing of some currently frozen carbon. However, there is** *low confidence* **on the magnitude of carbon losses** through $CO_2$ and $CH_4$ emissions to the atmosphere, with a range from 50 to 250 PgC between 2000 and 2100 under the RCP8.5 scenario. The CMIP5 Earth System Models did not include frozen carbon feedbacks. {6.4.3.4, Chapter 12}

**There is** *medium confidence* **that emissions of $CH_4$ from wetlands are** *likely* **to increase under elevated $CO_2$ and a warmer climate.** But there is *low confidence* in quantitative projections of these changes. The likelihood of the future release of $CH_4$ from marine

BLM_0073977

gas hydrates in response to seafloor warming is poorly understood. In the event of a significant release of $CH_4$ from hydrates in the sea floor by the end of the 21st century, it is *likely* that subsequent emissions to the atmosphere would be in the form of $CO_2$, due to $CH_4$ oxidation in the water column. {6.4.7, Figure 6.37}

It is *likely* that $N_2O$ emissions from soils will increase due to the increased demand for feed/food and the reliance of agriculture on nitrogen fertilisers. Climate warming will *likely* amplify agricultural and natural terrestrial $N_2O$ sources, but there is *low confidence* in quantitative projections of these changes. {6.4.6, Figure 6.32}

It is *virtually certain* that the increased storage of carbon by the ocean will increase acidification in the future, continuing the observed trends of the past decades. Ocean acidification in the surface ocean will follow atmospheric $CO_2$ while it will also increase in the deep ocean as $CO_2$ continues to penetrate the abyss. The CMIP5 models consistently project worldwide increased ocean acidification to 2100 under all RCPs. The corresponding decrease in surface ocean pH by the end of the 21st century is 0.065 (0.06 to 0.07) for RCP2.6, 0.145 (0.14 to 0.15) for RCP4.5, 0.203 (0.20 to 0.21) for RCP6.0, and 0.31 (0.30 to 0.32) for RCP8.5 (range from CMIP5 models spread). Surface waters become seasonally corrosive to aragonite in parts of the Arctic and in some coastal upwelling systems within a decade, and in parts of the Southern Ocean within 1 to 3 decades in most scenarios. Aragonite undersaturation becomes widespread in these regions at atmospheric $CO_2$ levels of 500 to 600 ppm. {6.4.4, Figures 6.28 and 6.29}

It is *very likely* that the dissolved oxygen content of the ocean will decrease by a few percent during the 21st century. CMIP5 models suggest that this decrease in dissolved oxygen will predominantly occur in the subsurface mid-latitude oceans, caused by enhanced stratification, reduced ventilation and warming. However, there is no consensus on the future development of the volume of hypoxic and suboxic waters in the open-ocean because of large uncertainties in potential biogeochemical effects and in the evolution of tropical ocean dynamics. {6.4.5, Figure 6.30}

### Irreversible Long-Term Impacts of Human-Caused Emissions

With *very high confidence*, the physical, biogeochemical carbon cycle in the ocean and on land will continue to respond to climate change and rising atmospheric $CO_2$ concentrations created during the 21st century. Ocean acidification will *very likely* continue in the future as long as the oceans take up atmospheric $CO_2$. Committed land ecosystem carbon cycle changes will manifest themselves further beyond the end of the 21st century. In addition, it is *virtually certain* that large areas of permafrost will experience thawing over multiple centuries. There is, however, *low confidence* in the magnitude of frozen carbon losses to the atmosphere, and the relative contributions of $CO_2$ and $CH_4$ emissions. {6.4.4, 6.4.9, Chapter 12}

The magnitude and sign of the response of the natural carbon reservoirs to changes in climate and rising $CO_2$ vary substantially over different time scales. The response to rising $CO_2$ is to increase cumulative land and ocean uptake, regardless of the time scale. The response to climate change is variable, depending of the

region considered because of different responses of the underlying physical and biological mechanisms at different time scales. {6.4, Table 6.10, Figures 6.14 and 6.17}

The removal of human-emitted $CO_2$ from the atmosphere by natural processes will take a few hundred thousand years (*high confidence*). Depending on the RCP scenario considered, about 15 to 40% of emitted $CO_2$ will remain in the atmosphere longer than 1,000 years. This very long time required by sinks to remove anthropogenic $CO_2$ makes climate change caused by elevated $CO_2$ irreversible on human time scale. {Box 6.1}

### Geoengineering Methods and the Carbon Cycle

Unconventional ways to remove $CO_2$ from the atmosphere on a large scale are termed Carbon Dioxide Removal (CDR) methods. CDR could in theory be used to reduce $CO_2$ atmospheric concentrations but these methods have biogeochemical and technological limitations to their potential. Uncertainties make it difficult to quantify how much $CO_2$ emissions could be offset by CDR on a human time scale, although it is *likely* that CDR would have to be deployed at large-scale for at least one century to be able to significantly reduce atmospheric $CO_2$. In addition, it is *virtually certain* that the removal of $CO_2$ by CDR will be partially offset by outgassing of $CO_2$ from the ocean and land ecosystems. {6.5, Figures 6.39 and 6.40, Table 6.15, Box 6.1, FAQ 7.3}

The level of confidence on the side effects of CDR methods on carbon and other biogeochemical cycles is low. Some of the climatic and environmental effects of CDR methods are associated with altered surface albedo (for afforestation), de-oxygenation and enhanced $N_2O$ emissions (for artificial ocean fertilisation). Solar Radiation Management (SRM) methods (Chapter 7) will not directly interfere with the effects of elevated $CO_2$ on the carbon cycle, such as ocean acidification, but will impact carbon and other biogeochemical cycles through their climate effects. {6.5.3, 6.5.4, 7.7, Tables 6.14 and 6.15}

6

BLM_0073978

## 6.1   Introduction

The radiative properties of the atmosphere are strongly influenced by the abundance of well-mixed GHGs (see Glossary), mainly carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$), which have substantially increased since the beginning of the Industrial Era (defined as beginning in the year 1750), due primarily to anthropogenic emissions (see Chapter 2). Well-mixed GHGs represent the gaseous phase of global biogeochemical cycles, which control the complex flows and transformations of the elements between the different components of the Earth System (atmosphere, ocean, land, lithosphere) by biotic and abiotic processes. Since most of these processes are themselves also dependent on the prevailing environment, changes in climate and human impacts on ecosystems (e.g., land use and land use change) also modify the atmospheric concentrations of $CO_2$, $CH_4$ and $N_2O$. During the glacial-interglacial cycles (see Glossary), in absence of significant direct human impacts, long variations in climate also affected $CO_2$, $CH_4$ and $N_2O$ and vice versa (see Chapter 5, Section 5.2.2). In the coming century, the situation would be quite different, because of the dominance of anthropogenic emissions that affect global biogeochemical cycles, and in turn, climate change (see Chapter 12). Biogeochemical cycles thus constitute feedbacks in the Earth System.

This chapter summarizes the scientific understanding of atmospheric budgets, variability and trends of the three major biogeochemical greenhouse gases, $CO_2$, $CH_4$ and $N_2O$, their underlying source and sink processes and their perturbations caused by direct human impacts, past and present climate changes as well as future projections of climate change. After the introduction (Section 6.1), Section 6.2 assesses the present understanding of the mechanisms responsible for the variations of $CO_2$, $CH_4$ and $N_2O$ in the past emphasizing glacial-interglacial changes, and the smaller variations during the Holocene (see Glossary) since the last glaciation and over the last millennium. Section 6.3 focuses on the Industrial Era addressing the major source and sink processes, and their variability in space and time. This information is then used to evaluate critically the models of the biogeochemical cycles, including their sensitivity to changes in atmospheric composition and climate. Section 6.4 assesses future projections of carbon and other biogeochemical cycles computed, in particular, with CMIP5 Earth System Models. This includes a quantitative assessment of the direction and magnitude of the various feedback mechanisms as represented in current models, as well as additional processes that might become important in the future but which are not yet fully understood. Finally, Section 6.5 addresses the potential effects and uncertainties of deliberate carbon dioxide removal methods (see Glossary) and solar radiation management (see Glossary) on the carbon cycle.

### 6.1.1   Global Carbon Cycle Overview

#### 6.1.1.1   Carbon Dioxide and the Global Carbon Cycle

Atmospheric $CO_2$ represents the main atmospheric phase of the global carbon cycle. The global carbon cycle can be viewed as a series of reservoirs of carbon in the Earth System, which are connected by exchange fluxes of carbon. Conceptually, one can distinguish two domains in the global carbon cycle. The first is a fast domain with large exchange fluxes and relatively 'rapid' reservoir turnovers, which consists of

carbon in the atmosphere, the ocean, surface ocean sediments and on land in vegetation, soils and freshwaters. Reservoir turnover times, defined as reservoir mass of carbon divided by the exchange flux, range from a few years for the atmosphere to decades to millennia for the major carbon reservoirs of the land vegetation and soil and the various domains in the ocean. A second, slow domain consists of the huge carbon stores in rocks and sediments which exchange carbon with the fast domain through volcanic emissions of $CO_2$, chemical weathering (see Glossary), erosion and sediment formation on the sea floor (Sundquist, 1986). Turnover times of the (mainly geological) reservoirs of the slow domain are 10,000 years or longer. Natural exchange fluxes between the slow and the fast domain of the carbon cycle are relatively small (<0.3 PgC $yr^{-1}$, 1 PgC = $10^{15}$ gC) and can be assumed as approximately constant in time (volcanism, sedimentation) over the last few centuries, although erosion and river fluxes may have been modified by human-induced changes in land use (Raymond and Cole, 2003).

During the Holocene (beginning 11,700 years ago) prior to the Industrial Era the fast domain was close to a steady state, as evidenced by the relatively small variations of atmospheric $CO_2$ recorded in ice cores (see Section 6.2), despite small emissions from human-caused changes in land use over the last millennia (Pongratz et al., 2009). By contrast, since the beginning of the Industrial Era, fossil fuel extraction from geological reservoirs, and their combustion, has resulted in the transfer of significant amount of fossil carbon from the slow domain into the fast domain, thus causing an unprecedented, major human-induced perturbation in the carbon cycle. A schematic of the global carbon cycle with focus on the fast domain is shown in Figure 6.1. The numbers represent the estimated current pool sizes in PgC and the magnitude of the different exchange fluxes in PgC $yr^{-1}$ averaged over the time period 2000–2009 (see Section 6.3).

In the atmosphere, $CO_2$ is the dominant carbon bearing trace gas with a current (2011) concentration of approximately 390.5 ppm (Dlugokencky and Tans, 2013a), which corresponds to a mass of 828 PgC (Prather et al., 2012; Joos et al., 2013). Additional trace gases include methane ($CH_4$, current content mass ~3.7 PgC) and carbon monoxide (CO, current content mass ~0.2 PgC), and still smaller amounts of hydrocarbons, black carbon aerosols and organic compounds.

The terrestrial biosphere reservoir contains carbon in organic compounds in vegetation living biomass (450 to 650 PgC; Prentice et al., 2001) and in dead organic matter in litter and soils (1500 to 2400 PgC; Batjes, 1996). There is an additional amount of old soil carbon in wetland soils (300 to 700 PgC; Bridgham et al., 2006) and in permafrost soils (see Glossary) (~1700 PgC; Tarnocai et al., 2009); albeit some overlap with these two quantities. $CO_2$ is removed from the atmosphere by plant photosynthesis (Gross Primary Production (GPP), 123±8 PgC $yr^{-1}$, (Beer et al., 2010)) and carbon fixed into plants is then cycled through plant tissues, litter and soil carbon and can be released back into the atmosphere by autotrophic (plant) and heterotrophic (soil microbial and animal) respiration and additional disturbance processes (e.g., sporadic fires) on a very wide range of time scales (seconds to millennia). Because $CO_2$ uptake by photosynthesis occurs only during the growing season, whereas $CO_2$ release by respiration occurs nearly year-round, the greater land mass in the Northern Hemisphere (NH) imparts

BLM_0073979



**Figure 6.1 |** Simplified schematic of the global carbon cycle. Numbers represent reservoir mass, also called 'carbon stocks' in PgC (1 PgC = $10^{15}$ gC) and annual carbon exchange fluxes (in PgC yr$^{-1}$). Black numbers and arrows indicate reservoir mass and exchange fluxes estimated for the time prior to the Industrial Era, about 1750 (see Section 6.1.1.1 for references). Fossil fuel reserves are from GEA (2006) and are consistent with numbers used by IPCC WGIII for future scenarios. The sediment storage is a sum of 150 PgC of the organic carbon in the mixed layer (Emerson and Hedges, 1988) and 1600 PgC of the deep-sea CaCO$_3$ sediments available to neutralize fossil fuel CO$_2$ (Archer et al., 1998). Red arrows and numbers indicate annual 'anthropogenic' fluxes averaged over the 2000–2009 time period. These fluxes are a perturbation of the carbon cycle during Industrial Era post 1750. These fluxes (red arrows) are: *Fossil fuel and cement emissions of CO$_2$* (Section 6.3.1), *Net land use change* (Section 6.3.2), and the *Average atmospheric increase* of CO$_2$ in the atmosphere, also called 'CO$_2$ growth rate' (Section 6.3). The uptake of anthropogenic CO$_2$ by the ocean and by terrestrial ecosystems, often called 'carbon sinks' are the red arrows part of *Net land flux* and *Net ocean flux*. Red numbers in the reservoirs denote cumulative changes of anthropogenic carbon over the Industrial Period 1750–2011 (column 2 in Table 6.1). By convention, a positive cumulative change means that a reservoir has gained carbon since 1750. The cumulative change of anthropogenic carbon in the terrestrial reservoir is the sum of carbon cumulatively lost through land use change and carbon accumulated since 1750 in other ecosystems (Table 6.1). Note that the mass balance of the two ocean carbon stocks *Surface ocean* and *Intermediate and deep ocean* includes a yearly accumulation of anthropogenic carbon (not shown). Uncertainties are reported as 90% confidence intervals. Emission estimates and land and ocean sinks (in red) are from Table 6.1 in Section 6.3. The change of gross terrestrial fluxes (red arrows of *Gross photosynthesis* and *Total respiration and fires*) has been estimated from CMIP5 model results (Section 6.4). The change in air–sea exchange fluxes (red arrows of ocean atmosphere gas exchange) have been estimated from the difference in atmospheric partial pressure of CO$_2$ since 1750 (Sarmiento and Gruber, 2006). Individual gross fluxes and their changes since the beginning of the Industrial Era have typical uncertainties of more than 20%, while their differences (*Net land flux* and *Net ocean flux* in the figure) are determined from independent measurements with a much higher accuracy (see Section 6.3). Therefore, to achieve an overall balance, the values of the more uncertain gross fluxes have been adjusted so that their balance matches the *Net land flux* and *Net ocean flux* estimates. Fluxes from volcanic eruptions, rock weathering (silicates and carbonates weathering reactions resulting into a small uptake of atmospheric CO$_2$), export of carbon from soils to rivers, burial of carbon in freshwater lakes and reservoirs and transport of carbon by rivers to the ocean are all assumed to be pre-industrial fluxes, that is, unchanged during 1750–2011. Some recent studies (Section 6.3) indicate that this assumption is likely not verified, but global estimates of the Industrial Era perturbation of all these fluxes was not available from peer-reviewed literature. The atmospheric inventories have been calculated using a conversion factor of 2.12 PgC per ppm (Prather et al., 2012).

6

BLM_0073980

a characteristic 'sawtooth' seasonal cycle in atmospheric $CO_2$ (Keeling, 1960) (see Figure 6.3). A significant amount of terrestrial carbon (1.7 PgC yr$^{-1}$; Figure 6.1) is transported from soils to rivers headstreams. A fraction of this carbon is outgassed as $CO_2$ by rivers and lakes to the atmosphere, a fraction is buried in freshwater organic sediments and the remaining amount (~0.9 PgC yr$^{-1}$; Figure 6.1) is delivered by rivers to the coastal ocean as dissolved inorganic carbon, dissolved organic carbon and particulate organic carbon (Tranvik et al., 2009).

Atmospheric $CO_2$ is exchanged with the surface ocean through gas exchange. This exchange flux is driven by the partial $CO_2$ pressure difference between the air and the sea. In the ocean, carbon is available predominantly as Dissolved Inorganic Carbon (DIC, ~38,000 PgC; Figure 6.1), that is carbonic acid (dissolved $CO_2$ in water), bicarbonate and carbonate ions, which are tightly coupled via ocean chemistry. In addition, the ocean contains a pool of Dissolved Organic Carbon (DOC, ~700 PgC), of which a substantial fraction has a turnover time of 1000 years or longer (Hansell et al., 2009). The marine biota, predominantly

phytoplankton and other microorganisms, represent a small organic carbon pool (~3 PgC), which is turned over very rapidly in days to a few weeks.

Carbon is transported within the ocean by three mechanisms (Figure 6.1): (1) the 'solubility pump' (see Glossary), (2) the 'biological pump' (see Glossary), and (3) the 'marine carbonate pump' that is generated by the formation of calcareous shells of certain oceanic microorganisms in the surface ocean, which, after sinking to depth, are re-mineralized back into DIC and calcium ions. The marine carbonate pump operates counter to the marine biological soft-tissue pump with respect to its effect on $CO_2$: in the formation of calcareous shells, two bicarbonate ions are split into one carbonate and one dissolved $CO_2$ molecules, which increases the partial $CO_2$ pressure in surface waters (driving a release of $CO_2$ to the atmosphere). Only a small fraction (~0.2 PgC yr$^{-1}$) of the carbon exported by biological processes (both soft-tissue and carbonate pumps) from the surface reaches the sea floor where it can be stored in sediments for millennia and longer (Denman et al., 2007).

### Box 6.1 |  Multiple Residence Times for an Excess of Carbon Dioxide Emitted in the Atmosphere

On an average, $CO_2$ molecules are exchanged between the atmosphere and the Earth surface every few years. This fast $CO_2$ cycling through the atmosphere is coupled to a slower cycling of carbon through land vegetation, litter and soils and the upper ocean (decades to centuries); deeper soils and the deep sea (centuries to millennia); and geological reservoirs, such as deep-sea carbonate sediments and the upper mantle (up to millions of years) as explained in Section 6.1.1.1. Atmospheric $CO_2$ represents only a tiny fraction of the carbon in the Earth System, the rest of which is tied up in these other reservoirs. Emission of carbon from fossil fuel reserves, and additionally from land use change (see Section 6.3) is now rapidly increasing atmospheric $CO_2$ content. The removal of all the human-emitted $CO_2$ from the atmosphere by natural processes will take a few hundred thousand years (*high confidence*) as shown by the timescales of the removal process shown in the table below (Archer and Brovkin, 2008). For instance, an extremely long atmospheric $CO_2$ recovery time scale from a large emission pulse of $CO_2$ has been inferred from geological evidence when during the Paleocene–Eocene thermal maximum event about 55 million years ago a large amount of $CO_2$ was released to the atmosphere (McInerney and Wing, 2011). Based on the amount of $CO_2$ remaining in the atmosphere after a pulse of emissions (data from Joos et al. 2013) and on the magnitude of the historical and future emissions for each RCP scenario, we assessed that about 15 to 40% of $CO_2$ emitted until 2100 will remain in the atmosphere longer than 1000 years.

Box 6.1, Table 1 | The main natural processes that remove $CO_2$ consecutive to a large emission pulse to the atmosphere, their atmospheric $CO_2$ adjustment time scales, and main (bio)chemical reactions involved.

| Processes | Time scale (years) | Reactions |
|---|---|---|
| Land uptake: Photosynthesis–respiration | $1–10^2$ | $6CO_2 + 6H_2O + photons \rightarrow C_6H_{12}O_6 + 6O_2$ <br> $C_6H_{12}O_6 + 6O_2 \rightarrow 6CO_2 + 6H_2O + heat$ |
| Ocean invasion: Seawater buffer | $10–10^3$ | $CO_2 + CO_3^{2-} + H_2O \rightleftharpoons 2HCO_3^-$ |
| Reaction with calcium carbonate | $10^3–10^4$ | $CO_2 + CaCO_3 + H_2O \rightarrow Ca^{2+} + 2HCO_3^-$ |
| Silicate weathering | $10^4–10^6$ | $CO_2 + CaSiO_3 \rightarrow CaCO_3 + SiO_2$ |

These processes are active on all time scales, but the relative importance of their role in the $CO_2$ removal is changing with time and depends on the level of emissions. Accordingly, the times of atmospheric $CO_2$ adjustment to anthropogenic carbon emissions can be divided into three phases associated with increasingly longer time scales.

Phase 1. Within several decades of $CO_2$ emissions, about a third to half of an initial pulse of anthropogenic $CO_2$ goes into the land and ocean, while the rest stays in the atmosphere (Box 6.1, Figure 1a). Within a few centuries, most of the anthropogenic $CO_2$ will be in the form of additional dissolved inorganic carbon in the ocean, thereby decreasing ocean pH (Box 6.1, Figure 1b). Within a thousand years, the remaining atmospheric fraction of the $CO_2$ emissions (see Section 6.3.2.4) is between 15 and 40%, depending on the amount of carbon released (Archer et al., 2009b). The carbonate buffer capacity of the ocean decreases with higher $CO_2$, so the larger the cumulative emissions, the higher the remaining atmospheric fraction (Eby et al., 2009; Joos et al., 2013). (continued on next page)

6

BLM_0073981

Box 6.1 (continued)

Phase 2. In the second stage, within a few thousands of years, the pH of the ocean that has decreased in Phase 1 will be restored by reaction of ocean dissolved $CO_2$ and calcium carbonate ($CaCO_3$) of sea floor sediments, partly replenishing the buffer capacity of the ocean and further drawing down atmospheric $CO_2$ as a new balance is re-established between $CaCO_3$ sedimentation in the ocean and terrestrial weathering (Box 6.1, Figure 1c right). This second phase will pull the remaining atmospheric $CO_2$ fraction down to 10 to 25% of the original $CO_2$ pulse after about 10 kyr (Lenton and Britton, 2006; Montenegro et al., 2007; Ridgwell and Hargreaves, 2007; Tyrrell et al., 2007; Archer and Brovkin, 2008).

Phase 3. In the third stage, within several hundred thousand years, the rest of the $CO_2$ emitted during the initial pulse will be removed from the atmosphere by silicate weathering, a very slow process of $CO_2$ reaction with calcium silicate ($CaSiO_3$) and other minerals of igneous rocks (e.g., Sundquist, 1990; Walker and Kasting, 1992).

Involvement of extremely long time scale processes into the removal of a pulse of $CO_2$ emissions into the atmosphere complicates comparison with the cycling of the other GHGs. This is why the concept of a single, characteristic atmospheric lifetime is not applicable to $CO_2$ (Chapter 8).



**Box 6.1, Figure 1 |** A percentage of emitted $CO_2$ remaining in the atmosphere in response to an idealised instantaneous $CO_2$ pulse emitted to the atmosphere in year 0 as calculated by a range of coupled climate–carbon cycle models. (Left and middle panels, a and b) Multi-model mean (blue line) and the uncertainty interval (±2 standard deviations, shading) simulated during 1000 years following the instantaneous pulse of 100 PgC (Joos et al., 2013). (Right panel, c) A mean of models with oceanic and terrestrial carbon components and a maximum range of these models (shading) for instantaneous $CO_2$ pulse in year 0 of 100 PgC (blue), 1000 PgC (orange) and 5000 PgC (red line) on a time interval up to 10 kyr (Archer et al., 2009b). Text at the top of the panels indicates the dominant processes that remove the excess of $CO_2$ emitted in the atmosphere on the successive time scales. Note that higher pulse of $CO_2$ emissions leads to higher remaining $CO_2$ fraction (Section 6.3.2.4) due to reduced carbonate buffer capacity of the ocean and positive climate–carbon cycle feedback (Section 6.3.2.6.6).

#### 6.1.1.2 Methane Cycle

$CH_4$ absorbs infrared radiation relatively stronger per molecule compared to $CO_2$ (Chapter 8), and it interacts with photochemistry. On the other hand, the methane turnover time (see Glossary) is less than 10 years in the troposphere (Prather et al., 2012; see Chapter 7). The sources of $CH_4$ at the surface of the Earth (see Section 6.3.3.2) can be thermogenic including (1) natural emissions of fossil $CH_4$ from geological sources (marine and terrestrial seepages, geothermal vents and mud volcanoes) and (2) emissions caused by leakages from fossil fuel extraction and use (natural gas, coal and oil industry; Figure 6.2). There are also pyrogenic sources resulting from incomplete burning of fossil fuels and plant biomass (both natural and anthropogenic fires). The biogenic sources include natural biogenic emissions predominantly from wetlands, from termites and very small emissions from the ocean (see Section 6.3.3). Anthropogenic biogenic emissions occur from rice

paddy agriculture, ruminant livestock, landfills, man-made lakes and wetlands and waste treatment. In general, biogenic $CH_4$ is produced from organic matter under low oxygen conditions by fermentation processes of methanogenic microbes (Conrad, 1996). Atmospheric $CH_4$ is removed primarily by photochemistry, through atmospheric chemistry reactions with the OH radicals. Other smaller removal processes of atmospheric $CH_4$ take place in the stratosphere through reaction with chlorine and oxygen radicals, by oxidation in well aerated soils, and possibly by reaction with chlorine in the marine boundary layer (Allan et al., 2007; see Section 6.3.3.3).

A very large geological stock (globally 1500 to 7000 PgC, that is 2 x $10^6$ to 9.3 x $10^6$ Tg($CH_4$) in Figure 6.2; Archer (2007); with *low confidence* in estimates) of $CH_4$ exists in the form of frozen hydrate deposits ('clathrates') in shallow ocean sediments and on the slopes of continental shelves, and permafrost soils. These $CH_4$ hydrates are stable

BLM_0073982

Chapter 6                                                                 Carbon and Other Biogeochemical Cycles

under conditions of low temperature and high pressure. Warming or changes in pressure could render some of these hydrates unstable with a potential release of $CH_4$ to the overlying soil/ocean and/or atmosphere. Possible future $CH_4$ emissions from $CH_4$ released by gas hydrates are discussed in Section 6.4.7.3.

### 6.1.2    Industrial Era

#### 6.1.2.1    Carbon Dioxide and the Global Carbon Cycle

Since the beginning of the Industrial Era, humans have been producing energy by burning of fossil fuels (coal, oil and gas), a process that

is releasing large amounts of $CO_2$ into the atmosphere (Rotty, 1983; Boden et al., 2011; see Section 6.3.2.1). The amount of fossil fuel $CO_2$ emitted to the atmosphere can be estimated with an accuracy of about 5 to 10% for recent decades from statistics of fossil fuel use (Andres et al., 2012). Total cumulative emissions between 1750 and 2011 amount to $375 \pm 30$ PgC (see Section 6.3.2.1 and Table 6.1), including a contribution of 8 PgC from the production of cement.

The second major source of anthropogenic $CO_2$ emissions to the atmosphere is caused by changes in land use (mainly deforestation), which causes globally a net reduction in land carbon storage, although recovery from past land use change can cause a net gain in in land



**Figure 6.2 |** Schematic of the global cycle of $CH_4$. Numbers represent annual fluxes in Tg($CH_4$) yr$^{-1}$ estimated for the time period 2000–2009 and $CH_4$ reservoirs in Tg ($CH_4$): the atmosphere and three geological reservoirs (hydrates on land and in the ocean floor and gas reserves) (see Section 6.3.3). Black arrows denote 'natural' fluxes, that is, fluxes that are not directly caused by human activities since 1750, red arrows anthropogenic fluxes, and the light brown arrow denotes a combined natural + anthropogenic flux. Note that human activities (e.g., land use) may have modified indirectly the global magnitude of the natural fluxes (Section 6.3.3). Ranges represent minimum and maximum values from cited references as given in Table 6.8 in Section 6.3.3. Gas reserves are from GEA (2006) and are consistent with numbers used by IPCC WG III for future scenarios. Hydrate reservoir sizes are from Archer et al. (2007). The atmospheric inventories have been calculated using a conversion factor of 2.7476 TgCH$_4$ per ppb (Prather et al., 2012). The assumed preindustrial annual mean globally averaged $CH_4$ concentration was $722 \pm 25$ ppb taking the average of the Antarctic Law Dome ice core observations (MacFarling-Meure et al., 2006) and the measurements from the GRIP ice core in Greenland (Blunier et al., 1995; see also Table 2.1). The atmospheric inventory in the year 2011 is based on an annual globally averaged $CH_4$ concentration of $1803 \pm 4$ ppb in the year 2011 (see Table 2.1). It is the sum of the atmospheric increase between 1750 and 2011 (in red) and of the pre-industrial inventory (in black). The *average atmospheric increase* each year, also called growth rate, is based on a measured concentration increase of 2.2 ppb yr$^{-1}$ during the time period 2000–2009 (Dlugokencky et al., 2011).

474

BLM_0073983

carbon storage in some regions. Estimation of this $CO_2$ source to the atmosphere requires knowledge of changes in land area as well as estimates of the carbon stored per area before and after the land use change. In addition, longer term effects, such as the decomposition of soil organic matter after land use change, have to be taken into account (see Section 6.3.2.2). Since 1750, anthropogenic land use changes have resulted into about 50 million km² being used for cropland and pasture, corresponding to about 38% of the total ice-free land area (Foley et al., 2007, 2011), in contrast to an estimated cropland and pasture area of 7.5 to 9 million km² about 1750 (Ramankutty and Foley, 1999; Goldewijk, 2001). The cumulative net $CO_2$ emissions from land use changes between 1750 and 2011 are estimated at approximately $180 \pm 80$ PgC (see Section 6.3 and Table 6.1).

Multiple lines of evidence indicate that the observed atmospheric increase in the global $CO_2$ concentration since 1750 (Figure 6.3) is caused by the anthropogenic $CO_2$ emissions (see Section 6.3.2.3). The rising atmospheric $CO_2$ content induces a disequilibrium in the exchange fluxes between the atmosphere and the land and oceans respectively. The rising $CO_2$ concentration implies a rising atmospheric $CO_2$ partial pressure ($pCO_2$) that induces a globally averaged net-air-to-sea flux and thus an ocean sink for $CO_2$ (see Section 6.3.2.5). On land, the rising atmospheric $CO_2$ concentration fosters photosynthesis via the $CO_2$ fertilisation effect (see Section 6.3.2.6). However, the efficacy of these oceanic and terrestrial sinks does also depend on how the excess carbon is transformed and redistributed within these sink reservoirs. The magnitude of the current sinks is shown in Figure 6.1 (averaged over the years 2000–2009, red arrows) together with the cumulative reservoir content changes over the industrial era (1750–2011, red numbers) (see Table 6.1, Section 6.3).

