regions, associated with enhanced carbon uptake in forested areas of already high biomass. In the zonal totals, there is a secondary peak of high $\beta_L$ values over NH temperate and boreal ecosystems, partly due to a greater land area there but also coincident with large areas of forest. Models agree on the sign of response but have low agreement on the magnitude.

The climate effect alone is projected by the CMIP5 models to reduce land $CO_2$ sinks in tropics and mid latitudes (negative $\gamma$) (*medium confidence*). CMIP5 models show medium agreement that warming may increase land carbon uptake in high latitudes but none of these models include representation of permafrost carbon pools which are projected to decrease in warmer conditions (Section 6.4.3.3); therefore *confidence* is *low* regarding the sign and magnitude of future high-latitude land carbon response to climate change. Matthews et al. (2005) showed that vegetation productivity is the major cause of C4MIP model spread, but this manifests itself as changes in soil organic matter (Jones and Falloon, 2009).

### 6.4.3 Implications of the Future Projections for the Carbon Cycle and Compatible Emissions

#### 6.4.3.1 The RCP Future Carbon Dioxide Concentration and Emissions Scenarios

The CMIP5 simulations include four future scenarios referred to as Representative Concentration Pathways (RCPs; see Glossary) (Moss et al., 2010): RCP2.6, RCP4.5, RCP6.0, RCP8.5 (see Chapter 1). These future scenarios include $CO_2$ concentration and emissions, and have been generated by four Integrated Assessment Models (IAMs) and are labelled according to the approximate global radiative forcing level at 2100. These scenarios are described in more detail in Chapter 1 (Box 1.1) and Section 12.3 and also documented in Annex II.

van Vuuren et al. (2011) showed that the basic climate and carbon cycle responses of IAMs is generally consistent with the spread of climate and carbon cycle responses from ESMs. For the physical and biogeochemical components of the RCP scenarios 4.5, 6.0 and 8.5, the underlying IAMs are closely related. Only the Integrated Model to Assess the Global Environment (IMAGE) IAM, which created RCP2.6, differs markedly by using a more sophisticated carbon cycle sub-model for land and ocean. The Model for the Assessment of Greenhouse-gas Induced Climate Change 6 (MAGICC6) simple climate model was subsequently used to generate the $CO_2$ pathway for all four RCP scenarios using the $CO_2$ emissions output by the four IAMs (Meinshausen et al., 2011).

#### 6.4.3.2 Land Use Changes in Future Scenarios

ESMs and IAMs use a diversity of approaches for representing land use changes, including different land use classifications, parameter settings, and geographical scales. To implement land use change in a consistent manner across ESMs, a 'harmonized' set of annual gridded land use change during the period 1500–2100 was developed for input to the CMIP5 ESMs (Hurtt et al., 2011).

Not all the CMIP5 ESMs used the full range of information available from the land use change scenarios, such as wood harvest projections or sub-grid scale shifting cultivation. Sensitivity studies indicated that these processes, along with the start date of the simulation, all strongly affect estimated carbon fluxes (Hurtt et al., 2011; Sentman et al., 2011).

Land use has been in the past and will be in the future a significant driver of forest land cover change and terrestrial carbon storage. Land use trajectories in the RCPs show very distinct trends and cover a wide range of projections. These land use trajectories are very sensitive to assumptions made by each individual IAM regarding the amount of land needed for food production (Figure 6.23). The area of cropland and pasture increases in RCP8.5 with the Model for Energy Supply Strategy Alternatives and their General Environmental Impact (MES-SAGE) IAM model, mostly driven by an increasing global population, but cropland area also increases in the RCP2.6 with the IMAGE IAM model, as a result of bio-energy production and increased food demand as well. RCP6 with the AIM model shows an expansion of cropland but a decline in pasture land. RCP4.5 with the Global Change Assessment Model (GCAM) IAM is the only scenario to show a decrease in global cropland. Several studies (Wise et al., 2009; Thomson et al., 2010; Tilman et al., 2011) highlight the large sensitivity of future land use requirements to assumptions such as increases in crop yield, changes in diet, or how agricultural technology and intensification is applied.

Within the IAMs, land use change is translated into land use $CO_2$ emissions as shown in Figure 6.23(b). Cumulative emissions for the 21st century (Figure 6.23c) vary markedly across RCPs, with increasing cropland and pastureland areas in RCP2.6 and RCP8.5 giving rise to the highest emissions from land use change, RCP4.5 to intermediate emissions and RCP6.0 to close to zero net emissions. All scenarios suggest that 21st century land use emissions will be less than half of those from 1850 to the present day as rate of change of land conversion stabilises in future.

The adoption of widely differing approaches among ESMs for the treatment and diagnosis of land use and land cover change (LULCC) processes in terrestrial carbon cycle models leads to substantial between-model variation in the simulated impact on land carbon stocks. It is not yet possible to fully quantify LULCC fluxes from the CMIP5 model simulations. The harmonization process applied to LULCC data sets for CMIP5 has been an important step toward consistency among IAMs; however, among ESMs, and between IAMs and ESMs, assignment of meaningful uncertainty ranges to present-day and future LULCC fluxes and states remains a critical knowledge gap with implications for compatible emissions to achieve $CO_2$ pathways (Section 6.4.3.3; Jones et al., 2013).

#### 6.4.3.3 Projections of Future Carbon Cycle Response by Earth System Models Under the Representative Concentration Pathway Scenarios

Simulated changes in land and ocean carbon uptake and storage under the four RCP scenarios are presented here using results from CMIP5 ESMs concentration-driven simulations (see Box 6.4). The implications of these changes on atmospheric $CO_2$ and climate as simulated by CMIP5 emissions-driven simulations are presented in Chapter 12.

6

BLM_0074032



**Figure 6.23 |** Land use trends and CO$_2$ emissions according to the four different integrated assessment models (IAMs) used to define the RCP scenarios. Global changes in croplands and pasture from the historical record and the RCP scenarios (top left), and associated annual land use emissions of CO$_2$ (bottom left). Bars (right panel) show cumulative land use emissions for the historical period (defined here as 1850–2005) and the four RCP scenarios from 2006 to 2100.

The results of the *concentration-driven* CMIP5 ESMs simulations show medium agreement on the magnitude of cumulative ocean carbon uptake from 1850 to 2005 (Figure 6.24a): average 127 ± 28 PgC (1 standard deviation). The models show low agreement on the sign and magnitude of changes in land carbon storage (Figure 6.24a): average 2 ± 74 PgC (1 standard deviation). These central estimates are very close to observational estimates of 125 ± 25 PgC for the ocean and −5 ± 40 PgC for the net cumulative land–atmosphere flux respectively (see Table 6.12), but show a large spread across models. With *very high confidence*, for all four RCP scenarios, all models project continued ocean uptake throughout the 21st century, with higher uptake corresponding to higher concentration pathways. For RCP4.5, all the models also project an increase in land carbon uptake, but for RCP2.6, RCP6.0 and RCP8.5 a minority of models (4 out of 11 for RCP2.6, 1 out of 8 for RCP6.0 and 4 out of 15 for RCP8.5; Jones et al., 2013) project a decrease in land carbon storage at 2100 relative to 2005. Model spread in land carbon projections is much greater than model spread in ocean carbon projections, at least in part due to different treatment of land use change. Decade mean land and ocean fluxes are documented in Annex II, Table AII.3.1a, b. Important processes missing

from many or all CMIP5 land carbon cycles include the role of nutrient cycles, permafrost, fire and ecosystem acclimation to changing climate. For this reason we assign *low confidence* to quantitative projections of future land uptake.

The *concentration-driven* ESM simulations can be used to quantify the compatible fossil fuel emissions required to follow the four RCP CO$_2$ pathways (Jones et al., 2013; see Box 6.4, Figure 6.25, Table 6.12, Annex II, Table AII.2.1a). There is significant spread between ESMs, but general consistency between ESMs and compatible emissions estimated by IAMs to define each RCP scenario. However, for RCP8.5 on average, the CMIP5 models project lower compatible emissions than the MESSAGE IAM. The IMAGE IAM predicts that global negative emissions are required to achieve the RCP2.6 decline in radiative forcing from 3 W m$^{-2}$ to 2.6 W m$^{-2}$ by 2100. All models agree that strong emissions reductions are required to achieve this after about 2020 (Jones et al., 2013). An average emission reduction of 50% (range 14 to 96%) is required by 2050 relative to 1990 levels. There is disagreement between those ESMs that performed this simulation over the necessity for global emissions in the RCP2.6 to become negative by

6



**Figure 6.24** | Cumulative land and ocean carbon uptake simulated for the historical period 1850–2005 (top) and for the four RCP scenarios up to 2100 (b–e). Mean (thick line) and 1 standard deviation (shaded). Vertical bars on the right show the full model range as well as standard deviation. Black bars show observationally derived estimates for 2005. Models used: Canadian Earth System Model 2 (CanESM2), Geophysical Fluid Dynamics Laboratory–Earth System Model 2G (GFDL–ESM2G), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL–ESM2M), Hadley Centre Global Environmental Model 2–Carbon Cycle (HadGEM2-CC), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL–CM5A–LR), Institute Pierre Simon Laplace–Coupled Model 5A–Medium Resolution (IPSL–CM5A–MR), Institute Pierre Simon Laplace–Coupled Model 5B–Low Resolution (IPSL–CM5B–LR), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM–CHEM), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM), Max Planck Institute–Earth System Model–Low Resolution (MPI–ESM–LR), Norwegian Earth System Model 1 (Emissions capable) (NorESM1–ME), Institute for Numerical Mathematics Coupled Model 4 (INMCM4), Community Earth System Model 1–Biogeochemical (CESM1–BGC), Beijing Climate Center–Climate System Model 1.1 (BCC–CSM1.1). Not every model performed every scenario simulation.



BLM_0074034

**Table 6.12 |** The range of compatible fossil fuel emissions (PgC) simulated by the CMIP5 models for the historical period and the four RCP scenarios, expressed as cumulative fossil fuel emission. To be consistent with Table 6.1 budgets are calculated up to 2011 for historical and 2012–2100 for future scenarios, and values are rounded to the nearest 5 PgC.

| | Compatible Fossil Fuel Emissions Diagnosed from *Concentration-Driven* CMIP5 Simulations | | | Land Carbon Changes | | | Ocean Carbon Changes | | |
|---|---|---|---|---|---|---|---|---|---|
| | Historical / RCP Scenario | CMIP5 ESM Mean | CMIP5 ESM Range | Historical / RCP Scenario | CMIP5 ESM Mean | CMIP5 ESM Range | Historical / RCP Scenario | CMIP5 ESM Mean | CMIP5 ESM Range |
| 1850–2011 | 375[a] | 350 | 235–455 | 5 ± 40[b] | 10 | –125 to 160 | 140 ± 25[b] | 140 | 110–220 |
| RCP2.6 | 275 | 270 | 140–410 | [c] | 65 | –50 to 195 | [c] | 150 | 105–185 |
| RCP4.5 | 735 | 780 | 595–1005 | | 230 | 55 to 450 | | 250 | 185–400 |
| RCP6.0 | 1165 | 1060 | 840–1250 | | 200 | –80 to 370 | | 295 | 265–335 |
| RCP8.5 | 1855 | 1685 | 1415–1910 | | 180 | –165 to 500 | | 400 | 320–635 |

Notes:

[a]   Historical estimates of fossil fuel are as prescribed to all CMIP5 ESMs in the emissions-driven simulations (Andres et al., 2011).

[b]   Estimate of historical net land and ocean carbon uptake from Table 6.1 but over the shorter 1850–2011 time period.

[c]   IAM breakdown of future carbon changes by land and ocean are not available.

the end of the 21st century to achieve this, with six ESMs simulating negative compatible emissions and four ESM models simulating positive emissions from 2080 to 2100. The RCP2.6 scenario achieves this negative emission rate through use of large-scale bio-energy with carbon-capture and storage (BECCS). It is *as likely as not* that sustained globally negative emissions will be required to achieve the reductions in atmospheric $CO_2$ in the RCP2.6 scenario. This would be classed as a carbon dioxide removal (CDR) form of geoengineering under the definition used in this IPCC report, and is discussed further in Section 6.5.2. The ESMs themselves make no assumptions about how the compatible emissions could or would be achieved, but merely compute the global total emission that is required to follow the $CO_2$ concentration pathway, accounting for the carbon cycle response to climate and $CO_2$, and for land use change $CO_2$ emissions.

The dominant cause of future changes in the airborne fraction of fossil fuel emissions (see Section 6.3.2.4) is the emissions scenario and not carbon cycle feedbacks (Jones et al., 2013; Figure 6.26). Models show high agreement that 21st century cumulative airborne fraction will increase under rapidly increasing $CO_2$ in RCP8.5 and decreases under the peak-and-decline RCP2.6 scenarios. The airborne fraction declines slightly under RCP4.5 and remains of similar magnitude in the RCP6.0 scenario. Between-model spread in changes in the land-fraction is greater than between-scenario spread. Models show high agreement that the ocean fraction will increase under RCP2.6 and remain of similar magnitude in the other RCP scenarios.

Several studies (Jones et al., 2006; Matthews, 2006; Plattner et al., 2008; Miyama and Kawamiya, 2009) have shown that climate–carbon cycle feedbacks affect the compatible fossil fuel $CO_2$ emissions that are consistent with a given $CO_2$ concentration pathway. Using decoupled RCP4.5 simulations (see Box 6.4) five CMIP5 ESMs agree that the climate impact on carbon uptake by both land and oceans will reduce the compatible fossil fuel $CO_2$ emissions for that scenario by between 6% and 29% between 2006 and 2100 respectively (Figure 6.27), equating to an average of 157 ± 76 PgC (1 standard deviation) less carbon that can be emitted from fossil fuel use if climate feedback (see Glossary) is included. Compatible emissions would be reduced by a greater degree

under higher $CO_2$ scenarios that exhibit a greater degree of climate change (Jones et al., 2006).

### 6.4.3.4   Permafrost Carbon

Current estimates of permafrost soil carbon stocks are ~1700 PgC (Tarnocai et al., 2009), the single largest component of the terrestrial carbon pool. Terrestrial carbon models project a land $CO_2$ sink with warming at high northern latitudes; however none of the models participating in C4MIP or CMIP5 included explicit representation of permafrost soil carbon decomposition in response to future warming. Including permafrost carbon processes into an ESM may change the sign of the high northern latitude carbon cycle response to warming from a sink to a source (Koven et al., 2011). Overall, there is *high confidence* that reductions in permafrost extent due to warming will cause thawing of some currently frozen carbon. However, there is *low confidence* on the magnitude of carbon losses through $CO_2$ and $CH_4$ emissions to the atmosphere. The magnitude of $CO_2$ and $CH_4$ emissions to the atmosphere is assessed to range from 50 to 250 PgC between 2000 and 2100 for RCP8.5. The magnitude of the source of $CO_2$ to the atmosphere from decomposition of permafrost carbon in response to warming varies widely according to different techniques and modeling. Process models provide different estimates of the cumulative loss of permafrost carbon: 7 to 17 PgC (Zhuang et al., 2006) (not considered in the range given above because it corresponds only to contemporary tundra soil carbon), 55 to 69 Pg (Koven et al., 2011), 126 to 254 PgC (Schaefer et al., 2011) and 68 to 508 PgC (MacDougall et al., 2012) (not considered in the range given above because this estimate is not obtained from a concentration driven, but for emission driven RCP scenario and it is the only study of that type so far). Combining observed vertical soil carbon profiles with modeled thaw rates provides an estimate that the total quantity of newly thawed soil carbon by 2100 will be 246 PgC for RCP4.5 and 436 PgC for RCP8.5 (Harden et al., 2012), although not all of this amount will be released to the atmosphere on that time scale. Uncertainty estimates suggest the cumulative amount of thawed permafrost carbon could range from 33 to 114 PgC (68% range) under RCP8.5 warming (Schneider von Deimling et al., 2012), or 50 to 270 PgC (5th to 95th percentile range) (Burke et al., 2013).

6

526







**Figure 6.25 |** Compatible fossil fuel emissions simulated by the CMIP5 ESMs for the four RCP scenarios. Top: time series of compatible emission rate (PgC yr⁻¹). Dashed lines represent the historical estimates and emissions calculated by the Integrated Assessment Models (IAMs) used to define the RCP scenarios, solid lines and plumes show results from CMIP5 ESMs (model mean, with 1 standard deviation shaded). Bottom: cumulative emissions for the historical period (1860–2005) and 21st century (defined in CMIP5 as 2006–2100) for historical estimates and RCP scenarios. Dots denote individual ESM results, bars show the multi-model mean. In the CMIP5 model results, total carbon in the land–atmosphere–ocean system can be tracked and changes in this total must equal fossil fuel emissions to the system (see Box 6.4). Models used: Canadian Earth System Model 2 (CanESM2), Geophysical Fluid Dynamics Laboratory–Earth System Model 2G (GFDL–ESM2G), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL–ESM2M), Hadley Centre Global Environmental Model 2–Carbon Cycle(HadGEM2-CC), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL–CM5A–LR), Institute Pierre Simon Laplace–Coupled Model 5A–Medium Resolution (IPSL–CM5A–MR), Institute Pierre Simon Laplace–Coupled Model 5B–Low Resolution (IPSL–CM5B–LR), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM–CHEM), Max Planck Institute–Earth System Model–Low Resolution (MPI–ESM–LR), Norwegian Earth System Model 1 (Emissions capable) (NorESM1–ME), Institute for Numerical Mathematics Coupled Model 4 (INMCM4), Community Earth System Model 1–Biogeochemical (CESM1–BGC), Beijing Climate Center–Climate System Model 1.1 (BCC–CSM1.1). Not every model performed every scenario simulation.

527

Sources of uncertainty for the permafrost carbon feedback include the physical thawing rates, the fraction of carbon that is released after being thawed and the time scales of release, possible mitigating nutrient feedbacks and the role of fine-scale processes such as spatial variability in permafrost degradation. It is also uncertain how much thawed carbon will decompose to $CO_2$ or to $CH_4$ (see Sections 6.4.7, 12.5.5.4 and 12.4.8.1).

### 6.4.4   Future Ocean Acidification

A fraction of $CO_2$ emitted to the atmosphere dissolves in the ocean, reducing surface ocean pH and carbonate ion concentrations. The associated chemistry response to a given change in $CO_2$ concentration is

known with *very high confidence*. Overall, given evidence from Chapter 3 and model results from this chapter, it is *virtually certain* that the increased storage of carbon by the ocean will increase acidification in the future, continuing the observed trends of the past decades. Expected future changes are in line with what is measured at ocean time series stations (see Chapter 3). Multi-model projections using ocean process-based carbon cycle models discussed in AR4 demonstrate large decreases in pH and carbonate ion concentration $[CO_3^{2-}]$ during the 21st century throughout the world oceans (Orr et al., 2005). The largest decrease in surface $[CO_3^{2-}]$ occur in the warmer low and mid-latitudes, which are naturally rich in this ion (Feely et al., 2009). However, it is the low $\Omega_A$ waters in the high latitudes and in the upwelling regions that first become undersaturated with respect to aragonite (i.e., $\Omega_A < 1$,



**Figure 6.26** | Changes in atmospheric, land and ocean fraction of fossil fuel carbon emissions. The fractions are defined as the changes in storage in each component (atmosphere, land, ocean) divided by the compatible fossil fuel emissions derived from each CMIP5 simulation for the four RCP scenarios. Solid circles show the observed estimate based on Table 6.1 for the 1990s. The coloured bars denote the cumulative uptake fractions for the 21st century under the different RCP scenarios for each model. Multi-model mean values are shown as star symbols and the multi-model range (min-to-max) and standard deviation are shown by thin and thick vertical lines respectively. Owing to the difficulty of estimating land use emissions from the ESMs this figure uses a fossil fuel definition of airborne fraction, rather than the preferred definition of fossil and land use emissions discussed in Section 6.3.2.4. 21st century cumulative atmosphere, land and ocean fractions are shown here in preference to the more commonly shown instantaneous fractions because for RCP2.6 emissions reach and cross zero for some models and so an instantaneous definition of AF becomes singular at that point. Models used: Canadian Earth System Model 2 (CanESM2), Geophysical Fluid Dynamics Laboratory–Earth System Model 2G (GFDL–ESM2G), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL–ESM2M), Hadley Centre Global Environmental Model 2–Carbon Cycle (HadGEM2-CC), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL–CM5A–LR), Institute Pierre Simon Laplace–Coupled Model 5A–Medium Resolution (IPSL–CM5A–MR), Institute Pierre Simon Laplace–Coupled Model 5B–Low Resolution (IPSL–CM5B–LR), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM–CHEM), Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM), Max Planck Institute–Earth System Model–Low Resolution (MPI–ESM–LR), Norwegian Earth System Model 1 (Emissions capable) (NorESM1–ME), Institute for Numerical Mathematics Coupled Model 4 (INMCM4), Community Earth System Model 1–Biogeochemical (CESM1–BGC). Not every model performed every scenario simulation.

BLM_0074037



**Figure 6.27 |** Compatible fossil fuel emissions for the RCP4.5 scenario (top) in the presence (red) and absence (blue) of the climate feedback on the carbon cycle, and the difference between them (bottom). Multi-model mean, 10-year smoothed values are shown, with 1 standard deviation shaded. This shows the impact of climate change on the compatible fossil fuel $CO_2$ emissions to achieve the RCP4.5 $CO_2$ concentration pathway. Models used: Canadian Earth System Model 2 (CanESM2), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL-ESM2M), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL-CM5A-LR) and Model for Interdisciplinary Research On Climate–Earth System Model (MIROC–ESM).

BLM_0074038

Frequently Asked Questions
### FAQ 6.1 | Could Rapid Release of Methane and Carbon Dioxide from Thawing Permafrost or Ocean Warming Substantially Increase Warming?

*Permafrost is permanently frozen ground, mainly found in the high latitudes of the Arctic. Permafrost, including the sub-sea permafrost on the shallow shelves of the Arctic Ocean, contains old organic carbon deposits. Some are relics from the last glaciation, and hold at least twice the amount of carbon currently present in the atmosphere as carbon dioxide ($CO_2$). Should a sizeable fraction of this carbon be released as methane and $CO_2$, it would increase atmospheric concentrations, which would lead to higher atmospheric temperatures. That in turn would cause yet more methane and $CO_2$ to be released, creating a positive feedback, which would further amplify global warming.*

*The Arctic domain presently represents a net sink of $CO_2$—sequestering around $0.4 \pm 0.4$ PgC yr$^{-1}$ in growing vegetation representing about 10% of the current global land sink. It is also a modest source of methane ($CH_4$): between 15 and 50 Tg($CH_4$) yr$^{-1}$ are emitted mostly from seasonally unfrozen wetlands corresponding to about 10% of the global wetland methane source. There is no clear evidence yet that thawing contributes significantly to the current global budgets of these two greenhouse gases. However, under sustained Arctic warming, modelling studies and expert judgments indicate with medium agreement that a potential combined release totalling up to 350 PgC as $CO_2$ equivalent could occur by the year 2100.*

Permafrost soils on land, and in ocean shelves, contain large pools of organic carbon, which must be thawed and decomposed by microbes before it can be released—mostly as $CO_2$. Where oxygen is limited, as in waterlogged soils, some microbes also produce methane.

On land, permafrost is overlain by a surface 'active layer', which thaws during summer and forms part of the tundra ecosystem. If spring and summer temperatures become warmer on average, the active layer will thicken, making more organic carbon available for microbial decomposition. However, warmer summers would also result in greater uptake of carbon dioxide by Arctic vegetation through photosynthesis. That means the net Arctic carbon balance is a delicate one between enhanced uptake and enhanced release of carbon.

Hydrological conditions during the summer thaw are also important. The melting of bodies of excess ground ice may create standing water conditions in pools and lakes, where lack of oxygen will induce methane production. The complexity of Arctic landscapes under climate warming means we have *low confidence* in which of these different processes might dominate on a regional scale. Heat diffusion and permafrost melting takes time—in fact, the deeper Arctic permafrost can be seen as a relict of the last glaciation, which is still slowly eroding—so any significant loss of permafrost soil carbon will happen over long time scales.



**FAQ 6.1, Figure 1 |** A simplified graph of current major carbon pools and flows in the Arctic domain, including permafrost on land, continental shelves and ocean. (Adapted from McGuire et al., 2009; and Tarnocai et al., 2009.) TgC = 10$^{12}$ gC, and PgC = 10$^{15}$ gC.

Given enough oxygen, decomposition of organic matter in soil is accompanied by the release of heat by microbes (similar to compost), which, during summer, might stimulate further permafrost thaw. Depending on carbon and ice content of the permafrost, and the hydrological regime, this mechanism could, under warming, trigger relatively fast local permafrost degradation. *(continued on next page)*

BLM_0074039

*FAQ 6.1 (continued)*

Modelling studies of permafrost dynamics and greenhouse gas emissions indicate a relatively slow positive feedback, on time scales of hundreds of years. Until the year 2100, up to 250 PgC could be released as $CO_2$, and up to 5 Pg as $CH_4$. Given methane's stronger greenhouse warming potential, that corresponds to a further 100 PgC of equivalent $CO_2$ released until the year 2100. These amounts are similar in magnitude to other biogeochemical feedbacks, for example, the additional $CO_2$ released by the global warming of terrestrial soils. However, current models do not include the full complexity of Arctic processes that occur when permafrost thaws, such as the formation of lakes and ponds.

Methane hydrates are another form of frozen carbon, occurring in deep permafrost soils, ocean shelves, shelf slopes and deeper ocean bottom sediments. They consist of methane and water molecule clusters, which are only stable in a specific window of low temperatures and high pressures. On land and in the ocean, most of these hydrates originate from marine or terrestrial biogenic carbon, decomposed in the absence of oxygen and trapped in an aquatic environment under suitable temperature–pressure conditions.

Any warming of permafrost soils, ocean waters and sediments and/or changes in pressure could destabilise those hydrates, releasing their $CH_4$ to the ocean. During larger, more sporadic releases, a fraction of that $CH_4$ might also be outgassed to the atmosphere. There is a large pool of these hydrates: in the Arctic alone, the amount of $CH_4$ stored as hydrates could be more than 10 times greater than the $CH_4$ presently in the global atmosphere.

Like permafrost thawing, liberating hydrates on land is a slow process, taking decades to centuries. The deeper ocean regions and bottom sediments will take still longer—between centuries and millennia to warm enough to destabilise the hydrates within them. Furthermore, methane released in deeper waters has to reach the surface and atmosphere before it can become climatically active, but most is expected to be consumed by microorganisms before it gets there. Only the $CH_4$ from hydrates in shallow shelves, such as in the Arctic Ocean north of Eastern Siberia, may actually reach the atmosphere to have a climate impact.

Several recent studies have documented locally significant $CH_4$ emissions over the Arctic Siberian shelf and from Siberian lakes. How much of this $CH_4$ originates from decomposing organic carbon or from destabilizing hydrates is not known. There is also no evidence available to determine whether these sources have been stimulated by recent regional warming, or whether they have always existed—it may be possible that these $CH_4$ seepages have been present since the last deglaciation. In any event, these sources make a very small contribution to the global $CH_4$ budget—less than 5%. This is also confirmed by atmospheric methane concentration observations, which do not show any substantial increases over the Arctic.

However modelling studies and expert judgment indicate that $CH_4$ and $CO_2$ emissions will increase under Arctic warming, and that they will provide a positive climate feedback. Over centuries, this feedback will be moderate: of a magnitude similar to other climate–terrestrial ecosystem feedbacks. Over millennia and longer, however, $CO_2$ and $CH_4$ releases from permafrost and shelves/shelf slopes are much more important, because of the large carbon and methane hydrate pools involved.

where $\Omega_A = [Ca^{+2}][CO_3^{2-}]/K_{sp}$, where $K_{sp}$ is the solubility product for the metastable form of $CaCO_3$ known as aragonite; a value of $\Omega_A <1$ thus indicates aragonite undersaturation. This aragonite undersaturation in surface waters is reached before the end of the 21st century in the Southern Ocean as highlighted in AR4, but occurs sooner and is more intense in the Arctic (Steinacher et al., 2009). Ten percent of Arctic surface waters are projected to become undersaturated when atmospheric $CO_2$ reaches 428 ppm (by 2025 under all IPCC SRES scenarios). That proportion increases to 50% when atmospheric $CO_2$ reaches 534 ppm (Steinacher et al., 2009). By 2100 under the A2 scenario, much of the Arctic surface is projected to become undersaturated with respect

to calcite (Feely et al., 2009). Surface waters would then be corrosive to all $CaCO_3$ minerals. These general trends are confirmed by the latest projections from the CMIP5 Earth System models (Figure 6.28 and 6.29). Between 1986–2005 and 2081–2100, decrease in global-mean surface pH is 0.065 (0.06 to 0.07) for RCP2.6, 0.145 (0.14 to 0.15) for RCP4.5, 0.203 (0.20 to 0.21) for RCP6.0 and 0.31 (0.30 to 0.32) for RCP8.5 (range from CMIP5 models spread).

Surface $CaCO_3$ saturation also varies seasonally, particularly in the high latitudes, where observed saturation is higher in summer and lower in winter (Feely et al., 1988; Merico et al., 2006; Findlay et al.,

6

BLM_0074040

2008). Future projections using ocean carbon cycle models indicate that undersaturated conditions will be reached first in winter (Orr et al., 2005). In the Southern Ocean, it is projected that wintertime undersaturation with respect to aragonite will begin when atmospheric $CO_2$ will reach 450 ppm, within 1-3 decades, which is about 100 ppm sooner (~30 years under the IS92a scenario) than for the annual mean undersaturation (McNeil and Matear, 2008). As well, aragonite undersaturation will be first reached during wintertime in parts (10%) of the Arctic when atmospheric $CO_2$ will reach 410 ppm, within a decade (Steinacher et al., 2009). Then, aragonite undersaturation will become widespread in these regions at atmospheric $CO_2$ levels of 500–600 ppm (Figure 6.28).

Although projected changes in pH are generally largest at the surface, the greatest pH changes in the subtropics occur between 200 and 300 m where subsurface increased loads of anthropogenic $CO_2$ are similar to surface changes but the carbonate buffering capacity is lower (Orr, 2011). This more intense projected subsurface pH reduction is consistent with the observed subsurface changes in pH in the subtropical North Pacific (Dore et al., 2009; Byrne et al., 2010; Ishii et al., 2011). As



a. Surface pH



b. Surface pH in 2090s (RCP8.5, changes from 1990s)

**Figure 6.28** | Projected ocean acidification from 11 CMIP5 Earth System Models under RCP8.5 (other RCP scenarios have also been run with the CMIP5 models): (a) Time series of surface pH shown as the mean (solid line) and range of models (filled), given as area-weighted averages over the Arctic Ocean (green), the tropical oceans (red) and the Southern Ocean (blue). (b) Maps of the median model's change in surface pH from 1850 to 2100. Panel (a) also includes mean model results from RCP2.6 (dashed lines). Over most of the ocean, gridded data products of carbonate system variables (Key et al., 2004) are used to correct each model for its present-day bias by subtracting the model-data difference at each grid cell following (Orr et al., 2005). Where gridded data products are unavailable (Arctic Ocean, all marginal seas, and the ocean near Indonesia), the results are shown without bias correction. The bias correction reduces the range of model projections by up to a factor of 4, e.g., in panel (a) compare the large range of model projections for the Arctic (without bias correction) to the smaller range in the Southern Ocean (with bias correction).

subsurface saturation states decline, the horizon separating undersaturated waters below from supersaturated waters above is projected to move upward (shoal). By 2100 under the RCP8.5 scenario, the median projection from 11 CMIP5 models is that this interface (aragonite saturation horizon) will shoal from 200 m up to 40 m in the subarctic Pacific, from 1000 m up to the surface in the Southern Ocean, and from 2850 m to 150 m in the North Atlantic (Figure 6.29), consistent with results from previous model comparison (Orr et al., 2005; Orr, 2011). Under the SRES A2 scenario, the volume of ocean with supersaturated waters is projected to decline from 42% in the preindustrial Era to 25% in 2100 (Steinacher et al., 2009). Yet even if atmospheric $CO_2$ does not go above 450 ppm, most of the deep ocean volume is projected to become undersaturated with respect to both aragonite and calcite after several centuries (Caldeira and Wickett, 2005). Nonetheless, the most recent projections under all RCPs scenarios but RCP8.5 illustrate that limiting atmospheric $CO_2$ will greatly reduce the level of ocean acidification that will be experienced (Joos et al., 2011).

In the open ocean, future reductions in surface ocean pH and $CaCO_3$ (calcite and aragonite) saturation states are controlled mostly by the invasion of anthropogenic carbon. Other effects due to future climate change counteract less than 10% of the reductions in $CaCO_3$ saturation induced by the invasion of anthropogenic carbon (Orr et al., 2005; McNeil and Matear, 2006; Cao et al., 2007). Warming dominates other effects from climate-change by reducing $CO_2$ solubility and thus by enhancing $[CO_3^{2-}]$. An exception is the Arctic Ocean where reductions in pH and $CaCO_3$ saturation states are projected to be exacerbated by effects from increased freshwater input due to sea ice melt, more precipitation, and greater air–sea $CO_2$ fluxes due to less sea ice cover (Steinacher et al., 2009; Yamamoto et al., 2012). The projected effect of freshening is consistent with current observations of lower saturation states and lower pH values near river mouths and in areas under substantial fresh-water influence (Salisbury et al., 2008; Chierici and Fransson, 2009; Yamamoto-Kawai et al., 2009).

Regional ocean carbon cycle models project that some nearshore systems are also highly vulnerable to future pH decrease. In the California Current System, an eastern boundary upwelling system, observations and model results show that strong seasonal upwelling of carbon-rich waters (Feely et al., 2008) renders surface waters as vulnerable to future ocean acidification as those in the Southern Ocean (Gruber et al., 2012). In the Northwestern European Shelf Seas, large spatio-temporal variability is enhanced by local effects from river input and organic matter degradation, exacerbating acidification from anthropogenic $CO_2$ invasion (Artioli et al., 2012). In the Gulf of Mexico and East China Sea, coastal eutrophication, another anthropogenic perturbation, has been shown to enhance subsurface acidification as additional respired carbon accumulates at depth (Cai et al., 2011).

### 6.4.5   Future Ocean Oxygen Depletion

It is *very likely* that global warming will lead to declines in dissolved $O_2$ in the ocean interior through warming-induced reduction in $O_2$ solubility and increased ocean stratification. This will have implications for nutrient and carbon cycling, ocean productivity and marine habitats (Keeling et al., 2010).

6

BLM_0074041



**Figure 6.29 |** Projected aragonite saturation state from 11 CMIP5 Earth System Models under RCP8.5 scenario: (a) time series of surface carbonate ion concentration shown as the mean (solid line) and range of models (filled), given as area-weighted averages over the Arctic Ocean (green), the tropical oceans (red), and the Southern Ocean (blue); maps of the median model's surface $\Omega_a$ in (b) 2010, (d) 2050 and (f) 2100; and zonal mean sections (latitude vs. depth) of $\Omega_a$ in 2100 over the (c) Atlantic and (e) Pacific, while the ASH is shown in 2010 (dotted line) as well as 2100 (solid line). Panel (a) also includes mean model results from RCP2.6 (dashed lines). As for Figure 6.28, gridded data products of carbonate system variables (Key et al., 2004) are used to correct each model for its present-day bias by subtracting the model-data difference at each grid cell following (Orr et al., 2005). Where gridded data products are unavailable (Arctic Ocean, all marginal seas, and the ocean near Indonesia), results are shown without bias correction.

Future changes in dissolved $O_2$ have been investigated using models of various complexity (see references in Table 6.13). The global ocean dissolved oxygen will decline significantly under future scenarios (Cocco et al., 2013). Simulated declines in mean dissolved $O_2$ concentration for the global ocean range from 6 to 12 µmol kg$^{-1}$ by the year 2100 (Table 6.13), with a projection of 3 to 4 µmol kg$^{-1}$ in one model with low climate sensitivity (Frölicher et al., 2009). This general trend is confirmed by the latest projections from the CMIP5 Earth System models, with reductions in mean dissolved $O_2$ concentrations from 1.5 to 4% (2.5 to 6.5 µmol kg$^{-1}$) in 2090s relative to 1990s for all RCPs (Figure 6.30a).

Most modelling studies (Table 6.13) explain the global decline in dissolved oxygen by enhanced surface ocean stratification leading to reductions in convective mixing and deep water formation and by a contribution of 18 to 50% from ocean warming-induced reduction in solubility. These two effects are in part compensated by a small increase

in $O_2$ concentration from projected reductions in biological export production production (Bopp et al., 2001; Steinacher et al., 2010) or changes in ventilation age of the tropical thermocline (Gnanadesikan et al., 2007). The largest regional decreases in oxygen concentration (~20 to 100 µmol kg$^{-1}$) are projected for the intermediate (200 to 400 m) to deep waters of the North Atlantic, North Pacific and Southern Ocean for 2100 (Plattner et al., 2002; Matear and Hirst, 2003; Frölicher et al., 2009; Matear et al., 2010; Cocco et al., 2013), which is confirmed by the latest CMIP5 projections (Figure 6.30c and 6.30d).

It is *as likely as not* that the extent of open-ocean hypoxic (dissolved oxygen <60 to 80 µmol kg$^{-1}$) and suboxic (dissolved oxygen <5 µmol kg$^{-1}$) waters will increase in the coming decades. Most models show even some increase in oxygen in most $O_2$-poor waters and thus a slight decrease in the extent of suboxic waters under the SRES-A2 scenario (Cocco et al., 2013), as well as under RCP8.5 scenario (see the model-

6

**Table 6.13 |** Model configuration and projections for global marine $O_2$ depletion by 2100 (adapted from Keeling et al. (2010).

| Study | Ocean Carbon Cycle Model | Forcing | Mean [$O_2$] Decrease (µmol kg$^{-1}$)[a,b] | Solubility Contribution (%) |
|---|---|---|---|---|
| Sarmiento et al. (1998) | GFDL | | 7[c] | |
| Matear et al. (2000) | CSIRO | IS92a | | 18 |
| Plattner et al. (2002) | Bern 2D | SRES A1 | 12 | 35 |
| Bopp et al. (2002) | IPSL | SRES A2[d] | 4 | 25 |
| Matear and Hirst (2003) | CSIRO | IS92a | 9 | 26 |
| Schmittner et al. (2008) | UVic | SRES A2 | 9 | |
| Oschlies et al. (2008) | UVic | SRES A2 | 9 | |
| | UVic-variable C:N | SRES A2 | 12 | |
| Frölicher et al. (2009) | NCAR CSM1.4-CCCM | SRES A2 | 4 | 50 |
| | | SRES B1 | 3 | |
| Shaffer et al. (2009) | DCESS | SRES A2 | 10[e] | |

Notes:
[a]   Assuming a total ocean mass of $1.48 \times 10^{21}$ kg.
[b]   Relative to pre-industrial baseline in 1750.
[c]   Model simulation ends at 2065.
[d]   Radiative forcing of non-$CO_2$ GHGs is excluded from this simulation.
[e]   For simulations with reduced ocean exchange.

CCCM = Coupled-Climate-Carbon Model; CSIRO = Commonwealth Scientific and Industrial Research Organisation; DCESS = Danish Center for Earth System Science; GFDL = Geophysical Fluid Dynamics Laboratory; IPSL = Institute Pierre Simon Laplace; NCAR = National Center for Atmospheric Research; IS92 = IPCC scenarios for 1992; SRES = Special Report on Emission Scenarios; UVic = University of Victoria.

mean increase of sub-surface $O_2$ in large parts of the tropical Indian and Atlantic Oceans, Figure 6.30d). This rise in oxygen in most suboxic waters has been shown to be caused in one model study by an increased supply of oxygen due to lateral diffusion (Gnanadesikan et al., 2012). Given limitations of global ocean models in simulating today's $O_2$ distribution (Cocco et al., 2013), as well as reproducing the measured changes in $O_2$ concentrations over the past 50 years (see Chapter 3, and Stramma et al., 2012), the model projections are uncertain, especially concerning the evolution of $O_2$ in and around oxygen minimum zones.

A number of biogeochemical ocean carbon cycle feedbacks, not yet included in most marine biogeochemical models (including CMIP5 models, see Section 6.3.2.5.6), could also impact future trends of ocean deoxygenation. For example, model experiments which include a pCO$_2$-sensitive C:N drawdown in primary production, as suggested by some mesocosm experiments (Riebesell et al., 2007), project future increases of up to 50% in the volume of the suboxic waters by 2100 (Oschlies et al., 2008; Tagliabue et al., 2011). In addition, future marine hypoxia could be amplified by changes in the $CaCO_3$ to organic matter 'rain ratio' in response to rising pCO$_2$ (Hofmann and Schellnhuber, 2009). Reduction in biogenic calcification due to ocean acidification could weaken the strength of $CaCO_3$ mineral ballasting effect, which could lead organic material to be remineralized at a shallower depth exacerbating the future expansion of shallow hypoxic waters.

The modeled estimates do not take into account processes that are specific to the coastal ocean and may amplify deoxygenation. Recent observations for the period 1976–2000 have shown that dissolved $O_2$ concentrations have declined at a faster rate in the coastal ocean (–0.28 µmol kg$^{-1}$ yr$^{-1}$) than the open ocean (–0.02 µmol kg$^{-1}$ y$^{-1}$, and a faster

rate than in the period 1951–1975, indicating a worsening of hypoxia (Gilbert et al., 2010). Hypoxia in the shallow coastal ocean (apart from continental shelves in Eastern Boundary Upwelling Systems) is largely eutrophication driven and is controlled by the anthropogenic flux of nutrients (N and P) and organic matter from rivers. If continued industrialisation and intensification of agriculture yield larger nutrient loads in the future, eutrophication should intensify (Rabalais et al., 2010), and further increase the coastal ocean deoxygenation.

On longer time scales beyond 2100, ocean deoxygenation is projected to increase with some models simulating a tripling in the volume of suboxic waters by 2500 (Schmittner et al., 2008). Ocean deoxygenation and further expansion of suboxic waters could persist on millennial time scales, with average dissolved $O_2$ concentrations projected to reach minima of up to 56 µmol kg$^{-1}$ below pre-industrial levels in experiments with high $CO_2$ emissions and high climate sensitivity (Shaffer et al., 2009).

A potential expansion of hypoxic or suboxic water over large parts of the ocean is *likely* to impact the marine cycling of important nutrients, particularly nitrogen. The intensification of low oxygen waters has been suggested to lead to increases in water column denitrification and $N_2O$ emissions (e.g., Codispoti, 2010; Naqvi et al., 2010). Recent works, however, suggest that oceanic $N_2O$ production is dominated by nitrification with a contribution of 7% by denitrification (Freing et al., 2012), Figure 6.4c) and that ocean deoxygenation in response to anthropogenic climate change could leave $N_2O$ production relatively unchanged (Bianchi et al., 2012).

BLM_0074043



**Figure 6.30 |** (a) Simulated changes in dissolved $O_2$ (mean and model range as shading) relative to 1990s for RCP2.6, RCP4.5, RCP6.0 and RCP8.5. (b) Multi-model mean dissolved $O_2$ (µmol m⁻³) in the main thermocline (200 to 600 m depth average) for the 1990s, and changes in 2090s relative to 1990s for RCP2.6 (c) and RCP8.5 (d). To indicate consistency in the sign of change, regions are stippled where at least 80% of models agree on the sign of the mean change. These diagnostics are detailed in Cocco et al. (2013) in a previous model intercomparison using the SRES-A2 scenario and have been applied to CMIP5 models here. Models used: Community Earth System Model 1–Biogeochemical (CESM1-BGC), Geophysical Fluid Dynamics Laboratory–Earth System Model 2G (GFDL-ESM2G), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL-ESM2M), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL-CM5A-LR), Institute Pierre Simon Laplace–Coupled Model 5A–Medium Resolution (IPSL-CM5A-MR), Max Planck Institute–Earth System Model–Low Resolution (MPI-ESM-LR), Max Planck Institute–Earth System Model–Medium Resolution (MPI-ESM-MR), Norwegian Earth System Model 1 (Emissions capable) (NorESM1).

### 6.4.6  Future Trends in the Nitrogen Cycle and Impact on Carbon Fluxes

#### 6.4.6.1  Projections for Formation of Reactive Nitrogen by Human Activity

Since the 1970s, food production, industrial activity and fossil fuel combustion have resulted in the creation of more reactive nitrogen (Nr) than natural terrestrial processes (Section 6.1; Box 6.2, Figure 1). Building on the general description of the set of AR4 Special Report on Emission (SRES) scenarios, Erisman et al. (2008) estimated anthropogenic nitrogen fertiliser consumption throughout the 21st century. Five driving parameters (population growth, consumption of animal protein, agricultural efficiency improvement and additional biofuel production) are used to project future nitrogen demands for four scenarios (A1, B1, A2 and B2) (Figure 6.31). Assigning these drivers to these four SRES scenarios, they estimated a production of Nr for agricultural use of 90 to 190 TgN yr⁻¹ by 2100, a range that spans from slightly less to almost twice as much current fertiliser consumption rates (Section 6.1, Figure 6.4a, Figure 1 in Box 6.2).

Despite the uncertainties and the non-inclusion of many important drivers, three of the scenarios generated by the Erisman et al. (2008) model point towards an increase in future production of reactive

nitrogen. In particular, the A1 scenario which assumes a world with rapid economic growth, a global population that peaks mid-century and rapid introduction of new and more efficient technologies ends up as the potentially largest contributor to nitrogen use, as a result of large amounts of biofuels required and the fertiliser used to produce it. This increase in nitrogen use is assumed to be largely in line with the RCP2.6 scenario, where it appears to have rather limited adverse effects like increasing $N_2O$ emissions (van Vuuren et al., 2011).

$N_2O$ emissions are projected to increase from increased anthropogenic Nr production. It is thus *likely* that $N_2O$ emissions from soils will increase due to the increased demand for feed/food and the reliance of agriculture on nitrogen fertilisers. This is illustrated by the comparison of emissions from 1900 to those in 2000 and 2050, using the IAM IMAGE model that served to define the RCP2.6 pathway (Figure 6.32). The anthropogenic $N_2O$ emission map IN 2050 shown in Figure 6.32 is established from the RCP4.5 scenario; the RCP8.5 and RCP6 scenarios have much higher emissions, and RCP2.6 much lower (van Vuuren et al., 2011). A spatially explicit inventory of soil nitrogen budgets in livestock and crop production systems using the IMAGE model (Bouwman et al., 2011) shows that between 1900 and 1950, the global soil Nr budget surplus almost doubled to 36 TgN yr⁻¹, and further increased to 138 TgN yr⁻¹ between 1950 and 2000. The IMAGE model scenario from Bouwman et al. (2011) shown in Figure 6.32 portrays a world with a

**6**

BLM_0074044



**Figure 6.31 |** Global nitrogen fertiliser consumption scenarios (left) and the impact of individual drivers on 2100 consumption (right). This resulting consumption is always the sum (denoted at the end points of the respective arrows) of elements increasing as well as decreasing nitrogen consumption. Other relevant estimates are presented for comparison. The A1, B1, A2 and B2 scenarios draw from the assumptions of the IPCC Special Report on Emission Scenarios (SRES) emission scenario storylines as explained in Erisman et al. (2008).

further increasing global crop production (+82% for 2000–2050) and livestock production (+115%). Despite the assumed rapid increase in nitrogen use efficiency in crop (+35%) and livestock (+35%) production, global agricultural Nr surpluses are projected to continue to increase (+23%), and associated emissions of $N_2O$ to triple compared to 1900 levels.

Regional to global scale model simulations suggest a strong effect of climate variability on interannual variability of land $N_2O$ emissions (Tian et al., 2010; Zaehle et al., 2011; Xu-Ri et al., 2012). Kesik et al. (2006) found for European forests that higher temperatures and lower soil moisture will decrease future $N_2O$ emissions under scenarios of climate change, despite local increases of emission rates by up to 20%. Xu-Ri et al. (2012) show that local climate trends result in a spatially diverse pattern of increases and decreases of $N_2O$ emissions, which globally integrated result in a net climate response of $N_2O$ emissions of 1 TgN $yr^{-1}$ per 1°C of land temperature warming. Using a further development of this model, Stocker et al. (2013) estimate increases in terrestrial $N_2O$ from a pre-industrial terrestrial source of 6.9 TgN ($N_2O$) $yr^{-1}$ to 9.8 to 11.1 TgN ($N_2O$) $yr^{-1}$ (RCP 2.6) and 14.2 to 17.0 TgN ($N_2O$) $yr^{-1}$ (RCP 8.5) by 2100. Of these increases, 1.1 to 2.4 TgN ($N_2O$) $yr^{-1}$ (RCP 2.6) or 4.7 to 7.7 TgN ($N_2O$) $yr^{-1}$ (RCP 8.5) are due to the interacting effects of climate and $CO_2$ on $N_2O$ emissions from natural and agricultural ecosystems. An independent modelling study suggested a climate change related increase of $N_2O$ emissions between 1860 and 2100 by 3.1 TgN ($N_2O$) $yr^{-1}$ for the A2 SRES scenario (Zaehle, 2013) implying a slightly lower sensitivity of soil $N_2O$ emissions to climate of 0.5 TgN ($N_2O$) $yr^{-1}$ per 1°C warming. While the present-day contribution of these climate-mediated effects on the radiative forcing from $N_2O$ is *likely* to be small (0.016 W $m^{-2}$ °$C^{-1}$; Zaehle and Dalmonech,

2011). Modelling results (Stocker et al., 2013) suggest that the climate and $CO_2$-related amplification of terrestrial $N_2O$ emissions imply a larger feedback of 0.03 to 0.05 W $m^{-2}$ °$C^{-1}$ by 2100.

With the continuing increases in the formation of Nr from anthropogenic activities will come increased Nr emissions and distribution of Nr by waters and the atmosphere. For the atmosphere, the main driver of future global nitrogen deposition is the emission trajectories of $NO_y$ and $NH_3$. For all RCP scenarios except RCP2.6, nitrogen deposition is projected to remain relatively constant globally although there is a projected increase in $NH_x$ deposition and decrease in $NO_y$ deposition. On a regional basis, future decreases of $NH_x$ and NOx are projected in North America and northern Europe, and increases in Asia (Figure 6.33). Spatially, projected changes in total nitrogen deposition driven primarily by increases in $NH_x$ emissions occur over large regions of the world for all RCPs, with generally the largest in RCP8.5 and the smallest in RCP2.6 (Figure 6.33) (Supplementary Material has RCP4.5 and RCP6.0). Previous IPCC scenarios (SRES A2 or IS92a) project a near doubling of atmospheric nitrogen deposition over some world biodiversity hotspots with half of these hotspots subjected to deposition rates greater than 15 kgN $ha^{-1}$ $yr^{-1}$ (critical load threshold value) over at least 10% of their total area (Dentener et al., 2005; Phoenix et al., 2006; Bleeker et al., 2011).

Large uncertainties remain in our understanding and modelling of changes in Nr emissions, atmospheric transport and deposition processes, lead to *low confidence* in the projection of future Nr deposition fluxes, particularly in regions remote from anthropogenic emissions (Dentener et al., 2006). The large spread between atmospheric GCM models associated with precipitation projections confounds extraction

536

BLM_0074045

of a climate signal in deposition projections (Langner et al., 2005; Hedegaard et al., 2008).

### 6.4.6.2.   Projected Changes in Sulphur Deposition

Given the tight coupling between the atmospheric nitrogen and sulphur cycles, and the impact on climate (Section 7.3) this Chapter also presents scenarios for sulphur deposition. Deposition of $SO_x$ is projected to decrease in all RCP pathways (Figures 6.33 and 6.34). By contrast, scenarios established prior to RCPs indicated decreases of sulphur deposition in North America and Europe, but increases in South America, Africa, South and East Asia (Dentener et al., 2006; Tagaris et al., 2008). In all RCPs, sulphur deposition is lower by 2100 than in 2000 in all regions, with the largest decreases in North America, Europe and Asia (RCP2.6 and RCP 8.5 are seen in Figure 6.34; RCP4.5 and RCP6.0 are in the Supplementary Material) (Lamarque et al., 2011). Future hot spots of deposition are still evident in East and South East Asia, especially for RCP6.0.

Projected future increase of Nr input into terrestrial ecosystems also yields increased flux of Nr from rivers into coastal systems. As illustrated by the Global NEWS 2 model for 2050, by the base year 2000,



$N_2O$ emissions (kgN km$^{-2}$ y$^{-1}$)

a. 1900

b. 2000

c. 2050

**Figure 6.32 |** $N_2O$ emissions in 1900, 2000 and projected to 2050 (Bouwman et al., 2011). This spatially explicit soil nutrient budget and nitrogen gas emission scenario was elaborated with the Integrated Model to Assess the Global Environment (IMAGE) model on the basis of the International Assessment of Agricultural Knowledge, Science and Technology for Development (IAASTD) baseline scenario (McIntyre et al., 2009).

the discharge of dissolved inorganic nitrogen (DIN) to marine coastal waters was >500 kg N km$^{-2}$ of watershed area for most watershed systems downstream of either high population or extensive agricultural activity (Mayorga et al., 2010; Seitzinger et al., 2010). Additional information and the supporting figure are found in the Supplementary Material.

### 6.4.6.3   Impact of Future Changes in Reactive Nitrogen on Carbon Uptake and Storage

Anthropogenic Nr addition and natural nitrogen-cycle responses to global changes will have an important impact on the global carbon cycle. As a principal nutrient for plant growth, nitrogen can both limit future carbon uptake and stimulate it depending on changes in Nr availability. A range of global terrestrial carbon cycle models have been developed since AR4 that integrate nitrogen dynamics into the simulation of land carbon cycling (Thornton et al., 2007; Wang et al., 2007, 2010a; Sokolov et al., 2008; Xu-Ri and Prentice, 2008; Churkina et al., 2009; Jain et al., 2009; Fisher et al., 2010; Gerber et al., 2010; Zaehle and Friend, 2010; Esser et al., 2011). However, only two ESMs in CMIP5 (CESM1-BGC and NorESM1-ME) include a description of nitrogen–carbon interactions.

In response to climate warming, increased decomposition of soil organic matter increases nitrogen mineralisation, (*high confidence*) which can enhance Nr uptake and carbon storage by vegetation. Generally, higher C:N ratio in woody vegetation compared to C:N ratio of soil organic matter causes increased ecosystem carbon storage as increased Nr uptake shifts nitrogen from soil to vegetation (Melillo et al., 2011). In two studies (Sokolov et al., 2008; Thornton et al., 2009), this effect was strong enough to turn the carbon–climate interaction into a small negative feedback, that is, an increased land $CO_2$ uptake in response to climate warming (positive $\gamma_L$ values in Figure 6.20), whereas in another study that described carbon–nitrogen interactions (Zaehle et al., 2010b) the carbon–climate interaction was reduced but remained positive, that is, decreased land $CO_2$ uptake in response to climate change (negative $\gamma_L$ values in Figures 6.20, 6.21 and 6.22). The two CMIP5 ESMs which include terrestrial carbon–nitrogen interactions (Table 6.11) also simulate a small but positive climate–carbon feedback.

Consistent with the observational evidence (Finzi et al., 2006; Palmroth et al., 2006; Norby et al., 2010), modelling studies have shown a strong effect of Nr availability in limiting the response of plant growth and land carbon storage to elevated atmospheric $CO_2$ (e.g., Sokolov et al., 2008; Thornton et al., 2009; Zaehle and Friend, 2010). These analyses are affected by the projected future trajectories of anthropogenic Nr deposition. The effects of Nr deposition counteract the nitrogen limitation of $CO_2$ fertilisation (Churkina et al., 2009; Zaehle et al., 2010a). Estimates of the total net carbon storage on land due to Nr deposition between 1860 and 2100 range between 27 and 66 PgC (Thornton et al., 2009; Zaehle et al., 2010a).

It is *very likely* that, at the global scale, nutrient limitation will reduce the global land carbon storage projected by CMIP5 carbon-cycle only models. Only two of the current CMIP5 ESM models explicitly consider carbon–nitrogen interactions (CESM1-BGC and NorESM1-ME).

6

BLM_0074046

The effect of the nitrogen limitations on terrestrial carbon sequestration in the results of the other CMIP5 models may be approximated by comparing the implicit Nr requirement given plausible ranges of terrestrial C:N stoichiometry (Wang and Houlton, 2009) to plausible increases in terrestrial Nr supply due to increased biological nitrogen fixation (Wang and Houlton, 2009) and anthropogenic Nr deposition (Figure 6.35). For the ensemble of CMIP5 projections under the RCP 8.5 scenario, this implies a lack of available nitrogen of 1.3 to 13.1 PgN which would reduce terrestrial C sequestration by an average of 137 PgC over the period 1860–2100, with a range of 41 to 273 PgC among models. This represents an ensemble mean reduction in land carbon sequestration of 55%, with a large spread across models (14 to 196%). Inferred reductions in ensemble-mean land carbon sink over the same period for RCPs 6.0, 4.5 and 2.6 are 109, 117 and 85 PgC, respectively. Between-model variation in these inferred reduced land carbon sinks is similar for all RCPs, with ranges of 57 to 162 PgC, 38 to 208 PgC, and 32 to 171 PgC for RCPs 6.0, 4.5 and 2.6, respectively. The

influence of nutrient addition for agriculture and pasture management is not addressed in this analysis. Results from the two CMIP5 models with explicit carbon–nitrogen interactions show even lower land carbon sequestration than obtained by this approximation method (Figure 6.35). More models with explicit carbon–nitrogen interactions are needed to understand between-model variation and construct an ensemble response.

The positive effect on land carbon storage due to climate-increased Nr mineralization is of comparable magnitude to the land carbon storage increase associated with increased anthropogenic Nr deposition. Models disagree, however, which of the two factors is more important, with both effects dependent on the choice of scenario. Crucially, the effect of nitrogen limitation on vegetation growth and carbon storage under elevated $CO_2$ is the strongest effect of the natural and disturbed nitrogen cycle on terrestrial carbon dynamics (Bonan and Levis, 2010; Zaehle et al., 2010a). In consequence, the projected atmospheric $CO_2$



**Figure 6.33 |** Deposition of $SO_x$ (left, TgS yr⁻¹), NH₄ (middle, TgN yr⁻¹) and NO_y (right, TgN yr⁻¹) from 1850 to 2000 and projections of deposition to 2100 under the four RCP emission scenarios (Lamarque et al., 2011; van Vuuren et al., 2011). Also shown are the 2030 scenarios using the SRES B1/A2 energy scenario with assumed current legislation and maximum technically feasible air pollutant reduction controls (Dentener et al., 2006).

BLM_0074047



**Figure 6.34** | Spatial variability of nitrogen and $SO_x$ deposition in 1990s with projections to the 2090s (shown as difference relative to the 1990s), using the RCP2.6 and RCP8.5 scenarios, kgN km⁻² yr⁻¹, adapted from Lamarque et al. (2011). Note that no information on the statistical significance of the shown differences is available. This is of particular relevance for areas with small changes. The plots for all four of the RCP scenarios are in the Supplementary Material.

concentrations (and thus degree of climate change) in 2100 are higher in projections with models describing nitrogen limitations than in those same models without these interactions. The influence of current and future nitrogen deposition on the ocean sink for anthropogenic carbon is estimated to be rather small, with less than 5% of the ocean carbon sink in 2100 attributable to fertilisation from anthropogenic Nr deposition over the oceans (Reay et al., 2008).

None of the CMIP5 models include phosphorus as a limiting nutrient for land ecosystems, although this limitation and interactions with Nr availability are observed in many systems (Elser et al., 2007). Limitation by Nr availability alone may act as a partial surrogate for combined nitrogen–phosphorus limitation (Thornton et al., 2009; Section 6.4.8.2), but are *likely* to underestimate the overall nutrient limitation, especially in lowland tropical forest.

### 6.4.7    Future Changes in Methane Emissions

Future atmospheric $CH_4$ concentrations are sensitive to changes in both emissions and OH oxidation. Atmospheric chemistry is not covered in this chapter and we assess here future changes in natural $CH_4$ emissions in response to climate change (e.g., O'Connor et al., 2010; Figure 6.36). Projected increases in future fire occurrence (Section 6.4.8.1) suggest that $CH_4$ from fires may increase (*low confidence*). Future changes in anthropogenic emissions due to anthropogenic alteration of wetlands (e.g., peatland drainage) may also be important but are not assessed here.

#### 6.4.7.1    Future Methane Emissions from Wetlands

Overall, there is *medium confidence* that emissions of $CH_4$ from wetlands are *likely* to increase in the future under elevated $CO_2$ and warmer climate. Wetland extent is determined by geomorphology and soil moisture, which depends on precipitation, evapotranspiration, drainage and runoff. All of these may change in the future. Increasing temperature can lead to higher rates of evapotranspiration, reducing soil moisture and therefore affect wetland extent, and temporary increasing aeration of existing wetlands with further consequences to methane emissions. Regional projections of precipitation changes are especially uncertain (see Chapter 12).

6

BLM_0074048

Direct effects on wetland $CH_4$ emissions include: higher NPP under higher temperature and higher atmospheric $CO_2$ concentrations leading to more substrate for methanogenesis (White et al., 2008); higher $CH_4$ production rates under higher temperature; and changes in $CH_4$ oxidation through changed precipitation that alters water table position (Melton et al., 2013). Wetland $CH_4$ emissions are also affected by changes in wetland area which may either increase (due to thawing permafrost or reduced evapotranspiration) or decrease (due to reduced precipitation or increased evaporation) regionally. In most models, elevated $CO_2$ has a stronger enhancement effect on $CH_4$ emissions than climate change. However, large uncertainties exist concerning the lack of wetland specific plant functional types in most models and the lack of understanding how wetland plants will react to $CO_2$ fertilisation (e.g., Berendse et al., 2001; Boardman et al., 2011; Heijmans et al., 2001, 2002a, 2002b).



**Figure 6.35** | Estimated influence of nitrogen availability on total land carbon sequestration over the period 1860–2100 (based on analysis method of Wang and Houlton (2009). Blue bars show, for each RCP scenario, the multi-model ensemble mean of land carbon sequestration, based on the carbon-only subset of CMIP5 models (Canadian Earth System Model 2 (CanESM2), Geophysical Fluid Dynamics Laboratory–Earth System Model 2G (GFDL-ESM2G), Geophysical Fluid Dynamics Laboratory–Earth System Model 2M (GFDL-ESM2M), Hadley Centre Global Environmental Model 2–Carbon Cycle(HadGEM2-CC), Hadley Centre Global Environmental Model 2–Earth System (HadGEM2-ES), Institute Pierre Simon Laplace–Coupled Model 5A–Low Resolution (IPSL-CM5A-LR), Institute Pierre Simon Laplace– Coupled Model 5A–Medium Resolution (IPSL-CM5A-MR), Institute Pierre Simon Laplace–Coupled Model 5B–Low Resolution (IPSL-CM5B-LR), Max Planck Institute–Earth System Model–Low Resolution (MPI-ESM-LR); not all models produced results for all scenarios). Red bars show, for each scenario, the mean land carbon sequestration from the same ensemble of carbon-only models after correcting for inferred constraints on carbon uptake due to limited availability of nitrogen. Black bars show ± one standard deviation around the means. Black symbols show individual model results from the two CMIP5 models with explicit carbon–nitrogen interactions (Community Earth System Model 1–Biogeochemical (CESM1-BGC) and Norwegian Earth System Model 1 (Emissions capable) (NorESM1-ME)). These two models have nearly identical representations of land carbon–nitrogen dynamics, and differences between them here (for RCP4.5 and RCP8.5, where both models contributed results) are due to differences in coupled system climate. All simulations shown here used prescribed atmospheric $CO_2$ concentrations.

Since AR4, several modelling studies have attempted to quantify the sensitivity of global wetland $CH_4$ emissions to environmental changes (see Figure 6.37). The studies cover a wide range of simulation results but there is high agreement between model results that the combined effect of $CO_2$ increase and climate change by the end of the 21st century will increase wetland $CH_4$ emissions. Using a common experimental protocol with spatially uniform changes in precipitation, temperature and $CO_2$ ("WETCHIMP"; Melton et al., 2013) seven models predict that the effect of increased temperature alone (red bars in Figure 6.37) may cause an increase or decrease of wetland $CH_4$ emissions, while the effect of increased precipitation alone (green bars in Figure 6.37) is always an increase, although generally small. The effect of increased atmospheric $CO_2$ concentration (fertilisation of NPP; Box 6.3; blue bars in Figure 6.37) always resulted in an increase of emissions (22 to 162%). Other studies assessed the effects of temperature and precipitation together (orange bars in Figure 6.37) and often found an increase in wetland $CH_4$ emissions (Eliseev et al., 2008; Gedney et al., 2004; Shindell et al., 2004; Volodin, 2008) although Ringeval et al. (2011) found a net decrease. The combined effect of climate and $CO_2$ resulted in an increase of wetland $CH_4$ emissions from 40% (Volodin (2008); fixed wetland area) to 68% (Ringeval et al., 2011); variable wetland area).

The models assessed here do not consider changes in soil hydrological properties caused by changes in organic matter content. Positive feedbacks from increased drainage due to organic carbon loss may



**Figure 6.36** | Schematic synthesis of the magnitude and time scales associated with possible future $CH_4$ emissions (adapted from O'Connor et al., 2010). Uncertainty in these future changes is large, and so this figure demonstrates the relative magnitude of possible future changes. Anthropogenic emissions starting at a present-day level of 300 $Tg(CH_4)$ $yr^{-1}$ (consistent with Table 6.8) and increasing or decreasing according to RCP8.5 and RCP2.6 are shown for reference. Wetland emissions are taken as 140 to 280 $Tg(CH_4)$ $yr^{-1}$ present day values (Table 6.8) and increasing by between 0 and 100% (Section 6.4.7.1; Figure 6.37). Permafrost emissions may become important during the 21st century. $CH_4$ release from marine hydrates and subsea permafrost may also occur but uncertainty is sufficient to prevent plotting emission rates here. Large $CH_4$ hydrate release to the atmosphere is not expected during the 21st century. No quantitative estimates of future changes in $CH_4$ emissions from wildfires exist, so plotted here are continued present-day emissions of 1 to 5 $Tg(CH_4)$ $yr^{-1}$ (Table 6.8).

6

accelerate peat decomposition rates (Ise et al., 2008). However, carbon accumulation due to elevated NPP in wetland and permafrost regions may to some extent offset $CH_4$ emissions (Frolking and Roulet, 2007; Turetsky et al., 2007). None of the studies or models assessed here considers $CH_4$ emissions from mangroves.

The models also do not agree in their simulations of present day wetland extent or $CH_4$ emissions, and there are not adequate data sets to evaluate them thoroughly at the grid scale (typically 0.5°) (Melton et al., 2013). Hence despite high agreement between models of a strong positive response of wetland $CH_4$ emission rates to increasing atmospheric $CO_2$ we assign *low confidence* to quantitative projections of future wetland $CH_4$ emissions.

Soil $CH_4$ oxidation of about 30 Tg($CH_4$) $yr^{-1}$ (Table 6.8) represents the smallest of the three sinks for atmospheric methane (see Table 6.8) but is also sensitive to future environmental changes. Soil $CH_4$ oxidation is projected to increase by up to 23% under the SRES A1B due to rising atmospheric $CH_4$ concentrations, higher soil temperature and lower soil moisture (Curry, 2007, 2009).

#### 6.4.7.2    Future Methane Emissions from Permafrost Areas

Permafrost thaw may lead to increased drainage and a net reduction in lakes and wetlands, a process that has already begun to be seen in lakes in the discontinuous permafrost zone (Smith et al., 2005; Jones

et al., 2011) and has been projected to continue under future scenarios (Avis et al., 2011). Alternatively, small lakes or ponds and wetland growth may occur in continuous permafrost areas underlain by ice-rich material subject to thermokarst (Christensen et al., 2004; Jorgenson et al., 2006; Plug and West, 2009; Jones et al., 2011).

There is high agreement between land surface models that permafrost extent is expected to reduce during the 21st century, accompanying particularly rapid warming at high latitudes (Chapter 12). However, estimates vary widely as to the pace of degradation (Lawrence and Slater, 2005; Burn and Nelson, 2006; Lawrence et al., 2008). The LPJ-WHyMe model projected permafrost area loss of 30% (SRES B1) and 47% (SRES A2) by 2100 (Wania, 2007). Marchenko et al. (2008) calculate that by 2100, 57% of Alaska will lose permafrost within the top 2 m. For the RCP scenarios, the CMIP5 multi-model ensemble shows a wide range of projections for permafrost loss: 15 to 87% under RCP4.5 and 30 to 99% under RCP8.5 (Koven et al., 2013).

Hydrological changes may lead to tradeoffs between the $CO_2$ and $CH_4$ balance of ecosystems underlain by permafrost, with methane production rates being roughly an order of magnitude less than rates of oxic decomposition to $CO_2$ but $CH_4$ having a larger greenhouse warming potential (Frolking and Roulet, 2007). The extent of permafrost thaw simulated by climate models has been used to estimate possible subsequent carbon release (Burke et al., 2013; Harden et al., 2012; Section 6.4.3.4) but few studies explicitly partition this into $CO_2$ or $CH_4$ release



**Figure 6.37 |** Relative changes of global $CH_4$ emissions from either pre-industrial (a) or present-day (b) conditions and environmental changes that reflect potential conditions in 2100. The first seven models took part in the WETCHIMP intercomparison project and were run under a common protocol (Melton et al., 2013). Bars represent $CH_4$ emission changes associated with temperature-only changes (T), precipitation only (P), $CO_2$ only ($CO_2$) or combinations of multiple factors. Other studies as listed in the figure used different future scenarios: Eliseev et al. (2008), Gedney et al. (2004), Ringeval et al. (2011), Shindell et al. (2004), Volodin (2008), Stocker et al. (2013).

BLM_0074050

to the atmosphere. Schneider von Deimling et al. (2012) estimate cumulative $CH_4$ emissions by 2100 between 131 and 533 Tg($CH_4$) across the 4 RCPs. CMIP5 projections of permafrost thaw do not consider changes in pond or lake formation. Thawing of unsaturated Yedoma carbon deposits (which contain large, but uncertain amounts of organic carbon in permafrost in northeast Siberia; Schirrmeister et al., 2011) was postulated to produce significant $CH_4$ emissions (Khvorostyanov et al., 2008), however more recent estimates with Yedoma carbon lability constrained by incubation observations (Dutta et al., 2006) argue for smaller emissions at 2100 (Koven et al., 2011).

### 6.4.7.3    Future Methane Hydrate Emissions

Substantial quantities of methane are believed to be stored within submarine hydrate deposits at continental margins (see also Section 6.1, FAQ 6.1). There is concern that warming of overlying waters may melt these deposits, releasing $CH_4$ into the ocean and atmosphere systems. Overall, it is *likely* that subsequent emissions to the atmosphere caused by hydrate destabilisation would be in the form of $CO_2$, due to $CH_4$ oxidation in the water column.

Considering a potential warming of bottom waters by 1°C, 3°C and 5°C during the next 100 years, Reagan and Moridis (2007) found that hydrates residing in a typical deep ocean setting (4°C and 1000 m depth) would be stable and in shallow low-latitude settings (6°C and 560 m) any sea floor $CH_4$ fluxes would be oxidized within the sediments. Only in cold-shallow Arctic settings (0.4°C and 320 m) would $CH_4$ fluxes exceed rates of benthic sediment oxidation. Simulations of heat penetration through the sediment by Fyke and Weaver (2006) suggest that changes in the gas hydrate stability zone will be small on century time scales except in high-latitude regions of shallow ocean shelves. In the longer term, Archer et al. (2009a) estimated that between 35 and 940 PgC could be released over several thousand years in the future following a 3°C seafloor warming.

Using multiple climate models (Lamarque, 2008), predicted an upper estimate of the global sea floor flux of between 560 and 2140 Tg($CH_4$) yr$^{-1}$, mostly in the high latitudes. Hunter et al. (2013) also found 21st century hydrate dissociation in shallow Arctic waters and comparable in magnitude to Biastoch et al. (2011), although maximum $CH_4$ sea floor fluxes were smaller than Lamarque (2008), with emissions from 330 to 450 Tg($CH_4$) yr$^{-1}$ for RCP 4.5 to RCP8.5. Most of the sea floor flux of $CH_4$ is expected to be oxidised in the water column into dissolved $CO_2$. Mau et al. (2007) suggest only 1% might be released to the atmosphere but this fraction depends on the depth of water and ocean conditions. Elliott et al. (2011) demonstrated significant impacts of such sea floor release on marine hypoxia and acidity, although atmospheric $CH_4$ release was small.

Observations of $CH_4$ release along the Svalbard margin seafloor (Westbrook et al., 2009) suggest observed regional warming of 1°C during the last 30 years is driving hydrate disassociation, an idea supported by modelling (Reagan and Moridis, 2009). However, these studies do not consider subsea-permafrost hydrates suggested recently to be regionally significant sources of atmospheric $CH_4$ (Shakhova et al., 2010). There was no positive excursion in the methane concentration recorded in ice cores from the largest known submarine landslide, the Storegga

slide of Norway 8200 years ago. Large methane hydrate release due to marine landslides is *unlikely* as any given sea landslide could release only a tiny fraction of the global inventory (Archer, 2007).

There is *low confidence* in modelling abilities to simulate transient changes in hydrate inventories, but large $CH_4$ release to the atmosphere during this century is *unlikely*.

### 6.4.8    Other Drivers of Future Carbon Cycle Changes

#### 6.4.8.1    Changes in Fire under Climate Change/Scenarios of Anthropogenic Fire Changes

Regional studies for boreal regions suggest an increase in future fire risk (e.g., Amiro et al., 2009; Balshi et al., 2009; Flannigan et al., 2009a; Spracklen et al., 2009; Tymstra et al., 2007; Westerling et al., 2011; Wotton et al., 2010) with implications for carbon and nutrient storage (Certini, 2005). Kurz et al. (2008b) and Metsaranta et al. (2010) indicated that increased fire activity has the potential to turn the Canadian forest from a sink to a source of atmospheric $CO_2$. Models predict spatially variable responses in fire activity, including strong increases and decreases, due to regional variations in the climate–fire relationship, and anthropogenic interference (Scholze et al., 2006; Flannigan et al., 2009b; Krawchuk et al., 2009; Pechony and Shindell, 2010; Kloster et al., 2012). Wetter conditions can reduce fire activity, but increased biomass availability can increase fire emissions (Scholze et al., 2006; Terrier et al., 2013). Using a land surface model and future climate projections from two GCMs, Kloster et al. (2012) projected fire carbon emissions in 2075–2099 that exceed present-day emissions by 17 to 62% (0.3 to 1.0 PgC yr$^{-1}$) depending on scenario.

Future fire activity will also depend on anthropogenic factors especially related to land use change. For the Amazon it is estimated that at present 58% of the area is too humid to allow deforestation fires but climate change might reduce this area to 37% by 2050 (Le Page et al., 2010). Golding and Betts (2008) estimated that future Amazon forest vulnerability to fire may depend nonlinearly on combined climate change and deforestation.

#### 6.4.8.2    Other Biogeochemical Cycles and Processes Impacting Future Carbon Fluxes

##### 6.4.8.2.1    Phosphorus

On centennial time scales, the phosphoros (P) limitation of terrestrial carbon uptake could become more severe than the nitrogen limitation because of limited phosphorus sources. Model simulations have shown a shift after 2100 from nitrogen to phosphorus limitation at high latitudes (Goll et al., 2012).

##### 6.4.8.2.2    Elevated surface ozone

Plants are known to suffer damage due to exposure to levels of ozone ($O_3$) above about 40 ppb (Ashmore, 2005). Model simulations of plant $O_3$ damage on the carbon cycle have found a reduction in terrestrial carbon storage between 2005 and 2100 ranging from 4 to 140 PgC (Felzer et al., 2005) and up to 260 PgC (Sitch et al., 2007).

6

BLM_0074051

#### 6.4.8.2.3    Iron deposition to oceans

Changes in iron deposition may have affected ocean carbon uptake in the past (Section 6.2.1.1), but future projections of iron deposition from desert dust over the ocean are uncertain, even about the sign of changes (Tegen et al., 2004; Mahowald et al., 2009). Tagliabue et al. (2008) found relatively little impact of varying aeolian iron input on ocean $CO_2$ fluxes, but Mahowald et al. (2011) show projected changes in ocean productivity as large as those due to $CO_2$ increases and climate change.

#### 6.4.8.2.4    Changes in the diffuse fraction of solar radiation at the surface

Mercado et al. (2009) estimated that variations in the diffuse fraction, associated largely with the 'global dimming' period (Stanhill and Cohen, 2001), enhanced the land carbon sink by approximately 25% between 1960 and 1999. Under heavily polluted or dark cloudy skies, plant productivity may decline as the diffuse effect is insufficient to offset decreased surface irradiance (UNEP, 2011). Under future scenarios involving reductions in aerosol emissions (Figures 6.33 and 6.34), the diffuse-radiation enhancement of carbon uptake will decline.

### 6.4.9    The Long-term Carbon Cycle and Commitments

With *very high confidence*, the physical, biogeochemical carbon cycle in the ocean and on land will continue to respond to climate change and rising atmospheric $CO_2$ concentrations created during the 21st century. Long-term changes in vegetation structure and induced carbon storage potentially show larger changes beyond 2100 than during the 21st century as the long time scale response of tree growth and ecosystem migrations means that by 2100 only a part of the eventual committed change will be realized (Jones et al., 2009). Holocene changes in tree-line lagged changes in climate by centuries (MacDonald et al., 2008). Long-term 'commitments' to ecosystems migration also carry long-term committed effects to changes in terrestrial carbon storage (Jones et al., 2010; Liddicoat et al., 2013) and permafrost (O'Connor et al., 2010; Sections 6.4.3.3 and 6.4.7).

Warming of high latitudes is common to most climate models (Chapter 12) and this may enable increased productivity and northward expansion of boreal forest ecosystems into present tundra regions depending on nutrient availability (Kellomäki et al., 2008; Kurz et al., 2008a; MacDonald et al., 2008). CMIP5 simulations by two ESMs with dynamic vegetation for extended RCP scenarios to 2300 (Meinshausen et al., 2011) allow analysis of this longer term response of the carbon cycle. Increases in tree cover and terrestrial carbon storage north of 60°N are shown in Figure 6.38.



**Figure 6.38 |** Maps of changes in woody cover fraction, %, (left) and terrestrial carbon storage, kg C m⁻² (vegetation carbon, middle; soil carbon, right) between years 2100 and 2300 averaged for two models, Hadley Centre Global Environmental Model 2-Earth System (HadGEM2-ES) and Max Planck Institute–Earth System Model (MPI-ESM), which simulate vegetation dynamics for three RCP extension scenarios 2.6 (top), 4.5 (middle), and 8.5 (bottom). Note the RCP6.0 extension was not a CMIP5 required simulation. Model results were interpolated on 1° × 1° grid; white colour indicates areas where models disagree in sign of changes. Anthropogenic land use in these extension scenarios is kept constant at 2100 levels, so these results show the response of natural ecosystems to the climate change.

543

BLM_0074052

Frequently Asked Questions

## FAQ 6.2 | What Happens to Carbon Dioxide After It Is Emitted into the Atmosphere?

*Carbon dioxide (CO₂), after it is emitted into the atmosphere, is firstly rapidly distributed between atmosphere, the upper ocean and vegetation. Subsequently, the carbon continues to be moved between the different reservoirs of the global carbon cycle, such as soils, the deeper ocean and rocks. Some of these exchanges occur very slowly. Depending on the amount of CO₂ released, between 15% and 40% will remain in the atmosphere for up to 2000 years, after which a new balance is established between the atmosphere, the land biosphere and ocean. Geological processes will take anywhere from tens to hundreds of thousands of years—perhaps longer—to redistribute the carbon further among the geological reservoirs. Higher atmospheric CO₂ concentrations, and associated climate impacts of present emissions, will, therefore, persist for a very long time into the future.*

$CO_2$ is a largely non-reactive gas, which is rapidly mixed throughout the entire troposphere in less than a year. Unlike reactive chemical compounds in the atmosphere that are removed and broken down by sink processes, such as methane, carbon is instead redistributed among the different reservoirs of the global carbon cycle and ultimately recycled back to the atmosphere on a multitude of time scales. FAQ 6.2, Figure 1 shows a simplified diagram of the global carbon cycle. The open arrows indicate typical timeframes for carbon atoms to be transferred through the different reservoirs.



**FAQ 6.2, Figure 1** | Simplified schematic of the global carbon cycle showing the typical turnover time scales for carbon transfers through the major reservoirs.

Before the Industrial Era, the global carbon cycle was roughly balanced. This can be inferred from ice core measurements, which show a near constant atmospheric concentration of $CO_2$ over the last several thousand years prior to the Industrial Era. Anthropogenic emissions of carbon dioxide into the atmosphere, however, have disturbed that equilibrium. As global $CO_2$ concentrations rise, the exchange processes between $CO_2$ and the surface ocean and vegetation are altered, as are subsequent exchanges within and among the carbon reservoirs on land, in the ocean and eventually, the Earth crust. In this way, the added carbon is redistributed by the global carbon cycle, until the exchanges of carbon between the different carbon reservoirs have reached a new, approximate balance.

Over the ocean, $CO_2$ molecules pass through the air-sea interface by gas exchange. In seawater, $CO_2$ interacts with water molecules to form carbonic acid, which reacts very quickly with the large reservoir of dissolved inorganic carbon—bicarbonate and carbonate ions—in the ocean. Currents and the formation of sinking dense waters transport the carbon between the surface and deeper layers of the ocean. The marine biota also redistribute carbon: marine organisms grow organic tissue and calcareous shells in surface waters, which, after their death, sink to deeper waters, where they are returned to the dissolved inorganic carbon reservoir by dissolution and microbial decomposition. A small fraction reaches the sea floor, and is incorporated into the sediments.

The extra carbon from anthropogenic emissions has the effect of increasing the atmospheric partial pressure of $CO_2$, which in turn increases the air-to-sea exchange of $CO_2$ molecules. In the surface ocean, the carbonate chemistry quickly accommodates that extra $CO_2$. As a result, shallow surface ocean waters reach balance with the atmosphere within 1 or 2 years. Movement of the carbon from the surface into the middle depths and deeper waters takes longer—between decades and many centuries. On still longer time scales, acidification by the invading $CO_2$ dissolves carbonate sediments on the sea floor, which further enhances ocean uptake. However, current understanding suggests that, unless substantial ocean circulation changes occur, plankton growth remains roughly unchanged because it is limited mostly by environmental factors, such as nutrients and light, and not by the availability of inorganic carbon it does not contribute significantly to the ocean uptake of anthropogenic $CO_2$. *(continued on next page)*

6

BLM_0074053

*FAQ 6.2 (continued)*

On land, vegetation absorbs $CO_2$ by photosynthesis and converts it into organic matter. A fraction of this carbon is immediately returned to the atmosphere as $CO_2$ by plant respiration. Plants use the remainder for growth. Dead plant material is incorporated into soils, eventually to be decomposed by microorganisms and then respired back into the atmosphere as $CO_2$. In addition, carbon in vegetation and soils is also converted back into $CO_2$ by fires, insects, herbivores, as well as by harvest of plants and subsequent consumption by livestock or humans. Some organic carbon is furthermore carried into the ocean by streams and rivers.

An increase in atmospheric $CO_2$ stimulates photosynthesis, and thus carbon uptake. In addition, elevated $CO_2$ concentrations help plants in dry areas to use ground water more efficiently. This in turn increases the biomass in vegetation and soils and so fosters a carbon sink on land. The magnitude of this sink, however, also depends critically on other factors, such as water and nutrient availability.

Coupled carbon-cycle climate models indicate that less carbon is taken up by the ocean and land as the climate warms constituting a positive climate feedback. Many different factors contribute to this effect: warmer seawater, for instance, has a lower $CO_2$ solubility, so altered chemical carbon reactions result in less oceanic uptake of excess atmospheric $CO_2$. On land, higher temperatures foster longer seasonal growth periods in temperate and higher latitudes, but also faster respiration of soil carbon.

The time it takes to reach a new carbon distribution balance depends on the transfer times of carbon through the different reservoirs, and takes place over a multitude of time scales. Carbon is first exchanged among the 'fast' carbon reservoirs, such as the atmosphere, surface ocean, land vegetation and soils, over time scales up to a few thousand years. Over longer time scales, very slow secondary geological processes—dissolution of carbonate sediments and sediment burial into the Earth's crust—become important.

FAQ 6.2, Figure 2 illustrates the decay of a large excess amount of $CO_2$ (5000 PgC, or about 10 times the cumulative $CO_2$ emitted so far since the beginning of the industrial Era) emitted into the atmosphere, and how it is redistributed among land and the ocean over time. During the first 200 years, the ocean and land take up similar amounts of carbon. On longer time scales, the ocean uptake dominates mainly because of its larger reservoir size (~38,000 PgC) as compared to land (~4000 PgC) and atmosphere (589 PgC prior to the Industrial Era). Because of ocean chemistry the size of the initial input is important: higher emissions imply that a larger fraction of $CO_2$ will remain in the atmosphere. After 2000 years, the atmosphere will still contain between 15% and 40% of those initial $CO_2$ emissions. A further reduction by carbonate sediment dissolution, and reactions with igneous rocks, such as silicate weathering and sediment burial, will take anything from tens to hundreds of thousands of years, or even longer.



**FAQ 6.2, Figure 2 |** Decay of a $CO_2$ excess amount of 5000 PgC emitted at time zero into the atmosphere, and its subsequent redistribution into land and ocean as a function of time, computed by coupled carbon-cycle climate models. The sizes of the colour bands indicate the carbon uptake by the respective reservoir. The first two panels show the multi-model mean from a model intercomparison project (Joos et al., 2013). The last panel shows the longer term redistribution including ocean dissolution of carbonaceous sediments as computed with an Earth System Model of Intermediate Complexity (after Archer et al., 2009b).

6

BLM_0074054

Increases in fire disturbance or insect damage may drive loss of forest in temperate regions (Kurz et al., 2008c), but this process is poorly represented or not accounted at all in models. Recent evidence from models (Huntingford et al., 2013) and studies on climate variability (Cox et al., 2013) suggests that large scale loss of tropical forest as previously projected in some models (Cox et al., 2004; Scholze et al., 2006) is *unlikely*, but depends strongly on the predicted future changes in regional temperature (Galbraith et al., 2010) and precipitation (Good et al., 2011, 2013), although both models here simulate reduced tree cover and carbon storage for the RCP8.5 scenario. ESMs also poorly simulate resilience of ecosystems to climate changes and usually do not account for possible existence of alternative ecosystem states such as tropical forest or savannah (Hirota et al., 2011).

Regional specific changes in ecosystem composition and carbon storage are uncertain but it is *very likely* that ecosystems will continue to change for decades to centuries following stabilisation of GHGs and climate change.

## 6.5   Potential Effects of Carbon Dioxide Removal Methods and Solar Radiation Management on the Carbon Cycle

### 6.5.1   Introduction to Carbon Dioxide Removal Methods

To slow or perhaps reverse projected increases in atmospheric $CO_2$ (Section 6.4), several methods have been proposed to increase the removal of atmospheric $CO_2$ and enhance the storage of carbon in land, ocean and geological reservoirs. These methods are categorized as 'Carbon Dioxide Removal (CDR)' methods (see Glossary). Another class of methods involves the intentional manipulation of planetary solar absorption to counter climate change, and is called the 'Solar Radiation Management (SRM)' (discussed in Chapter 7, Section 7.7; see Glossary). In this section, CDR methods are discussed from the aspect of the carbon cycle processes (Section 6.5.2) and their impacts and side effects on carbon cycle and climate (Section 6.5.3). A brief discussion on the indirect carbon cycle effects of SRM methods is given in Section 6.5.4. Most of the currently proposed CDR methods are summarized in Table 6.14 and some are illustrated schematically in Chapter 7 (Section 7.7; FAQ 7.3 Figure 1). Since some CDR methods might operate on large spatial scales they are also called 'Geoengineering' proposals (Keith, 2001). Removal of $CH_4$ and $N_2O$ has also been proposed to reduce climate change (Stolaroff et al., 2012). While the science of geoengineering methods is assessed in this section (CDR) and Chapter 7 (SRM), the benefits and risks of SRM are planned to be assessed in Chapter 19 of AR5 WGII report. Further, Chapter 6 of AR5 WGIII report plans to assess the cost and socioeconomic implications of some CDR and SRM methods for climate stabilization pathways.

Large-scale industrial methods such as carbon capture and storage (CCS), biofuel energy production (without CCS) and reducing emissions from deforestation and degradation (REDD) cannot be called CDR methods since they *reduce fossil fuel use or land use change $CO_2$ emissions* to the atmosphere but they do not involve a net removal of $CO_2$ that is already in the atmosphere. However, direct air capture of $CO_2$ using industrial methods (Table 6.14; and FAQ 7.3 Figure 1) will

remove $CO_2$ from the atmosphere and is thus considered as a CDR method. The distinction between CDR and mitigation (see Glossary) is not clear and there could be some overlap between the two.

Insofar as the CDR-removed $CO_2$ is sequestered in a permanent reservoir, CDR methods could potentially reduce direct consequences of high $CO_2$ levels, including ocean acidification (see Section 6.4.4) (Matthews et al., 2009). However, the effects of CDR methods that propose to manipulate carbon cycle processes are slow (see Box 6.1) and hence the consequent climate effects would be slow. The climate system has a less than 5-years relaxation (e-folding) time scale for an assumed instantaneous reduction in radiative forcing to preindustrial levels (Held et al., 2010). While the climate effect of SRM could be rapid (Shepherd et al., 2009) given this time scale, at present, there is no known CDR method, including industrial direct air capture that can feasibly reduce atmospheric $CO_2$ to pre-industrial levels within a similar time scale. Therefore, CDR methods do not present an option for rapidly preventing climate change when compared to SRM. It is *likely* that CDR would have to be deployed at large-scale for at least one century to be able to significantly reduce atmospheric $CO_2$.

Important carbon cycle science considerations for evaluating CDR methods include the associated carbon storage capacity, the permanence of carbon storage and potential adverse side effects (Shepherd et al., 2009). Geological reservoirs could store several thousand PgC and the ocean may be able to store a few thousand PgC of anthropogenic carbon in the long-term (Metz et al., 2005; House et al., 2006; Orr, 2009) (see Box 6.1 and Archer et al., 2009b). The terrestrial biosphere may have a typical potential to store carbon equivalent to the cumulative historical land use loss of 180 ± 80 PgC (Table 6.1; Section 6.5.2.1).

In this assessment, we use "permanence" to refer to time scales larger than tens of thousands of years. CDR methods associated with either permanent or non-permanent carbon sequestration (see Table 6.14) have very different climate implications (Kirschbaum, 2003). Permanent sequestration methods have the potential to reduce the radiative forcing of $CO_2$ over time. By contrast, non-permanent sequestration methods will release back the temporarily sequestered carbon as $CO_2$ to the atmosphere, after some delayed time interval (Herzog et al., 2003). As a consequence, elevated levels of atmospheric $CO_2$ and climate warming will only be delayed and not avoided by the implementation of non-permanent CDR methods (Figure 6.39). Nevertheless, CDR methods that could create a temporary $CO_2$ removal (Table 6.14) may still have value (Dornburg and Marland, 2008) by reducing the cumulative impact of higher temperature.

Another important carbon cycle consequence of CDR methods is the 'rebound effect' (see Glossary). In the Industrial Era (since 1750) about half of the $CO_2$ emitted into the atmosphere from fossil fuel emissions has been taken up by land and ocean carbon reservoirs (see Section 6.3 and Table 6.1). As for current $CO_2$ emissions and the consequent $CO_2$ rise, which are currently *opposed* by uptake of $CO_2$ by natural reservoirs, any removal of $CO_2$ from the atmosphere by CDR will be *opposed* by release of $CO_2$ from natural reservoirs (Figure 6.40). It is thus *virtually certain* that the removal of $CO_2$ by CDR will be partially offset by outgassing of $CO_2$ from the ocean and land ecosystems. Therefore, return-

BLM_0074055

**Table 6.14** | Examples of CDR methods and their implications for carbon cycle and climate. The list is non-exhaustive. A 'rebound' effect and a thermal inertia of climate system are associated with all CDR methods.

| Carbon Cycle Process to be Modified Intentionally | CDR Method Name | Nature of CDR Removal Process | Storage Location | Storage Form | Some Carbon Cycle and Climate Implications |
|---|---|---|---|---|---|
| Enhanced biological production and storage on land | Afforestation / reforestation[a] improved forest management[b] Sequestration of wood in buildings[c] Biomass burial[d] No till agriculture[e] Biochar[f] Conservation agriculture[g] Fertilisation of land plants[h] Creation of wetlands[i] Biomass Energy with Carbon Capture and Storage (BECCS)[j] | Biological | [a,b,h] Land (biomass, soils) [d] Land/ocean floor [e, f,j] Land (soils) [i] Land (wetland soils) [j] Ocean / geological formations | [a,b,c,d,e,f,g,h,i] Organic [j] Inorganic | [a,b,c,d,e,f,g,h,j] Alters surface albedo and evapotranspiration [a,b,c,e,f,g,h,i] Lack of permanence [d] Potentially permanent if buried on the ocean floor [j] Permanent if stored in geological reservoir |
| Enhanced biological production and storage in ocean | Ocean iron fertilisation[k] Algae farming and burial[l] Blue carbon (mangrove, kelp farming)[m] Modifying ocean upwelling to bring nutrients from deep ocean to surface ocean[n] | Biological | Ocean | [k,l] inorganic [l,m] Organic | [k] May lead to expanded regions with low oxygen production, increased $N_2O$ production, deep ocean acidification and disruptions to marine ecosystems and regional carbon cycle [n] Disruptions to regional carbon cycle |
| Accelerated weathering | Enhanced weathering over land[o] Enhanced weathering over ocean[p] | Chemical | [o] Soils and oceans [p] Ocean | [o,p] Inorganic | [o] Permanent removal; likely to change pH of soils, rivers, and ocean [p] Permanent removal; likely to change pH of ocean |
| Others | Direct-air capture with storage | Chemical | Ocean/geological formations | inorganic | Permanent removal if stored in geological reservoirs |

Notes

Superscripts in column 2 refer to the corresponding superscripts in columns 4, 5 and 6 of the same row.

ing to pre-industrial $CO_2$ levels would require permanently sequestering an amount of carbon equal to total anthropogenic $CO_2$ emissions that have been released before the time of CDR, roughly twice as much the excess of atmospheric $CO_2$ above pre-industrial level (Lenton and Vaughan, 2009; Cao and Caldeira, 2010b; Matthews, 2010).

### 6.5.2 Carbon Cycle Processes Involved in Carbon Dioxide Removal Methods

The CDR methods listed in Table 6.14 rely primarily on human management of carbon cycle processes to remove $CO_2$: (1) enhanced net biological uptake and subsequent sequestration by land ecosystems, (2) enhanced biological production in the ocean and subsequent sequestration in the ocean and (3) accelerated chemical weathering reactions over land and ocean. The exceptional CDR method is industrial direct air capture of $CO_2$, for example, relying on chemistry methods. $CO_2$ removed by CDR is expected to be stored in organic form on land and in inorganic form in ocean and geological reservoirs (Table 6.14). This management of the carbon cycle however has other implications on ecosystems and biogeochemical cycles. The principle of different CDR methods listed in Table 6.14 is described below and the characteristics of some CDR methods are summarized in Table 6.15.

Some of the RCP scenarios used as a basis for future projections in this Assessment Report already include some CDR methods. To achieve the RCP2.6 $CO_2$ peak and decline the IMAGE integrated assessment model simulates widespread implementation of BECCS technology to achieve globally negative emissions after around 2080 (see Section 6.4.3). RCP4.5 also assumes some use of BECCS to stabilise $CO_2$ concentration by 2100. Therefore it should be noted that potentials for CDR assessed in this section cannot be seen as additional potential for $CO_2$ removal from the low RCPs as this is already included in those scenarios.

#### 6.5.2.1    Enhanced Carbon Sequestration by Land Ecosystems

The key driver of these CDR methods is net primary productivity on land that currently produces biomass at a rate of approximately 50 to 60 PgC $yr^{-1}$ (Nemani et al., 2003). The principle of these CDR methods is to increase net primary productivity and/or store a larger fraction of the biomass produced into ecosystem carbon pools with long turnover times, for example, under the form of wood or refractory organic matter in soils (Table 6.14). One variant is to harvest biomass for energy production and sequester the emitted $CO_2$ (BECCS). BECCS technology has not been tested at industrial scale, but is commonly included in Integrated Assessment Models and future scenarios that aim to achieve low $CO_2$ concentrations.

Estimates of the global potential for enhanced primary productivity over land are uncertain because the potential of any specific method will be severely constrained by competing land needs (e.g., agriculture, biofuels, urbanization and conservation) and sociocultural considerations. An order of magnitude of the upper potential of afforestation/reforestation would be the restoration of all the carbon released by

6

BLM_0074056







historical land use (180 ± 80 PgC; Table 6.1; Section 6.3.2.2). House et al. (2002) estimated that the atmospheric $CO_2$ concentration by 2100 would be lowered by only about 40 to 70 ppm in that scenario (accounting for the 'rebound' effect).

The capacity for enhancing the soil carbon content on agricultural and degraded lands was estimated by one study at 50 to 60% of the historical soil carbon released, that is 42 to 78 PgC (Lal, 2004a). The proposed agricultural practices are the adoption of conservation tillage with cover crops and crop residue mulch, conversion of marginal lands into restorative land uses and nutrient cycling including the use of



**Figure 6.39 |** Idealised model simulations (Matthews, 2010) to illustrate the effects of CDR methods associated with either permanent or non-permanent carbon sequestration. There is an emission of 1000 PgC in the reference case (black line) between 1800 and 2100, corresponding approximately to RCP4.5 scenario (Section 6.4). Permanent sequestration of 380 PgC, assuming no leakage of sequestered carbon would reduce climate change (blue line, compared to black line). By contrast, a non-permanent sequestration CDR method where carbon will be sequestered and later on returned to the atmosphere in three centuries would not. In this idealised non-permanent sequestration example scenario, climate change would only be delayed but the eventual magnitude of climate change will be equivalent to the no-sequestration case (green line, compared to black). Figure adapted from Figure 5 of Matthews (2010).

**Figure 6.40 |** Idealised simulations with a simple global carbon cycle model (Cao and Caldeira, 2010b) to illustrate the 'rebound effect'. Effects of an instantaneous cessation of $CO_2$ emissions in the year 2050 (amber line), one-time removal of the excess of atmospheric $CO_2$ over pre-industrial levels (blue line) and removal of this excess of atmospheric $CO_2$ followed by continued removal of all the $CO_2$ that degasses from the ocean (green line) are shown. For the years 1850–2010 observed atmospheric $CO_2$ concentrations are prescribed and $CO_2$ emissions are calculated from $CO_2$ concentrations and modeled carbon uptake. For the years 2011–2049, $CO_2$ emissions are prescribed following the SRES A2 scenario. Starting from year 2050, $CO_2$ emission is either set to zero or calculated from modeled $CO_2$ concentrations and $CO_2$ uptake. To a first approximation, a cessation of emissions would prevent further warming but would not lead to significant cooling on the century time scale. A one-time removal of excess atmospheric $CO_2$ would eliminate approximately only half of the warming experienced at the time of the removal because of $CO_2$ that outgases from the ocean (the rebound effect). To bring atmospheric $CO_2$ back to pre-industrial levels permanently, would require the removal of all previously emitted $CO_2$, that is, an amount equivalent to approximately twice the excess atmospheric $CO_2$ above pre-industrial level. (Figure adapted from Cao and Caldeira, 2010b.)

**6**

BLM_0074057

**Table 6.15** | Characteristics of some CDR methods from peer-reviewed literature. Note that a variety of economic, environmental, and other constraints could also limit their implementation and net potential.

| Carbon Dioxide Removal Method | Means of Removing $CO_2$ from Atmosphere | Carbon Storage / Form | Time Scale of Carbon Storage | Physical Potential of $CO_2$ Removed in a Century[a] | Reference | Unintended Side Effects |
|---|---|---|---|---|---|---|
| Afforestation and reforestation | Biological | Land /organic | Decades to centuries | 40–70 PgC | House et al. (2002) Canadell and Raupach (2008) | Alters surface energy budget, depending on location; surface warming will be locally increased or decreased; hydrological cycle will be changed |
| Bio-energy with carbon-capture and storage (BECCS); biomass energy with carbon capture and storage | Biological | Geological or ocean /inorganic | Effectively permanent for geologic, centuries for ocean | 125 PgC | See the footnote[b] | Same as above |
| Biochar creation and storage in soils | Biological | Land /organic | Decades to centuries | 130 PgC | Woolf et al. (2010) | Same as above |
| Ocean fertilisation by adding nutrients to surface waters | Biological | Ocean / inorganic | Centuries to millennia | 15–60 PgC  280 PgC | Aumont and Bopp (2006), Jin and Gruber (2003) Zeebe and Archer (2005) Cao and Caldeira (2010a) | Expanded regions with low oxygen concentration; enhanced $N_2O$ emissions; altered production of dimethyl sulphide and non-$CO_2$ greenhouse gases; possible disruptions to marine ecosystems and regional carbon cycles |
| Ocean-enhanced upwelling bringing more nutrients to surface waters | Biological | Ocean / inorganic | Centuries to millennia | 90 PgC  1–2 PgC | Oschlies et al. (2010a); Lenton and Vaughan (2009); Zhou and Flynn (2005) | *Likely* to cause changes to regional ocean carbon cycle opposing $CO_2$ removal, e.g., compensating downwelling in other regions |
| Land-based increased weathering | Geochemical | Ocean (and some soils) / inorganic | Centuries to millennia for carbonates, permanent for silicate weathering | No determined limit  100 PgC | Kelemen and Matter (2008), Schuiling and Krijgsman (2006) Köhler et al. (2010) | pH of soils and rivers will increase locally, effects on terrestrial/ freshwater ecosystems |
| Ocean-based increased weathering | Geochemical | Ocean / inorganic | Centuries to millennia for carbonates, permanent for silicate weathering | No determined limit | Rau (2008), Kheshgi (1995) | Increased alkalinity effects on marine ecosystems |
| Direct air capture | Chemical | Geological or ocean /inorganic | Effectively permanent for geologic, centuries for ocean | No determined limit | Keith et al. (2006), Shaffer (2010) | Not known |

Notes:

[a]  Physical potential does not account for economic or environmental constraints of CDR methods; for example, the value of the physical potential for afforestation and reforestation does not consider the conflicts with land need for agricultural production. Potentials for BECCS and biochar are highly speculative.

[b]  If 2.5 tC yr$^{-1}$ per hectare can be harvested on a sustainable basis (Kraxner et al., 2003) on about 4% (~500 million hectares, about one tenth of global agricultural land area) of global land (13.4 billion hectares) for BECCS, approximately 1.25 PgC yr$^{-1}$ could be removed or about 125 PgC in this century. Future $CO_2$ concentration pathways, especially RCP2.6 and RCP4.5 include some $CO_2$ removal by BECCS (Chapter 6 of AR5 WGIII) and hence the potentials estimated here cannot add on to existing model results (Section 6.4).

compost and manure. Recent estimates suggest a cumulative potential of 30 to 60 PgC of additional storage over 25 to 50 years (Lal, 2004b).

Finally, biochar and biomass burial methods aim to store organic carbon into very long turnover time ecosystem carbon pools. The maximum sustainable technical potential of biochar cumulative sequestration is estimated at 130 PgC over a century by one study (Woolf et al., 2010). The residence time of carbon converted to biochar and the additional effect of biochar on soil productivity are uncertain, and further research is required to assess the potential of this method (Shepherd et al., 2009).

### 6.5.2.2    Enhanced Carbon Sequestration in the Ocean

The principle here is to enhance the primary productivity of phytoplankton (biological pump; Section 6.1.1) so that a fraction of the extra organic carbon produced gets transported to the deep ocean. Some of the inorganic carbon in the surface ocean that is removed by the export of net primary productivity below the surface layer will be subsequently replaced by $CO_2$ pumped from the atmosphere, thus removing atmospheric $CO_2$. Ocean primary productivity is limited by nutrients (e.g., iron, nitrogen and phosphorus). Enhanced biological production in ocean CDR methods (Table 6.14) is obtained by adding nutrients that would otherwise be limiting (Martin, 1990). The expected increase in the downward flux of carbon can be partly sequestered as Dissolved Inorganic Carbon (DIC) after mineralization in the intermediate and deep waters. In other ocean-based CDR methods, algae and kelp farming and burial, carbon would be stored in organic form.

The effectiveness of ocean CDR through iron addition depends on the resulting increase of productivity and the fraction of this extra carbon exported to deep and intermediate waters, and its fate. Small-scale

6

BLM_0074058

(~10 km²) experiments (Boyd et al., 2007) have shown only limited transient effects of iron addition in removing atmospheric $CO_2$. An increased productivity was indeed observed, but this effect was moderated either by other limiting elements, or by compensatory respiration from increased zooplankton grazing. Most of the carbon produced by primary productivity is oxidized (remineralized into DIC) in the surface layer, so that only a small fraction is exported to the intermediate and deep ocean (Lampitt et al., 2008) although some studies indicate little remineralization in the surface layer (Jacquet et al., 2008). A recent study (Smetacek et al., 2012) finds that at least half the extra carbon in plankton biomass generated by artificial iron addition sank far below a depth of 1000 m, and that a substantial portion is likely to have reached the sea floor. There are some indications that sustained natural iron fertilisation may have a higher efficiency in exporting carbon from surface to intermediate and deep ocean than short term blooms induced by artificial addition of iron (Buesseler et al., 2004; Blain et al., 2007; Pollard et al., 2009). Thus, there is no consensus on the efficiency of iron fertilisation from available field experiments.

Using ocean carbon models (see Section 6.3.2.5.6), the maximum drawdown of atmospheric $CO_2$ have been estimated from 15 ppm (Zeebe and Archer, 2005) to 33 ppm (Aumont and Bopp, 2006) for an idealised continuous (over 100 years) global ocean iron fertilisation, which is technically unrealistic. In other idealised simulations of ocean fertilisation in the global ocean or only in the Southern Ocean (Joos et al., 1991; Peng and Broecker, 1991; Watson et al., 1994; Cao and Caldeira, 2010a), atmospheric $CO_2$ was reduced by less than 100 ppm for ideal conditions. Jin and Gruber (2003) obtained an atmospheric drawdown of more than 60 ppm over 100 years from an idealised iron fertilisation scenario over the entire Southern Ocean. The radiative benefit from lower $CO_2$ could be offset by a few percent to more than 100% from an increase in $N_2O$ emissions (Jin and Gruber, 2003). All the above estimates of maximum potential $CO_2$ removal account for the rebound effect from oceans but not from the land (thus overestimate the atmospheric $CO_2$ reduction).

One ocean CDR variant is to artificially supply more nutrients to the surface ocean in upwelling areas (Lovelock and Rapley, 2007; Karl and Letelier). The amount of carbon sequestered by these enhanced upwelling methods critically depends on their location (Yool et al., 2009). Idealised simulations suggest an atmospheric $CO_2$ removal at a net rate of about 0.9 PgC yr$^{-1}$ (Oschlies et al., 2010b). This ocean-based CDR method has not been tested in the field, unlike iron addition experiments.

### 6.5.2.3   Accelerated Weathering

The removal of $CO_2$ by the weathering of silicate and carbonate minerals (Berner et al., 1983; Archer et al., 2009b) occurs on time scales from thousands to tens of thousands of years (see Box 6.1) and at a rate of ~ 0.3 PgC yr$^{-1}$ (Figure 6.1; Gaillardet et al., 1999; Hartmann et al., 2009). This rate is currently much too small to offset the rate at which fossil fuel $CO_2$ is being emitted (Section 6.3).

The principle of accelerated weathering CDR on land is to dissolve *artificially* silicate minerals so drawdown of atmospheric $CO_2$ and geochemical equilibrium restoration could proceed on a much faster

(century) time scale. For instance, large amounts of silicate minerals such as olivine (($Mg,Fe)_2SiO_4$) could be mined, crushed, transported to and distributed on agricultural lands, to remove atmospheric $CO_2$ and form carbonate minerals in soils and/or bicarbonate ions that would be transported to the ocean by rivers (Schuiling and Krijgsman, 2006)l. Alternatively, $CO_2$ removal by weathering reactions might be enhanced by exposing minerals such as basalt or olivine to elevated $CO_2$, with potential $CO_2$ removal rates exceeding 0.25 PgC yr$^{-1}$ (Kelemen and Matter, 2008). In the idealised case where olivine could be spread as a fine powder over all the humid tropics, potential removal rates of up to 1 PgC yr$^{-1}$ have been estimated, despite limitations by the saturation concentration of silicic acid (Köhler et al., 2010). For the United Kingdom, the potential from silicate resources was estimated to be more than 100 PgC (Renforth, 2012).

Fossil fuel $CO_2$ released to the atmosphere leads to the addition of anthropogenic $CO_2$ in the ocean (Section 6.3.2.5). This anthropogenic $CO_2$ will eventually dissolve ocean floor carbonate sediments to reach geochemical equilibrium on a 10 kyr time scale (Archer et al., 1997). The principle of ocean based weathering CDR methods is to accelerate this process. For instance, carbonate rocks could be crushed, reacted with $CO_2$ (e.g., captured at power plants) to produce bicarbonate ions that would be released to the ocean (Rau and Caldeira, 1999; Caldeira and Rau, 2000; Rau, 2008). Alternatively, carbonate minerals could be directly released into the ocean (Kheshgi, 1995; Harvey, 2008). Strong bases, derived from silicate rocks, could also be released to ocean (House et al., 2007) to increase alkalinity and drawdown of atmospheric $CO_2$. Carbonate minerals such as limestone could be heated to produce lime ($Ca(OH)_2$); this lime could be added to the ocean to increase alkalinity as well (Kheshgi, 1995). While the level of *confidence* is *very high* for the scientific understanding of weathering chemical reactions, it is *low* for its effects and risks at planetary scale (Section 6.5.3.3).

### 6.5.2.4   Carbon Dioxide Removal by Direct Industrial Capture of Atmospheric Carbon Dioxide

Direct Air Capture refers to the chemical process by which a pure $CO_2$ stream is produced by capturing $CO_2$ from ambient air. The captured $CO_2$ could be sequestered in geological reservoirs or the deep ocean. At least three methods have been proposed to capture $CO_2$ from the atmosphere: (1) adsorption on solids (Gray et al., 2008; Lackner, 2009, 2010; Lackner et al., 2012); (2) absorption into highly alkaline solutions (Stolaroff et al., 2008; Mahmoudkhani and Keith, 2009) and (3) absorption into moderate alkaline solution with a catalyst (Bao and Trachtenberg, 2006). The main limitation to direct air capture is the thermodynamic barrier due to the low concentration of $CO_2$ in ambient air.

### 6.5.3   Impacts of Carbon Dioxide Removal Methods on Carbon Cycle and Climate

One impact common to all CDR methods is related to the thermal inertia of the climate system. Climate warming will indeed continue for at least decades after CDR is applied. Therefore, temperature (and climate change) will lag a CDR-induced decrease in atmospheric $CO_2$ (Boucher et al., 2012). Modelling the impacts of CDR on climate change is still in its infancy. Some of the first studies (Wu et al., 2010; Cao et al., 2011)

showed that the global hydrological cycle could intensify in response to a reduction in atmospheric $CO_2$ concentrations.

### 6.5.3.1   Impacts of Enhanced Land Carbon Sequestration

In the case of land-based CDR, biomass in forests is a non-permanent ecosystem carbon pool and hence there is a risk that this carbon may return to the atmosphere, for example, by disturbances such as fire, or by future land use change. When considering afforestation/reforestation, it is also important to account for biophysical effects on climate that come together with carbon sequestration because afforestation/reforestation changes the albedo (see Glossary), evapotranspiration and the roughness of the surface (Bonan, 2008; Bernier et al., 2011). Modelling studies show that afforestation in seasonally snow covered boreal and temperate regions will decrease the land surface albedo and have a net (biophysical plus biogeochemical) warming effect, whereas afforestation in low latitudes (Tropics) is *likely* to enhance latent heat flux from evapotranspiration and have a net cooling effect (Bonan et al., 1992; Betts, 2000; Bala et al., 2007; Montenegro et al., 2009; Bathiany et al., 2010). Consequently, the location of land ecosystem based CDR methods needs to be considered carefully when evaluating their effects on climate (Bala et al., 2007; Arora and Montenegro, 2011; Lee et al., 2011; Pongratz et al., 2011b). In addition CDR in land ecosystems is *likely* to increase $N_2O$ emissions (Li et al., 2005). Enhanced biomass production may also require more nutrients (fertilisers) which are associated with fossil fuel $CO_2$ emission from industrial fertiliser production and Nr impacts. Biochar-based CDR could reduce $N_2O$ emissions but may increase $CO_2$ and $CH_4$ emissions from agricultural soils (Wang et al., 2012b). Addition of biochar could also promote a rapid loss of forest humus and soil carbon in some ecosystems during the first decades (Wardle et al., 2008).

### 6.5.3.2   Impacts of Enhanced Carbon Sequestration in the Ocean

In the case of ocean-based CDR using fertilisation, adding macronutrients such as nitrogen and phosphate in the fertilised region could lead to a decrease in production 'downstream' of the fertilised region (Gnanadesikan et al., 2003; Gnanadesikan and Marinov, 2008; Watson et al., 2008). Gnanadesikan et al. (2003) simulated a decline in export production of 30 tC for every ton removed from the atmosphere. A sustained global-ocean iron fertilisation for SRES A2 $CO_2$ emission scenario was also found to acidify the deep ocean (pH decrease of about 0.1 to 0.2) while mitigating surface pH change by only 0.06 (Cao and Caldeira, 2010a). Other environmental risks associated with ocean fertilisation include expanded regions with low oxygen concentration (Oschlies et al., 2010a), increased $N_2O$ emission (Jin and Gruber, 2003), increased production of dimethylsulphide (DMS), isoprene, CO, $N_2O$, $CH_4$ and other non-$CO_2$ GHGs (Oschlies et al., 2010a) and possible disruptions to marine ecosystems (Denman, 2008).

In the case of enhanced ocean upwelling CDR methods there could be disturbance to the regional carbon balances, since the extra-upwelling will be balanced by extra-downwelling at another location. Along with growth-supporting nutrients, enhanced concentrations of DIC will also be brought to surface waters and partially offset the removal of $CO_2$ by increased biological pump. Further, in case artificially enhanced upwelling would be stopped, atmospheric $CO_2$ concentrations could

rise rapidly because carbon removed from the atmosphere and stored in soils in the cooler climate caused by artificial upwelling could be rapidly released back (Oschlies et al., 2010b). The level of *confidence* on the impacts of the enhanced upwelling is *low*.

### 6.5.3.3   Impact of Enhanced Weathering

In the case of weathering-based CDR, the pH and carbonate mineral saturation of soils, rivers and ocean surface waters will increase where CDR is implemented. Köhler et al. (2010) simulated that the pH of the Amazon river would rise by 2.5 units if the dissolution of olivine in the entire Amazon basin was used to remove 0.5 PgC yr$^{-1}$ from the atmosphere. In the marine environment, elevated pH and increased alkalinity could potentially counteract the effects of ocean acidification, which is beneficial. Changes in alkalinity could also modify existing ecosystems. There is uncertainty in our understanding of the net effect on ocean $CO_2$ uptake but there will be a partial offset of the abiotic effect by calcifying species. As for other CDR methods, the confidence level on the carbon cycle impacts of enhanced weathering is low.

## 6.5.4   Impacts of Solar Radiation Management on the Carbon Cycle

Solar radiation management (SRM) methods aim to reduce incoming solar radiation at the surface (discussed in Section 7.7 and in AR5, WG2, Chapter 19). Balancing reduced outgoing radiation by reduced incoming radiation may be able to cool global mean temperature but may lead to a less intense global hydrological cycle (Bala et al., 2008) with regionally different climate impacts (Govindasamy et al., 2003; Matthews and Caldeira, 2007; Robock et al., 2008; Irvine et al., 2010; Ricke et al., 2010). Therefore, SRM will not prevent the effects of climate change on the carbon and other biogeochemical cycles.

SRM could reduce climate warming but will not interfere with the direct biogeochemical effects of elevated $CO_2$ on the carbon cycle. For example, ocean acidification caused by elevated $CO_2$ (Section 6.4.4) and the $CO_2$ fertilisation of productivity (Box 6.3) will not be altered by SRM (Govindasamy et al., 2002; Naik et al., 2003; Matthews and Caldeira, 2007). Similarly, SRM will not interfere with the stomatal response of plants to elevated $CO_2$ (the $CO_2$-physiological effect) that leads to a decline in evapotranspiration, causing land temperatures to warm and runoff to increase (Gedney et al., 2006; Betts et al., 2007; Matthews and Caldeira, 2007; Piao et al., 2007; Cao et al., 2010; Fyfe et al., 2013).

However, due to carbon–climate feedbacks (Section 6.4), the implementation of SRM could affect the carbon cycle. For instance, carbon uptake by land and ocean could increase in response to SRM by reducing the negative effects of climate change on carbon sinks (Matthews and Caldeira, 2007). For instance, for the SRES A2 scenario with SRM, a lower $CO_2$ concentration of 110 ppm by year 2100 relative to a baseline case without SRM has been simulated by Matthews and Caldeira (2007). Land carbon sinks may be enhanced by increasing the amount of diffuse relative to direct radiation (Mercado et al., 2009) if SRM causes the fraction of diffuse light to increase (e.g., injection of aerosols into the stratosphere). However, reduction of total incoming solar radiation could decrease terrestrial $CO_2$ sinks as well.

6

BLM_0074060

#### 6.5.5    Synthesis

CDR methods are intentional large scale methods to remove atmospheric $CO_2$ either by managing the carbon cycle or by direct industrial processes (Table 6.14). In contrast to SRM methods, CDR methods that manage the carbon cycle are *unlikely* to present an option for rapidly preventing climate change. The maximum (idealised) potential for atmospheric $CO_2$ removal by individual CDR methods is compiled in Table 6.15. In this compilation, note that unrealistic assumptions about the scale of deployment, such as fertilising the entire global ocean, are used, and hence large potentials are simulated. The 'rebound effect' in the natural carbon cycle is *likely* to diminish the effectiveness of all the CDR methods (Figure 6.40). The level of *confidence* on the effects of both CDR and SRM methods on carbon and other biogeochemical cycles is *very low*.

## Acknowledgements

We wish to acknowledge Anna Peregon (LSCE, France) for investing countless hours compiling and coordinating input from all of the Chapter 6 Lead Authors. She was involved in the production of every aspect of the chapter and we could not have completed our task on time without her help. We also thank Brett Hopwood (ORNL, USA) for skilful and artistic edits of several graphical figures representing the global biogeochemical cycles in the Chapter 6 Introduction. We also thank Silvana Schott (Max Planck Institute for Biogeochemistry, Germany) for graphics artwork for several of the figures in Chapter 6.

6

BLM_0074061

# References

Achard, F., H. D. Eva, P. Mayaux, H.-J. Stibig, and A. Belward, 2004: Improved estimates of net carbon emissions from land cover change in the tropics for the 1990s. *Global Biogeochem. Cycles*, **18**, GB2008.

Adair, E. C., P. B. Reich, S. E. Hobbie, and J. M. H. Knops, 2009: Interactive effects of time, $CO_2$, N, and diversity on total belowground carbon allocation and ecosystem carbon storage in a grassland community. *Ecosystems*, **12**, 1037–1052.

Adkins, J. F., K. McIntyre, and D. P. Schrag, 2002: The salinity, temperature and $\delta^{18}O$ of the glacial deep ocean. *Science*, **298**, 1769–1773.

Ahn, J. and E. J. Brook, 2008: Atmospheric $CO_2$ and climate on millennial time scales during the last glacial period. *Science*, **322**, 83–85.

Ahn, J., et al., 2012: Atmospheric $CO_2$ over the last 1000 years: A high resolution record from the West Antarctic Ice Sheet (WAIS) Divide ice core. *Global Biogeochem. Cycles*, **26**, GB2027.

Ainsworth, E. A. and S. P. Long, 2004: What have we learned from 15 years of free-air $CO_2$ enrichment (FACE)? A meta-analytic review of the responses of photosynthesis, canopy properties and plant production to rising $CO_2$. *New Phytologist*, **165**, 351–372.

Ainsworth, E. A., C. R. Yendrek, S. Sitch, W. J. Collins, and L. D. Emberson, 2012: The effects of tropospheric ozone on net primary productivity and implications for climate change. *Annu. Rev. Plant Biol.*, **63**, 637–661.

Allan, W., H. Struthers, and D. C. Lowe, 2007: Methane carbon isotope effects caused by atomic chlorine in the marine boundary layer: Global model results compared with Southern Hemisphere measurements. *J. Geophys. Res. Atmos.*, **112**, D04306.

Amiro, B. D., A. Cantin, M. D. Flannigan, and W. J. de Groot, 2009: Future emissions from Canadian boreal forest fires. *Can. J. Forest Res.*, **39**, 383–395.

Anderson, R. F., M. Q. Fleisher, Y. Lao, and G. Winckler, 2008: Modern $CaCO_3$ preservation in equatorial Pacific sediments in the context of late-Pleistocene glacial cycles. *Mar. Chem.*, **111**, 30–46.

Andreae, M. O. and P. Merlet, 2001: Emission of trace gases and aerosols from biomass burning. *Global Biogeochem. Cycles*, **15**, 955–966.

Andres, R. J., J. S. Gregg, L. Losey, G. Marland, and T. A. Boden, 2011: Monthly, global emissions of carbon dioxide from fossil fuel consumption. *Tellus B*, **63**, 309–327.

Andres, R. J., et al., 2012: A synthesis of carbon dioxide emissions from fossil-fuel combustion. *Biogeosciences*, **9**, 1845–1871.

Aranjuelo, I., et al., 2011: Maintenance of C sinks sustains enhanced C assimilation during long-term exposure to elevated $[CO_2]$ in Mojave Desert shrubs. *Oecologia*, **167**, 339–354.

Archer, D., 2007: Methane hydrate stability and anthropogenic climate change. *Biogeosciences*, **4**, 521–544.

Archer, D. and E. Maier-Reimer, 1994: Effect of deep-sea sedimentary calcite preservation on atmospheric $CO_2$ concentration. *Nature*, **367**, 260–263.

Archer, D. and V. Brovkin, 2008: The millennial atmospheric lifetime of anthropogenic $CO_2$. *Clim. Change*, **90**, 283–297.

Archer, D., H. Kheshgi, and E. Maier-Reimer, 1997: Multiple timescales for neutralization of fossil fuel $CO_2$. *Geophys. Res. Lett.*, **24**, 405–408.

Archer, D., H. Kheshgi, and E. Maier-Reimer, 1998: Dynamics of fossil fuel $CO_2$ neutralization by marine $CaCO_3$. *Global Biogeochem. Cycles*, **12**, 259–276.

Archer, D., B. Buffett, and V. Brovkin, 2009a: Ocean methane hydrates as a slow tipping point in the global carbon cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20596–20601.

Archer, D., A. Winguth, D. Lea, and N. Mahowald, 2000: What caused the glacial/interglacial atmospheric $pCO_2$ cycles? *Rev. Geophys.*, **38**, 159–189.

Archer, D., et al., 2009b: Atmospheric lifetime of fossil fuel carbon dioxide. *Annu. Rev. Earth Planet. Sci.*, **37**, 117–134.

Archer, D. E., P. A. Martin, J. Milovich, V. Brovkin, G.-K. Plattner, and C. Ashendel, 2003: Model sensitivity in the effect of Antarctic sea ice and stratification on atmospheric $pCO_2$. *Paleoceanography*, **18**, 1012.

Archibald, S., D. P. Roy, B. W. van Wilgen, and R. J. Scholes, 2009: What limits fire? An examination of drivers of burnt area in Southern Africa. *Global Change Biol.*, **15**, 613–630.

Arneth, A., et al., 2010: Terrestrial biogeochemical feedbacks in the climate system. *Nature Geosci.*, **3**, 525–532.

Arora, V. K., and G. J. Boer, 2010: Uncertainties in the 20th century carbon budget associated with land use change. *Global Change Biol.*, **16**, 3327–3348.

Arora, V. K., and A. Montenegro, 2011: Small temperature benefits provided by realistic afforestation efforts. *Nature Geosci.*, **4**, 514–518.

Arora, V. K., et al., 2011: Carbon emission limits required to satisfy future representative concentration pathways of greenhouse gases. *Geophys. Res. Lett.*, **38**, L05805.

Arora, V. K., et al., 2013: Carbon-concentration and carbon-climate feedbacks in CMIP5 Earth system models. *J. Clim.*, **26**, 5289-5314.

Artioli, Y., et al., 2012: The carbonate system in the North Sea: Sensitivity and model validation. *J. Mar. Syst.*, **102–104**, 1–13.

Ashmore, M. R., 2005: Assessing the future global impacts of ozone on vegetation. *Plant Cell Environ.*, **28**, 949–964.

Assmann, K. M., M. Bentsen, J. Segschneider, and C. Heinze, 2010: An isopycnic ocean carbon cycle model. *Geosci. Model Dev.*, **3**, 143–167.

Aufdenkampe, A. K., et al., 2011: Rivering coupling of biogeochemical cycles between land, oceans and atmosphere. *Front. Ecol. Environ.*, **9**, 23–60.

Aumont, O., and L. Bopp, 2006: Globalizing results from ocean in situ iron fertilization studies. *Global Biogeochem. Cycles*, **20**, GB2017.

Avis, C. A., A. J. Weaver, and K. J. Meissner, 2011: Reduction in areal extent of high-latitude wetlands in response to permafrost thaw. *Nature Geosci.*, **4**, 444–448.

Ayres, R. U., W. H. Schlesinger, and R. H. Socolow, 1994: Human impacts on the carbon and nitrogen cycles.In: *Industrial Ecology and Global Change* [R. H. Socolow, C. Andrews, F. Berkhout and V. Thomas (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 121–155.

Bacastow, R. B., and C. D. Keeling, 1979: Models to predict future atmospheric $CO_2$ concentrations. In: *Workshop on the Global Effects of Carbon Dioxide from Fossil Fuels*. United States Department of Energy, Washington, DC, pp. 72–90.

Baccini, A., et al., 2012: Estimated carbon dioxide emissions from tropical deforestation improved by carbon-density maps. *Nature Clim. Change*, **2**, 182–185.

Bader, M., E. Hiltbrunner, and C. Körner, 2009: Fine root responses of mature deciduous forest trees to free air carbon dioxide enrichment (FACE). *Funct. Ecol.*, **23**, 913–921.

Baker, A., S. Cumberland, and N. Hudson, 2008: Dissolved and total organic and inorganic carbon in some British rivers. *Area*, **40**, 117–127.

Baker, D. F., et al., 2006: TransCom 3 inversion intercomparison: Impact of transport model errors on the interannual variability of regional $CO_2$ fluxes, 1988–2003. *Global Biogeochem. Cycles*, **20**, GB1002.

Bala, G., P. B. Duffy, and K. E. Taylor, 2008: Impact of geoengineering schemes on the global hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 7664–7669.

Bala, G., K. Caldeira, M. Wickett, T. J. Phillips, D. B. Lobell, C. Delire, and A. Mirin, 2007: Combined climate and carbon cycle effects of large-scale deforestation. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 6550–6555.

Baldocchi, D. D., et al., 2001: FLUXNET: A new tool to study the temporal and spatial variability of ecosystem-scale carbon dioxide, water vapor and energy flux densities. *Bull. Am. Meteorol. Soc.*, **82**, 2415–2435.

Ballantyne, A. P., C. B. Alden, J. B. Miller, P. P. Tans, and J. W. C. White, 2012: Increase in observed net carbon dioxide uptake by land and oceans during the last 50 years. *Nature*, **488**, 70–72.

Balshi, M. S., A. D. McGuire, P. Duffy, M. D. Flannigan, D. W. Kicklighter, and J. Melillo, 2009: Vulnerability of carbon storage in North American boreal forests to wildfires during the 21st century. *Global Change Biol.*, **15**, 1491–1510.

Bao, L. H., and M. C. Trachtenberg, 2006: Facilitated transport of $CO_2$ across a liquid membrane: Comparing enzyme, amine, and alkaline. *J. Membr. Sci.*, **280**, 330–334.

Barnard, R., P. W. Leadley, and B. A. Hungate, 2005: Global change, nitrification, and denitrification: A review. *Global Biogeochem. Cycles*, **19**, GB1007.

Barnes, R. T., and P. A. Raymond, 2009: The contribution of agricultural and urban activities to inorganic carbon fluxes within temperate watersheds. *Chem. Geol.*, **266**, 318–327.

Barnosky, A. D., 2008: Colloquium Paper: Megafauna biomass tradeoff as a driver of Quaternary and future extinctions. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 11543–11548.

Bastviken, D., J. Cole, M. Pace, and L. Tranvik, 2004: Methane emissions from lakes: Dependence of lake characteristics, two regional assessments, and a global estimate. *Global Biogeochem. Cycles*, **18**, GB4009.

6

553

Bastviken, D., L. J. Tranvik, J. A. Downing, P. M. Crill, and A. Enrich-Prast, 2011: Freshwater methane emissions offset the continental carbon sink. *Science*, **331**, 50.

Bathiany, S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler, 2010: Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences*, **7**, 1383–1399.

Batjes, N. H., 1996: Total carbon and nitrogen in the soils of the world. *Eur. J. Soil Sci.*, **47**, 151–163.

Battin, T. J., S. Luyssaert, L. A. Kaplan, A. K. Aufdenkampe, A. Richter, and L. J. Tranvik, 2009: The boundless carbon cycle *Nature Geosci.*, **2**, 598–600.

Beaugrand, G., M. Edwards, and L. Legendre, 2010: Marine biodiversity, ecosystem functioning, and carbon cycles. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 10120–10124.

Beaulieu, J. J., et al., 2011: Nitrous oxide emission from denitrification in stream and river networks. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 214–219.

Beer, C., et al., 2010: Terrestrial gross carbon dioxide uptake: Global distribution and covariation with climate. *Science*, **329**, 834–838.

Bellassen, V., G. Le Maire, J. F. Dhote, P. Ciais, and N. Viovy, 2010: Modelling forest management within a global vegetation model. Part 1: Model structure and general behaviour. *Ecol. Model.*, **221**, 2458–2474.

Bellassen, V., N. Viovy, S. Luyssaert, G. Le Maire, M.-J. Schelhaas, and P. Ciais, 2011: Reconstruction and attribution of the carbon sink of European forests between 1950 and 2000. *Global Change Biol.*, **17**, 3274–3292.

Bennington, V., G. A. McKinley, S. Dutkiewicz, and D. Ullman, 2009: What does chlorophyll variability tell us about export and air-sea $CO_2$ flux variability in the North Atlantic? *Global Biogeochem. Cycles*, **23**, GB3002.

Berendse, F., et al., 2001: Raised atmospheric $CO_2$ levels and increased N deposition cause shifts in plant species composition and production in Sphagnum bogs. *Global Change Biol.*, **7**, 591–598.

Bergamaschi, P., et al., 2009: Inverse modeling of global and regional $CH_4$ emissions using SCIAMACHY satellite retrievals. *J. Geophys. Res.*, **114**, D22301.

Berger, W. H., 1982: Increase of carbon dioxide in the atmosphere during deglaciation: The coral-reef hypothesis. *Naturwissenschaften*, **69**, 87–88.

Berner, R. A., 1992: Weathering, plants, and the long-term carbon-cycle. *Geochim. Cosmochim. Acta*, **56**, 3225–3231.

Berner, R. A., A. C. Lasaga, and R. M. Garrels, 1983: The carbonate-silicate geochemical cycle and its effect on atmospheric carbon dioxide over the past 100 million years. *Am. J. Sci.*, **283**, 641–683.

Bernier, P. Y., R. L. Desjardins, Y. Karimi-Zindashty, D. E. Worth, A. Beaudoin, Y. Luo, and S. Wang, 2011: Boreal lichen woodlands: A possible negative feedback to climate change in Eastern North America. *Agr. Forest Meteorol.*, **151**, 521–528.

Betts, R. A., 2000: Offset of the potential carbon sink from boreal forestation by decreases in surface albedo. *Nature*, **408**, 187–190.

Betts, R. A., et al., 2007: Projected increase in continental runoff due to plant responses to increasing carbon dioxide. *Nature*, **448**, 1037–1041.

Bianchi, D., J. P. Dunne, J. L. Sarmiento, and E. D. Galbraith, 2012: Data-based estimates of suboxia, denitrification and $N_2O$ production in the ocean and their sensitivity to dissolved $O_2$. *Global Biogeochem. Cycles*, **26**, GB2009.

Biastoch, A., et al., 2011: Rising Arctic Ocean temperatures cause gas hydrate destabilization and ocean acidification. *Geophys. Res. Lett.*, **38**, L08602.

Billings, S. A., S. M. Schaeffer, and R. D. Evans, 2002: Trace N gas losses and N mineralization in Mojave desert soils exposed to elevated $CO_2$. *Soil Biol. Biochem.*, **34**, 1777–1784.

Bird, M. I., J. Lloyd, and G. D. Farquhar, 1996: Terrestrial carbon storage from the last glacial maximum to the present. *Chemosphere*, **33**, 1675–1685.

Blain, S., et al., 2007: Effect of natural iron fertilization on carbon sequestration in the Southern Ocean. *Nature*, **446**, 1070–1074.

Blake, D. R., E. W. Mayer, S. C. Tyler, Y. Makide, D. C. Montague, and F. S. Rowland, 1982: Global increase in atmospheric methane concentrations between 1978 and 1980. *Geophys. Res. Lett.*, **9**, 477–480.

Bleeker, A., W. K. Hicks, F. Dentener, and J. Galloway, 2011: Nitrogen deposition as a threat to the World's protected areas under the Convention on Biological Diversity. *Environ. Pollut.*, **159**, 2280–2288.

Bloom, A. A., J. Lee-Taylor, S. Madronich, D. J. Messenger, P. I. Palmer, D. S. Reay, and A. R. McLeod, 2010: Global methane emission estimates from ultraviolet irradiation of terrestrial plant foliage. *New Phytologist*, **187**, 417–425.

Blunier, T., J. Chappellaz, J. Schwander, B. Stauffer, and D. Raynaud, 1995: Variations in atmospheric methane concentration during the Holocene epoch. *Nature*, **374**, 46–49.

Boardman, C. P., V. Gauci, J. S. Watson, S. Blake, and D. J. Beerling, 2011: Contrasting wetland $CH_4$ emission responses to simulated glacial atmospheric $CO_2$ in temperate bogs and fens. *New Phytologist*, **192**, 898–911.

Bock, M., J. Schmitt, L. Moller, R. Spahni, T. Blunier, and H. Fischer, 2010: Hydrogen isotopes preclude marine hydrate $CH_4$ emissions at the onset of Dansgaard-Oeschger events. *Science*, **328**, 1686–1689.

Boden, T., G. Marland, and R. Andres, 2011: Global $CO_2$ emissions from fossil-fuel burning, cement manufacture, and gas flaring: 1751–2008 (accessed at 2011.11.10). Oak Ridge National Laboratory, U. S. Department of Energy, Carbon Dioxide Information Analysis Center, Oak Ridge, TN, U.S.A., doi:10.3334/CDIAC/00001_V2011, http://cdiac.ornl.gov/trends/emis/overview_2008.html.

Bonan, G. B., 2008: *Ecological Climatology: Concepts and Applications.* Cambridge University Press, New York, NY, USA.

Bonan, G. B., and S. Levis, 2010: Quantifying carbon-nitrogen feedbacks in the Community Land Model (CLM4). *Geophys. Res. Lett.*, **37**, L07401.

Bonan, G. B., D. Pollard, and S. L. Thompson, 1992: Effects of boreal forest vegetation on global climate. *Nature*, **359**, 716–718.

Bond-Lamberty, B., and A. Thomson, 2010: Temperature-associated increases in the global soil respiration record. *Nature*, **464**, 579–582.

Booth, B. B. B., et al., 2012: High sensitivity of future global warming to land carbon cycle processes. *Environ. Res. Lett.*, **7**, 024002.

Bopp, L., K. E. Kohfeld, C. Le Quéré, and O. Aumont, 2003: Dust impact on marine biota and atmospheric $CO_2$ during glacial periods. *Paleoceanography*, **18**, 1046.

Bopp, L., C. Le Quéré, M. Heimann, A. C. Manning, and P. Monfray, 2002: Climate-induced oceanic oxygen fluxes: Implications for the contemporary carbon budget. *Global Biogeochem. Cycles*, **16**, 1022.

Bopp, L., et al., 2001: Potential impact of climate change on marine export production. *Global Biogeochem. Cycles*, **15**, 81–99.

Boucher, O., et al., 2012: Reversibility in an Earth System model in response to $CO_2$ concentration changes. *Environ. Res. Lett.*, **7**, 024013.

Bousquet, P., D. A. Hauglustaine, P. Peylin, C. Carouge, and P. Ciais, 2005: Two decades of OH variability as inferred by an inversion of atmospheric transport and chemistry of methyl chloroform. *Atmos. Chem. Phys.*, **5**, 2635–2656.

Bousquet, P., P. Peylin, P. Ciais, C. Le Quéré, P. Friedlingstein, and P. P. Tans, 2000: Regional changes in carbon dioxide fluxes of land and oceans since 1980. *Science*, **290**, 1342–1346.

Bousquet, P., et al., 2006: Contribution of anthropogenic and natural sources to atmospheric methane variability. *Nature*, **443**, 439–443.

Bousquet, P., et al., 2011: Source attribution of the changes in atmospheric methane for 2006–2008. *Atmos. Chem. Phys.*, **11**, 3689–3700.

Bouttes, N., D. Paillard, D. M. Roche, V. Brovkin, and L. Bopp, 2011: Last Glacial Maximum $CO_2$ and $\delta^{13}C$ successfully reconciled. *Geophys. Res. Lett.*, **38**, L02705.

Bouttes, N., et al., 2012: Impact of oceanic processes on the carbon cycle during the last termination. *Clim. Past*, **8**, 149–170.

Bouwman, A. F., et al., 2013: Global trends and uncertainties in terrestrial denitrification and $N_2O$ emissions. *Philos. Trans. R. Soc. London Ser. B*, **368**, 20130112.

Bouwman, L., et al., 2011: Exploring global changes in nitrogen and phosphorus cycles in agriculture induced by livestock production over the 1900–2050 period. *Proc. Natl. Acad. Sci. U.S.A.*, doi:10.1073/pnas.1012878108.

Boyd, P. W., et al., 2007: Mesoscale iron enrichment experiments 1993–2005: Synthesis and future directions. *Science*, **315**, 612–617.

Bozbiyik, A., M. Steinacher, F. Joos, T. F. Stocker, and L. Menviel, 2011: Fingerprints of changes in the terrestrial carbon cycle in response to large reorganizations in ocean circulation. *Clim. Past*, **7**, 319–338.

Brenninkmeijer, C. A. M., et al., 2007: Civil Aircraft for the regular investigation of the atmosphere based on an instrumented container: The new CARIBIC system. *Atmos. Chem. Phys.*, **7**, 4953–4976.

Bridgham, S. D., J. P. Megonigal, J. K. Keller, N. B. Bliss, and C. Trettin, 2006: The carbon balance of North American wetlands. *Wetlands*, **26**, 889–916.

Broecker, W. S., and T.-H. Peng, 1986: Carbon cycle: 1985 glacial to interglacial changes in the operation of the global carbon cycle. *Radiocarbon*, **28**, 309–327.

Broecker, W. S., E. Clark, D. C. McCorkle, T.-H. Peng, I. Hajdas, and G. Bonani, 1999: Evidence for a reduction in the carbonate ion content of the deep sea during the course of the Holocene. *Paleoceanography*, **14**, 744–752.

Brovkin, V., A. Ganopolski, D. Archer, and S. Rahmstorf, 2007: Lowering of glacial atmospheric $CO_2$ in response to changes in oceanic circulation and marine biogeochemistry. *Paleoceanography*, **22**, PA4202.

**6**

Brovkin, V., J. H. Kim, M. Hofmann, and R. Schneider, 2008: A lowering effect of reconstructed Holocene changes in sea surface temperatures on the atmospheric $CO_2$ concentration. *Global Biogeochem. Cycles*, **22**, GB1016.

Brovkin, V., T. Raddatz, C. H. Reick, M. Claussen, and V. Gayler, 2009: Global biogeophysical interactions between forest and climate. *Geophys. Res. Lett.*, **36**, L07405.

Brovkin, V., S. Sitch, W. von Bloh, M. Claussen, E. Bauer, and W. Cramer, 2004: Role of land cover changes for atmospheric $CO_2$ increase and climate change during the last 150 years. *Global Change Biol.*, **10**, 1253–1266.

Brovkin, V., J. Bendtsen, M. Claussen, A. Ganopolski, C. Kubatzki, V. Petoukhov, and A. Andreev, 2002: Carbon cycle, vegetation, and climate dynamics in the Holocene: Experiments with the CLIMBER-2 model. *Global Biogeochem. Cycles*, **16**, 1139.

Brovkin, V., et al., 2010: Sensitivity of a coupled climate-carbon cycle model to large volcanic eruptions during the last millennium. *Tellus B*, **62**, 674–681.

Brown, J. R., et al., 2011: Effects of multiple global change treatments on soil $N_2O$ fluxes. *Biogeochemistry*, **109**, 85–100.

Brzezinski, M. A., et al., 2002: A switch from $Si(OH)_4$ to $NO_3$ depletion in the glacial Southern Ocean. *Geophys. Res. Lett.*, **29**, 1564.

Buesseler, K. O., J. E. Andrews, S. M. Pike, and M. A. Charette, 2004: The effects of iron fertilization on carbon sequestration in the Southern Ocean. *Science*, **304**, 414–417.

Burke, E. J., C. D. Jones, and C. D. Koven, 2013: Estimating the permafrost-carbon-climate response in the CMIP5 climate models using a simplified approach. *J. Clim.*, **26**, 4897-4909.

Burn, C. R., and F. E. Nelson, 2006: Comment on "A projection of severe near-surface permafrost degradation during the 21st century" by David M. Lawrence and Andrew G. Slater. *Geophys. Res. Lett.*, **33**, L21503.

Butterbach-Bahl, K., and M. Dannenmann, 2011: Denitrification and associated soil $N_2O$ emissions due to agricultural activities in a changing climate. *Curr. Opin. Environ. Sustain.*, **3**, 389–395.

Byrne, R. H., S. Mecking, R. A. Feely, and X. W. Liu, 2010: Direct observations of basin-wide acidification of the North Pacific Ocean. *Geophys. Res. Lett.*, **37**, L02601.

Cadule, P., et al., 2010: Benchmarking coupled climate-carbon models against long-term atmospheric $CO_2$ measurements. *Global Biogeochem. Cycles*, **24**, GB2016.

Cai, W.-J., et al., 2011: Acidification of subsurface coastal waters enhanced by eutrophication. *Nature Geosci*, **4**, 766–770.

Caldeira, K., and G. H. Rau, 2000: Accelerating carbonate dissolution to sequester carbon dioxide in the ocean: Geochemical implications. *Geophys. Res. Lett.*, **27**, 225–228.

Caldeira, K., and M. E. Wickett, 2005: Ocean model predictions of chemistry changes from carbon dioxide emissions to the atmosphere and ocean. *J. Geophys. Res. Oceans*, **110**, C09S04.

Canadell, J. G., and M. R. Raupach, 2008: Managing forests for climate change mitigation. *Science*, **320**, 1456–1457.

Canadell, J. G., et al., 2007a: Saturation of the terrestrial carbon sink. In: *Terrestrial Ecosystems in a Changing World*. [J. G. Canadell, D. Pataki and L. Pitelka (eds.)]. The IGBP Series. Springer-Verlag, Berlin and Heidelberg, Germany, pp. 59–78.

Canadell, J. G., et al., 2007b: Contributions to accelerating atmospheric $CO_2$ growth from economic activity, carbon intensity, and efficiency of natural sinks. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 18,866–18,870.

Canfield, D. E., A. N. Glazer, and P. G. Falkowski, 2010: The evolution and future of Earth's nitrogen cycle. *Science*, **330**, 192–196.

Cao, L., and K. Caldeira, 2010a: Can ocean iron fertilization mitigate ocean acidification? *Clim. Change*, **99**, 303–311.

Cao, L., and K. Caldeira, 2010b: Atmospheric carbon dioxide removal: Long-term consequences and commitment. *Environ. Res. Lett.*, **5**, 024011.

Cao, L., K. Caldeira, and A. K. Jain, 2007: Effects of carbon dioxide and climate change on ocean acidification and carbonate mineral saturation. *Geophys. Res. Lett.*, **34**, L05607.

Cao, L., G. Bala, and K. Caldeira, 2011: Why is there a short-term increase in global precipitation in response to diminished $CO_2$ forcing? *Geophys. Res. Lett.*, **38**, L06703.

Cao, L., G. Bala, K. Caldeira, R. Nemani, and G. Ban-Weiss, 2010: Importance of carbon dioxide physiological forcing to future climate change. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 9513–9518.

Carcaillet, C., et al., 2002: Holocene biomass burning and global dynamics of the carbon cycle. *Chemosphere*, **49**, 845–863.

Certini, G., 2005: Effects of fire on properties of forest soils: A review. *Oecologia*, **143**, 1–10.

Chambers, J. Q., J. I. Fisher, H. Zeng, E. L. Chapman, D. B. Baker, and G. C. Hurtt, 2007: Hurricane Katrina's carbon footprint on U.S. Gulf Coast forests. *Science*, **318**, 1107.

Chantaral, A. M., J. M. G. Bloor, N. Deltroy, and J.-F. Soussana, 2011: Effects of climate change drivers on nitrous oxide fluxes in an upland temperate grassland. *Ecosystems*, **14**, 223–233.

Chapuis-Lardy, L., N. Wrage, A. Metay, J. L. Chotte, and M. Bernoux, 2007: Soils, a sink for $N_2O$? A review. *Global Change Biol.*, **13**, 1–17.

Chen, Y. H., and R. G. Prinn, 2006: Estimation of atmospheric methane emissions between 1996 and 2001 using a three-dimensional global chemical transport model. *J. Geophys. Res. Atmos.*, **111**, D10307.

Chhabra, A., K. R. Manjunath, S. Panigrahy, and J. S. Parihar, 2013: Greenhouse gas emissions from Indian livestock. *Clim. Change*, **117**, 329–344.

Chierici, M., and A. Fransson, 2009: Calcium carbonate saturation in the surface water of the Arctic Ocean: Undersaturation in freshwater influenced shelves. *Biogeosciences*, **6**, 2421–2431.

Christensen, T. R., et al., 2004: Thawing sub-arctic permafrost: Effects on vegetation and methane emissions. *Geophys. Res. Lett.*, **31**, L04501.

Churkina, G., V. Brovkin, W. von Bloh, K. Trusilova, M. Jung, and F. Dentener, 2009: Synergy of rising nitrogen depositions and atmospheric $CO_2$ on land carbon uptake moderately offsets global warming. *Global Biogeochem. Cycles*, **23**, GB4027.

Ciais, P., P. Rayner, F. Chevallier, P. Bousquet, M. Logan, P. Peylin, and M. Ramonet, 2010: Atmospheric inversions for estimating $CO_2$ fluxes: methods and perspectives. *Clim. Change*, **103**, 69–92(24).

Ciais, P., et al., 2012: Large inert carbon pool in the terrestrial biosphere during the Last Glacial Maximum. *Nature Geosci.*, **5**, 74–79.

Ciais, P., et al., 2008: Carbon accumulation in European forests. *Nature Geosci.*, **1**, 425–429.

Ciais, P., et al., 2005: Europe-wide reduction in primary productivity caused by the heat and drought in 2003. *Nature*, **437**, 529–533.

Clark, D. B., D. A. Clark, and S. F. Oberbauer, 2010: Annual wood production in a tropical rain forest in NE Costa Rica linked to climatic variation but not to increasing $CO_2$. *Global Change Biol.*, **16**, 747–759.

Claussen, M., et al., 2002: Earth system models of intermediate complexity: Closing the gap in the spectrum of climate system models. *Clim. Dyn.*, **18**, 579–586.

Cocco, V., et al., 2013: Oxygen and indicators of stress for marine life in multi-model global warming projections. *Biogeosciences*, **10**, 1849–1868.

Codispoti, L. A., 2007: An oceanic fixed nitrogen sink exceeding 400 Tg N a$^{-1}$ vs the concept of homeostasis in the fixed-nitrogen inventory. *Biogeosciences*, **4**, 233–253.

Codispoti, L. A., 2010: Interesting Times for Marine $N_2O$. *Science*, **327**, 1339–1340.

Cole, J. J., et al., 2007: Plumbing the global carbon cycle: Integrating inland waters into the terrestrial carbon budget. *Ecosystems*, **10**, 171–184.

Collins, W. J., et al., 2011: Development and evaluation of an Earth-System model—HadGEM2. *Geosci. Model Dev.*, **4**, 1051–1075.

Conrad, R., 1996: Soil microorganisms as controllers of atmospheric trace gases ($H_2$, CO, $CH_4$, OCS, $N_2O$, and NO). *Microbiol. Rev.*, **60**, 609–640.

Conway, T., and P. Tans, 2011: Global $CO_2$. National Oceanic and Atmospheric Administration, Earth System Research Library, Silver Spring, MD, USA.

Conway, T. J., P. P. Tans, L. S. Waterman, K. W. Thoning, D. R. Kitzis, K. A. Masarie, and N. Zhang, 1994: Evidence for interannual variability of the carbon cycle from the National Oceanic and Atmospheric Administration Climate Monitoring and Diagnostics Laboratory Global Air Sampling Network. *J. Geophys. Res. Atmos.*, **99**, 22831–22855.

Corbière, A., N. Metzl, G. Reverdin, C. Brunet, and A. Takahashi, 2007: Interannual and decadal variability of the oceanic carbon sink in the North Atlantic subpolar gyre. *Tellus B*, **59**, 168–178.

Cox, P., and C. Jones, 2008: Climate. Illuminating the modern dance of climate and $CO_2$. *Science*, **321**, 1642–1644.

Cox, P. M., 2001: Description of the TRIFFID dynamic global vegetation model. Technical Note 24. Hadley Centre, Met Office, Exeter, Devon, UK.

Cox, P. M., R. A. Betts, M. Collins, P. P. Harris, C. Huntingford, and C. D. Jones, 2004: Amazonian forest dieback under climate-carbon cycle projections for the 21st century. *Theor. Appl. Climatol.*, **78**, 137–156.

Cox, P. M., D. Pearson, B. B. Booth, P. Friedlingstein, C. Huntingford, C. D. Jones, and C. M. Luke, 2013: Sensitivity of tropical carbon to climate change constrained by carbon dioxide variability. *Nature*, **494**, 341–344.

BLM_0074064

Crévoisier, C., D. Nobileau, A. M. Fiore, R. Armante, A. Chédin, and N. A. Scott, 2009: Tropospheric methane in the tropics – first year from IASI hyperspectral infrared observations. *Atmos. Chem. Phys.*, **9**, 6337–6350.

Crutzen, P. J., A. R. Mosier, K. A. Smith, and W. Winiwarter, 2008: $N_2O$ release from agro-biofuel production negates global warming reduction by replacing fossil fuels. *Atmos. Chem. Phys.*, **8**, 389–395.

Cunnold, D. M., et al., 2002: In situ measurements of atmospheric methane at GAGE/AGAGE sites during 1985–2000 and resulting source inferences. *J. Geophys. Res. Atmos.*, **107**, ACH20–1, CiteID 4225.

Curry, C. L., 2007: Modeling the soil consumption of methane at the global scale. *Global Biogeochem. Cycles*, **21**, GB4012.

Curry, C. L., 2009: The consumption of atmospheric methane by soil in a simulated future climate. *Biogeosciences*, **6**, 2355–2367.

Daniau, A. L., et al., 2012: Predictability of biomass burning in response to climate changes. *Global Biogeochem. Cycles*, **26**, Gb4007.

Davidson, E. A., 2009: The contribution of manure and fertilizer nitrogen to atmospheric nitrous oxide since 1860. *Nature Geosci.*, **2**, 659–662.

Davidson, E. A., et al., 2012: Excess nitrogen in the U.S. environnement: Trends, risks, and solutions. Issues of Ecology, Report number 15. Ecological Society of America, Washington, DC.

Dawes, M. A., S. Hättenschwiler, P. Bebi, F. Hagedorn, I. T. Handa, C. Körner, and C. Rixen, 2011: Species-specific tree growth responses to 9 years of $CO_2$ enrichment at the alpine treeline. *J. Ecol.*, **99**, 383–394.

De Klein, C., et al., 2007: $N_2O$ emissions from managed soils, and $CO_2$ emissions from lime and urea application. In: *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Vol. 4 [M. Gytarsky, T. Higarashi, W. Irving, T. Krug and J. Penman (eds.)]. Intergovernmental Panel on Climate Change, Geneva, Switzerland, pp. 11.1–11.54.

DeFries, R., and C. Rosenzweig, 2010: Toward a whole-landscape approach for sustainable land use in the tropics. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19627–19632.

DeFries, R. S., R. A. Houghton, M. C. Hansen, C. B. Field, D. L. Skole, and J. Townshend, 2002: Carbon emissions from tropical deforestation and regrowth based on satellite observations for the 1980s and 1990s. *Proc. Natl. Acad. Sci. U.S.A.*, **99**, 14256–14261.

Delmas, R. J., J.-M. Ascencio, and M. Legrand, 1980: Polar ice evidence that atmospheric $CO_2$ 20,000-yr BP was 50% of present. *Nature*, **284**, 155–157.

Denman, K. L., 2008: Climate change, ocean processes and ocean iron fertilization. *Mar. Ecol. Prog. Ser.*, **364**, 219–225.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 499-587.

Dentener, F., W. Peters, M. Krol, M. van Weele, P. Bergamaschi, and J. Lelieveld, 2003: Interannual variability and trend of $CH_4$ lifetime as a measure for OH changes in the 1979–1993 time period. *J. Geophys. Res. Atmos.*, **108**, 4442.

Dentener, F., et al., 2005: The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. *Atmos. Chem. Phys.*, **5**, 1731–1755.

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**, 3586–3594.

Deutsch, C., J. L. Sarmiento, D. M. Sigman, N. Gruber, and J. P. Dunne, 2007: Spatial coupling of nitrogen inputs and losses in the ocean. *Nature*, **445**, 163–167.

Dickens, G. R., 2003: A methane trigger for rapid warming? *Science*, **299**, 1017.

Dlugokencky, E., and P. P. Tans, 2013a: Recent $CO_2$. NOAA, ESRS. Retrieved from www.esrl.noaa.gov/gmd/ccgg/trends/global.html, accessed 01-02-2013.

Dlugokencky, E., and P. P. Tans, 2013b: Globally averaged marine surface annual mean data, NOAA/ESRL. Retrieved from www.esrl.noaa.gov/gmd/ccgg/trends/, accessed 01-02-2013.

Dlugokencky, E. J., E. G. Nisbet, R. Fisher, and D. Lowry, 2011: Global atmospheric methane: Budget, changes and dangers. *Philos. Trans. R. Soc. London Ser. A*, **369**, 2058–2072.

Dlugokencky, E. J., P. M. Lang, A. M. Crotwell, and K. A. Masarie, 2012: Atmospheric methane dry air mole fractions from the NOAA ESRL Carbon Cycle Cooperative Global Air Sampling Network, 1983–2011, version 2012-09-24. Version 2010-08-12 ed.

Dlugokencky, E. J., S. Houweling, L. Bruhwiler, K. A. Masarie, P. M. Lang, J. B. Miller, and P. P. Tans, 2003: Atmospheric methane levels off: Temporary pause or a new steady-state? *Geophys. Res. Lett.*, **30**, 1992.

Dlugokencky, E. J., et al., 2009: Observational constraints on recent increases in the atmospheric $CH_4$ burden. *Geophys. Res. Lett.*, **36**, L18803.

Dolman, A. J., et al., 2012: An estimate of the terrestrial carbon budget of Russia using inventory based, eddy covariance and inversion methods. *Biogeosciences*, **9**, 5323–5340.

Doney, S. C., et al., 2009: Mechanisms governing interannual variability in upper-ocean inorganic carbon system and air-sea $CO_2$ fluxes: Physical climate and atmospheric dust. *Deep-Sea Res. Pt. II*, **56**, 640–655.

Dore, J. E., R. Lukas, D. W. Sadler, M. J. Church, and D. M. Karl, 2009: Physical and biogeochemical modulation of ocean acidification in the central North Pacific. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 12235–12240.

Dornburg, V., and G. Marland, 2008: Temporary storage of carbon in the biosphere does have value for climate change mitigation: A response to the paper by Miko Kirschbaum. *Mitigat. Adapt. Strat. Global Change*, **13**, 211–217.

Duce, R.A., et al., 2008: Impacts of atmospheric anthropogenic nitrogen on the open ocean. *Science*, **320**, 893–897.

Dueck, T. A., et al., 2007: No evidence for substantial aerobic methane emission by terrestrial plants: A $^{13}C$-labelling approach. *New Phytologist*, **175**, 29–35.

Dufresne, J.-L., et al., 2013: Climate change projections using the IPSL-CM5 Earth System Model: From CMIP3 to CMIP5. *Clim. Dyn.*, **40**, 2123-2165.

Dukes, J. S., et al., 2005: Responses of grassland production to single and multiple global environmental changes. *PloS Biol.*, **3**, 1829–1837.

Dunne, J. P., et al., 2012: GFDL's ESM2 global coupled climate-carbon Earth System Models Part I: Physical formulation and baseline simulation characteristics. *J. Clim.*, **25**, 6646–6665.

Dunne, J. P., et al., 2013: GFDL's ESM2 global coupled climate-carbon Earth System Models. Part II: Carbon system formation and baseline simulation characteristics. *J. Clim.*, **26**, 2247-2267.

Dutaur, L., and L. V. Verchot, 2007: A global inventory of the soil $CH_4$ sink. *Global Biogeochem. Cycles*, **21**, GB4013.

Dutta, K., E. A. G. Schuur, J. C. Neff, and S. A. Zimov, 2006: Potential carbon release from permafrost soils of Northeastern Siberia. *Global Change Biol.*, **12**, 2336–2351.

Eby, M., K. Zickfeld, A. Montenegro, D. Archer, K. J. Meissner, and A. J. Weaver, 2009: Lifetime of anthropogenic climate change: Millennial time scales of potential $CO_2$ and surface temperature perturbations. *J. Clim.*, **22**, 2501–2511.

Eby, M., et al., 2013: Historical and idealized climate model experiments: An EMIC intercomparison. *Clim. Past*, **9**, 1–30.

EDGAR4–database, 2009: Emission Database for Global Atmospheric Research (EDGAR), release version 4.0. http://edgar.jrc.ec.europa.eu, 2009. European Commission. Joint Research Centre (JRC) / Netherlands Environmental Assessment Agency (PBL).

Elberling, B., H. H. Christiansen, and B. U. Hansen, 2010: High nitrous oxide production from thawing permafrost. *Nature Geosci.*, **3**, 332–335.

Eliseev, A. V., I. I. Mokhov, M. M. Arzhanov, P. F. Demchenko, and S. N. Denisov, 2008: Interaction of the methane cycle and processes in wetland ecosystems in a climate model of intermediate complexity. *Izvestiya Atmos. Ocean. Phys.*, **44**, 139–152.

Elliott, S., M. Maltrud, M. Reagan, G. Moridis, and P. Cameron-Smith, 2011: Marine methane cycle simulations for the period of early global warming. *J. Geophys. Res. Biogeosci.*, **116**, G01010.

Elser, J. J., et al., 2007: Global analysis of nitrogen and phosphorus limitation of primary producers in freshwater, marine and terrestrial ecosystems. *Ecol. Lett.*, **10**, 1135–1142.

Elsig, J., et al., 2009: Stable isotope constraints on Holocene carbon cycle changes from an Antarctic ice core. *Nature*, **461**, 507–510.

Emerson, S., and J. I. Hedges, 1988: Processes controlling the organic carbon content of open ocean sediments. *Paleoceanography*, **3**, 621–634.

EPA, 2006: Global anthropogenic non-$CO_2$ greenhouse gas emissions. United States Environmental Protection Agency (US EPA, Washington, DC) Report EPA-430-R-06-003. Retrieved from http://nepis.epa.gov/EPA/html/DLwait.htm?url=/Adobe/PDF/2000ZL5G.PDF.

EPA, 2010: Methane and nitrous oxide emissions from natural sources. United States Environmental Protection Agency (EPA) Report. Washington, DC. http://www.epa.gov/outreach/pdfs/Methane-and-Nitrous-Oxide-Emissions-From-Natural-Sources.pdf

**6**

EPA, 2011a: Global anthropogenic non-$CO_2$ greenhouse gas emissions: 1990–2030, United States Environmental Protection Agency (US EPA) Report. Washington, DC. http://www.epa.gov/climatechange/Downloads/EPAactivities/EPA_Global_NonCO2_Projections_Dec2012.pdf

EPA, 2011b: Reactive nitrogen in the United States: An analysis of inputs, flows, consequences, and management options. Report EPA-SAB-11-013, Washington, DC, 140 pp. http://yosemite.epa.gov/sab/sabproduct.nsf/WebBOARD/INCFullReport/$File/Final%20INC%20Report_8_19_11%28without%20signatures%29.pdf

Erisman, J. W., M. S. Sutton, J. N. Galloway, Z. Klimont, and W. Winiwarter, 2008: A century of ammonia synthesis. *Nature Geosci.*, **1**, 1–4.

Erisman, J. W., J. Galloway, S. Seitzinger, A. Bleeker, and K. Butterbach-Bahl, 2011: Reactive nitrogen in the environment and its effect on climate change. *Curr. Opin. Environ. Sustain.*, **3**, 281–290.

Esser, G., J. Kattge, and A. Sakalli, 2011: Feedback of carbon and nitrogen cycles enhances carbon sequestration in the terrestrial biosphere. *Global Change Biol.*, **17**, 819–842.

Etheridge, D. M., L. P. Steele, R. L. Langenfelds, R. J. Francey, J.-M. Barnola, and V. I. Morgan, 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *J. Geophys. Res.*, **101**, 4115–4128.

Etiope, G., K. R. Lassey, R. W. Klusman, and E. Boschi, 2008: Reappraisal of the fossil methane budget and related emission from geologic sources. *Geophys. Res. Lett.*, **35**, L09307.

Evans, C. D., D. T. Monteith, and D. M. Cooper, 2005: Long-term increases in surface water dissolved organic carbon: Observations, possible causes and environmental implications. *Environ. Pollut.*, **137**, 55–71.

Falloon, P., C. Jones, M. Ades, and K. Paul, 2011: Direct soil moisture controls of future global soil carbon changes: An important source of uncertainty. *Global Biogeochem. Cycles*, **25**, GB3010.

Fan, S.-M., T. L. Blaine, and J. Sarmiento, 1999: Terrestrial carbon sink in the Northern Hemisphere estimated from the atmospheric $CO_2$ difference between Manna Loa and the South Pole since 1959. *Tellus B*, **51**, 863–870.

FAO, 2005: Global Forest Resource Assessment 2005. Progress toward sustainable forest management. FAO Forestry Paper 147. Food and Agriculture Organization of the United Nations, Rome, Italy, pp. 129–147.

FAO, 2010: Global Forest Resources Assessment 2010. Main report. FAO Forestry Paper 163, Food and Agriculture Organization of the United Nations, Rome, Italy, 340 pp.

Feely, R. A., S. C. Doney, and S. R. Cooley, 2009: Ocean acidification: Present conditions and future changes in a high-$CO_2$ world. *Oceanography*, **22**, 36–47.

Feely, R. A., C. L. Sabine, J. M. Hernandez-Ayon, D. Ianson, and B. Hales, 2008: Evidence for upwelling of corrosive "acidified" water onto the continental shelf. *Science*, **320**, 1490–1492.

Feely, R. A., R. H. Byrne, J. G. Acker, P. R. Betzer, C.-T. A. Chen, J. F. Gendron, and M. F. Lamb, 1988: Winter-summer variations of calcite and aragonite saturation in the northeast Pacific. *Mar. Chem.*, **25**, 227–241.

Feely, R. A., T. Takahashi, R. Wanninkhof, M. J. McPhaden, C. E. Cosca, S. C. Sutherland, and M. E. Carr, 2006: Decadal variability of the air-sea $CO_2$ fluxes in the equatorial Pacific Ocean. *J. Geophys. Res. Oceans*, **111**, C08S90.

Felzer, B., et al., 2005: Past and future effects of ozone on carbon sequestration and climate change policy using a global biogeochemical model. *Clim. Change*, **73**, 345–373.

Ferretti, D. F., et al., 2005: Unexpected changes to the global methane budget over the past 2000 years. *Science*, **309**, 1714–1717.

Findlay, H., S. T. Tyrrell, R. G. J. Bellerby, A. Merico, and I. Skjelvan, 2008: Carbon and nutrient mixed layer dynamics in the Norwegian Sea. *Biogeosciences*, **5**, 1395–1410.

Findlay, S. E. G., 2005: Increased carbon transport in the Hudson River: Unexpected consequence of nitrogen deposition? *Front. Ecol. Environ.*, **3**, 133–137.

Finzi, A. C., et al., 2006: Progressive nitrogen limitation of ecosystem processes under elevated $CO_2$ in a warm-temperate forest. *Ecology*, **87**, 15–25.

Finzi, A. C., et al., 2007: Increases in nitrogen uptake rather than nitrogen-use efficiency support higher rates of temperate forest productivity under elevated $CO_2$. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 14014–14019.

Fischer, H., et al., 2008: Changing boreal methane sources and constant biomass burning during the last termination. *Nature*, **452**, 864–867.

Fisher, J. B., S. Sitch, Y. Malhi, R. A. Fisher, C. Huntingford, and S. Y. Tan, 2010: Carbon cost of plant nitrogen acquisition: A mechanistic, globally applicable model of plant nitrogen uptake, retranslocation, and fixation. *Global Biogeochem. Cycles*, **24**, GB1014.

Flannigan, M. D., B. Stocks, M. Turetsky, and M. Wotton, 2009a: Impacts of climate change on fire activity and fire management in the circumboreal forest. *Global Change Biol.*, **15**, 549–560.

Flannigan, M. D., M. A. Krawchuk, W. J. de Groot, B. M. Wotton, and L. M. Gowman, 2009b: Implications of changing climate for global wildland fire. *Int. J. Wildland Fire*, **18**, 483–507.

Fleming, E. L., C. H. Jackman, R. S. Stolarski, and A. R. Douglass, 2011: A model study of the impact of source gas changes on the stratosphere for 1850–2100. *Atmos. Chem. Phys.*, **11**, 8515–8541.

Flückiger, J., A. Dällenbach, T. Blunier, B. Stauffer, T. F. Stocker, D. Raynaud, and J.-M. Barnola, 1999: Variations in atmospheric $N_2O$ concentration during abrupt climate changes. *Science*, **285**, 227–230.

Flückiger, J., et al., 2002: High-resolution Holocene $N_2O$ ice core record and its relationship with $CH_4$ and $CO_2$. *Global Biogeochem. Cycles*, **16**, 1–10.

Flückiger, J., et al., 2004: $N_2O$ and $CH_4$ variations during the last glacial epoch: Insight into global processes. *Global Biogeochem. Cycles*, **18**, GB1020.

Foley, J. A., C. Monfreda, N. Ramankutty, and D. Zaks, 2007: Our share of the planetary pie. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 12585–12586.

Foley, J. A., et al., 2011: Solutions for a cultivated planet. *Nature*, **478**, 337–342.

Fowler, D., et al., 2013: The global nitrogen cycle in the 21th century. *Philos. Trans. R. Soc. London Ser. B*, **368**, 20130165.

Francey, R. J., et al., 2013: Atmospheric verification of anthropogenic $CO_2$ emission trends. *Nature Clim. Change*, **3**, 520–524.

Frank, D. C., J. Esper, C. C. Raible, U. Buntgen, V. Trouet, B. Stocker, and F. Joos, 2010: Ensemble reconstruction constraints on the global carbon cycle sensitivity to climate. *Nature*, **463**, 527–U143.

Frankenberg, C., et al., 2011: Global column-averaged methane mixing ratios from 2003 to 2009 as derived from SCIAMACHY: Trends and variability. *J. Geophys. Res.*, **116**, D04302.

Frankenberg, C., et al., 2008: Tropical methane emissions: A revised view from SCIAMACHY onboard ENVISAT. *Geophys. Res. Lett.*, **35**, L15811.

Freing, A., D. W. R. Wallace, and H. W. Bange, 2012: Global oceanic production of nitrous oxide. *Philos. Trans. R. Soc. London Ser. B*, **367**, 1245–1255.

Friedli, H., H. Lötscher, H. Oeschger, U. Siegenthaler, and B. Stauffer, 1986: Ice core record of the $^{13}C/^{12}C$ ratio of atmospheric $CO_2$ in the past two centuries. *Nature*, **324**, 237–238.

Friedlingstein, P., and I. C. Prentice, 2010: Carbon-climate feedbacks: A review of model and observation based estimates. *Curr. Opin. Environ. Sustain.*, **2**, 251–257.

Friedlingstein, P., J. L. Dufresne, P. M. Cox, and P. Rayner, 2003: How positive is the feedback between climate change and the carbon cycle? *Tellus B*, **55**, 692–700.

Friedlingstein, P., et al., 2010: Update on $CO_2$ emissions. *Nature Geosci.*, **3**, 811–812.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C⁴MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Friis, K., A. Körtzinger, J. Patsch, and D. W. R. Wallace, 2005: On the temporal increase of anthropogenic $CO_2$ in the subpolar North Atlantic. *Deep-Sea Res. Pt. I*, **52**, 681–698.

Frölicher, T. L., F. Joos, and C. C. Raible, 2011: Sensitivity of atmospheric $CO_2$ and climate to explosive volcanic eruptions. *Biogeosciences*, **8**, 2317–2339.

Frölicher, T. L., F. Joos, C. C. Raible, and J. L. Sarmiento, 2013: Atmospheric $CO_2$ response to volcanic eruptions: The role of ENSO, season, and variability. *Global Biogeochem. Cycles*, **27**, 239-251.

Frölicher, T. L., F. Joos, G. K. Plattner, M. Steinacher, and S. C. Doney, 2009: Natural variability and anthropogenic trends in oceanic oxygen in a coupled carbon cycle–climate model ensemble. *Global Biogeochem. Cycles*, **23**, GB1003.

Frolking, S., and N. T. Roulet, 2007: Holocene radiative forcing impact of northern peatland carbon accumulation and methane emissions. *Global Change Biol.*, **13**, 1079–1088.

Fuller, D. Q., et al., 2011: The contribution of rice agriculture and livestock pastoralism to prehistoric methane levels: An archaeological assessment. *The Holocene*, **21**, 743–759.

Fung, I., M. Prather, J. John, J. Lerner, and E. Matthews, 1991: Three-dimensional model synthesis of the global methane cycle. *J. Geophys. Res.*, **96**, 13033–13065.

Fyfe, J. C., and O. A. Saenko, 2006: Simulated changes in the extratropical Southern Hemisphere winds and currents. *Geophys. Res. Lett.*, **33**, L06701.

**6**

BLM_0074066

Fyfe, J. C., J. N. S. Cole, V. K. Arora, and J. F. Scinocca, 2013: Biogeochemical carbon coupling influences global precipitation in geoengineering experiments. *Geophys. Res. Lett.*, **40**, 651–655.

Fyke, J. G., and A. J. Weaver, 2006: The effect of potential future climate change on the marine methane hydrate stability zone. *J. Clim.*, **19**, 5903–5917.

Gaillard, M. J., et al., 2010: Holocene land-cover reconstructions for studies on land cover-climate feedbacks. *Clim. Past*, **6**, 483–499.

Gaillardet, J., B. Dupre, P. Louvat, and C. J. Allegre, 1999: Global silicate weathering and CO₂ consumption rates deduced from the chemistry of large rivers. *Chem. Geol.*, **159**, 3–30.

Galbraith, D., P. E. Levy, S. Sitch, C. Huntingford, P. Cox, M. Williams, and P. Meir, 2010: Multiple mechanisms of Amazonian forest biomass losses in three dynamic global vegetation models under climate change. *New Phytologist*, **187**, 647–665.

Galloway, J. N., J. D. Aber, J. W. Erisman, S. P. Seitzinger, R. W. Howarth, E. B. Cowling, and B. J. Cosby, 2003: The nitrogen cascade. *BioScience*, **53**, 341–356.

Galloway, J. N., et al., 2008: Transformation of the nitrogen cycle: Recent trends, questions, and potential solutions. *Science*, **320**, 889.

Galloway, J. N., et al., 2004: Nitrogen cycles: Past, present and future. *Biogeochemistry*, **70**, 153–226.

Gao, H., et al., 2012: Intensive and extensive nitrogen loss from intertidal permeable sediments of the Wadden Sea *Limnol. Oceanogr.*, **57**, 185–198.

Gärdenäs, A. I., et al., 2011: Knowledge gaps in soil carbon and nitrogen interactions—From molecular to global scale. *Soil Biol. Biochem.*, **43**, 702–717.

GEA, 2006: Energy resources and potentials. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, 425-512.

Gedalof, Z., and A. A. Berg, 2010: Tree ring evidence for limited direct CO₂ fertilization of forests over the 20th century. *Global Biogeochem. Cycles*, **24**, Gb3027.

Gedney, N., P. M. Cox, and C. Huntingford, 2004: Climate feedback from wetland methane emissions. *Geophys. Res. Lett.*, **31**, L20503.

Gedney, N., P. M. Cox, R. A. Betts, O. Boucher, C. Huntingford, and P. A. Stott, 2006: Detection of a direct carbon dioxide effect in continental river runoff records. *Nature*, **439**, 835–838.

Gerber, S., L. O. Hedin, M. Oppenheimer, S. W. Pacala, and E. Shevliakova, 2010: Nitrogen cycling and feedbacks in a global dynamic land model. *Global Biogeochem. Cycles*, **24**, GB1001.

Gerber, S., F. Joos, P. Brugger, T. F. Stocker, M. E. Mann, S. Sitch, and M. Scholze, 2003: Constraining temperature variations over the last millennium by comparing simulated and observed atmospheric CO₂. *Clim. Dyn.*, **20**, 281–299.

Gervois, S., P. Ciais, N. de Noblet-Ducoudre, N. Brisson, N. Vuichard, and N. Viovy, 2008: Carbon and water balance of European croplands throughout the 20th century. *Global Biogeochem. Cycles*, **22**, GB03018.

Gilbert, D., N. N. Rabalais, R. J. Diaz, and J. Zhang, 2010: Evidence for greater oxygen decline rates in the coastal ocean than in the open ocean. *Biogeosciences*, **7**, 2283–2296.

Gloor, M., J. L. Sarmiento, and N. Gruber, 2010: What can be learned about carbon cycle climate feedbacks from the CO₂ airborne fraction? *Atmos. Chem. Phys.*, **10**, 7739–7751.

Gloor, M., et al., 2012: The carbon balance of South America: A review of the status, decadal trends and main determinants. *Biogeosciences*, **9**, 5407–5430.

Gloor, M., et al., 2009: Does the disturbance hypothesis explain the biomass increase in basin-wide Amazon forest plot data? *Global Change Biol.*, **15**, 2418–2430.

Gnanadesikan, A., and I. Marinov, 2008: Export is not enough: Nutrient cycling and carbon sequestration. *Mar. Ecol. Prog. Ser.*, **364**, 289–294.

Gnanadesikan, A., J. L. Sarmiento, and R. D. Slater, 2003: Effects of patchy ocean fertilization on atmospheric carbon dioxide and biological production. *Global Biogeochem. Cycles*, **17**, 1050.

Gnanadesikan, A., J. L. Russell, and F. Zeng, 2007: How does ocean ventilation change under global warming? *Ocean Sci.*, **3**, 43–53.

Gnanadesikan, A., J. P. Dunne, and J. John, 2012: Understanding why the volume of suboxic waters does not increase over centuries of global warming in an Earth System Model. *Biogeosciences*, **9**, 1159–1172.

Goldewijk, K. K., 2001: Estimating global land use change over the past 300 years: The HYDE Database. *Global Biogeochem. Cycles*, **15**, 417–433.

Goldewijk, K. K., A. Beusen, G. van Drecht, and M. de Vos, 2011: The HYDE 3.1 spatially explicit database of human-induced global land-use change over the past 12,000 years. *Global Ecol. Biogeogr.*, **20**, 73–86.

Golding, N., and R. Betts, 2008: Fire risk in Amazonia due to climate change in the HadCM3 climate model: Potential interactions with deforestation. *Global Biogeochem. Cycles*, **22**, GB4007.

Goll, D. S., et al., 2012: Nutrient limitation reduces land carbon uptake in simulations with a model of combined carbon, nitrogen and phosphorus cycling. *Biogeosciences*, **9**, 3547–3569.

Good, P., C. Jones, J. Lowe, R. Betts, and N. Gedney, 2013: Comparing tropical forest projections from two generations of Hadley Centre Earth System Models, HadGEM2–ES and HadCM3LC. *J. Clim.*, **26**, 495–511.

Good, P., C. Jones, J. Lowe, R. Betts, B. Booth, and C. Huntingford, 2011: Quantifying environmental drivers of future tropical forest extent. *J. Clim.*, **24**, 1337–1349.

Govindasamy, B., K. Caldeira, and P. B. Duffy, 2003: Geoengineering Earth's radiation balance to mitigate climate change from a quadrupling of CO₂. *Global Planet. Change*, **37**, 157–168.

Govindasamy, B., S. Thompson, P. B. Duffy, K. Caldeira, and C. Delire, 2002: Impact of geoengineering schemes on the terrestrial biosphere. *Geophys. Res. Lett.*, **29**, 2061.

Graven, H. D., N. Gruber, R. Key, S. Khatiwala, and X. Giraud, 2012: Changing controls on oceanic radiocarbon: New insights on shallow-to-deep ocean exchange and anthropogenic CO₂ uptake. *J. Geophys. Res. Oceans*, **117**, C10005.

Gray, M. L., K. J. Champagne, D. Fauth, J. P. Baltrus, and H. Pennline, 2008: Performance of immobilized tertiary amine solid sorbents for the capture of carbon dioxide. *Int. J. Greenh. Gas Control*, **2**, 3–8.

Gregg, J. S., R. J. Andres, and G. Marland, 2008: China: Emissions pattern of the world leader in CO₂ emissions from fossil fuel consumption and cement production. *Geophys. Res. Lett.*, **35**, L08806.

Gregory, J. M., C. D. Jones, P. Cadule, and P. Friedlingstein, 2009: Quantifying carbon cycle feedbacks. *J. Clim.*, **22**, 5232–5250.

Groszkopf, T., et al., 2012: Doubling of marine dinitrogen-fixation rates based on direct measurements. *Nature*, **488**, 361–364.

Gruber, N., and J. N. Galloway, 2008: An Earth-system perspective of the global nitrogen cycle. *Nature*, **451**, 293–296.

Gruber, N., C. Hauri, Z. Lachkar, D. Loher, T. L. Frölicher, and G. K. Plattner, 2012: Rapid progression of ocean acidification in the California Current System. *Science*, **337**, 220–223.

Gruber, N., et al., 2009: Oceanic sources, sinks, and transport of atmospheric CO₂. *Global Biogeochem. Cycles*, **23**, GB1005.

Gurney, K. R., and W. J. Eckels, 2011: Regional trends in terrestrial carbon exchange and their seasonal signatures. *Tellus B*, **63**, 328–339.

Hamilton, S. K., A. L. Kurzman, C. Arango, L. Jin, and G. P. Robertson, 2007: Evidence for carbon sequestration by agricultural liming. *Global Biogeochem. Cycles*, **21**, GB2021.

Hansell, D. A., C. A. Carlson, D. J. Repeta, and R. Schlitzer, 2009: Dissolved organic matter in the ocean: A controversy stimulates new insights. *Oceanography*, **22**, 202–211.

Hansen, M. C., S. V. Stehman, and P. V. Potapov, 2010: Quantification of global gross forest cover loss. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 8650–8655.

Harden, J. W., et al., 2012: Field information links permafrost carbon to physical vulnerabilities of thawing. *Geophys. Res. Lett.*, **39**, L15704.

Harris, N. L., et al., 2012: Baseline map of carbon emissions from deforestation in tropical regions. *Science*, **336**, 1573–1576.

Harrison, K. G., 2000: Role of increased marine silica input on paleo-pCO₂ levels. *Paleoceanography*, **15**, 292–298.

Hartmann, J., N. Jansen, H. H. Dürr, S. Kempe, and P. Köhler, 2009: Global CO₂-consumption by chemical weathering: What is the contribution of highly active weathering regions? *Global Planet. Change*, **69**, 185–194.

Harvey, L. D. D., 2008: Mitigating the atmospheric CO₂ increase and ocean acidification by adding limestone powder to upwelling regions. *J. Geophys. Res.*, **113**, C04028.

Haverd, V., et al., 2013: The Australian terrestrial carbon budget. *Biogeosciences*, **10**, 851–869.

Hedegaard, G. B., J. Brandt, J. H. Christensen, L. M. Frohn, C. Geels, K. M. Hansen, and M. Stendel, 2008: Impacts of climate change on air pollution levels in the Northern Hemisphere with special focus on Europe and the Arctic. *Atmos. Chem. Phys.*, **8**, 3337–3367.

Heijmans, M. M. P. D., W. J. Arp, and F. Berendse, 2001: Effects of elevated CO₂ and vascular plants on evapotranspiration in bog vegetation. *Global Change Biol.*, **7**, 817–827.

**6**

BLM_0074067

Heijmans, M. M. P. D., H. Klees, and F. Berendse, 2002a: Competition between *Sphagnum magellanicum* and *Eriophorum angustifolium* as affected by raised $CO_2$ and increased N deposition. *Oikos*, **97**, 415–425.

Heijmans, M. M. P. D., H. Klees, W. de Visser, and F. Berendse, 2002b: Response of a *Sphagnum* bog plant community to elevated $CO_2$ and N supply. *Plant Ecol.*, **162**, 123–134.

Hein, R., P. J. Crutzen, and M. Heimann, 1997: An inverse modeling approach to investigate the global atmospheric methane cycle. *Global Biogeochem. Cycles*, **11**, 43–76.

Held, I. M., M. Winton, K. Takahashi, T. Delworth, F. Zeng, and G. K. Vallis, 2010: Probing the fast and slow components of global warming by returning abruptly to preindustrial forcing. *J. Clim.*, **23**, 2418–2427.

Herridge, D. F., M. B. Peoples, and R. M. Boddey, 2008: Global inputs of biological nitrogen fixation in agricultural systems. *Plant Soil*, **311**, 1–18.

Herzog, H., K. Caldeira, and J. Reilly, 2003: An issue of permanence: Assessing the effectiveness of temporary carbon storage. *Clim. Change*, **59**, 293–310.

Hibbard, K. A., G. A. Meehl, P. M. Cox, and P. Friedlingstein, 2007: A strategy for climate change stabilization experiments. *EOS Trans. Am. Geophys. Union*, **88**, 217-221.

Hickler, T., B. Smith, I. C. Prentice, K. Mjöfors, P. Miller, A. Arneth, and M. T. Sykes, 2008: $CO_2$ fertilization in temperate FACE experiments not representative of boreal and tropical forests. *Global Change Biol.*, **14**, 1531–1542.

Hietz, P., B. L. Turner, W. Wanek, A. Richter, C. A. Nock, and S. J. Wright, 2011: Long-term change in the nitrogen cycle of tropical forests. *Science*, **334**, 664-666.

Higgins, P. A. T., and J. Harte, 2012: Carbon cycle uncertainty increases climate change risks and mitigation challenges. *J. Clim.*, **25**, 7660–7668.

Hirota, M., M. Holmgren, E. H. Van Nes, and M. Scheffer, 2011: Global resilience of tropical forest and savanna to critical transitions. *Science*, **334**, 232–235.

Hirsch, A. I., A. M. Michalak, L. M. Bruhwiler, W. Peters, E. J. Dlugokencky, and P. P. Tans, 2006: Inverse modeling estimates of the global nitrous oxide surface flux from 1998 to 2001. *Global Biogeochem. Cycles*, **20**, GB1008.

Hodson, E. L., B. Poulter, N. E. Zimmermann, C. Prigent, and J. O. Kaplan, 2011: The El Nino-Southern Oscillation and wetland methane interannual variability. *Geophys. Res. Lett.*, **38**, L08810.

Hoelzemann, J. J., M. G. Schultz, G. P. Brasseur, C. Granier, and M. Simon, 2004: Global Wildland Fire Emission Model (GWEM): Evaluating the use of global area burnt satellite data. *J. Geophys. Res. Atmos.*, **109**, D14S04.

Hofmann, M., and H.-J. Schellnhuber, 2009: Oceanic acidification affects marine carbon pump and triggers extended marine oxygen holes. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 3017–3022.

Holland, E. A., J. Lee-Taylor, C. D. Nevison, and J. Sulzman, 2005: Global N cycle: Fluxes and $N_2O$ mixing ratios originating from human activity. Data set. Oak Ridge National Laboratory Distributed Active Archive Center, Oak Ridge National Laboratory, Oak Ridge, TN. Retrieved from http://www.daac.ornl.gov

Hönisch, B., N. G. Hemming, D. Archer, M. Siddall, and J. F. McManus, 2009: Atmospheric carbon dioxide concentration across the mid-Pleistocene transition. *Science*, **324**, 1551–1554.

Hooijer, A., S. Page, J. G. Canadell, M. Silvius, J. Kwadijk, H. Wösten, and J. Jauhiainen, 2010: Current and future $CO_2$ emissions from drained peatlands in Southeast Asia. *Biogeosciences*, **7**, 1505–1514.

Hopcroft, P. O., P. J. Valdes, and D. J. Beerling, 2011: Simulating idealized Dansgaard-Oeschger events and their potential impacts on the global methane cycle. *Quat. Sci. Rev.*, **30**, 3258–3268.

Houghton, R. A., 2003: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000. *Tellus B*, **55**, 378–390.

Houghton, R. A., 2010: How well do we know the flux of $CO_2$ from land-use change? *Tellus B*, **62**, 337–351.

Houghton, R. A., et al., 2012: Carbon emissions from land use and land-cover change. *Biogeosciences*, **9**, 5125–5142.

House, J. I., I. C. Prentice, and C. Le Quéré, 2002: Maximum impacts of future reforestation or deforestation on atmospheric $CO_2$. *Global Change Biol.*, **8**, 1047–1052.

House, K. Z., D. P. Schrag, C. F. Harvey, and K. S. Lackner, 2006: Permanent carbon dioxide storage in deep-sea sediments. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 14255.

House, K. Z., C. H. House, D. P. Schrag, and M. J. Aziz, 2007: Electrochemical acceleration of chemical weathering as an energetically feasible approach to mitigating anthropogenic climate change. *Environ. Sci. Technol.*, **41**, 8464–8470.

Hsu, J., and M. J. Prather, 2010: Global long-lived chemical modes excited in a 3-D chemistry transport model: Stratospheric $N_2O$, $NOy$, $O_3$ and $CH_4$ chemistry. *Geophys. Res. Lett.*, **37**, L07805.

Huang, J., et al., 2008: Estimation of regional emissions of nitrous oxide from 1997 to 2005 using multinetwork measurements: A chemical transport model, and an inverse method. *J. Geophys. Res.*, **113**, D17313.

Huber, C., et al., 2006: Isotope calibrated Greenland temperature record over Marine Isotope Stage 3 and its relation to $CH_4$. *Earth Planet. Sci. Lett.*, **243**, 504–519.

Hunter, S. J., A. M. Haywood, D. S. Goldobin, A. Ridgwell, and J. G. Rees, 2013: Sensitivity of the global submarine hydrate inventory to scenarious of future climate change. *Earth Planet. Sci. Lett.*, **367**, 105–115.

Huntingford, C., J. A. Lowe, B. B. B. Booth, C. D. Jones, G. R. Harris, L. K. Gohar, and P. Meir, 2009: Contributions of carbon cycle uncertainty to future climate projection spread. *Tellus B*, **61**, 355–360.

Huntingford, C., et al., 2013: Simulated resilience of tropical rainforests to $CO_2$-induced climate change. *Nature Geosci.*, **6**, 268–273.

Hurtt, G. C., et al., 2011: Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Clim. Change*, **109**, 117–161.

Huybers, P., and C. Langmuir, 2009: Feedback between deglaciation, volcanism, and atmospheric $CO_2$. *Earth Planet. Sci. Lett.*, **286**, 479–491.

Indermühle, A., et al., 1999: Holocene carbon-cycle dynamics based on $CO_2$ trapped in ice at Taylor Dome, Antarctica. *Nature*, **398**, 121–126.

Irvine, P. J., A. Ridgwell, and D. J. Lunt, 2010: Assessing the regional disparities in geoengineering impacts. *Geophys. Res. Lett.*, **37**, L18702.

Ise, T., A. L. Dunn, S. C. Wofsy, and P. R. Moorcroft, 2008: High sensitivity of peat decomposition to climate change through water-table feedback. *Nature Geosci.*, **1**, 763–766.

Ishii, M., N. Kosugi, D. Sasano, S. Saito, T. Midorikawa, and H. Y. Inoue, 2011: Ocean acidification off the south coast of Japan: A result from time series observations of $CO_2$ parameters from 1994 to 2008. *J. Geophys. Res. Oceans*, **116**, C06022.

Ishii, M., et al., 2009: Spatial variability and decadal trend of the oceanic $CO_2$ in the western equatorial Pacific warm/fresh water. *Deep-Sea Res. Pt. II*, **56**, 591–606.

Ishijima, K., T. Nakazawa, and S. Aoki, 2009: Variations of atmospheric nitrous oxide concentration in the northern and western Pacific. *Tellus B*, **61**, 408–415.

Ito, A., and J. E. Penner, 2004: Global estimates of biomass burning emissions based on satellite imagery for the year 2000. *J. Geophys. Res.*, **109**, D14S05.

Ito, A., and M. Inatomi, 2012: Use of a process-based model for assessing the methane budgets of global terrestrial ecosystems and evaluation of uncertainty. *Biogeosciences*, **9**, 759–773.

Iudicone, D., et al., 2011: Water masses as a unifying framework for understanding the Southern Ocean Carbon Cycle. *Biogeosciences*, **8**, 1031–1052.

Iversen, T., et al., 2013: The Norwegian Earth System Model, NorESM1–M. Part 2: Climate response and scenario projections. *Geosci. Model Dev.*, **6**, 389–415.

Jaccard, S. L., and E. D. Galbraith, 2012: Large climate-driven changes of oceanic oxygen concentrations during the last deglaciation. *Nature Geosci.*, **5**, 151-156.

Jaccard, S. L., G. H. Haug, D. M. Sigman, T. F. Pedersen, H. R. Thierstein, and U. Röhl, 2005: Glacial/interglacial changes in subarctic North Pacific stratification. *Science*, **308**, 1003–1006.

Jacobson, A. R., S. E. Mikaloff Fletcher, N. Gruber, J. L. Sarmiento, and M. Gloor, 2007: A joint atmosphere-ocean inversion for surface fluxes of carbon dioxide: 2. Regional results. *Global Biogeochem. Cycles*, **21**, GB1020.

Jacquet, S. H. M., N. Savoye, F. Dehairs, V. H. Strass, and D. Cardinal, 2008: Mesopelagic carbon remineralization during the European Iron Fertilization Experiment. *Global Biogeochem. Cycles*, **22**, 1–9.

Jain, A., X. J. Yang, H. Kheshgi, A. D. McGuire, W. Post, and D. Kicklighter, 2009: Nitrogen attenuation of terrestrial carbon cycle response to global environmental factors. *Global Biogeochem. Cycles*, **23**, GB4028.

Jin, X., and N. Gruber, 2003: Offsetting the radiative benefit of ocean iron fertilization by enhancing $N_2O$ emissions. *Geophys. Res. Lett.*, **30**, 24, 2249.

Jones, C., S. Liddicoat, and J. Lowe, 2010: Role of terrestrial ecosystems in determining $CO_2$ stabilization and recovery behaviour. *Tellus B*, **62**, 682–699.

Jones, C., M. Collins, P. M. Cox, and S. A. Spall, 2001: The carbon cycle response to ENSO: A coupled climate-carbon cycle model study. *J. Clim.*, **14**, 4113–4129.

Jones, C., J. Lowe, S. Liddicoat, and R. Betts, 2009: Committed terrestrial ecosystem changes due to climate change. *Nature Geosci.*, **2**, 484–487.

Jones, C., et al., 2013: 21th Century compatible $CO_2$ emissions and airborne fraction simulated by CMIP5 Earth System models under 4 Representative Concentration Pathways. *J. Clim.*, **26**, 4398-4413.

BLM_0074068

Jones, C. D., and P. M. Cox, 2001: Modeling the volcanic signal in the atmospheric $CO_2$ record. *Global Biogeochem. Cycles*, **15**, 453–465.

Jones, C. D., and P. Falloon, 2009: Sources of uncertainty in global modelling of future soil organic carbon storage. In: *Uncertainties in Environmental Modelling and Consequences for Policy Making* [P. Bavaye, J. Mysiak and M. Laba (eds.)]. Springer Science+Business Media, New York, NY, USA and Heidelberg, Germany, pp. 283–315.

Jones, C. D., P. M. Cox, and C. Huntingford, 2006: Impact of climate carbon cycle feedbacks on emission scenarios to achieve stabilization. In: *Avoiding Dangerous Climate Change* [H. J. Schellnhuber, W. Cramer, N. Nakicenovic, T. Wigley and G. Yohe (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 323–332.

Jones, C. D., et al., 2011: The HadGEM2–ES implementation of CMIP5 centennial simulations. *Geosci. Model Dev.*, **4**, 543–570.

Joos, F., and R. Spahni, 2008: Rates of change in natural and anthropogenic radiative forcing over the past 20,000 years. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1425–1430.

Joos, F., J. L. Sarmiento, and U. Siegenthaler, 1991: Estimates of the effect of Southern-Ocean iron fertilization on atmospheric $CO_2$ concentrations. *Nature*, **349**, 772–775.

Joos, F., T. L. Frölicher, M. Steinacher, and G.-K. Plattner, 2011: Impact of climate change mitigation on ocean acidification projections. In: *Ocean Acidification* [J. P. Gattuso and L. Hansson (eds.)]. Oxford University Press, Oxford, United Kingdom, and New York, NY, USA, pp. 273-289.

Joos, F., S. Gerber, I. C. Prentice, B. L. Otto-Bliesner, and P. J. Valdes, 2004: Transient simulations of Holocene atmospheric carbon dioxide and terrestrial carbon since the Last Glacial Maximum. *Global Biogeochem. Cycles*, **18**, Gb2002.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Jorgenson, M. T., Y. L. Shur, and E. R. Pullman, 2006: Abrupt increase in permafrost degradation in Arctic Alaska. *Geophys. Res. Lett.*, **33**, L02503.

Jung, M., et al., 2007: Assessing the ability of three land ecosystem models to simulate gross carbon uptake of forests from boreal to Mediterranean climate in Europe. *Biogeosciences*, **4**, 647–656.

Jung, M., et al., 2011: Global patterns of land-atmosphere fluxes of carbon dioxide, latent heat, and sensible heat derived from eddy covariance, satellite, and meteorological observations. *J. Geophys. Res. Biogeosci.*, **116**, G00J07.

Jungclaus, J. H., et al., 2010: Climate and carbon-cycle variability over the last millennium. *Clim. Past*, **6**, 723–737.

Kai, F. M., S. C. Tyler, J. T. Randerson, and D. R. Blake, 2011: Reduced methane growth rate explained by decreased Northern Hemisphere microbial sources. *Nature*, **476**, 194–197.

Kanakidou, M., et al., 2012: Atmospheric fluxes of organic N and P to the global ocean. *Global Biogeochem. Cycles*, **26**, GB3026.

Kaplan, J. O., G. Folberth, and D. A. Hauglustaine, 2006: Role of methane and biogenic volatile organic compound sources in late glacial and Holocene fluctuations of atmospheric methane concentrations. *Global Biogeochem. Cycles*, **20**, Gb2016.

Kaplan, J. O., I. C. Prentice, W. Knorr, and P. J. Valdes, 2002: Modeling the dynamics of terrestrial carbon storage since the Last Glacial Maximum. *Geophys. Res. Lett.*, **29**, 31-1-31-4.

Kaplan, J. O., K. M. Krumhardt, E. C. Ellis, W. F. Ruddiman, C. Lemmen, and K. Klein Goldewijk, 2011: Holocene carbon emissions as a result of anthropogenic land cover change. *Holocene*, **21**, 775–791.

Karl, D. M., and R. M. Letelier, 2008: Nitrogen fixation-enhanced carbon sequestration in low nitrate, low chlorophyll seascapes. *Mar. Ecol. Prog. Ser.*, **364**, 257–268.

Kato, E., T. Kinoshita, A. Ito, M. Kawamiya, and Y. Yamagata, 2013: Evaluation of spatially explicit emission scenario of land-use change and biomass burning using a process-based biogeochemical model. *J. Land Use Sci.*, **8**, 104–122.

Keeling, C. D., 1960: The concentration and isotopic abundances of carbon dioxide in the atmosphere. *Tellus B*, **12**, 200–203.

Keeling, C. D., S. C. Piper, and M. Heimann, 1989: A three dimensional model of atmospheric $CO_2$ transport based on observed winds: 4. Mean annual gradients and interannual variations. In: *Aspects of Climate Variability in the Pacific and the Western Americas* [D. H. Peterson (ed.)]. Geophysical Monograph Series, Vol. 55. American Geophysical Union, Washington, DC, pp. 305–363.

Keeling, C. D., R. B. Bacastow, A. E. Bainbridge, C. A. Ekdahl, P. R. Guenther, L. S. Waterman, and J. F. S. Chin, 1976: Atmospheric carbon-dioxide variations at Mauna-Loa Observatory, Hawaii. *Tellus*, **28**, 538–551.

Keeling, C. D., S. C. Piper, R. B. Bacastow, M. Wahlen, T. P. Whorf, M. Heimann, and H. A. Meijer, 2005: Atmospheric $CO_2$ and $^{13}CO_2$ exchange with the terrestrial biosphere and oceans from 1978 to 2000: Observations and carbon cycle implications. In: *A History of Atmospheric $CO_2$ and Its Effects on Plants, Animals, and Ecosystems* [J. R. Ehleringer, T. E. Cerling and M. D. Dearing (eds.)]. Springer Science+Business Media, New York, NY, USA, and Heidelberg, Germany, pp. 83–113.

Keeling, R. F., and S. R. Shertz, 1992: Seasonal and interannual variations in atmospheric oxygen and implications for the global carbon cycle. *Nature*, **358**, 723–727.

Keeling, R. F., S. C. Piper, and M. Heimann, 1996: Global and hemispheric $CO_2$ sinks deduced from changes in atmospheric $O_2$ concentration. *Nature*, **381**, 218–221.

Keeling, R. F., A. Körtzinger, and N. Gruber, 2010: Ocean deoxygenation in a warming world. *Annu. Rev. Mar. Sci.*, **2**, 199–229.

Keenan, T. F., et al., 2012: Terrestrial biosphere model performance for inter-annual variability of land-atmosphere $CO_2$ exchange. *Global Change Biol.*, **18**, 1971–1987.

Keith, D. W., 2001: Geoengineering. *Nature*, **409**, 420.

Keith, D. W., M. Ha-Duong, and J. K. Stolaroff, 2006: Climate strategy with $CO_2$ capture from the air. *Clim. Change*, **74**, 17–45.

Kelemen, P. B., and J. Matter, 2008: In situ carbonation of peridotite for $CO_2$ storage. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 17295–17300.

Kellomäki, S., H. Peltola, T. Nuutinen, K. T. Korhonen, and H. Strandman, 2008: Sensitivity of managed boreal forests in Finland to climate change, with implications for adaptive management. *Philos. Trans. R. Soc. London Ser. B*, **363**, 2341–2351.

Keppler, F., J. T. G. Hamilton, M. Braß, and T. Röckmann, 2006: Methane emissions from terrestrial plants under aerobic conditions. *Nature*, **439**, 187–191.

Kesik, M., et al., 2006: Future scenarios of $N_2O$ and NO emissions from European forest soils. *J. Geophys. Res. Biogeosci.*, **111**, G02018.

Key, R. M., et al., 2004: A global ocean carbon climatology: Results from Global Data Analysis Project (GLODAP). *Global Biogeochem. Cycles*, **18**, GB4031.

Khalil, M. A. K., and R. A. Rasmussen, 1989: Climate-induced feedbacks for the global cycles of methane and nitrous oxide. *Tellus B*, **41**, 554–559.

Khalil, M. A. K., C. L. Butenhoff, and R. A. Rasmussen, 2007: Atmospheric methane: Trends and cycles of sources and sinks. *Environ. Sci. Technol.*, **41**, 2131–2137.

Khatiwala, S., F. Primeau, and T. Hall, 2009: Reconstruction of the history of anthropogenic $CO_2$ concentrations in the ocean. *Nature*, **462**, 346–349.

Kheshgi, H. S., 1995: Sequestering atmospheric carbon-dioxide by increasing ocean alkalinity. *Energy*, **20**, 915–922.

Khvorostyanov, D., P. Ciais, G. Krinner, and S. Zimov, 2008: Vulnerability of east Siberia's frozen carbon stores to future warming. *Geophys. Res. Lett.*, **35**, L10703.

Kim, J. H., et al., 2004: North Pacific and North Atlantic sea-surface temperature variability during the Holocene. *Quat. Sci. Rev.*, **23**, 2141–2154.

King, A. W., D. J. Hayes, D. N. Huntzinger, T. O. West, and W. M. Post, 2012: North America carbon dioxide sources and sinks: Magnitude, attribution, and uncertainty. *Front. Ecol. Environ.*, **10**, 512–519.

Kirschbaum, M. U. F., 2003: Can trees buy time? An assessment of the role of vegetation sinks as part of the global carbon cycle. *Clim. Change*, **58**, 47–71.

Kirschbaum, M. U. F., and A. Walcroft, 2008: No detectable aerobic methane efflux from plant material, nor from adsorption/desorption processes. *Biogeosciences*, **5**, 1551–1558.

Kleinen, T., V. Brovkin, and R. J. Schuldt, 2012: A dynamic model of wetland extent and peat accumulation: Results for the Holocene. *Biogeosciences*, **9**, 235–248.

Kleinen, T., V. Brovkin, W. von Bloh, D. Archer, and G. Munhoven, 2010: Holocene carbon cycle dynamics. *Geophys. Res. Lett.*, **37**, L02705.

Kloster, S., N. M. Mahowald, J. T. Randerson, and P. J. Lawrence, 2012: The impacts of climate, land use, and demography on fires during the 21st century simulated by CLM-CN. *Biogeosciences*, **9**, 509–525.

Knorr, W., 2009: Is the airborne fraction of anthropogenic emissions increasing? *Geophys. Res. Lett.*, **36**, L21710.

Kohfeld, K. E., and A. Ridgwell, 2009: Glacial-interglacial variability in atmospheric $CO_2$. In: *Surface Ocean–Lower Atmospheres Processes* [C. Le Quéré and E. S. Saltzman (eds.)]. American Geophysical Union, Washington, DC, pp. 251-286.

Köhler, P., J. Hartmann, and D. A. Wolf-Gladrow, 2010: Geoengineering potential of artificially enhanced silicate weathering of olivine. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 20228–20233.

BLM_0074069

Köhler, P., H. Fischer, G. Munhoven, and R. E. Zeebe, 2005: Quantitative interpretation of atmospheric carbon over the last glacial termination. *Global Biogeochem. Cycles*, **19**, GB4020.

Konijnendijk, T. Y. M., S. L. Weber, E. Tuenter, and M. van Weele, 2011: Methane variations on orbital timescales: A transient modeling experiment. *Clim. Past*, **7**, 635–648.

Koven, C., D. J. Riley, and A. Stern, 2013: Analysis of permafrost thermal dynamics and response to climate change in the CMIP5 Earth System Models. *J. Clim.*, **26**, 1877-1900.

Koven, C., D., et al., 2011: Permafrost carbon-climate feedbacks accelerate global warming. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 14769–14774.

Krawchuk, M. A., M. A. Moritz, M.-A. Parisien, J. Van Dorn, and K. Hayhoe, 2009: Global pyrogeography: The current and future distribution of wildfire. *PLoS ONE*, **4**, e5102.

Kraxner, F., S. Nilsson, and M. Obersteiner, 2003: Negative emissions from BioEnergy use, carbon capture and sequestration (BECS)—the case of biomass production by sustainable forest management from semi-natural temperate forests. *Biomass Bioenerg.*, **24**, 285–296.

Krinner, G., et al., 2005: A dynamic global vegetation model for studies of the coupled atmosphere-biosphere system. *Global Biogeochem. Cycles*, **19**, GB1015.

Krishnamurthy, A., J. K. Moore, N. Mahowald, C. Luo, S. C. Doney, K. Lindsay, and C. S. Zender, 2009: Impacts of increasing anthropogenic soluble iron and nitrogen deposition on ocean biogeochemistry. *Global Biogeochem. Cycles*, **23**, GB3016.

Kroeze, C., A. Mosier, and L. Bouwman, 1999: Closing the global $N_2O$ budget: A retrospective analysis 1500–1994. *Global Biogeochem. Cycles*, **13**, 1–8.

Kroeze, C., L. Bouwman, and C. P. Slomp, 2007: Sinks for $N_2O$ at the Earth's surface. In: *Greenhouse Gas Sinks* [D. S. Reay , M. Hewitt, J. Grace and K. A. Smith (eds.)]. CAB International, pp. 227–243.

Kroeze, C., E. Dumont, and S. P. Seitzinger, 2010: Future trends in emissions of $N_2O$ from rivers and estuaries. *J. Integrat. Environ. Sci.*, **7**, 71–78.

Kurahashi-Nakamura, T., A. Abe-Ouchi, Y. Yamanaka, and K. Misumi, 2007: Compound effects of Antarctic sea ice on atmospheric $pCO_2$ change during glacial-interglacial cycle. *Geophys. Res. Lett.*, **34**, L20708.

Kurz, W. A., G. Stinson, and G. Rampley, 2008a: Could increased boreal forest ecosystem productivity offset carbon losses from increased disturbances? *Philos. Trans. R. Soc. London Ser. B*, **363**, 2261–2269.

Kurz, W. A., G. Stinson, G. J. Rampley, C. C. Dymond, and E. T. Neilson, 2008b: Risk of natural disturbances makes future contribution of Canada's forests to the global carbon cycle highly uncertain. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 1551–1555.

Kurz, W. A., et al., 2008c: Mountain pine beetle and forest carbon feedback to climate change. *Nature*, **452**, 987–990.

Kwon, E. Y., F. Primeau, and J. L. Sarmiento, 2009: The impact of remineralization depth on the air-sea carbon balance. *Nature Geosci.*, **2**, 630–635.

Lackner, K. S., 2009: Capture of carbon dioxide from ambient air. *Eur. Phys. J. Spec. Topics*, **176**, 93–106.

Lackner, K. S., 2010: Washing carbon out of the air. *Sci. Am.*, **302**, 66–71.

Lackner, K. S., S. Brennan, J. M. Matter, A.-H. A. Park, A. Wright, and B. van der Zwaan, 2012: The urgency of the development of $CO_2$ capture from ambient air. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 13156–13162.

Lal, R., 2004a: Soil carbon sequestration impacts on global climate change and food security. *Science*, **304**, 1623–1627.

Lal, R., 2004b: Soil carbon sequestration to mitigate climate change. *Geoderma*, **123**, 1–22.

Lamarque, J.-F., 2008: Estimating the potential for methane clathrate instability in the 1%-$CO_2$ IPCC AR-4 simulations. *Geophys. Res. Lett.*, **35**, L19806.

Lamarque, J.-F., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J.-F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

Lamarque, J. F., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lampitt, R. S., et al., 2008: Ocean fertilization: A potential means of geoengineering? *Philos. Trans. R. Soc. London Ser. A*, **366**, 3919–3945.

Langenfelds, R. L., R. J. Francey, B. C. Pak, L. P. Steele, J. Lloyd, C. M. Trudinger, and C. E. Allison, 2002: Interannual growth rate variations of atmospheric $CO_2$ and its $\delta^{13}C$, $H_2$, $CH_4$, and CO between 1992 and 1999 linked to biomass burning. *Global Biogeochem. Cycles*, **16**, 1048.

Langner, J., R. Bergstrom, and V. Foltescu, 2005: Impact of climate change on surface ozone and deposition of sulphur and nitrogen in Europe. *Atmos. Environ.*, **39**, 1129–1141.

Larsen, K. S., et al., 2011: Reduced N cycling in response to elevated $CO_2$, warming, and drought in a Danish heathland: Synthesizing results of the CLIMAITE project after two years of treatments. *Global Change Biol.*, **17**, 1884–1899.

Lassey, K. R., D. C. Lowe, and A. M. Smith, 2007: The atmospheric cycling of radiomethane and the "fossil fraction" of the methane source. *Atmos. Chem. Phys.*, **7**, 2141–2149.

Law, R. M., R. J. Matear, and R. J. Francey, 2008: Comment on "Saturation of the Southern Ocean $CO_2$ sink due to recent climate change". *Science*, **319**, 570a.

Lawrence, D., et al., 2011: Parameterization improvements and functional and structural advances in version 4 of the Community Land Model. *J. Adv. Model. Earth Syst.*, **3**, M03001, 27 pp.

Lawrence, D. M., and A. G. Slater, 2005: A projection of severe near-surface permafrost degradation during the 21st century. *Geophys. Res. Lett.*, **32**, L24401.

Lawrence, D. M. A., G. Slater, V. E. Romanovsky, and D. J. Nicolsky, 2008: Sensitivity of a model projection of near-surface permafrost degradation to soil column depth and representation of soil organic matter. *J. Geophys. Res. Earth Surf.*, **113**, F02011.

Le Page, Y., G. R. van der Werf, D. C. Morton, and J. M. C. Pereira, 2010: Modeling fire-driven deforestation potential in Amazonia under current and projected climate conditions. *J. Biogeosci.*, **115**, G03012.

Le Quéré, C., T. Takahashi, E. T. Buitenhuis, C. Rodenbeck, and S. C. Sutherland, 2010: Impact of climate change and variability on the global oceanic sink of $CO_2$. *Global Biogeochem. Cycles*, **24**, GB4007.

Le Quéré, C., et al., 2007: Saturation of the southern ocean $CO_2$ sink due to recent climate change. *Science*, **316**, 1735–1738.

Le Quéré, C., et al., 2009: Trends in the sources and sinks of carbon dioxide. *Nature Geosci.*, **2**, 831–836.

Le Quéré, C., et al., 2013: The global carbon budget 1959–2011. *Earth Syst. Sci. Data*, **5**, 165–186.

LeBauer, D. S., and K. K. Treseder, 2008: Nitrogen limitation of net primary productivity in terrestrial ecosystems is globally distributed. *Ecology*, **89**, 371–379.

Lee, X., et al., 2011: Observed increase in local cooling effect of deforestation at higher latitudes. *Nature*, **479**, 384–387.

Lemmen, C., 2009: World distribution of land cover changes during Pre- and Protohistoric Times and estimation of induced carbon releases. *Geomorphol. Relief Proc. Environ.*, **4**, 303–312.

Lenton, A., and R. J. Matear, 2007: Role of the Southern Annular Mode (SAM) in Southern Ocean $CO_2$ uptake. *Global Biogeochem. Cycles*, **21**, Gb2016.

Lenton, T. M., and C. Britton, 2006: Enhanced carbonate and silicate weathering accelerates recovery from fossil fuel $CO_2$ perturbations. *Global Biogeochem. Cycles*, **20**, Gb3009.

Lenton, T. M., and N. E. Vaughan, 2009: The radiative forcing potential of different climate geoengineering options. *Atmos. Chem. Phys.*, **9**, 5539–5561.

Lepistö, A., P. Kortelainen, and T. Mattsson, 2008: Increased organic C and N leaching in a northern boreal river basin in Finland. *Global Biogeochem. Cycles*, **22**, GB3029.

LeQuere, C., T. Takahashi, E. T. Buitenhuis, C. Rodenbeck, and S. C. Sutherland, 2010: Impact of climate change and variability on the global oceanic sink of CO2. *Global Biogeochem. Cycles*, **24**.

Leuzinger, S., Y. Q. Luo, C. Beier, W. Dieleman, S. Vicca, and C. Körner, 2011: Do global change experiments overestimate impacts on terrestrial ecosystems? *Trends Ecol. Evol.*, **26**, 236–241.

Levin, I., et al., 2010: Observations and modelling of the global distribution and long-term trend of atmospheric $^{14}CO_2$. *Tellus B*, **62**, 26–46.

Levin, I., et al., 2012: No inter-hemispheric $\delta^{13}CH_4$ trend observed. *Nature*, **486**, E3–E4.

Levine, J. G., E. W. Wolff, P. O. Hopcroft, and P. J. Valdes, 2012: Controls on the tropospheric oxidizing capacity during an idealized Dansgaard-Oeschger event, and their implications for the rapid rises in atmospheric methane during the last glacial period. *Geophys. Res. Lett.*, **39**, L12805.

Levine, J. G., et al., 2011: Reconciling the changes in atmospheric methane sources and sinks between the Last Glacial Maximum and the pre-industrial era. *Geophys. Res. Lett.*, **38**, L23804.

**6**

561

BLM_0074070

Levy, P. E., M. G. R. Cannell, and A. D. Friend, 2004: Modelling the impact of future changes in climate, $CO_2$ concentration and land use on natural ecosystems and the terrestrial carbon sink. *Global Environ. Change*, **14**, 21–30.

Lewis, S. L., P. M. Brando, O. L. Phillips, G. M. van der Heijden, and D. Nepstad, 2011: The 2010 Amazon drought. *Science*, **331**, 554.

Lewis, S. L., et al., 2009: Increasing carbon storage in intact African tropical forests. *Nature*, **457**, 1003–1006.

Li, C., S. Frolking, and K. Butterbach-Bahl, 2005: Carbon sequestration can increase nitrous oxide emissions. *Clim. Change*, **72**, 321–338.

Liberloo, M., et al., 2009: Coppicing shifts $CO_2$ stimulation of poplar productivity to above-ground pools: A synthesis of leaf to stand level results from the POP/EUROFACE experiment. *New Phytologist*, **182**, 331–346.

Liddicoat, S., C. Jones, and E. Robertson, 2013: $CO_2$ emissions determined by HadGEM2–ES to be compatible with the Representative Concentration Pathway scenarios and their extensions. *J. Clim.*, **26**, 4381–4397.

Lohila, A., M. Aurela, J. Hatakka, M. Pihlatie, K. Minkkinen, T. Penttilä, and T. Laurila, 2010: Responses of $N_2O$ fluxes to temperature, water table and N deposition in a northern boreal fen. *Eur. J. Soil Sci.*, **61**, 651–661.

Long, M. C., K. Lindsay, S. Peacock, J. K. Moore, and S. C. Doney, 2013: Twentieth-century oceanic carbon uptake and storage in CESM1(BGC). *J. Clim.*, **26**, 6775–6800.

Loose, B., and P. Schlosser, 2011: Sea ice and its effect on $CO_2$ flux between the atmosphere and the Southern Ocean interior. *J. Geophys. Res. Oceans*, **116**, C11.

Loulergue, L., et al., 2008: Orbital and millennial-scale features of atmospheric $CH_4$ over the past 800,000 years. *Nature*, **453**, 383–386.

Lourantou, A., and N. Metzl, 2011: Decadal evolution of carbon sink within a strong bloom area in the subantarctic zone. *Geophys. Res. Lett.*, **38**, L23608.

Lourantou, A., J. Chappellaz, J.-M. Barnola, V. Masson-Delmotte, and D. Raynaud, 2010a: Changes in atmospheric $CO_2$ and its carbon isotopic ratio during the penultimate deglaciation. *Quat. Sci. Rev.*, **29**, 1983–1992.

Lourantou, A., et al., 2010b: Constraint of the $CO_2$ rise by new atmospheric carbon isotopic measurements during the last deglaciation. *Global Biogeochem. Cycles*, **24**, GB2015.

Lovelock, J. E., and C. G. Rapley, 2007: Ocean pipes could help the Earth to cure itself. *Nature*, **449**, 403–403.

Lovenduski, N. S., N. Gruber, and S. C. Doney, 2008: Towards a mechanistic understanding of the decadal trends in the Southern Ocean carbon sink. *Global Biogeochem. Cycles*, **22**, GB3016.

Lovenduski, N. S., N. Gruber, S. C. Doney, and I. D. Lima, 2007: Enhanced $CO_2$ outgassing in the Southern Ocean from a positive phase of the Southern Annular Mode. *Global Biogeochem. Cycles*, **21**, Gb2026.

Lucht, W., et al., 2002: Climatic control of the high-latitude vegetation greening trend and Pinatubo effect. *Science*, **296**, 1687–1689.

Luo, Y., D. Hui, and D. Zhang, 2006: Elevated carbon dioxide stimulates net accumulations of carbon and nitrogen in terrestrial ecosystems: A meta-analysis. *Ecology*, **87**, 53–63.

Luo, Y., et al., 2004: Progressive nitrogen limitation of ecosystem responses to rising atmospheric carbon dioxide. *BioScience*, **54**, 731–739.

Lüthi, D., et al., 2008: High-resolution carbon dioxide concentration record 650,000–800,000 years before present. *Nature*, **453**, 379–382.

Luyssaert, S., et al., 2010: The European carbon balance. Part 3: Forests. *Global Change Biol.*, **16**, 1429–1450.

Luyssaert, S., et al., 2012: The European land and inland water $CO_2$, CO, $CH_4$ and $N_2O$ balance between 2001 and 2005. *Biogeosciences*, **9**, 3357–3380.

MacDonald, G. M., K. V. Kremenetski, and D. W. Beilman, 2008: Climate change and the northern Russian treeline zone. *Philos. Trans. R. Soc. London Ser. B*, **363**, 2285–2299.

MacDougall, A. H., C. A. Avis, and A. J. Weaver, 2012: Significant contribution to climate warming from the permafrost carbon feedback. *Nature Geosci.*, **5**, 719–721.

MacFarling-Meure, C., et al., 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **33**, L14810.

Magnani, F., et al., 2007: The human footprint in the carbon cycle of temperate and boreal forests. *Nature*, **447**, 848–850.

Mahmoudkhani, M., and D. W. Keith, 2009: Low-energy sodium hydroxide recovery for $CO_2$ capture from atmospheric air - Thermodynamic analysis. *Int. J. Greenh. Gas Cont.*, **3**, 376–384.

Mahowald, N., et al., 1999: Dust sources and deposition during the last glacial maximum and current climate: A comparison of model results with paleodata from ice cores and marine sediments. *J. Geophys. Res. Atmos*, **104**, 15895–15916.

Mahowald, N., et al., 2011: Desert dust and anthropogenic aerosol interactions in the Community Climate System Model coupled-carbon-climate model. *Biogeosciences*, **8**, 387–414.

Mahowald, N. M., D. R. Muhs, S. Levis, P. J. Rasch, M. Yoshioka, C. S. Zender, and C. Luo, 2006: Change in atmospheric mineral aerosols in response to climate: Last glacial period, preindustrial, modern, and doubled carbon dioxide climates. *J. Geophys. Res. Atmos.*, **111**, D10202.

Mahowald, N. M., et al., 2009: Atmospheric iron deposition: Global ddistribution, variability, and human perturbations. *Annu. Rev. Mar. Sci.*, **1**, 245–278.

Mahowald, N. M., et al., 2010: Observed 20th century desert dust variability: Impact on climate and biogeochemistry. *Atmos. Chem. Phys.*, **10**, 10875–10893.

Maier-Reimer, E., I. Kriest, J. Segschneider, and P. Wetzel, 2005: The HAMburg Ocean Carbon Cycle model HAMOCC 5.1 – Technical description, Release 1.1. Max-Planck Institute for Meteorology, Hamburg, Germany.

Manning, A. C., and R. F. Keeling, 2006: Global oceanic and land biotic carbon sinks from the Scripps atmospheric oxygen flask sampling network. *Tellus B*, **58**, 95–116.

Marchenko, S. S., V. Romanovsky, and G. S. Tipenko, 2008: Numerical modeling of spatial permafrost dynamics in Alaska, Proceedings of the Ninth International Conference on Permafrost, University of Alaska Fairbanks, June 29–July 3, 2008, 1125–1130.

Marland, G., and R. M. Rotty, 1984: Carbon dioxide emissions from fossil fuels: A procedure for estimation and results for 1950–1982. *Tellus B*, **36**, 232–261.

Marlon, J. R., et al., 2008: Climate and human influences on global biomass burning over the past two millennia. *Nature Geosci.*, **1**, 697–702.

Marlon, J. R., et al., 2012: Long-term perspective on wildfires in the western United States. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, E535–E543.

Martin, J. H., 1990: Glacial-interglacial $CO_2$ change: The iron hypothesis. *Paleoceanography*, **5**, 1–13.

Masarie, K. A., and P. P. Tans, 1995: Extension and integration of atmospheric carbon-dioxide data into a globally consistent measurement record. *J. Geophys. Res. Atmos.*, **100**, 11593–11610.

Mason Earles, J., S. Yeh, and K. E. Skog, 2012: Timing of carbon emissions from global forest clearance. *Nature Clim. Change*, **2**, 682–685.

Matear, R. J., and B. I. McNeil, 2003: Decadal accumulation of anthropogenic $CO_2$ in the Southern Ocean: A comparison of CFC-age derived estimates to multiple-linear regression estimates. *Global Biogeochem. Cycles*, **17**, 1113.

Matear, R. J., and A. C. Hirst, 2003: Long-term changes in dissolved oxygen concentrations in the ocean caused by protracted global warming. *Global Biogeochem. Cycles*, **17**, 1125.

Matear, R. J., A. C. Hirst, and B. I. McNeil, 2000: Changes in dissolved oxygen in the Southern Ocean with climate change. *Geochem. Geophys. Geosyst.*, **1**, 1050.

Matear, R. J., Y.-P. Wang, and A. Lenton, 2010: Land and ocean nutrient and carbon cycle interactions. *Curr. Opin. Environ. Sustain.*, **2**, 258–263.

Matsumoto, K., 2007: Biology-mediated temperature control on atmospheric $pCO_2$ and ocean biogeochemistry. *Geophys. Res. Lett.*, **34**, L20605.

Matsumoto, K., J. L. Sarmiento, and M. A. Brzezinski, 2002: Silicic acid leakage from the Southern Ocean: A possible explanation for glacial atmospheric $pCO_2$. *Global Biogeochem. Cycles*, **16**, 1031.

Matsumoto, K., et al., 2004: Evaluation of ocean carbon cycle models with data-based metrics. *Geophys. Res. Lett.*, **31**, L007303.

Matthews, H. D., 2006: Emissions targets for $CO_2$ stabilization as modified by carbon cycle feedbacks. *Tellus B*, **58**, 591–602.

Matthews, H. D., 2010: Can carbon cycle geoengineering be a useful complement to ambitious climate mitigation? *Carbon Management*, **1**, 135–144.

Matthews, H. D., and K. Caldeira, 2007: Transient climate-carbon simulations of planetary geoengineering. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 9949–9954.

Matthews, H. D., A. J. Weaver, and K. J. Meissner, 2005: Terrestrial carbon cycle dynamics under recent and future climate change. *J. Clim.*, **18**, 1609–1628.

Matthews, H. D., L. Cao, and K. Caldeira, 2009: Sensitivity of ocean acidification to geoengineered climate stabilization. *Geophys. Res. Lett.*, **36**, L10706.

Mau, S., D. Valentine, J. Clark, J. Reed, R. Camilli, and L. Washburn, 2007: Dissolved methane distributions and air-sea flux in the plume of a massive seep field, Coal Oil Point, California. *Geophys. Res. Lett.*, **34**, L22603.

BLM_0074071

Mayorga, E., et al., 2010: Global nutrient export from WaterSheds 2 (NEWS 2): Model development and implementation. *Environ. Model. Software*, 25, 837–853.

McCarthy, H. R., et al., 2010: Re-assessment of plant carbon dynamics at the Duke free-air $CO_2$ enrichment site: Interactions of atmospheric $CO_2$ with nitrogen and water availability over stand development. *New Phytologist*, 185, 514–528.

McGuire, A. D., et al., 2009: Sensitivity of the carbon cycle in the Arctic to climate change. *Ecol. Monogr.*, 79, 523–555.

McGuire, A. D., et al., 2012: An assessment of the carbon balance of Arctic tundra: Comparisons among observations, process models, and atmospheric inversions. *Biogeosciences*, 9, 3185–3204.

McInerney, F. A., and S. L. Wing, 2011: The Paleocene-Eocene thermal maximum: A perturbation of carbon cycle, climate, and biosphere with implications for the future. *Annu. Rev. Earth Planet. Sci.*, 39, 489–516.

McIntyre, B. D., H. R. Herren, J. Wakhungu, and R. T. Watson, 2009: International assessment of agricultural knowledge, science and technology for development (IAASTD): Global report. International Assessment of Agricultural Knowledge, Science and Technology for Development, 590 pp.

McKinley, G. A., A. R. Fay, T. Takahashi, and N. Metzl, 2011: Convergence of atmospheric and North Atlantic carbon dioxide trends on multidecadal timescales. *Nature Geosci.*, 4, 606–610.

McKinley, G.A., et al., 2006: North Pacific carbon cycle response to climate variability on seasonal to decadal timescales. *J. Geophys. Res. Oceans*, 111, C07s06.

McNeil, B. I., and R. J. Matear, 2006: Projected climate change impact on oceanic acidification. *Carbon Bal. Manag.*, 1.

McNeil, B. I., and R. J. Matear, 2008: Southern Ocean acidification: A tipping point at 450–ppm atmospheric $CO_2$. *Proc. Natl. Acad. Sci. U.S.A.*, 105, 18860–18864.

McNeil, B. I., R. J. Matear, R. M. Key, J. L. Bullister, and J. L. Sarmiento, 2003: Anthropogenic $CO_2$ uptake by the ocean based on the global chlorofl uorocarbon data set. *Science*, 299, 235–239.

Medlyn, B. E., 2011: Comment on "Drought-induced reductions in global terrestrial net primary production from 2000 through 2009". *Science*, 333, 1093.

Meehl, G. H., et al., 2007: Global Climate Projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–846.

Meinshausen, M., et al., 2011: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, 109, 213–241.

Melillo, J. M., et al., 2011: Soil warming, carbon-nitrogen interactions, and forest carbon budgets. *Proc. Natl. Acad. Sci. U.S.A.*, 108, 9508–9512.

Melton, J. R., et al., 2013: Present state of global wetland extent and wetland methane modelling: Conclusions from a model intercomparison project (WETCHIMP). *Biogeosciences*, 10, 753-788.

Menviel, L., and F. Joos, 2012: Toward explaining the Holocene carbon dioxide and carbon isotope records: Results from transient ocean carbon cycle-climate simulations. *Paleoceanography*, 27, PA1207.

Menviel, L., F. Joos, and S. P. Ritz, 2012: Simulating atmospheric $CO_2$, $C^{13}$ and the marine carbonate cycle during the last Glacial-Interglacial cycle: Possible role for a deepening of the mean remineralization depth and an increase in the oceanic nutrient inventory. *Quat. Sci. Rev.*, 56, 46–68.

Menviel, L., A. Timmermann, A. Mouchet, and O. Timm, 2008: Meridional reorganizations of marine and terrestrial productivity during Heinrich events. *Paleoceanography*, 23, PA1203.

Mercado, L. M., N. Bellouin, S. Sitch, O. Boucher, C. Huntingford, M. Wild, and P. M. Cox, 2009: Impact of changes in diffuse radiation on the global land carbon sink. *Nature*, 458, 1014–1017.

Merico, A., T. Tyrrell, and T. Cokacar, 2006: Is there any relationship between phytoplankton seasonal dynamics and the carbonate system? *J. Mar. Syst.*, 59, 120–142.

Metsaranta, J. M., W. A. Kurz, E. T. Neilson, and G. Stinson, 2010: Implications of future disturbance regimes on the carbon balance of Canada's managed forest (2010–2100). *Tellus B*, 62, 719–728.

Metz, B., O. Davidson, H. C. De Coninck, M. Loss, and L.A. Meyer, 2005: *IPCC Special Report on Carbon Dioxide Capture and Storage* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 442 pp.,

Metzl, N., 2009: Decadal increase of oceanic carbon dioxide in Southern Indian Ocean surface waters (1991–2007). *Deep-Sea Res. Pt. II*, 56, 607–619.

Metzl, N., et al., 2010: Recent acceleration of the sea surface $fCO_2$ growth rate in the North Atlantic subpolar gyre (1993–2008) revealed by winter observations. *Global Biogeochem. Cycles*, 24, GB4004.

Mieville, A., et al., 2010: Emissions of gases and particles from biomass burning during the 20th century using satellite data and an historical reconstruction. *Atmos. Environ.*, 44, 1469–1477.

Mikaloff-Fletcher, S. E., et al., 2006: Inverse estimates of anthropogenic $CO_2$ uptake, transport, and storage by the ocean. *Global Biogeochem. Cycles*, 20, GB2002.

Minschwaner, K., R. J. Salawitch, and M. B. McElroy, 1993: Absorption of solar radiation by $O_2$: Implications for $O_3$ and lifetimes of $N_2O$, $CFCl_3$, and $CF_2Cl_2$. *J. Geophys. Res. Atmos.*, 98, 10543–10561.

Mischler, J. A., et al., 2009: Carbon and hydrogen isotopic composition of methane over the last 1000 years. *Global Biogeochem. Cycles*, 23, GB4024.

Mitchell, L. E., E. J. Brook, T. Sowers, J. R. McConnell, and K. Taylor, 2011: Multidecadal variability of atmospheric methane, 1000–1800 C.E. *J. Geophys. Res. Biogeosci.*, 116, G02007.

Miyama, T., and M. Kawamiya, 2009: Estimating allowable carbon emission for $CO_2$ concentration stabilization using a GCM-based Earth system model. *Geophys. Res. Lett.*, 36, L19709.

Monnin, E., et al., 2001: Atmospheric $CO_2$ concentrations over the last glacial termination. *Science*, 291, 112–114.

Monnin, E., et al., 2004: Evidence for substantial accumulation rate variability in Antarctica during the Holocene through synchronization of $CO_2$ in the Taylor Dome, Dome C and DML ice cores. *Earth Planet. Sci. Lett.*, 224, 45–54.

Monteil, G., S. Houweling, E. J. Dlugockenky, G. Maenhout, B. H. Vaughn, J. W. C. White, and T. Rockmann, 2011: Interpreting methane variations in the past two decades using measurements of $CH_4$ mixing ratio and isotopic composition. *Atmos. Chem. Phys.*, 11, 9141–9153.

Monteith, D. T., et al., 2007: Dissolved organic carbon trends resulting from changes in atmospheric deposition chemistry. *Nature*, 450, 537–U539.

Montenegro, A., V. Brovkin, M. Eby, D. Archer, and A. J. Weaver, 2007: Long term fate of anthropogenic carbon. *Geophys. Res. Lett.*, 34, L19707.

Montenegro, A., M. Eby, Q. Z. Mu, M. Mulligan, A. J. Weaver, E. C. Wiebe, and M. S. Zhao, 2009: The net carbon drawdown of small scale afforestation from satellite observations. *Global Planet. Change*, 69, 195–204.

Montzka, S.A., M. Krol, E. Dlugokencky, B. Hall, P. Joeckel, and J. Lelieveld, 2011: Small interannual variability of global atmospheric hydroxyl. *Science*, 331, 67–69.

Mooney, S. D., et al., 2011: Late Quaternary fire regimes of Australasia. *Quat. Sci. Rev.*, 30, 28–46.

Morford, S. L., B. Z. Houlton, and R. A. Dahlgren, 2011: Increased forest ecosystem carbon and nitrogen storage from nitrogen rich bedrock. *Nature*, 477, 78–81.

Morino, I., et al., 2011: Preliminary validation of column-averaged volume mixing ratios of carbon dioxide and methane retrieved from GOSAT short-wavelength infrared spectra. *Atmos. Measure. Techn.*, 3, 5613–5643.

Mosier, A., C. Kroeze, C. Nevison, O. Oenema, S. Seitzinger, and O. van Cleemput, 1998: Closing the global $N_2O$ budget: Nitrous oxide emissions through the agricultural nitrogen cycle - OECD/IPCC/IEA phase II development of IPCC guidelines for national greenhouse gas inventory methodology. *Nutr. Cycl. Agroecosyst.*, 52, 225–248.

Mosier, A. R., J. A. Morgan, J. Y. King, D. R. LeCain, and D. G. Milchunas, 2002: Soil-atmosphere exchange of $CH_4$, $CO_2$, NOx, and $N_2O$ in the Colorado shortgrass steppe under elevated $CO_2$. *Plant Soil*, 240, 201–211.

Moss, R. H., et al., 2010: The next generation of scenarios for climate change research and assessment. *Nature*, 463, 747–756.

Munhoven, G., 2002: Glacial-interglacial changes of continental weathering: Estimates of the related $CO_2$ and $HCO_3^-$ flux variations and their uncertainties. *Global Planet. Change*, 33, 155–176.

Murata, A., Y. Kumamoto, S. Watanabe, and M. Fukasawa, 2007: Decadal increases of anthropogenic $CO_2$ in the South Pacific subtropical ocean along 32 degrees S. *J. Geophys. Res. Oceans*, 112, C05033.

Murata, A., Y. Kumamoto, K.-i. Sasaki, S. Watanabe, and M. Fukasawa, 2009: Decadal increases of anthropogenic $CO_2$ along 149 degrees E in the western North Pacific. *J. Geophys. Res. Oceans*, 114, C04018.

Murata, A., Y. Kumamoto, K. Sasaki, S. Watanabe, and M. Fukasawa, 2010: Decadal increases in anthropogenic $CO_2$ along 20 degrees S in the South Indian Ocean. *J. Geophys. Res. Oceans*, 115, C12005.

Myneni, R. B., et al., 2001: A large carbon sink in the woody biomass of Northern forests. *Proc. Natl. Acad. Sci. U.S.A.*, 98, 14784–14789.

6

BLM_0074072

Nabuurs, G. J., et al., 2008: Hotspots of the European forests carbon cycle. *Forest Ecol. Manage.*, **256**, 194–200.

Naegler, T., and I. Levin, 2009: Observation-based global biospheric excess radiocarbon inventory 1963–2005. *J. Geophys. Res.*, **114**, D17302.

Naik, V., D. J. Wuebbles, E. H. De Lucia, and J. A. Foley, 2003: Influence of geoengineered climate on the terrestrial biosphere. *Environ. Manage.*, **32**, 373–381.

Naqvi, S. W. A., H. W. Bange, L. Farias, P. M. S. Monteiro, M. I. Scranton, and J. Zhang, 2010: Coastal hypoxia/anoxia as a source of $CH_4$ and $N_2O$. *Biogeosciences*, **7**, 2159–2190.

Neef, L., M. van Weele, and P. van Velthoven, 2010: Optimal estimation of the present-day global methane budget. *Global Biogeochem. Cycles*, **24**, GB4024.

Neftel, A., H. Oeschger, J. Schwander, B. Stauffer, and R. Zumbrunn, 1982: Ice core sample measurements give atmospheric $CO_2$ content during the past 40,000 yr. *Nature*, **295**, 220–223.

Nemani, R. R., et al., 2003: Climate-driven increases in global terrestrial net primary production from 1982 to 1999. *Science*, **300**, 1560–1563.

Nevison, C. D., et al., 2011: Exploring causes of interannual variability in the seasonal cycles of tropospheric nitrous oxide. *Atmos. Chem. Phys.*, **11**, 3713–3730.

Nevle, R. J., and D. K. Bird, 2008: Effects of syn-pandemic fire reduction and reforestation in the tropical Americas on atmospheric $CO_2$ during European conquest. *Palaeogeogr. Palaeoclimatol. Palaeoecol.* **264**, 25–38.

Nevle, R. J., D. K. Bird, W. F. Ruddiman, and R. A. and Dull, 2011: Neotropical human landscape interactions, fire, and atmospheric $CO_2$ during European conquest. *Holocene*, **21**, 853–864.

Newingham, B. A., C. H. Vanier, T. N. Charlet, K. Ogle, S. D. Smith, and R. S. Nowak, 2013: No cumulative effect of ten years of elevated $CO_2$ on perennial plant biomass components in the Mojave Desert. *Global Change Biol.*, **19**, 2168-2181..

Nisbet, R. E. R., et al., 2009: Emission of methane from plants. *Proc. R. Soc. Ser. B*, **276**, 1347–1354.

Norby, R. J., 1998: Nitrogen deposition: A component of global change analysis. *New Phytologist*, **139**, 189–200.

Norby, R. J., J. M. Warren, C. M. Iversen, B. E. Medlyn, and R. E. McMurtrie, 2010: $CO_2$ enhancement of forest productivity constrained by limited nitrogen availability. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19368–19373.

Norby, R. J., et al., 2005: Forest response to elevated $CO_2$ is conserved across a broad range of productivity. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 18052–18056.

Nowak, R. S., D. S. Ellsworth, and S. D. Smith, 2004: Functional responses of plants to elevated atmospheric $CO_2$—do photosynthetic and productivity data from FACE experiments support early predictions? *New Phytologist*, **162**, 253–280.

O'Connor, F. M., et al., 2010: Possible role of wetlands, permafrost, and methane hydrates in the methane cycle under future climate change: A review. *Rev. Geophys.*, **48**, RG4005.

Oh, N.-H., and P. A. Raymond, 2006: Contribution of agricultural liming to riverine bicarbonate export and $CO_2$ sequestration in the Ohio River basin. *Global Biogeochem. Cycles*, **20**, GB3012.

Oleson, K. W., et al., 2010: Technical description of version 4.0 of the Community Land Model (CLM), NCAR Technical Note NCAR/TN-478+STR, National Center for Atmospheric Research, Boulder, CO, USA, 257 pp.

Olivier, J., J. Aardenne, F. Dentener, L. Ganzeveld, and J. Peters, 2005: Recent trends in global greenhouse emissions: Regional trends 1970–2000 and spatial distribution of key sources in 2000. *Environ. Sci.*, **2**, 81–99.

Olivier, J. G. J., and G. Janssens-Maenhout, 2012: Part III: Greenhouse gas emissions: 1. Shares and trends in greenhouse gas emissions; 2. Sources and Methods; Total greenhouse gas emissions. In: *$CO_2$ Emissions from Fuel Combustion, 2012 Edition*. International Energy Agency (IEA), Paris, France, III.1–III.51.

Olofsson, J., and T. Hickler, 2008: Effects of human land-use on the global carbon cycle during the last 6,000 years. *Veget. Hist. Archaeobot.*, **17**, 605–615.

Olsen, A., et al., 2006: Magnitude and origin of the anthropogenic $CO_2$ increase and [13]C Suess effect in the Nordic seas since 1981. *Global Biogeochem. Cycles*, **20**, GB3027.

Opdyke, M. R., N. E. Ostrom, and P. H. Ostrom, 2009: Evidence for the predominance of denitrification as a source of $N_2O$ in temperate agricultural soils based on isotopologue measurements. *Global Biogeochem. Cycles*, **23**, Gb4018.

Orr, F. M. J., 2009: Onshore geologic storage of $CO_2$. *Science*, **325**, 1656–1658.

Orr, J. C., 2011: Recent and future changes in ocean carbonate chemistry. In: *Ocean Acidification* [J.-P. Gattuso and L. Hansson (eds.)]. Oxford University Press, Oxford, United Kingdom, and New York, NY, USA, pp. 41-66.

Orr, J. C., et al., 2001: Estimates of anthropogenic carbon uptake from four three-dimensional global ocean models. *Global Biogeochem. Cycles*, **15**, 43–60.

Orr, J. C., et al., 2005: Anthropogenic ocean acidification over the twenty-first century and its impact on calcifying organisms. *Nature*, **437**, 681–686.

Oschlies, A., 2001: Model-derived estimates of new production: New results point towards lower values. *Deep-Sea Res. Pt. II*, **48**, 2173–2197.

Oschlies, A., K. G. Schulz, U. Riebesell, and A. Schmittner, 2008: Simulated 21st century's increase in oceanic suboxia by $CO_2$-enhanced biotic carbon export. *Global Biogeochem. Cycles*, **22**, GB4008.

Oschlies, A., W. Koeve, W. Rickels, and K. Rehdanz, 2010a: Side effects and accounting aspects of hypothetical large-scale Southern Ocean iron fertilization. *Biogeosciences*, **7**, 4017–4035.

Oschlies, A., M. Pahlow, A. Yool, and R. J. Matear, 2010b: Climate engineering by artificial ocean upwelling: Channelling the sorcerer's apprentice. *Geophys. Res. Lett.*, **37**, L04701.

Otto, D., D. Rasse, J. Kaplan, P. Warnant, and L. Francois, 2002: Biospheric carbon stocks reconstructed at the Last Glacial Maximum: Comparison between general circulation models using prescribed and computed sea surface temperatures. *Global Planet. Change*, **33**, 117–138.

Pacala, S. W., et al., 2001: Consistent land- and atmosphere-based U.S. carbon sink estimates. *Science*, **292**, 2316–2320.

Page, S. E., J. O. Rieley, and C. J. Banks, 2011: Global and regional importance of the tropical peatland carbon pool. *Global Change Biol.*, **17**, 798–818.

Page, S. E., F. Siegert, J. O. Rieley, H.-D. V. Boehm, A. Jaya, and S. Limin, 2002: The amount of carbon released from peat and forest fires in Indonesia during 1997. *Nature*, **420**, 61–65.

Palmroth, S., et al., 2006: Aboveground sink strength in forests controls the allocation of carbon below ground and its $[CO_2]$-induced enhancement. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 19362–19367.

Pan, Y. D., et al., 2011: A large and persistent carbon sink in the world's forests. *Science*, **333**, 988–993.

Papa, F., C. Prigent, F. Aires, C. Jimenez, W. B. Rossow, and E. Matthews, 2010: Interannual variability of surface water extent at the global scale, 1993–2004. *J. Geophys. Res. Atmos.*, **115**, D12111.

Parekh, P., F. Joos, and S. A. Müller, 2008: A modeling assessment of the interplay between aeolian iron fluxes and iron-binding ligands in controlling carbon dioxide fluctuations during Antarctic warm events. *Paleoceanography*, **23**, PA4202.

Park, G.-H., et al., 2010: Variability of global net air-sea $CO_2$ fluxes over the last three decades using empirical relationships. *Tellus B*, **62**, 352–368.

Park, S., et al., 2012: Trends and seasonal cycles in the isotopic composition of nitrous oxide since 1940. *Nature Geosci.*, **5**, 261–265.

Patra, P. K., et al., 2013: The carbon budget of South Asia. *Biogeosciences*, **10**, 513–527.

Patra, P. K., et al., 2011: TransCom model simulations of $CH_4$ and related species: Linking transport, surface flux and chemical loss with $CH_4$ variability in the troposphere and lower stratosphere. *Atmos. Chem. Phys.*, **11**, 12813–12837.

Pechony, O., and D. T. Shindell, 2010: Driving forces of global wildfires over the past millennium and the forthcoming century. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19167–19170.

Peng, T.-H., and W. S. Broecker, 1991: Dynamic limitations on the Antarctic iron fertilization strategy. *Nature*, **349**, 227–229.

Peng, T.-H., R. Wanninkhof, J. L. Bullister, R. A. Feely, and T. Takahashi, 1998: Quantification of decadal anthropogenic $CO_2$ uptake in the ocean based on dissolved inorganic carbon measurements. *Nature*, **396**, 560–563.

Peng, T. H., R. Wanninkhof, and R. A. Feely, 2003: Increase of anthropogenic $CO_2$ in the Pacific Ocean over the last two decades. *Deep-Sea Res. Pt. II*, **50**, 3065–3082.

Peñuelas, J., J. G. Canadell, and R. Ogaya, 2011: Increased water-use efficiency during the 20th century did not translate into enhanced tree growth. *Global Ecol. Biogeogr.*, **20**, 597–608.

Pérez, F. F., M. Vázquez-Rodríguez, E. Louarn, X. A. Padin, H. Mercier, and A. F. Rios, 2008: Temporal variability of the anthropogenic $CO_2$ storage in the Irminger Sea. *Biogeosciences*, **5**, 1669–1679.

Perrin, A.-S., A. Probst, and J.-L. Probst, 2008: Impact of nitrogenous fertilizers on carbonate dissolution in small agricultural catchments: Implications for weathering $CO_2$ uptake at regional and global scales. *Geochim. Cosmochim. Acta*, **72**, 3105–3123.

Pershing, A. J., L. B. Christensen, N. R. Record, G. D. Sherwood, and P. B. Stetson, 2010: The impact of whaling on the ocean carbon cycle: Why bigger was better. *PLoS ONE*, **5**, e12444.

BLM_0074073

Peters, G. P., et al., 2013: The challenge to keep global warming below 2°C. *Nature Clim. Change*, **3**, 4–6.

Petit, J. R., et al., 1999: Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. *Nature*, **399**, 429–436.

Petrenko, V. V., et al., 2009: $^{14}CH_4$ Measurements in Greenland ice: Investigating Last Glacial Termination $CH_4$ sources. *Science*, **324**, 506–508.

Peylin, P., et al., 2005: Multiple constraints on regional $CO_2$ flux variations over land and oceans. *Global Biogeochem. Cycles*, **19**, GB1011.

Peylin, P., et al., 2013: Global atmospheric carbon budget: Results from an ensemble of atmospheric $CO_2$ inversions. *Biogeosci. Discuss.*, **10**, 5301–5360.

Pfeil, G. B., et al., 2013: A uniform, quality controlled Surface Ocean $CO_2$ Atlas (SOCAT). *Earth Syst. Sci. Data*, **5**, 125–143.

Phoenix, G. K., et al., 2006: Atmospheric nitrogen deposition in world biodiversity hotspots: The need for a greater global perspective in assessing N deposition impacts. *Global Change Biol.*, **12**, 470–476.

Piao, S., et al., 2011: Contribution of climate change and rising $CO_2$ to terrestrial carbon balance in East Asia: A multi-model analysis. *Global Planet. Change*, **75**, 133–142.

Piao, S., et al., 2013: Evaluation of terrestrial carbon cycle models for their response to climate variability and $CO_2$ trends. *Global Change Biol.*, **19**, 2117-2132..

Piao, S. L., P. Friedlingstein, P. Ciais, L. M. Zhou, and A. P. Chen, 2006: Effect of climate and $CO_2$ changes on the greening of the Northern Hemisphere over the past two decades. *Geophys. Res. Lett.*, **33**, L23402.

Piao, S. L., P. Friedlingstein, P. Ciais, N. de Noblet-Ducoudré, D. Labat, and S. Zaehle, 2007: Changes in climate and land use have a larger direct impact than rising $CO_2$ on global river runoff trends. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 15242–15247.

Piao, S. L., P. Ciais, P. Friedlingstein, N. de Noblet-Ducoudré, P. Cadule, N. Viovy, and T. Wang, 2009a: Spatiotemporal patterns of terrestrial carbon cycle during the 20th century. *Global Biogeochem. Cycles*, **23**, Gb4026.

Piao, S. L., J. Y. Fang, P. Ciais, P. Peylin, Y. Huang, S. Sitch, and T. Wang, 2009b: The carbon balance of terrestrial ecosystems in China. *Nature*, **458**, 1009–U82.

Piao, S. L., et al., 2012: The carbon budget of terrestrial ecosystems in East Asia over the last two decades. *Biogeosciences*, **9**, 3571–3586.

Pison, I., P. Bousquet, F. Chevallier, S. Szopa, and D. Hauglustaine, 2009: Multi-species inversion of $CH_4$, CO and $H_2$ emissions from surface measurements. *Atmos. Chem. Phys.*, **9**, 5281–5297.

Plattner, G.-K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721–2751.

Plattner, G. K., F. Joos, and T. Stocker, 2002: Revision of the global carbon budget due to changing air-sea oxygen fluxes. *Global Biogeochem. Cycles*, **16**, 1096.

Plug, L. J., and J. J. West, 2009: Thaw lake expansion in a two-dimensional coupled model of heat transfer, thaw subsidence, and mass movement. *J. Geophys. Res.*, **114**, F01002.

Pollard, R. T., et al., 2009: Southern Ocean deep-water carbon export enhanced by natural iron fertilization. *Nature*, **457**, 577–580.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2009: Effects of anthropogenic land cover change on the carbon cycle of the last millennium. *Global Biogeochem. Cycles*, **23**, Gb4001.

Pongratz, J., K. Caldeira, C. H. Reick, and M. Claussen, 2011a: Coupled climate-carbon simulations indicate minor global effects of wars and epidemics on atmospheric $CO_2$ between AD 800 and 1850. *Holocene*, **21**, 843–851.

Pongratz, J., C. H. Reick, T. Raddatz, K. Caldeira, and M. Claussen, 2011b: Past land use decisions have increased mitigation potential of reforestation. *Geophys. Res. Lett.*, **38**, L15701.

Poulter, B., et al., 2010: Net biome production of the Amazon Basin in the 21st century. *Global Change Biol.*, **16**, 2062–2075.

Power, M. J., et al., 2013: Climatic control of the biomass-burning decline in the Americas after AD 1500. *Holocene*, **23**, 3–13.

Power, M. J., et al., 2008: Changes in fire regimes since the Last Glacial Maximum: An assessment based on a global synthesis and analysis of charcoal data. *Clim. Dyn.*, **30**, 887–907.

Prather, M. J., C. D. Holmes, and J. Hsu, 2012: Reactive greenhouse gas scenarios: Systematic exploration of uncertainties and the role of atmospheric chemistry. *Geophys. Res. Lett.*, **39**, L09803.

Prentice, I. C., and S. P. Harrison, 2009: Ecosystem effects of $CO_2$ concentration: Evidence from past climates. *Clim. Past*, **5**, 297–307.

Prentice, I. C., et al., 2001: The carbon cycle and atmospheric carbon dioxide. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 183–237.

Prinn, R. G., et al., 2001: Evidence for substantial variations of atmospheric hydroxyl radicals in the past two decades. *Science*, **292**, 1882–1888.

Prinn, R. G., et al., 2005: Evidence for variability of atmospheric hydroxyl radicals over the past quarter century. *Geophys. Res. Lett.*, **32**, L07809.

Prinn, R. G., et al., 2000: A history of chemically and radiatively important gases in air deduced from ALE/GAGE/AGAGE. *J. Geophys. Res. Atmos.*, **105**, 17751–17792.

Quinton, J. N., G. Govers, K. Van Oost, and R. D. Bardgett, 2010: The impact of agricultural soil erosion on biogeochemical cycling. *Nature Geosci.*, **3**, 311–314.

Rabalais, N. N., R. J. Diaz, L. A. Levin, R. E. Turner, D. Gilbert, and J. Zhang, 2010: Dynamics and distribution of natural and human-caused hypoxia. *Biogeosciences*, **7**, 585–619.

Raddatz, T. J., et al., 2007: Will the tropical land biosphere dominate the climate-carbon cycle feedback during the twenty-first century? *Clim. Dyn.*, **29**, 565–574.

Rafelski, L. E., S. C. Piper, and R. F. Keeling, 2009: Climate effects on atmospheric carbon dioxide over the last century. *Tellus B*, **61**, 718–731.

Ramankutty, N., and J. A. Foley, 1999: Estimating historical changes in global land cover: Croplands from 1700 to 1992. *Global Biogeochem. Cycles*, **13**, 997–1027.

Ramankutty, N., C. Delire, and P. Snyder, 2006: Feedbacks between agriculture and climate: An illustration of the potential unintended consequences of human land use activities. *Global Planet. Change*, **54**, 79–93.

Randerson, J. T., et al., 2009: Systematic assessment of terrestrial biogeochemistry in coupled climate-carbon models. *Global Change Biol.*, **15**, 2462–2484.

Rau, G. H., 2008: Electrochemical splitting of calcium carbonate to increase solution alkalinity: Implications for mitigation of carbon dioxide and ocean acidity. *Environ. Sci. Technol.*, **42**, 8935–8940.

Rau, G. H., and K. Caldeira, 1999: Enhanced carbonate dissolution: A means of sequestering waste $CO_2$ as ocean bicarbonate. *Energ. Conv. Manage.*, **40**, 1803–1813.

Raupach, M. R., 2013: The exponential eigenmodes of the carbon-climate system, and their implications for ratios of responses to forcings *Earth Syst. Dyn.*, **4**, 31–49.

Raupach, M. R., J. G. Canadell, and C. Le Quéré, 2008: Anthropogenic and biophysical contributions to increasing atmospheric $CO_2$ growth rate and airborne fraction. *Biogeosciences*, **5**, 1601–1613.

Ravishankara, A. R., J. S. Daniel, and R. W. Portmann, 2009: Nitrous oxide ($N_2O$): The dominant ozone-depleting substance emitted in the 21st century. *Science*, **326**, 123–125.

Raymond, P. A., and J. J. Cole, 2003: Increase in the export of alkalinity from North America's largest river. *Science*, **301**, 88–91.

Raymond, P. A., N.-H. Oh, R. E. Turner, and W. Broussard, 2008: Anthropogenically enhanced fluxes of water and carbon from the Mississippi River. *Nature*, **451**, 449–452.

Rayner, P. J., R. M. Law, C. E. Allison, R. J. Francey, C. M. Trudinger, and C. Pickett-Heaps, 2008: Interannual variability of the global carbon cycle (1992–2005) inferred by inversion of atmospheric $CO_2$ and $δ^{13}CO_2$ measurements. *Global Biogeochem. Cycles*, **22**, GB3008.

Reagan, M. T., and G. J. Moridis, 2007: Oceanic gas hydrate instability and dissociation under climate change scenarios. *Geophys. Res. Lett.*, **34**, L22709.

Reagan, M. T., and G. J. Moridis, 2009: Large-scale simulation of methane hydrate dissociation along the West Spitsbergen Margin. *Geophys. Res. Lett.*, **36**, L23612.

Reay, D. S., F. Dentener, P. Smith, J. Grace, and R. A. Feely, 2008: Global nitrogen deposition and carbon sinks. *Nature Geosci.*, **1**, 430–437.

Renforth, P., 2012: The potential of enhanced weathering in the UK. *Int. J. Greenh. Gas Cont.*, **10**, 229–243.

Revelle, R., and H. E. Suess, 1957: Carbon dioxide exchange between atmosphere and ocean and the question of an increase of atmospheric $CO_2$ during the past decades. *Tellus*, **9**, 18–27.

Rhee, T. S., A. J. Kettle, and M. O. Andreae, 2009: Methane and nitrous oxide emissions from the ocean: A reassessment using basin-wide observations in the Atlantic. *J. Geophys. Res.*, **114**, D12304.

Ricke, K. L., M. G. Morgan, and M. R. Allen, 2010: Regional climate response to solar-radiation management. *Nature Geosci.*, **3**, 537–541.

6

BLM_0074074

Ridgwell, A., and R. E. Zeebe, 2005: The role of the global carbonate cycle in the regulation and evolution of the Earth system. *Earth Planet. Sci. Lett.*, **234**, 299–315.

Ridgwell, A., and J. C. Hargreaves, 2007: Regulation of atmospheric $CO_2$ by deep-sea sediments in an Earth system model. *Global Biogeochem. Cycles*, **21**, Gb2008.

Ridgwell, A. J., 2001: Glacial-interglacial perturbations in the global carbon cycle. PhD Thesis, University of East Anglia, Norwich, United Kingdom, 134 pp.

Ridgwell, A. J., A. J. Watson, M. A. Maslin, and J. O. Kaplan, 2003: Implications of coral reef buildup for the controls on atmospheric $CO_2$ since the Last Glacial Maximum. *Paleoceanography*, **18**, 1083.

Riebesell, U., A. Körtzinger, and A. Oschlies, 2009: Sensitivities of marine carbon fluxes to ocean change. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 20602–20609.

Riebesell, U., et al., 2007: Enhanced biological carbon consumption in a high $CO_2$ ocean. *Nature*, **450**, 545–548.

Rigby, M., et al., 2008: Renewed growth of atmospheric methane. *Geophys. Res. Lett.*, **35**, L22805.

Ringeval, B., P. Friedlingstein, C. Koven, P. Ciais, N. de Noblet-Ducoudre, B. Decharme, and P. Cadule, 2011: Climate-$CH_4$ feedback from wetlands and its interaction with the climate-$CO_2$ feedback. *Biogeosciences*, **8**, 2137–2157.

Robock, A., L. Oman, and G. L. Stenchikov, 2008: Regional climate responses to geoengineering with tropical and Arctic $SO_2$ injections. *J. Geophys. Res.*, **113**, D16101.

Röckmann, T., and I. Levin, 2005: High-precision determination of the changing isotopic composition of atmospheric $N_2O$ from 1990 to 2002. *J. Geophys. Res. Atmos.*, **110**, D21304.

Rödenbeck, C., S. Houweling, M. Gloor, and M. Heimann, 2003: $CO_2$ flux history 1982–2001 inferred from atmospheric data using a global inversion of atmospheric transport. *Atmos. Chem. Phys.*, **3**, 1919–1964.

Rosamond, M. S., S. J. Thuss, and S. L. Schiff, 2012: Dependence of riverine nitrous oxide emissions on dissolved oxygen levels. *Nature Geosci.*, **5**, 715–718.

Roth, R., and F. Joos, 2012: Model limits on the role of volcanic carbon emissions in regulating glacial-interglacial $CO_2$ variations. *Earth Planet. Sci. Lett.*, **329–330**, 141–149.

Röthlisberger, R., M. Bigler, E. W. Wolff, F. Joos, E. Monnin, and M. A. Hutterli, 2004: Ice core evidence for the extent of past atmospheric $CO_2$ change due to iron fertilisation. *Geophys. Res. Lett.*, **31**, L16207.

Rotty, R. M., 1983: Distribution of and changes in industrial carbon-cycle production. *J. Geophys. Res. Oceans*, **88**, 1301–1308.

Roy, T., et al., 2011: Regional impacts of climate change and atmospheric $CO_2$ on future carbon uptake: A multimodel linear feedback analysis. *J. Clim.*, **24**, 2300–2318.

Rubasinghege, G., S. N. Spak, C. O. Stanier, G. R. Carmichael, and V. H. Grassian, 2011: Abiotic mechanism for the formation of atmospheric nitrous oxide from ammonium nitrate. *Environ. Sci. Technol.*, **45**, 2691–2697.

Ruddiman, W. F., 2003: The anthropogenic greenhouse era began thousands of years ago. *Clim. Change*, **61**, 261–293.

Ruddiman, W. F., 2007: The early anthropogenic hypothesis: Challenges and responses. *Rev. Geophys.*, **45**, RG4001.

Sabine, C. L., R. A. Feely, F. J. Millero, A. G. Dickson, C. Langdon, S. Mecking, and D. Greeley, 2008: Decadal changes in Pacific carbon. *J. Geophys. Res. Oceans*, **113**, C07021.

Sabine, C. L., et al., 2004: The oceanic sink for anthropogenic $CO_2$. *Science*, **305**, 367–371.

Salisbury, J., M. Green, C. Hunt, and J. Campbell, 2008: Coastal acidification by rivers: A threat to shellfish? *EOS Trans. AGU*, **89**, 513.

Sallée, J.-B., R. J. Matear, S. R. Rintoul, and A. Lenton, 2012: Localized subduction of anthropogenic carbon dioxide in the Southern Hemisphere oceans. *Nature Geosci.*, **5**, 579–584.

Samanta, A., M. H. Costa, E. L. Nunes, S. A. Viera, L. Xu, and R. B. Myneni, 2011: Comment on "Drought-induced reduction in global terrestrial net primary production from 2000 through 2009". *Science*, **333**, 1093.

Sanderson, M. G., 1996: Biomass of termites and their emissions of methane and carbon dioxide: A global database. *Global Biogeochem. Cycles*, **10**, 543–557.

Sapart, C. J., et al., 2012: Natural and anthropogenic variations in methane sources during the past two millennia. *Nature*, **490**, 85–88.

Sarmiento, J. L., and N. Gruber, 2006: *Ocean Biogeochemical Dynamics*. Princeton University Press, Princeton, NJ, USA.

Sarmiento, J. L., J. C. Orr, and U. Siegenthaler, 1992: A perturbation simulation of $CO_2$ uptake in an Ocean General Circulation Model. *J. Geophys. Res.*, **97**, 3621–3645.

Sarmiento, J. L., T. M. C. Hughes, R. J. Stouffer, and S. Manabe, 1998: Simulated response of the ocean carbon cycle to anthropogenic climate warming. *Nature*, **393**, 245–249.

Sarmiento, J. L., P. Monfray, E. Maier-Reimer, O. Aumont, R. Murnane, and J. C. Orr, 2000: Sea-air $CO_2$ fluxes and carbon transport: A comparison of three ocean general circulation models. *Global Biogeochem. Cycles*, **14**, 1267–1281.

Sarmiento, J. L., et al., 2010: Trends and regional distributions of land and ocean carbon sinks. *Biogeosciences*, **7**, 2351–2367.

Savolainen, I., S. Monni, and S. Syri, 2009: The mitigation of methane emissions from the industrialised countries can explain the atmospheric concentration level-off. *Int. J. Energ. Clean Environ.*, **10**, 193–201.

Schaefer, K., T. Zhang, L. Bruhwiler, and A. P. Barrett, 2011: Amount and timing of permafrost carbon release in response to climate warming. *Tellus B*, **63**, 165–180.

Scheffer, M., V. Brovkin, and P. M. Cox, 2006: Positive feedback between global warming and atmospheric $CO_2$ concentration inferred from past climate change. *Geophys. Res. Lett.*, **33**, L10702.

Schilt, A., M. Baumgartner, T. Blunier, J. Schwander, R. Spahni, H. Fischer, and T. F. Stocker, 2010a: Glacial-interglacial and millennial-scale variations in the atmospheric nitrous oxide concentration during the last 800,000 years. *Quat. Sci. Rev.*, **29**, 182–192.

Schilt, A., et al., 2010b: Atmospheric nitrous oxide during the last 140,000 years. *Earth Planet. Sci. Lett.*, **300**, 33–43.

Schirrmeister, L., G. Grosse, S. Wetterich, P. P. Overduin, J. Strauss, E. A. G. Schuur, and H.-W. Hubberten, 2011: Fossil organic matter characteristics in permafrost deposits of the northeast Siberian Arctic. *J. Geophys. Res.*, **116**, G00M02.

Schmitt, J., et al., 2012: Carbon isotope constraints on the deglacial $CO_2$ rise from ice cores. *Science*, **336**, 711–714.

Schmittner, A., and E. D. Galbraith, 2008: Glacial greenhouse-gas fluctuations controlled by ocean circulation changes. *Nature*, **456**, 373–376.

Schmittner, A., A. Oschlies, H. D. Matthews, and E. D. Galbraith, 2008: Future changes in climate, ocean circulation, ecosystems, and biogeochemical cycling simulated for a business-as-usual $CO_2$ emission scenario until year 4000 AD. *Global Biogeochem. Cycles*, **22**, GB1013.

Schmittner, A., N. M. Urban, K. Keller, and D. Matthews, 2009: Using tracer observations to reduce the uncertainty of ocean diapycnal mixing and climate-carbon cycle projections. *Global Biogeochem. Cycles*, **23**, GB4009.

Schneider von Deimling, T. S., M. Meinshausen, A. Levermann, V. Huber, K. Frieler, D. M. Lawrence, and V. Brovkin, 2012: Estimating the near-surface permafrost-carbon feedback on global warming. *Biogeosciences*, **9**, 649–665.

Scholze, M., W. Knorr, N. W. Arnell, and I. C. Prentice, 2006: A climate-change risk analysis for world ecosystems. *Proc. Natl. Acad. Sci. U.S.A.*, **103**, 13116–13120.

Schuiling, R. D., and P. Krijgsman, 2006: Enhanced weathering: An effective and cheap tool to sequester $CO_2$. *Clim. Change*, **74**, 349–354.

Schultz, M. G., et al., 2007: Emission data sets and methodologies for estimating emissions. *REanalysis of the TROpospheric chemical composition over the past 40 years*. A long-term global modeling study of tropospheric chemistry funded under the 5th EU framework programme EU-Contract EVK2-CT-2002–00170.

Schulze, E. D., S. Luyssaert, P. Ciais, A. Freibauer, and I. A. Janssens, 2009: Importance of methane and nitrous oxide for Europe's terrestrial greenhouse-gas balance. *Nature Geosci.*, **2**, 842–850.

Schulze, E. D., et al., 2010: The European carbon balance. Part 4: Integration of carbon and other trace-gas fluxes. *Global Change Biol.*, **16**, 1451–1469.

Schurgers, G., U. Mikolajewicz, M. Gröger, E. Maier-Reimer, M. Vizcaino, and A. Winguth, 2006: Dynamics of the terrestrial biosphere, climate and atmospheric $CO_2$ concentration during interglacials: A comparison between Eemian and Holocene. *Clim. Past*, **2**, 205–220.

Schuster, U., and A. J. Watson, 2007: A variable and decreasing sink for atmospheric $CO_2$ in the North Atlantic. *J. Geophys. Res. Oceans*, **112**, C11006.

Schuster, U., et al., 2009: Trends in North Atlantic sea-surface $fCO_2$ from 1990 to 2006. *Deep-Sea Res. Pt. II*, **56**, 620–629.

Schuster, U., et al., 2013: An assessment of the Atlantic and Arctic sea-air $CO_2$ fluxes, 1990–2009. *Biogeosciences*, **10**, 607–627.

Schwalm, C. R., et al., 2010: A model-data intercomparison of $CO_2$ exchange across North America: Results from the North American Carbon Program site synthesis. *J. Geophys. Res.*, **115**, G00H05.

Seitzinger, S. P., and C. Kroeze, 1998: Global distribution of nitrous oxide production and N inputs in freshwater and coastal marine ecosystems. *Global Biogeochem. Cycles*, **12**, 93–113.

6

Seitzinger, S. P., J. A. Harrison, E. Dumont, A. H. W. Beusen, and A. F. Bouwman, 2005: Sources and delivery of carbon, nitrogen, and phosphorus to the coastal zone: An overview of Global Nutrient Export from Watersheds (NEWS) models and their application. *Global Biogeochem. Cycles*, **19**, Gb4s01.

Seitzinger, S. P., et al., 2010: Global river nutrient export: A scenario analysis of past and future trends. *Global Biogeochem. Cycles*, **24**, GB0A08.

Sentman, L. T., E. Shevliakova, R. J. Stouffer, and S. Malyshev, 2011: Time scales of terrestrial carbon response related to land-use application: Implications for initializing an Earth System Model. *Earth Interactions*, **15**, 1–16.

Shackleton, N. J., 2000: The 100,000–year ice-age cycle identified and found to lag temperature, carbon dioxide, and orbital eccentricity. *Science*, **289**, 1897–1902.

Shaffer, G., 2010: Long-term effectiveness and consequences of carbon dioxide sequestration. *Nature Geosci.*, **3**, 464–467.

Shaffer, G., S. M. Olsen, and J. O. P. Pedersen, 2009: Long-term ocean oxygen depletion in response to carbon dioxide emission from fossil fuels. *Nature Geosci.*, **2**, 105–109.

Shakhova, N., I. Semiletov, A. Salyuk, V. Yusupov, D. Kosmach, and O. Gustafsson, 2010: Extensive methane venting to the atmosphere from sediments of the East Siberian Arctic shelf. *Science*, **327**, 1246–1250.

Shallcross, D. E., M. A. K. Khalil, and C. L. Butenhoff, 2007: The atmospheric methane sink. In: *Greenhouse Gas Sinks* [D. Reay (ed.)] CAB International, pp. 171-183.

Shepherd, J., et al., 2009: Geoengineering the climate: Science, governance and uncertainty. Report of the Royal Society, London, 98 pp.

Shevliakova, E., et al., 2009: Carbon cycling under 300 years of land use change: Importance of the secondary vegetation sink. *Global Biogeochem. Cycles*, **23**, GB2022.

Shindell, D. T., B. P. Walter, and G. Faluvegi, 2004: Impacts of climate change on methane emissions from wetlands. *Geophys. Res. Lett.*, **31**, L21202.

Siegenthaler, U., et al., 2005a: Supporting evidence from the EPICA Dronning Maud Land ice core for atmospheric $CO_2$ changes during the past millennium. *Tellus B*, **57**, 51–57.

Siegenthaler, U., et al., 2005b: Stable carbon cycle-climate relationship during the late Pleistocene. *Science*, **310**, 1313–1317.

Sigman, D. M., M. P. Hain, and G. H. Haug, 2010: The polar ocean and glacial cycles in atmospheric $CO_2$ concentration. *Nature*, **466**, 47–55.

Simpson, I. J., F. S. Rowland, S. Meinardi, and D. R. Blake, 2006: Influence of biomass burning during recent fluctuations in the slow growth of global tropospheric methane. *Geophys. Res. Lett.*, **33**, L22808.

Simpson, I. J., et al., 2012: Long-term decline of global atmospheric ethane concentrations and implications for methane. *Nature*, **488**, 490–494.

Singarayer, J. S., P. J. Valdes, P. Friedlingstein, S. Nelson, and D. J. Beerling, 2011: Late Holocene methane rise caused by orbitally controlled increase in tropical sources. *Nature*, **470**, 82–85.

Singh, B. K., R. D. Bardgett, P. Smith, and D. S. Reay, 2010: Microorganisms and climate change: Terrestrial feedbacks and mitigation options. *Nature Rev. Microbiol.*, **8**, 779–790.

Sitch, S., P. M. Cox, W. J. Collins, and C. Huntingford, 2007: Indirect radiative forcing of climate change through ozone effects on the land-carbon sink. *Nature*, **448**, 791–794.

Sitch, S., et al., 2003: Evaluation of ecosystem dynamics, plant geography and terrestrial carbon cycling in the LPJ Dynamic Global Vegetation Model. *Global Change Biol.*, **9**, 161–185.

Sitch, S., et al., 2008: Evaluation of the terrestrial carbon cycle, future plant geography and climate-carbon cycle feedbacks using five Dynamic Global Vegetation Models (DGVMs). *Global Change Biol.*, **14**, 2015–2039.

Skinner, L. C., S. Fallon, C. Waelbroeck, E. Michel, and S. Barker, 2010: Ventilation of the deep Southern ocean and deglacial $CO_2$ rise. *Science*, **328**, 1147–1151.

Smetacek, V., et al., 2012: Deep carbon export from a Southern Ocean iron-fertilized diatom bloom. *Nature*, **487**, 313–319.

Smith, B., I. C. Prentice, and M. T. Sykes, 2001a: Representation of vegetation dynamics in the modelling of terrestrial ecosystems: Comparing two contrasting approaches within European climate space. *Global Ecol. Biogeogr.*, **10**, 621–637.

Smith, K. A., A. R. Mosier, P. J. Crutzen, and W. Winiwarter, 2012: The role of $N_2O$ derived from crop-based biofuels, and from agriculture in general, in Earth's climate. *Philos. Trans. R. Soc. London B*, **367**, 1169–1174.

Smith, L. C., Y. Sheng, G. M. MacDonald, and L. D. Hinzman, 2005: Disappearing Arctic lakes. *Science*, **308**, 1429.

Smith, S. V., W. H. Renwick, R. W. Buddemeier, and C. J. Crossland, 2001b: Budgets of soil erosion and deposition for sediments and sedimentary organic carbon across the conterminous United States. *Global Biogeochem. Cycles*, **15**, 697–707.

Sokolov, A. P., D. W. Kicklighter, J. M. Melillo, B. S. Felzer, C. A. Schlosser, and T. W. Cronin, 2008: Consequences of considering carbon-nitrogen interactions on the feedbacks between climate and the terrestrial carbon cycle. *J. Clim.*, **21**, 3776–3796.

Sowers, T., 2006: Late quaternary atmospheric $CH_4$ isotope record suggests marine clathrates are stable. *Science*, **311**, 838–840.

Sowers, T., R. B. Alley, and J. Jubenville, 2003: Ice core records of atmospheric $N_2O$ covering the last 106,000 years. *Science*, **301**, 945–948.

Spahni, R., et al., 2011: Constraining global methane emissions and uptake by ecosystems. *Biogeosciences*, **8**, 1643–1665.

Spracklen, D. V., L. J. Mickley, J. A. Logan, R. C. Hudman, R. Yevich, M. D. Flannigan, and A. L. Westerling, 2009: Impacts of climate change from 2000 to 2050 on wildfire activity and carbonaceous aerosol concentrations in the western United States. *J. Geophys. Res. Atmos.*, **114**, D20301.

Stallard, R. F., 1998: Terrestrial sedimentation and the carbon cycle: Coupling weathering and erosion to carbon burial. *Global Biogeochem. Cycles*, **12**, 231–257.

Stanhill, G., and S. Cohen, 2001: Global dimming: A review of the evidence for a widespread and significant reduction in global radiation with discussion of its probable causes and possible agricultural consequences. *Agr. Forest Meteorol.*, **107**, 255–278.

Steinacher, M., F. Joos, T. L. Frölicher, G.-K. Plattner, and S. C. Doney, 2009: Imminent ocean acidification in the Arctic projected with the NCAR global coupled carbon cycle-climate model. *Biogeosciences*, **6**, 515–533.

Steinacher, M., et al., 2010: Projected 21st century decrease in marine productivity: A multi-model analysis. *Biogeosciences*, **7**, 979–1005.

Stephens, B. B., and R. F. Keeling, 2000: The influence of Antarctic sea ice on glacial-interglacial $CO_2$ variations. *Nature*, **404**, 171–174.

Stephens, B. B., et al., 2007: Weak northern and strong tropical land carbon uptake from vertical profiles of atmospheric $CO_2$. *Science*, **316**, 1732–1735.

Stevenson, D. S., et al., 2006: Multimodel ensemble simulations of present-day and near-future tropospheric ozone. *J. Geophys. Res.*, **111**, D08301.

Stocker, B. D., K. Strassmann, and F. Joos, 2011: Sensitivity of Holocene atmospheric $CO_2$ and the modern carbon budget to early human land use: Analyses with a process-based model. *Biogeosciences*, **8**, 69–88.

Stocker, B. D., et al., 2013: Multiple greenhouse gas feedbacks from the land biosphere under future climate change scenarios. *Nature Clim. Change*, **3**, 666–672.

Stöckli, R., et al., 2008: Use of FLUXNET in the Community Land Model development. *J. Geophys. Res.Biogeosci.*, **113**, G01025.

Stolaroff, J. K., D. W. Keith, and G. V. Lowry, 2008: Carbon dioxide capture from atmospheric air using sodium hydroxide spray. *Environ. Sci. Technol.*, **42**, 2728–2735.

Stolaroff, J. K., S. Bhattacharyya, C. A. Smith, W. L. Bourcier, P. J. Cameron-Smith, and R. D. Aines, 2012: Review of methane mitigation technologies with application to rapid release of methane from the Arctic. *Environ. Sci. Technol.*, **46**, 6455–6469.

Stramma, L., A. Oschlies, and S. Schmidtko, 2012: Mismatch between observed and modeled trends in dissolved upper-ocean oxygen over the last 50 years. *Biogeosciences*, **9**, 4045–4057.

Strassmann, K. M., F. Joos, and G. Fischer, 2008: Simulating effects of land use changes on carbon fluxes: Past contributions to atmospheric $CO_2$ increases and future commitments due to losses of terrestrial sink capacity. *Tellus B*, **60**, 583–603.

Stuiver, M., and P. D. Quay, 1981: Atmospheric $^{14}C$ changes resulting from fossil-fuel $CO_2$ release and cosmic-ray flux variability. *Earth Planet. Sci. Lett.*, **53**, 349–362.

Suchet, P. A., and J. L. Probst, 1995: A Global model for present-day atmospheric soil $CO_2$ consumption by chemical erosion of continental rocks (GEM-$CO_2$). *Tellus B*, **47**, 273–280.

Sugimoto, A., T. Inoue, N. Kirtibutr, and T. Abe, 1998: Methane oxidation by termite mounds estimated by the carbon isotopic composition of methane. *Global Biogeochem. Cycles*, **12**, 595–605.

Sundquist, E. T., 1986: Geologic analogs: Their value and limitations in carbon dioxide research. In: *The Changing Carbon Cycle* [J. R. Trabalka and D. E. Reichle (eds.)], Springer-Verlag, New York, pp. 371–402.

**6**

BLM_0074076

Sundquist, E. T, 1990: Influence of deep-sea benthic processes on atmospheric $CO_2$. *Philos. Trans. R. Soc. London Series A*, **331**, 155–165.

Suntharalingam, P., et al., 2012: Quantifying the impact of anthropogenic nitrogen deposition on oceanic nitrous oxide. *Geophys. Res. Lett.*, **39**, L07605.

Sussmann, R., F. Forster, M. Rettinger, and P. Bousquet, 2012: Renewed methane increase for five years (2007–2011) observed by solar FTIR spectrometry. *Atmos. Chem. Phys.*, **112**, 4885–4891.

Sutka, R. L., N. E. Ostrom, P. H. Ostrom, J. A. Breznak, H. Gandhi, A. J. Pitt, and F. Li, 2006: Distinguishing nitrous oxide production from nitrification and denitrification on the basis of isotopomer abundances. *Appl. Environ. Microbiol.*, **72**, 638–644.

Sutton, M. A., D. D. Simpson, P. E. Levy, R. I. Smith, S. Reis, M. Van Oijen, and W. De Vries, 2008: Uncertainties in the relationship between atmospheric nitrogen deposition and forest carbon sequestration. *Global Change Biol.*, **14**, 2057–2063.

Sutton, M. A., et al., 2011: *The European Nitrogen Assessment —Sources, Effects and Policy Perspectives.* Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, 664 pp.

Syakila, A., C. Kroeze, 2011: The global $N_2O$ budget revisited. *Greenh. Gas Measure. Manage.*, **1**, 17–26.

Syakila, A., C. Kroeze, and C. P. Slomp, 2010: Neglecting sinks for $N_2O$ at the earth's surface: Does it matter? *J. Integrat. Environ. Sci.*, **7**, 79–87.

Syvitski, J. P. M., C. J. Vörösmarty, A. J. Kettner, and P. Green, 2005: Impact of humans on the flux of terrestrial sediment to the global coastal ocean. *Science*, **308**, 376–380.

Tagaris, E., J-.J. Liao, K. Manomaiphiboon, J.-H. Woo, S. He, P. Amar, and A. G. Russell, 2008: Impacts of future climate change and emissions reductions on nitrogen and sulfur deposition over the United States. *Geophys. Res. Lett.*, **35**, L08811.

Tagliabue, A., L. Bopp, and O. Aumont, 2008: Ocean biogeochemistry exhibits contrasting responses to a large scale reduction in dust deposition. *Biogeosciences*, **5**, 11–24.

Tagliabue, A., L. Bopp, and M. Gehlen, 2011: The response of marine carbon and nutrient cycles to ocean acidification: Large uncertainties related to phytoplankton physiological assumptions. *Global Biogeochem. Cycles*, **25**, GB3017.

Takahashi, T., S. C. Sutherland, R. A. Feely, and R. Wanninkhof, 2006: Decadal change of the surface water $pCO_2$ in the North Pacific: A synthesis of 35 years of observations. *J. Geophys. Res. Oceans*, **111**, C07s05.

Takahashi, T., J. Olafsson, J. G. Goddard, D. W. Chipman, and S. C. Sutherland, 1993: Seasonal variation of $CO_2$ and nutrients in the high-latitude surface oceans—A comparative study. *Global Biogeochem. Cycles*, **7**, 843–878.

Takahashi, T., et al., 2009: Climatological mean and decadal change in surface ocean $pCO_2$, and net sea-air $CO_2$ flux over the global oceans. *Deep-Sea Res. Pt. II*, **56**, 554–577.

Tan, K., et al., 2010: Application of the ORCHIDEE global vegetation model to evaluate biomass and soil carbon stocks of Qinghai-Tibetan grasslands. *Global Biogeochem. Cycles*, **24**, GB1013.

Tanhua, T., A. Körtzinger, K. Friis, D. W. Waugh, and D. W. R. Wallace, 2007: An estimate of anthropogenic $CO_2$ inventory from decadal changes in oceanic carbon content. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 3037–3042.

Tans, P. P., T. J. Conway, and T. Nakazawa, 1989: Latitudinal distribution of the sources and sinks of atmospheric carbon dioxide derived from surface observations and an atmospheric transport model. *J. Geophys. Res. Atmos.*, **94**, 5151–5172.

Tarnocai, C., J. G. Canadell, E. A. G. Schuur, P. Kuhry, G. Mazhitova, and S. Zimov, 2009: Soil organic carbon pools in the northern circumpolar permafrost region. *Global Biogeochem. Cycles*, **23**, Gb2023.

Taucher, J., and A. Oschlies, 2011: Can we predict the direction of marine primary production change under global warming? *Geophys. Res. Lett.*, **38**, L02603.

Taylor, K. E., R. J. Stouffer, and G. A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bull. Am. Meteorol. Soc.*, **93**, 485–498.

Tegen, I., M. Werner, S. P. Harrison, and K. E. Kohfeld, 2004: Relative importance of climate and land use in determining present and future global soil dust emission. *Geophys. Res. Lett.*, **31**, L05105.

Terazawa, K., S. Ishizuka, T. Sakata, K. Yamada, and M. Takahashi, 2007: Methane emissions from stems of *Fraxinus mandshurica* var. *japonica* trees in a floodplain forest. *Soil Biology and Biochemistry*, **39**, 2689–2692.

Terrier, A., M. P. Girardin, C. Périé, P. Legendre, and Y. Bergeron, 2013: Potential changes in forest composition could reduce impacts of climate change on boreal wildfires. *Ecol. Appl.*, **23**, 21–35.

Thomas, H., et al., 2007: Rapid decline of the $CO_2$ buffering capacity in the North Sea and implications for the North Atlantic Ocean. *Global Biogeochem. Cycles*, **21**, GB4001.

Thompson, D. W. J., and S. Solomon, 2002: Interpretation of recent Southern Hemisphere climate change. *Science*, **296**, 895–899.

Thomson, A. M., et al., 2010: Climate mitigation and food production in tropical landscapes. Special feature: Climate mitigation and the future of tropical landscapes. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19633–19638.

Thornton, P. E., J.-F. Lamarque, N. A. Rosenbloom, and N. M. Mahowald, 2007: Influence of carbon-nitrogen cycle coupling on land model response to $CO_2$ fertilization and climate variability. *Global Biogeochem. Cycles*, **21**, Gb4018.

Thornton, P. E., et al., 2009: Carbon-nitrogen interactions regulate climate-carbon cycle feedbacks: Results from an atmosphere-ocean general circulation model. *Biogeosciences*, **6**, 2099–2120.

Tian, H., X. Xu, M. Liu, W. Ren, C. Zhang, G. Chen, and C. Lu, 2010: Spatial and temporal patterns of $CH_4$ and $N_2O$ fluxes in terrestrial ecosystems of North America during 1979–2008: Application of a global biogeochemistry model. *Biogeosciences*, **7**, 2673–2694.

Tilman, D., C. Balzer, J. Hill, and B. L. Befort, 2011: Global food demand and the sustainable intensification of agriculture. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 20260–20264.

Tjiputra, J. F., A. Olsen, K. Assmann, B. Pfeil, and C. Heinze, 2012: A model study of the seasonal and long-term North Atlantic surface $pCO_2$ variability. *Biogeosciences*, **9**, 907–923.

Todd-Brown, K., F. M. Hopkins, S. N. Kivlin, J. M. Talbot, and S. D. Allison, 2012: A framework for representing microbial decomposition in coupled climate models. *Biogeochemistry*, **109**, 19–33.

Toggweiler, J. R., 1999: Variation of atmospheric $CO_2$ by ventilation of the ocean's deepest water. *Paleoceanography*, **14**, 571–588.

Toggweiler, J. R., J. L. Russell, and S. R. Carson, 2006: Midlatitude westerlies, atmospheric $CO_2$, and climate change during the ice ages. *Paleoceanography*, **21**, PA2005.

Tranvik, L. J., et al., 2009: Lakes and reservoirs as regulators of carbon cycling and climate. *Limnol. Oceanogr.*, **54**, 2298–2314.

Trudinger, C. M., I. G. Enting, P. J. Rayner, and R. J. Francey, 2002: Kalman filter analysis of ice core data – 2. Double deconvolution of $CO_2$ and $\delta^{13}C$ measurements. *J. Geophys. Res.*, **107**, D20.

Turetsky, M. R., R. K. Wieder, D. H. Vitt, R. J. Evans, and K. D. Scott, 2007: The disappearance of relict permafrost in boreal north America: Effects on peatland carbon storage and fluxes. *Global Change Biol.*, **13**, 1922–1934.

Tymstra, C., M. D. Flannigan, O. B. Armitage, and K. Logan, 2007: Impact of climate change on area burned in Alberta's boreal forest. *Int. J. Wildland Fire*, **16**, 153–160.

Tyrrell, T., J. G. Shepherd, and S. Castle, 2007: The long-term legacy of fossil fuels. *Tellus B*, **59**, 664–672.

Ullman, D. J., G. A. McKinley, V. Bennington, and S. Dutkiewicz, 2009: Trends in the North Atlantic carbon sink: 1992–2006. *Global Biogeochem. Cycles*, **23**, Gb4011.

UNEP, 2011: Integrated assessment of black carbon and tropospheric ozone: Summary for decision makers. United Nations Environment Programme and World Meterological Association, 38 pp.

Valsala, V., S. Maksyutov, M. Telszewski, S. Nakaoka, Y. Nojiri, M. Ikeda, and R. Murtugudde, 2012: Climate impacts on the structure of the North Pacific air-sea $CO_2$ flux variability. *Biogeosciences*, **9**, 477–492.

van der Werf, G. R., et al., 2004: Continental-scale partitioning of fire emissions during the 1997 to 2001 El Niño/La Niña period. *Science*, **303**, 73–76.

van der Werf, G. R., et al., 2009: $CO_2$ emissions from forest loss. *Nature Geosci.*, **2**, 737–738.

van der Werf, G. R., et al., 2010: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmos. Chem. Phys.*, **10**, 11707–11735.

van der Werf, G. R., et al., 2008: Climate regulation of fire emissions and deforestation in equatorial Asia. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 20350–20355.

van Groenigen, K. J., C. W. Osenberg, and B. A. Hungate, 2011: Increased soil emissions of potent greenhouse gases under increased atmospheric $CO_2$. *Nature*, **475**, 214–216.

van Huissteden, J., C. Berrittella, F. J. W. Parmentier, Y. Mi, T. C. Maximov, and A. J. Dolman, 2011: Methane emissions from permafrost thaw lakes limited by lake drainage. *Nature Clim. Change*, **1**, 119–123.

**6**

van Minnen, J. G., K. Klein Goldewijk, E. Stehfest, B. Eickhout, G. van Drecht, and R. Leemans, 2009: The importance of three centuries of land-use change for the global and regional terrestrial carbon cycle. *Clim. Change*, **97**, 123–144.

van Vuuren, D. P., L. F. Bouwman, S. J. Smith, and F. Dentener, 2011: Global projections for anthropogenic reactive nitrogen emissions to the atmosphere: An assessment of scenarios in the scientific literature. *Curr. Opin. Environ. Sustain.*, **3**, 359–369.

Verdy, A., S. Dutkiewicz, M. J. Follows, J. Marshall, and A. Czaja, 2007: Carbon dioxide and oxygen fluxes in the Southern Ocean: Mechanisms of interannual variability. *Global Biogeochem. Cycles*, **21**, Gb2020.

Vigano, I., H. van Weelden, R. Holzinger, F. Keppler, A. McLeod, and T. Röckmann, 2008: Effect of UV radiation and temperature on the emission of methane from plant biomass and structural components. *Biogeosciences*, **5**, 937–947.

Vitousek, P. M., S. Porder, B. Z. Houlton, and O. A. Chadwick, 2010: Terrestrial phosphorus limitation: Mechanisms, implications, and nitrogen-phosphorus interactions. *Ecol. Appl.*, **20**, 5–15.

Vitousek, P. M., D. N. L. Menge, S. C. Reed, and C. C. Cleveland, 2013: Biological nitrogen fixation: Rates, patterns, and ecological controls in terrestrial ecosystems. *Philos. Trans. R. Soc. London B,* **368**, 20130119.

Volk, C. M., et al., 1997: Evaluation of source gas lifetimes from stratospheric observations. *J. Geophys. Res.: Atmos.*, **102**, 25543–25564.

Volodin, E. M., 2008: Methane cycle in the INM RAS climate model. *Izvestiya Atmos. Ocean. Phys.*, **44**, 153–159.

Voss, M., H. W. Bange, J. W. Dippner, J. J. Middelburg, J. P. Montoya, and B. Ward, 2013: The marine nitrogen cycle: Recent discoveries, uncertainties and the potential relevance of climate change. *Philos. Trans. R. Soc. London B*, **368**, 20130121.

Voss, M., et al., 2011: Nitrogen processes in coastal and marine ecosystems. In: *The European Nitrogen Assessment: Sources, Effects, and Policy Perspectives.* [M. A. Sutton, C. M. Howard, J. W. Erisman, G. Billen, A. Bleeker, P. Grennfelt, H. van Grinsven and B. Grizetti (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, USA, pp. 147–176.

Voulgarakis, A., et al., 2013: Analysis of present day and future OH and methane lifetime in the ACCMIP simulations. *Atmos. Chem. Phys.*, **13**, 2563–2587.

Waelbroeck, C., et al., 2009: Constraints on the magnitude and patterns of ocean cooling at the Last Glacial Maximum. *Nature Geosci.*, **2**, 127–132.

Wakita, M., S. Watanabe, A. Murata, N. Tsurushima, and M. Honda, 2010: Decadal change of dissolved inorganic carbon in the subarctic western North Pacific Ocean. *Tellus B*, **62**, 608–620.

Walker, J. C. G., and J. F. Kasting, 1992: Effects of fuel and forest conservation on future levels of atmospheric carbon dioxide. *Palaeogeogr. Palaeoclimat. Palaeoecol.* (*Global Planet. Change Sect.*), **97**, 151–189.

Walter Anthony, K. M., P. Anthony, G. Grosse, and J. Chanton, 2012: Geologic methane seeps along boundaries of Arctic permafrost thaw and melting glaciers. *Nature Geosci.*, **5**, 419-426.

Walter, K. M., L. C. Smith, and F. Stuart Chapin, 2007: Methane bubbling from northern lakes: Present and future contributions to the global methane budget. *Philos. Trans. R. Soc. A*, **365**, 1657–1676.

Walter, K. M., S. A. Zimov, J. P. Chanton, D. Verbyla, and F. S. I. Chapin, 2006: Methane bubbling from Siberian thaw lakes as a positive feedback to climate warming. *Nature*, **443**, 71–75.

Wang, D., S. A. Heckathorn, X. Wang, and S. M. Philpott, 2012a: A meta-analysis of plant physiological and growth responses to temperature and elevated $CO_2$. *Oecologia*, **169**, 1–13.

Wang, J., X. Pan, Y. Liu, X. Zhang, and Z. Xiong, 2012b: Effects of biochar amendment in two soils on greenhouse gas emissions and crop production. *Plant Soil*, **360**, 287–298.

Wang, Y-P., and B. Z. Houlton, 2009: Nitrogen constraints on terrestrial carbon uptake: Implications for the global carbon-climate feedback. *Geophys. Res. Lett.*, **36**, L24403.

Wang, Y. P., B. Z. Houlton, and C. B. Field, 2007: A model of biogeochemical cycles of carbon, nitrogen, and phosphorus including symbiotic nitrogen fixation and phosphatase production. *Global Biogeochem. Cycles*, **21**, GB1018.

Wang, Y. P., R. M. Law, and B. Pak, 2010a: A global model of carbon, nitrogen and phosphorus cycles for the terrestrial biosphere. *Biogeosciences*, **7**, 2261–2282.

Wang, Z., J. Chappellaz, K. Park, and J. E. Mak, 2010b: Large variations in Southern Hemisphere biomass burning during the last 650 years. *Science*, **330**, 1663–1666.

Wang, Z. P., X. G. Han, G. G. Wang, Y. Song, and J. Gulledge, 2008: Aerobic methane emission from plants in the Inner Mongolia steppe. *Environ. Sci. Technol.*, **42**, 62–68.

Wania, R., 2007: *Modelling Northern Peatland Land Surface Processes, Vegetation Dynamics and Methane Emissions*. Ph.D. Thesis, Bristol, UK.

Wania, R., I. Ross, and I. C. Prentice, 2009: Integrating peatlands and permafrost into a dynamic global vegetation model: 1. Evaluation and sensitivity of physical land surface processes. *Global Biogeochem. Cycles*, **23**, GB3014.

Wanninkhof, R., S. C. Doney, J. L. Bullister, N. M. Levine, M. Warner, and N. Gruber, 2010: Detecting anthropogenic $CO_2$ changes in the interior Atlantic Ocean between 1989 and 2005. *J. Geophys. Res. Oceans*, **115**, C11028.

Wanninkhof, R., et al., 2013: Global ocean carbon uptake: Magnitude, variability and trends. *Biogeosciences*, **10**, 1983–2000.

Wardle, D. A., M.-C. Nilsson, and O. Zackrisson, 2008: Fire-derived charcoal causes loss of forest humus. *Science*, **320**, 629.

Watanabe, S., et al., 2011: MIROC-ESM 2010: Model description and basic results of CMIP5—20c3m experiments. *Geosci. Model Dev.*, **4**, 845–872.

Watson, A. J., and A. C. N. Garabato, 2006: The role of Southern Ocean mixing and upwelling in glacial-interglacial atmospheric $CO_2$ change. *Tellus B*, **58**, 73–87.

Watson, A. J., D. C. E. Bakker, A. J. Ridgwell, P. W. Boyd, and C. S. Law, 2000: Effect of iron supply on Southern Ocean $CO_2$ uptake and implications for glacial atmospheric $CO_2$. *Nature*, **407**, 730–733.

Watson, A. J., P. W. Boyd, S. M. Turner, T. D. Jickells, and P. S. Liss, 2008: Designing the next generation of ocean iron fertilization experiments. *Mar. Ecol. Prog. Ser.*, **364**, 303–309.

Watson, A. J., et al., 1994: Minimal effect of iron fertilization on sea-surface carbon-dioxide concentrations. *Nature*, **371**, 143–145.

Watson, A. J., et al., 2009: Tracking the variable North Atlantic sink for atmospheric $CO_2$. *Science*, **326**, 1391–1393.

Waugh, D. W., T. M. Hall, B. I. McNeil, R. Key, and R. J. Matear, 2006: Anthropogenic $CO_2$ in the oceans estimated using transit time distributions. *Tellus B*, **58**, 376–389.

Wecht, K. J., et al., 2012: Validation of TES methane with HIPPO aircraft observations: Implications for inverse modeling of methane sources. *Atmos. Chem. Phys.*, **12**, 1823–1832.

Westbrook, G. K., et al., 2009: Escape of methane gas from the seabed along the West Spitsbergen continental margin. *Geophys. Res. Lett.*, **36**, L15608.

Westerling, A. L., M. G. Turner, E. A. H. Smithwick, W. H. Romme, and M. G. Ryan, 2011: Continued warming could transform Greater Yellowstone fire regimes by mid-21st century. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 13165–13170.

White, J. A., R. D. Shannon, J. F. Weltzin, J. Pastor, and S. D. Bridgham, 2008: Effects of soil warming and drying on methane cycling in a northern peatland mesocosm study. *J. Geophys. Res. Biogeosci.*, **113**, G00A06.

Wiedinmyer, C., S. K. Akagi, R. J. Yokelson, L. K. Emmons, J. A. Al-Saadi, J. J. Orlando, and A. J. Soja, 2011: The Fire INventory from NCAR (FINN): A high resolution global model to estimate the emissions from open burning. *Geosci. Model Dev.*, **4**, 625–641.

Williams, C. A., G. J. Collatz, J. Masek, and S. N. Goward, 2012a: Carbon consequences of forest disturbance and recovery across the conterminous United States. *Global Biogeochem. Cycles*, **26**, GB1005.

Williams, J., and P. J. Crutzen, 2010: Nitrous oxide from aquaculture. *Nature Geosci.*, **3**, 143.

Williams, J. E., A. Strunk, V. Huijnen, and M. van Weele, 2012b: The application of the Modified Band Approach for the calculation of on-line photodissociation rate constants in TM5: Implications for oxidative capacity. *Geosci. Model Dev.*, **5**, 15–35.

Wise, M., et al., 2009: Implications of limiting $CO_2$ concentrations for land Uue and energy. *Science*, **324**, 1183–1186.

Woodward, F. I., and M. R. Lomas, 2004: Simulating vegetation processes along the Kalahari transect. *Global Change Biol.*, **10**, 383–392.

Woolf, D., J. E. Amonette, F. A. Street-Perrott, J. Lehmann, and S. Joseph, 2010: Sustainable biochar to mitigate global climate change. *Nature Commun.*, **1**, 1–9.

Worden, J., et al., 2012: Profiles of $CH_4$, HDO, $H_2O$, and $N_2O$ with improved lower tropospheric vertical resolution from Aura TES radiances. *Atmos. Measure. Techn.*, **5**, 397–411.

Worrall, F., T. Burt, and R. Shedden, 2003: Long term records of riverine dissolved organic matter. *Biogeochemistry*, **64**, 165–178.

Wotton, B. M., C. A. Nock, and M. D. Flannigan, 2010: Forest fire occurrence and climate change in Canada. *Int. J. Wildland Fire*, **19**, 253–271.

Wu, P. L., R. Wood, J. Ridley, and J. Lowe, 2010: Temporary acceleration of the hydrological cycle in response to a $CO_2$ rampdown. *Geophys. Res. Lett.*, **37**, L12705.

**6**

569

BLM_0074078

Wu, T., et al., 2013: Global Carbon budgets simulated by the Beijing Climate Center Climate System Model for the last Century. *J. Geophys. Res. Atmos.*, doi:10.1002/jgrd.50320, in press.

Wurzburger, N., J. P. Bellenger, A. M. L. Kraepiel, and L. O. Hedin, 2012: Molybdenum and phosphorus interact to constrain asymbiotic nitrogen fixation in tropical forests. *PLoS ONE*, **7**, e33710.

Xu-Ri, and I. C. Prentice, 2008: Terrestrial nitrogen cycle simulation with a dynamic global vegetation model. *Global Change Biol.*, **14**, 1745–1764.

Xu-Ri, I. C. Prentice, R. Spahni, and H. S. Niu, 2012: Modelling terrestrial nitrous oxide emissions and implications for climate feedback. *New Phytologist*, **196**, 472–488.

Yamamoto-Kawai, M., F. A. McLaughlin, E. C. Carmack, S. Nishino, and K. Shimada, 2009: Aragonite undersaturation in the Arctic Ocean: Effects of ocean acidification and sea ice melt. *Science*, **326**, 1098–1100.

Yamamoto, A., M. Kawamiya, A. Ishida, Y. Yamanaka, and S. Watanabe, 2012: Impact of rapid sea-ice reduction in the Arctic Ocean on the rate of ocean acidification. *Biogeosciences*, **9**, 2365–2375.

Yan, X., H. Akiyama, K. Yagi, and H. Akimoto, 2009: Global estimations of the inventory and mitigation potential of methane emissions from rice cultivation conducted using the 2006 Intergovernmental Panel on Climate Change Guidelines. *Global Biogeochem. Cycles*, **23**, GB2002.

Yang, X., T. K. Richardson, and A. K. Jain, 2010: Contributions of secondary forest and nitrogen dynamics to terrestrial carbon uptake. *Biogeosciences*, **7**, 3041-3050.

Yevich, R., and J. A. Logan, 2003: An assessment of biofuel use and burning of agricultural waste in the developing world. *Global Biogeochem. Cycles*, **17**, 1095.

Yool, A., J. G. Shepherd, H. L. Bryden, and A. Oschlies, 2009: Low efficiency of nutrient translocation for enhancing oceanic uptake of carbon dioxide. *J. Geophys. Res. Oceans*, **114**, C08009.

Yoshikawa-Inoue, H. Y., and M. Ishii, 2005: Variations and trends of $CO_2$ in the surface seawater in the Southern Ocean south of Australia between 1969 and 2002. *Tellus B*, **57**, 58–69.

Yoshikawa, C., M. Kawamiya, T. Kato, Y. Yamanaka, and T. Matsuno, 2008: Geographical distribution of the feedback between future climate change and the carbon cycle. *J. Geophys. Res. Biogeosci.*, **113**, G03002.

Young, P., et al., 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **4**, 2063–2090.

Yu, J., W. S. Broecker, H. Elderfield, Z. Jin, J. McManus, and F. Zhang, 2010: Loss of carbon from the deep sea since the Last Glacial Maximum. *Science*, **330**, 1084–1087.

Yu, Z., 2011: Holocene carbon flux histories of the world's peatlands: Global carbon-cycle implications. *Holocene*, **21**, 761–774.

Zaehle, S., 2013: Terrestrial nitrogen-carbon cycle interactions at the global scale, *Philos. Trans. R. Soc. London B*, **368**, 20130125.

Zaehle, S., and A. D. Friend, 2010: Carbon and nitrogen cycle dynamics in the O-CN land surface model: 1. Model description, site-scale evaluation, and sensitivity to parameter estimates. *Global Biogeochem. Cycles*, **24**, GB1005.

Zaehle, S., and D. Dalmonech, 2011: Carbon-nitrogen interactions on land at global scales: Current understanding in modelling climate biosphere feedbacks. *Curr. Opin. Environ. Sustain.*, **3**, 311–320.

Zaehle, S., P. Friedlingstein, and A. D. Friend, 2010a: Terrestrial nitrogen feedbacks may accelerate future climate change. *Geophys. Res. Lett.*, **37**, L01401.

Zaehle, S., P. Ciais, A. D. Friend, and V. Prieur, 2011: Carbon benefits of anthropogenic reactive nitrogen offset by nitrous oxide emissions. *Nature Geosci.*, **4**, 601–605.

Zaehle, S., A. D. Friend, P. Friedlingstein, F. Dentener, P. Peylin, and M. Schulz, 2010b: Carbon and nitrogen cycle dynamics in the O-CN land surface model: 2. Role of the nitrogen cycle in the historical terrestrial carbon balance. *Global Biogeochem. Cycles*, **24**, GB1006.

Zak, D. R., K. S. Pregitzer, M. E. Kubiske, and A. J. Burton, 2011: Forest productivity under elevated $CO_2$ and $O_3$: Positive feedbacks to soil N cycling sustain decade-long net primary productivity enhancement by $CO_2$. *Ecol. Lett.*, **14**, 1220–1226.

Zech, R., Y. Huang, M. Zech, R. Tarozo, and W. Zech, 2011: High carbon sequestration in Siberian permafrost loess-paleosoils during glacials. *Clim. Past*, **7**, 501–509.

Zeebe, R. E., and D. Wolf-Gladrow, 2001: $CO_2$ in Seawater: Equilibrium, Kinetics, Isotopes. Elsevier Science, Amsterdam, Netherlands, and Philadelphia, PA, USA.

Zeebe, R. E., and D. Archer, 2005: Feasibility of ocean fertilization and its impact on future atmospheric $CO_2$ levels. *Geophys. Res. Lett.*, **32**, L09703.

Zeng, N., 2003: Glacial-interglacial atmospheric $CO_2$ change —The glacial burial hypothesis. *Adv. Atmos. Sci.*, **20**, 677–693.

Zhang, Q., Y. P. Wang, A. J. Pitman, and Y. J. Dai, 2011: Limitations of nitrogen and phosphorous on the terrestrial carbon uptake in the 20th century. *Geophys. Res. Lett.*, **38**, L22701.

Zhao, M., and S. W. Running, 2010: Drought-induced reduction in global terrestrial net primary production from 2000 through 2009. *Science*, **329**, 940–943.

Zhou, S., and P. C. Flynn, 2005: Geoengineering downwelling ocean currents: A cost assessment. *Clim. Change*, **71**, 203–220.

Zhuang, Q. L., et al., 2006: $CO_2$ and $CH_4$ exchanges between land ecosystems and the atmosphere in northern high latitudes over the 21st century. *Geophys. Res. Lett.*, **33**, L17403.

Zickfeld, K., M. Eby, H. D. Matthews, A. Schmittner, and A. J. Weaver, 2011: Nonlinearity of carbon cycle feedbacks. *J. Clim.*, **24**, 4255–4275.

Zimov, N. S., S. A. Zimov, A. E. Zimova, G. M. Zimova, V. I. Chuprynin, and F. S. Chapin, 2009: Carbon storage in permafrost and soils of the mammoth tundra-steppe biome: Role in the global carbon budget. *Geophys. Res. Lett.*, **36**, L02502.

**6**

BLM_0074079

# 7

# Clouds and Aerosols

**Coordinating Lead Authors:**

Olivier Boucher (France), David Randall (USA)

**Lead Authors:**

Paulo Artaxo (Brazil), Christopher Bretherton (USA), Graham Feingold (USA), Piers Forster (UK), Veli-Matti Kerminen (Finland), Yutaka Kondo (Japan), Hong Liao (China), Ulrike Lohmann (Switzerland), Philip Rasch (USA), S.K. Satheesh (India), Steven Sherwood (Australia), Bjorn Stevens (Germany), Xiao-Ye Zhang (China)

**Contributing Authors:**

Govindasamy Bala (India), Nicolas Bellouin (UK), Angela Benedetti (UK), Sandrine Bony (France), Ken Caldeira (USA), Anthony Del Genio (USA), Maria Cristina Facchini (Italy), Mark Flanner (USA), Steven Ghan (USA), Claire Granier (France), Corinna Hoose (Germany), Andy Jones (UK), Makoto Koike (Japan), Ben Kravitz (USA), Benjamin Laken (Spain), Matthew Lebsock (USA), Natalie Mahowald (USA), Gunnar Myhre (Norway), Colin O'Dowd (Ireland), Alan Robock (USA), Bjørn Samset (Norway), Hauke Schmidt (Germany), Michael Schulz (Norway), Graeme Stephens (USA), Philip Stier (UK), Trude Storelvmo (USA), Dave Winker (USA), Matthew Wyant (USA)

**Review Editors:**

Sandro Fuzzi (Italy), Joyce Penner (USA), Venkatachalam Ramaswamy (USA), Claudia Stubenrauch (France)

This chapter should be cited as:

Boucher, O., D. Randall, P. Artaxo, C. Bretherton, G. Feingold, P. Forster, V.-M. Kerminen, Y. Kondo, H. Liao, U. Lohmann, P. Rasch, S.K. Satheesh, S. Sherwood, B. Stevens and X.Y. Zhang, 2013: Clouds and Aerosols. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0074080

# Table of Contents

Executive Summary ................................................. 573

**7.1    Introduction** .......................................... 576

7.1.1    Clouds and Aerosols in the Atmosphere .................... 576

7.1.2    Rationale for Assessing Clouds, Aerosols and Their Interactions ................................... 576

7.1.3    Forcing, Rapid Adjustments and Feedbacks .............. 576

7.1.4    Chapter Roadmap ............................ 578

**7.2    Clouds** ............................................... 578

7.2.1    Clouds in the Present-Day Climate System ............... 578

7.2.2    Cloud Process Modelling ............................. 582

7.2.3    Parameterization of Clouds in Climate Models ........ 584

7.2.4    Water Vapour and Lapse Rate Feedbacks .................. 586

7.2.5    Cloud Feedbacks and Rapid Adjustments to Carbon Dioxide ....................................... 587

7.2.6    Feedback Synthesis ................................. 591

7.2.7    Anthropogenic Sources of Moisture and Cloudiness ...................................... 592

**7.3    Aerosols** ............................................. 595

7.3.1    Aerosols in the Present-Day Climate System ............. 595

7.3.2    Aerosol Sources and Processes ................................. 599

7.3.3    Progress and Gaps in Understanding Climate Relevant Aerosol Properties ...................................... 602

7.3.4    Aerosol–Radiation Interactions ..................................... 604

7.3.5    Aerosol Responses to Climate Change and Feedback .................................... 605

**7.4    Aerosol–Cloud Interactions** .......................... 606

7.4.1    Introduction and Overview of Progress Since AR4 .... 606

7.4.2    Microphysical Underpinnings of Aerosol–Cloud Interactions ...................................... 609

7.4.3    Forcing Associated with Adjustments in Liquid Clouds ....................................... 609

7.4.4    Adjustments in Cold Clouds ...................................... 611

7.4.5    Synthesis on Aerosol–Cloud Interactions ................. 612

7.4.6    Impact of Cosmic Rays on Aerosols and Clouds ........ 613

**7.5    Radiative Forcing and Effective Radiative Forcing by Anthropogenic Aerosols** ...................... 614

7.5.1    Introduction and Summary of AR4 ........................... 614

7.5.2    Estimates of Radiative Forcing and Effective Radiative Forcing from Aerosol–Radiation Interactions ............ 614

7.5.3    Estimate of Effective Radiative Forcing from Combined Aerosol–Radiation and Aerosol–Cloud Interactions ..................................... 618

7.5.4    Estimate of Effective Radiative Forcing from Aerosol–Cloud Interactions Alone ........................... 620

**7.6    Processes Underlying Precipitation Changes** ........ 624

7.6.1    Introduction ................................................. 624

7.6.2    The Effects of Global Warming on Large-Scale Precipitation Trends ....................................... 624

7.6.3    Radiative Forcing of the Hydrological Cycle ............. 624

7.6.4    Effects of Aerosol–Cloud Interactions on Precipitation ...................................... 625

7.6.5    The Physical Basis for Changes in Precipitation Extremes ............................................. 626

**7.7    Solar Radiation Management and Related Methods** ............................................. 627

7.7.1    Introduction ................................................. 627

7.7.2    Assessment of Proposed Solar Radiation Management Methods ...................................... 627

7.7.3    Climate Response to Solar Radiation Management Methods .................................... 629

7.7.4    Synthesis on Solar Radiation Management Methods ............................................. 635

**References** ................................................. 636

**Frequently Asked Questions**

FAQ 7.1    How Do Clouds Affect Climate and Climate Change? ................................................. 593

FAQ 7.2    How Do Aerosols Affect Climate and Climate Change? ................................................. 622

FAQ 7.3    Could Geoengineering Counteract Climate Change and What Side Effects Might Occur? ..... 632

**Supplementary Material**

*Supplementary Material is available in online versions of the report.*

**7**

## Executive Summary

Clouds and aerosols continue to contribute the largest uncertainty to estimates and interpretations of the Earth's changing energy budget. This chapter focuses on process understanding and considers observations, theory and models to assess how clouds and aerosols contribute and respond to climate change. The following conclusions are drawn.

### Progress in Understanding

**Many of the cloudiness and humidity changes simulated by climate models in warmer climates are now understood as responses to large-scale circulation changes that do not appear to depend strongly on sub-grid scale model processes, increasing confidence in these changes.** For example, multiple lines of evidence now indicate positive feedback contributions from circulation-driven changes in both the height of high clouds and the latitudinal distribution of clouds (*medium to high confidence*[1]). However, some aspects of the overall cloud response vary substantially among models, and these appear to depend strongly on sub-grid scale processes in which there is less confidence. {7.2.4, 7.2.5, 7.2.6, Figure 7.11}

**Climate-relevant aerosol processes are better understood, and climate-relevant aerosol properties better known, than at the time of AR4.** However, the representation of relevant processes varies greatly in global aerosol and climate models and it remains unclear what level of sophistication is required to model their effect on climate. Globally, between 20 and 40% of aerosol optical depth (*medium confidence*) and between one quarter and two thirds of cloud condensation nucleus concentrations (*low confidence*) are of anthropogenic origin. {7.3, Figures 7.12 to 7.15}

**Cosmic rays enhance new particle formation in the free troposphere, but the effect on the concentration of cloud condensation nuclei is too weak to have any detectable climatic influence during a solar cycle or over the last century (*medium evidence, high agreement*).** No robust association between changes in cosmic rays and cloudiness has been identified. In the event that such an association existed, a mechanism other than cosmic ray-induced nucleation of new aerosol particles would be needed to explain it. {7.4.6}

**Recent research has clarified the importance of distinguishing forcing (instantaneous change in the radiative budget) and rapid adjustments (which modify the radiative budget indirectly through fast atmospheric and surface changes) from feedbacks (which operate through changes in climate variables that are mediated by a change in surface temperature).** Furthermore, one can distinguish between the traditional concept of radiative forcing (RF) and the relatively new concept of effective radiative forcing (ERF)

that also includes rapid adjustments. For aerosols one can further distinguish forcing processes arising from aerosol–radiation interactions (ari) and aerosol–cloud interactions (aci). {7.1, Figures 7.1 to 7.3}

**The quantification of cloud and convective effects in models, and of aerosol–cloud interactions, continues to be a challenge. Climate models are incorporating more of the relevant processes than at the time of AR4, but confidence in the representation of these processes remains weak.** Cloud and aerosol properties vary at scales significantly smaller than those resolved in climate models, and cloud-scale processes respond to aerosol in nuanced ways at these scales. Until sub-grid scale parameterizations of clouds and aerosol–cloud interactions are able to address these issues, model estimates of aerosol–cloud interactions and their radiative effects will carry large uncertainties. Satellite-based estimates of aerosol–cloud interactions remain sensitive to the treatment of meteorological influences on clouds and assumptions on what constitutes pre-industrial conditions. {7.3, 7.4, 7.5.3, 7.5.4, 7.6.4, Figures 7.8, 7.12, 7.16}

**Precipitation and evaporation are expected to increase on average in a warmer climate, but also undergo global and regional adjustments to carbon dioxide ($CO_2$) and other forcings that differ from their warming responses. Moreover, there is *high confidence* that, as climate warms, extreme precipitation rates on for example, daily time scales will increase faster than the time average.** Changes in average precipitation must remain consistent with changes in the net rate of cooling of the troposphere, which is affected by its temperature but also by greenhouse gases (GHGs) and aerosols. Consequently, while the increase in global mean precipitation would be 1.5 to 3.5% °C$^{-1}$ due to surface temperature change alone, warming caused by $CO_2$ or absorbing aerosols results in a smaller sensitivity, even more so if it is partially offset by albedo increases. The complexity of land surface and atmospheric processes limits confidence in regional projections of precipitation change, especially over land, although there is a component of a 'wet-get-wetter' and 'dry-get-drier' response over oceans at the large scale. Changes in local extremes on daily and sub-daily time scales are strongly influenced by lower-tropospheric water vapour concentrations, and on average will increase by roughly 5 to 10% per degree Celsius of warming (*medium confidence*). Aerosol–cloud interactions can influence the character of individual storms, but evidence for a systematic aerosol effect on storm or precipitation intensity is more limited and ambiguous. {7.2.4, 7.4, 7.6, Figures 7.20, 7.21}

---

[1]   In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

7

**Water Vapour, Cloud and Aerosol Feedbacks**

**The net feedback from water vapour and lapse rate changes combined, as traditionally defined, is** *extremely likely*[2] **positive (amplifying global climate changes). The sign of the net radiative feedback due to all cloud types is less certain but** *likely* **positive. Uncertainty in the sign and magnitude of the cloud feedback is due primarily to continuing uncertainty in the impact of warming on low clouds.** We estimate the water vapour plus lapse rate feedback[3] to be +1.1 (+0.9 to +1.3) W m$^{-2}$ °C$^{-1}$ and the cloud feedback from all cloud types to be +0.6 (–0.2 to +2.0) W m$^{-2}$ °C$^{-1}$. These ranges are broader than those of climate models to account for additional uncertainty associated with processes that may not have been accounted for in those models. The mean values and ranges in climate models are essentially unchanged since AR4, but are now supported by stronger indirect observational evidence and better process understanding, especially for water vapour. Low clouds contribute positive feedback in most models, but that behaviour is not well understood, nor effectively constrained by observations, so we are not confident that it is realistic. {7.2.4, 7.2.5, 7.2.6, Figures 7.9 to 7.11}.

**Aerosol–climate feedbacks occur mainly through changes in the source strength of natural aerosols or changes in the sink efficiency of natural and anthropogenic aerosols; a limited number of modelling studies have bracketed the feedback parameter within ±0.2 W m$^{-2}$ °C$^{-1}$ with** *low confidence*. There is *medium confidence* for a weak dimethylsulphide–cloud condensation nuclei–cloud albedo feedback due to a weak sensitivity of cloud condensation nuclei population to changes in dimethylsulphide emissions. {7.3.5}

**Quantification of climate forcings[4] due to aerosols and clouds**

**The ERF due to aerosol–radiation interactions that takes rapid adjustments into account (ERFari) is assessed to be –0.45 (–0.95 to +0.05) W m$^{-2}$. The RF from absorbing aerosol on snow and ice is assessed separately to be +0.04 (+0.02 to +0.09) W m$^{-2}$.** Prior to adjustments taking place, the RF due to aerosol–radiation interactions (RFari) is assessed to be –0.35 (–0.85 to +0.15) W m$^{-2}$. The assessment for RFari is less negative than reported in AR4 because of a re-evaluation of aerosol absorption. The uncertainty estimate is wider but more robust, based on multiple lines of evidence from models, remotely sensed data, and ground-based measurements. Fossil fuel and biofuel emissions[4] contribute to RFari via sulphate aerosol: –0.4 (–0.6 to –0.2) W m$^{-2}$, black carbon (BC) aerosol: +0.4 (+0.05 to +0.8) W m$^{-2}$, and primary and secondary organic aerosol: –0.12 (–0.4 to +0.1) W m$^{-2}$. Additional RFari contributions occur via biomass burning

emissions[5]: +0.0 (–0.2 to +0.2) W m$^{-2}$, nitrate aerosol: –0.11 (–0.3 to –0.03) W m$^{-2}$, and mineral dust: –0.1 (–0.3 to +0.1) W m$^{-2}$ although the latter may not be entirely of anthropogenic origin. While there is robust evidence for the existence of rapid adjustment of clouds in response to aerosol absorption, these effects are multiple and not well represented in climate models, leading to large uncertainty. Unlike in the last IPCC assessment, the RF for BC on snow and ice includes the effects on sea ice, accounts for more physical processes and incorporates evidence from both models and observations. This RF has a 2 to 4 times larger global mean surface temperature change per unit forcing than a change in $CO_2$. {7.3.4, 7.5.2, Figures 7.17, 7.18}

**The total ERF due to aerosols (ERFari+aci, excluding the effect of absorbing aerosol on snow and ice) is assessed to be –0.9 (–1.9 to –0.1) W m$^{-2}$ with** *medium confidence*. The ERFari+aci estimate includes rapid adjustments, such as changes to the cloud lifetime and aerosol microphysical effects on mixed-phase, ice and convective clouds. This range was obtained from expert judgement guided by climate models that include aerosol effects on mixed-phase and convective clouds in addition to liquid clouds, satellite studies and models that allow cloud-scale responses. This forcing can be much larger regionally but the global mean value is consistent with several new lines of evidence suggesting less negative estimates for the ERF due to aerosol–cloud interactions than in AR4. {7.4, 7.5.3, 7.5.4, Figure 7.19}

**Persistent contrails from aviation contribute a RF of +0.01 (+0.005 to +0.03) W m$^{-2}$ for year 2011, and the combined contrail and contrail-cirrus ERF from aviation is assessed to be +0.05 (+0.02 to +0.15) W m$^{-2}$.** This forcing can be much larger regionally but there is now *medium confidence* that it does not produce observable regional effects on either the mean or diurnal range of surface temperature. {7.2.7}

**Geoengineering Using Solar Radiation Management Methods**

**Theory, model studies and observations suggest that some Solar Radiation Management (SRM) methods, if practicable, could substantially offset a global temperature rise and partially offset some other impacts of global warming, but the compensation for the climate change caused by GHGs would be imprecise (***high confidence***).** SRM methods are unimplemented and untested. Research on SRM is in its infancy, though it leverages understanding of how the climate responds to forcing more generally. The efficacy of a number of SRM strategies was assessed, and there is *medium confidence* that stratospheric aerosol SRM is scalable to counter the RF from increasing GHGs at least up to approximately 4 W m$^{-2}$; however,

---

[2]   In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

[3]   This and all subsequent ranges given with this format are 90% uncertainty ranges unless otherwise specified.

[4]   All climate forcings (RFs and ERFs) are anthropogenic and relate to the period 1750–2010 unless otherwise specified.

[5]   This species breakdown is less certain than the total RFari and does not sum to the total exactly.

the required injection rate of aerosol precursors remains very uncertain. There is no consensus on whether a similarly large RF could be achieved from cloud brightening SRM owing to uncertainties in understanding and representation of aerosol–cloud interactions. It does not appear that land albedo change SRM can produce a large RF. Limited literature on other SRM methods precludes their assessment. Models consistently suggest that SRM would generally reduce climate differences compared to a world with elevated GHG concentrations and no SRM; however, there would also be residual regional differences in climate (e.g., temperature and rainfall) when compared to a climate without elevated GHGs. {7.4.3, 7.7}

**Numerous side effects, risks and shortcomings from SRM have been identified.** Several lines of evidence indicate that SRM would produce a small but significant decrease in global precipitation (with larger differences on regional scales) if the global surface temperature were maintained. A number of side effects have been identified. One that is relatively well characterized is the likelihood of modest polar stratospheric ozone depletion associated with stratospheric aerosol SRM. There could also be other as yet unanticipated consequences. As long as GHG concentrations continued to increase, the SRM would require commensurate increase, exacerbating side effects. In addition, scaling SRM to substantial levels would carry the risk that if the SRM were terminated for any reason, there is *high confidence* that surface temperatures would increase rapidly (within a decade or two) to values consistent with the GHG forcing, which would stress systems sensitive to the rate of climate change. Finally, SRM would not compensate for ocean acidification from increasing $CO_2$. {7.6.3, 7.7, Figures 7.22 to 7.24}

**7**

BLM_0074084

## 7.1   Introduction

### 7.1.1   Clouds and Aerosols in the Atmosphere

The atmosphere is composed mostly of gases, but also contains liquid and solid matter in the form of particles. It is usual to distinguish these particles according to their size, chemical composition, water content and fall velocity into atmospheric aerosol particles, cloud particles and falling hydrometeors. Despite their small mass or volume fraction, particles in the atmosphere strongly influence the transfer of radiant energy and the spatial distribution of latent heating through the atmosphere, thereby influencing the weather and climate.

Cloud formation usually takes place in rising air, which expands and cools, thus permitting the activation of aerosol particles into cloud droplets and ice crystals in supersaturated air. Cloud particles are generally larger than aerosol particles and composed mostly of liquid water or ice. The evolution of a cloud is governed by the balance between a number of dynamical, radiative and microphysical processes. Cloud particles of sufficient size become falling hydrometeors, which are categorized as drizzle drops, raindrops, snow crystals, graupel and hailstones. Precipitation is an important and complex climate variable that is influenced by the distribution of moisture and cloudiness, and to a lesser extent by the concentrations and properties of aerosol particles.

Aerosol particles interact with solar radiation through absorption and scattering and, to a lesser extent with terrestrial radiation through absorption, scattering and emission. Aerosols[6] can serve as cloud condensation nuclei (CCN) and ice nuclei (IN) upon which cloud droplets and ice crystals form. They also play a wider role in atmospheric chemistry and biogeochemical cycles in the Earth system, for instance, by carrying nutrients to ocean ecosystems. They can be natural or anthropogenic origin.

Cloud and aerosol amounts[7] and properties are extremely variable in space and time. The short lifetime of cloud particles in subsaturated air creates relatively sharp cloud edges and fine-scale variations in cloud properties, which is less typical of aerosol layers. While the distinction between aerosols and clouds is generally appropriate and useful, it is not always unambiguous, which can cause interpretational difficulties (e.g., Charlson et al., 2007; Koren et al., 2007).

### 7.1.2   Rationale for Assessing Clouds, Aerosols and Their Interactions

The representation of cloud processes in climate models has been recognized for decades as a dominant source of uncertainty in our understanding of changes in the climate system (e.g., Arakawa, 1975, 2004; Charney et al., 1979; Cess et al., 1989; Randall et al., 2003; Bony et al., 2006), but has never been systematically assessed by the IPCC before. Clouds respond to climate forcing mechanisms in multiple ways, and

inter-model differences in cloud feedbacks constitute by far the primary source of spread of both equilibrium and transient climate responses simulated by climate models (Dufresne and Bony, 2008) despite the fact that most models agree that the feedback is positive (Randall et al., 2007; Section 7.2). Thus confidence in climate projections requires a thorough assessment of how cloud processes have been accounted for.

Aerosols of anthropogenic origin are responsible for a radiative forcing (RF) of climate change through their interaction with radiation, and also as a result of their interaction with clouds. Quantification of this forcing is fraught with uncertainties (Haywood and Boucher, 2000; Lohmann and Feichter, 2005) and aerosols dominate the uncertainty in the total anthropogenic RF (Forster et al., 2007; Haywood and Schulz, 2007; Chapter 8). Furthermore, our inability to better quantify non-greenhouse gas RFs, and primarily those that result from aerosol–cloud interactions, underlie difficulties in constraining climate sensitivity from observations even if we had a perfect knowledge of the temperature record (Andreae et al., 2005). Thus a complete understanding of past and future climate change requires a thorough assessment of aerosol–cloud–radiation interactions.

### 7.1.3   Forcing, Rapid Adjustments and Feedbacks

Figure 7.1 illustrates key aspects of how clouds and aerosols contribute to climate change, and provides an overview of important terminological distinctions. *Forcings* associated with agents such as greenhouse gases (GHGs) and aerosols act on global mean surface temperature through the global radiative (energy) budget. *Rapid adjustments* (sometimes called rapid responses) arise when forcing agents, by altering flows of energy internal to the system, affect cloud cover or other components of the climate system and thereby alter the global budget indirectly. Because these adjustments do not operate through changes in the global mean surface temperature ($\Delta T$), which are slowed by the massive heat capacity of the oceans, they are generally rapid and most are thought to occur within a few weeks. *Feedbacks* are associated with changes in climate variables that are mediated by a change in global mean surface temperature; they contribute to amplify or damp global temperature changes via their impact on the radiative budget.

In this report, following an emerging consensus in the literature, the traditional concept of radiative forcing (RF, defined as the instantaneous radiative forcing with stratospheric adjustment only) is de-emphasized in favour of an absolute measure of the radiative effects of all responses triggered by the forcing agent that are independent of surface temperature change (see also Section 8.1). This new measure of the forcing includes rapid adjustments and the net forcing with these adjustments included is termed the *effective radiative forcing* (ERF). The climate sensitivity to ERF will differ somewhat from traditional equilibrium climate sensitivity, as the latter include adjustment effects. As shown in Figure 7.1, adjustments can occur through geographic temperature variations, lapse rate changes, cloud changes

---

[6]   For convenience the term 'aerosol', which includes both the particles and the suspending gas, is often used in its plural form to mean 'aerosol particles' both in this chapter and the rest of this Report.

[7]   In this chapter, we use 'cloud amount' as an inexact term to refer to the quantity of clouds, both in the horizontal and vertical directions. The term 'cloud cover' is used in its usual sense and refers to the horizontal cloud cover.

BLM_0074085



**Figure 7.1** | Overview of forcing and feedback pathways involving greenhouse gases, aerosols and clouds. Forcing agents are in the green and dark blue boxes, with forcing mechanisms indicated by the straight green and dark blue arrows. The forcing is modified by rapid adjustments whose pathways are independent of changes in the globally averaged surface temperature and are denoted by brown dashed arrows. Feedback loops, which are ultimately rooted in changes ensuing from changes in the surface temperature, are represented by curving arrows (blue denotes cloud feedbacks; green denotes aerosol feedbacks; and orange denotes other feedback loops such as those involving the lapse rate, water vapour and surface albedo). The final temperature response depends on the effective radiative forcing (ERF) that is felt by the system, that is, after accounting for rapid adjustments, and the feedbacks.

and vegetation effects. Measures of ERF and rapid adjustments have existed in the literature for more than a decade, with a number of different terminologies and calculation methods adopted. These were principally aimed to help quantify the effects of aerosols on clouds (Rotstayn and Penner, 2001; Lohmann et al., 2010) and understand different forcing agent responses (Hansen et al., 2005), but it is now realized that there are rapid adjustments in response to the $CO_2$ forcing itself (Section 7.2.5.6).

In principle rapid adjustments are independent of $\Delta T$, while feedbacks operate purely through $\Delta T$. Thus, within this framework adjustments are not another type of 'feedback' but rather a non-feedback phenomenon, required in the analysis by the fact that a single scalar $\Delta T$ cannot fully characterize the system. This framework brings most efficacies close to unity although they are not necessarily exactly 1 (Hansen et al., 2005; Bond et al., 2013). There is also no clean separation in time scale between rapid adjustments and warming. Although the former occur mostly within a few days of applying a forcing (Dong et al., 2009), some adjustments such as those that occur within the stratosphere and snowpack can take several months or longer. Meanwhile the land surface warms quickly so that a small part of $\Delta T$ occurs within days to weeks of an applied forcing. This makes the two phenomena difficult to isolate in model runs. Other drawbacks are that adjustments are difficult to observe, and typically more model-dependent than RF. However, recent work is beginning to meet the challenges of quantifying the adjustments, and has noted advantages of the new framework (e.g., Vial et al., 2013; Zelinka et al., 2013).

There is no perfect method to determine ERF. Two common methods are to regress the net energy imbalance onto $\Delta T$ in a transient



**Figure 7.2** | Radiative forcing (RF) and effective radiative forcing (ERF) estimates derived by two methods, for the example of $4 \times CO_2$ experiments in one climate model. $N$ is the net energy imbalance at the top of the atmosphere and $\Delta T$ the global mean surface temperature change. The fixed sea surface temperature ERF estimate is from an atmosphere–land model averaged over 30 years. The regression estimate is from 150 years of a coupled model simulation after an instantaneous quadrupling of $CO_2$, with the $N$ from individual years in this regression shown as black diamonds. The stratospherically adjusted RF is the tropopause energy imbalance from otherwise identical radiation calculations at $1\times$ and $4\times CO_2$ concentrations. (Figure follows Andrews et al., 2012.) See also Figure 8.1.

7

BLM_0074086



**Figure 7.3 |** Schematic of the new terminology used in this Assessment Report (AR5) for aerosol–radiation and aerosol–cloud interactions and how they relate to the terminology used in AR4. The blue arrows depict solar radiation, the grey arrows terrestrial radiation and the brown arrow symbolizes the importance of couplings between the surface and the cloud layer for rapid adjustments. See text for further details.

warming simulation (Gregory et al., 2004; Figure 7.2), or to simulate the climate response with sea surface temperatures (SSTs) held fixed (Hansen et al., 2005). The former can be complicated by natural variability or time-varying feedbacks, while the non-zero $\Delta T$ from land warming complicates the latter. Both methods are used in this chapter.

Figure 7.3 links the former terminology of aerosol direct, semi-direct and indirect effects with the new terminology used in this chapter and in Chapter 8. The RF from aerosol–radiation interactions (abbreviated RFari) encompasses radiative effects from anthropogenic aerosols before any adjustment takes place and corresponds to what is usually referred to as the aerosol direct effect. Rapid adjustments induced by aerosol radiative effects on the surface energy budget, the atmospheric profile and cloudiness contribute to the ERF from aerosol–radiation interactions (abbreviated ERFari). They include what has earlier been referred to as the semi-direct effect. The RF from aerosol–cloud interactions (abbreviated RFaci) refers to the instantaneous effect on cloud albedo due to changing concentrations of cloud condensation and ice nuclei, also known as the Twomey effect. All subsequent changes to the cloud lifetime and thermodynamics are rapid adjustments, which contribute to the ERF from aerosol–cloud interactions (abbreviated ERFaci). RFaci is a theoretical construct that is not easy to separate from other aerosol–cloud interactions and is therefore not quantified in this chapter.

### 7.1.4    Chapter Roadmap

For the first time in the IPCC WGI assessment reports, clouds and aerosols are discussed together in a single chapter. Doing so allows us to assess, and place in context, recent developments in a large and growing area of climate change research. In addition to assessing cloud feedbacks and aerosol forcings, which were covered in previous assessment reports in a less unified manner, it becomes possible to assess understanding of the multiple interactions among aerosols,

clouds and precipitation and their relevance for climate and climate change. This chapter assesses the climatic roles and feedbacks of water vapour, lapse rate and clouds (Section 7.2), discusses aerosol–radiation (Section 7.3) and aerosol–cloud (Section 7.4) interactions and quantifies the resulting aerosol RF on climate (Section 7.5). It also introduces the physical basis for the precipitation responses to aerosols and climate changes (Section 7.6) noted later in the Report, and assesses geoengineering methods based on solar radiation management (Section 7.7).

## 7.2    Clouds

This section summarizes our understanding of clouds in the current climate from observations and process models; advances in the representation of cloud processes in climate models since AR4; assessment of cloud, water vapour and lapse rate feedbacks and adjustments; and the RF due to clouds induced by moisture released by two anthropogenic processes (air traffic and irrigation). Aerosol–cloud interactions are assessed in Section 7.4. The fidelity of climate model simulations of clouds in the current climate is assessed in Chapter 9.

### 7.2.1    Clouds in the Present-Day Climate System

#### 7.2.1.1    Cloud Formation, Cloud Types and Cloud Climatology

To form a cloud, air must cool or moisten until it is sufficiently supersaturated to activate some of the available condensation or freezing nuclei. Clouds may be composed of liquid water (possibly supercooled), ice or both (mixed phase). The nucleated cloud particles are initially very small, but grow by vapour deposition. Other microphysical mechanisms dependent on the cloud phase (e.g., droplet collision and coalescence for liquid clouds, riming and Wegener–Bergeron–Findeisen processes for mixed-phase clouds and crystal aggregation in ice clouds)

**7**

578

can produce a broader spectrum of particle sizes and types; turbulent mixing produces further variations in cloud properties on scales from kilometres to less than a centimetre (Davis et al., 1999; Bodenschatz et al., 2010). If and when some of the droplets or ice particles become large enough, these will fall out of the cloud as precipitation.

Atmospheric flows often organize convection and associated clouds into coherent systems having scales from tens to thousands of kilometres, such as cyclones or frontal systems. These represent a significant modelling and theoretical challenge, as they are usually too large to represent within the limited domains of cloud-resolving models (Section 7.2.2.1), but are also not well resolved nor parameterized by most climate models; this gap, however, is beginning to close (Section 7.2.2.2). Finally, clouds and cloud systems are organized by larger-scale circulations into different regimes such as deep convection near the equator, subtropical marine stratocumulus, or mid-latitude storm tracks guided by the tropospheric westerly jets. Figure 7.4 shows a selection of widely occurring cloud regimes schematically and as they might appear in a typical geostationary satellite image.

New satellite sensors and new analysis of previous data sets have given us a clearer picture of the Earth's clouds since AR4. A notable example

is the launch in 2006 of two coordinated, active sensors, the Cloud Profiling Radar (CPR) on the CloudSat satellite (Stephens et al., 2002) and the Cloud–Aerosol Lidar with Orthogonal Polarization (CALIOP) on board the Cloud–Aerosol Lidar and Infrared Pathfinder Satellite Observations (CALIPSO) satellite (Winker et al., 2009). These sensors have significantly improved our ability to quantify vertical profiles of cloud occurrence and water content (see Figures 7.5 and 7.6), and complement the detection capabilities of passive multispectral sensors (e.g., Stubenrauch et al., 2010; Chan and Comiso, 2011). Satellite cloud-observing capacities are reviewed by Stubenrauch et al. (2013).

Clouds cover roughly two thirds of the globe (Figure 7.5a, c), with a more precise value depending on both the optical depth threshold used to define cloud and the spatial scale of measurement (Wielicki and Parker, 1992; Stubenrauch et al., 2013). The mid-latitude oceanic storm tracks and tropical precipitation belts are particularly cloudy, while continental desert regions and the central subtropical oceans are relatively cloud-free. Clouds are composed of liquid at temperatures above 0°C, ice below about −38°C (e.g., Koop et al., 2000), and either or both phases at intermediate temperatures (Figure 7.5b). Throughout most of the troposphere, temperatures at any given altitude are usually warmer in the tropics, but clouds also extend higher there such that ice



**Figure 7.4 |** Diverse cloud regimes reflect diverse meteorology. (a) A visible-wavelength geostationary satellite image shows (from top to bottom) expanses and long arcs of cloud associated with extratropical cyclones, subtropical coastal stratocumulus near Baja California breaking up into shallow cumulus clouds in the central Pacific and mesoscale convective systems outlining the Pacific Intertropical Convergence Zone (ITCZ). (b) A schematic section along the dashed line from the orange star to the orange circle in (a), through a typical warm front of an extratropical cyclone. It shows (from right to left) multiple layers of upper-tropospheric ice (cirrus) and mid-tropospheric water (altostratus) cloud in the upper-tropospheric outflow from the frontal zone, an extensive region of nimbostratus associated with frontal uplift and turbulence-driven boundary layer cloud in the warm sector. (c) A schematic section along the dashed line from the red star to the red circle in (a), along the low-level trade wind flow from a subtropical west coast of a continent to the ITCZ. It shows (from right to left) typical low-latitude cloud mixtures, shallow stratocumulus trapped under a strong subsidence inversion above the cool waters of the oceanic upwelling zone near the coast and shallow cumulus over warmer waters further offshore transitioning to precipitating cumulonimbus cloud systems with extensive cirrus anvils associated with rising air motions in the ITCZ.

BLM_0074088

cloud amounts are no less than those at high latitudes. At any given time, most clouds are not precipitating (Figure 7.5d).

In this chapter cloud above the 440 hPa pressure level is considered 'high', that below the 680 hPa level 'low', and that in-between is considered 'mid-level'. Most high cloud (mainly cirrus and deep cumulus outflows) occurs near the equator and over tropical continents, but can also be seen in the mid-latitude storm track regions and over mid-latitude continents in summer (Figure 7.6a, e); it is produced by the storms generating most of the global rainfall in regions where tropospheric air motion is upward, such that dynamical, rainfall and high-cloud fields closely resemble one another (Figure 7.6d, h). Mid-level cloud (Figure 7.6b, f), comprising a variety of types, is prominent in the storm tracks and some occurs in the Intertropical Convergence Zone (ITCZ). Low cloud (Figure 7.6c, g), including shallow cumulus and stratiform cloud, occurs over essentially all oceans but is most prevalent over cooler subtropical oceans and in polar regions. It is less common over land, except at night and in winter.

Overlap between cloud layers has long been an issue both for satellite (or ground-based) detection and for calculating cloud radiative effects. Active sensors show more clearly that low clouds are prevalent in nearly all types of convective systems, and are often underestimated by models (Chepfer et al., 2008; Naud et al., 2010; Haynes et al., 2011). Cloud layers at different levels overlap less often than typically assumed in General Circulation Models (GCMs), especially

over high-latitude continents and subtropical oceans (Naud et al., 2008; Mace et al., 2009), and the common assumption that the radiative effects of precipitating ice can be neglected is not necessarily warranted (Waliser et al., 2011). New observations have led to revised treatments of overlap in some models, which significantly affects cloud radiative effects (Pincus et al., 2006; Shonk et al., 2012). Active sensors have also been useful in detecting low-lying Arctic clouds over sea ice (Kay et al., 2008), improving our ability to test climate model simulations of the interaction between sea ice loss and cloud cover (Kay et al., 2011).

### 7.2.1.2    Effects of Clouds on the Earth's Radiation Budget

The effect of clouds on the Earth's present-day top of the atmosphere (TOA) radiation budget, or cloud radiative effect (CRE), can be inferred from satellite data by comparing upwelling radiation in cloudy and non-cloudy conditions (Ramanathan et al., 1989). By enhancing the planetary albedo, cloudy conditions exert a global and annual short-wave cloud radiative effect (SWCRE) of approximately −50 W m$^{-2}$ and, by contributing to the greenhouse effect, exert a mean longwave effect (LWCRE) of approximately +30 W m$^{-2}$, with a range of 10% or less between published satellite estimates (Loeb et al., 2009). Some of the apparent LWCRE comes from the enhanced water vapour coinciding with the natural cloud fluctuations used to measure the effect, so the true cloud LWCRE is about 10% smaller (Sohn et al., 2010). The net global mean CRE of approximately −20 W m$^{-2}$ implies a net cooling



**Figure 7.5 |** (a) Annual mean cloud fractional occurrence (CloudSat/CALIPSO 2B-GEOPROF-LIDAR data set for 2006–2011; Mace et al., 2009). (b) Annual zonal mean liquid water path (blue shading, microwave radiometer data set for 1988–2005 from O'Dell et al. (2008)) and total water path (ice path shown with grey shading, from CloudSat 2C-ICE data set for 2006–2011 from Deng et al. (2010) over oceans). The 90% uncertainty ranges, assessed to be approximately 60 to 140% of the mean for the liquid and total water paths, are schematically indicated by the error bars. (c–d) latitude-height sections of annual zonal mean cloud (including precipitation falling from cloud) occurrence and precipitation (attenuation-corrected radar reflectivity >0 dBZ) occurrence; the latter has been doubled to make use of a common colour scale (2B-GEOPROF-LIDAR data set). The dashed curves show the annual mean 0°C and −38°C isotherms.

BLM_0074089



**Figure 7.6 |** (a–d) December–January–February mean high, middle and low cloud cover from CloudSat/CALIPSO 2B-GEOPROF R04 and 2B-GEOPROF-LIDAR P1.R04 data sets for 2006–2011 (Mace et al., 2009), 500 hPa vertical pressure velocity (colours, from ERA-Interim for 1979–2010; Dee et al., 2011), and Global Precipitation Climatology Project (GCPP) version 2.2 precipitation rate (1981–2010, grey contours at 3 mm day⁻¹ in dash and 7 mm day⁻¹ in solid); (e–h) same as (a–d), except for June–July–August. For low clouds, the GCM-Oriented CALIPSO Cloud Product (GOCCP) data set for 2007–2010 (Chepfer et al., 2010) is used at locations where it indicates a larger fractional cloud cover, because the GEOPROF data set removes some clouds with tops at altitudes below 750 m. Low cloud amounts are probably underrepresented in regions of high cloud (Chepfer et al., 2008), although not as severely as with earlier satellite instruments.

BLM_0074090



**Figure 7.7 |** Distribution of annual-mean top of the atmosphere (a) shortwave, (b) longwave, (c) net cloud radiative effects averaged over the period 2001–2011 from the Clouds and the Earth's Radiant Energy System (CERES) Energy Balanced and Filled (EBAF) Ed2.6r data set (Loeb et al., 2009) and (d) precipitation rate (1981–2000 average from the GPCP Version 2.2 data set; Adler et al., 2003).

effect of clouds on the current climate. Owing to the large magnitudes of the SWCRE and LWCRE, clouds have the potential to cause significant climate feedback (Section 7.2.5). The sign of this feedback on climate change cannot be determined from the sign of CRE in the current climate, but depends instead on how climate-sensitive the properties are that govern the LWCRE and SWCRE.

The regional patterns of annual-mean TOA CRE (Figure 7.7a, b) reflect those of the altitude-dependent cloud distributions. High clouds, which are cold compared to the clear-sky radiating temperature, dominate patterns of LWCRE, while the SWCRE is sensitive to optically thick clouds at all altitudes. SWCRE also depends on the available sunlight, so for example is sensitive to the diurnal and seasonal cycles of cloudiness. Regions of deep, thick cloud with large positive LWCRE and large negative SWCRE tend to accompany precipitation (Figure 7.7d), showing their intimate connection with the hydrological cycle. The net CRE is negative over most of the globe and most negative in regions of very extensive low-lying reflective stratus and stratocumulus cloud such as the mid-latitude and eastern subtropical oceans, where SWCRE is strong but LWCRE is weak (Figure 7.7c). In these regions, the spatial distribution of net CRE on seasonal time scales correlates strongly with measures of low-level stability or inversion strength (Klein and Hartmann, 1993; Williams et al., 2006; Wood and Bretherton, 2006; Zhang et al., 2010).

Clouds also exert a CRE at the surface and within the troposphere, thus affecting the hydrological cycle and circulation (Section 7.6), though this aspect of CRE has received less attention. The net downward flux of radiation at the surface is sensitive to the vertical and horizontal distribution of clouds. It has been estimated more accurately through radiation budget measurements and cloud profiling (Kato et al., 2011). Based on these observations, the global mean surface downward longwave flux is about 10 W m$^{-2}$ larger than the average in climate models, probably due to insufficient model-simulated cloud cover or lower tropospheric moisture (Stephens et al., 2012). This is consistent with a global mean precipitation rate in the real world somewhat larger than current observational estimates.

### 7.2.2 Cloud Process Modelling

Cloud formation processes span scales from the sub-micrometre scale of CCN, to cloud-system scales of up to thousands of kilometres. This range of scales is impossible to resolve with numerical simulations on computers, and this is not expected to change in the foreseeable future. Nonetheless progress has been made through a variety of modelling strategies, which are outlined briefly in this section, followed by a discussion in Section 7.2.3 of developments in representing clouds in global models. The implications of these discussions are synthesized in Section 7.2.3.5.

#### 7.2.2.1 Explicit Simulations in Small Domains

High-resolution models in small domains have been widely used to simulate interactions of turbulence with various types of clouds. The grid spacing is chosen to be small enough to resolve explicitly the dominant turbulent eddies that drive cloud heterogeneity, with the effects of smaller-scale phenomena parameterized. Such models can be run in

BLM_0074091

idealized settings, or with boundary conditions for specific observed cases. This strategy is typically called large-eddy simulation (LES) when boundary-layer eddies are resolved, and cloud-resolving model (CRM) when only deep cumulus motions are well resolved. It is useful not only in simulating cloud and precipitation characteristics, but also in understanding how turbulent circulations within clouds transport and process aerosols and chemical constituents. It can be applied to any type of cloud system, on any part of the Earth. Direct numerical simulation (DNS) can be used to study turbulence and cloud microphysics on scales of a few metres or less (e.g., Andrejczuk et al., 2006) but cannot span crucial meteorological scales and is not further considered here.

Cloud microphysics, precipitation and aerosol interactions are treated with varying levels of sophistication, and remain a weak point in all models regardless of resolution. For example, recent comparisons to satellite data show that liquid water clouds in CRMs generally begin to rain too early in the day (Suzuki et al., 2011). Especially for ice clouds, and for interactions between aerosols and clouds, our understanding of the basic micro-scale physics is not yet adequate, although it is improving. Moreover, microphysical effects are quite sensitive to co-variations of velocity and composition down to very small scales. High-resolution models, such as those used for LES, explicitly calculate most of these variations, and so provide much more of the information needed for microphysical calculations, whereas in a GCM they are not explicitly available. For these reasons, low-resolution (e.g., climate) models will have even more trouble representing local aerosol–cloud interactions than will high-resolution models. Parameterizations are under development that could account for the small-scale variations statistically (e.g., Larson and Golaz, 2005) but have not been used in the Coupled Model Intercomparison Project Phase 5 (CMIP5) simulations.

High-resolution models have enhanced our understanding of cloud processes in several ways. First, they can help interpret *in situ* and high-resolution remote sensing observations (e.g., Stevens et al., 2005b; Blossey et al., 2007; Fridlind et al., 2007). Second, they have revealed important influences of small-scale interactions, turbulence, entrainment and precipitation on cloud dynamics that must eventually be accounted for in parameterizations (e.g., Krueger et al., 1995; Derbyshire et al., 2004; Kuang and Bretherton, 2006; Ackerman et al., 2009). Third, they can be used to predict how cloud system properties (such as cloud cover, depth, or radiative effect) may respond to climate changes (e.g., Tompkins and Craig, 1998; Bretherton et al., 2013). Fourth, they have become an important tool in testing and improving parameterizations of cloud-controlling processes such as cumulus convection, turbulent mixing, small-scale horizontal cloud variability and aerosol–cloud interactions (Randall et al., 2003; Rio and Hourdin, 2008; Stevens and Seifert, 2008; Lock, 2009; Del Genio and Wu, 2010; Fletcher and Bretherton, 2010), as well as the interplay between convection and large-scale circulations (Kuang, 2008).

Different aspects of clouds, and cloud types, require different grid resolutions. CRMs of deep convective cloud systems with horizontal resolutions of 2 km or finer (Bryan et al., 2003) can represent some statistical properties of the cloud system, including fractional area coverage of cloud (Xu et al., 2002), vertical thermodynamic structure (Blossey et al., 2007), the distribution of updraughts and downdraughts (Khairoutdinov et al., 2009) and organization into mesoscale convective

systems (Grabowski et al., 1998). Modern high-order turbulence closure schemes may allow some statistics of boundary-layer cloud distributions, including cloud fractions and fluxes of moisture and energy, to be reasonably simulated even at horizontal resolution of 1 km or larger (Cheng and Xu, 2006, 2008). Finer grids (down to hundreds of metres) better resolve individual storm characteristics such as vertical velocity or tracer transport. Some cloud ensemble properties remain sensitive to CRM microphysical parameterization assumptions regardless of resolution, particularly the vertical distribution and optical depth of clouds containing ice.

Because of these requirements, it is computationally demanding to run a CRM in a domain large enough to capture convective organisation or perform regional forecasts. Some studies have created smaller regions of CRM-like resolution within realistically forced regional-scale models (e.g., Zhu et al., 2010; Boutle and Abel, 2012; Zhu et al., 2012), a special case of the common 'nesting' approach for regional downscaling (see Section 9.6). One application has been to orographic precipitation, associated both with extratropical cyclones (e.g., Garvert et al., 2005) and with explicitly simulated cumulus convection (e.g., Hohenegger et al., 2008); better resolution of the orography improves the simulation of precipitation initiation and wind drift of falling rain and snow between watersheds.

LES of shallow cumulus cloud fields with horizontal grid spacing of about 100 m and vertical grid spacing of about 40 m produces vertical profiles of cloud fraction, temperature, moisture and turbulent fluxes that agree well with available observations (Siebesma et al., 2003), though the simulated precipitation efficiency still shows some sensitivity to microphysical parameterizations (vanZanten et al., 2011). LES of stratocumulus-topped boundary layers reproduces the turbulence statistics and vertical thermodynamic structure well (e.g., Stevens et al., 2005b; Ackerman et al., 2009), and has been used to study the sensitivity of stratocumulus properties to aerosols (e.g., Savic-Jovcic and Stevens, 2008; Xue et al., 2008) and meteorological conditions. However, the simulated entrainment rate and cloud liquid water path are sensitive to the underlying numerical algorithms, even with vertical grid spacings as small as 5 m, due to poor resolution of the sharp capping inversion (Stevens et al., 2005a).

These grid requirements mean that low-cloud processes dominating the known uncertainty in cloud feedback cannot be explicitly simulated except in very small domains. Thus, notwithstanding all of the above benefits of explicit cloud modeling, these models cannot on their own quantify global cloud feedbacks or aerosol–cloud interactions definitively. They are important, however, in suggesting and testing feedback and adjustment mechanisms (see Sections 7.2.5 and 7.4).

### 7.2.2.2   Global Models with Explicit Clouds

Since AR4, increasing computer power has led to three types of developments in global atmospheric models. First, models have been run with resolution that is higher than in the past, but not sufficiently high that cumulus clouds can be resolved explicitly. Second, models have been run with resolution high enough to resolve (or 'permit') large individual cumulus clouds over the entire globe. In a third approach, the parameterizations of global models have been replaced by

**7**

BLM_0074092

embedded CRMs. The first approach is assessed in Chapter 9. The other two approaches are discussed below.

Global Cloud-Resolving Models (GCRMs) have been run with grid spacings as small as 3.5 km (Tomita et al., 2005; Putman and Suarez, 2011). At present GCRMs can be used only for relatively short simulations of a few simulated months to a year or two on the fastest supercomputers, but in the not-too distant future they may provide climate projections. GCRMs provide a consistent way to couple convective circulations to large-scale dynamics, but must still parameterize the effects of individual clouds, microphysics and boundary-layer circulations.

Because they avoid the use of uncertain cumulus parameterizations, GCRMs better simulate many properties of convective circulations that are very challenging for many current conventional GCMs, including the diurnal cycles of precipitation (Sato et al., 2009) and the Asian summer monsoon (Oouchi et al., 2009). Inoue et al. (2010) showed that the cloudiness simulated by a GCRM is in good agreement with observations from CloudSat and CALIPSO, but the results are sensitive to the parameterizations of turbulence and cloud microphysics (Satoh et al., 2010; Iga et al., 2011; Kodama et al., 2012).

Heterogeneous multiscale methods, in which CRMs are embedded in each grid cell of a larger scale model (Grabowski and Smolarkiewicz, 1999), have also been further developed as a way to realize some of the advantages of GCRMs but at less cost. This approach has come to be known as super-parameterization, because the CRM effectively replaces some of the existing GCM parameterizations (e.g., Khairoutdinov and Randall, 2001; Tao et al., 2009). Super-parameterized models, which are sometimes called multiscale modeling frameworks, occupy a middle ground between high-resolution 'process models' and 'climate models' (see Figure 7.8), in terms of both advantages and cost.

Like GCRMs, super-parameterized models give more realistic simulations of the diurnal cycle of precipitation (Khairoutdinov et al., 2005; Pritchard and Somerville, 2010) and the Madden-Julian Oscillation (Benedict and Randall, 2009) than most conventional GCMs; they can also improve aspects of the Asian monsoon and the El Niño–Southern Oscillation (ENSO; Stan et al., 2010; DeMott et al., 2011). Moreover, because they also begin to resolve cloud-scale circulations, both strategies provide a framework for studying aerosol–cloud interactions that conventional GCMs lack (Wang et al., 2011b). Thus both types of global model provide important insights, but because neither of them fully resolves cloud processes, especially for low clouds (see Section 7.2.2.1), their results must be treated with caution just as with conventional GCMs.

### 7.2.3    Parameterization of Clouds in Climate Models

#### 7.2.3.1    Challenges of Parameterization

The representation of cloud microphysical processes in climate models is particularly challenging, in part because some of the fundamental details of these microphysical processes are poorly understood (particularly for ice- and mixed-phase clouds), and because spatial heterogeneity of key atmospheric properties occurs at scales significantly smaller than a GCM grid box. Such representation, however,



**Figure 7.8 |** Model and simulation strategy for representing the climate system and climate processes at different space and time scales. Also shown are the ranges of space and time scales usually associated with cloud processes (orange, lower left) and the climate system (blue, upper right). Classes of models are usually defined based on the range of spatial scales they represent, which in the figure is roughly spanned by the text for each model class. The temporal scales simulated by a particular type of model vary more widely. For instance, climate models are often run for a few time steps for diagnostic studies, or can simulate millennia. Hence the figure indicates the typical time scales for which a given model is used. Computational power prevents one model from covering all time and space scales. Since the AR4, the development of Global Cloud Resolving Models (GCRMs), and hybrid approaches such as General Circulation Models (GCMs) using the 'super-parameterization' approach (sometimes called the Multiscale Modelling Framework (MMF)), have helped fill the gap between climate system and cloud process models.

affects many aspects of a model's overall simulated climate including the Hadley circulation, precipitation patterns, and tropical variability. Therefore continuing weakness in these parameterizations affects not only modeled climate sensitivity, but also the fidelity with which these other variables can be simulated or projected.

Most CMIP5 climate model simulations use horizontal resolutions of 100 to 200 km in the atmosphere, with vertical layers varying between 100 m near the surface to more than 1000 m aloft. Within regions of this size in the real world, there is usually enormous small-scale variability in cloud properties, associated with variability in humidity, temperature and vertical motion (Figure 7.16). This variability must be accounted for to accurately simulate cloud–radiation interaction, condensation, evaporation and precipitation and other cloud processes that crucially depend on how cloud condensate is distributed across each grid box (Cahalan et al., 1994; Pincus and Klein, 2000; Larson et al., 2001; Barker et al., 2003).

The simulation of clouds in modern climate models involves several parameterizations that must work in unison. These include parameterization of turbulence, cumulus convection, microphysical processes, radiative transfer and the resulting cloud amount (including the vertical overlap between different grid levels), as well as sub-grid scale transport of aerosol and chemical species. The system of parameterizations must balance simplicity, realism, computational stability and efficiency. Many cloud processes are unrealistic in current GCMs, and as such their cloud response to climate change remains uncertain.

Cloud processes and/or turbulence parameterization are important not only for the GCMs used in climate projections but also for specialized chemistry–aerosol–climate models (see review by Zhang, 2008),

BLM_0074093

for regional climate models, and indeed for the cloud process models described in Section 7.2.2 which must still parameterize small-scale and microphysical effects. The nature of the parameterization problem, however, shifts as model scale decreases. Section 7.2.3.2 briefly assesses recent developments relevant to GCMs.

### 7.2.3.2    Recent Advances in Representing Cloud Microphysical Processes

#### 7.2.3.2.1    Liquid clouds

Recent development efforts have been focused on the introduction of more complex representations of microphysical processes, with the dual goals of coupling them better to atmospheric aerosols and linking them more consistently to the sub-grid variability assumed by the model for other calculations. For example, most CMIP3 climate models predicted the average cloud and rain water mass in each grid cell only at a given time, diagnosing the droplet concentration using empirical relationships based on aerosol mass (e.g., Boucher and Lohmann, 1995; Menon et al., 2002), or altitude and proximity to land. Many were forced to employ an arbitrary lower bound on droplet concentration to reduce the aerosol RF (Hoose et al., 2009). Such formulations oversimplify microphysically mediated cloud variations.

By contrast, more models participating in CMIP5 predict both mass and number mixing ratios for liquid stratiform cloud. Some determine rain and snow number concentrations and mixing ratios (e.g., Morrison and Gettelman, 2008; Salzmann et al., 2010), allowing treatment of aerosol scavenging and the radiative effect of snow. Some models explicitly treat sub-grid cloud water variability for calculating microphysical process rates (e.g., Morrison and Gettelman, 2008). Cloud droplet activation schemes now account more realistically for particle composition, mixing and size (Abdul-Razzak and Ghan, 2000; Ghan et al., 2011; Liu et al., 2012). Despite such advances in internal consistency, a continuing weakness in GCMs (and to a much lesser extent GCRMs and super-parameterized models) is their inability to fully represent turbulent motions to which microphysical processes are highly sensitive.

#### 7.2.3.2.2    Mixed-phase and ice clouds

Ice treatments are following a path similar to those for liquid water, and face similar but greater challenges because of the greater complexity of ice processes. Many CMIP3 models predicted the condensed water amount in just two categories—cloud and precipitation—with a temperature-dependent partitioning between liquid and ice within either category. Although supersaturation with respect to ice is commonly observed at low temperatures, only one CMIP3 GCM (ECHAM) allowed ice supersaturation (Lohmann and Kärcher, 2002).

Many climate models now include separate, physically based equations for cloud liquid versus cloud ice, and for rain versus snow, allowing a more realistic treatment of mixed-phase processes and ice supersaturation (Liu et al., 2007; Tompkins et al., 2007; Gettelman et al., 2010; Salzmann et al., 2010; see also Section 7.4.4). These new schemes are tested in a single-column model against cases observed in field campaigns (e.g., Klein et al., 2009) or against satellite observations (e.g., Kay et al., 2012), and provide superior simulations of cloud structure

than typical CMIP3 parameterizations (Kay et al., 2012). However new observations reveal complexities not correctly captured by even relatively advanced schemes (Ma et al., 2012a). New representations of the Wegener–Bergeron–Findeisen process in mixed-phase clouds (Storelvmo et al., 2008b; Lohmann and Hoose, 2009) compare the rate at which the pre-existing ice crystals deplete the water vapour with the condensation rate for liquid water driven by vertical updraught speed (Korolev, 2007); these are not yet included in CMIP5 models. Climate models are increasingly representing detailed microphysics, including mixed-phase processes, inside convective clouds (Fowler and Randall, 2002; Lohmann, 2008; Song and Zhang, 2011). Such processes can influence storm characteristics like strength and electrification, and are crucial for fully representing aerosol–cloud interactions, but are still not included in most climate models; their representation is moreover subject to all the caveats noted in Section 7.2.3.1.

### 7.2.3.3    Recent Advances in Parameterizing Moist Turbulence and Convection

Both the mean state and variability in climate models are sensitive to the parameterization of cumulus convection. Since AR4, the development of convective parameterization has been driven largely by rapidly growing use of process models, in particular LES and CRMs, to inform parameterization development (e.g., Hourdin et al., 2013).

Accounting for greater or more state-dependent entrainment of air into deep cumulus updraughts has improved simulations of the Madden–Julian Oscillation, tropical convectively coupled waves and mean rainfall patterns in some models (Bechtold et al., 2008; Song and Zhang, 2009; Chikira and Sugiyama, 2010; Hohenegger and Bretherton, 2011; Mapes and Neale, 2011; Del Genio et al., 2012; Kim et al., 2012) but usually at the expense of a degraded simulation of the mean state. In another model, revised criteria for convective initiation and parameterizations of cumulus momentum fluxes improved ENSO and tropical vertical temperature profiles (Neale et al., 2008; Richter and Rasch, 2008). Since AR4, more climate models have adopted cumulus parameterizations that diagnose the expected vertical velocity in cumulus updraughts (e.g., Del Genio et al., 2007; Park and Bretherton, 2009; Chikira and Sugiyama, 2010; Donner et al., 2011), in principle allowing more complete representations of aerosol activation, cloud microphysical evolution and gravity wave generation by the convection.

Several new parameterizations couple shallow cumulus convection more closely to moist boundary layer turbulence (Siebesma et al., 2007; Neggers, 2009; Neggers et al., 2009; Couvreux et al., 2010) including cold pools generated by nearby deep convection (Grandpeix and Lafore, 2010). Many of these efforts have led to more accurate simulations of boundary-layer cloud radiative properties and vertical structure (e.g., Park and Bretherton, 2009; Köhler et al., 2011), and have ameliorated the common problem of premature deep convective initiation over land in one CMIP5 GCM (Rio et al., 2009).

### 7.2.3.4    Recent Advances in Parameterizing Cloud Radiative Effects

Some models have improved representation of sub-grid scale cloud variability, which has important effects on grid-mean radiative fluxes

BLM_0074094

and precipitation fluxes, for example, based on the use of probability density functions of thermodynamic variables (Sommeria and Deardorff, 1977; Watanabe et al., 2009). Stochastic approaches for radiative transfer can account for this variability in a computationally efficient way (Barker et al., 2008). New treatments of cloud overlap have been motivated by new observations (Section 7.2.1.1). Despite these advances, the CMIP5 models continue to exhibit the 'too few, too bright' low-cloud problem (Nam et al., 2012), with a systematic overestimation of cloud optical depth and underestimation of cloud cover.

### 7.2.3.5   Cloud Modelling Synthesis

Global climate models used in CMIP5 have improved their representation of cloud processes relative to CMIP3, but still face challenges and uncertainties, especially regarding details of small-scale variability that are crucial for aerosol–cloud interactions (see Section 7.4). Finerscale LES and CRM models are much better able to represent this variability and are an important research tool, but still suffer from imperfect representations of aerosol and cloud microphysics and known biases. Most CRM and LES studies do not span the large space and time scales needed to fully determine the interactions among different cloud regimes and the resulting net planetary radiative effects. Thus our assessments in this chapter do not regard any model type on its own as definitive, but weigh the implications of process model studies in assessing the quantitative results of the global models.

### 7.2.4   Water Vapour and Lapse Rate Feedbacks

Climate feedbacks determine the sensitivity of global surface temperature to external forcing agents. Water vapour, lapse rate and cloud feedbacks each involve moist atmospheric processes closely linked to clouds, and in combination, produce most of the simulated climate feedback and most of its inter-model spread (Section 9.7). The radiative feedback from a given constituent can be quantified as its impact (other constituents remaining equal) on the TOA net downward radiative flux per degree of global surface (or near-surface) temperature increase, and may be compared with the basic 'black-body' response of $-3.4$ W m$^{-2}$ °C$^{-1}$ (Hansen et al., 1984). This definition assigns positive values to positive feedbacks, in keeping with the literature on this topic but contradictory to the conventions sometimes adopted in other climate research.

#### 7.2.4.1   Water Vapour Response and Feedback

As pointed out in previous reports (Section 8.6.3.1 in Randall et al., 2007), physical arguments and models of all types suggest global water vapour amounts increase in a warmer climate, leading to a positive feedback via its enhanced greenhouse effect. The saturated water vapour mixing ratio (WVMR) increases nearly exponentially and very rapidly with temperature, at 6 to 10% °C$^{-1}$ near the surface, and even more steeply aloft (up to 17% °C$^{-1}$) where air is colder. Mounting evidence indicates that any changes in relative humidity in warmer climates would have much less impact on specific humidity than the above increases, at least in a global and statistical sense. Hence the overall WVMR is expected to increase at a rate similar to the saturated WVMR.

Because global temperatures have been rising, the above arguments imply WVMR should be rising accordingly, and multiple observing systems indeed show this (Sections 2.5.4 and 2.5.5). A study challenging the water vapour increase (Paltridge et al., 2009) used an old reanalysis product, whose trends are contradicted by newer ones (Dessler and Davis, 2010) and by actual observations (Chapter 2). The study also reported decreasing relative humidity in data from Australian radiosondes, but more complete studies show Australia to be exceptional in this respect (Dai et al., 2011). Thus data remain consistent with the expected global feedback.

Some studies have proposed that the response of upper-level humidity to natural fluctuations in the global mean surface temperature is informative about the feedback. However, small changes to the global mean (primarily from ENSO) involve geographically heterogeneous temperature change patterns, the responses to which may be a poor analogue for global warming (Hurley and Galewsky, 2010a). Most climate models reproduce these natural responses reasonably well (Gettelman and Fu, 2008; Dessler and Wong, 2009), providing additional evidence that they at least represent the key processes.

The 'last-saturation' concept approximates the WVMR of air by its saturation value when it was last in a cloud (see Sherwood et al., 2010a for a review), which can be inferred from trajectory analysis. Studies since the AR4 using a variety of models and observations (including concentrations of water vapour isotopes) support this concept (Sherwood and Meyer, 2006; Galewsky and Hurley, 2010). The concept has clarified what determines relative humidity in the subtropical upper troposphere and placed the water vapour feedback on firmer theoretical footing by directly linking actual and saturation WVMR values (Hurley and Galewsky, 2010b). CRMs show that convection can adopt varying degrees of self-aggregation (e.g., Muller and Held, 2012), which could modify the water vapour or other feedbacks if this were climate sensitive, although observations do not suggest aggregation changes have a large net radiative effect (Tobin et al., 2012).

In a warmer climate, an upward shift of the tropopause and poleward shift of the jets and associated climate zones are expected (Sections 2.7.4 and 2.7.5) and simulated by most GCMs (Section 10.3.3). These changes account, at least qualitatively, for robust regional changes in the relative humidity simulated in warmer climate by GCMs, including decreases in the subtropical troposphere and tropical uppermost troposphere, and increases near the extratropical tropopause and high latitudes (Sherwood et al., 2010b). This pattern may be amplified, however, by non-uniform atmospheric temperature or wind changes (Hurley and Galewsky, 2010b). It is also the apparent cause of most model-predicted changes in mid- and upper-level cloudiness patterns (Wetherald and Manabe, 1980; Sherwood et al., 2010b; see also Section 7.2.5.2). Idealized CRM simulations of warming climates also show upward shifts of the humidity patterns with little change in the mean (e.g., Kuang and Hartmann, 2007; Romps, 2011).

It remains unclear whether stratospheric water vapour contributes significantly to climate feedback. Observations have shown decadal variations in stratospheric water vapour, which may have affected the planetary radiation budget somewhat (Solomon et al., 2010) but are not clearly linked to global temperature (Section 3.4.2.4 in Trenberth et

al., 2007). A strong positive feedback from stratospheric water vapour was reported in one GCM, but with parameter settings that produced an unrealistic present climate (Joshi et al., 2010).

### 7.2.4.2   Relationship Between Water Vapour and Lapse Rate Feedbacks

The lapse rate (decrease of temperature with altitude) should, in the tropics, change roughly as predicted by a moist adiabat, due to the strong restoring influence of convective heating. This restoring influence has now been directly inferred from satellite data (Lebsock et al., 2010), and the near-constancy of tropical atmospheric stability and deep-convective thresholds over recent decades is also now observable in SST and deep convective data (Johnson and Xie, 2010). The stronger warming of the atmosphere relative to the surface produces a negative feedback on global temperature because the warmed system radiates more thermal emission to space for a given increase in surface temperature than in the reference case where the lapse rate is fixed. This feedback varies somewhat among models because lapse rates in middle and high latitudes, which decrease less than in the tropics, do so differently among models (Dessler and Wong, 2009).

As shown by Cess (1975) and discussed in the AR4 (Randall et al., 2007), models with a more negative lapse rate feedback tend to have a more positive water vapour feedback. Cancellation between these is close enough that their sum has a 90% range in CMIP3 models of only +0.96 to +1.22 W m$^{-2}$ °C$^{-1}$ (based on a Gaussian fit to the data of Held and Shell (2012, see Figure 7.9) with essentially the same range in CMIP5 (Section 9.7). The physical reason for this cancellation is that as long as water vapour infrared absorption bands are nearly saturated, outgoing longwave radiation is determined by relative humidity (Ingram, 2010) which exhibits little global systematic change in any model (Section 7.2.4.1). In fact, Held and Shell (2012) and Ingram (2013a) argue that it makes more sense physically to redefine feedbacks in a different analysis framework in which relative humidity,

rather than specific humidity, is the feedback variable. Analysed in that framework the inherent stabilization by the Planck response is weaker, but the water vapour and lapse rate feedbacks are also very small; thus the traditional view of large and partially compensating feedbacks has, arguably, arisen from arbitrary choices made when the analysis framework was originally set out, rather than being an intrinsic feature of climate or climate models.

There is some observational evidence (Section 2.4.4) suggesting tropical lapse rates might have increased in recent decades in a way not simulated by models (Section 9.4.1.4.2). Because the combined lapse rate and water vapour feedback depends on relative humidity change, however, the imputed lapse rate variations would have little influence on the total feedback or climate sensitivity even if they were a real warming response (Ingram, 2013b). In summary, there is increased evidence for a strong, positive feedback (measured in the traditional framework) from the combination of water vapour and lapse rate changes since AR4, with no reliable contradictory evidence.

### 7.2.5   Cloud Feedbacks and Rapid Adjustments to Carbon Dioxide

The dominant source of spread among GCM climate sensitivities in AR4 was due to diverging cloud feedbacks, particularly due to low clouds, and this continues to be true (Section 9.7). All global models continue to produce a near-zero to moderately strong positive net cloud feedback. Progress has been made since the AR4 in understanding the reasons for positive feedbacks in models and providing a stronger theoretical and observational basis for some mechanisms contributing to them. There has also been progress in quantifying feedbacks—including separating the effects of different cloud types, using radiative-kernel residual methods (Soden et al., 2008) and by computing cloud effects directly (e.g., Zelinka et al., 2012a)—and in distinguishing between feedback and adjustment responses (Section 7.2.5.6).

Until very recently cloud feedbacks have been diagnosed in models by differencing cloud radiative effects in doubled CO$_2$ and control climates, normalized by the change in global mean surface temperature. Different diagnosis methods do not always agree, and some simple methods can make positive cloud feedbacks look negative by failing to account for the nonlinear interaction between cloud and water vapour (Soden and Held, 2006). Moreover, it is now recognized that some of the cloud changes are induced directly by the atmospheric radiative effects of CO$_2$ independently of surface warming, and are therefore rapid adjustments rather than feedbacks (Section 7.2.5.6). Most of the published studies available for this assessment did not separate these effects, and only the total response is assessed here unless otherwise noted. It appears that the adjustments are sufficiently small in most models that general conclusions regarding feedbacks are not significantly affected.



**Figure 7.9 |** Feedback parameters associated with water vapour or the lapse rate predicted by CMIP3 GCMs, with boxes showing interquartile range and whiskers showing extreme values. At left is shown the total radiative response including the Planck response. In the darker shaded region is shown the traditional breakdown of this into a Planck response and individual feedbacks from water vapour (labelled 'WVMR') and lapse rate (labelled 'Lapse'). In the lighter-shaded region at right are the equivalent three parameters calculated in an alternative, relative humidity-based framework. In this framework all three components are both weaker and more consistent among the models. (Data are from Held and Shell, 2012.)

Cloud changes cause both longwave (greenhouse warming) and shortwave (reflective cooling) effects, which combine to give the overall cloud feedback or forcing adjustment. Cloud feedback studies point to five aspects of the cloud response to climate change which are distinguished here: changes in high-level cloud altitude, effects of hydrological cycle and storm track changes on cloud systems, changes

587

BLM_0074096

in low-level cloud amount, microphysically induced opacity (optical depth) changes and changes in high-latitude clouds. Finally, recent research on the rapid cloud adjustments to $CO_2$ is assessed. Feedbacks involving aerosols (Section 7.3.5) are not considered here, and the discussion focuses only on mechanisms affecting the TOA radiation budget.

### 7.2.5.1  Feedback Mechanisms Involving the Altitude of High-Level Cloud

A dominant contributor of positive cloud feedback in models is the increase in the height of deep convective outflows tentatively attributed in AR4 to the so-called 'fixed anvil-temperature' mechanism (Hartmann and Larson, 2002). According to this mechanism, the average outflow level from tropical deep convective systems is determined in steady state by the highest point at which water vapour cools the atmosphere significantly through infrared emission; this occurs at a particular water vapour partial pressure, therefore at a similar temperature (higher altitude) as climate warms. A positive feedback results because, since the cloud top temperature does not keep pace with that of the troposphere, its emission to space does not increase at the rate expected for the no-feedback system. This occurs at all latitudes and has long been noted in model simulations (Hansen et al., 1984; Cess et al., 1990). This mechanism, with a small modification to account for lapse rate changes, predicts roughly +0.5 W m$^{-2}$ °C$^{-1}$ of positive longwave feedback in GCMs (Zelinka and Hartmann, 2010), compared to an overall cloud-height feedback of +0.35 (+0.09 to +0.58) W m$^{-2}$ °C$^{-1}$ (Figure 7.10). Importantly, CRMs also reproduce this increase in cloud height (Tompkins and Craig, 1998; Kuang and Hartmann, 2007; Romps, 2011; Harrop and Hartmann, 2012).

On average, natural fluctuations in tropical high cloud amount exert little net TOA radiative effect in the current climate due to near-



**Figure 7.10 |** Cloud feedback parameters as predicted by GCMs for responses to $CO_2$ increase including rapid adjustments. Total feedback shown at left, with centre light-shaded section showing components attributable to clouds in specific height ranges (see Section 7.2.1.1), and right dark-shaded panel those attributable to specific cloud property changes where available. The net feedback parameters are broken down in their longwave (LW) and shortwave (SW) components. Type attribution reported for CMIP3 does not conform exactly to the definition used in the Cloud Feedback Model Intercomparison Project (CFMIP) but is shown for comparison, with their 'mixed' category assigned to middle cloud. CFMIP data (original and CFMIP2) are from Zelinka et al. (2012a, 2012b; 2013); CMIP3 from Soden and Vecchi (2011); and CMIP5 from Tomassini et al. (2013).

compensation between their longwave and shortwave cloud radiative effects (Harrison et al., 1990; Figure 7.7). Similar compensation can be seen in the opposing variations of these two components of the high-cloud feedback across GCMs (Figure 7.10). This might suggest that the altitude feedback could be similarly compensated. However, GCMs can reproduce the observed compensation in the present climate (Sherwood et al., 1994) without producing one under global warming. In the above-noted cloud-resolving simulations, the entire cloud field (including the typical base) moved upward, in accord with a general upward shift of tropospheric fields (Singh and O'Gorman, 2012) and with drying at levels near cloud base (Minschwaner et al., 2006; Sherwood et al., 2010b). This supports the prediction of GCMs that the altitude feedback is not compensated by an increase in high-cloud thickness or albedo.

The observational record offers limited further support for the altitude increase. The global tropopause is rising as expected (Section 2.7.4). Observed cloud heights change roughly as predicted with regional, seasonal and interannual changes in near-tropopause temperature structure (Xu et al., 2007; Eitzen et al., 2009; Chae and Sherwood, 2010; Zelinka and Hartmann, 2011), although these tests may not be good analogues for global warming. Davies and Molloy (2012) report an apparent recent downward mean cloud height trend but this is probably an artefact (Evan and Norris, 2012); observed cloud height trends do not appear sufficiently reliable to test this cloud-height feedback mechanism (Section 2.5.6).

In summary, the consistency of GCM responses, basic understanding, strong support from process models, and weak further support from observations give us *high confidence* in a positive feedback contribution from increases in high-cloud altitude.

### 7.2.5.2  Feedback Mechanisms Involving the Amount of Middle and High Cloud

As noted in Section 7.2.5.1, models simulate a range of nearly compensating differences in shortwave and longwave high-cloud feedbacks, consistent with different changes in high-cloud amount, but also show a net positive offset consistent with higher cloud altitude (Figure 7.10). However, there is a tendency in most GCMs toward reduced middle and high cloud amount in warmer climates in low- and mid-latitudes, especially in the subtropics (Trenberth and Fasullo, 2009; Zelinka and Hartmann, 2010). This loss of cloud amount adds a positive shortwave and negative longwave feedback to the model average, which causes the average net positive feedback to appear to come from the shortwave part of the spectrum. The net effect of changes in amount of all cloud types averaged over models is a positive feedback of about +0.2 W m$^{-2}$ °C$^{-1}$, but this roughly matches the contribution from low clouds (see the following section), implying a near-cancellation of longwave and shortwave effects for the mid- and high-level amount changes.

Changes in predicted cloud cover geographically correlate with simulated subtropical drying (Meehl et al., 2007), suggesting that they are partly tied to large-scale circulation changes including the poleward shifts found in most models (Wetherald and Manabe, 1980; Sherwood et al., 2010b; Section 2.7). Bender et al. (2012) and Eastman and Warren (2013) report poleward shifts in cloud since the 1970s