**8**

included only at the time the target is reached, but not before nor after. Other metrics have been developed to more closely approximate GCPs or GDPs. The Cost-Effective Temperature Potential (CETP) reproduces values of the GCP more closely than does the GTP (Johansson, 2012). It is similar to the GTP but accounts for post-target temperature effects based on an assumption about how to value costs beyond the time the target is reached. Metrics have also been proposed that take into account forcing or temperature effects that result from emissions trajectories over broad time spans, and that behave similarly to GCP and GTP (Tanaka et al., 2009; Manning and Reisinger, 2011) or to GWP (e.g., O'Neill, 2000; Peters et al., 2011a; Gillett and Matthews, 2010; Azar and Johansson, 2012).

### 8.7.1.6   Synthesis

In the application and evaluation of metrics, it is important to distinguish between two main sources of variation in metric values. While scientific choices of input data have to be made, there are also choices involving value judgements. For some metrics such choices are not always explicit and transparent. The choice of metric type and time horizon will for many components have a much larger effect than improved estimates of input parameters and can have strong effects on perceived impacts of emissions and abatement strategies.

In addition to progress in understanding of GWP, new concepts have been introduced or further explored since AR4. Time variant metrics introduce more dynamical views of the temporal contributions that accounts for the proximity to a prescribed target (in contrast to the traditional static GWP). Time variant metrics can be presented in a format that makes changing metric values over time predictable.

As metrics use parameters further down the cause effect chain the metrics become in general more policy relevant, but at the same time the uncertainties increase. Furthermore, metrics that account for regional variations in sensitivity to emissions or regional variation in response could give a very different emphasis to various emissions. Many species, especially NTCFs, produce distinctly regionally heterogeneous RF and climate response patterns. These aspects are not accounted for in the commonly used global scale metrics.

The GWPs and GTPs have had inconsistent treatment of indirect effects and feedbacks. The GWPs reported in AR4 include climate–carbon feedbacks for the reference gas $CO_2$ but not for the non-$CO_2$ gases. Such feedbacks may have significant impacts on metrics and should be treated consistently. More studies are needed to assess the importance of consistent treatment of indirect effects/feedbacks in metrics.

The weighting of effects over time—choice of time horizon in the case of GWP and GTP—is value based. Discounting is an alternative, which also includes value judgements and is equally controversial. The weighting used in the GWP is a weight equal to one up to the time horizon and zero thereafter, which is not in line with common approaches for evaluation of future effects in economics (e.g., as in WGIII, Chapter 3). Adoption of a fixed horizon of e.g., 20, 100 or 500 years will inevitably put no weight on the long-term effect of $CO_2$ beyond the time horizon (Figure 8.28 and Box 6.1). While GWP integrates the effects up to a chosen time horizon the GTP gives the temperature just for one

chosen year with no weight on years before or after. The most appropriate metric depends on the particular application and which aspect of climate change is considered relevant in a given context. The GWP is not directly related to a temperature limit such as the 2°C target (Manne and Richels, 2001; Shine et al., 2007; Manning and Reisinger, 2011; Smith et al., 2012; Tol et al., 2012; Tanaka et al., 2013), whereas some economic metrics and physical end-point metrics like the GTP may be more suitable for this purpose.

To provide metrics that can be useful to the users and policymakers a more effective dialog and discussion on three topics is needed: (1) which applications particular metrics are meant to serve; (2) how comprehensive metrics need to be in terms of indirect effects and feedbacks, and economic dimensions; and—related to this (3) how important it is to have simple and transparent metrics (given by analytical formulations) versus more complex model-based and thus model-dependent metrics. These issues are also important to consider in a wider disciplinary context (e.g., across the IPCC Working Groups). Finally, it is important to be aware that all metric choices, even 'traditional' or 'widely used' metrics, contain implicit value judgements as well as large uncertainties.

### 8.7.2   Application of Metrics

#### 8.7.2.1   Metrics for Carbon Dioxide, Methane, Nitrous Oxide, Halocarbons and Related Compounds

Updated (A)GWP and (A)GTP values for $CO_2$, $CH_4$, $N_2O$, CFCs, HCFCs, bromofluorocarbons, halons, HFCs, PFCs, $SF_6$, $NF_3$, and related halogen-containing compounds are given for some illustrative and tentative time horizons in Tables 8.7, 8.A.1 and Supplementary Material Table 8.SM.16. The input data and methods for calculations of GWPs and GTPs are documented in the Supplementary Material Section 8.SM.13. Indirect GWPs that account for the RF caused by depletion of stratospheric ozone (consistent with Section 8.3.3) are given for selected gases in Table 8.A.2.

The *confidence* in the ability to provide useful metrics at time scales of several centuries is *very low* due to nonlinear effects, large uncertainties for multi-century processes and strong assumptions of constant background conditions. Thus, we do not give metric values for longer time scales than 100 years (see discussion in Supplementary Material Section 8.SM.11). However, these time scales are important to consider for gases such as $CO_2$, $SF_6$ and PFCs. For $CO_2$, as much as 20 to 40% of the initial increase in concentration remains after 500 years. For PFC-14, 99% of an emission is still in the atmosphere after 500 years. The effects of emissions on these time scales are discussed in Chapter 12.

The GWP values have changed from previous assessments due to new estimates of lifetimes, impulse response functions and radiative efficiencies. These are updated due to improved knowledge and/or changed background levels. Because $CO_2$ is used as reference, any changes for this gas will affect all metric values via AGWP changes. Figure 8.31 shows how the values of radiative efficiency (RE), integrated impulse response function (IRF) and consequentially AGWP for $CO_2$ have changed from earlier assessments relative to AR5 values. The net effect of change in RE and IRF is an increase of approximately 1% and

BLM_0074225



**Figure 8.31** | Changes in the radiative efficiency (RE), integrated impulse response function (IRF) and Absolute Global Warming Potential (AGWP) for $CO_2$ for 100 years from earlier IPCC Assessment Reports normalized relative to the values given in AR5. The 'original' values are calculated based on the methods explained or value reported in each IPCC Assessment Report. The 'updated' values are calculated based on the methods used in AR5, but the input values from each Assessment Report. The difference is primarily in the formula for the RE, which was updated in TAR. The different integrated IRF in TAR relates to a different parameterisation of the same IRF (WMO, 1999). Changes represent both changes in scientific understanding and a changing background atmospheric $CO_2$ concentration (note that y-axis starts from 0.8). The lines connecting individual points are meant as a visual guide and not to represent the values between different Assessment Reports.

6% from AR4 to AR5 in AGWP for $CO_2$ for 20 and 100 years, respectively (see Supplementary Material Section 8.SM.12). These increases in the AGWP of the reference gas lead to corresponding decreases in the GWPs for all non-$CO_2$ gases. Continued increases in the atmospheric levels of $CO_2$ will lead to further changes in GWPs (and GTPs) in the future.

To understand the factors contributing to changes relative to AR4, comparisons are made here using the AR5 values that include climate–carbon feedbacks for $CO_2$ only. Relative to AR4 the $CH_4$ AGWP has changed due to changes in perturbation lifetime, a minor change in RE due to an increase in background concentration, and changes in the estimates of indirect effects. The indirect effects on $O_3$ and stratospheric $H_2O$ are accounted for by increasing the effect of $CH_4$ by 50% and 15%, respectively (see Supplementary Material Table 8.SM.12). The ozone effect has doubled since AR4 taking into account more recent studies as detailed in Sections 8.3.3 and 8.5.1. Together with the changes in AGWP for $CO_2$ the net effect is increased GWP values of $CH_4$.

The GWPs for $N_2O$ are lower here compared to AR4. A longer perturbation lifetime is used in AR5, while the radiative efficiency is lower due to increased abundances of $CH_4$ and $N_2O$. In addition, the reduction in $CH_4$ via stratospheric $O_3$, UV fluxes and OH levels due to increased $N_2O$ abundance is included in GWPs and GTP. Owing to large uncertainties related to altitude of changes, we do not include the RF from stratospheric ozone changes as an indirect effect of $N_2O$.

Lifetimes for most of the halocarbons are taken from WMO (2011) and many of these have changed from AR4. The lifetimes of CFC-114, CFC-115 and HCF-161 are reduced by approximately 40%, while HFC-152

is reduced by one third. Among the hydrofluoroethers (HFEs) there are also several large changes in lifetimes. In addition, substantial updates of radiative efficiencies are made for several important gases; CFC-11, CFC-115, HCFC-124, HCFC-225cb, HFC-143a, HFC-245fa, $CCl_4$, $CHCl_3$, and $SF_6$. The radiative efficiency for carbon tetrachloride ($CCl_4$) is higher now and the $GWP_{100}$ has increased by almost 25% from AR4. Uncertainties in metric values are given in Section 8.7.1.4. See also Supplementary Material Section 8.SM.12 and footnote to Table 8.A.1. As can be seen from Table 8.A.2, some ODS have strong indirect effects through stratospheric ozone forcing, which for some of the gases reduce their net $GWP_{100}$ values substantially (and for the halons, to large negative values). Note that, consistent with Section 8.3.3, the uncertainties are large; ±100% for this indirect effect.

When climate-carbon feedbacks are included for both the non-$CO_2$ and reference gases, all metric values increase relative to the methodology used in AR4, sometimes greatly (Table 8.7, Supplementary Material Table 8.SM.16). Though the uncertainties range for these metric values is greater, as uncertainties in climate-carbon feedbacks are substantial, these calculations provide a more consistent methodology.

### 8.7.2.2   Metrics for Near-Term Climate Forcers

The GWP concept was initially used for the WMGHGs, but later for NTCFs as well. There are, however, substantial challenges related to calculations of GWP (and GTP) values for these components, which is reflected in the large ranges of values in the literature. Below we present and assess the current status of knowledge and quantification of metrics for various NTCFs.

#### 8.7.2.2.1   Nitrogen oxides

Metric values for $NO_x$ usually include the short-lived ozone effect, $CH_4$ changes and the $CH_4$-controlled $O_3$ response. $NO_x$ also causes RF through nitrate formation, and via $CH_4$ it affects stratospheric $H_2O$ and through ozone it influences $CO_2$. In addition, $NO_x$ affects $CO_2$ through nitrogen deposition (fertilization effect). Due to high reactivity and the many nonlinear chemical interactions operating on different time scales, as well as heterogeneous emission patterns, calculation of *net* climate effects of $NO_x$ is difficult. The net effect is a balance of large opposing effects with very different temporal behaviours. There is also a large spread in values among the regions due to variations in chemical and physical characteristics of the atmosphere.

As shown in Table 8.A.3 the GTP and GWP values are very different. This is due to the fundamentally different nature of these two metrics (see Figure 8.28) and the way they capture the temporal behaviour of responses to $NO_x$ emissions. Time variation of GTP for $NO_x$ is complex, which is not directly seen by the somewhat arbitrary choices of time horizon, and the net GTP is a fine balance between the contributing terms. The general pattern for $NO_x$ is that the short-lived ozone forcing is always positive, while the $CH_4$-induced ozone forcing and $CH_4$ forcing are always negative (see Section 8.5.1). Nitrate aerosols from $NO_x$ emission are not included in Table 8.A.3. For the GTP, all estimates for $NO_x$ from surface sources give a negative net effect. As discussed in Section 8.7.1.4 Collins et al. (2010) and Shindell et al. (2009) implemented further indirect effects, but these are not included in Table

717

BLM_0074226

**8**

8.A.3 due to large uncertainties. The metric estimates for $NO_X$ reflect the level of knowledge, but they also depend on experimental design, treatment of transport processes, and modelling of background levels. The multi-model study by Fry et al. (2012) shows the gaseous chemistry response to $NO_X$ is relatively robust for European emissions, but that the uncertainty is so large that for some regions of emissions it is not possible to conclude whether $NO_X$ causes cooling or warming.

#### 8.7.2.2.2     Carbon monoxide and volatile organic compounds

Emissions of carbon monoxide (CO) and volatile organic compounds (VOCs) lead to production of ozone on short time scales. By affecting OH and thereby the levels of $CH_4$ they also initiate a positive long-term ozone effect. With its lifetime of 2 to 3 months, the effect of CO emissions is less dependent on location than is the case for $NO_X$ (see Table 8.A.4). There is also less variation across models. However, Collins et al. (2010) found that inclusion of vegetation effects of $O_3$ increased the GTP values for CO by 20 to 50%. By including aerosol responses Shindell et al. (2009) found an increase in $GWP_{100}$ by a factor of ~2.5. CO of fossil origin will also have a forcing effect by contributing to $CO_2$ levels. This effect adds 1.4 to 1.6 to the $GWP_{100}$ for CO (Daniel and Solomon, 1998; Derwent et al., 2001). (The vegetation and aerosol effects are not included in the numbers in Table 8.A.4.)

VOC is not a well-defined group of hydrocarbons. This group of gases with different lifetimes is treated differently across models by lumping or using representative key species. However, the spread in metric values in Table 8.A.5 is moderate across regions, with highest values for emissions in South Asia (of the four regions studied). The effects via ozone and $CH_4$ cause warming, and the additional effects via interactions with aerosols and via the $O_3$–$CO_2$ link increase the warming effect further. Thus, the net effects of CO and VOC are less uncertain than for $NO_X$ for which the net is a residual between larger terms of opposite sign. However, the formation of SOAs is usually not included in metric calculations for VOC, which introduces a cooling effect and increased uncertainty.

#### 8.7.2.2.3     Black carbon and organic carbon

Most of the metric values for BC in the literature include the aerosol–radiation interaction and the snow/ice albedo effect of BC, though whether external or internal mixing is used varies between the studies. Bond et al. (2011) calculate GWPs and find that when the albedo effect is included the values increase by 5 to 15%. Studies have shown, however, that the climate response per unit forcing to this mechanism is stronger than for WMGHG (see Section 7.5).

Bond et al. (2013) assessed the current understanding of BC effects and calculated GWP and GTP for BC that includes aerosol–radiation interaction, aerosol–cloud interactions and albedo. As shown in Table 8.A.6 the uncertainties are wide for both metrics (for 90% uncertainty range) reflecting the current challenges related to understanding and quantifying the various effects (see Sections 7.5, 8.3.4 and 8.5.1). Their aerosol–radiation interaction effect is about 65% of the total effect while the albedo effect is approximately 20% of the aerosol–radiation interaction effect. Based on two studies (Rypdal et al., 2009; Bond et al., 2011), the GWP and GTP metrics were found to vary with

the region where BC is emitted by about ±30% . For larger regions of emissions, Collins et al. (2013) calculated GWPs and GTPs for the direct effect of BC and found somewhat lower variations among the regions.

Several studies have focused on the effects of emissions of BC and OC from different regions (Bauer et al., 2007; Koch et al., 2007; Naik et al., 2007; Reddy and Boucher, 2007; Rypdal et al., 2009). However, examination of results from these models (Fuglestvedt et al., 2010) reveals that there is not a robust relationship between the region of emission and the metric value — hence, regions that yield the highest metric value in one study, do not, in general, do so in the other studies.

The metric values for OC are quite consistent across studies, but fewer studies are available (see Table 8.A.6). A brief overview of metric values for other components is given in the Supplementary Material Section 8.SM.14.

#### 8.7.2.2.4     Summary of status of metrics for near-term climate forcers

The metrics provide a format for comparing the magnitudes of the various emissions as well as for comparing of emissions from different regions. They can also be used for comparing results from different studies. Much of the spread in results is due to differences in experimental design and how the models treat physical and chemical processes. Unlike most of the WMGHGs, many of the NTCFs are tightly coupled to the hydrologic cycle and atmospheric chemistry, leading to a much larger spread in results as these are highly complex processes that are difficult to validate on the requisite small spatial and short temporal scales. The confidence level is lower for many of the NTCF compared to WMGHG and much lower where aerosol–cloud interactions are important (see Section 8.5.1). There are particular difficulties for $NO_X$, because the net impact is a small residual of opposing effects with quite different spatial distributions and temporal behaviour. Although climate–carbon feedbacks for non-$CO_2$ emissions have not been included in the NTCF metrics (other than $CH_4$) presented here, they can greatly increase those values (Collins et al., 2013) and likely provide more realistic results.

### 8.7.2.3    Impact by Emitted Component

We now use the metrics evaluated here to estimate climate impacts of various components (in a forward looking perspective). Figure 8.32 shows global anthropogenic emissions of some selected components weighted by the GWP and GTP. The time horizons are chosen as examples and illustrate how the perceived impacts of components—relative to the impact of the reference gas—vary strongly as function of impact parameter (integrated RF in GWP or end-point temperature in GTP) and with time horizon.

We may also calculate the temporal development of the temperature responses to pulse or sustained emissions using the AGTP metric. Figure 8.33 shows that for a one-year pulse the impacts of NTCF decay quickly owing to their atmospheric adjustment times even if effects are prolonged due to climate response time (in the case of constant emissions the effects reach approximately constant levels since the emissions are replenished each year, except for $CO_2$, which has a fraction

BLM_0074227



**Figure 8.32 |** Global anthropogenic emissions weighted by GWP and GTP for chosen time horizons (aerosol–cloud interactions are not included). Emission data for 2008 are taken from the EDGAR database. For BC and OC emissions for 2005 are from Shindell et al. (2012a). The units are 'CO$_2$ equivalents' which reflects equivalence only in the impact parameter of the chosen metric (integrated RF over the chosen time horizon for GWP; temperature change at the chosen point in time for GTP), given as Pg(CO$_2$)$_{eq}$ (left axis) and given as PgC$_{eq}$ (right axis). There are large uncertainties related to the metric values and consequentially also to the calculated CO$_2$ equivalents (see text).

remaining in the atmosphere on time scales of centuries. Figure 8.33 also shows how some components have strong short-lived effects of both signs while CO$_2$ has a weaker initial effect but one that persists to create a long-lived warming effect. Note that there are large uncertainties related to the metric values (as discussed in Section 8.7.1.4); especially for the NTCFs.

These examples show that the outcome of comparisons of effects of emissions depends strongly on choice of time horizon and metric type. Such end-user choices will have a strong influence on the calculated contributions from NTCFs versus WMGHGs or non-CO$_2$ versus CO$_2$ emissions. Thus, each specific analysis should use a design chosen in light of the context and questions being asked.

### 8.7.2.4   Metrics and Impacts by Sector

While the emissions of WMGHGs vary strongly between sectors, the climate impacts of these gases are independent of sector. The latter is not the case for chemically active and short-lived components, due to the dependence of their impact on the emission location. Since most sectors have multiple co-emissions, and for NTCFs some of these are warming while others are cooling, the net impact of a given sector requires explicit calculations. Since AR4, there has been significant progress in the understanding and quantification of climate impacts of NTCFs from sectors such as transportation, power production and biomass burning (Berntsen and Fuglestvedt, 2008; Skeie et al., 2009; Stevenson and Derwent, 2009; Lee et al., 2010; Unger et al., 2010; Dahlmann et al., 2011). Supplementary Material Table 8.SM.18 gives an overview of recent published metric values for various components by sector.

The impact from sectors depends on choice of metric, time horizon, pulse versus sustained emissions and forward versus backward looking perspective (see Section 8.7.1 and Box 8.4). Unger et al. (2010) calculated RF for a set of components emitted from each sector. RF at chosen points in time (20 and 100 years) for *sustained* emissions was used by Unger et al. (2010) as the metric for comparison. This is comparable



**Figure 8.33 |** Temperature response by component for total anthropogenic emissions for a 1-year pulse. Emission data for 2008 are taken from the EDGAR database and for BC and OC for 2005 from Shindell et al. (2012a). There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

to using integrated RF up to the chosen times for *pulse* emissions (as in GWPs). Such studies are relevant for policymaking that focuses on regulating the *total activity* of a sector or for understanding the contribution from a sector to climate change. On the other hand, the fixed mix of emissions makes it less general and relevant for emission scenarios. Alternatively, one may adopt a component-by-component view which is relevant for policies directed towards specific components (or sets of components, as controlling an individual pollutant in isolation is usually not practical). But this view will not capture interactions and non-linearities within the suite of components emitted by most sectors. The effects of specific emission control technologies or policies or projected societal changes on the mix of emissions is probably the most relevant type of analysis, but there are an enormous number of possible actions and regional details that could be investigated. Henze et al. (2012) demonstrate a method for providing highly spatially resolved

BLM_0074228

**8**

estimates of forcing per component, and caution that RF aggregated over regions or sectors may not represent the impacts of emissions changes on finer scales.

Metrics for individual land-based sectors are often similar to the global mean metric values (Shindell et al., 2008). In contrast, metrics for emissions from aviation and shipping usually show large differences from global mean metric values (Table 8.A.3 versus Table 8.SM.18). Though there can sometimes be substantial variation in the impact of land-based sectors across regions, and for a particular region even from one sector to another, variability between different land-based sources is generally smaller than between land, sea and air emissions.

$NO_x$ from aviation is one example where the metric type is especially important. $GWP_{20}$ values are positive due to the strong response of short-lived ozone. Reported $GWP_{100}$ and $GTP_{100}$ values are of either sign, however, due to the differences in balance between the individual effects modelled. Even if the models agree on the net effect of $NO_x$, the individual contributions can differ significantly, with large uncertainties stemming from the relative magnitudes of the $CH_4$ and $O_3$ responses (Myhre et al., 2011) and the background tropospheric concentrations of $NO_x$ (Holmes et al., 2011; Stevenson and Derwent, 2009). Köhler et al. (2013), find strong regional sensitivity of ozone and $CH_4$ to $NO_x$ particularly at cruise altitude. Generally, they find the strongest effects at low latitudes. For the aviation sector contrails and contrail induced cirrus are also important. Based on detailed studies in the literature, Fuglestvedt et al. (2010) produced GWP and GTP for contrails, water vapor and contrail-induced cirrus.

The GWP and GTPs for $NO_x$ from shipping are strongly negative for all time horizons. The strong positive effect via $O_3$ due to the low-$NO_x$ environment into which ships generally emit $NO_x$ is outweighed by the stronger effect on $CH_4$ destruction due to the relatively lower latitudes of these emissions compared to land-based sources.

In addition to having large emissions of $NO_x$ the shipping sector has large emission of $SO_2$. The direct $GWP_{100}$ for shipping ranges from –11 to –43 (see Supplementary Material Table 8.SM.18). Lauer et al. (2007) reported detailed calculations of the indirect forcing specifically for this sector and found a wide spread of values depending on the emission inventory. Righi et al. (2011) and Peters et al. (2012) calculate indirect effects that are 30 to 50% lower than the indirect forcing reported by Lauer et al. (2007). The values from Shindell and Faluvegi (2010) for $SO_2$ from power generation are similar to those for shipping.

Although the various land transport sectors often are treated as one aggregate (e.g., road transport) there are important subdivisions. For instance, Bond et al. (2013) points out that among the BC-rich sectors they examined, diesel vehicles have the most clearly positive net impact on forcing. Studies delving even further have shown substantial differences between trucks and cars, gasoline and diesel vehicles, and low-sulphur versus high-sulphur fuels. Similarly, for power production there are important differences depending on fuel type (coal, oil, gas; e.g., Shindell and Faluvegi, 2010).

In the assessment of climate impacts of current emissions by sectors we give examples and apply a forward-looking perspective on effects

in terms of temperature change. The AGTP concept can be used to study the effects of the various components for chosen time horizons. A single year's worth of current global emissions from the energy and industrial sectors have the largest contributions to warming after 100 years (see Figure 8.34a). Household fossil fuel and biofuel, biomass burning and on-road transportation are also relatively large contributors to warming over 100-year time scales. Those same sectors, along with sectors that emit large amounts of $CH_4$ (animal husbandry, waste/landfills and agriculture), are most important over shorter time horizons (about 20 years; see Figure 8.34b).

Analysing climate change impacts by using the net effect of particular activities or sectors may—compared to other perspectives—provide more insight into how societal actions influence climate. Owing to large variations in mix of short- and long-lived components, as well as cooling and warming effects, the results will also in these cases depend strongly on choice of time horizon and climate impact parameter. Improved understanding of aerosol–cloud interactions, and how those are attributed to individual components is clearly necessary to refine estimates of sectoral or emitted component impacts.





**Figure 8.34** | Net global mean temperature change by source sector after (a) 100 and (b) 20 years (for 1-year pulse emission). Emission data for 2008 are taken from the EDGAR database. For BC and OC anthropogenic emissions are from Shindell et al. (2012a) and biomass burning emissions are from Lamarque et al. (2010), see Supplementary Material Section 8.SM.17. There are large uncertainties related to the AGTP values and consequentially also to the calculated temperature responses (see text).

# References

Aaheim, A., J. Fuglestvedt, and O. Godal, 2006: Costs savings of a flexible multi-gas climate policy. *Energy J.* (**Special Issue No. 3**), 485–501.

Abreu, J., J. Beer, F. Steinhilber, S. Tobias, and N. Weiss, 2008: For how long will the current grand maximum of solar activity persist? *Geophys. Res. Lett.*, **35**, L20109.

Ackerley, D., B. B. B. Booth, S. H. E. Knight, E. J. Highwood, D. J. Frame, M. R. Allen, and D. P. Rowell, 2011: Sensitivity of twentieth-century Sahel rainfall to sulfate aerosol and $CO_2$ forcing. *J. Clim.*, **24**, 4999–5014.

Allan, W., H. Struthers, and D. C. Lowe, 2007: Methane carbon isotope effects caused by atomic chlorine in the marine boundary layer: Global model results compared with Southern Hemisphere measurements. *J. Geophys. Res. Atmos.*, **112**, D04306.

Ammann, C. M., and P. Naveau, 2003: Statistical analysis of tropical explosive volcanism occurrences over the last 6 centuries. *Geophys. Res. Lett.*, **30**, 1210.

Ammann, C. M., and P. Naveau, 2010: A statistical volcanic forcing scenario generator for climate simulations. *J. Geophys. Res. Atmos.*, **115**, D05107.

Anchukaitis, K. J., B. M. Buckley, E. R. Cook, B. I. Cook, R. D. D'Arrigo, and C. M. Ammann, 2010: Influence of volcanic eruptions on the climate of the Asian monsoon region. *Geophys. Res. Lett.*, **37**, L22703.

Andersen, M., D. Blake, F. Rowland, M. Hurley, and T. Wallington, 2009: Atmospheric chemistry of sulfuryl fluoride: Reaction with OH radicals, Cl atoms and $O_3$, atmospheric lifetime, IR spectrum, and global warming potential. *Environ. Sci. Technol.*, **43**, 1067–1070.

Andersen, M., V. Andersen, O. Nielsen, S. Sander, and T. Wallington, 2010: Atmospheric chemistry of $HCF_2O(CF_2CF_2O)(x)CF_2H$ (x=2–4): Kinetics and mechanisms of the chlorine-atom-initiated oxidation. *Chemphyschem*, **11**, 4035–4041.

Andrews, T., and P. M. Forster, 2008: $CO_2$ forcing induces semi-direct effects with consequences for climate feedback interpretations. *Geophys. Res. Lett.*, **35**, L04802.

Andrews, T., M. Doutriaux-Boucher, O. Boucher, and P. M. Forster, 2011: A regional and global analysis of carbon dioxide physiological forcing and its impact on climate. *Clim. Dyn.*, **36**, 783–792.

Andrews, T., J. Gregory, M. Webb, and K. Taylor, 2012a: Forcing, feedbacks and climate sensitivity in CMIP5 coupled atmosphere-ocean climate models. *Geophys. Res. Lett.*, **39**, L09712.

Andrews, T., P. Forster, O. Boucher, N. Bellouin, and A. Jones, 2010: Precipitation, radiative forcing and global temperature change. *Geophys. Res. Lett.*, **37**, doi:10.1029/2010GL043991, L14701.

Andrews, T., M. Ringer, M. Doutriaux-Boucher, M. Webb, and W. Collins, 2012b: Sensitivity of an Earth system climate model to idealized radiative forcing. *Geophys. Res. Lett.*, **39**, L10702.

Antuña, J. C., A. Robock, G. Stenchikov, J. Zhou, C. David, J. Barnes, and L. Thomason, 2003: Spatial and temporal variability of the stratospheric aerosol cloud produced by the 1991 Mount Pinatubo eruption. *J. Geophys. Res. Atmos.*, **108**, 4624.

Archibald, A. T., M. E. Jenkin, and D. E. Shallcross, 2010: An isoprene mechanism intercomparison. *Atmos. Environ.*, **44**, 5356–5364.

Archibald, A. T., et al., 2011: Impacts of HO(x) regeneration and recycling in the oxidation of isoprene: Consequences for the composition of past, present and future atmospheres. *Geophys. Res. Lett.*, **38**, L05804.

Arnold, T., et al., 2013: Nitrogen trifluoride global emissions estimated from updated atmospheric measurements, Proc. Natl. Acad. Sci. U.S.A, **110**, 2029-2034.

Arora, V. K., and A. Montenegro, 2011: Small temperature benefits provided by realistic afforestation efforts. *Nature Geosci.*, **4**, 514–518.

Arora, V. K., et al., 2013: Carbon-concentration and carbon-climate feedbacks in CMIP5 Earth system models. *J. Clim.*, **26**, 5289-5314.

Ashmore, M. R., 2005: Assessing the future global impacts of ozone on vegetation. *Plant Cell Environ.*, **28**, 949–964.

Azar, C., and D. J. A. Johansson, 2012: On the relationship between metrics to compare greenhouse gases—the case of IGTP, GWP and SGTP. *Earth Syst. Dynam.*, **3**, 139–147.

Baasandorj, M., A. R. Ravishankara, and J. B. Burkholder, 2011: Atmospheric chemistry of (Z)-$CF_3CH=CHCF_3$: OH radical reaction rate coefficient and global warming potential. *J. Phys. Chem. A*, **115**, 10539–10549.

Baasandorj, M., G. Knight, V. Papadimitriou, R. Talukdar, A. Ravishankara, and J. Burkholder, 2010: Rate coefficients for the gas-phase reaction of the hydroxyl radical with $CH_2 = CHF$ and $CH_2 = CF_2$. *J. Phys. Chem. A*, **114**, 4619–4633.

Bala, G., K. Caldeira, M. Wickett, T. J. Phillips, D. B. Lobell, C. Delire, and A. Mirin, 2007: Combined climate and carbon-cycle effects of large-scale deforestation. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 6550–6555.

Baliunas, S., and R. Jastrow, 1990: Evidence for long-term brightness changes of solar-type stars. *Nature*, **348**, 520–523.

Ball, W., Y. Unruh, N. Krivova, S. Solanki, T. Wenzler, D. Mortlock, and A. Jaffe, 2012: Reconstruction of total solar irradiance 1974–2009. *Astron. Astrophys.*, **541**, A27.

Ban-Weiss, G., L. Cao, G. Bala, and K. Caldeira, 2012: Dependence of climate forcing and response on the altitude of black carbon aerosols. *Clim. Dyn.*, **38**, 897–911.

Barnes, C. A., and D. P. Roy, 2008: Radiative forcing over the conterminous United States due to contemporary land cover land use albedo change. *Geophys. Res. Lett.*, **35**, L09706.

Bathiany, S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler, 2010: Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences*, **7**, 1383–1399.

Bauer, S., D. Koch, N. Unger, S. Metzger, D. Shindell, and D. Streets, 2007: Nitrate aerosols today and in 2030: A global simulation including aerosols and tropospheric ozone. *Atmos. Chem. Phys.*, **7**, 5043–5059.

Bekki, S., J. A. Pyle, W. Zhong, R. Toumi, a. D. Haigh, and D. M. Pyle, 1996: The role of microphysical and chemical processes in prolonging the climate forcing of the Toba eruption. *Geophys. Res. Lett.*, **23**, 2669–2672.

Bellouin, N., J. Rae, A. Jones, C. Johnson, J. Haywood, and O. Boucher, 2011: Aerosol forcing in the Climate Model Intercomparison Project (CMIP5) simulations by HadGEM2–ES and the role of ammonium nitrate. *J. Geophys. Res. Atmos.*, **116**, D20206.

Bernier, P. Y., R. L. Desjardins, Y. Karimi-Zindashty, D. Worth, A. Beaudoin, Y. Luo, and S. Wang, 2011: Boreal lichen woodlands: A possible negative feedback to climate change in eastern North America. *Agr. Forest Meteorol.*, **151**, 521–528.

Berntsen, T., and J. Fuglestvedt, 2008: Global temperature responses to current emissions from the transport sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 19154–19159.

Berntsen, T. K., et al., 1997: Effects of anthropogenic emissions on tropospheric ozone and its radiative forcing. *J. Geophys. Res. Atmos.*, **102**, 28101–28126.

Betts, R., 2000: Offset of the potential carbon sink from boreal forestation by decreases in surface albedo. *Nature*, **408**, 187–190.

Betts, R. A., P. D. Falloon, K. K. Goldewijk, and N. Ramankutty, 2007: Biogeophysical effects of land use on climate: Model simulations of radiative forcing and large-scale temperature change. *Agr. Forest Meteorol.*, **142**, 216–233.

Biasutti, M., and A. Giannini, 2006: Robust Sahel drying in response to late 20th century forcings. *Geophys. Res. Lett.*, **33**, L11706.

Blowers, P., K. F. Tetrault, and Y. Trujillo-Morehead, 2008: Global warming potential predictions for hydrofluoroethers with two carbon atoms. *Theor. Chem. Acc.*, **119**, 369–381.

Blowers, P., D. Moline, K. Tetrault, R. Wheeler, and S. Tuchawena, 2007: Prediction of radiative forcing values for hydrofluoroethers using density functional theory methods. *J. Geophys. Res. Atmos.*, **112**, D15108.

Boer, G., and B. Yu, 2003: Climate sensitivity and response. *Clim. Dyn.*, **20**, 415–429.

Bollasina, M. A., Y. Ming, and V. Ramaswamy, 2011: Anthropogenic aerosols and the weakening of the South Asian summer monsoon. *Science*, **334**, 502–505.

Bond, T., C. Zarzycki, M. Flanner, and D. Koch, 2011: Quantifying immediate radiative forcing by black carbon and organic matter with the Specific Forcing Pulse. *Atmos. Chem. Phys.*, **11**, 1505–1525.

Bond, T. C., et al., 2007: Historical emissions of black and organic carbon aerosol from energy-related combustion, 1850–2000. *Global Biogeochem. Cycles*, **21**, Gb2018.

Bond, T. C., et al., 2013: Bounding the role of black carbon in the climate system: A scientific assessment. *J. Geophys. Res. Atmos.*, **118**, doi:10.1002/jgrd.50171, 5380-5552.

Bonfils, C., and D. Lobell, 2007: Empirical evidence for a recent slowdown in irrigation-induced cooling. *Proc. Natl. Acad. Sci. U.S.A.*, **104**, 13582–13587.

Bonfils, C. J. W., T. J. Phillips, D. M. Lawrence, P. Cameron-Smith, W. J. Riley, and Z. M. Subin, 2012: On the influence of shrub height and expansion on northern high latitude climate. *Environ. Res. Lett.*, **7**, 015503.

BLM_0074230

Booth, B., N. Dunstone, P. Halloran, T. Andrews, and N. Bellouin, 2012: Aerosols implicated as a prime driver of twentieth-century North Atlantic climate variability. *Nature*, 485, 534–534.

Boucher, O., 2012: Comparison of physically- and economically-based $CO_2$-equivalences for methane. *Earth Syst. Dyn.*, 3, 49–61.

Boucher, O., and J. Haywood, 2001: On summing the components of radiative forcing of climate change. *Clim. Dyn.*, 18, 297–302.

Boucher, O., and M. Reddy, 2008: Climate trade-off between black carbon and carbon dioxide emissions. *Energy Policy*, 36, 193–200.

Boucher, O., P. Friedlingstein, B. Collins, and K. P. Shine, 2009: The indirect global warming potential and global temperature change potential due to methane oxidation. *Environ. Res. Lett.*, 4, 044007.

Bourassa, A. E., et al., 2012: Large volcanic aerosol load in the stratosphere linked to Asian monsoon transport. *Science*, 337, 78–81.

Bourassa, A. E., et al., 2013: Response to Comments on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, 339, 6120.

Bowman, D., et al., 2009: Fire in the Earth System. *Science*, 324, 481–484.

Bowman, K. W., et al., 2013: Evaluation of ACCMIP outgoing longwave radiation from tropospheric ozone using TES satellite observations. *Atmos. Chem. Phys.*, 13, 4057–4072.

Bradford, D., 2001: Global change – Time, money and tradeoffs. *Nature*, 410, 649–650.

Bravo, I., et al., 2010: Infrared absorption spectra, radiative efficiencies, and global warming potentials of perfluorocarbons: Comparison between experiment and theory. *J. Geophys. Res. Atmos.*, 115, D24317.

Brovkin, V., et al., 2010: Sensitivity of a coupled climate-carbon cycle model to large volcanic eruptions during the last millennium. *Tellus B*, 62, 674–681.

Calvin, K., et al., 2012: The role of Asia in mitigating climate change: Results from the Asia modeling exercise. *Energ. Econ.*, 34, S251–S260.

Campra, P., M. Garcia, Y. Canton, and A. Palacios-Orueta, 2008: Surface temperature cooling trends and negative radiative forcing due to land use change toward greenhouse farming in southeastern Spain. *J. Geophys. Res. Atmos.*, 113, D18109.

Carlton, A. G., R. W. Pinder, P. V. Bhave, and G. A. Pouliot, 2010: To what extent can biogenic SOA be controlled? *Environ. Sci. Technol.*, 44, 3376–3380.

Carslaw, K. S., O. Boucher, D. V. Spracklen, G. W. Mann, J. G. L. Rae, S. Woodward, and M. Kulmala, 2010: A review of natural aerosol interactions and feedbacks within the Earth system. *Atmos. Chem. Phys.*, 10, 1701–1737.

Chang, W. Y., H. Liao, and H. J. Wang, 2009: Climate responses to direct radiative forcing of anthropogenic aerosols, tropospheric ozone, and long-lived greenhouse gases in Eastern China over 1951–2000. *Adv. Atmos. Sci.*, 26, 748–762.

Chen, W. T., A. Nenes, H. Liao, P. J. Adams, J. L. F. Li, and J. H. Seinfeld, 2010: Global climate response to anthropogenic aerosol indirect effects: Present day and year 2100. *J. Geophys. Res. Atmos.*, 115, D12207.

Cherubini, F., G. Guest, and A. Strømman, 2012: Application of probablity distributions to the modelling of biogenic $CO_2$ fluxes in life cycle assessment. *Global Change Biol.* , 4, doi:10.1111/j.1757–1707.2011.01156.x, 784-798.

Cherubini, F., G. Peters, T. Berntsen, A. Stromman, and E. Hertwich, 2011: $CO_2$ emissions from biomass combustion for bioenergy: Atmospheric decay and contribution to global warming. *Global Change Biol. Bioenerg.*, 3, 413–426.

Chung, C. E., and V. Ramanathan, 2006: Weakening of North Indian SST gradients and the monsoon rainfall in India and the Sahel. *J. Clim.*, 19, 2036–2045.

Clark, H. L., M. L. Cathala, H. Teyssedre, J. P. Cammas, and V. H. Peuch, 2007: Cross-tropopause fluxes of ozone using assimilation of MOZAIC observations in a global CTM. *Tellus B*, 59, 39–49.

Clarke, A. D., and K. J. Noone, 1985: Soot in the Arctic Snowpack—A cause for peturbations in radiative-transfer. *Atmos. Environ.*, 19, 2045–2053.

Claussen, M., V. Brovkin, and A. Ganopolski, 2001: Biogeophysical versus biogeochemical feedbacks of large-scale land cover change. *Geophys. Res. Lett.*, 28, 1011–1014.

Cofala, J., M. Amann, Z. Klimont, K. Kupiainen, and L. Hoglund-Isaksson, 2007: Scenarios of global anthropogenic emissions of air pollutants and methane until 2030. *Atmos. Environ.*, 41, 8486–8499.

Collins, W., R. Derwent, C. Johnson, and D. Stevenson, 2002: The oxidation of organic compounds in the troposphere and their global warming potentials. *Clim. Change*, 52, 453–479.

Collins, W. D., et al., 2006: Radiative forcing by well-mixed greenhouse gases: Estimates from climate models in the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). *J. Geophys. Res. Atmos.*, 111, D14317.

Collins, W. J., S. Sitch, and O. Boucher, 2010: How vegetation impacts climate metrics for ozone precursors. *J. Geophys. Res. Atmos.*, 115, D23308.

Collins, W. J., M. M. Fry, H. Yu, J. S. Fuglestvedt, D. T. Shindell, and J. J. West, 2013: Global and regional temperature-change potentials for near-term climate forcers. *Atmos. Chem. Phys.*, 13, 2471–2485.

Conley, A. J., J. F. Lamarque, F. Vitt, W. D. Collins, and J. Kiehl, 2013: PORT, a CESM tool for the diagnosis of radiative forcing. *Geosci. Model Dev.*, 6, 469–476.

Cooper, O. R., et al., 2010: Increasing springtime ozone mixing ratios in the free troposphere over western North America. *Nature*, 463, 344–348.

Cox, P. M., et al., 2008: Increasing risk of Amazonian drought due to decreasing aerosol pollution. *Nature*, 453, 212–215.

Crook, J., and P. Forster, 2011: A balance between radiative forcing and climate feedback in the modeled 20th century temperature response. *J. Geophys. Res. Atmos.*, 116, D17108.

Crowley, T. J., and B. Unterman, 2013: Technical details concerning development of a 1200 yr proxy index for global volcanism. *Earth Syst. Sci. Data*, 5, 187-197.

Crutzen, P., 1973: Discussion of chemistry of some minor constituents in stratosphere and troposphere. *Pure Appl. Geophys.*, 106, 1385–1399.

Dahlmann, K., V. Grewe, M. Ponater, and S. Matthes, 2011: Quantifying the contributions of individual $NO_x$ sources to the trend in ozone radiative forcing. *Atmos. Environ.*, 45, 2860–2868.

Daniel, J., and S. Solomon, 1998: On the climate forcing of carbon monoxide. *J. Geophys. Res. Atmos.*, 103, 13249–13260.

Daniel, J., S. Solomon, and D. Abritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res. Atmos.*, 100, 1271–1285.

Daniel, J. E. Fleming, R. Portmann, G. Velders, C. Jackman, and A. Ravishankara, 2010: Options to accelerate ozone recovery: Ozone and climate benefits. *Atmos. Chem. Phys.*, 10, 7697–7707.

Daniel, J., S. Solomon, T. Sanford, M. McFarland, J. Fuglestvedt, and P. Friedlingstein, 2012: Limitations of single-basket trading: Lessons from the Montreal Protocol for climate policy. *Clim. Change*, 111, 241–248.

Davin, E., N. de Noblet-Ducoudre, and P. Friedlingstein, 2007: Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.*, 34, L13702.

Davin, E. L., and N. de Noblet-Ducoudre, 2010: Climatic impact of global-scale deforestation: Radiative versus nonradiative orocesses. *J. Clim.*, 23, 97–112.

De Cara, S., E. Galko, and P. Jayet, 2008: The global warming potential paradox: Implications for the design of climate policy. In: *Design of Climate Policy* [R. Guesnerie and H. Tulkens (eds.)]. The MIT Press, Cambridge, MA, USA, pp. 359–384.

de la Torre, L., et al., 2006: Solar influence on Northern Annular Mode spatial structure and QBO modulation. *Part. Accel. Space Plasma Phys. Sol. Radiat. Adv. Atmos. Clim.*, 37, 1635–1639.

de Noblet-Ducoudre, N., et al., 2012: Determining robust impacts of land-use-induced land cover change on surface climate over North America and Eurasia: Results from the first set of LUCID experiments. *J. Clim.*, 25, 3261–3281.

DeAngelis, A., F. Dominguez, Y. Fan, A. Robock, M. D. Kustu, and D. Robinson, 2010: Evidence of enhanced precipitation due to irrigation over the Great Plains of the United States. *J. Geophys. Res. Atmos.*, 115, D15115.

DeLand, M., and R. Cebula, 2012: Solar UV variations during the decline of Cycle 23. *J. Atmos. Sol. Terres. Phys.*, 77, 225–234.

Delaygue, G., and E. Bard, 2011: An Antarctic view of Beryllium-10 and solar activity for the past millennium. *Clim. Dyn.*, 36, 2201–2218.

Deligne, N. I., S. G. Coles, and R. S. J. Sparks, 2010: Recurrence rates of large explosive volcanic eruptions. *J. Geophys. Res. Sol. Earth*, 115, B06203.

den Elzen, M., et al., 2005: Analysing countries' contribution to climate change: Scientific and policy-related choices. *Environ. Sci. Policy*, 8, 614–636.

Denman, K. L., et al., 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 499-587.

BLM_0074231

Dentener, F., et al., 2006: The global atmospheric environment for the next generation. *Environ. Sci. Technol.*, **40**, 3586–3594.

Derwent, R., W. Collins, C. Johnson, and D. Stevenson, 2001: Transient behaviour of tropospheric ozone precursors in a global 3-D CTM and their indirect greenhouse effects. *Clim. Change*, **49**, 463–487.

Deuber, O., G. Luderer, and O. Edenhofer, 2013: Physico-economic evaluation of climate metrics: A conceptual framework. *Environ. Sci. Policy*, **29**, 37–45.

Dewitte, S., D. Crommelynck, S. Mekaoui, and A. Joukoff, 2004: Measurement and uncertainty of the long-term total solar irradiance trend. *Solar Phys.*, **224**, 209–216.

Dickinson, R., 1975: Solar variability and lower atmosphere. *Bull. Am. Meteorol. Soc.*, **56**, 1240–1248.

Doherty, S. J., S. G. Warren, T. C. Grenfell, A. D. Clarke, and R. E. Brandt, 2010: Light-absorbing impurities in Arctic snow. *Atmos. Chem. Phys.*, **10**, 11647–11680.

Doutriaux-Boucher, M., M. Webb, J. Gregory, and O. Boucher, 2009: Carbon dioxide induced stomatal closure increases radiative forcing via a rapid reduction in low cloud. *Geophys. Res. Lett.*, **36**, doi:10.1029/2008GL036273, L02703.

Ehhalt, D. H., and L. E. Heidt, 1973: Vertical profiles of $CH_4$ in troposphere and stratosphere. *J. Geophys. Res.*, **78**, 5265–5271.

Eliseev, A. V., and I.I. Mokhov, 2011: Effect of including land-use driven radiative forcing of the surface albedo of land on climate response in the 16th-21st centuries. *Izvestiya Atmos. Ocean. Phys.*, **47**, 15–30.

Engel, A., et al., 2009: Age of stratospheric air unchanged within uncertainties over the past 30 years. *Nature Geosci.*, **2**, 28–31.

Erlykin, A., and A. Wolfendale, 2011: Cosmic ray effects on cloud cover and their relevance to climate change. *J. Atmos. Sol. Terres. Phys.*, **73**, 1681–1686.

Ermolli, I., K. Matthes, T. Dudok de Wit, N. A. Krivova, K. Tourpali, M. Weber, Y. C. Unruh, L. Gray, U. Langematz, P. Pilewskie, E. Rozanov, W. Schmutz, A. Shapiro, S. K. Solanki, and T. N. Woods, 2013: Recent variability of the solar spectral irradiance and its impact on climate modelling, *Atmospheric Chemistry and Physics*, **13**, 3945-3977.

Esper, J., and F. H. Schweingruber, 2004: Large-scale treeline changes recorded in Siberia. *Geophys. Res. Lett.*, **31**, L06202.

Eyring, V., et al., 2010a: Sensitivity of 21st century stratospheric ozone to greenhouse gas scenarios. *Geophys. Res. Lett.*, **37**, L16807.

Eyring, V., et al., 2010b: Multi-model assessment of stratospheric ozone return dates and ozone recovery in CCMVal-2 models. *Atmos. Chem. Phys.*, **10**, 9451–9472.

Fan, F. X., M. E. Mann, and C. M. Ammann, 2009: Understanding changes in the Asian summer monsoon over the past millennium: Insights from a long-term coupled model simulation. *J. Clim.*, **22**, 1736–1748.

FAO, 2012: State of the world's forests. Food and Agriculture Organization of the United Nations, Rome, Italy, 60 pp.

Feng, X., and F. Zhao, 2009: Effect of changes of the HITRAN database on transmittance calculations in the near-infrared region. *J. Quant. Spectrosc. Radiat. Transfer*, **110**, 247–255.

Feng, X., F. Zhao, and W. Gao, 2007: Effect of the improvement of the HITRAN database on the radiative transfer calculation. *J. Quant. Spectrosc. Radiat. Transfer*, **108**, 308–318.

Findell, K. L., E. Shevliakova, P. C. D. Milly, and R. J. Stouffer, 2007: Modeled impact of anthropogenic land cover change on climate. *J. Clim.*, **20**, 3621–3634.

Fioletov, V. E., G. E. Bodeker, A. J. Miller, R. D. McPeters, and R. Stolarski, 2002: Global and zonal total ozone variations estimated from ground-based and satellite measurements: 1964–2000. *J. Geophys. Res. Atmos.*, **107**, 4647.

Fiore, A. M., et al., 2009: Multimodel estimates of intercontinental source-receptor relationships for ozone pollution. *J. Geophys. Res. Atmos.*, **114**, D04301.

Fischer, E. M., J. Luterbacher, E. Zorita, S. F. B. Tett, C. Casty, and H. Wanner, 2007: European climate response to tropical volcanic eruptions over the last half millennium. *Geophys. Res. Lett.*, **34**, L05707.

Fishman, J., et al., 2010: An investigation of widespread ozone damage to the soybean crop in the upper Midwest determined from ground-based and satellite measurements. *Atmos. Environ.*, **44**, 2248–2256.

Flanner, M. G., C. S. Zender, J. T. Randerson, and P. J. Rasch, 2007: Present-day climate forcing and response from black carbon in snow. *J. Geophys. Res. Atmos.*, **112**, D11202.

Fletcher, C. G., P. J. Kushner, A. Hall, and X. Qu, 2009: Circulation responses to snow albedo feedback in climate change. *Geophys. Res. Lett.*, **36**, L09702.

Fomin, B. A., and V. A. Falaleeva, 2009: Recent progress in spectroscopy and its effect on line-by-line calculations for the validation of radiation codes for climate models. *Atmos. Oceanic Opt.*, **22**, 626–629.

Forster, P., and K. Shine, 1997: Radiative forcing and temperature trends from stratospheric ozone changes. *J. Geophys. Res. Atmos.*, **102**, 10841–10855.

Forster, P., et al., 2005: Resolution of the uncertainties in the radiative forcing of HFC-134a. *J. Quant. Spectrosc. Radiat. Transfer*, **93**, 447–460.

Forster, P., et al., 2007: Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K. B. Averyt, M. Tignor and H. L. Miller (eds.)] Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 129-234.

Forster, P., et al., 2011a: Evaluation of radiation scheme performance within chemistry climate models. *J. Geophys. Res. Atmos.*, **116**, D10302.

Forster, P. M., T. Andrews, P. Good, J. M. Gregory, L. S. Jackson, and M. Zelinka, 2013: Evaluating adjusted forcing and model spread for historical and future scenarios in the CMIP5 generation of climate models. *J. Geophys. Res. Atmos.*, **118**, 1139–1150.

Forster, P. M., et al., 2011b: Stratospheric changes and climate. In: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project—Report No. 52, World Meteorological Organization, Geneva, Switzerland, 516 pp.

Fortuin, J. P. F., and H. Kelder, 1998: An ozone climatology based on ozonesonde and satellite measurements. *J. Geophys. Res. Atmos.*, **103**, 31709–31734.

Foukal, P., and J. Lean, 1988: Magnetic modulation of solar luminosity by photspheric activity. *Astrophys. J.*, **328**, 347–357.

Fowler, D., et al., 2009: Atmospheric composition change: Ecosystems-atmosphere interactions. *Atmos. Environ.*, **43**, 5193–5267.

Frame, T., and L. Gray, 2010: The 11-yr solar cycle in ERA-40 data: An update to 2008. *J. Clim.*, **23**, 2213–2222.

Freckleton, R. E. Highwood, K. Shine, O. Wild, K. Law, and M. Sanderson, 1998: Greenhouse gas radiative forcing: Effects of averaging and inhomogeneities in trace gas distribution. *Q. J. R. Meteorol. Soc.*, **124**, 2099–2127.

Friedlingstein, P., et al., 2006: Climate-carbon cycle feedback analysis: Results from the C(4)MIP model intercomparison. *J. Clim.*, **19**, 3337–3353.

Frohlich, C., 2006: Solar irradiance variability since 1978—Revision of the PMOD composite during solar cycle 21. *Space Sci. Rev.*, **125**, 53–65.

Frohlich, C., 2009: Evidence of a long-term trend in total solar irradiance. *Astron. Astrophys.*, **501**, L27–L30.

Frolicher, T. L., F. Joos, and C. C. Raible, 2011: Sensitivity of atmospheric $CO_2$ and climate to explosive volcanic eruptions. *Biogeosciences*, **8**, 2317–2339.

Fromm, M., G. Nedoluha, and Z. Charvat, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647–c.

Fry, M., et al., 2012: The influence of ozone precursor emissions from four world regions on tropospheric composition and radiative climate forcing. *J. Geophys. Res. Atmos.*, **117**, D07306.

Fuglestvedt, J., T. Berntsen, O. Godal, and T. Skodvin, 2000: Climate implications of GWP-based indicators in greenhouse gas emissions. *Geophys. Res. Lett.*, **27**, 409–412.

Fuglestvedt, J., T. Berntsen, O. Godal, R. Sausen, K. Shine, and T. Skodvin, 2003: Metrics of climate change: Assessing radiative forcing and emission indices. *Clim. Change*, **58**, 267–331.

Fuglestvedt, J. S., et al., 2010: Transport impacts on atmosphere and climate: Metrics. *Atmos. Environ.*, **44**, 4648–4677.

Fung, I., J. John, J. Lerner, E. Matthews, M. Prather, L. P. Steele, and P. J. Fraser, 1991: 3-Dimensional model synthesis of the global methane cycle. *J. Geophys. Res. Atmos.*, **96**, 13033–13065.

Gaillard, M. J., et al., 2010: Holocene land-cover reconstructions for studies on land cover-climate feedbacks. *Clim. Past*, **6**, 483–499.

Gao, C., A. Robock, and C. Ammann, 2008: Volcanic forcing of climate over the past 1500 years: An improved ice core-based index for climate models. *J. Geophys. Res. Atmos.*, **113**, D23111.

Garcia, R. R., W. J. Randel, and D. E. Kinnison, 2011: On the determination of age of air trends from atmospheric trace species. *J. Atmos. Sci.*, **68**, 139–154.

Gerlach, T., 2011: Volcanic versus anthropogenic carbon dioxide. *Eos*, **92**, 201–202.

Gettelman, A., J. Holton, and K. Rosenlof, 1997: Mass fluxes of $O_3$, $CH_4$, $N_2O$ and $CF_2Cl_2$ in the lower stratosphere calculated from observational data. *J. Geophys. Res. Atmos.*, **102**, 19149–19159.

BLM_0074232

Gillett, N., and H. Matthews, 2010: Accounting for carbon cycle feedbacks in a comparison of the global warming effects of greenhouse gases. *Environ. Res. Lett.*, **5**, 034011.

Ginoux, P., D. Garbuzov, and N. C. Hsu, 2010: Identification of anthropogenic and natural dust sources using Moderate Resolution Imaging Spectroradiometer (MODIS) Deep Blue level 2 data. *J. Geophys. Res. Atmos.*, **115**, D05204.

Godal, O., and J. Fuglestvedt, 2002: Testing 100-year global warming potentials: Impacts on compliance costs and abatement profile. *Clim. Change*, **52**, 93–127.

Goosse, H., et al., 2006: The origin of the European "Medieval Warm Period". *Clim. Past*, **2**, 99–113.

Granier, C., et al., 2011: Evolution of anthropogenic and biomass burning emissions of air pollutants at global and regional scales during the 1980–2010 period. *Clim. Change*, **109**, 163–190.

Gray, L., S. Rumbold, and K. Shine, 2009: Stratospheric temperature and radiative forcing response to 11-year solar cycle changes in irradiance and ozone. *J. Atmos. Sci.*, **66**, 2402–2417.

Gray, L., et al., 2010: Solar influences on climate. *Rev. Geophys.*, **48**, RG4001.

Gregory, J., and M. Webb, 2008: Tropospheric adjustment induces a cloud component in $CO_2$ forcing. *J. Clim.*, **21**, 58–71.

Gregory, J., et al., 2004: A new method for diagnosing radiative forcing and climate sensitivity. *Geophys. Res. Lett.*, **31**, L03205.

Gregory, J. M., 2010: Long-term effect of volcanic forcing on ocean heat content. *Geophys. Res. Lett.*, **37**, L22701.

Grewe, V., 2007: Impact of climate variability on tropospheric ozone. *Sci. Tot. Environ.*, **374**, 167–181.

Gusev, A. A., 2008: Temporal structure of the global sequence of volcanic eruptions: Order clustering and intermittent discharge rate. *Phys. Earth Planet. Inter.*, **166**, 203–218.

Haigh, J., 1994: The role of stratospheric ozone in modulating the solar radiative forcing of climate. *Nature*, **370**, 544–546.

Haigh, J., 1999: A GCM study of climate change in response to the 11-year solar cycle. *Q. J. R. Meteorol. Soc.*, **125**, 871–892.

Haigh, J. D., 1996: The impact of solar variability on climate. *Science*, **272**, 981–984.

Hall, J., and G. Lockwood, 2004: The chromospheric activity and variability of cycling and flat activity solar-analog stars. *Astrophys. J.*, **614**, 942–946.

Hallquist, M., et al., 2009: The formation, properties and impact of secondary organic aerosol: Current and emerging issues. *Atmos. Chem. Phys.*, **9**, 5155–5236.

Hammitt, J., A. Jain, J. Adams, and D. Wuebbles, 1996: A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature*, **381**, 301–303.

Hansen, J., and L. Nazarenko, 2004: Soot climate forcing via snow and ice albedos. *Proc. Natl. Acad. Sci. U.S.A.*, **101**, 423–428.

Hansen, J., et al., 2005: Efficacy of climate forcings. *J. Geophys. Res. Atmos.*, **110**, D18104.

Hansen, J., et al., 2007: Climate simulations for 1880–2003 with GISS modelE. *Clim. Dyn.*, **29**, 661–696.

Harder, J., J. Fontenla, P. Pilewskie, E. Richard, and T. Woods, 2009: Trends in solar spectral irradiance variability in the visible and infrared. *Geophys. Res. Lett.*, **36**, L07801.

Harrison, R., and M. Ambaum, 2010: Observing Forbush decreases in cloud at Shetland. *J. Atmos. Sol. Terres. Phys.*, **72**, 1408–1414.

Haywood, J., and M. Schulz, 2007: Causes of the reduction in uncertainty in the anthropogenic radiative forcing of climate between IPCC (2001) and IPCC (2007). *Geophys. Res. Lett.*, **34**, L20701.

Haywood, J. M., et al., 2010: Observations of the eruption of the Sarychev volcano and simulations using the HadGEM2 climate model. *J. Geophys. Res. Atmos.*, **115**, D21212.

Heathfield, A., C. Anastasi, A. McCulloch, and F. Nicolaisen, 1998: Integrated infrared absorption coefficients of several partially fluorinated ether compounds: $CF_3OCF_2H$, $CF_2HOCF_2H$, $CH_3OCF_2CF_2H$, $CH_3OCF_2CFClH$, $CH_3CH_2OCF_2CF_2H$, $CF_3CH_2OCF_2CF_2H$ AND $CH_2=CHCH_2OCF_2CF_2H$. *Atmos. Environ.*, **32**, 2825–2833.

Hegg, D. A., S. G. Warren, T. C. Grenfell, S. J. Doherty, T. V. Larson, and A. D. Clarke, 2009: Source attribution of black carbon in Arctic snow. *Environ. Sci. Technol.*, **43**, 4016–4021.

Hegglin, M. I., and T. G. Shepherd, 2009: Large climate-induced changes in ultraviolet index and stratospheric-to-troposphere ozone flux. *Nature Geosci.*, **2**, 687–691.

Helama, S., M. Fauria, K. Mielikainen, M. Timonen, and M. Eronen, 2010: Sub-Milankovitch solar forcing of past climates: Mid and late Holocene perspectives. *Geol. Soc. Am. Bull.*, **122**, 1981–1988.

Henze, D. K., et al., 2012: Spatially refined aerosol direct radiative forcing efficiencies. *Environ. Sci. Technol.*, **46**, 9511–9518.

Hohne, N., et al., 2011: Contributions of individual countries' emissions to climate change and their uncertainty. *Clim. Change*, **106**, 359–391.

Holmes, C., Q. Tang, and M. Prather, 2011: Uncertainties in climate assessment for the case of aviation NO. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 10997–11002.

Holmes, C. D., M. J. Prather, O. A. Sovde, and G. Myhre, 2013: Future methane, hydroxyl, and their uncertainties: Key climate and emission parameters for future predictions. *Atmos. Chem. Phys.*, **13**, 285–302.

Horowitz, L. W., 2006: Past, present, and future concentrations of tropospheric ozone and aerosols: Methodology, ozone evaluation, and sensitivity to aerosol wet removal. *J. Geophys. Res. Atmos.*, **111**, D22211.

Houghton, J. T., G. J. Jenkins, and J. J. Ephraums (eds.), 1990: *Climate Change. The IPCC Scientific Assessment.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 364 pp.

Hoyle, C., et al., 2011: A review of the anthropogenic influence on biogenic secondary organic aerosol. *Atmos. Chem. Phys.*, **11**, 321–343.

Hsu, J., and M. J. Prather, 2009: Stratospheric variability and tropospheric ozone. *J. Geophys. Res. Atmos.*, **114**, D06102.

Huang, J., Q. Fu, W. Zhang, X. Wang, R. Zhang, H. Ye, and S. Warren, 2011: Dust and black carbon in seasonal snow across northern China. *Bull. Am. Meteorol. Soc.*, **92**, 175–181.

Huijnen, V., et al., 2010: The global chemistry transport model TM5: Description and evaluation of the tropospheric chemistry version 3.0. *Geosci. Model Dev.*, **3**, 445–473.

Hurst, D. F., et al., 2011: Stratospheric water vapor over Boulder, Colorado: Analysis of the 30 year Boulder record. *J. Geophys. Res. Atmos.*, **116**, D02306.

Hurtt, G. C., et al., 2006: The underpinnings of land-use history: Three centuries of global gridded land-use transitions, wood-harvest activity, and resulting secondary lands. *Global Change Biol.*, **12**, 1208–1229.

Iacono, M. J., J. S. Delamere, E. J. Mlawer, M. W. Shephard, S. A. Clough, and W. D. Collins, 2008: Radiative forcing by long-lived greenhouse gases: Calculations with the AER radiative transfer models. *J. Geophys. Res. Atmos.*, **113**, D13103.

Ineson, S., A. A. Scaife, J. R. Knight, J. C. Manners, N. J. Dunstone, L. J. Gray, and J. D. Haigh, 2011: Solar forcing of winter climate variability in the Northern Hemisphere. *Nature Geosci.*, **4**, 753–757.

IPCC, 1996: *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change.

Isaksen, I., et al., 2009: Atmospheric composition change: Climate-chemistry interactions. *Atmos. Environ.*, **43**, 5138–5192.

Ito, A., and J. E. Penner, 2005: Historical emissions of carbonaceous aerosols from biomass and fossil fuel burning for the period 1870–2000. *Global Biogeochem. Cycles*, **19**, Gb2028.

Jackson, S., 2009: Parallel pursuit of near-term and long-term climate mitigation. *Science*, **326**, 526–527.

Jacobson, M., 2010: Short-term effects of controlling fossil-fuel soot, biofuel soot and gases, and methane on climate, Arctic ice, and air pollution health. *J. Geophys. Res. Atmos.*, **115**, D14209.

Jacobson, M., 2012: Investigating cloud absorption effects: Global absorption properties of black carbon, tar balls, and soil dust in clouds and aerosols. *J. Geophys. Res. Atmos.*, **117**, D06205.

Javadi, M., O. Nielsen, T. Wallington, M. Hurley, and J. Owens, 2007: Atmospheric chemistry of 2-ethoxy-3,3,4,4,5-pentafluorotetra-hydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan: Kinetics, mechanisms, and products of CL atom and OH radical initiated oxidation. *Environ. Sci. Technol.*, **41**, 7389–7395.

Jin, M. L., R. E. Dickinson, and D. L. Zhang, 2005: The footprint of urban areas on global climate as characterized by MODIS. *J. Clim.*, **18**, 1551–1565.

Jin, Y., and D. P. Roy, 2005: Fire-induced albedo change and its radiative forcing at the surface in northern Australia. *Geophys. Res. Lett.*, **32**, L13401.

Jin, Y. F., J. T. Randerson, M. L. Goulden, and S. J. Goetz, 2012: Post-fire changes in net shortwave radiation along a latitudinal gradient in boreal North America. *Geophys. Res. Lett.*, **39**, L13403.

Johansson, D., 2012: Economics- and physical-based metrics for comparing greenhouse gases. *Clim. Change*, **110**, 123–141.

Johansson, D., U. Persson, and C. Azar, 2006: The cost of using global warming potentials: Analysing the trade off between $CO_2$, $CH_4$ and $N_2O$. *Clim. Change*, **77**, doi:10.1007/s10584-006-9054-1, 291–309.

BLM_0074233

Jones, G., M. Lockwood, and P. Stott, 2012: What influence will future solar activity changes over the 21st century have on projected global near-surface temperature changes? *J. Geophys. Res. Atmos.*, **117**, D05103.

Jones, G. S., J. M. Gregory, P. A. Stott, S. F. B. Tett, and R. B. Thorpe, 2005: An AOGCM simulation of the climate response to a volcanic super-eruption. *Clim. Dyn.*, **25**, 725–738.

Joos, F., M. Bruno, R. Fink, U. Siegenthaler, T. Stocker, and C. LeQuere, 1996: An efficient and accurate representation of complex oceanic and biospheric models of anthropogenic carbon uptake. *Tellus B*, **48**, 397–417.

Joos, F., et al., 2013: Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: A multi-model analysis. *Atmos. Chem. Phys.*, **13**, 2793–2825.

Joshi, M., and J. Gregory, 2008: Dependence of the land-sea contrast in surface climate response on the nature of the forcing. *Geophys. Res. Lett.*, **35**, L24802.

Joshi, M. M., and G. S. Jones, 2009: The climatic effects of the direct injection of water vapour into the stratosphere by large volcanic eruptions. *Atmos. Chem. Phys.*, **9**, 6109–6118.

Kandlikar, M., 1995: The relative role of trace gas emissions in greenhouse abatement policies. *Energ. Policy*, **23**, 879–883.

Kaplan, J. O., K. M. Krumhardt. E. C. Ellis, W. F. Ruddiman, C. Lemmen, and K. K. Goldewijk, 2011: Holocene carbon emissions as a result of anthropogenic land cover change. *Holocene*, **21**, 775–791.

Kasischke, E. S., and J. E. Penner, 2004: Improving global estimates of atmospheric emissions from biomass burning. *J. Geophys. Res. Atmos.*, **109**, D14S01.

Kawase, H., T. Nagashima, K. Sudo, and T. Nozawa, 2011: Future changes in tropospheric ozone under Representative Concentration Pathways (RCPs). *Geophys. Res. Lett.*, **38**, L05801.

Kawase, H., M. Abe, Y. Yamada, T. Takemura, T. Yokohata, and T. Nozawa, 2010: Physical mechanism of long-term drying trend over tropical North Africa. *Geophys. Res. Lett.*, **37**, L09706.

Kirkby, J., 2007: Cosmic rays and climate. *Surv. Geophys.*, **28**, 333–375.

Kirkby, J., et al., 2011: Role of sulphuric acid, ammonia and galactic cosmic rays in atmospheric aerosol nucleation. *Nature*, **476**, 429–433.

Kleinman, L. I., P. H. Daum, Y. N. Lee, L. J. Nunnermacker, S. R. Springston, J. Weinstein-Lloyd, and J. Rudolph, 2001: Sensitivity of ozone production rate to ozone precursors. *Geophys. Res. Lett.*, **28**, 2903–2906.

Knutti, R., et al., 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Clim.*, **21**, 2651–2663.

Koch, D., and A. D. Del Genio, 2010: Black carbon semi-direct effects on cloud cover: Review and synthesis. *Atmos. Chem. Phys.*, **10**, 7685–7696.

Koch, D., T. Bond, S. Streets, N. Unger, and G. van der Werf, 2007: Global impacts of aerosols from particular source regions and sectors. *J. Geophys. Res. Atmos.*, **112**, D02205.

Koch, D., S. Menon, A. Del Genio, R. Ruedy, I. Alienov, and G. A. Schmidt, 2009a: Distinguishing aerosol impacts on climate over the past century. *J. Clim.*, **22**, 2659–2677.

Koch, D., et al., 2011: Coupled aerosol-chemistry-climate twentieth-century transient model investigation: Trends in short-lived species and climate responses. *J. Clim.*, **24**, 2693–2714.

Koch, D., et al., 2009b: Evaluation of black carbon estimations in global aerosol models. *Atmos. Chem. Phys.*, **9**, 9001–9026.

Koehler, M. O., G. Raedel, K. P. Shine, H. L. Rogers, and J. A. Pyle, 2013: Latitudinal variation of the effect of aviation $NO_x$ emissions on atmospheric ozone and methane and related climate metrics. *Atmos. Environ.*, **64**, 1–9.

Koffi, B., et al., 2012: Application of the CALIOP layer product to evaluate the vertical distribution of aerosols estimated by global models: AeroCom phase I results. *J. Geophys. Res. Atmos.*, **117**, D10201.

Kopp, G., and J. Lean, 2011: A new, lower value of total solar irradiance: Evidence and climate significance. *Geophys. Res. Lett.*, **38**, L01706.

Kratz, D., 2008: The sensitivity of radiative transfer calculations to the changes in the HITRAN database from 1982 to 2004. *J. Quant. Spectrosc. Radiat. Transfer*, **109**, 1060–1080.

Kravitz, B., and A. Robock, 2011: Climate effects of high-latitude volcanic eruptions: Role of the time of year. *J. Geophys. Res. Atmos.*, **116**, D01105.

Kravitz, B., A. Robock, and A. Bourassa, 2010: Negligible climatic effects from the 2008 Okmok and Kasatochi volcanic eruptions. *J. Geophys. Res. Atmos.*, **115**, D00L05.

Kravitz, B., et al., 2011: Simulation and observations of stratospheric aerosols from the 2009 Sarychev volcanic eruption. *J. Geophys. Res. Atmos.*, **116**, D18211.

Kristjansson, J. E., T. Iversen, A. Kirkevag, O. Seland, and J. Debernard, 2005: Response of the climate system to aerosol direct and indirect forcing: Role of cloud feedbacks. *J. Geophys. Res. Atmos.*, **110**, D24206.

Krivova, N., L. Vieira, and S. Solanki, 2010: Reconstruction of solar spectral irradiance since the Maunder minimum. *J. Geophys. Res. Space Phys.*, **115**, A12112.

Kueppers, L. M., M. A. Snyder, and L. C. Sloan, 2007: Irrigation cooling effect: Regional climate forcing by land-use change. *Geophys. Res. Lett.*, **34**, L03703.

Kuroda, Y., and K. Kodera, 2005: Solar cycle modulation of the southern annular mode. *Geophys. Res. Lett.*, **32**, L13802.

Kvalevag, M. M., G. Myhre, G. Bonan, and S. Levis, 2010: Anthropogenic land cover changes in a GCM with surface albedo changes based on MODIS data. *Int. J. Climatol.*, **30**, 2105–2117.

Lacis, A. A., D. J. Wuebbles, J. A. Logan, 1990: Radiative forcing of climate by changes in the vertical-distribution of ozone, J. Geophys. Res., **95**, 9971-9981.

Lamarque, J., et al., 2011: Global and regional evolution of short-lived radiatively-active gases and aerosols in the Representative Concentration Pathways. *Clim. Change*, **109**, 191–212.

Lamarque, J., et al., 2010: Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: Methodology and application. *Atmos. Chem. Phys.*, **10**, 7017–7039.

Lamarque, J. F., et al., 2013: The Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP): Overview and description of models, simulations and climate diagnostics. *Geosci. Model Dev.*, **6**, 179–206.

Lau, K. M., M. K. Kim, and K. M. Kim, 2006: Asian summer monsoon anomalies induced by aerosol direct forcing: The role of the Tibetan Plateau. *Clim. Dyn.*, **26**, 855–864.

Lauder, A. R., I. G. Enting, J. O. Carter, N. Clisby, A. L. Cowie, B. K. Henry, and M. R. Raupach, 2013: Offsetting methane emissions—An alternative to emission equivalence metrics. *Int. J. Greenh. Gas Control*, **12**, 419–429.

Lauer, A., V. Eyring, J. Hendricks, P. Jockel, and U. Lohmann, 2007: Global model simulations of the impact of ocean-going ships on aerosols, clouds, and the radiation budget. *Atmos. Chem. Phys.*, **7**, 5061–5079.

Lawrence, P. J., and T. N. Chase, 2010: Investigating the climate impacts of global land cover change in the community climate system model. *Int. J. Climatol.*, **30**, 2066–2087.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.*, **27**, 2425–2428.

Lean, J., and M. Deland, 2012: How does the sun's spectrum vary? *J. Clim.*, **25**, 2555–2560.

Lee, D. S., et al., 2010: Transport impacts on atmosphere and climate: Aviation. *Atmos. Environ.*, **44**, 4678–4734.

Lee, J., D. Shindell, and S. Hameed, 2009: The influence of solar forcing on tropical circulation. *J. Clim.*, **22**, 5870–5885.

Lee, R., M. Gibson, R. Wilson, and S. Thomas, 1995: Long-term total solar irradiance variability during sunspot cycle-22. *J. Geophys. Res. Space Phys.*, **100**, 1667–1675.

Lee, X., et al., 2011: Observed increase in local cooling effect of deforestation at higher latitudes. *Nature*, **479**, 384–387.

Lee, Y. H., et al., 2013: Evaluation of preindustrial to present-day black carbon and its albedo forcing from Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2607–2634.

Legras, B., O. Mestre, E. Bard, and P. Yiou, 2010: A critical look at solar-climate relationships from long temperature series. *Clim. Past*, **6**, 745–758.

Leibensperger, E. M., L. J. Mickley, and D. J. Jacob, 2008: Sensitivity of US air quality to mid-latitude cyclone frequency and implications of 1980–2006 climate change. *Atmos. Chem. Phys.*, **8**, 7075–7086.

Leibensperger, E. M., et al., 2012a: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 1: Aerosol trends and radiative forcing. *Atmos. Chem. Phys.*, **12**, 3333–3348.

Leibensperger, E. M., et al., 2012b: Climatic effects of 1950–2050 changes in US anthropogenic aerosols—Part 2: Climate response. *Atmos. Chem. Phys.*, **12**, 3349–3362.

Lelieveld, J., et al., 2008: Atmospheric oxidation capacity sustained by a tropical forest. *Nature*, **452**, 737–740.

Levy, H., 1971: Normal atmosphere—Large radical and formaldehyde concentrations predicted. *Science*, **173**, 141–143.

Liao, H., W. T. Chen, and J. H. Seinfeld, 2006: Role of climate change in global predictions of future tropospheric ozone and aerosols. *J. Geophys. Res. Atmos.*, **111**, D12304.

BLM_0074234

Lockwood, M., 2010: Solar change and climate: An update in the light of the current exceptional solar minimum. *Proc. R. Soc. London A*, **466**, 303–329.

Lockwood, M., and C. Fröhlich, 2008: Recent oppositely directed trends in solar climate forcings and the global mean surface air temperature. II. Different reconstructions of the total solar irradiance variation and dependence on response time scale. *Proc. R. Soc. London A*, **464**, 1367–1385.

Lockwood, M., A. Rouillard, and I. Finch, 2009: The rise and fall of open solar flux during the current grand solar maximum. *Astrophys. J.*, **700**, 937–944.

Logan, J. A., 1999: An analysis of ozonesonde data for the troposphere: Recommendations for testing 3-D models and development of a gridded climatology for tropospheric ozone. *J. Geophys. Res. Atmos.*, **104**, 16115–16149.

Logan, J. A., M. J. Prather, S. C. Wofsy, and M. B. McElroy, 1981: Tropospheric chemistry—A global perspective. *J. Geophys. Res. Oceans Atmos.*, **86**, 7210–7254.

Logan, J. A., et al., 2012: Changes in ozone over Europe: Analysis of ozone measurements from sondes, regular aircraft (MOZAIC) and alpine surface sites. *J. Geophys. Res. Atmos.*, **117**, D09301.

Lohila, A., et al., 2010: Forestation of boreal peatlands: Impacts of changing albedo and greenhouse gas fluxes on radiative forcing. *J. Geophys. Res. Biogeosci.*, **115**, G04011.

Lohmann, U., et al., 2010: Total aerosol effect: Radiative forcing or radiative flux perturbation? *Atmos. Chem. Phys.*, **10**, 3235–3246.

Long, C. N., E. G. Dutton, J. A. Augustine, W. Wiscombe, M. Wild, S. A. McFarlane, and C. J. Flynn, 2009: Significant decadal brightening of downwelling shortwave in the continental United States. *J. Geophys. Res. Atmos.*, **114**, D00D06.

Long, D., and M. Collins, 2013: Quantifying global climate feedbacks, responses and forcing under abrupt and gradual $CO_2$ forcing. *Clim. Dyn.*, **41**, 2471–2479.

Lu, P., H. Zhang, and X. Jing, 2012: The effects of different HITRAN versions on calculated long-wave radiation and uncertainty evaluation. *Acta Meteorol. Sin.*, **26**, 389–398.

Lu, Z., Q. Zhang, and D. G. Streets, 2011: Sulfur dioxide and primary carbonaceous aerosol emissions in China and India, 1996–2010. *Atmos. Chem. Phys.*, **11**, 9839–9864.

Lund, M., T. Berntsen, J. Fuglestvedt, M. Ponater, and K. Shine, 2012: How much information is lost by using global-mean climate metrics? An example using the transport sector. *Clim. Change*, **113**, 949–963.

MacFarling Meure, C., et al., 2006: Law Dome $CO_2$, $CH_4$ and $N_2O$ ice core records extended to 2000 years BP. *Geophys. Res. Lett.*, **33**, L14810.

MacMynowski, D., H. Shin, and K. Caldeira, 2011: The frequency response of temperature and precipitation in a climate model. *Geophys. Res. Lett.*, **38**, L16711.

Mader, J. A., J. Staehelin, T. Peter, D. Brunner, H. E. Rieder, and W. A. Stahel, 2010: Evidence for the effectiveness of the Montreal Protocol to protect the ozone layer. *Atmos. Chem. Phys.*, **10**, 12161–12171.

Mahowald, N. M., et al., 2010: Observed 20th century desert dust variability: Impact on climate and biogeochemistry. *Atmos. Chem. Phys.*, **10**, 10875–10893.

Mann, M., M. Cane, S. Zebiak, and A. Clement, 2005: Volcanic and solar forcing of the tropical Pacific over the past 1000 years. *J. Clim.*, **18**, 447–456.

Manne, A., and R. Richels, 2001: An alternative approach to establishing trade-offs among greenhouse gases. *Nature*, **410**, 675–677.

Manning, M., and A. Reisinger, 2011: Broader perspectives for comparing different greenhouse gases. *Philos. Trans. R. Soc. London A*, **369**, 1891–1905.

Marenco, A., H. Gouget, P. Nedelec, J. P. Pages, and F. Karcher, 1994: Evidence of a long-term increase in tropospheric ozone from PIC Du Midi Data Series—Consequences—Positive radiative forcing. *J. Geophys. Res. Atmos.*, **99**, 16617–16632.

Marten, A. L., and S. C. Newbold, 2012: Estimating the social cost of non-CO2 GHG emissions: Methane and nitrous oxide. *Energ. Policy*, **51**, 957–972.

Matthews, H. D., A. J. Weaver, K. J. Meissner, N. P. Gillett, and M. Eby, 2004: Natural and anthropogenic climate change: Incorporating historical land cover change, vegetation dynamics and the global carbon cycle. *Clim. Dyn.*, **22**, 461–479.

McComas, D., R. Ebert, H. Elliott, B. Goldstein, J. Gosling, N. Schwadron, and R. Skoug, 2008: Weaker solar wind from the polar coronal holes and the whole Sun. *Geophys. Res. Lett.*, **35**, L18103.

McLandress, C., T. G. Shepherd, J. F. Scinocca, D. A. Plummer, M. Sigmond, A. I. Jonsson, and M. C. Reader, 2011: Separating the dynamical effects of climate change and ozone depletion. Part II. Southern Hemisphere troposphere. *J. Clim.*, **24**, 1850–1868.

Meinshausen, M., T. Wigley, and S. Raper, 2011a: Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6–Part 2: Applications. *Atmos. Chem. Phys.*, **11**, 1457–1471.

Meinshausen, M., et al., 2011b: The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Clim. Change*, **109**, 213–241.

Mercado, L. M., N. Bellouin, S. Sitch, O. Boucher, C. Huntingford, M. Wild, and P. M. Cox, 2009: Impact of changes in diffuse radiation on the global land carbon sink. *Nature*, **458**, 1014–1017.

Merikanto, J., D. Spracklen, G. Mann, S. Pickering, and K. Carslaw, 2009: Impact of nucleation on global CCN. *Atmos. Chem. Phys.*, **9**, 8601–8616.

Mickley, L. J., E. M. Leibensperger, D. J. Jacob, and D. Rind, 2012: Regional warming from aerosol removal over the United States: Results from a transient 2010–2050 climate simulation. *Atmos. Environ.*, **46**, 545–553.

Miller, G. H., et al., 2012: Abrupt onset of the Little Ice Age triggered by volcanism and sustained by sea-ice/ocean feedbacks. *Geophys. Res. Lett.*, **39**, L02708.

Miller, R. L., I. Tegen, and J. Perlwitz, 2004: Surface radiative forcing by soil dust aerosols and the hydrologic cycle. *J. Geophys. Res.*, **109**, D04203.

Mills, M. J., O. B. Toon, R. P. Turco, D. E. Kinnison, and R. R. Garcia, 2008: Massive global ozone loss predicted following regional nuclear conflict. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 5307–5312.

Ming, Y., and V. Ramaswamy, 2012: Nonlocal component of radiative flux perturbation. *Geophys. Res. Lett.*, **39**, L22706.

Ming, Y., V. Ramaswamy, and G. Persad, 2010: Two opposing effects of absorbing aerosols on global-mean precipitation. *Geophys. Res. Lett.*, **37**, L13701.

Ming, Y., V. Ramaswamy, and G. Chen, 2011: A model investigation of aerosol-induced changes in boreal winter extratropical circulation. *J. Clim.*, **24**, 6077–6091.

Ming, Y., V. Ramaswamy, L. J. Donner, V. T. J. Phillips, S. A. Klein, P. A. Ginoux, and L. W. Horowitz, 2007: Modeling the interactions between aerosols and liquid water clouds with a self-consistent cloud scheme in a general circulation model. *J. Atmos. Sci.*, **64**, 1189–1209.

Mirme, S., A. Mirme, A. Minikin, A. Petzold, U. Horrak, V.-M. Kerminen, and M. Kulmala, 2010: Atmospheric sub-3 nm particles at high altitudes. *Atm. Chem. Phys.*, **10**, 437–451.

Montzka, S. A., E. J. Dlugokencky, and J. H. Butler, 2011: Non-$CO_2$ greenhouse gases and climate change. *Nature*, **476**, 43–50.

Morrill, J., L. Floyd, and D. McMullin, 2011: The solar ultraviolet spectrum estimated using the Mg II Index and Ca II K disk activity. *Solar Physics*, **269**, 253–267.

Muhle, J., et al., 2009: Sulfuryl fluoride in the global atmosphere. *J. Geophys. Res. Atmos.*, **114**, D05306.

Mulitza, S., et al., 2010: Increase in African dust flux at the onset of commercial agriculture in the Sahel region. *Nature*, **466**, 226–228.

Murphy, D., and D. Fahey, 1994: An estimate of the flux of stratospheric reactive nitrogen and ozone into the troposphere. *J. Geophys. Res. Atmos.*, **99**, 5325–5332.

Myhre, G., M. M. Kvalevag, and C. B. Schaaf, 2005a: Radiative forcing due to anthropogenic vegetation change based on MODIS surface albedo data. *Geophys. Res. Lett.*, **32**, L21410.

Myhre, G., E. J. Highwood, K. P. Shine, and F. Stordal, 1998: New estimates of radiative forcing due to well mixed greenhouse gases. *Geophys. Res. Lett.*, **25**, 2715–2718.

Myhre, G., Y. Govaerts, J. M. Haywood, T. K. Berntsen, and A. Lattanzio, 2005b: Radiative effect of surface albedo change from biomass burning. *Geophys. Res. Lett.*, **32**, L20812.

Myhre, G., J. Nilsen, L. Gulstad, K. Shine, B. Rognerud, and I. Isaksen, 2007: Radiative forcing due to stratospheric water vapour from $CH_4$ oxidation. *Geophys. Res. Lett.*, **34**, L01807.

Myhre, G., et al., 2011: Radiative forcing due to changes in ozone and methane caused by the transport sector. *Atmos. Environ.*, **45**, 387–394.

Myhre, G., et al., 2013: Radiative forcing of the direct aerosol effect from AeroCom Phase II simulations. *Atmos. Chem. Phys.*, **13**, 1853–1877.

Nagai, T., B. Liley, T. Sakai, T. Shibata, and O. Uchino, 2010: Post-Pinatubo evolution and subsequent trend of the stratospheric aerosol layer observed by mid-latitude lidars in both hemispheres. *Sola*, **6**, 69–72.

Naik, V., D. L. Mauzerall, L. W. Horowitz, M. D. Schwarzkopf, V. Ramaswamy, and M. Oppenheimer, 2007: On the sensitivity of radiative forcing from biomass burning aerosols and ozone to emission location. *Geophys. Res. Lett.*, **34**, L03818.

BLM_0074235

8

Nair, U. S., D. K. Ray, J. Wang, S. A. Christopher, T. J. Lyons, R. M. Welch, and R. A. Pielke, 2007: Observational estimates of radiative forcing due to land use change in southwest Australia. *J. Geophys. Res. Atmos.*, **112**, D09117.

Neely, R. R., et al., 2013: Recent anthropogenic increases in $SO_2$ from Asia have minimal impact on stratospheric aerosol. *Geophys. Res. Lett.*, **40**, 999-1004.

O'ishi, R., A. Abe-Ouchi, I. Prentice, and S. Sitch, 2009: Vegetation dynamics and plant $CO_2$ responses as positive feedbacks in a greenhouse world. *Geophys. Res. Lett.*, **36**, L11706.

O'Neill, B., 2000: The jury is still out on global warming potentials. *Clim. Change*, **44**, 427–443.

O'Neill, B., 2003: Economics, natural science, and the costs of global warming potentials—An editorial comment. *Clim. Change*, **58**, 251–260.

Oleson, K. W., G. B. Bonan, and J. Feddema, 2010: Effects of white roofs on urban temperature in a global climate model. *Geophys. Res. Lett.*, **37**, L03701.

Olivié, D. J. L., G. Peters, and D. Saint-Martin, 2012: Atmosphere response time scales estimated from AOGCM experiments. *J. Climate*, **25**, 7956–7972.

Olsen, S. C., C. A. McLinden, and M. J. Prather, 2001: Stratospheric $N_2O$–NOy system: Testing uncertainties in a three-dimensional framework, *J. Geophys. Res.*, **106**, 28771.

Oreopoulos, L., et al., 2012: The Continual Intercomparison of Radiation Codes: Results from Phase I. *J. Geophys. Res. Atmos.*, **117**, D06118.

Osterman, G. B., et al., 2008: Validation of Tropospheric Emission Spectrometer (TES) measurements of the total, stratospheric, and tropospheric column abundance of ozone. *J. Geophys. Res. Atmos.*, **113**, D15S16.

Otterå, O. H., M. Bentsen, H. Drange, and L. L. Suo, 2010: External forcing as a metronome for Atlantic multidecadal variability. *Nature Geosci.*, **3**, 688–694.

Özdoğan, M., A. Robock, and C. J. Kucharik, 2013: Impacts of a nuclear war in South Asia on soybean and maize production in the Midwest United States. *Clim. Change*, **116**, 373–387.

Parrish, D. D., D. B. Millet, and A. H. Goldstein, 2009: Increasing ozone in marine boundary layer inflow at the west coasts of North America and Europe. *Atmos. Chem. Phys.*, **9**, 1303–1323.

Paulot, F., J. D. Crounse, H. G. Kjaergaard, A. Kurten, J. M. St Clair, J. H. Seinfeld, and P. O. Wennberg, 2009: Unexpected epoxide formation in the gas-phase photooxidation of isoprene. *Science*, **325**, 730–733.

Paynter, D., and V. Ramaswamy, 2011: An assessment of recent water vapor continuum measurements using longwave and shortwave radiative transfer. *J. Geophys. Res. Atmos.*, **116**, D20302.

Pechony, O., and D. Shindell, 2010: Driving forces of global wildfires over the past millennium and the forthcoming century. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 19167–19170.

Peeters, J., T. L. Nguyen, and L. Vereecken, 2009: HO(x) radical regeneration in the oxidation of isoprene. *Phys. Chem. Chem. Phys.*, **11**, 5935–5939.

Penn, M., and W. Livingston, 2006: Temporal changes in sunspot umbral magnetic fields and temperatures. *Astrophys. J.*, **649**, L45–L48.

Penner, J., L. Xu, and M. Wang, 2011: Satellite methods underestimate indirect climate forcing by aerosols. *Proc. Natl. Acad. Sci. U.S.A.*, **108**, 13404–13408.

Penner, J., et al., 2006: Model intercomparison of indirect aerosol effects. *Atmos. Chem. Phys.*, **6**, 3391–3405.

Perlwitz, J., and R. L. Miller, 2010: Cloud cover increase with increasing aerosol absorptivity: A counterexample to the conventional semidirect aerosol effect. *J. Geophys. Res. Atmos.*, **115**, D08203.

Persad, G. G., Y. Ming, and V. Ramaswamy, 2012: Tropical tropospheric-only responses to absorbing aerosols. *J. Clim.*, **25**, 2471–2480.

Peters, G., B. Aamaas, T. Berntsen, and J. Fuglestvedt, 2011a: The integrated global temperature change potential (iGTP) and relationships between emission metrics. *Environ. Res. Lett.*, **6**, 044021.

Peters, G. P., B. Aamaas, M. T. Lund, C. Solli, and J. S. Fuglestvedt, 2011b: Alternative "Global Warming" metrics in life cycle assessment: A case study with existing transportation data. *Environ. Sci. Technol.*, **45**, 8633–8641.

Peters, K., P. Stier, J. Quaas, and H. Grassl, 2012: Aerosol indirect effects from shipping emissions: Sensitivity studies with the global aerosol-climate model ECHAM-HAM. *Atmos. Chem. Phys.*, **12**, 5985–6007.

Philipona, R., K. Behrens, and C. Ruckstuhl, 2009: How declining aerosols and rising greenhouse gases forced rapid warming in Europe since the 1980s. *Geophys. Res. Lett.*, **36**, L02806.

Pinto, J. P., R. P. Turco, and O. B. Toon, 1989: Self-limiting physical and chemical effects in volcanic-eruption clouds. *J. Geophys. Res. Atmos.*, **94**, 11165–11174.

Pitman, A. J., et al., 2009: Uncertainties in climate responses to past land cover change: First results from the LUCID intercomparison study. *Geophys. Res. Lett.*, **36**, L14814.

Plattner, G.-K., T. Stocker, P. Midgley, and M. Tignor, 2009: IPCC Expert Meeting on the Science of Alternative Metrics: Meeting Report. IPCC Working Group I, Technical Support Unit.

Plattner, G. K., et al., 2008: Long-term climate commitments projected with climate-carbon cycle models. *J. Clim.*, **21**, 2721–2751.

Pongratz, J., C. Reick, T. Raddatz, and M. Claussen, 2008: A reconstruction of global agricultural areas and land cover for the last millennium. *Global Biogeochem. Cycles*, **22**, Gb3018.

Pongratz, J., C. H. Reick, T. Raddatz, and M. Claussen, 2010: Biogeophysical versus biogeochemical climate response to historical anthropogenic land cover change. *Geophys. Res. Lett.*, **37**, L08702.

Pongratz, J., T. Raddatz, C. H. Reick, M. Esch, and M. Claussen, 2009: Radiative forcing from anthropogenic land cover change since AD 800. *Geophys. Res. Lett.*, **36**, L02709.

Pozzer, A., et al., 2012: Effects of business-as-usual anthropogenic emissions on air quality. *Atmos. Chem. Phys.*, **12**, 6915–6937.

Prather, M., 2002: Lifetimes of atmospheric species: Integrating environmental impacts. *Geophys. Res. Lett.*, **29**, 2063.

Prather, M., and J. Hsu, 2010: Coupling of nitrous oxide and methane by global atmospheric chemistry. *Science*, **330**, 952–954.

Prather, M. J., 1998: Time scales in atmospheric chemistry: Coupled perturbations to $N_2O$, NOy, and $O_3$. *Science*, **279**, 1339–1341.

Prather, M. J., C. D. Holmes, and J. Hsu, 2012: Reactive greenhouse gas scenarios: Systematic exploration of uncertainties and the role of atmospheric chemistry. *Geophys. Res. Lett.*, **39**, L09803.

Puma, M. J., and B. I. Cook, 2010: Effects of irrigation on global climate during the 20th century. *J. Geophys. Res. Atmos.*, **115**, D16120.

Quaas, J., O. Boucher, N. Bellouin, and S. Kinne, 2011: Which of satellite- or model-based estimates is closer to reality for aerosol indirect forcing? *Proc. Natl. Acad. Sci. U.S.A.*, **108**, E1099.

Quaas, J., et al., 2009: Aerosol indirect effects—general circulation model intercomparison and evaluation with satellite data. *Atmos. Chem. Phys.*, **9**, 8697–8717.

Rajakumar, B., R. Portmann, J. Burkholder, and A. Ravishankara, 2006: Rate coefficients for the reactions of OH with $CF_3CH_2CH_3$ (HFC-263fb), $CF_3CHFCH_2F$ (HFC-245eb), and $CHF_2CHFCHF_2$ (HFC-245ea) between 238 and 375 K. *J. Phys. Chem. A*, **110**, 6724–6731.

Ramanathan, V., and G. Carmichael, 2008: Global and regional climate changes due to black carbon. *Nature Geosci.*, **1**, 221–227.

Ramanathan, V., et al., 2005: Atmospheric brown clouds: Impacts on South Asian climate and hydrological cycle. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 5326–5333.

Ramaswamy, V., et al., 2001: Radiative forcing of climate change. In: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J. T. Houghton, Y. Ding, D. J. Griggs, M. Noquer, P. J. van der Linden, X. Dai, K. Maskell and C. A. Johnson (eds.)]. Cambride University Press, Cambridge, United Kingdom and New York, NY, USA, 349-416.

Randel, W., and F. Wu, 2007: A stratospheric ozone profile data set for 1979–2005: Variability, trends, and comparisons with column ozone data. *J. Geophys. Res. Atmos.*, **112**, D06313.

Randles, C. A., and V. Ramaswamy, 2008: Absorbing aerosols over Asia: A Geophysical Fluid Dynamics Laboratory general circulation model sensitivity study of model response to aerosol optical depth and aerosol absorption. *J. Geophys. Res. Atmos.*, **113**, D21203.

Rasch, P. J., et al., 2008: An overview of geoengineering of climate using stratospheric sulphate aerosols. *Philos. Trans. R. Soc. A*, **366**, 4007–4037.

Ravishankara, A. R., J. S. Daniel, and R. W. Portmann, 2009: Nitrous oxide ($N_2O$): The dominant ozone-depleting substance emitted in the 21st century. *Science*, **326**, 123–125.

Rechid, D., T. Raddatz, and D. Jacob, 2009: Parameterization of snow-free land surface albedo as a function of vegetation phenology based on MODIS data and applied in climate modelling. *Theor. Appl. Climatol.*, **95**, 245–255.

Reddy, M., and O. Boucher, 2007: Climate impact of black carbon emitted from energy consumption in the world's regions. *Geophys. Res. Lett.*, **34**, L11802.

Reilly, J., et al., 1999: Multi-gas assessment of the Kyoto Protocol. *Nature*, **401**, 549–555.

BLM_0074236

Reilly, J. M., and K. R. Richards, 1993: Climate-change damage and the trace-gas-index issue. *Environ. Resour. Econ.*, **3**, 41–61.

Reisinger, A., P. Meinshausen, and M. Manning, 2011: Future changes in global warming potentials under representative concentration pathways. *Environ. Res. Lett.*, **6**, 024020.

Reisinger, A., M. Meinshausen, M. Manning, and G. Bodeker, 2010: Uncertainties of global warming metrics: $CO_2$ and $CH_4$. *Geophys. Res. Lett.*, **37**, L14707.

Reisinger, A., P. Havlik, K. Riahi, O. Vliet, M. Obersteiner, and M. Herrero, 2013: Implications of alternative metrics for global mitigation costs and greenhouse gas emissions from agriculture. *Clim. Change*, **117**, 677-690.

Righi, M., C. Klinger, V. Eyring, J. Hendricks, A. Lauer, and A. Petzold, 2011: Climate impact of biofuels in shipping: global model studies of the aerosol indirect effect. *Environ. Sci. Technol.*, **45**, 3519–3525.

Rigozo, N., E. Echer, L. Vieira, and D. Nordemann, 2001: Reconstruction of Wolf sunspot numbers on the basis of spectral characteristics and estimates of associated radio flux and solar wind parameters for the last millennium. *Sol. Phys.*, **203**, 179–191.

Rigozo, N., D. Nordemann, E. Echer, M. Echer, and H. Silva, 2010: Prediction of solar minimum and maximum epochs on the basis of spectral characteristics for the next millennium. *Planet. Space Sci.*, **58**, 1971–1976.

Robock, A., 2000: Volcanic eruptions and climate. *Rev. Geophys.*, **38**, 191–219.

Robock, A., 2010: New START, Eyjafjallajökull, and Nuclear Winter. *Eos*, **91**, 444–445.

Robock, A., L. Oman, and G. L. Stenchikov, 2007a: Nuclear winter revisited with a modern climate model and current nuclear arsenals: Still catastrophic consequences. *J. Geophys. Res. Atmos.*, **112**, D13107.

Robock, A., L. Oman, and G. L. Stenchikov, 2008: Regional climate responses to geoengineering with tropical and Arctic $SO_2$ injections. *J. Geophys. Res. Atmos.*, **113**, D16101.

Robock, A., L. Oman, G. L. Stenchikov, O. B. Toon, C. Bardeen, and R. P. Turco, 2007b: Climatic consequences of regional nuclear conflicts. *Atmos. Chem. Phys.*, **7**, 2003–2012.

Robock, A., C. M. Ammann, L. Oman, D. Shindell, S. Levis, and G. Stenchikov, 2009: Did the Toba volcanic eruption of similar to 74 ka BP produce widespread glaciation? *J. Geophys. Res. Atmos.*, **114**, D10107.

Rogelj, J., et al., 2011: Emission pathways consistent with a 2 degrees C global temperature limit. *Nature Clim. Change*, **1**, 413–418.

Roscoe, H. K., and J. D. Haigh, 2007: Influences of ozone depletion, the solar cycle and the QBO on the Southern Annular Mode. *Q. J. R. Meteorol. Soc.*, **133**, 1855–1864.

Rotenberg, E., and D. Yakir, 2010: Contribution of semi-arid forests to the climate system. *Science*, **327**, 451–454.

Rothman, L., 2010: The evolution and impact of the HITRAN molecular spectroscopic database. *J. Quant. Spectrosc. Radiat. Transfer*, **111**, 1565–1567.

Rotstayn, L., and J. Penner, 2001: Indirect aerosol forcing, quasi forcing, and climate response. *J. Clim.*, **14**, 2960–2975.

Rotstayn, L. D., and U. Lohmann, 2002: Tropical rainfall trends and the indirect aerosol effect. *J. Clim.*, **15**, 2103–2116.

Rotstayn, L. D., B. F. Ryan, and J. E. Penner, 2000: Precipitation changes in a GCM resulting from the indirect effects of anthropogenic aerosols. *Geophys. Res. Lett.*, **27**, 3045–3048.

Rottman, G., 2006: Measurement of total and spectral solar irradiance. *Space Sci. Rev.*, **125**, 39–51.

Ruckstuhl, C., et al., 2008: Aerosol and cloud effects on solar brightening and the recent rapid warming. *Geophys. Res. Lett.*, **35**, L12708.

Russell, C., J. Luhmann, and L. Jian, 2010: How unprecedented a solar minimum? *Rev. Geophys.*, **48**, RG2004.

Rypdal, K., N. Rive, T. Berntsen, Z. Klimont, T. Mideksa, G. Myhre, and R. Skeie, 2009: Costs and global impacts of black carbon abatement strategies. *Tellus B.*, **61**, 625–641.

Rypdal, K., et al., 2005: Tropospheric ozone and aerosols in climate agreements: Scientific and political challenges. *Environ. Sci. Policy*, **8**, 29–43.

Salby, M. L., E. A. Titova, and L. Deschamps, 2012: Changes of the Antarctic ozone hole: Controlling mechanisms, seasonal predictability, and evolution. *J. Geophys. Res. Atmos.*, **117**, D10111.

Sarofim, M., 2012: The GTP of methane: Modeling analysis of temperature impacts of methane and carbon dioxide reductions. *Environ. Model. Assess.*, **17**, 231–239.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depths, 1850–1990. *J. Geophys. Res. Atmos.*, **98**, 22987–22994.

Schaaf, C., et al., 2002: First operational BRDF, albedo nadir reflectance products from MODIS. *Remote Sens. Environ.*, **83**, 135–148.

Schmalensee, R., 1993: Comparing greenhouse gases for policy purposes. *Energy J.*, **14**, 245–256.

Schmidt, A., K. S. Carslaw, G. W. Mann, M. Wilson, T. J. Breider, S. J. Pickering, and T. Thordarson, 2010: The impact of the 1783–1784 AD Laki eruption on global aerosol formation processes and cloud condensation nuclei. *Atmos. Chem. Phys.*, **10**, 6025–6041.

Schmidt, A., et al., 2012: Importance of tropospheric volcanic aerosol for indirect radiative forcing of climate. *Atmos. Chem. Phys.*, **12**, 7321–7339.

Schmidt, G., et al., 2011: Climate forcing reconstructions for use in PMIP simulations of the last millennium (v1.0). *Geosci. Model Dev.*, **4**, 33–45.

Schneider, D. P., C. M. Ammann, B. L. Otto-Bliesner, and D. S. Kaufman, 2009: Climate response to large, high-latitude and low-latitude volcanic eruptions in the Community Climate System Model. *J. Geophys. Res. Atmos.*, **114**, D15101.

Schultz, M. G., et al., 2008: Global wildland fire emissions from 1960 to 2000. *Global Biogeochem. Cycles*, **22**, Gb2002.

Seinfeld, J. H., and S. N. Pandis, 2006: *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change*. John Wiley & Sons, Hoboken, NJ, USA.

Seif, S., and S. Blake, 2008: Consequences of explosive supereruptions. *Elements*, **4**, 41–46.

Sharma, S., D. Lavoue, H. Cachier, L. Barrie, and S. Gong, 2004: Long-term trends of the black carbon concentrations in the Canadian Arctic. *J. Geophys. Res. Atmos.*, **109**, D15203.

Shibata, K., and K. Kodera, 2005: Simulation of radiative and dynamical responses of the middle atmosphere to the 11-year solar cycle. *J. Atmos. Sol. Terres. Phys.*, **67**, 125–143.

Shindell, D., and G. Faluvegi, 2009: Climate response to regional radiative forcing during the twentieth century. *Nature Geosci.*, **2**, 294–300.

Shindell, D., and G. Faluvegi, 2010: The net climate impact of coal-fired power plant emissions. *Atmos. Chem. Phys.*, **10**, 3247–3260.

Shindell, D., G. Schmidt, M. Mann, D. Rind, and A. Waple, 2001: Solar forcing of regional climate change during the maunder minimum. *Science*, **294**, 2149–2152.

Shindell, D., G. Faluvegi, A. Lacis, J. Hansen, R. Ruedy, and E. Aguilar, 2006a: Role of tropospheric ozone increases in 20th-century climate change. *J. Geophys. Res. Atmos.*, **111**, D08302.

Shindell, D., G. Faluvegi, R. Miller, G. Schmidt, J. Hansen, and S. Sun, 2006b: Solar and anthropogenic forcing of tropical hydrology. *Geophys. Res. Lett.*, **33**, L24706.

Shindell, D., M. Schulz, Y. Ming, T. Takemura, G. Faluvegi, and V. Ramaswamy, 2010: Spatial scales of climate response to inhomogeneous radiative forcing. *J. Geophys. Res. Atmos.*, **115**, D19110.

Shindell, D., et al., 2008: Climate forcing and air quality change due to regional emissions reductions by economic sector. *Atmos. Chem. Phys.*, **8**, 7101–7113.

Shindell, D., et al., 2011: Climate, health, agricultural and economic impacts of tighter vehicle-emission standards. *Nature Clim. Change*, **1**, 59–66.

Shindell, D., et al., 2013a: Attribution of historical ozone forcing to anthropogenic emissions. *Nature Clim. Change*, **3**, 567-570.

Shindell, D., et al., 2012a: Simultaneously mitigating near-term climate change and improving human health and food Security. *Science*, **335**, 183–189.

Shindell, D. T., 2012: Evaluation of the absolute regional temperature potential. *Atmos. Chem. Phys.*, **12**, 7955–7960.

Shindell, D. T., A. Voulgarakis, G. Faluvegi, and G. Milly, 2012b: Precipitation response to regional radiative forcing. *Atmos. Chem. Phys.*, **12**, 6969–6982.

Shindell, D. T., G. Faluvegi, D. M. Koch, G. A. Schmidt, N. Unger, and S. E. Bauer, 2009: Improved attribution of climate forcing to emissions. *Science*, **326**, 716–718.

Shindell, D. T., et al., 2006c: Simulations of preindustrial, present-day, and 2100 conditions in the NASA GISS composition and climate model G-PUCCINI. *Atmos. Chem. Phys.*, **6**, 4427–4459.

Shindell, D. T., et al., 2013b: Interactive ozone and methane chemistry in GISS-E2 historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2653–2689.

Shindell, D. T., et al., 2013c: Radiative forcing in the ACCMIP historical and future climate simulations. *Atmos. Chem. Phys.*, **13**, 2939–2974.

Shine, K., 2009: The global warming potential-the need for an interdisciplinary retrial. *Clim. Change*, **96**, 467–472.

Shine, K., J. Cook, E. Highwood, and M. Joshi, 2003: An alternative to radiative forcing for estimating the relative importance of climate change mechanisms. *Geophys. Res. Lett.*, **30**, 2047.

BLM_0074237

Shine, K., J. Fuglestvedt, K. Hailemariam, and N. Stuber, 2005a: Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Clim. Change*, **68**, 281–302.

Shine, K., T. Berntsen, J. Fuglestvedt, and R. Sausen, 2005b: Scientific issues in the design of metrics for inclusion of oxides of nitrogen in global climate agreements. *Proc. Natl. Acad. Sci. U.S.A.*, **102**, 15768–15773.

Shine, K., T. Berntsen, J. Fuglestvedt, R. Skeie, and N. Stuber, 2007: Comparing the climate effect of emissions of short- and long-lived climate agents. *Philos. Trans. R. Soc. A*, **365**, 1903–1914.

Shine, K. P., I. V. Ptashnik, and G. Raedel, 2012: The water vapour continuum: Brief history and recent developments. *Surv. Geophys.*, **33**, 535–555.

Siddaway, J. M., and S. V. Petelina, 2011: Transport and evolution of the 2009 Australian Black Saturday bushfire smoke in the lower stratosphere observed by OSIRIS on Odin. *J. Geophys. Res. Atmos.*, **116**, D06203.

Sitch, S., P. M. Cox, W. J. Collins, and C. Huntingford, 2007: Indirect radiative forcing of climate change through ozone effects on the land-carbon sink. *Nature*, **448**, 791–794.

Skeie, R., T. Berntsen, G. Myhre, K. Tanaka, M. Kvalevag, and C. Hoyle, 2011a: Anthropogenic radiative forcing time series from pre-industrial times until 2010. *Atmos. Chem. Phys.*, **11**, 11827–11857.

Skeie, R., T. Berntsen, G. Myhre, C. Pedersen, J. Strom, S. Gerland, and J. Ogren, 2011b: Black carbon in the atmosphere and snow, from pre-industrial times until present. *Atmos. Chem. Phys.*, **11**, 6809–6836.

Skeie, R. B., J. Fuglestvedt, T. Berntsen, M. T. Lund, G. Myhre, and K. Rypdal, 2009: Global temperature change from the transport sectors: Historical development and future scenarios. *Atmos. Environ.*, **43**, 6260–6270.

Smith, E., and A. Balogh, 2008: Decrease in heliospheric magnetic flux in this solar minimum: Recent Ulysses magnetic field observations. *Geophys. Res. Lett.*, **35**, L22103.

Smith, S., and M. Wigley, 2000: Global warming potentials: 1. Climatic implications of emissions reductions. *Clim. Change*, **44**, 445–457.

Smith, S., J. Karas, J. Edmonds, J. Eom, and A. Mizrahi, 2013: Sensitivity of multi-gas climate policy to emission metrics. *Clim. Change*, **117**, 663–675.

Smith, S. M., J. A. Lowe, N. H. A. Bowerman, L. K. Gohar, C. Huntingford, and M. R. Allen, 2012: Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Clim. Change*, **2**, 535–538.

Snow-Kropla, E., J. Pierce, D. Westervelt, and W. Trivitayanurak, 2011: Cosmic rays, aerosol formation and cloud-condensation nuclei: Sensitivities to model uncertainties. *Atmos. Chem. Phys.*, **11**, 4001–4013.

Solanki, S., and N. Krivova, 2004: Solar irradiance variations: From current measurements to long-term estimates. *Sol. Phys.*, **224**, 197–208.

Solomon, S., 1999: Stratospheric ozone depletion: A review of concepts and history. *Rev. Geophys.*, **37**, 275–316.

Solomon, S., J. S. Daniel, R. R. Neely, J. P. Vernier, E. G. Dutton, and L. W. Thomason, 2011: The persistently variable "background" stratospheric aerosol layer and global climate change. *Science*, **333**, 866–870.

Son, S. W., N. F. Tandon, L. M. Polvani, and D. W. Waugh, 2009: Ozone hole and Southern Hemisphere climate change. *Geophys. Res. Lett.*, **36**, L15705.

Soukharev, B., and L. Hood, 2006: Solar cycle variation of stratospheric ozone: Multiple regression analysis of long-term satellite data sets and comparisons with models. *J. Geophys. Res. Atmos.*, **111**, D20314.

Søvde, O., C. Hoyle, G. Myhre, and I. Isaksen, 2011: The $HNO_2$ forming branch of the $HO_2$ + NO reaction: Pre-industrial-to-present trends in atmospheric species and radiative forcings. *Atmos. Chem. Phys.*, **11**, 8929–8943.

Steinhilber, F., J. Beer, and C. Frohlich, 2009: Total solar irradiance during the Holocene. *Geophys. Res. Lett.*, **36**, L19704.

Stenchikov, G., A. Robock, V. Ramaswamy, M. D. Schwarzkopf, K. Hamilton, and S. Ramachandran, 2002: Arctic Oscillation response to the 1991 Mount Pinatubo eruption: Effects of volcanic aerosols and ozone depletion. *J. Geophys. Res. Atmos.*, **107**, 4803.

Stenchikov, G., T. L. Delworth, V. Ramaswamy, R. J. Stouffer, A. Wittenberg, and F. R. Zeng, 2009: Volcanic signals in oceans. *J. Geophys. Res. Atmos.*, **114**, D16104.

Stephens, G. L., N. B. Wood, and L. A. Pakula, 2004: On the radiative effects of dust on tropical convection. *Geophys. Res. Lett.*, **31**, L23112.

Stevenson, D., and R. Derwent, 2009: Does the location of aircraft nitrogen oxide emissions affect their climate impact? *Geophys. Res. Lett.*, **36**, L17810.

Stevenson, D. S., et al., 2013: Tropospheric ozone changes, radiative forcing and attribution to emissions in the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 3063–3085.

Stevenson, D. S., et al., 2006: Multimodel ensemble simulations of present-day and near-future tropospheric ozone. *J. Geophys. Res. Atmos.*, **111**, D08301.

Stiller, G. P., et al., 2012: Observed temporal evolution of global mean age of stratospheric air for the 2002 to 2010 period. *Atmos. Chem. Phys.*, **12**, 3311–3331.

Stothers, R. B., 2007: Three centuries of observation of stratospheric transparency. *Clim. Change*, **83**, 515–521.

Struthers, H., et al., 2011: The effect of sea ice loss on sea salt aerosol concentrations and the radiative balance in the Arctic. *Atmos. Chem. Phys.*, **11**, 3459–3477.

Swann, A. L. S., I. Y. Fung, and J. C. H. Chiang, 2012: Mid-latitude afforestation shifts general circulation and tropical precipitation. *Proc. Natl. Acad. Sci. U.S.A.*, **109**, 712–716.

Swingedouw, D., L. Terray, C. Cassou, A. Voldoire, D. Salas-Melia, and J. Servonnat, 2011: Natural forcing of climate during the last millennium: Fingerprint of solar variability. *Clim. Dyn.*, **36**, 1349–1364.

Takemura, T., 2012: Distributions and climate effects of atmospheric aerosols from the preindustrial era to 2100 along Representative Concentration Pathways (RCPs) simulated using the global aerosol model SPRINTARS. *Atmos. Chem. Phys.*, **12**, 11555–11572.

Tanaka, K., D. Johansson, B. O'Neill, and J. Fuglestvedt, 2013: Emission metrics under the 2°C climate stabilization. *Clim. Change Lett.*, **117**, 933–941.

Tanaka, K., B. O'Neill, D. Rokityanskiy, M. Obersteiner, and R. Tol, 2009: Evaluating Global Warming Potentials with historical temperature. *Clim. Change*, **96**, 443–466.

Taraborrelli, D., et al., 2012: Hydroxyl radical buffered by isoprene oxidation over tropical forests. *Nature Geosci.*, **5**, 190–193.

Taylor, P. C., R. G. Ellingson, and M. Cai, 2011: Seasonal variations of climate feedbacks in the NCAR CCSM3. *J. Clim.*, **24**, 3433–3444.

Textor, C., et al., 2006: Analysis and quantification of the diversities of aerosol life cycles within AeroCom. *Atmos. Chem. Phys.*, **6**, 1777–1813.

Thomason, L., and T. Peter, 2006: Assessment of Stratospheric Aerosol Properties (ASAP). *SPARC Reports* WCRP-124, WMO/TD- No. 1295, SPARC Report No. 4.

Thompson, D. W. J., S. Solomon, P. J. Kushner, M. H. England, K. M. Grise, and D. J. Karoly, 2011: Signatures of the Antarctic ozone hole in Southern Hemisphere surface climate change. *Nature Geosci.*, **4**, 741–749.

Thonicke, K., A. Spessa, I. C. Prentice, S. P. Harrison, L. Dong, and C. Carmona-Moreno, 2010: The influence of vegetation, fire spread and fire behaviour on biomass burning and trace gas emissions: Results from a process-based model. *Biogeosciences*, **7**, 1991–2011.

Tilmes, S., et al., 2012: Technical Note: Ozonesonde climatology between 1995 and 2011: Description, evaluation and applications. *Atmos. Chem. Phys.*, **12**, 7475–7497.

Timmreck, C., 2012: Modeling the climatic effects of large explosive volcanic eruptions. *Climate Change*, **3**, 545–564.

Timmreck, C., et al., 2010: Aerosol size confines climate response to volcanic super-eruptions. *Geophys. Res. Lett.*, **37**, L24705.

Tol, R., T. Berntsen, B. O'Neill, J. Fuglestvedt, and K. Shine, 2012: A unifying framework for metrics for aggregating the climate effect of different emissions. *Environ. Res. Lett.*, **7**, 044006.

Toon, O. B., A. Robock, and R. P. Turco, 2008: Environmental consequences of nuclear war. *Physics Today*, **61**, 37–42.

Trenberth, K. E., and A. Dai, 2007: Effects of Mount Pinatubo volcanic eruption on the hydrological cycle as an analog of geoengineering. *Geophys. Res. Lett.*, **34**, L15702.

Tsigaridis, K., and M. Kanakidou, 2007: Secondary organic aerosol importance in the future atmosphere. *Atmos. Environ.*, **41**, 4682–4692.

UNEP, 2011: Near-term Climate Protection and Clean Air Benefits: Actions for Controlling Short-Lived Climate Forcers. United Nations Environment Programme (UNEP), 78 pp.

Unger, N., T. C. Bond, J. S. Wang, D. M. Koch, S. Menon, D. T. Shindell, and S. Bauer, 2010: Attribution of climate forcing to economic sectors. *Proc. Natl. Acad. Sci. U.S.A.*, **107**, 3382–3387.

van der Molen, M. K., B. J. J. M. van den Hurk, and W. Hazeleger, 2011: A dampened land use change climate response towards the tropics. *Clim. Dyn.*, **37**, 2035–2043.

van der Werf, G. R., et al., 2010: Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmos. Chem. Phys.*, **10**, 11707–11735.

BLM_0074238

van Vuuren, D., J. Edmonds, M. Kainuma, K. Riahi, and J. Weyant, 2011: A special issue on the RCPs. *Clim. Change*, **109**, 1–4.

Van Vuuren, D. P., et al., 2008: Temperature increase of 21st century mitigation scenarios. *Proc. Natl. Acad. Sci. U.S.A.*, **105**, 15258–15262.

Vasekova, E., E. Drage, K. Smith, and N. Mason, 2006: FTIR spectroscopy and radiative forcing of octafluorocyclobutane and octofluorocyclopentene. *J. Quant. Spectrosc. Radiat. Transfer*, **102**, 418–424.

Velders, G. J. M., D. W. Fahey, J. S. Daniel, M. McFarland, and S. O. Andersen, 2009: The large contribution of projected HFC emissions to future climate forcing. *Proc. Natl. Acad. Sci. U.S.A.*, **106**, 10949–10954.

Vernier, J. P., L. W. Thomason, T. D. Fairlie, P. Minnis, R. Palikonda, and K. M. Bedka, 2013: Comment on "Large Volcanic Aerosol Load in the Stratosphere Linked to Asian Monsoon Transport". *Science*, **339**, 647-d.

Vernier, J. P., et al., 2011: Major influence of tropical volcanic eruptions on the stratospheric aerosol layer during the last decade. *Geophys. Res. Lett.*, **38**, L12807.

Vial, J., J.-L. Dufresne, and S. Bony, 2013: On the interpretation of inter-model spread in CMIP5 climate sensitivity estimates. *Clim. Dyn.*, doi:10.1007/s00382-013-1725-9, in press.

Volz, A., and D. Kley, 1988: Evaluation of the Montsouris Series of ozone measurements made in the 19th century. *Nature*, **332**, 240–242.

Voulgarakis, A., and D. T. Shindell, 2010: Constraining the sensitivity of regional climate with the use of historical observations. *J. Clim.*, **23**, 6068–6073.

Voulgarakis, A., et al., 2013: Analysis of present day and future OH and methane lifetime in the ACCMIP simulations. *Atmos. Chem. Phys.*, **13**, 2563–2587.

Wang, C., D. Kim, A. Ekman, M. Barth, and P. Rasch, 2009: Impact of anthropogenic aerosols on Indian summer monsoon. *Geophys. Res. Lett.*, **36**, L21704.

Wang, M., and J. E. Penner, 2009: Aerosol indirect forcing in a global model with particle nucleation. *Atmos. Chem. Phys.*, **9**, 239–260.

Wang, X., S. J. Doherty, and J. Huang, 2013: Black carbon and other light-absorbing impurities in snow across Northern China. *J. Geophys. Res. Atmos.*, **118**, 1471–1492.

Wang, Y., J. Lean, and N. Sheeley, 2005: Modeling the sun's magnetic field and irradiance since 1713. *Astrophys. J.*, **625**, 522–538.

Warren, S., and W. Wiscombe, 1980: A model for the spectral albedo of snow. 2. Snow containing atmospheric aerosols. *J. Atmos. Sci.*, **37**, 2734–2745.

Weiss, R., J. Muhle, P. Salameh, and C. Harth, 2008: Nitrogen trifluoride in the global atmosphere. *Geophys. Res. Lett.*, **35**, L20821.

Wenzler, T., S. Solanki, and N. Krivova, 2009: Reconstructed and measured total solar irradiance: Is there a secular trend between 1978 and 2003? *Geophys. Res. Lett.*, **36**, L11102.

Wilcox, L., K. Shine, and B. Hoskins, 2012: Radiative forcing due to aviation water vapour emissions. *Atmos. Environ.*, **63**, 1–13.

Wild, M., 2009: How well do IPCC-AR4/CMIP3 climate models simulate global dimming/brightening and twentieth-century daytime and nighttime warming? *J. Geophys. Res. Atmos.*, **114**, D00D11.

Wild, O., 2007: Modelling the global tropospheric ozone budget: Exploring the variability in current models. *Atmos. Chem. Phys.*, **7**, 2643–2660.

Wild, O., and P. I. Palmer, 2008: How sensitive is tropospheric oxidation to anthropogenic emissions? *Geophys. Res. Lett.*, **35**, L22802.

Wild, O., M. Prather, and H. Akimoto, 2001: Indirect long-term global radiative cooling from NOx emissions. *Geophys. Res. Lett.*, **28**, 1719–1722.

Williams, K. D., A. Jones, D. L. Roberts, C. A. Senior, and M. J. Woodage, 2001: The response of the climate system to the indirect effects of anthropogenic sulfate aerosol. *Clim. Dyn.*, **17**, 845–856.

Willson, R., and A. Mordvinov, 2003: Secular total solar irradiance trend during solar cycles 21–23. *Geophys. Res. Lett.*, **30**, 1199.

WMO, 1999: *Scientific Assessment of Ozone Depletion: 1998*. Global Ozone Research and Monitoring Project. Report No. 44. World Meteorological Organization, Geneva, Switzerland.

WMO, 2011: *Scientific Assessment of Ozone Depletion: 2010*. Global Ozone Research and Monitoring Project-Report. World Meteorological Organisation, Geneva, Switzerland, 516 pp.

Worden, H., K. Bowman, S. Kulawik, and A. Aghedo, 2011: Sensitivity of outgoing longwave radiative flux to the global vertical distribution of ozone characterized by instantaneous radiative kernels from Aura-TES. *J. Geophys. Res. Atmos.*, **116**, D14115.

Worden, H., K. Bowman, J. Worden, A. Eldering, and R. Beer, 2008: Satellite measurements of the clear-sky greenhouse effect from tropospheric ozone. *Nature Geosci.*, **1**, 305–308.

Wright, J., 2004: Do we know of any Maunder minimum stars? *Astron. J.*, **128**, 1273–1278.

Wu, S. L., L. J. Mickley, D. J. Jacob, J. A. Logan, R. M. Yantosca, and D. Rind, 2007: Why are there large differences between models in global budgets of tropospheric ozone? *J. Geophys. Res. Atmos.*, **112**, D05302.

Xia, L. L., and A. Robock, 2013: Impacts of a nuclear war in South Asia on rice production in Mainland China. *Clim. Change*, **116**, 357–372.

Ye, H., R. Zhang, J. Shi, J. Huang, S. G. Warren, and Q. Fu, 2012: Black carbon in seasonal snow across northern Xinjiang in northwestern China. *Environ. Res. Lett.*, **7**, 044002.

Young, P. J., et al., 2013: Pre-industrial to end 21st century projections of tropospheric ozone from the Atmospheric Chemistry and Climate Model Intercomparison Project (ACCMIP). *Atmos. Chem. Phys.*, **13**, 2063–2090.

Zanchettin, D., et al., 2012: Bi-decadal variability excited in the coupled ocean-atmosphere system by strong tropical volcanic eruptions. *Clim. Dyn.*, **39**, 419–444.

Zarzycki, C. M., and T. C. Bond, 2010: How much can the vertical distribution of black carbon affect its global direct radiative forcing? *Geophys. Res. Lett.*, **37**, L20807.

Zeng, G., J. A. Pyle, and P. J. Young, 2008: Impact of climate change on tropospheric ozone and its global budgets. *Atmos. Chem. Phys.*, **8**, 369–387.

Zeng, G., O. Morgenstern, P. Braesicke, and J. A. Pyle, 2010: Impact of stratospheric ozone recovery on tropospheric ozone and its budget. *Geophys. Res. Lett.*, **37**, L09805.

Zhang, H., G. Y. Shi, and Y. Liu, 2005: A comparison between the two line-by-line integration algorithms. *Chin. J. Atmos. Sci.*, **29**, 581–593.

Zhang, H., G. Shi, and Y. Liu, 2008: The effects of line-wing cutoff in LBL integration on radiation calculations. *Acta Meteorol. Sin.*, **22**, 248–255.

Zhang, H., J. Wu, and P. Luc, 2011: A study of the radiative forcing and global warming potentials of hydrofluorocarbons. *J. Quant. Spectrosc. Radiat. Transfer*, **112**, 220–229.

Zhang, X. B., et al., 2007: Detection of human influence on twentieth-century precipitation trends. *Nature*, **448**, 461–465.

Zhong, Y., G. H. Miller, B. L. Otto-Bliesner, M. M. Holland, D. A. Bailey, D. P. Schneider, and A. Geirsdottir, 2011: Centennial-scale climate change from decadally-paced explosive volcanism: A coupled sea ice-ocean mechanism. *Clim. Dyn.*, **37**, 2373–2387.

Ziemke, J. R., S. Chandra, G. J. Labow, P. K. Bhartia, L. Froidevaux, and J. C. Witte, 2011: A global climatology of tropospheric and stratospheric ozone derived from Aura OMI and MLS measurements. *Atmos. Chem. Phys.*, **11**, 9237–9251.

BLM_0074239

## Appendix 8.A: Lifetimes, Radiative Efficiencies and Metric Values

**Table 8.A.1 |** Radiative efficiencies (REs), lifetimes/adjustment times, AGWP and GWP values for 20 and 100 years, and AGTP and GTP values for 20, 50 and 100 years. Climate–carbon feedbacks are included for $CO_2$ while no climate feedbacks are included for the other components (see discussion in Sections 8.7.1.4 and 8.7.2.1, Supplementary Material and notes below the table; Supplementary Material Table 8.SM.16 gives analogous values including climate–carbon feedbacks for non-$CO_2$ emissions). For a complete list of chemical names and CAS numbers, and for accurate replications of metric values, see Supplementary Material Section 8.SM.13 and references therein.

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbon dioxide | $CO_2$ | see* | 1.37e-5 | 2.49e-14 | 1 | 9.17e-14 | 1 | 6.84e-16 | 1 | 6.17e-16 | 1 | 5.47e-16 | 1 |
| Methane | $CH_4$ | 12.4† | 3.63e-4 | 2.09e-12 | 84 | 2.61e-12 | 28 | 4.62e-14 | 67 | 8.69e-15 | 14 | 2.34e-15 | 4 |
| Fossil methane‡ | $CH_4$ | 12.4† | 3.63e-4 | 2.11e-12 | 85 | 2.73e-12 | 30 | 4.68e-14 | 68 | 9.55e-15 | 15 | 3.11e-15 | 6 |
| Nitrous Oxide | $N_2O$ | 121† | 3.00e-3 | 6.58e-12 | 264 | 2.43e-11 | 265 | 1.89e-13 | 277 | 1.74e-13 | 282 | 1.28e-13 | 234 |
| **Chlorofluorocarbons** | | | | | | | | | | | | | |
| CFC-11 | $CCl_3F$ | 45.0 | 0.26 | 1.72e-10 | 6900 | 4.28e-10 | 4660 | 4.71e-12 | 6890 | 3.01e-12 | 4890 | 1.28e-12 | 2340 |
| CFC-12 | $CCl_2F_2$ | 100.0 | 0.32 | 2.69e-10 | 10,800 | 9.39e-10 | 10,200 | 7.71e-12 | 11,300 | 6.75e-12 | 11,000 | 4.62e-12 | 8450 |
| CFC-13 | $CClF_3$ | 640.0 | 0.25 | 2.71e-10 | 10,900 | 1.27e-09 | 13,900 | 7.99e-12 | 11,700 | 8.77e-12 | 14,200 | 8.71e-12 | 15,900 |
| CFC-113 | $CCl_2FCClF_2$ | 85.0 | 0.30 | 1.62e-10 | 6490 | 5.34e-10 | 5820 | 4.60e-12 | 6730 | 3.85e-12 | 6250 | 2.45e-12 | 4470 |
| CFC-114 | $CClF_2CClF_2$ | 190.0 | 0.31 | 1.92e-10 | 7710 | 7.88e-10 | 8590 | 5.60e-12 | 8190 | 5.56e-12 | 9020 | 4.68e-12 | 8550 |
| CFC-115 | $CClF_2CF_3$ | 1,020.0 | 0.20 | 1.46e-10 | 5860 | 7.03e-10 | 7670 | 4.32e-12 | 6310 | 4.81e-12 | 7810 | 4.91e-12 | 8980 |
| **Hydrochlorofluorocarbons** | | | | | | | | | | | | | |
| HCFC-21 | $CHCl_2F$ | 1.7 | 0.15 | 1.35e-11 | 543 | 1.35e-11 | 148 | 1.31e-13 | 192 | 1.59e-14 | 26 | 1.12e-14 | 20 |
| HCFC-22 | $CHClF_2$ | 11.9 | 0.21 | 1.32e-10 | 5280 | 1.62e-10 | 1760 | 2.87e-12 | 4200 | 5.13e-13 | 832 | 1.43e-13 | 262 |
| HCFC-122 | $CHCl_2CF_2Cl$ | 1.0 | 0.17 | 5.43e-12 | 218 | 5.43e-12 | 59 | 4.81e-14 | 70 | 6.25e-15 | 10 | 4.47e-15 | 8 |
| HCFC-122a | $CHFClCFCl_2$ | 3.4 | 0.21 | 2.36e-11 | 945 | 2.37e-11 | 258 | 2.91e-13 | 426 | 2.99e-14 | 48 | 1.96e-14 | 36 |
| HCFC-123 | $CHCl_2CF_3$ | 1.3 | 0.15 | 7.28e-12 | 292 | 7.28e-12 | 79 | 6.71e-14 | 98 | 8.45e-15 | 14 | 6.00e-15 | 11 |
| HCFC-123a | $CHClFCF_2Cl$ | 4.0 | 0.23 | 3.37e-11 | 1350 | 3.39e-11 | 370 | 4.51e-13 | 659 | 4.44e-14 | 72 | 2.81e-14 | 51 |
| HCFC-124 | $CHClFCF_3$ | 5.9 | 0.20 | 4.67e-11 | 1870 | 4.83e-11 | 527 | 7.63e-13 | 1120 | 7.46e-14 | 121 | 4.03e-14 | 74 |
| HCFC-132c | $CH_2FCFCl_2$ | 4.3 | 0.17 | 3.07e-11 | 1230 | 3.10e-11 | 338 | 4.27e-13 | 624 | 4.14e-14 | 67 | 2.58e-14 | 47 |
| HCFC-141b | $CH_3CCl_2F$ | 9.2 | 0.16 | 6.36e-11 | 2550 | 7.17e-11 | 782 | 1.27e-12 | 1850 | 1.67e-13 | 271 | 6.09e-14 | 111 |
| HCFC-142b | $CH_3CClF_2$ | 17.2 | 0.19 | 1.25e-10 | 5020 | 1.82e-10 | 1980 | 3.01e-12 | 4390 | 8.46e-13 | 1370 | 1.95e-13 | 356 |
| HCFC-225ca | $CHCl_2CF_2CF_3$ | 1.9 | 0.22 | 1.17e-11 | 469 | 1.17e-11 | 127 | 1.17e-13 | 170 | 1.38e-14 | 22 | 9.65e-15 | 18 |
| HCFC-225cb | $CHClFCF_2CClF_2$ | 5.9 | 0.29 | 4.65e-11 | 1860 | 4.81e-11 | 525 | 7.61e-13 | 1110 | 7.43e-14 | 120 | 4.01e-14 | 73 |
| (E)-1-Chloro-3,3,3-trifluoroprop-1-ene | $trans\text{-}CF_3CH=CHCl$ | 26.0 days | 0.04 | 1.37e-13 | 5 | 1.37e-13 | 1 | 1.09e-15 | 2 | 1.54e-16 | <1 | 1.12e-16 | <1 |

*(continued on next page)*

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hydrofluorocarbons* | | | | | | | | | | | | | |
| HFC-23 | CHF$_3$ | 222.0 | 0.18 | 2.70e-10 | 10,800 | 1.14e-09 | 12,400 | 7.88e-12 | 11,500 | 7.99e-12 | 13,000 | 6.95e-12 | 12,700 |
| HFC-32 | CH$_2$F$_2$ | 5.2 | 0.11 | 6.07e-11 | 2430 | 6.21e-11 | 677 | 9.32e-13 | 1360 | 8.93e-14 | 145 | 5.17e-14 | 94 |
| HFC-41 | CH$_3$F | 2.8 | 0.02 | 1.07e-11 | 427 | 1.07e-11 | 116 | 1.21e-13 | 177 | 1.31e-14 | 21 | 8.82e-15 | 16 |
| HFC-125 | CHF$_2$CF$_3$ | 28.2 | 0.23 | 1.52e-10 | 6090 | 2.91e-10 | 3170 | 3.97e-12 | 5800 | 1.84e-12 | 2980 | 5.29e-13 | 967 |
| HFC-134 | CHF$_2$CHF$_2$ | 9.7 | 0.19 | 8.93e-11 | 3580 | 1.02e-10 | 1120 | 1.82e-12 | 2660 | 2.54e-13 | 412 | 8.73e-14 | 160 |
| HFC-134a | CH$_2$FCF$_3$ | 13.4 | 0.16 | 9.26e-11 | 3710 | 1.19e-10 | 1300 | 2.09e-12 | 3050 | 4.33e-13 | 703 | 1.10e-13 | 201 |
| HFC-143 | CH$_2$FCHF$_2$ | 3.5 | 0.13 | 3.00e-11 | 1200 | 3.01e-11 | 328 | 3.76e-13 | 549 | 3.82e-14 | 62 | 2.49e-14 | 46 |
| HFC-143a | CH$_3$CF$_3$ | 47.1 | 0.16 | 1.73e-10 | 6940 | 4.41e-10 | 4800 | 4.76e-12 | 6960 | 3.12e-12 | 5060 | 1.37e-12 | 2500 |
| HFC-152 | CH$_2$FCH$_2$F | 0.4 | 0.04 | 1.51e-12 | 60 | 1.51e-12 | 16 | 1.25e-14 | 18 | 1.71e-15 | 3 | 1.24e-15 | 2 |
| HFC-152a | CH$_3$CHF$_2$ | 1.5 | 0.10 | 1.26e-11 | 506 | 1.26e-11 | 138 | 1.19e-13 | 174 | 1.47e-14 | 24 | 1.04e-14 | 19 |
| HFC-161 | CH$_3$CH$_2$F | 66.0 days | 0.02 | 3.33e-13 | 13 | 3.33e-13 | 4 | 2.70e-15 | 4 | 3.76e-16 | <1 | 2.74e-16 | <1 |
| HFC-227ca | CF$_3$CF$_2$CHF$_2$ | 28.2 | 0.27 | 1.27e-10 | 5080 | 2.42e-10 | 2640 | 3.31e-12 | 4830 | 1.53e-12 | 2480 | 4.41e-13 | 806 |
| HFC-227ea | CF$_3$CHFCF$_3$ | 38.9 | 0.26 | 1.34e-10 | 5360 | 3.07e-10 | 3350 | 3.61e-12 | 5280 | 2.12e-12 | 3440 | 7.98e-13 | 1460 |
| HFC-236cb | CH$_2$FCF$_2$CF$_3$ | 13.1 | 0.23 | 8.67e-11 | 3480 | 1.11e-10 | 1210 | 1.94e-12 | 2840 | 3.92e-13 | 636 | 1.01e-13 | 185 |
| HFC-236ea | CHF$_2$CHFCF$_3$ | 11.0 | 0.30[b] | 1.03e-10 | 4110 | 1.22e-10 | 1330 | 2.18e-12 | 3190 | 3.53e-13 | 573 | 1.06e-13 | 195 |
| HFC-236fa | CF$_3$CH$_2$CF$_3$ | 242.0 | 0.24 | 1.73e-10 | 6940 | 7.39e-10 | 8060 | 5.06e-12 | 7400 | 5.18e-12 | 8400 | 4.58e-12 | 8380 |
| HFC-245ca | CH$_2$FCF$_2$CHF$_2$ | 6.5 | 0.24[b] | 6.26e-11 | 2510 | 6.56e-11 | 716 | 1.07e-12 | 1570 | 1.09e-13 | 176 | 5.49e-14 | 100 |
| HFC-245cb | CF$_3$CF$_2$CH$_3$ | 47.1 | 0.24 | 6.68e-11 | 6680 | 4.24e-10 | 4620 | 4.58e-12 | 6690 | 3.00e-12 | 4870 | 1.32e-12 | 2410 |
| HFC-245ea | CHF$_2$CHFCHF$_2$ | 3.2 | 0.16[c] | 2.15e-11 | 863 | 2.16e-11 | 235 | 2.59e-13 | 378 | 2.70e-14 | 44 | 1.79e-14 | 33 |
| HFC-245eb | CH$_2$FCHFCF$_3$ | 3.1 | 0.20[c] | 2.66e-11 | 1070 | 2.66e-11 | 290 | 3.15e-13 | 460 | 3.31e-14 | 54 | 2.20e-14 | 40 |
| HFC-245fa | CHF$_2$CH$_2$CF$_3$ | 7.7 | 0.24 | 7.29e-11 | 2920 | 7.87e-11 | 858 | 1.35e-12 | 1970 | 1.51e-13 | 245 | 6.62e-14 | 121 |
| HFC-263fb | CH$_3$CH$_2$CF$_3$ | 1.2 | 0.10[c] | 6.93e-12 | 278 | 6.93e-12 | 76 | 6.31e-14 | 92 | 8.21e-15 | 13 | 5.70e-15 | 10 |
| HFC-272ca | CH$_3$CF$_2$CH$_3$ | 2.6 | 0.07 | 1.32e-11 | 530 | 1.32e-11 | 144 | 1.46e-13 | 213 | 1.61e-14 | 26 | 1.09e-14 | 20 |
| HFC-329p | CHF$_2$CF$_2$CF$_2$CF$_3$ | 28.4 | 0.31 | 1.13e-10 | 4510 | 2.16e-10 | 2360 | 2.94e-12 | 4290 | 1.37e-12 | 2220 | 3.96e-13 | 725 |
| HFC-365mfc | CH$_3$CF$_2$CH$_2$CF$_3$ | 8.7 | 0.22 | 6.64e-11 | 2660 | 7.38e-11 | 804 | 1.30e-12 | 1890 | 1.62e-13 | 262 | 6.24e-14 | 114 |
| HFC-43-10mee | CF$_3$CHFCHFCF$_2$CF$_3$ | 16.1 | 0.42[b] | 1.08e-10 | 4310 | 1.51e-10 | 1650 | 2.54e-12 | 3720 | 6.62e-13 | 1070 | 1.54e-13 | 281 |
| HFC-1132a | CH$_2$=CF$_2$ | 4.0 days | 0.004[d] | 3.87e-15 | <1 | 3.87e-15 | <1 | 3.08e-17 | <1 | 4.35e-18 | <1 | 3.18e-18 | <1 |
| HFC-1141 | CH$_2$=CHF | 2.1 days | 0.002[d] | 1.54e-15 | <1 | 1.54e-15 | <1 | 1.23e-17 | <1 | 1.73e-18 | <1 | 1.27e-18 | <1 |
| (Z)-HFC-1225ye | CF$_3$CF=CHF(Z) | 8.5 days | 0.02 | 2.14e-14 | <1 | 2.14e-14 | <1 | 1.70e-16 | <1 | 2.40e-17 | <1 | 1.76e-17 | <1 |
| (E)-HFC-1225ye | CF$_3$CF=CHF(E) | 4.9 days | 0.01 | 7.25e-15 | <1 | 7.25e-15 | <1 | 5.77e-17 | <1 | 8.14e-18 | <1 | 5.95e-18 | <1 |
| (Z)-HFC-1234ze | CF$_3$CH=CHF(Z) | 10.0 days | 0.02 | 2.61e-14 | 1 | 2.61e-14 | <1 | 2.08e-16 | <1 | 2.93e-17 | <1 | 2.14e-17 | <1 |
| HFC-1234yf | CF$_3$CF=CH$_2$ | 10.5 days | 0.02 | 3.22e-14 | 1 | 3.22e-14 | <1 | 2.57e-16 | <1 | 3.62e-17 | <1 | 2.65e-17 | <1 |
| (E)-HFC-1234ze | trans-CF$_3$CH=CHF | 16.4 days | 0.04 | 8.74e-14 | 4 | 8.74e-14 | <1 | 6.98e-16 | <1 | 9.82e-17 | <1 | 7.18e-17 | <1 |
| (Z)-HFC-1336 | CF$_3$CH=CHCF$_3$(Z) | 22.0 days | 0.07[d] | 1.54e-13 | 6 | 1.54e-13 | 2 | 1.23e-15 | 2 | 1.73e-16 | <1 | 1.26e-16 | <1 |

(continued on next page)

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency ($W\,m^{-2}\,ppb^{-1}$) | AGWP 20-year ($W\,m^{-2}\,yr\,kg^{-1}$) | GWP 20-year | AGWP 100-year ($W\,m^{-2}\,yr\,kg^{-1}$) | GWP 100-year | AGTP 20-year ($K\,kg^{-1}$) | GTP 20-year | AGTP 50-year ($K\,kg^{-1}$) | GTP 50-year | AGTP 100-year ($K\,kg^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFC-1243zf | $CF_3CH=CH_2$ | 7.0 days | 0.01 | 1.37e-14 | 1 | 1.37e-14 | <1 | 1.09e-16 | <1 | 1.53e-17 | <1 | 1.12e-17 | <1 |
| HFC-1345zfc | $C_2F_5CH=CH_2$ | 7.6 days | 0.01 | 1.15e-14 | <1 | 1.15e-14 | <1 | 9.19e-17 | <1 | 1.30e-17 | <1 | 9.48e-18 | <1 |
| 3,3,4,4,5,5,6,6,6-Nonafluorohex-1-ene | $C_4F_9CH=CH_2$ | 7.6 days | 0.03 | 1.25e-14 | <1 | 1.25e-14 | <1 | 9.92e-17 | <1 | 1.40e-17 | <1 | 1.02e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,8-Tridecafluoorooct-1-ene | $C_6F_{13}CH=CH_2$ | 7.6 days | 0.03 | 9.89e-15 | <1 | 9.89e-15 | <1 | 7.87e-17 | <1 | 1.11e-17 | <1 | 8.12e-18 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,10-Heptadecafluorodec-1-ene | $C_8F_{17}CH=CH_2$ | 7.6 days | 0.03 | 8.52e-15 | <1 | 8.52e-15 | <1 | 6.79e-17 | <1 | 9.57e-18 | <1 | 7.00e-18 | <1 |
| *Chlorocarbons and Hydrochlorocarbons* | | | | | | | | | | | | | |
| Methyl chloroform | $CH_3CCl_3$ | 5.0 | 0.07 | 1.44e-11 | 578 | 1.47e-11 | 160 | 2.17e-13 | 317 | 2.07e-14 | 34 | 1.22e-14 | 22 |
| Carbon tetrachloride | $CCl_4$ | 26.0 | 0.17 | 8.69e-11 | 3480 | 1.59e-10 | 1730 | 2.24e-12 | 3280 | 9.68e-13 | 1570 | 2.62e-13 | 479 |
| Methyl chloride | $CH_3Cl$ | 1.0 | 0.01[a] | 1.12e-12 | 45 | 1.12e-12 | 12 | 9.93e-15 | 15 | 1.29e-15 | 2 | 9.20e-16 | 2 |
| Methylene chloride | $CH_2Cl_2$ | 0.4 | 0.03[b] | 8.18e-13 | 33 | 8.18e-13 | 9 | 6.78e-15 | 10 | 9.26e-16 | 2 | 6.72e-16 | 1 |
| Chloroform | $CHCl_3$ | 0.4 | 0.08 | 1.50e-12 | 60 | 1.50e-12 | 16 | 1.25e-14 | 18 | 1.70e-15 | 3 | 1.24e-15 | 2 |
| 1,2-Dichloroethane | $CH_2ClCH_2Cl$ | 65.0 days | 0.01 | 8.24e-14 | 3 | 8.24e-14 | <1 | 6.67e-16 | <1 | 9.29e-17 | <1 | 6.77e-17 | <1 |
| *Bromocarbons, Hydrobromocarbons and Halons* | | | | | | | | | | | | | |
| Methyl bromide | $CH_3Br$ | 0.8 | 0.004 | 2.16e-13 | 9 | 2.16e-13 | 2 | 1.87e-15 | 3 | 2.47e-16 | <1 | 1.78e-16 | <1 |
| Methylene bromide | $CH_2Br_2$ | 0.3 | 0.01 | 9.31e-14 | 4 | 9.31e-14 | 1 | 7.66e-16 | 1 | 1.05e-16 | <1 | 7.65e-17 | <1 |
| Halon-1201 | $CHBrF_2$ | 5.2 | 0.15 | 3.37e-11 | 1350 | 3.45e-11 | 376 | 5.17e-13 | 756 | 4.96e-14 | 80 | 2.87e-14 | 52 |
| Halon-1202 | $CBr_2F_2$ | 2.9 | 0.27 | 2.12e-11 | 848 | 2.12e-11 | 231 | 2.43e-13 | 356 | 2.61e-14 | 42 | 1.75e-14 | 32 |
| Halon-1211 | $CBrClF_2$ | 16.0 | 0.29 | 1.15e-10 | 4590 | 1.60e-10 | 1750 | 2.70e-12 | 3950 | 6.98e-13 | 1130 | 1.62e-13 | 297 |
| Halon-1301 | $CBrF_3$ | 65.0 | 0.30 | 1.95e-10 | 7800 | 5.77e-10 | 6290 | 5.46e-12 | 7990 | 4.16e-12 | 6750 | 2.28e-12 | 4170 |
| Halon-2301 | $CH_2BrCF_3$ | 3.4 | 0.14 | 1.59e-11 | 635 | 1.59e-11 | 173 | 1.96e-13 | 286 | 2.01e-14 | 33 | 1.32e-14 | 24 |
| Halon-2311 / Halothane | $CHBrClCF_3$ | 1.0 | 0.13 | 3.77e-12 | 151 | 3.77e-12 | 41 | 3.35e-14 | 49 | 4.34e-15 | 7 | 3.10e-15 | 6 |
| Halon-2401 | $CHFBrCF_2$ | 2.9 | 0.19 | 1.68e-11 | 674 | 1.68e-11 | 184 | 1.94e-13 | 283 | 2.07e-14 | 34 | 1.39e-14 | 25 |
| Halon-2402 | $CBrF_2CBrF_2$ | 20.0 | 0.31 | 8.59e-11 | 3440 | 1.35e-10 | 1470 | 2.12e-12 | 3100 | 7.08e-13 | 1150 | 1.66e-13 | 304 |
| *Fully Fluorinated Species* | | | | | | | | | | | | | |
| Nitrogen trifluoride | $NF_3$ | 500.0 | 0.20 | 3.19e-10 | 12,800 | 1.47e-09 | 16,100 | 9.39e-12 | 13,700 | 1.02e-11 | 16,500 | 9.91e-12 | 18,100 |
| Sulphur hexafluoride | $SF_6$ | 3,200.0 | 0.57 | 4.37e-10 | 17,500 | 2.16e-09 | 23,500 | 1.29e-11 | 18,900 | 1.47e-11 | 23,800 | 1.54e-11 | 28,200 |
| (Trifluoromethyl) sulphur pentafluoride | $SF_5CF_3$ | 800.0 | 0.59 | 3.36e-10 | 13,500 | 1.60e-09 | 17,400 | 9.93e-12 | 14,500 | 1.10e-11 | 17,800 | 1.11e-11 | 20,200 |
| Sulphuryl fluoride | $SO_2F_2$ | 36.0 | 0.20 | 1.71e-10 | 6840 | 3.76e-10 | 4090 | 4.58e-12 | 6690 | 2.55e-12 | 4140 | 9.01e-13 | 1650 |
| PFC-14 | $CF_4$ | 50,000.0 | 0.09 | 1.22e-10 | 4880 | 6.08e-10 | 6630 | 3.61e-12 | 5270 | 4.12e-12 | 6690 | 4.40e-12 | 8040 |
| PFC-116 | $C_2F_6$ | 10,000.0 | 0.25 | 2.05e-10 | 8210 | 1.02e-09 | 11,100 | 6.07e-12 | 8880 | 6.93e-12 | 11,200 | 7.36e-12 | 13,500 |
| PFC-c216 | $c\text{-}C_3F_6$ | 3,000.0 | 0.23[a] | 1.71e-10 | 6850 | 8.44e-10 | 9200 | 5.06e-12 | 7400 | 5.74e-12 | 9310 | 6.13e-12 | 11,000 |
| PFC-218 | $C_3F_8$ | 2,600.0 | 0.28 | 1.66e-10 | 6640 | 8.16e-10 | 8900 | 4.91e-12 | 7180 | 5.56e-12 | 9010 | 5.83e-12 | 10,700 |
| PFC-318 | $c\text{-}C_4F_8$ | 3,200.0 | 0.32 | 1.77e-10 | 7110 | 8.75e-10 | 9540 | 5.25e-12 | 7680 | 5.96e-12 | 9660 | 6.27e-12 | 11,500 |

(continued on next page)

*Anthropogenic and Natural Radiative Forcing*

*Chapter 8*

8

734

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency ($W\,m^{-2}\,ppb^{-1}$) | AGWP 20-year ($W\,m^{-2}\,yr\,kg^{-1}$) | GWP 20-year | AGWP 100-year ($W\,m^{-2}\,yr\,kg^{-1}$) | GWP 100-year | AGTP 20-year ($K\,kg^{-1}$) | GTP 20-year | AGTP 50-year ($K\,kg^{-1}$) | GTP 50-year | AGTP 100-year ($K\,kg^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFC-31-10 | $C_4F_{10}$ | 2,600.0 | 0.36 | 1.71e-10 | 6870 | 8.44e-10 | 9200 | 5.08e-12 | 7420 | 5.75e-12 | 9320 | 6.02e-12 | 11,000 |
| Perfluorocyclopentene | $c\text{-}C_5F_8$ | 31.0 days | 0.08† | 1.71e-13 | 7 | 1.71e-13 | 2 | 1.37e-15 | 2 | 1.92e-16 | <1 | 1.40e-16 | <1 |
| PFC-41-12 | $n\text{-}C_5F_{12}$ | 4,100.0 | 0.41 | 1.58e-10 | 6350 | 7.84e-10 | 8550 | 4.69e-12 | 6860 | 5.33e-12 | 8650 | 5.62e-12 | 10,300 |
| PFC-51-14 | $n\text{-}C_6F_{14}$ | 3,100.0 | 0.44 | 1.47e-10 | 5890 | 7.26e-10 | 7910 | 4.35e-12 | 6370 | 4.94e-12 | 8010 | 5.19e-12 | 9490 |
| PFC-61-16 | $n\text{-}C_7F_{16}$ | 3,000.0 | 0.50 | 1.45e-10 | 5830 | 7.17e-10 | 7820 | 4.31e-12 | 6290 | 4.88e-12 | 7920 | 5.13e-12 | 9380 |
| PFC-71-18 | $C_8F_{18}$ | 3,000.0 | 0.55 | 1.42e-10 | 5680 | 6.99e-10 | 7620 | 4.20e-12 | 6130 | 4.76e-12 | 7710 | 5.00e-12 | 9140 |
| PFC-91-18 | $C_{10}F_{18}$ | 2,000.0 | 0.55 | 1.34e-10 | 5390 | 6.59e-10 | 7190 | 3.98e-12 | 5820 | 4.49e-12 | 7290 | 4.68e-12 | 8570 |
| Perfluorodecalin (cis) | $Z\text{-}C_{10}F_{18}$ | 2,000.0 | 0.56 | 1.35e-10 | 5430 | 6.64e-10 | 7240 | 4.01e-12 | 5860 | 4.52e-12 | 7340 | 4.72e-12 | 8630 |
| Perfluorodecalin (trans) | $E\text{-}C_{10}F_{18}$ | 2,000.0 | 0.48 | 1.18e-10 | 4720 | 5.77e-10 | 6290 | 3.48e-12 | 5090 | 3.93e-12 | 6380 | 4.10e-12 | 7500 |
| PFC-1114 | $CF_2{=}CF_2$ | 1.1 days | 0.002 | 2.68e-16 | <1 | 2.68e-16 | <1 | 2.13e-18 | <1 | 3.00e-19 | <1 | 2.20e-19 | <1 |
| PFC-1216 | $CF_3CF{=}CF_2$ | 4.9 days | 0.01 | 6.42e-15 | <1 | 6.42e-15 | <1 | 5.11e-17 | <1 | 7.21e-18 | <1 | 5.27e-18 | <1 |
| Perfluorobuta-1,3-diene | $CF_2{=}CFCF{=}CF_2$ | 1.1 days | 0.003 | 3.29e-16 | <1 | 3.29e-16 | <1 | 2.61e-18 | <1 | 3.69e-19 | <1 | 2.70e-19 | <1 |
| Perfluorobut-1-ene | $CF_3CF_2CF{=}CF_2$ | 6.0 days | 0.02 | 8.38e-15 | <1 | 8.38e-15 | <1 | 6.67e-17 | <1 | 9.41e-18 | <1 | 6.88e-18 | <1 |
| Perfluorobut-2-ene | $CF_3CF{=}CFCF_3$ | 31.0 days | 0.07 | 1.62e-13 | 6 | 1.62e-13 | 2 | 1.30e-15 | 2 | 1.82e-16 | <1 | 1.33e-16 | <1 |
| *Halogenated Alcohols and Ethers* | | | | | | | | | | | | | |
| HFE-125 | $CHF_2OCF_3$ | 119.0 | 0.41 | 3.10e-10 | 12,400 | 1.14e-09 | 12,400 | 8.91e-12 | 13,000 | 8.14e-12 | 13,200 | 5.97e-12 | 10,900 |
| HFE-134 (HG-00) | $CHF_2OCHF_2$ | 24.4 | 0.44 | 2.90e-10 | 11,600 | 5.10e-10 | 5560 | 7.42e-12 | 10,800 | 3.02e-12 | 4900 | 7.83e-13 | 1430 |
| HFE-143a | $CH_3OCF_3$ | 4.8 | 0.18 | 4.72e-11 | 1890 | 4.80e-11 | 523 | 6.95e-13 | 1020 | 6.66e-14 | 108 | 3.99e-14 | 73 |
| HFE-227ea | $CF_3CHFOCF_3$ | 51.6 | 0.44 | 2.22e-10 | 8900 | 5.92e-10 | 6450 | 6.15e-12 | 8980 | 4.21e-12 | 6850 | 1.98e-12 | 3630 |
| HCFE-235ca2 (enflurane) | $CHF_2OCF_2CHFCl$ | 4.3 | 0.41 | 5.30e-11 | 2120 | 5.35e-11 | 583 | 7.36e-13 | 1080 | 7.14e-14 | 116 | 4.44e-14 | 81 |
| HCFE-235da2 (isoflurane) | $CHF_2OCHClCF_3$ | 3.5 | 0.42 | 4.49e-11 | 1800 | 4.50e-11 | 491 | 5.62e-13 | 822 | 5.72e-14 | 93 | 3.73e-14 | 68 |
| HFE-236ca | $CHF_2OCF_2CHF_2$ | 20.8 | 0.56† | 2.42e-10 | 9710 | 3.89e-10 | 4240 | 6.03e-12 | 8820 | 2.10e-12 | 3400 | 4.98e-13 | 912 |
| HFE-236ea2 (desflurane) | $CHF_2OCHFCF_3$ | 10.8 | 0.45 | 1.39e-10 | 5550 | 1.64e-10 | 1790 | 2.93e-12 | 4280 | 4.64e-13 | 753 | 1.42e-13 | 260 |
| HFE-236fa | $CF_3CH_2OCF_3$ | 7.5 | 0.36 | 8.35e-11 | 3350 | 8.98e-11 | 979 | 1.53e-12 | 2240 | 1.68e-13 | 273 | 7.54e-14 | 138 |
| HFE-245cb2 | $CF_3CF_2OCH_3$ | 4.9 | 0.33 | 5.90e-11 | 2360 | 6.00e-11 | 654 | 8.77e-13 | 1280 | 8.40e-14 | 136 | 4.99e-14 | 91 |
| HFE-245fa1 | $CHF_2CH_2OCF_3$ | 6.6 | 0.31 | 7.22e-11 | 2900 | 7.59e-11 | 828 | 1.25e-12 | 1820 | 1.27e-13 | 206 | 6.35e-14 | 116 |
| HFE-245fa2 | $CHF_2OCH_2CF_3$ | 5.5 | 0.36 | 7.25e-11 | 2910 | 7.45e-11 | 812 | 1.15e-12 | 1670 | 1.10e-13 | 179 | 6.21e-14 | 114 |
| 2,2,3,3,3-Pentafluoropropan-1-ol | $CF_3CF_2CH_2OH$ | 0.3 | 0.14 | 1.72e-12 | 69 | 1.72e-12 | 19 | 1.42e-14 | 21 | 1.95e-15 | 3 | 1.42e-15 | 3 |
| HFE-254cb1 | $CH_3OCF_2CHF_2$ | 2.5 | 0.26 | 2.76e-11 | 1110 | 2.76e-11 | 301 | 2.99e-13 | 438 | 3.34e-14 | 54 | 2.28e-14 | 42 |
| HFE-263fb2 | $CF_3CH_2OCH_3$ | 23.0 days | 0.04 | 1.22e-13 | 5 | 1.22e-13 | 1 | 9.72e-16 | 1 | 1.37e-16 | <1 | 9.98e-17 | <1 |
| HFE-263m1 | $CF_3OCH_2CH_3$ | 0.4 | 0.13 | 2.70e-12 | 108 | 2.70e-12 | 29 | 2.25e-14 | 33 | 3.06e-15 | 5 | 2.22e-15 | 4 |
| 3,3,3-Trifluoropropan-1-ol | $CF_3CH_2CH_2OH$ | 12.0 days | 0.02 | 3.57e-14 | 1 | 3.57e-14 | <1 | 2.85e-16 | <1 | 4.01e-17 | <1 | 2.93e-17 | <1 |
| HFE-329mcc2 | $CHF_2CF_2OCF_2CF_3$ | 22.5 | 0.53 | 1.68e-10 | 6720 | 2.81e-10 | 3070 | 4.23e-12 | 6180 | 1.59e-12 | 2580 | 3.93e-13 | 718 |
| HFE-338mmz1 | $(CF_3)_2CHOCHF_2$ | 21.2 | 0.44 | 1.48e-10 | 5940 | 2.40e-10 | 2620 | 3.70e-12 | 5410 | 1.31e-12 | 2130 | 3.14e-13 | 575 |

*(continued on next page)*

Table 8.A.1 *(continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | AGWP 20-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 20-year | AGWP 100-year (W m$^{-2}$ yr kg$^{-1}$) | GWP 100-year | AGTP 20-year (K kg$^{-1}$) | GTP 20-year | AGTP 50-year (K kg$^{-1}$) | GTP 50-year | AGTP 100-year (K kg$^{-1}$) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFE-338mcf2 | $CF_3CH_2OCF_2CF_3$ | 7.5 | 0.44 | 7.93e-11 | 3180 | 8.52e-11 | 929 | 1.45e-12 | 2120 | 1.60e-13 | 259 | 7.16e-14 | 131 |
| Sevoflurane (HFE-347mmz1) | $(CF_3)_2CHOCH_2F$ | 2.2 | 0.32 | 1.98e-11 | 795 | 1.98e-11 | 216 | 2.06e-13 | 302 | 2.37e-14 | 38 | 1.64e-14 | 30 |
| HFE-347mcc3 (HFE-7000) | $CH_3OCF_2CF_2CF_3$ | 5.0 | 0.35 | 4.78e-11 | 1910 | 4.86e-11 | 530 | 7.18e-13 | 1050 | 6.87e-14 | 111 | 4.05e-14 | 74 |
| HFE-347mcf2 | $CHF_2CH_2OCF_2CF_3$ | 6.6 | 0.42 | 7.45e-11 | 2990 | 7.83e-11 | 854 | 1.29e-12 | 1880 | 1.31e-13 | 212 | 6.55e-14 | 120 |
| HFE-347pcf2 | $CHF_2CF_2OCH_2CF_3$ | 6.0 | 0.48[b] | 7.86e-11 | 3150 | 8.15e-11 | 889 | 1.30e-12 | 1900 | 1.27e-13 | 206 | 6.81e-14 | 124 |
| HFE-347mmy1 | $(CF_3)_2CFOCH_3$ | 3.7 | 0.32 | 3.32e-11 | 1330 | 3.33e-11 | 363 | 4.27e-13 | 624 | 4.28e-14 | 69 | 2.76e-14 | 51 |
| HFE-356mec3 | $CH_3OCF_2CHFCF_3$ | 3.8 | 0.30 | 3.53e-11 | 1410 | 3.55e-11 | 387 | 4.60e-13 | 673 | 4.58e-14 | 74 | 2.94e-14 | 54 |
| HFE-356mff2 | $CF_3CH_2OCH_2CF_3$ | 105.0 days | 0.17 | 1.54e-12 | 62 | 1.54e-12 | 17 | 1.26e-14 | 18 | 1.74e-15 | 3 | 1.26e-15 | 2 |
| HFE-356pcf2 | $CHF_2CH_2OCF_2CHF_2$ | 5.7 | 0.37 | 6.40e-11 | 2560 | 6.59e-11 | 719 | 1.03e-12 | 1500 | 9.97e-14 | 162 | 5.50e-14 | 101 |
| HFE-356pcf3 | $CHF_2OCH_2CF_2CHF_2$ | 3.5 | 0.38 | 4.08e-11 | 1640 | 4.09e-11 | 446 | 5.11e-13 | 747 | 5.20e-14 | 84 | 3.39e-14 | 62 |
| HFE-356pcc3 | $CH_3OCF_2CF_2CHF_2$ | 3.8 | 0.32 | 3.77e-11 | 1510 | 3.79e-11 | 413 | 4.91e-13 | 718 | 4.89e-14 | 79 | 3.14e-14 | 57 |
| HFE-356mmz1 | $(CF_3)_2CHOCH_3$ | 97.1 days | 0.15 | 1.25e-12 | 50 | 1.25e-12 | 14 | 1.02e-14 | 15 | 1.41e-15 | 2 | 1.02e-15 | 2 |
| HFE-365mcf3 | $CF_3CF_2CH_2OCH_3$ | 19.3 days | 0.05 | 8.51e-14 | 3 | 8.51e-14 | <1 | 6.80e-16 | <1 | 9.56e-17 | <1 | 6.99e-17 | <1 |
| HFE-365mcf2 | $CF_3CF_2OCH_2CH_3$ | 0.6 | 0.26 | 5.35e-12 | 215 | 5.35e-12 | 58 | 4.53e-14 | 66 | 6.10e-15 | 10 | 4.40e-15 | 8 |
| HFE-374pc2 | $CHF_2CF_2OCH_2CH_3$ | 5.0 | 0.30 | 5.65e-11 | 2260 | 5.75e-11 | 627 | 8.48e-13 | 1240 | 8.12e-14 | 132 | 4.79e-14 | 88 |
| 4,4,4-Trifluorobutan-1-ol | $CF_3(CH_2)_2CH_2OH$ | 4.0 days | 0.01 | 1.73e-15 | <1 | 1.73e-15 | <1 | 1.38e-17 | <1 | 1.94e-18 | <1 | 1.42e-18 | <1 |
| 2,2,3,3,4,4,5,5-Octafluorocyclopentanol | $-(CF_2)_4CH(OH)-$ | 0.3 | 0.16 | 1.18e-12 | 47 | 1.18e-12 | 13 | 9.67e-15 | 14 | 1.33e-15 | 2 | 9.69e-16 | 2 |
| HFE-43-10pccc124 (H-Galden 1040x, HG-11) | $CHF_2OCF_2OC_2F_4OCHF_2$ | 13.5 | 1.02 | 2.00e-10 | 8010 | 2.58e-10 | 2820 | 4.52e-12 | 6600 | 9.46e-13 | 1530 | 2.38e-13 | 436 |
| HFE-449s1 (HFE-7100) | $C_4F_9OCH_3$ | 4.7 | 0.36 | 3.80e-11 | 1530 | 3.86e-11 | 421 | 5.54e-13 | 809 | 5.32e-14 | 86 | 3.21e-14 | 59 |
| n-HFE-7100 | $n-C_4F_9OCH_3$ | 4.7 | 0.42 | 4.39e-11 | 1760 | 4.45e-11 | 486 | 6.39e-13 | 934 | 6.14e-14 | 99 | 3.70e-14 | 68 |
| i-HFE-7100 | $i-C_4F_9OCH_3$ | 4.7 | 0.35 | 3.68e-11 | 1480 | 3.73e-11 | 407 | 5.35e-13 | 783 | 5.14e-14 | 83 | 3.10e-14 | 57 |
| HFE-569sf2 (HFE-7200) | $C_4F_9OC_2H_5$ | 0.8 | 0.30 | 5.21e-12 | 209 | 5.21e-12 | 57 | 4.52e-14 | 66 | 5.97e-15 | 10 | 4.29e-15 | 8 |
| n-HFE-7200 | $n-C_4F_9OC_2H_5$ | 0.8 | 0.35[i] | 5.92e-12 | 237 | 5.92e-12 | 65 | 5.14e-14 | 75 | 6.78e-15 | 11 | 4.87e-15 | 9 |
| i-HFE-7200 | $i-C_4F_9OC_2H_5$ | 0.8 | 0.24 | 4.06e-12 | 163 | 4.06e-12 | 44 | 3.52e-14 | 52 | 4.65e-15 | 8 | 3.34e-15 | 6 |
| HFE-236ca12 (HG-10) | $CHF_2OCF_2OCHF_2$ | 25.0 | 0.65 | 2.75e-10 | 11,000 | 4.91e-10 | 5350 | 7.06e-12 | 10,300 | 2.94e-12 | 4770 | 7.75e-13 | 1420 |
| HFE-338pcc13 (HG-01) | $CHF_2OCF_2CF_2OCHF_2$ | 12.9 | 0.86 | 2.10e-10 | 8430 | 2.67e-10 | 2910 | 4.69e-12 | 6860 | 9.28e-13 | 1500 | 2.42e-13 | 442 |
| 1,1,1,3,3,3-Hexafluoropropan-2-ol | $(CF_3)_2CHOH$ | 1.9 | 0.26 | 1.67e-11 | 668 | 1.67e-11 | 182 | 1.66e-13 | 243 | 1.97e-14 | 32 | 1.38e-14 | 25 |
| HG-02 | $HF_2C-(OCF_2CF_2)_2-OCF_2H$ | 12.9 | 1.24[i] | 1.97e-10 | 7900 | 2.50e-10 | 2730 | 4.40e-12 | 6430 | 8.70e-13 | 1410 | 2.27e-13 | 415 |
| HG-03 | $HF_2C-(OCF_2CF_2)_3-OCF_2H$ | 12.9 | 1.76[i] | 2.06e-10 | 8270 | 2.62e-10 | 2850 | 4.60e-12 | 6730 | 9.10e-13 | 1480 | 2.37e-13 | 434 |
| HG-20 | $HF_2C-(OCF_2)_3-OCF_2H$ | 25.0 | 0.92[i] | 2.73e-10 | 10,900 | 4.86e-10 | 5300 | 7.00e-12 | 10,200 | 2.91e-12 | 4730 | 7.68e-13 | 1400 |
| HG-21 | $HF_2C-OCF_2CF_2OC-F_2OCF_2O-CF_2H$ | 13.5 | 1.71[i] | 2.76e-10 | 11,100 | 3.57e-10 | 3890 | 6.23e-12 | 9110 | 1.31e-12 | 2120 | 3.29e-13 | 602 |

*(continued on next page)*

Table 8.A.1 (continued)

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HG-30 | HF₂C–(OCF₂)₃–OCF₂H | 25.0 | 1.65ⁱ | 3.77e-10 | 15,100 | 6.73e-10 | 7330 | 9.68e-12 | 14,100 | 4.03e-12 | 6530 | 1.06e-12 | 1940 |
| 1-Ethoxy-1,1,2,2,3,3,3-heptafluoropropane | C₃F₇CF₂CH₂OCH₃ | 0.8 | 0.28ⁱ | 5.56e-12 | 223 | 5.56e-12 | 61 | 4.80e-14 | 70 | 6.36e-15 | 10 | 4.57e-15 | 8 |
| Fluoroxene | CF₃CH₂OCH=CH₂ | 3.6 days | 0.01ⁱ | 4.97e-15 | <1 | 4.97e-15 | <1 | 3.95e-17 | <1 | 5.58e-18 | <1 | 4.08e-18 | <1 |
| 1,1,2,2-Tetrafluoro-1-(fluoromethoxy)ethane | CH₂FOCF₂CF₂H | 6.2 | 0.34ⁱ | 7.68e-11 | 3080 | 7.99e-11 | 871 | 1.29e-12 | 1880 | 1.28e-13 | 207 | 6.68e-14 | 122 |
| 2-Ethoxy-3,3,4,4,5-pentafluorotetrahydro-2,5-bis[1,2,2,2-tetrafluoro-1-(trifluoromethyl)ethyl]-furan | C₁₂H₅F₁₀O₂ | 1.0 | 0.49ⁱ | 5.09e-12 | 204 | 5.09e-12 | 56 | 4.53e-14 | 66 | 5.86e-15 | 10 | 4.19e-15 | 8 |
| Fluoro(methoxy)methane | CH₃OCH₂F | 73.0 days | 0.07ⁱ | 1.15e-12 | 46 | 1.15e-12 | 13 | 9.34e-15 | 14 | 1.30e-15 | 2 | 9.46e-16 | 2 |
| Difluoro(methoxy)methane | CH₃OCHF₂ | 1.1 | 0.17ⁱ | 1.32e-11 | 528 | 1.32e-11 | 144 | 1.18e-13 | 173 | 1.52e-14 | 25 | 1.08e-14 | 20 |
| Fluoro(fluoromethoxy)methane | CH₂FOCH₂F | 0.9 | 0.19ⁱ | 1.20e-11 | 479 | 1.20e-11 | 130 | 1.05e-13 | 153 | 1.37e-14 | 22 | 9.84e-15 | 18 |
| Difluoro(fluoromethoxy)methane | CH₂FOCHF₂ | 3.3 | 0.30ⁱ | 5.65e-11 | 2260 | 5.66e-11 | 617 | 6.88e-13 | 1010 | 7.11e-14 | 115 | 4.69e-14 | 86 |
| Trifluoro(fluoromethoxy)methane | CH₂FOCF₃ | 4.4 | 0.33ⁱ | 6.82e-11 | 2730 | 6.89e-11 | 751 | 9.59e-13 | 1400 | 9.27e-14 | 150 | 5.72e-14 | 105 |
| HG′-01 | CH₃OCF₂CF₂OCH₃ | 2.0 | 0.29 | 2.03e-11 | 815 | 2.03e-11 | 222 | 2.06e-13 | 301 | 2.42e-14 | 39 | 1.68e-14 | 31 |
| HG′-02 | CH₃O(CF₂CF₂O)₂CH₃ | 2.0 | 0.56 | 2.16e-11 | 868 | 2.16e-11 | 236 | 2.19e-13 | 320 | 2.57e-14 | 42 | 1.79e-14 | 33 |
| HG′-03 | CH₃O(CF₂CF₂O)₃CH₃ | 2.0 | 0.76 | 2.03e-11 | 812 | 2.03e-11 | 221 | 2.05e-13 | 299 | 2.41e-14 | 39 | 1.67e-14 | 31 |
| HFE-329me3 | CF₃CFHCF₂OCF₃ | 40.0 | 0.48 | 1.79e-10 | 7170 | 4.17e-10 | 4550 | 4.85e-12 | 7090 | 2.89e-12 | 4690 | 1.12e-12 | 2040 |
| 3,3,4,4,5,5,6,6,7,7,7-Undecafluoroheptan-1-ol | CF₃(CF₂)₄CH₂CH₂OH | 20.0 days | 0.06 | 3.91e-14 | 2 | 3.91e-14 | <1 | 3.12e-16 | <1 | 4.39e-17 | <1 | 3.21e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,9-Pentadecafluorononan-1-ol | CF₃(CF₂)₆CH₂CH₂OH | 20.0 days | 0.07 | 3.00e-14 | 1 | 3.00e-14 | <1 | 2.40e-16 | <1 | 3.37e-17 | <1 | 2.46e-17 | <1 |
| 3,3,4,4,5,5,6,6,7,7,8,8,9,9,10,10,11,11,11-Nonadecafluoroundecan-1-ol | CF₃(CF₂)₈CH₂CH₂OH | 20.0 days | 0.05 | 1.72e-14 | <1 | 1.72e-14 | <1 | 1.37e-16 | <1 | 1.93e-17 | <1 | 1.41e-17 | <1 |
| 2-Chloro-1,1,2-trifluoro-1-methoxyethane | CH₃OCF₂CHFCl | 1.4 | 0.21 | 1.12e-11 | 449 | 1.12e-11 | 122 | 1.05e-13 | 153 | 1.31e-14 | 21 | 9.24e-15 | 17 |
| PFPMIE (perfluoropolymethylisopropyl ether) | CF₃OCF(CF₃)CF₂OCF₂... / CF₃OCF₂... | 800.0 | 0.65 | 1.87e-10 | 7500 | 8.90e-10 | 9710 | 5.52e-12 | 8070 | 6.11e-12 | 9910 | 6.15e-12 | 11,300 |
| HFE-216 | CF₃OCF=CF₂ | 8.4 days | 0.02 | 1.92e-14 | <1 | 1.92e-14 | <1 | 1.53e-16 | <1 | 2.15e-17 | <1 | 1.58e-17 | <1 |
| Trifluoromethyl formate | HCOOCF₃ | 3.5 | 0.31ⁱ | 5.37e-11 | 2150 | 5.39e-11 | 588 | 6.73e-13 | 984 | 6.85e-14 | 111 | 4.47e-14 | 82 |
| Perfluoroethyl formate | HCOOCF₂CF₃ | 3.5 | 0.44ⁱ | 5.30e-11 | 2130 | 5.32e-11 | 580 | 6.64e-13 | 971 | 6.76e-14 | 110 | 4.41e-14 | 81 |
| Perfluoropropyl formate | HCOOCF₂CF₂CF₃ | 2.6 | 0.50ⁱ | 3.45e-11 | 1380 | 3.45e-11 | 376 | 3.80e-13 | 555 | 4.19e-14 | 68 | 2.85e-14 | 52 |
| Perfluorobutyl formate | HCOOCF₂CF₂CF₂CF₃ | 3.0 | 0.56ⁱ | 3.59e-11 | 1440 | 3.59e-11 | 392 | 4.19e-13 | 613 | 4.45e-14 | 72 | 2.97e-14 | 54 |
| 2,2,2-Trifluoroethyl formate | HCOOCH₂CF₃ | 0.4 | 0.16ⁱ | 3.07e-12 | 123 | 3.07e-12 | 33 | 2.55e-14 | 37 | 3.48e-15 | 5 | 2.52e-15 | 5 |
| 3,3,3-Trifluoropropyl formate | HCOOCH₂CH₂CF₃ | 0.3 | 0.13ⁱ | 1.60e-12 | 64 | 1.60e-12 | 17 | 1.31e-14 | 19 | 1.80e-15 | 3 | 1.31e-15 | 2 |
| 1,2,2,2-Tetrafluoroethyl formate | HCOOCHFCF₃ | 3.2 | 0.35ⁱ | 4.30e-11 | 1720 | 4.31e-11 | 470 | 5.17e-13 | 755 | 5.39e-14 | 87 | 3.57e-14 | 65 |
| 1,1,1,3,3,3-Hexafluoropropan-2-yl formate | HCOOCH(CF₃)₂ | 3.2 | 0.33ⁱ | 3.05e-11 | 1220 | 3.05e-11 | 333 | 3.66e-13 | 535 | 3.81e-14 | 62 | 2.53e-14 | 46 |
| Perfluorobutyl acetate | CH₃COOCF₂CF₂CF₂CF₃ | 21.9 days | 0.12ⁱ | 1.52e-13 | 6 | 1.52e-13 | 2 | 1.21e-15 | 2 | 1.71e-16 | <1 | 1.25e-16 | <1 |
| Perfluoropropyl acetate | CH₃COOCF₂CF₂CF₃ | 21.9 days | 0.11ⁱ | 1.59e-13 | 6 | 1.59e-13 | 2 | 1.27e-15 | 2 | 1.78e-16 | <1 | 1.30e-16 | <1 |
| Perfluoroethyl acetate | CH₃COOCF₂CF₃ | 21.9 days | 0.10ⁱ | 1.89e-13 | 8 | 1.89e-13 | 2 | 1.51e-15 | 2 | 2.12e-16 | <1 | 1.55e-16 | <1 |
| Trifluoromethyl acetate | CH₃COOCF₃ | 21.9 days | 0.07ⁱ | 1.90e-13 | 8 | 1.90e-13 | 2 | 1.52e-15 | 2 | 2.14e-16 | <1 | 1.56e-16 | <1 |

(continued on next page)

BLM_0074245

*Table 8.A.1 (continued)*

| Acronym, Common Name or Chemical Name | Chemical Formula | Lifetime (Years) | Radiative Efficiency (W m⁻² ppb⁻¹) | AGWP 20-year (W m⁻² yr kg⁻¹) | GWP 20-year | AGWP 100-year (W m⁻² yr kg⁻¹) | GWP 100-year | AGTP 20-year (K kg⁻¹) | GTP 20-year | AGTP 50-year (K kg⁻¹) | GTP 50-year | AGTP 100-year (K kg⁻¹) | GTP 100-year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methyl carbonofluoridate | FCOOCH₃ | 1.8 | 0.07† | 8.74e-12 | 350 | 8.74e-12 | 95 | 8.60e-14 | 126 | 1.03e-14 | 17 | 7.21e-15 | 13 |
| 1,1-Difluoroethyl carbonofluoridate | FCOOCF₂CH₃ | 0.3 | 0.17† | 2.46e-12 | 99 | 2.46e-12 | 27 | 2.02e-14 | 30 | 2.78e-15 | 5 | 2.02e-15 | 4 |
| 1,1-Difluoroethyl 2,2,2-trifluoroacetate | CF₃COOCF₂CH₃ | 0.3 | 0.27† | 2.83e-12 | 113 | 2.83e-12 | 31 | 2.33e-14 | 34 | 3.20e-15 | 5 | 2.32e-15 | 4 |
| Ethyl 2,2,2-trifluoroacetate | CF₃COOCH₂CH₃ | 21.9 days | 0.05† | 1.26e-13 | 5 | 1.26e-13 | 1 | 1.00e-15 | 1 | 1.41e-16 | <1 | 1.03e-16 | <1 |
| 2,2,2-Trifluoroethyl 2,2,2-trifluoroacetate | CF₃COOCH₂CF₃ | 54.8 days | 0.15† | 6.27e-13 | 25 | 6.27e-13 | 7 | 5.06e-15 | 7 | 7.07e-16 | 1 | 5.15e-16 | <1 |
| Methyl 2,2,2-trifluoroacetate | CF₃COOCH₃ | 0.6 | 0.18† | 4.80e-12 | 192 | 4.80e-12 | 52 | 4.08e-14 | 60 | 5.47e-15 | 9 | 3.95e-15 | 7 |
| Methyl 2,2-difluoroacetate | HCF₂COOCH₃ | 40.1 days | 0.05† | 3.00e-13 | 12 | 3.00e-13 | 3 | 2.41e-15 | 4 | 3.38e-16 | <1 | 2.47e-16 | <1 |
| Difluoromethyl 2,2,2-trifluoroacetate | CF₃COOCHF₂ | 0.3 | 0.24† | 2.48e-12 | 99 | 2.48e-12 | 27 | 2.04e-14 | 30 | 2.81e-15 | 5 | 2.04e-15 | 4 |
| 2,2,3,3,4,4,4-Heptafluorobutan-1-ol | C₃F₇CH₂OH | 0.6 | 0.20 | 3.10e-12 | 124 | 3.10e-12 | 34 | 2.61e-14 | 38 | 3.52e-15 | 6 | 2.55e-15 | 5 |
| 1,1,1-Trifluoro-2-(trifluoromethoxy)-ethane | CHF₂CHFOCF₃ | 9.8 | 0.35 | 9.91e-11 | 3970 | 1.14e-10 | 1240 | 2.03e-12 | 2960 | 2.88e-13 | 467 | 9.74e-14 | 178 |
| 1-Ethoxy-1,1,2,3,3,3-hexafluoropropane | CF₃CHFCF₂OCH₂CH₃ | 0.4 | 0.19 | 2.14e-12 | 86 | 2.14e-12 | 23 | 1.77e-14 | 26 | 2.43e-15 | 4 | 1.76e-15 | 3 |
| 1,1,1,2,2,3,3-Heptafluoro-3-(1,2,2,2-tetrafluoroethoxy)-propane | CF₃CF₂CF₂OCHFCF₃ | 67.0 | 0.58 | 1.98e-10 | 7940 | 5.95e-10 | 6490 | 5.57e-12 | 8140 | 4.29e-12 | 6960 | 2.39e-12 | 4380 |
| 2,2,3,3-Tetrafluoro-1-propanol | CHF₂CF₂CH₂OH | 91.3 days | 0.11 | 1.19e-12 | 48 | 1.19e-12 | 13 | 9.72e-15 | 14 | 1.35e-15 | 2 | 9.79e-16 | 2 |
| 2,2,3,4,4,4-Hexafluoro-1-butanol | CF₃CHFCF₂CH₂OH | 94.9 days | 0.19 | 1.56e-12 | 63 | 1.56e-12 | 17 | 1.27e-14 | 19 | 1.76e-15 | 3 | 1.28e-15 | 2 |
| 2,2,3,3,4,4,4-Heptafluoro-1-butanol | CF₃CF₂CF₂CH₂OH | 0.3 | 0.16 | 1.49e-12 | 60 | 1.49e-12 | 16 | 1.23e-14 | 18 | 1.69e-15 | 3 | 1.23e-15 | 2 |
| 1,1,2,2-Tetrafluoro-3-methoxy-propane | CHF₂CF₂CH₂OCH₃ | 14.2 days | 0.03 | 4.82e-14 | 2 | 4.82e-14 | <1 | 3.84e-16 | <1 | 5.41e-17 | <1 | 3.96e-17 | <1 |
| perfluoro-2-methyl-3-pentanone | CF₃CF₂C(O)CF(CF₃)₂ | 7.0 days | 0.03 | 9.14e-15 | <1 | 9.14e-15 | <1 | 7.27e-17 | <1 | 1.03e-17 | <1 | 7.51e-18 | <1 |
| 3,3,3-Trifluoro-propanal | CF₃CH₂CHO | 2.0 days | 0.004 | 9.86e-16 | <1 | 9.86e-16 | <1 | 7.84e-18 | <1 | 1.11e-18 | <1 | 8.10e-19 | <1 |
| 2-Fluoroethanol | CH₂FCH₂OH | 20.4 days | 0.02 | 8.07e-14 | 3 | 8.07e-14 | <1 | 6.45e-16 | <1 | 9.07e-17 | <1 | 6.63e-17 | <1 |
| 2,2-Difluoroethanol | CHF₂CH₂OH | 40.0 days | 0.04 | 2.78e-13 | 11 | 2.78e-13 | 3 | 2.23e-15 | 3 | 3.12e-16 | <1 | 2.28e-16 | <1 |
| 2,2,2-Trifluoroethanol | CF₃CH₂OH | 0.3 | 0.20 | 1.83e-12 | 73 | 1.83e-12 | 20 | 1.50e-14 | 22 | 2.07e-15 | 3 | 1.50e-15 | 3 |
| 1,1'-Oxybis[2-(difluoromethoxy)-1,1,2,2-tetrafluoroethane] | HCF₂O(CF₂CF₂O)₂CF₂H | 26.0 | 1.15ᶜ | 2.47e-10 | 9910 | 4.51e-10 | 4920 | 6.38e-12 | 9320 | 2.75e-12 | 4460 | 7.45e-13 | 1360 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12-hexadecafluoro-2,5,8,11-Tetraoxadodecane | HCF₂O(CF₂CF₂O)₃CF₂H | 26.0 | 1.43ᶜ | 2.26e-10 | 9050 | 4.12e-10 | 4490 | 5.83e-12 | 8520 | 2.51e-12 | 4080 | 6.81e-13 | 1250 |
| 1,1,3,3,4,4,6,6,7,7,9,9,10,10,12,12,13,13,15,15-eicosafluoro-2,5,8,11,14-Pentaoxapentadecane | HCF₂O(CF₂CF₂O)₄CF₂H | 26.0 | 1.46ᶜ | 1.83e-10 | 7320 | 3.33e-10 | 3630 | 4.71e-12 | 6880 | 2.03e-12 | 3300 | 5.50e-13 | 1010 |

Notes:

For CH₄, we estimate an uncertainty of ±30% and ±40% for 20- and 100-year time horizon, respectively (for 90% uncertainty range). The uncertainty is dominated by AGWP for CO₂ and indirect effects. The uncertainty in GWP for N₂O is estimated to ±20% and ±30% for 20- and 100-year time horizon, with the largest contributions from CO₂. The uncertainty in GWP for HFC-134a is estimated to ±25% and ±35% for 20- and 100-year time horizons while for CFC-11 the GWP the corresponding numbers are approximately ±20% and ±35% (not accounting for the indirect effects). For CFC-12 the corresponding numbers are ±20 and ±30. The uncertainties estimated for HFC-134a and CFC-11 are assessed as representative for most other gases with similar or longer lifetimes. For shorter-lived gases, the uncertainties will be larger. For GTP, few estimates are available in the literature. The uncertainty is assessed to be of the order of ±75% for the methane GTP₁₀₀.

\*   No single lifetime can be given. The impulse response function for CO₂ from Joos et al. (2013) has been used. See also Supplementary Material Section 8.SM.11.

†   Perturbation lifetime is used in calculation of metrics, not the lifetime of the atmospheric burden.

(continued on next page)

*Table 8.A.1 Notes (continued)*

738

‡   Metric values for $CH_4$ of fossil origin include the oxidation to $CO_2$ (based on Boucher et al., 2009). In applications of these values, inclusion of the $CO_2$ effect of fossil methane must be done with caution to avoid any double-counting because $CO_2$ emissions numbers are often based on total carbon content. Methane values without the $CO_2$ effect from fossil methane are thus appropriate for fossil methane sources for which the carbon has been accounted for elsewhere, or for biospheric methane sources for which there is a balance between $CO_2$ taken up by the biosphere and $CO_2$ produced from $CH_4$ oxidation. The addition effect on GWP and GTP represents lower limits from Boucher et al. (2009) and assume 50% of the carbon is deposited as formaldehyde to the surface and is then lost. The upper limit in Boucher et al. (2009) made the assumption that this deposited formaldehyde was subsequently further oxidized to $CO_2$.

[a]   RE is unchanged since AR4.

[b]   RE is unchanged since AR4 except the absolute forcing is increased by a factor of 1.04 to account for the change in the recommended RE of CFC-11.

[c]   Based on Rajakumar et al. (2006) (lifetime correction factor has been applied to account for non-homogeneous horizontal and vertical mixing).

[d]   Based on instantaneous RE from Baasandorj et al. (2010); Baasandorj et al. (2011) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

[e]   Based on instantaneous RE from *ab initio* study of Bravo et al. (2010) (a factor 1.10 has been applied to account for stratospheric temperature adjustment).

[f]   Based on average instantaneous RE reported in literature (Vasekova et al., 2006; Bravo et al., 2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

[g]   Based on instantaneous RE from *ab initio* studies of Blowers et al. (2007, 2008) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

[h]   Based on instantaneous RE from Heathfield et al. (1998) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

[i]   Note that calculation of RE is based on calculated (*ab initio*) absorption cross-section and uncertainties are therefore larger than for calculations using experimental absorption cross section.

[j]   Based on instantaneous RE from Javadi et al. (2007) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

[k]   Based on instantaneous RE from Andersen et al. (2010) (correction factors have been applied to account for stratospheric temperature adjustment and non-homogeneous horizontal and vertical mixing).

The GTP values are calculated with a temperature impulse response function taken from Boucher and Reddy (2008). See also Supplementary Material Section 8.SM.11.

BLM_0074247

**8**

**Table 8.A.2 |** Halocarbon indirect GWPs from ozone depletion using the EESC-based method described in WMO (2011), adapted from Daniel et al. (1995). A radiative forcing in year 2011 of –0.15 (–0.30 to 0.0) W m$^{-2}$ relative to preindustrial times is used (see Section 8.3.3). Uncertainty on the indirect AGWPs due to the ozone forcing uncertainty is ±100%.

| Gas | GWP$_{100}$ |
|---|---|
| CFC-11 | –2640 |
| CFC-12 | –2100 |
| CFC-113 | –2150 |
| CFC-114 | –914 |
| CFC-115 | –223 |
| HCFC-22 | –98 |
| HCFC-123 | –37 |
| HCFC-124 | –46 |
| HCFC-141b | –261 |
| HCFC-142b | –152 |
| $CH_3CCl_3$ | –319 |
| $CCl_4$ | –2110 |
| $CH_3Br$ | –1250 |
| Halon-1211 | –19,000 |
| Halon-1301 | –44,500 |
| Halon-2402 | –32,000 |
| HCFC-225ca | –40 |
| HCFC-225cb | –60 |

**Table 8.A.3 |** GWP and GTP for NO$_x$ from surface sources for time horizons of 20 and 100 years from the literature. All values are on a per kilogram of nitrogen basis. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas CO$_2$, RE and IRF from AR4 are used in the calculations. The GWP$_{100}$ and GTP$_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas CO$_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| NO$_x$ East Asia[a] | 6.4 (±38.1) | –5.3 (±11.5) | –55.6 (±23.8) | –1.3 (±2.1) |
| NO$_x$ EU + North Africa[a] | –39.4 (±17.5) | –15.6 (±5.8) | –48.0 (±14.9) | –2.5 (±1.3) |
| NO$_x$ North America[a] | –2.4 (±30.3) | –8.2 (±10.3) | –61.9 (±27.8) | –1.7 (±2.1) |
| NO$_x$ South Asia[a] | –40.7 (±88.3) | –25.3 (±29.0) | –124.6 (±67.4) | –4.6 (±5.1) |
| NO$_x$ four above regions[a] | –15.9 (±32.7) | –11.6 (±10.7) | –62.1 (±26.2) | –2.2 (±2.1) |
| Mid-latitude NOx[c] | –43 to +23 | –18 to +1.6 | –55 to –37 | –2.9 to –0.02 |
| Tropical NO$_x$[c] | 43 to 130 | –28 to –10 | –260 to –220 | –6.6 to –5.4 |
| NO$_x$ global[b] | 19 | –11 | –87 | –2.9 |
| NO$_x$ global[d] | –108 ± 35<br>–335 ± 110<br>–560 ± 279 | –31 ± 10<br>–95 ± 31<br>–159 ± 79 | | |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric H$_2$O) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010); based on Wild et al. (2001).

[c]   Fuglestvedt et al. (2010).

[d]   Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included (sulfate and nitrate), third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

BLM_0074248

**8**

**Table 8.A.4 |** GWP and GTP for CO for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| CO East Asia[a] | 5.4 (±1.7) | 1.8 (±0.6) | 3.5 (±1.3) | 0.26 (±0.12) |
| CO EU + North Africa[a] | 4.9 (±1.5) | 1.6 (±0.5) | 3.2 (±1.2) | 0.24 (±0.11) |
| CO North America[a] | 5.6 (±1.8) | 1.8 (±0.6) | 3.7 (±1.3) | 0.27 (±0.12) |
| CO South Asia[a] | 5.7 (±1.3) | 1.8 (±0.4) | 3.4 (±1.0) | 0.27 (±0.10) |
| CO four regions above[a] | 5.4 (±1.6) | 1.8 (±0.5) | 3.5 (±1.2) | 0.26 (±0.11) |
| CO global[b] | 6 to 9.3 | 2 to 3.3 | 3.7 to 6.1 | 0.29 to 0.55 |
| CO global[c] | 7.8 ± 2.0<br>11.4 ± 2.9<br>18.6 ± 8.3 | 2.2 ± 0.6<br>3.3 ± 0.8<br>5.3 ± 2.3 | | |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010).

[c]   Shindell et al. (2009). Three values are given: First, without aerosols, second, direct aerosol effect included, third, direct and indirect aerosol effects included. Uncertainty ranges from Shindell et al. (2009) are given for 95% confidence levels.

**Table 8.A.5 |** GWP and GTP for VOCs for time horizons of 20 and 100 years from the literature. Uncertainty for numbers from Fry et al. (2012) and Collins et al. (2013) refer to 1-σ. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| VOC East Asia[a] | 16.3 (±6.4) | 5.0 (±2.1) | 8.4 (±4.6) | 0.7 (±0.4) |
| VOC EU + North Africa[a] | 18.0 (±8.5) | 5.6 (±2.8) | 9.5 (±6.5) | 0.8 (±0.5) |
| VOC North America[a] | 16.2 (±9.2) | 5.0 (±3.0) | 8.6 (±6.4) | 0.7 (±0.5) |
| VOC South Asia[a] | 27.8 (±5.6) | 8.8 (±1.9) | 15.7 (±5.0) | 1.3 (±0.5) |
| VOC four regions above | 18.7 (±7.5) | 5.8 (±2.5) | 10.0 (±5.7) | 0.9 (±0.5) |
| VOC global[b] | 14 | 4.5 | 7.5 | 0.66 |

Notes:

[a]   Fry et al. (2012) (updated by including stratospheric $H_2O$) and Collins et al. (2013).

[b]   Fuglestvedt et al. (2010) based on Collins et al. (2002).

The values are given on a per kilogram of C basis.

**Table 8.A.6 |** GWP and GTP from the literature for BC and OC for time horizons of 20 and 100 years. For the reference gas $CO_2$, RE and IRF from AR4 are used in the calculations. The $GWP_{100}$ and $GTP_{100}$ values can be scaled by 0.94 and 0.92, respectively, to account for updated values for the reference gas $CO_2$. For 20 years the changes are negligible.

| | GWP | | GTP | |
|---|---|---|---|---|
| | H = 20 | H = 100 | H = 20 | H = 100 |
| BC total, global[c] | 3200 (270 to 6200) | 900 (100 to 1700) | 920 (95 to 2400) | 130 (5 to 340) |
| BC (four regions)[d] | 1200 ± 720 | 345 ± 207 | 420 ± 190 | 56 ± 25 |
| BC global[a] | 1600 | 460 | 470 | 64 |
| BC aerosol–radiation interaction +albedo, global[b] | 2900 ± 1500 | 830 ± 440 | | |
| OC global[a] | –240 | –69 | –71 | –10 |
| OC global[b] | –160 (–60 to –320) | –46 (–18 to –19) | | |
| OC (4 regions)[d] | –160 ± 68 | –46 ± 20 | –55 ± 16 | –7.3±2.1 |

Notes:

[a]   Fuglestvedt et al. (2010).

[b]   Bond et al. (2011). Uncertainties for OC are asymmetric and are presented as ranges.

[c]   Bond et al. (2013). Metric values are given for total effect.

[d]   Collins et al. (2013). The four regions are East Asia, EU + North Africa, North America and South Asia (as also given in Fry et al., 2012). Only aerosol-radiation interaction is included.

BLM_0074249

# Evaluation of Climate Models

**9**

### Coordinating Lead Authors:

Gregory Flato (Canada), Jochem Marotzke (Germany)

### Lead Authors:

Babatunde Abiodun (South Africa), Pascale Braconnot (France), Sin Chan Chou (Brazil), William Collins (USA), Peter Cox (UK), Fatima Driouech (Morocco), Seita Emori (Japan), Veronika Eyring (Germany), Chris Forest (USA), Peter Gleckler (USA), Eric Guilyardi (France), Christian Jakob (Australia), Vladimir Kattsov (Russian Federation), Chris Reason (South Africa), Markku Rummukainen (Sweden)

### Contributing Authors:

Krishna AchutaRao (India), Alessandro Anav (UK), Timothy Andrews (UK), Johanna Baehr (Germany), Nathaniel L. Bindoff (Australia), Alejandro Bodas-Salcedo (UK), Jennifer Catto (Australia), Don Chambers (USA), Ping Chang (USA), Aiguo Dai (USA), Clara Deser (USA), Francisco Doblas-Reyes (Spain), Paul J. Durack (USA/Australia), Michael Eby (Canada), Ramon de Elia (Canada), Thierry Fichefet (Belgium), Piers Forster (UK), David Frame (UK/New Zealand), John Fyfe (Canada), Emiola Gbobaniyi (Sweden/Nigeria), Nathan Gillett (Canada), Jesus Fidel González-Rouco (Spain), Clare Goodess (UK), Stephen Griffies (USA), Alex Hall (USA), Sandy Harrison (Australia), Andreas Hense (Germany), Elizabeth Hunke (USA), Tatiana Ilyina (Germany), Detelina Ivanova (USA), Gregory Johnson (USA), Masa Kageyama (France), Viatcheslav Kharin (Canada), Stephen A. Klein (USA), Jeff Knight (UK), Reto Knutti (Switzerland), Felix Landerer (USA), Tong Lee (USA), Hongmei Li (Germany/China), Natalie Mahowald (USA), Carl Mears (USA), Gerald Meehl (USA), Colin Morice (UK), Rym Msadek (USA), Gunnar Myhre (Norway), J. David Neelin (USA), Jeff Painter (USA), Tatiana Pavlova (Russian Federation), Judith Perlwitz (USA), Jean-Yves Peterschmitt (France), Jouni Räisänen (Finland), Florian Rauser (Germany), Jeffrey Reid (USA), Mark Rodwell (UK), Benjamin Santer (USA), Adam A. Scaife (UK), Jörg Schulz (Germany), John Scinocca (Canada), David Sexton (UK), Drew Shindell (USA), Hideo Shiogama (Japan), Jana Sillmann (Canada), Adrian Simmons (UK), Kenneth Sperber (USA), David Stephenson (UK), Bjorn Stevens (Germany), Peter Stott (UK), Rowan Sutton (UK), Peter W. Thorne (USA/Norway/UK), Geert Jan van Oldenborgh (Netherlands), Gabriel Vecchi (USA), Mark Webb (UK), Keith Williams (UK), Tim Woollings (UK), Shang-Ping Xie (USA), Jianglong Zhang (USA)

### Review Editors:

Isaac Held (USA), Andy Pitman (Australia), Serge Planton (France), Zong-Ci Zhao (China)

**This chapter should be cited as:**

Flato, G., J. Marotzke, B. Abiodun, P. Braconnot, S.C. Chou, W. Collins, P. Cox, F. Driouech, S. Emori, V. Eyring, C. Forest, P. Gleckler, E. Guilyardi, C. Jakob, V. Kattsov, C. Reason and M. Rummukainen, 2013: Evaluation of Climate Models. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0074250

# Table of Contents

Executive Summary ................................................... 743

**9.1   Climate Models and Their Characteristics** ............... 746

9.1.1    Scope and Overview of this Chapter ......................... 746

9.1.2    Overview of Model Types to Be Evaluated ............... 746

9.1.3    Model Improvements ............................................... 748

**Box 9.1: Climate Model Development and Tuning** ............... 749

**9.2   Techniques for Assessing Model Performance** ....... 753

9.2.1    New Developments in Model Evaluation
          Approaches ........................................................... 753

9.2.2    Ensemble Approaches for Model Evaluation ............. 754

9.2.3    The Model Evaluation Approach Used in this
          Chapter and Its Limitations ..................................... 755

**9.3   Experimental Strategies in Support of Climate
        Model Evaluation** ............................................... 759

9.3.1    The Role of Model Intercomparisons ........................ 759

9.3.2    Experimental Strategy for Coupled Model
          Intercomparison Project Phase 5 ............................. 759

**9.4   Simulation of Recent and Longer-Term Records
        in Global Models** ................................................ 760

9.4.1    Atmosphere ........................................................... 760

**Box 9.2: Climate Models and the Hiatus in Global Mean
Surface Warming of the Past 15 Years** ................................. 769

9.4.2    Ocean .................................................................... 777

9.4.3    Sea Ice .................................................................. 787

9.4.4    Land Surface, Fluxes and Hydrology ........................ 790

9.4.5    Carbon Cycle .......................................................... 792

9.4.6    Aerosol Burdens and Effects on Insolation ................ 794

**9.5   Simulation of Variability and Extremes** ................... 795

9.5.1    Importance of Simulating Climate Variability ............ 795

9.5.2    Diurnal-to-Seasonal Variability .................................. 796

9.5.3    Interannual-to-Centennial Variability ........................ 799

9.5.4    Extreme Events ....................................................... 806

**Box 9.3: Understanding Model Performance** ........................ 809

**9.6   Downscaling and Simulation of Regional-Scale
        Climate** ............................................................... 810

9.6.1    Global Models ......................................................... 810

9.6.2    Regional Climate Downscaling ................................. 814

9.6.3    Skill of Downscaling Methods .................................. 814

9.6.4    Value Added through RCMs ...................................... 815

9.6.5    Sources of Model Errors and Uncertainties ............... 815

9.6.6    Relating Downscaling Performance to Credibility
          of Regional Climate Information .............................. 816

**9.7   Climate Sensitivity and Climate Feedbacks** ........... 817

9.7.1    Equilibrium Climate Sensitivity, Idealized Radiative
          Forcing, and Transient Climate Response in the
          Coupled Model Intercomparison Project
          Phase 5 Ensemble ................................................. 817

9.7.2    Understanding the Range in Model Climate
          Sensitivity: Climate Feedbacks ................................ 819

9.7.3    Climate Sensitivity and Model Performance ............. 820

**9.8   Relating Model Performance to Credibility of
        Model Applications** ............................................. 821

9.8.1    Synthesis Assessment of Model Performance ........... 821

9.8.2    Implications of Model Evaluation for Climate
          Change Detection and Attribution ............................ 825

9.8.3    Implications of Model Evaluation for Model
          Projections of Future Climate .................................. 825

**References** .......................................................... 828

**Appendix 9.A: Climate Models Assessed
in Chapter 9** ............................................................ 854

**Frequently Asked Questions**

FAQ 9.1    Are Climate Models Getting Better, and How
            Would We Know? ................................................. 824

BLM_0074251

## Executive Summary

**Climate models have continued to be developed and improved since the AR4, and many models have been extended into Earth System models by including the representation of biogeochemical cycles important to climate change.** These models allow for policy-relevant calculations such as the carbon dioxide ($CO_2$) emissions compatible with a specified climate stabilization target. In addition, the range of climate variables and processes that have been evaluated has greatly expanded, and differences between models and observations are increasingly quantified using 'performance metrics'. In this chapter, model evaluation covers simulation of the mean climate, of historical climate change, of variability on multiple time scales and of regional modes of variability. This evaluation is based on recent internationally coordinated model experiments, including simulations of historic and paleo climate, specialized experiments designed to provide insight into key climate processes and feedbacks and regional climate downscaling. Figure 9.44 provides an overview of model capabilities as assessed in this chapter, including improvements, or lack thereof, relative to models assessed in the AR4. The chapter concludes with an assessment of recent work connecting model performance to the detection and attribution of climate change as well as to future projections. {9.1.2, 9.8.1, Table 9.1, Figure 9.44}

**The ability of climate models to simulate surface temperature has improved in many, though not all, important aspects relative to the generation of models assessed in the AR4.** There continues to be *very high confidence*[1] that models reproduce observed large-scale mean surface temperature patterns (pattern correlation of ~0.99), though systematic errors of several degrees are found in some regions, particularly over high topography, near the ice edge in the North Atlantic, and over regions of ocean upwelling near the equator. On regional scales (sub-continental and smaller), the confidence in model capability to simulate surface temperature is less than for the larger scales; however, regional biases are near zero on average, with intermodel spread of roughly ±3°C. There is *high confidence* that regional-scale surface temperature is better simulated than at the time of the AR4. Current models are also able to reproduce the large-scale patterns of temperature during the Last Glacial Maximum (LGM), indicating an ability to simulate a climate state much different from the present. {9.4.1, 9.6.1, Figures 9.2, 9.6, 9.39, 9.40}

**There is *very high confidence* that models reproduce the general features of the global-scale annual mean surface temperature increase over the historical period, including the more rapid warming in the second half of the 20th century, and the cooling immediately following large volcanic eruptions.** Most simulations of the historical period do not reproduce the observed reduction in global mean surface warming trend over the last 10 to 15 years. There is *medium confidence* that the trend difference between models and observations during 1998–2012 is to a substantial degree caused by

internal variability, with possible contributions from forcing error and some models overestimating the response to increasing greenhouse gas (GHG) forcing. Most, though not all, models overestimate the observed warming trend in the tropical troposphere over the last 30 years, and tend to underestimate the long-term lower stratospheric cooling trend. {9.4.1, Box 9.2, Figure 9.8}

**The simulation of large-scale patterns of precipitation has improved somewhat since the AR4, although models continue to perform less well for precipitation than for surface temperature.** The spatial pattern correlation between modelled and observed annual mean precipitation has increased from 0.77 for models available at the time of the AR4 to 0.82 for current models. At regional scales, precipitation is not simulated as well, and the assessment remains difficult owing to observational uncertainties. {9.4.1, 9.6.1, Figure 9.6}

**The simulation of clouds in climate models remains challenging.** There is *very high confidence* that uncertainties in cloud processes explain much of the spread in modelled climate sensitivity. However, the simulation of clouds in climate models has shown modest improvement relative to models available at the time of the AR4, and this has been aided by new evaluation techniques and new observations for clouds. Nevertheless, biases in cloud simulation lead to regional errors on cloud radiative effect of several tens of watts per square meter. {9.2.1, 9.4.1, 9.7.2, Figures 9.5, 9.43}

**Models are able to capture the general characteristics of storm tracks and extratropical cyclones, and there is some evidence of improvement since the AR4.** Storm track biases in the North Atlantic have improved slightly, but models still produce a storm track that is too zonal and underestimate cyclone intensity. {9.4.1}

**Many models are able to reproduce the observed changes in upper ocean heat content from 1961 to 2005 with the multi-model mean time series falling within the range of the available observational estimates for most of the period.** The ability of models to simulate ocean heat uptake, including variations imposed by large volcanic eruptions, adds confidence to their use in assessing the global energy budget and simulating the thermal component of sea level rise. {9.4.2, Figure 9.17}

**The simulation of the tropical Pacific Ocean mean state has improved since the AR4, with a 30% reduction in the spurious westward extension of the cold tongue near the equator, a pervasive bias of coupled models.** The simulation of the tropical Atlantic remains deficient with many models unable to reproduce the basic east–west temperature gradient. {9.4.2, Figure 9.14}

---

[1]  In this Report, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Section 1.4 and Box TS.1 for more details).

BLM_0074252

**Current climate models reproduce the seasonal cycle of Arctic sea ice extent with a multi-model mean error of less than about 10% for any given month. There is robust evidence that the downward trend in Arctic summer sea ice extent is better simulated than at the time of the AR4, with about one quarter of the simulations showing a trend as strong as, or stronger, than in observations over the satellite era (since 1979).** There is a tendency for models to slightly overestimate sea ice extent in the Arctic (by about 10%) in winter and spring. In the Antarctic, the multi-model mean seasonal cycle agrees well with observations, but inter-model spread is roughly double that for the Arctic. Most models simulate a small decreasing trend in Antarctic sea ice extent, albeit with large inter-model spread, in contrast to the small increasing trend in observations. {9.4.3, Figures 9.22, 9.24}

**Models are able to reproduce many features of the observed global and Northern Hemispher (NH) mean temperature variance on interannual to centennial time scales (*high confidence*), and most models are now able to reproduce the observed peak in variability associated with the El Niño (2- to 7-year period) in the Tropical Pacific.** The ability to assess variability from millennial simulations is new since the AR4 and allows quantitative evaluation of model estimates of low-frequency climate variability. This is important when using climate models to separate signal and noise in detection and attribution studies (Chapter 10). {9.5.3, Figures 9.33, 9.35}

**Many important modes of climate variability and intraseasonal to seasonal phenomena are reproduced by models, with some improvements evident since the AR4.** The statistics of the global monsoon, the North Atlantic Oscillation, the El Niño-Southern Oscillation (ENSO), the Indian Ocean Dipole and the Quasi-Biennial Oscillation are simulated well by several models, although this assessment is tempered by the limited scope of analysis published so far, or by limited observations. There are also modes of variability that are not simulated well. These include modes of Atlantic Ocean variability of relevance to near term projections in Chapter 11 and ENSO teleconnections outside the tropical Pacific, of relevance to Chapter 14. There is *high confidence* that the multi-model statistics of monsoon and ENSO have improved since the AR4. However, this improvement does not occur in all models, and process-based analysis shows that biases remain in the background state and in the strength of associated feedbacks. {9.5.3, Figures 9.32, 9.35, 9.36}

**There has been substantial progress since the AR4 in the assessment of model simulations of extreme events.** Based on assessment of a suite of indices, the inter-model range of simulated climate extremes is similar to the spread amongst observationally based estimates in most regions. In addition, changes in the frequency of extreme warm and cold days and nights over the second half of the 20th century are consistent between models and observations, with the ensemble global mean time series generally falling within the range of observational estimates. The majority of models underestimate the sensitivity of extreme precipitation to temperature variability or trends, especially in the tropics, which implies that models may underestimate the projected increase in extreme precipitation in the future. Some high-resolution atmospheric models have been shown to reproduce observed year-to-year variability of Atlantic hurricane counts when forced with observed sea surface temperatures, though so far only a few studies of this kind are available. {9.5.4, Figure 9.37}

**An important development since the AR4 is the more widespread use of Earth System models, which include an interactive carbon cycle. In the majority of these models, the simulated global land and ocean carbon sinks over the latter part of the 20th century fall within the range of observational estimates.** However, the regional patterns of carbon uptake and release are less well reproduced, especially for NH land where models systematically underestimate the sink implied by atmospheric inversion techniques The ability of models to simulate carbon fluxes is important because these models are used to estimate 'compatible emissions' (carbon dioxide emission pathways compatible with a particular climate change target; see Chapter 6). {9.4.5, Figure 9.27}

**The majority of Earth System models now include an interactive representation of aerosols, and make use of a consistent specification of anthropogenic sulphur dioxide emissions.** However, uncertainties in sulphur cycle processes and natural sources and sinks remain and so, for example, the simulated aerosol optical depth over oceans ranges from 0.08 to 0.22 with roughly equal numbers of models over- and under-estimating the satellite-estimated value of 0.12. {9.1.2, 9.4.6, Table 9.1, Figure 9.29}

**Time-varying ozone is now included in the latest suite of models, either prescribed or calculated interactively.** Although in some models there is only *medium agreement* with observed changes in total column ozone, the inclusion of time-varying stratospheric ozone constitutes a substantial improvement since the AR4 where half of the models prescribed a constant climatology. As a result, there is *robust evidence* that the representation of climate forcing by stratospheric ozone has improved since the AR4. {9.4.1, Figure 9.10}

**Regional downscaling methods are used to provide climate information at the smaller scales needed for many climate impact studies, and there is *high confidence* that downscaling adds value both in regions with highly variable topography and for various small-scale phenomena.** Regional models necessarily inherit biases from the global models used to provide boundary conditions. Furthermore, the ability to systematically evaluate regional climate models, and statistical downscaling schemes, is hampered because coordinated intercomparison studies are still emerging. However, several studies have demonstrated that added value arises from higher resolution of stationary features like topography and coastlines, and from improved representation of small-scale processes like convective precipitation. {9.6.4}

**Earth system Models of Intermediate Complexity (EMICs) provide simulations of millennial time-scale climate change, and are used as tools to interpret and expand upon the results of more comprehensive models.** Although they are limited in the scope and resolution of information provided, EMIC simulations of global mean surface temperature, ocean heat content and carbon cycle response over the 20th century are consistent with the historical records and with more comprehensive models, suggesting that they can be used to provide calibrated projections of long-term transient climate response

9

BLM_0074253

and stabilization, as well as large ensembles and alternative, policy-relevant, scenarios. {9.4.1, 9.4.2, 9.4.5, Figures 9.8, 9.17, 9.27}

**The Coupled Model Intercomparison Project Phase 5 (CMIP5) model spread in equilibrium climate sensitivity ranges from 2.1°C to 4.7°C and is very similar to the assessment in the AR4.** No correlation is found between biases in global mean surface temperature and equilibrium climate sensitivity, and so mean temperature biases do not obviously affect the modelled response to GHG forcing. There is *very high confidence* that the primary factor contributing to the spread in equilibrium climate sensitivity continues to be the cloud feedback. This applies to both the modern climate and the LGM. There is likewise *very high confidence* that, consistent with observations, models show a strong positive correlation between tropospheric temperature and water vapour on regional to global scales, implying a positive water vapour feedback in both models and observations. {9.4.1, 9.7.2, Figures 9.9, 9.42, 9.43}

**Climate and Earth System models are based on physical principles, and they reproduce many important aspects of observed climate. Both aspects contribute to our confidence in the models' suitability for their application in detection and attribution studies (Chapter 10) and for quantitative future predictions and projections (Chapters 11 to 14).** In general, there is no direct means of translating quantitative measures of past performance into confident statements about fidelity of future climate projections. However, there is increasing evidence that some aspects of observed variability or trends are well correlated with inter-model differences in model projections for quantities such as Arctic summertime sea ice trends, snow albedo feedback, and the carbon loss from tropical land. These relationships provide a way, in principle, to transform an observable quantity into a constraint on future projections, but the application of such constraints remains an area of emerging research. There has been substantial progress since the AR4 in the methodology to assess the reliability of a multi-model ensemble, and various approaches to improve the precision of multi-model projections are being explored. However, there is still no universal strategy for weighting the projections from different models based on their historical performance. {9.8.3, Figure 9.45}

**9**

BLM_0074254

## 9.1    Climate Models and Their Characteristics

### 9.1.1    Scope and Overview of this Chapter

Climate models are the primary tools available for investigating the response of the climate system to various forcings, for making climate predictions on seasonal to decadal time scales and for making projections of future climate over the coming century and beyond. It is crucial therefore to evaluate the performance of these models, both individually and collectively. The focus of this chapter is primarily on the models whose results will be used in the detection and attribution Chapter 10 and the chapters that present and assess projections (Chapters 11 to 14; Annex I), and so this is necessarily an incomplete evaluation. In particular, this chapter draws heavily on model results collected as part of the Coupled Model Intercomparison Projects (CMIP3 and CMIP5) (Meehl et al., 2007; Taylor et al., 2012b), as these constitute a set of coordinated and thus consistent and increasingly well-documented climate model experiments. Other intercomparison efforts, such as those dealing with Regional Climate Models (RCMs) and those dealing with Earth System Models of Intermediate Complexity (EMICs) are also used. It should be noted that the CMIP3 model archive has been extensively evaluated, and much of that evaluation has taken place subsequent to the AR4. By comparison, the CMIP5 models are only now being evaluated and so there is less published literature available. Where possible we show results from both CMIP3 and CMIP5 models so as to illustrate changes in model performance over time; however, where only CMIP3 results are available, they still constitute a useful evaluation of model performance in that for many quantities, the CMIP3 and CMIP5 model performances are broadly similar.

The direct approach to model evaluation is to compare model output with observations and analyze the resulting difference. This requires knowledge of the errors and uncertainties in the observations, which have been discussed in Chapters 2 through 6. Where possible, averages over the same time period in both models and observations are compared, although for many quantities the observational record is rather short, or only observationally based estimates of the climatological mean are available. In cases where observations are lacking, we resort to intercomparison of model results to provide at least some quantification of model uncertainty via inter-model spread.

After a more thorough discussion of the climate models and methods for evaluation in Sections 9.1 and 9.2, we describe climate model experiments in Section 9.3, evaluate recent and longer-term records as simulated by climate models in Section 9.4, variability and extremes in Section 9.5, and regional-scale climate simulation including downscaling in Section 9.6. We conclude with a discussion of model performance and climate sensitivity in Section 9.7, and the relation between model performance and the credibility of future climate projections in Section 9.8.

### 9.1.2    Overview of Model Types to Be Evaluated

The models used in climate research range from simple energy balance models to complex Earth System Models (ESMs) requiring state of the art high-performance computing. The choice of model depends directly on the scientific question being addressed (Held, 2005; Collins et al.,

2006d). Applications include simulating palaeo or historical climate, sensitivity and process studies for attribution and physical understanding, predicting near-term climate variability and change on seasonal to decadal time scales, making projections of future climate change over the coming century or more and downscaling such projections to provide more detail at the regional and local scale. Computational cost is a factor in all of these, and so simplified models (with reduced complexity or spatial resolution) can be used when larger ensembles or longer integrations are required. Examples include exploration of parameter sensitivity or simulations of climate change on the millennial or longer time scale. Here, we provide a brief overview of the climate models evaluated in this chapter.

#### 9.1.2.1    Atmosphere–Ocean General Circulation Models

Atmosphere–Ocean General Circulation Models (AOGCMs) were the 'standard' climate models assessed in the AR4. Their primary function is to understand the dynamics of the physical components of the climate system (atmosphere, ocean, land and sea ice), and for making projections based on future greenhouse gas (GHG) and aerosol forcing. These models continue to be extensively used, and in particular are run (sometimes at higher resolution) for seasonal to decadal climate prediction applications in which biogeochemical feedbacks are not critical (see Chapter 11). In addition, high-resolution or variable-resolution AOGCMs are often used in process studies or applications with a focus on a particular region. An overview of the AOGCMs assessed in this chapter can be found in Table 9.1 and the details in Table 9.A.1. For some specific applications, an atmospheric component of such a model is used on its own.

#### 9.1.2.2    Earth System Models

ESMs are the current state-of-the-art models, and they expand on AOGCMs to include representation of various biogeochemical cycles such as those involved in the carbon cycle, the sulphur cycle, or ozone (Flato, 2011). These models provide the most comprehensive tools available for simulating past and future response of the climate system to external forcing, in which biogeochemical feedbacks play an important role. An overview of the ESMs assessed in this chapter can be found in Table 9.1 and details in Table 9.A.1.

#### 9.1.2.3    Earth System Models of Intermediate Complexity

EMICs attempt to include relevant components of the Earth system, but often in an idealized manner or at lower resolution than the models described above. These models are applied to certain scientific questions such as understanding climate feedbacks on millennial time scales or exploring sensitivities in which long model integrations or large ensembles are required (Claussen et al., 2002; Petoukhov et al., 2005). This class of models often includes Earth system components not yet included in all ESMs (e.g., ice sheets). As computing power increases, this model class has continued to advance in terms of resolution and complexity. An overview of EMICs assessed in this chapter and in the AR5 WG1 is provided in Table 9.2 with additional details in Table 9.A.2.

BLM_0074255

**Table 9.1 |** Main features of the Atmosphere–Ocean General Circulation Models (AOGCMs) and Earth System Models (ESMs) participating in Coupled Model Intercomparison Project Phase 5 (CMIP5), and a comparison with Coupled Model Intercomparison Project Phase 3 (CMIP3), including components and resolution of the atmosphere and the ocean models. Detailed CMIP5 model description can be found in Table 9.A.1 (* refers to Table 9.A.1 for more details). Official CMIP model names are used. HT stands for High-Top atmosphere, which has a fully resolved stratosphere with a model top above the stratopause. AMIP stands for models with atmosphere and land surface only, using observed sea surface temperature and sea ice extent. A component is coloured when it includes at least a physically based prognostic equation and at least a two-way coupling with another component, allowing climate feedbacks. For aerosols, lighter shading means 'semi-interactive' and darker shading means 'fully interactive'. The resolution of the land surface usually follows that of the atmosphere, and the resolution of the sea ice follows that of the ocean. In moving from CMIP3 to CMIP5, note the increased complexity and resolution as well as the absence of artificial flux correction (FC) used in some CMIP3 models.



BLM_0074256

**Table 9.2** | Main features of the EMICs assessed in the AR5, including components and complexity of the models. Model complexity for four components is indicated by colour shading. Further detailed descriptions of the models are contained in Table 9.A.2.

| Model name | | Atmos | Ocean | Land Surface | Sea Ice | Coupling | Biosphere | Ice Sheets | Sediment & Weathering |
|---|---|---|---|---|---|---|---|---|---|
| Bern3D | Switzerland | | | | | | | | |
| CLIMBER2 | Germany | | | | | | | | |
| CLIMBER3 | Germany | | | | | | | | |
| DCESS | Denmark | | | | | | | | |
| FAMOUS | UK | | | | | | | | |
| GENIE | UK | | | | | | | | |
| IAP RAS CM | Russia | | | | | | | | |
| IGSM2 | USA | | | | | | | | |
| LOVECLIM1.2 | Netherlands | | | | | | | | |
| MESMO | USA | | | | | | | | |
| MIROC-lite | Japan | | | | | | | | |
| MIROC-lite-LCM | Japan | | | | | | | | |
| SPEEDO | Netherlands | | | | | | | | |
| UMD | USA | | | | | | | | |
| Uvic | Canada | | | | | | | | |

| Increasing Complexity (light to dark) | | | | |
|---|---|---|---|---|
| EMBM | 2-Box | NST/NSM | | None |
| SD | Q-flux ML | LST/NSM | | BO |
| QG | FG | LST/BSM | | BO,BT |
| PE | | LST/CSM | | BO,BT,BV |

Significant advances in EMIC capabilities are inclusion of ice sheets (UVic 2.9, Weaver et al., 2001; CLIMBER-2.4, Petoukhov et al., 2000; LOVECLIM, Goosse et al., 2010) and ocean sediment models (DCESS, Shaffer et al., 2008; UVic 2.9, Weaver et al., 2001; Bern3D-LPJ, Ritz et al., 2011). These additional interactive components provide critical feedbacks involved in sea level rise estimates and carbon cycle response on millennial time scales (Zickfeld et al., 2013). Further, the flexibility and efficiency of EMICs allow calibration to specific climate change events to remove potential biases.

### 9.1.2.4   Regional Climate Models

RCMs are limited-area models with representations of climate processes comparable to those in the atmospheric and land surface components of AOGCMs, though typically run without interactive ocean and sea ice. RCMs are often used to dynamically 'downscale' global model simulations for some particular geographical region to provide more detailed information (Laprise, 2008; Rummukainen, 2010). By contrast, empirical and statistical downscaling methods constitute a range of techniques to provide similar regional or local detail.

### 9.1.3   Model Improvements

The climate models assessed in this report have seen a number of improvements since the AR4. Model development is a complex and iterative task: improved physical process descriptions are developed, new model components are introduced and the resolution of the models is improved. After assembly of all model components, model parameters are adjusted, or tuned, to provide a stable model climate.

The overall approach to model development and tuning is summarized in Box 9.1.

### 9.1.3.1   Parameterizations

Parameterizations are included in all model components to represent processes that cannot be explicitly resolved; they are evaluated both in isolation and in the context of the full model. The purpose of this section is to highlight recent developments in the parameterizations employed in each model component. Some details for individual models are listed in Table 9.1.

#### 9.1.3.1.1   Atmosphere

Atmospheric models must parameterize a wide range of processes, including those associated with atmospheric convection and clouds, cloud-microphysical and aerosol processes and their interaction, boundary layer processes, as well as radiation and the treatment of unresolved gravity waves. Advances made in the representation of cloud processes, including aerosol–cloud and cloud–radiation interactions, and atmospheric convection are described in Sections 7.2.3 and 7.4.

Improvements in representing the atmospheric boundary layer since the AR4 have focussed on basic boundary layer processes, the representation of the stable boundary layer, and boundary layer clouds (Teixeira et al., 2008). Several global models have successfully adopted new approaches to the parameterization of shallow cumulus convection and moist boundary layer turbulence that acknowledge their

BLM_0074257

**Box 9.1 | Climate Model Development and Tuning**

The Atmosphere–Ocean General Circulation Models, Earth System Models and Regional Climate Models evaluated here are based on fundamental laws of nature (e.g., energy, mass and momentum conservation). The development of climate models involves several principal steps:

1. Expressing the system's physical laws in mathematical terms. This requires theoretical and observational work in deriving and simplifying mathematical expressions that best describe the system.

2. Implementing these mathematical expressions on a computer. This requires developing numerical methods that allow the solution of the discretized mathematical expressions, usually implemented on some form of grid such as the latitude–longitude–height grid for atmospheric or oceanic models.

3. Building and implementing conceptual models (usually referred to as parameterizations) for those processes that cannot be represented explicitly, either because of their complexity (e.g., biochemical processes in vegetation) or because the spatial and/or temporal scales on which they occur are not resolved by the discretized model equations (e.g., cloud processes and turbulence). The development of parameterizations has become very complex (e.g., Jakob, 2010) and is often achieved by developing conceptual models of the process of interest in isolation using observations and comprehensive process models. The complexity of each process representation is constrained by observations, computational resources and current knowledge (e.g., Randall et al., 2007).

The application of state-of-the-art climate models requires significant supercomputing resources. Limitations in those resources lead to additional constraints. Even when using the most powerful computers, compromises need to be made in three main areas:

1. Numerical implementations allow for a choice of grid spacing and time step, usually referred to as 'model resolution'. Higher model resolution generally leads to mathematically more accurate models (although not necessarily more reliable simulations) but also to higher computational costs. The finite resolution of climate models implies that the effects of certain processes must be represented through parameterizations (e.g., the carbon cycle or cloud and precipitation processes; see Chapters 6 and 7).

2. The climate system contains many processes, the relative importance of which varies with the time scale of interest (e.g., the carbon cycle). Hence compromises to include or exclude certain processes or components in a model must be made, recognizing that an increase in complexity generally leads to an increase in computational cost (Hurrell et al., 2009).

3. Owing to uncertainties in the model formulation and the initial state, any individual simulation represents only one of the possible pathways the climate system might follow. To allow some evaluation of these uncertainties, it is necessary to carry out a number of simulations either with several models or by using an ensemble of simulations with a single model, both of which increase computational cost.

Trade-offs amongst the various considerations outlined above are guided by the intended model application and lead to the several classes of models introduced in Section 9.1.2.

Individual model components (e.g., the atmosphere, the ocean, etc.) are typically first evaluated in isolation as part of the model development process. For instance, the atmospheric component can be evaluated by prescribing sea surface temperature (SST) (Gates et al., 1999) or the ocean and land components by prescribing atmospheric conditions (Barnier et al., 2006; Griffies et al., 2009). Subsequently, the various components are assembled into a comprehensive model, which then undergoes a systematic evaluation. At this stage, a small subset of model parameters remains to be adjusted so that the model adheres to large-scale observational constraints (often global averages). This final parameter adjustment procedure is usually referred to as 'model tuning'. Model tuning aims to match observed climate system behaviour and so is connected to judgements as to what constitutes a skilful representation of the Earth's climate. For instance, maintaining the global mean top of the atmosphere (TOA) energy balance in a simulation of pre-industrial climate is essential to prevent the climate system from drifting to an unrealistic state. The models used in this report almost universally contain adjustments to parameters in their treatment of clouds to fulfil this important constraint of the climate system (Watanabe et al., 2010; Donner et al., 2011; Gent et al., 2011; Golaz et al., 2011; Martin et al., 2011; Hazeleger et al., 2012; Mauritsen et al., 2012; Hourdin et al., 2013).

With very few exceptions (Mauritsen et al., 2012; Hourdin et al., 2013) modelling centres do not routinely describe in detail how they tune their models. Therefore the complete list of observational constraints toward which a particular model is tuned is generally not

*(continued on next page)*

BLM_0074258

**9**

Box 9.1 (continued)

available. However, it is clear that tuning involves trade-offs; this keeps the number of constraints that can be used small and usually focuses on global mean measures related to budgets of energy, mass and momentum. It has been shown for at least one model that the tuning process does not necessarily lead to a single, unique set of parameters for a given model, but that different combinations of parameters can yield equally plausible models (Mauritsen et al., 2012). Hence the need for model tuning may increase model uncertainty. There have been recent efforts to develop systematic parameter optimization methods, but owing to model complexity they cannot yet be applied to fully coupled climate models (Neelin et al., 2010).

Model tuning directly influences the evaluation of climate models, as the quantities that are tuned cannot be used in model evaluation. Quantities closely related to those tuned will provide only weak tests of model performance. Nonetheless, by focusing on those quantities not generally involved in model tuning while discounting metrics clearly related to it, it is possible to gain insight into model performance. Model quality is tested most rigorously through the concurrent use of many model quantities, evaluation techniques, and performance metrics that together cover a wide range of emergent (or un-tuned) model behaviour.

The requirement for model tuning raises the question of whether climate models are reliable for future climate projections. Models are not tuned to match a particular future; they are tuned to reproduce a small subset of global mean observationally based constraints. What emerges is that the models that plausibly reproduce the past, universally display significant warming under increasing greenhouse gas concentrations, consistent with our physical understanding.

close mutual coupling. One new development is the Eddy-Diffusivity-Mass-Flux (EDMF) approach (Siebesma et al., 2007; Rio and Hourdin, 2008; Neggers, 2009; Neggers et al., 2009; Rio et al., 2010). The EDMF approach, like the shallow cumulus scheme of Park and Bretherton (2009), determines the cumulus-base mass flux from the statistical distribution of boundary layer updraft properties, a conceptual advance over the *ad hoc* closure assumptions used in the past. Realistic treatment of the stable boundary layer remains difficult (Beare et al., 2006; Cuxart et al., 2006; Svensson and Holtslag, 2009) with implications for modelling of the diurnal cycle of temperature even under clear skies (Svensson et al., 2011).

Parameterizations of unresolved orographic and non-orographic gravity-wave drag (GWD) have seen only a few changes since the AR4 (e.g., Richter et al., 2010; Geller et al., 2011). In addition to new formulations, the estimation of the parameters used in the GWD schemes has recently been advanced through the availability of satellite and ground-based observations of gravity-wave momentum fluxes, high-resolution numerical modelling, and focussed process studies (Alexander et al., 2010). Evidence from the Numerical Weather Prediction community that important terrain-generated features of the atmospheric circulation are better represented at higher model resolution has recently been confirmed (Watanabe et al., 2008; Jung et al., 2012).

9.1.3.1.2   Ocean

Ocean components in contemporary climate models generally have horizontal resolutions that are too coarse to admit mesoscale eddies. Consequently, such models typically employ some version of the Redi (Redi, 1982) neutral diffusion and Gent and McWilliams (Gent and McWilliams, 1990) eddy advection parameterization (see also Gent et al., 1995; McDougall and McIntosh, 2001). Since the AR4, a focus has been on how parameterized mesoscale eddy fluxes in the ocean interior interact with boundary layer turbulence (Gnanadesikan et al.,

2007; Danabasoglu et al., 2008; Ferrari et al., 2008, 2010). Another focus concerns eddy diffusivity, with many CMIP5 models employing flow-dependent schemes. Both of these refinements are important for the mean state and the response to changing forcing, especially in the Southern Ocean (Hallberg and Gnanadesikan, 2006; Boning et al., 2008; Farneti et al., 2010; Farneti and Gent, 2011; Gent and Danabasoglu, 2011; Hofmann and Morales Maqueda, 2011).

In addition to mesoscale eddies, there has been a growing awareness of the role that sub-mesoscale eddies and fronts play in restratifying the mixed layer (Boccaletti et al., 2007; Fox-Kemper et al., 2008; Klein and Lapeyre, 2009), and the parameterization of Fox-Kemper et al. (2011) is now used in some CMIP5 models.

There is an active research effort on the representation of dianeutral mixing associated with breaking gravity waves (MacKinnon et al., 2009), with this work adding rigour to the prototype energetically consistent abyssal tidal mixing parameterization of Simmons et al. (2004) now used in several climate models (e.g., Jayne, 2009; Danabasoglu et al., 2012). The transport of dense water down-slope by gravity currents (e.g., Legg et al, 2008, 2009) has also been the subject of focussed efforts, with associated parameterizations making their way into some CMIP5 models (Jackson et al., 2008b; Legg et al., 2009; Danabasoglu et al., 2010).

9.1.3.1.3   Land

Land surface properties such as vegetation, soil type and the amount of water stored on the land as soil moisture, snow and groundwater all strongly influence climate, particularly through their effects on surface albedo and evapotranspiration. These climatic effects can be profound; for example, it has been suggested that changes in the state of the land surface may have played an important part in the severity and length of the 2003 European drought (Fischer et al., 2007), and

BLM_0074259

that more than 60% of the projected increase in interannual summer temperature variability in Europe is due to soil moisture–temperature feedbacks (Seneviratne et al., 2006).

Land surface schemes calculate the fluxes of heat, water and momentum between the land and the atmosphere. At the time of the AR4, even the more advanced land surface schemes suffered from obvious simplifications, such as the need to prescribe rather than simulate the vegetation cover and a tendency to ignore lateral flows of water and sub-gridscale heterogeneity in soil moisture (Pitman, 2003). Since the AR4, a number of climate models have included some representation of vegetation dynamics (see Sections 9.1.3.2.5 and 9.4.4.3), land–atmosphere $CO_2$ exchange (see Section 9.4.5), sub-gridscale hydrology (Oleson et al., 2008b) and changes in land use (see Section 9.4.4.4).

#### 9.1.3.1.4    Sea ice

Most large-scale sea ice processes, such as basic thermodynamics and dynamics, are well understood and well represented in models (Hunke et al., 2010). However, important details of sea ice dynamics and deformation are not captured, especially at small scales (Coon et al., 2007; Girard et al., 2009; Hutchings et al., 2011). Currently, sea ice model development is focussed mainly on (1) more precise descriptions of physical processes such as microstructure evolution and anisotropy and (2) including biological and chemical species. Many models now include some representation of sub-grid-scale thickness variations, along with a description of mechanical redistribution that converts thinner ice to thicker ice under deformation (Hunke et al., 2010).

Sea ice albedo has long been recognized as a critical aspect of the global heat balance. The average ice surface albedo on the scale of a climate model grid cell is (as on land) the result of a mixture of surface types: bare ice, melting ice, snow-covered ice, open water, etc. Many sea ice models use a relatively simple albedo parameterization that specifies four albedo values: cold snow; warm, melting snow; cold, bare ice; and warm, melting ice, and the specific values may be subject to tuning (e.g., Losch et al., 2010). Some parameterizations take into account the ice and snow thickness, spectral band and surface melt (e.g., Pedersen et al., 2009; Vancoppenolle et al., 2009). Solar radiation may be distributed within the ice column assuming exponential decay or via a more complex multiple-scattering radiative transfer scheme (Briegleb and Light, 2007).

Snow model development for sea ice has lagged behind terrestrial snow models. Lecomte et al. (2011) introduced vertically varying snow temperature, density and conductivity to improve vertical heat conduction and melting in a 1D model intended for climate simulation, but many physical processes affecting the evolution of the snow pack, such as redistribution by wind, moisture transport (including flooding and snow ice formation) and snow grain size evolution, still are not included in most climate models.

Salinity affects the thermodynamic properties of sea ice, and is used in the calculation of fresh water and salt exchanges at the ice–ocean interface (Hunke et al., 2011). Some models allow the salinity to vary in time (Schramm et al., 1997), while others assume a salinity profile that is constant (e.g., Bitz and Lipscomb, 1999). Another new thrust is

the inclusion of chemistry and biogeochemistry (Piot and von Glasow, 2008; Zhao et al., 2008; Vancoppenolle et al., 2010; Hunke et al., 2011), with dependencies on the ice microstructure and salinity profile.

Melt ponds can drain through interconnected brine channels when the ice becomes warm and permeable. This flushing can effectively clean the ice of salt, nutrients, and other inclusions, which affect the albedo, conductivity and biogeochemical processes and thereby play a role in climate change. Advanced parameterizations for melt ponds are making their way into sea ice components of global climate models (e.g., Flocco et al., 2012; Hunke et al., 2013).

#### 9.1.3.2    New Components and Couplings: Emergence of Earth System Modelling

#### 9.1.3.2.1    Carbon cycle

The omission of internally consistent feedbacks among the physical, chemical and biogeochemical processes in the Earth's climate system is a limitation of AOGCMs. The conceptual issue is that the physical climate influences natural sources and sinks of $CO_2$ and methane ($CH_4$), the two most important long-lived GHGs. ESMs incorporate many of the important biogeochemical processes, making it possible to simulate the evolution of these radiatively active species based on their emissions from natural and anthropogenic sources together with their interactions with the rest of the Earth system. Alternatively, when forced with specified concentrations, a model can be used to diagnose these sources with feedbacks included (Hibbard et al., 2007). Given the large natural sources and sinks of $CO_2$ relative to anthropogenic emissions, and given the primacy of $CO_2$ among anthropogenic GHGs, some of the most important enhancements are the addition of terrestrial and oceanic carbon cycles. These cycles have been incorporated into many models (Christian et al., 2010; Tjiputra et al., 2010) used to make projections of climate change (Schurgers et al., 2008; Jungclaus et al., 2010). Several ESMs now include coupled carbon and nitrogen cycles (Thornton et al., 2007; Gerber et al., 2010; Zaehle and Dalmonech, 2011) in order to simulate the interactions of nitrogen compounds with ecosystem productivity, GHGs including nitrous oxide ($N_2O$) and ozone ($O_3$), and global carbon sequestration (Zaehle and Dalmonech, 2011).

Oceanic uptake of $CO_2$ is highly variable in space and time, and is determined by the interplay between the biogeochemical and physical processes in the ocean. About half of CMIP5 models make use of schemes that partition marine ecosystems into nutrients, plankton, zooplankton and detritus (hence called NPZD-type models) while others use a more simplified representation of ocean biogeochemistry (see Table 9.A.1). These NPZD-type models allow simulation of some of the important feedbacks between climate and oceanic $CO_2$ uptake, but are limited by the lack of marine ecosystem dynamics. Some efforts have been made to include more plankton groups or plankton functional types in the models (Le Quere et al., 2005) with as-yet uncertain implications for Earth system response.

Ocean acidification and the associated decrease in calcification in many marine organisms provides a negative feedback on atmospheric $CO_2$ increase (Ridgwell et al., 2007a). New-generation models therefore include various parameterizations of calcium carbonate ($CaCO_3$)

BLM_0074260

production as a function of the saturation state of seawater with respect to calcite (Gehlen et al., 2007; Ridgwell et al., 2007a; Ilyina et al., 2009) or partial pressure $CO_2$ ($pCO_2$; Heinze, 2004). On centennial to multi-millennial scales, deep-sea carbonate sediments neutralize atmospheric $CO_2$. Some CMIP5 models include the sediment carbon reservoir, and progress has been made toward refined sediment representation in the models (Heinze et al., 2009).

### 9.1.3.2.2   Aerosol particles

The treatment of aerosol particles has advanced since the AR4. Many AOGCMs and ESMs now include the basic features of the sulphur cycle and so represent both the direct effect of sulphate aerosol, along with some of the more complex indirect effects involving cloud droplet number and size. Further, several AOGCMs and ESMs are currently capable of simulating the mass, number, size distribution and mixing state of interacting multi-component aerosol particles (Bauer et al., 2008b; Liu et al., 2012b). The incorporation of more physically complete representations of aerosol often improves the simulated climate under historical and present-day conditions, including the mean pattern and interannual variability in continental rainfall (Rotstayn et al., 2010, 2011). However, despite the addition of aerosol–cloud interactions to many AOGCMs and ESMs since the AR4, the representation of aerosol particles and their interaction with clouds and radiative transfer remains an important source of uncertainty (see Sections 7.3.5 and 7.4). Additional aerosol-related topics that have received attention include the connection between dust aerosol and ocean biogeochemistry, the production of oceanic dimethylsulphide (DMS, a natural source of sulphate aerosol), and vegetation interactions with organic atmospheric chemistry (Collins et al., 2011).

### 9.1.3.2.3   Methane cycle and permafrost

In addition to $CO_2$, an increasing number of ESMs and EMICs are also incorporating components of the $CH_4$ cycle, for example, atmospheric $CH_4$ chemistry and wetland emissions, to quantify some of the feedbacks from changes in $CH_4$ sources and sinks under a warming climate (Stocker et al., 2012). Some models now simulate the evolution of the permafrost carbon stock (Khvorostyanov et al., 2008a, 2008b), and in some cases this is integrated with the representation of terrestrial and oceanic $CH_4$ cycles (Volodin, 2008b; Volodin et al., 2010).

### 9.1.3.2.4   Dynamic global vegetation models and wildland fires

One of the potentially more significant effects of climate change is the alteration of the distribution, speciation and life cycle of vegetated ecosystems (Bergengren et al., 2001, 2011). Vegetation has a significant influence on the surface energy balance, exchanges of non-$CO_2$ GHGs and the terrestrial carbon sink. Systematic shifts in vegetation, for example, northward migration of boreal forests, would therefore impose biogeophysical feedbacks on the physical climate system (Clark et al., 2011). In order to include these effects in projections of climate change, several dynamic global vegetation models (DGVMs) have been developed and deployed in ESMs (Cramer et al., 2001; Sitch et al., 2008; Ostle et al., 2009). Although agriculture and managed forests are not yet generally incorporated, DGVMs can simulate the interactions among natural and anthropogenic drivers of global warming, the state of terrestrial

ecosystems and ecological feedbacks on further climate change. The incorporation of DGVMs has required considerable improvement in the physics of coupled models to produce stable and realistic distributions of flora (Oleson et al., 2008b). The improvements include better treatments of surface, subsurface and soil hydrological processes; the exchange of water with the atmosphere; and the discharge of water into rivers and streams. Whereas the first DGVMs have been coupled primarily to the carbon cycle, the current generation of DGVMs are being extended to include ecological sources and sinks of other non-$CO_2$ trace gases including $CH_4$, $N_2O$, biogenic volatile organic compounds (BVOCs) and nitrogen oxides collectively known as $NO_x$ (Arneth et al., 2010). BVOCs and $NO_x$ can alter the lifetime of some GHGs and act as precursors for secondary organic aerosols (SOAs) and ozone. Disturbance of the natural landscape by fire has significant climatic effects through its impact on vegetation and through its emissions of GHGs, aerosols and aerosol precursors. Because the frequency of wildland fires increases rapidly with increases in ambient temperature (Westerling et al., 2006), the effects of fires are projected to grow over the 21st century (Kloster et al., 2012). The interactions of fires with the rest of the climate system are now being introduced into ESMs (Arora and Boer, 2005; Pechony and Shindell, 2009; Shevliakova et al., 2009).

### 9.1.3.2.5   Land use/land cover change

The impacts of land use and land cover change on the environment and climate are explicitly included as part of the Representative Concentration Pathways (RCPs; cf. Chapters 1 and 12) used for climate projections to be assessed in later chapters (Moss et al., 2010). Several important types of land use and land cover change include effects of agriculture and changing agricultural practices, including the potential for widespread introduction of biofuel crops; the management of forests for preservation, wood harvest and production of woody biofuel stock; and the global trends toward greater urbanization. ESMs include increasingly detailed treatments of crops and their interaction with the landscape (Arora and Boer, 2010; Smith et al., 2010a, 2010b), forest management (Bellassen et al., 2010, 2011) and the interactions between urban areas and the surrounding climate systems (Oleson et al., 2008a).

### 9.1.3.2.6   Chemistry–climate interactions and stratosphere–troposphere coupling

Important chemistry–climate interactions such as the impact of the ozone hole and recovery on Southern Hemisphere (SH) climate or the radiative effects of stratospheric water vapour changes on surface temperature have been confirmed in multiple studies (SPARC-CCMVal, 2010; WMO, 2011). In the majority of the CMIP5 simulations stratospheric ozone is prescribed. The main advance since the AR4 is that time-varying rather than constant stratospheric ozone is now generally used. In addition, several CMIP5 models treat stratospheric chemistry interactively, thus prognostically calculating stratospheric ozone and other chemical constituents. Important chemistry–climate interactions such as an increased influx of stratospheric ozone in a warmer climate that results in higher ozone burdens in the troposphere have also been identified (Young et al., 2013). Ten of the CMIP5 models simulate tropospheric chemistry interactively whereas it is prescribed in the remaining models (see Table 9.1 and Eyring et al. (2013)).

BLM_0074261

It is now widely accepted that in addition to the influence of tropospheric circulation and climate change on the stratosphere, stratospheric dynamics can in turn influence the tropospheric circulation and its variability (SPARC-CCMVal, 2010; WMO, 2011). As a result, many climate models now have the ability to include a fully resolved stratosphere with a model top above the stratopause, located at around 50 km. The subset of CMIP5 models with high-top configurations is compared to the set of low-top models with a model top below the stratopause in several studies (Charlton-Perez et al., 2012; Hardiman et al., 2012; Wilcox et al., 2012), although other factors such as differences in tropospheric warming or ozone could affect the two sub-ensembles.

#### 9.1.3.2.7   Land ice sheets

The rate of melt water release from the Greenland and Antarctic ice sheets in response to climate change remains a major source of uncertainty in projections of sea level rise (see Sections 13.4.3 and 13.4.4). Until recently, the long-term response of these ice sheets to alterations in the surrounding atmosphere and ocean has been simulated using offline models. Several ESMs currently have the capability to have ice sheet component models coupled to the rest of the climate system (Driesschaert et al., 2007; Charbit et al., 2008; Vizcaíno et al., 2008; Huybrechts et al., 2011; Robinson et al., 2012) although these capabilities are not exercised for CMIP5.

#### 9.1.3.2.8   Additional features in ocean–atmosphere coupling

Several features in the coupling between the ocean and the atmosphere have become more widespread since the AR4. The bulk formulae used to compute the turbulent fluxes of heat, water and momentum at the air–sea interface, have been revised. A number of models now consider the ocean surface current when calculating wind stress (e.g., Luo et al., 2005; Jungclaus et al., 2006). The coupling frequency has been increased in some cases to include the diurnal cycle, which was shown to reduce the SST bias in the tropical Pacific (Schmidt et al., 2006; Bernie et al., 2008; Ham et al., 2010). Several models now represent the coupling between the penetration of the solar radiation into the ocean and light-absorbing chlorophyll, with some implications on the representation of the mean climate and climate variability (Murtugudde et al., 2002; Wetzel et al., 2006). This coupling is achieved either by prescribing the chlorophyll distribution from observations, or by computing the chlorophyll distribution with an ocean biogeochemical model (e.g., Arora et al., 2009).

#### 9.1.3.3   Resolution

The typical horizontal resolution (defined here as horizontal grid spacing) for current AOGCMs and ESMs is roughly 1 to 2 degrees for the atmospheric component and around 1 degree for the ocean (Table 9.1). The typical number of vertical layers is around 30 to 40 for the atmosphere and around 30 to 60 for the ocean (note that some 'high-top' models may have 80 or more vertical levels in the atmosphere). There has been some modest increase in model resolution since the AR4, especially for the near-term simulations (e.g., around 0.5 degree for the atmosphere in some cases), based on increased availability of more powerful computers. For the models used in long-term simulations with interactive biogeochemistry, the resolution has not increased

substantially due to the trade-off against higher complexity in such models. Since the AR4, typical regional climate model resolution has increased from around 50 km to around 25 km (see Section 9.6.2.2), and the impact of this has been explored with multi-decadal regional simulations (e.g., Christensen et al., 2010). In some cases, RCMs are being run at 10 km resolution or higher (e.g., Kanada et al., 2008; Kusaka et al., 2010; van Roosmalen et al., 2010; Kendon et al., 2012).

Higher resolution can sometimes lead to a stepwise, rather than incremental, improvement in model performance (e.g., Roberts et al., 2004; Shaffrey et al., 2009). For example, ocean models undergo a transition from laminar to eddy-permitting when the computational grid contains more than one or two grid points per first baroclinic Rossby radius (i.e., finer than 50 km at low latitudes and 10 km at high latitudes) (Smith et al., 2000; McWilliams, 2008). Such mesoscale eddy-permitting ocean models better capture the large amount of energy contained in fronts, boundary currents, and time dependent eddy features (e.g., McClean et al., 2006). Models run at such resolution have been used for some climate simulations, though much work remains before they are as mature as the coarser models currently in use (Bryan et al., 2007; Bryan et al., 2010; Farneti et al., 2010; McClean et al., 2011; Delworth et al., 2012).

Similarly, atmospheric models with grids that allow the explicit representation of convective cloud systems (i.e., finer than a few kilometres) avoid employing a parameterization of their effects—a longstanding source of uncertainty in climate models. For example, Kendon et al. (2012) simulated the climate of the UK region over a 20-year period at 1.5 km resolution, and demonstrated several improvements of errors typical of coarser resolution models. Further discussion of this is provided in Section 7.2.2.

## 9.2   Techniques for Assessing Model Performance

Systematic evaluation of models through comparisons with observations is a prerequisite to applying them confidently. Several significant developments in model evaluation have occurred since the AR4 and are assessed in this section. This is followed by a description of the overall approach to evaluation taken in this chapter and a discussion of its known limitations.

### 9.2.1   New Developments in Model Evaluation Approaches

#### 9.2.1.1   Evaluating the Overall Model Results

The most straightforward approach to evaluate models is to compare simulated quantities (e.g., global distributions of temperature, precipitation, radiation etc.) with corresponding observationally based estimates (e.g., Gleckler et al., 2008; Pincus et al., 2008; Reichler and Kim, 2008). A significant development since the AR4 is the increased use of quantitative statistical measures, referred to as performance metrics. The use of such metrics simplifies synthesis and visualization of model performance (Gleckler et al., 2008; Pincus et al., 2008; Waugh and Eyring, 2008; Cadule et al., 2010; Sahany et al., 2012) and enables the

**9**

BLM_0074262

quantitative assessment of model improvements over time (Reichler and Kim, 2008). Recent work has addressed redundancy of multiple performance metrics through methods such as cluster analysis (Yokoi et al., 2011; Nishii et al., 2012).

#### 9.2.1.2   Isolating Processes

To understand the cause of model errors it is necessary to evaluate the representation of processes both in the context of the full model and in isolation. A number of evaluation techniques to achieve both process and component isolation have been developed. One involves the so-called 'regime-oriented' approach to process evaluation. Instead of averaging model results in time (e.g., seasonal averages) or space (e.g., global averages), results are averaged within categories that describe physically distinct regimes of the system. Applications of this approach since the AR4 include the use of circulation regimes (Bellucci et al., 2010; Brown et al., 2010b; Brient and Bony, 2012; Ichikawa et al., 2012), cloud regimes (Williams and Brooks, 2008; Chen and Del Genio, 2009; Williams and Webb, 2009; Tsushima et al., 2013) and thermodynamic states (Sahany et al., 2012; Su, 2012). The application of new observations, such as vertically resolved cloud and water vapour information from satellites (Jiang et al., 2012a; Konsta et al., 2012; Quaas, 2012) and water isotopes (Risi et al., 2012a; Risi et al., 2012b), has also enhanced the ability to evaluate processes in climate models.

Another approach involves the isolation of model components or parameterizations in off-line simulations, such as Single Column Models of the atmosphere. Results of such simulations are compared to measurements from field studies or to results of more detailed process models (Randall et al., 2003). Numerous process evaluation data sets have been collected since the AR4 (Redelsperger et al., 2006; Illingworth et al., 2007; Verlinde et al., 2007; May et al., 2008; Wood et al., 2011) and have been applied to the evaluation of climate model processes (Xie et al., 2008; Boone et al., 2009; Boyle and Klein, 2010; Hourdin et al., 2010). These studies are crucial to test the realism of the process formulations that underpin climate models.

#### 9.2.1.3   Instrument Simulators

Satellites provide nearly global coverage, sampling across many meteorological conditions. This makes them powerful tools for model evaluation. The conventional approach has been to convert satellite-observed radiation information to 'model-equivalents' (Stephens and Kummerow, 2007), and these have been used in numerous studies (Allan et al., 2007; Gleckler et al., 2008; Li et al., 2008; Pincus et al., 2008; Waliser et al., 2009b; Li et al., 2011a, 2012a; Jiang et al., 2012a). A challenge is that limitations of the satellite sensors demand various assumptions in order to convert a satellite measurement into a 'model equivalent' climate variable.

An alternative approach is to calculate 'observation-equivalents' from models using radiative transfer calculations to simulate what the satellite would provide if the satellite system were 'observing' the model. This approach is usually referred to as an 'instrument simulator'. Microphysical assumptions (which differ from model to model) can be included in the simulators, avoiding inconsistencies. A simulator for cloud properties from the International Cloud Satellite Climatology

Project (ISCCP) (Yu et al., 1996; Klein and Jakob, 1999; Webb et al., 2001) has been widely used for model evaluation since the AR4 (Chen and Del Genio, 2009; Marchand et al., 2009; Wyant et al., 2009; Yokohata et al., 2010), often in conjunction with statistical techniques to separate model clouds into cloud regimes (e.g., Field et al., 2008; Williams and Brooks, 2008; Williams and Webb, 2009). New simulators for other satellite products have also been developed and are increasingly applied for model evaluation (Bodas-Salcedo et al., 2011). Although often focussed on clouds and precipitation, the simulator approach has also been used successfully for other variables such as upper tropospheric humidity (Allan et al., 2003; Iacono et al., 2003; Ringer et al., 2003; Brogniez et al., 2005; Brogniez and Pierrehumbert, 2007; Zhang et al., 2008b; Bodas-Salcedo et al., 2011). Although providing an alternative to the use of model-equivalents from observations, instrument simulators have limitations (Pincus et al., 2012) and are best applied in combination with other model evaluation techniques.

#### 9.2.1.4   Initial Value Techniques

To be able to forecast the weather a few days ahead, knowledge of the present state of the atmosphere is of primary importance. In contrast, climate predictions and projections simulate the statistics of weather seasons to centuries in advance. Despite their differences, both weather predictions and projections of future climate are performed with very similar atmospheric model components. The atmospheric component of climate models can be integrated as a weather prediction model if initialized appropriately (Phillips et al., 2004). This allows testing parameterized sub-grid scale processes without the complication of feedbacks substantially altering the underlying state of the atmosphere.

The application of these techniques since the AR4 has led to some new insights. For example, many of the systematic errors in the modelled climate develop within a few days of simulation, highlighting the important role of fast, parameterized processes (Klein et al., 2006; Boyle et al., 2008; Xie et al., 2012). Errors in cloud properties for example were shown to be present within a few days in a forecast in at least some models (Williams and Brooks, 2008), although this was not the case in another model (Boyle and Klein, 2010; Zhang et al., 2010b). Other studies have highlighted the advantage of such methodologies for the detailed evaluation of model processes using observations that are available only for limited locations and times (Williamson and Olson, 2007; Bodas-Salcedo et al., 2008; Xie et al., 2008; Hannay et al., 2009; Boyle and Klein, 2010), an approach that is difficult to apply to long-term climate simulations.

### 9.2.2   Ensemble Approaches for Model Evaluation

Ensemble methods are used to explore the uncertainty in climate model simulations that arise from internal variability, boundary conditions, parameter values for a given model structure or structural uncertainty due to different model formulations (Tebaldi and Knutti, 2007; Hawkins and Sutton, 2009; Knutti et al., 2010a). Since the AR4, techniques have been designed to specifically evaluate model performance of individual ensemble members. Although this is typically done to better characterize uncertainties, the methods and insights are applicable to model evaluation in general. The ensembles are generally

BLM_0074263

of two types: Multi-model Ensembles (MMEs) and Perturbed Parameter (or Physics) Ensembles (PPEs).

### 9.2.2.1   Multi-Model Ensembles

The MME is created from existing model simulations from multiple climate modelling centres. MMEs sample structural uncertainty and internal variability. However, the sample size of MMEs is small, and is confounded because some climate models have been developed by sharing model components leading to shared biases (Masson and Knutti, 2011a). Thus, MME members cannot be treated as purely independent, which implies a reduction in the effective number of independent models (Tebaldi and Knutti, 2007; Jun et al., 2008; Knutti, 2010; Knutti et al., 2010a; Pennell and Reichler, 2011).

### 9.2.2.2   Perturbed-Parameter Ensembles

In contrast, PPEs are created to assess uncertainty based on a single model and benefit from the explicit control on parameter perturbations. This allows statistical methods to determine which parameters are the main drivers of uncertainty across the ensemble (e.g., Rougier et al., 2009). PPEs have been used frequently in simpler models such as EMICs (Xiao et al., 1998; Forest et al., 2002, 2006, 2008;  Stott and Forest, 2007; Knutti and Tomassini, 2008; Sokolov et al., 2009; Loutre et al., 2011) and are now being applied to more complex models (Murphy et al., 2004; Annan et al., 2005; Stainforth et al., 2005; Collins et al., 2006a, 2007; Jackson et al., 2008a; Brierley et al., 2010; Klocke et al., 2011; Lambert et al., 2012). The disadvantage of PPEs is that they do not explore structural uncertainty, and thus the estimated uncertainty will depend on the underlying model that is perturbed (Yokohata et al., 2010) and may be too narrow (Sakaguchi et al., 2012). Several studies (Sexton et al., 2012; Sanderson, 2013) recognize the importance of sampling both parametric and structural uncertainty by combining information from both MMEs and PPEs. However, even these approaches cannot account for the effect on uncertainty of systematic errors.

### 9.2.2.3   Statistical Methods Applied to Ensembles

The most common approach to characterize MME results is to calculate the arithmetic mean of the individual model results, referred to as an unweighted multi-model mean. This approach of 'one vote per model' gives equal weight to each climate model regardless of (1) how many simulations each model has contributed, (2) how interdependent the models are or (3) how well each model has fared in objective evaluation. The multi-model mean will be used often in this chapter. Some climate models share a common lineage and so share common biases (Frame et al., 2005; Tebaldi and Knutti, 2007; Jun et al., 2008; Knutti, 2010; Knutti et al., 2010a, 2013; Annan and Hargreaves, 2011; Pennell and Reichler, 2011; Knutti and Sedlácek, 2013). As a result, collections such as the CMIP5 MME cannot be considered a random sample of independent models. This complexity creates challenges for how best to make quantitative inferences of future climate as discussed further in Chapter 12 (Knutti et al., 2010a; Collins et al., 2012; Stephenson et al., 2012; Sansom et al., 2013).

Annan and Hargreaves (2010) have proposed a 'rank histogram' approach to evaluate model ensembles as a whole, rather than individual models, by diagnosing whether observations can be considered statistically indistinguishable from a model ensemble. Studies based on this approach have suggested that MMEs (CMIP3/5) are 'reliable' in that they are not too narrow or too dispersive as a sample of possible models, but existing single-model-based ensembles tend to be too narrow (Yokohata et al., 2012, 2013). Although initial work has analysed the current mean climate state, further work is required to study the relationships between simulation errors and uncertainties in ensembles of future projections (Collins et al., 2012).

Bayesian methods offer insights into how to account for model inadequacies and combine information from several metrics in both MME and PPE approaches (Sexton and Murphy, 2012; Sexton et al., 2012), but they are complex. A simpler strategy of screening out some model variants on the basis of some observational comparison has been used with some PPEs (Lambert et al., 2012; Shiogama et al., 2012). Edwards et al. (2011) provided a statistical framework for 'pre-calibrating' out such poor model variants. Screening techniques have also been used with MMEs (Santer et al., 2009).

Additional Bayesian methods are applied to the MMEs so that past model performance is combined with prior distributions to estimate uncertainty from the MME (Furrer et al., 2007; Tebaldi and Knutti, 2007; Milliff et al., 2011). Similar to Bayesian PPE methods, common biases can be assessed within the MME to determine effective independence of the climate models (Knutti et al., 2013) (see Section 12.2.2 for a discussion of the assumptions in the Bayesian approaches).

### 9.2.3   The Model Evaluation Approach Used in this Chapter and Its Limitations

This chapter applies a variety of evaluation techniques ranging from visual comparison of observations and the multi-model ensemble and its mean, to application of quantitative performance metrics (see Section 9.2.2). No individual evaluation technique or performance measure is considered superior; rather, it is the combined use of many techniques and measures that provides a comprehensive overview of model performance.

Although crucial, the evaluation of climate models based on past climate observations has some important limitations. By necessity, it is limited to those variables and phenomena for which observations exist. Table 9.3 provides an overview of the observations used in this chapter. In many cases, the lack or insufficient quality of long-term observations, be it a specific variable, an important processes, or a particular region (e.g., polar areas, the upper troposphere/lower stratosphere (UTLS), and the deep ocean), remains an impediment. In addition, owing to observational uncertainties and the presence of internal variability, the observational record against which models are assessed is 'imperfect'. These limitations can be reduced, but not entirely eliminated, through the use of multiple independent observations of the same variable as well as the use of model ensembles.

The approach to model evaluation taken in the chapter reflects the need for climate models to represent the observed behaviour of past climate as a necessary condition to be considered a viable tool for future projections. This does not, however, provide an answer to

755

BLM_0074264

the much more difficult question of determining how well a model must agree with observations before projections made with it can be deemed reliable. Since the AR4, there are a few examples of emergent constraints where observations are used to constrain multi-model ensemble projections. These examples, which are discussed further in Section 9.8.3, remain part of an area of active and as yet inconclusive research.

**Table 9.3 |** Overview of observations that are used to evaluate climate models in this chapter. The quantity and CMIP5 output variable name are given along with references for the observations. Superscript (1) indicates this observations-based data set is obtained from atmospheric reanalysis. Superscript (D) indicates default reference; superscript (A) alternate reference.

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **ATMOSPHERE** | | | | |
| Surface (2 m) Air Temperature (°C) | Tas (2 m) | ERA-Interim[1] | Dee et al. (2011) | Figures 9.2, 9.3, 9.6[D], 9.7[D], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figures 9.6[A], 9.7[A], Section 9.4.1 |
| | | ERA40[1] | Uppala et al. (2005) | Figure 9.38, Section 9.6.1 |
| | | CRU TS 3.10 | Mitchell and Jones (2005) | Figures 9.38, 9.39, Section 9.6.1 |
| | | HadCRUT4 | Morice et al. (2012) | Figure 9.8, Section 9.4.1 |
| | | GISTEMP | Hansen et al. (2010) | Figure 9.8, Section 9.4.1 |
| | | MLOST | Vose et al. (2012) | Figure 9.8, Section 9.4.1 |
| Temperature (°C) | Ta (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.9[D] Section 9.4. |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.9[A] Section 9.4.1 |
| Zonal mean wind ( m s[−1]) | Ua (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| Zonal wind stress ( m s[−1]) | Tauu | QuikSCAT satellite measurements | Risien and Chelton (2008) | Figures 9.19–9.20, Section 9.4.2 |
| | | NCEP/NCAR reanalysis | Kalnray et al. (1996) | Figures 9.19–9.20, Section 9.4.2 |
| | | ERA-Interim | Dee et al. (2011) | Figures 9.19–9.20, Section 9.4.2 |
| Meridional wind (m s[−1]) | Va (200, 850 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| Geopotential height (m) | Zg (500 hPa) | ERA-Interim[1] | Dee et al. (2011) | Figure 9.7[D], Section 9.4.1 |
| | | NCEP-NCAR[1] | Kalnray et al. (1996) | Figure 9.7[A], Section 9.4.1 |
| TOA reflected short-wave radiation (W m[−2]) | Rsut | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D] Section 9.4.1 |
| | | ERBE | Barkstrom (1984) | Figure 9.9[A], Section 9.4.1 |
| TOA longwave radiation (W m[−2]) | Rlut | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D] Section 9.4.1 |
| | | ERBE | Barkstrom (1984) | Figure 9.9[A], Section 9.4.1 |
| Clear sky TOA short-wave cloud radiative effect (W m[−2]) | SW CRE | CERES EBAF 2.6 | Loeb et al. (2009) | Figures 9.5[D], 9.6[D], 9.7[D], Section 9.4.1 |
| | Derived from CMIP5 rsut and rsutcs | CERES ES-4 ERBE | Loeb et al. (2009) | Figure 9.5[A], Section 9.4.1 |
| | | Barkstrom (1984) | Figure 9.7[A], Section 9.4.1 |
| Clear sky TOA long-wave cloud radiative effect (W m[−2]) | LW CRE | CERES EBAF 2.6 | Loeb et al. (2009) | Figure 9.9[D], Section 9.4.1 |
| | Derived from CMIP5 rsut and rsutcs | CERES ES-4 ERBE | Loeb et al. (2009) | Figure 9.5[A], Section 9.4.1 |
| Total precipitation (mm day[−1]) | Pr | GPCP | Adler et al. (2003) | Figures 9.4, 9.6[D], 9.7[D], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | CMAP | Xie and Arkin (1997) | Figures 9.6[A], 9.7[A], Section 9.4.1; Figures 9.38, 9.40, Section 9.6.1 |
| | | CRU TS3.10.1 | Mitchell and Jones (2005) | Figures 9.38, 9.39, Section 9.6.1 |

(continued on next page)

BLM_0074265

*Table 9.3 (continued)*

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **ATMOSPHERE (continued)** | | | | |
| **Precipitable water** | PRW | RSS V7 SSM/I | Wentz et al. (2007) | Figure 9.9, Section 9.4.1 |
| | | ERA-INTERIM | Dee et al. (2011) | |
| | | MERRA | Rienecker et al. (2011) | |
| | | JRA-25 | Onogi et al. (2007) | |
| **Lower-tropospheric temperature** | TLT | RSS V3.3 MSU/AMSU | Mears et al. (2011) | Figure 9.9, Section 9.4.1 |
| | | UAH V5.4 MSU/AMSU | Christy et al. (2007) | |
| | | ERA-INTERIM | Dee et al. (2011) | |
| | | MERRA | Rienecker et al. (2011) | |
| | | JRA-25 | Onogi et al. (2007) | |
| **Snow albedo feedback (%/K)** | tas, rsds, rsus | Advanced Very High Resolution Radiometer (AVHRR), Polar Pathfinder-x (APP-x), all-sky albedo and ERA40 surface air temperature | Hall and Qu (2006); Fernandes et al. (2009) | Figure 9.43, Section 9.8.3 |
| **Reconstruction of bio-climatic variables for the mid-Holocene and the Last Glacial Maximum** | Tas, pr,, tcold, twarm, GDD5, alpha | | Bartlein et al. (2010) | Figure 9.11, Section 9.4.1 Figure 9.12, Section 9.4.1 |
| **OZONE and AEROSOLS** | | | | |
| **Aerosol optical depth** | aod | MODIS | Shi et al. (2011) | Figures 9.28, 9.29, Section 9.4.6 |
| | | MISR | Zhang and Reid (2010); Stevens and Schwartz (2012) | Figure 9.29, Section 9.4.6 |
| **Total column ozone (DU)** | tro3 | Ground-based measurements | updated from Fioletov et al. (2002) | Figure 9.10, Section 9.4.1 |
| | | NASA TOMS/OMI/SBUV(/2) merged satellite data | Stolarski and Frith (2006) | |
| | | NIWA combined total column ozone database | Bodeker et al. (2005) | |
| | | Solar Backscatter Ultraviolet (SBUV, SBUV/2) retrievals | Updated from Miller et al. (2002) | |
| | | DLR GOME/SCIA/GOME-2 | Loyola et al. (2009); Loyola and Coldewey-Egbers (2012) | |
| **CARBON CYCLE** | | | | |
| **Atmospheric $CO_2$ (ppmv)** | co2 | | Masarie and Tans (1995); Meinshausen et al. (2011) | Figure 9.45, Section 9.8.3 |
| **Global Land Carbon Sink (PgC yr⁻¹)** | NBP | GCP | Le Quere et al. (2009) | Figure 9.26, 9.27, Section 9.4.5 |
| **Global Ocean Carbon Sink (PgC yr⁻¹)** | fgCO2 | GCP | Le Quere et al. (2009) | Figure 9.26, 9.27, Section 9.4.5 |
| **Regional Land Sinks (PgC yr⁻¹)** | NBP | JAM | Gurney et al. (2003) | Figure 9.27, Section 9.4.5 |
| **Regional Ocean Sinks (PgC yr⁻¹)** | fgCO2 | JAM | Gurney et al. (2003); Takahashi et al. (2009) | Figure 9.27, Section 9.4.5 |

*(continued on next page)*

9

BLM_0074266

*Table 9.3 (continued)*

| Quantity | CMIP5 Output Variable Name | Observations (Default/Alternates) | Reference | Figure and Section Number(s) |
|---|---|---|---|---|
| **OCEAN** | | | | |
| **Annual mean temperature** | thetao | | Levitus et al. (2009) | Figure 9.13, Section 9.4.2 |
| Annual mean salinity | so | | Antonov et al. (2010) | Figure 9.13, Section 9.4.2 |
| Sea Surface Temperature | tos | HadISST1.1 | Rayner et al. (2003) | Figure 9.14, Section 9.4.2 |
| | | HadCRU 4 | Jones et al. (2012) | Figure 9.35, Section 9.5.3 |
| | | ERA40 | Uppala et al. (2005) | Figure 9.36, Section 9.5.3 |
| Global ocean heat content (0 to 700 m) | OHC | Levitus | Levitus et al. (2009) | Figure 9.17, Section 9.4.2 |
| | | Ishii Domingues | Ishii and Kimoto, 2009) Domingues et al. (2008) | |
| **Dynamic Sea surface height** | SSH | AVISO | AVISO | Figure 9.16, Section 9.4.2 |
| Meridional heat transport | hfnorth | (1) Using surface and TOA heat fluxes: | Trenberth and Fasullo (2008) Large and Yeager (2009) | Figure 9.21, Section 9.4.2 |
| | | NCEP/NCAR | Kalnay et al. (1996) | |
| | | ERA40 | Uppala et al. (2005) | |
| | | Updated NCEP reanalysis | Kistler et al. (2001) | |
| | | (2) Direct estimates using WOCE and inverse models | Ganachaud and Wunsch (2003) | |
| **Annual mean temperature and salinity** | | Palaeoclimate reconstruction of temperature and salinity | Adkins et al. (2002) | Figure 9.18, Section 9.4.2 |
| **Total area (km²) of grid cells where Sea Ice Area Fraction (%) is >15%. Boundary of sea ice where Sea Ice Area Fraction (%) is >15%** | | HadISST | Rayner et al. (2003) | Figure 9.22, Section 9.4.3 |
| | | NSIDC | Fetterer et al. (2002) | Figure 9.23, Section 9.4.3 |
| | | NASA | Comiso and Nishio (2008) | Figure 9.24, Section 9.4.3 |
| **MISC** | | | | |
| **Total area (km²) of grid cells where Surface Snow Area Fraction (%) is 15% or Surface Snow Amount (kg m⁻²) is >5 kg m⁻²** | | | Robinson and Frei (2000) | Figure 9.25, Section 9.4.4 |
| 3-hour precipitation fields | | 15,000 stations and corrected Ta from COADS (Dai and Deser, 1999; Dai, 2001 | Dai (2006) | Figure 9.30, Section 9.5.2 |
| **Absolute value of MJJAS minus NDJFM precipitation exceeding 375 mm** | | GPCP (Adler et al., 2003) | Wang et al. (2011a) | Figure 9.32, Section 9.5.2 |
| **EXTREMES** | | | | |
| **Daily maximum and minimum surface air temperature fields (°C) Daily precipitation fields (mm day⁻¹) for calculating extremes indices** | tas, precip | ERA40 | Uppala et al. (2005) | Figure 9.37, Section 9.5.4 |
| | | ERA-Interim, | Dee et al. (2011) | |
| | | NCEP/NCAR Reanalysis 1, | Kistler et al. (2001) | |
| | | NCEP-DOE, Reanalysis 2 | Kanamitsu et al. (2002) | |
| | | | Calculation of indices is based on Sillmann et al. (2013) | |
| **Temperature extremes indices based on station observations** | | HadEX2 | Donat et al. (2013) | Figure 9.37, Section 9.5.4 |

Notes:  [1]  This observationally constrained data set is obtained from atmospheric reanalysis.

[b]  Default reference.

[A]  Alternate reference.

BLM_0074267

## 9.3 Experimental Strategies in Support of Climate Model Evaluation

### 9.3.1 The Role of Model Intercomparisons

Systematic model evaluation requires a coordinated and well-documented suite of model simulations. Organized Model Intercomparison Projects (MIPs) provide this via standard or benchmark experiments that represent critical tests of a model's ability to simulate the observed climate. When modelling centres perform a common experiment, it offers the possibility to compare their results not just with observations, but with other models as well. This intercomparison enables researchers to explore the range of model behaviours, to isolate the various strengths and weaknesses of different models in a controlled setting, and to interpret, through idealized experiments, the inter-model differences. Benchmark MIP experiments offer a way to distinguish between errors particular to an individual model and those that might be more universal and should become priority targets for model improvement.

### 9.3.2 Experimental Strategy for Coupled Model Intercomparison Project Phase 5

#### 9.3.2.1 Experiments Utilized for Model Evaluation

CMIP5 includes a much more comprehensive suite of model experiments than was available in the preceding CMIP3 results assessed in the AR4 (Meehl et al., 2007). In addition to a better constrained specification of historical forcing, the CMIP5 collection also includes initialized decadal-length predictions and long-term experiments using both ESMs and AOGCMs (Taylor et al., 2012b) (Figure 9.1). The $CO_2$ forcing

of these experiments is prescribed as a time series of either global mean concentrations or spatially resolved anthropogenic emissions (Section 9.3.2.2). The analyses of model performance in this chapter are based on the concentration-based experiments with the exception of the evaluation of the carbon cycle (see Section 9.4.5).

Most of the model diagnostics are derived from the historical simulations that span the period 1850–2005. In some cases, these historical simulations are augmented by results from a scenario run, either RCP4.5 or RCP8.5 (see Section 9.3.2.2), so as to facilitate comparison with more recent observations. CMIP5/Paleoclimate Modelling Intercomparison Project version 3 (PMIP3) simulations for the mid-Holocene and last glacial maximum are used to evaluate model response to palaeoclimatic conditions. Historical emissions-driven simulations are used to evaluate the prognostic carbon cycle. The analysis of global surface temperature variability is based in part on long pre-industrial control runs to facilitate calculation of variability on decadal to centennial time scales. Idealized simulations with 1% per year increases in $CO_2$ are utilized to derive transient climate response. Equilibrium climate sensitivities are derived using results of specialized experiments, with fourfold $CO_2$ increase, designed specifically for this purpose.

#### 9.3.2.2 Forcing of the Historical Experiments

Under the protocols adopted for CMIP5 and previous assessments, the transient climate experiments are conducted in three phases. The first phase covers the start of the modern industrial period through to the present day, years 1850–2005 (van Vuuren et al., 2011). The second phase covers the future, 2006–2100, and is described by a collection of RCPs (Moss et al., 2010). As detailed in Chapter 12, the third phase is described by a corresponding collection of Extension Concentration



**Figure 9.1 |** Left: Schematic summary of CMIP5 short-term experiments with tier 1 experiments (yellow background) organized around a central core (pink background). (From Taylor et al., 2012b, their Figure 2). Right: Schematic summary of CMIP5 long-term experiments with tier 1 experiments (yellow background) and tier 2 experiments (green background) organized around a central core (pink background). Green font indicates simulations to be performed only by models with carbon cycle representations, and 'E-driven' means 'emission-driven'. Experiments in the upper semicircle either are suitable for comparison with observations or provide projections, whereas those in the lower semicircle are either idealized or diagnostic in nature, and aim to provide better understanding of the climate system and model behaviour. (From Taylor et al., 2012b, their Figure 3.)

BLM_0074268

Pathways (Meinshausen et al., 2011). The forcings for the historical simulations evaluated in this section and are described briefly here (with more details in Annex II).

In the CMIP3 20th century experiments, the forcings from radiatively active species other than long-lived GHGs and sulphate aerosols were left to the discretion of the individual modelling groups (IPCC, 2007). By contrast, a comprehensive set of historical anthropogenic emissions and land use and land cover change data have been assembled for the CMIP5 experiments in order to produce a relatively homogeneous ensemble of historical simulations with common time series of forcing agents. Emissions of natural aerosols including soil dust, sea salt and volcanic species are still left to the discretion of the individual modelling groups.

For AOGCMs without chemical and biogeochemical cycles, the forcing agents are prescribed as a set of concentrations. The concentrations for GHGs and related compounds include $CO_2$, $CH_4$, $N_2O$, all fluorinated gases controlled under the Kyoto Protocol (hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulphur hexafluoride ($SF_6$)), and ozone-depleting substances controlled under the Montreal Protocol (chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), Halons, carbon tetrachloride ($CCl_4$), methyl bromide ($CH_3Br$), methyl chloride ($CH_3Cl$)). The concentrations for aerosol species include sulphate ($SO_4$), ammonium nitrate ($NH_4NO_3$), hydrophobic and hydrophilic black carbon, hydrophobic and hydrophilic organic carbon, secondary organic aerosols (SOAs) and four size categories of dust and sea salt. For ESMs that include chemical and biogeochemical cycles, the forcing agents are prescribed both as a set of concentrations and as a set of emissions with provisions to separate the forcing by natural and anthropogenic $CO_2$ (Hibbard et al., 2007). The emissions include time-dependent spatially resolved fluxes of $CH_4$, $NO_X$, CO, $NH_3$, black and organic carbon, and volatile organic compounds (VOCs). For models that treat the chemical processes associated with biomass burning, emissions of additional species such as $C_2H_4O$ (acetaldehyde), $C_2H_5OH$ (ethanol), $C_2H_6S$ (dimethylsulphide) and $C_3H_6O$ (acetone) are also prescribed. Historical land use and land cover change is described in terms of the time-evolving partitioning of land surface area among cropland, pasture, primary land and secondary (recovering) land, including the effects of wood harvest and shifting cultivation, as well as land use changes and transitions from/to urban land (Hurtt et al., 2009). These emissions data are aggregated from empirical reconstructions of grassland and forest fires (Schultz et al., 2008; Mieville et al., 2010); international shipping (Eyring et al., 2010); aviation (Lee et al., 2009), sulphur (Smith et al., 2011b), black and organic carbon (Bond et al., 2007); and $NO_X$, CO, $CH_4$ and non methane volatile organic compounds (NMVOCs) (Lamarque et al., 2010) contributed by all other sectors.

For the natural forcings a recommended monthly averaged total solar irradiance time series was given, but there was no recommended treatment of volcanic forcing. Both integrated solar irradiance and its spectrum were available, but not all CMIP5 models used the spectral data. The data employed an 1850-2008 reconstruction of the solar cycle and its secular trend using observations of sunspots and faculae, the 10.7 cm solar irradiance measurements and satellite observations (Frohlich and Lean, 2004). For volcanic forcing CMIP5 models typically employed

one of two prescribed volcanic aerosol data sets (Sato et al., 1993) or (Ammann et al., 2003) but at least one ESM employed interactive aerosol injection (Driscoll et al., 2012). The prescribed data sets did not incorporate injection from explosive volcanoes after 2000.

### 9.3.2.3  Relationship of Decadal and Longer-Term Simulations

The CMIP5 archive also includes a new class of decadal-prediction experiments (Meehl et al., 2009, 2013b) (Figure 9.1). The goal is to understand the relative roles of forced changes and internal variability in historical and near-term climate variables, and to assess the predictability that might be realized on decadal time scales. These experiments comprise two sets of hindcast and prediction ensembles with initial conditions spanning 1960 through 2005. The set of 10-year ensembles are initialized starting at 1960 in 1-year increments through the year 2005 while the 30-year ensembles are initialized at 1960, 1980 and 2005. The same physical models are often used for both the short-term and long-term experiments (Figure 9.1) despite the different initialization of these two sets of simulations. Results from the short-term experiments are described in detail in Chapter 11.

## 9.4  Simulation of Recent and Longer-Term Records in Global Models

### 9.4.1  Atmosphere

Many aspects of the atmosphere have been more extensively evaluated than other climate model components. One reason is the availability of near-global observationally based data for energy fluxes at the TOA, cloud cover and cloud condensate, temperature, winds, moisture, ozone and other important properties. As discussed in Box 2.3, atmospheric reanalyses have also enabled integrating independent observations in a physically consistent manner. In this section we use this diversity of data (see Table 9.3) to evaluate the large-scale atmospheric behaviour.

### 9.4.1.1  Temperature and Precipitation Spatial Patterns of the Mean State

Surface temperature is perhaps the most routinely examined quantity in atmospheric models. Many processes must be adequately represented in order for a model to realistically capture the observed temperature distribution. The dominant external influence is incoming solar radiation, but many aspects of the simulated climate play an important role in modulating regional temperature such as the presence of clouds and the complex interactions between the atmosphere and the underlying land, ocean, snow, ice and biosphere.

The annual mean surface air temperature (at 2 m) is shown in Figure 9.2(a) for the mean of all available CMIP5 models, and the error, relative to an observationally constrained reanalysis (ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim; Dee et al., 2011) is shown in Figure 9.2(b). In most areas the multi-model mean agrees with the reanalysis to within 2°C, but there are several locations where the biases are much larger, particularly at high elevations over the Himalayas and parts of both Greenland and Antarctica, near the ice edge in the North Atlantic, and over ocean upwelling regions

BLM_0074269

off the west coasts of South America and Africa. Averaging the absolute error of the individual CMIP5 models (Figure 9.2c) yields similar magnitude as the multi-model mean bias (Figure 9.2b), implying that compensating errors across models is limited. The inconsistency across the three available global reanalyses (Figure 9.2d) that have assimilated temperature data at two metres (Onogi et al., 2007; Simmons et al., 2010) provides an indication of observational uncertainty. Although the reanalysis inconsistency is smaller than the mean absolute bias in almost all regions, areas where inconsistency is largest (typically where observations are sparse) tend to be the same regions where the CMIP5 models show largest mean absolute error.

Seasonal performance of models can be evaluated by examining the difference between means for December–January–February (DJF) and June–July–August (JJA). Figures 9.3(a) and (b) show the CMIP5 mean model seasonal cycle amplitude in surface air temperature (as measured by the difference between the DJF and JJA and the absolute value of this difference). The seasonal cycle amplitude is much larger over land where the thermal inertia is much smaller than over the oceans,

and it is generally larger at higher latitudes as a result of the larger seasonal amplitude in insolation. Figures 9.3(c) and (d) show the mean model bias of the seasonal cycle relative to the ERA-Interim reanalysis (Dee et al., 2011). The largest biases correspond to areas of large seasonal amplitude, notably high latitudes over land, but otherwise large biases are also evident in some lower latitude regions such as over northern India. Over most land areas the amplitude of the modelled seasonal cycle is larger than observed, whereas over much of the extratropical oceans the modelled amplitude is too small.

The simulation of precipitation is a more stringent test for models as it depends heavily on processes that must be parameterized. Challenges are compounded by the link to surface fields (topography, coastline, vegetation) that lead to much greater spatial heterogeneity at regional scales. Figure 9.4 shows the mean precipitation rate simulated by the CMIP5 multi-model ensemble, along with measures of error relative to precipitation analyses from the Global Precipitation Climatology Project (Adler et al., 2003). The magnitude of observational uncertainty for precipitation varies with region, which is why many studies make use



**Figure 9.2 |** Annual-mean surface (2 m) air temperature (°C) for the period 1980–2005. (a) Multi-model (ensemble) mean constructed with one realization of all available models used in the CMIP5 historical experiment. (b) Multi-model-mean bias as the difference between the CMIP5 multi-model mean and the climatology from ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim (Dee et al., 2011); see Table 9.3. (c) Mean absolute model error with respect to the climatology from ERA-Interim. (d) Mean inconsistency between ERA-Interim, ERA 40-year reanalysis (ERA40) and Japanese 25-year ReAnalysis (JRA-25) products as the mean of the absolute pairwise differences between those fields for their common period (1979–2001).

BLM_0074270

**9**



**Figure 9.3 |** Seasonality (December–January–February minus June–July–August ) of surface (2 m) air temperature (°C) for the period 1980–2005. (a) Multi-model mean, calculated from one realization of all available CMIP5 models for the historical experiment. (b) Multi-model mean of absolute seasonality. (c) Difference between the multi-model mean and the ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim seasonality. (d) Difference between the multi-model mean and the ERA-Interim absolute seasonality.

of several estimates of precipitation. Known large-scale features are reproduced by the multi-model mean, such as a maximum precipitation just north of the equator in the central and eastern tropical Pacific, dry areas over the eastern subtropical ocean basins, and the minimum rainfall in Northern Africa (Dai, 2006). While many large-scale features of the tropical circulation are reasonably well simulated, there are persistent biases. These include too low precipitation along the equator in the Western Pacific associated with ocean–atmosphere feedbacks maintaining the equatorial cold tongue (Collins et al., 2010) and excessive precipitation in tropical convergence zones south of the equator in the Atlantic and the Eastern Pacific (Lin, 2007; Pincus et al., 2008). Other errors occurring in several models include an overly zonal orientation of the South-Pacific Convergence Zone (Brown et al., 2013) as well as an overestimate of the frequency of occurrence of light rain events (Stephens et al., 2010). Regional-scale precipitation simulation has strong parameter dependence (Rougier et al., 2009; Chen et al., 2010; Neelin et al., 2010), and in some models substantial improvements have been shown through increases in resolution (Delworth et al., 2012) and improved representations of sub-gridscale processes, particularly convection (Neale et al.,

2008). Judged by similarity with the spatial pattern of observations, the overall quality of the simulation of the mean state of precipitation in the CMIP5 ensemble is slightly better than in the CMIP3 ensemble (see FAQ 9.1 and Figure 9.6).

In summary, there is *high confidence* that large-scale patterns of surface temperature are well simulated by the CMIP5 models. In certain regions this agreement with observations is limited, particularly at elevations over the Himalayas and parts of both Greenland and Antarctica. The broad-scale features of precipitation as simulated by the CMIP5 models are in modest agreement with observations, but there are systematic errors in the Tropics.

### 9.4.1.2 Atmospheric Moisture, Clouds and Radiation

The global annual mean precipitable water is a measure of the total moisture content of the atmosphere. For the CMIP3 ensemble, the values of precipitable water agreed with one another and with multiple estimates from the National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) and ECMWF

BLM_0074271

9



**Figure 9.4** | Annual-mean precipitation rate (mm day⁻¹) for the period 1980–2005. (a) Multi-model-mean constructed with one realization of all available AOGCMs used in the CMIP5 historical experiment. (b) Difference between multi-model mean and precipitation analyses from the Global Precipitation Climatology Project (Adler et al., 2003). (c) Multi-model-mean absolute error with respect to observations. (d) Multi-model-mean error relative to the multi-model-mean precipitation itself.

ERA40 meteorological reanalyses to within approximately 10% (Waliser et al., 2007). Initial analysis of the CMIP5 ensemble shows the model results are within the uncertainties of the observations (Jiang et al., 2012a).

Modelling the vertical structure of water vapour is subject to greater uncertainty since the humidity profile is governed by a variety of processes. The CMIP3 models exhibited a significant dry bias of up to 25% in the boundary layer and a significant moist bias in the free troposphere of up to 100% (John and Soden, 2007). Upper tropospheric water vapour varied by a factor of three across the multi-model ensemble (Su et al., 2006). Many models have large biases in lower stratospheric water vapour (Gettelman et al., 2010), which could have implications for surface temperature change (Solomon et al., 2010). The limited number of studies available for the CMIP5 model ensemble broadly confirms the results from the earlier model generation. In tropical regions, the models are too dry in the lower troposphere and too moist in the upper troposphere, whereas in the extratropics they are too moist throughout the troposphere (Tian et al., 2013). However, many of the model values lie within the observational uncertainties.

Jiang et al. (2012a) show that the largest biases occur in the upper troposphere, with model values up to twice that observed, while in the middle and lower troposphere models simulate water vapour to within 10% of the observations.

The spatial patterns and seasonal cycle of the radiative fluxes at the TOA are fundamental energy balance quantities. Both the CMIP3 and CMIP5 model ensembles reproduce these patterns with considerable fidelity relative to the National Aeronautics and Space Adminsitration (NASA) Clouds and the Earth's Radiant Energy System (CERES) data sets (Pincus et al., 2008; Wang and Su, 2013). Globally averaged TOA shortwave and longwave components of the radiative fluxes in 12 atmosphere-only versions of the CMIP5 models were within 2.5 W m⁻² of the observed values (Wang and Su, 2013).

Comparisons against surface components of radiative fluxes show that, on average, the CMIP5 models overestimate the global mean downward all-sky shortwave flux at the surface by $2 \pm 6$ W m⁻² ($1 \pm 3\%$) and underestimate the global downward longwave flux by $6 \pm 9$ W m⁻² ($2 \pm 2\%$) (Stephens et al., 2012). Although in tropical regions

763

between 1 and 3 W m⁻² of the bias may be due to systematic omission of precipitating and/or convective core ice hydrometeors (Waliser et al., 2011), the correlation between the biases in the all-sky and clear-sky downwelling fluxes suggests that systematic errors in clear-sky radiative transfer calculations may be a primary cause for these biases. This is consistent with an analysis of the global annual mean estimates of clear-sky atmospheric absorption from the CMIP3 ensemble and the systematic underestimation of clear-sky solar absorption by radiative transfer codes (Oreopoulos et al., 2012). The underestimation of absorption can be attributed to the omission or underestimation of



**Figure 9.5 |** Annual-mean cloud radiative effects of the CMIP5 models compared against the Clouds and the Earth's Radiant Energy System Energy Balanced and Filled 2.6 (CERES EBAF 2.6) data set (in W m⁻²; top row: shortwave effect; middle row: longwave effect; bottom row: net effect). On the left are the global distributions of the multi-model-mean biases, and on the right are the zonal averages of the cloud radiative effects from observations (solid black: CERES EBAF 2.6; dashed black: CERES ES-4), individual models (thin grey lines), and the multi-model mean (thick red line). Model results are for the period 1985–2005, while the available CERES data are for 2001–2011. For a definition and maps of cloud radiative effect, see Section 7.2.1.2 and Figure 7.7.

BLM_0074273

absorbing aerosols, in particular carbonaceous species (Kim and Ramanathan, 2008), or to the omission of weak-line (Collins et al., 2006b) or continuum (Ptashnik et al., 2011) absorption by water vapour (Wild et al., 2006).

One of the major influences on radiative fluxes in the atmosphere is the presence of clouds and their radiative properties. To measure the influence of clouds on model deficiencies in the TOA radiation budget, Figure 9.5 shows maps of deviations from observations in annual mean shortwave (top left), longwave (middle left) and net (bottom left) cloud radiative effect (CRE) for the CMIP5 multi-model mean. The figure (right panels) also shows zonal averages of the same quantities from two sets of observations, the individual CMIP5 models, and the multi-model average. The definition of CRE and observed mean fields for these quantities can be found in Chapter 7 (Section 7.2.1.2, Figure 7.7).

Models show large regional biases in CRE in the shortwave component, and these are particularly pronounced in the subtropics with too weak an effect (positive error) of model clouds on shortwave radiation in the stratocumulus regions and too strong an effect (negative error) in the trade cumulus regions. This error has been shown to largely result from an overestimation of cloud reflectance, rather than cloud cover (Nam et al., 2012). A too weak cloud influence on shortwave radiation is evident over the subpolar oceans of both hemispheres and the Northern Hemisphere (NH) land areas. It is evident in the zonal mean graphs that there is a wide range in both longwave and shortwave CRE between individual models. As is also evident, a significant reduction in the difference between models and observations has resulted from

changes in the observational estimates of CRE, in particular at polar and subpolar as well as subtropical latitudes (Loeb et al., 2009).

Understanding the biases in CRE in models requires a more in-depth analysis of the biases in cloud properties, including the fractional coverage of clouds, their vertical distribution as well as their liquid water and ice content. Major progress in this area has resulted from both the availability of new observational data sets and improved diagnostic techniques, including the increased use of instrument simulators (e.g., Cesana and Chepfer, 2012; Jiang et al., 2012a). Many models have particular difficulties simulating upper tropospheric clouds (Jiang et al., 2012a), and low and mid-level cloud occurrence are frequently underestimated (Cesana and Chepfer, 2012; Nam et al., 2012; Tsushima et al., 2013). Global mean values of both simulated ice and liquid water path vary by factors of 2 to 10 between models (Jiang et al., 2012a; Li et al., 2012a). The global mean fraction of clouds that can be detected with confidence from satellites (optical thickness >1.3, Pincus et al. (2012)) is underestimated by 5 to 10 % (Klein et al., 2013). Some of the above errors in clouds compensate to provide the global mean balance in radiation required by model tuning (Tsushima et al., 2013; Wang and Su, 2013; Box 9.1).

In-depth analysis of several global and regional models (Karlsson et al., 2008; Teixeira et al., 2011) has shown that the interaction of boundary layer and cloud processes with the larger scale circulation systems that ultimately drive the observed subtropical cloud distribution remains poorly simulated. Large errors in subtropical clouds have been shown to negatively affect SST patterns in coupled model simulations (Hu



**Figure 9.6** | Centred pattern correlations between models and observations for the annual mean climatology over the period 1980–1999. Results are shown for individual CMIP3 (black) and CMIP5 (blue) models as thin dashes, along with the corresponding ensemble average (thick dash) and median (open circle). The four variables shown are surface air temperature (TAS), top of the atmosphere (TOA) outgoing longwave radiation (RLUT), precipitation (PR) and TOA shortwave cloud radiative effect (SW CRE). The observations used for each variable are the default products and climatological periods identified in Table 9.3. The correlations between the default and alternate (Table 9.3) observations are also shown (solid green circles). To ensure a fair comparison across a range of model resolutions, the pattern correlations are computed at a resolution of 4° in longitude and 5° in latitude. Only one realization is used from each model from the CMIP3 20C3M and CMIP5 historical simulations.

BLM_0074274

**9**



**Figure 9.7 |** Relative error measures of CMIP5 model performance, based on the global seasonal-cycle climatology (1980–2005) computed from the historical experiments. Rows and columns represent individual variables and models, respectively. The error measure is a space–time root-mean-square error (RMSE), which, treating each variable separately, is portrayed as a relative error by normalizing the result by the median error of all model results (Gleckler et al., 2008). For example, a value of 0.20 indicates that a model's RMSE is 20% larger than the median CMIP5 error for that variable, whereas a value of −0.20 means the error is 20% smaller than the median error. No colour (white) indicates that model results are currently unavailable. A diagonal split of a grid square shows the relative error with respect to both the default reference data set (upper left triangle) and the alternate (lower right triangle). The relative errors are calculated independently for the default and alternate data sets. All reference data used in the diagram are summarized in Table 9.3.

et al., 2011; Wahl et al., 2011). Several studies have highlighted the potential importance and poor simulation of subpolar clouds in the Arctic and Southern Oceans (Karlsson and Svensson, 2010; Trenberth and Fasullo, 2010b; Haynes et al., 2011; Bodas-Salcedo et al., 2012). A particular challenge for models is the simulation of the correct phase of the cloud condensate, although very few observations are available to evaluate models particularly with respect to their representation of cloud ice (Waliser et al., 2009b; Li et al., 2012a). Regime-oriented approaches to the evaluation of model clouds (see Section 9.2.1) have identified that compensating errors in the CRE are largely a result of misrepresentations of the frequency of occurrence of key observed cloud regimes, while the radiative properties of the individual regimes contribute less to the overall model deficiencies (Tsushima et al., 2013).

Several studies have identified progress in the simulation of clouds in the CMIP5 models compared to their CMIP3 counterparts. Particular examples include the improved simulation of vertically integrated ice water path (Jiang et al., 2012a; Li et al., 2012a) as well as a reduction of overabundant optically thick clouds in the mid-latitudes (Klein et al., 2013; Tsushima et al., 2013).

In summary, despite modest improvements there remain significant errors in the model simulation of clouds. There is *very high confidence* that these errors contribute significantly to the uncertainties in estimates of cloud feedbacks (see Section 9.7.2.3; Section 7.2.5, Figure 7.10) and hence the spread in climate change projections reported in Chapter 12.

### 9.4.1.3   Quantifying Model Performance with Metrics

Performance metrics were used to some extent in the Third Assessment Report (TAR) and the Fourth Assessment Report (AR4), and are expanded upon here because of their increased appearance in the recent literature. As a simple example, Figure 9.6 illustrates how the pattern correlation between the observed and simulated climatological annual mean spatial patterns depends very much on the quantity examined. All CMIP3 and CMIP5 models capture the mean surface temperature distribution quite well, with correlations above 0.95, which are largely determined by the meridional temperature gradient. Correlations for outgoing longwave radiation are somewhat lower. For precipitation and the TOA shortwave cloud radiative effect, the correlations

BLM_0074275

between models and observations are below 0.90, and there is considerable scatter among model results. This example quantifies how some aspects of the simulated large-scale climate agree with observations better than others. Some of these differences are attributable to smoothly varying fields (e.g., temperature, water vapour) often agreeing better with observations than fields that exhibit fine structure (e.g., precipitation) (see also Section 9.6.1.1). Incremental improvement in each field is also evident in Figure 9.6, as gauged by the mean and median results in the CMIP5 ensemble having higher correlations than CMIP3. This multi-variate quantification of model improvement across development cycles is evident in several studies (e.g., Reichler and Kim, 2008; Knutti et al., 2013)

Figure 9.7 (following Gleckler et al., 2008) depicts the space–time root-mean-square error (RMSE) for the 1980–2005 climatological seasonal cycle of the historically forced CMIP5 simulations. For each of the fields examined, this 'portrait plot' depicts relative performance, with blue shading indicating performance being better, and red shading worse, than the median of all model results. In each case, two observations-based estimates are used to demonstrate the impact of the selection of reference data on the results. Some models consistently compare better with observations than others, some exhibit mixed performance and some stand out with relatively poor agreement with observations. For most fields, the choice of the observational data set does not substantially change the result for global error measures (e.g., between a state-of-the-art and an older-generation reanalysis), indicating that inter-model differences are substantially larger than the differences between the two reference data sets or the impact of two different climatological periods (e.g., for radiation fields: Earth Radiation Budget Experiment (ERBE) 1984–1988; CERES EBAF, 2001–2011). Nevertheless, it is important to recognize that different data sets often rely on the same source of measurements, and that the results in this figure can have some sensitivity to a variety of factors such as instrument uncertainty, sampling errors (e.g., limited record length of observations), the spatial scale of comparison, the domain considered and the choice of metric.

Another notable feature of Figure 9.7 is that in most cases the multi-model mean agrees more favourably with observations than any individual model. This has been long recognized to hold for surface temperature and precipitation (e.g., Lambert and Boer, 2001). However, since the AR4, it has become clear that this holds for a broad range of climatological fields (Gleckler et al., 2008; Pincus et al., 2008; Knutti et al., 2010a) and is theoretically better understood (Annan and Hargreaves, 2011). It is worth noting that when most models suffer from a common error, such as the cold bias at high latitudes in the upper troposphere (see TA 200 hPa of Figure 9.7), individual models can agree better with observations than the multi-model mean.

Correlations between the relative errors for different quantities in Figure 9.7 are known to exist, reflecting physical relationships in the model formulations and in the real world. Cluster analysis methods have recently been used in an attempt to reduce this redundancy (e.g., Yokoi et al., 2011; Nishii et al., 2012), thereby providing more succinct summaries of model performance. Some studies have attempted an overall skill score by averaging together the results from multiple metrics (e.g., Reichler and Kim, 2008). Although this averaging process is

largely arbitrary, combining the results of multiple metrics can reduce the chance that a poorer performing model will score well for the wrong reasons. Recent work (Nishii et al., 2012) has demonstrated that different methods used to produce a multi-variate skill measure for the CMIP3 models did not substantially alter the conclusions about the better and lesser performing models.

Large scale performance metrics are a typical first-step toward quantifying model agreement with observations, and summarizing broad characteristics of model performance that are not focussed on a particular application. More specialized performance tests target aspects of a simulation believed to be especially important for constraining model projections, although to date the connections between particular performance metrics and reliability of future projections are not well established. This important topic is addressed in Section 9.8.3, which highlights several identified relationships between model performance and projection responses.

### 9.4.1.4   Long-Term Global-Scale Changes

The comparison of observed and simulated climate change is complicated by the fact that the simulation results depend on both model formulation and the time-varying external forcings imposed on the models (Allen et al., 2000; Santer et al., 2007). De-convolving the importance of model and forcing differences in the historical simulations is an important topic that is addressed in Chapter 10; however, in this section a direct comparison is made to illustrate the ability of models to reproduce past changes.

#### 9.4.1.4.1   Global surface temperature

Figure 9.8 compares the observational record of 20th century changes in global surface temperature to that simulated by each CMIP5 and EMIC model and the respective multi-model means. The inset on the right of the figure shows the climatological mean temperature for each model, averaged over the 1961–1990 reference period. Although biases in mean temperature are apparent, there is less confidence in observational estimates of climatological temperature than in variations about this mean (Jones et al. (1999). For the CMIP5 models, interannual variability in most of the simulations is qualitatively similar to that observed although there are several exceptions. The magnitude of interannual variations in the observations is noticeably larger than the multi-model mean because the averaging of multiple model results acts to filter much of the simulated variability. On the other hand, the episodic volcanic forcing that is applied to most models (see Section 9.3.2.2) is evident in the multi-model agreement with the observed cooling particularly noticeable after the 1991 Pinatubo eruption. The gradual warming evident in the observational record, particularly in the more recent decades, is also evident in the simulations, with the multi-model mean tracking the observed value closely over most of the century, and individual model results departing by less than about 0.5°C. Because the interpretation of differences in model behaviour can be confounded by internal variability and forcing, some studies have attempted to identify and remove dominant factors such as El Niño-Southern Oscillation (ENSO) and the impacts of volcanic eruptions (e.g., Fyfe et al., 2010). Figure 9.8 shows the similar capability for EMICs to simulate the global-scale response to the 20th century forcings (Eby et al. 2013). These

9

BLM_0074276

results demonstrate a level of consistency between the EMICs with both the observations and the CMIP5 ensemble.

In summary, there is *very high confidence* that models reproduce the general features of the global-scale annual mean surface temperature increase over the historical period, including the more rapid warming in the second half of the 20th century, and the cooling immediately following large volcanic eruptions. The disagreement apparent over the most recent 10 to 15 years is discussed in detail in Box 9.2.



**Figure 9.8 |** Observed and simulated time series of the anomalies in annual and global mean surface temperature. All anomalies are differences from the 1961–1990 time-mean of each individual time series. The reference period 1961–1990 is indicated by yellow shading; vertical dashed grey lines represent times of major volcanic eruptions. (a) Single simulations for CMIP5 models (thin lines); multi-model mean (thick red line); different observations (thick black lines). Observational data (see Chapter 2) are Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4; Morice et al., 2012), Goddard Institute for Space Studies Surface Temperature Analysis (GISTEMP; Hansen et al., 2010) and Merged Land–Ocean Surface Temperature Analysis (MLOST; Vose et al., 2012) and are merged surface temperature (2 m height over land and surface temperature over the ocean). All model results have been sub-sampled using the HadCRUT4 observational data mask (see Chapter 10). Following the CMIP5 protocol (Taylor et al., 2012b), all simulations use specified historical forcings up to and including 2005 and use RCP4.5 after 2005 (see Figure 10.1 and note different reference period used there; results will differ slightly when using alternative RCP scenarios for the post-2005 period). (a) Inset: the global mean surface temperature for the reference period 1961–1990, for each individual model (colours), the CMIP5 multi-model mean (thick red), and the observations (thick black: Jones et al., 1999). (Bottom) Single simulations from available EMIC simulations (thin lines), from Eby et al. (2013). Observational data are the same as in (a). All EMIC simulations ended in 2005 and use the CMIP5 historical forcing scenario. (b) Inset: Same as in (a) but for the EMICs.

**Box 9.2 | Climate Models and the Hiatus in Global Mean Surface Warming of the Past 15 Years**

The observed global mean surface temperature (GMST) has shown a much smaller increasing linear trend over the past 15 years than over the past 30 to 60 years (Section 2.4.3, Figure 2.20, Table 2.7; Figure 9.8; Box 9.2 Figure 1a, c). Depending on the observational data set, the GMST trend over 1998–2012 is estimated to be around one-third to one-half of the trend over 1951–2012 (Section 2.4.3, Table 2.7; Box 9.2 Figure 1a, c). For example, in HadCRUT4 the trend is 0.04°C per decade over 1998–2012, compared to 0.11°C per decade over 1951–2012. The reduction in observed GMST trend is most marked in Northern Hemisphere winter (Section 2.4.3; Cohen et al., 2012). Even with this "hiatus" in GMST trend, the decade of the 2000s has been the warmest in the instrumental record of GMST (Section 2.4.3, Figure 2.19). Nevertheless, the occurrence of the hiatus in GMST trend during the past 15 years raises the two related questions of what has caused it and whether climate models are able to reproduce it.

Figure 9.8 demonstrates that 15-year-long hiatus periods are common in both the observed and CMIP5 historical GMST time series (see also Section 2.4.3, Figure 2.20; Easterling and Wehner, 2009; Liebmann et al., 2010). However, an analysis of the full suite of CMIP5 historical simulations (augmented for the period 2006–2012 by RCP4.5 simulations, Section 9.3.2) reveals that 111 out of 114 realizations show a GMST trend over 1998–2012 that is higher than the entire HadCRUT4 trend ensemble (Box 9.2 Figure 1a; CMIP5 ensemble mean trend is 0.21°C per decade). This difference between simulated and observed trends could be caused by some combination of of (a) internal climate variability, (b) missing or incorrect radiative forcing and (c) model response error. These potential sources of the difference, which are not mutually exclusive, are assessed below, as is the cause of the observed GMST trend hiatus.

**Internal Climate Variability**
Hiatus periods of 10 to 15 years can arise as a manifestation of internal decadal climate variability, which sometimes enhances and sometimes counteracts the long-term externally forced trend. Internal variability thus diminishes the relevance of trends over periods as short as 10 to 15 years for long-term climate change (Box 2.2, Section 2.4.3). Furthermore, the timing of internal decadal climate variability is not expected to be matched by the CMIP5 historical simulations, owing to the predictability horizon of at most 10 to 20 years (Section 11.2.2; CMIP5 historical simulations are typically started around nominally 1850 from a control run). However, climate models exhibit individual decades of GMST trend hiatus even during a prolonged phase of energy uptake of the climate system (e.g., Figure 9.8; Easterling and Wehner, 2009; Knight et al., 2009), in which case the energy budget would be balanced by increasing subsurface–ocean heat uptake (Meehl et al., 2011, 2013a; Guemas et al., 2013).

Owing to sampling limitations, it is uncertain whether an increase in the rate of subsurface–ocean heat uptake occurred during the past 15 years (Section 3.2.4). However, it is *very likely*[2] that the climate system, including the ocean below 700 m depth, has continued to accumulate energy over the period 1998–2010 (Section 3.2.4, Box 3.1). Consistent with this energy accumulation, global mean sea level has continued to rise during 1998–2012, at a rate only slightly and insignificantly lower than during 1993–2012 (Section 3.7). The consistency between observed heat-content and sea level changes yields *high confidence* in the assessment of continued ocean energy accumulation, which is in turn consistent with the positive radiative imbalance of the climate system (Section 8.5.1; Section 13.3, Box 13.1). By contrast, there is *limited evidence* that the hiatus in GMST trend has been accompanied by a slower rate of increase in ocean heat content over the depth range 0 to 700 m, when comparing the period 2003–2010 against 1971–2010. There is *low agreement* on this slowdown, since three of five analyses show a slowdown in the rate of increase while the other two show the increase continuing unabated (Section 3.2.3, Figure 3.2).

During the 15-year period beginning in 1998, the ensemble of HadCRUT4 GMST trends lies below almost all model-simulated trends (Box 9.2 Figure 1a), whereas during the 15-year period ending in 1998, it lies above 93 out of 114 modelled trends (Box 9.2 Figure 1b; HadCRUT4 ensemble-mean trend 0.26°C per decade, CMIP5 ensemble-mean trend 0.16°C per decade). Over the 62-year period 1951–2012, observed and CMIP5 ensemble-mean trends agree to within 0.02°C per decade (Box 9.2 Figure 1c; CMIP5 ensemble-mean trend 0.13°C per decade). There is hence *very high confidence* that the CMIP5 models show long-term GMST trends consistent with observations, despite the disagreement over the most recent 15-year period. Due to internal climate variability, in any given 15-year period the observed GMST trend sometimes lies near one end of a model ensemble (Box 9.2, Figure 1a, b; Easterling and Wehner, 2009), an effect that is pronounced in Box 9.2, Figure 1a, b because GMST was influenced by a very strong El Niño event in 1998.

*(continued on next page)*

---

[2]  In this Report, the following terms have been used to indicate the assessed likelihood of an outcome or a result: Virtually certain 99–100% probability, Very likely 90–100%, Likely 66–100%, About as likely as not 33–66%, Unlikely 0–33%, Very unlikely 0–10%, Exceptionally unlikely 0–1%. Additional terms (Extremely likely: 95–100%, More likely than not >50–100%, and Extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Section 1.4 and Box TS.1 for more details).

BLM_0074278

*Box 9.2 (continued)*

Unlike the CMIP5 historical simulations referred to above, some CMIP5 predictions were initialized from the observed climate state during the late 1990s and the early 21st century (Section 11.1, Box 11.1; Section 11.2). There is *medium evidence* that these initialized predictions show a GMST lower by about 0.05°C to 0.1°C compared to the historical (uninitialized) simulations and maintain this lower GMST during the first few years of the simulation (Section 11.2.3.4, Figure 11.3 top left; Doblas-Reyes et al., 2013; Guemas et al., 2013). In some initialized models this lower GMST occurs in part because they correctly simulate a shift, around 2000, from a positive to a negative phase of the Interdecadal Pacific Oscillation (IPO, Box 2.5; e.g., Meehl and Teng, 2012; Meehl et al., 2013a). However, the improvement of this phasing of the IPO through initialization is not universal across the CMIP5 predictions (cf. Section 11.2.3.4). Moreover, while part of the GMST reduction through initialization indeed results from initializing at the correct phase of internal variability, another part may result from correcting a model bias that was caused by incorrect past forcing or incorrect model response to past forcing, especially in the ocean. The relative magnitudes of these effects are at present unknown (Meehl and Teng, 2012); moreover, the quality of a forecasting system cannot be evaluated from a single prediction (here, a 10-year prediction within the period 1998–2012; Section 11.2.3). Overall, there is *medium confidence* that initialization leads to simulations of GMST during 1998–2012 that are more consistent with the observed trend hiatus than are the uninitialized CMIP5 historical simulations, and that the hiatus is in part a consequence of internal variability that is predictable on the multi-year time scale.

**Radiative Forcing**

On decadal to interdecadal time scales and under continually increasing effective radiative forcing (ERF), the forced component of the GMST trend responds to the ERF trend relatively rapidly and almost linearly (*medium confidence*, e.g., Gregory and Forster, 2008; Held et al., 2010; Forster et al., 2013). The expected forced-response GMST trend is related to the ERF trend by a factor that has been estimated for the 1% per year $CO_2$ increases in the CMIP5 ensemble as 2.0 [1.3 to 2.7] W m$^{-2}$ °C$^{-1}$ (90% uncertainty range; Forster et al., 2013). Hence, an ERF trend can be approximately converted to a forced-response GMST trend, permitting an assessment of how much of the change in the GMST trends shown in Box 9.2 Figure 1 is due to a change in ERF trend.

The AR5 best-estimate ERF trend over 1998–2011 is 0.22 [0.10 to 0.34] W m$^{-2}$ per decade (90% uncertainty range), which is substantially lower than the trend over 1984–1998 (0.32 [0.22 to 0.42] W m$^{-2}$ per decade; note that there was a strong volcanic eruption in 1982) and the trend over 1951–2011 (0.31 [0.19 to 0.40] W m$^{-2}$ per decade; Box 9.2, Figure 1d–f; numbers based on Section 8.5.2, Figure 8.18; the end year 2011 is chosen because data availability is more limited than for GMST). The resulting forced-response GMST trend would approximately be 0.12 [0.05 to 0.29] °C per decade, 0.19 [0.09 to 0.39] °C per decade, and 0.18 [0.08 to 0.37] °C per decade for the periods 1998–2011, 1984–1998 and 1951–2011, respectively (the uncertainty ranges assume that the range of the conversion factor to GMST trend and the range of ERF trend itself are independent). The AR5 best-estimate ERF forcing trend difference between 1998–2011 and 1951–2011 thus might explain about one-half (0.05°C per decade) of the observed GMST trend difference between these periods (0.06 to 0.08°C per decade, depending on observational data set).

The reduction in AR5 best-estimate ERF trend over 1998–2011 compared to both 1984–1998 and 1951–2011 is mostly due to decreasing trends in the natural forcings,–0.16 [–0.27 to –0.06] W m$^{-2}$ per decade over 1998–2011 compared to 0.01 [–0.00 to 0.01] W m$^{-2}$ per decade over 1951–2011 (Section 8.5.2, Figure 8.19). Solar forcing went from a relative maximum in 2000 to a relative minimum in 2009, with a peak-to-peak difference of around 0.15 W m$^{-2}$ and a linear trend over 1998–2011 of around –0.10 W m$^{-2}$ per decade (cf. Section 10.3.1, Box 10.2). Furthermore, a series of small volcanic eruptions has increased the observed stratospheric aerosol loading after 2000, leading to an additional negative ERF linear-trend contribution of around –0.06 W m$^{-2}$ per decade over 1998–2011 (cf. Section 8.4.2.2, Section 8.5.2, Figure 8.19; Box 9.2 Figure 1d, f). By contrast, satellite-derived estimates of tropospheric aerosol optical depth (AOD) suggests little overall trend in global mean AOD over the last 10 years, implying little change in ERF due to aerosol-radiative interaction (*low confidence* because of *low confidence* in AOD trend itself, Section 2.2.3; Section 8.5.1; Murphy, 2013). Moreover, because there is only *low confidence* in estimates of ERF due to aerosol–cloud interaction (Section 8.5.1, Table 8.5), there is likewise *low confidence* in its trend over the last 15 years.

For the periods 1984–1998 and 1951–2011, the CMIP5 ensemble-mean ERF trend deviates from the AR5 best-estimate ERF trend by only 0.01 W m$^{-2}$ per decade (Box 9.2 Figure 1e, f). After 1998, however, some contributions to a decreasing ERF trend are missing in the CMIP5 models, such as the increasing stratospheric aerosol loading after 2000 and the unusually low solar minimum in 2009. Nonetheless, over 1998–2011 CMIP5 ensemble-mean ERF trend is lower than the AR5 best-estimate ERF trend by 0.03 W m$^{-2}$ per decade (Box 9.2 Figure 1d). Furthermore, global mean AOD in the CMIP5 models shows little trend over 1998–2012, similar to the observations (Figure 9.29). Although the forcing uncertainties are substantial, there are no apparent incorrect or missing global mean forcings in the CMIP5 models over the last 15 years that could explain the model–observations difference during the warming hiatus.

*(continued on next page)*

770

*Box 9.2 (continued)*

**Model Response Error**

The discrepancy between simulated and observed GMST trends during 1998–2012 could be explained in part by a tendency for some CMIP5 models to simulate stronger warming in response to increases in greenhouse gas (GHG) concentration than is consistent with observations (Section 10.3.1.1.3, Figure 10.4). Averaged over the ensembles of models assessed in Section 10.3.1.1.3, the best-estimate GHG and other anthropogenic (OA) scaling factors are less than one (though not significantly so, Figure 10.4), indicating that the model-mean GHG and OA responses should be scaled down to best match observations. This finding provides evidence that some CMIP5 models show a larger response to GHGs and other anthropogenic factors (dominated by the effects of aerosols) than the real world (*medium confidence*). As a consequence, it is argued in Chapter 11 that near-term model projections of GMST increase should be scaled down by about 10% (Section 11.3.6.3). This downward scaling is, however, not sufficient to explain the model-mean overestimate of GMST trend over the hiatus period.

Another possible source of model error is the poor representation of water vapour in the upper atmosphere (Section 9.4.1.2). It has been suggested that a reduction in stratospheric water vapour after 2000 caused a reduction in downward longwave radiation and hence a surface-cooling contribution (Solomon et al., 2010), possibly missed by the models, However, this effect is assessed here to be small, because there was a recovery in stratospheric water vapour after 2005 (Section 2.2.2.1, Figure 2.5). (continued on next page)



**Box 9.2, Figure 1 |** (Top) Observed and simulated global mean surface temperature (GMST) trends in degrees Celsius per decade, over the periods 1998–2012 (a), 1984–1998 (b), and 1951–2012 (c). For the observations, 100 realizations of the Hadley Centre/Climatic Research Unit gridded surface temperature data set 4 (HadCRUT4) ensemble are shown (red, hatched: Morice et al., 2012). The uncertainty displayed by the ensemble width is that of the statistical construction of the global average only, in contrast to the trend uncertainties quoted in Section 2.4.3, which include an estimate of internal climate variability. Here, by contrast, internal variability is characterized through the width of the model ensemble. For the models, all 114 available CMIP5 historical realizations are shown, extended after 2005 with the RCP4.5 scenario and through 2012 (grey, shaded: after Fyfe et al., 2010). (Bottom) Trends in effective radiative forcing (ERF, in W m⁻² per decade) over the periods 1998–2011 (d), 1984–1998 (e), and 1951–2011 (f). The figure shows AR5 best-estimate ERF trends (red, hatched; Section 8.5.2, Figure 8.18) and CMIP5 ERF (grey, shaded: from Forster et al., 2013). Black lines are smoothed versions of the histograms. Each histogram is normalized so that its area sums up to one.

BLM_0074280

**9**

*Box 9.2 (continued)*

In summary, the observed recent warming hiatus, defined as the reduction in GMST trend during 1998–2012 as compared to the trend during 1951–2012, is attributable in roughly equal measure to a cooling contribution from internal variability and a reduced trend in external forcing (expert judgment, *medium confidence*). The forcing trend reduction is primarily due to a negative forcing trend from both volcanic eruptions and the downward phase of the solar cycle. However, there is *low confidence* in quantifying the role of forcing trend in causing the hiatus, because of uncertainty in the magnitude of the volcanic forcing trend and *low confidence* in the aerosol forcing trend.

Almost all CMIP5 historical simulations do not reproduce the observed recent warming hiatus. There is *medium confidence* that the GMST trend difference between models and observations during 1998–2012 is to a substantial degree caused by internal variability, with possible contributions from forcing error and some CMIP5 models overestimating the response to increasing GHG and other anthropogenic forcing. The CMIP5 model trend in ERF shows no apparent bias against the AR5 best estimate over 1998–2012. However, *confidence* in this assessment of CMIP5 ERF trend is *low*, primarily because of the uncertainties in model aerosol forcing and processes, which through spatial heterogeneity might well cause an undetected global mean ERF trend error even in the absence of a trend in the global mean aerosol loading.

The causes of both the observed GMST trend hiatus and of the model–observation GMST trend difference during 1998–2012 imply that, barring a major volcanic eruption, most 15-year GMST trends in the near-term future will be larger than during 1998–2012 (*high confidence*; see 11.3.6.3. for a full assessment of near-term projections of GMST). The reasons for this implication are fourfold: first, anthropogenic greenhouse-gas concentrations are expected to rise further in all RCP scenarios; second, anthropogenic aerosol concentration is expected to decline in all RCP scenarios, and so is the resulting cooling effect; third, the trend in solar forcing is expected to be larger over most near-term 15-year periods than over 1998–2012 (*medium confidence*), because 1998–2012 contained the full downward phase of the solar cycle; and fourth, it is *more likely than not* that internal climate variability in the near-term will enhance and not counteract the surface warming expected to arise from the increasing anthropogenic forcing.

9.4.1.4.2    Tropical tropospheric temperature trends

Most climate model simulations show a larger warming in the tropical troposphere than is found in observational data sets (e.g., McKitrick et al., 2010; Santer et al., 2013). There has been an extensive and sometimes controversial debate in the published literature as to whether this difference is statistically significant, once observational uncertainties and natural variability are taken into account (e.g., Douglass et al., 2008; Santer et al., 2008, 2013; Christy et al., 2010; McKitrick et al., 2010; Bengtsson and Hodges, 2011; Fu et al., 2011; McKitrick et al., 2011; Thorne et al., 2011). For the period 1979–2012, the various observational data sets find, in the tropical lower troposphere (LT), a linear warming trend ranging from 0.06°C to 0.13°C per decade (Section 2.4.4, Figure 2.27). In the tropical middle troposphere (MT), the linear warming trend ranges from 0.02°C to 0.12°C per decade (Section 2.4.4, Figure 2.27). Uncertainty in these trend values arises from different methodological choices made by the groups deriving satellite products (Mears et al., 2011) and radiosonde compilations (Thorne et al., 2011), and from fitting a linear trend to a time series containing substantial interannual and decadal variability (Box 2.2; Section 2.4.4; (Santer et al., 2008; McKitrick et al., 2010)). Although there have been substantial methodological debates about the calculation of trends and their uncertainty, a 95% confidence interval of around ±0.1°C per decade has been obtained consistently for both LT and MT (e.g., Section 2.4.4; McKitrick et al., 2010). In summary, despite unanimous agreement on the sign of the observed trends, there exists substantial disagreement between available estimates as to the rate

of temperature changes in the tropical troposphere, and there is only *low confidence* in the rate of change and its vertical structure (Section 2.4.4).

For the 30-year period 1979–2009 (sometimes updated through 2010 or 2011), the CMIP3 models simulate a tropical warming trend ranging from 0.1°C to somewhat above 0.4°C per decade for both LT and MT (McKitrick et al., 2010), while the CMIP5 models simulate a tropical warming trend ranging from slightly below 0.15°C to somewhat above 0.4°C per decade for both LT and MT (Santer et al., 2013; see also Po-Chedley and Fu, 2012, who considered the period 1979–2005). Both model ensembles show trends that on average are higher than in the observational estimates, although both model ensembles overlap the observational ensemble. Because the differences between the various observational estimates are largely systematic and structural (Section 2.4.4; Mears et al., 2011), the uncertainty in the observed trends cannot be reduced by averaging the observations as if the differences between the data sets were purely random. Likewise, to properly represent internal climate variability, the full model ensemble spread must be used in a comparison against the observations (e.g., Box 9.2; Section 11.2.3.2; Raftery et al., 2005; Wilks, 2006; Jolliffe and Stephenson, 2011). The very high significance levels of model–observation discrepancies in LT and MT trends that were obtained in some studies (e.g., Douglass et al., 2008; McKitrick et al., 2010) thus arose to a substantial degree from using the standard error of the model ensemble mean as a measure of uncertainty, instead of the ensemble standard deviation or some other appropriate measure for uncertainty arising from internal climate

variability (e.g., Box 9.2; Section 11.2.3.2; Raftery et al., 2005; Wilks, 2006; Jolliffe and Stephenson, 2011). Nevertheless, almost all model ensemble members show a warming trend in both LT and MT larger than observational estimates (McKitrick et al., 2010; Po-Chedley and Fu, 2012; Santer et al., 2013).

The CMIP3 models show a 1979–2010 tropical SST trend of 0.19°C per decade in the multi-model mean, significantly larger than the various observational trend estimates ranging from 0.10°C to 0.14°C per decade (including the 95% confidence interval; Fu et al., 2011). As a consequence, simulated tropospheric temperature trends are also too large because models attempt to maintain static stability. By contrast, atmospheric models that are forced with the observed SST are in better agreement with observations, as was found in the CMIP3 model ECHAM5 (Bengtsson and Hodges, 2011) and the CMIP5 atmosphere-only runs. In the latter, the LT trend range for the period 1981–2008 is 0.13 to 0.19°C per decade—less than in the CMIP5 coupled models, but still an overestimate (Po-Chedley and Fu, 2012). The influence of SST trend errors on the analysis can be reduced by considering trends in tropospheric static stability, measured by the amplification of MT trends against LT trends; another approach is to consider the amplification of tropospheric trends against SST trends. The results of such analyses strongly depend on the time scale considered. Month-to-month variations are consistent between observations and models concerning amplification aloft against SST variations (Santer et al., 2005) and concerning amplification of MT against LT variations (Po-Chedley and Fu, 2012). By contrast, the 30-year trend in tropical static stability has been found to be larger than in the satellite observations for almost all ensemble members in both CMIP3 (Fu et al., 2011) and CMIP5 (Po-Chedley and Fu, 2012). However, if the radiosonde compilations are used for the comparison, the trends in static stability in the CMIP3 models agree much better with the observations, and inconsistency cannot be diagnosed unambiguously (Seidel et al., 2012) . What caused the remaining trend overestimate in static stability is not clear but has been argued recently to result from an upward propagation of bias in the model climatology (O'Gorman and Singh, 2013).

In summary, most, though not all, CMIP3 and CMIP5 models overestimate the observed warming trend in the tropical troposphere during the satellite period 1979–2012. Roughly one-half to two-thirds of this difference from the observed trend is due to an overestimate of the SST trend, which is propagated upward because models attempt to maintain static stability. There is *low confidence* in these assessments, however, due to the *low confidence* in observed tropical tropospheric trend rates and vertical structure (Section 2.4.4).

### 9.4.1.4.3    Extratropical circulation

The AR4 concluded that models, when forced with observed SSTs, are capable of producing the spatial distribution of storm tracks, but generally show deficiencies in the numbers and depth of cyclones and the exact locations of the storm tracks. The ability to represent extra-tropical cyclones in climate models has been improving, partly due to increases in horizontal resolution.

Storm track biases over the North Atlantic have decreased in CMIP5 models compared to CMIP3 (Zappa et al., 2013) although models still produce too zonal a storm track in this region and most models underestimate cyclone intensity (Colle et al., 2013; Zappa et al., 2013). Chang et al. (2012) also find the storm tracks in the CMIP5 models to be too weak and too equatorwards in their position, similar to the CMIP3 models. The performance of the CMIP5 models in representing North Atlantic cyclones was found to be strongly dependent on model resolution (Colle et al., 2013). Studies based on individual models typically find that models capture the general characteristics of storm tracks and extratropical cyclones (Ulbrich et al., 2008; Catto et al., 2010) and their associated fronts (Catto et al., 2013) and show improvements over earlier model versions (Loptien et al., 2008). However, some models have deficiencies in capturing the location of storm tracks (Greeves et al., 2007; Catto et al., 2011), in part owing to problems related to the location of warm waters such as the Gulf Stream and Kuroshio Current (Greeves et al., 2007; Keeley et al., 2012). This is an important issue because future projections of storm tracks are sensitive to changes in SSTs (Catto et al., 2011; Laine et al., 2011; McDonald, 2011; Woollings et al., 2012). Some studies find that storm track and cyclone biases are strongly related to atmospheric processes and parameterizations (Bauer et al., 2008a; Boer and Lambert, 2008; Zappa et al., 2013). Representation of the Mediterranean storm track has been shown to be particularly dependent on model resolution (Pinto et al., 2006; Raible et al., 2007; Bengtsson et al., 2009; Ulbrich et al., 2009), as is the representation of storm intensity and associated extremes in this area (Champion et al., 2011). Most studies have focussed on NH storm tracks. However, recently two CMIP3 models were found to differ significantly in their simulation of extratropical cyclones affecting Australia (Dowdy et al., 2013) and only about a third of the CMIP3 models were able to capture the observed changes and trends in Southern Hemisphere (SH) baroclinicity responsible for a reduction in the growth rate of the leading winter storm track modes (Frederiksen et al., 2011). There is still a lack of information on SH storm track evaluation for the CMIP5 models.

### 9.4.1.4.4    Tropical circulation

Earlier assessments of a weakening Walker circulation (Vecchi et al., 2006; Vecchi and Soden, 2007; DiNezio et al., 2009) from models and reanalyses (Yu and Zwiers, 2010) have been tempered by subsequent evidence that tropical Pacific Trade winds may have strengthened since the early 1990s (e.g., Merrifield and Maltrud, 2011). Models suggest that the width of the Hadley cell should increase (Frierson et al., 2007; Lu et al., 2007), and there are indications that this has been observed over the past 25 years (Seidel et al., 2008) but at an apparent rate (2 to 5 degrees of latitude since 1979) that is faster than in the CMIP3 models (Johanson and Fu, 2009).

The tendency in a warming climate for wet areas to receive more precipitation and subtropical dry areas to receive less, often termed the 'rich-get richer' mechanism (Chou et al., 2006; Held and Soden, 2006) is simulated in CMIP3 models (Chou and Tu, 2008), and observational support for this is found from ocean salinity observations (Durack et al., 2012) and precipitation gauge data over land (Zhang et al., 2007). There is *medium confidence* that models are correct in simulating precipitation increases in wet areas and decreases in dry areas on broad spatial scales in a warming climate based on agreement among models and some evidence that this has been detected in observed trends (see Section 2.5.1).

773

BLM_0074282

Several recent studies have examined the co-variability of tropical climate variables as a further means of evaluating climate models. Specifically, there are observed relationships between lower tropospheric temperature and total column precipitable water (Mears et al., 2007), and between surface temperature and relative humidity (Willett et al., 2010). Figure 9.9 (updated from Mears et al., 2007) shows the relationship between 25-year (1988–2012) linear trends in tropical precipitable water and lower tropospheric temperature for individual historical simulations (extended by appending RCP8.5 simulations after 2005, see Santer et al., 2013). As described by Mears et al. (2007), the ratio between changes in these two quantities is fairly tightly constrained in the model simulations and similar across a range of time scales, indicating that relative humidity is close to invariant in each model. In the updated figure, the Remote Sensing System (RSS) observations are in fairly good agreement with model expectations, and the University of Alabama in Huntsville (UAH) observations less so. The points associated with two of the reanalyses are also relatively far from the line, consistent with long-term changes in relative humidity. It is not known whether these discrepancies are due to remaining inhomogeneity in the observational data and/or reanalysis results, or due to problems with the climate simulations. All of the observational and reanalysis points lie at the lower end of the model distribution, consistent with the findings of (Santer et al., 2013).

#### 9.4.1.4.5   Ozone and lower stratospheric temperature trends

Stratospheric ozone has been subject to a major perturbation since the late 1970s due to anthropogenic emissions of ozone-depleting substances (see also Section 2.2.2.2 and Figure 2.6). Since the AR4, there is increasing evidence that the ozone hole has led to a poleward shift and strengthening of the SH mid-latitude tropospheric jet during summer (Perlwitz et al., 2008; Son et al., 2008, 2010; SPARC-CCMVal, 2010; McLandress et al., 2011; Polvani et al., 2011; WMO, 2011; Swart and Fyfe, 2012b). These trends are well captured in both chemistry–climate models (CCMs) with interactive stratospheric chemistry and in CMIP3 models with prescribed time-varying ozone (Son et al., 2010; SPARC-CCMVal, 2010). However, around half of the CMIP3 models prescribe ozone as a fixed climatological value, and so these models are not able to simulate trends in surface climate attributable to changing stratospheric ozone amount (Karpechko et al., 2008; Son et al., 2008, 2010; Fogt et al., 2009). For CMIP5, a new time-varying ozone data set (Cionni et al., 2011) was developed and prescribed in the majority of models without interactive chemistry. This zonal mean data set is based on observations by Randel and Wu (2007) and CCM projections in the future (SPARC-CCMVal, 2010). Further, nine of the CMIP5 models include interactive chemistry and so compute their own ozone evolution. As a result, all CMIP5 models consider stratospheric ozone depletion and capture associated effects on SH surface climate, a significant advance over CMIP3. Figure 9.10 shows the global annual mean and Antarctic October mean of total column ozone in the CMIP5 models. The simulated trends in total column ozone are in medium agreement with observations, noting that some models that calculate ozone interactively show significant deviations from observation (Eyring et al., 2013). The multi-model mean agrees well with observations, and there is *robust evidence* that this constitutes a significant improvement over CMIP3, where around half of the models did not include stratospheric



**Figure 9.9 |** Scatter plot of decadal trends in tropical (20°S to 20°N) precipitable water as a function of trends in lower tropospheric temperature (TLT) over the world's oceans. Coloured symbols are from CMIP5 models; black symbols are from satellite observations or from reanalysis output. Trends are calculated over the 1988–2012 period, so CMIP5 historical runs, which typically end in December 2005, were extended using RCP8.5 simulations initialized using these historical runs. Figure updated from Mears et al. (2007).

BLM_0074283



**Figure 9.10 |** Time series of area-weighted total column ozone from 1960 to 2005 for (a) annual and global mean (90°S to 90°N) and (b) Antarctic October mean (60°S to 90°S). Individual CMIP5 models with interactive or semi-interactive chemistry are shown in thin coloured lines, their multi-model mean (CMIP5Chem) in thick red and their standard deviation as the blue shaded area. Further shown are the multi-model mean of the CMIP5 models that prescribe ozone (CMIP5noChem, thick green), the International Global Atmospheric Chemistry/Stratospheric Processes and their Role in Climate (IGAC/SPARC) ozone database (thick pink), the Chemistry Climate Model Validation-2 (CCMVal-2) multi-model mean (thick orange), and observations from five different sources (black symbols). These sources include ground-based measurements (updated from Fioletov et al., 2002), National Aeronautics and Space Administration (NASA) Total Ozone Mapping Spectrometer/Ozone Monitoring Instrument/Solar Backscatter Ultraviolet(/2) (TOMS/OMI/SBUV(/2)) merged satellite data (Stolarski and Frith, 2006), the National Institute of Water and Atmospheric Research (NIWA) combined total column ozone database (Bodeker et al., 2005), Solar Backscatter Ultraviolet (SBUV, SBUV/2) retrievals (updated from Miller et al. 2002), and Deutsches Zentrum für Luft- und Raumfahrt/ Global Ozone Monitoring Experiment/ SCanning Imaging Absorption spectrometer for atmospheric chartography /GOME-2 (DLR GOME/SCIA/GOME-2; Loyola et al., 2009; Loyola and Coldewey-Egbers, 2012). Note that the IGAC/SPARC database over Antarctica (and thus the majority of the CMIP5noChem models) is based on ozonesonde measurements at the vortex edge (69°S) and as a result underestimates Antarctic ozone depletion compared to the observations shown. Ozone depletion was more pronounced after 1960 as equivalent stratospheric chlorine values steadily increased throughout the stratosphere. (Adapted from Figure 2 of Eyring et al., 2013.)

ozone trends. Correspondingly, there is *high confidence* that the representation of associated effects on high-latitude surface climate and lower stratospheric cooling trends has improved compared to CMIP3.

Lower stratospheric temperature change is affected by ozone, and since 1958 the change is characterized by a long-term global cooling trend interrupted by three 2-year warming episodes following large volcanic eruptions (Figure 2.24). During the satellite era (since 1979) the cooling occurred mainly in two step-like transitions in the aftermath of the El Chichón eruption in 1982 and the Mt Pinatubo eruption in 1991, with each cooling transition followed by a period of relatively steady temperatures (Randel et al., 2009; Seidel et al., 2011). This specific evolution of global lower stratosphere temperatures since 1979 is well captured in the CMIP5 models when forced with both natural and anthropogenic climate forcings, although the models tend to underes-

timate the long-term cooling trend (Charlton-Perez et al., 2012; Eyring et al., 2013; Santer et al., 2013) (see Chapter 10).

Tropospheric ozone is an important GHG and as such needs to be well represented in climate simulations. In the historical period it has increased due to increases in ozone precursor emissions from anthropogenic activities (see Chapters 2 and 8). Since the AR4, a new emission data set has been developed (Lamarque et al., 2010), which has led to some differences in tropospheric ozone burden compared to previous studies, mainly due to biomass burning emissions (Lamarque et al., 2010; Cionni et al., 2011; Young et al., 2013). Climatological mean tropospheric ozone in the CMIP5 simulations generally agrees well with satellite observations and ozonesondes, although as in the stratosphere, biases exist for individual models (Eyring et al., 2013; Young et al., 2013) (see also Chapter 8).

BLM_0074284

### 9.4.1.5   Model Simulations of the Last Glacial Maximum and the Mid-Holocene

Simulations of past climate can be used to test a model's response to forcings larger than those of the 20th century (see Chapter 5), and the CMIP5 protocol includes palaeoclimate simulations referred to as PMIP3 (Paleoclimate Model Intercomparison Project, version 3) (Taylor et al., 2012b). Specifically, the Last Glacial Maximum (LGM, 21000 years BP) allows testing of the modelled climate response to the presence of a large ice sheet in the NH and to lower concentrations of radiatively active trace gases, whereas the mid-Holocene (MH, 6000 years BP) tests the response to changes in seasonality of insolation in the NH (see Chapter 5). For these periods, palaeoclimate reconstructions allow quantitative model assessment (Braconnot et al., 2012).

In addition the CMIP5/PMIP3 simulations can compared to previous palaeoclimate intercomparisons (Joussaume and Taylor, 1995; Braconnot et al., 2007c).

Figure 9.11 compares model results to palaeoclimate reconstructions for both LGM (left) and MH (right). For most models the simulated LGM cooling is within the range of the climate reconstructions (Braconnot et al., 2007c; Izumi et al., 2013), however Hargreaves et al. (2011) find a global mean model warm bias over the ocean of about 1°C for this period (Hargreaves et al., 2011). LGM simulations tend to overestimate tropical cooling and underestimate mid-latitude cooling (Kageyama et al., 2006; Otto-Bliesner et al., 2009). They thus underestimate polar amplification which is a feature also found for the mid-Holocene (Masson-Delmotte et al., 2006; Zhang et al., 2010a) and other climatic con-



**Figure 9.11 |** Reconstructed and simulated conditions for the Last Glacial Maximum (LGM, 21,000 years BP, left) and the mid-Holocene (MH, 6000 years BP, right). (a) LGM change in annual mean surface temperature (°C) over land as shown by palaeo-environmental climate reconstructions from pollen, macrofossils, and ice cores (Bartlein et al., 2010; Braconnot et al., 2012), and in annual mean sea surface temperature (°C) over the ocean from different type of marine records (Waelbroeck et al., 2009). (b) MH change in annual mean precipitation (mm yr⁻¹) over land (Bartlein et al., 2010). In (a) and (b), the size of the dots is proportional to the uncertainties at the different sites as provided in the reconstructions. (c) Annual mean temperature changes over land against changes over the ocean, in the tropics (downward triangles) and over the North Atlantic and Europe (upward triangles). The mean and range of the reconstructions are shown in black, the Paleoclimate Modelling Intercomparison Project version 2 (PMIP2) simulations as grey triangles, and the CMIP5/PMIP3 simulations as coloured triangles. The 5 to 95% model ranges are in red for the tropics and in blue for the North Atlantic/Europe. (d) Changes in annual mean precipitation in different data-rich regions. Box plots for reconstructions provide the range of reconstructed values for the region. For models, the individual model average over the region is plotted for PMIP2 (small grey circle) and CMIP5/PMIP3 simulations (coloured circles). Note that in PMIP2, 'ESM' indicates that vegetation is computed using a dynamical vegetation model, whereas in CMIP5/PMIP3 it indicates that models have an interactive carbon cycle with different complexity in dynamical vegetation (see Table 9.A.1). The limits of the boxes are as follows: Western Europe (40°N to 50°N, 10°W to 30°E); northeast America (35°N to 60°N, 95°W to 60°W); North Africa (10°N to 25°N, 20°W to 30°W), and East Asia (25°N to 40°N, 75°E to 105°E). (Adapted from Braconnot et al., 2012.)

BLM_0074285



**Figure 9.12 |** Relative model performance for the Last Glacial Maximum (LGM, about 21,000 yr BP) and the mid-Holocene (MH, about 6000 yr BP) for seven bioclimatic variables: annual mean sea surface temperature, mean annual temperature (over land), mean temperature of the coldest month, mean temperature of the warmest month, growing degree days above a threshold of 5°C, and ratio of actual to equilibrium evapotranspiration. Model output is compared to the Bartlein et al. (2010) data set over land, including ice core data over Greenland and Antarctica (Braconnot et al., 2012) and the Margo data set (Waelbroeck et al., 2009) over the ocean. The CMIP5/Paleoclimate Modelling Intercomparison Project version 3 (PMIP3) ensemble of Ocean–Atmosphere (OA) and Earth System Model (ESM) simulations are compared to the respective PMIP2 ensembles in the first four columns of each panel. A diagonal divides each cell in two parts to show in the upper triangle a measure of the distance between model and data, taking into account the uncertainties in the palaeoclimate reconstructions (Guiot et al., 1999), and in the lower triangle the normalized mean-square error (NMSE) that indicates how well the spatial pattern is represented. In this graph all the values have been normalized following (Gleckler et al., 2008) using the median of the CMIP5/PMIP3 ensemble. The colour scale is such that blue colours mean that the result is better than the median CMIP5 model and red means that it is worse.

texts (Masson-Delmotte et al., 2010). Part of this can be attributed to uncertainties in the representation of sea ice and vegetation feedbacks that have been shown to amplify the response at the LGM and the MH in these latitudes (Braconnot et al., 2007b; Otto et al., 2009; O'ishi and Abe-Ouchi, 2011). Biases in the representation of the coupling between vegetation and soil moisture are also responsible for excessive continental drying at the LGM (Wohlfahrt et al., 2008) and uncertainties in vegetation feedback in monsoon regions (Wang et al., 2008; Dallmeyer et al., 2010). Nevertheless, the ratio between the simulated change in temperature over land and over the ocean (Figure 9.11c) is rather similar in different models, resulting mainly from simulation of the hydrological cycle over land and ocean (Sutton et al., 2007; Laine et al., 2009). At a regional scale, models tend to underestimate the changes in the north-south temperature gradient over Europe both at the LGM (Ramstein et al., 2007) and at the mid-Holocene (Brewer et al., 2007; Davis and Brewer, 2009).

The large-scale pattern of precipitation change during the MH (Figure 9.11d) is reproduced, but models tend to underestimate the magnitude of precipitation change in most regions. In the SH (not shown in the figure), the simulated change in atmospheric circulation is consistent with precipitation records in Patagonia and New Zealand, even though the differences between model results are large and the reconstructions have large uncertainties (Rojas et al., 2009; Rojas and Moreno, 2011).

A wider range of model performance metrics is provided in Figure 9.12 (Guiot et al., 1999; Brewer et al., 2007; Annan and Hargreaves, 2011; Izumi et al., 2013). Results for the MH are less reliable than for the

LGM, because the forcing is weaker and involves smaller scale responses over the continent (Hargreaves et al., 2013). As is the case for the simulations of present day climate, there is only modest improvement between the results of the more recent models (CMIP5/PMIP3) and those of earlier model versions (PMIP2) despite higher resolution and sophistication.

### 9.4.2   Ocean

Accurate simulation of the ocean in climate models is essential for the correct estimation of transient ocean heat uptake and transient climate response, ocean $CO_2$ uptake, sea level rise, and coupled climate modes such as ENSO. In this section model performance is assessed for the mean state of ocean properties, surface fluxes and their impact on the simulation of ocean heat content and sea level, and aspects of importance for climate variability. Simulations of both the recent and more distant past are evaluated against available data. Following Chapter 3, ocean reanalyses are not used for model evaluation as many of their properties depend on the model used to build the reanalysis.

#### 9.4.2.1   Simulation of Mean Temperature and Salinity Structure

Potential temperature and salinity are the main ocean state variables and their zonal distribution offers an evaluation of climate models in different parts of the ocean (upper ocean, thermocline, deep ocean). Over most latitudes, at depths ranging from 200 m to 2000 m, the CMIP5 multi-model mean zonally averaged ocean temperature is too warm (Figure 9.13a), albeit with a cooler deep ocean. Similar biases were evident in the CMIP3 multi-model mean. Above 200 m, however,

BLM_0074286



**Figure 9.13 |** (a) Potential temperature (oC) and (b) salinity (PSS-78); shown in colour are the time-mean differences between the CMIP5 ensemble mean and observations, zonally averaged for the global ocean (excluding marginal and regional seas). The observed climatological values are sourced from the World Ocean Atlas 2009 (WOA09; Prepared by the Ocean Climate Laboratory, National Oceanographic Data Center, Silver Spring, MD, USA), and are shown as labelled black contours. White contours show regions in (a) where potential temperature differences exceed positive or negative 1, 2 or 3°C, and in (b) where salinity differences exceed positive or negative 0.25, 0.5, 0.75 or 1 (PSS-78). The simulated annual mean climatologies are obtained from 1975 to 2005 from available historical simulations, whereas WOA09 synthesizes observed data from 1874 to 2008 in calculations of the annual mean; however, the median time for gridded observations most closely resembles the 1980–2010 period (Durack and Wijffels, 2012). Multiple realizations from individual models are first averaged to form a single-model climatology, before the construction of the multi-model ensemble mean. A total of 43 available CMIP5 models have contributed to the temperature panel (a) and 41 models to the salinity panel (b).

the CMIP5 (and CMIP3) multi-model mean is too cold, with maximum cold bias (more than 1°C) near the surface at mid-latitudes of the NH and near 200 m at 15°S. Zonal salinity errors (Figure 9.13b) exhibit a different pattern from those of the potential temperature indicating that most do not occur via density compensation. Some near surface structures in the tropics and in the northern mid-latitude are indicative of density compensation and are presumably due to surface fluxes errors. At intermediate depths, errors in water mass formation translate into errors in both salinity and potential temperature.

In the AR4 it was noted that the largest errors in SST in CMIP3 were found in mid and high latitudes. While this is still the case in CMIP5, there is marginal improvement with fewer individual models exhibiting serious bias—the inter-model zonal mean SST error standard deviation is significantly reduced at all latitudes north of 40°S—even though the multi-model mean is only slightly improved (Figure 9.14a, c). Near the equator, the cold tongue error in the Pacific (see Section 9.4.2.5.1) is reduced by 30% in CMIP5; the Atlantic still exhibits serious errors and the Indian is still well simulated (Figure 9.14b,d). In the Tropics, Li and Xie (2012) have shown that SST errors could be classified into those exhibiting broad meridional structures that are due to cloud errors, and those associated with Pacific and Atlantic cold tongue errors that are due to thermocline depth errors.

Sea surface salinity (SSS) is more challenging to observe, even though the last decade has seen substantial improvements in the development of global salinity observations, such as those from the Array for Real-time Geostrophic Oceanography (ARGO) network (see Chapter 3). Whereas SST is strongly constrained by air–sea interactions, the sources of SSS variations (surface forcing via evaporation minus precipitation,

sea ice formation/melt and river runoff) are only loosely related to the SSS itself, allowing errors to develop unchecked in coupled models. An analysis of CMIP3 models showed that, whereas the historical trend in global mean SSS is well captured by the models, regional SSS biases are as high as ±2.5 psu (Terray et al., 2012). Comparisons of modelled versus observed estimates of evaporation minus precipitation suggest that model biases in surface freshwater flux play a role in some regions (e.g., double Intertropical Convergence Zone (ITCZ) in the East Pacific; Lin, 2007) or over the Indian ocean (Pokhrel et al., 2012).

The performance of coupled climate models in simulating hydrographic structure and variability were assessed in two important regions, the Labrador and Irminger Seas and the Southern Ocean (de Jong et al., 2009) and (Sloyan and Kamenkovich, 2007). Eight CMIP3 models produce simulations of the intermediate and deep layers in the Labrador and Irminger Seas that are generally too warm and saline, with biases up to 0.7 psu and 2.9°C. The biases arise because the convective regime is restricted to the upper 500 m; thus, intermediate water that in reality is formed by convection is, in the models, partly replaced by warmer water from the south. In the Southern Ocean, Subantarctic Mode Water (SAMW) and Antarctic Intermediate Water (AAIW), two water masses indicating very efficient ocean ventilation, are found to be well simulated in some CMIP3 and CMIP5 models but not in others, some having a significant fresh bias (Sloyan and Kamenkovich, 2007; Salle et al., 2013). McClean and Carman (2011) found biases in the properties of the North Atlantic mode waters and their formation rates in the CMIP3 models. Errors in Subtropical Mode Water (STMW) formation rate and volume produce a turnover time of 1 to 2 years, approximately half of that observed. Bottom water properties assessment in CMIP5 shows that about half of the models create dense water on

BLM_0074287



**Figure 9.14 |** (a) Zonally averaged sea surface temperature (SST) error in CMIP5 models. (b) Equatorial SST error in CMIP5 models. (c) Zonally averaged multi-model mean SST error for CMIP5 (red curve) and CMIP3 (blue curve), together with inter-model standard deviation (shading). (d) Equatorial multi-model mean SST in CMIP5 (red curve), CMIP3 (blue curve) together with inter-model standard deviation (shading) and observations (black). Model climatologies are derived from the 1979–1999 mean of the historical simulations. The Hadley Centre Sea Ice and Sea Surface Temperature (HadISST) (Rayner et al., 2003) observational climatology for 1979–1999 is used as reference for the error calculation (a), (b), and (c); and for observations in (d).

the Antarctic shelf, but it mixes with lighter water and is not exported as bottom water. Instead most models create deep water by open ocean deep convection, a process occurring rarely in reality (Heuzé et al., 2013) which leads to errors in deep water formation and properties in the Southern Ocean as shown in Figure 9.15.

Few studies have assessed the performance of models in simulating Mixed Layer Depth (MLD). In the North East Pacific region, Jang et al. (2011) found that the CMIP3 models exhibit the observed deep MLD in the Kuroshio Extension, though with a deep bias and only one large deep MLD region, rather than the observed two localized maxima. Other studies have noted MLD biases near sea ice edges (Capotondi et al., 2012).

### 9.4.2.2   Simulation of Sea Level and Ocean Heat Content

Steric and dynamic components of the mean dynamic topography (MDT) and sea surface height (SSH) patterns can be compared to observations (Maximenko et al., 2009). Pattern correlations between simulated and observed MDT are above 0.95 for all of the CMIP5 models (Figure 9.16), an improvement compared to CMIP3. MDT biases over tropical ocean regions are consistent with surface wind stress biases (Lee et al., 2013). Over the Antarctic Circumpolar Current, the parameterization of eddy-induced transports is essential for the models' density structure and thus MDT (Kuhlbrodt et al., 2012). High-resolution eddy resolving ocean models show improved SSH simulations over coarser resolution versions (McClean et al., 2006). Chapter 13 provides a more extensive

779

assessment of sea level changes in CMIP5 simulations, including comparisons with century-scale historical records.

Ocean heat content (OHC) depends only on ocean temperature, whereas absolute changes in sea level are also influenced by processes that are only now being incorporated into global models (e.g., mass loss

from large ice sheets discussed in Section 9.1.3.2.7). However, global-scale changes in OHC are highly correlated with the thermosteric contribution to global SSH changes (Domingues et al., 2008). Approximately half of the historical CMIP3 simulations did not include the effects of volcanic eruptions, resulting in substantially greater than observed ocean heat uptake during the late 20th century (Gleckler et



**Figure 9.15 |** Time-mean bottom potential temperature in the Southern Ocean, observed (a) and the differences between individual CMIP5 models and observations (b–p); left colour bar corresponds to the observations, right colour bar to the differences between model and observations (same unit). Thick dashed black line is the mean August sea ice extent (concentration >15%); thick continuous black line is the mean February sea ice extent (concentration >15%). Numbers indicate the area-weighted root-mean-square (RMS) error for all depths between the model and the climatology (unit °C); mean RMS error = 0.97 °C. (After Heuzé et al., 2013.)

BLM_0074289



9

**Figure 9.16 |** Taylor diagram for the dynamic sea surface height climatology (1987–2000). The radial coordinate shows the standard deviation of the spatial pattern, normalized by the observed standard deviation. The azimuthal variable shows the correlation of the modelled spatial pattern with the observed spatial pattern. The root-mean square error with bias removed is indicated by the dashed grey circles about the observational point. Analysis is for the global ocean, 50°S to 50°N. The reference data set is Archiving, Validation and Interpretation of Satellite Oceanographic data (AVISO), a merged satellite product (Ducet et al., 2000), which is described in Chapter 3. One realization per model is shown for each CMIP5 and CMIP3 model result. Grey filled circles are for individual CMIP3 models; other symbols as in legend.

al., 2006; Domingues et al., 2008). Figure 9.17 shows observed and simulated global 0 to 700 m and total OHC changes during the overlap period of the observational record and the CMIP5 historical experiment (1961–2005). Three upper-ocean observational estimates, assessed in Chapter 3, are also shown to indicate observational uncertainty. The CMIP5 multi-model mean falls within the range of observations for most of the period, and the intermodel spread is reduced relative to CMIP3 (Gleckler et al., 2006; Domingues et al., 2008). This may result from most CMIP5 models including volcanic forcings. When the deep ocean is included, the CMIP5 multi-model mean also agrees well with the observations, although the deeper ocean estimates are much more uncertain (Chapter 3). There is *high confidence* that many CMIP5 models reproduce the observed increase in ocean heat content since 1960.

EMIC results for changes in total OHC are also compared with observations in Figure 9.17. (Note: results in this figure are based on Eby et al. (2013) who show OHC changes for 0 to 2000 m, whereas here the time-integrated net heat flux into the ocean surface is shown to compare with CMIP5 results (Figure 9.17b)). There is a tendency for the EMICs to overestimate total OHC changes and this could alter the temperature related feedbacks on the oceanic carbon cycle, and affect the long-term millennium projections in Chapter 12. However, it should be noted that high OHC changes can compensate for biases in climate sensitivity or RF so as to reproduce surface temperature changes over

the 20th century. This will result in biased thermosteric sea level rise for millennial projections. Calibrated EMICs (Meinshausen et al., 2009; Sokolov et al., 2010) would remove such biases.

In idealized CMIP5 experiments ($CO_2$ increasing 1% yr$^{-1}$), the heat uptake efficiency of the CMIP5 models varies by a factor of two, explaining about 50% of the model spread (Kuhlbrodt and Gregory, 2012). Despite observational uncertainties, this recent work also provides *limited evidence* that in the upper 2000 m, most CMIP5 models are less stratified (in the global mean) than is observed, which suggests that these models transport heat downwards more efficiently than the real ocean. These results are consistent with earlier studies (Forest et al., 2006, 2008; Boe et al., 2009a; Sokolov et al., 2010) that conclude the CMIP3 models may overestimate oceanic mixing efficiency and therefore underestimate the Transient Climate Response (TCR) and its impact on future surface warming. However, Kuhlbrodt and Gregory (2012) also find that this apparent bias explains very little of the model spread in TCR. Although some progress has been made in understanding mixing deficiencies in ocean models (Griffies and Greatbatch, 2012; Ilicak et al., 2012), this remains a key challenge in improving the representation of physical processes that impact the evolution of ocean heat content and thermal expansion.

BLM_0074290



**Figure 9.17 |** Time series of simulated and observed global ocean heat content anomalies (with respect to 1971). CMIP5 historical simulations and observations for both the upper 700 meters of the ocean (a) as well as for the total ocean heat content (b). Total ocean heat content results are also shown for EMICs and observations (c). EMIC estimates are based on time-integrated surface heat flux into the ocean. The 0 to 700 m and total heat content observational estimates (thick lines) are respectively described in Figure 3.2 and Box 3.1, Figure 1. Simulation drift has been removed from all CMIP5 runs with a contemporaneous portion of a quadratic fit to each corresponding pre-industrial control run (Gleckler et al., 2012). Units are 10²² Joules.

### 9.4.2.3   Simulation of Circulation Features Important for Climate Response

#### 9.4.2.3.1   Simulation of recent ocean circulation

**Atlantic Meridional Overturning Circulation**

The Atlantic Meridional Overturning Circulation (AMOC) consists of northward transport of shallow warm water overlying a southward transport of deep cold water and is responsible for a considerable part of the northward oceanic heat transport. Long-term AMOC estimates have had to be inferred from hydrographic measurements sporadically available over the last decades (e.g., Bryden et al., 2005; Lumpkin et al., 2008, Chapter 3.6.3). Continuous AMOC monitoring at 26.5°N was started in 2004 (Cunningham et al., 2007) and now provides a 5-year mean value of 18.5 Sv with annual means having a standard deviation of 1 Sv (McCarthy et al., 2012). The ability of models to simulate this important circulation feature is tied to the credibility of simulated AMOC weakening during the 21st century because the magnitude of

BLM_0074291

the weakening is correlated with the initial AMOC strength (Gregory et al., 2005). The mean AMOC strength in CMIP5 models ranges from 15 to 30 Sv for the historical period which is comparable to the CMIP3 models (Weaver et al., 2012; see Figure 12.35). The variability of the AMOC is assessed in Section 9.5.3.3.1.

**Southern Ocean circulation**
The Southern Ocean is an important driver for the meridional over-turning circulation and is closely linked to the zonally continuous Antarctic Circumpolar Current (ACC). Gupta et al. (2009) noted that relatively small deficiencies in the position of the ACC lead to more obvious biases in the SST in the models. The ability of CMIP3 models to adequately represent Southern Ocean circulation and water masses seems to be affected by several factors (Russell et al., 2006). The most important are the strength of the westerlies at the latitude of the Drake Passage, the heat flux gradient over this region, and the change in salinity with depth across the ACC. Kuhlbrodt et al. (2012) found that the strongest influence on ACC transport in the CMIP3 models was the Gent-McWilliams thickness diffusivity. The ACC has a typical transport through the Drake Passage of about 135 Sv (e.g., Cunningham et al., 2003). A comparison of CMIP5 models (Meijers et al., 2012) shows that, firstly, the ACC transport through Drake Passage is improved as compared to the CMIP3 models, and secondly, that the inter-model

range in the zonal mean ACC position is smaller than in the CMIP3 ensemble (in CMIP5, the mean transport is 148 Sv and the standard deviation is 50 Sv across an ensemble of 21 models).

**Simulation of glacial ocean conditions**
Reconstructions of the last glacial maximum from sediment cores discussed in Chapter 5 indicate that the regions of deep water formation in the North Atlantic were shifted southward, that the boundary between North Atlantic Deep Water (NADW) and Antarctic Bottom Water (AABW) was substantially shallower than today, and that NADW formation was less intense (Duplessy et al., 1988; Dokken and Jansen, 1999; McManus et al., 2004; Curry and Oppo, 2005). This signal, although estimated from a limited number of sites, is robust (see Chapter 5). The AR4 reported that model simulations showed a wide range of AMOC response to LGM forcing (Weber et al., 2007), with some models exhibiting reduced strength of the AMOC and its extension at depth and other showing no change or an increase. Figure 9.18 provides an update of the diagnosis proposed by Otto-Bliesner et al. (2007) to compare model results with the deep ocean data from Adkins et al. (2002) using PMIP2 and CMIP5/PMIP3 pre-industrial and LGM simulations (Braconnot et al., 2012). These models reproduce the modern deep ocean temperature–salinity (T–S) structure in the Atlantic basin, but most of them do not capture the cold and salty bottom



**Figure 9.18 |** Temperature and salinity for the modern period (open symbols) and the Last Glacial Maximum (LGM, filled symbols) as estimated from proxy data at Ocean Drilling Program (ODP) sites (black symbols, from Adkins et al., 2002) and simulated by the Paleoclimate Modelling Intercomparison Project version 2 (PMIP2, small triangles) and PMIP3/CMIP5 (big triangles) models. The isolines represent lines of equal density. Site 981 (triangles) is located in the North Atlantic (Feni Drift, 55°N, 15°W, 2184 m). Site 1093 (upside-down triangles) is located in the South Atlantic (Shona Rise, 50°S, 6°E, 3626 m). In PMIP2, only Community Climate System Model (CCSM) included a 1 psu adjustment of ocean salinity at initialization to account for freshwater frozen into LGM ice sheets; the other PMIP2 model-simulated salinities have been adjusted to allow a comparison. In PMIP3, all simulations include the 1 psu adjustment as required in the PMIP2/CMIP5 protocol (Braconnot et al., 2012). The dotted lines allow a comparison of the values at the NH and SH sites for a same model. This figure is adapted from Otto-Bliesner et al. (2007).

BLM_0074292

water suggested by the LGM reconstructions, providing evidence that processes responsible for such palaeoclimate changes may not be well reproduced in contemporary climate models. This is expected to also affect projected changes in deep ocean properties.

#### 9.4.2.4   Simulation of Surface Fluxes and Meridional Transports

Surface fluxes play a large part in determining the fidelity of ocean simulations. As noted in the AR4, large uncertainties in surface heat and fresh water flux observations (usually obtained indirectly) do not allow useful evaluation of models. This is still the case and so the focus here is on an integrated quantity, meridional heat transport, which is less prone to errors. Surface wind stress is better observed and models are evaluated against observed products below.

The zonal component of wind stress is particularly important in driving ocean surface currents; modelled and observed values are shown in Figure 9.19. At middle to high latitudes, the model-simulated wind stress maximum lies 5 to 10 degree equatorward of that in the observationally based estimates, and so mid-latitude westerly winds are



**Figure 9.19 |** Zonal-mean zonal wind stress over the oceans in (a) CMIP5 models and (b) multi-model mean comparison with CMIP3. Shown is the time-mean of the period 1970–1999 from the historical simulations. The black solid, dashed, and dotted curves represent ECMWF reanalysis of the global atmosphere and surface conditions (ERA)-Interim (Dee et al., 2011), National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) reanalysis I (Kalnay et al., 1996), and QuikSCAT satellite measurements (Risien and Chelton, 2008), respectively. In (b) the shading indicates the inter-model standard deviation.

BLM_0074293

too strong in models. This equatorward shift in the southern ocean is slightly reduced in CMIP5 relative to CMIP3. At these latitudes, the largest near surface wind speed biases in CMIP5 are located over the Pacific sector and the smallest are in the Atlantic sector (Bracegirdle et al., 2013). Such wind stress errors may adversely affect oceanic heat and carbon uptake (Swart and Fyfe, 2012a). At middle to low latitudes, the CMIP3 and CMIP5 model spreads are smaller than at high latitudes, although near the equator this can occur through compensating errors (Figure 9.20). The simulated multi-model mean equatorial zonal wind stress is too weak in the Atlantic and Indian Oceans and too

strong in the western Pacific, with no major improvement from CMIP3 to CMIP5.

The CMIP5 model simulations qualitatively agree with the various observational estimates on the most important features of ocean heat transport (Figure 9.21) and, in a multi-model sense, no major change from CMIP3 can be seen. All CMIP5 models are able to the represent the strong north-south asymmetry, with the largest values in the NH, consistent with the observational estimates. At most latitudes the majority of CMIP5 model results fall within the range of observational estimates,



**Figure 9.20** | Equatorial (2°S to 2°N averaged) zonal wind stress for the Indian, Pacific, and Atlantic oceans in (a) CMIP5 models and (b) multi-model mean comparison with CMIP3. Shown is the time-mean of the period 1970–1999 from the historical simulations. The black solid, dashed, and dotted curves represent ERA-Interim (Dee et al., 2011), National Centers for Environmental Prediction/National Center for Atmospheric Research (NCEP/NCAR) reanalysis I (Kalnay et al., 1996) and QuikSCAT satellite measurements (Risien and Chelton, 2008), respectively. In (b) the shading indicates the inter-model standard deviation.

785

BLM_0074294