### 6.1.2.2   Methane Cycle

After 1750, atmospheric $CH_4$ levels rose almost exponentially with time, reaching 1650 ppb by the mid-1980s and 1803 ppb by 2011. Between the mid-1980s and the mid-2000s the atmospheric growth of $CH_4$ declined to nearly zero (see Section 6.3.3.1, see also Chapter 2). More recently since 2006, atmospheric $CH_4$ is observed to increase again (Rigby et al., 2008); however, it is unclear if this is a short-term fluctuation or a new regime for the $CH_4$ cycle (Dlugokencky et al., 2009).

There is *very high* level of *confidence* that the atmospheric $CH_4$ increase during the Industrial Era is caused by anthropogenic activities. The massive increase in the number of ruminants (Barnosky, 2008), the emissions from fossil fuel extraction and use, the expansion of rice paddy agriculture and the emissions from landfills and waste are the dominant anthropogenic $CH_4$ sources. Total anthropogenic sources contribute at present between 50 and 65% of the total $CH_4$ sources (see Section 6.3.3). The dominance of $CH_4$ emissions located mostly in the NH (wetlands and anthropogenic emissions) is evidenced by the observed positive north–south gradient in $CH_4$ concentrations (Figure 6.3). Satellite-based $CH_4$ concentration measurements averaged over the entire atmospheric column also indicate higher concentrations of $CH_4$ above and downwind of densely populated and intensive agriculture areas where anthropogenic emissions occur (Frankenberg et al., 2011).

### 6.1.3   Connections Between Carbon and the Nitrogen and Oxygen Cycles

#### 6.1.3.1   Global Nitrogen Cycle Including Nitrous Oxide

The biogeochemical cycles of nitrogen and carbon are tightly coupled with each other owing to the metabolic needs of organisms for these two elements. Changes in the availability of one element will influence not only biological productivity but also availability and requirements for the other element (Gruber and Galloway, 2008) and in the longer term, the structure and functioning of ecosystems as well.

Before the Industrial Era, the creation of reactive nitrogen Nr (all nitrogen species other than $N_2$) from non-reactive atmospheric $N_2$ occurred primarily through two natural processes: lightning and biological nitrogen fixation (BNF). BNF is a set of reactions that convert $N_2$ to ammonia in a microbially mediated process. This input of Nr to the land and ocean biosphere was in balance with the loss of Nr though denitrification, a process that returns $N_2$ back to the atmosphere (Ayres et al., 1994). This equilibrium has been broken since the beginning of the Industrial Era. Nr is produced by human activities and delivered to ecosystems. During the last decades, the production of Nr by humans has been much greater than the natural production (Figure 6.4a; Section 6.3.4.3). There are three main anthropogenic sources of Nr: (1) the Haber-Bosch industrial process, used to make $NH_3$ from $N_2$, for nitrogen fertilisers and as a feedstock for some industries; (2) the cultivation of legumes and other crops, which increases BNF; and (3) the combustion of fossil fuels, which converts atmospheric $N_2$ and fossil fuel nitrogen into nitrogen oxides ($NO_x$) emitted to the atmosphere and re-deposited at the surface (Figure 6.4a). In addition, there is a small flux from the mobilization of sequestered Nr from nitrogen-rich sedimentary rocks (Morford et al., 2011) (not shown in Figure 6.4a).

The amount of anthropogenic Nr converted back to non-reactive $N_2$ by denitrification is much smaller than the amount of Nr produced each year, that is, about 30 to 60% of the total Nr production, with a large uncertainty (Galloway et al., 2004; Canfield et al., 2010; Bouwman et al., 2013). What is more certain is the amount of $N_2O$ emitted to the atmosphere. Anthropogenic sources of $N_2O$ are about the same size as natural terrestrial sources (see Section 6.3.4 and Table 6.9 for the global $N_2O$ budget). In addition, emissions of Nr to the atmosphere, as $NH_3$ and $NO_x$, are caused by agriculture and fossil fuel combustion. A portion of the emitted $NH_3$ and $NO_x$ is deposited over the continents, while the rest gets transported by winds and deposited over the oceans. This atmospheric deposition flux of Nr over the oceans is comparable to the flux going from soils to rivers and delivered to the coastal ocean (Galloway et al., 2004; Suntharalingam et al., 2012). The increase of Nr creation during the Industrial Era, the connections among its impacts, including on climate and the connections with the carbon cycle are presented in Box 6.2.

For the global ocean, the best BNF estimate is 160 TgN yr⁻¹, which is roughly the midpoint of the minimum estimate of 140 TgN yr⁻¹ of Deutsch et al. (2007) and the maximum estimate of 177 TgN yr⁻¹ (Groszkopf et al., 2012). The probability that this estimate will need an upward revision in the near future is high because several additional processes are not yet considered (Voss et al., 2013).

**6**

BLM_0073984



**Figure 6.3 |** Atmospheric concentration of $CO_2$, oxygen, $^{13}C/^{12}C$ stable isotope ratio in $CO_2$, $CH_4$ and $N_2O$ recorded over the last decades at representative stations (a) $CO_2$ from Mauna Loa (MLO) Northern Hemisphere and South Pole Southern Hemisphere (SPO) atmospheric stations (Keeling et al., 2005). (b) $O_2$ from Alert Northern Hemisphere (ALT) and Cape Grim Southern Hemisphere (CGO) stations (http://scripps2.ucsd.edu/ right axes, expressed relative to a reference standard value). (c) $^{13}C/^{12}C$: Mauna Loa, South Pole (Keeling et al., 2005). (d) $CH_4$ from Mauna Loa and South Pole stations (Dlugokencky et al., 2012). (e) $N_2O$ from Mace-Head Northern Hemisphere (MHD) and Cape Grim stations (Prinn et al., 2000).

BLM_0073985

**Box 6.2 | Nitrogen Cycle and Climate-Carbon Cycle Feedbacks**

Human creation of reactive nitrogen by the Haber–Bosch process (see Sections 6.1.3 and 6.3.4), fossil fuel combustion and agricultural biological nitrogen fixation (BNF) dominate Nr creation relative to biological nitrogen fixation in natural terrestrial ecosystems. This dominance impacts on the radiation balance of the Earth (covered by the IPCC; see, e.g., Chapters 7 and 8), and affects human health and ecosystem health as well (EPA, 2011b; Sutton et al., 2011).

The Nr creation from 1850 to 2005 is shown in Box 6.2 (Figure 1). After mid-1970s, human production of Nr exceeded natural production. During the 2000s food production (mineral fertilisers, legumes) accounts for three-quarters of Nr created by humans, with fossil fuel combustion and industrial uses accounting equally for the remainder (Galloway et al., 2008; Canfield et al., 2010; Sutton et al., 2011).

The three most relevant questions regarding the anthro-pogenic perturbation of the nitrogen cycle with respect to global change are: (1) What are the interactions with the carbon cycle, and the effects on carbon sinks (see Sections 6.3.2.6.5 and 6.4.2.1), (2) What are the effects of increased Nr on the radiative forcing of nitrate aerosols (Chapter 7, 7.3.2) and tropospheric ozone (Chapters 8), (3) What are the impacts of the excess of Nr on humans and ecosystems (health, biodiversity, eutrophication, not treated in this report, but see, for example, EPA, 2011b; Sutton et al., 2011).

Essentially all of the Nr formed by human activity is spread into the environment, either at the point of creation (i.e., fossil fuel combustion) or after it is used in food production and in industry. Once in the environment, Nr has a number of negative impacts if not converted back into $N_2$. In addition to its contributions to climate change and stratospheric ozone depletion, Nr contributes to the formation of smog; increases the haziness of the troposphere; contributes to the acidification of soils and freshwaters; and increases the productivity in forests, grasslands, open and coastal waters and open ocean, which can lead to eutrophication and reduction



**Box 6.2, Figure 1 |** Anthropogenic reactive nitrogen (Nr) creation rates (in TgN yr⁻¹) from fossil fuel burning (orange line), cultivation-induced biological nitrogen fixation (blue line), Haber–Bosch process (green line) and total creation (red line). Source: Galloway et al. (2003), Galloway et al. (2008). Note that updates are given in Table 6.9. The only one with significant changes in the more recent literature is cultivation-induced BNF which Herridge et al. (2008) estimated to be 60 TgN yr⁻¹. The data are only reported since 1850, as no published estimate is available since 1750.

in biodiversity in terrestrial and aquatic ecosystems. In addition, Nr-induced increases in nitrogen oxides, aerosols, tropospheric ozone, and nitrates in drinking water have negative impacts on human health (Galloway et al., 2008; Davidson et al., 2012). Once the nitrogen atoms become reactive (e.g., $NH_3$, $NO_x$), any given Nr atom can contribute to all of the impacts noted above in sequence. This is called the nitrogen cascade (Galloway et al., 2003; Box 6.2, Figure 2). The nitrogen cascade is the sequential transfer of the same Nr atom through the atmosphere, terrestrial ecosystems, freshwater ecosystems and marine ecosystems that results in multiple effects in each reservoir. Because of the nitrogen cascade, the creation of any molecule of Nr from $N_2$, at any location, has the potential to affect climate, either directly or indirectly, as explained in this box This potential exists until the Nr gets converted back to $N_2$.

The most important processes causing direct links between anthropogenic Nr and climate change include (Erisman et al., 2011): (1) $N_2O$ formation during industrial processes (e.g., fertiliser production), combustion, or microbial conversion of substrate containing nitrogen—notably after fertiliser and manure application to soils. $N_2O$ is a strong greenhouse gas (GHG), (2) emission of anthropogenic $NO_x$ leading to (a) formation of tropospheric $O_3$, (which is the third most important GHG), (b) a decrease of $CH_4$ and (c) the formation of nitrate aerosols. Aerosol formation affects radiative forcing, as nitrogen-containing aerosols have a direct cooling effect in addition to an indirect cooling effect through cloud formation and (3) $NH_3$ emission to the atmosphere which contributes to aerosol formation. The first process has a warming effect. The second has both a warming (as a GHG) and a cooling (through the formation of the OH radical in the troposphere which reacts with $CH_4$, and through aerosol formation) effect. The net effect of all three $NO_x$-related contributions is cooling. The third process has a cooling effect.

The most important processes causing an indirect link between anthropogenic Nr and climate change include: (1) nitrogen-dependent changes in soil organic matter decomposition and hence $CO_2$ emissions, affecting heterotrophic respiration; (2) alteration of the biospheric $CO_2$ sink due to increased supply of Nr. About half of the carbon that is emitted to the atmosphere is

*(continued on next page)*

BLM_0073986

*Box 6.2 (continued)*

taken up by the biosphere; Nr affects net $CO_2$ uptake from the atmosphere in terrestrial systems, rivers, estuaries and the open ocean in a positive direction (by increasing productivity or reducing the rate of organic matter breakdown) and negative direction (in situations where it accelerates organic matter breakdown). $CO_2$ uptake in the ocean causes ocean acidification, which reduces $CO_2$ uptake; (3) changes in marine primary productivity, generally an increase, in response to Nr deposition; and (4) $O_3$ formed in the troposphere as a result of $NO_x$ and volatile organic compound emissions reduces plant productivity, and therefore reduces $CO_2$ uptake from the atmosphere. On the global scale the net influence of the direct and indirect contributions of Nr on the radiative balance was estimated to be $-0.24\ W\ m^{-2}$ (with an uncertainty range of $+0.2$ to $-0.5\ W\ m^{-2}$) (Erisman et al., 2011).

Nr is required for both plants and soil microorganisms to grow, and plant and microbial processes play important roles in the global carbon cycle. The increasing concentration of atmospheric $CO_2$ is observed to increase plant photosynthesis (see Box 6.3) and plant growth, which drives an increase of carbon storage in terrestrial ecosystems. Plant growth is, however, constrained by the availability of Nr in soils (see Section 6.3.2.6.5). This means that in some nitrogen-poor ecosystems, insufficient Nr availability will limit carbon sinks, while the deposition of Nr may instead alleviate this limitation and enable larger carbon sinks (see Section 6.3.2.6.5). Therefore, human production of Nr has the potential to mitigate $CO_2$ emissions by providing additional nutrients for plant growth in some regions. Microbial growth can also be limited by the availability of Nr, particularly in cold, wet environments, so that human production of Nr also has the potential to accelerate the decomposition of organic matter, increasing release of $CO_2$. The availability of Nr also changes in response to climate change, generally increasing with warmer temperatures and increased precipitation (see Section 6.4.2.1), but with complex interactions in the case of seasonally inundated environments. This complex network of feedbacks is amenable to study through observation and experimentation (Section 6.3) and Earth System modelling (Section 6.4). Even though we do not yet have a thorough understanding of how nitrogen and carbon cycling will interact with climate change, elevated $CO_2$ and human Nr production in the future, given scenarios of human activity, current observations and model results all indicate that low nitrogen availability will limit carbon storage on land in the 21st century (see Section 6.4.2.1).



**Box 6.2, Figure 2 |** Illustration of the nitrogen cascade showing the sequential effects that a single atom of nitrogen in its various molecular forms can have in various reservoirs after it has been converted from nonreactive $N_2$ to a reactive form by energy and food production (orange arrows). Once created the reactive nitrogen has the potential to continue to contribute to impacts until it is converted back to $N_2$. The small black circle indicates that there is the potential for denitrification to occur within that reservoir. $NH_3$ = ammonia; $NH_x$ = ammonia plus ammonium; $NO_3^-$ = nitrate; $NO_x$ = nitrogen oxides; $NO_y$ = $NO_x$ and other combinations of nitrogen and oxygen (except $N_2O$); $N_2O$ = nitrous oxide. (Adapted with permission from the GEO Yearbook 2003, United Nations Environmental Programme (UNEP), 2004 which was based on Galloway et al., 2003.)

6

BLM_0073987



**Figure 6.4 |** Schematic of the global nitrogen cycle. (a) The natural and anthropogenic processes that create reactive nitrogen and the corresponding rates of denitrification that convert reactive nitrogen back to $N_2$. (b) The flows of the reactive nitrogen species $NO_x$ and $NH_x$. (c) The stratospheric sink of $N_2O$ is the sum of losses via photolysis and reaction with O(1D) (oxygen radical in the 1D excited state; Table 6.9). The global magnitude of this sink is adjusted here in order to be equal to the difference between the total sources and the observed growth rate. This value falls within literature estimates (Volk et al., 1997). The atmospheric inventories have been calculated using a conversion factor of 4.79 Tg N (N$_2$O) per ppb (Prather et al., 2012).

479

6

BLM_0073988

A global denitrification rate is much more difficult to constrain than the BNF considering the changing paradigms of nitrogen cycling in the oxygen minimum zones or the unconstrained losses in permeable sediments on the continental shelves (Gao et al., 2012). The coastal ocean may have losses in the range of 100 to 250 (Voss et al., 2011). For the open and distal ocean Codispoti (2007) estimated an upper limit of denitrification of 400 TgN yr$^{-1}$. Voss et al. (2013) used a conservative estimate of 100 TgN yr$^{-1}$ for the coastal ocean, and 200 to 300 TgN yr$^{-1}$ for the open ocean. Because the upper limit in the global ocean is 400 TgN yr$^{-1}$, 300 ± 100 TgN yr$^{-1}$ is the best estimate for global ocean losses of reactive nitrogen (Table 6.9).

This chapter does not describe the phosphorus and sulphur biogeochemical cycles, but phosphorus limitations on carbon sinks are briefly addressed in Section 6.4.8.2 and future sulphur deposition in Section 6.4.6.2.

### 6.1.3.2   Oxygen

Atmospheric oxygen is tightly coupled with the global carbon cycle (sometimes called a mirror of the carbon cycle). The burning of fossil fuels removes oxygen from the atmosphere in a tightly defined stoichiometric ratio depending on fuel carbon content. As a consequence of the burning of fossil fuels, atmospheric $O_2$ levels have been observed to decrease steadily over the last 20 years (Keeling and Shertz, 1992; Manning and Keeling, 2006) (Figure 6.3b). Compared to the atmospheric oxygen content of about 21% this decrease is very small; however, it provides independent evidence that the rise in $CO_2$ must be due to an oxidation process, that is, fossil fuel combustion and/or organic carbon oxidation, and is not caused by, for example, volcanic emissions or by outgassing of dissolved $CO_2$ from a warming ocean. The atmospheric oxygen measurements furthermore also show the north–south concentration $O_2$ difference (higher in the south and mirroring the $CO_2$ north–south concentration difference) as expected from the stronger fossil fuel consumption in the NH (Keeling et al., 1996).

On land, during photosynthesis and respiration, $O_2$ and $CO_2$ are exchanged in nearly a 1:1 ratio. However, with respect to exchanges with the ocean, $O_2$ behaves quite differently from $CO_2$, because compared to the atmosphere only a small amount of $O_2$ is dissolved in the ocean whereas by contrast the oceanic $CO_2$ content is much larger due to the carbonate chemistry. This different behaviour of the two gases with respect to ocean exchange provides a powerful method to assess independently the partitioning of the uptake of anthropogenic $CO_2$ by land and ocean (Manning and Keeling, 2006), Section 6.3.2.3.

## 6.2   Variations in Carbon and Other Biogeochemical Cycles Before the Fossil Fuel Era

The Earth System mechanisms that were responsible for past variations in atmospheric $CO_2$, $CH_4$, and $N_2O$ will probably operate in the future as well. Past archives of GHGs and climate therefore provide useful knowledge, including constraints for biogeochemical models applied to the future projections described in Section 6.4. In addition, past archives of GHGs also show with *very high confidence* that the average

rates of increase of $CO_2$, $CH_4$ and $N_2O$ are larger during the Industrial Era (see Section 6.3) than during any comparable period of at least the past 22,000 years (Joos and Spahni, 2008).

### 6.2.1   Glacial–Interglacial Greenhouse Gas Changes

#### 6.2.1.1   Processes Controlling Glacial Carbon Dioxide

Ice cores recovered from the Antarctic ice sheet reveal that the concentration of atmospheric $CO_2$ at the Last Glacial Maximum (LGM; see Glossary) at 21 ka was about one third lower than during the subsequent interglacial (Holocene) period started at 11.7 ka (Delmas et al., 1980; Neftel et al., 1982; Monnin et al., 2001). Longer (to 800 ka) records exhibit similar features, with $CO_2$ values of ~180 to 200 ppm during glacial intervals (Petit et al., 1999). Prior to 420 ka, interglacial $CO_2$ values were 240 to 260 ppm rather than 270 to 290 ppm after that date (Lüthi et al., 2008).

A variety of proxy reconstructions as well as models of different complexity from conceptual to complex Earth System Models (ESM; see Glossary) have been used to test hypotheses for the cause of lower LGM atmospheric $CO_2$ concentrations (e.g., Köhler et al., 2005; Sigman et al., 2010). The mechanisms of the carbon cycle during the LGM which lead to low atmospheric $CO_2$ can be broken down by individual drivers (Figure 6.5). It should be recognized, however, that this separation is potentially misleading, as many of the component drivers shown in Figure 6.5 may combine nonlinearly (Bouttes et al., 2011). Only well-established individual drivers are quantified (Figure 6.5), and discussed here.

#### 6.2.1.1.1   Reduced land carbon

Despite local evidence of larger carbon storage in permafrost regions during glacial periods (Zimov et al., 2009; Zech et al., 2011), the δ$^{13}$C record of ocean waters as preserved in benthic foraminiferal shells has been used to infer that global terrestrial carbon storage was reduced in glacial times, thus opposite to recorded changes in atmospheric $CO_2$. Data-based estimates of the deficit between LGM and pre-industrial land carbon storage range from a few hundreds to 1000 PgC (e.g., Bird et al., 1996; Ciais et al., 2012). Dynamic vegetation models tend to simulate values at the higher end (~800 PgC) (Kaplan et al., 2002; Otto et al., 2002) and indicate a role for the physiological effects of low $CO_2$ on photosynthesis at the LGM at least as large as that of colder and dryer climate conditions in determining the past extent of forests (Prentice and Harrison, 2009).

#### 6.2.1.1.2   Lower sea surface temperatures

Reconstructions of sea surface temperatures (SSTs) during the LGM suggest that the global surface ocean was on average 3°C to 5°C cooler compared to the Holocene. Because the solubility of $CO_2$ increases at colder temperature (Zeebe and Wolf-Gladrow, 2001), a colder glacial ocean will hold more carbon. However, uncertainty in reconstructing the LGM pattern of ocean temperature, particularly in the tropics (Archer et al., 2000; Waelbroeck et al., 2009), together with problems in transforming this pattern to the resolution of models in light of the nonlinear nature of the $CO_2$–temperature relationship

BLM_0073989

(Ridgwell, 2001), creates a large spread in modelled estimates, Most ocean general circulation models (OGCM) projections, however, cluster more tightly and suggest that lower ocean temperatures contribute to lower $CO_2$ values by 25 ppm during the LGM (Figure 6.5).

### 6.2.1.1.3    Lower sea level and increased salinity

During the LGM, sea level was about ~120 m lower than today, and this change in ocean volume had several well-understood effects on atmospheric $CO_2$ concentrations. Lower sea level impacts the LGM ocean carbon cycle in two main ways. First, the resulting higher LGM ocean surface salinity causes atmospheric $CO_2$ to be higher than during the Holocene. Second, the total dissolved inorganic carbon and alkalinity (a measure of the capacity of an aqueous solution to neutralize acid) become more concentrated in equal proportions, and this process also causes atmospheric $CO_2$ to be higher during the LGM. In total, lower sea level is estimated to contribute to higher $CO_2$ values by 15 ppm during the LGM (Figure 6.5), implying that other processes must explain the lower $CO_2$ values measured in ice cores.

### 6.2.1.1.4    Ocean circulation and sea ice

Reorganization in ocean circulation during glacial periods that promoted the retention of dissolved inorganic carbon in the deep ocean during the LGM has become the focus of most research on the glacial–interglacial $CO_2$ problem. That ocean circulation plays a key role in low glacial period atmospheric $CO_2$ concentration is exemplified by the tight coupling observed between reconstructed deep ocean temperatures and atmospheric $CO_2$ (Shackleton, 2000). Evidence from marine bore hole sites (Adkins et al., 2002) and from marine sediment cores (Jaccard et al., 2005; Skinner et al., 2010) show that the glacial ocean was highly stratified compared to interglacial conditions and may thus have held a larger store of carbon during glacial times. $\delta^{13}CO_2$ ice core records (Lourantou et al., 2010a, 2010b; Schmitt et al., 2012), as well as radiocarbon records from deep-sea corals demonstrate the role of a deep and stratified Southern Ocean in the higher LGM ocean carbon storage. However, conflicting hypotheses exist on the drivers of this increase in the Southern Ocean stratification, for example, northward shift and weakening of Southern Hemisphere (SH) westerly winds (Toggweiler et al., 2006), reduced air–sea buoyancy fluxes (Watson and Garabato, 2006) or massive brine rejections during sea ice formation (Bouttes et al., 2011, 2012). Ocean carbon cycle models have simulated a circulation-induced effect on LGM $CO_2$ that can explain lower values than during interglacial by 3 ppm (Bopp et al., 2003) to 57 ppm (Toggweiler, 1999).

A long-standing hypothesis is that increased LGM sea ice cover acted as a barrier to air–sea gas exchange and hence reduced the 'leakage' of $CO_2$ during winter months from the ocean to the atmosphere during glacial periods (Broecker and Peng, 1986). However, concurrent changes in ocean circulation and biological productivity complicate the estimation of the impact of increased sea ice extent on LGM atmospheric $CO_2$ (Kurahashi-Nakamura et al., 2007). With the exception of the results of an idealised box model (Stephens and Keeling, 2000), ocean carbon models are relatively consistent in projecting a small effect of higher sea ice extent on maintaining atmospheric $CO_2$ lower during LGM (Archer et al., 2003).

### 6.2.1.1.5    Iron fertilisation

Both marine and terrestrial sediment records indicate higher rates of deposition of dust and hence iron (Fe) supply at the LGM (Mahowald et al., 2006), implying a potential link between Fe fertilisation of marine productivity and lower glacial $CO_2$ (Martin, 1990). However, despite the fact that ocean carbon cycle models generally employ similar reconstructions of glacial dust fluxes (i.e., Mahowald et al., 1999; Mahowald et al., 2006), there is considerable disagreement among them in the associated $CO_2$ change. OGCM that include a description of the Fe cycle tend to cluster at the lower end of simulated $CO_2$ changes between glacial and interglacial (e.g., Archer at al., 2000; Bopp et al., 2003), whereas box models (e.g., Watson et al., 2000) or Earth System Models of Intermediate Complexity (EMICs, e.g., Brovkin et al., 2007) tend to produce $CO_2$ changes which are at the higher end (Parekh et al., 2008). An alternative view comes from inferences drawn from the timing and magnitude of changes in dust and $CO_2$ in ice cores (Röthlisberger et al., 2004), assigning a 20 ppm limit for the lowering of $CO_2$ during the LGM in response to an Southern Ocean Fe fertilisation effect, and a 8 ppm limit for the same effect in the North Pacific.

### 6.2.1.1.6    Other glacial carbon dioxide drivers

A number of further aspects of altered climate and biogeochemistry at the LGM are also likely to have affected atmospheric $CO_2$. Reduced bacterial metabolic rates and remineralization (see Glossary) of organic matter (Matsumoto, 2007; Menviel et al., 2012), increased glacial supply of dissolved silica (required by diatoms to form frustules) (Harrison, 2000), 'silica leakage' (Brzezinski et al., 2002; Matsumoto et al., 2002), changes in net global weathering rates (Berner, 1992; Munhoven, 2002), reduction in coral reef growth and other forms of shallow water $CaCO_3$ accumulation (Berger, 1982), carbonate compensation (Ridgwell and Zeebe, 2005) and changes in the $CaCO_3$ to organic matter 'rain ratio' to the sediments (Archer and Maier-Reimer, 1994) will act to amplify or diminish the effect of many of the aforementioned drivers on glacial $CO_2$.

### 6.2.1.1.7    Summary

All of the major drivers of the glacial-to-interglacial atmospheric $CO_2$ changes (Figure 6.5) are likely to have already been identified. However, Earth System Models have been unable to reproduce the full magnitude of the glacial-to-interglacial $CO_2$ changes. Significant uncertainties exist in glacial boundary conditions and on some of the primary controls on carbon storage in the ocean and in the land. These uncertainties prevent an unambiguous attribution of individual mechanisms as controllers of the low glacial $CO_2$ concentrations. Further assessments of the interplay of different mechanisms prior to deglacial transitions or in glacial inceptions will provide additional insights into the drivers and processes that caused the glacial decrease of $CO_2$. Because several of these identified drivers (e.g., organic matter remineralization, ocean stratification) are sensitive to climate change in general, improved understanding drawn from the glacial–interglacial cycles will help constrain the magnitude of future ocean feedbacks on atmospheric $CO_2$. Other drivers (e.g., iron fertilisation) are involved in geoengineering methods (see Glossary), such that improved under-

6

BLM_0073940



**Figure 6.5 |** Mechanisms contributing to carbon dioxide concentrations changes from Last Glacial Maximum (LGM) to late Holocene (top) and from early/mid Holocene (7 ka) to late Holocene (bottom). Filled black circles represent individual model-based estimates for individual ocean, land, geological or human mechanisms. Solid colour bars represent expert judgment (to the nearest 5 ppm) rather than a formal statistical average. References for the different model results used for explaining $CO_2$ changes from LGM to late Holocene are as per (Kohfeld and Ridgwell, 2009) with excluded model projections in grey. References for the different model results used for explaining $CO_2$ changes during the Holocene are: Joos et al. (2004), Brovkin et al. (2002, 2008), Kleinen et al. (2010, 2012), Broecker et al. (1999), Ridgwell et al. (2003), Schurgers et al. (2006), Yu (2011), Ruddiman (2003, 2007), Strassmann et al. (2008), Olofsson and Hickler (2008), Pongratz et al. (2009), Kaplan et al. (2011), Lemmen (2009), Stocker et al. (2011), Roth and Joos (2012). Confidence levels for each mechanism are indicated in the left column — H for *high confidence*, M for *medium confidence* and L for *low confidence*.

standing could also help constrain the potential and applicability of these methods (see Section 6.5.2).

### 6.2.1.2   Processes Controlling Glacial Methane and Nitrous Oxide

Ice core measurements show that atmospheric $CH_4$ and $N_2O$ were much lower under glacial conditions compared to interglacial ones. Their reconstructed history encompasses the last 800 ka (Loulergue et al., 2008; Schilt et al., 2010a). Glacial $CH_4$ mixing ratios are in the 350 to 400 ppb range during the eight glacial maxima covered by the ice core record. This is about half the levels observed during interglacial conditions. The $N_2O$ concentration amounts to 202 ± 8 ppb at the LGM, compared to the early Holocene levels of about 270 ppb (Flückiger et al., 1999).

$CH_4$ and $N_2O$ isotopic ratio measurements in ice cores provide important constraints on the mechanisms responsible for their temporal

changes. $N_2O$ isotopes suggest a similar increase in marine and terrestrial $N_2O$ emissions during the last deglaciation (Sowers et al., 2003). Marine sediment proxies of ocean oxygenation suggest that most of the observed $N_2O$ deglacial rise was of marine origin (Jaccard and Galbraith, 2012). δD and [14]C isotopic composition measurements of $CH_4$ have shown that catastrophic methane hydrate degassing events are *unlikely* to have caused the last deglaciation $CH_4$ increase (Sowers, 2006; Petrenko et al., 2009; Bock et al., 2010). δ[13]C and δD measurements of $CH_4$ combined with interpolar atmospheric $CH_4$ gradient changes (Greenland minus Antarctica ice cores) suggest that most of the deglacial $CH_4$ increase was caused by increased emissions from boreal and tropical wetlands and an increase in $CH_4$ atmospheric residence time due to a reduced oxidative capacity of the atmosphere (Fischer et al., 2008). The biomass burning source apparently changed little on the same time scale, whereas this $CH_4$ source experienced large fluctuations over the last millennium (Mischler et al., 2009; Wang et al., 2010b). Recent modelling studies, however, suggest that changes

BLM_0073991

in the atmospheric oxidising capacity of the atmosphere at the LGM are probably negligible compared to changes in sources (Levine et al., 2011) and that tropical temperature influencing tropical wetlands and global vegetation were the dominant controls for $CH_4$ atmospheric changes on glacial–interglacial time scales (Konijnendijk et al., 2011).

### 6.2.1.3 Processes Controlling Changes in Carbon Dioxide, Methane, and Nitrous Oxide During Abrupt Glacial Events

Ice core measurements of $CO_2$, $CH_4$ and $N_2O$ show sharp (millennial-scale) changes in the course of glaciations, associated with the so-called Dansgaard/Oeschger (DO) climatic events (see Section 5.7), but their amplitude, shape and timing differ. During these millennial scale climate events, atmospheric $CO_2$ concentrations varied by about 20 ppm, in phase with Antarctic, but not with Greenland temperatures. $CO_2$ increased during cold (stadial) periods in Greenland, several thousands years before the time of the rapid warming event in Greenland (Ahn and Brook, 2008). $CH_4$ and $N_2O$ showed rapid transitions in phase with Greenland temperatures with little or no lag. $CH_4$ changes are in the 50 to 200 ppb range (Flückiger et al., 2004), in phase with Greenland temperature warming at a decadal time scale (Huber et al., 2006). $N_2O$ changes are large, of same magnitude than glacial–interglacial changes, and for the warmest and longest DO events $N_2O$ starts to increase several centuries before Greenland temperature and $CH_4$ (Schilt et al., 2010b).

Conflicting hypotheses exist on the drivers of these millennial-scale changes. Some model simulations suggest that both $CO_2$ and $N_2O$ fluctuations can be explained by changes in the Atlantic meridional overturning ocean circulation (Schmittner and Galbraith, 2008), $CO_2$ variations being explained mainly by changes in the efficiency of the biological pump which affects deep ocean carbon storage (Bouttes et al., 2011), whereas $N_2O$ variations could be due to changes in productivity and oxygen concentrations in the subsurface ocean (Schmittner and Galbraith, 2008). Other studies, however, suggest that the millennial-scale $CO_2$ fluctuations can be explained by changes in the land carbon storage (Menviel et al., 2008; Bozbiyik et al., 2011). For $CH_4$, models have difficulties in reproducing changes in wetland emissions compatible with DO atmospheric variations (Hopcroft et al., 2011), and the changes in the atmospheric oxidizing capacity of the atmosphere during DO events seem to be too weak to explain the $CH_4$ changes (Levine et al., 2012).

## 6.2.2 Greenhouse Gas Changes over the Holocene

### 6.2.2.1 Understanding Processes Underlying Holocene Carbon Dioxide Changes

The evolution of the atmospheric $CO_2$, $CH_4$, and $N_2O$ concentrations during the Holocene, the interglacial period which began 11.7 ka, is known with high certainty from ice core measurements (Figure 6.6). A decrease in atmospheric $CO_2$ of about 7 ppm is measured in ice cores



**Figure 6.6 |** Variations of $CO_2$, $CH_4$, and $N_2O$ concentrations during the Holocene. The data are for Antarctic ice cores: European Programme for Ice Coring in Antarctica EPICA Dome C (Flückiger et al., 2002; Monnin et al., 2004), triangles; EPICA Dronning Maud Land (Schilt et al., 2010b), crosses; Law Dome (MacFarling-Meure et al., 2006), circles; and for Greenland Ice Core Project (GRIP) (Blunier et al., 1995), squares. Lines correspond to spline fits.

6

BLM_0073992

between 11 and 7 ka, followed by a 20 ppm $CO_2$ increase until the onset of the Industrial Era in 1750 (Indermühle et al., 1999; Monnin et al., 2004; Elsig et al., 2009). These variations in atmospheric $CO_2$ over the past 11 kyr preceding industrialisation are more than five times smaller than the $CO_2$ increase observed during the Industrial Era (see Section 6.3.2.3). Despite the small magnitude of $CO_2$ variations prior to the Industrial Era, these changes are nevertheless useful for understanding the role of natural forcing in carbon and other biogeochemical cycles during interglacial climate conditions.

Since the IPCC AR4, the mechanisms underlying the observed 20 ppm $CO_2$ increase between 7 ka and the Industrial Era have been a matter of intensive debate. During three interglacial periods prior to the Holocene, $CO_2$ did not increase, and this led to a hypothesis that pre-industrial anthropogenic $CO_2$ emissions could be associated with early land use change and forest clearing (Ruddiman, 2003, 2007). However, ice core $CO_2$ data (Siegenthaler et al., 2005b) indicate that during Marine Isotope Stage 11 (see Section 5.2.2), an interglacial period that lasted from 400 to 420 ka, $CO_2$ increased similarly to the Holocene period. Drivers of atmospheric $CO_2$ changes during the Holocene can be divided into oceanic and terrestrial processes (Figure 6.5) and their roles are examined below.

#### 6.2.2.1.1   Oceanic processes

The change in oceanic carbonate chemistry could explain the slow atmospheric $CO_2$ increase during the Holocene since 7 ka. Proposed mechanisms include: (1) a shift of oceanic carbonate sedimentation from deep sea to the shallow waters due to sea level rise onto continental shelves causing accumulation of $CaCO_3$ on shelves including coral reef growth, a process that releases $CO_2$ to the atmosphere (Ridgwell et al., 2003; Kleinen et al., 2010), (2) a 'carbonate compensation' in response to the release of carbon from the deep ocean during deglaciation and to the buildup of terrestrial biosphere in the early Holocene (Broecker et al., 1999; Joos et al., 2004; Elsig et al., 2009; Menviel and Joos, 2012). Proxies for carbonate ion concentration in the deep sea (Yu et al., 2010) and a decrease in modern $CaCO_3$ preservation in equatorial Pacific sediments (Anderson et al., 2008) support the hypothesis that the ocean was a source of $CO_2$ to the atmosphere during the Holocene. Changes in SSTs over the last 7 kyr (Kim et al., 2004) could have contributed to slightly lower (Brovkin et al., 2008) or higher (Menviel and Joos, 2012) atmospheric $CO_2$ concentration but, *very likely*, SST-driven $CO_2$ change represents only a minor contribution to the observed $CO_2$ increase during the Holocene after 7 ka (Figure 6.5).

#### 6.2.2.1.2   Terrestrial processes

The $\delta^{13}C$ of atmospheric $CO_2$ trapped in ice cores can be used to infer changes in terrestrial biospheric carbon pools. Calculations based on inferred $\delta^{13}C$ of atmospheric $CO_2$ during the Holocene suggest an increase in terrestrial carbon storage of about 300 PgC between 11 and 5 ka and small overall terrestrial changes thereafter (Elsig et al., 2009). Modelling studies suggest that $CO_2$ fertilisation (Box 6.3) in response to increasing atmospheric $CO_2$ concentration after 7 ka contributed to a substantially increased terrestrial carbon storage (>100 PgC) on Holocene time scales (Kaplan et al., 2002; Joos et al., 2004; Kleinen et al., 2010). Orbitally forced climate variability, includ-

ing the intensification and decline of the Afro-Asian monsoon and the mid-Holocene warming of the high latitudes of the NH are estimated in models to have caused changes in vegetation distribution and hence of terrestrial carbon storage. These climate-induced carbon storage changes are estimated using models to have been smaller than the increase due to $CO_2$ fertilisation (Brovkin et al., 2002; Schurgers et al., 2006). The Holocene accumulation of carbon in peatlands has been reconstructed globally, suggesting a land carbon additional storage of several hundred petagrams of carbon between the early Holocene and the Industrial Era, although uncertainties remain on this estimate (Tarnocai et al., 2009; Yu, 2011; Kleinen et al., 2012). Volcanic $CO_2$ emissions to the atmosphere between 12 and 7 ka were estimated to be two to six times higher than during the last millennium, of about 0.1 PgC yr$^{-1}$ (Huybers and Langmuir, 2009; Roth and Joos, 2012). However, a peak in the inferred volcanic emissions coincides with the period of decreasing atmospheric $CO_2$ and the *confidence* in changes of volcanic $CO_2$ emissions is *low*.

Global syntheses of the observational, paleoecological and archaeological records for Holocene land use change are not currently available (Gaillard et al., 2010). Available reconstructions of anthropogenic land use and land cover change (LULCC) prior to the last millennium currently extrapolate using models and assumptions from single regions to changes in all regions of the world (Goldewijk et al., 2011; Kaplan et al., 2011). Because of regional differences in land use systems and uncertainty in historical population estimates, the *confidence* in spatially explicit LULCC reconstructions is *low*.

Some recent studies focused on reconstructing LULCC and making very simple assumptions regarding the effect of land use on carbon (Olofsson and Hickler, 2008; Lemmen, 2009). Other studies relied on more sophisticated terrestrial biosphere models to simulate carbon storage and loss in response to pre-industrial LULCC during the late Holocene (Strassmann et al., 2008; Pongratz et al., 2009; Stocker et al., 2011). The conclusion of the aforementioned studies was that cumulative Holocene carbon emissions as a result of pre-industrial LULCC were not large enough (~50 to 150 PgC during the Holocene before 1850) to have had an influence larger than an increase of ~10 ppm on late Holocene observed $CO_2$ concentration increase (Figure 6.5). However, a modelling study by Kaplan et al. (2011) suggested that more than 350 PgC could have been released as a result of LULCC between 8 ka and 1850 as a result of a much stronger loss of soil carbon in response to land use change, than in other studies.

In addition to clearing of forests, large-scale biomass burning activity, inferred from synthesized charcoal records and bog sediments has been hypothesized to correlate with the observed Late Holocene atmospheric $CO_2$ (Carcaillet et al., 2002). A global extensive synthesis of charcoal records for the last 21 kyr (Power et al., 2008) and updates of those shows that fire activity followed climate variability on global (Marlon et al., 2008; Daniau et al., 2012) and regional scale (Archibald et al., 2009; Mooney et al., 2011; Marlon et al., 2012; Power et al., 2013). There is no evidence, however, for a distinct change in fire activity linked to human activity alone as hypothesized from a regional charcoal record synthesis for the tropical Americas (Nevle and Bird, 2008; Nevle et al., 2011). Fire being a newly studied component, no estimate for its role is given in Figure 6.5.

BLM_0073993

#### 6.2.2.2   Holocene Methane and Nitrous Oxide Drivers

The atmospheric $CH_4$ levels decreased from the early Holocene to about 6 ka, were lowest at around 5 ka, and increased between 5 ka and year 1750 by about 100 ppb (Figure 6.6). Major Holocene agricultural developments, in particular rice paddy cultivation and widespread domestication of ruminants, have been proposed as an explanation for the Late Holocene $CH_4$ rise (Ruddiman, 2007). The most recent syntheses of archaeological data point to an increasing anthropogenic $CH_4$ source from domesticated ruminants after 5 ka and from rice cultivation after 4 ka (Ruddiman, 2007; Fuller et al., 2011). The modelling support for either natural or anthropogenic explanations of the Late Holocene increase in the atmospheric $CH_4$ concentration is equivocal. A study by Kaplan et al. (2006) suggested that a part of the Late Holocene $CH_4$ rise could be explained by anthropogenic sources. Natural wetland $CH_4$ models driven by simulated climate changes are able (Singarayer et al., 2011) or unable (Konijnendijk et al., 2011) to simulate Late Holocene increase in the $CH_4$ concentration, reflecting a large spread in present-day $CH_4$ emissions simulated by this type of models (Melton et al., 2013; see Section 6.3.3.2). Consequently, *about as likely as not,* the atmospheric $CH_4$ increase after 5000 years ago can be attributed to early human activities. The mechanisms causing the $N_2O$ concentration changes during the Holocene are not firmly identified (Flückiger et al., 2002).

### 6.2.3   Greenhouse Gas Changes over the Last Millennium

#### 6.2.3.1   A Decrease of Carbon Dioxide around Year 1600 and Possible Explanations for this Event

High resolution ice cores records reveal that atmospheric $CO_2$ during the last millennium varied with a drop in atmospheric $CO_2$ concentration by 7 to 10 ppm around year 1600, followed by a $CO_2$ increase during the 17th century (Trudinger et al., 2002; Siegenthaler et al., 2005a; MacFarling-Meure et al., 2006; Ahn et al., 2012). This is shown in Figure 6.7. The $CO_2$ decrease during the 17th century was used to evaluate the response of atmospheric $CO_2$ concentration to a century-scale shift in global temperature (Scheffer et al., 2006; Cox and Jones, 2008; Frank et al., 2010) which was found to be dependent on the choice of global temperature reconstructions used in the model.

One of the possible explanations for the drop in atmospheric $CO_2$ around year 1600 is enhanced land and/or ocean carbon uptake in response to the cooling caused by reduced solar irradiance during the Maunder Minimum (Section 5.3.5.3). However, simulations using Earth System Models of Intermediate Complexity (EMICs)(Gerber et al., 2003; Brovkin et al., 2004) and by complex Earth System Models (ESMs) (Jungclaus et al., 2010) suggest that solar irradiance forcing alone is not sufficient



**Figure 6.7 |** Variations of $CO_2$, $CH_4$, and $N_2O$ during 900–1900 from ice cores. The data are for Antarctic ice cores: Law Dome (Etheridge et al., 1996; MacFarling-Meure et al., 2006), circles; West Antarctic Ice Sheet (Mitchell et al., 2011; Ahn et al., 2012), triangles; Dronning Maud Land (Siegenthaler et al., 2005a), squares. Lines are spline fits to individual measurements.

to explain the magnitude of the $CO_2$ decrease. The drop in atmospheric $CO_2$ around year 1600 could also be caused by a cooling from increased volcanic eruptions (Jones and Cox, 2001; Brovkin et al., 2010; Frölicher et al., 2011). A third hypothesis calls for a link between $CO_2$ and epidemics and wars associated with forest regrowth over abandoned lands and increased carbon storage, especially in Central America. Here, results are model and scenario dependent. Simulations by Pongratz et al. (2011a) do not reproduce a decrease in $CO_2$, while simulations by Kaplan et al. (2011) suggest a considerable increase in land carbon storage around year 1600. The temporal resolution of Central American charcoal and pollen records is insufficient to support or falsify these model results (e.g., Nevle and Bird, 2008; Marlon et al., 2008).

Ensemble simulations over the last 1200 years have been conducted using an ESM (Jungclaus et al., 2010) and EMICs (Eby et al., 2013) including a fully interactive carbon cycle. The sensitivity of atmospheric $CO_2$ concentration to NH temperature changes in ESM was modeled to be 2.7 to 4.4 ppm °$C^{-1}$, while EMICs show on average a higher sensitivity of atmospheric $CO_2$ to global temperature changes of 8.6 ppm °$C^{-1}$. These sensitivities fall within the range of 1.7 to 21.4 ppm °$C^{-1}$ of a recent reconstruction based on tree-ring NH temperature reconstructions (Frank et al., 2010).

### 6.2.3.2   Mechanisms Controlling Methane and Nitrous Oxide during the Last Millennium

Recent high-resolution ice core records confirm a $CH_4$ decrease in the late 16th century by about 40 ppb (MacFarling-Meure et al., 2006; Mitchell et al., 2011), as shown in Figure 6.7. Correlations between this drop in atmospheric $CH_4$ and the lower temperatures reconstructed during the 15th and 16th centuries suggest that climate change may have reduced $CH_4$ emissions by wetlands during this period. In addition

to changes in the wetland $CH_4$ source, changes in biomass burning have been invoked to explain the last millennium $CH_4$ record (Ferretti et al., 2005; Mischler et al., 2009), ice core CO and CO isotopes (Wang et al., 2010b) and global charcoal depositions (Marlon et al., 2008). Changes in anthropogenic $CH_4$ emissions during times of war and plague hypothetically contributed to variability in atmospheric $CH_4$ concentration (Mitchell et al., 2011). Ice core $\delta^{13}CH_4$ measurements suggested pronounced variability in both natural and anthropogenic $CH_4$ sources over the 1000–1800 period (Sapart et al., 2012). No studies are known about mechanisms of $N_2O$ changes for the last millennium.

## 6.3   Evolution of Biogeochemical Cycles Since the Industrial Revolution

### 6.3.1   Carbon Dioxide Emissions and Their Fate Since 1750

Prior to the Industrial Era, that began in 1750, the concentration of atmospheric $CO_2$ fluctuated roughly between 180 ppm and 290 ppm for at least 2.1 Myr (see Section 5.2.2 and Hönisch et al., 2009; Lüthi et al., 2008; Petit et al., 1999). Between 1750 and 2011, the combustion of fossil fuels (coal, gas, oil and gas flaring) and the production of cement have released 375 ± 30 PgC (1 PgC = $10^{15}$ gC) to the atmosphere (Table 6.1; Boden et al., 2011). Land use change activities, mainly deforestation, has released an additional 180 ± 80 PgC (Table 6.1). This carbon released by human activities is called anthropogenic carbon.

Of the 555 ± 85 PgC of anthropogenic carbon emitted to the atmosphere from fossil fuel and cement and land use change, less than half have accumulated in the atmosphere (240 ± 10 PgC) (Table 6.1). The remaining anthropogenic carbon has been absorbed by the ocean and

**Table 6.1 |** Global anthropogenic $CO_2$ budget, accumulated since the Industrial Revolution (onset in 1750) and averaged over the 1980s, 1990s, 2000s, as well as the last 10 years until 2011. By convention, a negative ocean or land to atmosphere flux is equivalent to a gain of carbon by these reservoirs. The table does not include natural exchanges (e.g., rivers, weathering) between reservoirs. The uncertainty range of 90% confidence interval presented here differs from how uncertainties were reported in AR4 (68%).

| | 1750–2011 Cumulative PgC | 1980–1989 PgC yr⁻¹ | 1990–1999 PgC yr⁻¹ | 2000–2009 PgC yr⁻¹ | 2002–2011 PgC yr⁻¹ |
|---|---|---|---|---|---|
| Atmospheric increase[a] | 240 ± 10[f] | 3.4 ± 0.2 | 3.1 ± 0.2 | 4.0 ± 0.2 | 4.3 ± 0.2 |
| Fossil fuel combustion and cement production[b] | 375 ± 30[f] | 5.5 ± 0.4 | 6.4 ± 0.5 | 7.8 ± 0.6 | 8.3 ± 0.7 |
| Ocean-to-atmosphere flux[c] | −155 ± 30[f] | −2.0 ± 0.7 | −2.2 ± 0.7 | −2.3 ± 0.7 | −2.4 ± 0.7 |
| Land-to-atmosphere flux | 30 ± 45[f] | −0.1 ± 0.8 | −1.1 ± 0.9 | −1.5 ± 0.9 | −1.6 ± 1.0 |
| *Partitioned as follows* | | | | | |
| Net land use change[d] | 180 ± 80[f,g] | 1.4 ± 0.8 | 1.5 ± 0.8 | 1.1 ± 0.8 | 0.9 ± 0.8 |
| Residual land sink[e] | −160 ± 90[f] | −1.5 ± 1.1 | −2.6 ± 1.2 | −2.6 ± 1.2 | −2.5 ± 1.3 |

Notes:

[a]   Data from Charles D. Keeling, (http://scrippsco2.ucsd.edu/data/data.html), Thomas Conway and Pieter Tans, National Oceanographic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL, www.esrl.noaa.gov/gmd/ccgg/trends/) using a conversion factor of 2.120 PgC per ppm (Prather et al., 2012). Prior to the atmospheric record in 1960, ice core data is used (Neftel et al., 1982; Friedli et al., 1986; Etheridge et al., 1996).

[b]   Estimated by the Carbon Dioxide Information Analysis Center (CDIAC) based on UN energy statistics for fossil fuel combustion (up to 2009) and US Geological Survey for cement production (Boden et al., 2011), and updated to 2011 using BP energy statistics.

[c]   Based on observations for 1990–1999, with the trends based on existing global estimates (see Section 6.3.2.5 and Table 6.4).

[d]   Based on the "bookkeeping" land use change flux accounting model of Houghton et al. (2012) until 2010, and assuming constant LUC emissions for 2011, consistent with satellite-based fire emissions (Le Quéré et al., 2013; see Section 6.3.2.2 and Table 6.2).

[e]   Calculated as the sum of the *Land-to-atmosphere flux* minus *Net land use change flux*, assuming the errors on each term are independent and added quadratically.

[f]   The 1750–2011 estimate and its uncertainty is rounded to the nearest 5 PgC.

[g]   Estimated from the cumulative net land use change emissions of Houghton et al. (2012) during 1850–2011 and the average of four publications (Pongratz et al., 2009; van Minnen et al., 2009; Shevliakova et al., 2009; Zaehle et al., 2011) during 1750–1850.

6

in terrestrial ecosystems: the carbon 'sinks' (Figure 6.8). The ocean stored 155 ± 30 PgC of anthropogenic carbon since 1750 (see Section 6.3.2.5.3 and Box 6.1). Terrestrial ecosystems that have not been affected by land use change since 1750, have accumulated 160 ± 90 PgC of anthropogenic carbon since 1750 (Table 6.1), thus not fully compensating the net $CO_2$ losses from terrestrial ecosystems to the atmosphere from land use change during the same period estimated of 180 ± 80 PgC (Table 6.1). The net balance of all terrestrial ecosys-

tems, those affected by land use change and the others, is thus close to neutral since 1750, with an average loss of 30 ± 45 (see Figure 6.1). This increased storage in terrestrial ecosystems not affected by land use change is *likely* to be caused by enhanced photosynthesis at higher $CO_2$ levels and nitrogen deposition, and changes in climate favouring carbon sinks such as longer growing seasons in mid-to-high latitudes. Forest area expansion and increased biomass density of forests that result from changes in land use change are also carbon sinks, and they



**Figure 6.8 |** Annual anthropogenic $CO_2$ emissions and their partitioning among the atmosphere, land and ocean (PgC yr$^{-1}$) from 1750 to 2011. (Top) Fossil fuel and cement $CO_2$ emissions by category, estimated by the Carbon Dioxide Information Analysis Center (CDIAC) based on UN energy statistics for fossil fuel combustion and US Geological Survey for cement production (Boden et al., 2011). (Bottom) Fossil fuel and cement $CO_2$ emissions as above. $CO_2$ emissions from net land use change, mainly deforestation, are based on land cover change data and estimated for 1750–1850 from the average of four models (Pongratz et al., 2009; Shevliakova et al., 2009; van Minnen et al., 2009; Zaehle et al., 2011) before 1850 and from Houghton et al. (2012) after 1850 (see Table 6.2). The atmospheric $CO_2$ growth rate (term in light blue 'atmosphere from measurements' in the figure) prior to 1959 is based on a spline fit to ice core observations (Neftel et al., 1982; Friedli et al., 1986; Etheridge et al., 1996) and a synthesis of atmospheric measurements from 1959 (Ballantyne et al., 2012). The fit to ice core observations does not capture the large interannual variability in atmospheric $CO_2$ and is represented with a dashed line. The ocean $CO_2$ sink prior to 1959 (term in dark blue 'ocean from indirect observations and models' in the figure) is from Khatiwala et al. (2009) and from a combination of models and observations from 1959 from (Le Quéré et al., 2013). The residual land sink (term in green in the figure) is computed from the residual of the other terms, and represents the sink of anthropogenic $CO_2$ in natural land ecosystems. The emissions and their partitioning only include the fluxes that have changed since 1750, and not the natural $CO_2$ fluxes (e.g., atmospheric $CO_2$ uptake from weathering, outgassing of $CO_2$ from lakes and rivers, and outgassing of $CO_2$ by the ocean from carbon delivered by rivers; see Figure 6.1) between the atmosphere, land and ocean reservoirs that existed before that time and still exist today. The uncertainties in the various terms are discussed in the text and reported in Table 6.1 for decadal mean values.

BLM_0073996

are accounted in Table 6.1 as part of the net flux from land use change. The increased terrestrial carbon storage in ecosystems not affected by land use change is called the *Residual land sink* in Table 6.1 because it is inferred from mass balance as the difference between fossil and net land use change emissions and measured atmospheric and oceanic storage increase.

### 6.3.2    Global Carbon Dioxide Budget

Since the IPCC AR4 (Denman et al., 2007), a number of new advancements in data availability and data-model synthesis have allowed the establishment of a more constrained anthropogenic $CO_2$ budget and better attribution of its flux components. The advancements are: (1)

revised data on the rates of land use change conversion from country statistics (FAO, 2010) now providing an arguably more robust estimate of the land use change flux (Houghton et al., 2012; Section 6.3.2.2); (2) a new global compilation of forest inventory data that provides an independent estimate of the amount of carbon that has been gained by forests over the past two decades, albeit with very scarce measurements for tropical forest (Pan et al., 2011); (3) over 2 million new observations of the partial pressure of $CO_2$ (p$CO_2$) at the ocean surface have been taken and added to the global databases (Takahashi et al., 2009; Pfeil et al., 2013) and used to quantify ocean $CO_2$ sink variability and trends (Section 6.3.2.5) and to evaluate and constrain models (Schuster et al., 2013; Wanninkhof et al., 2013); and (4) the use of multiple constraints with atmospheric inversions and combined atmosphere–ocean



**Figure 6.9 |** Interannual surface $CO_2$ flux anomalies from inversions of the TRANSCOM project for the period 1981–2010 (Peylin et al., 2013). The ensemble of inversion results contains up to 17 atmospheric inversion models. The orange bars in the bottom panel indicate the number of available inversion models for each time period. The ensemble mean is bounded by the 1-σ inter-model spread in ocean–atmosphere (blue) and land–atmosphere (green) $CO_2$ fluxes (PgC yr⁻¹) grouped into large latitude bands, and the global. For each flux and each region, the $CO_2$ flux anomalies were obtained by subtracting the long-term mean flux from each inversion and removing the seasonal signal. Grey shaded regions indicate El Niño episodes, and the black bars indicate the cooling period following the Mt. Pinatubo eruption, during which the growth rate of $CO_2$ remained low. A positive flux means a larger than normal source of $CO_2$ to the atmosphere (or a smaller $CO_2$ sink).

BLM_0073997

inversions (so called top down approaches; Jacobson et al., 2007) and the up-scaling of reservoir-based observations using models (so called bottom up approaches) provides new coarse scale consistency checks on $CO_2$ flux estimates for land and ocean regions (McGuire et al., 2009; Piao et al., 2009b; Schulze et al., 2009; Ciais et al., 2010; Schuster et al., 2013). The causes of the year-to-year variability observed in the annual atmospheric $CO_2$ accumulation shown in Figure 6.8 are estimated with a *medium* to *high confidence* to be mainly driven by terrestrial processes occurring in tropical latitudes as inferred from atmospheric $CO_2$ inversions and supported by ocean data and models (Bousquet et al., 2000; Raupach et al., 2008; Sarmiento et al., 2010) (Figures 6.9 and 6.13; Section 6.3.2.5) and land models (Figure 6.16; Section 6.3.2.6).

### 6.3.2.1 Carbon Dioxide Emissions from Fossil Fuel Combustion and Cement Production

Global $CO_2$ emissions from the combustion of fossil fuels used for this chapter are determined from national energy consumption statistics and converted to emissions by fuel type (Marland and Rotty, 1984). Estimated uncertainty for the annual global emissions are on the order of ±8% (converted from ±10% uncertainty for 95% confidence intervals in Andres et al. (2012) to the 90% confidence intervals used here). The uncertainty has been increasing in recent decades because a larger fraction of the global emissions originate from emerging economies where energy statistics and emission factors per fuel type are more uncertain (Gregg et al., 2008). $CO_2$ emissions from cement production were 4% of the total emissions during 2000–2009, compared to 3% in the 1990s (Boden et al., 2011). Additional emissions from gas flaring represent <1% of the global emissions.

Global $CO_2$ emissions from fossil fuel combustion and cement production were 7.8 ± 0.6 PgC yr⁻¹ on average during 2000–2009, 6.4 ± 0.5 PgC yr⁻¹ during 1990–1999 and 5.5 ± 0.4 PgC yr⁻¹ during 1980–1989 (Table 6.1; Figure 6.8). Global fossil fuel $CO_2$ emissions increased by 3.2% yr⁻¹ on average during the decade 2000–2009 compared to 1.0% yr⁻¹ in the 1990s and 1.9% yr⁻¹ in the 1980s. Francey et al. (2013) recently suggested a cumulative underestimation of 8.8 PgC emissions during the period 1993–2004, which would reduce the contrast in emissions growth rates between the two decades. The global financial crisis in 2008–2009 induced only a short-lived drop in global emissions in 2009 (–0.3%), with the return to high annual growth rates of 5.1% and 3.0% in 2010 and 2011, respectively, and fossil fuel and cement $CO_2$ emissions of 9.2 ± 0.8 PgC in 2010 and 9.5 ± 0.8 PgC in 2011(Peters et al., 2013).

### 6.3.2.2 Net Land Use Change Carbon Dioxide Flux

$CO_2$ is emitted to the atmosphere by land use and land use change activities, in particular deforestation, and taken up from the atmosphere by other land uses such as afforestation (the deliberate creation of new forests) and vegetation regrowth on abandoned lands. A critical distinction in estimating land use change is the existence of gross and net fluxes. Gross fluxes are the individual fluxes from multiple processes involved in land use change that can be either emissions to or removals from the atmosphere occurring at different time scales. For example, gross emissions include instantaneous emissions from deforestation fires and long-term emissions from the decomposition

of organic carbon; and they also include the long-term $CO_2$ uptake by forest regrowth and soil carbon storage on abandoned agricultural lands, afforestation and storage changes of wood products (Houghton et al., 2012; Mason Earles et al., 2012). The net flux of land use change is the balance among all source and sink processes involved in a given timeframe. The net flux of land use change is globally a net source to the atmosphere (Table 6.1; Figure 6.8).

Approaches to estimate global net $CO_2$ fluxes from land use fall into three categories: (1) the 'bookkeeping' method that tracks carbon in living vegetation, dead plant material, wood products and soils with cultivation, harvesting and reforestation using country-level reports on changes in forest area and biome-averaged biomass values (Houghton, 2003); (2) process-based terrestrial ecosystem models that simulate on a grid-basis the carbon stocks (biomass, soils) and exchange fluxes between vegetation, soil and atmosphere (see references in Table 6.2) and (3) detailed regional (primarily tropical forests) analyses based on satellite data that estimate changes in forest area or biomass (DeFries et al., 2002; Achard et al., 2004; Baccini et al., 2012; Harris et al., 2012). Satellite-derived estimates of $CO_2$ emissions to the atmosphere from so-called deforestation fires (van der Werf et al., 2010) provide additional constraints on the spatial attribution and variability of land use change gross emissions. Most global estimates do not include emissions from peat burning or decomposition after a land use change, which are estimated to be 0.12 PgC yr⁻¹ over 1997–2006 for peat fires (van der Werf et al., 2008) and between 0.10 and 0.23 PgC yr⁻¹ from the decomposition of drained peat (Hooijer et al., 2010). The processes and time scales captured by these methods to estimate net land use change $CO_2$ emissions are diverse, creating difficulties with comparison of different estimates (Houghton et al., 2012; Table 6.2). The bookkeeping method of Houghton et al. (2012) was used for Table 6.1 because it is closest to observations and includes the most extensive set of management practices (Table 6.2). Methods that do not include long-term 'legacy' fluxes from soils caused by deforestation (Table 6.2) underestimate net land use change $CO_2$ emissions by 13 to 62% depending on the starting year and decade (Ramankutty et al., 2006), and methods that do not include the fate of carbon wood harvest and shifting cultivation underestimate $CO_2$ emissions by 25 to 35% (Houghton et al., 2012).

Global net $CO_2$ emissions from land use change are estimated at 1.4, 1.5 and 1.1 PgC yr⁻¹ for the 1980s, 1990s and 2000s, respectively, by the bookkeeping method of Houghton et al. (2012) (Table 6.2; Figure 6.10). This estimate is consistent with global emissions simulated by process-based terrestrial ecosystem models using mainly three land cover change data products as input for time-varying maps of land use change (Table 6.2). The bookkeeping method estimate is also generally consistent although higher than the satellite-based methods (tropics only). Part of the discrepancy can be accounted for by emissions from extratropical regions (~0.1 PgC yr⁻¹; Table 6.3) and by legacy fluxes for land cover change prior to 1980s (~0.2 PgC yr⁻¹) that are not covered by satellite-based methods used in Table 6.2, and by the fact that the bookkeeping method accounts for degradation and shifting agriculture $CO_2$ losses not detected in the satellite-based method reported in Table 6.2. We adopt an uncertainty of ±0.8 PgC yr⁻¹ as representative of 90% uncertainty intervals. This is identical to the uncertainty of ±0.5 PgC yr⁻¹ representing ±1-σ interval (68% if Gaussian distributed error)

6

BLM_0073998

from Houghton et al. (2012). This uncertainty of ±0.8 PgC yr$^{-1}$ on net land use change $CO_2$ fluxes is smaller than the one that was reported in AR4 of 0.5 to 2.7 PgC yr$^{-1}$ for the 1990s (68% confidence interval). In this chapter, uncertainty is estimated based on expert judgment of the available evidence, including improved accuracy of land cover change incorporating satellite data, the larger number of independent methods to quantify emissions and the consistency of the reported results (Table 6.2; Figure 6.10).

Different estimates of net land use change $CO_2$ emissions are shown in Figure 6.10. The lower land use change $CO_2$ emissions reported in the 2000s compared to the 1990s, by 0.5 PgC yr$^{-1}$ in the bookkeeping method based on FAO (2010), and by 0.3 to 0.5 PgC yr$^{-1}$ from five process-based ecosystem models based on the HistorY Database of the global Environment (HYDE) land cover change data updated to 2009 (Goldewijk et al., 2011), are within the error bar of the data and methods. The bookkeeping method suggests that most of the LUC emissions

**Table 6.2 |** Estimates of net land to atmosphere $CO_2$ flux from land use change covering recent decades (PgC yr$^{-1}$). Positive values indicate $CO_2$ losses to the atmosphere. Various forms of land management are also included in the different estimates, including wood harvest (W), shifting cultivation (C) and harvesting (H) of crops and peat burning and peat drainage (P). All methods include the vegetation degradation after land clearance. Additional processes included are initial biomass loss during the year of deforestation (I), decomposition of slash and soil carbon during the year of initial loss (D), regrowth (R), change in storage in wood products pools (S), the effect of increasing $CO_2$, (C), the effect of observed climate variability between decades (M) and 'legacy' long-term decomposition flux carried over from land use change transitions prior to start of time period used for reporting in the table (L). In the absence of data on L in the assessed estimates, the studies have either assumed instantaneous loss of all biomass and soil carbon (I, a committed future flux) or did not consider the legacy flux L. Satellite-based methods have examined Land Use Change (LUC) emissions in the tropical regions only. Numbers in parentheses are ranges in uncertainty provided in some studies.

| | Data for Land Use Change Area[a] | Biomass Data | Land Management Included | Processes Included | 1980–1989 PgC yr$^{-1}$ | 1990–1999 PgC yr$^{-1}$ | 2000–2009 PgC yr$^{-1}$ |
|---|---|---|---|---|---|---|---|
| **Bookkeeping Method (global)** | | | | | | | |
| Houghton et al. (2012) | FAO-2010 | Observed[b] | W, C, H | I, D, R, S, L | 1.4 | 1.5 | 1.1 |
| Baccini et al. (2012) | FAO-2010 | Satellite data | W, C, H | I, D, R, S, L | | | 1.0 |
| **Satellite-based Methods (tropics only)** | | | | | | | |
| Achard et al. (2004) | Landsat | Observed[b] | | I, D, R, S, C, M | | 0.9 (0.5–1.4)[c] | |
| DeFries et al. (2002) | AVHRR | Observed[b] | | I, D, R, S[d], C, M | 0.6 (0.3–0.8) | 0.9 (0.5–1.4) | |
| Van der Werf et al. (2010) | GFED | CASA[e] | P | I, D, C, M | | 1.2 (0.6–1.8)[f] | |
| **Process Models (global)** | | | | | | | |
| Shevliakova et al. (2009) | HYDE | LM3V | W, C | I, D, R, S, L, C | 1.1 | 1.1 | |
| Shevliakova et al. (2009) | SAGE | LM3V | W, C | I, D, R, S, L, C | 1.4 | 1.3 | |
| van Minnen et al. (2009)[g] | HYDE | IMAGE 2[e] | W | I, D, R, S, L, C | 1.8 | 1.4 | 1.2 |
| Strassmann et al. (2008) | HYDE | BernCC[e] | | I, D, R, S, L, C | 1.3 | 1.3 | |
| Stocker et al. (2011)[g] | HYDE | BernCC[e] | H | I, D, R, S, L, C | 1.4 | 0.9 | 0.6 |
| Yang et al. (2010) | SAGE | ISAM[e] | W | I, D, R, S, L, C | 1.7 | 1.7 | |
| Yang et al. (2010) | FAO-2005 | ISAM[e] | W | I, D, R, S, L, C | 1.7 | 1.8 | |
| Yang et al. (2010)[g] | HYDE | ISAM[e] | W | I, D, R, S, L, C | 2.2 | 1.5 | 1.2 |
| Arora and Boer (2010) | SAGE | CTEM[e] | H | I, D, R, S, L, C | 1.1[h] | 1.1[h] | |
| Arora and Boer (2010)[g] | HYDE | CTEM[e] | H | I, D, R, S, L, C | 0.4[h] | 0.4[h] | |
| Poulter et al. (2010)[g] | HYDE | LPJmL[e] | | I, D, R, S, L, C | 1.0 | 0.9 | 0.5 |
| Kato et al. (2013)[g] | HYDE | VISIT[e] | C | I, D, R, S, L, C | 1.2 | 1.0 | 0.5 |
| Zaehle et al. (2011) | HYDE | O-CN | | I, D, R, S, L, C | 1.2 | 1.0 | |
| Average of process models[i] | | | | | 1.3 ± 0.7 | 1.2 ± 0.6 | 0.8 ± 0.6 |
| Range of process models | | | | | [0.4–2.2] | [0.4–1.8] | [0.5–1.2] |

Notes:

[a]   References for the databases used: FAO (2010) as applied in Houghton et al. (2012); FAO (2005) as applied in Houghton (2003), updated; GFED (van der Werf et al., 2009); HYDE (Goldewijk et al., 2011), SAGE (Ramankutty and Foley, 1999). Landsat and AVHRR are satellite-based data and GFED is derived from satellite products as described in the references.

[b]   Based on average estimates by biomes compiled from literature data (see details in corresponding references).

[c]   1990–1997 only.

[d]   Legacy fluxes for land cover change prior to 1980 are not included and are estimated to add about 0.2 PgC yr$^{-1}$ to the 1980s and 0.1 PgC yr$^{-1}$ to the 1990s estimates, based on Ramankutty et al. (2006).

[e]   The vegetation and soil biomass is computed using a vegetation model described in the reference.

[f]   1997–2006 average based on estimates of carbon emissions from deforestation and degradation fires, including peat fires and oxidation. Estimates were doubled to account for emissions other than fire including respiration of leftover plant materials and soil carbon following deforestation following (Olivier et al., 2005).

[g]   Method as described in the reference but updated to 2010 using the land cover change data listed in column 2.

[h]   The large variability produced by the calculation method is removed for comparison with other studies by averaging the flux over the two decades.

[i]   Average of estimates from all process models and 90% confidence uncertainty interval; note that the spread of the different estimates does not follow a Gaussian distribution.

AVHRR = Advanced Very High Resolution Radiometer; FAO = Food and Agriculture Organization (UN); GFED = Global Fire Emissions Database; HYDE = HistorY Database of the global Environment; SAGE = Center for Sustainability and the Global Environment.

**6**



**Figure 6.10 |** Net land use change $CO_2$ emissions (PgC yr$^{-1}$). All methods are based on land cover change data (see Table 6.2) and are smoothed with a 10-year filter to remove interannual variability. The bookkeeping estimate of Houghton et al. (2012) (thick black over 1850–2011) and the average of four process models (dash black) over 1750–1850 (see 6.3.2.2) are used in Table 6.1. The process model results for net land use change $CO_2$ emissions from Table 6.2 are shown in blue. Satellite-based methods are available for the tropics only, from (red) van der Werf et al. (2010), (blue) DeFries et al. (2002), and (green) Achard et al. (2004). Note that the definitions of land use change fluxes vary between models (Table 6.2). The grey shading shows a constant uncertainty of ±0.8 PgC yr$^{-1}$ around the mean estimate used in Table 6.3.

originate from Central and South America, Africa and Tropical Asia since the 1980s (Table 6.3). The process models based on the HYDE database allocate about 30% of the global land use change emissions to East Asia, but this is difficult to reconcile with the large afforestation programmes reported in this region. Inconsistencies in the available land cover change reconstructions and in the modelling results prevent a firm assessment of recent trends and their partitioning among regions (see regional data in Table 6.3).

In this chapter, we do not assess individual gross fluxes that sum up to make the net land use change $CO_2$ emission, because there are too few independent studies. Gross emissions from tropical deforestation and degradation were 3.0 ± 0.5 PgC yr$^{-1}$ for the 1990s and 2.8 ± 0.5 PgC yr$^{-1}$ for the 2000s using forest inventory data, FAO (2010) and the bookkeeping method (Pan et al., 2011). These gross emissions are about double the net emissions because of the presence of a large regrowth that compensates for about half of the gross emissions. A recent analysis estimated a lower gross deforestation of 0.6 to 1.2 PgC yr$^{-1}$ (Harris et al., 2012). That study primarily estimated permanent deforestation and excluded additional gross emissions from degraded forests, shifting agriculture and some carbon pools. In fact, gross emissions from

permanent deforestation are in agreement between the bookkeeping method of Houghton et al. (2012) and the satellite data analysis of Harris et al. (2012).

Over the 1750–2011 period, cumulative net $CO_2$ emissions from land use change of 180 ± 80 PgC are estimated (Table 6.1). The uncertainty is based on the spread of the available estimates (Figure 6.10). The cumulative net $CO_2$ emissions from land use change have been dominated by deforestation and other land use change in the mid-northern latitudes prior to 1980s, and in the tropics since the 1980s, largely from deforestation in tropical America and Asia with smaller contributions from tropical Africa. Deforestation from 800 to 1750 has been estimated at 27 PgC using a process-based ecosystem model (Pongratz et al., 2009).

6.3.2.3   Atmospheric Carbon Dioxide Concentration Growth Rate

Since the beginning of the Industrial Era (1750), the concentration of $CO_2$ in the atmosphere has increased by 40%, from 278 ± 5 ppm to 390.5 ± 0.1 ppm in 2011 (Figure 6.11; updated from Ballantyne et al. (2012), corresponding to an increase in $CO_2$ of 240 ± 10 PgC in the

491

Carbon and Other Biogeochemical Cycles

atmosphere. Atmospheric $CO_2$ grew at a rate of 3.4 ± 0.2 PgC yr$^{-1}$ in the 1980s, 3.1 ± 0.2 PgC yr$^{-1}$ in the 1990s and 4.0 ± 0.2 PgC yr$^{-1}$ in the 2000s (Conway and Tans, 2011) (Table 6.1). The increase of atmospheric $CO_2$ between 1750 and 1957, prior to direct measurements in the atmosphere, is established from measurements of $CO_2$ trapped in air bubbles in ice cores (e.g., Etheridge et al., 1996). After 1957, the increase of atmospheric $CO_2$ is established from highly precise continuous atmospheric $CO_2$ concentration measurements at background stations (e.g., Keeling et al., 1976).

The ice core record of atmospheric $CO_2$ during the past century exhibits interesting variations, which can be related to climate induced-changes in the carbon cycle. Most conspicuous is the interval from about 1940 to 1955, during which atmospheric $CO_2$ concentration stabilised

Table 6.3 | Estimates of net land to atmosphere flux from land use change (PgC yr$^{-1}$; except where noted) for decadal periods from 1980s to 2000s by region. Positive values indicate net $CO_2$ losses from land ecosystems affected by land use change to the atmosphere. Uncertainties are reported as 90% confidence interval (unlike 68% in AR4). Numbers in parentheses are ranges in uncertainty provided in some studies. Tropical Asia includes the Middle East, India and surrounding countries, Indonesia and Papua New Guinea. East Asia includes China, Japan, Mongolia and Korea.

| | Land Cover Data | Central and South Americas | Africa | Tropical Asia | North America | Eurasia | East Asia | Oceania |
|---|---|---|---|---|---|---|---|---|
| **2000s** | | | | | | | | |
| van der Werf et al. (2010)[a,b] | GFED | 0.33 | 0.15 | 0.35 | | | | |
| DeFries and Rosenzweig (2010)[c] | MODiS | 0.46 | 0.08 | 0.36 | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.48 | 0.31[a] | 0.25 | 0.01 | −0.07[d] | 0.01[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.45 | 0.21 | 0.20 | 0.09 | 0.08 | 0.10 | 0.03 |
| Stocker et al. (2011)[a] | HYDE | 0.19 | 0.18 | 0.21 | 0.019 | −0.067 | 0.12 | 0.011 |
| Yang et al. (2010)[b] | HYDE | 0.14 | 0.03 | 0.25 | 0.25 | 0.39 | 0.12 | 0.02 |
| Poulter et al. (2010)[a] | HYDE | 0.09 | 0.13 | 0.14 | 0.01 | 0.03 | 0.05 | 0.00 |
| Kato et al. (2013)[a] | HYDE | 0.36 | −0.09 | 0.23 | −0.05 | −0.04 | 0.10 | 0.00 |
| Average | | 0.31 ± 0.25 | 0.13 ± 0.20 | 0.25 ± 0.12 | 0.05 ± 0.17 | 0.12 ± 0.31 | 0.08 ± 0.07 | 0.01 ± 0.02 |
| **1990s** | | | | | | | | |
| DeFries et al. (2002) | AVHRR | 0.5 (0.2–0.7) | 0.1 (0.1–0.2) | 0.4 (0.2–0.6) | | | | |
| Achard et al. (2004) | Landsat | 0.3 (0.3–0.4) | 0.2 (0.1–0.2) | 0.4 (0.3–0.5) | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.67 | 0.32[a] | 0.45 | 0.05 | −0.04[d] | 0.05[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.48 | 0.22 | 0.34 | 0.07 | 0.08 | 0.20 | 0.07 |
| Stocker et al. (2011)[a] | HYDE | 0.30 | 0.14 | 0.19 | −0.072 | 0.11 | 0.27 | 0.002 |
| Yang et al. (2010)[b] | HYDE | 0.20 | 0.04 | 0.31 | 0.27 | 0.47 | 0.19 | 0.01 |
| Poulter et al. (2010)[a] | HYDE | 0.26 | 0.13 | 0.12 | 0.07 | 0.16 | 0.11 | 0.01 |
| Kato et al. (2013)[a] | HYDE | 0.53 | 0.07 | 0.25 | −0.04 | −0.01 | 0.16 | 0.02 |
| Average | | 0.41 ± 0.27 | 0.15 ± 0.15 | 0.31 ± 0.19 | 0.08 ± 0.19 | 0.16 ± 0.30 | 0.16 ± 0.13 | 0.02 ± 0.05 |
| **1980s** | | | | | | | | |
| DeFries et al. (2002) | AVHRR | 0.4 (0.2–0.5) | 0.1 (0.08–0.14) | 0.2 (01–0.3) | | | | |
| Houghton et al. (2012) | FAO-2010 | 0.79 | 0.22[a] | 0.32 | 0.04 | 0.00[d] | 0.07[e] | |
| van Minnen et al. (2009)[a] | HYDE | 0.70 | 0.18 | 0.43 | 0.07 | 0.06 | 0.37 | 0.04 |
| Stocker et al. (2011)[a] | HYDE | 0.44 | 0.16 | 0.25 | 0.085 | 0.11 | 0.40 | 0.009 |
| Yang et al. (2010)[b] | HYDE | 0.26 | 0.01 | 0.34 | 0.30 | 0.71 | 0.59 | 0.00 |
| Poulter et al. (2010)[a] | HYDE | 0.37 | 0.11 | 0.19 | 0.02 | 0.03 | 0.29 | 0.01 |
| Kato et al. (2013)[a] | HYDE | 0.61 | 0.07 | 0.25 | −0.04 | −0.02 | 0.35 | 0.01 |
| Average | | 0.51 ± 0.32 | 0.12 ± 0.12 | 0.28 ± 0.14 | 0.08 ± 0.19 | 0.15 ± 0.46 | 0.35 ± 0.28 | 0.01 ± 0.03 |

Notes:

[a] Method as described in the reference but updated to 2010 using the HYDE land cover change data.

[b] 1997–2006 average based on estimates of $CO_2$ emissions from deforestation and degradation fires, including peat carbon emissions. Estimates were doubled to account for emissions other than fire including respiration of leftover plant materials and soil carbon following deforestation following (Olivier et al., 2005). Estimates include peat fires and peat soil oxidation. if peat fires are excluded, estimate in tropical Asia is 0.23 and Pan-tropical total is 0.71.

[c] $CO_2$ estimates were summed for dry and humid tropical forests, converted to C and normalized to annual values. Estimates are based on satellite-derived deforestation area (Hansen et al., 2010), and assume 0.6 fraction of biomass emitted with deforestation. Estimates do not include carbon uptake by regrowth or legacy fluxes from historical deforestation. Estimates cover emissions from 2000 to 2005.

[d] includes China only.

[e] East Asia and Oceania are averaged in one region. The flux is split in two equally for computing the average; North Africa and the Middle East are combined with Eurasia. AVHRR = Advanced Very High Resolution Radiometer; FAO = Food and Agriculture Organization (UN); GFED = Global Fire Emissions Database; HYDE = HistorY Database of the global Environment; MODIS = Moderate Resolution Imaging Spectrometer.

6

BLM_0074001

(Trudinger et al., 2002), and the $CH_4$ and $N_2O$ growth slowed down (MacFarling-Meure et al., 2006), possibly caused by slightly decreasing temperatures over land in the NH (Rafelski et al., 2009).

There is substantial evidence, for example, from $^{13}C$ carbon isotopes in atmospheric $CO_2$ (Keeling et al., 2005) that source/sink processes on land generate most of the interannual variability in the atmospheric $CO_2$ growth rate (Figure 6.12). The strong positive anomalies of the $CO_2$ growth rate in El Niño years (e.g., 1986–1987 and 1997–1998) originated in tropical latitudes (see Sections 6.3.6.3 and 6.3.2.5.4), while the anomalies in 2003 and 2005 originated in northern mid-latitudes, perhaps reflecting the European heat wave in 2003 (Ciais et al., 2005). Volcanic forcing also contributes to multi-annual variability in carbon storage on land and in the ocean (Jones and Cox, 2001; Gerber et al., 2003; Brovkin et al., 2010; Frölicher et al., 2011).

With a *very high confidence*, the increase in $CO_2$ emissions from fossil fuel burning and those arising from land use change are the dominant

cause of the observed increase in atmospheric $CO_2$ concentration. Several lines of evidence support this conclusion:

- The observed decrease in atmospheric $O_2$ content over past two decades and the lower $O_2$ content in the northern compared to the SH are consistent with the burning of fossil fuels (see Figure 6.3 and Section 6.1.3.2; Keeling et al., 1996; Manning and Keeling, 2006).

- $CO_2$ from fossil fuels and from the land biosphere has a lower $^{13}C/^{12}C$ stable isotope ratio than the $CO_2$ in the atmosphere. This induces a decreasing temporal trend in the atmospheric $^{13}C/^{12}C$ ratio of atmospheric $CO_2$ concentration as well as, on annual average, slightly lower $^{13}C/^{12}C$ values in the NH (Figure 6.3). These signals are measured in the atmosphere.

- Because fossil fuel $CO_2$ is devoid of radiocarbon ($^{14}C$), reconstructions of the $^{14}C/C$ isotopic ratio of atmospheric $CO_2$ from tree rings



**Figure 6.11 |** Atmospheric $CO_2$, $CH_4$, and $N_2O$ concentrations history over the industrial era (right) and from year 0 to the year 1750 (left), determined from air enclosed in ice cores and firn air (colour symbols) and from direct atmospheric measurements (blue lines, measurements from the Cape Grim observatory) (MacFarling-Meure et al., 2006).

6

BLM_0074002

show a declining trend, as expected from the addition of fossil $CO_2$ (Stuiver and Quay, 1981; Levin et al., 2010). Yet nuclear weapon tests in the 1950s and 1960s have been offsetting that declining trend signal by adding $^{14}C$ to the atmosphere. Since this nuclear weapon induced $^{14}C$ pulse in the atmosphere has been fading, the $^{14}C/C$ isotopic ratio of atmospheric $CO_2$ is observed to resume its declining trend (Naegler and Levin, 2009; Graven et al., 2012).

- Most of the fossil fuel $CO_2$ emissions take place in the industrialised countries north of the equator. Consistent with this, on annual average, atmospheric $CO_2$ measurement stations in the NH record increasingly higher $CO_2$ concentrations than stations in the SH, as witnessed by the observations from Mauna Loa, Hawaii, and

the South Pole (see Figure 6.3). The annually averaged concentration difference between the two stations has increased in proportion of the estimated increasing difference in fossil fuel combustion emissions between the hemispheres (Figure 6.13; Keeling et al., 1989; Tans et al., 1989; Fan et al., 1999).

- The rate of $CO_2$ emissions from fossil fuel burning and land use change was almost exponential, and the rate of $CO_2$ increase in the atmosphere was also almost exponential and about half that of the emissions, consistent with a large body of evidence about changes of carbon inventory in each reservoir of the carbon cycle presented in this chapter.



**Figure 6.12 |** (Top) Global average atmospheric $CO_2$ growth rate, computed from the observations of the Scripps Institution of Oceanography (SIO) network (light green line: Keeling et al. 2005, updated) and from the marine boundary layer air reference measurements of the National Oceanic and Atmospheric Administration –Global Monitoring Division (NOAA–GMD) network (dark green line: Conway et al., 1994; Dlugokencky and Tans, 2013b). (Bottom) Atmospheric growth rate of $CO_2$ as a function of latitude determined from the National Oceanic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL) network, representative of stations located in the marine boundary layer at each given latitude (Masarie and Tans, 1995; Dlugokencky and Tans, 2013b). Sufficient observations are available only since 1979.

BLM_0074003



**Figure 6.13 |** Blue points: Annually averaged $CO_2$ concentration difference between the station Mauna Loa in the Northern Hemisphere and the station South Pole in the Southern Hemisphere (vertical axis; Keeling et al., 2005, updated) versus the difference in fossil fuel combustion $CO_2$ emissions between the hemispheres (Boden et al., 2011). Dark red dashed line: regression line fitted to the data points.

#### 6.3.2.4    Carbon Dioxide Airborne Fraction

Until recently, the uncertainty in $CO_2$ emissions from land use change emissions was large and poorly quantified which led to the use of an airborne fraction (see Glossary) based on $CO_2$ emissions from fossil fuel only (e.g., Figure 7.4 in AR4 and Figure 6.26 of this chapter). However, reduced uncertainty of emissions from land use change and larger agreement in its trends over time (Section 6.3.2.2) allow making use of an airborne fraction that includes all anthropogenic emissions. The airborne fraction will increase if emissions are too fast for the uptake of $CO_2$ by the carbon sinks (Bacastow and Keeling, 1979; Gloor et al., 2010; Raupach, 2013). It is thus controlled by changes in emissions rates, and by changes in carbon sinks driven by rising $CO_2$, changes in climate and all other biogeochemical changes.

A positive trend in airborne fraction of ~0.3% $yr^{-1}$ relative to the mean of 0.44 ±0.06 (or about 0.05 increase over 50 years) was found by all recent studies (Raupach et al., 2008, and related papers; Knorr, 2009; Gloor et al., 2010) using the airborne fraction of total anthropogenic $CO_2$ emissions over the approximately 1960–2010 period (for which the most accurate atmospheric $CO_2$ data are available). However, there is no consensus on the significance of the trend because of differences in the treatment of uncertainty and noise (Raupach et al., 2008; Knorr, 2009). There is also no consensus on the cause of the trend (Canadell et al., 2007b; Raupach et al., 2008; Gloor et al., 2010). Land and ocean carbon cycle model results attributing the trends of fluxes to underlying processes suggest that the effect of climate change and variability on ocean and land sinks have had a significant influence (Le Quéré et al., 2009), including the decadal influence of volcanic eruptions (Fröli-cher et al., 2013).

#### 6.3.2.5    Ocean Carbon Dioxide Sink

##### 6.3.2.5.1    Global ocean sink and decadal change

The estimated mean anthropogenic ocean $CO_2$ sink assessed in AR4 was 2.2 ± 0.7 PgC $yr^{-1}$ for the 1990s based on observations (McNeil et al., 2003; Manning and Keeling, 2006; Mikaloff-Fletcher et al., 2006), and is supported by several contemporary estimates (see Chapter 3). Note that the uncertainty of ±0.7 PgC $yr^{-1}$ reported here (90% confidence interval) is the same as the ±0.4 PgC $yr^{-1}$ uncertainty reported in AR4 (68% confidence intervals). The uptake of anthropogenic $CO_2$ by the ocean is primarily a response to increasing $CO_2$ in the atmos-



**Figure 6.14 |** Anomalies in the ocean $CO_2$ ocean-to-atmosphere flux in response to (a) changes in climate, (b) increasing atmospheric $CO_2$ and (c) the combined effects of increasing $CO_2$, and changes in climate (PgC $yr^{-1}$). All estimates are shown as anomalies with respect to the 1990–2000 averages. Estimates are updates from ocean models (in colours) and from indirect methods based on observations (Khatiwala et al., 2009; Park et al., 2010). A negative ocean-to-atmosphere flux represents a sink of $CO_2$, as in Table 6.1.

BLM_0074004

**Table 6.4 |** Decadal changes in the ocean $CO_2$ sink from models and from data-based methods (a positive change between two decades means an increasing sink with time). It is reminded that the total $CO_2$ sink for the 1990s is estimated at $2.2 \pm 0.7$ PgC yr⁻¹ based on observations.

| | Method | 1990s Minus 1980s PgC yr⁻¹ | 2000s Minus 1990s PgC yr⁻¹ |
|---|---|---|---|
| **$CO_2$ effects only** | | | |
| Khatiwala et al. (2009) | Data-based[c] | 0.24 | 0.20 |
| Mikaloff-Fletcher et al. (2006)[a] | Data-based[d] | 0.40 | 0.44 |
| Assmann et al. (2010) (to 2007 only) | Model | 0.28 | 0.35 |
| Graven et al. (2012) | Model | 0.15 | 0.25 |
| Doney et al. (2009) | Model | 0.15 | 0.39 |
| Le Quéré et al. (2010) NCEP | Model | 0.16 | 0.32 |
| Le Quéré et al. (2010) ECMWF | Model | — | 0.39 |
| Le Quéré et al. (2010) JPL | Model | — | 0.32 |
| Average[b] | | $0.23 \pm 0.15$ | $0.33 \pm 0.13$ |
| **Climate effects only** | | | |
| Park et al. (2010) | Data-based[e] | — | –0.15 |
| Assmann et al. (2010) (to 2007 only) | Model | 0.07 | 0.00 |
| Graven et al. (2012) | Model | 0.02 | –0.27 |
| Doney et al. (2009) | Model | –0.02 | –0.21 |
| Le Quéré et al. (2010) NCEP | Model | 0.02 | –0.27 |
| Le Quéré et al. (2010) ECMWF | Model | — | –0.14 |
| Le Quéré et al. (2010) JPL | Model | — | –0.36 |
| Average[b] | | $0.02 \pm 0.05$ | $–0.19 \pm 0.18$ |
| **$CO_2$ and climate effects combined** | | $0.25 \pm 0.16$ | $0.14 \pm 0.22$ |

Notes:

[a]   As published by Sarmiento et al. (2010).

[b]   Average of all estimates ±90% confidence interval. The average includes results from Le Quéré et al. (2010)–NCEP only because the other Le Quéré et al. model versions do not differ sufficiently to be considered separately.

[c]   Based on observed patterns of atmospheric minus oceanic $pCO_2$, assuming the difference increases with time following the increasing atmospheric $CO_2$.

[d]   Ocean inversion, assuming constant oceanic transport through time.

[e]   Based on observed fit between the variability in temperature and $pCO_2$, and observed variability in temperature.
ECMWF = European Centre for Medium-Range Weather Forecasts; JPL = Jet Propulsion Laboratory; NCEP = National Centers for Environmental Prediction.

phere and is limited mainly by the rate at which anthropogenic $CO_2$ is transported from the surface waters into the deep ocean (Sarmiento et al., 1992; Graven et al., 2012). This anthropogenic ocean $CO_2$ sink occurs on top of a very active natural oceanic carbon cycle. Recent climate trends, such as ocean warming, changes in ocean circulation and changes in marine ecosystems and biogeochemical cycles, can have affected both the anthropogenic ocean $CO_2$ sink as well as the natural air–sea $CO_2$ fluxes. We report a decadal mean uptake of $2.0 \pm 0.7$ PgC yr⁻¹ for the 1980s and of $2.3 \pm 0.7$ PgC yr⁻¹ for the 2000s (Table 6.4). The methods used are: (1) an empirical Green's function approach fitted to observations of transient ocean tracers (Khatiwala et al., 2009), (2) a model-based Green's function approach fitted to anthropogenic carbon reconstructions (Mikaloff-Fletcher et al., 2006), (3) estimates based on empirical relationships between observed ocean surface $pCO_2$ and temperature and salinity (Park et al., 2010) and (4) process-based global ocean biogeochemical models forced by observed meteorological fields (Doney et al., 2009; Assmann et al., 2010; Le Quéré et al., 2010; Graven et al., 2012). All these different methods suggest that in the absence of recent climate change and climate variability, the ocean anthropogenic $CO_2$ sink should have increased by $0.23 \pm 0.15$ PgC yr⁻¹ between the 1980s and the 1990s, and by $0.33 \pm 0.13$ PgC yr⁻¹ between the 1990s and the 2000s (Figure

6.14). The decadal estimates in the ocean $CO_2$ sink reported in Table 6.4 as '$CO_2$ effects only' are entirely explained by the faster rate of increase of atmospheric $CO_2$ in the later decade. On the other hand, 'climate effects only' in Table 6.4 are assessed to have no noticeable effect on the sink difference between the 1980s and the 1990s ($0.02 \pm 0.05$ PgC yr⁻¹), but are estimated to have reduced the ocean anthropogenic $CO_2$ sink by $0.19 \pm 0.18$ PgC yr⁻¹ between the 1990s and the 2000s (Table 6.4).

6.3.2.5.2        Regional changes in ocean dissolved inorganic carbon

Observational-based estimates for the global ocean inventory of anthropogenic carbon are obtained from shipboard repeated hydrographic cross sections (Sabine et al., 2004; Waugh et al., 2006; Khatiwala et al., 2009). These estimates agree well among each other, with an average value of $155 \pm 30$ PgC of increased dissolved inorganic carbon for the period 1750–2011 (see Chapter 3). The uptake of anthropogenic carbon into the ocean is observed to be larger in the high latitudes than in the tropics and subtropics over the entire Industrial Era, because of the more vigorous ocean convection in the high latitudes (Khatiwala et al., 2009). A number of ocean cross sections have been repeated over the last decade, and the observed changes

6

496

BLM_0074005

**Table 6.5 |** Regional rates of change in inorganic carbon storage from shipboard repeated hydrographic cross sections.

| Section | Time | Storage Rate (mol C m$^{-2}$ yr$^{-1}$) | Data Source |
|---|---|---|---|
| Global average (used in Table 6.1) | 2007–2008 | 0.5 ± 0.2 | Khatiwala et al. (2009) |
| **Pacific Ocean** | | | |
| Section along 30°S | 1992–2003 | 1.0 ± 0.4 | Murata et al. (2007) |
| N of 50°S, 120°W to 180°W | 1974–1996 | 0.9 ± 0.3 | Peng et al. (2003) |
| 154°W, 20°N to 50°S | 1991–2006 | 0.6 ± 0.1 | Sabine et al. (2008) |
| 140°E to 170°W, 45°S to 65°S | 1968–1991/1996 | 0.4 ± 0.2 | Matear and McNeil (2003) |
| 149° W, 4°S to 10°N | 1993–2005 | 0.3 ± 0.1 | Murata et al. (2009) |
| 149°W, 24°N to 30°N | 1993–2005 | 0.6 ± 0.2 | Murata et al. (2009) |
| Northeast Pacific | 1973–1991 | 1.3 ± 0.5 | Peng et al. (2003) |
| ~160°E, ~45°N | 1997–2008 | 0.4 ± 0.1 | Wakita et al. (2010) |
| North of 20°N | 1994–2004/2005 | 0.4 ± 0.2 | Sabine et al. (2008) |
| 150°W 20°S to 20°N | 1991/1992–2006 | 0.3 ± 0.1 | Sabine et al. (2008) |
| **Indian Ocean** | | | |
| 20°S to 10°S | 1978–1995 | 0.1 | Peng et al. (1998) |
| 10°S to 5°N | 1978–1995 | 0.7 | Peng et al. (1998) |
| Section along 20°S | 1995–2003/2004 | 1.0 ± 0.1 | Murata et al. (2010) |
| **Atlantic Ocean** | | | |
| Section along 30°S | 1992/1993–2003 | 0.6 ± 0.1 | Murata et al. (2010) |
| ~30°W, 56°S to 15°S | 1989–2005 | 0.8 | Wanninkhof et al. (2010) |
| 20°W, 64°N to 15°N | 1993–2003 | 0.6 | Wanninkhof et al. (2010) |
| ~25°W, 15°N to 15°S | 1993–2003 | 0.2 | Wanninkhof et al. (2010) |
| 40°N to 65°N | 1981–1997/1999 | 2.2 ± 0.7 | Friis et al. (2005) |
| 20°N to 40°N | 1981–2004 | 1.2 ± 0.3 | Tanhua et al. (2007) |
| Nordic Seas | 1981–2002/2003 | 0.9 ± 0.2 | Olsen et al. (2006) |
| **Sub-decadal variations** | | | |
| Irminger Sea | 1981–1991 | 0.6 ± 0.4 | Pérez et al. (2008) |
| Irminger Sea | 1991–1996 | 2.3 ± 0.6 | Pérez et al. (2008) |
| Irminger Sea | 1997–2006 | 0.8 ± 0.2 | Pérez et al. (2008) |

in carbon storage (Table 6.5) suggest that some locations have rates of carbon accumulation that are higher and others that are lower than the global average estimated by Khatiwala et al. (2009). Model results suggest that there may be an effect of climate change and variability in the storage of total inorganic carbon in the ocean (Table 6.4), but that this effect is small (~2 PgC over the past 50 years; Figure 6.14) compared to the cumulative uptake of anthropogenic carbon during the same period.

#### 6.3.2.5.3    Interannual variability in air-sea CO$_2$ fluxes

The interannual variability in the global ocean CO$_2$ sink is estimated to be of about ±0.2 PgC yr$^{-1}$ (Wanninkhof et al., 2013) which is small compared to the interannual variability of the terrestrial CO$_2$ sink (see Sections 6.3.2.3 and 6.3.2.6.3; Figure 6.12). In general, the ocean takes up more CO$_2$ during El Niño episodes (Park et al., 2010) because of the temporary suppression of the source of CO$_2$ to the atmosphere over the eastern Pacific upwelling. Interannual variability of ~0.3 PgC yr$^{-1}$ has been reported for the North Atlantic ocean region alone (Watson et al., 2009) but there is no agreement among estimates regarding the exact magnitude of driving factors of air–sea CO$_2$ flux variability

in this region (Schuster et al., 2013). Interannual variability of 0.1 to 0.2 PgC yr$^{-1}$ was also estimated by models and one atmospheric inversion in the Southern Ocean (Le Quéré et al., 2007), possibly driven by the Southern Annular Mode of climate variability (Lenton and Matear, 2007; Lovenduski et al., 2007; Lourantou and Metzl, 2011).

#### 6.3.2.5.4    Regional ocean carbon dioxide partial pressure trends

Observations of the partial pressure of CO$_2$ at the ocean surface (pCO$_2$) show that ocean pCO$_2$ has been increasing generally at about the same rate as CO$_2$ in the atmosphere when averaged over large ocean regions during the past two to three decades (Yoshikawa-Inoue and Ishii, 2005; Takahashi et al., 2009; McKinley et al., 2011). However, analyses of regional observations highlight substantial regional and temporal variations around the mean trend.

In the North Atlantic, repeated observations show ocean pCO$_2$ increasing regionally either at the same rate or faster than atmospheric CO$_2$ between about 1990 and 2006 (Schuster et al., 2009), thus indicating a constant or decreasing sink for CO$_2$ in that region, in contrast to the increasing sink expected from the response of the ocean to increasing

6

BLM_0074006

atmospheric $CO_2$ alone. The anomalous North Atlantic trends appear to be related to sea surface warming and its effect on solubility (Corbière et al., 2007) and/or changes in ocean circulation (Schuster and Watson, 2007; Schuster et al., 2009) and deep convection (Metzl et al., 2010). Recent changes have been associated with decadal variability in the North Atlantic Oscillation (NAO) and the Atlantic Multidecadal Variability (AMV) (Thomas et al., 2007; Ullman et al., 2009; McKinley et al., 2011; Tjiputra et al., 2012). A systematic analysis of trends estimated in this region show no agreement regarding the drivers of change (Schuster et al., 2013).

In the Southern Ocean, an approximately constant sink was inferred from atmospheric (Le Quéré et al., 2007) and oceanic (Metzl, 2009; Takahashi et al., 2009) $CO_2$ observations but the uncertainties are large (Law et al., 2008). Most ocean biogeochemistry models reproduce the constant sink and attribute it as a response to an increase in Southern Ocean winds driving increased upwards transport of carbon-rich deep waters (Lenton and Matear, 2007; Verdy et al., 2007; Lovenduski et al., 2008; Le Quéré et al., 2010). The increase in winds has been attributed to the depletion of stratospheric ozone (Thompson and Solomon, 2002) with a contribution from GHGs (Fyfe and Saenko, 2006).

Large decadal variability has been observed in the Equatorial Pacific (Ishii et al., 2009) associated with changes in the phasing of the Pacific Decadal Oscillation (see Glossary) and its impact on gas transfer velocity (Feely et al., 2006; Valsala et al., 2012). By contrast, ocean $pCO_2$ appears to have increased at a slower rate than atmospheric $CO_2$ (thus a growing ocean $CO_2$ sink in that region) in the northern North Pacific Ocean (Takahashi et al., 2006). There is less evidence available to attribute the observed changes in other regions to changes in underlying processes or climate change and variability.

### 6.3.2.5.5   Processes driving variability and trends in air–sea carbon dioxide fluxes

Three type of processes are estimated to have an important effect on the air–sea $CO_2$ fluxes on century time scales: (1) the dissolution of $CO_2$ at the ocean surface and its chemical equilibrium with other forms of carbon in the ocean (mainly carbonate and bicarbonate), (2) the transport of carbon between the surface and the intermediate and deep ocean and (3) changes in the cycling of carbon through marine ecosystem processes (the ocean biological pump; see Section 6.1.1.1). The surface dissolution and equilibration of $CO_2$ with the atmosphere is well understood and quantified. It varies with the surface ocean conditions, in particular with temperature (solubility effect) and alkalinity. The capacity of the ocean to take up additional $CO_2$ for a given alkalinity decreases at higher temperature (4.23% per degree warming; Takahashi et al., 1993) and at elevated $CO_2$ concentrations (about 15% per 100 ppm, computed from the so called Revelle factor; Revelle and Suess, 1957).

Recent changes in nutrient supply in the ocean are also thought to have changed the export of organic carbon from biological processes below the surface layer, and thus the ocean $CO_2$ sink (Duce et al., 2008). Anthropogenic reactive nitrogen Nr (see Box 6.2) entering the ocean via atmospheric deposition or rivers acts as a fertiliser and may enhance carbon export to depth and hence the $CO_2$ sink. This Nr

contribution has been estimated to be between 0.1 and 0.4 PgC yr$^{-1}$ around the year 2000 using models (Duce et al., 2008; Reay et al., 2008; Krishnamurthy et al., 2009; Suntharalingam et al., 2012). Similarly, increases in iron deposition over the ocean from dust generated by human activity is estimated to have enhanced the ocean cumulative $CO_2$ uptake by 8 PgC during the 20th century (or about 0.05 PgC yr$^{-1}$ in the past decades) (Mahowald et al., 2010). Although changes in ocean circulation and in global biogeochemical drivers have the potential to alter the ocean carbon fluxes through changes in marine ecosystems, modelling studies show only small variability in ocean biological pump, which has not significantly impacted the response of the ocean carbon cycle over the recent period (Bennington et al., 2009).

Model studies suggest that the response of the air–sea $CO_2$ fluxes to climate change and variability in recent decades has decreased the rate at which anthropogenic $CO_2$ is absorbed by the ocean (Sarmiento et al. 2010; Figure 6.14 and Table 6.4). This result is robust to the model or climate forcing used (Figure 6.13), but no formal attribution to anthropogenic climate change has been made. There is insufficient data coverage to separate the impact of climate change on the global ocean $CO_2$ sink directly from observations, though the regional trends described in Section 6.3.2.5.4 suggest that surface ocean $pCO_2$ responds to changes in ocean properties in a significant and measurable way.

### 6.3.2.5.6   Model evaluation of global and regional ocean carbon balance

Ocean process-based carbon cycle models are capable of reproducing the mean air–sea fluxes of $CO_2$ derived from $pCO_2$ observations (Takahashi et al., 2009), including their general patterns and amplitude (Sarmiento et al., 2000), the anthropogenic uptake of $CO_2$ (Orr et al., 2001; Wanninkhof et al., 2013) and the regional distribution of air–sea fluxes (Gruber et al., 2009). The spread between different model results for air–sea $CO_2$ fluxes is the largest in the Southern Ocean (Matsumoto et al., 2004), where intense convection occurs. Tracer observations (Schmittner et al., 2009) and water mass analysis (Iudicone et al., 2011) have been used to reduce the model uncertainty associated with this process and improve the simulation of carbon fluxes. The models reproduce the observed seasonal cycle of $pCO_2$ in the sub-tropics but generally do poorly in sub-polar regions where the balance of processes is more difficult to simulate well (McKinley et al., 2006; Schuster et al., 2013). Less information is available to evaluate specifically the representation of biological fluxes in the models, outside of their realistic representation of surface ocean chlorophyll distributions. Ocean process-based carbon cycle models used in AR5 reproduce the relatively small interannual variability inferred from observations (Figure 6.12; Wanninkhof et al., 2013). See also Section 9.4.5.

*Sensitivity of modelled air–sea fluxes to $CO_2$*. Data-based studies estimated a cumulative carbon uptake of ~155 ± 30 PgC across studies for the 1750–2011 time period (Sabine et al., 2004; Waugh et al., 2006; Khatiwala et al., 2009), a mean anthropogenic $CO_2$ sink of 2.2 ± 0.7 PgC yr$^{-1}$ for the 1990s, and decadal trends of 0.13 PgC yr$^{-1}$ per decade during the two decades 1990–2009 (Wanninkhof et al., 2013; from atmospheric inversions), respectively. Models that have estimated these quantities give a total ocean uptake of 170 ± 25 PgC for

6

BLM_0074007

1750–2011 (from the model ensemble of Orr et al., (2005) until 1994, plus an additional 40 PgC from estimates in Table 6.4 for 1995–2011), a mean anthropogenic $CO_2$ sink of $2.1 \pm 0.6$ PgC $yr^{-1}$ for 1990–1999 (Le Quéré et al., 2013) and a decadal trend of 0.14 PgC $yr^{-1}$ per decade for 1990–2009 (Wanninkhof et al., 2013). Therefore, although the ocean models do not reproduce all the details of the regional structure and changes in air–sea $CO_2$ fluxes, their globally integrated ocean $CO_2$ sink and decadal rate of change of this sink is in good agreement with the available observations.

*Sensitivity of modelled air–sea fluxes to climate.* The relationship between air–sea $CO_2$ flux and climate is strongly dependent on the oceanic region and on the time scale. Ocean carbon cycle models of the type used in AR5 estimate a reduction in cumulative ocean $CO_2$ uptake of 1.6 to 5.4 PgC over the period 1959–2008 (1.5 to 5.4%) in response to climate change and variability compared to simulations with no changes in climate (Figure 6.14), partly due to changes in the equatorial Pacific and to changes in the Southern Ocean. The only observation-based estimate available to evaluate the climate response of the global air–sea $CO_2$ flux is from Park et al. (2010), which is at the low end of the model estimate for the past two decades (Table 6.4). However, this estimate does not include the nonlinear effects of changes in ocean circulation and warming on the global air–sea $CO_2$ flux, which could amplify the response of the ocean $CO_2$ sink to climate by 20 to 30% (Le Quéré et al., 2010; Zickfeld et al., 2011).

*Processes missing in ocean models.* The most important processes missing in ocean carbon cycle models used in the AR5 are those representing explicitly small-scale physical circulation (e.g., eddies, brine formation), which are parameterised in models. These processes have an important influence on the vertical transport of water, heat, salt and carbon (Loose and Schlosser, 2011; Sallée et al., 2012). In particular, changes in vertical transport in the Southern Ocean are thought to explain part of the changes in atmospheric $CO_2$ between glacial and interglacial conditions, a signal that is not entirely reproduced by models (Section 6.2) suggesting that the sensitivity of ocean models could be underestimated.

Processes related to marine ecosystems in global ocean models are also limited to the simulation of lower trophic levels, with crude parameterizations for sinking processes, bacterial and other loss processes at the surface and in the ocean interior and their temperature dependence (Kwon et al., 2009). Projected changes in carbon fluxes from the response of marine ecosystems to changes in temperature (Beaugrand et al., 2010), ocean acidification (Riebesell et al., 2009) (see Glossary) and pressure from fisheries (Pershing et al., 2010) are all considered potentially important, though not yet quantified. Several processes have been specifically identified that could lead to changes in the ocean $CO_2$ sink, in particular the temperature effects on marine ecosystem processes (Riebesell et al., 2009; Taucher and Oschlies, 2011) and the variable nutrient ratios induced by ocean acidification or ecosystem changes (Tagliabue et al., 2011). Coastal ocean processes are also poorly represented in global and may influence the ocean $CO_2$ sink. Nevertheless, the fit of ocean model results to the integrated $CO_2$ sink and decadal trends discussed above suggest that, up to now, the missing processes have not had a dominant effect on ocean $CO_2$ beyond the limits of the uncertainty of the data.

### 6.3.2.6   Land Carbon Dioxide Sink

#### 6.3.2.6.1    Global residual land sink and atmosphere-to-land carbon dioxide flux

The residual land $CO_2$ sink, that is, the uptake of $CO_2$ in ecosystems excluding the effects of land use change, is $1.5 \pm 1.1$, $2.6 \pm 1.2$ and $2.6 \pm 1.2$ PgC $yr^{-1}$ for the 1980s, 1990s and 2000s, respectively (Table 6.1). After including the net land use change emissions, the atmosphere-to-land flux of $CO_2$ (Table 6.1) corresponds to a net sink of $CO_2$ by all terrestrial ecosystems. This sink has intensified globally from a natural $CO_2$ flux of $0.1 \pm 0.8$ PgC $yr^{-1}$ in the 1980s to a net $CO_2$ sink of $1.1 \pm 0.9$ PgC $yr^{-1}$ and $1.5 \pm 0.9$ PgC $yr^{-1}$ during the 1990s and 2000s, respectively (Table 6.1; Sarmiento et al., 2010). This growing land sink is also supported by an atmospheric inversion (Gurney and Eckels 2011) and by process-based models (Le Quéré et al., 2009).

#### 6.3.2.6.2    Regional atmosphere-to-land carbon dioxide fluxes

The results from atmospheric $CO_2$ inversions, terrestrial ecosystem models and forest inventories consistently show that there is a large net $CO_2$ sink in the northern extratropics, albeit the very limited availability of observations in the tropics (Jacobson et al., 2007; Gurney and Eckels, 2011; Pan et al., 2011). Inversion estimates of atmosphere–land $CO_2$ fluxes show net atmosphere-to-land $CO_2$ flux estimates ranging from neutral to a net source of 0.5 to 1.0 PgC $yr^{-1}$ (Jacobson et al., 2007; Gurney and Eckels, 2011) (Figure 6.15). However, Stephens et al. (2007) selected from an ensemble of inversion models those that were consistent with independent aircraft cross-validation data, and constrained an atmosphere-to-land $CO_2$ flux of $0.1 \pm 0.8$ PgC $yr^{-1}$ during the period 1992–1996, and a NH net $CO_2$ sink of $1.5 \pm 0.6$ PgC $yr^{-1}$. These results shows that after subtracting emissions from land use change, tropical land ecosystems might also be large $CO_2$ sinks.

Based on repeated forest biomass inventory data, estimated soil carbon changes, and $CO_2$ emissions from land use change from the bookkeeping method of Houghton et al. (2012), Pan et al. (2011) estimated a global forest carbon accumulation of $0.5 \pm 0.1$ PgCyr$^{-1}$ in boreal forests, and of $0.8 \pm 0.1$ PgC $yr^{-1}$ in temperate forests for the period 2000–2007. Tropical forests were found to be near neutral with net emissions from land use change being compensated by sinks in established tropical forests (forests not affected by land use change), therefore consistent with the Stephens et al. (2007) inversion estimate of tropical atmosphere–land $CO_2$ fluxes.

Since AR4, a number of studies have compared and attempted to reconcile regional atmosphere-to-land $CO_2$ flux estimates from multiple approaches and so providing further spatial resolution of the regional contributions of carbon sources and sinks (Table 6.6). A synthesis of regional contributions estimated a 1.7 PgC $yr^{-1}$ sink in the NH regions above 20°N with consistent estimates from terrestrial models and inventories (uncertainty: ±0.3 PgC $yr^{-1}$) and atmospheric $CO_2$ inversions (uncertainty: ±0.7 PgC $yr^{-1}$) (Ciais et al., 2010).

6





**Figure 6.15 |** (Top) Bar plots showing decadal average CO₂ fluxes for 11 land regions (1) as estimated by 10 different atmospheric CO₂ inversions for the 1990s (yellow) and 2000s (red) (Peylin et al., 2013; data source: http://transcom.lsce.ipsl.fr/), and (2) as simulated by 10 dynamic vegetation models (DGVMs) for the 1990s (green) and 2000s (light green) (Piao et al., 2013; data source: http://www-lscedods.cea.fr/invsat/RECCAP/). The divisions of land regions are shown in the map. (Bottom) Bar plots showing decadal average CO₂ fluxes for 11 ocean regions (1) as estimated by 10 different atmospheric CO₂ inversions for the 1990s (yellow) and 2000s (red) (data source: http://transcom.lsce.ipsl.fr/), (2) inversion of contemporary interior ocean carbon measurements using 10 ocean transport models (dark blue) (Gruber et al., 2009) and (3) surface ocean pCO₂ measurements based air-sea exchange climatology (Takahashi et al., 2009). The divisions of 11 ocean regions are shown in the map.

BLM_0074009

**Table 6.6** | Regional $CO_2$ budgets using top-down estimates (atmospheric inversions) and bottom-up estimates (inventory data, biogeochemical modelling, eddy-covariance), excluding fossil fuel emissions. A positive sign indicates a flux from the atmosphere to the land (i.e., a land sink).

| Region | $CO_2$ Sink (PgC yr$^{-1}$) | Uncertainty[a] | Period | Reference |
|---|---|---|---|---|
| Artic Tundra | 0.1 | ±0.3[b] | 2000–2006 | McGuire et al. (2012) |
| Australia | 0.04 | ±0.03 | 1990–2009 | Haverd et al. (2013) |
| East Asia | 0.25 | ±0.1 | 1990–2009 | Piao et al. (2012) |
| Europe | 0.9 | ±0.2 | 2001–2005 | Luyssaert et al. (2012) |
| North America | 0.6 | ±0.02 | 2000–2005 | King et al. (2012) |
| Russian Federation | 0.6 | −0.3 to −1.3 | 1990–2007 | Dolman et al. (2012) |
| South Asia | 0.15 | ±0.24 | 2000–2009 | Patra et al. (2013) |
| South America | −0.3 | ±0.3 | 2000–2005 | Gloor et al. (2012) |

Notes:
[a] One standard deviation from mean unless indicated otherwise.
[b] Based on range provided.

#### 6.3.2.6.3 Interannual variability in atmosphere-to-land carbon dioxide fluxes

The interannual variability of the residual land sink shown in Figures 6.12 and 6.16 accounts for most of the interannual variability of the atmospheric $CO_2$ growth rate (see Section 6.3.2.3). Atmospheric $CO_2$ inversion results suggest that tropical land ecosystems dominate the global $CO_2$ variability, with positive anomalies during El Niño episodes (Bousquet et al., 2000; Rödenbeck et al., 2003; Baker et al., 2006), which is consistent with the results of one inversion of atmospheric $^{13}C$ and $CO_2$ measurements (Rayner et al., 2008). A combined El Niño-Southern Oscillation (ENSO)–Volcanic index time series explains 75% of the observed variability (Raupach et al., 2008). A positive phase of ENSO (El Niño, see Glossary) is generally associated with enhanced land $CO_2$ source, and a negative phase (La Niña) with enhanced land $CO_2$ sink (Jones and Cox, 2001; Peylin et al., 2005). Observations from eddy covariance networks suggest that interannual carbon flux variability in the tropics and temperate regions is dominated by precipitation, while boreal ecosystem fluxes are more sensitive to temperature and shortwave radiation variation (Jung et al., 2011), in agreement with the results from process-based terrestrial ecosystem models (Piao et al., 2009a). Terrestrial biogeochemical models suggest that interannual net biome productivity (NBP) variability is dominated by GPP (see Glossary) rather than terrestrial ecosystem respiration (Piao et al., 2009b; Jung et al., 2011).

#### 6.3.2.6.4 Carbon fluxes from inland water

Global analyses estimate that inland waters receive about 1.7 to 2.7 PgC yr$^{-1}$ emitted by soils to rivers headstreams, of which, 0.2 to 0.6 PgC yr$^{-1}$ is buried in aquatic sediments, 0.8 to 1.2 PgC yr$^{-1}$ returns to the atmosphere as $CO_2$, and 0.9 PgC yr$^{-1}$ is delivered to the ocean (Cole et al., 2007; Battin et al., 2009; Aufdenkampe et al., 2011). Estimates of the transport of carbon from land ecosystems to the coastal ocean by rivers are ~0.2 PgC yr$^{-1}$ for Dissolved Organic Carbon (DOC), 0.3 PgC yr$^{-1}$ for Dissolved Inorganic Carbon (DIC), and 0.1 to 0.4 PgC yr$^{-1}$ for Particulate Organic Carbon (POC) (Seitzinger et al., 2005; Syvitski et al., 2005; Mayorga et al., 2010). For the DIC fluxes, only about two-thirds of it originates from atmospheric $CO_2$ and the rest of the carbon is supplied by weathered carbonate rocks (Suchet and Probst, 1995; Gaillardet et al., 1999; Oh and Raymond, 2006; Hartmann et al., 2009).

Regional DIC concentrations in rivers has increased during the Industrial Era (Oh and Raymond, 2006; Hamilton et al., 2007; Perrin et al., 2008). Agricultural practices coupled with climate change can lead to large increases in regional scale DIC export in watersheds with a large agricultural footprint (Raymond et al., 2008). Furthermore, regional urbanization also elevates DIC fluxes in rivers (Baker et al., 2008; Barnes and Raymond, 2009), which suggests that anthropogenic activities have contributed a significant portion of the annual global river DIC flux to the ocean.

Land clearing and management are thought to produce an acceleration of POC transport, much of which is trapped in alluvial and colluvial deposition zones, lakes, reservoirs and wetlands (Stallard, 1998; Smith et al., 2001b; Syvitski et al., 2005). Numerous studies have demonstrated an increase in the concentration of DOC in rivers in the northeastern United States and northern/central Europe over the past two to four decades (Worrall et al., 2003; Evans et al., 2005; Findlay, 2005; Monteith et al., 2007; Lepistö et al., 2008). Owing to the important role of wetlands in DOC production, the mobilization of DOC due to human-induced changes in wetlands probably represents an important cause of changes in global river DOC fluxes to date (Seitzinger et al., 2005), although a global estimate of this alteration is not available. A robust partitioning between natural and anthropogenic carbon fluxes in freshwater systems is not yet possible, nor a quantification of the ultimate fate of carbon delivered by rivers to the coastal and open oceans.

#### 6.3.2.6.5 Processes driving terrestrial atmosphere-to-land carbon dioxide fluxes

Assessment of experimental data, observations and model results suggests that the main processes responsible for the residual land sink include the $CO_2$ fertilisation effect on photosynthesis (see Box 6.3), nitrogen fertilisation by increased deposition (Norby, 1998; Thornton et al., 2007; Bonan and Levis, 2010; Zaehle and Dalmonech, 2011) and climate effects (Nemani et al., 2003; Gloor et al., 2009). It is *likely* that reactive nitrogen deposition over land currently increases natural $CO_2$ in particular in forests, but the magnitude of this effect varies between regions (Norby, 1998; Thornton et al., 2007; Bonan and Levis, 2010; Zaehle and Dalmonech, 2011). Processes responsible for the net atmosphere-to-land $CO_2$ sink on terrestrial ecosystems include, in addition, forest regrowth and afforestation (Myneni et al., 2001;

6

BLM_0074010

**Box 6.3 | The Carbon Dioxide Fertilisation Effect**

Elevated atmospheric $CO_2$ concentrations lead to higher leaf photosynthesis and reduced canopy transpiration, which in turn lead to increased plant water use efficiency and reduced fluxes of surface latent heat. The increase in leaf photosynthesis with rising $CO_2$, the so-called $CO_2$ fertilisation effect, plays a dominant role in terrestrial biogeochemical models to explain the global land carbon sink (Sitch et al., 2008), yet it is one of most unconstrained process in those models.

Field experiments provide a direct evidence of increased photosynthesis rates and water use efficiency (plant carbon gains per unit of water loss from transpiration) in plants growing under elevated $CO_2$. These physiological changes translate into a broad range of higher plant carbon accumulation in more than two-thirds of the experiments and with increased net primary productivity (NPP) of about 20 to 25% at double $CO_2$ from pre-industrial concentrations (Ainsworth and Long, 2004; Luo et al., 2004, 2006; Nowak et al., 2004; Norby et al., 2005;Canadell et al., 2007a; Denman et al., 2007; Ainsworth et al., 2012; Wang et al., 2012a). Since the AR4, new evidence is available from long-term Free-air $CO_2$ Enrichment (FACE) experiments in temperate ecosystems showing the capacity of ecosystems exposed to elevated $CO_2$ to sustain higher rates of carbon accumulation over multiple years (Liberloo et al., 2009; McCarthy et al., 2010; Aranjuelo et al., 2011; Dawes et al., 2011; Lee et al., 2011; Zak et al., 2011). However, FACE experiments also show the diminishing or lack of $CO_2$ fertilisation effect in some ecosystems and for some plant species (Dukes et al., 2005; Adair et al., 2009; Bader et al., 2009; Norby et al., 2010; Newingham et al., 2013). This lack of response occurs despite increased water use efficiency, also confirmed with tree ring evidence (Gedalof and Berg, 2010; Peñuelas et al., 2011).

Nutrient limitation is hypothesized as primary cause for reduced or lack of $CO_2$ fertilisation effect observed on NPP in some experiments (Luo et al., 2004; Dukes et al., 2005; Finzi et al., 2007; Norby et al., 2010). Nitrogen and phosphorus are *very likely* to play the most important role in this limitation of the $CO_2$ fertilisation effect on NPP, with nitrogen limitation prevalent in temperate and boreal ecosystems, and phosphorus limitation in the tropics (Luo et al., 2004; Vitousek et al., 2010; Wang et al., 2010a; Goll et al., 2012). Micronutrients interact in diverse ways with other nutrients in constraining NPP such as molybdenum and phosphorus in the tropics (Wurzburger et al., 2012). Thus, with *high confidence*, the $CO_2$ fertilisation effect will lead to enhanced NPP, but significant uncertainties remain on the magnitude of this effect, given the lack of experiments outside of temperate climates.

Pacala et al., 2001; Houghton, 2010; Bellassen et al., 2011; Williams et al., 2012a), changes in forest management and reduced harvest rates (Nabuurs et al., 2008).

Process attribution of the global land $CO_2$ sink is difficult due to limited availability of global data sets and biogeochemical models that include all major processes. However, regional studies shed light on key drivers and their interactions. The European and North American carbon sinks are explained by the combination of forest regrowth in abandoned lands and decreased forest harvest along with the fertilisation effects of rising $CO_2$ and nitrogen deposition (Pacala et al., 2001; Ciais et al., 2008; Sutton et al., 2008; Schulze et al., 2010; Bellassen et al., 2011; Williams et al., 2012a). In the tropics, there is evidence from forest inventories that increasing forest growth rates are not explained by the natural recovery from disturbances, suggesting that increasing atmospheric $CO_2$ and climate change play a role in the observed sink in established forests (Lewis et al., 2009; Pan et al., 2011). There is also recent evidence of tropical nitrogen deposition becoming more notable although its effects on the net carbon balance have not been assessed (Hietz et al., 2011).

The land carbon cycle is very sensitive to climate changes (e.g., precipitation, temperature, diffuse vs. direct radiation), and thus the changes in the physical climate from increasing GHGs as well as in the diffuse fraction of sunlight are *likely* to be causing significant changes in the carbon cycle (Jones et al., 2001; Friedlingstein et al., 2006; Mercado et

al., 2009). Changes in the climate are also associated with disturbances such as fires, insect damage, storms, droughts and heat waves which are already significant processes of interannual variability and possibly trends of regional land carbon fluxes (Page et al., 2002; Ciais et al., 2005; Chambers et al., 2007; Kurz et al., 2008b; Clark et al., 2010; van der Werf et al., 2010; Lewis et al., 2011) (see Section 6.3.2.2).

Warming (and possibly the $CO_2$ fertilisation effect) has also been correlated with global trends in satellite greenness observations, which resulted in an estimated 6% increase of global NPP, or the accumulation of 3.4 PgC on land over the period 1982–1999 (Nemani et al., 2003). This enhanced NPP was attributed to the relaxation of climatic constraints to plant growth, particularly in high latitudes. Concomitant to the increased of NPP with warming, global soil respiration also increased between 1989 and 2008 (Bond-Lamberty and Thomson, 2010), reducing the magnitude of the net land sink. A recent study suggests a declining NPP trend over 2000–2009 (Zhao and Running, 2010) although the model used to reconstruct NPP trends from satellite observation has not been widely accepted (Medlyn, 2011; Samanta et al., 2011).

6.3.2.6.6     Model evaluation of global and regional terrestrial carbon balance

Evaluation of global process-based land carbon models was performed against ground and satellite observations including (1) measured $CO_2$

502

fluxes and carbon storage change at particular sites around the world, in particular sites from the Fluxnet global network (Baldocchi et al., 2001; Jung et al., 2007; Stöckli et al., 2008; Schwalm et al., 2010; Tan et al., 2010), (2) observed spatio-temporal change in leaf area index (LAI) (Lucht et al., 2002; Piao et al., 2006) and (3) interannual and seasonal change in atmospheric $CO_2$ (Randerson et al., 2009; Cadule et al., 2010).

Figure 6.16 compares the global land $CO_2$ sink driven by climate change and rising $CO_2$ as simulated by different process based carbon cycle models (without land use change), with the residual land sink computed as the sum of fossil fuel and cement emissions and land use change emissions minus the sum of $CO_2$ growth rate and ocean sink (Le Quéré et al., 2009; Friedlingstein et al., 2010). Although these two quantities are not the same, the multi-model mean reproduces well the trend and interannual variability of the residual land sink which is dominated by climate variability and climate trends and $CO_2$, respectively, both represented in models (Table 6.7). Limited availability of *in situ* measurements, particularly in the tropics, limits the progress towards reducing uncertainty on model parameterizations.

Regional and local measurements can be used to evaluate and improve global models. Regionally, forest inventory data show that the forest carbon sink density over Europe is of −89 ± 19 gC m⁻² yr⁻¹, which

is compatible with model estimates with afforestation (−63 gC m⁻² yr⁻¹; Luyssaert et al., 2010), while modelled NPP was 43% larger than the inventory estimate. In North America, the ability of 22 terrestrial carbon cycle models to simulate the seasonal cycle of land–atmosphere $CO_2$ exchange from 44 eddy covariance flux towers was poor with a difference between observations and simulations of 10 times the observational uncertainty (Schwalm et al., 2010). Model shortcomings included spring phenology, soil thaw, snow pack melting and lag responses to extreme climate events (Keenan et al., 2012). In China, the magnitude of the carbon sink estimated by five terrestrial ecosystem models (−0.22 to −0.13 PgC yr⁻¹) was comparable to the observation-based estimate (−0.18 ± 0.73 PgC yr⁻¹; Piao et al., 2009a), but modelled interannual variation was weakly correlated to observed regional land–atmosphere $CO_2$ fluxes (Piao et al., 2011).

*Sensitivity of the terrestrial carbon cycle to rising atmospheric carbon dioxide.* An inter-comparison of 10 process-based models showed increased NPP by 3% to 10% over the last three decades, during which $CO_2$ increased by ~50 ppm (Piao et al., 2013). These results are consistent within the broad range of responses from experimental studies (see Box 6.3). However, Hickler et al. (2008) suggested that currently available FACE results (largely from temperate regions) are not applicable to vegetation globally because there may be large spatial heterogeneity in vegetation responses to $CO_2$ fertilisation.

**Table 6.7** | Estimates of the land $CO_2$ sink from process-based terrestrial ecosystem models driven by rising $CO_2$ and by changes in climate. The land sink simulated by these models is close to but not identical to the terrestrial $CO_2$ sink from Table 6.1 because the models calculate the effect of $CO_2$ and climate over managed land, and many do not include nitrogen limitation and disturbances.

| Model Name | Nitrogen Limitation | Natural Fire CO₂ Emissions | 1980–1989 | 1990–1999 | 2000–2009 |
|---|---|---|---|---|---|
|  | (Yes/No) | (Yes/No) | PgC yr⁻¹ | PgC yr⁻¹ | PgC yr⁻¹ |
| CLM4C[b] | No | Yes | 1.98 | 2.11 | 2.64 |
| CLM4CN[c] | Yes | Yes | 1.27 | 1.25 | 1.67 |
| Hyland[d] | No | No | 2.21 | 2.92 | 3.99 |
| LPJ[i] | No | Yes | 1.14 | 1.90 | 2.60 |
| LPJ_GUESS[f] | No | Yes | 1.15 | 1.54 | 2.07 |
| OCN[g] | Yes | No | 1.75 | 2.18 | 2.36 |
| ORC[h] | No | No | 2.08 | 3.05 | 3.74 |
| SDGVM[j] | Yes | Yes | 1.25 | 1.95 | 2.30 |
| TRIFFID[k] | No | No | 1.85 | 2.52 | 3.00 |
| VEGAS[l] | No | No | 1.40 | 1.68 | 1.89 |
| Average[a] |  |  | 1.61 ± 0.65 | 2.11 ± 0.93 | 2.63 ± 1.22 |

Notes:
[a]  Average of all models ±90% confidence interval.
[b]  Oleson et al. (2010).
[c]  Lawrence et al. (2011).
[d]  Levy et al. (2004).
[e]  Sitch et al. (2003).
[f]  Smith et al. (2001a).
[g]  Zaehle and Friend (2010).
[h]  Krinner et al. (2005).

[i]  Woodward and Lomas (2004).
[j]  Cox (2001).
[k]  Zeng (2003).

All of these models run are forced by rising $CO_2$ concentration and time-varying historical reconstructed weather and climate fields using the same protocol from the TRENDY project (Piao et al., 2013). (http://www.globalcarbonproject.org/global/pdf/DynamicVegetationModels.pdf).
CLM4C = Community Land Model for Carbon; CLM4CN = Community Land Model for Carbon–Nitrogen; GUESS = General Ecosystem Simulator; LPJ = Lund-Potsdam-Jena Dynamic Global Vegetation Model; OCN = Cycling of Carbon and Nitrogen on land, derived from ORCHIDEE model; ORC = ORCHIDEE, ORganizing Carbon and Hydrology in Dynamic EcosystEms model; SDGVM = Sheffield Dynamic Global Vegetation Model; TRIFFID = Top-down Representation of Interactive Foliage and Flora Including Dynamics; VEGAS = VEgetation-Global-Atmosphere-Soil terrestrial carbon cycle model.

6

BLM_0074012



**Figure 6.16 |** The black line and gray shading represent the estimated value of the residual land sink (PgC yr⁻¹) and its uncertainty from Table 6.1, which is calculated from the difference between emissions from fossil fuel and land use change plus emissions from net land use change, minus the atmospheric growth rate and the ocean sink. The atmosphere-to-land flux simulated by process land ecosystem models from Table 6.7 are shown in thin green, and their average in thick green. A positive atmosphere-to-land flux represents a sink of $CO_2$. The definition of the atmosphere-to-land flux simulated by these models is close to but not identical to the residual land sink from Table 6.1 (see Table 6.7).

*Sensitivity of terrestrial carbon cycle to climate trends and variability.* Warming exerts a direct control on the net land–atmosphere $CO_2$ exchange because both photosynthesis and respiration are sensitive to changes in temperature. From estimates of interannual variations in the residual land sink, 1°C of positive global temperature anomaly leads to a decrease of 4 PgC yr⁻¹ of the global land $CO_2$ sink (Figure 6.17). This observed interannual response is close to the response of the models listed in Table 6.7 (−3.5 ± 1.5 PgC yr⁻¹°C⁻¹ in Piao et al., 2013), albeit individual models show a range going from −0.5 to −6.2 PgC yr⁻¹ °C⁻¹. The sensitivity of atmospheric $CO_2$ concentration to century scale temperature change was estimated at about 3.6 to 45.6 PgC °C⁻¹ (or 1.7 to 21.4 ppm $CO_2$ °C⁻¹) using the ice core observed $CO_2$ drop during the Little Ice Age (see Section 6.2; Frank et al., 2010).

Terrestrial carbon cycle models used in AR5 generally underestimate GPP in the water limited regions, implying that these models do not correctly simulate soil moisture conditions, or that they are too sensitive to changes in soil moisture (Jung et al., 2007). Most models (Table 6.7) estimated that the interannual precipitation sensitivity of the global land $CO_2$ sink to be higher than that of the observed residual land sink (−0.01 PgC yr⁻¹ mm⁻¹; Figure 6.17).

*Processes missing in terrestrial carbon cycle models.* First, many models do not explicitly take into account the various forms of disturbances or ecosystem dynamics: migration, fire, logging, harvesting, insect outbreaks and the resulting variation in forest age structure which is known to affect the net carbon exchange (Kurz et al., 2008c; Bellassen et al., 2010; Higgins and Harte, 2012). Second, many key processes relevant to decomposition of carbon are missing in models (Todd-Brown et al., 2012), and particularly for permafrost carbon and for carbon in boreal and tropical wetlands and peatlands, despite the large amount of carbon stored in these ecosystems and their vulnerability to warming and land use change (Tarnocai et al., 2009; Hooijer et al., 2010; Page et al., 2011). However, progress has been made (Wania et al., 2009; Koven et al., 2011; Schaefer et al., 2011). Third, nutrient dynamics are taken into account only by few models despite the fact it is well established that nutrient constrains NPP and nitrogen deposition enhances NPP (Elser et al., 2007; Magnani et al., 2007; LeBauer and Treseder, 2008); see Section 6.3.2.6.5. Very few models have phosphorus dynamics (Zhang et al., 2011; Goll et al., 2012). Fourth, the negative effects of elevated tropospheric ozone on NPP have not been taken into account by most current carbon cycle models (Sitch et al., 2007). Fifth, transfer of radiation, water and heat in the vegetation–soil–atmosphere continuum are treated very simply in the global ecosystem models. Finally, processes that transport carbon at the surface (e.g., water and tillage erosion; Quinton et al., 2010) and human managements including fertilisation and irrigation (Gervois et al., 2008) are poorly or not represented at all. Broadly, models are still at their early stages in dealing with land use, land use change and forestry.

BLM_0074013

Carbon and Other Biogeochemical Cycles

Chapter 6



**Figure 6.17** | The response of interannual land $CO_2$ flux anomaly to per 1°C interannual temperature anomaly and per 100 mm interannual precipitation anomaly during 1980–2009. Black circles show climate sensitivity of land $CO_2$ sink estimated from the residual land sink (see Figure 6.15 and Table 6.1), which is the sum of fossil fuel and cement emissions and land use change emissions minus the sum of observed atmospheric $CO_2$ growth rate and modeled ocean sink level (Le Quéré et al., 2009; Friedlingstein and Prentice, 2010). Coloured circles show land $CO_2$ sink estimated by 10 process-based terrestrial carbon cycle models (CLM4C (Community Land Model for Carbon), CLM4CN (Community Land Model for Carbon–Nitrogen), HYLAND (HYbrid LAND terrestrial ecosystem model), LPJ (Lund-Potsdam-Jena Dynamic Global Vegetation Model), LPJ–GUESS (LPJ–General Ecosystem Simulator, OCN (Cycling of Carbon and Nitrogen on land, derived from ORCHIDEE model), ORCHIDEE (ORganizing Carbon and Hydrology in Dynamic EcosystEms model), SDGVM (Sheffield Dynamic Global Vegetation Model), TRIFFID (Top-down Representation of Interactive Foliage and Flora Including Dynamics) and VEGAS (terrestrial vegetation and carbon model)). Error bars show standard error of the sensitivity estimates. Dashed error bars indicate the estimated sensitivity by the regression approach is statistically insignificant ($P >$ 0.05). Grey area denoted the area bounded by the estimated climate sensitivity of the residual land sink ± the standard error of the estimated climate sensitivity of the residual land sink. The sensitivity of land $CO_2$ sink interannual variations to interannual variations of temperature (or precipitation) is estimated as the regression coefficient of temperature (or precipitation) in a multiple regression of detrended anomaly of land $CO_2$ sink against detrended anomaly of annual mean temperature and annual precipitation.

### 6.3.3    Global Methane Budget

AR5 is the first IPCC assessment report providing a consistent synthesis of the $CH_4$ budget per decade using multiple atmospheric $CH_4$ inversion models (top-down) and process-based models and inventories (bottom-up). Table 6.8 shows the budgets for the decades of 1980s, 1990s and 2000s. Uncertainties on emissions and sinks are listed using minimum and maximum of each published estimate for each decade. Bottom-up approaches are used to attribute decadal budgets to individual processes emitting $CH_4$ (see Section 6.1.1.2 for a general overview). Top-down inversions provide an atmospheric-based constraint mostly for the total $CH_4$ source per region, and the use of additional observations (e.g., isotopes) allows inferring emissions per source type. Estimates of $CH_4$ sinks in the troposphere by reaction with tropospheric OH, in soils and in the stratosphere are also presented. Despite significant progress since the AR4, large uncertainties remain in the present knowledge of the budget and its evolution over time.

#### 6.3.3.1    Atmospheric Changes

Since the beginning of the Industrial Era, the atmospheric $CH_4$ concentration increased by a factor of 2.5 (from 722 ppb to 1803 ppb in 2011).

$CH_4$ is currently measured by a network of more than 100 surface sites (Blake et al., 1982; Cunnold et al., 2002; Langenfelds et al., 2002; Dlugokencky et al., 2011), aircraft profiles (Brenninkmeijer et al., 2007), satellite (Wecht et al., 2012; Worden et al., 2012) and before 1979 from analyses of firn air and ice cores (see Sections 5.2.2 and Section 6.2, and Figure 6.11). The growth of $CH_4$ in the atmosphere is largely in response to increasing anthropogenic emissions. The vertically averaged atmospheric $CH_4$ concentration field can be mapped by remote sensing from the surface using Fourier Transform Infrared Spectroscopy (FTIR) instruments (Total Carbon Column Observing Network, TCCON, http://www.tccon.caltech.edu/) and from space by several satellite instruments: Atmospheric Infrared Sounder (AIRS, since 2002; http://airs.jpl.nasa.gov), Tropospheric Emission Spectrometer (TES, since 2004; http://tes.jpl.nasa.gov), Infrared Atmospheric Sounder Interferometer (IASI, since 2006; Crévoisier et al., 2009), Scanning Imaging Spectrometer for Atmospheric Cartography (SCIAMACHY, 2003–2012; Frankenberg et al., 2008), and Greenhouse Gases Observing Satellite-Thermal And Near infrared Sensor for carbon Observation Fourier-Transform Spectrometer (GOSAT-TANSO-FTS, since 2009; Morino et al., 2011). As an example, SCIAMACHY shows the column $CH_4$ gradient between the two hemispheres as well as increased concentrations over Southeast Asia, due to emissions from agriculture, wetlands, waste and

6

505

energy production (Frankenberg et al., 2008). *In situ* observations provide very precise measurements (~0.2%) but unevenly located at the surface of the globe. Satellite data offer a global coverage at the cost of a lower precision on individual measurements (~2%) and possible biases (Bergamaschi et al., 2009).

The growth rate of $CH_4$ has declined since the mid-1980s, and a near zero growth rate (quasi-stable concentrations) was observed during 1999–2006, suggesting an approach to steady state where the sum of emissions are in balance with the sum of sinks (Dlugokencky et al., 2003; Khalil et al., 2007; Patra et al., 2011; Figure 6.18). The reasons for this growth rate decline after the mid-1980s are still debated, and results from various studies provide possible scenarios: (1) a reduction of anthropogenic emitting activities such as coal mining, gas industry and/or animal husbandry, especially in the countries of the former Soviet Union (Dlugokencky et al., 2003; Chen and Prinn, 2006; Savolainen et al., 2009; Simpson et al., 2012); (2) a compensation between increasing anthropogenic emissions and decreasing wetland

emissions (Bousquet et al., 2006; Chen and Prinn, 2006); (3) significant (Rigby et al., 2008) to small (Montzka et al., 2011) changes in OH concentrations and/or based on two different $^{13}CH_4$ data sets; (4) reduced emissions from rice paddies attributed to changes in agricultural practices (Kai et al., 2011); or (5) stable microbial and fossil fuel emissions from 1990 to 2005 (Levin et al., 2012).

Since 2007, atmospheric $CH_4$ has been observed to increase again (Rigby et al., 2008; Dlugokencky et al., 2009) with positive anomalies of emissions of 21 $Tg(CH_4)$ $yr^{-1}$ and 18 $Tg(CH_4)$ $yr^{-1}$ estimated by inversions during 2007 and 2008, respectively (Bousquet et al., 2011) as compared to the 1999–2006 period. The increase of emissions in 2007–2008 was dominated by tropical regions (Bousquet et al., 2011), with a major contribution from tropical wetlands and some contribution from high-latitude wetlands during the 2007 anomaly (Dlugokencky et al., 2009; Bousquet et al., 2011). This increase is suggested by the growth rate over latitude in Figure 6.18 (Dlugokencky et al., 2009). The recent increase of $CH_4$ concentration since 2007 is also consistent



**Figure 6.18** | (Top) Globally averaged growth rate of atmospheric $CH_4$ in ppb $yr^{-1}$ determined from the National Oceanic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL) network, representative for the marine boundary layer. (Bottom) Atmospheric growth rate of $CH_4$ as a function of latitude (Masarie and Tans, 1995; Dlugokencky and Tans, 2013b).

BLM_0074015

**Table 6.8 |** Global $CH_4$ budget for the past three decades (in $Tg(CH_4)$ $yr^{-1}$) and present day (2011)[38]. The bottom-up estimates for the decade of 2000–2009 are used in the Executive Summary and in Figure 6.2. T-D stands for Top-Down inversions and B-U for Bottom-Up approaches. Only studies covering at least 5 years of each decade have been used. Reported values correspond to the mean of the cited references and therefore not always equal (max–min)/2; likewise, ranges [in brackets] represent minimum and maximum values of the cited references. The sum of sources and sinks from B-U approaches does not automatically balance the atmospheric changes. For B-U studies, individual source types are also presented. For T-D inversions, the 1980s decade starts in 1984. As some atmospheric inversions did not reference their global sink, balance with the atmosphere and the sum of the sources has been assumed. One biomass burning estimate (Schultz et al., 2007) excludes biofuels (a). Stratospheric loss for B-U is the sum of the loss by OH radicals, a 10 Tg $yr^{-1}$ loss due to O1D radicals (Neef et al., 2010) and a 20 to 35% contribution due to Cl radicals[24] (Allan et al., 2007). Present day budgets[39] adopt a global mean lifetime of 9.14 yr (±10%).

| $Tg(CH_4)$ $yr^{-1}$ | 1980–1989 | | 1990–1999 | | 2000–2009 | |
|---|---|---|---|---|---|---|
| | Top-Down | Bottom-Up | Top-Down | Bottom-Up | Top-Down | Bottom-Up |
| *Natural Sources* | 193 [150–267] | 355 [244–466] | 182 [167–197] | 336 [230–465] | 218 [179–273] | 347 [238–484] |
| Natural wetlands | 157 [115–231][1,2,3] | 225 [183–266][4,5] | 150 [144–160][1,28,29] | 206 [169–265][4,5,27] | 175 [142–208][1,29,33,34,35,36] | 217 [177–284][4,5,27] |
| Other sources | 36 [35–36][1,2] | 130 [61–200] | 32 [23–37][1,28,29] | 130 [61–200] | 43 [37–65][1,29,33,34,35,36] | 130 [61–200] |
| Freshwater (lakes and rivers) | | 40 [8–73][6,7,8] | | 40 [8–73][6,7,8] | | 40 [8–73][6,7,8] |
| Wild animals | | 15 [15–15][9] | | 15 [15–15][9] | | 15 [15–15][9] |
| Wildfires | | 3 [1–5][5,10,11,12,13] | | 3 [1–5][5,10,11,12,13] | | 3 [1–5][5,10,11,12,13] |
| Termites | | 11 [2–22][9,10,14,15,a] | | 11 [2–22][9,10,14,15,a] | | 11 [2–22][9,10,14,15,a] |
| Geological (incl. oceans) | | 54 [33–75][16,16,17] | | 54 [33–75][16,16,17] | | 54 [33–75][16,16,17] |
| Hydrates | | 6 [2–9][5,16,19] | | 6 [2–9][5,16,19] | | 6 [2–9][5,16,19] |
| Permafrost (excl. lakes and wetlands) | | 1 [0–1][1a] | | 1 [0–1][1a] | | 1 [0–1][1a] |
| *Anthropogenic Sources* | 348 [305–383] | 308 [292–323] | 372 [290–453] | 313 [281–347] | 335 [273–409] | 331 [304–368] |
| Agriculture and waste | 208 [187–220][1,2,3] | 185 [172–197][20] | 239 [180–301][1,28,29] | 187 [177–196][20,30,31] | 209 [180–241][1,29,33,34,35,36] | 200 [187–224][20,30,31] |
| Rice | | 45 [41–47][20] | | 35 [32–37][20,27,30,31] | | 36 [33–40][20,27,30,31] |
| Ruminants | | 85 [81–90][20] | | 87 [82–91][20,30,31] | | 89 [87–94][20,30,31] |
| Landfills and waste | | 55 [50–60][20] | | 65 [63–68][20,30,31] | | 75 [67–90][20,30,31] |
| Biomass burning (incl. biofuels) | 46 [43–55][1,2,3] | 34 [31–37][20,21,22a,38] | 38 [26–45][1,28,29] | 42 [38–45][18,20,21,22a,32,38] | 30 [24–45][1,29,33,34,35,36] | 35 [32–39][18,20,21,32,37,38] |
| Fossil fuels | 94 [75–108][1,2,3] | 89 [89–89][28] | 95 [84–107][1,28,29] | 84 [66–96][20,30,31] | 96 [77–123][1,29,33,34,35,36] | 96 [85–105][20,30,31] |
| *Sinks* | | | | | | |
| Total chemical loss | 490 [450–533][1,2,3] | 539 [411–671][23,24,25,26] | 515 [491–554][1,28,29] | 571 [521–621][23,24,25,26] | 518 [510–538][1,29,33,34,35,36] | 604 [483–738][23,24,25,26] |
| Tropospheric OH | | 468 [382–567][26] | | 479 [457–501][26] | | 528 [454–617][75,26] |
| Stratospheric OH | | 46 [16–67][23,25,36] | | 67 [51–83][23,25,36] | | 51 [16–84][23,25,36] |
| Tropospheric Cl | | 25 [13–37][24] | | 25 [13–37][24] | | 25 [13–37][24] |
| *Soils* | 21 [10–27][1,2,3] | 28 [9–47][27,34,36] | 27 [27–27][1] | 28 [9–47][27,34,36] | 32 [26–42][1,33,34,35,36] | 28 [9–47][27,34,36] |
| *Global* | | | | | | |
| Sum of sources | 541 [500–592] | 663 [536–789] | 554 [529–596] | 649 [511–812] | 553 [526–569] | 678 [542–852] |
| Sum of sinks | 511 [460–559] | 567 [420–718] | 542 [518–579] | 599 [530–668] | 550 [514–560] | 632 [592–785] |
| Imbalance (sources minus sinks) | 30 [16–40] | | 12 [7–17] | | 3 [−4–19] | |
| Atmospheric growth rate | 34 | | 17 | | 6 | |

| | |
|---|---|
| **Global top-down (year 2011)** | 2011 (AR5)[38] |
| Burden (Tg $CH_4$) | 4954±10 |
| Atmospheric loss (Tg $CH_4$ $yr^{-1}$) | 542±56 |
| Atmos. increase (Tg $CH_4$ $yr^{-1}$) | 14±3 |
| Total source (Tg $CH_4$ $yr^{-1}$) | 556±56 |
| Anthropogenic source (Tg $CH_4$ $yr^{-1}$) | 354±45 |
| Natural source (Tg $CH_4$ $yr^{-1}$) | 202±35 |

References:
1   Bousquet et al. (2011)
2   Fung et al. (1991)
3   Hein et al. (1997)
4   Hodson et al. (2011)
5   Ringeval et al. (2011)
6   Bastviken et al. (2004)
7   Bastviken et al. (2011)
8   Walter et al. (2007)
9   Denman et al. (2007)
10   EPA (2010)

6

BLM_0074016

Table 6.8 References (continued)

| | | | |
|---|---|---|---|
| [11] Hoelzemann et al. (2004) | [18] Dickens (2003) | [24] Allan et al. (2007) | [31] EPA (2011a) | [38] Andreae and Merlet (2001) |
| [12] Ito and Penner (2004) | [19] Shakhova et al. (2010) | [25] Williams et al. (2012b) | [32] van der Werf (2004) | [39] Prather et al. (2012), updated to |
| [13] van der Werf et al. (2010) | [20] EDGAR4-database (2009) | [26] Voulgarakis et al. (2013) | [33] Bergamaschi et al. (2009) | 2011 (Table 2.1) and used in |
| [14] Sanderson (1996) | [21] Mieville et al. (2010) | [27] Spahni et al. (2011) | [34] Curry (2007) | Chapter 11 projections; |
| [15] Sugimoto et al. (1998) | [22] Schultz et al. (2007) | [28] Chen and Prinn (2006) | [35] Spahni et al. (2011) | uncertainties evaluated as |
| [16] Etiope et al. (2008) | (excluding biofuels) | [29] Pison et al. (2009) | [36] Ito and Inatomi (2012) | 68% confidence intervals, see |
| [17] Rhee et al. (2009) | [23] Neef et al. (2010) | [30] Dentener et al. (2005) | [37] Wiedinmyer et al. (2011) | also Annex II.2.2 and II.4.2. |

with anthropogenic emission inventories, which show more (EDGAR v4.2) or less (EPA, 2011a) rapidly increasing anthropogenic $CH_4$ emissions in the period 2000–2008. This is related to increased energy production in growing Asian economies (EDGAR, edgar.jrc.ec.europa.eu; EPA, http://www.epa.gov/nonco2/econ-inv/international.html). The atmospheric increase has continued after 2009, at a rate of 4 to 5 ppb yr$^{-1}$ (Sussmann et al., 2012).

### 6.3.3.2   Methane Emissions

\The $CH_4$ growth rate results from the balance between emissions and sinks. Methane emissions around the globe are biogenic, thermogenic or pyrogenic in origin (Neef et al., 2010), and they can be the direct result of either human activities and/or natural processes (see Section 6.1.1.2 and Table 6.8). Biogenic sources are due to degradation of organic matter in anaerobic conditions (natural wetlands, ruminants, waste, landfills, rice paddies, fresh waters, termites). Thermogenic sources come from the slow transformation of organic matter into fossil fuels on geological time scales (natural gas, coal, oil). Pyrogenic sources are due to incomplete combustion of organic matter (biomass and biofuel burning). Some sources can eventually combine a biogenic and a thermogenic origin (e.g., natural geological sources such as oceanic seeps, mud volcanoes or hydrates). Each of these three types of emissions is characterized by ranges in its isotopic composition in$^{13}$C-$CH_4$: typically −55 to −70‰ for biogenic, −25 to −45‰ for thermogenic, and −13 to −25‰ for pyrogenic. These isotopic distinctions provide a basis for attempting to separate the relative contribution of different methane sources using the top-down approach (Bousquet et al., 2006; Neef et al., 2010; Monteil et al., 2011).

During the decade of the 2000s, natural sources of $CH_4$ account for 35 to 50% of the decadal mean global emissions (Table 6.8). The single most dominant $CH_4$ source of the global flux and interannual variability is $CH_4$ emissions from wetlands (177 to 284 Tg($CH_4$) yr$^{-1}$). With *high confidence*, climate driven changes of emissions from wetlands are the main drivers of the global inter-annual variability of $CH_4$ emissions. The term 'wetlands' denotes here a variety of ecosystems emitting $CH_4$ in the tropics and the high latitudes: wet soils, swamps, bogs and peatlands. These emissions are highly sensitive to climate change and variability, as shown, for instance, from the high $CH_4$ growth rate in 2007–2008 that coincides with positive precipitation and temperature anomalies (Dlugokencky et al., 2009). Several process-based models of methane emissions from wetlands have been developed and improved since AR4 (Hodson et al., 2011; Ringeval et al., 2011; Spahni et al., 2011; Melton et al., 2013), yet the *confidence* in modeled wetland $CH_4$ emissions remains *low*, particularly because of limited observational data sets available for model calibration and evaluation. Spatial distribution and temporal variability of wetlands also remains highly

unconstrained in spite the existence of some remote sensing products (Papa et al., 2010). It has been observed that wetland $CH_4$ emissions increase in response to elevated atmospheric $CO_2$ concentrations (van Groenigen et al., 2011). van Groenigen et al. attribute such an increase in $CH_4$ emissions from natural wetlands to increasing soil moisture due to the reduced plant demand for water under higher $CO_2$. However, the sign and magnitude of the $CH_4$ emission response to changes in temperature and precipitation vary among models but show, on average, a decrease of wetland area and $CH_4$ flux with increasing temperature, especially in the tropics, and a modest (~4%) increase of wetland area and $CH_4$ flux with increasing precipitation (Melton et al., 2013).

In AR4, natural geological sources were estimated between 4 and 19 Tg($CH_4$) yr$^{-1}$. Since then, Etiope et al. (2008) provided improved emission estimates from terrestrial (13 to 29 Tg($CH_4$) yr$^{-1}$) and marine (~20 Tg($CH_4$) yr$^{-1}$) seepages, mud volcanoes (6 to 9 Tg($CH_4$) yr$^{-1}$), hydrates (5 to 10 Tg($CH_4$) yr$^{-1}$) and geothermal and volcanic areas (3 to 6 Tg($CH_4$) yr$^{-1}$), which represent altogether between 42 and 64 Tg($CH_4$) yr$^{-1}$ (see Table 6.8 for full range of estimates). This contribution from natural, geological and partly fossil $CH_4$ is larger than in AR4 and consistent with a $^{14}CH_4$ reanalysis showing natural and anthropogenic fossil contributions to the global $CH_4$ budget to be around 30% (*medium confidence*) (Lassey et al., 2007) and not around 20% as previously estimated (e.g., AR4). However, such a large percentage was not confirmed by an analysis of the global atmospheric record of ethane (Simpson et al., 2012) which is co-emitted with geological $CH_4$.

Of the natural sources of $CH_4$, emissions from thawing permafrost and $CH_4$ hydrates in the northern circumpolar region will become potentially important in the 21st century because they could increase dramatically due to the rapid climate warming of the Arctic and the large carbon pools stored there (Tarnocai et al., 2009; Walter Anthony et al., 2012) (see Section 6.4.3.4). Hydrates are, however, estimated to represent only a very small emission, between 2 and 9 Tg($CH_4$) yr$^{-1}$ under the current time period (Table 6.8). Supersaturation of dissolved $CH_4$ at the bottom and surface waters in the East Siberian Arctic Shelf indicate some $CH_4$ activity across the region, with a net sea–air flux of 10.5 Tg($CH_4$) yr$^{-1}$ which is similar in magnitude to the flux for the entire ocean (Shakhova et al., 2010) but it is not possible to say whether this source has always been present or is a consequence of recent Arctic changes. The ebullition of $CH_4$ from decomposing, thawing lake sediments in north Siberia with an estimated flux of ~4 Tg($CH_4$) yr$^{-1}$ is another demonstration of the activity of this region and of its potential importance in the future (Walter et al., 2006; van Huissteden et al., 2011). The sum of all natural emission estimates other than wetlands is still very uncertain based on bottom-up studies [see Table 6.8, range of 238 to 484 Tg($CH_4$) yr$^{-1}$ for 2000–2009].

508

Pyrogenic sources of $CH_4$ (biomass burning in Table 6.8) are assessed to have a small contribution in the global flux for the 2000s (32 to 39 $Tg(CH_4)$ $yr^{-1}$). Biomass burning of tropical and boreal forests (17 to 21 $Tg(CH_4)$ $yr^{-1}$) play a much smaller role than wetlands in interannual variability of emissions, except during intensive fire periods (Langenfelds et al., 2002; Simpson et al., 2006). Only during the 1997–1998 record strong El Niño, burning of forests and peatland that took place in Indonesia and Malaysia, released ~12 $Tg(CH_4)$ and contributed to the observed growth rate anomaly (Langenfelds et al., 2002; van der Werf et al., 2004). Other smaller fire $CH_4$ emissions positive anomalies were suggested over the northern mid-latitudes in 2002–2003, in particular over Eastern Siberia in 2003 (van der Werf et al., 2010) and Russia in 2010. Traditional biofuel burning is estimated to be a source of 14 to 17 $Tg(CH_4)$ $yr^{-1}$(Andreae and Merlet, 2001; Yevich and Logan, 2003).

Keppler at al. (2006) reported that plants under aerobic conditions were able to emit $CH_4$, and thus potentially could constitute a large additional emission, which had not been previously considered in the global $CH_4$ budget. Later studies do not support plant emissions as a widespread mechanism (Dueck et al., 2007; Wang et al., 2008; Nisbet et al., 2009) or show small to negligible emissions in the context of the global $CH_4$ budget (Vigano et al., 2008; Nisbet et al., 2009; Bloom et al., 2010). Alternative mechanisms have been suggested to explain an apparent aerobic $CH_4$ production, which involve (1) adsorption and desorption (Kirschbaum and Walcroft, 2008; Nisbet et al., 2009), (2) degradation of organic matter under strong ultraviolet (UV) light (Dueck et al., 2007; Nisbet et al., 2009) and (3) methane in the groundwater emitted through internal air spaces in tree bodies (Terazawa et al., 2007). Overall, a significant emission of $CH_4$ by plants under aerobic conditions is *very unlikely*, and this source is not reported in Table 6.8.

Anthropogenic $CH_4$ sources are estimated to range between 50% and 65% of the global emissions for the 2000s (Table 6.8). They include rice paddies agriculture, ruminant animals, sewage and waste, landfills, and fossil fuel extraction, storage, transformation, transportation and use (coal mining, gas and oil industries). Anthropogenic sources are dominant over natural sources in top-down inversions (~65%) but they are of the same magnitude in bottom-up models and inventories (Table 6.8). Rice paddies emit between 33 to 40 $Tg(CH_4)$ $yr^{-1}$ and 90% of these emissions come from tropical Asia, with more than 50% from China and India (Yan et al., 2009). Ruminant livestock, such as cattle, sheep, goats, etc. produce $CH_4$ by food fermentation in their anoxic rumens with a total estimate of between 87 and 94 $Tg(CH_4)$ $yr^{-1}$. Major regional contributions of this flux come from India, China, Brazil and the USA (EPA, 2006; Olivier and Janssens-Maenhout, 2012), EDGAR v4.2. India, with the world's largest livestock population emitted 11.8 $Tg(CH_4)$ $yr^{-1}$ in 2003, including emission from enteric fermentation (10.7 $Tg(CH_4)$ $yr^{-1}$) and manure management (1.1 $Tg(CH_4)$ $yr^{-1}$; Chhabra et al., 2013). Methanogenesis in landfills, livestock manure and waste waters produces between 67 and 90 $Tg(CH_4)$ $yr^{-1}$ due to anoxic conditions and a high availability of acetate, $CO_2$ and $H_2$. Loss of natural gas (~90% $CH_4$) is the largest contributor to fossil fuel related fugitive emissions, estimated between 85 and 105 $Tg(CH_4)$ $yr^{-1}$ in the USA (EPA, 2006; Olivier and Janssens-Maenhout, 2012), EDGAR v4.2.

### 6.3.3.3   Sinks of Atmospheric Methane

The main sink of atmospheric $CH_4$ is its oxidation by OH radicals, a chemical reaction that takes place mostly in the troposphere and stratosphere (Table 6.8). OH removes each year an amount of $CH_4$ equivalent to 90% of all surface emissions (Table 6.8), that is, 9% of the total burden of $CH_4$ in the atmosphere, which defines a partial atmospheric lifetime with respect to OH of 7 to 11 years for an atmospheric burden of 4800 $Tg(CH_4)$ (4700 to 4900 $TgCH_4$ as computed by Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP) atmospheric chemistry models in Voulgarakis et al. (2013), thus slightly different from Figure 6.2; see Section 8.2.3.3 for ACCMIP models). A recent estimate of the $CH_4$ lifetime is 9.1 ± 0.9 years (Prather et al., 2012). A small sink of atmospheric $CH_4$ is suspected, but still debated, in the marine boundary layer due to a chemical reaction with chlorine (Allan et al., 2007). Another small sink is the reaction of $CH_4$ with Cl radicals and O(1D) in the stratosphere (Shallcross et al., 2007; Neef et al., 2010). Finally, oxidation in upland soils (with oxygen) by methanotrophic bacterias removes about 9 to 47 $Tg(CH_4)$ $yr^{-1}$ (Curry, 2007; Dutaur and Verchot, 2007; Spahni et al., 2011; Ito and Inatomi, 2012).

There have been a number of published estimates of global OH concentrations and variations over the past decade (Prinn et al., 2001; Dentener et al., 2003; Bousquet et al., 2005; Prinn et al., 2005; Rigby et al., 2008; Montzka et al., 2011). The very short lifetime of OH makes it almost impossible to measure directly global OH concentrations in the atmosphere. Chemistry transport models (CTMs), chemistry climate models (CCMs) or proxy methods have to be used to obtain a global mean value and time variations. For the 2000s, CTMs and CCMs (Young et al., 2013) estimate a global chemical loss of methane due to OH of 604 $Tg(CH_4)$ $yr^{-1}$ (509 to 764 $Tg(CH_4)$ $yr^{-1}$). This loss is larger, albeit compatible considering the large uncertainties, with a recent extensive analysis by Prather et al. (2012) inferring a global chemical loss of 554 ± 56 $Tg(CH_4)$ $yr^{-1}$. Top-down inversions using methyl-chloroform (MCF) measurements to infer OH provide a smaller chemical loss of 518 $Tg(CH_4)$ $yr^{-1}$ with a more narrow range of 510 to 538 $Tg(CH_4)$ $yr^{-1}$ in the 2000s. However, inversion estimates probably do not account for all sources of uncertainties (Prather et al., 2012).

CCMs and CTMs simulate small interannual variations of OH radicals, typically of 1 to 3% (standard deviation over a decade) due to a high buffering of this radical by atmospheric photochemical variations (Voulgarakis et al., 2013; Young et al., 2013). Atmospheric inversions show much larger variations for the 1980s and the 1990s (5 to 10%), because of their oversensitivity to uncertainties on MCF emissions, when measurements of this tracer are used to reconstruct OH (Montzka et al., 2011), although reduced variations are inferred after 1998 by Prinn et al. (2005). For the 2000s, the reduction of MCF in the atmosphere, due to the Montreal protocol (1987) and its further amendments, allows a consistent estimate of small OH variations between atmospheric inversions (<±5%) and CCMs/CTMs (<±3%). However, the very low atmospheric values reached by MCF (few ppt in 2010) impose the need to find another tracer to reconstruct global OH in the upcoming years. Finally, evidence for the role of changes in OH concentrations in explaining the increase in atmospheric methane since 2007 is variable, ranging from a significant contribution (Rigby ppt et al., 2008) to only a small role (Bousquet et al., 2011).

**6**

BLM_0074018

### 6.3.3.4    Global Methane Budget for the 2000s

Based on the inversion of atmospheric measurements of $CH_4$ from surface stations, global $CH_4$ emissions for the 2000s are of 553 Tg($CH_4$) $yr^{-1}$, with a range of 526 to 569 Tg($CH_4$) $yr^{-1}$ (Table 6.8). The total loss of atmospheric methane is of 550 Tg($CH_4$) $yr^{-1}$ with a range of 514 to 560 Tg($CH_4$) $yr^{-1}$, determining a small imbalance of about 3 Tg($CH_4$) $yr^{-1}$, in line with the small growth rate of 6 Tg($CH_4$) $yr^{-1}$ observed for the 2000s.

Based on bottom-up models and inventories, a larger global $CH_4$ emissions of 678 Tg($CH_4$)$yr^{-1}$ are found, mostly because of the still debated upward re-evaluation of geological (Etiope et al., 2008) and freshwater (Walter et al., 2007; Bastviken et al., 2011) emission sources. An averaged total loss of 632 Tg($CH_4$) $yr^{-1}$ is found, by an ensemble of Atmospheric Chemistry models (Lamarque et al., 2013) leading to an imbalance of about 45 Tg($CH_4$) $yr^{-1}$ during the 2000s, as compared to the observed mean growth rate of 6 Tg($CH_4$) $yr^{-1}$(Table 6.8; Dlugokencky et al., 2011). There is no constraint that applies to the sum of emissions in the bottom-up approach, unlike for top-down inversions when these have constrained OH fields (e.g., from MCF). Therefore, top-down inversions can help constrain global $CH_4$ emissions in the global budget, although they do not resolve the same level of detail in the mix of sources than the bottom-up approaches, and thus provide more limited information about processes (Table 6.8).

### 6.3.4    Global Nitrogen Budgets and Global Nitrous Oxide Budget in the 1990s

The atmospheric abundance of $N_2O$ has been increasing mainly as a result of agricultural intensification to meet the food demand for a growing human population. Use of synthetic fertiliser (primarily from the Haber–Bosch process) and manure applications increase the production of $N_2O$ in soils and sediments, via nitrification and denitrification pathways, leading to increased $N_2O$ emissions to the atmosphere. Increased emissions occur not only in agricultural fields, but also in aquatic systems after nitrogen leaching and runoff, and in natural soils and ocean surface waters as a result of atmospheric deposition of nitrogen originating from agriculture, fossil fuel combustion and industrial activities. Food production is *likely* responsible for 80% of the increase in atmospheric $N_2O$ (Kroeze et al., 1999; Davidson, 2009; Williams and Crutzen, 2010; Syakila and Kroeze, 2011; Zaehle et al., 2011; Park et al., 2012), via the addition of nitrogen fertilisers. Global emissions of $N_2O$ are difficult to estimate owing to heterogeneity in space and time. Table 6.9 presents global emissions based on upscaling of local flux measurements at the surface. Modelling of the atmospheric lifetime of $N_2O$ and atmospheric inversions constrain global and regional $N_2O$ budgets (Hirsch et al., 2006; Huang et al., 2008; Rhee et al., 2009; Prather et al., 2012), although there is uncertainty in these estimates because of uncertainty in the dominant loss term of $N_2O$, that is, the destruction of $N_2O$ by photolysis and reaction with O(1D) in the stratosphere. The long atmospheric lifetime of $N_2O$ (118 to 131 years, Volk et al., 1997; Hsu and Prather, 2010; Fleming et al., 2011; see Chapter 8) implies that it will take more than a century before atmospheric abundances stabilise after the stabilization of global emissions. This is of concern not only because of its contribution to the radiative forcing (see Glossary), but also because of the relative importance of $N_2O$ and other GHGs in affecting the ozone layer (Ravishankara et al., 2009; Fleming et al., 2011).

510

Since AR4 (Table 6.9 for the 1990s), a number of studies allow us to update some of the $N_2O$ emission estimates. First and most importantly, the IPCC Guidelines were revised in 2006 (De Klein et al., 2007) and in particular emission factors for estimating agricultural $N_2O$ emissions. Applying these 2006 emission factors to global agricultural statistics results in higher direct emissions from agriculture (from fertilised soils and animal production) than in AR4, but into indirect emissions (associated with leaching and runoff of Nr resulting in $N_2O$ emissions from groundwater, riparian zones and surface waters) that are considerably lower than reported in AR4 (Table 6.9). It should be noted that emissions of $N_2O$ show large uncertainties when default emission factors are applied at the global scale (Crutzen et al., 2008; Davidson, 2009; Smith et al., 2012). Second, estimates of the anthropogenic source of $N_2O$ from the open ocean have been made for the first time. These emissions result from atmospheric deposition of anthropogenic Nr (nitrogen oxides and ammonia/ammonium) (Duce et al., 2008; Suntharalingam et al., 2012). This anthropogenic ocean $N_2O$ source was implicitly included as part of the natural ocean $N_2O$ source in AR4, but is now given as a separate anthropogenic source of 0.2 (0.1 to 0.4) TgN $yr^{-1}$ in Table 6.9. Finally, a first estimate of global $N_2O$ uptake at the surface is now available (Syakila et al., 2010; Syakila and Kroeze, 2011), based on reviews of measurements of $N_2O$ uptake in soils and sediments (Chapuis-Lardy et al., 2007; Kroeze et al., 2007). The uncertainty in this sink of $N_2O$ is large. On the global scale, this surface sink is negligible, but at the local scale it may not be irrelevant.

### 6.3.4.1    Atmosphere Nitrous Oxide Burden and Growth Rate

The concentration of $N_2O$ is currently 20% higher than pre-industrial levels (Figure 6.11; MacFarling-Meure et al., 2006). Figure 6.19 shows the annual growth rate of atmospheric $N_2O$ estimated from direct measurements (National Oceanic and Atmospheric Administration – Global Monitoring Division (NOAA–GMD) network of surface stations). On decadal time scales, the concentration of $N_2O$ has been increasing at a rate of 0.73 ± 0.03 ppb $yr^{-1}$. The interannual variability in mid- to high-latitude $N_2O$ abundance in both the NH and SH was found to correlate with the strength of the stratospheric Brewer–Dobson circulation (Nevison et al., 2011). Variability in stratosphere to troposphere air mass exchange, coupled with the stratospheric $N_2O$ sink is *likely* to be responsible for a fraction of the interannual variability in tropospheric $N_2O$, but the understanding of this process is poor (Huang et al., 2008). This removal process signal is obscured in the SH by the timing of oceanic thermal and biological ventilation signals (Nevison et al., 2011) and terrestrial sources (Ishijima et al., 2009). These two factors may thus also be important determinants of seasonal and interannual variability of $N_2O$ in the atmosphere. Quantitative understanding of terrestrial $N_2O$ emissions variability is poor, although emissions are known to be sensitive to soil water content (Ishijima et al., 2009). A first process model-based estimate suggests that the mainly climate-driven variability in the terrestrial source may account for only 0.07 ppb $yr^{-1}$ variability in atmospheric $N_2O$ growth rate, which would be difficult to detect in the observed growth rate (Zaehle et al., 2011).

Most $N_2O$ is produced by biological (microbial) processes such as nitrification and denitrification in terrestrial and aquatic systems, including rivers, estuaries, coastal seas and the open ocean (Table 6.9; Freing et al., 2012). In general, more $N_2O$ is formed when more reactive nitrogen

6

is available. The production of $N_2O$ shows large spatial and temporal variability. Emission estimates for tropical regions and for aquatic systems are relatively uncertain. Inverse modelling studies show that the errors in emissions are large, especially in (sub)-tropical regions (e.g., Hirsch et al., 2006; Huang et al., 2008). Emissions from rivers, estuaries and continental shelves have been the subject of debate for many years (Seitzinger and Kroeze, 1998; De Klein et al., 2007). Recent studies confirm that rivers can be important sources of $N_2O$, which could be a reason to reconsider recent estimates of aquatic $N_2O$ emissions (Beaulieu et al., 2011; Rosamond et al., 2012).

Table 6.9 does not include the formation of atmospheric $N_2O$ from abiotic decomposition of ammonium nitrate in the presence of light, appropriate relative humidity and a surface. This process recently has been proposed as a potentially important source of $N_2O$ (Rubasinghege et al., 2011); however, a global estimate does not yet exist. Table 6.9 indicates that the global $N_2O$ emissions in the mid-1990s amount to 17.5 (8.1 to 30.7) TgN ($N_2O$) $yr^{-1}$. The uncertainty range is consistent with that of atmospheric inversions studies (14.1 to 17.8) by Huang et al. (2008). The estimates of anthropogenic $N_2O$ emissions of Table 6.9 are in line with the top-down estimates by Prather et al. (2012) of 6.5 ± 1.3 TgN ($N_2O$) $yr^{-1}$, and somewhat higher than their estimates for

**Table 6.9 |** Section 1 gives the global nitrogen budget (TgN $yr^{-1}$): (a) creation of reactive nitrogen, (b) emissions of $NO_x$, $NH_3$ in 2000s to atmosphere, (c) deposition of nitrogen to continents and oceans, (d) discharge of total nitrogen to coastal ocean and (e) conversion of Nr to $N_2$ by denitrification. Section 2 gives the $N_2O$ budget for the year 2006, and for the 1990s compared to AR4. Unit: Tg($N_2O$-N) $yr^{-1}$.

| SECTION 1 ($NO_y$ and $NH_x$) | | | |
|---|---|---|---|
| **a. Conversion of $N_2$ to Nr** | **2005** | **2005** | **References** |
| **Anthropogenic sources** | | | |
| Fossil fuel combustion | 30 (27–33) | | Fowler et al. (2013) |
| Haber–Bosch process | | | |
|   Fertiliser | 100 (95–100) | | Galloway et al. (2008), Fowler et al. (2013) |
|   Industrial feedstock | 24 (22–26) | | Galloway et al. (2008), Fowler et al. (2013) |
| Biological nitrogen fixation (BNF) | 60 (50–70) | | Herridge et al. (2008) |
| **Anthropogenic total** | **210** | | |
| **Natural sources** | | | |
| BNF, terrestrial | 58 (50–100) | | Vitousek et al. (2013) |
| BNF, marine | 160 (140–177) | | Voss et al. (2013), Codispoti (2007) |
| Lightning | 4 (3–5) | | AR4 |
| **Natural total** | **220** | | |
| **Total conversion of $N_2$ to reactive N** | **440** | | |
| **b. Emissions to Atmosphere** | | | |
| | **$NO_x$** | **$NH_3$** | |
| Fossil fuel combustion industrial processes | 28.3 | 0.5 | Dentener et al. (2006) |
| Agriculture | 3.7 | 30.4 | Dentener et al. (2006) |
| Biomass and biofuel burning | 5.5 | 9.2 | Dentener et al. (2006) |
| **Anthropogenic total** | **37.5** | **40.1** | |
| **Natural sources** | | | |
| Soils under natural vegetation | 7.3 (5–8) | 2.4 (1–10) | AR4 |
| Oceans | — | 8.2 (3.6) | AR4 |
| Lightning | 4 (3–5) | — | AR4 |
| **Natural total** | **11.3** | **10.6** | AR4 |
| **Total sources** | **48.8** | **50.7** | |
| **c. Deposition from the Atmosphere** | | | |
| | **$NO_y$** | **$NH_x$** | |
| Continents | 27.1 | 36.1 | Lamarque et al. (2010) |
| Oceans | 19.8 | 17.0 | Lamarque et al. (2010) |
| **Total** | **46.9** | **53.1** | |
| **d. Discharge to Coastal Ocean** | | | |
| Surface water N flux | 45 | | Mayorga et al. (2010), Seitzinger et al. (2010) |
| **e. Conversion of Nr to $N_2$ by Denitrification** | | | |
| Continents | 109 (101–118) | | Bouwman et al. (2013) |

(continued on next page)

6

BLM_0074020

Table 6.9 (continued)

| SECTION 2 ($N_2O$) | | | |
|---|---|---|---|
| | AR5 (2006/2011) | AR5 (mid-1990s) | AR4 (1990s) |
| **Anthropogenic sources** | | | |
| Fossil fuel combustion and industrial processes | 0.7 (0.2–1.8)[a] | 0.7 (0.2–1.8)[a] | 0.7 (0.2–1.8) |
| Agriculture | 4.1 (1.7–4.8)[b] | 3.7 (1.7–4.8)[b] | 2.8(1.7–4.8) |
| Biomass and biofuel burning | 0.7(0.2–1.0)[a] | 0.7(0.2–1.0)[a] | 0.7(0.2–1.0) |
| Human excreta | 0.2 (0.1–0.3)[a] | 0.2 (0.1–0.3)[a] | 0.2 (0.1–0.3) |
| Rivers, estuaries, coastal zones | 0.6 (0.1–2.9)[c] | 0.6 (0.1–2.9)[c] | 1.7(0.5–2.9) |
| Atmospheric deposition on land | 0.4 (0.3–0.9)[d] | 0.4 (0.3–0.9)[d] | 0.6 (0.3–0.9) |
| Atmospheric deposition on ocean | 0.2 (0.1–0.4)[e] | 0.2 (0.1–0.4)[e] | — |
| Surface sink | −0.01 (0– −1)[f] | −0.01 (0– −1)[f] | — |
| **Total anthropogenic sources** | **6.9 (2.7–11.1)** | **6.5 (2.7–11.1)** | **6.7 (2.7–11.1)** |
| *Natural sources[a]* | | | |
| Soils under natural vegetation | 6.6 (3.3–9.0) | 6.6 (3.3–9.0) | 6.6 (3.3–9.0) |
| Oceans | 3.8(1.8–9.4) | 3.8(1.8–9.4) | 3.8(1.8–5.8) |
| Lightning | — | — | — |
| Atmospheric chemistry | 0.6 (0.3–1.2) | 0.6 (0.3–1.2) | 0.6 (0.3–1.2) |
| **Total natural sources** | **11.0 (5.4–19.6)** | **11.0 (5.4–19.6)** | **11.0 (5.4–19.6)** |
| *Total natural + anthropogenic sources* | *17.9 (8.1–30.7)* | *17.5 (8.1–30.7)* | *17.7 (8.5–27.7)* |
| *Stratospheric sink* | *14.3 (4.3–27.2)[g]* | | |
| *Observed growth rate* | *3.61 (3.5–3.8)[h]* | | |
| Global top-down (year 2011)[i] | | | |
| **Burden (Tg N)** | 1553 | | |
| **Atmospheric Loss** | 11.9±0.9 | | |
| **Atmospheric Increase** | 4.0±0.5 | | |
| **Total Source** | 15.8±1.0 | | |
| **Natural Source** | 9.1±1.0 | | |
| **Anthropogenic Source** | 6.7±1.3 | | |

Notes:

a   All units for $N_2O$ fluxes are in TgN ($N_2O$) $yr^{-1}$ as in AR4 (not based on 2006 IPCC Guidelines). Lower end of range in the natural ocean from Rhee et al. (2009); higher end of the range from Bianchi et al. (2012) and Olivier and Janssens-Maenhout (2012); natural soils in line with Stocker et al. (2013).

b   Direct soil emissions and emissions from animal production; calculated following 2006 IPCC Guidelines (Syakila and Kroeze, 2011); range from AR4 (Olivier and Janssens-Maenhout, 2012).

c   Following 2006 IPCC Guidelines (Kroeze et al., 2010; Syakila and Kroeze, 2011). Higher end of range from AR4; lower end of range from 1996 IPCC Guidelines (Mosier et al., 1998). Note that a recent study indicates that emissions from rivers may be underestimated in the IPCC assessments (Beaulieu et al., 2011).

d   Following 2006 IPCC Guidelines (Syakila and Kroeze, 2011).

e   Suntharalingam et al. (2012).

f   Syakila et al. (2010).

g   The stratospheric sink regroups losses via photolysis and reaction with O(1D) that account for 90% and 10% of the sink, respectively (Minschwaner et al., 1993). The global magnitude of the stratospheric sink was adjusted in order to be equal to the difference between the total sources and the observed growth rate. This value falls within literature estimates (Volk et al., 1997).

h   Data from Sections 6.1 and 6.3 (see Figure 6.4c). The range on the observed growth rate in this table is given by the 90% confidence interval of Figure 6.4c.

i   Based on Prather et al. (2012), updated to 2011 (Table 2.1) and used in Chapter 11 projections; uncertainties evaluated as 68% confidence intervals, $N_2O$ budget reduced based on recently published longer lifetimes of 131±10 yrs, see Annex II.2.3 and II.4.3.

**6**

natural (9.1 ± 1.3 TgN ($N_2O$) $yr^{-1}$) and total (15.7 ± 1.1 TgN ($N_2O$) $yr^{-1}$) emissions. Anthropogenic emissions have steadily increased over the last two decades and were 6.9 (2.7 to 11.1) TgN ($N_2O$) $yr^{-1}$ in 2006, or 6% higher than the value in mid-1990s (Davidson, 2009; Zaehle et al., 2011) (see also Figure 6.4c). Overall, anthropogenic $N_2O$ emissions are now a factor of 8 greater than their estimated level in 1900. These trends are consistent with observed increases in atmospheric $N_2O$ (Syakila et al., 2010). Human activities strongly influence the source of $N_2O$, as nitrogen fertiliser used in agriculture is now the main source of nitrogen for nitrification and denitrification (Opdyke et al., 2009). Nitrogen stable isotope ratios confirm that fertilised soils are primar-

ily responsible for the historic increase in $N_2O$ (Röckmann and Levin, 2005; Sutka et al., 2006; Park et al., 2012).

### 6.3.4.2   Sensitivity of Nitrous Oxide Fluxes to Climate and Elevated Carbon Dioxide

Previous studies suggested a considerable positive feedback between $N_2O$ and climate (Khalil and Rasmussen, 1989) supported by observed glacial–interglacial increases of ~70 ppb in atmospheric $N_2O$ (Flückiger et al., 1999). Climate change influences marine and terrestrial $N_2O$ sources, but their individual contribution and even the sign of their

BLM_0074021

response to long-term climate variations are difficult to estimate (see Section 6.2). Simulations by terrestrial biosphere models suggest a moderate increase of global $N_2O$ emissions with recent climate changes, related mainly to changes in land temperature (Zaehle and Dalmonech, 2011; Xu-Ri et al., 2012), thus suggesting a possible positive feedback to the climate system. Nonetheless, the recent change in atmospheric $N_2O$ is largely dominated to anthropogenic reactive nitrogen (Nr) and industrial emissions (Holland et al., 2005; Davidson, 2009; Zaehle and Dalmonech, 2011). Stocker et al. (2013) have found, using a global coupled model of climate and biogeochemical cycles, that future climate change will amplify terrestrial $N_2O$ emissions resulting from anthropogenic Nr additions, consistent with empirical understanding (Butterbach-Bahl and Dannenmann, 2011). This result suggests that the use of constant emission factors might underestimate future $N_2O$ emission trajectories. Significant uncertainty remains in the $N_2O$–climate feedback from land ecosystems, given the poorly known response of emission processes to the changes in seasonal and

frequency distribution of precipitation, and also because agricultural emissions themselves may also be sensitive to climate.

$N_2O$ production will be affected by climate change through the effects on the microbial nitrification and denitrification processes (Barnard et al., 2005; Singh et al., 2010; Butterbach-Bahl and Dannenmann, 2011). Warming experiments tend to show enhanced $N_2O$ emission (Lohila et al., 2010; Brown et al., 2011; Chantarel et al., 2011; Larsen et al., 2011). Elevated $CO_2$ predominantly increases $N_2O$ emissions(van Groenigen et al., 2011); however, reductions have also been observed (Billings et al., 2002; Mosier et al., 2002), induced by changes in soil moisture, plant productivity and nitrogen uptake, as well as activity and composition of soil microbial and fungal communities (Barnard et al., 2005; Singh et al., 2010). The effect of interacting climate and atmospheric $CO_2$ change modulates and potentially dampens the individual responses to each driver (Brown et al., 2011). A terrestrial biosphere model that integrates the interacting effects of temperature, moisture and $CO_2$



**Figure 6.19 |** (Top) Globally averaged growth rate of atmospheric $N_2O$ in ppb yr$^{-1}$ representative for the marine boundary layer. (Bottom) Atmospheric growth rate of $N_2O$ as a function of latitude. Sufficient observations are available only since the year 2002. Observations from the National Oceanic and Atmospheric Administration–Earth System Research Laboratory (NOAA–ESRL) network (Masarie and Tans, 1995; Dlugokencky and Tans, 2013b).

BLM_0074022

changes is capable of qualitatively reproducing the observed sensitivities to these factors and their combinations (Xu-Ri et al., 2012). Thawing permafrost soils under particular hydrological settings may liberate reactive nitrogen and turn into significant sources of $N_2O$; however, the global significance of this source is not established (Elberling et al., 2010).

#### 6.3.4.3   Global Nitrogen Budget

For base year 2010, anthropogenic activities created ~210 (190 to 230) TgN of reactive nitrogen Nr from $N_2$. This human-caused creation of reactive nitrogen in 2010 is at least 2 times larger than the rate of natural terrestrial creation of ~58 TgN (50 to 100 TgN yr$^{-1}$) (Table 6.9, Section 1a). Note that the estimate of natural terrestrial biological fixation (58 TgN yr$^{-1}$) is lower than former estimates (100 TgN yr$^{-1}$, Galloway et al., 2004), but the ranges overlap, 50 to 100 TgN yr$^{-1}$, vs. 90 to 120 TgN yr$^{-1}$, respectively). Of this created reactive nitrogen, $NO_x$ and $NH_3$ emissions from anthropogenic sources are about fourfold greater than natural emissions (Table 6.9, Section 1b). A greater portion of the $NH_3$ emissions is deposited to the continents rather than to the oceans, relative to the deposition of $NO_x$, due to the longer atmospheric residence time of the latter. These deposition estimates are lower limits, as they do not include organic nitrogen species. New model and measurement information (Kanakidou et al., 2012) suggests that incomplete inclusion of emissions and atmospheric chemistry of reduced and oxidized organic nitrogen components in current models may lead to systematic underestimates of total global reactive nitrogen deposition by up to 35% (Table 6.9, Section 1c). Discharge of reactive nitrogen to the coastal oceans is ~45 TgN yr$^{-1}$ (Table 6.9, Section 1d). Denitrification converts Nr back to atmospheric $N_2$. The current estimate for the production of atmospheric $N_2$ is 110 TgN yr$^{-1}$ (Bouwman et al., 2013). Thus of the ~280 TgN yr$^{-1}$ of Nr from anthropogenic and natural sources, ~40% gets converted to $N_2$ each year. The remaining 60% is stored in terrestrial ecosystems, transported by rivers and by atmospheric transport and deposition to the ocean, or emitted as $N_2O$ (a small fraction of total Nr only despite the important forcing of increasing $N_2O$ emissions for climate change). For the oceans, denitrification producing atmospheric $N_2$ is 200 to 400 TgN yr$^{-1}$, which is larger than the current uptake of atmospheric $N_2$ by ocean biological fixation of 140 to 177 TgN yr$^{-1}$ (Table 6.9 Section 1e; Figure 6.4a).

## 6.4   Projections of Future Carbon and Other Biogeochemical Cycles

### 6.4.1   Introduction

In this section, we assess coupled model projections of changes in the evolution of $CO_2$, $CH_4$ and $N_2O$ fluxes, and hence the role of carbon and other biogeochemical cycles in future climate under socioeconomic emission scenarios (see Box 6.4). AR4 reported how climate change can affect the natural carbon cycle in a way that could feed back onto climate itself. A comparison of 11 coupled climate–carbon cycle models of different complexity (Coupled Carbon Cycle Climate–Model Intercomparison Project (C4MIP); Friedlingstein et al., 2006) showed that all 11 models simulated a positive feedback. There is substantial quantitative uncertainty in future $CO_2$ and temperature, both across

coupled carbon–climate models (Friedlingstein et al., 2006; Plattner et al., 2008) and within each model parametrizations (Falloon et al., 2011; Booth et al., 2012; Higgins and Harte, 2012). This uncertainty on the coupling between carbon cycle and climate is of comparable magnitude to the uncertainty caused by physical climate processes discussed in Chapter 12 of this Report (Denman et al., 2007; Gregory et al., 2009; Huntingford et al., 2009).

Other biogeochemical cycles and feedbacks play an important role in the future of the climate system, although the carbon cycle represents the strongest of these. Natural $CH_4$ emissions from wetland and fires are sensitive to climate change (Sections 6.2, 6.4.7 and 6.3.3.2). The fertilising effects of nitrogen deposition and rising $CO_2$ also affect $CH_4$ emissions by wetlands through increased plant productivity (Stocker et al., 2013). Changes in the nitrogen cycle, in addition to interactions with $CO_2$ sources and sinks, are *very likely* to affect the emissions of $N_2O$ both on land and from the ocean (Sections 6.3.4.2 and 6.4.6) and potentially on the rate of $CH_4$ oxidation (Gärdenäs et al., 2011). A recent review highlighted the complexity of terrestrial biogeochemical feedbacks on climate change (Arneth et al., 2010) and used the methodology of Gregory et al. (2009) to express their magnitude in common units of W m$^{-2}$ °C$^{-1}$ (Figure 6.20). A similar degree of complexity exists in the ocean and in interactions between land, atmosphere and ocean cycles. Many of these processes are not yet represented in coupled climate–biogeochemistry models. Leuzinger et al. (2011) observed a trend from manipulation experiments for higher-order interactions between feedbacks to reduce the magnitude of response. *Confidence* in the magnitude, and sometimes even the sign, of many of these feedbacks between climate and carbon and other biogeochemical cycles is *low*.

The response of land and ocean carbon storage to changes in climate, atmospheric $CO_2$ and other anthropogenic activities (e.g., land use change; Table 6.2) varies strongly on different time scales. This chapter has assessed carbon cycle changes across many time scales from millennial (see Section 6.2) to interannual and seasonal (see Section 6.3), and these are summarized in Table 6.10. A common result is that an increase in atmospheric $CO_2$ will *always* lead to an *increase* in land and ocean carbon storage, all other things being held constant. Cox et al. (2013) find an empirical relationship between short-term interannual variability and long-term land tropical carbon cycle sensitivity that may offer an observational constraint on the climate–carbon cycle response over the next century. Generally, however, changes in climate on different time scales do not lead to a consistent sign and magnitude of the response in carbon storage owing to the many different mechanisms that operate. Thus, changes in carbon cycling on one time scale cannot be extrapolated to make projections on different time scales, but can provide valuable information on the processes at work and can be used to evaluate and improve models.

### 6.4.2   Carbon Cycle Feedbacks in Climate Modelling Intercomparison Project Phase 5 Models

#### 6.4.2.1   Global Analysis

The carbon cycle response to future climate and $CO_2$ changes can be viewed as two strong and opposing feedbacks (Gregory et al., 2009).

BLM_0074023

The climate–carbon response ($\gamma$) determines changes in carbon storage due to changes in climate, and the concentration–carbon response ($\beta$) determines changes in storage due to elevated $CO_2$. Climate–carbon cycle feedback responses have been analyzed for eight CMIP5 ESMs that performed idealised simulations involving atmospheric $CO_2$ increasing at a prescribed rate of 1% yr$^{-1}$ (Arora et al., 2013; Box 6.4). There is *high confidence* that increased atmospheric $CO_2$ will lead to increased land and ocean carbon uptake but by an uncertain amount. Models agree on the sign of land and ocean response to rising $CO_2$ but show only medium and low agreement on the magnitude of ocean and land carbon uptake respectively (Figure 6.21). Future climate change will decrease land and ocean carbon uptake compared to the case with constant climate (*medium confidence*). Models agree on the sign, globally, of land and ocean response to climate change but show low agreement on the magnitude of this response, especially for the land.

Land and ocean carbon uptake may differ in sign between different regions and between models (Section 6.4.2.3). Inclusion of nitrogen cycle processes in two of the land carbon cycle model components out of these eight reduces the magnitude of the sensitivity to both $CO_2$ and climate (Section 6.4.6.3) and increases the spread across the CMIP5 ensemble. The CMIP5 spread in ocean sensitivity to $CO_2$ and climate appears reduced compared with C4MIP.

The role of the idealised experiment presented here is to study model processes and understand what causes the differences between models. Arora et al. (2013) assessed the global carbon budget from these idealised simulations and found that the $CO_2$ contribution to changes in land and ocean carbon storage is typically four to five times larger than the sensitivity to climate across the CMIP5 ESMs. The land carbon-climate response ($\gamma$) is larger than the ocean carbon–climate



**Figure 6.20 |** A synthesis of the magnitude of biogeochemical feedbacks on climate. Gregory et al. (2009) proposed a framework for expressing non-climate feedbacks in common units (W m$^{-2}$ °C$^{-1}$) with physical feedbacks, and Arneth et al. (2010) extended this beyond carbon cycle feedbacks to other terrestrial biogeochemical feedbacks. The figure shows the results compiled by Arneth et al. (2010), with ocean carbon feedbacks from the C4MIP coupled climate–carbon models used for AR4 also added. Some further biogeochemical feedbacks are also shown but this list is not exhaustive. Black dots represent single estimates, and coloured bars denote the simple mean of the dots with no weighting or assessment being made to likelihood of any single estimate. There is *low confidence* in the magnitude of the feedbacks in the lower portion of the figure, especially for those with few, or only one, dot. The role of nitrogen limitation on terrestrial carbon sinks is also shown—this is not a separate feedback, but rather a modulation to the climate–carbon and concentration–carbon feedbacks. These feedback metrics are also to be state or scenario dependent and so cannot always be compared like-for-like (see Section 6.4.2.2). Results have been compiled from (a) Arneth et al. (2010), (b) Friedlingstein et al. (2006), (c) Hadley Centre Global Environmental Model 2-Earth System (HadGEM2-ES, Collins et al., 2011) simulations, (d) Burke et al. (2013), (e) von Deimling et al. (2012), (f) Stocker et al. (2013), (g) Stevenson et al. (2006). Note the different x-axis scale for the lower portion of the figure.

BLM_0074024

**Box 6.4 |  Climate–Carbon Cycle Models and Experimental Design**

**What are coupled climate–carbon cycle models and why do we need them?**

Atmosphere–Ocean General Circulation Models (AOGCMs; see Glossary) have long been used for making climate projections, and have formed the core of previous IPCC climate projection chapters (e.g., Meehl et al. (2007); see also Chapters 1, 9 and 12). For the 5th Coupled Model Intercomparison Project (CMIP5), many models now have an interactive carbon cycle. What exactly does this mean, how do they work and how does their use differ from previous climate models? AOGCMs typically represent the physical behaviour of the atmosphere and oceans but atmospheric composition, such as the amount of $CO_2$ in the atmosphere, is prescribed as an input to the model. This approach neglects the fact that changes in climate might affect the natural biogeochemical cycles, which control atmospheric composition, and so there is a need to represent these processes in climate projections.

At the core of coupled climate–carbon cycle models is the physical climate model, but additional components of land and ocean biogeochemistry respond to the changes in the climate conditions to influence in return the atmospheric $CO_2$ concentration. Input to the models comes in the form of anthropogenic $CO_2$ emissions, which can increase the $CO_2$ and then the natural carbon cycle exchanges $CO_2$ between the atmosphere and land and ocean components. These 'climate–carbon cycle models' ('Earth System Models', ESMs; see Glossary) provide a predictive link between fossil fuel $CO_2$ emissions and future $CO_2$ concentrations and climate and are an important part of the CMIP5 experimental design (Hibbard et al., 2007; Taylor et al., 2012).

Apart from Earth System GCMs, so-called Earth System Models of Intermediate Complexity (EMICs) are often used to perform similar experiments (Claussen et al., 2002; Plattner et al., 2008). EMICs have reduced resolution or complexity but run much more quickly and can be used for longer experiments or large ensembles.

**How are these models used?**

The capability of ESMs to simulate carbon cycle processes and feedbacks, and in some models other biogeochemical cycles, allows for a greater range of quantities to be simulated such as changes in natural carbon stores, fluxes or ecosystem functioning. There may also be applications where it is desirable for a user to predefine the pathway of atmospheric $CO_2$ and prescribe it as a forcing to the ESMs. Thus, numerical simulations with ESM models can be either 'concentration driven' or 'emissions driven'.

*Concentration-driven* simulations follow the 'traditional' approach of prescribing the time-evolution of atmospheric $CO_2$ as an input to the model. This is shown schematically in Box 6.4 Figure 1 (left-hand side). Atmospheric $CO_2$ concentration is prescribed as input to the model from a given scenario and follows a predefined pathway regardless of changes in the climate or natural carbon cycle processes. The processes between the horizontal dashed lines in the figure represent the model components which are calculated during the concentration-driven simulation. Externally prescribed changes in atmospheric $CO_2$ concentration, which drive climate change, affect land and ocean carbon storage. By construction, changes in land and ocean storage, however, do not feed back on the atmospheric $CO_2$ concentration or on climate. The changes in natural carbon fluxes and stores are output by the model.

So-called 'compatible fossil fuel emissions', $E$, can be diagnosed afterwards from mass conservation by calculating the residual between the prescribed $CO_2$ pathway and the natural fluxes:

$$E = \frac{dCO_2}{dt}_{prescribed} + (\text{land\_carbon\_uptake} + \text{ocean\_carbon\_uptake}) \qquad (6.1)$$

Land use change emissions cannot be diagnosed separately from a single simulation (see Section 6.4.3.2).

*Emissions-driven* simulations allow the full range of interactions in the models to operate and determine the evolution of atmospheric $CO_2$ and climate as an internal part of the simulation itself (Box 6.4, Figure 1, right-hand side). In this case emissions of $CO_2$ are the externally prescribed input to the model and the subsequent changes in atmospheric $CO_2$ concentration are simulated by it.

In *emissions-driven* experiments, the global atmospheric $CO_2$ growth rate is calculated within the model as a result of the net balance between the anthropogenic emissions, $E$, and natural fluxes:

$$\frac{dCO_2}{dt}_{simulated} = E - (\text{land\_carbon\_uptake} + \text{ocean\_carbon\_uptake}) \qquad (6.2)$$

The effect of climate change on the natural carbon cycle will manifest itself either through changes in atmospheric $CO_2$ in the *emissions-driven* experiments or in the compatible emissions in the *concentration-driven* experiments.

*(continued on next page)*

6

BLM_0074025

Box 6.4 (continued)



**Box 6.4, Figure 1** | Schematic representation of carbon cycle numerical experimental design. Concentration-driven (left) and emissions-driven (right) simulation experiments make use of the same Earth System Models (ESMs), but configured differently. Concentration-driven simulations prescribe atmospheric $CO_2$ as a pre-defined input to the climate and carbon cycle model components, but their output does not affect the $CO_2$. Compatible emissions can be calculated from the output of the concentration-driven simulations. Emissions-driven simulations prescribe $CO_2$ emissions as the input and atmospheric $CO_2$ is an internally calculated element of the ESM.

Concentration-driven simulation experiments have the advantage that they can also be performed by GCMs without an interactive-carbon cycle and have been used extensively in previous assessments (e.g., Prentice et al., 2001). For this reason, most of the Representative Concentration Pathway (RCP) simulations (see Chapter 1) presented later in this chapter with carbon cycle models and in Chapter 12 with models that do not all have an interactive carbon cycle are performed this way. Emissions-driven simulations have the advantage of representing the full range of interactions in the coupled climate–carbon cycle models. The RCP8.5 pathway was repeated by many ESM models as an emissions-driven simulation (Chapter 12).

**Feedback Analysis**

The ESMs are made up of many 'components', corresponding to different processes or aspects of the system. To understand their behaviour, techniques have been applied to assess different aspects of the models' sensitivities (Friedlingstein et al., 2003, 2006; Arora et al., 2013). The two dominant emerging interactions are the sensitivity of the carbon cycle to changes in $CO_2$ and its sensitivity to changes in climate. These can be measured using two metrics: 'beta' ($\beta$) measures the strength of changes in carbon fluxes by land or ocean in response to changes in atmospheric $CO_2$; 'gamma' ($\gamma$) measures the strength of changes in carbon fluxes by land or ocean in response to changes in climate. These metrics can be calculated as cumulative changes in carbon storage (as in Friedlingstein et al., 2006) or instantaneous rates of change (Arora et al., 2013).

It is not possible to calculate these sensitivities in a single simulation, so it is necessary to perform 'decoupled' simulations in which some processes in the models are artificially disabled in order to be able to evaluate the changes in other processes. See Table 1 in Box 6.4.

(continued on next page)

BLM_0074026

*Box 6.4 (continued)*

A large positive value of $\beta$ denotes that a model responds to increasing $CO_2$ by simulating large increases in natural carbon sinks. Negative values of $\gamma$ denote that a model response to climate warming is to reduce $CO_2$ uptake from the atmosphere, while a positive value means warming acts to increase $CO_2$ uptake. $\beta$ and $\gamma$ values are not specified in a model, but are properties that emerge from the suite of complex processes represented in the model. The values of the $\beta$ and $\gamma$ metrics diagnosed from simulations can vary from place to place within the same model (see Section 6.4.2.3), although it is the average over the whole globe that determines the global extent of the climate–carbon cycle feedback.

Such an idealised analysis framework should be seen as a technique for assessing relative sensitivities of models and understanding their differences, rather than as absolute measures of invariant system properties. By design, these experiments exclude land use change.

The complex ESMs have new components and new processes beyond conventional AO GCMs and thus require additional evaluation to assess their ability to make climate projections. Evaluation of the carbon cycle model components of ESMs is presented in Section 6.3.2.5.6 for ocean carbon models and Section 6.3.2.6.6 for land carbon models. Evaluation of the fully coupled ESMs is presented in Chapter 9.

**Box 6.4, Table 1 |** Configurations of simulations designed for feedback analysis by allowing some carbon–climate interactions to operate but holding others constant. The curves denote whether increasing or constant $CO_2$ values are input to the radiation and carbon cycle model components. In a fully coupled simulation, the carbon cycle components of the models experience both changes in atmospheric $CO_2$ (see Box 6.3 on fertilisation) and changes in climate. In 'biogeochemically' coupled experiments, the atmospheric radiation experiences constant $CO_2$ (i.e., the radiative forcing of increased $CO_2$ is not activated in the simulation) whereas the carbon cycle model components experience increasing $CO_2$. This experiment quantifies the strength of the effect of rising $CO_2$ concentration alone on the carbon cycle ($\beta$). In a radiatively coupled experiment, the climate model's radiation scheme experiences an increase in the radiative forcing of $CO_2$ (and hence produces a change in climate) but $CO_2$ concentration is kept fixed to pre-industrial value as input to the carbon cycle model components. This simulation quantifies the effect of climate change alone on the carbon cycle ($\gamma$).

| | $CO_2$ input to radiation scheme | $CO_2$ input to carbon-cycle scheme | Reason |
|---|---|---|---|
| **Fully coupled** |  |  | Simulates the fully coupled system |
| **'Biogeochemically' coupled 'esmFixClim'** |  |  | Isolates the carbon-cycle response to $CO_2$ ($\beta$) for land and oceans |
| **Radiatively coupled 'esmFdbk'** |  |  | Isolates carbon-cycle response to climate change ($\gamma$) for land and for oceans |

6

BLM_0074027

response in all models. Although land and ocean contribute equally to the total carbon–concentration response ($\beta$), the model spread in the land response is greater than for the ocean.

### 6.4.2.2   Scenario Dependence of Feedbacks

The values of carbon-cycle feedback metrics can vary markedly for different scenarios and as such cannot be used to compare model simulations over different time periods, nor to inter-compare model simulations with different scenarios (Arora et al., 2013). Gregory et al. (2009) demonstrated how sensitive the feedback metrics are to the rate of change of $CO_2$ for two models: faster rates of $CO_2$ increase lead to reduced $\beta$ values as the carbon uptake (especially in the ocean) lags further behind the forcing. $\gamma$ is much less sensitive to the scenario, as both global temperature and carbon uptake lag the forcing.

### 6.4.2.3   Regional Feedback Analysis

The linear feedback analysis with the $\beta$ and $\gamma$ metrics of Friedlingstein et al. (2006) has been applied at the regional scale to future carbon uptake by Roy et al. (2011) and Yoshikawa et al. (2008). Figure 6.22 shows this analysis extended to land and ocean points for the CMIP5 models under the 1% $yr^{-1}$ $CO_2$ simulations.

#### 6.4.2.3.1   Regional ocean response

Increased $CO_2$ is projected by the CMIP5 models to increase oceanic $CO_2$ sinks almost everywhere (positive $\beta$) (*high confidence*) with the exception of some very limited areas (Figure 6.22). The spatial distribution of the $CO_2$ ocean response, $\beta_o$, is consistent between the models and with the Roy et al. (2011) analysis. On average, the regions with

**Table 6.10** | Comparison of the sign and magnitude of changes in carbon storage (PgC) by land and ocean over different time scales. These changes are shown as approximate numbers to allow a comparison across time scales. For more details see the indicated chapter section. An indication, where known, of what causes these changes (climate, $CO_2$, land use change) is also given with an indication of the sign: '+' means that an increase in $CO_2$ or global-mean temperature is associated with an increase in carbon storage (positive $\beta$ or $\gamma$; see Section 6.4.2), and a '–' means an increase in $CO_2$ or global-mean temperature is associated with a decrease in carbon storage (negative $\beta$ or $\gamma$). The processes that operate to drive these changes can vary markedly, for example, from seasonal phenology of vegetation to long-term changes in ice sheet cover or ocean circulation impacting carbon reservoirs. Some of these processes are 'reversible' in the context that they can increase and decrease cyclically, whereas some are 'irreversible' in the context that changes in one sense might be much longer than in the opposite direction.

| Time Period | Duration | Land | | | Ocean | | Section |
|---|---|---|---|---|---|---|---|
| | | Climate | $CO_2$ | Land Use | Climate | $CO_2$ | |
| Seasonal cycle | Weeks to months | 3–8[a] | | | 2 | 1 | 6.3.2.5.1 |
| | | + | | | | + | |
| Interannual variability | Months to years | 2–4[b] | | | 1 | 0.2 | 6.3.2.5.4 |
| | | – | | | + | + | |
| Historical (1750–Present) | Decades to centuries | 150[c] | | –180 | 2 | 155 | 6.3.2.5.3, Table 6.1 |
| | | – | + | | ? | + | |
| 21st Century | Decades to centuries | 100–400[d] | | –100 to +100[e] | 100–600[d] | | 6.4.3 |
| | | – | + | | – | + | |
| Little Ice Age (LIA)[f] | Century | +5 | | +2 to +30 | | | 6.2.3 |
| | | – | + | | | | |
| Holocene | 10 kyr | +300 | | –50 to –150 | +270 to –220[g] | | 6.2.2 |
| | | + | + | | + | | |
| Last Glacial Maximum/ glacial cycles | >10 kyr | +300 to +1000[h] | | | –500 to –1200[h] | | 6.2.1 |
| | | + | + | | – | + | |
| Pulse[i], 100 PgC | 1 kyr | +0 to +35 | | n/a | +48 to +75 | | 6.2.2 |
| | | + | | | + | | |

Notes:

[a]   Dominated by northern mid to high latitudes.

[b]   Dominated by the tropics.

[c]   'Residual land sink', Table 6.1.

[d]   Varies widely according to scenario. Climate effect estimated separately for RCP4.5 as –157 PgC (combined land and ocean), but not for other scenarios.

[e]   Future scenarios may increase or decrease area of anthropogenic land use.

[f]   Little Ice Age, 1500–1750.

[g]   Shown here are two competing drivers of Holocene ocean carbon changes: carbonate accumulation on shelves (coral growth) and carbonate compensation to pre-Holocene changes. These are discussed in Section 6.2.2.

[h]   Defined as positive if increasing from LGM to present, negative if decreasing.

[i]   Idealised response with models to assess the response of the global carbon cycle to a sudden release of 100 PgC.

6

BLM_0074028



**Figure 6.21 |** Comparison of carbon cycle feedback metrics between the C4MIP ensemble of seven GCMs and four EMICs under the Special Report on Emission Scenario-A2 (SRES-A2) (Friedlingstein et al., 2006) and the eight CMIP5 models (Arora et al., 2013) under the 140-year 1% CO$_2$ increase per year scenario. Black dots represent a single model simulation and coloured bars the mean of the multi-model results; grey dots are used for models with a coupled terrestrial nitrogen cycle. The comparison with C4MIP is for context, but these metrics are known to be variable across different scenarios and rates of change (see Section 6.4.2.2). Some of the CMIP5 models are derived from models that contributed to C4MIP and some are new to this analysis. Table 6.11 lists the main attributes of each CMIP5 model used in this analysis. The SRES A2 scenario is closer in rate of change to a 0.5% yr⁻¹ scenario and as such it should be expected that the CMIP5 γ terms are comparable, but the β terms are *likely* to be around 20% smaller for CMIP5 than for C4MIP due to lags in the ability of the land and ocean to respond to higher rates of CO$_2$ increase (Gregory et al., 2009). This dependence on scenario (Section 6.4.2.2) reduces confidence in any quantitative statements of how CMIP5 carbon cycle feedbacks differ from C4MIP. CMIP5 models used: Max Planck Institute–Earth System Model–Low Resolution (MPI–ESM–LR), Beijing Climate Center–Climate System Model 1 (BCC–CSM1), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2–ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL–CM5A–LR), Canadian Earth System Model 2 (CanESM2), Norwegian Earth System Model– intermediate resolution with carbon cycle (NorESM–ME), Community Earth System Model 1–Biogeochemical (CESM1–BGC), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM).

the strongest increase of oceanic CO$_2$ sinks in response to higher atmospheric CO$_2$ are the North Atlantic and the Southern Oceans. The magnitude and distribution of $\beta_o$ in the ocean closely resemble the distribution of historical anthropogenic CO$_2$ flux from inversion studies and forward modelling studies (Gruber et al., 2009), with the dominant anthropogenic CO$_2$ uptake in the Southern Ocean (Section 6.3.2.5).

Climate warming is projected by the CMIP5 models to reduce oceanic carbon uptake in most oceanic regions (negative γ) (*medium confidence*) consistent with the Roy et al. (2011) analysis (Figure 6.22). This sensitivity of ocean CO$_2$ sinks to climate, $\gamma_o$, is mostly negative (i.e., a reduced regional ocean CO$_2$ sink in response to climate change) but with regions of positive values in the Arctic, the Antarctic and in the equatorial Pacific (i.e., climate change increases ocean CO$_2$ sink in these regions). The North Atlantic Ocean and the mid-latitude Southern

Ocean have the largest negative $\gamma_o$ values. Reduced CO$_2$ uptake in response to climate change in the sub-polar Southern Ocean and the tropical oceans has been attributed to warming induced decreased CO$_2$ solubility, reduced CO$_2$ uptake in the mid latitudes to decreased CO$_2$ solubility and decreased water mass formation which reduces the absorption of anthropogenic CO$_2$ in intermediate and deep waters (Roy et al., 2011). Increased uptake in the Arctic Ocean and the polar Southern Ocean is partly associated with a reduction in the fractional sea ice coverage (Roy et al., 2011).

#### 6.4.2.3.2    Regional land response

Increased CO$_2$ is projected by the CMIP5 models to increase land CO$_2$ sinks everywhere (positive β) (*medium confidence*). This response, $\beta_L$, has the largest values over tropical land, in humid rather than arid

BLM_0074029

**Table 6.11** | CMIP5 model descriptions in terms of carbon cycle attributes and processes.

| Model | Modelling Centre | Atmos Resolution | Ocean Resolution | Land-Carbon | | | | | | Ocean Carbon | | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Model Name | Dynamic Vegetation Cover? | No. of PFTs | Incl. LUC? | Nitrogen-Cycle | Fire | Model Name | No. of Plankton Types | Micronutrients? | |
| BCC-CSM1.1 | BCC | ≈2.8°, L26 | 0.3–1°, L40 | BCC_AVIM1.0 | N | 15 | | N | N | OCMIP2 | n/a | n/a | Wu et al. (2013) |
| CanESM2 | CCCma | T63, L35 | 1.41° × 0.94°, L40 | CTEM | N | 9 | Y | N | N | CMOC | 1 | N | Arora et al. (2011) |
| CESM1-BGC | NSF-DOE-NCAR | FV 0.9 × 1.25 | 1° | CLM4 | N | 15 | Y | Y | Y | BEC | 4 | Y | Long et al. (2013) |
| GFDL-ESM2G | NOAA GFDL | 2 × 2.5°, L24 | 1°, tri-pol, 1/3° at equator, L63. | LM3 | Y | 5 | Y | N | Y | TOPAZ2 | 6 | y | Dunne et al. (2012); Dunne et al. (2013) |
| GFDL-ESM2M | NOAA GFDL | 2 × 2.5°, L24 | 1°, tri-pol, 1/3° at equator, L50. | LM3 | Y | 5 | Y | N | Y | TOPAZ2 | 6 | y | Dunne et al. (2012); Dunne et al. (2013) |
| HadGEM2-ES | MOHC | N96 (~1.6°), L38 | 1°, 1/3° at equator, L40 | JULES | Y | 5 | Y | N | N | Diat-HadOCC | 3 | Y | Collins et al. (2011); Jones et al. (2011) |
| INMCM4 | INM | | | | | | | | | | | | |
| IPSL-CM5A-LR | IPSL | 3.75 × 1.9, L39 | Zonal 2°, Meridional 2°–0.5° L31 | ORCHIDEE | N | 13 | Y | N | Y | PISCES | 2 | Y | Dufresne et al. (2013) |
| MIROC-ESM | MIROC | T42, L80 | Zonal: 1.4°, Meridional: 0.5–1.7°, Vertical: L43+BBL1 | SEIB-DGVM | Y | 13 | Y | N | N | NPZD (Oschlies, 2001) | 2 (Phyto-plankton and Zoolo-plankton) | N | Watanabe et al. (2011) |
| MPI-ESM-LR | MPI-M | T63 (~1.9°), L47 | ca.1.5°, L47 | JSBACH | Y | 12 (8 natural) | Y | N | Y | HAMOCC | 2 | Y | Raddatz et al. (2007), Brovkin et al. (2009), Maier-Reimer et al. (2005) |
| NorESM-ME | NCC | 1.9 × 2.5°, L26 | 1°, L53 | CLM4 | N | 16 | Y | Y | Y | HAMOCC | 2 | N | Iversen et al. (2013) |

6



**Figure 6.22 |** The spatial distributions of multi-model-mean land and ocean β and γ for seven CMIP5 models using the *concentration-driven* idealised 1% yr⁻¹ CO₂ simulations. For land and ocean, β and γ are defined from changes in terrestrial carbon storage and changes in air–sea integrated fluxes respectively, from 1 × CO₂ to 4 × CO₂, relative to global (not local) CO₂ and temperature change. In the zonal mean plots, the solid lines show the multi-model mean and shaded areas denote ±1 standard deviation. Models used: Beijing Climate Center–Climate System Model 1 (BCC–CSM1), Canadian Earth System Model 2 (CanESM2), Community Earth System Model 1–Biogeochemical (CESM1–BGC), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2–ES), Institute Pierre Simon Laplace– Coupled Model 5A–Low Resolution (IPSL–CM5A-LR), Max Planck Institute– Earth System Model–Low Resolution (MPI–ESM–LR), Norwegian Earth System Model 1 (Emissions capable) (NorESM1–ME). The dashed lines show the models that include a land carbon component with an explicit representation of nitrogen cycle processes (CESM1-BGC, NorESM1-ME).

BLM_0074031